

FELL-00000203

STUDENT NAME         SEX      PHONE
FELL DONALD  ROBERT    M     288-8862

FELL DONALD
REDACTED - FELL

KINGSTON         PA 18704

**WYOMING VALLEY WEST ELEMENTARY SCHOOLS**
**KINGSTON, PA 18704**

**Explanation of Grades**

Grade 1                                    Grades 2 - 5

| | |
|---|---|
| E = Excellent | A = Superior ............ 4.0 |
| G = Good | B+ = Above Average ... 3.5 |
| S = Satisfactory | B = Above Average .... 3.0 |
| U = Unsatisfactory | C+ Average ............ 2.5 |
| P = Pass | C = Average ............ 2.0 |
| F = Failure | D = Below Average |
| | But Passing ......... 1.0 |
| | P = Pass ............... 0 |
| | F = Failure ............ 0 |
| | I = Incomplete ........ 0 |
| SP = Supplemental | SP = Supplemental ... 0 |
| Program assign- | Program assign- |
| ment | ment |
| W = Withdrew | W = Withdrew |

Withdrawl

| Code | Month | Day | Year |
|---|---|---|---|
| | | | |
| | | | |

| Re-entry | Month | Day | Year |
|---|---|---|---|
| | | | |
| | | | |

Transcripts sent to:

| Name | | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

---

**Name/Address**
**Parent or Guardian**
**Place of Birth** _____ **Date Entered** _____
**Previous School Attended(If any)** _____
**Date Left** _____

First / Middle
Date of birth / Sex

---

1264 YEAR     GRADE-SECTION     SOCIAL SECURITY NUMBER
86-87        01-01         1954700    06-20

STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE |
|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P |
| 530110 | 1.00 | 0339 | MATH 1 | B+ 3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P |
| 560110 | .00 | 0437 | PHYS ED 1 | P |
| 560120 | .00 | 0339 | HEALTH 1 | P |
| 570110 | .00 | 0744 | ART 1 | P |
| 570120 | .00 | 0187 | MUSIC 1 | P |
| 590110 | .00 | 0339 | CONDUCT 1 | C 1.7 |

| CURRENT | DAYS ABSENT: | 2.0 | TIMES TARDY: | 0 | |
|---|---|---|---|---|---|
| CURRENT | CREDITS: | 3.50 | G.P.A. 3.317 | RANK: | 144/387 |
| CUM. | CREDITS: | | G.P.A. | RANK: | |

NAME _Fell_ _Donald_ _Robert II_ Sex (M.) F. DATE 4/30/80
(Last) (First) (Middle)

TESTS    INTELLIGENCE

OTIS-LENNON SCHOOL ABILITY TEST

FELL    DONNY R

GR 4    AGE 10- 0
LEVEL ELEM    FORM R

SCHOOL    RAW
ABILITY    SCORE
INDEX    57
115

PR-S
AGE NORMS   85-7
GRADE NORMS  68-7
LOCAL NORMS  73-6

P.A.S.T.

P.S.A.T.

S.A.T.

S.A.T.

S.A.T.

D.A.T.

FELL-00000204

STUDENT:  FELL, DONALD R.
GRADE: 5   SEX: M
ID NUMBER:       -001-0052
BIRTH DATE: 04/30/80
DIST. PITTSTON AREA
SCHL. LINCOLN EL SCH
DATE EXITED FROM ESSENTIAL SKILLS SERVICES - READING:  N/A   MATH:  N/A

1991 TELLS

| Test Scores | No. of Items Correct | Pct. of Items Correct | Dist. Avg. % Correct | State Avg. % Correct |
|---|---|---|---|---|
| READING | 39 OF 45 | 86.7 | 72.1 | 72.7 |
| MATH | 63 OF 85 | 74.1 | 68.5 | 66.6 |

©1987 HBJ
STUDENT NO
OTHER INFO
AGE 10- 0   TEST DATE 4/24/90   AAC   MIDDLE   HIGH   MIDDLE   LOW   MIDDLE   LOW   HIGH

| SCORE TYPE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LISTEN'G | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 32/ 44 | 32/ 40 | | | | 103/120 | 52/ 76 | 72/ 93 | 93/118 | 320/407 | |
| NAT'L PR-S | 84 - 6 | 77 - 7 | | | | 88 - 7 | 50 - 5 | 65 - 6 | 80 - 7 | 67 - 6 | |
| LOCAL PR-S | 32 - 4 | 56 - 5 | | | | 77 - 7 | 38 - 4 | 48 - 5 | 50 - 5 | 56 - 5 | |
| GRADE EQUIV | 6.0 | 6.4 | | | | 8.5 | 4.6 | 5.8 | 6.2 | 6.0 | |
| AAC | MIDDLE | MIDDLE | | | | MIDDLE | LOW | MIDDLE | MIDDLE | | |

**Stanford ACHIEVEMENT TEST SERIES**

©1987 HBJ
FELL   DONALD R
GR 5   NORMS GR 5.8
LEVEL INTER 2 FORM E
STUDENT NO
OTHER INFO
AGE 11- 0   TEST DATE 4/23/91

| SCORE TYPE | WD STUDY SKILLS | READING COMP | VOCAB-ULARY | LISTEN'G COMP | SPELLING | LANGUAGE | CONCEPTS NUMBER |
|---|---|---|---|---|---|---|---|
| RS/NO POSS | 50/ 60 | 50/ 60 | 28/ 36 | 32/ 40 | 41/ 50 | 37/ 53 | 26/ 34 |
| NAT'L PR-S | 80 - 7 | 81 - 7 | 79 - 9 | 61 - 6 | 72 - 6 | 60 - 6 | 85 - 7 |
| LOCAL PR-S | 75 - 6 | 69 - 6 | 67 - 6 | 61 - 6 | 72 - 6 | 34 - 4 | 61 - 6 |
| GRADE EQUIV | 9.5 | 10.0 | 7.3 | 8.1 | 8.3 | 6.4 | 8.0 |

| SCORE TYPE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LISTEN'G | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 30/ 44 | 26/ 40 | | | | 100/120 | 60/ 76 | 78/103 | 82/118 | 320/417 | |
| NAT'L PR-S | 92 - 6 | 65 - 6 | | | | 86 - 7 | 74 - 6 | 70 - 6 | 73 - 6 | 85 - 7 | |
| LOCAL PR-S | 24 - 4 | 36 - 4 | | | | 74 - 6 | 64 - 6 | 56 - 5 | 38 - 4 | 61 - 6 | |
| GRADE EQUIV | 6.9 | 6.7 | | | | 9.8 | 7.6 | 7.2 | 7.2 | 8.0 | |

