

M1753

FELL-00000227

# PENNSYLVANIA
## Testing for
## Essential Learning
## and Literacy Skills
## 1991

**STUDENT REPORT**

**GRADE:  5**

STUDENT: FELL, DONALD R.

DISTRICT CODE: 118406602
DISTRICT NAME: PITTSTON AREA
SCHOOL CODE:   000006943
SCHOOL NAME:   LINCOLN EL SCH

STUDENT:      FELL, DONALD R.
ID NUMBER:         -001-0052
BIRTH DATE:   04/30/80
SEX:          M

| | READING | MATHEMATICS |
|---|---|---|
| **TEST SCORES** | | |
| Number of Items Answered Correctly | 39 of 45 | 63 of 85 |
| Percentage of Items Answered Correctly | 86.7% | 74.1% |
| **DISTRICT AVERAGE** | | |
| Percentage of Items Answered Correctly | 72.1% | 68.5% |
| **STATE AVERAGE** | | |
| Percentage of Items Answered Correctly | 72.7% | 66.6% |

## READING

### ABILITY TO CONSTRUCT MEANING FROM TEXT

| READING PROCESSES | Narrative Passage | Informational Passage | Total Correct |
|---|---|---|---|
| Extended: requires inferencing, reasoning and thinking beyond the text presented | 7/8 | 1/2 | 8/10 |
| Implicit: requires use of explicit information, prior knowledge and inference to determine meaning | 11/11 | 8/12 | 19/23 |
| Explicit: requires identification of information directly stated in the passage | 4/4 | 8/8 | 12/12 |
| Total Correct | 22/23 | 17/22 | 39/45 |
| Percent Correct | 95.7 | 77.3 | 86.7 |

**Exceeds Cut Score: YES**

## MATHEMATICS

### ABILITY AREAS

| CONTENT AREAS | Conceptual Understanding | Procedural Knowledge | Problem Solving | Total Correct |
|---|---|---|---|---|
| Numbers and Operations | 7/9 | 9/14 | 4/7 | 20/30 |
| Measurement | 4/4 | 10/12 | 0/1 | 14/17 |
| Geometry | 12/12 | 1/2 | 1/3 | 14/17 |
| Data Analysis, Statistics and Probability | 3/4 | 2/4 | 3/4 | 8/12 |
| Algebra and Functions | 2/4 | 3/3 | 2/2 | 7/9 |
| Total Correct | 28/33 | 25/35 | 10/17 | 63/85 |
| Percent Correct | 84.8 | 71.4 | 58.8 | 74.1 |

**Exceeds Cut Score:  YES**

FELL-00000228

# Stanford ACHIEVEMENT TEST SERIES — SKILLS ANALYSIS FOR DONALD R FELL

TEACHER  MARY GRACE LONCOSKI
SCHOOL   LINCOLN ELEMENTARY
SYSTEM   PITTSTON AREA SD

GRADE 5   TEST DATE 4/23/91
STANFORD NORMS GR 5.8   LEVEL INTER 2  FORM E

COPY 1
PROCESS NO
141-00-009104-00

| NUMBER OF ITEMS | RAW SCORE | NATL PR-S | LOCAL PR-S | GRADE EQUIV |
|---|---|---|---|---|
| WORD STUDY SKILLS 60 | 50 | 80-7 | 75-6 | 9.5 |
| READING COMPREHENSION 60 | 50 | 81-7 | 69-6 | 10.0 |
| VOCABULARY 36 | 28 | 70-6 | 67-6 | 7.3 |
| LISTENING COMPREHENSION 40 | 32 | 74-6 | 61-6 | 8.1 |
| SPELLING 50 | 41 | 72-6 | 72-6 | 8.3 |
| LANGUAGE 53 | 37 | 60-6 | 34-4 | 6.4 |
| CONCEPTS OF NUMBER 34 | 26 | 82-7 | 61-6 | 8.0 |
| MATH COMPUTATION 44 | 30 | 62-6 | 24-4 | 6.9 |
| MATH APPLICATIONS 40 | 26 | 65-6 | 36-4 | 6.7 |
| SOCIAL SCIENCE 60 | DNA | | | |
| SCIENCE 60 | DNA | | | |
| USING INFORMATION 36 | DNA | | | |
| TOTAL READING 120 | 100 | 86-7 | 74-6 | 9.8 |
| TOTAL LISTENING 76 | 60 | 74-6 | 64-6 | 7.6 |
| TOTAL LANGUAGE 103 | 78 | 70-6 | 56-5 | 7.2 |
| TOTAL MATHEMATICS 118 | 82 | 73-6 | 38-4 | 7.2 |
| BASIC BATTERY TOTAL 417 | 320 | 72-6 | 61-6 | 8.0 |
| COMPLETE BATTERY TOTAL 537 | DNA | | | |

NATIONAL PERCENTILE BANDS
1  5  10  20  30  40  50  60  70  80  90  95 9

AGE 11 YRS  0 MOS

READING SKILLS GROUP: DEVELOPMENTAL

WRITING TEST RESULTS:

| CONTENT CLUSTERS — RAW SCORE/NUMBER OF ITEMS | | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| WORD STUDY SKILLS | 50/60 | | | ✓ |
| Structural Analysis | 18/24 | | ✓ | |
| Phonetic Analysis – – Consonants | 15/18 | | | ✓ |
| Phonetic Analysis – – Vowels | 17/18 | | | ✓ |
| READING COMPREHENSION | 50/60 | | | ✓ |
| Textual Reading | 16/20 | | | ✓ |
| Functional Reading | 19/20 | | | ✓ |
| Recreational Reading | 15/20 | | ✓ | |
| Literal Comprehension | 27/30 | | | ✓ |
| Inferential Comprehension | 23/30 | | | ✓ |
| VOCABULARY | 28/36 | | ✓ | |
| LISTENING COMPREHENSION | 32/40 | | ✓ | |
| Retention | 15/20 | | ✓ | |
| Organization | 17/20 | | ✓ | |
| SPELLING | 41/50 | | ✓ | |
| Homophones | 8/10 | | ✓ | |
| Phonetic Principles | 16/20 | | ✓ | |
| Structural Principles | 17/20 | | | ✓ |
| LANGUAGE | 37/53 | | ✓ | |
| Conventions | 17/26 | | ✓ | |
| Language Sensitivity | 12/15 | | ✓ | |
| Reference Skills | 8/12 | | ✓ | |
| CONCEPTS OF NUMBER | 26/34 | | | ✓ |
| Whole Numbers and Place Value | 11/12 | | | ✓ |
| Rational Numbers | 11/16 | | | ✓ |
| Operations and Properties | 4/ 6 | | ✓ | |

| CONTENT CLUSTERS — RAW SCORE/NUMBER OF ITEMS | | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| MATHEMATICS COMPUTATION | 30/44 | | ✓ | |
| Addition with Whole Numbers | 4/ 4 | | | ✓ |
| Subtraction with Whole Numbers | 3/ 4 | | | ✓ |
| Multiplication with Whole Numbers | 4/ 6 | | ✓ | |
| Division with Whole Numbers | 5/10 | | ✓ | |
| Computation with Fractions | 6/ 8 | | | ✓ |
| Computation with Decimals | 3/ 6 | | ✓ | |
| Estimation | 3/ 3 | | | ✓ |
| Proportions | 2/ 3 | | ✓ | |
| MATHEMATICS APPLICATIONS | 26/40 | | ✓ | |
| Problem Solving | 13/22 | | ✓ | |
| Geometry/Measurment | 9/12 | | | ✓ |
| Graphs and Tables | 4/ 6 | | ✓ | |
| SOCIAL SCIENCE | DNA | | | |
| Geography | | | | |
| History | | | | |
| Anthropology | | | | |
| Sociology | | | | |
| Political Science | | | | |
| Economics | | | | |
| Inquiry Skills | | | | |
| SCIENCE | DNA | | | |
| Physical Science | | | | |
| Biological Science | | | | |
| Inquiry Skills | | | | |
| USING INFORMATION | DNA | | | |

M1755

Copyright   1987 by Harcourt Brace Jovanovich, Inc.
ALL RIGHTS RESERVED. Printed in the U.S.A.

See back for aids for interpretation.

 THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC

SS# 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

# HEALTH RECORD

FELL-00000230

### DIRECTIONS

AN ENTRY BASED ON THE CODE BELOW SHOULD BE MADE AFTER EACH ITEM TO INDICATE FINDINGS.

WHERE NO ENTRY IS MADE AFTER ITEM, THE INTERPRETATION WILL BE NOT EXAMINED OR INSPECTED.

### CODE

O-- NO DEFECTS FOUND.
X — DEFECTS NOTED.
I — IMMEDIATE ACTION IMPORTANT.
P — PARENT NOTIFIED.
C — CORRECTION MADE (WITH DATE)
V — VISITED DOCTOR OR DENTIST (WITH DATE).

NOTE: ALL CODE MARKINGS SHOULD BE ENTERED ACCURATELY AND LEGIBLY.

## STRUCTURAL / ORGANIC

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF EXAMINATION | | | | | | | | | | | | | |
| AGE IN YEARS AND MONTHS | | | | | | | | | | | | | |
| HEIGHT IN INCHES | | | | | | | | | | | | | |
| WEIGHT: ACTUAL IN POUNDS | | | | | | | | | | | | | |
| N-NORMAL OR % + OR % — | | | | | | | | | | | | | |
| GROWTH:N-NORMAL R-RETARDED | | | | | | | | | | | | | |
| POSTURE | | | | | | | | | | | | | |
| DEFORMITIES | | | | | | | | | | | | | |
| EYES: RIGHT | | | | | | | | | | | | | |
| EYES: LEFT | | | | | | | | | | | | | |
| EARS: RIGHT | | | | | | | | | | | | | |
| EARS: LEFT | | | | | | | | | | | | | |
| TEETH: TEMPORARY | | | | | | | | | | | | | |
| TEETH: PERMANENT | | | | | | | | | | | | | |
| SKIN | | | | | | | | | | | | | |
| NOSE | | | | | | | | | | | | | |
| THROAT | | | | | | | | | | | | | |
| LUNGS | | | | | | | | | | | | | |
| HEART | | | | | | | | | | | | | |
| NERVES | | | | | | | | | | | | | |
| LYMPH NODES | | | | | | | | | | | | | |
| ENDOCRINES | | | | | | | | | | | | | |
| DIGESTIVE ORGANS | | | | | | | | | | | | | |
| KIDNEYS | | | | | | | | | | | | | |

ENTERED BY PHYSICIAN

EXAMINED BY: P-PHYSICIAN; N-NURSE; T-TEACHER

### POLIO VACCINATIONS:

AGE_____DATE_____        AGE_____DATE_____

AGE_____DATE_____        AGE_____DATE_____

### SMALLPOX VACCINATION:

ACCELERATION REACTION ☐ — IMMUNE REACTION ☐    FAILURE ☐

AGE_____DATE_____

### DIPHTHERIA INOCULATIONS:

ONE ☐    TWO ☐    THREE ☐    FOUR ☐

AGE_____DATE_____

### TYPHOID INOCULATIONS:

ONE ☐    TWO ☐    THREE ☐

AGE_____DATE_____

### TUBERCULIN TEST:

VAN PIRQUET ☐    MANTOUX ☐    POSITIVE ☐    NEGATIVE ☐

AGE_____DATE_____

HAS PUPIL LIVED IN SAME HOME WITH CASE OF TUBERCULOSIS OF LUNGS ☐ . GLANDS ☐ . BONES ☐ ? IF SO, STATE HOW LONG, GIVING DATES IF POSSIBLE_____

COMMUNICABLE DISEASES: NOTATIONS_____

OPERATIONS: KIND, AGE, AND DATE_____

DOCTOR FOR EMERGENCY:_____

## RESULTS OF NATIONAL TESTS

Name: Fell          Donald
Grade: 6          Pod: A    Year: 9∅/92
Homeroom: 142    ID: 98270

| Subject: | 1 | 2 | 3 | 4 | C | F |
|---|---|---|---|---|---|---|
| Reading | | | | | I | I |
| Math | | | | | I | I |
| Science | B | | | | I | I |
| Language | | A | | | I | I |
| Soc.Study | | | B | | I | I |
| Spelling | | | | | | |

|--1----2-----3------4---Total-
Att:                          0.0

M1756

Martin   L.  Mattei Middle School
Pittston Area School District

| SUBJECT TO | YES | NO | | DISEASE |
|---|---|---|---|---|
| FREQUENT COLDS | | | | SCARLET FEVER |
| HEADACHE | | | | MEASLES |
| EARACHE | | | | WHOOPING COUGH |
| | | | | SMALLPOX |
| | | | | CHICKENPOX |
| | | | | GERMAN MEASLES |
| | | | | DIPHTHERIA |
| | | | | MUMPS |
| | | | | TYPHOID |
| | | | | TONSILLITIS |
| | | | | INFLUENZA |
| | | | | PNEUMONIA |
| | | | | POLIOMYELITIS |
| | | | | CHOREA |
| | | | | RHEUMATISM |

**39**

FELL-00000231

## EDUCATIONAL SUMMARY

RE: Donald Fell        AGE: 14.0        GRADE PLACEMENT: 7

SCHOOL HISTORY

As per a phone conversation with Plains Jr. High School, Donald is a seventh grade student. Records have been requested.

TESTING AND ANALYSIS

During Donald's placement in the Diagnostic Program, his academic achievement was evaluated with a series of tests, and the results are as follows:

### Wide Range Achievement Test
#### Administered 4-11-94

|  | Grade Rating | S.S. |
|---|---|---|
| Reading | above 12 | 124 |
| Spelling | begin 11 | 107 |
| Arithmetic | end 6 | 83 |

### Gates MacGinitie Reading Tests
#### Administered 4-22-94

|  | Percentile Rank | Grade Equivalent |
|---|---|---|
| Vocabulary | 61 | 8.7 |
| Comprehension | 68 | 10.4 |
| Total | 67 | 9.2 |

Percentile ranks are based on norms for May grade 7.

Results indicate that Donald's total reading skills are on approximately a 9.2 grade level.

M309

FELL-00000232

EDUCATIONAL SUMMARY
RE:    Donald Fell
Page II

SUMMARY:

   Donald is a fourteen year old youth who, as per a phone
conversation, is a seventh grade student. Achievement testing
reveals that Donald's total reading skills are on approximately a
9.2 grade level. His arithmetic skills are on approximately an
end of sixth grade level. Classroom observations indicate that
Donald usually uses proper work habits, completes assignments,
participates, works cooperatively and shows progress in all
classes. Donald is a seventh grade student in St. Michael's
Elementary Education Program.

Linda Huseman
Language Arts Supervisor

William Evans
Director of Education

LH/WE/dlw

FELL-00000233

**40**

FELL-00000234

```
A = 90 TO 100
B = 80 TO  89
C = 70 TO  79
D = 60 TO  69
F = FAIL
```



*St. Michael's School*

Hoban Heights, Box 370
Tunkhannock, Pennsylvania 18657

Donald   Fell                    15    Report Card 1994-1995
        GRADE:     8                   ADM:  09/06/94                    DOB:  04/30/80

| COURSE | FIRST | SECOND | THIRD | FOURTH | CREDIT |
|---|---|---|---|---|---|
| Elementary Reading | A | B | B | B | |
| Elementary English | A | B | C | A | |
| Language Enrichment/Spell | A | A | B | A | |
| Elementary Math | C | C | C | B | |
| Elementary Science | A | C | C | D | |
| Elementary Social Studies | B | A | B | B | |
| Elementary Health | A | B | B | D | |
| Art Education | B | B | C | C | |
| Computer Awareness | A | A | A | A | |
| Physical Education | A | A | B | A | |

☒ Promote to Grade _9_

☐ Retain in Grade _____

William Evans

Director of Education

5:01-cr-00012-gwc   Document 301-6   Filed 03/21/11   Page 9 of 78

FELL-00000235

**41**

FELL-00000236

This information has been disclosed to you from records whose confidentiality is protected by State Law. State regulations limit your right to make further disclosure of this information without prior written consent of the person to whom it pertains. This information is for Professional Use Only and no copies may be made.

## DAY TREATMENT
### Discharge Summary

**Name:** Donald Fell

**Period Covered:** 04-08-94 to 08-25-95

**Referring Agency:** Luzerne Co. Children and Youth

**Agency Worker:** Donna Boyson

**D.O.A.:** 04-08-94

**D.O.B.:** 04-30-94

**D.O.T.:** 05-08-95

## Psychiatric Diagnosis

**AXIS I:** Adjustment Disorder with Disturbance of Conduct (309.30)

**AXIS II:** adolescent/authority conflict (V71.02)

**AXIS III:** no significant physical impairment

**AXIS IV:** moderate

**AXIS V:** current 40, highest 60

## Medication:

Don remained in generally good health during his placement and did have access to the nursing staff on a daily basis.

