discussed the children's need for
stability and appropriate relationships
w/ men - i.e., not violent ones. —
She claims All only hit her once + that
was while the kids were in Virginia
w/ their aunt.

She said her mum just wants to
take her kids away + she does not
want her to ever get them. She also
said her mum wants her to live life
the way she does.

Wha again told Debbie to go
to the court advocate. — She said she
would. — wha also told Donny that
his mum had to go to an appt.
+ he would need to go to his
grandmothers.

wha called Court Advocate + told
them to expect Debbie — C+E aned
pay for urinalysis + breathalyzer

FELL-00000706

(Fell / 7

did tell wkr that Debbie used to come in during the day + drink. and z cold

— Theresa then told wkr that Teri ▪▪▪ also have lice —

— At this point Teri came back. Wkr explained that she + Denny could stay here while her mum went to an appt. — She said Denny was mad at her b/c she talked to this wkr. — Both this wkr + Theresa encouraged ▪ Teri to tell the truth + Wkr explained she is there to help.

— Wkr then went over to Debbie's + told her to go to the Court Advocate before 12:30 and her mother could watch the kids. — Denny came downstair but he really wouldn't talk to wkr. Wkr also discussed w/ Debbie her drinking + the various men that are supposedly in + out of her home. — Wkr

# EXHIBIT 15

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: August

WORKER: D. Heina

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 8/8/91

Location: Phone

Who Seen:

3:18pm

Jerri

1. ) To return Theresa's call.

2. ) - Theresa was not in
- wkr spoke to Jack -
he said Theresa would
be back in a little bit.
- He said Donny had went
w/ Theresa, but Jerri was
there. wka asked Jerri
where her mom was + she
said she went to her
appt.

See attached Pink Sheet

Theresa called wkr to say that Debbie
would not let Jerri stay
overnight. - wkr explained
that Debbie has the right →

3:40 pm

FELL-00000708

to allow her children to stay overnight
or not stay overnight.  —  Theresa
said she felt if Terri went over there,
her mom may go to Lenny's.
 — Wkr then hung up & spoke to Ellis Carle
Supervisor,  — he concurred at wkr that Debbie
is the mother + has custody of the kids,
therefore she can tell her daughter that she
has to sleep at home.
 — Wkr called to Theresa back +
relayed Ellis' words. wkr explained that
Theresa needs to go along w/ Debbie's
decision + not undermine her authority.
She said if Debbie said no, then
she'd tell Terri she can't stay over.
Wkr reminded her that if the children
are in danger she can call Helpline
after hours.

# EXHIBIT 16

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: August

WORKER: DRReimer

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 8/8/91
Location: Phone Call to the Court Advocate 3:14pm
Who Seen:

1. ) To find out if Debbie came in for her urinalysis.

2. ) — No she was not in.

8/8/91
Phone Call to Debbie at 3:17pm

— no answer

See attached Pink Sheet

8/8

Cindy, from the Court Advocate called + informed us that Debbie had come in at 3:45pm + the breathalyzer came out negative for alcohol.
— They also asked for a urine samp

FELL-00000710

But she said Debbie only
gave a small amount.
—she said the urinalysis does
not test for alcohol.

FELL-00000711

# EXHIBIT 17

## CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: DSSkinn

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/11/91

Location: Phone

Who Seen: Bruce Wilson

1. ) To get an update on Denny's behavior.

2. ) Bruce said Denny was hospitalized b/c of very aggressive behavior. — He is doing okay at the hospital. He will keep informed after b/c his progress. — The plan is for him to be returned home.

FELL-00000712

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: PHGerma

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/25/91

Location: cont

Who Seen: Bruce Wilson

1. )

2. ) Bruce Wilson informed w/kr that:

Denny being discharged on Wednesday, Oct 30. 1991 will be recomending Out-patient through CSC and In-Home Based Team.

— Says mother has been attending counseling at Denny.

FELL-00000713

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: November

WORKER: DGleue

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 11/6/91

Location: Voice Mail

Who Seen:

1. )

2. ) Jean called + left message for Deb to call her re. Den Fell

11/7/91

Phone

Jean

next appt: Tues 11/12 at. 2pm

1) To return Jean's call

2) Jonny was released on Oct 30 - He had an appt the next day which was ̃they cancelled + then they had one for 11/4 which she missed b/c she forgot. Then she came in on 11/6/91. - she said she understands

FELL-00000714

that the hospital recommended Here-Based, but she needs a written referral.

Wilk said she'd check up Bruce Wilson at the hospital to ensure that he was sending them something.

FELL-00000715

# EXHIBIT 18

DISCHARGE/REFERRAL FORM

# First Hospital Wyoming Valley

A FIRST HOSPITAL CORPORATION FACILITY

149 Dana Street
Wilkes-Barre, PA 18702
717-829-7900    1-800-624-9902
FAX 717-829-7943

**DATE:**  October 31, 1991

**TO:**  Luzerne County Child & Youth
Attn: Deanna German

# REDACTED - FELL

**APPOINTMENT DATE/TIME:** _____

**PATIENT NAME:**  FELL, Donald #7483    **BIRTHDATE:**  04/30/80

**ADDRESS:**  REDACTED - FELL      **TELEPHONE:**  REDACTED - FELL
Wilkes-Barre, Pa. 18702

    09/30/91                 CHILDREN'S      Anthony T. Denaro, M.D.
**ADMISSION DATE**          **PROGRAM**       **ATTENDING PSYCHIATRIST**
**DISCHARGE DATE:**  10/30/91

**DISCHARGE/REFERRAL DIAGNOSES:**

**AXIS   I:**  Conduct Disorder, Undifferentiated type.

**AXIS  II:**  No Diagnosis.

**AXIS III:**  No Diagnosis.

**DISCHARGE/REFERRAL MEDICATION (Including amount):**

NONE.

