WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD
3711793
041492  0  19P      11Y
SNE      JA
WILKES BARRE
COO

383700
043080
824-5842

PA M S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 7/29/92 | 3:38 | EDUCATION | Donald participated during education and art and was cooperative. ——— Mary O'Kane, teacher |
| 7/29/92 | 430 | MHW | Donald level B — Participated in all groups. Working for level A. Received two signatures. Had family session the afternoon. Session went well. —Maud Perry RN |
| 4/29/92 | 4:00 12:30 | MHW | Donald participated during education this evening. Patient had select peer interaction this evening. Patient cooperative with unit routine. Donald recieved level A this evening. —— Sara [illegible] MHW |
| 4-30-92 | 12 mn 8:30 | MHW | 12:30 pt appeared to be sleeping upon initial rounds. 06:30 Resting comfortable as observed. 1/2. 08:30 AM care completed, pt in dayroom. [illegible signature] |
| 4/30/92 | 8:30 am | IND | Donald was [illegible] to be going home per today. He stated he will follow the rules at home & prove he is trustworthy. [illegible] therapist |

FELL-00000756

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4-30-92 | 1130 | Educ | Donald was out on a home pass. |
| | | | Suzanne N Smith [illegible] |
| 4/30/92 | 3:35 | [illegible] | Donald missed education and [illegible] |
| | | | because he was out on pass. |
| | | | Mary O'Keane Teacher |
| 4/30/92 | [illegible] | Shift | Pt. on level A. Went on pass c̄ mom today. [illegible] |
| 4-30-92 | 4:00 PM - 10:00 PM | Shift Note | Patient remains on level A, returned from therapeutic pass at 8:25 pm, accompanied by Mother. Negative on contraband. Patient and his mother both states that pass went very well. Participated in group therapy talked about home pass. Interacted with peers before bed time. [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| 5-1-92 | 8:30 am | END | Donald states that he had a good family pass yesterday, he got a bike for his birthday - continued Suzanne N Smith [illegible] |

0424

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL
WILKES BARRE PA

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | Continued |
| 5-1-92 | 8pm | IND | He was respectful of his mom & got along with everyone. He states he will control his temper, listen to the rules at home & participate in school. Suzanne D. Smith Therapist |
| 5/1/92 | 8:20 am | out of program Telephone | Mom states the home pass went well yesterday. Donald contacted myself & was respectful. She is looking forward to Donald returning home. Suzanne D. Smith Therapist |
| 5-1-92 | 9:45 am | IND | Donald handled the news of not going home today very well. He states he will just keep up with his good behavior until he can go home. Suzanne D. Smith Therapist |
| 5-1-92 | 11:35 am | Telephone | Donald's mom called & explained to her that he won't be leaving today & we want to have him keep up with his good behavior & possibly schedule another home pass as he got a lot of presents & attention for his birthday. She agreed & will stay in touch. Suzanne D. Smith Therapist |
| 5-1-92 | 12:30 | Therap | Draw a picture happy/sad. Donald drew a sad picture of being a [illegible] & an [illegible] going away. He drew a happy picture of — Continued Suzanne D. Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0425

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | Continued |
| 5/1/92 | 12:30 | Group | being in LA, California & helping |
| | | | control the violence there. – Suzanne [illegible] |
| 5/1/92 | 8:30 | MHW | Pt. on level A. Talked about |
| | | | [illegible] went. Reported it |
| | | | went well. Cooperative c [illegible] |
| | | | Active in [illegible] ES. Took meds [illegible] |
| | | | [illegible] well. |
| | | | [illegible] MHW |
| 5/1/92 | 3:30 | education | Donald did work from CSC during |
| | | | education and was cooperative. He |
| | | | participated during art. |
| | | | Mary O'Hearn, Teacher |
| 5/1/92 | 4-11:30 | Staff Note | Pt on level A. Cooperative [illegible] staff |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] discharged today |
| | | | [illegible] |
| 5/2/92 | 12:00 | MHW | Appeared sleeping on initial rounds. |
| | 2:00 am | | Appeared to sleep observed q ½°. |
| | 5:00 am | | Appeared to sleep observed q ½°. |
| | 7:30 am | | (Shr [illegible] 5-2-92) [illegible] Appeared to |
| | | | awake. am care done |
| | | | Shari Jones MHW |

0426

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793 383700
C41492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 5/2/92 | 8-8 | Shift non | refer to NSG Notes [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0427

# EXHIBIT 21

Fell, Donald
# 383700
Dr. Feussner
adm: 6-6-93
(Patient Information)

WILKES-BARRE GENERAL HOSPITAL
WILKES-BARRE, PENNSYLVANIA 18764
(717) 829-8111

## Discharge Face Sheet

No Abbreviations Allowed — Note: International Classification of Diseases-9th Revision-Clinical Modification (ICD-09CM)

| Principal Diagnosis | That diagnosis which AFTER STUDY is found to be chiefly responsible for the hospital ADMISSION, ONLY ONE DIAGNOSIS.—DO NOT USE "DUE TO", "SECONDARY TO", OR "WITH" IN DIAGNOSIS. | CODE |
|---|---|---|
| ICD-9 | Major Depression with psychotic features | 296.34 |

| Additional Diagnosis | Any conditions or diagnoses that co-exist at the time of admission or develop subsequently which affect the treatment received or length of stay. | CODE |
|---|---|---|
| | Hyperkinetic Conduct Disorder | 314.2 |
| | Borderline Personality traits | 301.83 |
| | | |
| | | |
| | | |

| Principal Procedure | One which was performed for definitive treatment rather than one performed for diagnostic or exploratory purposes, or was necessary to take care of a complication. The principal procedure is that procedure most related to the principal diagnosis. | CODE |
|---|---|---|
| DATE | DESCRIPTION | |
| | | |
| | | |
| | | |
| | | |

| Other Procedures | | CODE |
|---|---|---|
| DATE | DESCRIPTION | |
| | | |
| | | |
| | | |
| | | |

