WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1873695                    383701
012493 0524P    12T  043180
                            824-9342
REDACTED - FELL
WILKES BARRE            PA  S
000

2/5/93 (4-??) Level C. Pt at dinner; 4th S. He participated in Education. Donald had no visitors. He is quiet & [illegible]. Don was attentive. He says he feels no difference with Mellaril. Donald enjoyed movie, singing along & [illegible] that smacks. Resting quietly 11pm - 11mn. ———— [signature]

2-6-93 (11⁷⁰ pm) 12³⁰ am [illegible] ——— [illegible]

7¹² [illegible] ½° [illegible] [signature]

2/6/83 (7ᵃ - 7³⁰) Level C. Pt. Bright & Pleasant. Appetite good for Breakfast & lunch. Goal is to [illegible] weight to gain more [illegible]. He did his [illegible] act [illegible] 170 [illegible] [illegible] to Recreational activities [illegible] than his Treatment Plan. He is better Behaved & listening to staff [illegible] No Complaints of medicines or no Side effects Noted. Enjoyed [illegible] is stable ———— [signature]

2/6/93 (4-12⁰⁰ pm) Pt remains on level C. Ate his dinner and cooperative [illegible] [illegible]. It had no [illegible] but kept busy playing [illegible] & peers and could. Wendy [illegible]

Form No.: 4500.205.88

FELL-00000796

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
A73895                    383700
C 2693 0524P   12Y  043080
FEUSSMER, JA              824-5842
REDACTED - FELL
WILKES BARRE              PA  M  S
000

2/8/93 (8·45°) Level B. Pleasant, _____ breakfast. Goal: _____ more reasonable. _____ listening to _____ & record every _____ why. Playing games on free time. Arts in groups. _____ reduction to work on goal control if only plays games on free time. Coop. meds. _____ — _____

2/8/93 (477) Level B. Pl. ate supper. He participated in Education. No visitors. In group he had difficulty telling about things he could do which were fun but would keep him out of trouble. He talked of he & mom throwing a party when she threw his dad out. He says he doesn't listen to him but his stepdad is okay. Donald says he basically does things for fun. He had snacks, enjoyed movies. Resting quietly 10³⁰-12mw — mon/con_____

2/9/93 (12°°am - 8³⁰am) Level B. Appears to be sleeping on ½° rounds. Resps. regular. Awake at 7⁵am. VS stable. Showered. — ruthanne Koonial_____

2/9/93 (8-4³°am) Level B. Pleasant early in shift. Ate breakfast. Sang _____ Lahalla, no new orders. Goal: List 10 things you can do that are fun that won't get you in trouble. In education pt _____ day/can't play cards, receive redirection & point. — Continues to play cards ___ redirection. — _____

FELL-00000797

FELL, DONALD
3A23895                    383700
C12693 0524P    12Y  043060
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/7/93 (4-12³⁰ am) Pt on level B. Pt ate dinner and _____ in 2/7/93 _____ cooperated c̄ art project. Pt _____ playing games & peers/free time. Pt received treatment plan superficially c̄ staff reporting he will change his friends and listen to parents from now on. Pt was noted to have misdialed stating this is the 3 rd one in 2 days. Pt was noted to smear blood all over bathroom. When directed to clean this up he became sarcastic c̄ staff. Staff cleaned area with TKO solution. Pt had no visitors this shift. Pt attended group c̄ superficial participation receiving redirection for telling a peer "shut up" Pt reports that he doesn't think there is anything wrong c̄ telling a peer shut up. Pt ate _____ and went to bed c̄ problems _____ _____ _____

2/8/93 (12³⁰ am - 8³⁰ am) Level B. Appeared to be sleeping on ½° rounds. Resps. regular. Awake at 7¹⁵ am. VS stable. Ruthanne Komun___

FELL-00000798

FELL. DONALD
3A23A95                          383700
017693 0524P    12Y  043080
FEUSSNER. JA           824-5842
REDACTED - FELL
WILKES BARRE                 PA M S
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

| | |
|---|---|
| 8/10/93  10:30 Am | attended education, participated |
| | Audrey Butler RN |
| 11:30 Am - appetite fair for lunch a/Bartol RN |
| 2/10/93 (12-2:30 pm) Pt on level B. Pt received points for poor attitude, after evaluation and talking during menus group after warning. Pt continues c negative attitude when given direction dby authority figures. Pt unfocused on treatment and pays little attention during activities. Pt ate dinner and cooperated c education. Pt had no visitors or phonecalls. Pt received plans for family session c staff when reminded. Pt cooperative c group and received plans for sessions. |
| | ___ ly Lauren RN |
| 4/10/93 (8-11pm) Level B initially. Family session held c mom, stepmom + Dr Feussner. He was d to Level C. Donald was sullen p. Had snacks + watched special on tv c peers. Donald was resting quietly at 11pm but was initially resistive to going to bed. |
| | Kari/Costa RN |
| 2/11/93 (12-8:30 pm) h.__m __gntyp let, explained on __tal ___ ___ |
| 7:00 pm Weighter observed q 15 V. Bert Smither |

