DF:     Yes.

TA:     Is that where you grabbed her car?

DF:     Ya.

TA:     Was she just getting out of the car?

DF:     Ya.

TA:     Okay, so she was right there going to work then.

DF:     Ya.

TA:     Did she have a conversation with you along the way at all?

DF:     Ah, we were talking a little bit, ya know.  Not, not....

TA:     ..did she...

DF:     ...really much about anything special or anything like that.

TA:     Did she tell ya anything about her?

DF:     No, no.

TA:     In terms of being married, kids or anything like that?

DF:     No.  I, well I, thought she had kids though because there was a car seat in the back, ya know.

TA:     Okay.

DF:     But, no, she didn't really say nothing much about them...

TA:     What did she say to you, what did she have for her conversation.

DF:     Nothing really, she was offering us donuts.

27

FELL-00001012

TA:     What kinda donuts.

DF:     Dunkin Donuts.

TA:     Oh, cause she had just stopped there?

DF:     Ya.

TA:     So she was trying to be nice to ya.

DF:     Ya.

TA:     Okay, was she scared.

DF:     Ya, she was scared.

TA:     Okay. Um, based on the conversation and stuff like that, that still doesn't give you an idea how long she was in the car though does it?

DF:     No, I, I, know we ah, we left Vermont, we left Rutland at about 2:30 in the morning, that's what time it said on the clock when we were on the highway.

TA:     What clock?

DF:     Ah, the one inside the car.

TA:     On her car.

DF:     Yes.

TA:     You think it said 2:30?

DF:     Yes....and ah, by the time, when, when we dropped her off it was ah, just turning light.

TA:     Why did you decide at that point to do that?

28

FELL-00001013

DF:     I don't know, I just.

TA:     I mean, what, what finally made you do that?

DF:     I was just getting nervous ya know. I, I didn't want her in the car anymore so I, I wanted to set her free, ya know.

TA:     Okay.

DF:     And that's what I told her. Walk, walk straight back through the woods and were gonna leave and then, well Bobby had a different idea.

TA:     Okay. So he didn't stay in the car either then.

DF:     No.

TA:     Okay. But there's nothing else. No houses you can remember right at that area.

DF:     No.

TA:     And you don't remember any turns off those roads or anything like that? Do you remember a river called the Hudson River at all?

DF:     I don't really. I, we, we crossed a lot of rivers, ya know, on, in our travels. Ah, we might have crossed one. We might have crossed the Hudson River. I don't know.

TA:     But nothing for sure on that.

DF:     No.

TA:     Ya, did you, that's a good idea. Did you have to stop for gas anywhere?

DF:     Ah, we didn't stop for gas until somewhere around Lebanon.

29

FELL-00001014

TA:     Lebanon.

DF:     Ya.

TA:     Do you remember what state Lebanon is in?

DF:     That's in New York.

TA:     (talking to someone in background)

> TA:   Ah, ya, that's where they stopped for gas Chris, in Lebanon. That's down south.
> UM:   Ya.
> TA:   What, what road is that near Chris?
> UM:   22
> TA:   22?
> UM:   22.
> TA:   I wonder if they were on 22 the whole way?
> UM:   Still there's no Burger King on 22.
> TA:   Now, well he thinks she might have been in the car with them for a while.
> UM:   Lebanon.....

TA:     Let me ask you a question. Do you think that if they worked with you that you might be able to, ah, in other words, if they gave you a ride back up here you might be able to find that place at all?

DF:     Ya, I was, I told them that, ah, I said ah, I might be able to recognize it, you know what I mean?

TA:     Cause obviously you can tell, you go by Donny right?

DF:     Ya.

TA:     Obviously as you can tell Donny, its very important for closure for the family.

DF:     Ya.

30

FELL-00001015

TA:     Any anyway you can do would be greatly appreciated by the family.

DF:     Ya.

TA:     And that's why I'm trying so hard to pick your brain right now cause I'm familiar with the area.

DF:     I, I hear ya.

TA:     But it's obviously not workin' too well this way.

DF:     Ya.

TA:     How, how far before you stopped for gas was, was the Burger King in ...when that happened to...

DF:     That was a pretty long way.

TA:     So, so that happened to her and about 30 minutes later Burger King.

DF:     Ya.

TA:     And then, quite a ways after that you stopped for gas in Lebanon?

DF:     Ya.

TA:     Oh boy, I'm, I'm kinda stuck here now.  You don't remember any roads at all you were on.

DF:     No.

TA:     No names, no.

DF:     No, no.

TA:     Huh.  I'm, I'm just trying to...do you, how did you pay for gas?

31

FELL-00001016

DF:     Ah, she had money.

TA:     She was in the car with you still.

DF:     No, no, no, no, ah, but, she had a lot of money on her.

TA:     Oh, before you got rid of the pocketbook you kept the money?

DF:     Ya, ya.

TA:     Did you keep any credit cards or anything like that?

DF:     No, no.

TA:     Just the money.

DF:     Ya. She had about $200 in cash.

TA:     She cashed the money first?

DF:     No, no, it, that's just what she had.

TA:     Oh, she had that much money in cash. I'm sorry, I didn't know if you were saying she stopped at an ATM or something with ya.

DF:     Ya, she had, she had about that much on her and ah, bank envelopes and scattered about her purse and stuff like that.

TA:     Okay. Did she say what the money was there for or you didn't even get to that point with her.

DF:     No, I didn't even ask her. We just grabbed it and stuck it in our pockets.

TA:     Where was that, still in the car?

DF:     Yes.

32

FELL-00001017

TA:     Okay. So when she got out to walk to the woods you left, she left that in the car?

DF:     Ya.

TA:     Okay. Um, okay, so you had the money there and you had that for Burger King. Any other place you stopped in New York State that you can remember?

DF:     No, no. Right after, ah, we filled up we cut right through.

TA:     Huh. I, I've just got somebody else I'm trying to pick their brain in the background here too Donny.

DF:     Ya.

TA:     (talking to someone in background)

        TA:    Chris, you think Leban...22 goes all the way down to Lebanon?
        UM:    Absolutely.

TA:     Does Route 22 ring a bell with you at all?

DF:     It, it might. I know cause Lebanon is right on 22. I'm looking at the map. Lebanon is, ya its right on 22 basically.

(Whispering in background)

TA:     Do you remember Whosic Falls at all?

DF:     No, no.

TA:     A little village, ya.

DF:     I might just have missed the sign though, ya know what I mean. I don't really remember.

33

FELL-00001018

TA:    Huh. Any, any other major landmarks you remember. I mean, I mean like specialty signs, buildings, anything like that at all in the vicinity of Burger King or where that happened with her or anything else?

DF:    None.

TA:    None at all?

DF:    No.

TA:    If, if you were gonna walk or drive them through that again, what would you have to do? Start at Rutland?

DF:    Ya.

TA:    And then you think you could find the same way?

DF:    Maybe, maybe.

(Talking in background)

TA:    Can I ask you a question?

DF:    Okay.

TA:    This, this is only for my own edification, or, knowledge, just, just, because I've been involved in this all morning now.

DF:    Ya.

TA:    What happened originally at the house that started all this?

DF:    Ah, really, I, really don't know. Its, its ah.

TA:    You had a long standing argument with your mom?

34

FELL-00001019

DF:     No we were, none of us were arguing. That was ah, it just happened. I don't know ah..

TA:     What made you get mad all of the sudden this morning?

DF:     I really don't know. I got up and all of the sudden I, had cut Charlie's throat and ah, I started stabbin him and, and I was, I was gonna turn myself in right then and then I turned around, he, he, Bobby had already cut my mom's throat.

TA:     Oh, he was involved in it too?

DF:     Ya. So I figured at, at that point in time, ya know, I looked and it was already too late for my mom, ya know.

TA:     Were you close with your mom?

DF:     Ya.

TA:     But, I mean, you gotta understand from my point of view, it just seems kinda strange without some reason. I mean, not an argument. Were you mad at Charlie?

DF:     No.

TA:     Wa...I mean was there a fight over money or anything like that or? I'm just kinda shocked with that, that's all. I'm just trying to understand that from my point of view. And, and this girl, you didn't know her at all, this Terri.

DF:     No.

TA:     And that was just because you needed the car. Um, ah, I, I've tried picking your brain so many different ways and I can't, you can't remember I don't think unless you actually drive it. Would that be accurate?

35

FELL-00001020

DF:     Yes.

TA:     Huh.

DF:     (sighs)

TA:     Had you, had you known this Bobby for quite a while.

DF:     My, my whole life.

TA:     Oh, your whole life?

DF:     Ya.

TA:     Had you guys ever been in trouble before?

DF:     Ah, just once in New York.

TA:     What, I mean what kind of trouble?

DF:     Ah, assault.

TA:     Did you actually get fingerprinted and stuff for it?

DF:     Ya, ya, ah, I stayed five days in jail but they dropped the charges. Ah, what happened was ah. It was in Montecello, in fact, um, this dude tried to rape my sister and ah, I caught him and ah, I put him in a coma for a day.

TA:     What was, what was this day up here, what was this visit with your mom for?

DF:     I just thought I'd go see her. I haven't seen her in seven years, ya know. Its been a long time. I (unt.)

TA:     And you don't remember anything blowing up like that?

36

FELL-00001021

DF:    No. no.

TA:    No other stops for food or...

DF:    No.

TA:    Did you sleep in the car overnight and....

DF:    Well, I, ya know, I would sleep while he was driving and he would sleep while I was driving.

TA:    Okay, they're throwing some questions at me in the background here just so you understand. What, what was the name of the place you stopped for gas?

DF:    Ah, boy, ah, I don't know.

TA:    I mean was it a regular gas station or was it a convenience store, like a Stewards, Cumberland Farms.

DF:    I, I, think it was convenience store (unt).

TA:    Okay, do you remember the name of it or what color it was maybe?

DF:    Ah, red and white.

TA:    Red and white?

DF:    Yup.

TA:    And you don't remember what road it was on? Do you remember what kind of gas it was, like Sunoco, Mobile or ....

DF:    No, no. I think it might have been a Mobile though, I'm not positive.

TA:    And the name, and the name Hoosick Falls for a vil..villlage doesn't ring a bell does it?

37

FELL-00001022

DF:     No, not really.

TA:     Do you remember any like Walmart stores or anything like that?

DF:     No, no.

TA:     And I've already asked you before about Route 22.  What'd ya, what was your answer on that?

DF:     It could very well be.

TA:     Okay.  No other landmarks, no other stops, no, nothing else?

DF:     Nope.

