# EXHIBIT 158

# CHILDLINE REPORT OF SUSPECTED CHILD ABUSE AND NEGLECT
## FOR CHILDLINE USE ONLY

| DATE OF ORAL REPORT 4/18/93 | PENDING COMPLAINT NUMBER GPS | COUNTY WHERE ABUSE OCCURRED Luzerne O.S | |
|---|---|---|---|
| INVESTIGATING COUNTY Luzerne | CPS WORKER Mary Lou Mehl | GIVEN | TIME: 8:25 DATE: |
| PRIOR REPORTS ☐ YES (See attached) ☐ NO ☐ INSUFFICIENT INFO. | CHILDLINE WORKER Lorrie Deck | RECEIVED | TIME: 8:06 DATE: |

**REPORTING SOURCE (Confidential)**

NAME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| ADDRESS | TELEPHONE NUMBER | ☐ Work ☐ Home |
|---|---|---|

SOURCE OF KNOWLEDGE OF SITUATION
☐ OBSERVED ☐ TOLD BY ANOTHER PARTY       DATE

NAME/ADDRESS OF OTHER PARTY:

ACTIONS TAKEN OR ABOUT TO BE TAKEN
☐ PHOTO-GRAPHS ☐ HOSPITAL-IZATION ☐ MEDICAL EXAM ☐ X-RAYS   POLICE (LIST DEPARTMENT) ☐ _____   EMERGENCY ☐ CUSTODY TAKEN   OTHER (SPECIFY) ☐ _____

| 1. NAME OF CHILD (Last, First, Initial) All #8 | SOC. SEC. NO. | BIRTHDATE | SEX ☐ M ☐ F |
|---|---|---|---|
| ADDRESS (Street, City, State & Zip Code) REDACTED - FELL   Wilkes Barre | | COUNTY | |
| 1A. PRESENT LOCATION IF DIFFERENT THAN ABOVE | | COUNTY | |
| 1B. SCHOOL OR DAY CARE (NAME & ADDRESS) | | GRADE _____ | ☐ Regular Class ☐ Special Class |
| 2. BIOLOGICAL/ADOPTIVE MOTHER (Last, First, Initial) Unknown | SOC. SEC. NO. | D.O.B. | TELEPHONE NO. Unknown ☐ Work ☐ Home |
| ADDRESS (Street, City, State & Zip Code) Same as 1 | | COUNTY | |
| 3. BIOLOGICAL/ADOPTIVE FATHER (Last, First, Initial) Unknown | SOC. SEC. NO. | D.O.B. | TELEPHONE NO. Unknown ☐ Work ☐ Home |
| ADDRESS (Street, City, State & Zip Code) Same as 1 | | COUNTY | |
| 4. LEGAL GUARDIAN/AGENCY WITH CUSTODY | SOC. SEC. NO. | BIRTHDATE | SEX ☐ M ☐ F |
| ADDRESS (Street, City, State & Zip Code) | COUNTY | TELEPHONE NO. ☐ Work ☐ Home | |
| 5. PLACEMENT AGENCY | | | |
| ADDRESS (Street, City, State & Zip Code) | COUNTY | TELEPHONE NO. ☐ Work ☐ Home | |
| 6. ALLEGED PERPETRATOR (Last, First, Initial) parents | SOC. SEC. NO. | RELATIONSHIP TO CHILD | SEX ☐ M ☐ F |
| ADDRESS (Street, City, State & Zip Code) | D.O.B. | COUNTY | TELEPHONE NO. ☐ Work ☐ Home |
| 7. ALLEGED PERPETRATOR (Last, First, Initial) | SOC. SEC. NO. | RELATIONSHIP TO CHILD | SEX ☐ M ☐ F |
| ADDRESS (Street, City, State & Zip Code) | D.O.B. | COUNTY | TELEPHONE NO. ☐ Work ☐ Home |

**8. FAMILY HOUSEHOLD COMPOSITION (Excluding Above Names)**

| | NAME (Last, First, Initial) | AGE or D.O.B. | RELATIONSHIP TO CHILD | | NAME (Last, First, Initial) | AGE or D.O.B. | RELATIONSHIP TO CHILD |
|---|---|---|---|---|---|---|---|
| A. | Unknown | 11? | male | E. | | | |
| B. | Terry | 9? | female | F. | | | |
| C. | | | | G. | | | |
| D. | | | | H. | | | |

Commonwealth of Pennsylvania    Department of Public Welfare    Office of Children Youth & Families    CY 47C - 9/90

FELL-00001881

4.23.93

**9. SPECIFIC ALLEGATIONS:** Describe what ...ppened to child. When and where did alleged abuse... ...ect occur? What is child's current condition? What's frequency & severity of alleged abuse/neglect?

