**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 05:4P    12Y    383700
043080
REDACTED - FELL 824-5842
WILKES BARRE                   PA  M  S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/14 | 4-12 | shift note | _(illegible handwritten entry)_ ... Tony Baldeyan RN |
| 2-15 | 12 | MHW | Appears to sleep and rested. _(illegible)_ ... Morrisones MHW |
| 2/15 | 8 | _(illegible)_ | _(illegible handwritten entry)_ ... Talibe MHW |
| 2/15 | 4-10 | shift note | _(illegible handwritten entry)_ ... Tony Lippant |

FELL-00001927

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693  0574P    12Y   383700
FEUSSNER, JA           043080
REDACTED - FELL        824-5842
WILKES BARRE       PA  M  S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | Continued |
| 2/17/93 | 4:00 2:10 | m/t note | restrictions all night. He was placing in on with his peers all night. He said he was happy to see his mom and he wants to go home with her. He said that he wants to improve his behavior. *T. Fell RN* |
| 2-18-93 | 12-p | MHW | Appeared to sleep as observed q 1/2°. ———— Sharee Oxes MHW |
| 2/18/93 | 12:41 | education | Donald participated during education and was cooperative. ———— ———— Mary O____, teacher |
| 2-18-93 | 3:p | discharge | Donald states that he wants to go home with his parents. He states that he is going to behave at home because he doesn't want to come back here. He states that he can't going to hang around with negative peers and wants to go back to partial hospitalization. *Suzanne D Smith therapist* ———— |
| 2-18-93 | 8:00 4:31 | m/t note | See BN note — Marie Geary m/t RN |
| 2/18/93 | 4-10 | d/t note | He is level B. Less disruptive and better behaved. Affect bright. Social with peers during special time. Problems are on ventilation with his peers. He is using ____ with peers. *Tony P ____* |

Formulated: April, 1988

FELL-00001928

FELL, DONALD
3923895                  383700
C12693 0524P    12Y  343080
FCDECMFR    14        A21-5842
REDACTED - FELL
WILKES BARRE              PA M 8
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/16/93 | 4:06 12:20 | M note | Pt remains on level C. He was social with his peers and staff. The pt. took part in all group activities. He did not receive any point tonight. He was very cooperative tonight. He completed his goal and reviewed his treatment plan. The pt was not visited by anyone nor did he call his family. He said that he has to change his attitude before he can go home. — *illegible* M/Hu. |
| 3-17-93 | *illegible* | M MW | See RN note — *illegible* MSW |
| 2/17/93 | 10:30a | Group | Discussed where & why he approved/disapproved of control. Pt admits he has a history of getting his own way & that things have changed at home — does not sure why except that his mother just seems to be stopping his behavior. In process talked about people tend to blame others for problems in their pt. Group encouraged to let patients what influenced their present — *illegible* |
| *illegible* | *illegible* | S.H | Please See RN Note. — *illegible* |
| 2/17/93 | 4:20 12:30 | M note | Pt employed on level B, he was visited by his mother tonight but ahead he also had a family session. The Pt was on room *illegible* continued TY 2/17/93 |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                383700
012693 0524P   12Y  043080
FEUSSNER, JA    --   824-5842
REDACTED - FELL
WILKES BARRE        PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-20 93 | 12-8 | MHW | Appeared to sleep as observed q 1/2°. ——— Shari Jones MHW |
| 2-20 93 | 800 130 | MHW | Don level B — Participated in all groups and activities. Reviewed treatment plan with staff. Received last signature. Bright and social ——— Maude Gray MHW |
| 2/4/11 | 4 ou 12:30 | MHW | Pt remain on level B. He does have all signature on his treatment plan. The pt did a good job tonight staying out of the silliness. He did a good job in all group activities. He was very helpful on the unit tonight. He ... with all peers and staff. ——— ... MHW |
| 2-21 93 | 12-8 | MHW | Appeared to sleep as observed q 1/2°. ——— Shari Jones MHW |
| 2-21 93 | 800 130 | MHW | Don level A — Good behavior this shift. Bright, pleasant participated in all groups and activities. Social with peers and staff. Did goal on free-time ——— Maude Gray MHW |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823A95                        383700
012693 0524P        12Y  043080
FEUSSNER  JA                824-5842
REDACTED - FELL
WILKES-BARRE                PA MS
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/19/93 | 12:4m - 8:30m | Shift | Please refer to nurse's notes. —— Kathanne Kowero? RN |
| 2/19/93 | 1:2p | Therapy | Donald states that he is sorry for his past inappropriate acts & states he is trying to change. He admits to in the past doing inappropriate acts for fun such as throwing rocks in cars while going under an overpass. — Suzanne M Smith, therapist |
| 2/19/93 | 4:10 | education | Donald participated during education and art and was cooperative. Mary Wiesner, teacher |
| 2/19/93 | 4-15" | staff note | (illegible handwritten paragraph) ... Tony Paul Feyguer M.D. |

FELL-00001931

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL: DONALD          383700
1A23895                12Y  043080
C12693  0524P          824-5842
FFUSSNER. JA    ET
REDACTED - FELL
WILKES BARRE                  PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/22/93 | 4:00 10:30 | MHW | Donald participated in unit activities throughout the shift. Patient had solicited peer interaction on free time. Donald did not have any visitors this evening. Patient remains on level A at this time. — Srny )K/a week MHW |
| 2/20/93 | 12pm | IWd | Discussed pt's motivation — feel he's doing better — esp. with his treatment of his mother. Seems better able to follow direction. Claims to washed the to plan. He had it bit it was in poor shape — will apoy. made — Agreed to get 3 signatures for staff tomorrow, will watch for such. — Js Whitman MA |
| 2-23-93 | 12 mn 8:30 | MHW | Pt appeared to sleep, no presentations noted as sleeping 1/2 AM care complete's, no incident. — SK Yard MHW |
| 2-23-93 | 12:30p | Rhap | Donald participated in group, he verbalized has her needs to behave & suspect her actting figures, the will be don't want to come back here again. needed numerous appropriate action. Suzanne D Smith |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
1823895                    383700
C12693 0524F   12Y   043080
CENSURED   II      R24-5842
REDACTED - FELL
WILKES BARRE          PA H S
COO

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/21/93 | 4:00 12:x | m/sw note | Pt remains on Level A. He was bright and cheerful tonight. He took part in all group activities with very good participation. He was very social with all of his peers. He pt completed his goal on several for treatment plan. He kept himself busy by playing cards and watching T.V. He said he is ready to go home with his mom. ——— T. White m/sw |
| 2-22/93 | 12⁵/₈ | MHW | Appeared to sleep as observed 9 1/2° ——— Sh aces'oxerminer |
| 2-22-93 | 12³⁰ | Therapy | Dan listed positives or negatives about himself & how he feels. Others look at him the station. He can be a troublemaker à wants to behave at home. He was appropriate & attentive in group therapy. —— refer to NSS notes. J. Chayer |
| 2/22/93 | 3:49 | Shift note | |
| 2/22/93 | 3:49 | concussion | Donald participated during education and art and was cooperative. ——— Mary O'Karma, Teacher |

FELL-00001933

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895            383700
012693  0524P  12Y  043080
EGUSSNER  1A       824-5842
REDACTED - FELL
WILKES BARRE
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/24/93 | 12:30 px | Group | Donald states that he wants to go home & live with his mom. He states he will follow then rules at home, go to school, behave appropriately & not argue with his parents. He states he doesn't want to get into anymore trouble. He states he won't yell at his parents even if they yell at him. *Suzanne N Smith Therapist* |
| 2/24/93 | 3:10 | EDUCATION | Donald participated during education and was cooperative. He participated during art and was somewhat disrespectful with a staff member but later apologized. *Mary OKaring Teacher* |
| 2/24/93 | 7:00 [?] | MHW | Donald had participated in unit activities. Patient had select peer interaction. Donald had a family session this evening. Donald remains on level @ at this time. *[signature]* |
| 2/25/93 | 12 MN 1:30 | MHW | See RN note. *[signature]* |
| 2/25/93 | 12 noon [?] | Group | Donald participated within group. He states he has changed & has gotten out of his poor attitude & judgement. *Suzanne N Smith Therapist* |

