or, in some cases, no evaluation at all.

Pappert said some of **Alexanderian** 's patients died from drug overdoses. His office is now investigating it if can link any of the deaths to **Alexanderian** 's sale of narcotics.

**Alexanderian** 's 37-year-old daughter, Nancy, an attorney, was 30 weeks pregnant when she died on Dec. 15, 1998, from an overdose of painkillers and tranquilizers. The fetus was stillborn.

Nils Frederiksen, a spokesman for the Attorney General's Office, said he could not say whether Nancy **Alexanderian** 's case is among those the office is investigating.

Authorities were tipped to the alleged drug dealing by neighbors, who were suspicious of the high volume of people entering and exiting the office, sometimes at night.

The neighborhood contains many stately homes. West Pittston Police Chief Ralph Zezza said neighbors complained there would sometimes be 30 to 40 cars parked on the narrow street, blocking their driveways. Some of **Alexanderian** 's patients would also urinate on neighbors' properties and bother children who were playing, he said.

``It's a very nice neighborhood. They stuck out like a sore thumb," Zezza said.

Pappert said at least three of the patients were heroin addicts who sought treatment for their addiction. **Alexanderian** sold them various narcotics, including Darvocet and Valium, on the pretense it would help them get clean. None of the drugs he sold is recognized as treatments for heroin addiction, he said.

**Alexanderian** charged $40 to $60 per visit, plus the cost of the drugs. The majority of the patients paid in cash. Pappert said his office is still investigating if the doctor may have fraudulently billed a small portion of the drug sales to the Medicaid program.

The Federal Drug Enforcement Agency stripped **Alexanderian** 's ability to prescribe controlled substances, but he still maintains his medical license, Pappert said. Pappert said his office is taking steps with the Department of State to have the license revoked.

**Alexanderian** declined to comment after his arraignment Monday before District Justice Joseph Carmody on seven counts of violating the state's controlled substance act and one count each of unlicensed treatment of drug addiction and money laundering. He was released on $20,000 bail after posting property as collateral. A preliminary hearing is scheduled for Oct. 12.

TIMES LEADER STAFF PHOTO/S. JOHN WILKIN

Lawyer Frank Nocito, left, leaves District Justice Joseph Carmody's courtroom with his client Dr. Harry **Alexanderian** on Monday morning.

*Edition:* MAIN
*Section:* NEWS
*Page:* 1A
*Record Number:* 0410050024
*Copyright (c) 2004 The Times Leader*

To bookmark this article, right-click on the link below, and copy the link location:
NARCOTICS PROBE - AREA DOC TARGET OF DRUG BUST DR. HARRY ALEXANDERIAN BEING ACCUSED BY STATE ATTORNEY GENERAL OF MAKING LARGE-SCALE RX SALES TO ADDICTS.

**Back To Results**        ◀ Previous  **Article 21 of 36**  Next ▶

FELL-00002307



Search History    Saved Articles

Search Results for **alexanderian** in All Text

Pennsylvania - Selected Source Types

Edit Search | New Search    Did you mean: *alexandrian*

Show Help ▼

Back To Results    ◀ Previous  Article 20 of 36  Next ▶    Save this Article ☐

# WEST-PITTSTON DOCTOR RECEIVES MORE FRAUD, DRUG CHARGES

**Times Leader, The (Wilkes Barre, PA)** - Thursday, October 28, 2004

*Author: TERRIE MORGAN-BESECKER tmorgan@leader.net*

WEST PITTSTON - A borough physician charged with illegally selling narcotics was hit with additional charges Wednesday for billing the state's Medicaid program for drugs and treatment prosecutors say were not necessary.

Dr. Harry **Alexanderian** learned of the new charges as he arrived at District Justice Joseph Carmody's office for his preliminary hearing on related charges filed by the state office of attorney general on Oct. 4.

The new offenses, also filed by the attorney general's office, charge **Alexanderian** with five counts of Medicaid fraud and four counts of violating the state's controlled substance act.

Prosecutors say **Alexanderian** , 78, of 1010 Susquehanna Ave., provided powerful pain killers and anxiety drugs to numerous patients who had no legitimate need for the medications.

