

DEFENDANT'S
EXHIBIT

FELL-00002685



FELL-00002686



DEFENDANT'S
EXHIBIT



FELL-00002688





FELL-00002690







FELL-00002693



FELL-00002694



DEFENDANT'S
EXHIBIT



FELL-00002696





FELL-00002698





FELL-00002700