

FELL-00002701



FELL-00002702



FELL-00002703



FELL-00002704





FELL-00002705

# EXHIBIT 313

My name is Jamie Dominick. I am the daughter of Donna Williams and John Williams, Sr. Debbie Fell was my aunt and Donny Fell is my first cousin. I have lived in Pennsylvania for most of my life although when I was in elementary school, my family moved to West Virginia for a few years. Even when we were living in West Virginia, we visited Wilkes-Barre often. I have worked at ~~KidsCare Day~~ Kidz Komer *(JD)* Care center for the past 5 *(JD)* years.

When Donny and Teri were little, they lived next door to my grandmother, Theresa Sharpe. Donny is a few years older than me. When I was younger, I was close with Teri. Donny and Teri were at my grandmother's house a lot, and we played outside together. My family had different pets at different times, and Donny was not mean to them.

I felt bad for Donny and Teri because Debbie and Don Sr. were bad parents. Debbie was drinking and screaming most of the time. She was not really a mother. I did not like Debbie because of how she treated Donny and Teri. If Children and Youth Services had taken Donny and Teri away, their lives would have been so different, so much better.

I don't have any memories of Debbie acting normal because she was drunk most of the time. Debbie slurred her words and passed out when she drank. The few times I went over to their house, she was sleeping on the couch. After she moved to Vermont, when she called our house, I knew it was her because of the way

FELL-00002706

she slurred her words.

Debbie's house was so dirty.  There was no dusting, mopping or cleaning.  Beer cans were strewn around and the ashtrays were full.  At Debbie's house, Teri and I spent time in Teri's room, not in the living room or anywhere else.  We went right up to Teri's room as soon as we walked inside.  Donny was often in his room, too.

After Don Sr. left, Debbie and her boyfriends fought often.  Debbie's boyfriend Al was drunk a lot as well.  Teri told me about the fighting, and I told her I wanted her to come live with me.  But she wasn't allowed to come live with me and my family.

Donny and Teri argued at times like most siblings do.  All they had was each other.  There was a lot of love between them.

Donny and Teri went right from Debbie to my aunt Jackie, and they couldn't have a life with Jackie either.  Jackie had a hard life, and she gets down and depressed a lot.  Jackie was strict and a bit crazy.  Jackie did not let Donny or Teri do fun things.  Teri was rarely allowed out.  Teri complained to me about Jackie giving her lots of extra chores to do.

When I was older, Donny stayed with us for a short time at 39 Westminster

2

FELL-00002707

Street.  He got along well with my mom, and he was nice to me.  Donny and I took walks together to the Turkey Hill convenience store.  We joked with each other, and to me it felt like I had another brother.

I was not contacted by the lawyers for Donald Fell or the government prior to his trial.  I was available and would have been willing to talk with them.

I have had the opportunity to review and correct the foregoing pages, and I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Date: 3.2.11

_Jamie Dominick_
Jamie Dominick

_Gabrielle Ronchetti_
Gabrielle Ronchetti
Witness

3

FELL-00002708