## VERIFICATION UNDER PENALTY OF PERJURY

My name is Cathleen I. Price. I am an attorney licensed to practice law by the State of Alabama and Mississippi, and I am admitted *pro hac vice* to the United States District Court for the District of Vermont.

I am authorized by Donald Robert Fell, Jr. to file the foregoing motion to vacate, set aside, or correct the sentence, and for a new trial made pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure. I am filing the motion on Mr. Fell's behalf. Mr. Fell is confined and restrained of his liberty at the United States Penitentiary at Terre Haute, Indiana.

I declare that the contents of the foregoing motion for collateral relief, to vacate, set aside, and correct the conviction and death sentence is made pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure. I declare that the contents of the foregoing Motion are true except for those matters based upon information and belief, and I believe the latter matters to be true. The sources of my information include, but are not limited to, official court records, various documents prepared during investigation of this Motion, and items in the possession of other lawyers, investigators and/or experts connected with the preparation of this Motion. I make this verification pursuant to Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings because these matters are more within my knowledge than Mr. Fell's knowledge.

I declare, under penalty of perjury, that the foregoing is true and correct.

Cathleen I. Price, Esq.