## CERTIFICATE OF SERVICE

I, Kelly Adams, hereby certify that:

On the 21st day of March 2011, I have caused service of the Motion to Seal Exhibits 273-295 in Support of Donald Fell's 28 U.S.C. § 2255 Motion, dated March 21, 2011, to be made by hand to the United States District Attorney for the District of Vermont.

Dated: March 21, 2011
Burlington, Vermont

_____
Kelly Adams