FELL, DONALD
3875499
060693 0936P
FEUSSNER, JA    JJT    303700
043080
REDACTED - FELL    R24-5842
WILKES BARRE    PA
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/16/93 (422) Level 5-1. Pt ate supper 4³⁰-5pm. Don participated in education but received points because he was disruptive. Don was visited by his mom tonight. In group peers say that he is less silly today. He states this is his 10th day on level 5-1 and would like level C. Don says he prefers not to go to forestry camp for the summer. Don also being tense + went to bed early if having shakes. Pt resting.

[illegible signature] ... 6/10/93 ... Lmn Kreutzer RN

Pt ... 7³⁰ ... error RN 6/16/93

. Pt resting quietly 9³⁰-12 AM ——— [illegible] RN

6/17/93 (12-8 AM) 12³⁰ pm ... smiled ... [illegible] ... quiet, [illegible] level 5-1.
3⁰⁰ am lying in [illegible] eyes closed.
7⁰⁰ am [illegible] 9 5 am, VS [illegible] Pt [illegible]

6/17/93 (8-4³⁰ pm) Pt remains on level C. Pt ate breakfast and attended community meeting ā complete goals. Pt's new goal is 150 and ?? day ? what else is going on at home. that his grandma implied to staff and to ?? ā the day and evening staff. Pt received a point for calling a peer "fag" it. will on ?? for breaking the ——— community said - Wendy [illegible]

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

10/17/93 (9:4⁰pm) cont'd — good. Pt working on _____ his goal on free time and _____ in _____. Pt writes about his mother and step father drinking more & often and the water skipping school. cooperative in groups & activities — Wendy _____ RN

8/17/93 (4½) _____ to Private Swimmer, 9ᵃ-5pm. He participated in education 5-6pm. Donald _____ a polite conversation c his mom on the phone. No visitors. In group Donald talked of 2 men babysitter molesting him when he was 5 or 6. He is bright in affect. He is hoping for consideration for B. He says he feels fine on his meds. Pt enjoyes snacks & T.V. Pt resting quietly 10ᵖ 12 mn. _____

8-18-93 (12.8³⁰ᴬ) 12³⁴am _____ in bed, eyes closed on _____ _____ 7⁰⁰am sleeping _____

6-18-93 (8ᴬ 30) _____ C. Dr. Bright + Pleasant. Appetite good for Breakfast + Lunch. Oral _____ _____ to Discuss _____ _____ Session _____ he states he won't hit _____ Talk of consequences of not going to School/Milieu & not following rules. D.J. will _____ Very stable. No complaints. _____

FELL, DONALD
3875499
060693 0136P  13Y  383700
FEUSSNER  JA       043080
REDACTED - FELL       A14-5842
WILKES BARRE          PA N. 3
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/18/93 (4-12:30 pm) Pt is cooperative and [illegible]. Pt good appetite for dinner and needed [illegible] redirection during [illegible] education. Pt requires a point for disrespect when redirected by staff. Pt visited [with] mother using visiting [house]. Pt attended group — discussing his plans for family session. Pt states he will [illegible] in school or [illegible]. Pt attended session and came back somewhat angry stating he did not get level B. Pt stating "your pissing me off" to a peer and received a point. Pt stated "[illegible] you" to staff when reminded to wait his turn for snacks. Pt timed out and [illegible] cursing stating "I should not get level B with 3 points - I did [illegible] before" and "This place fucking sucks" Pt did calm down and returned to community. Pt watched movie and went to bed [illegible] problems.
————— Wendy [Laniewe] —————

6-19-93 (12:00 A-8:30 A) Level C. Appeared to be sleeping on [illegible] rounds. Resp. regular. Wake up call given at 7am for VS and AM care. ——————— Ruthanne [Koorood]

FELL, DONALD
3875499                        383700
060693 0936P    13Y  043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/19/93 (8am - 4:30pm) Level C. Pleasant in a.m. Ate breakfast. Seen by Dr. Chung, no new orders. Goal: 150 word essay — why you would rather misbehave & stay in hospital th go home. Fight in dayroom c̄ per, placed in 4 point restraints @ 12:30pm. Calm down, released @ 1:5pm. Dr. Chung aware, new orders received, to group, pt discussing his problems c̄ peers, states it is resolved. Watches movie c̄ peers. No c/o's ——————— [signature] L.V.

6/19/93 (4-12) Level C. Pt. ate supper 4:30-5pm. Donald participates in education 5-6pm. No visitors. He is social c̄ peers. Donald was attentive but superficial in group. He was confronted by peer over bragging about the fight. Don enjoyes snacks & t.v. c̄ peers. Resting quietly 11-12mn main transition.

6/20/93 (12:00A - 8:30A) Level C. Appeared to be sleeping on 2° rounds. Resps. regular. Wake-up call was given at 7am for Bank AM care. ——————— Ruthanne Koonrad, M

6/20/93 8am - 4:30pm. On level C. seen on AM rounds by Dr Chung. Pts goal is 150 words on problems he can get into if he is involved in physical fights. Pt followed staff direction 1st time told. Pt stating in group that his mom will be in to visit him today. ——————— Audrey Battel L.N.

FELL, DONALD
3875499                    383700
060693 0936P    13Y    043080
FEUSSNER JA              824-5842
REDACTED - FELL
WILKES BARRE              PA N S
COO

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/20/93 (4??) level C. Pt. ate supper 4:30-5pm. Donald drew a picture of a clock and wrote a letter to the doctor in groups. He wrote about yesterday's incident (fight + restraints), about his nerves acting up a bit this morning and to to receiving points he didn't deserve. He received 1 point for keeping a mess. Donald is talkative and loud while watching game on t.v. He says he doesn't feel any different on Mo____ yet. Pt resting 10:30 12 mn.                    Marc Kosteln___ RN

6/21/93 (12 8:39pm) _____

6/21/93 (8am-4:30pm) Level C. Silly but redirectable, pleasant much of the time. Ate breakfast & lunch. Goal 150 and everytime you aren't trying to get out of bed. Present for all groups & activities. Seen by Dr ____ no new orders. Denies aggressive thoughts. _____ % C. _____

6/21/93 (4-10pm) Pt on Level C. Pt ate dinner and cooperative. In educations. Pt had many visitors. Spent time playing games ē peers. Pt angry when asked if his game was alone. — cont'd. — seriously ____

3875499
6-0693 0936P   13Y   043080
FEUSSNER. JA        A24-5842
REDACTED - FELL
WILKES BARRE          PA H S
COO.

