WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHAITRIC UNIT

SOCIAL SERVICE DISCHARGE SUMMARY

NAME:          Donald Fell
ADDRESS:       REDACTED - FELL
               Wilkes-Barre, PA  18702
PHONE:         824-5842
D.O.B.:        04/30/80

DATE OF ADMISSION:  04/14/92
DATE OF DISCHARGE:  05/02/92
BSU#:               404-01593
MR#:                383700

REASONS FOR ADMISSION: Donald is a 11 year old white male who was admitted to the Wilkes-Barre General Hospital Adolescent Psychiatric Unit on a voluntary 201 admission. This is Donald's second hospitalization to a psychiatric facility. He was hospitalized at First Valley Hospital in October of 1991. Donald was admitted to this hospital due to playing with dangerous items such as guns and knives. He recently shot a friend with a gun by accident. He hits his mom and sister and he has in the past pulled out his mom's hair. He throws items when angry and curses at authority figures. He doesn't follow rules at home and he does what he pleases. Psychiatric history of family members includes a grandmother on the paternal side had a "nervous break down" as stated by mom when she was an adult. Also the mom stated that the father has severe mood swings and was physically violent to the family.

CLINICAL EVALUATION: While on the unit Donald engaged in individual, family and group therapies, various creative activities, and education. Donald was able to interact appropriately with his peers on the unit. Donald had several family sessions while on the unit. These family sessions started out with Donald having difficulty communicating with his mom and being respectful toward her. However, as the family sessions increased Donald was able to get motivated for treatment and communicated appropriately with his mother. While on the unit Donald was working on several problem areas.

   Problem #1: Donald plays with dangerous items such as knives and guns. Donald was able to verbally state that he will no longer play with dangerous items. Donald was able to list, discuss, and identify appropriate alternatives to playing with dangerous items. Donald was able to discuss the negative effects of playing with dangerous items.

   Problem #2: Donald physically abuses his mom and sister. Donald was no longer physically abusing his mom or sister. Donald was able to list, discuss, and identify appropriate alternatives to hitting his mom and sister. Donald was able to discuss situations leading up to his hitting his mom and sister.

   Problem #3: Donald throws items when angry and curses at authority figures. Donald was no longer throwing items or cursing authority figures when angry. Donald was able to list, discuss, and identify appropriate alternatives to throwing items and cursing when angry. Donald was able to discuss situations leading up to his problems. History out his hit,

   Problem #4: Donald does not follow the rules at home. Donald was able to follow the rules on the unit. Donald was able to list, discuss, and identify appropriate alternatives to not following rules and not listening to authority figures. Donald was able to discuss the importance of following rules and listening to authority figures. The above stated issues will continue to be addressed and this will be done at the Partial Hospitalization Program at Childrens Service Center. Once again upon discharge Donald was no longer physically abusive toward his family members.

m 812

FELL-00000157

Social Service Discharge Summary
Page 2
Donald Fell

DISCHARGE DIAGNOSIS:  Please refer to physician's discharge summary.

MEDICATION:  Donald was discharged on the following medication:

Tofranil - 25 mgs. at 8:00am.

Dexedrine - 7.5 mgs. at 8:00am, 12:00 noon, and 4:00pm.

LIVING ARRANGEMENTS:  Upon discharge Donald will be returning home to live with his mother and siblings.

DISCHARGE RECOMMENDATIONS:  Donald will be returning to the Partial Hospitalization Program on May 4, 1992 and he will see Dan Belletieri.

Suzanne N. Smith, ö.S.W.
Therapist

FELL-00000158

28

FELL-00000159

Healthcare redefined for the 21st Century.

**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT   FINAL NARRATIVE SUMMARY

MED REC NO 383700
SEX/AGE M 12Y   ROOM N765 1
DOCTOR   FEUSSNER, JAMES W. MD
PATIENT NO 3823895

DATE DICT   3/26/93 by JWF
DATE TRANS  3/26/93 by dam
JOB #  0869

ADMISSION DATE:   01/26/1993

DISCHARGE DATE:   02/26/1993

SUMMARY:

Reason for Referral:  School refusal, explosive violence, running away.

History:  The mother states that since she took him out of our Children's Service Center Partial Hospital Program last year, his behavior has been deteriorating.  Even when she started his medications (which she had stopped against medical advice), he still could not recover his behavioral control.  He refused to do anything she asked, stating "I don't have to listen to you or anyone".  He still keeps knives in his room and recently he threw a butcher knife at his mother.  He punched his mother's paramour in his broken leg. He has not attended school for over three months.  He often stays out until midnight without telling the mother where he is. The mother fears he will attack her if she tried to discipline him.  He fought with mother and broke her finger just before Christmas.

Past Medical History:  The patient has a long history of beating his mother as well as beating younger children.  Last year, he "accidentally" shot a boy in the chest with a hand gun.  He joked about the shooting and showed no remorse; fortunately the boy recovered.

The patient has a past history of physical and sexual abuse at age 4, along with his sibling, Terry, perpetrated by a husband and wife babysitting team.  He may have also been physical abuse at the hands of his father.  In 1985, the mother and father, while drunk, had a fight with knives at home, while the children were present.  The father stabbed the mother in the leg and the mother stabbed the father in the back.  Reportedly, they were fighting about who was to blame for the children being sexually abused.  The mother has been in prison for driving under the influence and other offenses.

The maternal grandmother had chronic psychosis and died in a state hospital.

MENTAL STATUS:  The patient is a small, thin, 12 1/2 year old, white . . . . . . . . . . manipulative and who cries profusely when he does not get his own way. He is defiant and

VHA. Widest of Voluntary Hospitals of America Inc.

M674

FELL-00000160



**WILKES·BARRE**
GENERAL HOSPITAL

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

PATIENT   FELL, DONALD

oppositional to authority and he exhibits tantrums when he does not get his own way. His affect is labile and extreme and out of proportion to these tantrums. His thinking is goal-oriented when he is calm but his thinking is adversely influenced by his mood swings and his emotional upsets.

He will stubbornly cling to a false statement offered in his own defense almost to the point of delusion. He shows no hallucinations or other signs of psychosis however. He denies suicidal and homicidal ideations but admits he may have had such thoughts in the past. His mood is anxious, angry and depressed. He does have difficulty keeping still and concentrating if he does not receive his Dexedrine and Tofranil. His insight and judgment are immature and/or impaired by his mood swings and impulsiveness.

PRELIMINARY DIAGNOSES:

ICD9   311.00   -   Atypical depression not otherwise classified.

       314.2   -   Hyperkinetic conduct disorder.

       301.83  -   Borderline personality traits.

Hospital Course:

On 1/27/93, the patient is tearful on his first night in the hospital, missing his mother. Otherwise, he is doing well. From the beginning, we are not using medications because we want to determine his need.

On 1/28/93, during his family session, his mother is very strong and will not be manipulated by him. She confronted him with his violent, dangerous, disrespectful, defiant behavior. Donald used all sorts of excuses and manipulations and when nothing worked, he cried. When his crying didn't move her, he got angry and left the meeting. Although he acted out in group and put down the family session, he seemed worried that he could not manipulate his mother. We have not yet started meds and he has not asked for them yet.

On 1/29/93, the patient is overtly disrespectful and sarcastic to members of the evening group session. He is still not trying to do well and can't get out of the hospital. He still refuses meds. Mother continues to remain firm and will not give in to his attempts to manipulate.

On 2/3/93, the patient reveals he was abused sexually by babysitters and physically by his father. The mother says the father carries a diagnosis of schizophrenia. The patient's grandmother also had chronic psychosis and took psychotropic medications chronically. After the mother finally made the alcoholic, physically abusive



**Healthcare redefined for the 21st Century**

**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

father leave, there was no one left to monitor Donald at home while
the mother worked.  He became bolder and bolder but she gave in to
him, "bribing" him to behave.  Finally, he became dangerous and was
hiding knives in his room and throwing knives at her as well as
physically assaulting her.  Mother is now afraid to go to sleep with
Donald in the house for fear he will try to stab her with the knives
while she sleeps.