FELL-00000205

4th

**Fell** (NAME)  **Donald** (FIRST NAME)  (MIDDLE NAME)

**Donald Robert Fell**
(Parent or Guardian)

**REDACTED - FELL**

of Birth: **4 - 30 - 80**   Place; **W-B Twp**   Phone: **825-6635**
Mo. Day Year   (Pencil)

(Address in Pencil)

Cert. - State ...**Pa..**...No. ...**0.4.1.90.4.0** Baptismal [ ]  Other .........

**Debbie    Kotzer**        **Service Aduitor / Stitcher**

nation Verified: yes [ ]   no [ ]   Male [y]   Female [ ]

(Mother's First & Maiden Name)        (Parent's Occupation—in Pencil)

Total Children in Family **[ 2 ]**        Number under 18 **2**

GRADES 1 and 2
V - Very Good    I - Improv. Needed
S - Satisfactory   U - Unsatisfactory
C - Cont. to improve

GRADES 3, 4, 5, and 6
A - Excellent (93-100)   D - Passing (70-74)
B - Good (85-92)    E - Failure (0-69)
C - Average (74-84)

Physical Education (Pass or Fail)

Significant Limitations: (physical, social, mental) –

| SCHOOL | Flood | Flood | | | | | | | School: | Grade | School: | Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEACHER | Fqeland | Rygiel | | | | | | | **ADDRESS** | | | |
| YEAR | 87-88 | L.Shone 88-89 | | | | | | | **HOME ROOM TEACHER** | | | |
| | | | | | | | | | **SCHOOL TERM** | | | |
| GRADE | 2-3 | 3-3 | | | | | | | **DATE ADMITTED** | | | |
| | | | | | | | | | **ADMITTED FROM** | | | |

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | S | V | | | | | | | |
| | V | S | | | | | | | |
| g | U | U | | | | | | | |
| ng | S | C | | | | | | | |
| ematics | V | C | | | | | | | |
| ng | V | B | | | | | | | |
| age | S | C | | | | | | | |
| e | S | C | | | | | | | |
| Stud. | V | D | | | | | | | |
| | S | C | | | | | | | |
| Ed. | S | | | | | | | | |
| ARY Inst. | | | | | | | | | |

| | ent | 155.5 | 174 | | | | | | | **DAYS PRESENT** | | | | | **DAYS PRESENT** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ent | 7.5 | 7 | | | | | | | **DAYS ABSENT** | | | | | **DAYS ABSENT** | | | |
| | s. | 0 | 0 | | | | | | | **TOTAL BELONGED** | | | | | **TOTAL BELONGED** | | | |
| | l to: | 3rd | 4th | | | | | | | **TARDY** | | | | | **TARDY** | | | |
| | NTERED | 10-5-87 | 9-7-88 | | | | | | | Promoted [ ]  Retained [ ]  S.S. [ ] | | | | | Promoted [ ]  IRetained [ ]  S.S. [ ] | | | |
| | D FROM | W-W | 2nd | | | | | | | | | | | | | | | |

M1733  FELL-00000206

# ELEMENTARY SCHOOL
# PERSONAL DATA SHEET

School _DAN F/_

**Fell**        _Donald    Robert_
Last Name       First       Middle

REDACTED - FELL

_m_ . _4/8-30-80_    _W-B Twp._
Sex      Birth Date       Place of Birth

Address (House Number and Street)

_825-6635_           _0449040_
Home Phone Number    Birth Cert. No./Other Certificate

_Wilkes-Barre    Pa   18705_
City, State and Zip Code (Residence)

_822-7135    THERESA   SHARPe_
Emergency Phone Number and Name of Person

_Donald    Robert    Fell_
Father's Full Name

Living:  Yes ( ✓ )  No ( )  Separated ( )  Divorced ( )

_Service Advisor for SCAPS_
Father's Occupation

Father's Place of Employment

Father's Education:  Elementary ( )  Junior High ( )  High School ( )  High School Graduate ( )  College ( ✓ )

Full Name of Step Parent

_Debbie    Rotzer_
Mother's First and Maiden Name

Living:  Yes ( ✓ )  No ( )  Separated ( )  Divorced ( )

_Stitcher_
Mother's Occupation

Mother's Place of Employment

Mother's Education:  Elementary ( )  Junior High ( )  High School ( ✓ )  High School Graduate ( )  College ( )

Full Name of Step Parent

(Circle Below Your Response)

(Residing with Mother and/or Father,) Step Parent(s), or Legal Guardian(s), include name, address and phone if not listed above.

Has child any allergies, physical, mental or emotional handicaps?  Yes ( )  No ( ✓ )  If yes, describe extent of handicap

Give names and birth dates of children:

| NAME | BIRTH DATE | NAME | BIRTH DATE |
|------|-----------|------|-----------|
| 1. _Teri  Nicole   Fell_ REDACTED - FELL _F2_ | | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

Total Number of Children _2_        Total number of children under 18 years old _2_

To what name does your child answer?  Nickname _Donny_

Remarks and/or card should be removed when not needed or when no longer appropriate.  In no case will the information on this card be transferred to another school, agency, or person without the consent of the parent or guardian.