## Educational Status:

Don was placed in seventh grade curriculum within St. Michael's Elementary Education Program. He completed the 1993/94 school year at St. Michael's and was promoted to the eighth grade. He completed the eighth grade curriculum during the 1994/95 school year, at St. Michael's and has been promoted to the ninth grade. According to the Director of Education, Don usually used proper work habits, completed assignments, participated, worked cooperatively and showed progress in all his classes. He, generally earned grades of C or better while enrolled in St. Michael's Educational program. His grades slipped in Health and Science during the fourth marking period (please refer to the final grade report). It is recommended that Don return to a public school setting. His records will be forwarded to his next school. Participation in a tutorial program may aid Don in continuing the positive academic progress initiated at St. Michael's.

M327

FELL-00000237

This information has been
you from records whose conf
is protected by State Law. S
regulations limit your right t
further disclosure of this inf
the written consent
person to whom it pertains.
Information is for Profession
(*) and the copies may be

## Needs List

The following needs were developed by the child, his parents/guardians, the treatment team, and the referring agency. The list is broken down into three components; priority, secondary, and external needs. An asterisk (*) will indicate which needs were addressed in treatment and if the needs were met, partially met, or not met. For further details, please refer to the summary on the following page which outlines the child's adjustment and progress during the course of his treatment.

## Priority Needs:

Need #1. Treatment goals need to be established. **\*Need Met**

Need #2. Don needs to be oriented and involved in all program modalities. **\*Need Met**.

Need #3. Don needs to be evaluated for additional specialized, (off campus) treatment modalities, (D&A, Adopt-A-Grandparent, MH/MR, etc.). **\*Need Met**.

Need #4. Don needs to demonstrate consistent appropriate behaviors and interactions with staff. **\*Need Partially Met**

Need #5. Don needs to learn to express negative feelings in an appropriate fashion. **\*Need Partially Met**

Need #6. Don needs to respond appropriately to adult caretakers. **\*Need Partially Met**

## Secondary Needs:

Need #7. Don needs to work towards permanent placement with his grandmother. **\*Need Met**

Need #8. Permanency planning needs to be formulated with Don. **\*Need Met**

Need #9. Don's adjustment home and participation in the Day Treatment Program needs to be monitored and his progress/deterioration addressed. **\*Need Met**

Need #10. Don needs to follow and respect the rules of St. Michael's and Day Treatment. **\*Need Partially Met**

Need #11. Don and Treatment Team need to discuss and implement discharge planning. **\*Need Met**

## External Needs:

Need #12. Don needs to continue this education in the most appropriate school setting, upon his discharge from Day Treatment. **\*Need Partially Met**

Need #13. Don needs to remain involved with Luzerne County Children and Yout! Services, as this agency deems it appropriate. **\*Need Partially Met**

Need #14. Don and his aunt, Ms. Jackie Sharpe, need to become involved in the wraparound services offered , for in-home counseling. **\*Need Partially Me**

FELL-00000238

This information has been disclosed to you from records whose confidentiality is protected by State Law. State regulations limit your right to make further disclosure of this information without prior written consent of the person to whom it pertains. This information is for Professional Use Only and no copies may be made.

## Summary of Child's Adjustment and Progress

Don was admitted to St. Michael's School for a Diagnostic Evaluation on 04-08-94. He was placed in the Diagnostic/Orientation living unit for his initial 30 days. The Diagnostic Team recommended that Don continue placement in St. Michael's Intensive Treatment Unit (ITU). After his initial adjustment, he was transferred to Hoban's Manor (ITU) on date 05/10/94. He was able to progress, slowly at first, within this setting and was transitioned to a less restrictive living unit named St. Francis, on 10/31/94. Don continued to progress in St. Francis and due to this positive progress, was transferred to Evergreen Home, which is the least restrictive setting in the ITU, on 01/27/95. While in the Intensive Treatment Unit his attitude and interactions with peers fluctuated. Don was involved in a few physical altercations with different peers while in Hoban's Manor. These behavior as well as, general peer relationship issues improved and Don was able to form some close relationships within the other, less restrictive living units. At times, Don seemed to make concerted efforts to do well within the program. It is noteworthy that permanency planning and discharge planning had been focusing on Don's maternal grandmother, Theresa Sharpe. Ms. Sharpe was diagnosed with a terminal illness (Myeloma) and passed away in late December, 1994. Don took her death appropriately and this issue was addressed by both his Primary Counselor, Kristie McDowell and Social Worker, William Kane. This remains a sensitive issue with Don.

Don's response to treatment in general, also fluctuated. He was able to stabilize his behaviors and responses in most aspects of St. Michael's, as evidenced by his progressive transfer to less restrictive living units, and was discharged home to his aunt, Jackie Sharpe, and transferred to the Day Treatment Program on 05/08/05.

Don participated in group counseling on a weekly basis. He was involved in group sessions which focused on life skills, peer relations, self-esteem, family relations, anger management, and values clarification. Don's attitude and demeanor during groups fluctuated. When actively involved in the topic, Don would become quite invested in the group process as evidenced by his desire to read assignments, instructions and other related material aloud. He did, at times, attempt to verbally disrupt group sessions and cross talk with peers when he was either not interested in the topic or perhaps felt to be challenged by the group or group leader. When invested in the group session, Don offered his opinions, ideas, and interacted positively with his peers. He also participated in individual counseling sessions on a weekly basis. Don seemed to have formed a stable relationship with his social worker, Ken McCurdy. At times, Don sought him out to discuss his opinions and thoughts but seemed cautious in sharing his feelings with Ken. Don seemed better able to vent his frustrations, accept and handle confrontation, and process personal

FELL-00000239

this information has been disclo:
you from records whose confidentic
is protected by State Law. State
regulations limit your right to mak
further disclosure of this informati.
without more openly and of th
person to whom it pertains. This
information is for Professional Use
Psychocounseling may be made

issues such as Ms. Sharpe's paramour leaving the family dynamic, more openly and positively, since entering Day Treatment.

Don also participated in a Drug and Alcohol evaluation through Catholic Social Services. His counselor, Joanne Donato reported that he successfully completed counseling and that no further counseling was need at that time 08/08/94 (please refer to need #3). He also actively volunteered at the local soup kitchen, preparing and serving food for the local needy, which appeared to be a positive experience for Don.

The following is a detailed discussion on how Don's specific needs were addressed.

**Need #1. Treatment goals need to be established. Need met.** Don was recommended to continue placement within St. Michael's Intensive Treatment Unit as a result of his Diagnostic Evaluation. He was transferred to this program on 5/10/94. He continued within ITU and, following a progressive residential placement which included him residing in Hoban's Manor, St. Francis Living Unit, and Evergreen Home, he was transferred to the Day Treatment Program on 05/08/95.

**Need #2. Don needs to be oriented and involved in all program modalities. Need met.** Don participated in an orientation to St. Michael's Residential Program (ITU) while in the Diagnostic/Orientation unit; Purcell Place. Don met with his Social Worker, Mark Innocenzi and Dorm Supervisor, Paul Mailen. He also met with the Day Treatment Social Worker, Ken McCurdy, to review the rules and regulations of the Day Treatment Program, upon his transfer into that component of programming.

**Need #3. Don needs to be evaluated for additional specialized, (off campus) treatment modalities, (D&A, Adopt-A-Grandparent, MH/MR, etc.). Need met.** Don was referred for a drug and alcohol evaluation through Catholic Social Services which was completed and continued the recommended counseling. He met with Joanne Donato for individual counseling and completed treatment. Further counseling was not recommended at that time, 08/08/94.

**Need #4. Don needs to demonstrate consistent appropriate behaviors and interactions with staff. Need partially met.** Don's behaviors have consistently improved, overall, while involved in the Intensive Treatment Unit. This has been evidenced by his higher levels, ability to be maintained in less restrictive settings, and generally positive behavior on home visits. His behavior has fluctuated within the Day Treatment Program. He has been able to attain positive levels but he has

lacked consistency in this area. This need was addressed with Don on a regular basis, until he was discharged from the program.

This information has been disclose you from records whose confidentiali is protected by State Law. State regulations limit your further disclosure of this information without prior written consent of the person to whom it pertains. This information is for Professional Use Only and no copies may be made.

**Need #5. Don needs to learn to express negative feelings in an appropriate fashion. Need partially met.** Don seems more open and better able to process his feelings and frustrations with staff, as evidenced by his improvement in individual counseling sessions with his Social Worker, Ken McCurdy. He still has to be redirected, at times, during situations in which he feels he is being wrongly blamed or in which he has no control; i.e. Ms. Sharpe's paramour leaving the family dynamic. It is recommended by the Treatment Team that Don continue some form of counseling upon his discharge from Day Treatment (i.e. wraparound services) to help him continue to process/discuss his feelings with a counselor. This service may help Don make a smoother transition back into public school and the community.

**Need #6. Don needs to respond appropriately to adult caretakers. Need partially met.** Don has continued to receive negative reports for disrespect to staff. This behavior, as well as, a general distrust for staff has been continued area of focus by the Treatment Team. Don has shown some improvement and has been able to verbally process his feelings/concerns in a more open manner with his social worker (please refer to Need #5).

**Need #7. Don needs to work towards permanent placement with his Grandmother. Need met.** Don's main visiting resource, and the focus of discharge and permanency planning, was his maternal grandmother, Ms. Theresa Sharpe. Ms. Sharpe was diagnosed with a terminal illness and passed away in late December, 1994. Don's aunt, Ms. Jackie Sharpe has continued to be involved with Don prior to and following, this unfortunate occurrence. It was at this time that his aunt, Jackie became Don's visiting resource and the focus of discharge and permanency planning. Following a number of successful weekend home visits and upon his transfer to the Day Treatment Program, Don was discharged to the custody and care of his aunt, Jackie Sharpe.

**Need #8. Permanency planning needs to be formulated with Don. Need met.** Don, Jackie Sharpe, St. Michael's Treatment Team, and Luzerne County formulated a plan of action that has focussed on Don being placed in Ms. Sharpe's custody and him being discharged, from St. Michael's, to her home; REDACTED - FELL Wilkes-Barre, PA 18702. This took place upon his transfer to the Day Treatment Program (please refer to Needs #1, 7 and 9).

REDACTED - FELL

This information has been disclo
you from records whose confidenti
further disclosure of this informat
person to whom it pertains. This
information is for Professional Use
Only and no re-disclosure be made

**Need #9.  Don's adjustment home and participation in the Day Treatment Program needs to be monitored and his progressed/deterioration addressed. Need met.** According to Ms. Sharp, Don's adjustment and progress at home has continued to be without incident and generally positive.  Within the program, Don has tested the limits of Day Treatment rules but his adjustment has been relatively appropriate (refer to Need #10).

**Need #10.  Don needs to follow and respect the rules of St. Michael's and Day Treatment.  Need partially met.** Don has continued to receive negative reports for certain rule violations.  These issues have been addressed with him on an individual basis and improvement has been noted since the meeting with Children and Youth, on 07/26/95, in which an attendance contract had been created.

**Need #11.  Don and Treatment Team need to discuss and implement discharge planning.  Need met.** Don and the Treatment Team his discussed and implemented plans for discharge (please refer to aftercare plan).

**Need #12. Don needs to continue this education in the most appropriate school setting, upon his discharge from Day Treatment. *Need partially met**
Don's school records have been forwarded to Coughlin Area School District.

**Need #13. Don needs to remain involved with Luzerne County Children and Youth Services, as this agency deems it appropriate.  *Need partially met**
Don's case will remain active for a period of at least six months, as per the Service Plan of this agency.

**Need #14. Don and his aunt, Ms. Jackie Sharpe, need to become involved in the wraparound services offered , for in-home counseling. *Need partially met**
Don and his aunt, Ms. Jackie Sharpe, have been encouraged to participate in this service offered to them. Luzerne County Children and Youth Services have been asked to help Ms. Sharpe secure this service for Don.

Throughout his placement, Don generally maintained appropriate levels within St. Michael's behavioral system.  Within the Day Treatment program Don basically followed most of the rules and staff directions.  He usually got along well with his peers and staff.  When confronted or reprimanded, Don would quickly become defensive and, at times, verbally argumentative.  This did improve, somewhat, in the Day Treatment Program.

## AFTERCARE PLAN

Aftercare plans developed in the interest of Donald Fell should include the following, as recommended by St. Michael's Treatment Team:

1. Don will remain in the custody and care of his maternal aunt, Ms. Jackie Sharpe, REDACTED - FELL ilkes-Barre, PA 18702, phone : 822-7135.

2. Don and Ms. Sharpe will remain involved with Luzerne County Children and Youth Services to insure his continued, successful adjustment home and placement in a public school setting for the 1995/96 school year.

3. Don and Ms. Sharpe need to become involved in wraparound services and/or in home counseling to assist in the family's long term success. This will be initiated by Donna Boyson, Luzerne Co. Children and Youth, at a later time as discussed on 07/26/95.

4. Don will return to a public school setting. Ms. Sharpe and Don need to register for the 1995/96 school year; in Coughlin High School, Wilkes-Barre Area School District. His academic records will be forwarded to his next school.

5. Don will abide by all the rules and stipulations set forth by his aunt Jackie, Children and Youth, and the community at large.

6. Don will become involved in structured, extra-curricular activities either in the community or through the school; i.e. music, sports, or clubs.

**PROJECTED DISCHARGE DATE: 08-25-95**

Clinical Director: _____

Program Director: _____

Community Coordinator: _____ M.Ed., A.T.R.

Social Worker: _____

My signature indicates that this Discharge Summary has been discussed with me:

Client: _____

This information has been disclosed to you from records whose confidentiality is protected by State Law. State regulations limit your right to make further disclosure of this information without prior written consent of the person to whom it pertains. This information is for Professional Use Only and no copies may be made.

FELL-00000243

**42**

FELL-00000244

SS# 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

| Fell | Donald | | | (M-F) M | Date of Birth | 4/30/80 |
|------|--------|--------|------------------|----------|---------------|---------|
| (Last Name) | (First Name) | (Middle) | (Student Number) | Sex | (Mo.) (Day) | (Year) |

Parent or Guardian: Jackie Sharp (Aunt)    Mother:    Place of Birth: Wilkes-Barre, PA.

GRADUATED: (Date).................... Withdrew from School: (Date) 1/31/97 (Last Grade Completed) ...9... Reason: (Code) ...W-6... A-BE

| School Wandel Jr High Grade 9 | School | Grade | School | Grade | School | Grade |
|---|---|---|---|---|---|---|
| ADDRESS | | | | | | |
| HOME ROOM TEACHER | | | | | | |
| SCHOOL TERM 1995-1996 | | | | | | |
| DATE ADMITTED St. Mikes | | | | | | |
| ADMITTED FROM 5th 1995 | | | | | | |

CODE: A=100–93, Superior; B=92–85; Above Average; C=84-75, Average; D=74-70, Passing; E= Below 70, Failure.

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR |
|---------|--------|-------|-------|------|
| ENGLISH | 1.00 | 91 | 64 | 78 |
| SOCIAL STUDIES | 1.00 | 87 | 70 | 79 |
| MATHEMATICS | 1.00 | 88 | 70 | 79 |
| SCIENCE | 1.00 | 85 | 82 | 84 |
| PRE. VOC. | 2.00 | 81 | 65 | 73 |
| PHYSICAL EDUC | .25 | P | P | P |
| HEALTH EDUC | .25 | 85 | 84 | 85 |

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM |
|---|---|---|---|---|

CREDITS CARRIED 6.25
CREDITS EARNED 6.25
G.P.A. 77.95

Ranks .......... in class of ..............    Ranks ............. in class of ............    Ranks ............. in class of ...........    Ranks ............ in class of ...........

| DAYS PRESENT | | | DAYS PRESENT | | | DAYS PRESENT | | | DAYS PRESENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS ABSENT | | | DAYS ABSENT | | | DAYS ABSENT | | | DAYS ABSENT | | |
| TOTAL BELONGED | | | TOTAL BELONGED | | | TOTAL BELONGED | | | TOTAL BELONGED | | |
| TARDY | | | TARDY | | | TARDY | | | TARDY | | |

Promoted [ ] Retained [ ] S.S. [ ]    Promoted [ ] Retained [ ] S.S. [ ]    Promoted [ ] Retained [ ] S.S. [ ]    Promoted [ ] Retained [ ] S.S [ ]

MAJOR OR FULL TIME SUBJECTS ONLY.