**FHC** *Pennsylvania Network*

Clarion Psychiatric Center, First Hospital Wyoming Valley, Hickory Ridge Chemical Dependency Services,
The Horsham Clinic, The Meadows Psychiatric Center, Roxbury, Southwood Psychiatric Center

FELL-00000716

CLINICAL ABSTRACT:

Donald Fell is an eleven year-old white male who was voluntarily admitted to First Hospital Wyoming Valley by his mother, Debbie Fell, upon the recommendation of the Children's Service Center. Prior to admission, Donald was extremely oppositional at home, was having trouble within the school setting, was physically aggressive towards family members which included kicking his mother and throwing darts at his mothers boyfriend. Donald, reportedly, has been playing with matches within the home and also has frequently threatened to run away from school or from home. Donald resides with his mother and sibling in Wilkes-Barre and attends the Daniel Flood Elementary School where he reportedly does inadequately behaviorally as well as academically.

Throughout his hospitalization, Donald was involved in individual, group and family therapy; in addition to, unit milieu therapy and full-time enrollment within First Hospitals Genesis School. While hospitalized, Donald received the following formal psychological test: the Wechsler Intelligence Scale for Children Revised, the House Tree Person, Piers Harris Children Self-Concept Scale, Robert's Apperception Test for Children and the Children's Sentence Completion Test.

On the milieu, Donald presented as generally compliant with the expectations and rules. He displayed underdeveloped social skills but throughout his hospitalization did exhibit improvement in his ability to relate to others. Donald exhibited minor testing of limits but was responsive to redirection. Overall, Donald did respond to authority, and the consistency and structure of the milieu. Donald also displayed improved problem solving and coping skills and only had one difficulty with a peer with regard to physical aggression. Within group therapy, initially, Donald presented as guarded with limited verbal skills. As his hospitalization progressed, Donald was able to share of his past abuse at the hands of his father, examine his anger towards his mother, and share frustration with regard to his mothers boyfriend's very recent accident. Donald was able to improve his problem solving skills with his peers and displayed an ability to be supportive to them in addition to being open to encouragement from others. In individual therapy, initially, Donald presented as guarded and denied any presenting problems and responsibility for his actions. Donald readily admitted to being angry with his biological father for his past abuse but, initially, denied any resentment or anger toward his mother. As the hospitalization progressed and Donald developed more trust within the therapeutic setting, he began to readily examine the presenting problems and his feelings with regard to family members. Donald was able to share of resentment with his mother for having allowed his father back into house on several occasions and also was able to see how his aggression towards his sister was a result of this anger towards his mother. Donald was also able to share of sadness and confusion with regard to his mothers boyfriend who had been in an accident during his hospitalization. Donald displayed good motivation to improve his behaviors and stated that he was able to forgive his mother for her poor judgement in the past. Through discussions, Donald was able to enhance his problem solving and coping skills and this was evidenced in his overall behavior on the milieu. Donald was able to examine alternatives to his acting out and together with his mother worked on a behavioral management system to be implemented in the house following his discharge.

(Continued)

FELL-00000717

CLINICAL ABSTRACT CONTINUED:
FELL, DONALD #7483
PAGE 2

Donald was also able to see how his behaviors in many ways paralleled that of his fathers and displayed strong motivation to alter these. Within family therapy, Deborah Fell presented as concerned and frustrated with Donald's behavior. She was open to suggestions and interventive strategies given and readily admitted to having short comings with regard to her parental skills. She appeared to have a fairly good understanding of Donald's feelings and anger and was encouraging of Donald to share these within therapy. She was also open to Donald expressing his resentment toward her and was also able to see how her authority had been diminished within the home. Family therapy focused on establishing appropriate expectations, with Deborah Fell able to work with Donald in establishing a behavioral management system. Deborah Fell understood the need to assert authority over Donald and her daughter and also recognized the need to continue to work on her parental skills. She was in agreement with the recommendation for in-home base family services and made assurances to follow through on treatment recommendations for Donald. Both Donald and Deborah Fell felt Donald benefitted significantly from hospitalization with Donald being discharged into the custody of Deborah Fell.

TREATMENT RECOMMENDATIONS:

Individual and Family treatment. An initial appointment has been scheduled for Thursday, October 31, 1991 at 3:00 P.M. with Jean Viglione of Children's Service Center.

It is recommended that the Fells be involved in the in home family based treatment program.

ATTENDING PSYCHIATRIST
Anthony T. Denaro, M.D.

THERAPIST
Bruce Wilson, L.S.W.

D:  11/07/91
T:  11/07/91
ATD/BW/dlk

FELL-00000718

# EXHIBIT 19

WILKES-BARRE GENERAL HOSPITAL

*PROGRESS RECORD*

FELL, DONALD
3711793
C41492   0119

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.