Date Of Discharge 6-30-93 DICTATED ✓ Date 7/7/93

Disposition Expired [ ] Autopsy — Yes No Coroner's Case [ ] Routine AMA

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge

Date 7/7/93

Signed By Dr [signature]

Form No 1700 503 84

0064

FELL-00000761

# EXHIBIT 22

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
REDACTED - FELL 24-5842
[illegible] BARRE PA M S
000

N-771-1

Donald Fell

4/14/92 (Admission note) 11:10 a.m. Pt admitted via ambulance from Children's Service Center. Accompanied by mother & ambulance attendants (-) for contraband. Consents signed by mother during admission process. Pt minimizing problems stating the reason he believes he is being hospitalized is for arguing & cursing with his mom. However pt did admit he accidentally shot his friend a few days ago with his friend's father's 9mm pistol. While making these statements pt's affect is flat with no emotion in his voice. Personal belongings sent home with mother. Oriented to unit & introduced to peers in dayroom. [illegible] [signature]

4/14/92 ([illegible]) [illegible] Level S-1. Present for all [illegible] [illegible]. Pt states he knows 2 peers from the [illegible] center. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [signature]

4-14-92 4:30pm - Level S-1. Social with select male peer that he knows from partial program. Has no remorse for his bad behavior @ home. Smiles as he talks about it. 5pm - Drew his pictures for the doctor during education. (and they are in chart.) 6pm Had no visitors. (continued) Janice McDade

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
383700
011420 0119P  11Y  043080
TUNKSTER, JA                824-2142
REDACTED - FELL
WILKES BARRE            PA H S
CCO

4-14-62 (cont.) Playing cards c̄ peers during visiting hour. 8- Good group participation. Admits to being disrespectful to his mother, but sees nothing wrong c̄ this behavior. Always laughing when he talks about this. Bragging about other @ behaviors to peers. Watched peer pressure movie c̄ others. Feels he is not affected by peer pressure. Playing cards before ___

4-15-92 (12:5 Am) ___

___

___

4/15/92 (___) Level 5-1. Pt. Bright & Happy. Pt's Appetite ___ for lunch & Breakfast. Pt. Attended Community Meeting & Given goal as to list Reasons for Admission. Pt. did This & ___ This c̄ a.w. He wrote of An Accidental shooting c̄ him Playing c̄ weapon. Fighting & Arguing c̄ Mom & Dad & being Defiant To Authority given. He is Silly c̄ Time & ___ Than ___ To ___

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA

4/15/92 (8-4 3:30) [illegible] is limited [illegible] to [illegible]. VS stable. Dr [illegible] aware of [illegible]. It was noticed that [illegible] may have [illegible] in hair. Upon [illegible] possible [illegible] lice noted. No pubic lice noted. Dr Feussner aware. Quell order received. [signature]

4/15/92 (4:30p-12) Level S-1. Treatment given for head lice c̄ Quell. Pt's mother notified of this so that she can check other children. Participated in unit activities. Presents no behavior problems on the unit. Confronted in group about his violent behavior @ home and poor judgement. Pt. making excuses for self & placing blame on his sister. Cooperative t/s. Said he feels good because of the Quell treatment and "his head doesn't itch anymore." Scalp re checked @ bedtime & no lice, nits seen. [signature]

4-16-92 12:30am: Lying on bed c̄ eyes closed. Level S-1. 15 minute checks maintained.
3:30am: Lying on bed c̄ eyes closed.
7am: Awake, VS stable. Showered. [signature]

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
041492 0119P 11Y
FEUSSNER, JA
383700
043080
824-5812
REDACTED - FELL
COO
PA

4/16/92 (8-4P) Remains level S-1. Pleasant [illegible], cooperative [illegible]. Seen by Dr. Kraus [illegible]. Ate breakfast. Present for community meeting. Goal: [illegible] and going on [illegible] for control [illegible] when [illegible] being silent. [illegible] interaction [illegible] for [illegible]. Ate lunch. Mother in for family session [illegible] pt became angry during family session [illegible] to [illegible] talk back. Became [illegible] mother & then goal [illegible] in [illegible] meeting. Pt received 3 points from therapist for behavior during session. [illegible] Was given 2 points for talking [illegible] to staff during education & making [illegible] toward staff. Remains [illegible] end of shift. [signature]

4/16/92 (8-4P Addendum) Pt's hair checked & many white particles are evident but no movement [illegible] Dr Feussner in, no new orders — [signature]

4/16/92 4:30Pm Level S-1. Nits noted throughout pt's hair and scalp. Re-quelled per Dr. Feussner's order. Had no visitors. Gained well over ten points because of mouthiness & disrespect during education. Minimal group participation. Does say "he's learned the importance (cont) J McDade [illegible]

FELL, DONALD
3711793 383700
041492 0119P IIY 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA N S
000

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

4/16/92 (cont) of not messing around c headgear." Behavior better @ end of shift. Joanne McDade Rn

Late entry. NO / Dr. [illegible]: Dexedrine 5mg po 9am tomorrow - only. Joanne McDade Rn

4-17-92 12^30 am: Level S-1. Lying on bed c eyes closed. 15 minute checks maintained. 3:30 Am: Lying on bed c eyes closed. Resp. regular. 7 Am: Awake. VS stable. [illegible] Koonce

4/17/92 (8-4^30 pm) Remains [illegible] S-1. Pleasant, selectively social c male peers. Ate breakfast. Present + active in community meeting. [illegible] [illegible] med [illegible]: 200 word essay [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] get me in trouble. Attentive in education. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] pizza [illegible] [illegible] lunch. [illegible] [illegible]. During group pt [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] 2^30 pm. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] @ end of shift. [illegible]

4/17/92 4^30 pm Level S-1. Was put on room restrictions because of [illegible] points yesterday. Received points this evening for horseplay. (cont) J McDade Rn

Form No.: 4500.205.88

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793                    383700
041492 0110P   IIT  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
VILKES BARRE         PA X S

4-17-92 (cont.) Had no visitors. Does not discuss treat-
ment plan. Minimal group participation. _____
h.s. _____ R.N. no. - Benedryl tablets 5 mg @
8 am - 12 noon - 4 pm. _____ R.N.