FELL, DONALD
3A23895
012693 0524P    12Y    383700
FEUSSNER    11    043080
REDACTED - FELL    24-5842
WILKE| BARRE.    PA M S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/8/93 (8-43" cont'd) _____ another point. Then pt _____ hand on table & is given time out & _____ essay. While in _____ compl of not doing anything to deserve time out _____ Coop in allp room groups Dr Feussner in _____ orders. No c/o's _____ 5 tu 55 _____

2/8/93 (4/12) Level B. Pt. ate supper & participated in Education. 5-6 pm. No visitors. Donald was involved i peer Mike - making threats towards one another. Mike did review his Rx plan & staff. Donald was _____ to ask if he could remain in the same room as Mike in group. He was concerned by peer that his mom is afraid of him because he beat her. Donald doesn't know when he's supposed to be leaving. He did not talk to his family tonight. Play games & peers in group. He had sleep rest _____ Dr Feussner. Resting quietly, 10:30 - 12mn _____ _____

2-10-93 (12-8pm) 12 mn _____ in bed _____ _____ _____ _____ 7 _____

2/10/93 9 30am - On level B - patient attended community meeting patient's goal is to list what he wants to discuss in his family session & review with 1 day & 1 evening staff member _____ _____

FELL-00000800

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3823995 383700
C12693 0524P 12Y 043080
FEUSSNER, JA 824-5042
REDACTED - FELL
WILKES BARRE PA M S
COO

7-2

2/12/93 (8-4PM) [illegible] c. Affect is flat. Ate breakfast. Goal: 150 [illegible] [illegible] continue to be disrespectful to staff even though [illegible] knew it won't get me discharged. Following unit rules & out on free time. Ate lunch. Present for groups — Dr Feussner is [illegible] [illegible] [illegible] — [signature]

2/12/93 (4-12) Level C. Pt ate supper 4^30-5. Donald is on room restriction. Did education work 5-6 pm in his room. Had no visitors. In group Don says he wants home, but he wouldn't accept group home. He was silly & received a point for this. He called his mom & group. Had snacks & was allowed out of room restriction 10 pm. He watched T.V. [illegible] [illegible] 11-12 MN.

[signature]

2-13-93 (12^00 Am - 8^30 Am) Level C. Appears to be sleeping on 1/2° rounds. Resp. regular. Awake c 7^15 Am. VS stable. Showered. —

[signature], RN

2/13/93 (8-3^00 PM) Level C. Silly, frequently needing redirection. Ate breakfast & lunch. Goal: List 10 reasons why immature people always think they are bigger & older than they are. As Dr Chang enters the room pt snaps fingers for attention & [illegible] Dr. When asked why pt states "I don't know." Timed out of group discussion for [illegible] @ chair & throwing fuzz around room. Pt states it was "cool fun to not be good." Remains in dayroom thru end of shift.

[signature]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD

REDACTED - FELL

WILKES BARRE

2/11/93 (-3-4⁰ pm) Pt on level C. Pt ate ___ adequate amounts of breakfast and attended community meeting ē complete goals. Pt's new goal is 15 and away on why he seemed more interested in eating during family session than working out ā mother. Pt denies wanting to eat cookies more than participate in session. Pt reviewed goal ā staff and needed to ___ this. Pt cooperative ē groups and activities. Pt involved in problem areas ___
— Wendy Cummins ev

3/11/93 (7³ pm - 12³⁰ pm) Level C. Appetite is good. Participated in education, needing redirection at times. Sarcastic comments given to staff upon redirection. Had no visitors or phone calls. Did make own attempts to call home 7 pm. Still superficial in groups. When confronted about this and what it meant to get trusted he acted cocky. Talked a bit about his father abusing him and how much he hated him. Participated in Relaxation Group before bedtime. 11- Asleep. Joanne ___ M Dade RN.

2-12-93 (7-8³⁰ pm) 12 ___ pm ___ 7 pm Slept undisturbed ā V's, level C. ___

Form No.: 4500.205.29

REDACTED - FELL

FELL, DONALD
3423895                383700
112193 0524P    12Y  043080
                     A24-5842
WILKES BARRE          PA N 3
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/14/93 (412 cont.) Donald watches '60 minutes during education 6-7pm. In group he wrote a letter to the doctor asking for level B. He writes about avoiding problems + problem peers. Don had snacks. He went to bed, was brought out to meeting re patients threatening harm to others. Donald was quite disrespectful towards staff. He attempted to cover up peer's threats. Arguing — staff saying he doesn't have to do anything he doesn't want. 1st sent to bed 10³⁰ pm. Resting quietly. — nonconstructive

2-15-93 (12.8³⁰ am) 12³⁰ am ____ in bed, ____ ____ ____ sample ____ C ____

7⁰⁰ am ____ ____ 5° ____ ____ ____

2/15/93 (8a-4³⁰) Used C. ____ on Room restrictions for 11 points yesterday. ____ ____ for Breakfast / lunch. ____ is 150 words why I should follow rules of hospital, home + society. He did this + reviewed ____ staff. He spoke of consequences to Breaking Rules + how to control self. He seemed to listen to staff better ____ ____ Times was polite. No points this shift. I spoke to Dr. Roussan + order noted for med adjustment. VS's stable. No complaints.
____ Chairman