TA:     Did you guys have to wash up after that happened.

DF:     Ah, with, with her or at the house.

TA:     Either one.

DF:     Well at the house we took showers.

TA:     You took showers.  How 'bout after with Terri.

DF:     No.

TA:     So neither one of you got dirty with that.

DF:     No.

TA:     Okay.  Was there blood in the car?

DF:     No.

TA:     Okay, I thought, that stuck in my mind that's why I was wondering. How 'bout clothes?  She's fully clothed?

38

FELL-00001023

DF:     Ya.

TA:     Do you remember what she is wearing?

DF:     Ah she had like a white pull over sweater type deal and ah, I, I think they were blue jeans. I'm not sure. (unt.).

TA:     Any coat?

DF:     Ah, just that pull over sweater thingy. I think her other coat was in the car.

TA:     In the car still?

DF:     Ya.

TA:     What about shoes?

DF:     I don't know what kind of shoes she had on.

TA:     Did she have any glasses or?

DF:     No, she didn't wear glasses.

TA:     No hat or gloves or mittens?

DF:     No, no hat nothing, no.

TA:     Were kinda at a stand still here. We're all trying to rack our brains trying to figure out a spot here.

DF:     I keep, I keep trying to remember things, ya know.

TA:     No, no, and I appreciate, you're doing a good job trying to pick it out like that. What makes you think it was Lebanon where you got the gas.

39

FELL-00001024

DF:     Ah, because ah, Bobby's grandmother lived by Lebanon and, ah, he pointed out which direction her house was and I saw a big sign that said Lebanon.

TA:     Were you somewhere near her house?

DF:     Ya, he said about five miles from her house.

TA:     About five miles from her house?

DF:     Ya.

TA:     And that's in Lebanon?

DF:     Ya.

TA:     What's the address of that just so we might be able to use that as a starting point.

DF:     That I have no idea.

TA:     What's her name?

DF:     I don't know that either.  I never met her.

TA:     And that's his grandmother?

DF:     Ya.

TA:     How, how long would you estimate from the time that happened with her until the time you stopped for gas.

DF:     I would say about two and a half, three hours.

TA:     From the time that happened with her until the time you got gas?

DF:     Yes.

40

FELL-00001025

TA:     Okay. And, what, one more time, I know I'm asking these over and over again, I'm trying to pick your brain. What makes you think that this happened in New York as opposed to Vermont?

DF:     The, the only thing I can think of is because of that New York sign.

TA:     Seeing the sign.

DF:     Ya. I'm pretty sure it was after the sign.

TA:     Do you know how long after the sign?

DF:     No, no I don't.

TA:     Do, you.....do you remember any Stewart's stores or anything like that.

DF:     No, there were, there were no stores around.

TA:     Do you know what Stewart's stores are?

DF:     Ya, ya.

TA:     Oh okay, then you know what I"m talking about

DF:     They're all over in Rutland.

TA:     Huh?

DF:     I said they're all over in Rutland.

TA:     Okay, then you know what I'm talking about with them.

DF:     Ya.

TA:     So there wasn't a pull off after a Stewart's store or anything like that?

DF:     No.

41

FELL-00001026

TA:    No?

DF:    No.

TA:    Huh....huh.... (talking to someone in background - "anything else Chris you can think of to ask?")

DF:    No, no that's about it. Ya know, I'll keep thinkin and stuff you know.

TA:    (Street signs where Chris?)

(Person talking in background)

TA:    Ya, do you remember what color the signs were like when you entered and you saw a New York State sign and then like the sign for Lebanon and stuff. Do you remember what colors they were?

DF:    No, no I don't.

TA:    No.

DF:    I think they were green, I don't know though.

TA:    You don't remember the city of Bennington, Vermont at all?

DF:    No. I sounds familiar but.

TA:    How 'bout like Waterford?

DF:    No.

TA:    Cohos, cohos?

DF:    Uh uh.

TA:    How 'bout like Salem?

42

FELL-00001027

DF:    Salem sounds familiar, ya.

TA:    That sounds familiar?

DF:    Ya.

TA:    Eagle Bridge?

DF:    No. I don't, I don't remember that name, no.

TA:    Cambridge?

DF:    Maybe, ah, I'm not, I'm not quite positive.

TA:    How 'bout Petersburg?

DF:    Ah, no, no.

TA:    How 'bout Berlin?

DF:    Berlin, ya, that, that sounds, I was thinkin about Germany when I seen that.

TA:    You remember seeing that?

DF:    Ya.

TA:    And then Lebanon. Where did you go after Lebanon, after you got the gas.

DF:    I think we ah, we pretty much continued South, ah, let me see, until we got, I don't know how we found our way there, but to the Tapenzee Bridge. Ya know, I don't know ah, if he turned off at all onto another highway, all that, ya know, but ah.

TA:    Okay. Now do you think that Burger King was on the same road as Leb...the road to Lebanon?

43

FELL-00001028

DF:    It could be, ya.

TA:    But you're not sure.

DF:    No, I'm not sure.

TA:    No turn, ah, ah, he's not sure if he made any turns.  You're not sure if you made any turns right, at all?

DF:    Right.

TA:    Do you think you stayed on that, whatever road it was, all the way from Lebanon to the Tapenzee?

DF:    Ah, I think so, ah.

TA:    Now somebody mentioned Poughkeepsie.

DF:    I, I remember seeing Poughkeepsie.

TA:    You remember seeing it or you remember seeing a sign for it.

DF:    Seeing the sign for it, not, not, it but the sign for it.

TA:    Okay.  Just, did, did you pass any McDonalds or anything like that and what made you stop at Burger King?

DF:    It was just the first thing there, we were hungry.

TA:    The first thing you saw after ya, that happened.

DF:    Ya.

TA:    Do you remember any McDonalds or any other fast food restaurants?

DF:    No.

44

FELL-00001029

TA:     Okay. Um, did, did she, the, while she's in the car with you, did she point anything out to you like maybe somebody lived here, I used to live there, or....

DF:     No.

TA:     Any other landmarks.

DF:     No.

TA:     Nothing?

DF:     No.

TA:     Do you think Bobby knows more than he's telling?

DF:     Maybe, I don't even know what he told. Ya know,

TA:     Okay, okay.

DF:     I don't think he'd probably be very cooperative though, I mean, considering what they told me that he kicked out a police car window and that when they were bringing him in.

TA:     Bobby did?

DF:     Ya, well that, well that's what they told me.

TA:     Okay. Ya, ya, you're sure about Lebanon because of Bobby's grandmother's house right?

DF:     Ya.

TA:     What was your next stop after Lebanon that you remember.

DF:     We went right through, just ah, all the way through to Wilkes-Barre, Pennsylvania.

45

FELL-00001030

TA:    All the way from there right through to Wilkes-Barre.

DF:    Yup.

TA:    And where did you stop there?

DF:    Ah, I went to my friend's house, ah, my friend Chris. And, ah, we stayed there the night.

TA:    Both of ya.

DF:    Ya.

TA:    Is that something about Chestnut Street on that I heard?

DF:    Ya, that's on East Chestnut.

TA:    East Chestnut.

DF:    Ya.

TA:    Is that where you got the license plate from?

DF:    Oh, ya, I got that off ah, West Chestnut, actually, on Franklin Street.

TA:    Okay. No, I don't think he's really got a good time frame because he thinks that (talking in background).....it, it, nothing around where, where this actually happened to her?

DF:    No.

TA:    Just a stretch of road, straight stretch, curve or...

DF:    It was ah, I think it was straight, I mean, I'm sure there were curves here and there ya know, but.

TA:    Were you worried about being able to see oncoming traffic or.

46

FELL-00001031

DF:     No, no.

TA:     No, you just pulled over.

DF:     Ya.

TA:     Okay, okay, do you remember, first of all, where this happened, I know I heard different things about the number of lanes in the road. How many lanes in the road were there you were on when this happened.

DF:     I think there were four lanes, two going each way.

TA:     You think there were two going each way?

DF:     Ya, pretty sure about that.

TA:     Or was it just a wide road?

DF:     It might have been but I'm, I'm pretty sure there was, ah, two going each way.

TA:     How long do you think it had been two going, was it two going each way the whole way?

DF:     Just about, ya.

TA:     You think so?

DF:     Ya.

TA:     The whole way?

DF:     Ya.

TA:     Okay, we're just trying to pick our brains thinking about four lanes and stuff. Was there any guide rail or anything separating or any median

47

FELL-00001032

separating it.

DF:     No.

TA:     What separated the four lanes?

DF:     Nothing.

TA:     Nothing, just the, just the, like a double line?

DF:     Ya.

TA:     Ah, okay. No he can't remember. You, try to pick your brain a little more. Anything that was around that Burger King?

DF:     I, I really can't think of nothin.

TA:     Was that Burger King still, was it still four lanes then or was it?

DF:     Oh ya, I believe it was still four lanes.

TA:     Well you've got us confused right now.

DF:     I'm, I'm kinda confused myself.

TA:     Well Bobby was driving the whole time.

DF:     Ah, well, I started driving after we dropped her off.

TA:     Oh, after that happened to her you started driving?

DF:     Ya.

TA:     Okay. Was he awake the whole time after that.

DF:     Oh ya, up until ah, up until the night that we stayed at my friend's house.

48

FELL-00001033

TA:    Okay, and you were awake the whole time from your mother's until you started driving?

DF:    Ya.

TA:    Okay, you just, I think the problem is you remember a lot. How, how many times did you travel up in this area yourself, before.

DF:    Not, not many at all.

TA:    Okay, cause you remember a lot of good details its just hard for you cause you don't remember the roads at all. I think its almost gonna take you coming up here to help them point it out.

DF:    Ya.

TA:    And I think, I think that might jog your memory.

DF:    It probably would, most certainly.

TA:    Would you be willing to help us that way?

DF:    Definitely.

TA:    Okay, cause I think that would really be helpful for closure for the family.

DF:    Ya.

TA:    And that would, that would obviously mean a lot for the family. I think you can understand that.

DF:    Ya.

TA:    And, and, as you, as you heard my line of questioning here, as you think about it now, try to remember any landmarks or buildings that were near that Burger King, any landmarks, buildings or villages or

49

FELL-00001034

anything like that, that were there right around the time that, that you dropped her off. Anything along that line at all that might kick your memory in a little bit better as to a location.

DF:       Alright.

TA:       Okay?

DF:       Uh huh.

TA:       I appreciate it, it, Donny Fell is your last...

DF:       Yup.

TA:       Okay, I appreciate your help Donny.