DATE OF INCIDENT 4/7/93

Chn are frequently left home alone. RS believes parents were not all night, are still not home. Parents appeared drunk when they left last night. Male ch was out ~~~~~ somewhere until 11 pm. Unk if sib was home alone or not during that time period. Parents have done this one other time

**10. ADDITIONAL RISK FACTORS: CHILD**

**A. DESCRIBE ANY PHYSICAL, MENTAL OR BEHAVIORAL FACTORS THAT MAY PLACE THE CHILD AT RISK:**

Chn home alone

**B. DOES THE CHILD APPEAR TO NEED IMMEDIATE MEDICAL ATTENTION?** ☐ NO ☒ UNKNOWN ☐ YES    IF YES, PLEASE EXPLAIN:

**C. DOES THE CHILD APPEAR TO BE FEARFUL, SUICIDAL OR WITHDRAWN?** ☐ NO ☒ UNKNOWN ☐ YES    IF YES, PLEASE EXPLAIN:

**11. ADDITIONAL RISK FACTORS: FAMILY**

**A. DESCRIBE ANY CARETAKER/PERPETRATOR CHARACTERISTICS THAT PLACE THE CHILD AT RISK:**

**B. DESCRIBE THE EXTENT OF PERPETRATOR(S) ACCESS TO CHILD:**

HHM

**C. IS THERE ANY SUBSTANCE ABUSE IN THE HOUSEHOLD?** ☐ NO ☒ UNKNOWN ☐ YES    IF YES, PLEASE EXPLAIN:

See Above

**D. DOES THE CARETAKER/PERPETRATOR HAVE A HISTORY OF VIOLENCE OR SEVERE EMOTIONAL PROBLEMS?** ☐ NO ☒ UNKNOWN ☐ YES    IF YES, PLEASE EXPLAIN:

**E. WHAT IS THE ENVIRONMENTAL CONDITION OF THE HOME?**

Unknown

**F. WILL CHILD BE AT RISK DUE TO CPS INVOLVEMENT?** ☐ NO ☒ UNKNOWN ☐ YES    IF YES, PLEASE EXPLAIN:

FELL-00001882

# EXHIBIT 159

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: May

WORKER: D.Geima

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 5/1/91

Location: Phone

Who Seen: Mrs. Fell

'eft Sunday afternoon returned Tues.
Bunker slept at friend's (Todd) Sat.

She thinks Mr. Fell may have done it himself.

C.S.C.
usher 4
April 22 - went to CSC

1. ) Mrs Fell called to cancel today's appt. She said her mother is having a birthday party for Donny Jr. after school.

2. ) She said she had been out of town for a couple days. She left Sunday afternoon + returned Tues. afternoon. Wkr. asked her where she was Saturday night She said Donny was sleeping over at his friend Todd's house, + Teri was sleeping at her girlfriends house. Bu she was home most of the night

over

FELL-00001883

Wkr explained to her a/b the referral that came in on April 27. She said the kids were not home on Saturday; and she doesn't know anything a/b Mr Fell being there — She said she walked to the convenient store for cigarettes + when she came back she did notice that the knob on the back door was broken. She really didn't think too much ab it then; but she says it is possible that Mr. Fell broke in. — She thinks he may have even called Helpline. B/k she has told him it's over + he wants to get back together. She said she is dating this guy who is a carpenter + he really nice + the kids like him. That's who they went away w/. They went to Conn. to meet his parents for their anniversary party.
                                                    Con't

Debbie said C.S.S. never
Called her Back to have family
Counseling — So she went to C.S.C
     She had one appt. on April 22
and now she has to schedule an
appt. of Dr Hausha for Donny.
     She said she does have some probs.
w/ Donny — b/c he tries to act like
his dad.
          She asked her to come out tomorrow
instead of today.

FELL-00001885

# EXHIBIT 160

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: May

WORKER: DSeiman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 5/2/91

Location: Home

Who Seen:

Mrs. Fell

Donny

+

Teri

al?

1. ) Scheduled Visit to review 4/90 FSP & discuss goals for 5/91 FSP.

2. )

Mrs. Fell introduced wkr to her paramour who was on the couch. She said he has not been staying there - He works 3rd shift.

Wkr reviewed previous FSP & Debbie signed it.

Donny came home from school + sat at the kitchen table + talked to wkr for a few minutes.

FELL-00001886

He said things are going well, but he does miss his dad ~~sometimes~~. He then went outside to play w/ his friends.

Debbie said she went to one appt at CSI & she is scheduled to take Donny to see Dr Haisha - (she showed us the appt. card). She thinks the kids need to deal w/ her & Mr Fell separating.

WKU asked Debbie if she has been drinking at all & she said no — her boyfriend doesn't drink. There were no signs of alcohol in the home.

Teri was just returning from her C.O.A. group as who was leaving, but who did ~~stop~~ talk to ~~her~~ for a few minutes.

FELL-00001887

# EXHIBIT 161

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: June

WORKER: PHGerm

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 6/4/91

Location:

Who Seen: Home

Debbie
Donny
Teri

1. ) Unannounced visit to ~~■~~ review 5/91 FSP.