Formulated: April, 1988

FELL-00001934

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3823895                    383700
C12693 0524P   12Y 043080
FFUSSNER. JA        824-5842
REDACTED - FELL
WILKES BARRE       PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/23/93 | 3:31 | Education | Donald participated during educa-tion and was cooperative. He watched the music program this afternoon and seemed to enjoy it. ———— Mary O'Burns, Teacher |
| 2/23/93 | 8 pm 4:35 pm | RN | please see nurses notes and_, tab to |
| 2/23/93 | 4:10³⁰ | MD note | [illegible handwritten note] ——— Tom Paul Fayser MD |
| 2-24-93 | 12⁵/₈ | MHHr | Appeared to sleep as observed 9 1/2° ———— Share Kirmeo mHw |
| 2/23/93 | 9p— | Ind | Out of Sequence: Spoke č Donald about his need to continue working hard & not "slack off". He seems to be planning ahead — able to prepare himself for problems that might arise just like not being able to go out or getting a bad grade), although planning for such, he remains positive. Concerned about not talking č his therapist in the past ——— [signature] MA ——— |

FELL-00001935

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, CONALD
3823895                    383700
012693 0524P   12Y  043080
FENSSNER  11        A94-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/x/93 | 4:00 | MHW note | _(handwritten)_ Men had A. He reason e Therapat (allgarce -78 2/26/93) pass tonight after which he was discharged. The pass get well and be left with his mum for more details refer to mercy note. Tngld MHW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988

FELL-00001936

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)



FELL, DONALD
REDACTED - FELL
WILKES BARRE                PA N S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 26/5/93 | 3:25 | education | Donald participated during education and watched the film this afternoon. He was cooperative and attentive. — Mary O'Karmy, Teacher |
| | 800 1130 | MHW | See RN notes — Maude, Teary MHW |
| | 4 N° | shift note | PT on level A. Affect [illegible] [illegible] [illegible] Cooperative toward staff + unit routine. [illegible] [illegible] [illegible] [illegible] Donald [illegible] [illegible] [illegible] [illegible] [illegible] Cooperated by McDuer [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] staff that he [illegible] stay [illegible] away from [illegible] [illegible] [illegible] [illegible] and went to bed without difficulty. — [illegible] nurse |
| | 12³ | MHW | Appeared to sleep as observed q 1/2° — Grace Wexman |
| | 8 am 4:30 pm | RN | please see nurses notes Audrey Bartolir |
| | 10 pm | Group | Donald was out on his home pass. Suzanne D. Smith therapist |

FELL-00001937

# EXHIBIT 171

2430

REVISED 3/27/89

## LUZERNE COUNTY CHILDREN & YOUTH SERVICES
## CLIENT INFORMATION PROFILE

Page [   ] of [   ]

CASE NAME: unknown

NEW CALL [ ]    NEW INCIDENT [ ]    UPDATE CALL* [ ]    DEO DATE [        ]

| | |
|---|---|
| SCREEN WKR [ 605 ] | REFERRAL SOURCE CODE [ 01 ] |
| CALL NUMBER [        ] | REFERRAL AGY: _____ |
| DATE OF CALL [4/18] | CALLER: ████████ |
| TIME OF CALL [825] A/P | ADDRESS: _____ |
| INCIDENT # [        ] | |
| CROSS REF. [        ] | TELEPHONE: _____ |
| Fell | REF REA 10 [ ] [ ] [ ] [ ] |

CALL STATUS [   ]
ABUSE [Y] [X]
RESPONSE LEVEL [   ]
INTAKE WKR [   ]

DISPOSITION
DATE ASSG'D [        ]
CASE WORKER [        ]
CASE NO. [        ]
MA NO. [        ]

CALL STATUS: NEW CALL - 1st time family referred (ever), UPDATE CALL - Change data in call, (reference incident #) NEW INCIDENT - subsequential call on family (open or closed); case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother and line number of child's father. CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced). HC = Handicap (Y, N). SX = M, F, or U (unborn).

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | | unknown | | | 13y | m | | | | | |
| School District Code | | | Street Address: REDACTED - FELL  W-B | City | Co | Zip | Telephone Number 8245842 | | Childline # Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | | unknown | | | 10y | F | | | | | |
| School District Code | | | Street Address: same | City | Co | Zip | Telephone Number | | Childline # Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | | Fell | Debbie | | | | | | | | |
| School District Code | | | Street Address: same | City | Co | Zip | Telephone Number | | Childline # Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline # Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline # Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline # Type [   ] | | | CN |

FELL-00001938

Page II

Screening
Worker: _____

Date of
Call: 4/18/93

Case
Name: _unknown_ /Fell

Helpline
Worker: _____
Signature

Time of Call: _____ A  P    Service: Phone: Hrs.: _____ Min.: 30

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01 = Anonymous | 01 = Neglect/Physical | AF = Adoptive Father | 19-110 = Berwick Area |
| 02 = Child - Self Ref. | 02 = Neglect/Mistreat/Emot. | AM = Adoptive Mother | 40-140 = Crestwood Area |
| 03 = Perpetrator | 03 = Neglect/Environment | BRO = Brother | 40-160 = Dallas Area |
| 04 = Parent/Guardian | 04 = Neglect/Medical | C = Child | 40-260 = Greater Nanticoke |
| 05 = Sibling | 05 = Abandonment | COU = Cousin | 40-300 = Hanover Area |
| 06 = Relative | 06 = Inadequate/No House. | F = Father | 40-330 = Hazleton Area |
| 07 = Friend/Neighbor | 07 = Inadequate Supervision | GUA = Guardian | 40-390 = Lake Lehman |
| 08 = Babysitter | 08 = Parent/Child Conflict | HBM = Half-brother Mat. | 40-600 = Northwest Area |
| 09 = Landlord | 09 = Behavioral Problems | HBP = Half-brother Pat. | 40-660 = Pittston |
| 10 = Private Dr./Nurse | 10 = Community Problems | HSM = Half-sister Mat | 40-885 = Wilkes-Barre |
| 11 = Dentist | 11 = Conflict w/Law | HSP = Half-sister Pat | 40-920 = Wyoming Area |
| 12 = Private Psych/Psycho | 12 = Runaway | M = Mother | 40-930 = Wyoming Valley West |
| 13 = Public Health Dept. | 13 = School Prob./Truancy | MA = Maternal Aunt | 99-000 = Other (Out of State) |
| 14 = Hospital | 14 = School Prob./Behavior | MC = Maternal Cousin | |
| 15 = Law Enforce. Agency | 15 = Drug/Alcohol Prob. | MGF = Maternal Grandfather | |
| 16 = School | 16 = Placement | MGM = Maternal Grandmother | (Circle One) |
| 17 = Day Care Staff | 17 = Day Care/Place Prevent. | MU = Maternal Uncle | |
| 18 = Clergy | 18 = Court Ordered Superv. | O = Other (Not a Relative) | Placement Resolved |
| 19 = Residential Fac | 19 = Medical Clearance | OR = Other Relative | |
| 20 = Coroner | 20 = Home Study | PA = Paternal Aunt | Vol.   C.O.   P.C. |
| 21 = Courts | 21 = Teenage Pregnancy | PAR = Paramour | |
| 22 = Pub. MH/MR Agency | 22 = Adoption Services | PC = Paternal Cousin | |
| 23 = Other Priv. Soc. Svcs. | 23 = Maternity Services | PE = Perpetrator | (Check One) |
| 24 = Other | 24 = Hospitalized Parent | PGF = Paternal Grandfather | |
| | 25 = Information/Referral | PGM = Paternal Grandmother | WI - Worker Informed ☐ |
| | 26 = Inappropriate Discip. | PU = Paternal Uncle | |
| | 27 = Other | SB = Step-brother | WP - Worker Phone ☐ |
| | 28 = Protective Services* | SF = Step-father | |
| | | SIS = Sister | Contact with Supv. ☐ |
| | | SM = Stepmother | |
| | | SS = Step-sister | Supv. Out ☐ |
| ACTIVE WORKER: _____ | | | |
| | | | Supv. Phone Work ☐ |