In the Oct. 4 case, prosecutors said **Alexanderian** earned $2,000 to $4,000 per day by providing narcotics to patients, many of whom were drug addicts. He was charged with seven counts of violating the state's controlled substance act and one count each of unlicensed treatment of drug addiction and money laundering.

The new charges are based on his treatment of five patients whose medications and/or treatments were billed to the Medicaid program.

In each case, prosecutors say **Alexanderian** provided only minimal medical care for the patients, typically only taking their blood pressure, and made no effort to ascertain if the medical complaints were legitimate. The records were reviewed by another physician, who determined the medications prescribed served little to no legitimate purpose.

In one case, prosecutors said **Alexanderian** treated a patient for ``cough symptoms'' for more than one year by dispensing cough syrup with codeine without referring the patient for testing.

Prosecutors say **Alexanderian** was also aware that at least four of the patients were addicted to drugs or alcohol, but continued to prescribe narcotics.

Frank Nocitio, **Alexanderian** 's attorney, said he voluntarily surrendered his medical license after his arrest on Oct. 4.

A preliminary hearing for both sets of charges is scheduled for Nov. 11 at 10 a.m. **Alexanderian** was released on $20,000 unsecured bail pending the hearing.

*Edition: MAIN*



**Related Articles**

Tell us what you think...

▸ MORE CHARGES SET FOR DOCTOR DR. FRANK RUHL PETERSO...

▸ ASGARI'S PATIENTS PONDER LESSONS - THE LOCAL DENTI...

▸ Lackawanna County doctor anxious to have cases res...

▸ 'Everybody May Not Make It Out' - Vindicated Katri...

▸ PROSECUTION ANSWERS WEAKLEY/HUGO REQUESTS WEAKLEY ...

▸ PROSECUTORS: CHAPMAN PAID SITTER WITH MARIJUANA TA...

▸ LAWYERS ARGUE OVER INFO REQUEST IN SELENSKI CASE D...

▸ DOC FACES STEROID CHARGES PROSECUTORS SAY CHARLES ...

▸ PAGNOTTI CASE - HINDSIGHT CAN REFINE NEW CHARGES, ...

▸ LOCAL NURSE'S TESTIMONY DOES NOT HELP DOCTOR UTAH ...



○ 4 Saved Articles
● this article

✉ Email ▼

🖨 Print ▼

↗ Bibliography (export)

FELL-00002308

*Section:* NEWS
*Page:* 3A
*Record Number:* 0410280091
*Copyright (c) 2004 The Times Leader*

To bookmark this article, right-click on the link below, and copy the link location:
WEST-PITTSTON DOCTOR RECEIVES MORE FRAUD, DRUG CHARGES

**Back To Results**     ◀ Previous  **Article 20 of 36**  Next ▶

**Quick Links**

▸ Find articles by TERRIE MORGAN-BESECKER tmorgan@leader.net
▸ Find more articles from page 3A
▸ Find more from section "NEWS"
▸ Find all articles from October 28, 2004

FELL-00002309



English    Other NewsBank Products

Search History    Saved Articles

Search Results for **alexanderian** in All Text

Pennsylvania - Selected Source Types

Edit Search | New Search    Did you mean: *alexandrian*    ? Show Help ▼

Back To Results    ◀ Previous    Article 19 of 36    Next ▶    Save this Article ☐

# DOCTOR, 78, PLEADS GUILTY IN DRUG SCHEME/ DR. HARRY ALEXANDERIAN OF WEST PITTSTON PROVIDED NARCOTICS TO DRUG ADDICTS WHO HAD NO NEED FOR THEM.

**Times Leader, The (Wilkes Barre, PA)** - Wednesday, May 25, 2005

*Author: DAVID WEISS dweiss@leader.net*

WILKES-BARRE - Prosecutors will ask a judge to send a 78-year-old doctor to prison for illegally selling narcotics and billing the state's Medicaid program.

Dr. Harry **Alexanderian** , of Susquehanna Avenue in West Pittston, pleaded guilty Tuesday to 16 charges connected to the drug-dealing scheme he operated from his office.

Luzerne County Court of Common Pleas Senior Judge Gifford Cappellini will sentence **Alexanderian** July 20 after a background report on the doctor is compiled.