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6/21/93 (4-10pm) cont'd - and states he cannot do his goal because he can't find his work. When reminded to do a goal he states, "I don't care." Pt timed out to work on goal and he slammed his door and threw goal book. When goal was finished he states the staff gives him points for no reason and that he does not to care out of here. When redirected to do his work he banged something very loud in his room and threw goal book. Pt did goal over but reports to staff that it's stupid to get points for lies. Pt attended group - had attitude refusing to talk about how to get along better ā a peer ie disagrees with. Pt had poor group participation and must invite essay along ā peer. Pt ends o/shift ā 7 points. Pt to bed ā problems ———
                              W ends (am i )——
6-22-93 (12-8m)  12m [illegible] [illegible]
m [illegible]
7 am [illegible]

FELL-00000835

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3975499
06069 0936P    13Y 383700
FEUSSNER JR        043060
000        BANKE    924-5842
PA M S

REDACTED - FELL

6/00/93 (8⁰⁰ -4³⁰) Level C. Affect is flat, silly & perse. Room restricted on free time for incomplete goal. Sarcastic when given new goal which is: 150 word essay why you refuse to follow the rules here. Ate breakfast & lunch b/c moves phases in new order. Shows no interest in 4 moves. Wants to request new room from ___ during. Relaxes 3-4 pm. Naps ___ c/o's ___

6/22/93 (4 - 12³⁰ pm) Pt remains on Level C. Pt remains on room restrictions due to incomplete goals. Pt received points out most of shift for being loud and talking back, when redirectal and/or throwing papers on the floor during time out. Pt ate dinner and had adequate participation in education. Pt's mother in to visit and she brought special snack for him. Pt encouraged to tell his mother really he has been getting points. Pt refused and staff told mother he has been yelling and cursing at staff refusing to listen. Pt attempted off denying all the reasons he got points today. Mother still visited. Pt attended group and reports that contid-Wendy Larmore RN

FELL-00000836

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
7875499                    383700
060693  0936P   13Y  043080
                          R24-5842
REDACTED - FELL
                          PA M S
WILKES ....
COO

6/22/93 (4-1:30 am) cont'd - his _____ problem no skipping school. Pt complaining that he might not pass this year and friends that skip school will. Pt complaining that he gets punished for no reason and that the little kids instigate him. Pt asks for room change. Pt cooperative ē medications. To bed early ē problems.

W. Emily Cousins RN

6-23-93 (12⁰⁰a - 8³⁰a) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake-up call given at 7am. VS stable.

_____ / Cousins

6-23-93 (8a - 4³⁰p) Level C. Pt I day now 7 dy. Appetite good for Breakfast & lunch. Goal IS. 70. Write why he lets ⊖ peers influence him. He was told to rewrite goal because he stated his essay ē "I don't know." He was silly & ē Usland to horseplay. He stated "Stay off". My Mom said I'm only here for skipping school. States that he will change at ____ poor attitude. 3 pts this shift. VS - stable. No complaints

J. _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499                    383700
040693  0936P    13Y  043080
FEUSSNER    JA          824-5842

REDACTED - FELL    PA M S

0-00

6.23.93 (4pm - 12pm) Level C. Appetite: good for dinner. Participated in education. Had no visitors, but talked to mom on phone. In group, he promises to be good if allowed to go to Partial over St. Mikes. Piers complain he pushes them against the wall. Complained to the doctor of feeling "tingly" inside and shakey. Does not feel like meds like doing it. New order to Mobar. Adelagine 1mg 8, 3, 9pm po. Cooperative c pm care. Ended day c 3 points.
_____ M Dale RN _____

6-24-93 (12 pm - 8 am) Level C. Dr. Feussner wrote new order for Cogentin 1mg po q. 4° prn - extra pyramidal reaction. If pt can't take it orally, give im. Appeared to be sleeping on 2 rounds. Resp regular. Wake up call given at 7am for VS and am care. _____ Kathleen Coonial nurse

6/24/93 (8-4³⁰ pm) Pt on Level C. Pt at breakfast and attended community meeting & complete goals. Pt's new goal is to list what to discuss in family session and to review with the day and evening staff. Pt needed reminders to write his goal. Pt compliant c meds & no side effects noted. Pt attended group but couldn't _____ _____ ___. RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                383700
060693  0936P   13Y   043080
                        824-5842

REDACTED - FELL

WILKES BARRE
000

6/24/3 (8-4³⁰ pm) cont'd - got defensive when receiving negative feedback from peers. Pt more well behaved and has 0 points this shift. Pt completed goal and reviewed ē intern. ____ Wiensky Carmine RN ____

6-24-93 4³⁰pm-5pm Appetite good for supper. Ate all food on tray. Remains on Level C. Initiating relevant interaction.
5pm-6pm Participated in education session. Responds relevantly.
6pm-7pm Interacting with other patients and staff in relevant manner. Makes eye contact. At 6⁴⁰pm, asked staff member to review goal with him. Staff member told him the goal would be reviewed when staff member finished with another patient. Cursed at staff member and threw his goal book. Given 2 points. Yelled at staff member. Given time out in room for 15 minutes.
7pm-8¹⁵pm Participated in group session about attitudes. Gave appropriate input to discussion and to other patients. ____
8¹⁵pm-8³⁰pm Interacting with other patients and staff. Ate snack. ____
8⁴⁰pm-9⁴⁰pm Family session with mother and Doctor Feussner
9⁴⁵pm-10pm Stated family session went well. Retired to bed at 10pm. ____

Carol Surokas
RN, C.

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
397549
C00693 0036P    1ST  383700
FEUSSNIO 11.          043080
REDACTED - FELL,  824-5842
WILKES BARRE
0094         PA. M S

6-24-93 (10pm - 12am) Level C. A new order was received from Dr. Feussner that Donald's stepfather can visit during visiting hours and can call on the phone. Resting quietly in bed. Appeared to be sleeping 11pm-12Am. _____ Ruthanne Kosnick

6-25-93 (12A-8A) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake up call given at 7am for VS and AM care. Ruthanne Kosnick

6-25-93 (8a-4³⁰) Level C. Bright & Pleasant. Appetite good for Breakfast & Lunch. Good is to write so Wade and have he could control temper outbursts if hears something he doesn't like. To begin he seemed "cocky" & was still "Quick Tongued" when being confronted. His behav- in. Attended all Activities. V S Social N. Completed _____ J. Chymob ___

6-25-93 (4pm - 12am) Level C. Appetite good. Participat- ed in Education. Had no family contact this shift. 7 - Confronted in group by peers that he does not want to leave the hospital. H. denies this, but has no answers as to why he still acts cocky and has "wise-guy" attitude. (cont) JMc Dados

WILKES-BARRE GENERAL HOSP.TAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499                    383700
CF0693 0936P    13Y    043030
FEUSSNER  JA          824-5842

REDACTED - FELL

6-25-93 (Cont.) Participated in role
play. Peer played Donald's mother and Don
played self, coming home past curfew and
drunk. Pt was laughing c pleasure @ his
own behavior. Watched "My Girl" c peers
before bedtime. Joanne McDade, RN

6/26/93 (12-8ᵃᵐ) Pt lying in bed, eyes closed
on initial round, still C.