Allegedly, he told his sister Terry that the razor sharp knife with a
four inch blade was meant to kill his parents.  His drawings also
suggest a psychotic or borderline process.  We will start the
Mellaril.  I have discussed the possible side effects with the mother
including tardive dyskinesia, neuroleptic malignant syndrome,
extrapyramidal reaction, etc.

On 2/10/93, the patient is on 10 mg of Mellaril three times per day.
He has been acting superficially cooperative, doing the minimal to
get by and to get his levels.

During his family session, he was eating cookies and only half paid
attention to his mother who was trying to talk to him.  His mother
now has the conviction and the strength of purpose to confront him
with his past behavior and give him aid emotion to level C.  The
mother cited the fear of being hurt in her sleep by Donald who has
been hiding knives under his pillows and who has been roaming the
house at night.  The Mellaril is helping his aggression and violence
and shows no side effects.

On 2/12/93, the patient is room-restricted today for having ten
points last night.  He was cooperative and did his work. Tonight, he
told his mother, by phone, that she could take away all of his
possessions and all of his privileges and he would earn them back
one-by-one, if she would only take him back home.

He decided to propose such a program in an effort to show her he has
changed and that she can trust him to take him home.  He is
responding well to Mellaril without side effects.  He ate cookies
during his family session last night but regrets that now.  He says
he is not taking his mother for granted any longer.

On 2/16/93, the patient is behaving better since his anti-psychotic
medicine was increased.  He now gets Mellaril 25 mg at 8:00 a.m. and
3:00 p.m.   Patient trie' hard in his family session to convince his
mother to trust him.  He has been writing good essays.  He
purposefully avoids peers who lead him into trouble.  He does well on
his Mellaril with no side effects.

On 2/18/93, the patient is responding well to the 50 mg of Mellaril
daily and to the firm limit setting of his mother.  He is taking
treatment more seriously now than before.  He shows no side effects

Page 3

FELL-00000162



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD                          DEPT. OF MEDICAL RECORDS
                                               REPORT  FINAL NARRATIVE SUMMARY

to the Mellaril.  He is staying away from peers on the ward who might
lead him into behavior problems.  He is actually working for level A.

On 2/19/93, the patient talked about his sexual abuse in the group
therapy program.  He was abused at the hands of his biological
father.

On 2/23/93, the patient is doing very well on his 50 mg of Mellaril
per day with no side effects.  He was granted a home pass by his
mother.

On 2/26/93, the patient has greatly improved on Mellaril 50 mg per
day.  He shows no anxiety, depression, mood swings, temper tantrums,
impulsiveness or hyperactivity.  He is motivated to behave and the
medication helps him to do so.  He had a good family session.  He had
good home passes.  His mother is willing to take him back home.

He will return to the Children's Service Center for outpatient
individual and family counselling.  He will be followed by me in the
Medication Clinic of the Children's Service Center for his 25 mg of
Mellaril twice a day.

Medical Evaluation and Lab Data:  The pediatric evaluation by Dr.
Dahlem of 1/28/93 was within normal limits.

CBC, differential, chemistry profile and routine urinalysis are all
within normal limits.  The 'rine for drug screen yields Desipramine
and amphetamines.

The thyroid profile is within normal limits.  VDRL is non-reactive.

ICD9  296.34  -  Major depression with psychotic features.

      314.2   -  Hyperkinetic conduct disorder.

      301.83  -  Borderline personality traits.

RECOMMENDATIONS:

1)  Discharge to the custody of the biological mother.

2)  Return to Children's Service Center Outpatient Department
    for individual and family counselling.

3)  Return to Children's Service Center Medication Clinic, to be
    followed by me on his medications.

4)  Continue the current medications of Mellaril 5 mg at 8:00 a.m.
    and at 3:00 p.m.

FELL-00000163



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT    FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

JAMES W. FEUSSNER, JD, MD
Board Certified Child and
Adolescent Psychiatrist

cc:    Dr. Feussner

Children's Service Center

VHA. Affiliate of Voluntary Hospitals of America Inc.

FELL-00000164

**29**

FELL-00000165



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

MED REC NO 383700
SEX/AGE  M 12Y    ROOM N761 1
DOCTOR  FEUSSNER, JAMES W. MD
PATIENT NO 3823895

DEPT. OF MEDICAL RECORDS
REPORT  PSYCHIATRIC INTAKE EVAl

DATE DICT    1/27/93 by JF
DATE TRANS   1/27/93 by a
JOB #  1110
ADMISSION DATE  01/26/1993

CHIEF COMPLAINT:        School refusal, explosive violence, running away.

HX OF PRESENT ILLNESS:  Mother states that since she took him out of our partial hospital program last year, his behavior has deteriorated.  Even when she started his medication (which she had stopped against medical advice), he sill could not recover his behavioral control.  He refused to do anything she asked.  "I don't have to listen to you, or anyone," he said.  He still keeps knives j his room and recently he threw a butcher knife at his mother.  He punched his mother's paramour in his broken leg.  He has not attende school for over three months.  He often stays out until midnight without telling mother where he is. Mother fears he will attack her she tried to discipline him.  He fought with mother and broke her finger just before Christmas.

PAST MEDICAL HX:        The patient has a long history of beating hi mother as well as beating younger children.  Last year he "accidentally" shot a boy in the chest with a hand gun.  He joked about the shooting and showed no remorse.  Fortunately the boy recovered.

The patient has a past history of physical and sexual abuse at age four along with his sibling, Terry, perpetrated by a husband/wife babysitting team.  There may have also been physical abuse at the hands of his father.  In 1985, mother and father, while drunk, had a fight with knives at home, while the children were present.  Father stabbed mother in the leg and mother stabbed father in the back. Reportedly, they were fighting about who was to blame for the childr being sexually abused.  Mother has been in prison for driving under the influence and other offenses.

Maternal grandmother had chronic psychosis and died in the State Hospital.

PHYSICAL

Mental status:   The patient is a small, thin,  12 1/2-years-old, whi male who is impulsive, demanding, manipulative, and who cried profusely when he does not get his own way. He is defiant and oppositional toward authority, and he exhibits tantrums when he does not get his way. HIs affect is labile and extreme, out of proportion the stimulus.  His thinking is goal oriented when he is calm, but his thinking is adversely influenced by

M690

FELL-00000166



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  PSYCHIATRIC INTAKE EVALU

his mood swings and his emotional upsets.  He will stubbornly cling to a false statement offered in his own defense almost to the point of delusion.  He show no hallucinations or other signs of psychosis, however.  He denies suicidal and homicidal ideation but admits he may have had such thoughts in the past. He mood is anxious, angry and depressed.  He does ha\ difficulty keeping still and concentrating, if he doe not receive his Dexidrine and Tofranil.  His insight and judgment are immature and are impaired by his moc swings and his impulsivity.

## DIAGNOSIS

ICD-9 311.00 Atypical depression, not otherwise specified.

314.2 Hyperkinetic conduct disorder.

301.83 Borderline personality traits.

## TREATMENT

Admit to Wilkes-Barre General Hospital Adolescent Unit for its milieu therapy program which provides firm limit setting, consistent structure, role modeling and emotional support, supervised recreation and socialization, Sed classroom placement, psychotropic medications as needed, pediatric evaluation, child psychiatric evaluation, psychological evaluation as needed, drug and alcohol evaluation as needed, individual and group psychotherapy, family counseling.

James W. Feussner, M.D. J.D.
Board Certified Child and
Adolescent Psychiatrist

cc: Dr. Feussner

FELL-00000167

**30**

FELL-00000168



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, DONALD

MED REC NO 383700
SEX/AGE 13     ROOM
DOCTOR JAMES W. FEUSSNER
PATIENT NO

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

DATE DICT  11/10/93    by JF
DATE TRANS 11/12/93    by ED
JOB # 5068

ADMISSION DATE: 6-6-93

DISCHARGE DATE: 6-30-93

SUMMARY:

Reason for Referral:  Increasing violent behavior and depression.

He is a 201 voluntary committment by his biological mother.