_Mrs. Debbie Fell_
Parent(s) or Legal Guardian(s) Signature

FELL-00000207

M1734

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

*Second* MARKING PERIOD

STUDENT'S NAME: *Donald Fell*    GRADE: *3-3*    DATE: *12-7-88*

Dear Parent/Guardian:

Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | | |
| ENGLISH | 1 - 4 - 5 - 10 - 11 | Test score 55 |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | 1 - 4 - 5 - 10 - 11 | Test score 35 |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

*Janet Rygal*
TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1735

FELL-00000208

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

*Third* MARKING PERIOD

*Donald Fell*                                                    *3-3*              *1-27-89*

STUDENT'S NAME                                              GRADE                    DATE

Dear Parent/Guardian:

   Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments.  We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | 1-2-6-7-8-10-11-12 | |
| ENGLISH | | |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | | |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

_____
TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1736

FELL-00000209

# STANDARDIZED TEST RECORD

| DATE | NAME | | | Comprehensive Tests of Basic Skills | FORM/LEVEL | | WORD ATTACK | VOCAB | READING COMPR | TOTAL | SPELL | MECH | LANGUAGE EXPRES | TOTAL | COMPUT | MATHEMATICS CON/APP | TOTAL | T BAT |
|------|------|--|--|------|------------|--|--|--|--|--|--|--|--|--|--|--|--|--|
| | FELL | DONALD | IRT | | GE | | X | 3.5 | 4.1 | 3.8 | 4.3 | 3.6 | 3.5 | 3.7 | 4.1 | 4.6 | 4.2 | |
| QTR MTH:31 | | | | U/D | SS | | 669 | 618 | 648 | 633 | *642 | 632 | 613 | 623 | 660 | 653 | 657 | |
| | | | | GRADE | NP | | 72 | 71 | 84 | 77 | *89 | 84 | 70 | 75 | 86 | 87 | 91 | |
| 97169-7387-030-003 | | | | 02.7 | LP | | 63 | 53 | 79 | 61 | 82 | 69 | 54 | 59 | 61 | 74 | 68 | |
| | | | | DATE 04/88 | | | | | | | | | | | | | | |

| | NAME | | TEST/LEVEL | DATE | | | | SEQUENCES | ANALOGIES | MEMORY | VERB REAS | TOTAL | | SEQUENCES | |
|--|------|--|------------|------|--|--|--|--|--|--|--|--|--|--|--|
| FELL | DONALD R | TCS - 1 | | 04/89 | | NPG | | 44 | 31 | 40 | 67 | 46 | | | |
| | | CSI ▶ 101 | CA ▶ 9-00 | | | | | | | | | | | | |

| | NAME | | | Comprehensive Tests of Basic Skills | FORM/LEVEL | | WORD ATTACK | VOCAB | READING COMPR | TOTAL | SKILLS | MECH | LANGUAGE SCHOOL | TOTAL | COMPUT | MATHEMATICS CON/APP | TOTAL | INT BAT |
|--|------|--|--|------|------------|--|--|--|--|--|--|--|--|--|--|--|--|--|
| FELL | DONALD R | IRT | | | GE | | X | 5.0 | 4.4 | 4.6 | 6.1 | 3.8 | 8.9 | 5.9 | 4.0 | 4.5 | 4.2 | 4 |
| QTR MTH:31 | | | | U/E | AGE | | X | 3.6 | 3.5 | 3.6 | 3.8 | 3.8 | 3.9 | 3.8 | 4.1 | 3.7 | 3.9 | 3 |
| | | | | GRADE | GED | | | | | | | | | | | | | |
| 02374-0466-001-003 | | | | 03.7 | SS | | 668 | 666 | 663 | 665 | *688 | 630 | *754 | 692 | 657 | 652 | 655 | 6 |
| | | | | DATE | NP | | 70 | 76 | 69 | 71 | * 92 | 49 | * 96 | 90 | 64 | 72 | 67 | |
| | | | | 04/89 | LP | | 62 | 76 | 74 | 73 | 84 | 43 | 91 | 81 | 42 | 64 | 51 | |

## ACHIEVEMENT AND APTITUDE TESTS

| Date | TRANSCRIPTS SENT TO: | | Test Scores | Reading | Math | FOLLOW-UP (Colleges, Institutes, Job Plac |
|------|----------------------|--|-------------|---------|------|-------------------------------------------|
| 1989 Pennsylvania Assessment System | | | No. of Items Correct | 42 of 56 | 48 of 55 | |
| Pupil: FELL    DONALD    R | | | Pct. of Items Corr. | 75.0% | 87.3% | |
| Grade: 3 Sex: M I.D. No.: | | | Dist. Avg. % Correct | 77.4% | 84.0% | |
| Birth Date: 4/30/80 | | | State Avg. % Correct | 78.8% | 83.8% | |
| Dist:WILKES-BARRE AREA | | | Nat'l. Avg. % Corr. | 78.2% | 79.3% | |
| Sch:DANIEL J FLOOD | | | Date Exited From Essential Skills Services | N/A | N/A | |

M1737

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

_5th_ MARKING PERIOD

*Arnold Fell*                    3-13        5-15-87

**STUDENT'S NAME**                    **GRADE**        **DATE**

Dear Parent/Guardian:

Your child is doing unsatisfactory work in the subject(s) listed below is indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | *Double major* |
| MATHEMATICS | 1 - 7 - 13 | *problems in his* |
| ENGLISH | | *expressive talking* |
| SPELLING | 1-7 - 13 | *which he refuses* |
| SOCIAL STUDIES | | *to acknowledge.* |
| SCIENCE | | *He disrupts* |
| HANDWRITING | | *the class con-* |
| ART | | *stantly. He has* |
| MUSIC | | *a very bad* |
| PHYSICAL EDUCATION | | *attitude.* |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory

8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

*Theresa A. Shiner*

**TEACHER**

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS                    M1738

FELL-00000211



FELL    DONALD
COPELAND B J
FLOOD

| DISTRICT | WILKES BARRE |
| CITY/STATE | WILKES BARRE PA |
| RUN DATE | 05/25/88 |

FORM/LEVEL U/0
GRADE 02.7
TEST DATE 04/88

# of Basic Skills
# Individual Test Record

| | SS | GE | LP | NP |
|---|---|---|---|---|
| ACR | 669 | X | 63 | 72 |
| RY | 618 | 3.5 | 53 | 73 |
| NSION | 648 | 4.1 | 79 | 84 |
| ADING | 633 | 3.8 | 61 | 77 |
| | 645 | 4.3 | 68 | 69 |
| MECHANICS | 632 | 3.8 | 69 | 84 |
| EXPRESSION | 613 | 3.8 | 54 | 78 |
| NGUAGE | 623 | 3.7 | 55 | 75 |
| PUTATION | 660 | 4.1 | 61 | 86 |
| CEPTS & APPL. | 653 | 4.6 | 79 | 87 |
| TH | 657 | 4.2 | 68 | 91 |
| TTERY | 638 | 3.9 | 64 | 81 |
| | 590 | 2.8 | 55 | 68 |
| TUDIES | 566 | 2.2 | 19 | 28 |