5-01-cr-00012-gwc  Document 301-6  Filed 03/21/11  Page 19 of 78

FELL-00000245

5:01-cr-00012-gwc Document 301-6 Filed 03/21/11 Page 20 of 78

FELL-00000246

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) |
|---|---|---|
| Fell | Donald | |

Date of Birth: 4-30-80    Place: W-B Twp    Phone: 824-5842
Mo. Day Year    (Pencil)

Birth Cert. - State ........Pa........No. ....049-78-949.. Baptismal [ ]  Other ....................

Vaccination Verified: yes [ ]   no [ ]  Male [y]  Female [ ]

GRADES 1 and 2
V - Very Good    I - Improv. Needed
S - Satisfactory   U - Unsatisfactory
C - Cont. to Improve

GRADES 3, 4, 5, and 6
A - Excellent (93-100)    D - Passing (70-74)
B - Good (85-92)    E - Failure (0-69)
C - Average (74-84)

Physical Education (P)ass or (F)ail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SCHOOL | Flood | Flood | Word | | | | | | |
| TEACHER | Copeland | Rygiel | Harris | | | | | | |
| YEAR | 87-88 | 88-89 | 91-92 | | | | | | |
| GRADE | 2-3 | 3 | 6-1 | | | | | | |
| Music | S | V | | | | | | | |
| Art | V | S | | | | | | | |
| Writing | U | U | | | | | | | |
| Reading | 3 | C | | | | | | | |
| Mathematics | V | C | | | | | | | |
| Spelling | V | B | | | | | | | |
| Language | S | C | | | | | | | |
| Science | S | C | | | | | | | |
| Social Stud. | V | D | | | | | | | |
| Health | 3 | C | | | | | | | |
| Phys. Ed. | S | | | | | | | | |
| LIBRARY Inst. | | | | | | | | | |
| Days Present | 155.5 | 174 | | | | | | | |
| Days Absent | 9.5 | 7 | | | | | | | |
| Illegal Abs. | 0 | 0 | | | | | | | |
| Promoted to: | 3rd | 4th | | | | | | | |

---

Donald Robert Fell
(Parent or Guardian)

REDACTED - FEL

Debbie Kotzer    Service Advisor / Stitcher
(Mother's First & Maiden Name)    (Parent's Occupation—in Pencil)
Total Children in Family [2]    Number under 18—2

Significant Limitations: (physical, social, mental) —

| School: Plains | Grade 7-6 | School: | Grade |
|---|---|---|---|
| ADDRESS W. Carey St | | | |
| HOME ROOM TEACHER Kostoski | | | |
| SCHOOL TERM 92-93 | | | |
| DATE ADMITTED 9-9-92 | | | |
| ADMITTED FROM Flood | | | |

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR |
|---|---|---|---|---|
| ENGLISH 7 | 1.000 | D | E | D |
| DEV READ 7 | .750 | E | E | E |
| SOC STUD 7 | 1.000 | E | E | E |
| MATH 7 | 1.250 | D | E | E |
| SCIENCE 7 | 1.000 | D | E | E |
| ART 7 | .500 | D | D | D |
| VOC EXPLOR 7 | .500 | C | C | C |
| MUSIC 7 | .500 | C | D | C |
| PHYS EDUC 7 | .500 | F | F | E |

| COURSE CREDITS | | No. Weeks | Periods | 1 SM | 2 SM | Y |
|---|---|---|---|---|---|---|

CREDITS CARRIED    7.000
CREDITS EARNED    2.000
G.P.A.    0.482

| | | | | |
|---|---|---|---|---|
| DAYS PRESENT | 1 | 2 | 5 | DAYS PRESENT |
| DAYS ABSENT | | 5 | 6 | DAYS ABSENT |
| TOTAL BELONGED | 1 | 8 | 1 | TOTAL BELONGED |
| TARDY | | | 1 | TARDY |

Promoted [ ]   Retained [ ]   S.S. [ ]

### Authorization for Release of Confidential Information and Records

Date: __Jan 19 2001__

To: __Finance Office__
    __Loughlin High School__

Re: __Donald Fell school records__

this release, or a photocopy or facsimile thereof, authorize and request you to release to attorney __Alexander Bunin & Gene Primomo__ or other designated representatives of the Federal Public Defenders Office, any and all information and/or records relating to __Donald Fell__, including (but not limited to) academic information, correctional (including all prison and jail records), employment (including worker's compensation and unemployment), juvenile, law enforcement (including arrest and incident reports), medical (including communicable diseases and HIV-related confidential records), military, psychological, psychiatric, probation, rehabilitation (including alcohol and drug rehabilitation), and social services (including public assistance, HEAP, food stamps, and family services), as well as any files prepared by any doctor or his agent in connection with prior civil or criminal litigation, and any other communications or documents.

This document authorizes any attorneys, treating doctors, experts, or other personnel to discuss their above-mentioned confidential information with the above-mentioned legal representatives and to provide them with all files, documents, tapes or other items generated or obtained by them about or on behalf of __Donald Fell__. In consideration of such disclosure, I hereby release you (in your individual and/or institutional capacity) from any and all liability arising from the disclosure of any confidential information.

I am specifically authorized to photocopy these records and release copies to the above-mentioned legal representatives. **This release cancels all prior authorizations**, and disclosure of any records other than to representatives of the Federal Public Defenders Office is **not permitted** without written authorization from __Donald Fell__

Signed: _____

D.O.B.: ____April 30, 1980____

S.S. #: ____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____

State: ____Vermont____ )

County: ____Franklin____ )

Sworn before me on this the 15th of January , 2001 .

Not _____

My commission expires
2-10-03

File
Parents
~~Coughlin~~
Mr. Holland

WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL

Pupil Personnel Services

Instructors Referral

File

Name Don Fell        Date 12/11/96

Addre: REDACTED - FELL W-B 18705

Course Auto II        Session A.M. X  P.M. _____

Home School Coughlin

Reason for Referral _Attendance_

Attendance problems

Absent 26 days out of 65

Other Reasons:

☐ Chronic tardiness
☑ Insufficient class preparation
☑ Low interest level in studies
☑ Less than favorable aptitude for subject
☐ Basic skills for subject tend to be lacking
☑ Apparent immaturity
☑ Motivation is insufficient to achieve success
☑ Limited class participation
☑ Homework assignment late, poor or incomplete
☑ Scores poorly in tests
☑ Short attention span in class

Additional Comments:

Don needs intense guidance
+ Communication with His Parole officer

Counselor Comments: Copy sent to Coughlin & parents.

P. Rishnak

FELL-00000248

# WILKES-BARRE AREA SCHOOL DISTRICT
## COUGHLIN - GAR - MEYERS - PLAINS - WILKES-BARRE TOWNSHIP

| ST NUM | STUDENT NAME | DAYS ABSENT | DATE | SCHOOL NAME | HR |
|---|---|---|---|---|---|
| 025134 | FELL, DONALD | 056 | 062293 | PLAINS JR. H.S. | 41 |
| | | HS  VT | | | |

| COURSE NUMBER | CREDITS | TCH NO | QTR 1 | QTR 2 | EXAM | SEM 1 | QTR 3 | QTR 4 | EXAM | SEM 2 | YEAR | NAME OF SUBJECT | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07201.00 | 33 | | C | E | | D | E | E | E | E | D | ENGLISH 7 | | | 08 | |
| 0721 | .75 | 34 | E | E | | D | E | E | | E | E | DEV READ 7 | 09 | | 08 | |
| 27301.00 | 41 | | C | E | E | E | E | E | E | E | E | SOC STUD 7 | | 10 | 10 | 01 |
| 37221.25 | 16 | | C | E | E | D | E | E | E | E | E | MATH 7 | 15 | | 01 | 11 |
| 47201.00 | 17 | | C | E | | D | E | E | E | E | E | SCIENCE 7 | 01 | | | |
| 5732 | .50 | 43 | C | D | | D | D | D | | D | D | ART 7 | | | | |
| 7720 | .50 | 19 | C | B | | C | C | D | | C | C | VOC EXPLOR 7 | 04 | | | 11 |
| 8732 | .50 | 55 | C | E | | E | E | C | | D | E | MUSIC 7 | 13 | 15 | | |
| 9723 | .50 | 23 | F | F | | F | F | F | | F | F | PHYS EDUC 7 | 01 | 01 | 09 | |

| CREDITS CARRIED | CREDITS EARNED | GRADE POINTS | GPA |
|---|---|---|---|
| 7.000 | 2.000 | 2.500 | .357 |

STUDENT IS _____ PROMOTED

A=93-100
B=85-92
C=75-84
[illegible]
E=BELOW 70 (FAIL)
I=INCOMPLETE
P=PASS

CONDUCT CODE

01 CONDUCT UNDESIRABLE
02 MAKES GOOD USE OF ABILITY
03 ASSUMES RESPONSIBILITY
04 GOOD CLASS PARTICIPATION
05 COMMENDABLE ATTITUDE
06 DOES MORE THAN REQUIRED
07 MARKED IMPROVEMENT
08 TEST SCORES LOW
09 FREQUENTLY UNPREPARED
10 DOES NOT MAKE GOOD USE OF ABILITY
11 FREQUENTLY ABSENT
12 DOES NOT MAKE UP WORK
13 NOT ATTENTIVE WASTES TIME
14 INCONSIDERATE OF OTHERS
15 A CONFERENCE IS REQUESTED: PLEASE CALL COUNSELOR

## WILKES-BARRE AREA SCHOOL DISTRICT
### - Report Card Receipt -

| DATE | ST NUM | HR |
|---|---|---|
| 062293 | 025134 | 41 |

NAME OF STUDENT: _____

REMARKS: _____

PARENTS: PLEASE DETACH RECEIPT AND RETURN TO HOMEROOM TEACHER PROMPTLY. TO ATTAIN THE BEST PROGRESS OF THE STUDENT THE HOME AND SCHOOL MUST WORK TOGETHER. PLEASE EXAMINE THIS REPORT CAREFULLY AND DISCUSS IT WITH YOUR CHILD. DO NOT HESITATE TO "REMARK" OR CONTACT THE SCHOOL.

PARENT'S SIGNATURE BELOW INDICATES THAT YOU HAVE EXAMINED THIS REPORT CARD BUT DOES NOT NECESSARILY INDICATE APPROVAL.

PARENT'S SIGNATURE _____

## EDUCATIONAL SUMMARY

RE: Donald Fell          AGE: 14.0          GRADE PLACEMENT: 7

### SCHOOL HISTORY

As per a phone conversation with Plains Jr. High School, Donald is a seventh grade student. Records have been requested.

### TESTING AND ANALYSIS

During Donald's placement in the Diagnostic Program, his academic achievement was evaluated with a series of tests, and the results are as follows:

#### Wide Range Achievement Test
#### Administered 4-11-94

|            | Grade Rating | S.S. |
|------------|--------------|------|
| Reading    | above 12     | 124  |
| Spelling   | begin 11     | 107  |
| Arithmetic | end 6        | 83   |

#### Gates MacGinitie Reading Tests
#### Administered 4-22-94

|               | Percentile Rank | Grade Equivalent |
|---------------|-----------------|------------------|
| Vocabulary    | 61              | 8.7              |
| Comprehension | 68              | 10.4             |
| Total         | 67              | 9.2              |

Percentile ranks are based on norms for May grade 7.

Results indicate that Donald's total reading skills are on approximately a 9.2 grade level.

FELL-00000250

EDUCATIONAL SUMMARY
RE:    Donald Fell
Page II

SUMMARY:

Donald is a fourteen year old youth who, as per a phone conversation, is a seventh grade student. Achievement testing reveals that Donald's total reading skills are on approximately a 9.2 grade level. His arithmetic skills are on approximately an end of sixth grade level. Classroom observations indicate that Donald usually uses proper work habits, completes assignments, participates, works cooperatively and shows progress in all classes. Donald is a seventh grade student in St. Michael's Elementary Education Program.

Linda Huseman
Language Arts Supervisor

William Evans
Director of Education

LH/WE/dlw

FELL-00000251



A = 90 TO 100
B = 80 TO 89
C = 70 TO 79
D = 60 TO 69
F = FAIL

**St. Michael's School**
Hoban Heights, Box 370
Tunkhannock, Pennsylvania 18657

Donald  Fell                    15    Report Card 1994-1995
    GRADE:    8                        ADM:  09/06/94                    DOB:  04/30/80

| COURSE | FIRST | SECOND | THIRD | FOURTH | CREDIT |
|---|---|---|---|---|---|
| Elementary Reading | A | B | B | B | |
| Elementary English | A | B | C | A | |
| Language Enrichment/Spell | A | A | B | A | |
| Elementary Math | C | C | C | B | |
| Elementary Science | A | C | C | D | |
| Elementary Social Studies | B | A | B | B | |
| Elementary Health | A | B | B | D | |
| Art Education | B | B | C | C | |
| Computer Awareness | A | A | A | A | |
| Physical Education | A | A | B | A | |

☒ Promote to Grade _9_

☐ Retain in Grade _____

William Evans

Director of Education

5:01-cr-00012-gwc   Document 301-6   Filed 03/21/11   Page 26 of 78

FELL-00000252

5:01-cr-00012-gwc   Document 301-6   Filed 03/21/11   Page 27 of 78

SS# 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

**CO●Y**

| Fell | Donald | | (Student Number) | (M-F) M | Date of Birth 4/30/80 |
|---|---|---|---|---|---|
| (Last Name) | (First Name) | (Middle) | | Sex | (Mo.) (Day) (Year) |

Parent or Guardian: Jackie Sharp (Aunt)    Mother:    Place of Birth: Wilkes-Barre, PA.

GRADUATED: (Date)........................ Withdrew from School: (Date) 4/3/97 (Last Grade Completed) 9 ...... Reason: (Code) W-6 A-BE

| School Woodland Hr Grade 9 | School | Grade | School | Grade | School | Grade |
|---|---|---|---|---|---|---|
| ADDRESS | | | | | | |
| HOME ROOM TEACHER | | | | | | |
| SCHOOL TERM 1995-1996 | | | | | | |
| DATE ADMITTED St. Mike | | | | | | |
| ADMITTED FROM 5th 1995 | | | | | | |

CODE:  A=100-93, Superior;  B=92-85; Above Average;  C=84-75, Average;  D=74-70, Passing;  E= Below 70, Failure.

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH | 1.00 | 91 | 64 | 78 | | | | | | | | | | | | | | | | | |
| SOCIAL STUDIES | 1.00 | 87 | 70 | 79 | | | | | | | | | | | | | | | | | |
| MATHEMATICS | 1.00 | 88 | 70 | 79 | | | | | | | | | | | | | | | | | |
| SCIENCE | 1.00 | 85 | 82 | 84 | | | | | | | | | | | | | | | | | |
| PRE. VOC. | 2.00 | 81 | 65 | 73 | | | | | | | | | | | | | | | | | |
| PHYSICAL EDUC | .25 | P | P | P | | | | | | | | | | | | | | | | | |
| HEALTH EDUC | .25 | 85 | 84 | 85 | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| CREDITS CARRIED | 4.25 |
| CREDITS EARNED | 6.25 |
| G.P.A. | 77.95 |

Ranks ......... in class of ...........  Ranks ........... in class of ...........  Ranks ............. in class of ...........  Ranks ............. in class of ...........

| DAYS PRESENT | | | DAYS PRESENT | | | DAYS PRESENT | | | DAYS PRESENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS ABSENT | | | DAYS ABSENT | | | DAYS ABSENT | | | DAYS ABSENT | | |
| TOTAL BELONGED | | | TOTAL BELONGED | | | TOTAL BELONGED | | | TOTAL BELONGED | | |
| TARDY | | | TARDY | | | TARDY | | | TARDY | | |

Promoted [ ]  Retained [ ]  S.S. [ ]    Promoted [ ]  Retained [ ]  S.S. [ ]    Promoted [ ]  Retained [ ]  S.S. [ ]    Promoted [ ]  Retained [ ]  S.S [ ]

Marks Weighted As Recommended by NASSP.        MAJOR OR FULL TIME SUBJECTS ONLY.