REDACTED - FELL

*[The remainder of the page consists of handwritten progress notes that are largely illegible.]*

FELL-00000719

FELL, DONALD
371-773
241402 0119P   11Y   383700
IT INSURT  IA        043080
REDACTED - FELL      824-5842
WILKES BARRE         PA  M S
C 0

WILKES-BARRE GENERAL HOSPITAL

**PROGRESS RECORD**

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tonsils etc.)

| DATE | |
|------|---|
| 4/15/92 | *[handwritten clinical notes — largely illegible]* |
| 4/16/92 | *[handwritten clinical notes — largely illegible]* |
| 4/17/92 | *[handwritten clinical notes — largely illegible]* |

0353

FELL-00000720

FELL, DONALD
REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.

| DATE | |
|------|--|
| | *[handwritten notes, illegible]* |
| | |
| 7/20/9? | Pt behaving well on the whole on unit but conduct is often times impulsive. Very self-centered & not mature for his age. Is responding to Depakine medication. M. E. Barner MD |
| 7/2?/9? | Behaving well on Unit. He seems to be responding to medication but seems quite tense & rather unhappy. The same situation has been difficult for him & he seems most closely attached to his grandmother. M. E. Barner MD |
| 7/2?/? | *[handwritten notes, illegible]* |

0354

FELL, EDWARD
REDACTED - FELL

383700

**WILKES-BARRE GENERAL HOSPITAL**

**PROGRESS RECORD**

Note daily progress of case, complications, consultations, changes in diagnosis. Instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Temoais etc.)

| DATE | |
|------|--|
| 4/23/92 | *[handwritten clinical notes, illegible]* |
| 4/24/92 | *[handwritten clinical notes, illegible]* |
| 4/25/92 | *[handwritten clinical notes, illegible]* |
| 4/26/92 | *[handwritten clinical notes, illegible]* |

0355

FELL-00000722

FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Toxemia etc.)

| DATE | |
|---|---|
| 4/27/92 | Pt. behaving himself on Unit. He is still a very tense, unsmiling lad but he is all full of good intentions as to how he will behave after discharge. Does need hospitalization. *M. E. Barrer MD* |
| 4/28/92 | Pt. behaving well on Unit. Still quite tense. Responding to medication. *M. E. Barnes MD* |
| 4/29/92 | [illegible handwritten notes] |
| 4/30/92 | [illegible handwritten notes] |
| 5/5/92 | [illegible handwritten notes] |

0356

FELL-00000723

FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient. (In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tonsils etc.)

| DATE | Discbg, Ill |
|------|-------------|
| 5/7/92 | |
| | |

0357

# EXHIBIT 20

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                383700
041492 0119P   11Y  043080
FEUSSNER, JA         824-5842

REDACTED - FELL

WILKES BARRE        PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/14/92 | 1:30 pm | Group | Discussion on alcohol related problems. Donald participated in group. He stated people drink to fit in & sometimes model off their parents. _Suzanne_ _Smith_ Therapist |
| 4/14 | 1:45 | Staff Note for me sole — RN S. M. |
| 4/14/92 | 4:30 pm | Telephone | & called Mrs. Fell & she verbally answered my questions to fell out the psych/social form. She states Donald recently had accidentally shot her friend while they were playing with a [illegible] (SNS 4/14/92) gun. She states Donald hits her & his sister, he curses, doesn't follow rules & throws things when angry. She states his father was very strict & she was very strict. She states, her & his step [illegible] were sexually & physically abused by a role & [illegible] babysitter at age 4. She states his father use to beat him & his mom. They recently moved out & the father & haven't seen him. Un regards she states she is interested in tough love meetings. Continued SNS Therapist |

Formulated: April, 1988
Form #: 4500.204.88

039

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Pr REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/14/92 | 4:30 pm | Telephone | set up a family session for April 16, at 8:00 — Susquehanna Smith Therapist |
| 4/14/92 | 5:00 pm | IWD | Donald and reviewed his Treatment plan & he signed it. He states he realizes he has to change his negative behavior & feels bad for beating up his mom & sister. He was tearful & stated he will follow the rules here. He also stated his father had beat him & his mom when they lived together. — Susquehanna Smith (therapist) |
| 4-15-92 | 1230 | MHW | Pt sleeping on initial rounds. |
| | 2:00 Am | | Appears to be sleeping as observed q 15 minutes |
| | 6:00 am | | Awake. Bloodwork drawn by lab tech. Pt cooperative |
| | 7:00 am | | Pt awake. Am care done. (con't shade versus med) |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000726

WILKES-BARRE GENERAL HOSPITAL   FELL, DONALD
ADOLESCENT PSYCHIATRIC UNIT     3711793              383700

(Interdisciplinary Progress Record)  SAER. JA    824-5842
                                      REDACTED - FELL
                                      WILKES BARRE        PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/15 | 8am | Mtg Cont. | Pt to classroom. _Shan Jones MNA_ |
| 4-15 92 | 8am | Add. | Urine specimen obtained and sent to lab. — _Shan Jones MNA_ |
| 4/15/92 | 2:45 | _(illegible)_ | Donald participated during education and ___. His conversation was somewhat inappropriate at times but he was cooperative. I spoke with his teacher from the Children's Service Center and she said he does well in the initial program. — _Mary O'Hara, Teacher_ |
| 4/15 | 3:00 pm | Fam | Donald states he doesn't care if his mom hasn't visited or called him because he ___ mad at ___ and so then ___ "putting him in here". He is not yet taking responsibility for his negative action. He has no reaction about the family ___ ___ states he doesn't like it here — _Suzanne N. Smith therapist_ |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000727

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Reading | Comments |
|------|------|---------|----------|
| 4-15 92 | 5:00 430 | MHW | Donald level 5-1 attended all activities. Interacted with staff. Participated well in groups. [illegible] |
| 4-15-91 | 12:30pm | Group | Discussed his [illegible] problems — seemed to not take too serious — confronted by this worker — discussed parents separation & subsequent divorce, peers offering support. — R. [illegible] |
| 4-15 | 4:00 10:30 | MHW | Patient had superficial interaction this evening. Patient doesn't accept responsibility for his behavior. Patient remains on level 5-1 with Q15 minute checks done throughout the shift. — [illegible] MHW |
| 4/16/92 | 12m 8 a.m. | Shift notes | Pt was [illegible] (cont.) asleep on initial roundsand [illegible] q15m. Am care was completed [illegible] MHW |
| 4-16-92 | 10:00 am | IND | Donald appears bright & pleasant this morning. He states he is motivated to [illegible] in his treatment issues & completing his goals. He states he is looking forward to |