4-18-92 (12 - 8:30 pm) 12 __ _____, eyes
closed on initial _____ 5-1.

3 __ _____

7 __ _____

7:15 am Awoke, _____ VS _____

4/16/92 ( __ - __ ) _____ S-1. Pt. _____ Lt.
+ Pleasant. Appetite good for Breakfast +
Lunch. Yesterday's Goal completed. To-
day's goal is to Write Essay on
the Consequences of Playing with Danger-
ous Weapons. He did this + reviewed
this with me. Today he had an Argu-
ment with Peer and Stated to Peer "I'll
Kill you". Given T.O. and I pointed for
Threatening Peer. Kept Busy with activities.
VS = Stable. No Complaints _____ R.N.

4/18/92 (4 - 12:30 pm) Pt. on _____ S-1. Pt. ate little.
Dinner _____ to _____ to stop
arguing c male peers. Pt. participated in egg
decorating. Pt. had no visitors this
shift. Pt. attended cont. _____ R.N.

FELL-00000767

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
REDACTED - FELL
PA

4/19/92 cont - group and had little to say. Pt states he doesn't know where at home would [illegible] anyway. Pt has no ambitions to [illegible] [illegible] he was told he could [illegible]. Pt [illegible] participating in group. Pt [illegible] [illegible] [illegible]. Pt did not [illegible] [illegible] goals. Pt [illegible] problems.
[illegible] RN

4-19-92 (12-8) [illegible] in bed, [illegible] [illegible] [illegible] [illegible] S-1.
[illegible] [illegible] [illegible] [illegible]

4/19/92 (8a-4p) [illegible] S-1 Pt Bright + Happy [illegible] Appears to be Concerned. Yesterday's Goal is Completed. Today's Goal is To Write Essay on Controlling Anger + Getting along with Peers. Pt [illegible] [illegible] Time But [illegible] [illegible] [illegible] [illegible] Kept Busy with Activities. Staying Away from Room. VS's stable. No Complaints. [illegible]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

FELL, DONALD
3711793
041492 0119P  11Y  042080
WILKES BARRE
PA M S

4/19/92 (4-12:30 pm) Pt on Level 5-1. Pt ate dinner ...

4-20-92 12:30 am: level 51. lying on bed ē eyes closed.
Resp. regular. 15 minute checks maintained.
3:30 am: lying on bed ē eyes closed. Resp regular.
7 am: Awake. VS stable ...

4/20/92 (8-4:30 pm) Remains level 5-1. Affect quiet ...
... Ate breakfast ...
community meeting. Goal: 150 ...

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA H S

4/20/92 (8-4 3:30 cont'd) what I need to do to be discharged from the hospital. On free time pt is reading articles in newspaper for extended amounts of time. Seen by Dr. Feussner, no new orders. Visited Drama Germ... [illegible] Attentive in educational news group. [illegible] 4/20 Ate lunch. Active in all afternoon groups. More sociable [illegible] peers. Playing on free time. [illegible] — [illegible]

4/20/92 (4-12) Level S-1. Pt ate supper 4:30-5 pm. He participated in education 5-6 pm. Donald silly in affect & He talked of how he hated his dad in group. He says dad beat us all. C/O his mom screaming at him. Says he takes his anger out on the walls at home. Pt had snacks, enjoyed game & [illegible] peers. Resting quietly. HS [illegible]

4-21-92 12:30 am: Lying on bed c̄ eyes closed. Level S-1. 15 minute checks maintained. Resp. regular. 3:30 am: Lying on bed c̄ eyes closed. Resp. regular. 7 am: Awake. VS stable. Ruthanne Konrad, [illegible]

4/21/92 (8-4:30 pm) Pt on Level S-1. Pt ate adequate amounts of breakfast. Pt attended community meeting and had complete goals for today. Pt's main goal is to discuss his family session with 2 staff — cont — Wendy Cannon RN

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P IIY 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE- PA M S
000

4/21/92 cont - Pt asked by staff about his plans for upcoming family session. Pt said "I don't know" making a plan for the session was discussed but pt showed little insight. Pt attended education s̄ problems. Pt ate lunch s̄ problems. Pt attended family session and cursing by pt was heard. Pt was directed to go to dayroom because the session was over. Pt refused and he put middle finger up at staff and cursed "Fuck your bitch". Pt physically taken to dayroom and he continued cursing needing to be timed out. Pt does not listen to redirection and was placed on time out in his room. 2 loud bangs heard coming from room and pt states he punched wall but this was not seen by staff. Pt was very disrespectful to staff and received an essay on [illegible] he should respect others. Pt states he will not do it and will rip his papers up. Pt continued to curse and put middle finger up at staff stating "I only did 8 bad things I shouldn't have 10 points" Pt takes no responsibility for his actions. Pt attended group c̄ minimal [illegible] cont - Wendy [illegible] RN

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P IIY 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

cont. 4/21/92 — participation. Pt on room restrictions as the close of shift — Wendy Cousins RN