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895
012693 0524P        383700
FFHSRNFR IL    12T  043080
REDACTED - FELL   24-3842
WILKES BARRE            PA N S
000

2/13/93 (4³⁰ᵖᵐ-12³⁰ᵃᵐ) Level C. Received a letter c̄ a cigarette, match, & flint from his friend (Friend's mother also notified of this.) Small device requesting the cigarette [illegible] in education c̄ good behavior. Had no [illegible]. Playing cards in free time. Silly at times in group, needing redirection to pay attention. Blaming his friends for his problems. Says that he needs new friends, but is not convincing that he will actually do this. Enjoyed making funnel cakes & watching movie. Asleep p̄ 11ᴾᵐ — (name) RN Cadet RN —

2/14/93 (12ᵃᵐ-8³⁰ᵃᵐ) Level C. Appears to be sleeping on 5 rounds. Resting regularly. Awake c̄ 7ᴬᵐ. VS stable. Disturbance [illegible]

2/14/93 (5-3⁰⁰) [illegible] C. Pleasant at times, also frequently silly. [illegible] Known points [illegible] living room when asked not to & [illegible]. No change in [illegible] orders. Goal: 150 word essay "How is eating cookies in a family session like being silly in a program." Working on goals in dayroom. Ate lunch c̄ [illegible] in group. C/o [illegible]. Working on goal during [illegible]. [illegible] 2-3 - [illegible] (signature)

2/14/93 (4³⁰) Level C. Pt. ate supper. He had no visitors tonight. Pt. is watching TV. in free time. [illegible] (cont.)

Form, No.: 4500.205.88

FELL. DONALD
3A23A95                    383700
C:2493 0524P    12Y   043080
FEUSSNER. JA          A24-5842
REDACTED - FELL
WILKES BARRE          PA N S
000

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

2/16/93 (cont) Mother not in for visiting, nor did she call. Donald is not getting involved c male peers tonight. He is doing artwork c female peers in free time. In group, he tries to convince others that he is going to hang around c new friends after discharge. Feels that the medicine has helped him but a lot. Importance of staying on his meds is stressed to Donald. Cooperative c p.m. care. 10³⁰-12 _____ _____ M.Wade Ru

2-17-93 (12⁰⁰am - 8³⁰am) Level C. Appears to be sleeping or c ½° rounds. Resp reg. regular. Arouse at 7¹⁵am. VS stable. Shower(?). Compliant c 8am meds. Ruthanne Kornuch

2/17/93 (8a-4³⁰) Level C. Pt on room restrictions today for dr. Incomplete ____ Pt. Appetite good for Breakfast / Level. Goal today is to write letter to M.O. from Aunt B. He is working on this & will point out that he only had 1 point over 2 days. He attended A.M. group. He states he's trying to behave & was encouraged to follow his goals. VS's stable. No complaints ____ ____ an

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3H73895
012693 0524P    12Y  043080    383700
FEUSSNER, JA                   824-5842
REDACTED - FELL
WILKES BARRE                   PA H S
ODO

2-15-93 4³⁰pm-5³⁰pm Room restrictions maintained. Appetite good for supper.

5³⁰pm-5³⁰pm Completing education assignment. Responds relevantly when spoken to. Carol Surokas RN.

2/15/93. (5³⁰-12⁰⁰) Pt. still on level C. Donald had no visitors. He came in on 2/15/43. Pt was visited by his mom. He remains on room restriction. Donald is experiencing a group. He remained a poor attitude on his essay + received a point for this. He proudly displayed his knowledge of history when staff asked questions about Lincoln + Washington. Donald had shown more cooperation tonight. He has 9 points today. Resting 10-12. _____ 

2-16-93 (12.³⁰am) _____

7⁰⁰ _____

2/16/43 (8-4³⁰) Level C. Pleasant social at breakfast. Attended all a.m. groups. Cont' 150 need away how I could stop portraying a sarcastic attitude (verbally + mannerism). Ate lunch. Present for groups. Met in all 3 room groups. Cooperates well. Performance in, no outbursts. No s/o s- _____

2/16/93 (4³⁰pm-12³⁰am) Level C. Appetite good for dinner. Participated in education. (cont.) _____

Form No.: 4500.205.88

FELL-00000806

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
C12693 0524P    12Y    383700
043080
824-5842
REDACTED - FELL
WILKES BARRE    PA M 3
000

2/18/93 (4-12 cont.) In group Donald talked of grand-
mother going, his money. Says he wants home.
Somewhat spiritual. He was encouraged to review
his Rx plan more frequently. — last was on the
9th. Donald did review his plan to group.
working on goal #150. Seen by Dr. Ferssina. Resting
quietly 10ᵗʰ Row.                                            _____

3-19-93 (10ᵗʰ pm-8ᵗʰ am) Level B. Appears to be
sleeping on ½ rounds. Respis. regular.
Awake at 7Am. VS stable. Kathanne Koonrad, RN