DF:       Ya, ya, no problem. Ah, if I ah, if I do remember anything or whatever, I'll, I'll talk to the sheriff or what not and have him call Jim or, or Bill.

TA:       Jim is a pretty good guy isn't he.

DF:       Ya.

TA:       Ya, he seems it. Okay, well thank you very much Donny.

DF:       Alright.

TA:       Bye, bye.

DF:       Bye.

50

FELL-00001035

# EXHIBIT 62

DONALD FELL INTERVIEW 12-02-2000

JC: The date is 02 December 2000, the time is 1701 Central Standard Time. The location is the Johnson County Detention Center in Clarksville, Arkansas. We are in an interview room at the correction center. Present are myself, Det. Sgt. James Cruise of the Vermont State Police; Det. Cpl. Rod Pulsifer of the Rutland City Police Department; Det. David Schauwecker of the Rutland City Police Department; Special Agent James Caudel of the Fort Smith FBI Office; also present is Donald Fell.

JC: Donald could you give your date of birth please?

DF: 04/30/80.

JC: 04/30/80. Donald what we are going to do first is we are going to through, you've explained to us that you have already been mirandized and continue talking to us and there is no issues. We are going to go through your Miranda Warnings one more time start to finish. We want you to pay attention to them, and then we will kind of come at the end to a section where we are going ask you to read that section to us, to make sure you understand it fully.

DF: All right.

JC: Okay. Detective Pulsifer could you?

RP: Okay, you have the right to remain silent, do you understand that?

DF: Yes.

RP: Anything you say can will be used against you in a court of law, do you understand?

DF: Affirmative response.

RP: We need a yes or no.

DF: Yes.

RP: Okay. You have the right to talk a lawyer before questioning and to have a lawyer present with you during questioning, do you understand?

1

FELL-00001036

DONALD FELL INTERVIEW 12-02-2000

DF: Yes.

RP: If you cannot afford to hire a lawyer one will be appointed to represent you at public expense before any questioning if you wish, in Vermont this is called a Public Defender, do you understand?

DF: Yes.

RP: Do you understand each of the rights that I have explained to you?

DF: Yes.

RP: Do you want to talk to me now?

DF: Yes.

JC: Donald could you read that next paragraph on the bottom?

RP: Right here.

DF: I have been advised that I have the right to remain silent, to be represented by a lawyer, to talk with one prior to questioning and to have one present during questioning. Knowing my rights I agree to waive them and to talk to you now, no threats or promises have been made to me.

JC: Donald did you understand all that?

DF: Yeah.

JC: Donald one of the other questions I always ask during my interviews is currently, right now, are you under the influence of any alcohol, drugs or prescription medications?

DF: No.

JC: Okay.

RP: I think where I would like to start Don is down in Pennsylvania.

DF: All right.

2

FELL-00001037

DONALD FELL INTERVIEW 12-02-2000

RP: And were you living down in Pennsylvania, in Pennsylvania at one time?

DF: Yes.

RP: And when did you move from there?

DF: I am not sure of the exact date, actually I think it was just around September 23rd I came up here.

RP: Okay.

DF: Because it was the day after my sister's birthday, which is the 22nd.

RP: And that would be the year 2000?

DF: Yes.

RP: Okay. Where were you living down there?

DF: Well basically I was travelling with the carnival for a while, earlier, I got back and I stayed with my aunt for a while, and then, actually my great-grandmother I was staying with.

RP: Okay, what's her name?

DF: Sybil Bannis.

RP: Okay.

DF: I had her drive me up here, not here but Vermont, to visit my mom and after a while I called my friend up, Bobby, and he come up to visit. Things were going good for a while.

RP: Now when your, grandmother is it, brought you up?

DF: Yeah.

3

FELL-00001038

DONALD FELL INTERVIEW 12-02-2000

RP: Where did you stay in Vermont?

DF: At my mother's house.

RP: Okay and do you remember what the address is?

DF: **REDACTED - FELL**

RP: Okay. Did your mom know you were coming up?

DF: Yes.

RP: How were things, how were things there?

DF: Pretty decent, I mean we argued every now and then you know. My mom was pretty weird she liked to smoke crack and drink a lot and she'd get kind of rowdy. But I got a long with her you know, we got in a couple arguments here and there, but nothing major. That's about it, she would cook us dinner you know, she bought me cigarettes when I needed them stuff like that. She was a good person.

RP: Were you working anywhere in Vermont?

DF: I just started working at Rutland Plywood right before everything happened, but I just started working there.

RP: Had you put any time in there yet?

DF: Yeah like three days.

RP: Three days.

DF: Yeah.

RP: Were the police called down to your mom's apartment quite a bit?

DF: Yeah, quite a few times for loud music, stupid stuff like that. I guess neighbors complain about the loud music. I know the last time they came down the cops themselves even said the music wasn't loud, the neighbors must be crazy.

4

DONALD FELL INTERVIEW 12-02-2000

RP: What, did you and your mom get along okay, or did you ever inaudible?

DF: Yeah basically, we got in an argument once down outside the Stop Lite, I think it's called the Stop Lite, the bar down there. She called me up and asked me to come down and get her, so I went to get her and I went into the bar and I am talking to my mom, some old guy and some black dude named Reggie. Actually Tina Conway comes up behind me and starts kicking me and so I turned around and I spit on her, cause I don't feel right hitting a woman you know. And my mom grabs hold of me, and all the way as she is pushing me out of the bar she is smacking me and punching me, and she is yelling at me for spitting on her friend. And I am like, she was kicking, and when we got outside the bar she wouldn't stop, so I kind of shoved her off me. You know what I mean, instead of hitting her or any thing I just kind of pushed her off me, I said get away from me. I guess she was real drunk and she fell like a dump, and well I tried helping her up, she wouldn't let me help her up or nothing. They called the cops and I waited there for them and they took me to the drunk tank. And I spent the night there.

RP: Okay. But at the house were there any physical altercations with your mom?

DF: Not really, no, no.

RP: Arguing with your mom?

DF: We argued here and there about stupid things, but in five minutes we were fine you know. I mean that's mother and son you know what I mean; it's not like we're not going to argue about something.

RP: Did your mom work anywhere?

DF: Holiday Inn, I am not sure what road it's on.

RP: What hours did she work?

DF: In the morning, 8 o'clock I think until like 2 o'clock or whenever they let her out.

5

FELL-00001040

DONALD FELL INTERVIEW 12-02-2000

RP: Can you kind of explain to me what happened prior to you and Bobby leaving Vermont?

DF: Well what happened was, is we were all kind of wasted, you know pretty fucked up. My mom was pretty well smoking crack and you know drinking lots of alcohol and shit. To tell you the truth I don't really know what happened to lead up to what happened; you know what I mean. All I know I was standing over a dude and he had a cut throat and I continued to stab him and I turned around, and I was thinking I was going turn myself in. And then I turned around and I saw Bobby had already cut my mom's throat and he was stabbing her, and I thought maybe I could stop it in time but she was already too far gone, you know what I mean.

RP: Why did Bobby cut your mom's throat?

DF: I have no idea I was sitting in there trying to think about it and man the only thing I could think of is maybe when I grabbed the knife he might, I guess he just kind of followed me right into the room with another knife you know. But I don't know why, I don't even know why I did it, but.

RP: How long have you known Bobby?

DF: My whole life.

RP: Okay. Do you know the person whose throat you cut?

DF: Charlie.

RP: And how do you know Charlie?

DF: I met him, my mom brought him over.

RP: Okay, was he over there a lot?

DF: Yeah it was like the third time he was there.

RP: Okay, since you were living here?

DF: Yeah, yeah.

6

FELL-00001041

DONALD FELL INTERVIEW 12-02-2000

RP: Okay. Did he and your mom, where they in a relationship?

DF: Not really, just friends.

RP: Just friends.

DF: Yeah her boyfriend is in the jail down there.

RP: And what's her boyfriend's name?

DF: Ah Tim, not Tim, I guess she calls him Tim, but it is Alan Reynolds.

RP: Okay, so he does go by the name of Tim?

DF: Yeah.

RP: Okay. You said you found yourself standing over who was it?

DF: Charlie.

RP: Charlie okay.

DF: I looked down and I was trying to figure out why I did what I did and what I did and I was going to turn myself in until I turned around and I saw Bobby doing that to my mom, and then.

RP: Can I ask why that would make you stop from turning yourself in?

DF: I don't know, I just got scared, I just wanted to leave, I just wanted to split. So we took off, we went, we grabbed my, actually after we took showers, cause we both took a shower. We tied things up and put them in the kitchen and we grabbed my shotgun and we walked to Price Chopper. To tell you the truth I don't know how we didn't get caught carrying a shotgun to Price Chopper, but we walked to Price Chopper and looked at.

RP: Hold that thought a minute, let's back up, going back to where you were standing over Charlie. You had the knife in your hand?

DF: Yes, yes.

7

FELL-00001042

DONALD FELL INTERVIEW 12-02-2000

RP: Do you remember how many times you stabbed him?

DF: No, no, I am thinking maybe somewhere around twenty-five, I am not positive though.

RP: Where, can you kind of explain to me how maybe you held him when you slit his throat?

DF: I think, I am not quite sure about this.

RP: I understand.

DF: This is the part I'm not sure about, but I might cause when I realized what I was doing my hand was on his shoulder, on his left shoulder.

RP: On his left shoulder?

DF: Okay, I had the knife in my right hand, so what I am thinking, is I must have grabbed him by his left shoulder and just right across you know.

RP: Okay.

DF: But I'm not sure, I don't know how many times I did it, but then I moved the knife a different way and I started stabbing him in the side of the throat here.

RP: Okay.

DF: I believe it was, I knew what I was doing at this point, I think, I am not sure, I was thinking I am going to turn myself in you know what I mean?

RP: Right, right, I understand that.

DF: So that's when I turned around and Bobby had already slit my mom.

RP: Do you, do you know what caused you to do that to Charlie?

DF: I have no idea. I have no, you know I was getting along with him, we weren't mad and nobody was fighting or arguing we were all having a good time.

8

FELL-00001043

DONALD FELL INTERVIEW 12-02-2000

RP: He didn't say anything to you, to make you angry?

DF: No, nope. I guess I don't know what the hell happened something in my mind must have just snapped I don't know, I couldn't control myself you know, I don't know.

RP: Did he ever make mention to you about calling the police?

DF: No.

RP: Were there, was there a warrant for you out of Pennsylvania?

DF: There might have been, I don't know.