2. )

Both children were home when wkr arrived & they appeared to be fine. Donny had stayed home from school b/c he wasn't feeling well.
    Teri went to her friend's house.
    Wkr sat down w/ Mrs Feel + reviewed her ~~go~~ progress on the objectives in the FSP. Once it was completed she signed it.
    Debbie then told wkr she has to move out by the

trailer by July 1 b/c her landlord sold the trailer.

She has already applied to Pittston Housing Authority. but since she is not a resident of Pittston, she's low priority.

–She said she does not want to live in W-B. – She has been sending the papers. Wkr told Her to contact wkr if she needed any assistance or letters for anyone.

–She is still seeing the same guy. His name is Al Wilcox + he works at KC Construction Co.

She is interested in sending the kids to camp, but was told there was no funding available. Wkr put her name on a list to Jack McCutcheon.

FELL-00001889

# EXHIBIT 162

CONTACT SHEET

CASE NUMBER:                          MONTH: June

CLIENT NAME: Fell                    WORKER: DJ

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |
| Date: 6/24/91<br>Location: PRove<br>Who Seen:<br><br>Debbie Fell<br><br>883-1109<br><br><br>$430.00<br>court costs<br>&<br>back rent | 1. ) Debbie called to give<br>2. ) w/d her new number.<br><br>She said she is still<br>at the same address,<br>but she only has until July 28,<br>However, the Magistrate<br>said if she paid court<br>costs & back rent (totalling<br>$430.00): then she could<br>stay 30 more days (that<br>would be until August 28).<br>She said she's having<br>a hard time finding a<br>3 bedroom apt. → |

FELL-00001890

She said she's still upset
a/b the fact that Pittston
Housing Authority doesn't consider
her to be a Pittston resident.

She said she called for
Section 8, but they said she
needed an apt. first. ● Wkr
said she didn't think that's
the way they did it. Debbie
said she'd to call them again.

Wkr told her to call CEO
+ ● see if they could help w/ the
$435.⁰⁰.

She said she has already started
to pack her stuff, but she's thinking
a/b just getting a 2-room apt in Pittston
for now - So she can qualify for their
subsidized housing + then get a 3 bedroom.

FELL-00001891

# EXHIBIT 163

**CONTACT SHEET**

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: July

WORKER: D H Feeman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 7/8/91

Location: Phone

Who Seen:

1. ) To return Debbie's call —

2. ) Her phone has been disconnected.

7/8/91

wkr called Directory Assistan and was given this numb for Debbie Fell.

883-1109

7/8/91 1.c.

1) Same as above

2) No answer

12:42pm

**IMPORTANT MESSAGE**

Norma

FOR

DATE 7-5-91   TIME 10 A.M./P.M.

M Debbie Fell

OF

PHONE   AREA CODE   NUMBER   EXTENSION

7/8/91 Phone call Debbie

) Debbie called to inform wkr that she moved to.

FELL-00001892

# REDACTED - FELL / before.

main + N. Washington) — Big grey
house. — 4 bedrooms — She
said she was moving today.
She will call CEO to find
out if they can help her
w/ the security deposit.
She asked me ule to wait
at least 2 weeks before coming
out so she could get moved in
+ clean up the place.
w/a suggested the 24 or 25
+ Debbie said that could
be fine. — She'll call
when she gets her new phone #

FELL-00001893

# EXHIBIT 164

CLIENT NAME: Fell

ADDRESS:

MONTH: December

WORKER: D.L.German

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) 2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 12/20/91<br>Location: Phone<br>Who Seen:<br><br>Al<br><br>4/520r<br><br>Above had called to say was coming to pick up gifts. | 1. )<br>2. ) Wk returned Debbie's call - She was not in. -<br><br>Al started talking to wk - he seemed depressed + possibly intoxicated. He admitted that he did have a couple of beers. - He said he'd like to talk to wk b/c he really loves the kids, but he does not love Debbie - only as a sister - He said Debbie can't accept that. I'm not sure ● |

FELL-00001894

him to handle it. He'd like to talk w/ wkr b/c he feels comfortable talking w/ this wkr — he doesn't want to go for counseling.

He said he doesn't love her + he hasn't even kissed h. for a few months — "I can't even go to bed w/ her."

He feels that he is going to have to move out, but it'll have to wait until he feel better.

wkr suggested that he stop drinking b/c that will depress him more.

FELL-00001895

# EXHIBIT 165

CASE NUMBER:                          MONTH: _9 Dec_

CLIENT NAME: _Fell_                   WORKER: _D. Stern_

ADDRESS:                                      W Brian Irkup

---

CONTACTS                    1. )   GOAL OF CONTACT:  (PURPOSE)

                            2. )   OUTCOME:  (WHAT TRANSPIRED)

---

Date:  _12/23_             1. )   CPS Investigation

Location: _Home_                   - childline # for

Who Seen:                   2. )           emotional abuse.

_Donny_                            - Brian explained to

_Debbie_                    Debbie the allegations +

_Teri_                      the process. - Who

_M_                         spoke to Donny + he

                            appeared to be fine at

                            this time. He said there'd

                            be no problems over the

                            holidays.