Problem Identified by Referral Source: (Include information on prior ChildLine Numbers)

Childline/Lori Deck/General report:
██████████████████ reports that two children given as age  boy 11 yrs,
girl Terri 9 yrs were home alone last night all night and car still
has not returned. Parents appeared drunk when they left last night.
Childline did not have family name or phone number. I cross referenced
the address and found number and mother's name to be Debbie Fell. I
contacted mother who was home. She states that she has been home all night,
her car is not infront of house. Her children are age 10 yrs and 13 yrs. Gi.
was at her girlfriend's house last night. Mother was home with son.
Report to be filed monday am.

TERMINAL    APR 19 1993

CARDS _____ yes _____

PLANNERS _____ no _____

C. P. S. _____ no _____

FILE ROOM _____ yes _____

# EXHIBIT 172

CONTACT SHEET

CASE NUMBER:                          MONTH: *April*

CLIENT NAME: *Fell*                   WORKER: *DiGiena*

ADDRESS:

---

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 4/20/93
Location: Phone
Who Seen: Al

1. ) To talk to Debbie abt the referral.

2. ) Debbie working full time - not home til after 3:30, who left a message.

---

4/22/93
Phone
Deb

1.) Deb called who back.

2.) She explained that on Friday night she did have a few friends over, but both kids were staying overnight at friend's house (none stayed all weekend). - They had a few beers. - Then on Sat. Ken + Al went looking for places to camp - ...

FELL-00001940

Donny had just gotten home, then they went to bed.   - a/s 4 Am a friend called + asked Al to pick her up b/c his car broke down. - Then helpline called her a/s 5:30 Am checking to see if she was home b/c she had gotten a call.

Debbie denies any probs. w/ drinking. Feels it was her mom or sister who made the referral.

FELL-00001941

# EXHIBIT 173

Print Key Output                                                      Pag

CITIWB

Display Device . . . . . . . . . . : B4

User . . . . . . . . . . . : MAXX

REVIEW                          POLICE INFORMATION                          01/26/

PST0T5-15                    Maintain Incident Information

Incident ID: R 93 B109305    Segment . : AC ACTIVITY

Type . . . . . . . :            Occur . . . . . :

Name . . . . . . . :

Activity Information

Location . : REDACTED - FELL                    WB Zone/Sector . : 5

Activity . : 1090 ATTMP DOCT    Priority . : 3    Disposition . : 25    CONP

              Received    Dispatched    Arrived    Cleared

Date . . . . . . . . : 051093     051093       051093     051093

Time . . . . . . . . : 0449       0449         0457       0525

Complainant . : REDACTED - FELL                    Received . TELE TELE

Comp Loc . . : REDACTED - FELL                     WB Phon :        RcdBy:

Ofc Assn . . . . . : 912    CORHAM                  Primary Unit . :

Of2 Assn . . . . . :                                Backup Units . : 338

Remarks . . . . . . : 1096

Description : COMPLAINANT STATED HER SON WAS NEXT DOOR AT A RELATIVES H
AND WOULD NOT LET HIM COME HOME.  THE OFFICERS CONTACTED THE PEOPLE IN
QUESTION AND THE SON WAS NOT AT THEIR HOME.  AFTER CHECKING THE (CONT F1

HELP    F3=Exit    F5=Options    F6=Retain    F10=Narrative    F24=More K

FELL-00001942

Sent By: HP LaserJet 3100;                    5702084209;              Jan-26-01 15:07;              Page 3

Print Key Output                                                    Page

Display Device . . . . . . . . . . . BY

User . . . . . . . . . . . . . . . : MARK

REVIEW                          POLICE INFORMATION                        01/26/0

PSIO18-18                   Maintain Incident Information                  11:06:7

Incident ID . . . 93-E109305        Segment . . . AC ACTIVE

Type . . . . . . . :                Ucrf . . . . . :

Name . . . . . . . :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Activity Additional Information

SONS BEDROOM HE WAS FOUND TO BE ASLEEP AND HIS MOTHER WAS INTOXICATED

. . . . . . . . . :

. . . . . . . . . :

. . . . . . . . . :

HELP    F3=Exit    F4=Options    F6=Retain    F12=Previous

FELL-00001943

Sent By: HP LaserJet 3100;                    5702084209;            Jan-26-01 15:09;            Page 4

Print Key Output                                                    Page

Display Device . . . . . . . . . : B4

User . . . . . . . . . . . . . : MARK

REVIEW                          POLICE INFORMATION                    01/26/0

Maintain Incident Information

Incident ID. R 33 1109306    Segment . . FP PERSONS
Type. . . . . . . :              Occur. . . . . :
Name. . . . . . . : FELL                DEBROAH

Persons Information

Invol Code. . COMP  COMPLAINTANT Status . . . . . . .
Name-L,F,MI: FELL                DEBROAH              DOB.
Address1. . . : REDACTED - FELL          Address2:
City. . . . . . : WB                State. . . : PA Zip.:
Phone. . . . . . :           Ext.:      Drv Lic.:                    State
Empl/School:                    Phone :                    Ext:
SEX. . . . . . .           RACE. . . . . :
AGE. . . . . . :
Remarks. . . . : REPORT OF MISSING PERSON, UNFOUNDED, SON WAS HOME.

HELP    F3=Exit    F6=Options    F8=Retain    F16=Phys Desc    F24=More Ke

FELL-00001944

# EXHIBIT 174

# INTENTIONALLY LEFT BLANK

FELL-00001945 - FELL-00001984

# EXHIBIT 175



**WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT**
**TREATMENT TEAM MEETING RECORD**

PATIENT NAME: _____

ADMISSION DATE: _____

FELL, DONALD
3875499                    383700
C60693 0936P    13Y    0430AC
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE              P4 • S
000

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 6/8/93 | | Nsg: S-1. Contact isolation because of head lice, cooperative - polite to staff, working on treatment issues, states he is upset c his sister. not his mom. Therapy - Developing treatment plan. Education - missed due to isolation. M.D. expd him with his behavior | |

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| | | Nsg: level S-1. Sneaky c peers/disrespectful on problems - unfocused on treatment. Ed: Somewhat disrespectful but did participate. Therapy: Reviewed tx plan. Family session scheduled for today. M.D. continue to adjust meds | |

FELL-00001985

FELL: DONALD
3875499
C60693 0936P
FEUSSNER
REDACTED - FELL
WILKES BARRE
000



WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT
TREATMENT TEAM MEETING RECORD

PATIENT NAME: _____

ADMISSION DATE: _____

FELL, DONALD
3875490
060693 0936P    13Y    383700
FEUSSNER, JA              043080
REDACTED - FELL          824-5842
WILKES BARRE            PA N S
000