Cappellini on Tuesday told **Alexanderian** his charges carried maximum sentences of several years in prison, but he cautioned the doctor that does not mean he will impose the maximum sentences on the charges.

The state Office of Attorney General charged against the doctor last year, accusing **Alexanderian** of earning $2,000 to $4,000 per day by providing narcotics to the patients, many of whom were drug addicts.

Prosecutors said the doctor doled out powerful pain killers and anxiety drugs to the patients, who had no legitimate need for the medications.

In each case, prosecutors said **Alexanderian** provided only minimal medical care for the patients, typically only taking their blood pressure, and made no effort to ascertain if the medical complaints were legitimate.

Deputy Attorney General Andy Demarest said the nature of the charges warrants a jail sentence.

"We'll detail that at the sentencing," Demarest said after the guilty plea. "We have a series of drug felonies and treating drug-dependent people without going through the proper clinics."

Demarest said there was no agreement as to what type of sentence **Alexanderian** will receive, but the charges call for anywhere between probation and jail.

The doctor's attorney, Frank Nocito, was unavailable after the sentencing.

**Alexanderian** voluntarily surrendered his medical license after his arrest on Oct. 4.

**Memo:** David Weiss, a Times Leader staff writer, may be reached at 831-7397.

*Edition: MAIN*
*Section: NEWS*



**Related Articles**

Tell us what you think...

▸ DOCTOR GETS LIGHT TERM IN PRISON/ DR. ABUL HUSSAIN...

▸ DOCTOR GUILTY OF FRAUD, DRUG CHARGES

▸ DOCTOR CHARGED IN DRUG SCHEME DR. NORMAN E. WENGER...

▸ FREELAND MAN WILL SERVE TIME FOR ONE OF 26 CHARGES...

▸ DOCTOR, EX-PHARMACIST FOUND GUILTY OF DRUG CHARGE

▸ DOCTOR GETS 5 TO 10 IN DRUG CASE - LAUREANO MANUEL...

▸ DOCTOR ADMITS STEALING DRUGS EX-ANESTHESIOLOGIST P...

▸ INMATE CONVICTED ON DRUG CHARGES RAY FLORES, IN JA...

▸ JUDGE SPARES W. PITTSTON DOCTOR, 78, JAIL IN DRUG ...

▸ EX-COP PLEADS GUILTY TO 2 DRUG CHARGES EUGENE J. M...

○ 4 Saved Articles
◉ this article

✉ Email ▼

🖨 Print ▼

↗ Bibliography (export)

FELL-00002310

*Page:* 3A
*Record Number:* 0505310409
*Copyright (c) 2005 The Times Leader*

**Quick Links**
▶ Find articles by DAVID WEISS dweiss@leader.net
▶ Find more articles from page 3A
▶ Find more from section "NEWS"
▶ Find all articles from May 25, 2005

To bookmark this article, right-click on the link below, and copy the link location:
DOCTOR, 78, PLEADS GUILTY IN DRUG SCHEME/ DR. HARRY ALEXANDERIAN OF WEST PITTSTON PROVIDED NARCOTICS TO DRUG ADDICTS WHO HAD NO NEED FOR THEM.

**Back To Results**    ◀ Previous  **Article 19 of 36**  Next ▶

FELL-00002311



Search Results for **alexanderian** in All Text

Pennsylvania - Selected Source Types

Edit Search  New Search    Did you mean: *alexandrian*

Back To Results    ◀ Previous  Article 17 of 36  Next ▶    Save this Article ☐

# JUDGE SPARES W. PITTSTON DOCTOR, 78, JAIL IN DRUG SCHEME/ ONE CHARGE AGAINST DR. HARRY ALEXANDERIAN HAD CALLED FOR NINE TO 16 MONTHS IN PRISON

**Times Leader, The (Wilkes Barre, PA)** - Thursday, July 21, 2005

*Author: DAVID WEISS dweiss@leader.net*

WILKES-BARRE - For years, Dr. Harry **Alexanderian** doled out medication to hundreds of patients who had minimal medical problems.

On Wednesday, though, it was the doctor's claim of suffering from serious medical issues that might have played a role in keeping him out of jail.