[illegible]

6-26-93 (8-4ᵖᵐ) Awake C. Pt bright + pleasant.
Appetite good for breakfast + lunch. Good is to
write 150 words on how to (Abstain) Get
+ Attention from staff + peers. He [illegible]
goal. Told staff he needs to Avoid
Ⓝ behavior, not Curse, Throw Temper Tantrums.
+ Not do These Things. Kept active c
Groups. VS is stable. No Complaints.
— Chuyen Lan

6/26/93 (4 - 11:30 pm) Pt on Usual C. Pt ate dinner
and cooperated c education. Pt had no
visitors. Just played cards and talked
c staff. Pt attended group meeting education
for confronting a peer in a manly tone. Pt
confident he will return home to live
when [illegible] cont'd [illegible]

FELL. DONALD
3A75499                    383700
060693 0936P     13Y  043080
                          824-5842
REDACTED - FELL     PA H S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

Form No.: 4500.205.88

FELL-00000842

FELL: DONALD    383700
3075499 0336P    13Y 043080
93    824-5:42
REDACTED - FELL    PA N S
WILH--
000

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-27-93 (8:47) *[handwritten notes, largely illegible]*

10-27-93 (4-12:30 pm) Pt on level C. Pt ate dinner and attended group. Pt watched drug and alcohol education film and participated in discussion. Pt talked about his natural father drinking and beating him for no reason when younger. Pt denies any alcohol problems in his family at present. Pt reports that his mother wonders if his father leading human thing that happened with family in past cause his sad behavior. Pt had no visitors. Kept busy playing cards c peers. Cooperative c 100 minutes and movie group. Pt has 0 points today and requests level B. Pt to bed c problems — Wendy Camuinel

6/28/93 (12-8:30) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake up call given at 7am for VS and 8am care. — Ruthanne Coonial

6/28/93 (8am-430) Level C. Pleasant, ate breakfast+ lunch. Goal 150 word essay. Pt's plan to stay out of trouble this summer. On Eurson phones in [illegible]. Seen by Dr. Padolla, no new order. — [signature]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
XX/5499
(10693 0936P   13Y   041040
RP:INSURR  JA             824-1842
REDACTED - FELL
WILKES BARRE              PA R S
CCC

6/08/93 (8 am - 4:30 pm evn. v) ___ in group. Redirected for being __ male peer. Ate snack. To physician c/o's ___

6/28/93 (772) Level B Pt. etc suppor. He participated in activation 5-6pm. Donald met c Rob his therapist. No visitors tonight. He spoke c his mother on the phone. Donald was a little irritable initially in group. He was timed out for an inappropriate comment during a peer's conversation about being molested. He did return to speak a little about his own molestation. Donald plans a visit c his mom if her car tire is fixed. He is hoping for discharge by this weekend. He spoke c MD about his discharge. Donald had snacks. Resting quietly p-12m. Kowalchik RN

6-29-93 (12 am - 8 am) Level B. Agreed to be sleeping on ½° rounds. Rests regular. Wake-up call given at 7 am for VS and AM care. ___ Ruthanne Koonrad, RN

6/29/93 (8 am - 4:30 pm) on level B in a pleasant mood attended community meeting patient goal is to work for level A. pt reviewed treatment plan c staff & received level A signature. appetite good for breakfast & lunch participated in group & all activities. Audrey Britton

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75494                        383700
GC0693 0936P   13Y  043080
TSHUSHER, JA              824-5842
REDACTED - FELL           PA   8
WILKES BARRE
UCC

6/29/93 (4-12) Level B. Pt. ate supper 4:30-5 & participated in education 5-6 pm. Donald is playing cards in free time. He has no complaints. He was visited by his mother. In group Donald said he & mom plan on going camping on the 4th of July. He says his stepdad is coming to the session also. BP 110/66 this evening. Donald contradicted himself about what time his mom will let him out to at night and how he'll be coming home at night. Also contradicting himself about his friends. He says his friend is 17 & he doesn't like friends his age. — That they are jerks. He says he'll take meds now because "they control me." He received a point for calling peer a name in group. His peers confronted him about cursing and being a jerk. Donald had snacks & saw MD F group. Resting 10:30-12am.

6-30-93 (12-9:30am) 12 am _____ mary korelcarter

6·30·93 (12-8:30pm) 12:30 am _____
_____ Level B.
7:00 pr _____
6-30-93 (8-4:30) Level b. Pt. Bright + pleasant. Appetite good for breakfast / lunch. Had is 150 words behavior he needs to change at home. He focused on staying out + following _____

FELL, DONALD
1475499
060693 0936P    137    383700
FEUSSNER, JA             043080
REDACTED - FELL          824-5842
WILKES BARRE          PA M S
COO

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-30-93 (7o.y⁵⁰) + Today medisin late Seemed
Over Confident Re app. hopes Mom Takes
him home → That medication Works.
Ritalin 5mg 11am Given. No Side Effects
VS s. stable. No Complaints. _____ Chrysanban

6-30 93 (4-12) Level B start of shift. Appetite is
good. Hoping to have a good family session and
to be discharged. Three friends came to visit door
to say hello to Donald. Did his education).
Talked about plans for the summer in Group.
5- Mom in for session. 8⁴⁵Pm Discharge Note -
DC order + 1ˢᵗ level A received from Dr. Feussner.
All belongings secured and signed for. Medications
reviewed c mother and Donald. Pt is able to re-
peat back to nurse what meds he is on. 1ˢᵗ
nurse he has a 3Pm appointment @ C.S.C tomorrow
He will attend the summer Partial Program).
Escorted to Hospital exit in an ambulatory state,
by Joanne McDade, Rn and mother @ 5⁴⁵ JMcDade Rn

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD 383700
JP75499
CI0193 0936P 13Y 043(
824-58.

REDACTED - FELL

# EXHIBIT 25

**Selection and Review**
**CRR Group Home**
**September 22, 1993**

**Present:**    Ellis Carle, Peggy Peterson, Children & Youth Services; Dave
Geller, 404-BSU; Jean Joyce OPS/CSC; Carolanne Jones CRR/CSC.

Re:    Donald Fell
BSU:    404-01593
DOB:    4-30-80

Donald being referred for placement in the CRR by the outpatient
department (Children's Service Center) for the MH only slot.

Currently, residing with natural mother and her paramour.

Donald has an extensive background of treatment through Children's
Service Center.  Services have included Outpatient Services, Partial Hospitali-
zation, Home Based Intensive Family Services Program, referrals Y-Program, and
several psychiatric hospitalizations.  Donald exhibits severe aggressive out-
bursts, school difficulties, severe parent/child conflict, testing limits and
poor social skills.

Donald has been exposed to adult sexual activity, witnessed the sexual
abuse of his sister and may possibly have been sexually abused himself.  He
witnessed a great deal of domestic violence between his natural parents prior
to their separation.

These have been two recent HBIFSP referrals.  The first one was turned
down, the second one is pending.