History:  This is at least the fourth psychiatric admission for Donald, at least three at Wilkes-Barre General Hospital and one at First Hospital in 1991 when he was nine years old.  The intake evaluation and mental status were done by Dr. Kilhullen.  On Sunday, June 6th he threw a fork at a friend and stabbed him.  He has been breaking things in the house.  His mother is very suspicious because she finds beer cans because of the odor in the house of alcohol and Marijuana.

On the other hand, Donald says "I'm here because my mother just doesn't want me around."

Donald was nonverbal to Dr. Kilhullen and basically indicated that he had no problems and he is here in the hospital only because his mother signed him in.

By his outpatient record, it appears that Donald stopped taking his liquid Moban 50 mg. per day.  He can give no reason why he stooped.  Apparently he just didn't like the idea of taking it.  The medicine was prescribed by Dr. Feussner at Children's Service Center who saw him within the past two weeks.  Donald admits he was doing better on the Moban and cannot explain why he stopped taking it.  He says "it makes me calmer."  Apparently Donald has been staying away from home and for that reason, did not have access to his medicine.

Donald had an extensive history of psychiatric involvement going back at least to the age of nine.  He presented with a history of age-inappropriate activity, distractibility, social and behavior impulsivity.  He also has a history of being sad and depressed, not enjoying life as much as he should.  At times, he talks about being better off dead, but today he denies any suicidal or homocidal thoughts, attempts, or plans, with respect to himself or others or property.  He tends to minimize and deny his behavior problems.

Donald states that the patient counseling which he enjoys and the medication from Dr. Feussner have been helpful.  He can give no reason why he essentially stopped his treatment and started behavior problems.

m54l

FELL-00000169



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

Presently Donald is in Junior High School and states that he has no problems at school. However his mother reports that he is failing in school this year. Little is known about his behavior in school, but from what the biological mother reports, he could be quite disruptive and easily distractible, often curses at the teachers, slams books, throws things around the room and often just walks out of school, refusing to follow the rules at school, much the way he behaves at home.

Medically Donald has no acute complaints, although upon admission to the Adolescent Unit he had head lice. This was treated with Quell Shampoo and he received the second treatment within ten to twelve hours. No other known medical problem and no known sensitivities to medication.

Mental Status: Dr. Kilhullen found Donald to be slim with even length dark brown hair. He appeared to be entering the first stages of puberty and he was fidgety and restless. It was difficult for him to pay attention. For the most part he was nonverbal, but when he did speak he was logical and his speech indicated clear articulation with good receptive and expressive language skills. Though he was restless and fidgety, there were no other noted hard or soft neurological signs. He appeared to have good fine and gross motor coordination. There was no thought disorder in form or content.

His mood was depressed and he was often on the verge of tears, especially when discussing the fact that he feels that his mother does not want him anymore and basically she does not care for him. He said the reason for admission was to "just get me out of the way for a while."

History indicated that he had very poor control of his aggressive impulses, being violent towards others, and property. He denies abusing alcohol, drugs, or Marijuana, but there is a history that indicates the fact that he may be experimenting with substance abuse.

He presented with a clear sensorium. He was oriented to time, place and person and situation. He had good recent and remote memory. By history, he has very poor insight and very poor judgement. Presently he is denying any ideas to hurt himself or other people or any overt suicidal or homocidal ideations, intent or plan.

His preliminary diagnosis on intake: 1) 311.00 depressive disorder NOS, 2) 314.01 attention deficit activity disorder. 3) 301.83 borderline personality traits.

Hospital Course: At the beginning the patient is fidgety and has difficulty staying still. He continues to manifest disrespectful, silly, covertly oppositional behavior and tends to try getting others in trouble. He especially tries to be a leader of younger children on the unit and leads them into problem behavior. In the past his behavior suggested more than just AVHD. He had a drivative violence, frequently life threatening, as when he shot a boy with a gun, although he did not wound him seriously. His attitude toward his mother in the past was total disrespect and often violence and physical abuse towards her. Only recently has mother become stronger and has fully supported treatment and medication. This is what prompted Donald to say that mother has changed and does not want him anymore. Yet he does not

VHA  Affiliate of Voluntary Hospitals of America Inc.●



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

acknowledge his contribution to this situation. He does well on antipsychotic medications, better than he did on oral tricyclides. Moban did not make him gain as much weight as Mellaril did. Since he is manifesting the lack of insight and difficulty with reasonable thought typical of him when unmedicated, I began his medication from the outset. On medication he tends to be more reasonable and tends to make better decisions, and he is less dangerous. (There are also rumors that his mother is an alcoholic and tends to be neglectful of him at home. I will try to investigate this as much as possible during the family sessions.

On 6-9-93, the patient is already showing improvement on Moban 5 mg. twice a day. He is more reasonable and less hyperactive. He acknowledges his behavior problems, but also blames mother's drinking for the first time. We discussed past behavior problems which made it difficult for him to make friends with peers.

While he is on the unit the mother is trying to get his school work so that he can take a makeup examination. Mother is trying to get him into St. Michael's day programs during the summer.

On 6-11-93 the patient had a difficult session with his mother. Donald cried and expressed regret for his behavior, namely stopping his medication and hanging with older boys who this week were placed in juvenile detention for burglary. He denies that he was involved in any of the burglaries, of course. These boys may tell when they are interrogated whether Donald was involved or not. Donald seems a little worried about it. Although he refused to fear that something will come out when his friends are interrogated, he is nonsuicidal about it. He does well on his medication and it should be increased to 5 mg. three times a day.

Before we could increase his medication, patient had a violent outburst and had to be placed into limb restraints. This occurred when he called home so that his parents would visit him. He got the answering machine and became tearful that no one was home. He then became argumentative and ripped up his school work and threw it on the floor and cursed at the staff. When he attended groups, his peers taunted him with his behavior. He apologized to the staff about his behavior and took the 8 P.M. medication. However he again became angry when a peer accused him of writing curses on the desk top where he had been sitting. The patient cursed at him and slammed the door and hit the wall. Security was called and he was placed in four point restraints since he was having a temper tantrum and he was becoming violent. He stated " I will kill you when I get out" to the peer. His Moban was increased to 5 mg. three times a day on 6-13-93.

On 6-15-93 we continued to isolate him and treat with Quell for his head lice. We increased his Moban to 10 mg. twice a day. He had no side effects but his symptoms suggest that he would do better with a slight increase. He was more highly motivated on the medication and tried harder on the program. On 6-16-93 he was responding well to 20 mg. of Moban per day. His hair is cut short, so as to prevent the return of the lice. He was cooperating with the program but is not talking very much. In the beginning when he first came to the ward he was very talkative and very arrogant and disrespectful. His grandmother came in and reported to the staff that there were problems in the home, that

Affiliate of Voluntary Hospitals of America Inc.

FELL-00000171

**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

it is "not all Donald's fault. Apparently mother is trying to seek criminal charges against him to get him placed.

On 6-18-93, during a family session his mother told him that she wo take him home eventually but that she is preferring charges against him and will try to get him into the St. Michael's Day Program. Sh will also attempt to get him on probation and to help him work off fines by doing community service. He said he was happy during his session with his mother. In group afterwards, he was irritable and upset and his behavior got him 5 points. He seemed to be getting akathisis from the Moban. He was decreased back to 15 mg of Moban he was eventually changed to Stelazine which works better.

On 6-24-93 during a family session, mother complained that she does not want to spend $300 for summer school to try to help Donald pass She feels that Donald will not attend. He will miss a couple of da and then mother will lose the entire amount. She has failed to get him arrested and to get him into St. Michael's Day Program. She wa to send him to the Children's Service Center partial hospital progr and Donald says he is willing to go there for the summer. She wond whether Donald would do better in school if he were taking Ritalin again. When he was taking Ritalin, he seemed to get higher grades.

During the remainder of Donald's hospitalization, I tried him on Clonidine and tried to adjust the dose to a level that works withou lowering his blood pressure too much. Also, I tried the Ritalin ag and find that it does have some beneficial effects and we should tr to adjust it further. However, I can continue to adjust his medications on an outpatient basis. At this point, he is stable enough for discharge.