NATIONAL PERCENTILE

| 1 | 2 | 5 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 95 | 98 | 99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STANINE

| SS | = SCALE SCORE |
| GE | = GRADE EQUIVALENT |
| LP | = LOCAL PERCENTILE |
| NP | = NATIONAL PERCENTILE |

QUARTER MONTH: 31 IRT
B ID = 97169-7387-030-003

M1740

Score Codes
* - Maximum/Minimum Score Possible For Level
\ - No Valid Attempt
X - No Score Available

| | 0 | .1 | .2 | .3 | .4 | .5 | .6 | .7 | .75 | .8 | .9 |
|---|---|---|---|---|---|---|---|---|---|---|---|

NON-MASTERY (-)  PARTIAL (p) KNOWLEDGE  MASTERY (+)

| | .1 | .2 | .3 | .4 | .5 | .6 | .7 | .75 | .8 | .9 |
|---|---|---|---|---|---|---|---|---|---|---|

NON-MASTERY (-)  PARTIAL (p) KNOWLEDGE  MASTERY (+)

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940
Copyright ©1981 by McGraw-Hill, Inc. All rights reserved. Printed in the U.S.A.

5:01-cr-00012-gwc   Document 301-5   Filed 03/21/11   Page 12 of 24

M1741

FELL-00000214

# CTBS of Basic Skills
# Individual Test Record

ELL        DONALD B
HINER T A                DISTRICT      WILKES-BARRE
LOOD ELEMENT             CITY/STATE    WILKES BARRE PA
                         RUN DATE      05/22/89

FORM/LEVEL  U/E
GRADE       03.7
TEST DATE   04/89

**NATIONAL PERCENTILE**

| | SS | GE | LP | AAGE | GED | NP |
|---|---|---|---|---|---|---|
| CK | 560 | X | 6? | X | | 70 |
| Y | 666 | 5.0 | 76 | 3.6 | | 76 |
| BION | 663 | | 374 | | | 99 |
| DING | 665 | 4.6 | 73 | 3.6 | | 71 |
| MECHANICS | 630 | 3.8 | 43 | 3.8 | | 49 |
| GUAGE | 692 | 5.9 | 81 | 3.8 | + | 90 |
| EPTS & APPL. | 652 | 4.5 | 64 | 3.7 | | 72 |
| TERY | 671 | 4.7 | 74 | 3.8 | | 82 |
| UDIES | 641 | 4.0 | 50 | 3.7 | | 56 |

46

**STANINE**

SS    = SCALE SCORE
GE    = GRADE EQUIVALENT
LP    = LOCAL PERCENTILE
AAGE  = ANTICIP ACHIEVMNT
        GRADE EQUIVALENT
GED   = SIGNIFICANT DIFF
        GRADE EQUIVALENT
NP    = NATIONAL
        PERCENTILE
TCS NP6 = NATNL PCNTILE
          BY GRADE

RTER MONTH:  31  IRT
ID = 92374-0466-001-003

NON-MASTERY (−)    PARTIAL (P) KNOWLEDGE    MASTERY (+)

re Codes
Maximum/Minimum Score Possible For Level
No Valid Attempt
No Score Available

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940
Copyright ©1981 by McGraw-Hill, Inc. All rights reserved. Printed in the U.S.A.



# CTBS
## Comprehensive Tests of Basic Skills
## Individual Test Record

| FELL | DO■■■R | DISTRICT | WILKES-BARRE | | FORM/LEVEL U/E | 004502 |
| SHINER T A | | CITY/STATE | WILKES BARRE PA | | GRADE 03.7 | 004| |
| FLOOD ELEMENT | | RUN DATE 05/22/89 | | | TEST DATE 04/89 | |

| | SS | GE | LP | AAGE | GED | NP | NATIONAL PERCENTILE |
|---|---|---|---|---|---|---|---|
| ■RY | 666 | 5.0 | 76 | 3.6 | | 76 | |
| ■ADING | 665 | 4.6 | 73 | 3.6 | | 71 | |
| ■ MECHANICS | 630 | 3.8 | 43 | 3.8 | | 49 | |
| ■NGUAGE | 692 | 5.9 | 81 | 3.8 | + | 90 | |
| ■CEPTS & APPL. | 652 | 4.5 | 64 | 3.7 | | 72 | |
| ■TTERY | 671 | 4.7 | 74 | 3.8 | | 82 | |
| ■TUDIES | 641 | 4.0 | 50 | 3.7 | | 56 | |
| B: 46 | | | | | | | |

National Percentile scale: 1 2 5 10 20 30 40 50 60 70 80 90 95 98 99
STANINE

SS = SCALE SCORE
GE = GRADE EQUIVALENT
LP = LOCAL PERCENTILE
AAGE = ANTICIP ACHIEVMNT GRADE EQUIVALENT
GED = SIGNIFICANT DIFF GRADE EQUIVALENT
NP = NATIONAL PERCENTILE
TCS NP■ = NATNL PCNTILE BY GRADE

■ARTER MONTH: 31 IRT
■ ID = 92374-0466-001-003

■ore Codes
■ Maximum/Minimum Score Possible For Level

0 .1 .2 .3 .4 .5 .6 .7 .75 .8 .9
NON-MASTERY (−) | PARTIAL (P) KNOWLEDGE | MASTERY (+)

.1 .2 .3 .4 .5 .6 .7 .75 .8 .9
NON-MASTERY (−) | PARTIAL (P) KNOWLEDGE | MASTERY (+)