FELL-00000253

5:01-cr-00012-gwc   Document 301-6   Filed 03/21/11   Page 28 of 78

**(LAST NAME)** Fell   **(FIRST NAME)** Donald   **(MIDDLE NAME)**

Date of Birth: 4-30-80   Place: W-B Twp   Phone: 824-5842
Mo. Day Year   (Pencil)

Birth Cert. - State ......Pa...... No. ...044.70.70 Baptismal [ ]   Other ......................
Vaccination Verified: yes [ ]   no [ ]   Male [y]   Female [ ]

| | GRADES 1 and 2 | | GRADES 3, 4, 5, and 6 | |
|---|---|---|---|---|
| V - Very Good | I - Improv. Needed | | A - Excellent (93-100) | D - Passing (70-74) |
| S - Satisfactory | U - Unsatisfactory | | B - Good (85-92) | E - Failure (0-69) |
| C - Cont. to Improve | | | C - Average (74-84) | |

Physical Education (P)ass or (F)ail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SCHOOL** | Flood | Float | Flood | | | | |
| **TEACHER** | Gdland | Rysie | Harris | | | | |
| **YEAR** | 87-88 | 88-89 / Stoner | 91-92 | | | | |
| **GRADE** | 2-3 | 3-3 | 6-1 | | | | |
| Music | S | V | | | | | |
| Art | V | S | | | | | |
| Writing | U | U | | | | | |
| Reading | S | C | | | | | |
| Mathematics | V | C | | | | | |
| Spelling | V | B | | | | | |
| Language | S | C | | | | | |
| Science | S | C | | | | | |
| Social Stud. | V | D | | | | | |
| Health | S | C | | | | | |
| Phys. Ed. | -S | | | | | | |
| LIBRARY Inst. | | | | | | | |
| | | | | | | | |
| Days Present | 155.5 | 174 | | | | | |
| Days Absent | 9.5 | 7 | | | | | |
| Illegal Abs. | 0 | 0 | | | | | |
| Promoted to: | 3rd | 4th | | | | | |
| DATE ENTERED | 10-5-87 | 9-7-88 9-4-91 | | | | | |

Donald Robert Fell
**(Parent or Guardian)**

REDACTED - FEL

Debbie Kotzer   Service Advisor / Stitcher
**(Mother's First & Maiden Name)**   **(Parent's Occupation—in Pencil)**
Total Children in Family  [ 2 ]   Number under 18 - 2

Significant Limitations: (physical, social, mental) —

School: Plains   Grade  7-0   School:   Grade
ADDRESS  W. Carey St
HOME ROOM TEACHER  Kosloski
SCHOOL TERM  92-93
DATE ADMITTED  9-9-92
ADMITTED FROM  Flood

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR | COURSE CREDITS | No. Weeks | Periods | 1 SM SM | 2 SM SM | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH 7 | 1.000 | D | E | D | | | | | | |
| DEV READ 7 | .750 | E | E | E | | | | | | |
| SOC STUD 7 | 1.000 | E | E | E | | | | | | |
| MATH 7 | 1.250 | D | E | E | | | | | | |
| SCIENCE 7 | 1.000 | D | E | E | | | | | | |
| ART 7 | .500 | D | D | D | | | | | | |
| VOC EXPLOR 7 | .500 | C | C | C | | | | | | |
| MUSIC 7 | .500 | E | D | E | | | | | | |
| PHYS EDUC 7 | .500 | F | F | F | | | | | | |

CREDITS CARRIED  7.000
CREDITS EARNED  2.000
G.P.A.  0.482

| | | | | |
|---|---|---|---|---|
| **DAYS PRESENT** | | 1 | 2 5 | **DAYS PRESENT** |
| **DAYS ABSENT** | | | 5 6 | **DAYS ABSENT** |
| **TOTAL BELONGED** | | 1 | 8 1 | **TOTAL BELONGED** |
| **TARDY** | | | 1 1 | **TARDY** |
| Promoted [ ]  Retained [ ]  S.S. [ ] | | | | Promoted [ ]  Retained [ ]  S.S. [ ] |

FELL-00000254

### Authorization for Release of Confidential Information and Records

Date: 1 19 2001

To: _____ Office
_____ High School

Re: _____ Fell school records

This release, or a photocopy or facsimile thereof, authorize and request you to release to attorney Alexander Bunin & Gene Primomo or their _____ designated representatives of the Federal Public Defenders Office, any and all information and/or records relating to Donald Fell _____, including (but not limited to) academic, adoption, correctional (including all prison and jail records), employment (including worker's compensation and unemployment), juvenile, law enforcement (including arrest and incident reports), medical (including communicable diseases and HIV-related confidential records), military, psychological, psychiatric, probation, rehabilitation (including alcohol and drug rehabilitation), and social services (including public assistance, HEAP, food stamps, and family services), as well as any files prepared by any _____ or his agent in connection with prior civil or criminal litigation, and any other communication or documents.

This release _____ authorizes any attorneys, treating doctors, experts, or other personnel to discuss their _____ confidential information with the above-mentioned legal representatives and to provide them _____ files, documents, tapes or other items generated or obtained by them about or on behalf of Donald Fell _____. In consideration of such disclosure, I hereby release you (in _____ individual and/or institutional capacity) from any and all liability arising from the disclosure of _____ confidential information.

_____ specifically authorized to photocopy these records and release copies to the above mentioned legal representatives. **This release cancels all prior authorizations, and disclosure of any records other than to representatives of the Federal Public Defenders Office is not permitted** without written authorization from Donald Fell

Signed: _____

D.O.B.: April 30, 1980

S.S. #: 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

State _____ (Vermont )

County _____ (Franklin )

Sworn _____ me on this _____ the 15th of January , 2001

Not _____

my Commission expires
2-10-03

*File*
*Parents*
*Coughlin -*
*Mr. Holland*

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
### Pupil Personnel Services
### Instructors Referral

Name _Don Fell,_   Date _12/11/96_

Address REDACTED - FELL _W-B 18705_

Course _Auto II_   Session A.M. _X_  P.M. ____

Home School _Coughlin_

Reason for Referral _Attendance_

Attendance problems

   Absent _26_ days out of _65_

Other Reasons:

☐ Chronic tardiness
☑ Insufficient class preparation
☑ Low interest level in studies
☑ Less than favorable aptitude for subject
☐ Basic skills for subject tend to be lacking
☑ Apparent immaturity
☑ Motivation is insufficient to achieve success
☑ Limited class participation
☑ Homework assignment late, poor or incomplete
☑ Scores poorly in tests
☑ Short attention span in class

Additional Comments:
   _Don needs intense guidance_
_& Communication with His Parole officer_

Counselor Comments: _Copy sent to Coughlin & parents._
_P. Fishnal_

FELL-00000256

# WILKES-BARRE AREA SCHOOL DISTRICT
## COUGHLIN - GAR - MEYERS - PLAINS - WILKES-BARRE TOWNSHIP

WILKES-BARRE AREA SCHOOL DISTRICT
- Report Card Receipt -

| ST NUM | STUDENT NAME | DAYS ABSENT | DATE | SCHOOL NAME | HR |
|---|---|---|---|---|---|
| 025134 | FELL, DONALD | 056 HS VT | 062293 | PLAINS JR. H.S. | 41 |

| DATE | ST NUM | HR |
|---|---|---|
| 062293 | 025134 | 41 |

| COURSE NUMBER | CREDITS | TCH NO | QTR 1 | QTR 2 | EXAM | SEM 1 | QTR 3 | QTR 4 | EXAM | SEM 2 | YEAR | NAME OF SUBJECT | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07201 | .0033 | | C | E | | D | E | E | E | E | D | ENGLISH 7 | | | 08 | |
| 0721 | .7534 | | E | E | | E | E | E | | E | E | DEV READ 7 | 09 | | 08 | |
| 27301 | .0041 | | C | E | E | E | E | E | E | E | E | SOC STUD 7 | | 10 | 10 | 02 |
| 37221 | .2516 | | C | E | | D | E | E | E | E | E | MATH 7 | 15 | | 01 | 11 |
| 47201 | .0017 | | C | E | | D | E | E | E | E | E | SCIENCE 7 | 01 | | | |
| 5732 | .5043 | | C | D | | D | D | D | | D | D | ART 7 | | | | |
| 7720 | .5019 | | C | E | | C | C | D | | | C | VOC EXPLOR 7 | 04 | | | 11 |
| 8732 | .5055 | | C | E | | E | E | E | | D | E | MUSIC 7 | 13 | 11 | | |
| 9723 | .5023 | | F | F | | F | F | F | | F | F | PHYS EDUC 7 | 01 | 01 | 09 | |

| CREDITS CARRIED | CREDITS EARNED | GRADE POINTS | GPA |
|---|---|---|---|
| 7.000 | 2.000 | 2.500 | .357 |

STUDENT IS _____ PROMOTED

A=93-100
B=85- 92
C=75- 84
D=70- 74
E=BELOW 70 (FAIL)
I=INCOMPLETE
P=PASS

COMMENT CODE

01 CONDUCT UNDESIRABLE
02 MAKES GOOD USE OF ABILITY
03 ASSUMES RESPONSIBILITY
04 GOOD CLASS PARTICIPATION
05 COMMENDABLE ATTITUDE
06 DOES MORE THAN REQUIRED
07 MARKED IMPROVEMENT
08 TEST SCORES LOW

09 FREQUENTLY UNPREPARED
10 DOES NOT MAKE GOOD USE OF ABILITY
11 FREQUENTLY ABSENT
12 DOES NOT MAKE UP WORK
13 NOT ATTENTIVE WASTES TIME
14 INCONSIDERATE OF OTHERS
15 A CONFERENCE IS REQUESTED; PLEASE CALL COUNSELOR

NAME OF STUDENT: _____

REMARKS: _____

PARENTS: PLEASE DETACH RECEIPT AND RETURN TO HOMEROOM TEACHER PROMPTLY. TO ATTAIN THE BEST PROGRESS OF THE STUDENT THE HOME AND SCHOOL MUST WORK TOGETHER. PLEASE EXAMINE THIS REPORT CAREFULLY AND DISCUSS IT WITH YOUR CHILD. DO NOT HESITATE TO "REMARK" OR CONTACT THE SCHOOL.

PARENT'S SIGNATURE BELOW INDICATES THAT YOU HAVE EXAMINED THIS REPORT CARD BUT DOES NOT NECESSARILY INDICATE APPROVAL.

PARENT'S SIGNATURE _____

## EDUCATIONAL SUMMARY

RE: Donald Fell        AGE: 14.0        GRADE PLACEMENT: 7

### SCHOOL HISTORY

As per a phone conversation with Plains Jr. High School, Donald is a seventh grade student. Records have been requested.

### TESTING AND ANALYSIS

During Donald's placement in the Diagnostic Program, his academic achievement was evaluated with a series of tests, and the results are as follows:

**Wide Range Achievement Test**
**Administered 4-11-94**

|  | Grade Rating | S.S. |
|---|---|---|
| Reading | above 12 | 124 |
| Spelling | begin 11 | 107 |
| Arithmetic | end 6 | 83 |

**Gates MacGinitie Reading Tests**
**Administered 4-22-94**

|  | Percentile Rank | Grade Equivalent |
|---|---|---|
| Vocabulary | 61 | 8.7 |
| Comprehension | 68 | 10.4 |
| Total | 67 | 9.2 |

Percentile ranks are based on norms for May grade 7.

Results indicate that Donald's total reading skills are on approximately a 9.2 grade level.

FELL-00000258

EDUCATIONAL SUMMARY
RE:    Donald Fell
Page II

SUMMARY:

Donald is a fourteen year old youth who, as per a phone conversation, is a seventh grade student. Achievement testing reveals that Donald's total reading skills are on approximately a 9.2 grade level. His arithmetic skills are on approximately an end of sixth grade level. Classroom observations indicate that Donald usually uses proper work habits, completes assignments, participates, works cooperatively and shows progress in all classes. Donald is a seventh grade student in St. Michael's Elementary Education Program.

Linda Huseman
Language Arts Supervisor

William Evans
Director of Education

LH/WE/dlw

FELL-00000259

5:01-cr-00012-gwc    Document 301-6    Filed 03/21/11    Page 34 of 78

FELL-00000260

```
A = 90 TO 100
B = 80 TO  89
C = 70 TO  79
D = 60 TO  69
F = FAIL
```



**St. Michael's School**
Hoban Heights, Box 370
Tunkhannock, Pennsylvania 18657

Donald   Fell
   GRADE:    B              15      Report Card 1994-1995
                                    ADM:  09/06/94              DOB:   04/30/80

| COURSE | FIRST | SECOND | THIRD | FOURTH | CREDIT |
|---|---|---|---|---|---|
| Elementary Reading | A | B | B | B | |
| Elementary English | A | B | C | A | |
| Language Enrichment/Spell | A | A | B | A | |
| Elementary Math | C | C | C | B | |
| Elementary Science | A | C | C | B | |
| Elementary Social Studies | B | A | C | D | |
| Elementary Health | A | B | B | B | |
| Art Education | B | B | B | D | |
| Computer Awareness | A | A | C | C | |
| Physical Education | A | A | B | A | |

☒ Promote to Grade __9__

☐ Retain in Grade _____

William Evans

Director of Education

**43**

FELL-00000261

# WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
## JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
### P. O. BOX 1699
### WILKES-BARRE, PENNSYLVANIA 18705-0699
### (717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell___  SHOP ___Auto II___

HOME SCHOOL ___Coughlin 10th___

DATE OF INCIDENT ___10-11-96___  SESSION ___a.m.___

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHARG
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR
CORRECTIVE ACTION TAKEN.

INFRACTION       Continued unmodified behavior, truancy

ACTION TAKEN       Nine-day suspension   Oct. 15, 16, 17, 18, 21, 22, 23 24
COMMENT(s)                                                             1996

WHITE-PARENT COPY   BLUE-HOME SCHOOL   GREEN-TEACHER   CANARY-COUNSELOR   PINK-DISCIPLINARIAN   GOLD-FILE

M337

FELL-00000262

WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
GUIDANCE DEPARTMENT *Headstart Voc T*
APPLICATION FOR ADMISSION

J4890

PLEASE PRINT

PRESENT GRADE  9th                          DATE 3-12-96

HOME SCHOOL  CHS

NAME  Fell          Donald

ADDRESS  **REDACTED - FELL**   Initial WB

Zip Code

BIRTH DATE  4-30-80

FATHER                                       BUSINESS PHONE
                        Name

MOTHER Aunt Jackie Sharp                     BUSINESS PHONE
                        Name

HOME PHONE NUMBER  822-7135     SOCIAL SECURITY NUMBER  210 667

EMERGENCY PHONE NUMBER

STUDENT COURSE CHOICE

CHOICE 1 Auto Mechanics    CHOICE 2              CHOICE 3

COURSE ASSIGNED TO:  Auto Mechanics Asper
(Counselor Use Only)

STUDENT SIGNATURE  M. Schroth Headstart U.T.

PARENT'S SIGNATURE
(Indicates Permission)

COUNSELOR'S SIGNATURE  E. Del Pasquale

POLICY OF NONDISCRIMINATION

The Wilkes-Barre Area Vocational Technical School is an equal opportunity education institution and will not discriminate on the basis of race, color, national origin, sex, and handicap in its activities, programs or employment activities as required by Title VI, Title IX, and Section 504.

For information regarding civil rights or grievance procedures, contact Frank Bielenda, Title IX and Section 504 Coordinator, P.O. Box 1699, Wilkes-Barre, PA, 18705-0699, (717) 822-4131. For information regarding services, activities, and facilities that are accessible to and useable by handicapped persons,

FELL-00000263

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
## VOCATIONAL OBJECTIVE

Student:  DONALD  FELL                                          Grade:  10

ID #:    000054890                    SS#:    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

CIP Code:  47.0604          CIP Title:  AUTOMOTIVE MECHANIC

Approved Local Title  _Mechanics_

School Year:   1996-1997                     Date Prepared:  10/01/96

Planned courses to be taken:

_Orientation + safety measuring engine, Brakes, engine rebuilding. suspension (maintaining + rep_
_electrical system, Drive train Accesories Performing engine overhaul activities, transmissions_
_applied math, PA safety inspection, fuel/to emission repair_
_rm service advisor, am pre Delivery inspection_

Instructor Signature  _X Pete Hall_                          Date _10/29/96_

Vocational/Career Objective

_auto mechanics_

Student Signature  _Don Fell_                          Date _10-25-96_

Counselor Signature  _Peter Pishmak_                   Date _10/29/96_

### POLICY OF NON-DISCRIMINATION

THE WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL IS AN EQUAL OPPORTUNITY
EDUCATION INSTITUTION AND WILL NOT DISCRIMINATE ON THE BASIS OF RACE,
COLOR, NATIONAL ORIGIN, SEX, AND HANDICAP IN ITS ACTIVITIES, PROGRAMS OR
EMPLOYMENT ACTIVITIES AS REQUIRED BY TITLE VI, TITLE IX, AND SECTION 504.