Continued & MB therapist

Formulated: April, 1988
Form #: 4500.204.88

0345

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Rec~~REDACTED - FELL~~

FELL, DONALD
3711793                    383700
641492 0119P   11Y  043000
TRUSSNER, JA          824-5842
WILKES-BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4-16-8 | 10⁰⁰ am | I ND | (handwritten note) |
| 4-16-8 | 1 3⁰ pm | Family | (handwritten note) |

Continued
SND Therapist

Formulated: April, 1988
Form #: 4500.204.88

0396

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD

383700

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4.16.9- | 12:00 | Family | He states Donald denies smoking _[illegible]_ |
| | | | but did _[illegible]_ better under her _[illegible]_ |
| | | | window & has _[illegible]_ in his room. |
| | | | Donald entered the session & he |
| | | | was disrespectful. He argued verbally |
| | | | with her & constantly _[illegible]_ his |
| | | | voice. He blamed _[illegible]_ for |
| | | | his behavior & only once in a while |
| | | | took some of the blame. He became |
| | | | disrespectful _[illegible]_ by saying "un uh" |
| | | | & loudly telling his mom not to call |
| | | | him Bobba. The session _[illegible]_ ended |
| | | | & Donald became very agitated & |
| | | | didn't want it to end. He was then |
| | | | escorted to the _[illegible]_ out room & |
| | | | he proceeded to throw his pillow |
| | | | _[illegible]_. He did then _[illegible]_ _[illegible]_ |
| | | | & carried out his threat. |
| | | | — Suzanne M. Smith therapist |
| 4.16.9_ | 1:45 pm | Telephone | I called CYS & spoke with |
| | | | Deanna _[illegible]_ who states that they are |
| | | | involved with the family currently. |
| | | | She states for us to keep _[illegible]_ |
| | | | _[illegible]_ on Donald's progress here — Suzanne M. Smith |
| | | | therapist |

Formulated: April, 1988
Form #: 4500.204.88

0397
FELL-00000730

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                     383700
041492  0119P   11Y  043080
KRESSNER, JA  --       824-5342
REDACTED - FELL
WILKES-BARRE                 PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/16/92 | 1230 | Group | Missed most of group - in family session. *(illegible signature)* |
| 3/4/92 | 9:30 | M.H. | Donald level S-1-attended all groups, Attend family session. Pt was disrespectful in session. Sarcastic to staff. *(illegible)* |
| 4/16/92 | *(illegible)* | education | Donald participated during education and art. He was inappropriate in his behavior at times but was generally cooperative. Mary Oceanne Teacher |
| 4/16/92 | *(illegible)* | *(illegible)* | Patient remains on level S-1 with and refused to for disrespectful toward staff and peers. Placed on room restriction at 5:00 pm due to accumulated 10 points. Patient given five points for in and out of room. Participated in group. He appeared angry and restless. Treatment given *(illegible)* time for head lice. Patient to bed at 10 pm. *(illegible)* MHW |

Formulated: April, 1988
Form #: 4500.204.88

0348

FELL-00000731

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-17 | 12-8 | MHW | PT Remains on Level 5-1 c̄ q 15 min. checks. PT is sleeping quietly. Hall for MHW. |
| 4/17 | 2:30pm | Group | Discussed the importance of discipline to the development of self discipline & how such assists children in growing up. Pt. was making positive contributions to point [...] about how here he felt about this [...] |
| 4-17-92 | 8:00/4:30 | shift notes | Pt. remained on Level 5-1. appetite good for breakfast and lunch. Attended and actively participated in groups, and was able to give peer feedback. During [...] time he was eager to complete goal and review treatment plan with staff. We discussed ways he can learn to control his temper when becoming frustrated. Pt actively participated in the recreational group this afternoon. There was (continued 4-17-92 [...]) |

Formulated: April, 1988
Form #: 4500.204.88

0399

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

FELL, DONALD
3711793
041492 0119P  11Y  383700
                    043080
LEUSSNER, JA      824-5842

REDACTED - FELL

(Interdisciplinary Progress Record)  WILKES BARRE        PAHS

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | continued |
| 4-17-92 | 8:30 | short notes | an episode where he had a slight altercation which involved pushing another peer. He "given" T.O. for this. Later he discussed it with staff and peers [TB 4-16-92] apologized for his behavior. In dayroom at end of shift. Tina Bellardo |
| 4/17/92 | 4:30 12:30 | nurses notes | Pt remains on S-1. Pt was placed on room restriction because he had 16 points. Pt. did not say anything to staff about his room restriction. The nurse found an error in the report and brought it to his attention. He said that day staff told him that he did not have room restriction. Pt had to spend the rest of the night in his room. He did take his consequence without further malice. Taylor MHW |