4/21/92 4³⁰pm Level S-1. On room restrictions. Not working on the assigned essay. Making disrespectful / sarcastic remarks to staff. 6pm — 'No' one in for visiting. Non-compliant c̄ the rules of room restrictions. 7PM — In group therapy. Not admitting to his bad behavior today. Blaming others for his behavior. Toward the end of group started to say "now he knows he has to respect his mother", etc. This seemed just to be "lip service." Back to his room p̄ group. Will be on restrictions tomorrow for excessive points. Joanne McHale, R.N. — Late entry — NO. Dr Feussner: ↑ Dexedrine to 7.5 mg (1½ tab) TID po. J McHale RN

4-22-92 (12-8am) 12³⁰am [illegible] in bed, eyes closed [illegible] S.1. —
3⁰⁰am [illegible] in bed, eyes closed.
7⁰⁰am [illegible] [signature]

4/22/92 (8a-4³⁰p) Level S-1. Pt. Appetite good for Brkfst & Lunch. Pt. On Room Restrictions For 10 Points & To Complete Goal Pt. Still Negative. cold J. Chuyan[illegible]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
C41492 0119P 11Y 363700
TEUSSNER IA 043080
REDACTED - FELL 24-5842
PA M S

4/22/92 (8am-4:30) Testing limits. He walked out of Education + was talking out + A Peer in Group. He received 6 points for the Day. Goal Today is 200 Word Essay on Why you shouldn't take Advantage of others' cues if you get Away c it. VS's stable. No Complaints. ——— Christopher Davis

4/22/92 (4-12) Level S-1. Pt ate supper 4:30-5. He remains on room restriction. Doing his schoolwork there from 5-6 pm. Neg attitude re school/work. Pt. irritable in group. Blaming staff for goal not being done. Dr. Teussner here. Pt. disruptive, oppositional, cursing at staff. Accumulating many points. ——— impredictable ...

4-23-92 (12-8 am) 12:30 pm ... in bed asleep. Und on initial wandering level S-1. ———
3:00 am ... in bed, asleep, clean. ———
7:00 am ... asleep. 15 min V 's. ... ... ...

4/23/92 (8-4:30 pm) Pt on Level S-1. Pt began shift on room restriction due too many points. Pt ate breakfast c difficulty. Pt attended community meeting and had complete goals plan yesterday. Pt's a new goal on social essay on why he should respect authority.
———— cont - Wendy Lanne RN

FELL-00000773

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P 11Y 383700
FEUSSNER 043080
REDACTED - FELL 24-5842
WILKES BARRE
POO PA M S

4/23/92 (8-4:30pm) cont - Pt attended education with problem. Pt asked to call mother and called her with doctor & staff present. Pt half-heartedly apologized to mother and hung up the phone quickly so the doctor could not talk to mother. When told to call mother back he refused and left nurses station. Pt is to call mother later to report how his day went. Pt attended group and refused to comply and listen to redirection. Pt received time out and he was cursing at staff. Pt sat on time out. Pt later also refused to attend special group and received more points. Pt did finally attend but did not watch the movie. Pt on restriction at the close of shift —— [illegible]

4/23/92 (P-11) Level 5-1. Pt ok supper 4:30-5pm. He participated in Education from 5-6pm. He remains on non restriction. In group he says he's ready for FS on ~~first~~ over Friday. Says he's going to tell family he's going to be good. Pt was confronted by peer for having no respect for his mom. After group he remained on RR. He remained negative ē others + oppositional. Resting in bed 10pm — [illegible] man

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
383700
FRUSSNER, JA
REDACTED - FELL
WILKES BARRE
PA

4-24-92 (12-8am) 12^30 am lying in bed, eyes closed, [illegible]
3^00 am lying in bed [illegible]
7^00 am lying in bed [illegible]
[illegible signature]

4-24-92 9:30am · attended community meeting. Pts goal is a 200 word essay on what he wants to gain from Family Session today. Pts goal from yesterday was incomplete and so he is confined to a chair in free time — Audrey Bartol RN

11:30Am · appetite fair for lunch Audrey Bartol RN

1-4:30pm · attended family session, was respectful to mother, attended all groups. Pts family fantasy was to attend a baseball game with his grandfather & his father Audrey Bartol RN

5pm · appetite fair for dinner Audrey Bartol RN

6pm · visited by mother — Audrey Bartol RN

7-8:30pm · spoke in group about his family session and about doing his chores at home and the consequences if he doesn't — Audrey Bartol RN

9-11:30pm · participated in special group and all unit activities — Audrey Bartol RN.

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793          383700
041492  0119P  11Y  043080
                       824-5842
REDACTED - FELL
WILKES BARRE          PA # S
C0O

4/25/92 (11-7³⁰) Remains level C. Appears to be sleeping in bed @ 12 am. Continues to appear sleeping on ½ C rounds throughout night. Awoke @ 7 am. No c/o ___.

4-26-92 (8ᵃᵐ - 4³⁰ᵖᵐ) Level C, ½ rounds cont. 9:15 am: Attended community meeting. Talked about family session yesterday. Said that it went well. His goal for today is to list 10 ways to control his behavior so he won't lose his level. 9³⁰ am - 10ᵒᵒ am: Dr. Chang in to visit. No new orders received. —
10³⁰ a - 11³⁰ am: Participated actively in geography and pictionary groups. Whiney at times. Staff had discovered that this patient did his community goal for today during community meeting. Pt. was then given an additional 150 word essay on why it is important to pay attention in community meeting. Squealing on peers to staff.
12ᵖᵐ - Cooperative c̄ medication. —
1³⁰ᵖᵐ - Watched movie quietly c̄ group. Became hyper as afternoon progressed. —
2³⁰ᵖᵐ - 3³⁰ᵖᵐ: Needed direction for loudness. Pouting when he doesn't get his own way. Sitting in dayroom. Ruthanne Koonor, n

Form No.: 4500.205.88

FELL-00000776

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
7711773
041192 2119P IIY 383700 043090
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES-BARRE PA