2/19/93 (8a-4³⁰p) Level B. Pt. Superficially
Bright + Pleasant. Appetite good for break-
fast + lunch. Goal is to review for A.
Pt. Did This + received 1 level + Signature
He feels he could control Temper +
his Sarcastic attitude + will do this on
outside. Kept active ē groups. VS's
Stable. No complaints.                   _____

2/19/93 (4-12) Level B. Pt. ate supper approx 5pm. Donald
working on his education 5-6pm. Donald is social +
pleasant. He is asking for level A + attempting to
review. He was encouraged to talk more re family,
reasons he came + act as leader in group. In group Donald
was improved tonight. He talked of how he hates his dad,
started by dad when he was drinking. (cont.)     Maria Koralewski

FELL, DONALD
1823895                    383700
012693 0524P    121  043080
                       824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

2/17/93 (???) *[handwritten nursing notes, largely illegible]* He is on P.R. He needed to be moved due to his continued talk to peers on room restriction. No visitors. Donald quieted down somewhat to move. He had snack + joined group. *[illegible signature]*

2/17/93 (8pm-12pm) Superficial in group. Family session held c̄ his mother. P'd to "Level B" after discussion. Feels very good about getting B and says he will continue to be good. Cooperative c̄ P.m care. *[illegible]* 11pm. *[signature]* McDade Rn

2-18-93 (12pm - 8³⁰am) Level B. Appears to be sleeping to "sounds. Resp. regular. Awake at 7am. V.S. stable. — *[signature]* Coonan Rn

2/18/93 (8-???) Level B. *[mostly illegible]* following unit rules. *[illegible]* Goal: *[illegible]* things from your past that you feel affect you. Behavior *[illegible]* in P.m group. *[illegible]* new rules for group & says he will stay away from peers who get him in trouble, but is unable to *[illegible]* — *[signature]*

2/18/93 (???) Level B. Pt. ate supper. at 5pm. Donald participates in Education 5-6pm. He is quietly pleasant *[illegible]* Don was visited by his grandmother. (con't)

*[signature]* Marie Karabilas

FELL-00000808

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895
012693 0524P   12Y
REDACTED - FELL
WILKES BARRE
000

383700
043080
824-5842
PA M.S

8/25/93  5pm· continues on level "B,
appetite good for dinner. Audrey Bartolen
C·8pm· participated in education, pt did
not get involved in peers silly behaviors
Ord ·Chan- self portrait —— Audrey Bartol r
8:30pm· 12:30m, pt. described himself as
smart & happy & handsome & states that
the reason he described himself as
handsome is because it is written on
his treatment plan & states he has
4 signatures for level A.· Audrey Bartol r
2.21.93 (128³⁰am) 12:30 am lying in bed, eyes closed,
emitted sounds, Jill B.
7⁰⁰ am _____ observed of 5° ___ Bartlm Ther
2/21/93 (5a-4³⁰) -T Carel (A) _____ A.  Pt  Bright
& Pleasant.  Ablete  good  for  breakfast  & lunch
Goal  is  To  Write  '50  words  on  Behavior /
Attitude  h  Needs  To  change  To  Gain  + keep
Mom's  Trust.  PT  Identified  The  need  to
Stop  Suing  friends,  Fighting  c  sister  —
respecting  Mom  As  ways  to  Gain  her Trust.
Did  well  c  Group.  Good  behavior  noted.
V/s  stable.  No  Complaints  f  Chiquita

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895                    3113700
017693 0524P    12Y  043080
REDACTED - FELL        4-5842
WILKES BARRE                PA 18
000

2/19/93 (y?? cont.) Don says he hasn't seen dad in 2 yrs & is happy. Apparently dad works at same place as mom but Don says he doesn't know where she works. He admits to being a little harsh to mom because she believes sister more than him. He says he realizes that he deserves it for breaking trust. Donald says his stepdad is okay. Talked of his leg trouble. Donald reviewed plan. He received level 4 symptoms. Had snacks. Resting quietly 10^{PM}-12 M.N — ___

2.20.93 (12-8 AM) 12^{30} ___ limited rounds ___ ___

7^{50} ___

2/20/93 (8a-4^{30}) Level B. Pt Bright + Pleasant. Alette. Good for Breakfast & Lunch. Goal is to write 150 words on reasons that mom may treat him differently than his sister. He reviewed this c staff + realized that his living ___ ___ behavior c home causes better to mom treating sister differently. He again reviewed Treatment Plan & received level 4 signature. Behavior good c no points ___ ___. VS's stable. No ___ ___
___

FELL-00000810

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
383700
012693 0524P   12Y   043080
FEUSSNER, JA          824-5942
REDACTED - FELL
WILKES BARRE            PA N 9
000

2/22/93 (1172) Level B. Pt. ate supper 4:30-5. He is pleasant, quiet. Pt participated in Education 5-6pm. Donald had no visitors. In group (& educational movie) Donald says his mom asked about pass yesterday. He says he has been here 28 days & his school work but contends he will write & pass. Donald is involved in games ī staff & peers. Cooperative, bright. Had snacks. Resting quietly 10⁸ː 12 mn. ___ kovalch.h