JC: Okay, Don I need you to listen to me for a minute here, okay, before we go too far. And we do a lot of this I don't know I'm not sure, and I don't remember, okay. You are at a point right now where I've got to honest with you, okay, about the only thing you've got is truthfulness and how much you want to be cooperative and tell he exactly what happened. Okay and you're telling us some of what happened, we greatly appreciate that, I got to be, I'll be up front with you there, okay. I can also tell you that you're holding back, and you need to kind of, look at me for a minute, you need to let go of that. All right the full truth, and I know this is not hard and this is probably something in your mind that I'm going, I can't believe I did this I don't know what I was thinking. And that's understandable but you have to, let me finish what I'm telling you Donnie. You have to understand that it's not, we are not only judged in life by what we do, but what we do afterwards, okay. And if I stand here and do something wrong and then kind of, kind of play, well I did this, I might have done this and I might have done that. People are going to look at it and say well he is talking about it a little bit which is good, cause you're not outright tonight, which is, as far as we are concerned that throws you in a favorable light to us, okay. But beyond that there is a little issue here, you are not telling everything, and I am going to tell you, I have interviewed a lot of people in your seat, and one of the things that they do is they block things out. It's not that they don't remember, they just don't want to remember cause it was pretty bad, okay. And what we are talking about is pretty bad, all right, but you got to understand that we have talked to Bobby too, at length, several times. Bobby was in here before you.

9

FELL-00001044

DONALD FELL INTERVIEW 12-02-2000

DF: I know.

JC: You have given some statements to Agent Caudel already, okay, we've got a lot of facts from the scene, and a lot of things that went on and we know what's gone on and we want you to try to help us piece them together. In some instances we might be able to help you piece things together if there is a void there. Okay, but I got to tell you right now, I don't think there is as many voids there as what you're actually telling us now. So what I'm going to bring you back to something here, okay, is when did you pick the knife up? Why don't we start with that? And where did you get it from?

DF: Well the knife that I used was above the kitchen sink.

JC: Was above the kitchen sink?

DF: Yeah, on a shelf.

JC: Do you remember what time? Who was with you when you picked the knife up, I mean was your mother in the kitchen with you?

DF: No.

JC: Or was Bobby in the kitchen?

DF: Bobby was in the kitchen.

JC: Bobby is in the kitchen with you, you pick up a knife that's above the kitchen sink?

DF: (Affirmative response.)

JC: Okay.

RP: Where was Charlie and your mom?

DF: Charlie and my mom were in the living room.

RP: Okay.

10

FELL-00001045

DONALD FELL INTERVIEW 12-02-2000

DF: Charlie was on the chair I don't know where my mom was.

RP: What were they doing?

DF: I couldn't tell you.

RP: Did you hear them say anything, talking?

DF: I didn't hear nothing.

RP: So you pick the knife up above the sink?

JC: What do you do next?

RP: Then what do you do?

DF: I, I guess I ran, I don't remember I'm telling you. I really don't, I ran in and I suppose I started cutting Charlie apart and that's all I can tell you. Like I said, I told him plenty of times already. You, I don't see how you figure that I am holding out information on it or nothing like that but.

JC: I am not saying you're holding out information I am saying that maybe you are trying to block it out and you don't want to remember it, but understand if you take the time, maybe there's some things that you can remember that you're not telling us right now. And maybe if we help you by asking right questions, like one of the questions I just asked you. Do you remember when you were picking up the knife?

DF: This has been running over and over in my mind, since the day it happened.

JC: Okay, I can imagine it would.

DF: And that's the way I remember it, that's all I can remember.

JC: So you are over Charlie, and you remember cutting him and then you go from, one point you go from slashing his throat, to

DF: Stabbing him.

11

DONALD FELL INTERVIEW 12-02-2000

JC: Stabbing him.

DF: Yeah.

JC: Where, you said you were stabbing in the throat?

DF: I'm pretty sure it was on the side of the throat here, somewhere around this area. I am not positive, but that's where I think it was, and it was on this side here.

JC: The left side, sure you are stabbing him on the left side of his throat, okay, you're thinking this is wrong?

DF: Yeah and I stopped.

JC: You stopped?

DF: I stopped and then I was thinking about turning myself in.

JC: Is he moving?

DF: No he was just slumped down over like this.

JC: Okay. What happens next?

DF: Then I turned around and there was Bobby with my mom.

RP: What's he doing?

DF: Cutting her and you know I was like, I tried, I was thinking whether I could stop it or not, but her throat was cut and she was bleeding, and he was stabbing away man, there was nothing I could do you know she was already dead.

JC: Did you push him off her?

DF: Not right, I just told him to stop, and he stopped and she dropped then.

RP: Were they saying anything to each other?

12

FELL-00001047

DONALD FELL INTERVIEW 12-02-2000

DF: No.

RP: Was your mom saying anything to you?

DF: No, actually yes, she told me that she loved me.

RP: Do you have a nickname?

DF: Yeah.

RP: Is it, what is it?

DF: Binker.

RP: Did your mom call you that?

DF: Yeah.

RP: Did your mom say anything to you when this was happening?

DF: Bye.

RP: Did your mom say anything to you when Bobby was cutting her throat?

DF: That's what I'm telling you man, she was telling me that she loved me and shit.

RP: Did she call you by your nickname?

DF: Yeah.

JC: Here you go.

DF: Fucked up.

JC: Donnie I want you to just sit and relax for a minute, do you want some water?

DF: Need a cigarette.

13

FELL-00001048

DONALD FELL INTERVIEW 12-02-2000

JC: We'll try to get you one, do you want some water right now Bud?

DF: Yeah I could use some thanks.

JC: I'll try to get you some water here right. Donnie I appreciate you doing this.

DF: I fucked up so bad, I mean why would she be telling me this when my friend is cutting her throat.

JC: Donnie, your mom is laying there and she's not moving now, or is she moving now, when she's on the floor?

DF: She was stopped then, she was lying face down on the, where the table was, the coffee table.

JC: What do you do to her, do you do anything to her?

DF: No I just left, then I tried to take a shower, that's what I did. After I just showered cause I felt dirty.

JC: Okay, let me ask you something now. After Charlie is dead in the chair and your mother is dead on the floor, did anybody do anything to their bodies, did anybody hit them, kick them do anything?

DF: No, no not that I recall, no. I didn't touch nobody after they were dead.

JC: What did you and Bobby talking about?

DF: The first thing I said was I'm taking a shower.

JC: And you go take a shower?

DF: I went

JC: What did Bobby do?

DF: I don't know what he did, cause I was in the shower, you know what I mean I just went right in the back, and hopped right in the shower.

14

DONALD FELL INTERVIEW 12-02-2000

JC:  The clothes that you had on where are they?

DF:  They're here.

JC:  The clothes that you had on before you went in the shower?

DF:  Yes, yes.

JC:  You put those back on?

DF:  I threw them right back on.

JC:  Okay.

RP:  Did you, when Bobby was doing that to your mom, did you say anything to him?

DF:  No I just told him to stop.

RP:  Oh that's what I mean, did you say something to him?

DF:  I just told him to stop and he.

RP:  And he stopped.

DF:  Yeah.

RP:  And he did?

DF:  Yeah. I listened.

RP:  You saw him cut her throat?

DF:  Yeah.

RP:  Did you see him do anything else with, what, did he use a knife?

DF:  Yeah.

RP:  And you didn't see him do anything else with the knife?

15

FELL-00001050

DONALD FELL INTERVIEW 12-02-2000

DF: No.

RP: Do you know what kind of a knife it was?

DF: I think it was a black handle steak knife.

RP: Okay, how was the blade on that, I mean was it

JC: Smooth blade or serrated?

DF: I don't know, I don't know, she had all sorts of different steak knives you know, I don't even know.

RP: The knife that you used on Charlie what kind of a knife was that?

DF: It was kind of little serrated edges on it, it was it said Hawk on it.

RP: Oh okay.

DF: From Hawk Inn, from Hawk Inn I suppose.

RP: And was that on the handle on the blade?

DF: Yeah it was on the blade the Hawk.

JC: From Hawk Mountain Inn you think maybe?

DF: Yeah, yeah.

JC: Like one of the one's that he uses for dinner settings up there?

DF: Yeah, I think so, it was a pretty thick knife, and it was, I guess my mom had it cause she use to work up there, and she had all sorts of towels from there and other stuff.

JC: Up at Hawk Mountain Inn she did?

DF: Yeah.

16

FELL-00001051

DONALD FELL INTERVIEW 12-02-2000

RP: Okay, well jump back, you're taking your shower, you get out of the shower and you put your, the clothes that you were wearing when you cut Charlie's throat, you put those clothes back on?

DF: Yep. There was no blood on the outside I just put them right on.

RP: Okay and then what did you do?

DF: Well I just started packing everything up, everything that I wanted to take.

RP: And what stuff was that?

DF: Clothes, I started grabbing my tapes out of my stereo, I left all the rest of my tapes that I like inaudible or something.

RP: Okay.

DF: That's really it, clothes and my tapes, and a CD player I took.

RP: Was there a curtain in between the living room and the hall?

DF: That was my tapestry that had Randy Rhodes on it.

RP: Okay do you have that?

DF: No, actually it might be in my army bag, it might be in my bag of clothes it might be if it's not hanging up there still. I probably have it.

RP: Okay.

DF: But that would be in the lady's car wherever they towed it to. That's where all my stuff is.

JC: Did you and Donnie talk about?

DF: I'm Donnie.

JC: I mean did you and Bobby talk about what to do, while you were there in the house, what you had to do next?

17

FELL-00001052

DONALD FELL INTERVIEW 12-02-2000

DF:  We just had to go, and Bobby suggested that we hijack a car and I agreed with him on that one.  So we left and we took my shotgun and we left.

JC:  Okay, talk about that.

DF:  Okay, we, well what happened was, we grabbed the shotgun. Everything was packed up and put in the kitchen and we walked to Price Chopper and at Price Chopper we sat on the side of the building for about 15 minutes, and some lady pulled up and she gets out of the car and Bobby runs up to her with the shotgun and says get the fuck back in the car.  Said get the fuck in the back seat right, and at this point I jumped in the driver's seat, and Bobby jumped in the passenger side, he had to watch her with the gun while I drove.  Well we left and we hit the highway south somewhere, I don't know which highway it was.  I'm not positive, there could be a chance, three different highways that we were thinking about, Route 7, Route 4 and the guy from New York said I might have ended up on 22 some way along the lines.

JC:  Sure.

DF:  So I don't know and I've been trying to like if I can to figure out where her body is, you know.  But I can't think.