                                    - Brian said he'd be

                            in touch of the family after

                        the   New Year. to complete the

---

FELL-00001896

FELL-00001897

# EXHIBIT 166

CONTACT SHEET

ASE NUMBER:                          MONTH: _January_

LIENT NAME:                          WORKER: _DGSeime_

ADDRESS: _Fell_

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |
| Date: 1/13/92 | 1. ) To schedule an appt for w/Kr + Brian (C) to come out for follow up on CPS report. |
| Location: | |
| Who Seen: Phone | 2. ) — Debbie had taken Denny to the hospital for Blood tests + a CAT scan. |
| W/1 | — He will leave a message that we'll be out Wed. at 4:30 pm |

FELL-00001898

# EXHIBIT 167

**CONTACT SHEET**

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH:

WORKER: Marsh

P. Leonard

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 3/3/92

Location: Home

Who Seen:
Debbie
Leii
Danny
+ ?
Lenny?

1. )  Unannounced Visit

2. )  As wka walked into the front yard - Danny was coming out of the front door - he looked at wka + then turned around + went back inside. - wka then knocked on the door - she could hear Debbie yelling - Debbie let wka in + they went into the Living room - where Leri was sitting on the arm of a guy named. Lenny + she was crying. She said Danny just hit her. ......

FELL-00001899

CONTACT SHEET

P2

CASE NUMBER: _____    MONTH: _____

CLIENT NAME: _____    WORKER: _____

ADDRESS: Fell 3/3

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: _____    1. )

Location: _____

Who Seen: _____    2. )

2 beers w/ Lenny, but that
they were going to take the kids to
McDonald's for dinner.
Claims she hasn't really been drinking.
— Stopped going to Wyoming Valley D+A
— but said she would call them to
&c schedule another appt.

FELL-00001900

# EXHIBIT 168

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: April

WORKER: D. Sherman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) <br> 2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 4/20/92 <br> Location: Ben Hos. <br> Who Seen: <br> Denny | 1. ) To find out how Denny was doing. <br><br> 2. ) We met w/ Denny. He said him & his mom fight a lot. — Wants his mom to stop yelling at him — says that's all she does. — Dr. suggested mom not visit this first week. — He did see her briefly yesterday. + has a family session this week. Claims everything else at home is fine. — Who asked a/b him |

FELL-00001901

fighting w/ Terri + hitting her.

- He downplayed hitting + said
she was lying a/b it a lot
of the time.

He said he just wants his
mom to stop yelling.

We told him she would be
talking of his mom soon.

FELL-00001902

# EXHIBIT 169

# INTENTIONALLY LEFT BLANK

FELL-00001903

# EXHIBIT 170

IS T
WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3A23895                         383700
012693 0521P        12Y  043080
FEUSSNER, A              824-5842
REDACTED - FELL
WILKES BARRE                    PA M S
000

P-766-2

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/93 | 5¹⁰-1³⁰ | Phys note | [illegible handwritten text] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| 1-27-93 | 12-5 | Nurse | [illegible handwritten text] |
| | | | [illegible] |
| 1-27-93 | 10pm | Chap | [illegible handwritten text] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| 1-27-93 | | SW | [illegible handwritten text] |
| | | | a male peer. No major behavior problems — |
| | | | poor concentration in [illegible] |
| | | | much [illegible] |

FELL-00001904

FELL. DONALD
3823895
012693 0524P    12Y    383700
FEUSSNER. JA           043080
REDACTED - FELL        824-5842
WILKES BARRE           PA HS
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 12793 | 4:00 PM | TWD | Donald is quiet & talkative on unit. He doesn't like up to his sister he is here because of not going to school, getting poor grades, not always listening to her. He states a few months ago he threw a knife at his mom while they were arguing. He states he hit him because he wasn't hurt. He states that at times he gets into trouble because his sister blames stuff on him, his mom believes her. He states he can't state specifically what he & mom disagree about. He states he would like to get along better with his mom. He states that he gets along fine with mom's boyfriend but he also wishes Donald would behave. He states he doesn't want to end up like his sister who is an alcoholic. He states he only does this for money & didn't like it. He states he wishes he could go to school but he has to wait until 9th grade. He states if he has to go to P.H. he will without problem. He denies suicide or depression. ___ |

Formulated: April, 1988

FELL-00001905

FELL. DONALD
3823895
C12693 0524P   12Y  013080
FFUSSNER, JA      824-5842
REDACTED - FELL
WILKES BANKE
000
383700

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/27 | 400 / 12 30 | MHW notes | Pt remains on level S-1. He was quite [illegible] great part of the night. He took part in all activities with ample participation. He occupied his free time by playing cards and interacting with his peers. In group, he spoke about the reasons that [illegible]. The [illegible] and did not see the [illegible] of his behavior. He became [illegible] when confronted with his behavior and the possibility of being placed away from his peers. He admitted being out of control. He told [illegible]. — T.F.S.C. MHW |
| 1-28-93 | 12.5 | mhw | Appeared to sleep as observed q 15 min. Shari [illegible] |
| 1-28-93 | 1 30 pm | group | Donald states that if he continues to be [illegible] he might work a home & set up [illegible] around [illegible] friends & getting into more trouble. He states however he will behave appropriately & will [illegible] to do to be [illegible] home on time, go to school & follow more rules. — Suzanne [illegible] Therapist |