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 93 | Same as above | Nsg: hard [...] neg. attitude, silly, cocky towards. Question isn't rule — soon restarted frequently — "elder car attitude, nasty toward pers. Re-leveled this Mrs Ed: Cooperative Theapy: talked about hopes to go to college — still encouraging parent to follow through & change M.D: [illegible] - rated [illegible] | [signatures] Mary M Kairns, Ed Director Suzanne N Smith, Therapist |
| | Same as above | Nursing - hard [...] needs in [illegible] medication being adjusted. Still getting caught up in peers negative input. Classes - attentive M.D. [illegible] Therapy - referred to P.A. cocky at time - difficulty accepting [illegible] However, working on goals | [signatures] Suzanne D Smith, Therapist Mary B Kairns Ed Director |

FELL-00001987

FELL. DONALD
3875499
060693 0956P  131  303700
FEUSSNER. JA        043000
824-5842
REDACTED - FELL
WILKES BARRE        PA  S
000



| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| | | | |

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| | | | |

FORMULATED: OCTOBER 1989
FORM #: 4500   8.91
REVISED FEBRUARY 15, 1991

FELL-00001988

# EXHIBIT 176

RAYMOND G. OSTROWSKI
Chief Deputy

REAL ESTATE DIVISION
LT CAROL ROMAN
BARBARA JAVICK

CIVIL DIVISION
CHIEF CLERK
ROSEMARIE BICHLER
LAURA CHOPICK
CAROL BENFANTE

SOLICITOR
ANTHONY J. LUPAS

# Office of the Sheriff

**Luzerne County, Pennsylvania 18711**



**FRANK J. JAGODINSKI, SHERIFF**
WILKES-BARRE, PENNSYLVANIA

CIVIL & CRIMINAL DIVISION
CAPT. DON GODEK
LT. FELIX WAWER
CAS KIZIS
JOHN WASSIL
SAM SALVO

IDENTIFICATION DIVISION
ERIN JOYCE
· GARY LOUGHNEY
THERESA LICATA

(717) 825-1651
FAX # (717) 825-1849

## CAPIAS REPORT

NO & TERM/ __1249 OF 93__         JUDGE/ __STEVENS__

NAME/ __JEANETTE BANAS__                    ALTERNATE ADDRESS

STREET/ REDACTED - FELL   STREET/_____

TOWN/ __WILKES-BARRE PA 18702__   TOWN/_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REDACTED - FELL

SEX/ __FEMALE__         RACE/_____   POB/_____  DOB

HGT/_____  WGT/_____  EYES/_____  HAIR/_____  SKIN/_____  SS#/_____

SCARS,MARKS & TATOOS/_____

_____

__FTA FOR GUILTY PLEA    ORIG CHGS DUI__

EMPLOYERS NAME & ADDRESS/_____

_____

DATE RECEIVED BY THE SHERIFF'S OFFICE/ __08-31-93__

DATE ENTERED INTO CLEAN & NCIC/_____

DATE REMOVED FROM THE CLEAN & NCIC/_____

FELL-00001989

FOR COSTS IN THE ABOVE CASE IN CASE AS FOLLOWS: COST NO. 93 OF 1247
ADD. NO.
MERGED NO.

COURT COSTS:                                                    COMMONWEALTH
WITNESS FEES:                                                        VS.
                                                              BANAS, JEANETTE
TOTAL:

TENDER COSTS:                                                 _____

                                                                  CAPIAS FOR
                                                              BANAS, JEANETTE
                                                              **REDACTED - FELL**
                                                              WILKES-BARRE, PA. 18702

                                                                       OR

                                                              ADDRESS:
                                                              CITY:

LUZERNE COUNTY, SS:

The Commonwealth of Pennsylvania.
TO THE SHERIFF OF SAID COUNTY, Greeting, We command you,
That you omit not by reason of any liberty in your county, but
that you take BANAS, JEANETTE
O.T.N.  E 614790-1
DATE OF BIRTH **REDACTED - FELL**
CHARGES: 13  DUI                       ADDITIONAL CHARGES:

                                                              DEFT FAILED TO APPEAR
FOR GUILTY PLEA ON AUGUST 13, 1993

CITY OF WILKES-BARRE, PA. 18701           in your county of
LUZERNE          if he shall be found within your county, and
him cause safely to be kept, so that you have his body before
the keepers of our peace, and our Judges assigned to hear and
determine diverse felonies, trespasses and other misdemeanors in
your county, to stand right, our Court, before our Judges
aforesaid, upon a certain outlawry against him, the said
BANAS, JEANETTE                   promulgated at our suit for
certain felonies whereof he is indicted, and you have then and
there this writ.

        Witness the Honorable STEVENS                Judge of
our said Courts, this AUGUST 30, 1993                in the
year of our Lord.

     X   FORTHWITH & LODGE

                                   _Robert A. Reilly_
                                   **CLERK OF COURTS**    Clerk Q. S.

FELL-00001990

COMMONWEALTH OF PENNSYLVANIA          :      IN THE COURT OF COMMON PLEAS

                    vs.                 :      OF LUZERNE COUNTY - CRIMINAL

Tomothi Banas                          :      NO. 1249 of 1993

REDACTED - FELL

Wilkes-Barre, IN 18702

        NOW, this __27th__ day of __August__, 19 __93__,
it appearing to the Court that the defendant failed to appear for
__Guilty Plea on August 13, 1993__
and the record reflects proper service, upon motion of the District
Attorney, Court awards Capias non omittas for the defendant.

                              BY THE COURT,

                              _____

93 AUG 30 AH 10: 42

TO CLERK OF COURTS:

Court of Common Pleas of Luzerne County

Issue Capias non ommittas for the above defendant.

                              _____
                                              District Attorney

LCPH-8

**ARREST REPORT**

| 1 CONTROL NUMBER | ☐ ADULT ☐ JUVENILE | | POLICE DEPARTMENT NAME | 2. COMPLAINT NO. |
|---|---|---|---|---|

**OFFENSE**

| 3 CHARGE | DATE CHARGED | 4 OFFENSE DATE | 5 ARRESTING OFFICER'S NAME | BADGE NUMBER |
|---|---|---|---|---|
| D.U.I. | 2 / 5 / 83 | 1 / 1 / | Ptl. David Lewis | 5816 |

6 OTHER CHARGES
7 LOCATION OF ARREST

| 8 WHEN ARRESTED | 9 TYPE OF ARREST | ONT — OFFENSE TRACKING NUMBER |
|---|---|---|
| 2 / 1 / | ☑ ON VIEW  ☐ WARRANT  ☐ SUSPICION | |

**ACCUSED**

| 10. NAME OF ACCUSED | 11. AGE | 12. RACE | 13. SEX | 14 ADDRESS |
|---|---|---|---|---|
| JEANNETTE BANAS | 34 | W | F | REDACTED - FELL |

| 15. ALIAS/NICKNAME | 16 TELEPHONE | 17 OCCUPATION |
|---|---|---|

| 18 PLACE OF EMPLOYMENT/SCHOOL | 19 DATE OF REDACTED - FELL | 20 PLACE OF BIRTH |
|---|---|---|

| 21 HEIGHT | 22 WEIGHT | 23. EYES | 24. HAIR | 25 BLOOD TYPE | 26 MARKS SCARS TATOOS | 27 COMPLEXION |
|---|---|---|---|---|---|---|
| 5 9" | 175 | Blue | BRN | | NONE | MED |

| 28. SSN | 29 FBI NO | 30. SID NO | 31 POID NO | 32 MILITARY NO |
|---|---|---|---|---|
| REDACTED - FELL | | | | |

| 34 OPERATOR PERMIT NO | 35 FINGERPRINT CLASSIFICATION | 36 PHOTO TAKEN | NUMBER |
|---|---|---|---|
| | | ☐ YES  ☐ NO | 1209 |

| 37 FINGERPRINT CARD TO | 38 INDICATION OF | 39 DEFENDANT ARMED | TYPE WEAPON(S) |
|---|---|---|---|
| ☐ FBI  ☐ PSP | DRUGS ☐ YES ☐ NO   ALCOHOL ☒ YES ☐ NO | ☐ YES  ☒ NO | |

| 40 ARTICLES CONFISCATED FROM DEFENDANT | 41 PERSONAL ARTICLES RECEIPT GIVEN | NUMBER |
|---|---|---|
| NONE | ☐ YES  ☐ NO | |