**Alexanderian** 's attorney, Frank Nocito, rattled off a list of ailments plaguing his client, including depression, coronary artery disease, and being legally blind, in asking a judge to sentence **Alexanderian** to no jail time for illegally dispensing potent painkillers to drug-addicted clients from his West Pittston office.

Luzerne County Court of Common Pleas Judge Senior Judge Gifford Cappellini sentenced the 78-year-old doctor to serve two years of probation with the first six months on house arrest.

It didn't sit well with one woman.

She openly showed disgust with the sentence in court, and later put her emotion into words.

"I have never been so angry in my life," said the woman, who refused to identify herself. She said her son was a "victim" of **Alexanderian** , and she suggested a sentence she thought was more appropriate for the doctor.

"Scrubbing toilets in a detox center. That would be my idea of a sentence."

Deputy Attorney General Heather Albright wasn't so harsh with her words.

The prosecutor urged Cappellini to sentence **Alexanderian** to jail because of the seriousness of the crimes. She said one of **Alexanderian** 's charges carried a standard minimum sentence of nine to 16 months in prison.

Cappellini offered no explanation as to why he deviated from that sentence range.

"We thought jail time was appropriate," Albright said after court. "It's obviously up to the judge's discretion."

Nils Frederiksen, a spokesman for the state Office of Attorney General, said prosecutors "don't like" the sentence, but they saw nothing "appealable" in the decision.

All of **Alexanderian** 's other charges called for a standard minimum sentence of probation to a few months in prison, Nocito said.



**Related Articles**

Tell us what you think...

▸ DOCTOR GETS 5 TO 10 IN DRUG CASE - LAUREANO MANUEL...

▸ DOCTOR, 78, PLEADS GUILTY IN DRUG SCHEME/ DR. HARR...

▸ 'Mom! Mom! It's Not Right!' - Paris Hilton's Celeb...

▸ Paris and the Pokey - Listening In: Paris and the ...

▸ COURT MIGHT YANK LOCAL DOCTOR'S PROBATION FRANK PE...

▸ DOCTOR GETS LIGHT TERM IN PRISON/ DR. ABUL HUSSAIN...

▸ DUI PENALTY IS MONEY DRIVEN MICHAEL MISCAVAGE RECE...

▸ NO-SMOKING RULING BURNS UP INMATE WHEN A JUDGE ORD...

▸ JUDGE TRIMS SENTENCE OF MAN WHO BEAT 2-MONTH-OLD D...

▸ Lohan gets jail for probation violation



○ **4 Saved Articles**
● **this article**

✉ Email                          ▼

🖨 Print                          ▼

↗ Bibliography (export)

FELL-00002312

"Judge Cappellini weighed the evidence and I think his sentence was fair and appropriate under the circumstance," Nocito said.

The sentence stemmed from **Alexanderian** 's guilty plea to 16 charges connected to a drug-dealing scheme he operated from his office on Susquehanna Avenue.

The state Office of Attorney General accused **Alexanderian** of earning $2,000 to $4,000 per day by providing narcotics to patients, many of whom were drug addicts. Prosecutors said the doctor doled out painkillers and anxiety drugs to the patients, who had no legitimate need for the medications.

In each case, prosecutors said **Alexanderian** provided minimal medical care for the patients, typically taking their blood pressure, and made no effort to ascertain if the medical complaints were legitimate.

Nocito on Wednesday said **Alexanderian** was eligible for house arrest on the charges, but initially pushed for probation.

He also explained his client has accepted responsibility and remains remorseful for his actions. The doctor, Nocito said, will never again practice medicine.

Those factors, along with **Alexanderian** 's medical problems, showed the doctor deserved no jail time, Nocito told Cappellini. He said his client's medical conditions would only worsen in jail.

**Alexanderian** did not speak in court, but asked Nocito to express his remorse, the attorney said.

Prosecutors are not finished with **Alexanderian** , Frederiksen said.

They are seeking to have him forfeit more than $1 million in assets they believe are connected to his drug scheme, Frederiksen said. An agreement is expected to soon be ironed out.