Recommendations:

1.    CRR placement deferred due to aggressive behavior.

2.    Follow-up on HBIFSP referral.

_____
Psychiatrist

Carolanne Jones
CRR Director

FELL-00000848

# EXHIBIT 26

PSYCHOLOGICAL CONSULTATION

RE:    Donald Fell

DATE:    4-12-94

PSYCHOMETRIC INSTRUMENTS:        WISC-R

Verbal I.Q.            100
Performance I.Q.       101
Full Scale I.Q.        100

RORSCHACH

HOUSE TREE PERSON

BENDER MOTOR GESTALT

CLINICAL DIAGNOSTIC INTERVIEW

---

REASON FOR REFERRAL

This fourteen year old white youth of small build has been admitted to the Diagnostic program at St. Michael's as of 4-8-94 as a result of chronic school truancy behavior. Donald denies any drug usage and relates that he was living with his mother prior to placements.  Chart information indicates a very dysfunctional family and it should be noted that Donald was on Tofranil as well as Mellaril in the past for behavior problems. Donald relates that he does not see his father.  Previous placements included the First Hospital Wyoming Valley for Diagnostic evaluation as well as Wilkes-Barre General Hospital. No previous charges are noted in the chart.  Essentially, he is being seen by this examiner to assess current level of intellectual functioning and personality dynamics in order to formulate treatment goals during his stay at this facility.

OBSERVATIONS

Donald presents as pleasant and cooperative and verbalized spontaneously with this examiner and from a clinical prospective he is found to be fully oriented to time, place and person and there are no indications on a behavioral level of any active psychotic process.  Speech is relevant and coherent.

FELL-00000849

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page II

OBSERVATIONS- continued

 Affect is slightly anxious but appropriate to content of
ideation.  Regarding his school truancy behavior, Donald relates
"I got suspended and my mom was suppose to take me back to school
to get readmitted and she didn't.  Donald further relates that,
when he missed school, he would either go home or stay at his
friend's house.  It is interesting to note that Donald relates
that one of the primary reasons for missing school was because
the teachers wouldn't let me go to the bathroom and I got yelled
at constantly".  This examiner is of the opinion that Donald is
quick to resort to flight or avoidance behavior mechanisms in
dealing with situations which he percieves as anxiety provoking
or egothreatening rather than attempting to confront the
problem in a positive manner.  When asked how he is going to stay
out of trouble in the future, Donald relates "I guess I'll go to
school and walkout".  He relates that his biggest problem at this
time is "not going to school".  With regard to family
dynamices, he describes his relationship with his mother as
"good", and states that he does feel loved.  Since his admission
to St. Michael's, he relates that he feels "mad, because I don't
want to be here, I'd rather be home".  In terms of
self-perception, Donald describes himself as "easy to get along
with, I have alot of friends".  One does get the impression
however that Donald can be an easy victim of negative peer
influence as a result of perceiving the peer group as an avenue
for fulfilling his needs to belong and maintaining self-esteem.
It is interesting to note that Donald relates that he has
difficulty paying attention in school because "I'm always
tired".  He further relates that he does not sleep well at home.
Clearly, this youth is going to have to explore more positive
coping skills in dealing with the dynamics of school rather than
resorting to flight or avoidance behavior mechanisms.
Vocationally, he offers no specific aspirations at this time.

INTELLIGENCE

        The WISC-R was administered to assess current level of
intellectual functioning and the following are the individual
WISC-Rsubtest scores:

| Information   | 11 | Picture Completion  | 10 |
|---------------|----|---------------------|----|
| Similarities  | 8  | Picture Arrangement | 9  |
| Arithmetic    | 11 | Block Design        | 11 |
| Vocabulary    | 9  | Object Assembly     | 9  |
| Comprehension | 8  | Coding              | 11 |

FELL-00000850

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page III


INTELLIGENCE- continued

Inter-subtest scatter is moderate and reflective of consistency in overall cognitive abilities.  Fund of information is slightly above average for his age level and this is also true of arithmetic reasoning skills as well as his usage of analytic synthetic thought process on a spacial relations task and his ability to perform on a task demanding retention of new learning and perceptual motor integration.  Abstract thought process is slightly below average and this is also true of vocabulary as well as judgement for practical situations.  Insight into the dynamics of a social situation is slightly below average.  His ability to attend to detail is average.

Current level of intellectual functioning is within the average range and compared to the general population, he is placed at the 50th percentile rank.

RORSCHACH

The entire record contains a total of only 12 responses which essentially is a constricted record and clinically suggestive of marginal ego strength at this time in that he had difficulty superimposing structure upon the ambiguous stimuli in order to formulate meaningful percepts.  (This is also a significant factor accounting for Donald being an easy victim of negative peer influence).  Essentially, several M responses in the record connote a tendency to rely heavily upon intellectual defenses such as rationalization; projection as well as denial and perhaps even fantasy in order to cope with reality demands and maintain ego-integration.  It is interesting to note his response to card six ("a squirrel that just got runned over") which is suggestive that Donald may feel somewhat overwhelmed at the present time by his current state of affairs and environmental factors.  The findings also suggest that he is acutely aware of his need for emotional support and guidance from others which is a positive note for therapy.  Some mild underlying autistic trends as evidenced by several poor form percept responses connote a tendency to take a situation and manipulate it for his own self-serving ends.  Some mild underlying oppositional trends are also noted.  Color is scarce in formulating his percepts which is suggestive the potential for impulsive, acting out behavior due to poorly developed inner controls.  Other than these findings, the record is essentially unremarkable for a formal thought disorder and reality testing is seen to be within normal limits.

FELL-00000851

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page IV

## HOUSE TREE PERSON

His human figure drawing is a 13 year old male whom he describes as, "he obeys all the rules but he never goes to school." It is interesting to note that the eyes-like pupils which is clinically suggestive of a tendency to be somewhat preoccupied with internal stimuli rather than reality based stimuli however this is not to be construed as impairment testing but rather a tendency to rely upon fantasy or other intellectual defenses as a means of coping with reality demands.   A projective analysis of the drawing reveals strong dependency needs as well as underlying feelings of confusion and ambivalence.  The tree connotes impulsivity (a generalization supported by Rorshach findings) as well as difficulty in reaching out into his environment in socially appropriate ways in order to achieve need satisfaction.  The house is presented in front view suggestive of a tendency to mask his true feelings behind a front or facade and it is interesting to note that the absence of a walkway leading to the home connotes a tendency to be somewhat cautious and guarded with regard to self-disclosure. He does not perceive his home as affording him an emotional support system at this time.

## BENDER GESTALT

Overall, his intellectual approach to this task is systematical and there are no collision of designs noted. Reproductions are characterized by errors of impulsive loops, slight rotation of design and poor angulation.  However, it is the opinion of this examiner that these errors are due primarily to emotional factors rather than to any gross perceptual motor deficits

## IMPRESSIONS AND RECOMMENDATIONS

Donald is a fourteen year old white youth of small build who presents as pleasant and cooperative and is currently functioning intellectually within the average range.  Furthermore the psychometric data do not suggest gross perceptual motor deficits which may manifest in a learning disability. Essentially, it would seem that Donald relies heavily upon flight or avoidance behavior coping mechanisms in dealing with situations which he perceives as anxiety provoking or which he experiences as uncomfortable and really needs to learn that he cannot to continue to runaway from his problems.