On 6-30-93, the patient is discharged. His blood pressure is stabl and his Clonodine did not have to be held. His behavior with his mother in the family session was sincere and well thought out. His mother feels he is the best that she has ever seen him. He fielded questions well and gave relevant and reasonable answers. He was no impulsive, emotionally labile, disrespectful, argumentative, demanding, or threatening. He was able to elaborate a plan of behavior which included attitudes towards parental authority as wel as a list of chores and behaviors he intends to employ when out of hospital. He has agreed to the partial hospital program throughout the summer. He said that he will also bathe and brush his teeth daily. His physical hygiene was getting to be almost non existent prior to his hospitalization. His mother states that she was unabl to make him do anything.

He is doing well on his Stelazine and his Clonidine but there is evidence that he is getting used to the Clonodine. We will try hin back of Ritalin in the partial hospital program also. In general, his level of recovery is better this time than on any of his previo

VHA . Affiliate of Voluntary Hospitals of America Inc.

FELL-00000172



**WILKES·BARRE**
GENERAL HOSPITAL

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

PATIENT   FELL, DONALD

admissions.  His mother is especially pleased and feels he is ready go home.

Medical Evaluation and Laboratory Tests:  Pediatric evaluation by Kramer was done on 6-9-93.  This was within normal limits.

CBC and differential, chemistry profile are all relatively unremarkable.

Urine for drug screen reveals no drugs identified.  VDRL was non reactive.  Thyroid profile is within normal limits.

RECOMMENDATIONS:

1)  Discharge to biological mother.
2)  Referred to Children's Service Center partial hospital program the summer.
3)  Continue Stelazine 1 mg at 3 p.m. and 8 p.m. and Clonodine 0.2 at 8 a.m. and 3 p.m.

JAMES W. FEUSSNER, M.D. J.D.
BOARD CERTIFIED PSYCHIATRIST

CC:  Dr. James W. Feussner
     Medical Records Dept.
        Children's Service Center

VHA. Affiliate of Voluntary Hospitals of America Inc.®

FELL-00000173

**31**

FELL-00000174



REDACTED - FELL

**32**

FELL-00000176

WILKES-BARRE GENERAL HOSPITAL ADOLESCENT UNIT
SOCIAL SERVICE DISCHARGE SUMMARY

**NAME:**     Donald Fell
**ADDRESS:** REDACTED - FELL
            Wilkes-Barre, PA  18705
**PHONE:**   824-5842
**D.O.B.:**  04/30/80

**DATE OF ADMISSION:** 06/06/93
**DATE OF DISCHARGE:** 07/30/93
**BSU#:**              404-01593
**MR#:**               383700

**REASONS FOR ADMISSION:**  Donald is a 13 year old male admitted to Wilkes-Barre General's Adolescent Psychiatric Unit on a 201 or voluntary admission completed by his mother.  Problems Donald was experiencing prior to his admission include his staying out late curfew and even, at times staying at a friend's house without his mother's permission, failing to take his medication poor hygiene habits, and while angry he threw a fork accidentally hitting a friend.  This is Donald's second psychiatric hospitalization, the first one occurring at First Hospital in October of 1991.  Problems at that time revolved around Donald acting out and refusing to follow direction of his mother.  Donald was again hospitalized on January 26, 1993 through February 26, 1993 this time at Wilkes-Barre General's Adolescent Psychiatric Unit.  Problems at this time revolved around Donald being a school refusal, displaying explosive temper, and running away.  Following Donald's hospitalization he was involved in outpatient counseling at Children's Service Center.  Donald's outpatient therapist reports that Donald was doing quite well following his second hospitalization, but appeared to deteriorate over time and this led to the kinds of behaviors he was displaying just prior to his admission.  Donald described his fork throwing incident as purely accidental.  Donald admits to engaging in a verbal argument with his mother and indicated having great difficulty at home due to his sister having another friend live at the house.  While arguing with his mother Donald describes throwing the fork in a fit of rage and not aiming to hit anyone.  In fact Donald did hit someone with the fork, namely a second friend that is a friend of Donald's who does not live in the home.  The accident required the friend to pursue medical attention.

**CLINICAL EVALUATION:**  While on the unit Donald was exposed to a variety of treatment modalities including individual, group, and family therapy.  Family therapy sessions were supervised by the psychiatrist who also saw Donald regularly for the possible use of medication.  Donald was also involved in various other creative activities including daily education sessions.  Overall, Donald's adjustment to the unit could described as positive.  Donald appears very bright in his interaction, particularly in group sessions providing insightful comments to both his own problems as well as the problems of his peers.  A number of problem areas to be focused on were devised through Donald's cooperation.  These included the following;
    **Problem #1:**  Donald admits while upset that he threw a fork.  Donald further admits that the fork hit a friend in the leg although he insists that he did not intent to hit anyone.  Goals devised to assist Donald with this problem area included Donald being able to identify, list, and discuss the consequences to throwing things when upset.  With this completed Donald was also encouraged to identify, list, and discuss the alternatives to throwing things particularly when upset.  Donald was encouraged to experiment with the alternative he listed above and discuss how he felt while experimenting with each.  Lastly, addressing this problem area Donald was able to behave appropriately that is talk calmly presenting his point of view when upset and not throw things for at least three days prior to his discharge.

M556

FELL-00000177

Social Service Discharge Summary
Page 2
Donald Fell

  Problem #2:  Donald admits he still stays out late beyond his curfew.  Donald
further admits that in doing so much of the time he is not following his mother's
expressed direction.  To address this problem area Donald while on the unit was able
to identify, list, and discuss the consequences to staying out later then his
curfew.  Donald was also able to identify, list, and discuss alternatives to not
following his parents instruction and/or his plans to follow his mother's direction,
particularly revolving around his curfew once he goes home.  Lastly, addressing this
problem area Donald was able to follow all staff's direction while on the unit for
at least three days prior to his discharge.

  Problem #3:  According to his mother Donald upon admission had extremely poor
hygiene habits.  Although Donald denied throughout his hospitalization he agreed to
at least address it on his treatment plan.  Donald was able to identify, list, and
discuss the consequences to poor hygiene.  Donald was also able to define what is
expected and what he expects, for what is described as good hygiene habits.  Lastly,
while on the unit Donald was able to display good personal care by his and the
staff's definition for at least three days prior to his discharge.

  In summation it must again be stated that Donald denied any suicidal/homicidal
ideation, intent, or plan throughout his hospitalization.  Donald admitted to having
difficulty controlling his temper and was willing and able to focus on this as a
problem area during his hospitalization.  Donald was also able to address his not
following his mother's direction particularly in regards to his curfew violations.
Lastly, although he denied having poor hygiene habits Donald was open to discussing
these issues and displayed good hygiene while on the unit.  Throughout the
hospitalization Donald was also involved in family sessions supervised by the
psychiatrist focusing on empowering his mother to assist her in setting limits and
goals for Donald's growth and development.  At discharge Donald appeared to display
respectful behavior throughout his hospitalization toward his mother.  With regards
to social skills at no time during the hospitalization did Donald appear to lack
satisfying significant social skills which would in any way interrupt his
development.

DISCHARGE DIAGNOSIS:  Please refer to psychiatric discharge.

MEDICATION:  At discharge Donald was receiving the following medications.

         Stelazine - 1 mg at 3:00pm and 8:00pm.

         Clonedine - 0.1 mg one half tablet at 8:00am and again at 3:00pm.

LIVING ARRANGEMENTS:  Donald was to return home and live in the care and supervision
of his mother.  Donald was to attend Children's Service Center through the Partial
Hospitalization Program for his therapeutic and medication needs.  An appointment
was made for Donald in the Children's Service Center's Partial Program with Mr. Dan
Belletieri for Thursday, July 1, 199, at 3:00pm.