FELL-00000215

5:01-cr-00013-gwp Document 301-5 Filed 03/21/11 Page 14 of 24

# STANDARDIZED TEST RECORD

**NAME:** FELL DONALD R IRT
QTR MTH:31
97169-7387-030-003
82217

CTBS — Comprehensive Tests of Basic Skills — FORM/LEVEL U/D, GRADE 02.7, DATE 04/88

|  | WORD ATTACK | READING VOCAB | READING COMPR | READING TOTAL | SPELL | LANGUAGE MECH | LANGUAGE EXPRES | LANGUAGE TOTAL | MATH COMPUT | MATH CON/APP | MATH TOTAL | TO BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GE | X | 3.5 | 4.1 | 3.8 | 4.3 | 3.8 | 3.5 | 3.7 | 4.1 | 4.6 | 4.2 | 3 |
| SS | 669 | 618 | 648 | 633 | 642 | 632 | 613 | 623 | 660 | 653 | 657 | 6 |
| NP | 72 | 71 | 84 | 77 | 89 | 84 | 70 | 75 | 86 | 87 | 91 | |
| LP | 63 | 53 | 79 | 61 | 82 | 69 | 54 | 55 | 61 | 79 | 68 | |

**TEST/LEVEL:** TCS - 1, CSI 101, DATE 04/89, CA 9-00, NPG

| SEQUENCES | ANALOGIES | MEMORY | VERB REAS | TOTAL |
|---|---|---|---|---|
| 44 | 31 | 40 | 67 | 46 |

**NAME:** FELL DONALD R IRT
QTR MTH:31
92374-0466-001-003
82218

CTBS — Comprehensive Tests of Basic Skills — FORM/LEVEL U/E, GRADE 03.7, DATE 04/89

|  | WORD ATTACK | READING VOCAB | READING COMPR | READING TOTAL | SPELL | LANGUAGE MECH | LANGUAGE EXPRES | LANGUAGE TOTAL | MATH COMPUT | MATH CON/APP | MATH TOTAL | TOTAL BATTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GE | X | 5.0 | 4.4 | 4.6 | 6.1 | 3.8 | 8.9 | 5.9 | 4.0 | 4.5 | 4.2 | 4. |
| AAGE | X | 3.6 | 3.5 | 3.6 | 3.8 | 3.8 | 3.9 | 3.8 | 4.1 | 3.7 | 3.9 | 3. |
| GED | | | | | + | | + | | | | | |
| SS | 668 | 666 | 663 | 665 | 688 | 630 | 754 | 692 | 657 | 652 | 655 | 67 |
| NP | 70 | 76 | 69 | 71 | 92 | 49 | 96 | 90 | 64 | 72 | 67 | 6 |
| LP | 62 | 76 | 74 | 73 | 84 | 43 | 91 | 81 | 42 | 64 | 51 | |

## ACHIEVEMENT AND APTITUDE TESTS

| Date | TRANSCRIPTS SENT TO: | FOLLOW-UP (Colleges, Institutes, Job Placer |
|---|---|---|

1989 Pennsylvania Assessment System
Pupil: FELL DONALD R
Grade: 3 Sex: M I.D. No.:
Birth Date: 4/30/80
Dist:WILKES-BARRE AREA
Schl:DANIEL J FLOOD

| Test Scores | Reading | Math |
|---|---|---|
| No. of Items Correct | 42 of 56 | 48 of 55 |
| Pct. of Items Corr. | 75.0% | 87.3% |
| Dist. Avg. % Correct | 77.4% | 84.0% |
| State Avg. % Correct | 78.8% | 83.8% |
| Nat'l. Avg. % Corr. | 78.2% | 79.3% |
| Date Exited From Essential Skills Services | N/A | N/A |

M1743

FELL-00000216

| NAME | FIRST | MIDDLE | | SEX |
|---|---|---|---|---|
| Fell | Donald | Roberto | | M / F |

SS# 210-██-7294

1  2  3  4  5  6  7  8  9  10  11  12  PG  PG

**HEALTH RECORD**

DATE OF EXAMINATION

## PITTSTON AREA SCHOOL DISTRICT  LUZERNE COUNTY PENNA. 18640

ACME VISIBLE CROZET VIRGINIA # 121338-9340-16

| MO. 4 | DAY 30 | YEAR 8A | BIRTHPLACE Wilkes Barre | VERIFIED BY BC# 0449040 | ENTERED SCHOOL 9-6-89 |
|---|---|---|---|---|---|

| | (PENCIL) TELEPHONE NO. | | | | |
|---|---|---|---|---|---|
| | HOME | BUSINESS | DATE ENTERED 9-6-89 | DATE | TRANSCRIPTS |
| ESS Hukerman | 883-0338 | | FROM Dan Flood | | |
| | | | DATE LEFT | | |
| GENCY | EMERGENCY | | TO | | |
| ESS Debbie Fell | 883-0338 | | REASON | | |

| BROTHERS | SISTERS 1 | U.S. CITIZEN | BIRTHPLACE | CHECK IF DECEASED | OCCUPATION | |
|---|---|---|---|---|---|---|
| Donald Fell | | ✓ | WB | | Pacter Auto | |
| FIRST Debbie MAIDEN Kotzer | | ✓ | WB | | SLC Graphics | |

### MENTAL ABILITY

| GRADE | NAME OF TEST | FORM | C.A. | M.A. | RAW SCORE | I.Q. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### ACHIEVEMENT TESTS

| DATE | GRADE | NAME OF TEST | FORM | C.A. | M.A. | RAW SCORE | GRADE EQUIV. | % TILE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

M1744

### EXTRA-CURRICULAR ACTIVITIES

| TYPE ACTIVITY | YEARS IN SCHOOL | | | | | | TYPE OF ACTIVITY | YEARS IN SCHOOL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 8 | 9 | 10 | 11 | 12 | | 7 | 8 | 9 | 10 | 11 | 12 |
| SKETBALL | | | | | | | 11. GLEE CLUB | | | | | | |
| OTBALL | | | | | | | 12. CHOIR | | | | | | |
| SEBALL | | | | | | | 13. YEARBOOK | | | | | | |
| | | | | | | | 14. SCHOOL PAPER | | | | | | |
| AMATICS | | | | | | | 15. STUDENT GOVERNMENT | | | | | | |
| | | | | | | | 16. TRAFFIC PATROL | | | | | | |
| ND | | | | | | | 17. | | | | | | |