FOR INFORMATION REGARDING CIVIL RIGHTS OR GRIEVANCE PROCEDURES, CONTACT
FRANK BIELENDA, TITLE IX AND SECTION 504 COORDINATOR, P.O. BOX 1699,
WILKES-BARRE, PA 18705-0699, (717) 822-4131.  FOR INFORMATION REGARDING
SERVICES, ACTIVITIES, AND FACILITIES THAT ARE ACCESSIBLE TO AND USEABLE BY
HANDICAPPED PERSONS, CONTACT FRANK BIELENDA, SUPPORT PROGRAMS COORDINATOR
(717) 822-4131.

FELL-00000264

LUZERNE COUNTY JUVENILE COURT
280 North River Street
Wilkes-Barre, Pa. 18702
Tel: 825-1638

September 16, 1996

NAME ___DONALD R. FELL_____    DATE OF BIRTH ___4/30/80___

ADDRESS ___REDACTED - FELL Wilkes-Barre, Pa. 18702_____

SCHOOL ___Wilkes-Barre Vocational Tech. School___ GRADE _____10th_____

Please be advised of the present status of the above-named juvenile as a result of their contact with the Luzerne County Juvenile Court:

__X__  Temporarily detained at the Juvenile Detention Center for investigation.

Admitted ___9/10/96_____

__X__  Appeared in Juvenile Court on ___9/13/96_____

Disposition **Placed on Probation for an indefinite period.**

_____

__X__  Released from the Juvenile Detention Center on ___9/13/96_____

_____Donald_____ will/~~will not~~ be returning to your school.

Sincerely yours,

Louis P. Kwarcinski
Deputy Chief Probation Ofr.

LPK/mja

# GRADE 10

)54890   FE[...]NALD R.          GRADE-10      1996-97

| QTR1 | QTR2 | SEM1 | QTR3 | QTR4 | SEM2 | YEAR |
|------|------|------|------|------|------|------|
| 70 D | 60 E | 65 E |      |      |      |      |

**SHOP**
**AUTO MECHANICS II**

| DAYS PRESENT | DAYS ABSENT |
|--------------|-------------|
| 42 | 105 |

# GRADE 11

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Receptive to constructive criticism
2. Eager to take on new responsibilities
3. Careful in use of tools and equipment
4. Takes pride in workmanship
5. Shows improvement in shop/lab work
6. Cooperates with teacher
7. Safety conscious
8. Has qualities of leadership

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Participation in discussion
2. Involvement in classroom activities
3. Pursuit of independent study
4. Evenness of performance
5. Critical and questioning attitude
6. Depth of understanding
7. Personal responsibility
8. Consideration of others

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Receptive to constructive criticism
2. Eager to take on new responsibilities
3. Careful in use of tools and equipment
4. Takes pride in workmanship
5. Shows improvement in shop/lab work
6. Cooperates with teacher
7. Safety conscious
8. Has qualities of leadership

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Participation in discussion
2. Involvement in classroom activities
3. Pursuit of independent study
4. Evenness of performance
5. Critical and questioning attitude
6. Depth of understanding
7. Personal responsibility
8. Consideration of others

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Receptive to constructive criticism
2. Eager to take on new responsibilities
3. Careful in use of tools and equipment
4. Takes pride in workmanship
5. Shows improvement in shop/lab work
6. Cooperates with teacher

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Participation in discussion
2. Involvement in classroom activities
3. Pursuit of independent study
4. Evenness of performance
5. Critical and questioning attitude
6. Depth of understanding

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Receptive to constructive criticism
2. Eager to take on new responsibilities
3. Careful in use of tools and equipment
4. Takes pride in workmanship
5. Shows improvement in shop/lab work
6. Cooperates with teacher

### Occupational Graduate Rating
Key: (1) Good: (2) Average: (3) Poor

Year_____

1. Participation in discussion
2. Involvement in classroom activities
3. Pursuit of independent study
4. Evenness of performance
5. Critical and questioning attitude
6. Depth of understanding

FELL-00000266

## PUPIL CHANGE IN STATUS REPORT

| LAST NAME | FIRST | MIDDLE INITIAL | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Fell | Donald | | 210 · 66 · 7294 |

REDACTED - FELL

TOWN: W-B

| COUGHLIN | 10 | COURSE: Auto II | TEACHER # 32 | SESSION: ☒ AM ☐ PM |
|---|---|---|---|---|

| SEX: ☒ MALE ☐ FEMALE | BIRTH DATE: 4-30-80 | TYPE OF STUDENT | PHONE: 821-0462 |
|---|---|---|---|

**NEW STUDENT:**

| ENTRY | | ENTRY CODE | REMARKS |
|---|---|---|---|
| DATE | DAY | | |

**(WITHDRAWAL:)**

| WITHDRAWAL | | WITHDRAWAL CODE | REMARKS |
|---|---|---|---|
| DATE | DAY | | |
| 4-30-97 | 151 | W-2 | ⒲ Joan |

**TRANSFER:** (SCHOOL)

| LEAVING HOME SCHOOL | LAST DAY BELONGED | | WITHDRAWAL CODE |
|---|---|---|---|
| | DATE | DAY | |
| ENTERING HOME SCHOOL | FIRST DAY BELONGED | | ENTRY CODE |
| | DATE | DAY | |

**TRANSFER:** (COURSE)

| LEAVING COURSE | LAST DAY BELONGED | | WITHDRAWAL CODE |
|---|---|---|---|
| | DATE | DAY | |
| ENTERING COURSE | FIRST DAY BELONGED | | ENTRY CODE |
| | DATE | DAY | |

## CORRECTION OR CHANGE:

| LAST NAME | FIRST | MIDDLE INITIAL | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| STREET | | TOWN | |
| HOME SCHOOL | GRADE | COURSE | TEACHER # | SESSION ☐ AM ☐ PM |
| SEX ☐ MALE ☐ FEMALE | BIRTH DATE | TYPE OF STUDENT | REMARKS |

| WITHDRAWAL CODE | DAY OF ENTRY | | DAY OF WITHDRAWAL | | DAY OF TRANSFER | | REMARKS |
|---|---|---|---|---|---|---|---|
| | DATE | DAY | DATE | DAY | DATE | DAY | |

AUTHORIZATION _B. White_

File
Parents
Coughlin
Mr. Holland

WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL

Pupil Personnel Services

Instructors Referral

Name _Don Fell,_ Date _12/11/96_

Address _REDACTED - FELL_ W-B 18705

Course _Auto II_ Session A.M. _X_ P.M. _____

Home School _Coughlin_

Reason for Referral _Attendance_

_____

_____

Attendance problems

Absent _26_ days out of _65_

Other Reasons:

☐ Chronic tardiness
☑ Insufficient class preparation
☑ Low interest level in studies
☑ Less than favorable aptitude for subject
☐ Basic skills for subject tend to be lacking
☑ Apparent immaturity
☑ Motivation is insufficient to achieve success
☑ Limited class participation
☑ Homework assignment late, poor or incomplete
☑ Scores poorly in tests
☑ Short attention span in class

Additional Comments:

Don needs intense guidance
& Communication with His Parole officer

Counselor Comments: Copy sent to Coughlin & parents.

P. Liskmah

FELL-00000268

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell_____ SHOP ____Auto I_____

HOME SCHOOL_____Coughlin 9th_____

DATE OF INCIDENT __10-23-95_____ SESSION ___a.m.___

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHAF WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR CORRECTIVE ACTION TAKEN.

INFRACTION      Disruptive behavior and insubordination

ACTION TAKEN    Two-day suspension  Oct. 24 adn 25, 1995
COMMENT(s)

WHITE-PARENT COPY  BLUE-HOME SCHOOL  GREEN-TEACHER  CANARY-COUNSELOR  PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000269

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell_____   SHOP ____HVEP_____

HOME SCHOOL__ Coughlin  9th_____

DATE OF INCIDENT ____11-13-95_____   SESSION ___both_____

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHA
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT O
CORRECTIVE ACTION TAKEN.

INFRACTION         Throwing snow, insubordination towards instructor,
                   use of profane language


ACTION TAKEN       Five-day suspension  Nov. 14, 15, 16, 17 and 20, 1995
COMMENT(s)


WHITE-PARENT COPY  BLUE-HOME SCHOOL   GREEN-TEACHER  CANARY-COUNSELOR   PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000270

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME __Donald Fell__ SHOP __HVEP__

HOME SCHOOL __Coughlin 9th__

DATE OF INCIDENT __2-6-96__ SESSION __both__

## PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHAR( WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR CORRECTIVE ACTION TAKEN.

INFRACTION    Insubordination towards instructor, disruptive behavior

ACTION TAKEN    Two-day suspension  Feb. 7 and 8, 1996

COMMENT(s)

ITE-PARENT COPY  BLUE-HOME SCHOOL  GREEN-TEACHER  CANARY-COUNSELOR  PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000271

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

### DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell___     SHOP ___HVEP___

HOME SCHOOL ___Coughlin 9th___

DATE OF INCIDENT ___2-21-96___     SESSION ___both___

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHAR(
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR
CORRECTIVE ACTION TAKEN.

INFRACTION        Fighting with another student

ACTION TAKEN        Three-day suspension  Feb. 22, 23 and 26, 1996

COMMENT(s)        A parental conference is required before student returns to class.

ITE-PARENT COPY  BLUE-HOME SCHOOL  GREEN-TEACHER  CANARY-COUNSELOR  PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000272

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell_____     SHOP _____HVEE_____

HOME SCHOOL ____Coughlin  9th_____

DATE OF INCIDENT ____3-18-96_____   SESSION _____both_____

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT-NAMED ABOVE IS CHARC WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR 1 CORRECTIVE ACTION TAKEN.

INFRACTION     Insubordination towards instructor

ACTION TAKEN     One-day suspension  Mar. 19, 1996

COMMENT(s)

WHITE-PARENT COPY  BLUE-HOME SCHOOL   GREEN-TEACHER  CANARY-COUNSELOR   PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000273

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
### JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
### P. O. BOX 1699
### WILKES-BARRE, PENNSYLVANIA 18705-0699
### (717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell_____    SHOP _____HVEP_____

HOME SCHOOL ___Coughlin 9th_____

DATE OF INCIDENT ___3-27-96_____    SESSION _____both_____

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHA
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT O
CORRECTIVE ACTION TAKEN.

INFRACTION        Insubordination towards instructor, horseplay

ACTION TAKEN      Three-day suspension  Mar. 28, 29 and Apr. 1, 1996

COMMENT(s)

WHITE-PARENT COPY  BLUE-HOME SCHOOL   GREEN-TEACHER  CANARY-COUNSELOR   PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000274

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

## DISCIPLINE REPORT

FRANK BIELENDA, PRINCIPAL

NAME ___Donald Fell_____  SHOP ____HVEP_____

HOME SCHOOL___Coughlin 9th_____

DATE OF INCIDENT ____3-28-96_____  SESSION ____both_____

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT-NAMED ABOVE IS CHARG
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR TI
CORRECTIVE ACTION TAKEN.

INFRACTION     Use of profane language, insubordination towards instructors,
shop safety violation.


ACTION TAKEN   Ten-day suspension  Mar. 29, Apr. 1, 2, 3, 4, 8, 9, 10, 11 &
                                                              1996
COMMENT(s)     A parental conference is required before student returns to
class.


E-PARENT COPY  BLUE-HOME SCHOOL   GREEN-TEACHER  CANARY-COUNSELOR  PINK-DISCIPLINARIAN  GOLD-FILE

FELL-00000275

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
JUMPER ROAD R.D. 2, PLAINS TOWNSHIP
P. O. BOX 1699
WILKES-BARRE, PENNSYLVANIA 18705-0699
(717) 822-4131

### DISCIPLINE REPORT -

FRANK BIELENDA, PRINCIPAL

NAME ___Don Fell_____ SHOP ____HVEP_____

HOME SCHOOL___Coughlin 9th_____

DATE OF INCIDENT ___5-23-96_____ SESSION ___both_____

### PARENT OR GUARDIAN NOTIFICATION

THE FOLLOWING DISCIPLINARY REPORT IS TO NOTIFY THE PARENT OR GUARDIAN THAT THE STUDENT NAMED ABOVE IS CHARG
WITH AN INFRACTION OF DISCIPLINE. PLEASE FEEL FREE TO REQUEST ADDITIONAL INFORMATION AS TO THE INCIDENT OR '
CORRECTIVE ACTION TAKEN.

INFRACTION    Safety violation (throwing objects likely to cause injury)
lying, disruptive behavior, horseplay, unmodified behavior,
repeat of level III offenses


ACTION TAKEN    Nine-day suspension  May 24, 28, 29, 30, 31, June 3, 4, 5 &
COMMENT(s)                                                     1996

HITE-PARENT COPY   BLUE-HOME SCHOOL   GREEN-TEACHER   CANARY-COUNSELOR   PINK-DISCIPLINARIAN   GOLD-FILE

FELL-00000276

FELL-00000277

# VOCATIONAL-TECHNICAL SCHOOL
## REPORT CARD RECEIPT



| ST NUM | STUDENT NAME | DAYS ABSENT | | DATE | SCHOOL NAME | HR |
|---|---|---|---|---|---|---|
| 9914600 | FELL, DONALD | 61 | | 06/19 1996 | HEADSTART-VOC. ED. | 01 |
| | | HS | VT | | | |

| DATE | ST NUM | HR |
|---|---|---|
| 06/19 1996 | 914600 | 01 |

| COURSE NUMBER | CREDITS | TCHR NO | PROGRESS MARKS | | | | | | | | | NAME OF SUBJECT | CONDUCT/COMMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | QTR 1 | QTR 2 | EXAM | SEM 1 | QTR 3 | QTR 4 | EXAM | SEM 2 | YEAR | | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
| 0130 | 1.0 | 20 | 93 | 90 | | 91 | 68 | 60 | | 64 | 78 | ENGLISH | | | | |
| 2130 | 1.0 | 25 | 83 | 90 | | 87 | 79 | 60 | | 70 | 79 | SOCIAL STUDIES | | | | 01 |
| 3121 | 1.0 | 01 | 91 | 85 | | 88 | 80 | 60 | | 70 | 79 | MATHEMATICS | | | | |
| 4130 | 1.0 | 10 | 83 | 86 | | 85 | 79 | 84 | | 82 | 84 | SCIENCE | | | | |
| 7081 | 2.0 | 30 | 84 | 76 | | 81 | 65 | 65 | | 65 | 73 | PRE. VOC. | 11 | | | |
| 9123 | .25 | 15 | P | P | | P | P | P | | P | P | PHYSICAL EDUC | | | | |
| 9141 | .25 | 15 | 85 | 85 | | 85 | 84 | 83 | | 84 | 85 | HEALTH EDUC | | | | |

CR 09
HR 01      FELL, DONALD      1995-96      AB 061

COURSE
CREDITS

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR |
|---|---|---|---|---|
| ENGLISH | 1.00 | 91 | 64 | 78 |
| SOCIAL STUDIES | 1.00 | 87 | 70 | 79 |
| MATHEMATICS | 1.00 | 88 | 70 | 79 |
| SCIENCE | 1.00 | 85 | 82 | 84 |
| PRE. VOC. | 2.00 | 81 | 65 | 73 |
| PHYSICAL EDUC | .25 | P | P | P |
| HEALTH EDUC | .25 | 85 | 84 | 85 |

| CREDITS CARRIED | CREDITS EARNED | GRADE POINTS | GPA |
|---|---|---|---|
| 6.25 | 6.25 | 487.2 | 77.9 |

STUDENT IS _____ PROMOTED

93-100 EXCELLENT
85-92 ABOVE AVER
75-84 AVERAGE
70-74 BELOW AVERAGE
BELOW 70 FAILURE
IN - INCOMPLETE

COMMENT CODE

01 CONDUCT UNDESIRABLE
02 MAKES GOOD USE OF ABILITY
03 GOOD CLASS PARTICIPATION
04 COMMENDABLE ATTITUDE
05 SHOWS IMPROVEMENT
06 TEST SCORES LOW
07 FREQUENTLY UNPREPARED
08 CAPABLE OF DOING BETTER
09 FREQUENTLY ABSENT
10 DOES NOT MAKE UP WORK
11 NOT ATTENTIVE-WASTES TIME
12 SATISFACTORY PROGRESS
13 LACK OF INTEREST
14 POOR ATTITUDE
15 POOR STUDY HABITS

| CREDITS CARRIED | 6.25 |
|---|---|
| CREDITS EARNED | 6.25 |
| G.P.A. | 77.95 |

## GUIDANCE DEPARTMENT

CONFIDENTIAL FORM (To be completed by Counselor)

Name _Donald Fell_ School _CHS_ Grade _9_

_____ Grade _____
(1st semester current year)

### School Achievement Record

| | | | | | | |
|---|---|---|---|---|---|---|
| English | _____ | Math | _____ | Mech. Draw | _____ | Geometry _____ |
| History | _____ | Geog. | _____ | Bookkeeping | _____ | Algebra _____ |
| Biology | _____ | Phys. Ed. | _____ | Reading | _____ | For Lang. _____ |
| Physics | _____ | Typing | _____ | Science | _____ | Health _____ |
| Art | _____ | Ind. Arts. | _____ | Home Ec. | _____ | Other _____ |

Reading Grade Level _____

Medical Status:_____ School Nurse _____

Attendance Record: Days Absent This Year_____ Days Absent Last Year _____

Discipline Problems: _____

Emotional Problems: _____

Counselor Recommendations:_____

Signature Of Counselor:_____ Date: _8-28-95_

| RACIAL/ETHNIC CATEGORY |
|---|
| ( ) AMERICAN INDIAN/ALASKAN NAT |
| ( ) ASIAN/PACIFIC ISL |
| ( ) BLACK (NON-HISPANIC) |
| ( ) HISPANIC |
| ( ) WHITE (NON-HISPANIC) |

| SPECIAL POPULATIONS |
|---|
| ( ) DISABLED (IEP) |
| ( ) LEP |
| ( ) EDUC DISADVANTAGED |
| ( ) ECON DISADVANTAGED |

### NOTIFICATION OF NON-DISCRIMINATION

The Wilkes-Barre Area Vocational-Technical School is an equal opportunity education institution and will not discriminate on the basis of race, color, natural origin, sex, disability, handicap in its activities, programs, or employment practices as required by Title VI, Title IX, and Section 504.