Formulated: April, 1988
Form #: 4500.204.88

0400

FELL-00000733

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Reading | Comments |
|------|------|---------|----------|
| 4-16 92 | 12:30 | MHA | Sleeping on initial rounds |
| | 2:30am | | Appears to be sleeping on |
| | | | Q 15 min rounds. |
| | 5:00am | | Appears to be sleep as observed |
| | | | Q 15 min. |
| | 7:30am | | Awake. Am care done. |
| | 8:30am | | On dayroom at end |
| | | | of shift. S-1 precautions |
| | | | maintained. _____ |
| 4-18 | 7-1 | MHW | PT Remains on level. |
| | | | S-1. PT was plasant |
| | | | This morning. PT HAD |
| | | | Run in with mike ___ |
| | | | Threaten to kill him |
| | | | PT was Timed out And |
| | | | Recived 3 _____ For This |
| | | | Behavior. Mark Szot MHW |
| 4/18/92 | 4:00 12:30 | MHW | PT remains on S-1. PT was cooperative |
| | | | and pleasant tonight. He took part |
| | | | in all groups with ample participation. |
| | | | PT expressed his feeling about _____ |
| | | | _____ in the _____. He said he _____ |
| | | | that he wasn't here and was _____. He |
| | | | was timed out in discussion group |
| | | | (continued) |

Formulated: April, 1988
Form #: 4500.204.88

0401

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD          383700
3711793               043080
041432  0119P  11Y    824-5842
        1A
REDACTED - FELL       PA M S

WILKES BARRE

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | continued |
| 4/18/ | 400 230 | MHW notes | because he could not respond to question Now he has to change to get out of here and improve his life. He was timed out then returned to group and still was very passive and non responsive. At times he was silly and in constant motion. ───── Tor Zelito MHW |
| 4-19 | 1230 | MHW | Sleeping on initial rounds. |
| | 2²⁰ | | Appeared to sleep as observed @ 15 minutes. |
| | 5²⁰ | | Appeared to sleep as observed @ 15 minutes. |
| | 7²⁰ | | Awake Am care done. |
| | 8²⁰ | | In dayroom at end of shift. ─── Share Sones mhw |
| 4-18-79 | 4:30 | MHW. | PT Remains on S-1 Level. PT IS NOT Allowed To Speak To Mike. PT was pleasant To Roys. Marl Izat MHW. |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0402

FELL-00000735

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/19/9? | 4 a.?<br>6:?? | MHW<br>note | Pt remains on S-1. Pt was quite calm subdued for the shift. He needs redirection by staff on several occasions. He was given a time out in the seclusion room because of rude statements toward staff and peers. He did take part in all groups tonight with simple participation. Pt is still on separation with another male patient. — To 7th fl. MHW. |
| 4-20-9? | 12 MN<br>?:30 | MHW | 1230 pt appeared to be asleep upon initial rounds. 0630 Ineffective complaining was observed for 15 minutes. 0530 AM care completed Pt ___ — (illegible) — MHW |
| 4/20/92 | 2:47 | education | Donald participated during education and art. He read well and was cooperative. — Mary O'___, teacher |
| 4/20/92 | 12:3?p | Group | Discussed the importance of developing a trusting relationship ā an activity group & how such could help his development. — (illegible) |

Formulated: April, 1988
Form #: 4500.204.88

0403

FELL-00000736

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD    383700

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Pt. appeared to understand what |
| 7/19/92 | 12:30p | Group | was being discussed & how much he wanted to develop this type relationship. He felt he could have this type relationship with his grandmother. He described her as someone who could be stern — but seemed to have his best interest in his heart. Pat Tygle, Psych? |
| 7/19/92 | 3:00 / 4:30 | MHW | Pt. on level S-1. Ate well for breakfast and lunch. Participated in groups and education. Goal from yesterday completed. Goal for today is a 150 word essay on what he needs to do to be discharged from the hospital (get along with mom). Working on goal earlier in free time. Playing cards with peers in the afternoon. Alice J. Scanton, MHW |
| 7/20 | 4-w | | Pt. on level S-1. ... Taylor? MHW |

Formulated: April, 1988
Form #: 4500.204.88

0404

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD          393700
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Reading | Comments |
|------|------|---------|----------|
| 4-21 | 12:30 AM | 77 71 N | Appeared to be sleeping on initial rounds |
|  | 2:30 AM |  | Appeared to sleep as desired o/s o |
|  | 5:30 AM |  | Appeared to sleep as observed o/s o |
|  | 7:30 AM |  | Awoke. Am care given. Shore [illegible] |
| 8:30 AM | 4-21-88 END | Donald is very quiet & refuses to discuss [illegible] not seen or [illegible] seen or talked to her in a few days but she did leave him on [illegible] but not here. He states he will cooperate in the family session & won't try to make his mom feel guilty for staying away & having him sent in her [illegible]. He states he will convince her to trust him but he has no plan in how to. He states he will control his temper by playing sports & not hitting his mom or sister anymore. His ideas are somewhat vague & not concrete — Continued Suzanne Smith Therap. 4-21-88 |

Formulated: April, 1988
Form #: 4500.204.88

0405

FELL-00000738

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793
041492  0119P    IIY  043080
FEUSSNER. JA        824-5842
REDACTED - FELL

| Date | Time | Heading | Comments | PA M S |
|------|------|---------|----------|--------|
| | | | Continued    BARRE | |
| | | | 000 | |
| 4-21-93 | 8:30 pm | INO | He states he has been getting _____ _____ _____ _____ _____ _____ _____ on him. He states this is only he _____ _____ up the _____ & is _____ on level C. _Suzanne N Smith therapist_ | |
| 4-21-93 | 12:30 pm | Family | Donald's mom came in for the session. Donald _____ the session _____ look at his mom. He laid on the bed & only answered questions when asked. He states he was mad his mom hadn't come to see him since the last family session. He started yelling _____ mom she yells too much at home & she should ask him please & thank you for all she wants him to do. He told her that she shouldn't disturb him during shows on TV. He was very disrespectful with his mom & was getting in her face. He started cursing & yelling when his mom felt the session should be ended. He started cursing myself & his mom. He was refusing to be escorted out of the session. Continued _Suzanne N Smith therapist_ | |