4-25-92 4PM Level C. Pleasant & Cooperative. Appetite good. 5PM - Behaved through education. 6PM - Mother to visit and this went well. 9PM - Talked in group therapy about being abused by his father when "little" and being abused by babysitters. Said his father was a heavy drinker. Has just one point today. Cooperative ē meds. Has no physical complaints. 11 - Asleep. Joanne McDade RN

4-26-92 12³⁰AM: Level C. Lying on bed ē eyes closed. ½° rounds maintained.
3³⁰AM: Lying on bed ē eyes closed.
7AM: Awake. VS stable. Ruthann Koons RN
8AM: In dayroom. AM care completed. Cooperative ē meds. Ruthann Koons RN

4/25/92 (8-4³⁰PM) Remain [illegible] @ beginning of shift [illegible] [illegible] until [illegible] breakfast. Present for program activities. [illegible] points for not paying attention in community meeting & not following redirection when told to [illegible] goal [illegible] to get his goal correct. Goal list 10 @ bedroom [illegible] will need to get home. [illegible] [illegible] he deserves [illegible] will be able to maintain it. Coop ē meds. Mother in @ [illegible] visit, clothes brought in & [illegible] [illegible] visit went well. [illegible]

FELL, DONALD
3711793
041492 0119P 11Y 383700 043080
FEUSSNER, JA 824-584
REDACTED - FELL
WILKES BARRE PA

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/25/92 (3-11) [illegible] Engaging [illegible] peers. [illegible]

[signature]

4/26/92 4pm - Level C. Acting silly and gaining points for [illegible] not following directions. [illegible] to [illegible] to bad behavior in group but does not say what he will do to change his behaviors. He [illegible] friendly [illegible] social [illegible] [illegible] Playing ball in [illegible] Watched "Sixty Minutes" [illegible] Playing ball again afterwards. Has [illegible] [illegible] [signature]

4-27-92 [illegible] [illegible] Level B. [illegible]

[illegible] [signature]

4/27/92 9:30am Continues on level B. attended Community meeting pts goal 150 words on how he is going to convince his mother he has changed enough to go home Audrey Barton

10:30am - participated in education Audrey Barton

11:30am - appetite fair for lunch Audrey Barton

1-4:30pm - pt participated in group therapy. And worked on goals during free time Audrey Barton

4/27/92 (4-12) Level B. [illegible] 4-5. He participated in education. 5-6pm. Donald had no visitors tonight [illegible] (cont)

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JR 824-5842
REDACTED - FELL

4/27/92 (4-12 cont) Pt. participated in group. He says his mom is ill today. He talked a lot about his difficulty c̄ Mike over "Nazi" issue. Says he is motivated to do better in order to go home to be c̄ his mom and friends. He had success & very much enjoyed playing ball c̄ peers. Resting quietly at 11 PS. [illegible signature]

4-28-92 (12³⁰-7³⁰ AM) [illegible] ... [illegible]

7⁰⁰ am [illegible] ...

4/28/92 (8-4pm) Level B. Bright & pleasant. Appetite good for Bkfst & lunch. Goal is to Review tx Plan c̄ [illegible] (Dennis) [illegible] feels that he learned not to play c̄ Dangerous Weapons & will Respect Mom. Behavior Appropriate. Kept active c̄ All Groups VS stable no Complaints [illegible signature]

4/28/92 4³⁰pm - Level B. Pt. is being very cooperative c̄ unit routine. Reviewing his treatment plan c̄ staff in free time. 5pm - Did well during education. 6-7pm Had a pleasant visit c̄ his brother. They played card games together. 8-9 Good participation in group. Feels positive that his session will go well. 10 - Cooperative & a [illegible] RN.

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD 383700
3711793
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES-BARRE
PA

4.29.92 (12-8 30 pm) 12 30 pm Lying in bed, [illegible]
[illegible] Level B.
7 00 pm [illegible] [illegible]

4/29/92 (8-4 00) Level B. Bright + Pleasant
Appetite good for Bkfst + Lunch. Goal
is To write accomplishments he would like
To gain To Family Session. He did well
4/29 [illegible] @ ē Grp + Kept Busy ē Activities. His
Family Session Went Well + stated he
Would follow Rules + Behave. He did
Seem To lack self Confidence To being
Involved ē Social Activities + Contributed
[illegible] To his short stature.
VS's Stable No Complaints
[illegible]

4/29/92 (4-12) Level B. Pt ate supper 4 30 5. He participated
in Education 5-6pm. Pt's mom in to visit 6-7.
In group he received a point for yelling to peer
in seclusion room. Says he feels his behavior
problems are resolved. Looking forward to pass. Pt's
birthday tomorrow. Pt received 4th level A signature
from MHW. Received level A ē 12° pass order
from Dr. [illegible]. Pt enjoyed playing ball ē
staff. Had snacks, resting quietly HS. [illegible]

**Form No.: 4500.205.88**

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD 383700
3711793
041492 0119P 11Y 043080
FEUSSNER JA 824-5842
REDACTED - FELL
WILKES BARRE PA H S
000

4/30/92 (12^00 am - 8^30 am) Level A: Lying in bed c̄ eyes closed on ½° rounds. Resp, regular. Awake @ 7 Am. VS stable. Cooperative c̄ meds. @ 7^30 AM. — [signature]

4/30/92 (8-4^30 pm) Remains level A. Pleasant, anxiously anticipating pass. Ate breakfast. Released to custody of mother for 12° therapeutic pass @ [illegible] 8 pm. Due back @ 8^40 pm. Remains on pass thru end of shift — [signature]

4/30/92 4-12 pm Level A. Returned from pass @ 8^25 pm accompanied by his mother. Both agreed the pass went well. In group, he told peers he got a dirt bike + a new speed bike for his birthday. Cooperative c̄ unit routine. Has ⊖ for contraband. Cooperative H.S. — Joanne McDade [signature]