2/23/93 (12:00 Am - 8:30 Am) Level A. Appears to be sleeping on ½° rounds. Keeps regular. Awoke at 7am. VS stable. Ruthanne Konrad n./

2/23/93 9Am - on level A. Appetite good for breakfast. ─── Audrey Bartler

9:30 Am - attended community meeting. pt's goal is to maintain level A behavior & be a role model. ─── Audrey Bartler

10:30 Am participated in Education Audrey Bartler

11:30 am - appetite good for lunch. A Bartler

12:30 pm - 4:30 pm - pt reviewed treatment plan with staff, participated in group art & special group. ─── Audrey Bartler

2/23/93 (PM) Level A. Pt. ate supper. He participated in Education 5-6 pt. Donald had no visitors but playing games in free time. Donald was attentive during educational movie. 7-8 pm. ─── Max Kovalchin

FELL-00000811

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/21/93   4:30 pm - On level A. appetite good for dinner. — Audrey Bartol R.

5-8 pm. participated in group therapy. patient listened attentively to others in group. spoke about behaviors he will need to have when he goes home, like he can't stay out late + he can't curse or yell at his parents + that he will need to listen to his parents. attentive in education — Audrey Bartol R.

8:30 pm - 12:30 am - patient participated in art, completed art project, social in peers. went to sleep without incident
— Audrey Bartol R.

2/22/93 (10 pm - 8:30 am) Level A. Appears to be sleeping on ½ rounds. Resp. regular. Awakes at 7am. VS stable. _____

2/22/93 (8a - 4:30) Level A Pt. Bright & Pleasant Today. Affect good for Budget + Levels. Goal is to list 10 ways to Avoid Friends who are negative. Did well in Groups + Talked of changing attitude. _____ Good Behavior. VS's stable. No Complaints _____

FELL-00000812

FELL, DONALD
Y823895                        383700
C12693 0524P   12Y  043080
FEUSSNER  JR                  824-5842
REDACTED - FELL
WILKES BARRE                   PA N S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/24/93 (4:30pm - 12:00m) Level A. Appetite good for dinner. Participated in education. Two friends came to the unit asking if he could go out on a pass c̄ them. They were pleasant and cooperated when told this was not possible. Watched Civil War film. Family session held c̄ mother and doctor Feussner. Don says he will probably go on pass tomorrow. Ended the day without points. 12 Asleep. Joanne MSDade R̄

2.25.93 (12-8am) 12:00m Lying in bed, eyes closed, quiet, cont'd. Level A. _____ 7:00am _____ Level A. Pt. Specifically _____ c̄ pleasant. Appetite good for Breakfast & lunch. Cont'd is to be role model for teen. He participated in all Activities + in Group. Stated he will follow rules + he did. He hopes for a pass in the future. He received ____ a Time out for cutting out things from the Paper. He Accepted this c̄ showed good behavior. V.S.'s stable No complaints _____ J Chrysochon

2/25/93 (4-12) Level A Pt ate supper 4:30-5pm. Donald is pleasant & cooperative. He saw former friend at door + friend told him he'd see him tomorrow despite possible restrictions by parents (cont)

FELL, DONALD
3A23A95                      383706
01/4/3 0524P   127   043160
STRESSMER  JA            824-5142
REDACTED - FELL
WILKES BARRE               PA II S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/23/93 (1972 cont) Don says he wants home. Family session is tomorrow. Talked about not being home much. Dr. Frussina present. Pt had snacks. Resting quietly 10:30 pm - 12 p enjoying games & _____ _____

2-2(-93/(12:30 p)/12:30 _____ _____ _____

_____ _____ _____

7:00 am _____ _____ _____ But _____

2/24/93 9am - on level A, appetite good for breakfast _____ Audrey Bartol RN.

9:30am participated in community meeting patients goal is to list what he wants to discuss in family session and review it with 1 day & 1 evening staff _____ Audrey Bartol RN

10:30 am pt did work on his goal & did review it with staff, patient did participate appropriately in education _____ Audrey Bartol RN

11:30 am appetite good for lunch A Bartol RN

1 - 2 pm participated in group therapy, pt did follow staff's direction & interacted appropriately c staff & peers _____ Audrey Bartol RN

Form No.: 4500.205.88

FELL-00000814

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3A23895                       383700
012693 0524P   12Y  043080
                              824-5842

REDACTED - FELL

WILKES BARRE        PA N S
000



2/25/93 (cont'd) Donald told staff he thought this peer was "weird." In group Don was confronted by MD over his behavior. He was confronted by MD re his violence towards his mom. Says he would have missed mom if he had killed her. Pt. contends he will stay away from peer who dropped by tonight. He talked to MD + peer (Tim) about this friend (Ken). Pt. enjoyed snacks. Says he has pass tomorrow. Pt. watched TV — passes. Resting quietly. 11-12 mn. ———— Marie Kastelnick RN

2/24/93 (12:00 mn - 8:30 am) Level A. Appears to be sleeping on 2° rounds. Resp. regular. Awakened at 7am for am care. ———— Ruth Anne Konrad, RN