JC:  You can use this as an ashtray Don.

DF:  All right.

JC:  Donnie where exactly on Price Chopper were you?

DF:  Right on the side, you know, right on the side of it.

JC:  Is it the side that faces Pip's Barbershop?

DF:  I, yeah I guess, I remember where that barbershop is now.  That's closed down isn't it?

JC:  Well it would have been closed at that time but.

18

FELL-00001053

DONALD FELL INTERVIEW 12-02-2000

DF: Okay, yeah, but it's facing the road?

JC: Yeah.

DF: Right by that wall, yeah that's the side. Cause the other side would have been all the way by Wal Mart. But yeah, it was on that side.

JC: You start heading south, you don't know where you're going?

DF: No.

JC: What is this lady saying?

DF: Nothing really she was quiet, very cooperative.

JC: When you first grabbed her what was she saying?

DF: Please, please leave me alone don't hurt me, this ~~and~~ that you know, *she'd be*  *all* and I told her that she ~~would~~ fine, and I, I really had no intentions of letting her live, I really didn't. And well we drove and that was it, and then she was quiet and I asked her, her name and she said it was Terry and I got a chuckle out of that because that's my sister's name. And then we just drove in silence then basically. She offered us donuts.

JC: Did she have donuts with her?

DF: Yeah, she bought them from Dunkin Donuts I believe. Yeah, she offered us donuts, we just kept driving, at one point in time she, after we switched drivers, me and Bobby switched. And at one point in time driving down the road she tried to jump out of the moving vehicle and I pulled her back in by her arm, I was gentle with her, I didn't hit her or nothing you know. I pulled her back in and I told her not to try it again. Well Bobby continued driving he was pretty rotten toward her, he was screaming and yelling but.

JC: Were you both holding the shotgun on her?

DF: At separate times while he was driving I was holding the shotgun and when I was driving he was holding the shotgun and I was sitting in the

19

FELL-00001054

DONALD FELL INTERVIEW 12-02-2000

passenger side and say he was in the back seat, sit there like this you know, and that's.

JC: Was the barrel pointed between the two seats?

DF: Yeah.

RP: Did she have the donuts with her when you took her?

DF: No, no, no I don't think she did, I'm not sure actually.

RP: Did you stop at the donut store for a donut?

DF: No, no, no, she had them, okay I see what.

RP: I'm sorry I didn't make my self clear.

DF: No she had them in the car, they were in the car. We drove and drove and I don't where we were, what highway we were on.

JC: Did you switch places a couple of times?

DF: Yeah we switched places a couple of times and about when I started driving again we drove some more and I think, I am pretty sure we crossed over into New York State line. I saw a nice little spot somewhere over on the side of the road, down the road a ways, and like we were on the highway, like we left Vermont on he highway it was about 2:30 in the morning. Yeah I looked at the clock in the car, it said 2:30 we drove south the whole time I think. I am pretty sure we drove south the whole time and about I don't know it was just turning light it was pretty much light we could see now. About that time, I am gathering it turned light maybe 6:30 in the morning, I'm not sure what time it was the sun came out. But I am gathering about four and half-hours after we grabbed her; I stopped over on the side of the road. What happened was there's this traffic coming and the traffic going down this way, there was no divider or nothing? I drove over toward the on-coming traffic and on that side of the road.

RP: There's a pull off?

20

FELL-00001055

DONALD FELL INTERVIEW 12-02-2000

DF: Yeah, there was a little dirt gravel thing, and there was a little tiny square field there with a hill on this side, and there is a tree line in the background. There was a truck about 30 feet away, it was a light truck Ford F150, 89 I believe, I paid no attention to it, I thought the guy might have been hunting or something. At which point I got out of the car and I opened her back door, she was on the driver's side. And I said walk up through the woods just keep on walking and we'll go. And she said I'll be safe right, and I said yeah. So I let her go and I get back in the car, and Bobby says to me we can't let her go, he says she's knows our descriptions, she knows our names, he said we have to kill her. So I said okay, so we walked.

JC: You agreed with him at that point?

DF: Yeah, I walked up, I walked up to the top of the hill and Bobby went down to the bottom of the hill and she was already running down toward the road. Bobby intercepted her, and I went down the hill and we both hustled her back up the hill, not harsh or nothing you know what I mean, just go a head walk up the hill you know. And I found a little, a little spot where you couldn't see from the highway and well we started kicking her in her head. And Bobby

JC: Was she standing up when you were kicking her?

DF: No I pushed her down first, she was on her back.

JC: Was she saying anything?

DF: No, she started to pray. And we started kicking her and Bobby went and he found a rock, and it was about yay big and slammed it right down on her head.

JC: Was she conscious at that point?

DF: I don't know.

JC: Was she still struggling when he slammed the rock down on her head?

DF: No, she wasn't struggling at all throughout the whole thing, she didn't even try to struggle, she just took it.

21

FELL-00001056

DONALD FELL INTERVIEW 12-02-2000

JC: And praying?

DF: Yeah.

JC: How do you know she was praying?

DF: She had her hands

JC: Together in front of her?

DF: Yeah. So after Bobby slammed the rock down I was pretty sure she was dead and I wiped my boot off with her shirt and we left. We went back into the car.

JC: Did you slam the rock down on her head at all?

DF: No.

JC: You sure about that it?

DF: Affirmative response, I used my feet.

JC: You used your feet, you were pretty sure she was dead when you left?

DF: Yeah. There was blood pouring out of her mouth, her nose, her eyes were bleeding, she was, she didn't look like she was breathing, so we left. We went back to the car and continued driving about a half hour later we pulled up to a Burger King and we got breakfast. I threw her purse and the donuts into the dumpster, like we found like $220.00 on her in bank envelopes and stuff like that. That's how we got gas and ate breakfast and stuff for a while and we just continued driving. Somewhere in New York where we crossed the Tappenzee Bridge, and continued on to Wilkes Barre, Pennsylvania.

JC: After crossing the Tappenzee Bridge? Okay.

DF: We continued on to Wilkes Barre, Pennsylvania, and at this point we went to my friends house and we stayed there the night, we didn't tell them anything that happened, or nothing like that.

22

DONALD FELL INTERVIEW 12-02-2000

JC: What did you tell them about the car?

DF: I told them it was stolen, that's all I told them.

RP: Who's your friend?

DF: Chris.

JC: His last name?

DF: Kolonjeski.

JC: Where does he live?

DF: 13 East Chestnut Street.

JC: Does he have a phone number?

DF: No he didn't have a phone.

JC: Does he work anywhere?

DF: No he can't work, he takes seizures he is epileptic. We stopped there for the night and then we stayed the night, and at which point we got a little nervous with the car, we parked it on Franklin Street, it is a hill off of West Chestnut Street. And we left it there overnight, and until the next night and the next night is when we left. We left maybe 1:30 2:00 in the morning. We saw another Neon parked right by where the car was. So I thought we would take the tags off that Neon, the Pennsylvania one and we tried to get the tags off the Vermont Neon but the screws were rusted in. So we had to go to Turkey Hill on North Washington Street to buy a screwdriver. And we did that and we switched the tags, we drove up and we threw her tags into the creek over this little bridge on North Main Street and from that point we hit 81 south and then we drove, just kept on driving. Believe we crossed into Virginia, Tennessee, somehow we got into Tennessee, I think we started bearing west I'm not sure. Then we ended up in North Carolina and then back in Tennessee again, going west right across Tennessee. And at which point we were low in funds, low in money for gas, so we started stopping at, well we were trying to figure out what to do for gas, charged enough. Bobby though we should mug somebody and it was the only idea we had for

23

FELL-00001058

DONALD FELL INTERVIEW 12-02-2000

a while. And he was also thinking about hijacking another car and I really didn't want to do it, and I really didn't want no more blood on my hands at this point, you know what I mean. Cause I am not a monster, you know I am not a bad person, I don't like what we did to begin with. Basically I feel like I don't want to be alive right now, you know what I mean, but I feel like I'm a worthless piece of shit now, which I am. But ah we went to Wal Mart and I saw a receipt sitting on a game, and I opened the receipt up and it was for something that costs about $25.00. A small item. And so I went into the store, I guess a little light bulb lit above my head. And I went to the store and I grabbed the item that was on the receipt I matched the numbers and I took the receipt and the item from the shelf to the courtesy desk and I exchanged it for money. So they were paying me for their own product. Basically we did this we figured that's the only way we can get gas, and I figured it's better than mugging people or hijacking another car you know.

RP: This was your idea?

DF: Yes, so that's what we did from that point on for gas and it worked pretty well, did pretty good on gas. We were just about out of gas when we got here in Arkansas. And we were actually at the Wal Mart and we had receipts but Bobby went onto the side looking for this one, looking for a receipt and this lady saw him, and she told the other Wal Mart place to watch us, so we left. And that's when I guess, I don't know what happened Bobby must have made a wrong turn or something like that, but there was a cop behind us and he pulled us over, and that was it right there.

JC: Well we are going to go back and try to clarify some things. Donnie you have done excellent okay. You came right through from start to finish where we needed you, okay. And you were able to give a lot good detail, maybe with our help right now and the right questions you might be able to fill in some other spots for us okay? Why don't we start back toward the beginning again?

DF: All right.

JC: Okay we are going to bring you back in your moms house, okay. Understand some of the questions that we are going to ask you, are maybe based on stuff we know, physically at the scene and some of it's going to be on stuff that Bobby told us.

24

FELL-00001059

DONALD FELL INTERVIEW 12-02-2000

DF: All Right.

JC:    Okay and we want you to be able to clarify some of it.  If you remember it if you don't, but we need you to try to think real hard, I know it's not easy, and you are thinking bad about yourself right now.  But you got to understand you are a human being and as humans we do things wrong, okay, we make mistakes.  Some of them are heinous some of them are worse than others, and some of them we have a tougher time living with but you got to be able to try to help us out.  At least think about the families involved so we can try and have some answers for them, okay.  We are going to go back in to the house and Rod 's got some questions on the house, about how things happened okay?

RP:  We are going to make this just a little bit further.  Why did you come up to Vermont?

DF:  I came to visit my mom, I haven't seen her in like seven years.  I wanted to see her pretty bad.  I missed her.

RP:  Any particular reason you hadn't seen in her that long?

DF:  Well, question I got locked up when I was 14 for not going to school, I skipped two complete years of school.  So they threw me in a boy's home.  And I was in the boy's home for two years, and they threw my mom in jail for it.  After she got out of jail she split, she just left the state. She had warrants and fines and she didn't want to deal with it.   There were a couple points in time when she tried coming back into the state and my aunt would call the cops on her or something and have her arrested.  So she just decided to stay in Vermont.