FELL, DONALD
3823895
012693 0524P    383700
FEUSSNER, JA    12Y  043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/9? | 5pm | RN | Please see nurses note. _Audrey Bartlett_ |
| 1/6/93 | 3:2? | eve RN | Donald participated during education. He read well and was cooperative. When I asked him assessment questions he acted as if he couldn't understand why he gets in trouble at school. I spoke to the guidance counselor, who mentioned that Donald has to be watched every minute. ———— _Mary O'Hearn, Teacher_ |
| 1/28/9? | 4:15 | shift note | Pt on level S-1. Had him Had P done this evening by the pediatrician. Between battles when not with a particular ... peer. Playing cards with peers during free time. Had family session this evening and was disrespectful + manipulative toward mom. Had snack and went to bed without difficulty. ———— _Tiny P. Lappas-nurse_ |
| 1-29-92 | 12p | Thrp | Donald stated in group his need to talk more to his parents (mom & stepfather) & not have an attitude. He states he wants to again ... He admits some of his are negative influences. _Suzanne N. Smith, therapist_ |

Formulated: April, 1988

FELL-00001907

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD

REDACTED - FELL

WILKES BARRE
KOO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/27/93 | 8:00-11:30 | MHW | Donald had select peer interaction throughout the day. Patient cooperative with unit routine. Donald participated during art group. Donald remains on level S-1 with 15 minute checks done throughout the shift. _____ |
| 1/27/93 | 4:00 | education | Donald entered the program during education and was attentive. He participated during art and was cooperative. _____ Mary _____ teacher |
| 1/27/93 | 3:00-11:00 | MHW | Patient remains on level S-1. Appetite good for dinner. Participated in education, patient appears restless during education. However he did complete his assignment. He has no visitors or phone calls this evening. In group patient shows poor insight into his problem areas. Ate snack and enjoyed watching movie with peers before bedtime. Put to bed 10 PM without problems. At 11:30 PM patient resting quietly at this time. _____ |

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1-30-93 | 12MN 8:30 | MHW | _[illegible handwritten entry]_ |
| | | | _[illegible]_ |
| | | | _[illegible]_ |
| 1/30/93 | 6AM 4:3_ | RN | please see nurses notes _[signature]_ |
| 1-30-93 | 12:30_ | MHW | Patient remains on level 5-1, needed |
| | | | redirection for silliness during free time. |
| | | | Participated in education. _[illegible]_ the assess |
| | | | ment without problems. Had no visitor or |
| | | | phone calls this evening. In group he states |
| | | | that he has not talked with his mother |
| | | | since family session. Ate snack and |
| | | | watched movie before bedtime. 11pm - 12_ |
| | | | Patient resting quietly at this time. _[signature]_ |
| 1-31-93 | 12MN 6:30 | MHW | Pt appeared to sleep, deep respirations until |
| | | | awakened @ 5 minutes. AM care completed. |
| | | | _[illegible]_ _[signature]_ MHW |
| 1/31/93 | 8AM 4:30_ | RN | please see nurses notes _[signature]_ |
| 1/31/9: | 4-10_ | RN | Pt on level 5-1 _[illegible]_ |
| | | | with _[illegible]_ insight & judgement limited, |
| | | | accepts little responsibility for behavior |
| | | | _[illegible]_ during free time. |
| | | | Had snack and watched Super Bowl with |
| | | | peers. To bed without difficulty. _[signature]_ |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3873895
G12693 0524P    121  383700
FFHSCHER     TN              043080
REDACTED - FELL 024-5842
WILKES BARRE                PA  M  S
502

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/43 | 7:15 | *illegible* | *illegible handwritten text* |
| | | | *illegible* |
| | | | *illegible* |
| 2/93 | 430 | Sh/b | Pt. ↑ to level C today. Attended Community meeting And no complete goal for the day. Complimented on getting only 2 points p incident yesterday. At present Pt. is Bright, pleasant and social. Somewhat silly at times But Easily redirected Attends all groups And activities. *(signature)* hm/lu |
| 2/93 | 12:? | Group | Diana at first couldn't think of anyone who is her role model. *illegible* finally thought of her grandma. *illegible* states she is a great listener & is a *illegible* mom herself. *illegible* is a nice lady & will always listen to her problems — Suzanne D *illegible* *illegible* |
| 2/93 | 8:00 pm | *illegible* | please see *illegible* notes *illegible* Binter |
| 2/1/93 | 2:57 | *illegible* | Donald participated during education and art and did well. Mary O'Hern, Teacher |