**VEH**

| 42 DEFENDANT VEHICLE IDENTIFICATION | YEAR | MAKE | MODEL | LICENSE NO./ST | DEFENDANT FAMILY CODE FOR BLOCKS 43 — 46 |
|---|---|---|---|---|---|
| | 1980 | DODGE | | 266 853 | F = FATHER  W = WIFE  B = BROTHER  S = SON<br>M = MOTHER  S = SISTER  D = DAUGHTER |

**FAMILY**

| 43 | NAME | ADDRESS | PHONE (RESIDENCE/OFFICE) |
|---|---|---|---|
| 44 | | | |
| 45 | | | |
| 46 | | | |

**ACC**

| 47 NAME/ALIAS/NICKNAME OF ACCOMPLICE | 48 ADDRESS |
|---|---|
| 49 NAME/ALIAS/NICKNAME OF ACCOMPLICE | 50 ADDRESS |

**ATT**

| 51 ATTORNEY NAME | TELEPHONE NO. | 52. RIGHTS READ | BY WHOM |
|---|---|---|---|
| | | ☐ YES  ☐ NO | |

**STAT**

| 53 STATUS OF DEFENDANT | ☐ DETAINED AT | ☐ RELEASED  ☐ PERSONAL BOND |
|---|---|---|
| ☐ MONEY BOND – AMOUNT $ | ☐ PROPERTY BOND | ☐ TURNED OVER TO |

**NARRATIVE**

| ITEM NO. | 54 CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.) |
|---|---|

**CHARGE INFORMATION**

| 55. ADJUDICATION DATE AND TIME | MO. DA. YR. HOURS |
|---|---|

| 56 CHARGE | 56A. OTN | 57 MAGISTRATE/DISTRICT COURT | 58 DATE | 59 FINAL DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**CONTROL**

| 60 COMM. CENTER WANT/WARRANT INQUIRY | YES ☐  NO ☐  CANCEL ☐ | MO. DA. YR. HOURS | WARRANT NO. |
|---|---|---|---|

| 61 DISTRIBUTION | ☐ CHIEF  ☐ DETECTIVE  ☐ JUVENILE  ☐ NARCOTICS  ☐ OTHER |
|---|---|

| 62 ARRESTING OFFICER SIGNATURE | MO. DA. YR. | 63. REVIEWING OFFICER SIGNATURE | MO. DA. YR. |
|---|---|---|---|

FELL-00001992

SP 4-215-4 (7-90)

**PENNSYLVANIA STATE POLICE**
**LABORATORY DIVISION**
**WYOMING REGIONAL LABORATORY**
479 Wyoming Avenue
Wyoming, PA 18644-1898

TELEPHONE (717) 826-5460

LAB REPORT:    W93-0305-C
REPORT DATE:   February 16, 1993

INCIDENT NO.: 930598

CASE:        DRIVING UNDER THE INFLUENCE
VICTIM:      Commonwealth of Pennsylvania
ACCUSED:     Jeannette BANAS
SUSPECT:
PLACE:       Hanover Township, Luzerne County, Pennsylvania
DATE:        January 5, 1993

FROM:        Hanover Township Police Department, Hanover Township, Pennsylvania
DATE:        February 5, 1993

ITEMS:       1.  Two (2) vials of blood identified as being collected from
                 Jeannette BANAS.


RESULTS:     1.  Using gas chromatographic analysis, the ethyl alcohol
                 concentration of the blood from item 1 was determined
                 to be thirty-five hundredths of one percent (0.35%).



DISPOSITION: ANY BLOOD REMAINING AFTER THIRTY (30) DAYS FROM THE DATE OF
             THIS REPORT SHALL BE DESTROYED.


                                    Frank M. Butcofski
                                    Forensic Scientist I


vnb

COPIES:      Chief, Hanover Township Police Department
             ATTN:  Ptlm. David Lewis


FELL-00001993

## HANOVER TOWNSHIP POLICE
## INTOXICATION REPORT

| 1. Station | 2. Code | 3. Incident No. |
|---|---|---|
| HANOVER TWP POLICE | 101 | |

| 4. Arrest No. | 5. Date | 6. Day | 7. Hour |
|---|---|---|---|
| | 1-5-93 | FRIDAY | 0052 |

| 8. Route No. | 9. Location | 10. City · Boro (Twp.) | 11. County |
|---|---|---|---|
| RT 309 | | HANOVER | LUZERNE |

REDACTED - FELL

**OPERATOR DATA**

| 12. Name | 13. Operator No. and State |
|---|---|
| JEANNETTE BANAS | 1719941 PA |

REDACTED - FELL

| 16. City | 17. State | 18. Zip Code |
|---|---|---|
| WILKES BARRE | PA | 18705 |

| | 21. State | 22. Year · Make · Type Vehicle | 23. Accident |
|---|---|---|---|
| ZLE 853   1980 | PA | DODGE ST REGIS | ☒ YES ☐ NO |

**TEST DATA**

| 24. Type of Test | | 25. B.A.C. Percent | 26. Breath Instrument Used |
|---|---|---|---|
| ☐ BREATH   ☐ URINE | ☐ REFUSAL | .35 | BREATHALYZER MODEL NO. _____ |
| ☒ BLOOD   ☐ SALIVA | | 27. Date   28. Time of Test or Refusal | 29. Breath Test Operator |

**PHYSICAL DATA EXAM**

| 30. Odor of Alcoholic Beverage on Breath ☒ YES ☐ NO | 32. Coordination ☒ POOR ☐ FAIR ☐ GOOD | 33. Comprehension ☒ POOR ☐ FAIR ☐ GOOD | 34. Staggering Gait ☒ YES ☐ NO |
|---|---|---|---|
| 31. ☒ QUIET ☐ STUPEROUS ☐ BOISTEROUS | | | 35. Admits Consumption of BEVERAGE WHISKEY QUANTITY ½ Bt. |

| 36. Clothes ☒ DISARRANGED ☐ SOILED ☐ ORDERLY | 37. Attitude ☒ COOPERATIVE   ☐ UNCOOPERATIVE   ☐ OTHER (Specify) |
|---|---|

| 38. Treated by Doctor ☐ YES ☒ NO ☐ UNKNOWN | 39. Date | 40. Ailment (Describe) |
|---|---|---|

| 41. Taking Prescribed Medicine ☐ YES ☐ NO ☐ UNKNOWN | 42. Type of Medication |
|---|---|

| 43. Date Examined | 44. Time | 45. Place | 46. City | 47. County |
|---|---|---|---|---|

| 48. Magistrate | 49. Address |
|---|---|

| 50. Section | 51. Bail | 52. Committed To | 53. Hour & Date |
|---|---|---|---|

54. Details

| 55. Officer (Signature) | 56. Badge No. | 57. Supv. Initials |
|---|---|---|
| | 5816 | |

USE BALL POINT PEN - PRINT & PRESS HARD        No. 0726

# MERCY HOSPITAL
Wilkes-Barre, PA

Med. Record No. _____

Pat. Acct. No. _____

**Blood Alcohol Level**
**Specimen Collection Consent Form**

Name JEANNETTE     BANAS _____ Date 02-05-93

Address REDACTED - FELL  W-B, PA  18705

Telephone_____ Brought by HANOVER TWP PD. ___ Time 0425

Police Officer in Charge DAVID  LEWIS _____ Badge Number 5 816

I, the undersigned, am an officially authorized police officer of  HANOVER TWP ,
and hereby request that a body fluid specimen from the apprehended party named below be obtained by a medically qualified person.
The specimen donor named below has been arrested on charges relating to the ingestion of intoxicating liquor or drugs.