**Memo:** David Weiss, a Times Leader staff writer, may be reached at 831-7397.

---

**Edition:** MAIN
**Section:** NEWS
**Page:** 1A
**Record Number:** 0507210210
Copyright (c) 2005 The Times Leader

To bookmark this article, right-click on the link below, and copy the link location:
JUDGE SPARES W. PITTSTON DOCTOR, 78, JAIL IN DRUG SCHEME/ ONE CHARGE AGAINST DR. HARRY ALEXANDERIAN HAD CALLED FOR NINE TO 16 MONTHS IN PRISON

**Back To Results**    ◀ Previous  **Article 17 of 36**  Next ▶

**Quick Links**
▸ Find articles by DAVID WEISS dweiss@leader.net
▸ Find more articles from page 1A
▸ Find more from section "NEWS"
▸ Find all articles from July 21, 2005

FELL-00002313



Search Results for **alexanderian** in All Text

Pennsylvania - Selected Source Types

Edit Search | New Search    Did you mean: *alexandrian*

Back To Results    ◀ Previous  Article 16 of 36  Next ▶    Save this Article ☐

# DRUG CLASS FACTORS INTO SENTENCING/ EXCLUSIVE DEPUTY ATTORNEY GENERAL SAYS HOW ADDICTIVE SUBSTANCE PLAYS ROLE IN FIGURING PUNISHMENTS.

**Times Leader, The (Wilkes Barre, PA)** - Friday, July 22, 2005

*Author: DAVID WEISS dweiss@leader.net*

They both faced similar scenarios: Harry **Alexanderian** and Laureano Manuel were elderly doctors each charged with pedaling powerful painkillers to drug-addicted patients with little or no medical problems.

But their punishments were far from similar.

Manuel was 69 years old when he was sentenced in 2002 to five to 10 years in a state prison.

**Alexanderian** was 78 years old when he was sentenced Wednesday to two years probation.

The sentences remain on opposite ends of the spectrum, even though both doctors were convicted of nearly identical charges.

Deputy Attorney General Heather Albright said she could not pursue a Manuel-like sentence for **Alexanderian** because he sold a different class of drugs.

The state prosecutor said Manuel was dealing drugs such as percocet and methadone, considered, legally, to be schedule II drugs. **Alexanderian** prescribed drugs considered to be schedule III, IV, and V drugs, such as darvocet, Valium and xanax, she said.

The various schedules are determined, in part, on the level of their addictiveness, Albright said.

Because Manuel dealt schedule II drugs, Albright was able to seek a mandatory minimum sentence of three to six years in prison.

The mandatory minimum sentence does not apply to defendants, like **Alexanderian** , caught dealing scheduled III, IV, and V drugs, Albright said.

That creates a vast "gap in the law," said Manuel's attorney, Tom Marsilio.

Marsilio couldn't fathom how his client could be serving such a stiff sentence for his actions while **Alexanderian** , who was once the nation's largest physician purchaser of codeine, is serving probation for worse actions, the attorney said.

"It seems to be a gap in the law ... (that) the legislature should take a look at," Marsilio said.

State authorities said Manuel between 1998 and 2000 wrote prescriptions to drug addicts for various drugs. The patients never needed the medication for its proper use, but still



**Related Articles**

Tell us what you think...

▸ DRUG-STEALING DOCTOR SENTENCED ANESTHESIOLOGIST, W...

▸ DRUG-SELLING OFFICER'S SENTENCE UP IN AIR

▸ JUDGE SPARES W. PITTSTON DOCTOR, 78, JAIL IN DRUG ...

▸ CAPPELLINI ADMITS DRUG USE IN RECORDS THREE DAYS A...

▸ FORMER GUARDS GET DRUG SENTENCE - FOR BRINGING CON...

▸ DOCTOR GETS LIGHT TERM IN PRISON/ DR. ABUL HUSSAIN...

▸ STATE AIMS TO PREVENT HUGO MOVE ATTORNEY FOR DEPAR...

▸ JUDGE ISSUES TOUGHER SENTENCE / WOMAN GETS UP TO S...

▸ DOCTOR'S DIAGNOSIS COULD BE MEDICAID FRAUD STATE A...

▸ EX-DUPONT COP GETS 27 MONTHS



○ 4 Saved Articles
● this article

✉ Email    ▼

🖨 Print    ▼

↗ Bibliography (export)

FELL-00002314