FELL-00000852

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page V


IMPRESSIONS AND RECOMMENDATIONS- continued

He needs to gain some insight regarding his own strengths and limitations in order to bring about some behavioral changes. Central features of his personality dynamics include strong dependency needs; underlying feelings of confusion and ambivalence; impulsivity, and a tendency to feel somewhat overwhelmed by his current state of affairs.  This youth needs much positive reinforcement in order to strengthen independent decision making.  I am of the opinion that we can expect some positive gains from Donald since he seems to be motivated towards self-improvement once a trusting relationship is established with staff.  Reality testing is within normal limits and there is no evidence of a formal thought disorder.  One can expect Donald to rely heavily upon such intellectual defenses as rationalization; projection; in coping with reality demands.  I would recommend the following for Donald during his stay at this facility.

1.  Certainly residential placement is in order at this time in order to provide Donald with guidance and supervision from appropriate male role models as well as to help him to gain some insight regarding strengths and limitations in order to bring about some positive behavioral changes.

2.  It would be desirable if Donald could achieve some insight regarding his reliance upon flight or avoidance behavior mechanisms in dealing with situations which he finds uncomfortable and help him to explore more positive coping skills in dealing with such situations rather than resorting to avoidance of the situation.

3.  Since the findings indicate impulsivity, behavior modification approaches should be used on a daily basis, notably response cost and behavioral contracting in order to get Donald to think before responding and be more responsible for the consequences of his behavior.

4.  Family therapy should focus on helping his mother achieve some insight regarding the dynamics of Donald's personality and also to reinforce consistency in proper parenting skills as well as communication to reinforce a sense of belonging within the family constellation especially in view of the absence of the father figure.

FELL-00000853

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page VI


IMPRESSIONS AND RECOMMENDATIONS- continued


5.  Much positive reinforcement should be utilized in programming in order to enhance self-esteem and improve self-concept and staff should reinforce positive peer group interaction on a daily basis.

6.  Lastly, group home placement following discharge from this facility is strongly recommended in view of current personality dynamics and his need for ongoing guidance and supervision from appropriate male role models.

Joseph Reakes, M.A.
Licensed Psychologist


JR/

FELL-00000854

# EXHIBIT 27

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 10/15/94-height & weight.... 11/9/94-struck in l. eye by another youth during an apparent altercation. S. swelling noted. Ice applied. R. 5th knuckle bruised. Refused ice pack for knuckle. No c/o pain. Observe. | 61 1/2 inches; 105 pounds. | Treatment as indicated. Observe for continued complaint |

L. Frisvold, RN - School Nurse

FELL-00000855

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 11/18/94-c/o cough. Afebrile. Robitussin DM. Observe. 11/30/94-c/o cough. Afebrile. ,bitussin DM. Observe. ⊥/4/95-c/o cold symptoms. A-febrile. Sudafed, Tylenol, Ro-bitussin DM. Observe. | Medication effective. Medication effective. | Medication as indicated. Ob-serve for continued complaint: Medication as noted. Observe for additional complaints. Medication as indicated. Ob-serve for continued complaint: Medical treatment as required |

L. Frisvold, RN - School Nurs

# EXHIBIT 28

SERVICE PLAN

MEDICAL - DENTAL

RE:   DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 3/30/95-to Dr. S. Rosengrant for eye refraction. | Glasses prescribed for distance wear only. Myopic astigmatism.   Yearly exams recommended. | Glasses to be worn as prescribed. Yearly exams recommended. |
| 4/5/95-to Geisinger Medical Gp for annual physical exam and check of l. leg. | Seen by Dr. T. A. Hanna, M.D.   Cellulitis l. leg.   Elevate. Naprosyn 375 mg. t.i.d. with food for 15 doses., Keflex 500 mg. b.i.d. for ten days.   Td booster administered. Recheck 4/7/95.. | Medication and treatment as prescribed. Return for recheck at appointed time. |
| 4/7/95-to Geisinger Medical Gp for recheck l. leg. | Seen by Dr. Hanna.   Continue same care. X-ray ordered and compelted.   Return for recheck 4/10/95. | Continue treatment as prescribed. Return for recheck at appointed time. |
| 4/10/95-to Geisinger Medical Gp for recheck of l. leg. | Seen by Dr. Hanna.   Improving, continue same care. Recheck prn. | Continue treatment as indicated. Observe and return prn. |
| 4/19/95-eye & ear screening. | R. eye 20/50; L. eye 20/70.   Normal sweep in both ears. | |
| 4/19/95..height & weight... | 62 1/4 inches; 104 pounds. | |
| 4/25/95-given new glasses. | Glasses to be worn as prescribed. | Wear glasses as prescribed. |
| 5/2/95-to Dr. M. Hunting, DDS, for dental care. | #18 occlusal with composite filling with amalgam; #31 occlusal with composite filling with amalgam.   Fillings completed. Recall in six months. | Dental care completed. Recall in six months. |
| 5/9/95-c/o cough. Robitussin DM. Observe. | Effective. | Observe for additional complaints |
| 6/5/95-c/o headache. Tylenol | Effective. | |
| 6/28/95-no medical or dental complaints at this time. | Stable. Non-complaining. | Medical and dental care as required. |

L. Frisvold, RN - School Nurse

# EXHIBIT 29

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: 5/95

WORKER: Boynon

| CONTACTS. | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 5/26/95

Location: SHARP Home

Who Seen:

JACKie SHARP
Donald Fell
Teri Fell

1. )

Home visit

2. )

Jackie reports that Donnie has been going to school regularly. She is having some problem w/him at home.

Donnie needs to help out more around the house. Teri does chore willing, but Jackie reports Donnie is less cooperative.

I suggested she sit down w/ them and writ

FELL-00000858

out chore lists, w/ their help. Next, the lists should be posted in plain view so they can be referred to as needed

Jackie is also concerned that Donnie may be ~~marijuana drugs~~ using drugs. She stated when he's been out w/ his friends, he stays i his room and he won't eat. She also reports he has mood ~~so~~ swings.