DISCHARGE RECOMMENDATIONS:  At discharge Donald remains a potential for
re-hospitalization.  Donald appears bright and verbal in his interaction while on
the inpatient unit, however, once discharged Donald will at times shut down with
regards to his therapeutic interaction.  It is imparative that Donald develop an
appropriate therapeutic relationship that will enable him to continue to utilize
this relationship particularly when in conflict or in stress regarding his mother

FELL-00000178

Social Service Discharge Summary
Page 3
Donald Fell

and family. There remain questions regarding Donald's mother and her parental functioning. While on the unit it must be stated that Donald's mother was extremely cooperative with this worker revolving around treatment. There is a sense, however, that the family is blocking some aspect of their interaction which may be impinging upon Donald's growth and development. Prior to Donald 's discharge the referral process was begun to hopefully involve Donald in the Home-base Intensive Family Services Program again running through Children's Service Center. It was felt that such a program would assist in exploring the inter relationships between Donald and his mother and provide a clearer picture regarding that interaction.

Robert Tryzenski, M.A.
Therapist

FELL-00000179

**33**

FELL-00000180



**WILKES·BARRE**
GENERAL HOSPITAL



PATIENT  FELL, DONALD

MED REC NO 383700
SEX/AGE M 13Y    ROOM N663 2
DOCTOR  LITCHMAN, MAUREEN MD
PATIENT NO 3939022

**DEPT. OF MEDICAL RECORDS**
**REPORT  CONSULTATION RECORD**

DATE DICT    11/27/93 by TS
DATE TRANS   11/30/93 by tg
JOB #    4173

CONSULTANT:      Tae I. Shynn, M.D.

DATE AND TIME OF DICTATION:    November 27, 1993; 1330 hours

------------------------------------------------------------

NAME OF PATIENT

Our findings in the case are as follows:

*See previous sheet*

Please report in regard to diagnosis, transfer, or treatment advised.

                                                                    M.D.
------------------------------------------------------------

REPORT:

Donald Fell is a 13-year-old boy who was seen today for the concern
about psychiatric clearance for him to be released since the patient
requests to be discharged AMA. The patient has been well known to the
adolescent psychiatric unit of this hospital and is also known to the
examiner for various longstanding behavioral problems and also a
disturbed family situation.  There has been much antagonistic,
resistive conduct disorder and also has shown very poor treatment
compliance. The patient denies any intent of harming self or others
but he was hit by a brick by accident.  Since his medical condition :
stabilized, he would like to be released and does not want to go bac
to the psychiatric unit since he does not see any need for it.

When mother contacted this examiner she indicated that the patient h
shown very poor treatment compliancy, truancy, did not want to go to
school, continues with problems at home manifested as behavioral,
antagonistic conduct. Therefore she is requesting "he needs to be pu
away".  She is advised to petition an involuntary process if she
believes it is really indicated and also she is strongly suggested to
work things out as an outpatient with Dr. Feussner at Children's
Service Center since a behavioral problem, conduct disorder and famil
problem has been an ongoing issue in the past number of years which
does not seem to be in need of acute inpatient treatment at this time

Other detailed information is referred to the psychosocial and histor
and physical as well as discharge summary done by Dr. Feussner in the
recent few months.

FELL-00000181



Healthcare redefined for the 21st Century
**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

Mental status as of today shows that he is alert, fairly reasonable with no evidence of psychotic presentations. He was attentive with reasonable eye contact and verbalization is goal directed and relevant. There is no evidence of thought disorders, delusions nor evidence of hallucinations noted nor mood fluctuations nor thoughts harming self or others. He wants to be released and would like to w things out as an outpatient with his mother and he does not want to stay in the hospital.

IMPRESSION:

Axis I:

1.    Atypical conduct disorder

2.    Family problems


Axis II:

No diagnosis


Axis III:

As per Dr. Litchman

RECOMMENDATION:

1.    The patient would like to have further outpatient follow up whi I  ould like to respect at this time.

2.    He does not want to stay in the hospital nor indications of involuntary hospitalizations at this time.

3.    The patient can be released if medically stable.

As I already indicated, the patient's mother is strongly encouraged pursue further outpatient follow up treatment with Children's Servic Center.

Tae I. Shynn, M.D.


c: Dr. Shynn

Page 2

**34**

FELL-00000183



**WILKES·BARRE**
GENERAL HOSPITAL



PATIENT FELL, Donald

**DEPT. OF MEDICAL RECORDS**
**REPORT HISTORY AND PHYSIC**

MED REC NO 383700
SEX/AGE M/    ROOM
DOCTOR   BALOGA, Christopher MD
PATIENT NO

DATE DICT    4/19/94 by CB
DATE TRANS   4/19/94 by dam
TAPE #  7952
ADMITTED    11/23/93

CHIEF COMPLAINT:         See HPI.

HX OF PRESENT ILLNESS:  This 13 year old boy presented to the W
Emergency Room after being struck in the right parietal region
the head.

The patient reports that a brick, which was thrown vertically a
bird, eventually struck him on the head.  The patient is not in
school today because he is currently suspended for behavioral
difficulties.  His friends report to the patient that there was
loss of consciousness for less than one minute.  Subsequently,
ambulance was called to the scene and transported the patient t
the ER.

On examination, the patient complained of mild tiredness.  Deni
visual changes, dizziness, vertigo, nausea, vomiting or syncope,

PAST MEDICAL HX:        Medical - denied.  Surgical - denied.

ALLERGIES:  DENIED.

Medications:  Denied.

FAMILY HISTORY:         Lives at home with parents and sister.

SOCIAL HISTORY:         Seventh grade student, currently suspend
from school for behavioral problems.  Positive smoker

REVIEW OF SYSTEMS:      Positive generalized weakness/tired.
Negative visual changes, dizziness, nausea, vomiting, vertigo.

PHYSICAL

GENERAL:        The patient is resting comfortably in bed, slee

HEENT:          PERLA, EOMI OU.  No exudates or discharge.  TM's
                normal bilaterally. No hemotympanum bilaterally.
                drainage, exudate or transudate bilaterally.  No
                erythema of the TM's bilaterally. No bulging of
                bilaterally.  Positive right parietal tenderness
                positive mild edema; no laceration appreciated.
                gross abnormalities of skull, facial or nasal bo
                Throat normal.

FELL-00000184



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, Donald

DEPT. OF MEDICAL RECORDS
REPORT    HISTORY AND PHYSICA

NECK:          Supple, non-tender, no adenopathy bilaterally.
               Thyroid normal.

LUNGS:         Clear bilaterally.

HEART:         Regular without ectopy.  No rubs, thrills or mur

ABDOMEN:       Non-tender, soft with positive bowel sounds.  Nc
               hernias or masses appreciated.  Negative rebound
               guarding.

EXTREMITIES:   Positive multiple warts, right hand, primarily s
               phalanx; however present on right phalanges and
               No cyanosis, clubbing or edema noted. Pulses
               symmetrical bilaterally without deficits.

NEUROLOGICAL:  Asleep on approach, easily awakened.  Is awake,
               and oriented times three, appropriate, responsiv
               PERLA/EOMI OU.  No gross motor deficits.  No tre
               No proprioception/motor/sensory deficits.  Crani
               nerves grossly intact.  Gait - not assessed.  Ne
               Babinski.  Reflexes all 2/4.

STUDIES:       CT of the head, right parietal hematoma.

DIAGNOSIS

Cerebral contusion/right parietal hematoma.  Admit for observati
stable at present.  Neuro checks q hourly.  CBC, 6/60 with creat
PT/PTT obtained in the ER.  Monitor the patient closely and with
caution.  Dr. Sedor notified.

Discussed with Dr. Lauzonis.  Discussed with Dr. Litchman.

CHRISTOPHER BALOGA, D.O.

cc:  Dr. Baloga

FELL-00000185

**35**

FELL-00000186



Healthcare redefined for the 21st Century
**WILKES·BARRE**
GENERAL HOSPITAL

QC

PATIENT  FELL, DONALD

MED REC NO 383700
SEX/AGE  M 13Y    ROOM N663 2
DOCTOR   LITCHMAN, MAUREEN MD
PATIENT NO 3939022

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

DATE DICT    11/24/93 by DS
DATE TRANS   11/27/93 by tg
JOB #  2675

CONSULTANT:       David Sedor, M.D.