### PERSONALITY:  WHERE POSSIBLE USE SEVERAL TEACHERS JUDGMENTS

| | 7TH | 8TH | 9TH | 10TH | 11TH | 12TH |
|---|---|---|---|---|---|---|
| 1. INTELLECTUAL CURIOSITY | | | | | | |
| 2. INDUSTRY | | | | | | |
| 3. CREATIVENESS | | | | | | |
| 4. LEADERSHIP | | | | | | |
| 5. SOCIAL MINDEDNESS | | | | | | |
| 6. CONCERN FOR OTHERS | | | | | | |
| 7. RESPONSIBILITY | | | | | | |

### GRADUATION DATE                    AV.

| RANK | AMONG | GRADUATES |
|---|---|---|
| DIPLOMA | | |
| COURSE | | |
| MAJOR | | TOTAL UNITS |

AFTER HIGH SCHOOL

| SCHOOL ENTERED | | DATE |
|---|---|---|

FELL-00000217

38

FELL-00000218

Pittston Area School

| KINDERGARTEN | DATE 85-86 | PROMOTION ✓ | TEACHER WVW - Schuyler |
|---|---|---|---|

| DATE ENTERED | | GRADE | FORMER SCHOOL ATTENDED |
|---|---|---|---|

| GRADE | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | 86-87 | | | 87-88 | | | 88-89 | | | 89-90 | | | 90-91 | | | | | | | | | | | | | |
| TEACHER | | | | | | | | | | Mr. R. + Mr M. Loncoski | | | | | | | | | | | | | | | |
| PROMOTION | | | | | | | | | | Yes | | | yes | | | | | | | | | | | | | |

| | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| READING | | | | | | | | | | | | | | | | | | | | | | | | |
| WRITING | | | | | | | | | | | | | | | | | | | | | | | | |
| ARITH. | W V W | | | | | | | | | | | | | | | | | | | | | | | |
| SPELLING | Schuyler | | | | | | | | | | | | | | | | | | | | | | | |
| LANGUAGE | | | | | | | | | | | | | | | | | | | | | | | | |
| SCIENCE | | | | | | | | | | | | | | | | | | | | | | | | |
| SOC. STUD. | | | | | | | | | | | | | | | | | | | | | | | | |
| MUSIC VOCAL | | | | | | | | | | | | | | | | | | | | | | | | |
| MUSIC INSTRU. | | | | | | | | | | | | | | | | | | | | | | | | |
| ARTS AND CRAFTS | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY. ED. | | | | | | | | | | | | | | | | | | | | | | | | |
| HEALTH & SAFETY | | | | | | | | | | | | | | | | | | | | | | | | |
| STUDY HABITS | | | | | | | | | | | | | | | | | | | | | | | | |
| DEPORTMENT | M1745 | | | | | | | | | | | | | | | | | | | | | | | |
| DAYS PRESENT | | | | | | | 163 | | | 149 | | | | | | | | | | | | | | |
| DAYS ABSENT | | | | | | | 17 | | | 31 | | | | | | | | | | | | | | |
| TIMES TARDY | | | | | | | 0 | | | 0 | | | | | | | | | | | | | | |

COMMENTS

1989-1990    1990-1991

EXPLANATION OF MARKS

| ELEMENTARY | HIGH SCHOOL | GROUP |
|---|---|---|
| A — EXCELLENT | | |
| B — ABOVE AVERAGE | 93-100  SUPERIOR   70-76   PASSING | H — HONORS |
| C — AVERAGE | | |

5:01-cr-00012-gwc   Document 301-5   Filed 03/21/11   Page 17 of 24

FELL-00000219

| DATE | GR. | TEST NAME –FORM | C.A. | M.A. | VERBAL I.Q. | PERFORMANCE I.Q. | FULL SCALE I.Q. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

4/8/6  K   M.K.K.T   P   66        91

✓

**PRESSCORES**

M1746

FELL-00000220

5-01-cr-00012-gwc Document 301-5 Filed 09/21/01 Page 19 of 24

# PITTSTON AREA SCHOOL DISTRICT
## PROGRESS REPORT
### GRADES 4-5

#### INDIVIDUAL GROWTH AND DEVELOPMENT

For each item below a number rating indicates your child's progress in relation to his ability and effort as determined by teacher observation of his work, his work habits, and his attitudes.
CODE: 1 - Very Good; 2 - Good; 3 - Satisfactory; 4 - Having Difficulty; 5 - No Progress Due To Lack Of Real Effort
An item that is not marked DOES NOT APPLY to your child at this time.

READING PROGRAM _____ **HOUGHTON MIFFLIN** _____

| READING | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Reads with understanding | 1 | 1 | 1 | 1 |
| Works out new words independently | 1 | 1 | 1 | 1 |
| Reads a variety of materials independently | 1 | 1 | 1 | 1 |
| Shows progress in mastering study skills | 1 | 1 | 1 | 1 |
| **LANGUAGE** | | | | |
| Grammar (parts of speech and sentence structure) | 1 | 1 | 1 | |
| Usage (subject-verb agreement, pronouns, verbs, adjectives) | 1 | 1 | 1 | |
| Mechanics (capitalization, punctuation) | 1 | 1 | 1 | |
| Writing (concepts and skills in all forms of writing) | | | | |
| **SPELLING** | | | | |
| Applies spelling skills in written work | 1 | 2 | 1 | 1 |
| Learns assigned words | 2 | 2 | 2 | 1 |
| Uses dictionary skills effectively | 2 | 2 | 2 | 1 |
| **MATHEMATICS** | | | | |
| Understands concepts | 1 | 1 | 1 | 1 |
| Reasons well in problem solving | 1 | 1 | 1 | 1 |
| Works with accuracy | 1 | 1 | 1 | 1 |
| **SCIENCE & HEALTH** | | | | |
| Secures information through reading, experimentation & observation. | - | 2 | 2 | 2 |
| Shows knowledge of science concepts studied | 2 | 2 | 2 | 2 |
| Shows knowledge of health concepts studied | 1 | 2 | 2 | 2 |