If you believe you are being discriminated against because of race, color, religion, natural origin, sex, sexual orientation, age, disability, veteran status, or other legally protected classifications, inform the Support Program Coordinator.

For information regarding services, activities, and facilities that are accessible to and useable by handicap persons, contact Frank Bielenda, Support Programs Coordinator, Wilkes-Barre Area Vocational-Technical School, P.O. Box 1699, Jumper Rd.,

FELL-00000278

WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL

PARENTAL AGREEMENT FOR H.V.E.P

Student's Name _____

As the parents/legal guardians of _____,
we hereby approve the placement of our child into the W-B AVTS
Headstart Vocational Education Program and hereby consent to our
son/daughter entering this program. We understand that our child will
remain in this program for the entire school year.

We acknowledge that this program has been completely explained to us,
and we have been given the opportunity to ask questions concerning said
program. We are fully satisfied with the explanation made to us.

We have medical insurance for our youngster and agree to purchase school
insurance. We understand that the school encourages us to have medical
insurance or to purchase school insurance, if possible.

We delegate to the school our parental cooperation in all school
disciplinary matters and consent to whatever disciplinary action is
determined best. We are aware of the W-B AVTS Policy as well as home
school regulations.

We acknowledge that our child is in good health, insofar as being able to
participate in this program and we request no restrictions on any
activities that are part of this program.

We agree to cooperate fully with the Headstart Vocational Education
Program staff and be involved as an active participant in a Parent
Effectiveness Training and Counseling Program, including home and school
parental counseling sessions by school staff.

We understand that hard-soled shoes must be worn in the shop area and
agree to provide proper footwear for our child.

We have personally read this document consisting of one (1) page before
signing our names and we fully understand this document that we are
signing.

_____8-30-95_____        _____Jackie Sharpe_____
         Date                         Parent/Legal Guardian

_____8-30-95_____        _____Jackie Sharpe_____
         Date                         Parent/Legal Guardian

_____        Attest by: _____
         Date                         School Official

FELL-00000279

## WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL
### GUIDANCE DEPARTMENT
### APPLICATION FOR ADMISSION

PLEASE PRINT

PRESENT GRADE _9th Headstart_         DATE _8-28-95_

HOME SCHOOL _CHS_

NAME _Fell          Donald_

## REDACTED - FELL

ADDRESS _____                Initial _W-B_

                                        Zip Code

BIRTH DATE _April 30, 1980_

FATHER _____                 BUSINESS PHONE ____

MOTHER _Jackie Sharp_                   BUSINESS PHONE ____
Name

HOME PHONE NUMBER _822-7135_            SOCIAL SECURITY NUMBER _210-66-_

EMERGENCY PHONE NUMBER _Same_

STUDENT COURSE CHOICE

CHOICE 1 _Vocational Exploration_   CHOICE 2 _____   CHOICE 3 ____

COURSE ASSIGNED TO: _Headstart 9th grade_
(Counselor Use Only)

STUDENT SIGNATURE _Dan Fell_

PARENT'S SIGNATURE _Jackie Sharp_
(Indicates Permission)

COUNSELOR'S SIGNATURE _____ Chief Counselor

### NOTIFICATION OF NON-DISCRIMINATION

Wilkes-Barre Area Vocational-Technical School is an equal opportunity education institution and will not discriminate on the basis of age, race, color, national origin, sex and handicap in its activities, programs, or employment practices as required by Title VI, Title IX, and Section 504.

For information regarding civil rights or grievance procedures, contact Frank Bielenda, Title IX Coordinator at Wilkes-Barre AVTS (822-4131). For information regarding services, activities and facilities that are accessible to and usable by handicapped persons, contact Frank Bielenda, Support Programs Coordinator (822-4131).

FELL-00000280

THE STUDENT AND SAFETY IN WBAVTS HEAD START PROGRAM

Pennsylvania Public Schools
Head Start Department
School:    Wilkes-Barre Area Vocational-Technical School
Teacher:
         Mr. Sorchik
         Mr. Moran

To: _____
         (Parent or Guardian)

_____ is enrolled in the pre-vocation
         (Name of Student)
Head Start program and will have the opportunity to use various to
and equipment.  Appropriate instruction in the safe operation of t
tools and equipment is given and close supervision is maintained a
times.  Although every precaution is taken to prevent accidents, a
certain risk is involved due to the nature of the experience, the
of the student, and the learning environment.

We are asking your cooperation in impressing upon your child, the
importance of being careful.  This we believe will back up the
instruction that is given in school.

We welcome your visit to our school and the Head Start Department
to see our program.  These visits can be arranged by calling 822-4

Thank you very much for your help and assistance in providing your
child with the "real world" experience in a safe working environme
I have read the attached communication and I understand the type c
program that _____ is enrolled in.  I wil
                    (Students Name)
stress the safety aspects of this program to my child.  I encourac
child to participate fully in this pre-vocational head start progr

_____    Date 8-29-95
(Signature of Parent or Guardian)

Phone 822-7135 (Home) 822-7135 (Work)

Please identify any health problems which may have a bearing on yc
child's participation in this class.

none_____

_____

I agree to observe all safety rules and procedures for safe operat
and conduct in the school's head start shop and will wear approved
protection at all times while in the laboratory in accordance with
law.

_____    8-29-95
(Signature of Student)              (Date)

FELL-00000281

# WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL

## PUPIL PERSONNEL SERVICES

## INSTRUCTORS REFERRAL

SESSION ☒ A.M.    ☐ P

DATE __3-14-96__

NAME __Don Fell__

ADDRESS REDACTED - FELL    __WB PA 18705__

COURSE __Auto Mech I__

HOME SCHOOL __VTHS / Coughlin__

REASON FOR REFERRAL __Absenteeism - Student missed 9 days since last referral.__

## ATTENDANCE PROBLEMS

ABSENT __18__ DAYS OUT OF __113__

OTHER REASONS:

☐ Chronic tardiness
☐ Insufficient class preparation
☐ Low intrest level in studies
☐ Less favorable aptitude for subject
☐ Basic skills for subject tend to be lacking
☐ Apparent immaturity
☐ Motivation is insufficient to achieve success
☐ Limited class participation
☐ Homework assignment late, poor or incomplete
☐ Scores poorly in tests
☐ Short attention span in class

ADDITIONAL COMMENTS: ____

COUNSELOR COMMENTS: _Letter sent to Coughlin & parents on 3/14/96_

_Mr. Lishnak_

_822-4131_

_EH (17)_

*Headstart*

# WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL

## PUPIL PERSONNEL SERVICES

## INSTRUCTORS REFERRAL

SESSION ☒ A.M.   ☐

DATE _1-11-96_

NAME _Don Fell_

ADDRESS _REDACTED - FELL     WK PA 18705_

COURSE _Auto Mech I_

HOME SCHOOL _VT-HS_

REASON FOR REFERRAL _Absenteeism_

ATTENDANCE PROBLEMS

ABSENT _9_ DAYS OUT OF _71_

OTHER REASONS:

☐ Chronic tardiness
☐ Insufficient class preparation
☐ Low intrest level in studies
☐ Less favorable aptitude for subject
☐ Basic skills for subject tend to be lacking
☐ Apparent immaturity
☐ Motivation is insufficient to achieve success
☐ Limited class participation
☐ Homework assignment late, poor or incomplete
☐ Scores poorly in tests
☐ Short attention span in class

ADDITIONAL COMMENTS: _____

COUNSELOR COMMENTS: _Letter sent to parents & Coughlin_

FELL-00000283

# WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL

P.O. Box 1699 North End Station
Jumper Road, R.D. 2 Plains Township
Wilkes-Barre, Pennsylvania 18705-0699
(717) 822-4131

Edward J. Yankowski
Board of Education

Robert G. Elias
Administrative Director

Leo E. Solomon
Chief School Administrat

Date _1/19/96_

TO THE PARENTS OR GUARDIAN OF: _Don Fell_

Address REDACTED - FELL _W. C. 705_

Course _Air Conditioning_          Session _A-01_

Home School _West End / Coughlin_

Dear Parents or Guardian

        We are writing to inform you that your son or daughter who is enrolled at the Wilkes-Barre Area Vocational-Technical School has been absent _7_ days.

        As you know, attendance is a most important factor. A frequent question asked by employers is, "Has the student been dependable and regular in his attendance?" Regular attendance at class is a requirement. Student attendance is kept on a clock-hour basis. This procedure is used so that records will show the number of hours of training accumulated while a student is enrolled in a course at the Wilkes-Barre Area Vocational Technical School. In some areas of training, this time record is used for apprentice and licensing purposes.

        Would you telephone the Voc-Tech School, and discuss your son or daughter's situation with us?

        We would like you to know that students who miss time without sufficient reason, will be requested to leave the Voc-Tech School at the end of the year, since they are not taking full advantage of the opportunity awarded them.

        Kindly call 822-4131 and ask for assistance from one of the counselors.

                                Sincerely,

                                Frank Bielenda
                                Principal


Counselor

FELL-00000284

## Disciplinary Referral

Confidential                                    Confidential

| Student's Name | Homeroom | Bus No. |
|---|---|---|
| Don Fell | Auto I | |

| Date of Incident | Period/Time of Incident | Location of Incident |
|---|---|---|
| 10-12-95 | | |

| Name of Person Making Referral (print) | Signature |
|---|---|
| R. Carey | |

### Reason For Referral

_____ Bus Misconduct (includes bus stop)
_____ Cafeteria Misconduct (includes food throwing)
_____ Parking Violation
_____ Excessive Speed/Reckless Driving
_____ Leaving School Grounds In Vehicle Without Permission
_____ Transporting Student(s) In Vehicle Without Permission
_____ Unauthorized Passenger In Student Vehicle
_____ Unauthorized Passenger On School Bus
_____ Truancy/Unlawful Absence
_____ Failure To Return Absence Excuse (3 days)
_____ Failure To Sign In Late To School
_____ Unexcused Tardiness (class/homeroom/school)
_____ Leaving School Grounds Without Permission
_____ Unauthorized Presence Outside Building
_____ Unauthorized Presence In Hallway (no pass)
_____ Presence In Unauthorized Area/Trespassing
_____ Misuse Of Hall/Lavatory Pass
_____ Falsified Hall/Lavatory Pass
_____ Forged Late/Absence/Early Dismissal Excuse
_____ Cutting Class/Homeroom/Assembly
_____ Cutting Detention
_____ Leaving Class/Homeroom/Assembly Without Permission
_____ Unprepared For Class
__X__ Disruptive Behavior
_____ Disrupting Detention/In-school Suspension
_____ Failure To Report To Assigned Area/Principal's Office
_____ Failure/Refusal To Serve In-school Suspension
_____ Failure/Refusal To Comply With Suspension Requirement
_____ Failure To Return Report Card Receipt

_____ Lying
_____ Cheating
_____ Gambling
_____ Stealing/Taking Property Without Permission
_____ Throwing/Shooting Objects
_____ Food/Drink Outside Cafeteria
_____ Dress Code Violation
_____ Public Display Of Affection
_____ Indecent Physical Contact/Sexual Harassment
_____ Harassing Student
_____ Threatening Student
_____ Striking Another Student (assault)
_____ Fighting (includes provoking a fight)
_____ Endangering Safety Of Other(s)
_____ Fire Safety Violation
_____ Misuse Of School Supplies/Equipment
_____ Defacing School Property (minor)
_____ Vandalism
_____ Possession Of Contraband
_____ Possession Of Vulgar/Obscene Materials
_____ Vulgar/Obscene Language Or Behavior
_____ Tobacco/Smoking Violation
_____ Alcohol/Drug Violation
_____ Failure To Obey Authority
_____ Disrespectful Toward Authority
_____ Extreme Defiance Of Authority
_____ Harassing School Official
_____ Threatening School Official
_____ Other

EXPLANATION: Insubordination Toward Ms. Ritzick cult teacher

### Prior Action Taken

_____ No Prior Action Necessary
__X__ Verbal Warning/Reprimand
_____ Parent Notification (telephone)
_____ Parent Notification (written)
_____ Conference With Student-Parent-Counselor

_____ Referred To Guidance-Student Assist Teams
_____ Assigned Detention With Teacher
_____ Restricted Privileges (e.g., assigned seat)
_____ Privilege Suspended (_____ days on_____)
_____ Other _____

### Administrative Action Taken

__X__ Warning Recorded In File
_____ Parent Notification (telephone-written)
_____ Conference With Student-Parent-Counselor-Teacher
_____ Referred To Teacher For Classroom Action
__X__ Detention (morning-lunch-afternoon on_____)
__X__ In-school Suspension (_1_ days on _10/13/95_)
_____ Out-of-school Suspension (_____ days on_____)

_____ Restricted Privileges (lunch-hall-bus-activity)
_____ Privilege Suspended (_____ days on_____)
_____ Privilege Revoked (effective on _____)
_____ Restitution Of Damages
_____ Referred To Guidance-Student Assist Teams
_____ Referred To _____
_____ Other _____

COMMENTS: Returned to class after completing assignment

ADMINISTRATOR SIGNATURE

FELL-00000285

Confidential   **Disciplinary Referral**   Confidential

| Student's Name | Homeroom | Bus No. |
|---|---|---|
| Don Fell | Headstart | All Day |

| Date of Incident | Period/Time of Incident | Location of Incident |
|---|---|---|
| Sept. 19, 1995 | Mr. Pistak  9:00 | Headstart |

Name of Person Making Referral (print)   Signature
Mr. Pistak   _Patrick J. Teal_

## Reason For Referral

- ____ Bus Misconduct (includes bus stop)
- ____ Cafeteria Misconduct (includes food throwing)
- ____ Parking Violation
- ____ Excessive Speed/Reckless Driving
- ____ Leaving School Grounds In Vehicle Without Permission
- ____ Transporting Student(s) In Vehicle Without Permission
- ____ Unauthorized Passenger In Student Vehicle
- ____ Unauthorized Passenger On School Bus
- ____ Truancy/Unlawful Absence
- ____ Failure To Return Absence Excuse (3 days)
- ____ Failure To Sign In Late To School
- ____ Unexcused Tardiness (class/homeroom/school)
- ____ Leaving School Grounds Without Permission
- ____ Unauthorized Presence Outside Building
- ____ Unauthorized Presence In Hallway (no pass)
- ____ Presence In Unauthorized Area/Trespassing
- ____ Misuse Of Hall/Lavatory Pass
- ____ Falsified Hall/Lavatory Pass
- ____ Forged Late/Absence/Early Dismissal Excuse
- ____ Cutting Class/Homeroom/Assembly
- ____ Cutting Detention
- ____ Leaving Class/Homeroom/Assembly Without Permission
- ____ Unprepared For Class
- ____ Disruptive Behavior
- ____ Disrupting Detention/In-school Suspension
- ____ Failure To Report To Assigned Area/Principal's Office
- ____ Failure/Refusal To Serve In-school Suspension
- ____ Failure/Refusal To Comply With Suspension Requirement
- ____ Failure To Return Report Card Receipt