Formulated: April, 1988
Form #: 4500.204.88

0406

FELL-00000739

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492  0119P    11Y
FEUSSNER, JA    824-9842
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | *continued* |
| 4-21 | 12:30 | Family | *(handwritten notes, largely illegible)* He felt the session went well & that he didn't do anything wrong. He continued to be disrespectful toward staff after the session ... 4-21-92 ... then stated prior to admission he attempted to ... become police officer ... could not ... & needed to be eventually handcuffed by the police ... Donald of course denied this ... downplays all his problems — Suzanne M. Smith, therapist |
| 4-21 | 1 pm | Group | "Behavior" — Donald at first didn't want to enter group but after the relaxation ... & participated fully. He stated how his previous behavior was out of context. He stated he doesn't think before he acts & instead acts ... He states he would like to change the ... Suzanne M. Smith, therapist |
| 4-21 | 4:30 | Shift | Please see RN Note — *(signature)* |

Formulated: April, 1988
Form #: 4500.204.88

0407
FELL-00000740

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
5711793                    383700
        0119P    11Y  043080
                           824-5042
REDACTED - FELL
WILKES BARRE          PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/21/92 | 3:20 | EDUCATION | Donald participated during education. He missed art because he had a family session. ——— Mary O'Kane, Teacher |
| 7/21 | 4-12¾ | | [illegible handwritten notes] |
| 4/22 | 1:30 | MHW | Sleeping on initial rounds |
| | 2:00 | | Appears to sleep as observed q 15 minutes. |
| | 4:30 | | Appears to sleep as observed q 15 minutes |
| | 7:30 | | Awake. Am care done. |
| | 9:30 | | Room restrictions due to 44 pts given. ——— Shari Jones MHW |

Formulated: April, 1988
Form #: 4500.204.88

0408

FELL-00000741

FELL, DONALD
REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/21/93 | 10:00 am | INO | Donald states that he is sorry for acting so poorly yesterday. He states he will call his mom today to apologize for the poor penalty _____ state that he come up for another one, he states he does have thoughts if he the father ____ to hurt him & his mom. He states he remembers the pain & shouldn't be physically or verbally abusive to his mom or anyone. He states he will try & think before he reacts. He, however, is having difficulty thinking of appropriate ways to control his anger. He is working on his goals today & cooperating so far — Suzanne M. Smith, Therapist |
| 4/22/93 | 3:46 | Education | Donald participated during education and was cooperative until near the end of the session when he left the room after being redirected by a staff member. He misbehaved because he was on room restrictions. — Mary O'Karma, Teacher |

Formulated: April, 1988
Form #: 4500.204.88

0409

FELL-00000742

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                383700
L41492  0119P   11Y   043080
PENSSKER, JA          824-584
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/27/94 | 430 | Shift | Pt on level S1. On Room restriction due to P10 points. Cooperative with staff. Required 1000's + points throughout the day. White and few swings such as walking out and away from staff members. _(illegible signature)_ |
| 1/28/92 | 2.30p | Group | Discussed neg. (-) behaviors of peers. Pt. quickly came to peers support - appeared to be feeding into peers neg. (-) behavior. Discussed c pt. how such could impact on or his behavior. Staff further separated pt. from peers due to his (& peers) inattentiveness, talking + silliness etc. — Robert Pryzanski, Psych |
| 4/29/ | 11:30 | MHW | On level S-1. On room restriction since yesterday. Did not eat dinner. Gained a total of 12 points by bedtime for telling peers to shut-up and for being disrespectful to staff. Appeared angry and was disrespectful. In bed early. |

Formulated: April, 1988
Form #: 4500.204.88

0410

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                         383700
041492                 11Y  043090
FEUSSNER  JA                824-5012
REDACTED - FELL
WILKES BARRE              PA N S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-22-9? | 4:00 12:30 | MHW | around 9pm - Mr. J. Secretive MHW |
| 4-23-9? | 12:30 | 4MHW | Sleeping on initial rounds. |
| | 3:00 am | | Appears to sleep as observed |
| | | | q 15 min. |
| | 5:00 am | | Appears to sleep as observed |
| | | | q 15 min. |
| | 7:30 am | | Awake. Am care done. |
| | 8:30 am | | Room restrictions for |
| | | | 13 pts given yesterday. Diane Jorg.__ |
| 4-23-9? | 12:30 | Group | Topic - Beginning disappointment/failure. |
| | | | Donald did not participate in group |
| | | | as he developed a poor attitude, |
| | | | __ fellow adolescents a staff & |
| | | | cursing myself. Suzanne N Smith Therapist |
| 4-23-9? | 2:30 pm | IND | Donald apologizes for his behavior & |
| | | | states he wants to change his behavior. |
| | | | He states that he hates room restriction |
| | | | & gets really down on himself & then |
| | | | doesn't cooperate. He seems to state |
| | | | the things he needs to do but |
| | | | has difficulty in carrying them out. |
| | | | He states he will call his mom again, |
| | | | apologize & ask to see the family |
| | | | session tomorrow. Continued Suzanne N Smith |
| | | | Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0411