5-1-92 (12^00 am - 8^30 am) Level A. Lying on bed c̄ eyes closed on ½° rounds. Resp. regular. Awake @ 7 Am, VS stable. Cooperative c̄ meds. @ 8 Am. — [signature]

5/1/92 (8-4^30 pm) Remains level A. Pleasant, social c̄ peers. Pt states he hopes to be discharged today. Ate breakfast. Goal: 200 word essay listing changes he has made on unit. Pt informed by Therapist that Dr Feussner does not feel he is ready to be discharged today. Handled news appropriately — [signature]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

F-7-5-1

5/1/92 (8-4 30 contd) coop c meds. Good in activities. Ate pizza for lunch. Attentive in news group. Following unit rules. Dr Feussner in, [illegible] non-verbal present for group discussion — participated. Active in special group. Watching MTV in classroom on free time. No c/o's —

[signature]

5/1/92 (4-12) Level A. Pt ate supper 4 30 -5. He partic in Education. Visited by his mom 6-7. Pt participated in group. Dr Feussner present. Pt. says he got better because he missed his parents, & wants out of here. Says he loves his family & knows from past that [illegible] gets [illegible] away. Was given support for being able to handle disappointment of not going home today. Pt pleasant & cooperative. Snacks [illegible] Resting quietly at 11 [illegible] — [illegible]

5 2 92 (12-8 30) [illegible] [illegible] Sleeping [illegible] on initial rounds. Level A

7 00 am [illegible] observed [illegible]

5/2/92 (8a-8 30 a) Level A. Bright & Pleasant - Pt: Happy c Discharge Plans. Gathered Belongings, & Awaiting Mom. Voices (+) outlook c home.

[signature]

Form No.: 4500.205.88

# EXHIBIT 23

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

He says mom drinks maybe once a [month] with his uncle.
He says she changes when she drinks. Donald had
snacks, was seen by Dr. Feussner. Resting quietly
10-12 MN.                                         [signature]

1-27-93 (12-8 pm) 12PM [illegible]

6 [illegible] Routine [illegible]

7am [illegible]

1/27/93 (8a - [illegible]) [illegible] Pt. Bright +
Pleasant. Appetite good for breakfast /
Lunch. Goal is to list reasons for
Admission. Pt only wrote 2 reasons down
+ was told to add to this. He [Seems]
silly + [illegible] Brags State of Hanging art
[with] older children (15 yrs old) or Getting into
Trouble. H. Identified himself As Being
[with] the "Trouble maker Click" [illegible]
+ Seemed to be [proud] of it. Silly [with]
free Time. Kept busy [with] other
Activities. VS; stable. No Com-
plaints                              [signature]

FELL, DONALD 383700
3823695
012693 0524P 12Y 043080
[illegible] 824-5842
REDACTED - FELL
WILKES BARRE PA
000

H-756-[illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

1/26/93 (5^30 / 12mn) Admission Note. This patient is a 12 y.o. boy admitted for multiple behavior problems. He is ambulatory + accompanied by his mom. Orders received from Dr Fassnacht. Pt. on SI. He complied with blues, was negative for contraband. Donald has not attended school since October 1992. He is enrolled as a 7th grader at Plains Junior High. Donald has a long history of oppositional and violent behaviors. He has been staying out until midnight, curses at his mom, refuses to listen to her, and has violent temper tantrums. Don's mom c/o how he broke her finger right before christmas. He c/o her drunkenness. Mom says he threw a butcher knife at her 2 months ago. He is resistive to efforts of mom's male live-in friend to discipline him. Pt. is on Dexedrine + Tofranil. He denies depression, SI or hallucinations. Pt has hx hyperactivity, 201 diagnoses include atypical depression, hyperkinetic conduct disorder & borderline traits. Pt. declined supper. Says he wasn't hungry. He knows patient "mike" here + is socializ- c̄ him. In group pt was resistive to talking. Pt was anxious but attentive. He was confronted by peers who know his friends as bad news. He says he hurt his mom - "she attacked me when drunk" (cont)

Iman - [illegible]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT
NURSING RECORD

FELL, DONALD 383700
3823895 12Y 043080
0124693 0524P 824-5842
REDACTED - FELL
WILKES BARRE PA M S

1/28/93 11:30am Pt did not order entree for lunch. Dietary notified & are sent appetite tray. Pt stating he wasn't hungry. — Audrey Bartol RN
1-4:30pm Pt did work on his goal during free time & discussed it with staff. Pt stating he will listen to his parents & cooperate in school, participate in all activities. Audrey Bartol
1/28/93 (4-12) Level S-1. Pt ate supper. He participated in education 5-6pm. Donald was seen by pediatrician & order received for consult ō dermatologist. Consult called in to Dr Brown. Pt more well behaved when not socializing with patient Mike M. Playing cards in free time. In group Don was quiet until taken to family session. He returned quite unhappy. Dr Ferguson came to group stating he was disrespectful + attempted to manipulate mom. Don had snacks, enjoyed free time ō peers. Resting quietly 10:12 mn. [illegible]
1-29-93 12-8 am 12:30 am Lying [illegible] [illegible] on initial rounds. Level S-1
3:00 AM [illegible] in bed [illegible] on rounds.
7:00 pm [illegible] [illegible] [illegible]

FELL-00000785

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895 383700
012693 0524P 12Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES, BARRE PA 1 S
000

1/27/93 (11-7) Level 5-1. Donald ate supper. He was attentive during educational program, he is playing cards with patient Mike M. during free time. His mom dropped off socks & underwear, but did not visit. In group Donald said he is not yet allowed to see his family but doesn't care. He says he's close to his grandmother who lives next door & sees him daily. He says he doesn't feel anything on the meds - felt no different today. He says school is his main problem now. He is hopeful that he can pass 7 grade because he did pass the 1st quarter. He says he has to go to patrol. He was almost in tears when staff questioned whether he would be allowed to go home. Don had snacks, resting quietly 10-12 mn. [illegible]

1-28-93 (12-8:30 am) 3:30 pm [illegible] in bed, eyes closed [illegible] Level 5-1.