2/26/93 9 am: On Level A, in a pleasant mood. Appetite good for lunch. Audie, Bartel RN 9:45 am. pt on pass with mother. 3pm medication given to mother & explained. Audie, Bartel RN

7:30 pm. pt returned from pass, mother states that pass went well. A Bartel RN

7:40 pm - Discharged home to custody of mother & aftercare & prescriptions given to mother & explained ———— Audie, Bartel RN

Form No.: 4500.205.88

FELL-00000815



WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
1823895
C12693 0524P    383700
FEUSSNER. JA    12Y  043080
REDACTED - FELL    824-5842
WILKES BARRE        PA M S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3823895              383700
C12693 C524P   12Y  C43080
FEUSSNER. JA        824-5842
REDACTED - FELL
WILKES BARRE        PA M S
000

7 5-2

# EXHIBIT 24

**WILKES BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
383700
CA0643 0936P   131   043080
REDACTED - FELL   824-5842
WILKES BARRE        PA M S
000

Fell, Donald

6/6/93 (Admission Note) 8Pm - 13 year white male, 201 via crisis and E.R. Accompanied to unit in an ambulatory state by crisis worker, Joe Tierney, mother and security. Upon Body Assessment, pt. is noted to have head lice. He has refused Nolan for five days. He is not bathing, trashing his house, stabbed friend c̄ a fork, suspected of smoking pot and drinking, fighting c̄ mother and sister. Mother claims that C.S.C was working on placement at the Forestry Camp. Donald is known to this unit and C.S.C. His affect is very angry and he shouts demeaning things at his mother. He has been suspended from school several times for violence. Admits he had empty beer cans about his bedroom but says they are not his. Has a condom in his pocket but claims it is not his either. Orders received and noted from Dr. Chang. Pt is on contact isolation for 24 hours. Epidemiologist (Trudy Hones) notified by hospital mail system. Pt. Kwelled c̄ nurse supervision. He is cooperative and calm when mother no longer on unit. Blames mother for his problems and complains she is an alcoholic. Cooperative c̄ P.M. care. Sleeping when observed after 10⁴⁵Pm. On Level S-1. Jamie M. Dade R.

FELL-00000818

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                 383700
C60693 0936P   13Y  043080
FEHSCHER   1A         824-5842
REDACTED - FELL
WILKES BARRE           PA M S
000

6/7/93 (1:24 - 8:30A) Level 5-1. In Quiet room c̄ contact isolation in effect due to head lice. Appeared to be sleeping on 15 minute checks. Resps. regular. Awakened at 6:30 Am. Bloodwork was drawn. Compliant. Lying in bed till 7am. OOB. VS stable. Showered. Ready to transfer on unit —

6/7/93 (8-4:30p) Level 5-1. Pt. in quiet room c̄ Contact Isolation. Pt. given room as P list reasons for Admission. He's no Behavior Problem & Compliant. Pt. set Time c̄ Therapist & Dr. Glen initiated. Stays quiet & was resting on bed Throughout Day. No P called. Appetite good —
                                      J. Chugnham

6/7/93 (4:30pm - 12:30am) Level A-1. Remains on Contact isolation. Appetite is good for dinner. Talked 1:1 c̄ nurse. He is not angry like yesterday. Says he does not have any problems c̄ his mother. Nurse pointed out his behavior towards his mother yesterday and he blames this on being mad @ his sister. "She's my whole problem, not my mother." Scalp checked by nurse. Nits noted throughout hair. Pt. is combing his hair every ½ hour. 8pm - Contact Isolation re-ordered per T.O. Dr. Rhynn. — (cont.) Jeane McDade, Rn

FELL-00000819

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
?H75499                    383700
0L0693 0936P    13Y  043080
FEHGRNER  JA        824-5842

REDACTED - FELL

WILKES BARRE              PA M S
000

6/7/93 (cont.) Donald has been pleasant and cooperative all Pm. At bedtime he did not have his goal done. Asleep p̄ 10 pm. Remains asleep on checks. _____

6/8/93 (12-5 ᵃᵐ) found S-1 _____ on bed c̄ eyes closed @ 1:30 ____ ___ throughout night. Awake @ 7 ᵃᵐ. _____ for his ___ ___ only nite are present. Coop c̄ self a.m. care. Contact isolation maintained. No physical c/o ___ - _____ _____

6/8/93 8 am - 4:30pm - On level S-1 continues on contact isolation. Patients goal is to list stressors leading to his temper outbursts. Pt did not work on his goal reminded by staff to do goal. Pt did not attend groups due to isolation. Cooperative throughout the day. Dr Kramer aware of H & P. Not seen by physician. Hospital Epidemiology nurse notified instructed pt can be released from isolation per hospital Policy. order received from Dr Tewksmer that pt may be Released. ─── Audrey Bratal R.N.