RP:  Had you been in contact with her to a phone or anything like that?

DF:  No, no because every time she would call my aunt was pretty rotten and she hated my mom's guts.  She would never put me on the phone with her; she would always tell my mom that I wasn't around, so I never got a chance to talk to her.

RP:  Okay.  Thanks I just wanted to know, you know why all of a sudden you decided to come up, to come up to Vermont.  Did your mom have a phone?

25

FELL-00001060

DONALD FELL INTERVIEW 12-02-2000

DF: Yes.

RP: Do you know what?

DF: 773-7920. 802 is the area code.

RP: When you saw Bobby stabbing your mom, did you try to go to the phone and try to call anybody?

DF: No, no.

RP: Where was your mom's phone located?

DF: Right by the doorway coming into the living room, as you are walking into the living room from the kitchen, it's on the right hand side on the little table.

RP: The knife that you used and the knife that Bobby used, do you know what happened to those?

DF: We had them wrapped up in a little towel.

RP: Do you know why?

DF: Well we were going to bring them with us, but I forgot to grab them.

RP: Okay, did you wrap them?

DF: Yeah.

RP: Okay. Did you clean them off first?

DF: I believe I did, I'm not positive but I think I did.

RP: Okay. Did you see your mom struggling with?

DF: She didn't struggle.

RP: Okay, did Charlie struggle with you?

26

FELL-00001061

DONALD FELL INTERVIEW 12-02-2000

DF: No.

RP: Okay. As soon as you take showers, you put the same clothes back on, do you know what Bobby did, he went in and took a shower, you said that earlier?

DF: Yeah, yeah.

RP: Do you know what he put on for clothes?

DF: I have no idea I wasn't really paying attention.

RP: Do you remember what he was wearing when he was stabbing your mom?

DF: Probably just jeans and a tee shirt his boots.

RP: Were those the same clothes he had on after he took a shower?

DF: I don't know, I wasn't in the bathroom I come in also, I don't know, I don't know if he changed or what not.

RP: How long, do you remember about what time this may have happened?

DF: No I don't. The only time, the first time I looked at the clock was when we were on the highway in Terry's car.

RP: Okay, about what time was that?

DF: That was about 2:30 over here on the highway in Terry's car.

RP: Morning or afternoon?

DF: Morning, early morning.

RP: Okay, so this was shortly after you left the house?

DF: Yes.

27

FELL-00001062

DONALD FELL INTERVIEW 12-02-2000

RP:  You, do you remember what day of the week it was?

DF:  Sunday.

RP:  Sunday?

DF:  Or early Monday morning.

RP:  Okay.  So did you pack some things?

DF:  Yes.

RP:  Your clothes?

DF:  Yes.

RP:  Any other?

DF:  Tapes, CD's the shotgun came with us.

JC:  How did you get all the stuff into the car?

DF:  After we got the car we came back to the house, Bobby watched her while I had the trunk popped open and I went in and I grabbed everything all at once and I just brought it out and threw it all in the trunk and closed it and we left.

RP:  When you left the house, do you remember what route you took to get down to Wal Mart?

DF:  I am not quite possible okay, you make a left coming out of my mom's steps, there is a little tiny alleyway next to a Foley's, Foley's laundry.  Cut through there up on the side of Uncle Sam's.  We went across, I'm not sure which street it is, but right there we went kind of behind Stewart's or whatever that store is that's there, not Stewart's it's something else, Stewart's is down the road.

RP:  Could it be a Jiffy Mart?

28

FELL-00001063

DONALD FELL INTERVIEW 12-02-2000

DF: Yeah, Jiffy Mart, behind the Jiffy Mart down on the side of the post office, across the street, underneath that parkcade we went where people park cars.

RP: Parking deck.

DF: Yeah, and we walked straight through there, the parking lot I believe right beside Price Chopper.

JC: What was your intention about waiting on the side of Price Chopper?

DF: I don't know we were thinking about hijacking a car.

JC: You guys talked about that before this.

DF: Hijacking a car and just getting out of there.

JC: Whose idea was it to hijack the car?

DF: I don't know, I think we just both came up with it. Just both said hijack the car.

JC: While you were on the side of Price Chopper waiting for somebody in a car or a victim or something how long did you wait there?

DF: About 15 minutes.

JC: About 15 minutes. In that 15 minutes did Donnie ever hold the gun on you and tell you, you couldn't run?

DF: Bobbie.

JC: Bobbie, did Bobbie ever hold the gun on you and tell you, you couldn't leave?

DF: No, there was no bullets in the gun.

JC: You knew that?

DF: Yeah and if even if he did that I would have stuck it up his ass.

FELL-00001064

DONALD FELL INTERVIEW 12-02-2000

JC: Okay so you could he left if you wanted to. You could have walked away?

DF: Yes.

JC: But you stayed there waiting for somebody to come along that you could hijack.

DF: Yeah. I was scared I didn't know what to do, I know.

JC: But you're telling me now that you know you had time. Bobby is not going to stop you from leaving, you want to leave you can leave but he doesn't and you don't leave, you chose to stay there and be part of what the next step is?

DF: Yes, yes.

RP: On your way from your house down to Price Chopper, did you try to get a car in between that time?

DF: No.

RP: At all?

DF: No.

JC: Did you stop in the road and try to flag somebody down?

DF: No.

JC: Sure about that?

DF: I'm positive. That would have been just stupid.

JC: Okay.

RP: Did, you said you didn't, did Bobby?

DF: Not that I know of, I don't think so.

30

FELL-00001065

DONALD FELL INTERVIEW 12-02-2000

RP: The two of you were together the whole time?

DF: I probably would have yelled at him cause that would have been stupid.

RP: Okay.

DF: I'm not really stupid you know. Well I am I guess now after this I am in the shit but I'm not.

JC: You're there in Wal Mart Parking lot and you grab the, you see somebody come in, a female come in, is she alone?

DF: Yeah she was alone.

JC: You clearly identify she's alone?

DF: Yeah, yeah. We were sitting on the right.

JC: Did you ever think maybe wait for somebody else or maybe just try to steal another car?

DF: No, no that was a perfect chance.

JC: Perfect chance.

DF: She was alone, we were right there by where she pulled in, we could clearly see nobody was in the car with her, so we thought that was when we would take the chance to just go.

JC: When you guys approached the car was she still in the car or was she out of the car?

DF: She got out and in fact we had waited for her to get out of the car and walk around and start coming closer to us.

JC: Why did you wait for that?

DF: We didn't want her to see the gun and panic.

31

FELL-00001066

DONALD FELL INTERVIEW 12-02-2000

JC: And drive off?

DF: Yeah, so we thought we would wait for her to get a little closer that way, and then Bobby just took the gun out and that was it. He said get the fuck back in the car.

JC: Did she?

DF: Yeah. Most certainly.

JC: What did you do, you said you got in the drivers seat and you guys started driving off?

DF: Yeah.

JC: She's saying why are you doing this, don't do this.

DF: No she was just asking, I said it before ah, she was saying don't kill me or?

JC: Was she begging for her life?

DF: Yeah. But I told her she would be fine.

JC: She's begging for her life, you got the keys to the car and you got what you wanted the car?

DF: Yeah.

JC: Could you have just let her go right there in the parking lot?

DF: No, then the cops would have been right on us.

JC: Okay, but physically there was nothing barring you from leaving her right there in the parking lot?

DF: No.

JC: Bobby wasn't going to prevent you from doing that?

FELL-00001067

DONALD FELL INTERVIEW 12-02-2000

DF: No.

JC: If you wanted to tell her to get out of the car you could have done that?

DF: Yeah. Oh well I don't personally I don't really know if Bobby would have done anything to her if I just told her to leave right there.

JC: But you didn't give her that opportunity?

DF: No.

JC: You and Bobby continued to threaten her to keep her in the car?

DF: Yeah, we didn't verbally threaten her just had the gun on it so, it's a threat on it's self?

JC: Let's clarify that right, let's clarify that. You didn't verbally threaten her, but did you threaten her?

DF: Kind of like with the gun. We told her.

JC: I don't think it's a kind of.

SIDE TWO TAPE ONE.

JC: Okay you are saying that's a definite because?

DF: Yes there's a gun.

JC: The gun is pointed at her?

DF: The gun is pointed right at her, I'd take it as a threat too.

JC: Okay that's what I was getting at. You would take that as a threat?

DF: Yes.

JC: Did you ever tell her there weren't any bullets in it?

FELL-00001068

DONALD FELL INTERVIEW 12-02-2000

DF: No, me and Bobby were the only two that knew that there were no bullets in it.

JC: So if you were her, and you are in the backseat and you've got this gun pointed at you, what are you thinking?

DF: I am thinking there's a lunatic with a gun pointed at me.

JC: And what?

DF: If I tried anything I would probably be shot.

JC: Okay. So she is now basically your hostage?

DF: Yeah.

JC: You held her hostage kidnapped her, in her car, and you're headed out?

DF: Yeah.

JC: Where do you go, can you describe that route that you take?

DF: Well first we went and picked up the stuff, and we went up past the diner up north I believe, too, I'm not sure if we turn off on 4 or if we continue on 7, but that's the route that we took.

JC: You head down 7 and you're not sure now whether you turn to 4 or 7?

DF: Yeah.

JC: But eventually you keep going which direction, east, west, south?

DF: South.

JC: Okay. And eventually like you've told us before you come to an area where you pull off and you're going to leave her?

DF: Affirmative response.

34

FELL-00001069

DONALD FELL INTERVIEW 12-02-2000

JC: Okay. You're going to leave her, now let's clarify some things on that. But there's conversation between you and Bobby about what specifically?

DF: When I let her go and I got back in the car, he says we have to kill her, we can't let her go, she knows our faces, she knows our names, and I guess I was pretty scared and I didn't want to get caught. Now at this point in time I agreed with him so that's when we followed her and.

JC: You followed her and got her?

DF: Yeah.

JC: Okay. Now let me clarify something on this cause I just want to understand it, cause some people say different words for different things, but I want to make sure that what I'm thinking in my mind and what you're telling me is exactly what it is. Okay? You and Bobby formulate a plan that because you don't want to get caught, you have to kill her?

DF: Yes.

JC: You understood that when you got out of the car? You and Bobby get out of the car, you track her down, she is already away from you, you could have left?

DF: Yep.

JC: Did you feel that you could have left or Bobby would have stopped you?