FELL-00001910

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record) FELL, DONALD

TR23895                383700
0:2693 0524P    12Y  043080
FEUSSNER. JL      A21-5847
REDACTED - FELL
WILKES BARRE          PA M S
000

| Date | Time | Heading | |
|------|------|---------|---|
| 6/8/93 | 5p | Fac'd. | Out of sequence: Developed Treatment plan with patient. Following this Reviewed plan. Pt appeared unmotivated of suicide. — Rel Teszler ms — |
| 4/1/93 | 3pm | IND. | Discussed how to hope to convince his family into taking him home. Pt feels his doing better on the unit but isn't sure this is enough to convince them he's doing better. Don also talked about his sister/mom/grand-mother. He feels his grandmother could assist his mom in watching him + to keeping him out of trouble. Rel Teszler msw |
| 2/1/93 | 4:00 12:3 | MNu) | Donald disruptive and in need of several time outs. Patient shows no focus on treatment issues. Patient demanding and argumentive at bedtime. Donald remains on level C, at this time. Smith(CAAAA) mtu) |
| 93 | 12 p | maw | Appeared to sleep as observed q 1/2°. — Sharie Jones maw |

Formulated: April. 1988

**VILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Donald states that he does want to go home but states that he hopes he can convince his mom ... stated that he will probably have to go to partial hospitalization which he would rather stay as outpatient with his hope. However, he states he will ... that he do well. [illegible signature] |
| | | | refer to ... [illegible] |
| | | | Donald participated during education and art and was cooperative. However, one female peer seems to get on his nerves and he may lose his temper with her if they are careful. ——— Mary O'Rourk, Teacher |
| | | | [illegible] seemed interested ... he was cooperative [illegible] tonight. However, he did not complete program. He [illegible] his treatment plan with staff. He still that he did not [illegible] ... He [illegible] he would [illegible] ... he wants to go home with them. Tim [illegible] MHW |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-93 | 10:— | MHW | Appeared to sleep as observed q 1/2° ————— (Share Jones RN) |
| 2/3/93 | 12:3pm | Group | Talked about the upcoming family session — pt admits not thinking much about family session — being thinking about goals etc. Encouraged to talk ~ staff before the session & prepare himself. ~ Rob(?) RN MA |
| 2/3/93 | 1:30p | Ind | Talking c pt about what to read, to do or what he hope will happen in upcoming family session. Encouraged to write down what he hope will happen in family session as well as any notes to himself of things he hope to remember. ~ Rob(?) MA |
| 2/3/93 | 3:16 | education | Donald watched the program during education and was generally cooperative. He missed and slept in some evaluations. ~ Mary (?) Teacher |
| 2355 | 8:00 8:30 | S.A. | Pt on level C. On room restriction due to incomplete goal. Worked on new goal and school work. Out for groups. — D. Smith |

FELL-00001913

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-13 | 45:00 10:20 | men | Donald remained in room, situation for shower complete goals. Patient had a family session this evening. Patient cooperative at bedtime. Donald remains on level C at this time. — _[illegible signature]_ |
| 2.4.93 | 1:50 | men | _[illegible]_ |
| 2/4/93 | 3:51 | _[illegible]_ | Donald participated during education and art and was generally cooperative. However, he did get into an argument with a peer which he never allowed to escalate. — Mary _[illegible]_ |
| 2/5/13 | 8:30 | _[illegible]_ | Donald level C — participated in all groups. Was disruptive in group II, gave _[illegible]_. Also a time out, dealt with peers playing _[illegible]_ fell. _[illegible]_ — Maud _[illegible]_ MHW |
|  |  |  |  |
|  |  |  |  |

FELL-00001914

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

FELL, DONALD
3A23895                           383700
(Interdisciplinary Progress Record)    012693 0524P    12Y  041980
FEUSSNER. JA                       824-5842
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/4/92 | 1:30p | Group | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| 2/4/91 | 1:3p | Ind. | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| 2/4/93 | 12 sc | MHW | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| 2-5-93 | 6.50 | MHW | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| 2/5/93 | 8-4 | Prog. Note | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |
| | | | *(illegible handwritten text)* |

Formulated: April, 1983
Form #: 4500.204.88

FELL-00001915

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 25/3 | | MHW | Participated in group therapy, ate snack and enjoyed socializing morale with peers before bed time. Patient did not approach staff to review the goal or plan this evening. 11pm - 12am patient resting quietly at this time. ___ [signature] MHW |
| 2-6-93 | 12:40am | R.A. | cocaine note ___ B. ___ |
| 2-6-93 | 8:00 4:30 | MHW | Donald quiet, pleasant, attended community meeting, Work on goal on free time, Participated in Art group. Watched movie with staff and peers. ___ Dean MHW |
| 2/6/93 | 4:30 12:30 | MHW note | Pt remains on Level C. He was bright and cooperative tonight. He took an active part in all groups. Pt also stated that he wants to go home. He said he is sure he was ready to take him home. He said that when he goes home, he has to prove himself to his mom. He has to follow rules at home and change his attitude toward her. ___ MHW |