_____
(Police Officer's Signature)

Upon the official request of the above named police officer and with the full knowledge, consent and cooperation of the above named specimen donor, I collected a specimen of blood, from the above named specimen donor. Blood specimen was obtained

from the donor's  Left arm _____ after skin preparation with a

non-alcohol containing substance ( Betadine ___ Sylvia Maslowski ). I certify that I am
medically qualified to obtain the above specimen.

Date  2/5/93 _____ Sylvia Maslowski
                                          (Specimen Collector)

Time  1:40 A _____
                                          (Police Officer's Signature)

Place Wilkes Barre Mercy Hospital _____ Wm. Sweeney
                                          (Witness)

MH-438

FELL-00001995

| DEPARTMENT | | SUPPLEMENT REPORT | | 1. COMPLAINT NUMBER |
|---|---|---|---|---|
| Hanover Twp. Police | | | | |
| 2. OFFENSE D.U.I. | | 3. NAME OF VICTIM Comm. of Penna | | 4. DATE 2-5-93 |
| 5. [X] USED AS CONTINUATION SHEET OF CURRENT REPORT | | 6. TYPE REPORT CONTINUED OR SUPPLEMENTED [X] INITIAL CRIME | [ ] VEHICLE | [ ] ARREST |
| 7. [ ] USED TO REPORT SUPPLEMENTAL INVESTIGATION | | 8. NEW OFFENSE IF CHANGED | | 9. VALUE RECOVERED PROPERTY $ |
| 10. STATUS [ ] CLEARED  [ ] UNFOUNDED  [ ] NOT CLEARED | | 11. FURTHER ACTION & REPORT REQUIRED [X] YES  [ ] NO  (EXPLAIN BELOW) | 12. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER INCIDENT NOS. IN NARRATIVE) | [ ] NO |

13. NARRATIVE: IN FOLLOW-UP USAGE, RECORD ALL DEVELOPMENTS SUBSEQUENT TO LAST REPORT. LIST ANY ACCUSED AND/OR SUSPECTS AS FIRST ITEM. INCLUDE ARREST REPORT NUMBERS OF PERSONS ARRESTED, VALUE AND DISPOSITION OF RECOVERED PROPERTY (ATTACH PROPERTY RECORD), AND EXPLAIN ANY CHANGE IN OFFENSE.

ACCUSED/SUSPECT

Patrolmen Lewis and Sweeney arrived at an automobile accident on RT309 North in Hanover Township 0102hrs on 2-5-93. A one vehicle accident had occured, with the driver and vehicle along the roadway out of the flow of traffic. The driver was the sole occupant of the vehicle and refused medical treatment. While speaking with the driver, (Jeannette Banas), I detected a strong odor of alcoholic beverage on her breath and her eyes appeared glassy. The suspect walked around the accident area with a staggering gait and spoke with slurred speech. Police requested that the Def. perform 3 Field Sobriety Tests, def complied. Field sobriety tests included(walking a straight line, Stand on 1 leg for 30 seconds, and P.B.T. Portable Breath Tester.) Def failed all 3 Field Sobriety Tests. Max reading on P.B.T. was obtained. Def. was placed under arrest for D.U.I. and asked to submit to a test of her blood at W-B Mercy Hospital. The Def. complied with the request. Implied consent Law was explained and Constitutional Warnings were read. Blood samples were taken at W-B Mercy Hospital at 0140hrs 1-5-93. Def. was transported to HTPD where she admitted consuming a half of a bottle of an unknown whiskey between the hours of 2300 and 0045hrs. Def. was released to Adrienne Miller (REDACTED - FELL at 0220hrs 2-5-93.

| PAGE NO. 2 | 15. REPORTING OFFICER'S SIGNATURE | BADGE NO. 5816 | 16. DATE OF INCIDENT 2-5-93 | 17. SUPV. INITIALS |
|---|---|---|---|---|

FELL-00001996

# EXHIBIT 177

2430          John Koslow          2  000056.

# LUZERNE COUNTY CHILDREN & YOUTH SERVICES
## CLIENT INFORMATION PROFILE

REVISED 3/27/89

| | |
|---|---|
| NEW CALL [ ] | NEW INCIDENT [✓] | UPDATE CALL* [ ] |
| Page [ ] of [ ] |
| DEO DATE [ ] |

CASE NAME: Fell

| | DISPOSITION |
|---|---|
| SCREEN WKR [ 50? ] | CALL STATUS [ CR+ ] | DATE ASSG'D [ ] |
| CALL NUMBER [ 50? ] | ABUSE (Y) [N] | CASE WORKER [ ] |
| DATE OF CALL [ 1-19-94 ] | RESPONSE LEVEL [ 2 ] | CASE NO. [ ] |
| TIME OF CALL [ 1:30 ] A(P) | INTAKE WKR [ 162 ] | MA NO. [ ] |
| * INCIDENT # [ ] | |
| CROSS REF [ ] | |

REFERRAL SOURCE COD [ ]
REFERRAL
CALLER:
ADDRESS:
TELEPHONE
REF REA 08 ] [ ] [ ] [ ]

CALL STATUS: NEW CALL - 1st time family referred (ever). UPDATE CALL - Change data in a call, (reference incident #) NEW INCIDENT - subseqential call on family (open or closed), case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother and line number of child's father.   CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced) HC = Handicap (Y,N).   SX = M,F, or U (unborn).

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPP | (M) P | Fell | Debbie | 85 | M | | | | | |

| School District Code | Street REDACTED - FELL City | Co | Zip | Telephone Number | Childline # 40-08949 Type [ ] | CN |
|---|---|---|---|---|---|---|
| 40-885 | Wilkes Barre | | | | | |

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN -- | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | M F | Fell | Terri | 74yrs | F | | | | | |

| School District Code | Street Address | City | Co | Zip | Telephone Number | Childline # Type [ ] | CN |
|---|---|---|---|---|---|---|---|
| 40-885 | Same | | | | | | |

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 2 | M F | Fell | Joey Donald 84yrs | | M | | | | | |

| School District Code | Street Address | City | Co | Zip | Telephone Number | Childline # Type [ ] | CN |
|---|---|---|---|---|---|---|---|
| 40-885 | Same | | | | | | |

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RT | M (F) | Fell | Donald | ? | M | | | | | |

| School District Code | Street Address | City | Co | Zip | Telephone Number | Childline # Type [ ] | CN |
|---|---|---|---|---|---|---|---|
| 40885 | Unknown. | | | | | | |

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RT MGM | M F | Shanpe | Theresa | | F | | | | | |

| School District Code | Street REDACTED - FELL | Co | Zip | Telephone Number 822-7135 | Childline # Type [ ] | CN |
|---|---|---|---|---|---|---|
| 40-885 | WB | | | | | |

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | M F | Quail | Joey | 4 | M | | | | | |

| School District Code | Street REDACTED - FELL City | Co | Zip | Telephone Number | Childline # Type [ ] | CN |
|---|---|---|---|---|---|---|
| 40-885 | WB ="Mom: Chrutina Fogel - | | | | | |

& Also Active

FELL-00001997

Screening
Worker: _Eaton_                     Case Name: _Sell_

Date of
Call: _1-14-94_                     Helpline Worker: _Keith_
                                    Signature