Jackie and I discussed these concern w/ Donnie He swears he's not using drugs. I advised if he continues to demonstrate the behaviors noted above he may need to be reevaluated at CA

Jackie's only other concern is that she needs some time for herself. I explained to her that Donald and Teri probably have a lot of anxiety based on ~~their us~~ being abandoned by ~~their~~ mothe and their grandmother's death. I advised Jacki as they become more comfortable w/ her as their guard

FELL-00000859

# EXHIBIT 30

# INTENTIONALLY LEFT BLANK

FELL-00000860 - FELL00000861

# EXHIBIT 31

```
04/30/2010                    Rutland City Police Department                      1738
14:07                          LAW Incident Table:                     Page:      1

Incident Number: 96RL00295

Nature: Citizen Dispute Partition: 1119
  Addr:        REDACTED-FELL                          Area: 1119  RUTLAND CITY
  City: Rutland City      ST: VT  REDACTED-FELL       Contact:
   Complainant&
  Lst:                                Fst:               Mid:
  DOB:           SSN:                 Adr:
  Rac:    Sx:  Tel:                   Cty:               ST:    Zip:

   Offense Codes: CDIS INTP                  Reported: CDIS  Observed: INTP
   Circumstances: LT20   SUA
Rspndg Officers: Stevens, K       Perkins M        Tarbell, J
Rspnsbl Officer: Stevens, K       Agency: 1119          CAD Call ID:    403369
   Received By: Tucker, S              Last RadLog:
  How Received: T  Telephone           Clearance: RBS  Reviewed by Sergeant
  When Reported: 03:53:53 01/11/1996    Disposition: TRA  Disp Date: 01/15/1996
Occurrd between: 03:53:53 01/11/1996   Judicial Sts:
          and: 03:53:53 01/11/1996Supervisor Apprl: SATucker,SGT
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type    Record #     Date        Description                   Relationship
 NM                01/11/1996                                  *Complainant
 NM                01/11/1996                                  *Offender
 NM                01/11/1996                                  *Offender
 CA     403369     01/11/1996   03:53 01/11/1996 Citizen Dispu *Initiating Call
 PR     73643      01/11/1996   Key Miscellaneous  $0           Fell-pers-prop.
 PR     73644      01/11/1996   Wallet & Cash  $142.85          Gilbert-pers-prop.

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                Amount
  1 CDIS Citizen Dispute                 0.00
  2 INTP Intoxicated Person              0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                Comments
  1 LT20    Residence/Home
  2 SUA     Suspected using alcohol
```

FELL-00000862

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Stevens, K        M965
  2 Perkins M         M973
  3 Tarbell, J        M956
```

FELL-00000863

Narrative:
_____
Responded to ▓ Cottage St. for a reported domestic. Upon my arrival, I observed two heavily intoxicated subjects who were argueing over their moving to PA.

Both were believed to have assaulted each other.

It was necessary to take both of them into protective custody as neither one could walk without assistance. They further had the stove burners on with nothing on the stove, and neither knew it was on.

They were identified as ;

Both were placed at the RCCC.

FELL-00000864

# EXHIBIT 32

```
04/30/2010                Rutland City Police Department                    1738
14:06                        LAW Incident Table:                   Page:      1

Incident Number: 96RL07632

Nature: Disorderly       Partition: 1119
  Addr: Sunset Motel [REDACTED]                        Area: 1119  RUTLAND CITY
  City: Rutland City      ST: VT   Zip: 05701      Contact:
  Complainant&     .41880
  Lst: Sunset Motel                     Fst:             Mid: REDACTED - FELL
  DOB:   / /     SSN:      -  -       Adr= REDACTED - FELL
  Rac:   Sx:   Tel: (802)773-2786   Cty: Rutland City    ST: V
                                                    REDACT
  Offense Codes: 2480 INTP                Reported: 2480   Observed: INTP
  Circumstances: LT14   DOMV
Rspndg Officers: LaChance, D      Tucker, S        Stevens, K
Rspnsbl Officer: LaChance, D      Agency: 1119        CAD Call ID:    487431
     Received By: Wentworth, L          Last RadLog:
   How Received: T  Telephone             Clearance: RBS  Reviewed by Sergeant
  When Reported: 00:51:52 09/04/1996     Disposition: TRA  Disp Date: 09/07/1996
Occurrd between: 00:51:52 09/04/1996  Judicial Sts:
           and: 00:51:52 09/04/1996Supervisor Apprl: SATucker,SGt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description              Relationship
  NM      41880   09/04/1996  Sunset Motel,            *Complainant
  NM   [REDACTED]  09/04/1996  [REDACTED]              *Person of Interest
  NM              09/04/1996                           *Person of Interest
  CA     487431   09/04/1996  00:51 09/04/1996 Disorderly  *Initiating Call
  PR      87508   09/04/1996  Miscellaneous   $0        Gilbert-pers-prop.
  PR      87509   09/04/1996  Cash  $26.25             fell-pers-prop

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
  1 2480 DISORDERLY CONDUCT OTHER      0.00
  2 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                Comments
  1 LT14   Hotel/Motel/Etc.
  2 DOMV   Domestic Violence Involved
```

FELL-00000865

```
LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 LaChance, D         M975
  2 Tucker, S           M947
  3 Stevens, K          M965
```

FELL-00000866

Narrative:
_____
Upon my arrival at Sunset Motel ████████ for a reported 10-10 I met
with ███████████████ and ████████. ██████ and ████████ both
advised that they had been involved in an arguement. ██████ was
covered in beer.

Both subjects were incapaciatated, both subjects had an alco-
sensor reading of .████AC.

Both ██████ and ████████ were screened by Evergreen and sent to RCC
as an incap.

████████ had been reported missing by PA authorities. These
authorities were contacted and advised.

No further action taken

FELL-00000867

# EXHIBIT 33

```
03/24/2010                 Rutland City Police Department                   1470
09:24                       LAW Incident Table:                    Page:    1

Incident Number: 96RL09679

Nature: Disorderly        Partition: 1119
  Addr: REDACTED - FELL                 REDACTED - FELL        Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT  Zip:              Contact: female bartender
  Complainant&    41084
  Lst: Stoplite Lounge          Fst:               Mid:
  DOB:   /  /      SSN:      -   -    REDACTED - FELL
  Rac:   Sx:    Tel: ████████████  Cty: Rutland City    ST: VT Zip: REDACTED - FELL

  Offense Codes: 2480                      Reported: SUSP  Observed: 2480
  Circumstances: LT20  SUA
Rspndg Officers: Hall, C         Tarbell, J        Greene, C        &
Rspnsbl Officer: Greene, C       Agency: 1119          CAD Call ID:    510977
   Received By: Dunchus, P        Last RadLog:
  How Received: 9  911 Line          Clearance: CRO  Cleared Responding Of
When Reported: 00:11:11 11/06/1996  Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996  Judicial Sts: NCI  Non-criminal Incident
          and: 00:11:11 11/06/1996 Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date       Description                    Relationship
 NM   ████████████████████████████████████████████████████  POI
 NM    41084   11/06/1996   Stoplite Lounge                 *Complainant
 NM   ███████████████████████████████████████              witness
 NM   225239   11/06/1996   Fell, Deborah Ann               POI
 NM   ██████████████████████████████████████████████████   POI
 NM   ██████████████████████████████████████████████████   POI
 NM   ██████████████████████████████████████████████████   POI
 CA   510977   11/06/1996   00:11 11/06/1996 Suspicious     *Initiating Call

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                               Amount
  1 2480 DISORDERLY CONDUCT OTHER       0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                             Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

FELL-00000868

Narrative:

At approximately 0011 hours., 11/06/96, I responded to the Stop
Light Bar for a reported suspicious activity, where someone came
into the Stop Light Bar and advised someone upstairs was
bleeding.

Upon my arrival, the bartender ██████████ advised she
didn't know what was going on, but ██████████ came down
advising there was blood everywhere in apartment 4.