DATE AND TIME OF DICTATION:       November 24, 1993; 0216 hours

----------------------------------------------------------------

NAME OF PATIENT

Our findings in the case are as follows:

*See previous sheet*

Please report in regard to diagnosis, transfer, or treatment advi

                                                                  M.D.
----------------------------------------------------------------

REPORT:

History of Chief Complaint is contusion of brain.

History of Present Illness: The patient is a 13-year-old right ha
male, status post throwing bricks at birds when a brick struck hi
head.  There was a brief loss of consciousness.  He is amnestic f
details.  No seizures. He has a moderate headache with nausea and
vomiting. No other complaints.

Past Medical History is none. Past surgical history is none.
Medications are none. Allergies are none.

Social History: He is a suspended 7th grade student.  He is a smo
He drinks questionable ethanol.

On examination he is afebrile. Vital signs stable. He is awake, a
and oriented times three. Cranial nerves II-XII are intact.
Extraocular movements are intact. Pupils are equal, round and rea
light. Visual acuity and fields are full. Fundi are normal. Motor
testing is 5/5. No drift. TMs clear. No Battle's or raccoon's sig
Rapid alternating movements are symmetrical. Copy posture normal.
Power, bulk, tone and proprioception are normal.  Speech is norma
Cerebellar normal. Gait normal. Spine is non tender to the cervi
thoracic, lumbar spine. Mild bruit of the right parotid origin. D
tendon reflexes are 2/4 with downgoing toes. No ankle clonus. No
Hoffman's sign. Sensory is normal to light touch, pinprick. No le

FELL-00000187



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

CT of the head shows right parietal contusion. GCS 15.

IMPRESSION:

The patient has a brain contusion, right parietal.

RECOMMENDATION:

I would recommend cervical spine films and a follow up CT of the he
I will keep him npo and watch his neurochecks q 2 hours, elevate th
head of the bed to 30 degrees and restrict fluids.

Overall we just need to monitor this young man to make sure his ble
does not increase in size. He certainly is at risk for seizures but
would not prophylax him empirically against such.

David Sedor, M.D.

cc:   Dr. Sedor

Page 2

FELL-00000188

**36**

FELL-00000189

Name: Fe[REDACTED], Donald Robert  ☒ Male  ☐ Female
(Last)   REDACTED - FELL   (Middle)

Street Address* _____ Town* Kingston

Telephone* 288-886  Birth Date 4/30/80  Birthplace Wilkes Barre

Birth Certificate No. 0449040-80   Vaccination Date _____ Not Vaccinated ☐

' Enter in Pencil

**WYOMING VALLEY WEST**
**SCHOOL DISTRICT**
Maple Avenue
Kingston, Penna. 18704

## FAMILY DATA

| PARENTS | FULL NAME | STUDENT LIVES WITH | BIRTHDATE | BIRTHPLACE | CITIZEN | EDUCATION | OCCUPATION | MARITAL STATUS | DECEASED |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | Donald Fell | ✓ | 5/2/39 | W.B | ✓ | 12+ | Sears/Service Super. | M | Date |
| MOTHER | Deborah Ann Kotzer | ✓ | 4/12/54 | W.B | ✓ | 10 | Homemaker | M | Date |
| STEP PARENT OR GUARDIAN | | | | | | | | | Date |

| SIBLINGS | DATE OF BIRTH | SIBLINGS | DATE OF BIRTH | OTHERS AT HOME | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri | 9/22/82 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## SCHOLASTIC RECORD —

CODE: A - Superior; B - Above Average;
C - Average; D - Below Average;
F - Failure; S - Satisfactory;
SP - Slow Progress;
U - Unsatisfactory; I - Improving;
AG - Academically Gifted;
NG - Non Graded

| MARKING SYSTEM |
|---|
| A — 4 |
| B — 3 |
| C — 2 |
| D — 1 |
| F — 0 |

M1727

EXPLANATION OF SUMMER SCHOOL
CODES:

SM — Make Up
SP — Remedial

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| YEAR | 1985-86 | 1986-87 | 1987-88 | | | | |
| SCHOOL | Schuyler | Schuyler | Schuyler | | | | |
| DAYS PRESENT | 180 | 170 | 16 | | | | |
| DAYS ABSENT | 2 | 2 | 2 | | | | |
| TIMES TARDY | 0 | 0 | — | | | | |
| READING | S+ | A | | | | | |
| SPELLING | | A | | | | | |
| ENGLISH | | P | | | | | |
| PENMANSHIP | | C+ | | | | | |
| MATHEMATICS | S | B | | | | | |
| SOCIAL SCIENCES | | P | | | | | |
| SCIENCE | | P | | | | | |
| HEALTH | | P | | | | | |
| PHYS. ED. | | P | | | | | |
| ART | S | P | | | | | |
| MUSIC | S | P | | | | | |

FELL-00000190

M1728

FELL-00000191

**Unsatisfactory**

| GRADE | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| EFFORT | S | S | | | | |
| WORK HABITS | S | S | | | | |
| COURTESY | S | S | | | | |
| COOPERATION | S | S | | | | |
| INITIATIVE | S | S | | | | |
| LEADERSHIP | S | S | | | | |
| SELF CONFIDENCE | S | S | | | | |
| WORKS WELL WITH OTHERS | S | S | | | | |

**HOBBIES** (✓)

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Swimming | ✓ | | | | | | |

**SCHOOL ACTIVITIES** (✓)

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | | |
| INST. MUSIC | | | | | | | |
| PATROLS | | | | | | | |
| INTRAMURALS | | | | | | | |
| CLUBS: | | | | | | | |

**NON-SCHOOL ACTIVITIES** (✓)

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | | |
| INST. MUSIC | | | | | | | |
| DANCING | | | | | | | |
| LIBRARY | | | | | | | |
| CHURCH RELATED | | | | | | | |
| LITTLE LEAGUE | | | | | | | |
| BOY/GIRL SCOUTS | | | | | | | |
| SOCCER | ✓ | ✓ | | | | | |

| Homeroom Teacher | Guidance Counselor |
|---|---|
| J.C. Hickey | A. Kane |
| M. Mesaros | A. Kane |
| J. Puhak | |

| Date | Referrals: ACTION TAKEN |
|---|---|
| 4/86 | Referral to Guidance Dept. |

PHOTO          PHOTO

**Fifth Grade**

| RE-ENTRY | | | | WITHDRAWAL | | | |
|---|---|---|---|---|---|---|---|
| DATE | CODE | NEW ADDRESS | | DATE | CODE | NEW ADDRESS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



DIST UNIT B/S ST. NO. BIRTH
06 20 01-01 54700 04/30/80
STUDENT NAME SEX PHONE
FELL DONALD ROBERT M 288-8862
------------------------
FELL DONALD
REDACTED - FELL
KINGSTON PA 18704

Name Address
Parent or Guardian
Place of Birth _____ Date Entered
Previous _____ School Attended(If any)

Date Left

**WYOMING VALLEY WEST ELEMENTARY SCHOOLS**
**KINGSTON, PA 18704**

**Explanation of Grades**

Grade 1 ● Grades 2 - 5

| | | |
|---|---|---|
| E = Excellent | A = Superior | 4.0 |
| G = Good | B + = Above Average | 3.5 |
| S = Satisfactory | B = Above Average | 3.0 |
| U = Unsatisfactory | C + Average | 2.5 |
| P = Pass | C = Average | 2.0 |
| F = Failure | D = Below Average | |
| | But Passing | 1.0 |
| | P = Pass | 0 |
| | F = Failure | 0 |
| | I = Incomplete | 0 |
| SP = Supplemental | SP = Supplemental | 0 |
| Program assign- | Program assign- | |
| ment | ment | |
| W = Withdrew | W = Withdrew | |

Withdrawl

| Code | Month | Day | Year |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Re-entry | Month | Day | Year |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Transcripts sent to:

| Name | | Date |
|---|---|---|
| | | |
| | | |
| | | |

| | | | | | |
|---|---|---|---|---|---|
| 1264 YEAR | | GRADE-SECTION | | SOCIAL SECURITY NUMBER | |
| 86-87 | | 01-01 | | 1954700 | 06-20 |

STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE | |
|---|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A | 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A | 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P | |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B | 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P | |
| 530110 | 1.00 | 0339 | MATH 1 | B+ | 3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P | |
| 560110 | .00 | 0437 | PHYS ED 1 | P | |
| 560120 | .00 | 0339 | HEALTH 1 | P | |
| 570110 | .00 | 0744 | ART 1 | P | |
| 570120 | .00 | 0187 | MUSIC 1 | P | |
| 590110 | .00 | 0339 | CONDUCT 1 | L | 1.7 |

| | | | | | |
|---|---|---|---|---|---|
| CURRENT | DAYS ABSENT: | 2.0 | TIMES TARDY: | 0 | |
| CURRENT | CREDITS: | 3.50 | O.P.A 3.3171 | RANK: 144/387 | |
| CUM. | CREDITS: | | O.P.A. | RANK: | |

# Readiness Tests

**LEVEL II**
**Form P**

Pupil's Name __Fell, Dani___
Last        First        M        ☒ Boy ☐ Girl   Age __5-11__
Years/Months

Teacher __Hinchey__   Grade __K__   Date of Test __April__

School __Schuyler__   City __Kingston__ State __Penna.__

| SUBTEST | RAW SCORE (Number Right) | SKILL AREA | | |
|---|---|---|---|---|
| | | RAW SCORE | STANINE | PERFORMANCE RATING |
| 1. Beginning Consonants | 12 | AUDITORY | | Low Average High |
| 2. Sound-Letter Correspondence | 15 | 27 | 7 | L  A  ☒ |
| 3. Visual Matching | 4 | VISUAL | | |
| 4. Finding Patterns | 17 | 26 | 9 | L  A  ☒ |
| 5. School Language | 8 | LANGUAGE | | |
| 6. Listening | 5 | 13 | 6 | L  ☒  H |

| | RAW SCORE | PERCENTILE RANK | STANINE | PERFORMANCE RATING |
|---|---|---|---|---|
| Pre-Reading Skills Composite | 66 | 91 | 8 | L  A  ☒ |

| | | QUANTITATIVE (Optional) | | |
|---|---|---|---|---|
| 7. Quantitative Concepts | 4 | 13 | 4 | L  ☒  H |
| 8. Quantitative Operations | 9 | | | |

21  22  23  24  25  26  27  28  29  30  A B C D E

M1730

FELL-00000193

5:01-cr-00012-gwc   Document 304-3   Filed 03/25/11   Page 38 of 46

FELL-0000194

M1731

| | | | 46/46   1/15/87 | |
|---|---|---|---|---|
| ittle Dog aughed | | | | |
| ish and ot Fish | | | 46/46   1/15/87 | |
| side My Hat | | | | |
| rds Fly, ars Don't | | | | |
| ross the nce | | | | |
| ad to et You | | | | |
| ve Me a ue | | | | |

| | | Test | Score | Date |
|---|---|---|---|---|
| 9 | Mystery eaker | | | |
| 10 | Ten Times Round | | | |
| 11 | Barefoot Island | | | |
| 12 | Ride the Sunrise | | | |
| 13 | Flights of Color | | | |
| 14 | Green Salad Seasons | | | |
| 15 | Chains of Light | | | |

5:01-cr-00012-gwc   Document 304-3   Filed 03/25/11   Page 39 of 46

| | pleted | Suggested Passing Score in ( ) | Number Right ( ) | List Specific Skills Needing Further Development and Recommendations for Future Instruction |
|---|---|---|---|---|
| One Potato Two | 11/3/86 | Vocabulary (16) / Decoding (12) / Test Total (28) / Date: 11/3/86 Perfect Score | 20 / 15 / 35 | Teacher _____ School _____ Date _____ |
| Little Dog Laughed | 11/24/86 | Vocabulary (12) / Comprehension (5) / Decoding (14) Perfect / Test Total (31) Score / Date: 11/24/86 | 15 / 6 / 19 / 40 / 40/40 | Teacher _____ School _____ Date _____ |
| Fish and Not Fish | 1/15/87 | Vocabulary (12) / Comprehension (5) / Decoding (19) / Test Total (36) / Date: 1/15/87 Perfect Score | 15 / 6 / 25 / 46 | Teacher _____ School _____ Date _____ |
| Inside my Hat | 2/10 | Vocabulary (18) / Comprehension (6) / Decoding (25) / Test Total (49) / Date: 2/10/86 | 23 / 6 / 31 / 60 / 60/61 | Teacher _____ School _____ Date _____ |
| Birds Fly Bears Don't | 4/6/87 | Vocabulary (24) / Comprehension (11) / Decoding (30) / Test Total (65) / Date: | 29 / 14 / 35 / 78 | Teacher _____ School _____ Date _____ |
| Across the Fence | 5/27/87 | Vocabulary (24) / Comprehension (10) / Decoding (33) / Test Total (67) / Date: 5/27/87 | 30 / 12 / 37 / 79 / 79/82 | Teacher Meseros School Schuyler Date 5/27/87 |
| | | Vocabulary (29) / Comprehension (10) / Decoding (32) / Test Total (71) / Date: | ___ / ___ / ___ / ___ | Teacher _____ School _____ Date _____ |
| | | Vocabulary (23) / Comprehension (18) / Decoding (31) / Test Total (72) / Date: | | |

M1732

FELL-00000195

**37**

FELL-00000196

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | | | | | | (Parent or Guardian) | | | |

REDACTED - FELL

Date of Birth 4-3-80   Place: W-B Twp   Phone: 824-58
Mo. Day Year

Birth Cert. - State .....Pa.....No. ...C4x9e40 Baptismal [ ] Other .....................
Vaccination Verified: yes [ ]   no [ ]   Male [y]   Female [ ]

(Address in Pencil)
Debbie Kotzer          Service Advisor / Stitche
(Mother's First & Maiden Name)          (Parent's Occupation—in Pencil)
Total Children in Family  [ 2 ]          Number under 18 - 2

Significant Limitations: (physical, social, mental) —

**GRADES 1 and 2**
V - Very Good
S - Satisfactory
C - Cont. to Improve
I - Improv. Needed
U - Unsatisfactory

**GRADES 3, 4, 5, and 6**
A - Excellent (93-100)   D - Passing (70-74)
B - Good (85-92)   E - Failure (0-69)
C - Average (74-84)

Physical Education (Pass or (F)ail)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SCHOOL** | Flood | Flood | Flood | | | | | |
| **TEACHER** | Cyeland | Rysic | Harris | | | | | |
| **YEAR** | 87-88 | 88-89 | 91-92 | | | | | |
| **GRADE** | 2-3 | 3-3 | 6-7 | | | | | |
| Music | S | V | | | | | | |
| Art | V | S | | | | | | |
| Writing | U | U | | | | | | |
| Reading | S | C | | | | | | |
| Mathematics | V | C | | | | | | |
| Spelling | V | B | | | | | | |
| Language | S | C | | | | | | |
| Science | S | C | | | | | | |
| Social Stud. | V | D | | | | | | |
| Health | S | C | | | | | | |
| Phys. Ed. | S | | | | | | | |
| LIBRARY Inst. | | | | | | | | |
| | | | | | | | | |
| Days Present | 155.5 | 174 | | | | | | |
| Days Absent | 9.5 | 7 | | | | | | |
| Illegal Abs. | 0 | 0 | | | | | | |
| Promoted to: | 3rd | 4th | | | | | | |
| **DATE ENTERED** | 10-5-87 | 99-88 | 9-4-91 | | | | | |
| **ENTERED FROM** | WV W | 2nd | Parsons Area | | | | | |
| **DATE WITHDREW** | | | 12-6-91 | | | | | |
| **REASON FOR WITHDRAWAL:** | | | CSS | | | | | |

School: PLAINS   Grade 7-6
ADDRESS  W. Carey St
HOME ROOM TEACHER  KOSISKI
SCHOOL TERM  92-93
DATE ADMITTED  9-9-92
ADMITTED FROM  FLOOD
COURSE CREDITS

| SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR |
|---|---|---|---|---|
| ENGLISH 7 | 1.000 | D | E | D |
| DEV READ 7 | .750 | E | E | E |
| SOC STUD 7 | 1.000 | E | E | E |
| MATH 7 | 1.250 | D | E | E |
| SCIENCE 7 | 1.000 | D | E | E |
| ART 7 | .500 | D | D | D |
| VOC EXPLOR 7 | .500 | C | C | C |
| MUSIC 7 | .500 | E | D | E |
| PHYS EDUC 7 | .500 | F | F | F |