FELL-00000221

M1747

NAME _____ Fell, D _____ SCHOOL YEAR 19 89 19 90
GRADE ___ 4 ___ SCHOOL _____ Lincoln _____
TEACHER ___ Hoffman ___ GRADE PLACEMENT FOR NEXT YEAR _____

| SOCIAL STUDIES | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Shows knowledge of concepts studied | 2 | 2 | 2 | 1 |
| Is acquiring skills in the use of reference materials, maps, globes, charts, etc. | 1 | 2 | 2 | 2 |

| SPECIAL AREAS OF LEARNING | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Physical education | | | | |
| Music | 1 | 2 | 1 | |
| Art | 2 | 2 | 1 | |

#### S INDICATES SATISFACTORY. U INDICATES UNSATISFACTORY

| WORK HABITS AND SOCIAL BEHAVIOR | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Works well with others | S | S | S | S |
| Works well independently | S | S | S | S |
| Practices self-discipline | S | S | S | S |
| Makes good use of his time | S | S | S | S |
| Is developing good listening skills | S | S | S | S |
| Completes assigned work | S | S | S | S |
| Shows consistent effort | S | S | S | S |

#### READING LEVELS

|  | Gr. 4 |  |  | Gr. 5 |
|---|---|---|---|---|
|  | J | K |  | K | L |

| Marking Period | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING LEVEL | K | K | K | K |
| **ATTENDANCE RECORD** | | | | |
| Days Absent | 1 | 4 | 4 | 8 |

TEACHERS COMMENTS:

| January | June |
|---|---|
| | |



M1748



**CHILDREN'S
SERVICE
CENTER**
*of Wyoming Valley, Inc.*

*Sent 9/11/91*

Date:    September 4, 1991

To:      Lincoln Elementary School
         Williams Street
         Pittston, PA  18640

Re:      Donald Fell

DOB:     4-30-80

__X__ To aid in planning services for the above-named child, we would appreciate receiving the information requested on the enclosed release form.

_____ We have been requested and authorized to provide you with a report concerning our work with the above-mentioned child. Enclosed is:

    _____ A copy of the Individualized Treatment Plan. (Please note this is a composite of the treatment team planning and takes precedence in services provided.)

    _____ A copy of the psychiatric evaluation.

    _____ A copy of the psychological evaluation.

    _____ A copy of the closing summary.

    _____ Other _____

_____ In response to your recent request for information and after searching our files, we find that the named was never a patient at our clinic.

_____ If you can supply us with further information that would aid us in better identifying this individual, we will gladly search our files again.

_____ Thank you for referring this family to us. We will be willing to arrange an appointment to discuss with them their concerns about their child.

_____ Should you desire a report, because of the laws governing confidentiality, it will be necessary to obtain written consent from the child if 12 years of age or older and the parent or legal guardian.

_____ This is to inform you that the above-mentioned family has not made contact with this clinic since you referred them to us.

Sincerely,

*Patricia A. Marks*

Patricia A. Marks, M.S.
Assessment Unit

PAM/sg

*Serving the Community Since 1862*

335 South Franklin Street • Wilkes-Barre, Pennsylvania 18702 (717) 825-6425

MEMBER OF UNITED WAY OF WYOMING VALLEY

M1749

FELL-00000223

**CHILDREN'S SERVICE CENTER**
335 S. Franklin Street
Wilkes-Barre, PA  18702
Telephone:  (717) 825-6425

CONSENT TO RELEASE/OBTAIN CONFIDENTIAL INFORMATION

I, _Debbie Fell_____, hereby authorize the Children's Service
　　(legally responsible person)
Center to release/obtain information contained in the record of _Donald Fell_
DOB: _4-30-80_  ~~to~~/from: _Lincoln Elementary School._
　　　　　　　　　　　　　　_Williams Street_
　　　　　　　　　　　　　　_Pittston.  PA  18640_
The specific purpose for which the released/obtained records are to be used is
_Treatment planning_
The information which may be released/obtained is limited to _____

I fully understand the nature of this consent and that this authorization shall
remain effective from the date of my signature to _____(60 days hence);
however, I may revoke this authorization at any time by written, dated communi-
cation to the director or his designee.  I hereby release the Children's Service
Center and said person or facility from all legal responsibility and liability
for acting upon this authorization, and I intend to be legally bound hereby.
_8-23-91_                  _Debbie Fell_
　　Date　　　　　　　　　Signature of Patient and/or person authorized to consent
　　　　　　　　　　　　　for patient
_8-23-91_                  _Patricia G Marks M.S._
　　Date　　　　　　　　　Signature of staff member obtaining consent

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed if patient is physically unable to provide a signature but has
indicated, verbally or behaviorally, that he/she consents to the release.

We affirm that_____was physically unable to provide
a signature, understands the nature of this consent and freely gave his/her
verbal or behavioral consent.  This authorization shall remain effective from
this date to_____(60 days hence); however, this may be revoked by verbal
or behavioral communication to the director or his designee.

_____          _____
　　Date　　　　　　　　　　　　　　　Witness


_____          _____
　　Date　　　　　　　　　　Signature of staff member obtaining consent

mf

M1750

FELL-00000224

# Stanford ACHIEVEMENT TEST SERIES WITH O-L SCHOOL ABILITY TEST

## SKILLS ANALYSIS FOR DONNY R FELL

TEACHER   H RITZIE
SCHOOL    LINCOLN ELEMENTARY
SYSTEM    PITTSTON AREA SD

GRADE  4    TEST DATE 4/24/90
STANFORD NORMS GR 4.8    LEVEL INTER 1  FORM E
OLSAT NORMS GR 4 SPRING  LEVEL ELEM   FORM R