- ____ Lying
- ____ Cheating
- ____ Gambling
- ____ Stealing/Taking Property Without Permission
- ____ Throwing/Shooting Objects
- ____ Food/Drink Outside Cafeteria
- ____ Dress Code Violation
- ____ Public Display Of Affection
- ____ Indecent Physical Contact/Sexual Harassment
- ____ Harassing Student
- ____ Threatening Student
- ____ Striking Another Student (assault)
- ____ Fighting (includes provoking a fight)
- ____ Endangering Safety Of Other(s)
- ____ Fire Safety Violation
- ____ Misuse Of School Supplies/Equipment
- ____ Defacing School Property (minor)
- ____ Vandalism
- ____ Possession Of Contraband
- ____ Possession Of Vulgar/Obscene Materials
- __X__ Vulgar/Obscene Language Or Behavior
- ____ Tobacco/Smoking Violation
- ____ Alcohol/Drug Violation
- ____ Failure To Obey Authority
- ____ Disrespectful Toward Authority
- ____ Extreme Defiance Of Authority
- ____ Harassing School Official
- ____ Threatening School Official
- ____ Other

EXPLANATION: _____

## Prior Action Taken

- __X__ No Prior Action Necessary / Verbal Warning/Reprimand
- ____ Parent Notification (telephone)
- ____ Parent Notification (written)
- ____ Conference With Student-Parent-Counselor

- ____ Referred To Guidance-Student Assist Teams
- ____ Assigned Detention With Teacher
- ____ Restricted Privileges (e.g., assigned seat)
- ____ Privilege Suspended (____ days on _____)
- ____ Other _____

## Administrative Action Taken

- ____ Warning Recorded In File
- ____ Parent Notification (telephone-written)
- ____ Conference With Student-Parent-Counselor-Teacher
- __X__ Referred To Teacher For Classroom Action
- ____ Detention (morning-lunch-afternoon on _____)
- __X__ In-school Suspension (_1_ days on _Sept 19, 1995_)
- ____ Out-of-school Suspension (____ days on _____)

- ____ Restricted Privileges (lunch-hall-bus-activity)
- ____ Privilege Suspended (____ days on _____)
- ____ Privilege Revoked (effective on _____)
- ____ Restitution Of Damages
- ____ Referred To Guidance-Student Assist Teams
- ____ Referred To _____
- ____ Other _____

COMMENTS: _____

_Patrick J. Teal_
ADMINISTRATOR SIGNATURE

FELL-00000286

Dow Fell

Page 2

Disciplinary Referral

Action Taken: Dow was sent to Iss by Mr. Pistak for using vulgar language. He was given an assignment.

Comments: Dow completed his assignment with my help. He was well behaved in I.S.S

FELL-00000287

FIGURE - 1

## Confidential  **Disciplinary Referral**  Confidential

| Student's Name | Homeroom | Bus No. |
|---|---|---|
| Donald Fell | Headstart | 9 |

| Date of Incident | Period/Time of Incident | Location of Incident |
|---|---|---|
| 9-29-95 | 8:20 | Cafeteria |

| Name of Person Making Referral (print) | Signature |
|---|---|
| Mr LoBrutto | Carmen LoBrutto |

### Reason For Referral

____ Bus Misconduct (includes bus stop)
____ Cafeteria Misconduct (includes food throwing)
____ Parking Violation
____ Excessive Speed/Reckless Driving
____ Leaving School Grounds In Vehicle Without Permission
____ Transporting Student(s) In Vehicle Without Permission
____ Unauthorized Passenger In Student Vehicle
____ Unauthorized Passenger On School Bus
____ Truancy/Unlawful Absence
____ Failure To Return Absence Excuse (3 days)
____ Failure To Sign In Late To School
____ Unexcused Tardiness (class/homeroom/school)
____ Leaving School Grounds Without Permission
____ Unauthorized Presence Outside Building
____ Unauthorized Presence In Hallway (no pass)
____ Presence In Unauthorized Area/Trespassing
____ Misuse Of Hall/Lavatory Pass
____ Falsified Hall/Lavatory Pass
____ Forged Late/Absence/Early Dismissal Excuse
____ Cutting Class/Homeroom/Assembly
____ Cutting Detention
____ Leaving Class/Homeroom/Assembly Without Permission
____ Unprepared For Class
____ Disruptive Behavior
____ Disrupting Detention/In-school Suspension
____ Failure To Report To Assigned Area/Principal's Office
____ Failure/Refusal To Serve In-school Suspension
____ Failure/Refusal To Comply With Suspension Requirement
____ Failure To Return Report Card Receipt

____ Lying
____ Cheating
____ Gambling
____ Stealing/Taking Property Without Permission
____ Throwing/Shooting Objects
____ Food/Drink Outside Cafeteria
____ Dress Code Violation
____ Public Display Of Affection
____ Indecent Physical Contact/Sexual Harassment
____ Harassing Student
____ Threatening Student
____ Striking Another Student (assault)
____ Fighting (includes provoking a fight)
____ Endangering Safety Of Other(s)
____ Fire Safety Violation
____ Misuse Of School Supplies/Equipment
____ Defacing School Property (minor)
____ Vandalism
____ Possession Of Contraband
____ Possession Of Vulgar/Obscene Materials
__✓__ Vulgar/Obscene Language Or Behavior
____ Tobacco/Smoking Violation
____ Alcohol/Drug Violation
____ Failure To Obey Authority
____ Disrespectful Toward Authority
____ Extreme Defiance Of Authority
____ Harassing School Official
____ Threatening School Official
____ Other _____

EXPLANATION: Student was using vulgar language in the Cafeteria line and towards workers

### Prior Action Taken

____ No Prior Action Necessary
____ Verbal Warning/Reprimand
____ Parent Notification (telephone)
____ Parent Notification (written)
____ Conference With Student-Parent-Counselor

____ Referred To Guidance-Student Assist Teams
____ Assigned Detention With Teacher
____ Restricted Privileges (e.g., assigned seat)
____ Privilege Suspended (____days on____)
____ Other _____

### Administrative Action Taken

____ Warning Recorded In File
____ Parent Notification (telephone-written)
____ Conference With Student-Parent-Counselor-Teacher
____ Referred To Teacher For Classroom Action
____ Detention (morning-lunch-afternoon on____)
____ In-school Suspension (1 days on 9/29/95)
____ Out-of-school Suspension (____days on____)

____ Restricted Privileges (lunch-hall-bus-activity)
____ Privilege Suspended (____days on____)
____ Privilege Revoked (effective on ____)
____ Restitution Of Damages
____ Referred To Guidance-Student Assist Teams
____ Referred To _____
____ Other _____

COMMENTS: student may return to class after a written apology is given to Ann the cafeteria...

ADMINISTRATOR SIGNATURE _____

FELL-00000288

*Donald Fell*

Page 2

## Disciplinary Referral

Action Taken: *Don was given a three page written assignment by Mr. LoBrutto.*

Comments: *Don completed his assignment and appologized to the cafeteria worker.*

FELL-00000289

**44**

FELL-00000290

From: Mark J. Mills  (202) 298-8603  To: Federal Public Defender                    Date: 5/4/01  Time: 3:53:26 PM

# FORENSIC SCIENCES MEDICAL GROUP, P.C.

3301 New Mexico Avenue, N.W., Suite 252
Washington, District of Columbia 20016
Phone (202) 298-8600  Fax (202) 298-8603
office@forensicsciences.com

Mark J. Mills, J.D., M.D.
Susan E. Mills, R.N., M.H.P.

Robert B. Shearin, M.D.
Deborah L. Gutterman, Ph.D.

## C O N F I D E N T I A L

May 7, 2001

**Via FedEx**

Alexander Bunin, Esquire
Federal Public Defender
Gene V. Primomo, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of Northern New York & Vermont
39 North Pearl Street
Fifth Floor
Albany, New York 12207

Re: *United States v. Fell*
    *01-CR-12*

Dear Messrs. Bunin and Primomo:

This letter summarizes my psychiatric impressions of Mr. Donald R. Fell. Both before and after the evaluation, I reviewed those documents that I received from your office concerning his case.[1]

---

[1] They include the following, numbered in the order in which they were received:  1) Curriculum vitae of Jonathan J. Lipman, Ph.D.;  2) Letter (2/23/01) from Wanda I. Rivera re documents;  3) Letter (1/31/01) from Jonathan J. Lipman, Ph.D. to Gene Primomo, Esquire re Donald Fell and attached interview notes and test results;  4) Media accounts;  5) Medical Records of Donald Fell from Wilkes Barre General Hospital;  6) Records of Donald Fell from Luzerne County Children and Youth Services;  7) School Records of Donald Fell;  8) Records of Donald Fell from First Hospital Wyoming Valley;  9) Records of Donald Fell from Children's Service Center;  10) Note from Wyoming Valley West High School re not finding records of Donald Fell;  11) Records of Donald Fell from Luzerne County Social Services;  12) Records of Donald Fell from Wilkes-Barre Area Vocational-Technical School;  13) Letter (1/16/01) from Lisa M. Woodworth of the Court Advocate Program of Luzerne County to Wanda I. Rivera re Donald Fell;  14) Letter (9/16/95) M933

FELL-00000291

From: Mark J. Mills (202) 298-8603 To: Federal Public Defender                      Date: 5/4/01  Time: 3:53:26 PM

## FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 2 of 6

As part of the preparation for Mr. Fell's evaluation, I administered two psychological tests, (the Minnesota Multiphasic Personality Inventory, 2 (MMPI-2) and the Validity Indicator Profile (VIP). Additionally, Wilfred G. van Gorp, Ph.D. and Kimberly Walton, Ph.D. administered a battery of tests that included: Beck Depression Inventory II, Boston Naming Test (BNT), Clinical Interview, Controlled Oral Word Association (COWA), Grooved Pegboard, Judgment Of Line Orientation, Rey-Osterrieth Complex Figure (Rey-O), Rorschach, Ruff Figural Fluency Test, Structured Clinical Interview for DSM-IV (Psychotic Screen), Stroop (Golden) Color Word Test, Structured Interview of Reported Symptoms (SIRS), California Verbal Learning Test Second Edition (CVLT-II), Color Trails Test 1 and 2, Wechsler Memory Scales-III (WMS-III), Wechsler Adult Intelligence Scale - III (WAIS-III), Wide Range Achievement Test - 3 (WRAT-3) and the Wisconsin Card Sort Test (WCST). I reviewed the results and their interpretations in preparing this report.

You may recall that I evaluated Mr. Fell on March 26 and 27, 2000 for a total of about seven hours, including approximately two hours of psychological test administration. Mr. Fell appeared cooperative throughout his evaluation, answering questions directly about the matters that underpin his criminal indictment. He is a lean, youthful-looking Caucasian male with very short hair, as many prisoners have, who made good eye contact, shook hands firmly and never appeared unduly upset or anxious. He did, however, appear sad when speaking about his mother's death and his role in the killing of Mrs. King. His thoughts flowed logically; he denied hallucinations, bizarre thoughts (delusions) and homicidal or suicidal ideation. He related easily, only hesitating when asked to describe the murders of his mother, her boyfriend and Mrs. King. Despite his initial reluctance, however, he appeared forthcoming when he discussed those details.

Mr. Fell's personal background is replete with examples of significant abuse and dramatic acts of abandonment. At the age of three or four, his babysitter and/or her husband sexually molested him. Although he denies recalling the incident now, his records from his psychiatric hospitalizations indicate that he had a fairly clear recollection of the events as a child/early adolescent. More significant is the fact that both of his parents

from Lisa M. Randazzo of the Court Advocate Program to Mr. Robert Roman of the Luzerne County Juvenile Probation Department re Donald Fell; 15) Records from Commonwealth of Pennsylvania re crimes of possessing a small amount of marijuana and possession of drug paraphernalia committed by Donald Fell; 16) Records from Luzerne County Court of Common Pleas re Deborah A. Fell; 17) Records from Luzerne County Court of Common Pleas re Donald R. Fell; 18) Records from Luzerne County Court of Common Pleas re Donald R. Fell, II; 19) Medical Records of Donald Fell from Penn State Geisinger Wyoming Valley Medical Center; 20) Police Records; 21) Letter (2/2/01) from Brian J. Benedetti, Principal, Daniel J. Flood Elementary School, re not finding records re Donald Fell; 22) Records from City of Wilkes-Barre Bureau of Police; 23) Letter (3/1/01) from Alex Bunin, Esquire re retention; 24) a set of draft observation concerning Mr. Fell's father prepared Cynthia Carter Ayres, M.S.W. and information from the County of Sullivan (NY) regarding the matter of the People of the State of New York against Donny R. McNeely.

FELL-00000292

From: Mark J. Mills (202) 298-8603 To: Federal Public Defender    Date: 5/4/01 Time: 3:53:26 PM

**FORENSIC SCIENCES MEDICAL GROUP, P.C.**

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 3 of 6

were chronic and severe alcoholics, that his father was physically abusive towards him and that his mother abandoned him and his younger sister without any warning, when he was thirteen. As is the case with many children of abusive parents, Mr. Fell maintains that his childhood was not that different from most of his peers, but the multiple encounters with social service providers (documented in the records that you asked me to review) belie his statements in this regard. Overall, it appears that his childhood was mostly abusive by neglect, lack of supervision and poor role modeling. His father was frequently violent towards him and he was sexually molested on at least one occasion.

Whether because of this neglect, because of his genetic predisposition (numerous studies, most prominently those of Marc C. Schuckit, M.D., have demonstrated that the children of alcoholics are at greatly increased risk of developing alcoholism themselves) or both, Mr. Fell reports that he began drinking experimentally at age six or seven and regularly (to the point of intoxication) by age eight or nine. The social service records amply document that he was abusing drugs, including alcohol, at an unusually early age. A detailed history of Mr. Fell's use/abuse of alcohol and illicit substances is presented in the report of Jonathan J. Lipman, Ph.D.

Because of the chronic problems with Mr. Fell's truancy, behavior at school and intoxication at school, he had numerous psychological and psychiatric evaluations including five psychiatric hospitalizations before the age of fourteen. While the early diagnoses centered on conduct disorder, the psychiatric equivalent of bad behavior, the later diagnoses emphasized his major affective disorder. More tellingly, his treatment included not only antidepressant medication but also antipsychotic medication. In fact, it was only when antipsychotic medication was added to his therapeutic regimen that significant positive changes were noted in his behavior. His psychiatrist, James W. Feussner, M.D., J.D., diagnosed him with having a major depression with psychotic features, as is evident in his prescription of antipsychotic medication. Because of Mr. Fell's behavioral problems and his parents' inadequacy (although by this point Mr. Fell's father was no longer on the scene) he was placed at St. Michael's, a locked juvenile facility. He resided there for about two years. The records suggest that in that highly structured environment, he was able to function comparatively well and was not a behavior problem.

Following discharge from St. Michael's, he returned to school briefly, completing the ninth grade and dropping out in the tenth. Mr. Fell describes some other troubling behavior during the period prior to his incarceration at St. Michael's. On one occasion, he and a neighbor were playing with the neighbor's father's nine-millimeter pistol and this friend was shot when Mr. Fell was holding the gun. Although he miraculously recovered, the nature of the injury to the neighbor was such that that boy easily could have been killed. Additionally, Mr. Fell described several minor incidents of cruelty to animals, specifically cats, and of fire setting but they did not appear to represent sustained patterns of behavior. If Mr. Fell's history of cruelty to animals could be substantiated, it would reinforce the impression created by his psychological tests that he was not only truant and

FELL-00000293

From: Mark J. Mills  (202) 298-8603  To: Federal Public Defender                                    Date: 5/4/01  Time: 3:53:26 PM

# FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 4 of 6

drug abusing, but more deeply disturbed, even if the degree of that disturbance is (and was) not evident in causal conversation.