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
641492 0119P  IIY  043080
FEUSSKER, JA              824-5842
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
|      |      |         | Continued |
| 4/24 | 2:30 | IND | He states that he realizes he _____ medication to help control his temper. He states he will try to control his behavior & get _____ on _____ on his treatment plan. — Sup _____ |
| 4/24 | 3:40 | education | Donald did his school work in his room during education. He was not allowed to come to _____ because he was on room restrictions. — Mary O'Kane, teacher |
| 4/23 | 5:30 | _____ | Suce Res note — Wendy _____ |
| 4/23 | 4:00 | MHW | Patient disrespectful and in need of redirection throughout the shift. Patient not cooperating with restriction. Patient should be focus on treatment. Donald remains on level 5-1 with 15 minute checks done throughout the shift. Donald accumulated fourteen points by bedtime. — _____ MHW |

Formulated: April, 1988
Form #: 4500.204.88

0412

FELL-00000745

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/2/92 | 12 MN 8:00 | nursw | 1230 Pt appears to be sleeping upon initial rounds. |
| | | | 0630 Pt resting comfortably as observed q 15 minutes |
| | | | 0830 AM care completed Pt in program — Pt _____ nurse |
| 1/2/92 | 8:30 am | INA | Donald stated he still _____ like _____ _____ but will try very hard to behave today so he will be off it tomorrow. He states he does want the family session & attempted to call her but she wasn't home & spoke with his mom's boyfriend. Also he stated that he is not used to his mom being so strict as before his father left she was very soft & lenient. He is still upset she doesn't want him but keeps forgetting she told him she will never put him until he is on good behavior. He seems to get into a negative _____ mood when a different time being optimistic. Continued |

Formulated: April, 1988
Form #: 4500.204.88

0413

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492  0119P    11Y    383700
043080
FEHSSNER, JA                824-5842

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4241 | 8³⁰pm | END | Pt states he does have a difficult time thinking before he acts. He states sometime he gets angry & doesn't remember what he always does he states. Suzanne M Smith Therapist |
| 4241 | 3⁰⁰pm | Family | Mrs Fell came in for the family session. She states she spoke with him yesterday & he was appropriate. She stressed to him that he should cooperate here if he wants to eventually come home. Donald entered the session happily & was glad to see his mom. He stressed to his mom he was going to make it a good ____. He was appropriate & respectful to his mom. He still needs to be able to accept his ____ ____. He didn't talk back but states he ____ he will have to try hard to not argue back or ____. He was ____ of his behavior ____ was his mom. Suzanne M Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0414

FELL-00000747

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
C41492 011:P   IIT  043080
FRUSSNER, JA        324-5312
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/24/93 | 8:00 4:00 | Shift | Pt. on level 5-1. On room restrictions due to P/O _____ TF h. CPS. today (see note) Review'd Tx Plan. He.O very smart Anxious But can't come up c Any reasons he fails to follow his Appropriate Plans. Attended groups _____ D. Noble |
| 4/24/93 | 3:31 | educational | Donald did his work during the OSC while on restriction. He was cooperative. Mary O'Marra Leader |
| 4/24/93 | 2:30p | Group | Discussed Dreams, + how dreams effect moods + behaviors. Excellent behavior in group - bright, insightful comments. Polite E person, follows re-direction easily. Robert J Lynch Mgmt. |
| 4/24/93 | 4:12 | MHW. | PT Remand AT 5-1. PT Had Room Restriction All Day. PT was allowed To Watch movie. PT DID very well in group. Mad Scott MHW |

Formulated: April, 1988
Form #: 4500.204.88

0415

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 C119P    IIT   383700   043080
FEHSSKER  IA           824-5842
REDACTED - FELL
WILKES BARRE              PA M 3

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4-25-92 | 11 mid 630 | M/H/W | 1330 Pt increased to level C as per Pth. Pt appeared to be sleeping as observed q 15°. 0630 Pt resting comfortably as observed q 15°. [illegible] AM care completed, Pt in dayroom [signature] |
| 4-25-92 | 800 430 | S/J | Pt on level C. Needs much redirection. Pt complies when told to do so. Whines @ times when does not get his own way. Worked on out. T.V. + video C/O. Given additional out. Watched movie c peers. [illegible] in groups. [signature] |
| 4-25-92 | [illegible] | [illegible] | Patient remains on level C, needed redirection for silliness. Visited by [illegible], good interaction. Participated in education and group therapy. Patient talked about physical abuse by his father, also sexually abused by a babysitter. Patient playing cards, game with others during free time. Patient to bed at 10³⁰ and resting quietly at this time. [signature] |

0416

FELL-00000749

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
??/?793
041?02 ?1??P   11Y  ?3700
.?.SNE? J?              043080
REDACTED - FELL        824-5842
                            PA  N  S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 0-26 ? | 12 NN 8:30 | MHW | See RN note _____ (signature) |
| 4/26/. | 8-4:30 pm | Staff note | Ser nsg. note _____ (signature) |
| 4-26-9 | 4=30 pm 12=30 pm | Staff note | Patient remains on level B. Timed out for silliness early in shift. No visitors. Playing ball in free time. Participated in education and group therapy. Patient superficial in discussing his problem. Enjoyed watching movie before bed time. Patient to bed at 10:30 pm, and resting quietly at this time. — (signature) MHW |
| 4-27-9 | 12:30 | MHW | Appeared sleeping on initial rounds _____ |
|  | 3:00 am |  | Appeared to sleep as observed q 1/2°. _____ |
|  | 5:00 am |  | Appeared to sleep as observed q 1/2°. _____ |
|  | 7:30 am |  | Awake. Am care done _____ Shari Jones MHW |
| 4-27-9 | 10:30 am | IND | Donald was happy to be on level B. However, he was quiet & maintained little eye contact. He stated nothing was bothering him but he appeared somewhat down. He stated he had a Continued — Suzanne N. Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