3 pm [illegible] in bed, eyes closed.

7 pm [illegible]

1/28/93 9:30 am attended Community meeting on level 5-1 [illegible] is 150 word essay. One preparing for family session [illegible]

10:30 am - Participated in education [illegible]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL 731

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895
012693 0524P 12Y 383700 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

1-30-93 (12 AM – 8 30 Am) Level S-1; Appeared to be sleeping on 15 minute checks. Resps. regular. Awoke at 7 15 Am, VS stable. Showered. Kathanna Kornafel

1/30/93 9:30 Am. on level S1 attended community meeting patients goal is 150 word essay on why it is important to respect adults seen on A.M rounds by Dr Chang Audrey Bartol RN 11:30 Am. appetite good for lunch pt worked on goal during free time Audrey Bartol RN 1-4:30 pm. participated in group therapy after group pt. timed out to seclusion & 250 word essay given because pt. threw an eraser at peer. Audrey Bartol RN

1/30/93 (4 30 Pm - 12 30 Am) Level S-1. Appetite is good for dinner. Participated in education. 6Pm - Had no visitors or phonecalls. Does not attempt to call his mother. Very social c̄ peers and seems comfortable in unit environment. 7 30 Participated in group. Said he has not talked c̄ his mom since the session. Now saying he does not want to grow up to be a bum and hopes to go to school at [illegible]. Social c̄ peers & group. 10 30 Pm Cooperative c̄ Pm. care. 11-12 Asleep. JMcDade, RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895 383700
019693 0524P 12Y 043010
FEURSNER, JA 824-5812
REDACTED - FELL
WILKES BARRE PA M S
000

1/29/93 (8-4) Level S-1. Pt: still c time silly throughout the day. He attended community meeting + told to follow staff direction 1x told. He did. Then he seemed to do better in afternoon group + participated well. Behavior seems to be improving + didn't get points today. VS stable. No complaints. Jim [illegible]

1/29/93 (4-12 pm) Pt remains on level S-1. Pt ate adequate amounts of dinner and cooperative c education. Pt had no visitors or phonecalls this shift involved in playing cards during visiting hours. Pt attended group c little insight into problem areas. Pt has a hard time naming his problem behaviors and naming a three. Pt states he has only skipped school two times and realizes that he gets suspended for "fooling around too much." Pt ate snacks c peers and watched movie before bedtime. Pt to bed c problems.

Wendy Carman RN

Form No.: 4500.205.88

FELL, DONALD
3823895        383700
012693 0524P  12Y 043080
___ IA        824-5842
WILKES BARRE  PA H S
000

REDACTED - FELL

I-766-2

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/1/93  9:30Am - T to level C. attended
community meeting patients goal is 150 word
essay on his behaviors that are responsible
for his being here. ——— Audrey Bartolku
11:30 Am - appetite good for lunch A.Bartolka
1-4:30 pm - pt. worked on his goal during
free time. attended group. Pt was unable to
list anyone in his life as a role model.
Social with peers during free time. Audy Bartel w
2/1/93  4pm - 11:30 Am - continues on level C.
received 6 points this evening for yelling at staff
+ arguing = staff + being argumentative at
bedtime. Pt timed out of group for inappropriate
comments. Timed out of education for yelling at
staff. Pt did not appear to be working on his
goal this evening. ——— Audrey Bartolka
2/2/93 (11-7:30 Am) 12:30 pr lying in bed, eyes closed
on initial rounds ___ N.C.
7:00 am slightly drowsy ± VS. ____ ____
2/2/43 (8:... 4:30) level C. Pt. cheerful, bright
+ pleasant. Appetite good for breakfast + lunch
Goal is to be serious ± treatment +
not be silly. Pt to be given 3 warnings
then Time off ___ for day would occur. R.T.
had 2 E.P. sides ——— Jim ___

FELL-00000789

FELL, DONALD
3823895 383700
012693 0524P IRY 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

1-31-93 (11[00]pm-8[30]Am) Level S-1. Appeared to be sleeping on 15 minute checks. Resp. regular. Awake at 7[15]am. VS stable. Showered. —— Kathanne Koonial[illegible]

1/31/93 830Am-430pm on level S1. attended community meeting patients goal is to participate in all group & follow all unit rules Pt did participate in group stating he didn't break his mothers finger that she was drinking & she was hitting him. Pt also did not accept responsibility for being suspened from school. social with peers. Played cards c peers during free time Audry B[illegible]

1/31/93 (4-12) level S1 Pt ate supper 430-5. Don is pleasant & social. He had no visitors tonight. Don wrote a letter to the doctor in group. he is asking for level C. He writes that he has changed and will listen at home, go to school. He feels he doesn't want to be a bum. Don is enjoying the Super Bowl & playing cards. He is cooperative. Has snacks & is resting quietly 1030 -12 MN. M[illegible] Koval[illegible]

2-1-93 (12-8[30]am) 12mn appeared asleep, closed eyes, Level S-1 [illegible] 7[00]am [illegible] [illegible]

Form No.: 4560.205.88

FELL, DONALD
3823895                    383700
012693 0524P   12Y  043080
FFUSSNER  JA        824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT
NURSING RECORD

2/2/93 (4-10pm) cont'd — that he is playing cards, watching TV and having too much fun. Pt did review tx plan after early state snacks and watched TV — poss of face education — [illegible] Lannin RN