6/8/93 (4-12:30 pm) Pt remains on Level S-1. Pt off contact isolation and out in the dayroom _____. Pt's linens changed and ____ cleaned and pillow changed. Pt ate dinner ___ attended _____ meeting ___ _____ been silly disruptive cont'd - _____ ____ _____

Form No.: 4500.205.88

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3975499
0L0693 0936P    1ST 043080
FENSSMER  JA        824-5842
REDACTED - FELL
WILKES BARRE        PA M S
000
303700

6/8/93 (4-12³⁰ pm) cont'd - behavior. Pt had no visitors this night. Pt attended group and stated reasons for admission. Pt states he stuck in funk in a friend's leg, stays out past curfew, refuses school, getting suspended 18 times this year, and hitting mother. Pt states his friends behave the same way. A does tend to brag about his problems. Pt also reports his mother and stepfather are drinking a lot and that they get mean and call him names. Smoking ē peers before bed. To deal ē problems ————————— Wendy Cernisar

6-9-93 (12⁰⁰A - 8³⁰A) Level 5-1. In Quiet room - appeared to be sleeping on 15 minute checks. Resp. regular. Awake at 7¹⁵ Am. K. stable ā showered. ———— Ruthanne Konrad, RN

6/9/93 (8⁰⁰ᵃᵐ - 4³⁰ᵖᵐ) Level 5-1. Affect flat, ate breakfast ē lunch. Gor 150 word essay on consequences of not following the rules. Present for groups ē some participation. significant peers for casarte ē staff @ times. No behavioral problems. Pt Kramer in for M⁰/@ 2⁰⁰. No physical c/o's. ———— Staff Nurse

6/9/93 (4 - 12³⁰) Level 5-1. Cooperative ē unit rules. Watched movie ē peers for education ē good attention. Had no visitors. Mom called nurses (cont) Joanne Walsh RN

FELL-00000821

REDACTED - FELL

**WILKES BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6/9/93 (cont.) station to check on patient. 7½ Confronted in group about wh. he always gets in trouble. He blames family and friends, not self. Help checked for lice — 3 none seen. Watched awhile c̄ peers before ½s. [signature] R—

6-10-93 (12⁰⁰a-8³⁰a) Level 5-1. Appeared to be sleeping on 15 minute checks. Resp. regular. Awoke at 7¹⁵ am. VS stable. Showered. Pt's head was checked for lice. No lice were noted. ——— Ruthann Koonce, RN

6/10/93 (8 - 4³⁰pm) Pt remains on 5-1. Pt ate breakfast and attended community meeting. Completed ___. Pt new goal is to list 10 ways he gets himself in trouble. ___ discuss c̄ the day and evening staff. Pt very sneaky and silly c̄ new male peer. Pt ___ ___. Pt had only superficial participation in group. ——— [signature] ___

6/10/93 (4³⁰pm - 12³⁰am) Level 1-1. Pleasant and content. Had no contact c̄ mother this shift. Active in all groups. Wants to go home to his broth___ Reviewed goal c̄ staff and wrote a word sheet ___ to why he will not be there ___. Appropriate peer ___

FELL-00000822

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3475499                    383700
CE0693 0936P  13Y  043080
FFUSSNER  JA        824-5442
REDACTED - FELL
WILKES BARRE              PA M S
000

6-11-93 (12⁰⁰A - 8³⁰A) Level 5-1. Appeared to be sleeping on 15 minute checks. Resps regular. Awake by 7:15AM. VS stable. Showered.
— Ruthanne Koznal, RN

6/11/93 (8 - 4³⁰pm) Pt remains on level 5-1. Pt ate breakfast and attended community meeting and had complete goals from yesterday. Pt's new goal is to list what he needs to think about in family session and to review with the day and evening staff. Pt [illegible] and attended session. Pt directed by doctor to work on schoolwork on free time by the doctors. Pt compliant ī this.
— [illegible] Connie RN

6/11/93 (4-12) Levy 5-1. Pt ate supper 4³⁰ 5pm. Donald participated in education 5-6 pm. Donald had no visitors. He is social ē his peers. (Donald did require 1 point for disruptiveness in education). In group he was redirected from an insensitive comment towards peer (love hurts'). He says the family session went well today. He said they talked about the [illegible] Donald wasn't negative about participation in this. He says he [illegible] home. Pt enjoys snacks & games on the ē peers. Resting 8³⁰-12am. — [illegible]

FELL-00000823

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499
0E0693 0936P   13T   303700
FEUSSNER   JA               043080
WILKES BARRE          824-5842
000                    PA N S

REDACTED - FELL

_[handwritten nursing notes, largely illegible]_

6-11-93 (12-8 pm) ...

6-11-93 (8-4 pm) ...