DF: I don't know, I really at this point I was just afraid and I could —

JC: But could you have driven right off?

DF: Maybe, maybe most likely, I don't know what Bobby might have done at this point.

JC: Fear of her getting you caught?

DF: Yes.

FELL-00001070

DONALD FELL INTERVIEW 12-02-2000

JC: You formulated a plan that you got to kill her?

DF: Yes.

JC: And now with that intent, you get out of the car?

DF: Yeah.

JC: And you track her down? What do you physically do to her? I mean lets clear this up if you can, really clear. Because if they haven't yet, because we haven't called back, if they haven't yet, we are going to find her and we're going to do an analysis on her, and it's going to tell us about the injuries and the extent of those. I want to be able to say who did what. We have to answer too things to the family.

DF: Yeah. Of course she wasn't sexually molested or assaulted or anything like that. If that's what you're coming to?

JC: That's important we hadn't asked that.

DF: She was not touched like that in anyway, she has all her clothes on. The only thing that happened was I was kicking her and Bobby threw a rock on her head.

JC: Bobby threw a rock on her head, you told me before that she was praying while this was going on?

DF: Yeah.

JC: So she's not trying to hurt you?

DF: No.

JC: She's not trying to escape anyone, she's not trying to run?

DF: No.

JC: She's not trying to hurt Bobby?

DF: No.

36

FELL-00001071

DONALD FELL INTERVIEW 12-02-2000

JC: She's not threatening you?

DF: Negative response.

JC: She's laying on the ground praying?

DF: Yep.

JC: And you're kicking her?

DF: Affirmative response.

JC: And Bobby is throwing a rock on her head?

DF: Affirmative response.

JC: To try to kill her?

DF: Affirmative response.

RP: Did you or Bobby ever tell her what you had done at the house?

DF: No.

RP: So she knew nothing about that?

DF: No she didn't.

RP: So the only thing you were concerned about was when you say, with what, nothing you were concerned about is that she would go and tell about you just taking her car?

DF: Yeah, well that and she knew our names. Not our last

RP: Correct I mean as far as you're fear or concern about what you had done, she knew nothing about, she couldn't tell them what you had done at the house?

37

FELL-00001072

DONALD FELL INTERVIEW 12-02-2000

DF: No, no, but I knew that, that it would link us to the crime so I knew that once, once that she told you guys our names and that we took the car and that. They'd have a location of where we were.

RP: Okay.

JC: So you'd get caught.

DF: Yeah. And pretty quick cause you can't out run the radio.

JC: Yeah, it's true. So your intentions of killing her was so you wouldn't get caught?

DF: Yeah.

JC: Let me ask you this. Now you're going back for some other things okay? You had made a comment about Bobby okay in the house. There some issues I want to clarify with Bobby okay, in earlier that night. Were there arguments going on and Bobby argued with Charlie, and Bobby argued with your mom, when we said conversations with Charlie. Later that evening about Charlie maybe turning you two in to the police because he knew that you had some legal problems in Pennsylvania?

DF: Nope. Charlie had no idea I had legal problems in Pennsylvania in fact I didn't know I had legal problems in Pennsylvania.

JC: Did Bobby have legal problems in Pennsylvania that he let people know about?

DF: I believe he was on the phone once, and they were looking for him for robbing a house and stealing guns out of it or something like that.

JC: Did Charlie know about this?

DF: No, no.

JC: Did you know about it?

DF: I knew about it yes.

38

FELL-00001073

DONALD FELL INTERVIEW 12-02-2000

JC: Did your mom know about it?

DF: Yeah my mom knew about it.

JC: So your mom knows that Charlie is wanted in Pennsylvania?

DF: Bobby.

JC: I mean Bobby.

DF: Yes.

JC: Is wanted in Pennsylvania?

DF: Yeah.

JC: But you don't know if Charlie knew or nor?

DF: What?

JC: You don't know whether Charlie knew that or not?

DF: Well my mom wouldn't tell Charlie that, none of his business, my mom, my mom is a person like that, she keeps things to herself basically.

JC: Sure.

RP: Did your mom have a concern about Charlie stealing things?

DF: yes, yes she did, she, she had a concern about, just about everybody she brought over stealing things. Not, that's why I don't know why she brought them over.

RP: Good point.

DF: I guess it was I don't know to have herself a good time or whatever, but why would you bring people over if you think they are going to rob you, you know. She had lots and lots and lots of expensive stuff there. She inaudible just about that big, I don't why, but yeah she's, she's concerned about that.

39

FELL-00001074

DONALD FELL INTERVIEW 12-02-2000

JC: I want you thinking back now, okay, I just want you to think a minute to reflect on something here. Okay? Thinking back about the events more specifically in the house, can you think of any other things that you worked out or that Bobby did to Charlie or your mom or to Terry, any of those incidents that you haven't been able to remember or tell us right know. I want you to think clearly; maybe it's something that's real, not such a good thing to tell us something?

DF: No. That's just with the knife you know and the car. I mean we never sexually molested her you know that would just be sick. And then if we tried that with my mom you know, cause I didn't even want her to get it any ways you know what I mean?

JC: What were you going to do with your mom if you had killed Charlie, I mean how were you going to explain that to mom?

DF: Well I was just going to go right down to the police station and that's what I was going to do. Until Bobby killed my mom and then there was two murders you know and

JC: Let me ask you this, did you kill your mom?

DF: No I most certainly did not.

JC: You didn't kill your mom?

DF: No I most certainly did not.

JC: You look at me right now and you're going to tell me that you did not kill your mom?

DF: I most certainly did not.

JC: But you killed Charlie?

DF: Yes I did.

JC: And you would have gone and turned yourself in for killing Charlie?

DF: Yes.

40

FELL-00001075

DONALD FELL INTERVIEW 12-02-2000

JC: Why didn't you turn around and beat the ever loving stuff out of Bobby an turned him in for killing your mom?

DF: Well because I mean she was already dead you know.

JC: Right, okay. Using that logic I am having asking you that question all right, cause if what you wanted to do was turn yourself in here Donnie.

DF: Cause at this point

JC: Why didn't you, why didn't you take the advantage of that, say hey you killed my mother, that's beyond what we were doing.

DF: At this point, if I did that, if I did that to Bobby then it would have been my word against his. He would have blatantly told them that I murdered both of them probably, you know what I mean. Because at this point them two are dead and Bobby is lying in a heap of blood because I 'd beat him up you know what I mean. So that wouldn't really look to good on me either you know.

JC: Did you think about that?

DF: I did yes. I most certainly did in fact I even thought about beating him up and saying that he did both of them. But I am not a liar man, I can't lie to much you know, I grew up, I can say I'm not a liar man, because if I was a liar right now I would be telling that Bobby did it all, and I did nothing, you know what I mean. But I told you flat out I killed Charlie and I had a part in killing Terry and kidnapping her and so on and so forth. But I would never ever harm a hair on my mother's head. I love my mother.

JC: Don you just made a big statement okay. When you're talking about that and you're talking about truth and lie and all that. One of the things you told me you can't lie too much, can you define too much for me?

DF: Well most of the time, if I got caught breaking a law by cops, I would tell them a fake name you know and get a citation under a fake name or something like that you know. That's about, this is a just a little too serious, you know what I mean and like I said I don't even want to be alive right now. If I could have what I was trying to look for in Wilkes Barre, I was

41

FELL-00001076

DONALD FELL INTERVIEW 12-02-2000

trying to get some heroin, I don't like needles myself, I've never done it, you know what I mean. But I was going to get some and I was going to fill a needle up and when the cop pulled us over here, I get that chance as he came up I was going to stick it in my arm and just go deep, you know what I mean. But I couldn't find none so.

JC: You were going to have yourself a little way out is that what you were looking for?

DF: Yes, yes I was just going, I was just going, I was just going to die, you know in fact I would have been much more happy.

JC: Have you used heroin in the past?

DF: I never have no.

JC: Never used heroin in the past?

DF: No but I've seen thirteen of my friends die on it. So I knew it would, especially to be put over in to a definitely over dose. You know.

RP: Inaudible.

DF: What.

RP: What inaudible.

DF: And actually, actually used angel dust, marijuana, mushrooms, I had a payote once, coke, pills alcohol.

RP: Crack?

DF: Crack yes, well I can say coke, coked up. Speed, never heroin, I never tried heroin.

RP: Were you and Bobby using anything the day you killed Charlie and your mom?

DF: Crack and a lot of alcohol. I drank quite a bit, and when I drink, I drink quick and I go through, well me and Bobby can only go through 24 beers in

FELL-00001077

DONALD FELL INTERVIEW 12-02-2000

an hour, between the two of us. So when we get beer, we like to play a card game, flip a card and flip another card and then if the suits match or the numbers match, you got to drink that many beers and what not. Or that many sips of beer you know, so we would go through about 24 beers in an hour, and play about an hour with 24 beers and two people we were pretty hammered you know.

RP: So how was your mom relationship with Bobby?

DF: Oh they got along, as far as I knew I had never seen them fight or argue when I was at work and I'd come home they would sitting there laughing having a good time you know, watching TV or whatever.

RP: Your mother ever complain to you about him?

DF: Never, not once.

RP: Did he ever complain to you about your mom?

DF: No, nope. In fact we were all pretty friendly man that's I don't understand why he killed my mom but.

RP: I know he's asked you this, but probably a couple of times already. And I will ask one more time. Is it what was happening or what was going on just before you grabbed that knife?

DF: The way I've been looking at this I was sitting there drinking playing our card game, the radio was on, classic rock was playing on the Foxx. I don't know why I remember getting up and picking the knife up, I don't remember my way through the hallway, I don't really remember the first cut, but I remember the rest of the stabs.

RP: But backing up just before you grabbed the knife, what were you saying to Bobby or what was Bobby saying to you?

DF: I don't know really the stage but really laughing and having a good time playing cards, getting drunk I know we were already drunk but just getting more you know.

RP: Do you understand what I'm looking for?

43

FELL-00001078

DONALD FELL INTERVIEW 12-02-2000

DF: No I don't.

RP: Okay. Well what I'm looking for is what triggered you?

DF: You mean like a motive?

RP: Yes a motive perhaps, but what triggered you to grab the knife and go do this.

DF: I couldn't tell you.

RP: It's nothing you have ever done this before I'm assuming.

DF: Well act, well not, not recently ah a long time back I was locked up in Nut wards about eight times, for stupid shit when I was a kid. I had stabbed a person; I shot somebody a lot of violence things like that. The one time I ripped my bedroom door of the hinges and threw it down the steps at my stepfather.