Formulated: April, 1988
Form #: 4500.204.88

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/1/82 | 4:03 | *[illegible]* | *[illegible handwritten entry]* ... Mary O'Leary *[illegible]* |
| 2/3/82 | 12:30p | Group | *[illegible handwritten entry]* ... Rob Taylor MD |
| 2/4/82 | 3p | Ind | Pt. repeatedly reminded about fooling around too much c peers — Pt continues to hang around c such. *[illegible]* MD |
| 2-5-82 | *[illegible]* | MHW | Patient remains on level C. Ate dinner at 5:30 pm - 7pm. Participated education with much encouragement. Patient had no visitor or phone calls. *[illegible]* MHW |

FELL-00001917

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
383700
12Y 043080
824-5342
REDACTED - FELL
WILKES BARRE    PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/8/93 | 3:28 | EDUCATION | Donald participated during education. He did well and was cooperative. ——— Mary O'Hara, Teacher |
| 2/8/93 | 12:00 | Group | Talked c̄ group about what they hoped the future would hold for them. Don hoped to be a chemist because he liked mixing things. He also talked about being a chief. He also dreamed about getting married & having someplace nice to live. His plans seemed decent & well thought out for a 12 yo. ——— Nick ___ ___ |
| 2-8-93 | 4:00 P — 10:00 P | D/W | Please see nurses notes. — Rose ___ |
| 2-9-93 | 12 MN — 8 A | MSW | Pt processed & sleeping. No separations noted re: yesterday 5° PM care complet & incident. ——— Sherry ___ MSW |
| 2/9/93 | 12:30 a | Group | Talked about how peers can influence behavior if you'd like it or not. Don admitted to being influenced by friends — e.g. cursing. Am would like to change his attitude about staying out late on the curfew. Don claims to have a friend who goes ___ ___ of shifts he could spend more time c̄ this friend. ——— Robt ___ ___ |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00001918

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
.A23895                   383700
C-2193 0524P    12Y  043080
FFICCUFF    11       424-5842

REDACTED - FELL

| Date | Time | Heading | |
|------|------|---------|---|
| 2-7-93 | 12— | | *[illegible handwriting]* |
| 2/7/93 | 6:30 | MHW | Donald level B. Bright pleasant participated in community meeting. Did good on free time. Reviewed treatment plan with staff. Watched movie with peers and staff. Visit with mother, visit went well. No behavior problems. ——— *[signature]* MHW |
| 2/7/93 | 12:30 | mh/w *[illegible]* | Pt is on level B. He was bright and cheerful tonight. He needed redirection for cond needed. He talks peer to peer sitting. He did socialize with the other peer and he took an active role in the core group. During the free time he kept busy playing cards with his peers. During the course of the night he had a bloody nose. He said it just happened. ——— *[signature]* MHW |
| 2-8-93 | 8:30 | MHW | *[illegible handwriting]* noted as hourly 15° all care completed. No incident. ——— *[signature]* MHW |

FELL-00001919

FELL. DONALD
3H25895
C12(93 0524P    12Y  383700
FEUSSNER. JA    043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 3/10/93 | 5:50p | Fell | A fellow pt's mom told him that his mom was afraid of him — he's said his mother hadn't told him that at all. The fellow pt's mom this a.m. talk at tough love. Pt. claims he's doing better controlling his temper although he admits he still isn't as good as he'd like — he wants to be discharged soon tho — less  R.S. (Feldman) |
| 3/10/93 | 10:30p | Group | Talking about what he plans to say in Fam. session tonight. ① wants to tell everyone about how he wants to go home ASAP ② wants to talk about the meds (he feels better & th). ③ wants to tell them his attitude is changing ④ wants to tell them how he plans to do better in school.  R.V. (Stewart), nurse |
| 3/10/93 | 4:00 10:30 | milieu | Donald participated during education this evening. Patient had select peer interaction. Patient had family session, was dropped to level C.  (signature) |

Formulated: April, 1988

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3823805                        383700
(17633 0524P    121   043090
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA  H S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/7 83 | 800 11:30 | MHW | Donald level B. Participated in all groups. Showing positive behavior this afternoon. Given time out. — Maude Glen MHW |
| 3/9/83 | 7:30 | MHW | Donald participated in unit activities. Patient had select peer interaction on X-time. Patient reviewed his treatment with staff. Patient did not have any question this evening. Donald remains on level B at this time. — [signature] MHW |
| 2/10/93 | 12 | MHW | Appeared to sleep as observed q/1. — Share Johnson MHW |
| 2/10/93 | 3:40 | Education | Donald participated during education and ate and was generally cooperative. — Mary O'Boring Teacher |
| [date] | [time] | Staff | [illegible handwritten comments] ... Believes he does miss his mom ... would like to tell ... — [signature] |