Time of Call: _10¹⁵_    A/P    Service: Phone: Hrs.:_____    Min.:_____

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01-Anonymous | 01-Neglect/Physical | AF - Adoptive Father | 19-110 - Berwick Area |
| 02-Child - Self Ref. | 02-Neglect/Mistreat/Brot. | AM - Adoptive Mother | 40-140 - Crestwood Area |
| 03-Perpetrator | 03-Neglect/Environment | BRO - Brother | 40-160 - Dallas Area |
| 04-Parent/Guardian | 04-Neglect/Medical | C - Child | 40-260 - Greater Nanticoke |
| 05-Sibling | 05-Abandonment | CO - Cousin | 40-300 - Hanover Area |
| 06-Relative | 06-Inadequate/No House. | F - Father | 40-330 - Hazleton Area |
| 07-Friend/Neighbor | 07-Inadequate Supervision | GA - Guardian | 40-390 - Lake Lehman |
| 08-Baby-sitter | 08-Parent/Child Conflict | BM - Half-brother Mat. | 40-600 - Northwest Area |
| 09-Landlord | 09-Behavioral Problems | BP - Half-brother Pat. | 40-660 - Pittston |
| 10-Private Dr./Nurse | 10-Community Problems | SM - Half-sister Mat. | 40-885 - Wilkes-Barre |
| 11-Dentist | 11-Conflict w/Law | SP - Half-sister Pat. | 40-920 - Wyoming Area |
| 12-Private Psych/Psycho | 12-Runaway | M - Mother | 40-930 - Wyoming Valley West |
| 13-Public Health Dept. | 13-School Prob./Truancy | MA - Maternal Aunt | 99-000 - Other(Out of State) |
| 14-Hospital | 14-School Prob./Behavior | MC - Maternal Cousin | |
| 15-Law Enforce.Agency | 15-Drug/Alcohol Prob. | MGF - Maternal Grandfather | (Circle One) |
| 16-School | 16-Placement | MGM - Maternal Grandmother | |
| 17-Day Care Staff | 17-Day Care/Place.Prevnt. | MU - Maternal Uncle | |
| 18-Clergy | 18-Court Ordered Super. | O - Other (Not a Relative) | Placement Resolved |
| 19-Residential Fac. | 19-Medical Clearance | R - Other Relative | |
| 20-Coroner | 20-Home Study | PA - Paternal Aunt | Vol.   C.O.   P.C. |
| 21-Courts | 21-Teenage Pregnancy | PAR - Paramour | |
| 22-Pub.MH/MR Agency | 22-Adoption Services | PC - Paternal Cousin | |
| 23-Other Priv.Soc.Svcs. | 23-Maternity Services | PE - Perpetrator | |
| 24-Other | 24-Hospitalized Parent | PGF - Paternal Grandfather | (Check All That Apply) |
| | 25-Information/Referral | PGM - Paternal Grandmother | |
| | 26-Inappropriate Discip. | PU - Paternal Uncle | WI - Worker Informed  /_/ |
| | 27-Other | B - Step-brother | |
| | 28-Protective Services * | F - Step-father | WP - Worker Phone  /_/ |
| | | S - Sister | |
| | | M - Step-mother | Contact with Supv.  /X/ |
| | | E - Step-sister | |

ACTIVE WORKER: _Breman_

Supv. Out  /_/

Supv. Phone Work  /_/

---

Problem Identified by Referral Source: (Include information on prior Childline Numbers & prior CYS involvement)

② CATERRE: 40-03912  3/11/85  Indic on
Babysitter Frank Buslo - Dev. Sex.Intrcurse
Sex. Assalt.

③ Donald 40-03998  5/2/85 - Indic on
Frank Buslo - Dev.Sex..Intrcurse.

FELL-00001998

Page II

INTAKE WORKER: _J Eston_    FAMILY NAME: _Sen_

DATE: _1-14-94_    AND TIME: _1020_    Last,    First    OF CONTACT
WITH SUBJECT OR REPORT WHERE APPLICABLE.

1.  Source of knowledge of situation:

____ Observed    ____ Told by another party    Date: _1-14_

Who: _(C) told mom man hit Her_

2.  Actions taken or about to be taken:

____ Photographs    ____ Hospitalization    Discharge Date: _____

____ Medical Exam    Who _____

_X_ Police Notified    Who _WB_

____ Emergency Custody Taken    Other (specify) _____

3.A)  Present location of child: _C Mom next door_

B)  School or Day Care (name & address) _None_

Grade ____    ____ Regular Class    ____ Special Class

C)  Present location of parents/caretaker/perpetrator:
REDACTED - FELL

4.  SPECIFIC ALLEGATIONS:

A)  Date of Incident: _1-14_

B)  Describe Incident: _Perp hit (C) across face, split lip open. Police at scene. Another (C)_

Page III

C)  Where did alleged abuse/neglect occur?  _Mothers home_

D)  Child's current condition?  _~~those~~_

E)  Freqency or severity of alleged abuse/neglect: - _Ongoing_

For elaboration of incident, please go to page 4, #8.

5.  **ADDITIONAL RISK FACTORS:  CHILD**
    Describe any physical, mental or behavioral factors that may place the
    child at risk:

    _Am Kr_

6.  **ADDITIONAL RISK FACTORS:  FAMILY**
    A. Describe any caretaker/perpetrator characteristics that place the child
    at risk:

    _Alcohol abuse_

    B. Is there any substance abuse in the household?  ____ No    ____ Unknown
    __/__ Yes.    If yes, please explain:
                    _ALC w/mom report_

    C. Does caretaker/perpetrator have a history of violence or severe
    emotional problems?

    ____ No    ____ Unknown    __/__ Yes    If yes, please explain:
                    _mom reports phys prjmat,_
                    _Sx in front of C_

FELL-00002000

Page IV

D. What is the environmental condition of the home?    *CRowped*

_____

_____

7. A)  Will child be at risk due to CYS involvement?  ____ No  ≡ Unknown

____ Yes.  If yes, please explain:

_____

_____

B)  Present involvement/cooperation with community services:  _____

    *CPS  Deonna Gernd*

_____

_____

---------------------------------------------------------------

8.       Problem Identified by Referral Source  (continued)

*who Lives c̄ Mod Christina Fogel AT Debbie AT deen.*
*Debbie Drunk & hit Terri. Debbie babysitting 4 yr*
*an Joey Police reg. Assot & custody*
*Police Cite Mom for Slap due to intox + temper*

_____

_____

_____

_____

_____

_____

_____

FELL-00002001

ASSIGNED OR
CRISIS WORKER _J Extn_    FAMILY NAME: _Jell_
                                        Last,        First
DATE: _1/1_ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT WHERE
APPLICABLE.

9.        A.) CHILD SEEN IMMEDIATELY: Yes _____    No _____

      RATIONALE FOR DECISION TO SEE CHILD IMMEDIATELY OR NOT:
      _c̄ mom safe -Terri_
      _Joey c̄ his mom_

      B.) WORKER OUT: Circumstances: _____


10.        PROBLEMS IDENTIFIED BY CHILD(REN); FAMILY MEMBERS; PERPETRATOR
- Identify persons interviewed by name.  (If section not applicable, indicate
N/A):
           A.  Present location of child: _Terri c̄ Mom_
                                          _Joey c̄ Christine_
           B.  Type, extent and time frame of alleged abuse/neglect:
      (C) left c̄ mom inhubriated.
           C.  Present location of alleged perpetrator and
perpetrator's access to child: _____
      §mom to terry - have until foster N Tues. —
           D.  Alleged injuries to child.  If so, what type? _____
      Split Lip
           E.  Need for medical attention and if medical evaluation
has already occurred, what was result? _no_

           F.  Is there any appropriate adult ally for the child?
      grdmom

      Document any other pertinent data related by above source(s):

FELL-00002002

SCREENER OR
CRISIS WORKER: _J. Estin_ FAMILY NAME _Fell_

Last,        First

DATE: _1-14-94_ & TIME: _1000_ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

11.        SCREENER/CRISIS WORKER'S ASSESSMENT

          This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies.  It should reflect the tying together of information on the contact
sheets.
**********************************************************************

Police confirm Debbie intox. & Mom Theresa Sharpe will keep
ⓒ Terri & moves Agreement. No avail relatives for 4 yr
old . Ms. Sharpe refuses to keep this ⓒ. Plan made
after consult c J. Madden for WB Police to take Emer Cust.
F.P. Patty Hornbey agreed to come to WB Police Station
for Joey. As police about to leave residence hw
Frgil arrives - sober - ⓒ released to her. Too late
to stop F.P. from travel. To be followed up by
ongoing worker. Grandmom says Debbie Constantly
drunk + has sex in presence of ⓒ. Grandmom to keep
ⓒ at her home.