██████████ who then met us at the door, advised that two
individuals were fighting in apartment 4.

Once upstairs, I could hear, then see two individuals still
verbally fighting in a close proximatey to each other. One of the
male,s identified later as ██████████, his face, was
covered with blood. The second male, identified as ██████████,
had some redness to his forehead, where he advised he had been
struck. Both men were intoxicated along with the two females
present.

RAS was contacted to respond to the scene for treatment of
██████████.

██████████ advised he and ██████████ had been arguing when ██████████
began to assault him by hitting him about the head and body.
That fight ended and another between the two broke out with
██████████ continuing to hit ██████████. ██████████ advised that at some
point during the second scuffle, he grabbed a lamp and struck
██████████ in the head with it.

██████████ advised he wasn't doing anything, they had only been
arguing, he was just sitting there when ██████████ grabbed the lamp
and struck him.

██████████ advised that he witnessed the fight and it
appeared that ██████████ had started it, and was kicking and
punching ██████████.

Neither ██████████ nor ██████████ wanted to persue criminal complaints
against each other.

Case closed.

FELL-00000869

# EXHIBIT 34

```
04/30/2010                Rutland City Police Department                           1738
14:05                        LAW Incident Table:                          Page:      1

Incident Number: 96RL09679

Nature: Disorderly      Partition: 1119
   Addr:     REDACTED - FELL                              Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT   Zip: REDACTED - FELL  Contact: female bartender
   Complainant&      41084
   Lst: Stoplite Lounge              Fst:                  Mid:
   DOB:   /  /      SSN:    -   -    REDACTED - FELL
   Rac:   Sx:   Tel: (802)773-1605  Cty: Rutland City     ST: VT Zip: REDACTED - FELL

   Offense Codes: 2480                        Reported: SUSP  Observed: 2480
   Circumstances: LT20   SUA
Rspndg Officers: Hall, C          Tarbell, J        Greene, C        &
Rspnsbl Officer: Greene, C        Agency: 1119          CAD Call ID:      510977
   Received By: Dunchus, P            Last RadLog:
   How Received: 9  911 Line               Clearance: CRO  Cleared Responding Of
   When Reported: 00:11:11 11/06/1996    Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996   Judicial Sts: NCI  Non-criminal Incident
          and: 00:11:11 11/06/1996Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #     Date      Description                    Relationship
 NM                 11/06/1996                                POI
 NM      41084      11/06/1996  Stoplite Lounge,             *Complainant
 NM                 11/06/1996                                witness
 NM                 11/06/1996                                POI
 NM                 11/06/1996                                POI
 NM                 11/06/1996                                POI
 NM                 11/06/1996                                POI
 CA     510977      11/06/1996  00:11 11/06/1996 Suspicious  *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                Amount
 1 2480 DISORDERLY CONDUCT OTHER         0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                Comments
 1 LT20   Residence/Home
 2 SUA    Suspected using alcohol
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Hall, C           M972
  2 Tarbell, J        M956
  3 Greene, C         M969
  4 Sly, J            M949
```

FELL-00000871

Narrative:
_____

At approximately 0011 hours., 11/06/96, I responded to the Stop
Light Bar for a reported suspicious activity, where someone came
into the Stop Light Bar and advised someone upstairs was
bleeding.

Upon my arrival, the bartender (⬛⬛⬛⬛⬛⬛) advised she
didn't know what was going on, but ⬛⬛⬛⬛⬛⬛ came down
advising there was blood everywhere in apartment ⬛

⬛⬛⬛⬛ who then met us at the door, advised that two
individuals were fighting in apartment ⬛

Once upstairs, I could hear, then see two individuals still
verbally fighting in a close proximatey to each other. One of the
male,s identified later as ⬛⬛⬛⬛⬛, his face, was
covered with blood. The second male, identified as ⬛⬛⬛⬛
had some redness to his forehead, where he advised he had been
struck. Both men were intoxicated along with the two females
present.

RAS was contacted to respond to the scene for treatment of
⬛⬛⬛.

⬛⬛⬛ advised he and ⬛⬛⬛ had been arguing when ⬛⬛⬛
began to assault him by hitting him about the head and body.
That fight ended and another between the two broke out with
⬛⬛⬛ continuing to hit ⬛⬛⬛. ⬛⬛⬛ advised that at some
point during the second scuffle, he grabbed a lamp and struck
⬛⬛⬛ in the head with it.

⬛⬛⬛ advised he wasn't doing anything, they had only been
arguing, he was just sitting there when ⬛⬛⬛ grabbed the lamp
and struck him.

⬛⬛⬛⬛ advised that he witnessed the fight and it
appeared that ⬛⬛⬛ had started it, and was kicking and
punching ⬛⬛.

Neither ⬛⬛⬛ nor ⬛⬛⬛ wanted to persue criminal complaints
against each other.

Case closed.

FELL-00000872

# EXHIBIT 35

```
03/24/2010              Rutland City Police Department                    1470
09:24                      LAW Incident Table:                   Page:     1

Incident Number: 97RL01594

Nature: Intoxication   Partition: 1119
   Addr: REDACTED - FELL                              Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT  Zip: REDACTED - FELL   Contact:
   Complainant&
   Lst:                              Fst:                 Mid:
   DOB:           SSN:      -   -    Adr=
   Rac:    Sx:   Tel:                Cty:                  ST:    Zip:

   Offense Codes: INTP                      Reported: INTP  Observed: INTP
   Circumstances: LT13   SUA
Rspndg Officers: Geryk, R        Larson, E       Schauwecker, D
Rspnsbl Officer: Geryk, R        Agency: 1119        CAD Call ID:    549656
   Received By: Wentworth, L          Last RadLog:
   How Received: T  Telephone            Clearance: CRO  Cleared Responding Of
When Reported: 17:11:18 03/04/1997   Disposition: COM  Disp Date: 03/04/1997
Occurrd between: 17:11:18 03/04/1997  Judicial Sts: NCI  Non-criminal Incident
          and: 17:11:18 03/04/1997 Supervisor Apprl: Cpl.E.Larson
MO: Time of Day     1501-1800
  Narrative: (See below)
            See Involvements.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description               Relationship
NM      61040  03/04/1997  Evergreen Center          Screened both.
NM                                                   *Complainant
NM      94475  03/04/1997  Marble Valley Regional Correct  Both transported to
NM     225239  03/04/1997  Fell, Deborah Ann         Intoxicated
NM                                                   Intoxicated
CA     549656  03/04/1997  17:11 03/04/1997 Intoxication  *Initiating Call
PR      98665  03/05/1997  Miscellaneous assorted  $0  Fell-pers-prop.

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
  1 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                          Comments
  1 LT13   Highway/Road/Alley      Evelyn Street
  2 SUA    Suspected using alcohol .272 & .300
```

FELL-00000873

Narrative:
_____    REDACTED - FELL
Two intoxicants by                    apartments. Screened by Evergreen. TO MVRCF