CREDITS CARRIED   7.000
CREDITS EARNED   2.000
G.P.A.   0.482

| | | | |
|---|---|---|---|
| **DAYS PRESENT** | | 1 2 5 | **DAYS PRESENT** |
| **DAYS ABSENT** | | 5 6 | **DAYS ABSENT** |
| **TOTAL BELONGED** | | 1 8 1 | **TOTAL BELONGED** |
| **TARDY** | | 1 | **TARDY** |
| Promoted [ ]   Retained [ ]   S.S. [✓] | | | Promoted [ ]   lRetained [ ]   S.S. | |

KINDERGARTEN:   School _____   Teacher _____
Date Entered: _____   Days Present _____
Date Withdrew _____   Days Absent _____

School: _____   Grade _____
COURSE CREDITS

| COURSE CREDITS | No. Weeks | Periods | 1 SM |
|---|---|---|---|
| | | | |

FELL-00000197

# WILKES-BARRE AREA SCHOOL DISTRICT
## COUGHLIN - GAR - MEYERS - PLAINS - WILKES-BARRE TOWNSHIP

**WILKES-BARRE AREA SCHOOL DISTRICT**
- Report Card Receipt -

| ST NUM | STUDENT NAME | DAYS ABSENT | DATE | SCHOOL NAME | HR |
|---|---|---|---|---|---|
| 025134 | FELL, DONALD | 056 HS / VT | 062293 | PLAINS JR. H.S. | 41 |

| DATE | ST NUM | HR |
|---|---|---|
| 062293 | 025134 | 41 |

| COURSE NUMBER | CREDITS | TCH NO | QTR 1 | QTR 2 | EXAM | SEM 1 | QTR 3 | QTR 4 | EXAM | SEM 2 | YEAR | NAME OF SUBJECT | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07201.0033 | | C | E | | D | E | E | E | E | D | ENGLISH 7 | | | 06 | |
| 0721 .7534 | | E | E | | E | E | E | | E | E | DEV READ 7 | 09 | | 08 | |
| 27301.0041 | | C | E | E | E | E | E | E | E | E | SOC STUD 7 | | 10 | 10 | 01 |
| 37221.2516 | | C | E | E | D | E | E | E | E | E | MATH 7 | 15 | | 01 | 11 |
| 47201.0017 | | C | E | | D | E | E | E | E | E | SCIENCE 7 | 01 | | | |
| 5732 .5043 | | C | D | | D | D | D | | D | D | ART 7 | | | | |
| 7720 .5019 | | C | A | | C | C | D | | C | C | VOC EXPLOR 7 | 04 | | | 11 |
| 8732 .5055 | | C | E | | E | E | C | | D | E | MUSIC 7 | 13 | 11 | | |
| 9723 .5023 | | F | F | | F | F | F | | F | F | PHYS EDUC 7 | 01 | 01 | 09 | |

| CREDITS CARRIED | CREDITS EARNED | GRADE POINTS | GPA |
|---|---|---|---|
| 7.000 | 2.000 | 2.500 | .357 |

STUDENT IS _____ PROMOTED

A=93-100
B=85- 92
C=75- 84
D=70- 74
E=BELOW 70 (FAIL)
! =INCOMPLETE
P=PASS

COMMENT CODE

01 CONDUCT UNDESIRABLE
02 MAKES GOOD USE OF ABILITY
03 ASSUMES RESPONSIBILITY
04 GOOD CLASS PARTICIPATION
05 COMMENDABLE ATTITUDE
06 DOES MORE THAN REQUIRED
07 MARKED IMPROVEMENT
08 TEST SCORES LOW
09 FREQUENTLY UNPREPARED
10 DOES NOT MAKE GOOD USE OF ABILITY
11 FREQUENTLY ABSENT
12 DOES NOT MAKE UP WORK
13 NOT ATTENTIVE-WASTES TIME
14 INCONSIDERATE OF OTHERS
15 A CONFERENCE IS REQUESTED, PLEASE CALL COUNSELOR

NAME OF STUDENT: _____

REMARKS: _____

PARENTS: PLEASE DETACH RECEIPT AND RETURN TO HOMEROOM TEACHER PROMPTLY. TO ATTAIN THE BEST PROGRESS OF THE STUDENT THE HOME AND SCHOOL MUST WORK TOGETHER. PLEASE EXAMINE THIS REPORT CAREFULLY AND DISCUSS IT WITH YOUR CHILD. DO NOT HESITATE TO "REMARK" OR CONTACT THE SCHOOL.

PARENT'S SIGNATURE BELOW INDICATES THAT YOU HAVE EXAMINED THIS REPORT CARD BUT DOES NOT NECESSARILY INDICATE APPROVAL.

PARENT'S SIGNATURE _____

FELL-00000198



ACHIEVEMENT AND APTITUDE TESTS

FELL-00000199

## ACHIEVEMENT AND APTITUDE TESTS

| Date | TRANSCRIPTS SENT TO: | | | FOLLOW-UP (Colleges, Institutes, Job Placement, etc. |

1989 Pennsylvania Assessment System
Pupil: FELL        DONALD    R
Grade:  3 Sex: M I.D. No.:
Birth Date:  4/30/80
Dist:WILKES-BARRE AREA
Schl:DANIEL J FLOOD

| Test Scores | Reading | Math |
|---|---|---|
| No. of Items Correct | 42 of 56 | 48 of 55 |
| Pct. of Items Corr. | 75.0% | 87.3% |
| Dist. Avg. % Correct | 77.4% | 84.0% |
| State Avg. % Correct | 78.8% | 83.8% |
| Nat'l. Avg. % Corr. | 78.2% | 79.3% |
| Date Exited From Essential Skills Services | N/A | N/A |

FELL-00000200



FELL-00000201

STUDENT NAME    SEX    PHONE
FELL DONALD ROBERT    M    288-8862

FELL DONALD
REDACTED - FELL
KINGSTON    PA 18704



Name                    Address
Parent or Guardian
Place of Birth          Date Entered
Previous                School Attended(if any)

Date Left

## WYOMING VALLEY WEST ELEMENTARY SCHOOLS
### KINGSTON, PA 18704
### Explanation of Grades

**Grade 1**                          **Grades 2 - 5**

E = Excellent        A = Superior           4.0
G = Good             B+ = Above Average     3.5
S = Satisfactory     B = Above Average      3.0
U = Unsatisfactory   C+ = Average           2.5
P = Pass             C = Average            2.0
F = Failure          D = Below Average
                     But Passing            1.0
                     P = Pass               0
                     F = Failure            0
                     I = Incomplete         0
SP = Supplemental    SP = Supplemental      0
Program assign-      Program assign-
ment                 ment
W = Withdrew         W = Withdrew

Withdrawl
Code        Month       Day       Year

Re-entry    Month       Day       Year

Transcripts sent to:
Name                              Date



| 1264 YEAR | | GRADE-SECTION | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|
| 86-87 | | 01-01 | 1954700    06-20 | |

STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE |
|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P |
| 530110 | 1.00 | 0339 | MATH 1 | B+ 3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P |
| 560110 | .00 | 0437 | PHYS ED 1 | P |
| 560120 | .00 | 0339 | HEALTH 1 | P |
| 570110 | .00 | 0744 | ART 1 | P |
| 570120 | .00 | 0187 | MUSIC 1 | P |
| 590110 | .00 | 0339 | CONDUCT 1 | C 1.7 |

| CURRENT | DAYS ABSENT: 2.0 | TIMES TARDY: 0 | |
|---|---|---|---|
| CURRENT | CREDITS: 3.50 | Q.P.A. 3.3171 | RANK: 144/387 |
| CUM. | CREDITS: | Q.P.A. | RANK: |

FELL-00000202