COPY 1
PROCESS NO
140-00-008705-0




| NUMBER OF ITEMS | RAW SCORE | SCALE SCORE | NATL PR-S | LOCAL PR-S | ACHIEVMNT ABILITY COMPARISN |
|---|---|---|---|---|---|
| WORD STUDY SKILLS 60 | 49 | 655 | 73-6 | 66-6 | MIDDLE |
| READING COMPREHENSION 60 | 54 | 691 | 90-8 | 83-7 | HIGH |
| VOCABULARY 36 | 27 | 647 | 67-6 | 56-5 | MIDDLE |
| LISTENING COMPREHENSION 40 | 25 | 620 | 34-4 | 19-3 | LOW |
| SPELLING 40 | 33 | 659 | 67-6 | 57-5 | MIDDLE |
| LANGUAGE 53 | 39 | 643 | 59-5 | 37-4 | LOW |
| CONCEPTS OF NUMBER 34 | 29 | 671 | 89-8 | 74-6 | HIGH |
| MATH COMPUTATION 44 | 32 | 646 | 64-6 | 32-4 | MIDDLE |
| MATH APPLICATIONS 40 | 32 | 650 | 77-7 | 55-5 | MIDDLE |
| SOCIAL SCIENCE 60 | DNA | | | | |
| SCIENCE 60 | DNA | | | | |
| USING INFORMATION 42 | DNA | | | | |
| TOTAL READING 120 | 103 | 671 | 88-7 | 77-7 | MIDDLE |
| TOTAL LISTENING 76 | 52 | 633 | 50-5 | 38-4 | LOW |
| TOTAL LANGUAGE 93 | 72 | 650 | 65-6 | 48-5 | MIDDLE |
| TOTAL MATHEMATICS 118 | 93 | 654 | 80-7 | 50-5 | MIDDLE |
| BASIC BATTERY TOTAL 407 | 320 | NA$^2$ | 67-6 | 56-5 | NA$^2$ |
| COMPLETE BATTERY TOTAL 527 | DNA | | | | |
| OTIS-LENNON | AGE | PR-S | 83-7 | RS=57 | SAI=115 |
| SCHOOL ABILITY TEST | GRADE | PR-S | 88-7 | LOCAL | PR-S 73-6 |

AGE 10 YRS  0 MOS

READING SKILLS GROUP: DEVELOPMENTAL

WRITING TEST RESULTS:

| CONTENT CLUSTERS | RAW SCORE/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| WORD STUDY SKILLS | 49/60 | | ✓ | |
| Structural Analysis | 17/24 | | ✓ | |
| Phonetic Analysis - - Consonants | 14/18 | | ✓ | |
| Phonetic Analysis - - Vowels | 18/18 | | | ✓ |
| READING COMPREHENSION | 54/60 | | | ✓ |
| Textual Reading | 15/20 | | ✓ | |
| Functional Reading | 19/20 | | ✓ | |
| Recreational Reading | 20/20 | | | ✓ |
| Literal Comprehension | 29/30 | | | ✓ |
| Inferential Comprehension | 25/30 | | | ✓ |
| VOCABULARY | 27/36 | | ✓ | |
| LISTENING COMPREHENSION | 25/40 | | ✓ | |
| Retention | 11/20 | | ✓ | |
| Organization | 14/20 | | ✓ | |
| SPELLING | 33/40 | | ✓ | |
| Homophones | 7/ 8 | | ✓ | |
| Phonetic Principles | 13/16 | | ✓ | |
| Structural Principles | 13/16 | | ✓ | |
| LANGUAGE | 39/53 | | ✓ | |
| Conventions | 23/26 | | | ✓ |
| Language Sensitivity | 4/14 | ✓ | | |
| Reference Skills | 12/13 | | | ✓ |
| CONCEPTS OF NUMBER | 29/34 | | | ✓ |
| Whole Numbers and Place Value | 14/17 | | | ✓ |
| Rational Numbers | 7/ 8 | | | ✓ |
| Operations and Properties | 8/ 9 | | | ✓ |

| CONTENT CLUSTERS | RAW SCORE/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| MATHEMATICS COMPUTATION | 32/44 | | ✓ | |
| Addition with Whole Numbers | 6/ 6 | | | ✓ |
| Subtraction with Whole Numbers | 7/ 9 | | ✓ | |
| Multiplication with Whole Numbers | 9/12 | | ✓ | |
| Division with Whole Numbers | 6/10 | | ✓ | |
| Computation With Fractions & Decimals | 4/ 4 | | | ✓ |
| Estimation | 0/ 3 | ✓ | | |
| MATHEMATICS APPLICATIONS | 32/40 | | | ✓ |
| Problem Solving | 18/22 | | ✓ | |
| Geometry/Measurement | 8/12 | | | ✓ |
| Graphs and Charts | 6/ 6 | | | ✓ |
| SOCIAL SCIENCE | DNA | | | |
| Geography | | | | |
| History | | | | |
| Anthropology | | | | |
| Sociology | | | | |
| Political Science | | | | |
| Economics | | | | |
| Inquiry Skills | | | | |
| SCIENCE | DNA | | | |
| Physical Science | | | | |
| Biological Science | | | | |
| Inquiry Skills | | | | |
| USING INFORMATION | DNA | | | |

M1751

Copyright © 1987 by Harcourt Brace Jovanovich, Inc.
ALL RIGHTS RESERVED. Printed in the U.S.A.

See back for aids for interpretation.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC

5:01-cr-00012-gwc   Document 301-5   Filed 03/21/11   Page 24 of 24

NAME _____ *Donald* *Robert* II  Sex (M.) F.   *Birth* DATE 4/30/80
(Last)          (First)        (Middle)

OTIS-LENNON SCHOOL
ABILITY TEST

FELL       DONNY  R        TESTS         INTELLIGENCE

GR 4    AGE 10- 0
LEVEL ELEM  FORM R

SCHOOL      RAW
ABILITY     SCORE
INDEX       57
115

        PR-S
AGE NORMS   83-7
GRADE NORMS 88-7
LOCAL NORMS 73-6

P.A.S.T.

P.S.A.T.

S.A.T.

S.A.T.

S.A.T.

M1752

D.A.T.

STUDENT: FELL, DONALD R.
GRADE: 5  SEX: M
ID NUMBER:        -001-0052
BIRTH DATE: 04/30/80
DIST: PITTSTON AREA
SCHL: LINCOLN EL SCH
DATE EXITED FROM ESSENTIAL SKILLS SERVICES - READING: N/A  MATH: N/A

| Test Scores | No. of Items Correct | Pct. of Items Correct | Dist. Avg. % Correct | State Avg. % Correct |
|---|---|---|---|---|
| READING | 39 OF 45 | 86.7 | 72.1 | 72.7 |
| MATH | 63 OF 85 | 74.1 | 68.5 | 66.6 |

1991 TELLS

FELL-00000226