Between the time of leaving school and his arrest for the present crimes, Mr. Fell largely drifted from one job to another. While most of his work was legal, it was on the periphery of society. He described how he sometimes purchased the wood, sometimes poached the wood and how on one occasion he had been given money to haul the wood away, which he was able to later sell. During this two and a half year period between the end of high school and his arrest, besides these jobs, Mr. Fell was mostly intoxicated and/or "stoned". It is noteworthy that in fifteen hundred or so forensic evaluations, Mr. Fell is the most drug-abusing and chronically intoxicated individual whom I have evaluated. During this period of virtually constant intoxication, Mr. Fell was arrested in Sullivan County (New York) following an incident in which he severely beat another young man who had been sexually inappropriate with his sister, Teri. As with the murders of his mother and her friend, Mr. Fell has no memory because he was so "stoned" and intoxicated. He does not recall his rage, the degree of injury he inflicted or the fact that he urinated on the victim.

The reports of Drs. van Gorp and Walton discuss the test results in greater detail than I do here. However, certain results are readily apparent from Mr. Fell's results. Scores on several instruments, particularly the VIP, the Structured Interview of Reported Symptoms (SIRS) and the MMPI-2 validity scales suggest that overall Mr. Fell was not malingering and that he put forth consistent effort in his testing. Mr. Fell appears to be of average intelligence, of somewhat less than average educational achievement and somewhat greater than average motor ability. He does not appear to be grossly psychotic; however, his scales demonstrate that he should be considered pre-psychotic or potentially psychotic. Finally, his test battery confirms that which his history documents, that he is easily angered and, if disinhibited as, for example by excessive alcohol consumption, potentially violent.

Essentially, Mr. Fell experienced a highly deprived childhood that resulted in early and recurrent inappropriate social behavior (truancy, fights, runaway and perhaps cruelty to animals) and intoxication. His misbehavior led to frequent social service interventions, psychiatric evaluations and hospitalizations (five) and long-term incarceration by age fifteen. Interestingly, many of these evaluations and/or interventions failed to describe the extent of his substance abuse. The psychiatric hospitalizations established that Mr. Fell improved on antipsychotic medications and thereby that he has a pre-psychotic or psychotically disorganized core, and his incarceration demonstrated that in structured settings, and away from many drugs of abuse, he could function relatively well. Further, his risk-taking and zealously macho behaviors were also evident in childhood. Finally, a similar (intoxication, provocation, violence and dramatically impaired memory and judgment) combination of events and behaviors occurred four months prior to the killings in this case.

FELL-00000294

From: Mark J. Mills (202) 298-8603 To: Federal Public Defender    Date: 5/4/01  Time: 3:53:26 PM    P

# FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 5 of 6

Mr. Fell is neither floridly psychotic nor significantly cognitively impaired, at present. Still, his history of responding to anti-psychotic medication and his disorganization of the MMPI-2 and Rorschach suggest incipient psychosis or pre-psychotic breakdown. Such issues are clearly relevant to a decision about the imposition of the death penalty. The best scientific, medical and psychiatric evidence suggests both that psychotic illness and substance abuse have strong familial and genetic components. That is, Mr. Fell did not choose his predispositions in these regards. Neither did he choose to be abused, molested and abandoned. In aggregate, these phenomena, genetic, familial and environmental, have much to do with his chronic disturbances and the killings that he committed.

In recounting his time in Vermont, Mr. Fell explained that he was hoping to find the loving mother that he felt he never had while growing up. He explained that he and his mother had come to something like a resolution about her abandoning him and his sister. However, Mr. Fell's fantasy of her being emotionally available and supportive was dashed by her continuing substance abuse. Characteristically, he responded to his disappointment (something that he has little insight into) with his own increased substance abuse. It seems highly unlikely that her murder and that of her boyfriend would have occurred without Mr. Fell's profound obtundity and intoxication. Further, without those murders, Mr. Fell's guilt (particularly over the killing of his mother) and his fear of being apprehended, the abduction and subsequent killing of Mrs. King would not have occurred.

Three closing observations may be useful. Drs. van Gorp and Walton directed my attention to Mr. Fell's very low score on the MMPI-2 Dominance Scale. This score tends to confirm Mr. Fell's statements that he had not intended to hurt Mrs. King, that he had intended to release her, but that he acceded to the demand of Mr. Lee that she be killed because she knew their identities. In effect, his score means that Mr. Fell is incapable of standing up for his beliefs and that others can easily dominate him. Second, as alluded to above, Mr. Fell did comparatively well when incarcerated at St. Michaels. As I understand it, this reflects the facts that there were few drugs available there and that the rules of conduct and the consequences for breaking them were clear (unlike his family situation). By analogy, I believe that if he were imprisoned, he would be a conforming prisoner who would comply with prison regulations. The final observation is of a different kind. In the many death penalty cases in which I been have consulted, it is common for the defendant to endeavor to find psychiatric or psychological issues that could be exculpatory, or failing that, at least mitigating. This search often leads to extraordinary efforts at testing or history gathering to find comparatively minor indicia of psychiatric illness. Mr. Fell's case stands in sharp contrast to those efforts. His history of abuse, misbehavior, illness and treatment with antipsychotic medications long antedates his present situation. There is no question that for nearly a decade he has had a condition that was perceived as psychotic-like. To my mind, this condition should preclude the imposition of the death penalty for the present offenses. This is because his psychiatric condition is largely biologically and/or environmentally caused and *not* something that he chose.

FELL-00000295

From: Mark J. Mills (202) 298-8603 To: Federal Public Defender     Date: 5/4/01  Time: 3:53:26 PM

## FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 6 of 6

If you have any questions about this report, please let me know.

Sincerely,

Mark J. Mills, J.D., M.D.
Principal

MJM/srs
Enclosures: *curriculum vitae*
            Four-year case history

FELL-00000296

**45**

FELL-00000297

# Washington University in St.Louis

## SCHOOL OF MEDICINE

Department of Psychiatry

October 11, 2002

Gregory Waples, Esquire
Assistant United States Attorney
District of Vermont
United States Courthouse and Federal Building
P.O. Box 570
Burlington, Vermont 05402-0570

Re: United States v. Donald Fell

Dear Mr. Waples:

As you know, I was asked to review the reports of three experts (Drs. Mills, Van Gorp and Lipman) retained by the Federal Public Defender's Office, to review documents relevant to the charges against Mr. Fell and to perform an examination on him in order to prepare rebuttal testimony, if clinically warranted, for the penalty phase of the this capital murder trial.

I reviewed the three reports, a large number of additional documents (listed in Appendix A), including almost all of the raw test data used to evaluate Donny by the Defense's experts.

Donny Fell was interviewed on two occasions, September 18 and September 19, 2002, at the Northwest State Correctional Facility in St. Albans Vermont. The interview on 9/18/02 began at about 9:45 A.M. and lasted until about 12:00 noon. He then completed the MMPI-2 finishing shortly before 1:30 P.M. He was given the cognitive examination from the Cambridge Examination for the Elderly from about 9:20 A.M. until about 9:35 A.M. on 9/19/02. He then was interviewed again for about one hour.

Prior to my examination, the intended scope of my examination was discussed with his counsel. I noted that the issue of Donny's dominance or submissiveness had been raised by defendant's experts. I disclosed my opinion that to evaluate that claim properly, I would need to discuss his role and relationship to any of his associates in each prior criminal act and to explore the relationship between Donny Fell and Bobby Lee in detail.

Washington University School of Medicine at Washington University Medical Center, Campus Box 8134
660 South Euclid Avenue, St. Louis, Missouri 63110-1093, www.wuphysicians.org., www.wustl.edu

02219

FELL-00000298

Donny Fell Report

Prior to beginning the examination, his attorney, Paul Volk, informed me that Mr. Fell would not discuss the events involved in the murders or his mental state at the time of the crimes. He also indicated that no inquiry should be made about the use of knives. His counsel also indicated that the issue of dominance and submissiveness would not be raised at trial and that Donny, on advice of counsel, would not discuss these relationships.

All interviews and testing were conducted in the presence of his attorney and an investigator from the federal public defender's office. He was reminded before we began that what he said would not be kept confidential and might be disclosed in conversation, a report or in testimony in court. I left the room once each day briefly when his counsel and Donny conferred about my questions.

## Summary of opinions

1.  Donny Fell and Bobby Lee jointly committed the murders with which they are charged. (Author's note: Since I was not allowed to discuss the crimes Donny committed with Donny, I cannot offer any comments about his mental state at the time of the crime. His statements to the police do indicate a remarkable lack of empathy for the emotions and thoughts of other people, both investigators and victims. See appendix B for my summary of the relevant material.)

## Defense opinions that cannot, in my opinion, be rebutted

1.  Donny was the victim of sexual abuse as a young child. (Author's note: The documentation is such that I would support this conclusion as it relates to his baby sitters. I basically agree with Dr. Mills. See Appendix C for my history and analysis)

2.  Donny was the victim of physical abuse as a young child. (Author's note: The documentation is such that I would support this conclusion as it relates to his parents and baby sitters. I basically agree with Dr. Mills. See Appendix D for my history and analysis)

3.  Donny grew up in a home with markedly dysfunctional parents who abused each other emotionally and physically in the presence of their children.

2

02220

FELL-00000299

Donny Fell Report

He did not receive even minimal parental guidance and supervision for many years at a time.

He had no role models for either sobriety or self control.

He was abandoned by both of his parents at times.

(Author's note: The documentation is such that I would basically support Dr. Mills' conclusion. I may differ on details; his report is concise. See Appendix E for my history and analysis)

4.  Based on the his denial of the symptoms to me, I am unable to state with reasonable degree of certainty that Donny ever had or did not have hyperactivity or attention deficit disorder (ADHD). The neuropsychological testing does not show any likely correlates of it today. He certainly shows none of the characteristics of these disorders at present. The medical record is fairly clear that competent professionals thought he had ADHD or at least hoped he had it. (Author's note: See Appendix F for my history and analysis.)

5.  Donny began abusing alcohol and drugs at a remarkably early age. When not in custody, he has used an amazing amount of intoxicating substances. He qualifies for the diagnoses of abuse and dependence on a number of substances. (Author's note: The documentation is such that I would basically support Dr. Mills' and Dr. Lipman's conclusions. I may differ on details. See Appendix G for my history and analysis)

6.  Donny has received a competent neuropsychological evaluation. Dr. Van Gorp has concluded, correctly in my opinion, that he has no cognitive deficits detectable on neuropsychological testing. My own, very limited examination also showed no deficit. It is amazing that his extended use of alcohol and drugs has left no deficits. (Author's note: See Appendix H for my history and analysis. There are trivial differences in the history obtained.)

3

**02221**

FELL-00000300

Donny Fell Report

7.   The available history shows that

A.   His father lied to the authorities about the nature and extent of substance abuse and violence in Donny's home.

B.   His mother lied to the authorities about the nature and extent of substance abuse and violence in Donny's home.

C.   When Donny described the substance abuse problem in his home, he was not believed or received an inadequate response.

D.   The Children and Youth Services had adequate information from the police and others (his grandmother *inter alii*) to alert them to these problems.

E.   Multiple professionals failed to understand the problems that are now quite clear in retrospect. (Author's note: See Appendix I for my history and analysis.)

8.   It has been alleged that Donny has showed no signs of malingering.  The conclusion is mildly overstated, but broadly true.  (Author's note: See Appendix J for my history and analysis.)

9.   Donny began displaying the types of a social and antisocial behaviors called conduct disorder at an early age and to a degree that is more severe than average for persons with this diagnosis. (Author's note: The documentation is such that I would support Dr. Mills' conclusion to a significant degree.  I may differ on severity of the disorder.  See Appendix K for my history and analysis.)

**Defense opinions that could be qualified, if desired.**

1.   Donny meets some or all of the criteria for a number of Cluster B personality disorders, displaying antisocial, borderline and narcissistic traits.  These disorders along with his substance abuse do have a genetic and a familial basis.  (Author's note: The evidence is such that I will agree in part and disagree in part with Dr. Mills' conclusions. See Appendix L for my history and analysis.)

**Defense opinions that could be rebutted**

1.   It has been alleged that Donny shows signs of psychosis on testing; I disagree strongly.  .

4

02222

FELL-00000301

Donny Fell Report

A.  the use of projective drawings in 1993 was invalid for the conclusions reached.

B.  the MMPI-2 does not support a diagnosis of psychosis or prepsychosis and

C.  the Rorschach does not support a diagnosis of psychosis or prepsychosis.

D.  On clinical examination, no defense expert has noted any indication of thought disorder, hallucination or delusion. I fully agree. (Author's note: See Appendix M for my history and analysis.)

2.  Donny has been diagnosed with an affective disorder in the past. His depression has been alleged to have been severe, even psychotic in degree. Based on the history that I obtained and the review of the relevant documents, I am unable to state that he ever had a depressive syndrome. If he did have one, it was neither severe nor psychotic in degree. (Author's note: See Appendix N for my history and analysis.)

3.  The issue of dominance versus submission has been raised by over-interpretation of one test score. The record alone is sufficient to disagree that Donny is submissive, although without direct examination the conclusions are surely less certain. (Author's note: See Appendix O for my history and analysis.)

These opinions can be offered to a reasonable degree of professional certainty.

**Comment**

Donny Fell has been a full participant in three murders and the other crimes associated with those murders.

**Emotional, physical and sexual abuse**

The defense and its experts have presented evidence that Donny was sexually abused. That it has occurred is indisputable. How often it occurred is unclear. The only issues are the number of people involved in his sexual abuse, their relationship to Donny and the duration of the sexual abuse.

5

**02223**

FELL-00000302

Donny Fell Report

The defense and its experts have presented evidence that Donny was physically abused. That it has occurred repeatedly is indisputable. The only issue is whether the abusers include some of his second degree relatives as well as his parents and his baby sitters.

The defense and its experts have presented evidence that Donny was emotionally abused. That it has occurred is indisputable.

Donny comes from a markedly dysfunctional family that did little to divert him from his asocial and intoxicated lifestyle. One cannot point to a good role model in his life.

It is obvious that Donny has had behavioral and substance abuse problems for many years. His parents misrepresented to the case workers, to the mental health professionals and others about the nature and extent of the substance abuse problems, violence and other forms of abuse in his parents' home. Their behavior was not simply a lack of insight. This deception interfered with early, prompt and thorough interventions which *might* have affected the course of his development. We will never know.

It is also clear that the public agencies did not respond competently to the information that was given to them.

The relationship of the abuse to the commission of the crimes is unknown. I will offer no opinions on this point.

**Substance abuse**

It must be conceded that he was quite intoxicated for months prior to the crimes and at the start of them. It is uncertain (from my review of the police record; I did no examination of him on this point) that he was ever sober during these crimes. Voluntary intoxication is no defense to the elements of the crime in the guilt phase, but it has been accepted as a statutory mitigator in the penalty phase in some states. When, as in this case, the "voluntary" intoxication begins at age eight and is full blown by age twelve, the meaning of "voluntary" is quite unclear. This volitional behavior certainly began before what some would call the age of reason.

The defense and its experts opine that these murders would

6

**02224**

FELL-00000303

Donny Fell Report

not have occurred were Donny Fell sober.  This conclusion seems reasonable.  However, Donny had done his best not to be sober for months or years.  In essence then, the argument becomes this murder would not occurred if Donny were not Donny.  It has been pointed out that there are genetic (and environmental) risks factors for alcohol and drug abuse.  It should be added that these factors also contribute to personality disorders.  All of these seem present in Donny's case.

**Psychosis**

It has been alleged that Donny is prepsychotic, that is, he might become psychotic in prison.  One cannot refute that someone might become psychotic in the future.  The only person who would not meet that description is someone who is already psychotic.  We know that Donny is not psychotic now.  We do know that he did not develop alcoholic hallucinosis or alcoholic paranoia despite consumption of incredible amounts of alcohol.  We do know that he did not develop a psychosis as a result of his frequent, heavy and unselective use of drugs.

The evidence that he might become psychotic in the future is incredibly weak.

The defense argument is, "If the MMPI-2 given by Dr. Mills is wrong and he does not have a severe personality disorder, then he might have schizophrenia." The argument continues, "If the Rorschach is wrong, then he might have schizophrenia."

If the MMPI-2 is right, he has the severe personality disorder found on both administrations of the test.  If the Rorschach is right, he has a severe personality disorder.  The results of all three tests converge and match his history.

His score on the Rorschach is average for persons with cluster B personality disorders (3 indicia present) and is below the level where one might cautiously assert that schizophrenia is present (4 indicia present).  Using the cutoff of 4 (which he does not meet; he is just close), there is a 40% error rate in diagnosis of persons with cluster B personality disorder and a 16% error rate in normals.  One does not have to resolve the issue of the credibility of Rorschach findings that do meet Exner standards to resolve the issue of the credibility of those that do not.  Turning knowledge about the errors a test may make

7

02225

FELL-00000304