0417

FELL-00000750

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793
041492 0119P  11Y  043080
FEUSSNER. JA        824-5842
REDACTED - FELL
WILKES BARRE         PA # 3
000

383700

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/7/93 | 10³⁰ | IND | good visit with his mom. He states he is looking forward to getting level A but is less in getting his treatment plan reviewed. He states almost over-confidently that he will follow all the rules at home & be always respectful of his mom. He seems to feel coming treatment back wont be difficult. His thoughts seem to be wandering & not concentrating on what we were discussing. He states he wont play with guns or knives anymore & states they are dangerous & people can get hurt. — Suzanne M [illegible] |
| 4/7/93 | 12³⁴ | Group | Drew a picture of someone you'd like to be. He drew a picture of an eagle. He was at a meeting with a friend, John & the president. He was describing to the president the need to preserve endangered species. — Suzanne M Smith Therapist |

0418

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

041492 0119P  IIY  383709
F.USHFR. JA      824-5342
REDACTED - FELL
WILKES BARRE        PA  K 5
C.

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/2/92 | 7:00 8:30 | MHW | Donald level B - Bright participated in AM groups. Social with peers and staff. Pt not receiving his treatment plan. Working on his goal on free time. No behavior problems. [illegible] MHW |
| 4/27/92 | 4:00 12:30 | MHW | Pt remains on Level B. Pt was pleasant and cooperative tonight. Pt was visited by his mom. During his free time (several visits) he kept himself busy with other peers. He was very social with his peers and staff. Pt was also cooperative tonight. He did not need any redirection during the shift. — Te [illegible] MHW |
| 4/28/92 | 12:[illegible] [illegible] | [illegible] | Pt asleep [illegible] [illegible] observed q 1/2 [illegible] [illegible] [illegible] completed [illegible] [illegible] |
| 4/28/92 | 12:30 | Group | Very Verbal in group - appears sincere. Working for level A signature - comforting peers appropriately. Attentive to peer conversation - Robert [illegible] [illegible] |

Formulated: April, 1988
Form #: 4500.204.88

0419

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 011??
FEUSSNER, JA
REDACTED - FELL
WILKES BARRE
COO

383700
11Y  043080
824-5842

PA H S

K-7351-1

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/28/92 | 5:4? | Staff Note | refer to msw notes for therapeutic |
| 4/28/92 | 3:00 pm | I/O | Donald is working for level A & |
|  |  |  | reports for a good family session, tomorrow |
|  |  |  | person can hopefully go on a home |
|  |  |  | pass for his birthday. He states he |
|  |  |  | wants to behave & act appropriately |
|  |  |  | He doesn't want to fight or argue at |
|  |  |  | home or play with dangerous items. |
|  |  |  | He seemed proud of himself that |
|  |  |  | he was the first one in the group |
|  |  |  | by a few to know a multiplication |
|  |  |  | answer concerning fraction. Donald |
|  |  |  | proud to not be getting any points |
|  |  |  | yesterday or today. He states he |
|  |  |  | is going to get used to his mom |
|  |  |  | being strict & firm disciplinarian |
|  |  |  | Suzanne M Smith therapist |
| 4/27/92 | 23:00 | msw | Donald participated during education |
|  |  |  | this evening. Patient had select peer |
|  |  |  | interaction this evening. Patient |
|  |  |  | reviewed his treatment plan with |
|  |  |  | staff this evening. Donald visited |
|  |  |  | with his mom this evening. Patient |
|  |  |  | remains on level B. Sara Mason MSW |

Formulated: April, 1988
Form #: 4500.204.88

0420

FELL-00000753

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

```
FELL    DONALD
3711793
041492 0119P   11Y  043080
FEOSSNER. JA          824-5842
    REDACTED - FELL
WILKES BARRE
000
                 383700
                 PA M S
```

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-14-9_ | 3 AM 8:30 | nurse | '30 Pt appeared to be sleeping upon initial rounds. |
| | | | 06 30 Resting comfortable as observed q 1/2°. |
| | | | 8:30 A.M. care completed. Pt in Dayroom — Fred Pein RN MSW |
| 4/9/92 | 12:30 | Group | Discussed long term goals & what steps pts have taken today toward such. Donald was bright & insightful — focused on goals around home/school. Admits to not doing anything today but plans on reading a science article ASAP. Offering pens good insights. — Robert _____ M.A. Thpst |
| 4/29/9_ | 2:00 pm | Family | Donald's mom came in for the family session. She states she feels Donald is coming along & their _____ & phone conversation are going well. She states he appears to be controlling his temper & disappointment well. Donald entered the session & he was happy to see his mom — Continued — Suzanne M Smith therapist |

0421

FELL-00000754

**WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492 0119P    IIY    043080
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE              PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4·8·92 | 7pm | Family | He states that he will follow all [illegible] & be supportive of his [illegible] [illegible]. [illegible] [illegible] figure [illegible]. He however states because of his [illegible] he doesn't want to participate in sports. He needs to work on feeling better about himself & increasing his self-esteem. His mom states that [illegible] father tries to put Donald down but she [illegible] him [illegible] a lot of [illegible]. Donald is hopeful to get his level A signature & [illegible] pass tomorrow for his birthday. — Suzanne M Smith therapist |
| 4·9·92 | 7pm | | Donald states he was happy the [illegible] [illegible] [illegible] well & he felt he was respectful to his mom. He [illegible] his 2 level A signatures & only needs two more signatures. He still feels he is too short to play more sports. He states his dad uses to call him dumb but he doesn't believe this & is glad his dad won't read anymore. — Suzanne M Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

0422