2-3-93 (12⁰⁰ Am - 8³⁰ am) Level C. Appeared to be sleeping [illegible]. Resps. regular. Awake at 7:15 Am. VS stable - Showered. [signature illegible]

2/3/93 (8 - 4³⁰ pm) Pt on Level C. Pt had good appetite for breakfast and attended community meeting, incomplete goal. Pt's new goal is 150 word essay how he could respect authority and to practice this all day. Pt on room restrictions due to the incomplete goal. Pt worked on his goal [illegible] completed it quickly. Pt attended education not paying attention [illegible] redirection. Pt talking back stating "[illegible]" pouting and mumbling under his breath when redirected. Pt attended group [illegible] in seat stating "I don't know" when asked what he will talk about in session. Pt [illegible] on educational assignments during restrictions and reviewed tx plan — Wendy Lannin RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3823895
012693 0524P     12Y   043080
FEUSSNER. JA
REDACTED - FELL
WILKES BARRE
000

383700
J24-5842
PA N S

2/2/93 (8-_____) where he was laughing ☐ community meeting + then he was testing limits. During lunch. In group he spoke of trying to partial + wanting to go home c̄ Mom. Actively Participated in the group. V.S. Stable. No complaints.

2/2/93 (4-10pm) Pt on level _____ Pt ate adequate amounts of dinner and cooperated with education. Pt ____ and enjoyed playing cards c̄ peers _____ time. Pt had no visitors this shift t playing cards c̄ peers. Pt makes no effort to review treatment plan c̄ staff. Pt attended group laughing and making jokes. Pt given warning for fooling around during group, this was the 3rd warning. Pt called nurse "Bitch" under her breath. Pt has no signatures on treatment plan never reviewing this since admission. Pt admits he has never called mother and states "I don't know." When asked what he learned here- Pt placed on time out and wrote 200 word essay why he won't reviewing treatment plan. Pt _____ cont'd-_____

FELL-00000792

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL DONALD
3823895 383700
C12693 0524P 12Y 043080
FEUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

2/4/93 (8-4:30 pm) cont'd: [illegible]
Pt [illegible] instigating an argument
c peers during group and continued this
argument [illegible] Pt
has 4 points at the end of shift —
[illegible]

2/4/93 (4:30p-12:30a) Level C. Appetite good. Affect bright.
Participated in education. Behavior good tonight.
6pm - Had no visitors. Reviewed goal c staff. It
was somewhat superficial but he discussed this c
staff. 7pm - Had little to offer in group. Feels
things well [illegible] OK c him and his mother. Watched
movie c peers before h.s. 11 - Asleep [illegible]
Addendum: New order - Mellaril 10mg 8am + 8pm po - start
tomorrow [illegible]

2-5-93 (12:30-8:30am) 12:30 [illegible]
[illegible] Level C
7:00am [illegible]

2/5/93 (8-4:30pm) Level C. Ate breakfast, frequently smiling, quiet
keeping mainly to self in a.m. Present for all a.m. activities —
Goal: [illegible] why you [illegible] @ home
when you are in the hospital. Ate lunch. At all p.m. [illegible]
groups. Ate [illegible]
[illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1823895                    383700
012693 0524P    12Y  043080
FEUSSNER  IA         824-5842
REDACTED - FELL
WILKES BARRE           PA H S
000

2/3/93 (477) Pt. on level ○ Pt. had sptr + was
on room restrictions until 6¹⁵ pm. He is bright +
talkative. He has no c/o. His mom is here for
the family session. He was superficial in group prior
to the session. He says he doesn't know what to
say. Affect bright. He went to the session, returned
happily. Mellaril 5mg PO BID at 8 pm + 8 pm. He
received the 1st dose at 10 pm tonight. Donald's
family has hx of schizophrenia - father + grandfather.
wanting to MD room family session. Does nurture
else. hand knock on Ronald's room. Don cooperative +
med. He had caused resting quietly 10 - 12 am
                                        Mark Kastelehe, RN

2.4.93 (12⁰⁰ am - 8³⁰ am) Level C. Appeared to be
sleeping on ½ rounds. Resprs. regular.
Awake at 7¹⁵ am. VS stable. Pt. showered. Pt
was compliant c 8 am meds.
                        — Ruthanne Koonrad, RN

2/4/93 (8 - 4³⁰ pm) Pt on level C. Ate breakfast and
attended community meeting + completed goals.
Pt's new goal is 150 wd. essay on his feelings
about mother not visiting. Pt social c
peers playing cards c peers carefree time. is attending
groups and — cont'd — Wendy Cancino RN

FELL-00000794

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3A23895
C12693 0524P    383700
TEUSSNER    12Y  043080

REDACTED - FELL
WILKES BARRE

2/6/93 (4-12³⁰pm) cont'd - orders. Pt attended group meeting realization for arguing + peer hes is or seperation from. Pt spoke only superficially in group Pt ate snacks and playing cards with peers lightno bedtime. Pt telling on a peer for cursing at him and missed realization for arguing + be peer. Pt complaining of being unable to fall asleep due to peer yelling. Pt resting quietly. Walked at close of is shift
_____ Wendy Cannis RN

2-7-93 (12-8³⁰ am) _____
_____
7ⁱⁱam _____
2/7/83 (8a - 1ᵖᵐ) T Cond B  1 st.  Pleasant today + better behaved.  Appetite good for breakfast + lunch.  Good is to review treatment plan w̄ sdl s Ev. He was Encouraged to do this. + states he will to after review.  A7-rendered all care. ____ Chmder

2-7-93 (1Pm-4³⁰m) Reviewed treatment plan per goal. Seen by Dr. Shynn - no new orders. Had a good visit c̄ his mother. Participating in Relaxation @ end of shift. Joanne M Wade RN