6-12-93 (4-10:00 pm) Pt remains on level S-1. Pt ate dinner and attended education. Pt procrastinating and refusing school work. When 20 minutes was left of education he reported he wanted to do his own school work when yesterday he told staff he couldn't do any of it ē his losses. Pt threw pencil and cursed at staff receiving points. While on time out he was given his math work from school and it was explained. Pt reports "I'm not doing my school work." Pt angry ...— W. _[illegible]_ RN —

FELL-00000824

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                    383700
J+069  C-36P   13Y  043080
FFUSSNER  JA         824-5842
REDACTED - FELL
WILKES BARRE         PA N 3
000

cont'd

10/12/93 (4-10⁰⁰pm) but did do a few problems. Pt tearful asking to call home so his parents will visit. Pt called but got answering machine. Pt somewhat tearful and argumentative when reminded he was suppose to work on schoolwork on free time. Pt ripped his schoolwork in two and cursed at staff. Pt threw all assignments on the floor. Pt attended group at the end and all peers confronted him on his behaviors. Pt apologized to staff for his behavior and took 8pm medications. Pt again became angry when a peer accused him of writing curses on a desk that he had been sitting at. Pt cursing at him slammed a door and hit the wall. Security called and pt placed in 4pt plastic restraints for protection of self and others. Pt's ® knuckles reddened. Pt cursing and stated "I'll kill you when I got out." to a peer. Pt had hydroxyzine 50mg po at 8⁵⁰pm. Pt calmed down and promised not to harm self or others. Pt in 2pt restraints at 10pm c supervision from staff.

Wendy Luzum R.

FELL-00000825

REDACTED - FELL

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

*[Handwritten nursing notes, largely illegible]*

Form No.: 4500.205.88

**WILKES BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3975499
C60693 0956P   13Y  383700
FEUSSNER, JA        043080
REDACTED - FELL     824-5642
WILKES BARRE        PA M S
00G

6/19/93 (4-12 pm) cont'd — a peer for aggravating him. Pt did work on math assignment. Encouragement from staff during visiting hours. Pt called home but no answer and no visitors. Pt easily irritated when redirected by staff. Ate snacks and watched basketball c peers before bed. Talked of problems — Wendy _____ RN

6-14-93 (12³⁄₄ - 8³⁄₄) Level 5-1. Appeared to be sleeping on 15 minute checks. Resps. regular. Awake at 7am. Is stable. Showered. — Ruthanne/Conrad, RN

6-14-93 (8 - 4³⁄₄) level 5-1. Pt. Bright ○ pleasant. Pt at ÷ in the Dayroom. Appetite good for breakfast + lunch. Goal is to write how he could motivate self for School. Pt talked c Craig about friends skating + getting in trouble. He states he saw his + stopped much of his ○ behavior. US, Stable. No Complaints — J. Chuya ___

6/14/93 (4 - 12) Level 5-1. Pt ate supper 4:30-5 pm. He participated in education 5-6 pm. No visitors. He is bright, social. In group Donald was silly. He was confronted about having staff do his ____. He says he did this work by himself. (cont) more Koerchler

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0936P    131
FEUSSNER, JA
REDACTED - FELL
WILKES BARRE
COO

383700
043080
824-5842

PA M S

6/14/93 (9:72 cont.) He says his call ē his mom went well. He says he's satisfied ē the plans to go home + to St. Mike's day program. He enjoys snacks + t.v. ē peers. Pt. resting quietly 11-12 am ————— markovakendr

6-15-93 (12ᵚA - 8³⁰A) Level S-1. Appeared to be sleeping on 15 minute checks in quiet room. Resps. regular. Awake at 7Am. VS stable. Pt.'s head was re-checked for lice. Several lice were noted to be alive. There were many nits noted on hairshafts. Dr. Chang was called and new orders were received to use Kwell Shampoo-1y-as directed and contact isolation until evaluated by physician. Kwell Shampoo was applied to pt.'s head and rinsed. Pt. combed hair ē a fine tooth comb. In quiet room on contact isolation. Isolation Report was sent to Nurse Epidemiologist —————— - - Ruthanne Kozma, RN

6/15/93 (9 - 4³⁰pm) Pt. maw on S-1. Pt. on contact isolation due to Kwell treatment and Cox. Agreeable to having a haircut which. Pt. compliant ē room restriction due to contact isolation crcml/so endeavor housekeeping keep self from seeing silly — Wendy Lanius, RN

Form No.:  4500.205.88

FELL-00000828

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

```
FELL. DONALD
3875499                    383700
060693 0936P   13Y  043080
FEUSSNER, JA        824-5842
```

REDACTED - FELL

WILKES BARRE          PA M S

6/15/93 (4-?) Level S-1. Pt. ... 4:30-5pm. He is on room restriction due to contact isolation. Donald is present and cooperative. His mom visited him. She brought money for a haircut, books + clothing. Donald was unable to attend groups due to contact isolation. He was quiet, resting quietly off and on. Donald had snacks at 5³⁰pm. Resting quietly 10-12 m.d. more room restriction

6-16-93 (12:00 A - 8:30 A) Level S-1. In Quiet room c̄ Contact isolation in effect. Appeared to be sleeping on 15 minute checks. Resps. regular. Awake at 7AM. VS stable. Contact isolation D/C'd at 7³⁰AM as ordered. Pt. showered. No lice noted in hair. No C/O's.
                                        Ruthanne Konrad, RN

6/16/93 (8:- 4:30pm) Level S-1. Pt. Bright + Pleasant. Appetite good for Breakfast + lunch. Goal is To write Essay on why he should get level c̄. Pt. focused on his Behavior + states is doing good Ever since his re-start. + his points are Down. D.d well c̄ Group + stated what make him Angry or happy. VS's stable. No Complaints —
                                        F. Chynoweth RN

Form No.: 4500.205.88

FELL-00000829