JC: Who did you shoot?

DF: I shot my friend Johnny in the shoulder.

RP: Was that reported to the police?

DF: Yes it was in fact his dad was a cop, it was his dad's gun. We were kids, that was an accident, that one they never believe me, they thought I did it on purpose. What happened was we were little kids and he said you want to see my dad's gun, and I said yeah? So we looked at his dad's gun and I mean his dad kept the gun in the kids' bedroom door, loaded with two little clips, and it wasn't even on safety. I took the clip out and pointed at the wall and I didn't know nothing about guns or anything about one being in the chamber or anything like that you know what I mean. I pulled the trigger and he jumped in the way and it went through his shoulder. And they threw me in the Nut ward for that. They didn't believe me that it was an accident but the fact that, the doctor tell him that there is no such thing as accidents. I was pretty shaken up myself, but I was still friends with him, I still am now.

RP: Who did you stab?

44

FELL-00001079

DONALD FELL INTERVIEW 12-02-2000

DF: Ah, a girl named, Julie, Julie Cross, we were kids, we were fighting in my house, and she kneed me in my nuts, and she pushed me through, right through my dad's fish tank. And she went into the kitchen and I took my fork off my dinner plate, I was eating dinner, and I threw it and it stuck in her leg, right there. And they hauled me away for that one.

JC: To clarify again just so we all understand, okay. You knew what you were doing when you picked up Terry?

DF: Yes.

JC: You told us that?

DF: Yes.

JC: You could have walked away?

DF: Yes.

JC: You chose not to?

DF: Yes.

JC: And you could have let her go free?

DF: I could have, yes.

JC: But you chose not to. You and Bobby formulated a plan and you articulated that. I mean you spoke about to each other so you each knew that you were going to kill her?

DF: Well it really wasn't premeditated, it was just spur of the moment.

JC: Spur moment there by the side of the road?

DF: Yes.

JC: But you talked about it and said let's kill her, and you got out of the car and did it?

45

FELL-00001080

DONALD FELL INTERVIEW 12-02-2000

DF: Like two seconds it wasn't premeditated or nothing, it was just let's go you know.

JC: But when you went out of the car, could you have gotten back in the car and gone away?

DF: Yes.

JC: Okay, so you didn't do that and continued on?

DF: Affirmative response.

JC: And you killed Terry?

DF: Yes.

JC: You and Bobby together?

DF: Yes, yes we both killed Terry.

RP: Just a couple quick things. Where are the clothes that you were wearing to Pennsylvania, you changed into, where are those clothes now?

DF: I didn't change. I didn't change from the time I left Vermont until I got here, I was in the same clothes, I had no time to shower, I didn't shower at my friends house or nothing like that.

RP: What were you wearing, I don't know if we asked you that or not?

DF: Army pants army fatigues, I had my black boots on, or brown boots, I think they're brown. But I had a Slayer's shirt on, a black Slayer shirt that had a demon looking think on it. And I had my hooded pullover and I had a brown leather fringed jacket.

JC: What's with the window shades in the back of the car?

DF: The what?

RP: Window shades are those yours?

46

FELL-00001081

DONALD FELL INTERVIEW 12-02-2000

DF:  Window shades?

RP:  In the trunk?

DF:  Oh no they're not mine.

JC:  There's a diary in the car, talks a lot about suicide?

DF:  You mean that little black book?

JC:  Yeah.

DF:  That's Bobby's songs.

JC:  Bobby's songs.

JC:  Did he write one while you guys were together in the last couple of days?

DF:  No, I didn't see him write one.

DS:  Well I was just wondering I forgot to ask Bobby, I wanted to see if, I was just going to take a picture of you guys, but never mind.

JC:  I am going to ask him one more thing before we clarify everything else. Okay. Did you understand everything we've talked about today?

DF:  Yeah.

JC:  Did we threaten you at all?

DF:  No.

JC:  Have we treated you humanely?

DF:  Most certainly, most certainly.

JC:  With respect?

47

FELL-00001082

DONALD FELL INTERVIEW 12-02-2000

DF: Yes, definitely. To tell you the truth you should be smacking my head off the wall, but.

JC: But we didn't do that did we?

DF: No, no you didn't, but I am saying you should have.

JC: Okay. We didn't threaten you to make a statement?

DF: No.

JC: You did this voluntary?

DF: Most certainly.

JC: You understood what you're doing now?

DF: Yeah.

JC: You understood what you were doing when you kidnapped and killed Terry?

DF: Yeah, yeah.

JC: What you were doing at that house?

DF: Yeah.

JC: You understood the Miranda thing?

DF: Yeah.

JC: That was given to you tonight?

DF: Yeah.

JC: All right. Donnie, I am going to have you raise your right hand.

48

FELL-00001083

DONALD FELL INTERVIEW 12-02-2000

JC: Donnie do you swear under the pains and penalties of perjury that the information you have provided on this taped statement is true and accurate to the best of your knowledge?

DF: I most certainly do.

JC: Okay thank you. At this time this completes the taped statement of Donald Fell. The time is 1808 hours Central Standard Time.

Ntb 12-07-00.

Reviewed and checked by Det Sgt Cruise on 12 Dec 2000

49

FELL-00001084

# EXHIBIT 63

GENL-84 REV 01/98E

# New York State Police Investigation Report

| 1. Troop | | 2. Station | | 2A. TZS | 4 Case No | | 3. Station Dover Plains | | 3A. TZS K221 | 5. Case No. 00-833,841-845 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| C O | C-1 | 6. Complainant Name (Last, First, Middle) Hoover    Gary    Edward | | | | | | | | 7. DOB | UNK ● |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | 8. Street # / Name REDACTED - FELL | Apt. | C/T/V Kingston | | State NY | Zip 12401 | County Ulster | | 9. Phone 8453319807 |
|---|---|---|---|---|---|---|---|---|---|

| | 10. Employer Federal Bureau of Investigation | Address 249 Stockade Drive Kingston NY 12401 | 10A. Occupation Agent | 10B. Bus. Phone 8453319807 |
|---|---|---|---|---|

| A I N T | 11. Place of Occurrence - Specific Location Private Property East of State Route 22 - 9/10 mile south of County Route 6 | | | | 11A. County Dutchess | |
|---|---|---|---|---|---|---|

| | 11B. C-T-V Town of Dover | 11C. C-T-V CODE K1453 | 12. Date Occurred: From - To 120100    — | Time Occurred: From/To 8:45 PM    — | 13. Date Reported 12 01 2000 | Time Reported 8:45 PM |
|---|---|---|---|---|---|---|

| | 14. Owner if other than Complainant | Address | 15. Weather ● Clear ○ Cloudy ○ Rain ○ Fog ○ Sleet ○ Snow |
|---|---|---|---|

| C A S E | 16. Character of Case | | 17. Counts | 18. Case No. | 19. CC Code |
|---|---|---|---|---|---|
| | Murder 1st degree | | 2 | 00-833 | MUR1688 |
| | Kidnapping 1st degree | | 2 | 00-841 | KDN1860 |
| D A T A | Robbery 1st degree | | 2 | 00-842 | RBY3060 |
| | Crim. Poss. Stolen Property 3rd degree | | 2 | 00-843 | STP3800 |
| | Crim. Poss. Weapon 4th degree | | 2 | 00-844 | CPW1045 |
| | Trespass | | 2 | 00-845 | TRE0737 |

Code: Stolen (S)    Crim. Misch. (M)    Evidence (E)    Term. Msg (T)
Used in Crime (C)    Recovered (R)    Genl. 2 (A)    Other (O) (Specify)

| 20. P R O P E R T Y | P-1 | Code E | Qty 1 | Description VHS Video Tape | ID - Serial Number | 21 Monetary Value 2.50 |
|---|---|---|---|---|---|---|

| 22. V E H | V-1 | ○ Used in Crime    ○ Acc. MV    ○ Acc. Non MV    ○ Suspect ○ Crim. Misch.    ● Stolen    ● Recovered    ● OTHER (Specify) S-1's Property |
|---|---|---|

| | Description - Make Plymouth | Year 1996 | Reg. No. BNR602 | State VT | Stolen MV - Keys in Ignition    Yes ○    No ○ |
|---|---|---|---|---|---|
| | Color eal Gr | Body - Model Neon | Vin No. 3P3ES47C1TT213957 | | Recovered - Running Condition ○    ○ |

| 23. W E A P O N | W-1 | ○ Used in Crime    ○ Lawful Surrender    ○ Unlawful Poss.    ○ Stolen    ○ Other (Specify) |
|---|---|---|
| | ○ Revolver    ○ Pistol    ○ Rifle    ○ Shotgun    ○ Other | D E S C R I P | Make - Type Model    CAL - GA    Name of Owner or Licensee Ser. No.    ○ Loaded    Tot Capacity    Address Finish    Blue ○    ○ Other (Specify)    ○ Unloaded    Rds Fired    Lic. No.    Date of Issue Silver ○    Unexpended Rounds    County of Issue |

| 24. D O C U M E N T | D-1 | Kind of Document    Name of Receiver    Reason ○ No Acct. ○ Insuff Funds ○ Acct. Closed ○ Forgery Name of Maker - ID or Address Given    Identifiable Yes ○ No ○ Bank Drawn On - Address    Doc. No.    Photo-Suspect ○ ○ Doc Date    Doc Amount    Money, Property or Service Obtained |
|---|---|---|

| 25. D A M | Describe or List Physical Damage or Any Other Loss |
|---|---|

| 26. INSUR | Property Insured? ○ Yes ○ No | Name of Insurer | Amt. Insurance | 27 Total Value 2.50 |
|---|---|---|---|---|

| 28. D I S P O | No. | Date | Disposition | | 30. RCN Retained Destroy |
|---|---|---|---|---|---|
| | P1 | 12 13 2000 | TOT FBI AGENT Elizabeth Maher | | |
| | V1 | 12 01 2000 | Recovered and Retained by Clarksville Arkansas PD | | |

| 29. W E S s | WT-1 | Name (Last, First, Middle) - Address Leight, Michael S - REDACTED - FELL Brewster NY | Age 19 | REDACTED - FELL |
|---|---|---|---|---|
| | 2 | Place, Laura J - REDACTED - FELL Amenia NY | 32 | REDACTED - FELL |
| | WT3 | Fisher, Tracy L - REDACTED - FELL Dover Plains NY | 21 | REDACTED - FELL |
| | WT4 | Cancel, Keith T - REDACTED - FELL Poughquag NY | 16 | REDACTED - FELL    30A. Report Date 122700 |

FELL-00001085