FELL-00001921

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)



FELL. DONALD
3825895
613693 0524P    12Y    383700
FENSSHER    11    043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/11/93 | 4:00 15:30 | MHW | Donald disruptive and refusing redirection + was given a time out. Patient shows no focus on treatment issues. Patient disrespectful and disruptive at bedtime. Donald cursing at staff. Patient accumulated ten points by bedtime. Donald remains on level C at this time. _Irene Macronickhumor_ |
| 2-14-93 | 12 ᵇ | MHW | Appeared asleep as observed 9½° ————— _Shari Foxesmore_ |
| 2/14/93 | 12:34p | Group | Discussed how pt continues bad beh. as almost a bad habit. During the rest of group pt. got upset w a peer + gave a nasty look — it was pointed out that pt was doing exactly what he wanted to work on — pt stopped as soon as this was pointed out + admitted to the mistake. He continues to insist he can change while on the unit. ———— _Rob Lueger M'Ud_ |
| 2/15/93 | 8:00 4:30 | MHW | Donald level C. — Participated in all groups and activities. Better behavior today. Working on goals full-time. — _Maude 3ester_ |

Formulated: April, 1988

FELL-00001922

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 0524P    12Y    383700
                        043080
REDACTED - FELL   824-5842
           PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 3/11/93 | 2:12 | [illegible] | Donald participated during educa-tion and art and was cooperative. — Mary O'Kane, Teacher |
| 011-93 | [illegible] | [illegible] | [illegible] |
| 2/11/93 | 10ᵖ | Grp | Talked about how poorly his group session went — emphasized how difficult it would be in placement. Peers told [illegible] about placement. Explained how pt. might have been sincere in [illegible] session but did not appear [illegible]. — [illegible] MA |
| 2/4/93 | 6p | Ind | Talked about how pt. may need placement to [illegible] his family. Told pt. [illegible] work c him but how [illegible] think he's heading for trouble c out placement. Pt. insists he'll be well past. Claims he wants to tell his mom to take everything away before he goes home to help [illegible] him. Still wants to hang around with [illegible] "friends" (13yo) who drink alcohol. — [illegible] MA |

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/13/9 | 4-12 | Shift note | *[handwritten, largely illegible]* |
| | | | *[illegible]* |
| | | | *[illegible]* |
| | | | *[illegible]* |
| | | | Tony Paul Saylor, *[illegible]* |
| 2/14/9 | 12:?? | Shift | *[illegible]* nurse is quite pleased. |
| 2-14-93 | 8:?? 4:?? | Shift | *[illegible]* in community meeting *[illegible]* A good job. Receiving low amount of points today. Keeping out of trouble today. *[illegible]* like well in group, *[illegible]* Attention in special *[illegible]* |

Formulated: April, 1988

FELL-00001924

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3623895                    383700
C:2603 0524P    12Y   043080
REDACTED - FELL          824-5842
WILKES BARRE            PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 3/12/93 | 3:16 | *(illegible)* | Donald watched the movie and seemed to enjoy it. He was cooperative. Mary Conway, Tech. Aide. |
| 2/12/93 | 9:45 pm | MHW | Patient on level C, he was cooperative on room restriction. Completely *(illegible)* went during education without problems. Patient had no visitor this evening. Participated in group and ate snacks at 9pm. 10pm. Patient out of room restriction, playing card games with peers before bedtime. Patient to bed at 10:30. No behavior problem noted this shift. *(signature)* MHW |
| 2/13/93 | 12 *(illegible)* | Shift | Please refer to nurse's note. *(signature)* Koonya RN |
| 2/13/93 | 11:30 | Sh. *(illegible)* | Pt. on level C. Pt. did good last job on yesterday *(illegible)*. Talked about putting this into action. Spoke in group about why he is not good. And *(illegible)* he could be. *(signature)* MHW |

FELL-00001925

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
)823895
C12693 0524P    12Y  383700
FEUSSNER   IA        043080
REDACTED - FELL      "24-5842
WILKES BARRE         PA H S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-16-93 | 1AM 8:30 | MHW | See RN note. _____ _____ MHW |
| 2/16/93 | 12:30p | Group | Confronted about his behavior over the weekend. Don admits to still give nasty looks etc (his self described "attitude"). Pt emphasizing he has changed but has little to offer in terms of support of this position. After a short discussion pt was sent to his room - he became upset & said something under his breath as he walked away. ____ R.W. _____ N/A |
| 2/16/93 | 2:3p | IND | Went to discuss c̄ pt how he continues to display the very attitude he claims to be changing. Pt. admitted his behavior put his position in a bad light. ____ R.L. _____ N/A |
| 2/16/93 | 3:15 | Education | Donald participated during education and was cooperative. ____ Mary O'Karny, teacher |
| 2/1/93 | 8:00 11:30 | MHW | Don level C — attended all groups and activities. Was time-out in group due to attitude. Social with peers. — Maude Avery MHW |

Formulated: April, 1988

FELL-00001926