FELL-00002003

ASSIGNED WORKER: _____ FAMILY NAME: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Last,　　　　First

DATE: _____ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE. '

12.　　　　　　ASSIGNED WORKER'S ASSESSMENT

　　　　　　　This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies. It should reflect the tying together of information on the contact
sheets.
**********************************************************************************

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13.          STATUS OF EVALUATION OF CHILD ABUSE ALLEGATION (This section is to be completed by CPS Intake only):

          Include status determination, basis for status, date CY-48 sent to Childline, and MDT staffing date recommendations, if applicable.
**************************************************************************

_____

_____

_____

_____

14.          RESULTS OF INTAKE INVESTIGATION/ASSESSMENT:

          Worker should document results of Intake Assessment and state rationale for transfer/closure of case at CYS.  If further CYS involvement is/is not warranted, specifically state rationale; i.e., issues of abuse or neglect.  Include family's present involvement with other community agencies and/or any referrals, written or verbal, given to the family. Include staffing date, if case is to be opened for ongoing services at CYS.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.  DATE INTAKE COMPLETED/CLOSED:_____  By: _____
                                                    Caseworker

                                      Reviewed By: _____
Date Transcribed:                      .            Supervisor

FELL-00002005

# EXHIBIT 178

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: *Bell*

ADDRESS:

MONTH: *January 1993*

WORKER: *J Kohler*

---

CONTACTS

1. )    GOAL OF CONTACT:    (PURPOSE)

2. )    OUTCOME:    (WHAT TRANSPIRED)

---

Date: *1-19-94*

Location: *Phone*

Who Seen: *Theresa Sharpe*

1. )    *Re Case — Terri Goes to Deer Hill School*

2. )    *Daughter started drinking*
*Heavy - left Thanksgiving &*
*8 mos & left held behind*
*Drunk all last week*
*Christine Royal & 14 yr old*
*Heard Scream - Terri was screaming*
*Terri was markedup.*
*Donald hit her back*
*so he is not afraid of*
*her - Physical actions*
*Terri wants to come go*
*home. She went have*
*anything to do.*

*Love was stabbing before*
*at her husband.*
*Annie is on probation.*
*but has not been to*
*any of the meeting.*
*She is suspended - has*
*can go School -*
*Terri has no evidence*
*games - House is dirty*
*a hell - Child was neglected*
*Alcoholic*

FELL-00002006

*[handwritten note — illegible]*

FELL-00002007

# EXHIBIT 179

CONTACT SHEET

CASE NUMBER:                          MONTH: January 1994

CLIENT NAME: Fell

WORKER: [signature]

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 1-24-94

Location: Phone

Who Seen: Debbie Fell
Al Malaus

M Set Christie care home
hurls - Debbie say
he called the Police
Christie stole Money of
Debbie -

She said she was
to avoidial to Foty Fat

I did say she was
"Nasty Bitch" when she
's Drinking

1. ) Rc Case

2. ) Ms admits Slapping he
on the mouth - She says
he son beats her - Rang
out her lips → They wanted
a little Slave", Mother says
Child has do clues ✓
Terri says Allowanis $5.00
Terri was crying +
was slapping he all over ←
These house holds condemed ways to
any to get she out of home.

[illegible]

She got irritated & Cops ~~[illegible]~~ pulled her off & Then

At other times she had a [illegible] problem

[illegible] of [illegible] — [illegible] & Schizophrenia & ADHD

She refuse to take Medication.

She goes into total ~~Deny~~ Denial —

Al will learn.

Mother & Cousin was fighting.

TERRI was GOING out to play with friend.

[illegible] was told to be done —

She did not appear fearful

# EXHIBIT 180

CASE NUMBER:

CLIENT NAME: _Sharp Fall_

ADDRESS:

**CONTACT SHEET**

MONTH: _Nov 94_

WORKER: _J. Kalili_

CONTACTS

Date: _1-24-94_

Location: _Home_

Who Seen: _Karin Toya_
_Terri_

1. )    GOAL OF CONTACT:    (PURPOSE)
2. )    OUTCOME:    (WHAT TRANSPIRED)

1. )    Re Case

2. )

_[handwritten notes — largely illegible]_

Gram is making trouble — Mom told Ch she would
be removed. Debbie feels cooking & washing clothes
couple of months ago. Mo fell down step at Reserve Tavern.
Mill say her brother slaps her & hers tired & kind
her poison. Al tries to put stability in there.
"Danny gets Mean" — Boy won't go to School —
Last time She took him back to School there suspended 2 days
or Two days. Sometime Tane in Dec forty fat Blue
amistd Reg in drunkeness. Tane say Chester Snodes got.
Al was drunk & Mad at her She is sick g
home. Al's would say to Stephen — He goes to hit
her — Al one time shoved her & He would hit her —
No does unto hard — Place is fighty.

FELL-00002011

# EXHIBIT 181

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: Feb- 94

WORKER: J Kuhl

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 2-4-93

Location: phone

Who Seen: Debbie Fell
Donald Fell

Stop pulling his hair
& screwdriver inched
his arm. Then called
Police. He did not
need Medical Treatment
AP went next door to her
MD & explained
Situation. Child refuses
to take Medication,
Children's Service Center
Jen Joyce

1. ) Re Case

2. Child said he was stabbed
on purpose but had extreme
attitude & didn't want
to be bothered & left room
He is still refusing to go to
School. Mo called Probation
Officer & he is going to
call back Next week. (Mr Nylon)
the (cop) states she had
screwdriver in hand trying to
fix phone wires, He (Ch) ripped
them out & took one phone next
door. Ch ripped her hair
out - She went to grab hands to

FELL-00002012

When questioned why she went on a Bender
D.P. says neither will listen -
although ████████ NOT TOO BAD -
D.P. says Elloy was no help -
Debbie agrees drinking was not an answer
& she is willing to go to counseling
Doug has been in School only 4 days this year.
He is on probation for not going to School
"Bubba" is mad because Ms. called Probation Officer today
Bubba took her + Ms. pills & sold them
He got nasty after he was sexually abused.
He has been hospitalized 4 times - Doug told me
they can't drag her anger till child wants.
Child can't be stopped from going out -
She wants to go to family counseling.
Child said "Don't fucking talk to Me"
Child is totally out of control.
Possible Referral to Al - St Michael's Child best
setting

# EXHIBIT 182

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: _Fell_

ADDRESS:

MONTH: _March 1994_

WORKER: _J Forlake_

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: _2-10-94_.

Location: _Phone_

Who Seen: _Theresa Shupe_

1. ) _Re Case_

2. ) _Donny not going to School
Mr. Nylon regarding School
will not go to Partial Hospitalization
She has been drinking all
week. Have told her the
was going to get Donny back
to School - ~~~~ Hayay award
Jason Peets - Kid left
alone._

FELL-00002014

# EXHIBIT 183