FELL-00000874

# EXHIBIT 36

```
03/24/2010                  Rutland City Police Department                          1470
09:25                          LAW Incident Table:                         Page:    1

 Incident Number: 97RL05323

 Nature: Assault          Partition: 1119
   Addr: REDACTED - FELL                                       Area: 1119   RUTLAND CITY
   City: Rutland City      ST: VT  Zip: REDACTED - FELL    Contact: M997
   Complainant&
   Lst:                               Fst:                    Mid:
   DOB:            SSN:               Adr:
   Rac:   Sx:   Tel:                  Cty:                   ST:     Zip:

   Offense Codes: CDIS                        Reported: NC     Observed: CDIS
   Circumstances: LT11
 Rspndg Officers: Sherwin, B       Fuller, T        Blongy, K         &
 Rspnsbl Officer: Fuller, T        Agency: 1119          CAD Call ID:    604987
      Received By: Earle, L                   Last RadLog:
     How Received: O  Officer Report           Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 13:34:04 07/03/1997   Disposition: COM  Disp Date: 07/08/1997
 Occurrd between: 13:34:04 07/03/1997   Judicial Sts:
             and: 13:34:04 07/03/1997 Supervisor Apprl: Lt Sherwin
 MO:
  Narrative: (See below)


 = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


 INVOLVEMENTS:
 Type  Record #    Date      Description                    Relationship
  NM                                                        Person of Interest
  NM    225239  07/08/1997  Fell, Deborah Ann                Person of Interest
  CA    604987  07/03/1997  13:34 07/03/1997 Assault        *Initiating Call

 LAW Incident Offenses Detail:
                  Offense Codes
 Seq Code                                   Amount
   1 CDIS Citizen Dispute                   0.00


 LAW Incident Circumstances:
                  Contributing Circumstances
 Seq Code                                 Comments
   1 LT11  Government/Public Bldg


 LAW Incident Responders Detail
     Responding Officers
 Seq Name              Unit
   1 Sherwin, B        M934
   2 Fuller, T         M968
   3 Blongy, K         M971
   4 Petrie, C         M997
```

FELL-00000875

Narrative:
_____

The complainant stated that he was traveling on West Street in
frcnt of the Stop Light bar.  Petrie stated that the female had
hit the male in the mouth.  When I spoke with the involved
persons I was advised that they were not interested in filing any
complaint.

Case closed. NFA

FELL-00000876

# EXHIBIT 37

```
03/24/2010              Rutland City Police Department                  1470
09:25                       LAW Incident Table:              Page:     1

Incident Number: 97RL07770

Nature: Intoxication     Partition: 1119
  Addr: REDACTED - FELL                          Area: 1119  RUTLAND CITY
  City: Rutland City     ST: VT   REDACTED - FELL   Contact:
  Complainant&    225239
  Lst: Fell                           Fst: Deborah      Mid: Ann
  DOB: REDACTED - FELL  SN:          Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                  Cty: Rutland City    REDACTED - FELL

  Offense Codes: INTP                       Reported: INTP  Observed: INTP
  Circumstances: LT14   SUA
Rspndg Officers: Gaiotti, W       Notte, M        Sly, J
Rspnsbl Officer: Gaiotti, W       Agency: 1119        CAD Call ID:    652070
    Received By: Wentworth, L       Last RadLog:
    How Received: 9  911 Line          Clearance: RBS  Reviewed by Sergeant
  When Reported: 01:44:11 09/16/1997   Disposition: COM  Disp Date: 09/19/1997
Occurrd between: 01:44:11 09/16/1997   Judicial Sts: NCI  Non-criminal Incident
          and: 01:44:11 09/16/1997Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                 Relationship
 NM    225239   09/19/1997  Fell, Deborah Ann           Intoxicated Person
 NM                                                      POI
 NM    225239   09/16/1997  Fell, Deborah Ann           *Complainant
 CA    652070   09/16/1997  01:44 09/16/1997 Intoxication *Initiating Call
 PR    110884   09/16/1997  Key Motel   $0              Fell-pers-prop.

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                                    Amount
  1 INTP Intoxicated Person                  0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                    Comments
  1 LT14   Hotel/Motel/Etc.
  2 SUA    Suspected using alcohol
```

FELL-00000877

Narrative:

Prior to this call I had been flagged down in the parking lot of the Royal Motel by a male subject advising an intoxicated female was trying to drive her car. The female, Debbie Fell, was in her car parked in front of her room. The male, ███████████, advised he and Fell are living together at the motel. ████ had disabled the vehicle so Fell could not drive. Fell was warned to go inside and stay there. She was being beligerent and disturbing the other motel tenents. Fell did so but was clearly not happy.

When this call came in, Fell had called 911 several times complaining about her car being disabled by ████████. I responded to the motel and spoke with both subjects. Fell advised she had to be at work in a few hours and needed her vehicle. ████████ advised he was not going to fix the car until Fell was sober. Fell became loud and beligerent again and was warned once more to go into her room or she would be incapped. Fell said she would not go in and I would have to take her to jail. Fell was taken into custody and screened by Evergreen. She refused an alco-sensor but was clearly extremely intoxicated. Evergreen continued Fell's protective custody at the correction center. She was transported to the cc and held overnight. NFA/3870

FELL-00000878

# EXHIBIT 38

```
03/24/2010              Rutland City Police Department              1470
09:26                   LAW Incident Table:              Page:     1

Incident Number: 98RL00371

Nature: Intoxication    Partition: 1119
  Addr: Woodstock Avenue (Royal Motel)              Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT  Zip: 05701         Contact:
  Complainant&    225239
  Lst: Fell                        Fst: Deborah        Mid: Ann
  DOB: REDACTED - FELL SSN:              Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                      Cty:

  Offense Codes: INTP                     Reported: INTP  Observed: INTP
  Circumstances: LT20  SUA
Rspndg Officers: Greene, C        Sly, J
Rspnsbl Officer: Greene, C        Agency: 1119        CAD Call ID:    719411
   Received By: Bletz, T                 Last RadLog:
   How Received: 9  911 Line             Clearance: RBS  Reviewed by Sergeant
  When Reported: 23:41:19 01/14/1998    Disposition: COM  Disp Date: 01/15/1998
Occurrd between: 23:41:19 01/14/1998   Judicial Sts: NCI  Non-criminal Incident
           and: 23:41:19 01/14/1998Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description              Relationship
 NM    225239  01/15/1998  Fell, Deborah Ann         POI
 NM    225239  01/14/1998  Fell, Deborah Ann         *Complainant
 CA    719411  01/14/1998  23:41 01/14/1998 Intoxication  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                          Amount
  1 INTP Intoxicated Person        0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                          Comments
  1 LT20  Residence/Home
  2 SUA   Suspected using alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Greene, C         M969
  2 Sly, J            M949
```

FELL-00000879

Narrative:

Deb Fell and her boyfriend were fighting over the key's to Fell's vehicle. Both were intoxicated, and were told to call in the morning if there were problems with Debbie getting the key's.

NFA

FELL-00000880