

FELL-00000203

First | Middle
Date of birth | Sex

Name Address
Parent or Guardian
Place of Birth                Date Entered
Previous                School Attended(If any)

Date Left

WYOMING VALLEY WEST ELEMENTARY SCHOOLS
KINGSTON, PA 18704

**Explanation of Grades**

Grade 1                          Grades 2 - 5

| | | |
|---|---|---|
| E = Excellent | A = Superior | 4.0 |
| G = Good | B + = Above Average | 3.5 |
| S = Satisfactory | B = Above Average | 3.0 |
| U = Unsatisfactory | C + Average | 2.5 |
| P = Pass | C = Average | 2.0 |
| F = Failure | D = Below Average | |
| | But Passing | 1.0 |
| | P = Pass | 0 |
| | F = Failure | 0 |
| | I = Incomplete | 0 |
| SP = Supplemental | SP = Supplemental | 0 |
| Program assign-ment | Program assign-ment | |
| W = Withdrew | W = Withdrew | |

Withdrawl
Code        Month        Day        Year

Re-entry        Month        Day        Year

Transcripts sent to:
Name                          Date

---

STUDENT NAME | SEX | PHONE
FELL DONALD ROBERT | M | 288-8862

* FELL DONALD
REDACTED - FELL

KINGSTON                 PA 18704

| 1264 YEAR | GRADE-SECTION | SOCIAL SECURITY NUMBER | |
|---|---|---|---|
| 86-87 | 01-01 | 1954700 | 06-20 |

STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE |
|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P |
| 530110 | 1.00 | 0339 | MATH 1 | B+ 3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P |
| 560110 | .00 | 0437 | PHYS ED 1 | P |
| 560120 | .00 | 0339 | HEALTH 1 | P |
| 570110 | .00 | 0744 | ART 1 | P |
| 570120 | .00 | 0187 | MUSIC 1 | P |
| 590110 | .00 | 0339 | CONDUCT 1 | C 1.7 |

| CURRENT | DAYS ABSENT: | 2.0 | TIMES TARDY: | 0 |
|---|---|---|---|---|
| CURRENT | CREDITS: | 3.50 | G.P.A. 3.317 | RANK: 144/387 |
| CUM. | CREDITS: | | G.P.A. | RANK: |

NAME _Fell_ _Donald_ _Robert II_ Sex (M.) F.   DATE 4/30/80
(Last)          (First)          (Middle)

FELL-00000204

OTIS-LENNON SCHOOL
ABILITY
TEST

FELL          DONNY  R

CR 4      AGE 10- 0
LEVEL ELEM    FORM  R

SCHOOL
ABILITY      RAW
INDEX        SCORE
115           57

ASE NORMS    PR-S
             85-7
GRADE NORMS  88-7
LOCAL NORMS  73-6

TESTS          INTELLIGENCE

P.A.S.T.

P.S.A.T.

S.A.T.

S.A.T.

S.A.T.

P.A.T.

| STUDENT: FELL, DONALD R. | | | 1991 TELLS | | |
|---|---|---|---|---|---|
| GRADE: 5  SEX: M | Test Scores | No. of Items Correct | Pct. of Items Correct | Dist. Avg. % Correct | State Avg. % Correct |
| ID NUMBER:      -001-0052 | | | | | |
| BIRTH DATE: 04/30/80 | | | | | |
| DIST. PITTSTON AREA | READING | 39 OF 45 | 86.7 | 72.1 | 72.7 |
| SCHL. LINCOLN EL SCH | MATH | 63 OF 85 | 74.1 | 68.5 | 66.6 |
| DATE EXITED FROM ESSENTIAL SKILLS SERVICES - READING: N/A  MATH: N/A | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ©1987 HBJ STUDENT NO OTHER INFO AGE 10- 0 TEST DATE 4/24/90 | | | AAC | | MIDDLE | HIGH | MIDDLE | LOW | MIDDLE | LOW | HIGH | | |

| SCORE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LIST | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 32/ 44 | 32/ 40 | | | | 103/120 | 52/ 76 | 72/ 93 | 93/118 | 320/407 | | | |
| NAT'L PR-S | 84 - 6 | 77 - 7 | | | | 88 - 7 | 50 - 5 | 65 - 6 | 80 - 7 | 67 - 6 | | | |
| LOCAL PR-S | 32 - 4 | 56 - 5 | | | | 77 - 7 | 38 - 4 | 48 - 5 | 50 - 5 | 56 - 5 | | | |
| GRADE EQUIV | 6.0 | 6.4 | | | | 8.5 | 4.6 | 5.8 | 6.5 | 6.0 | | | |
| AAC | MIDDLE | MIDDLE | | | | MIDDLE | LOW | MIDDLE | MIDDLE | | | | |

| Stanford ACHIEVEMENT TEST SERIES | | | SCORE TYPE | WD STUDY SKILLS | READING COMP | VOCAB- ULARY | LISTEN'G COMP | SPELLING | LANGUAGE | CONCEPTS NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ©1987 HBJ AGE 11- 0 | FELL         DONALD R GR  5   NORMS GR  5.8 LEVEL INTER 2 FORM E STUDENT NO OTHER INFO TEST DATE 4/23/91 | | RS/NO POSS NAT'L PR-S LOCAL PR-S GRADE EQUIV | 50/ 60 80 - 7 75 - 6 9.5 | 50/ 60 81 - 7 69 - 6 10.0 | 28/ 36 79 - 9 67 - 9 7.3 | 32/ 40 61 - 6 61 - 6 8.1 | 41/ 50 72 - 6 72 - 6 8.3 | 37/ 53 60 - 6 34 - 4 6.4 | 26/ 34 82 - 7 61 - 6 8.0 | |

| SCORE TYPE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LISTEN'G | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 30/ 44 | 26/ 40 | | | | 100/120 | 60/ 76 | 78/103 | 82/118 | 320/417 | | |
| NAT'L PR-S | 72 - 6 | 65 - 6 | | | | 86 - 7 | 74 - 6 | 70 - 6 | 72 - 6 | 67 - 6 | | |
| LOCAL PR-S | 24 - 4 | 36 - 4 | | | | 74 - 6 | 64 - 6 | 56 - 5 | 38 - 4 | 61 - 6 | | |
| GRADE EQUIV | 6.9 | 6.7 | | | | 9.8 | 7.6 | 7.2 | 7.2 | 8.0 | | |

FELL-00000205



4th

**Fell** (NAME)   **Donald** (FIRST NAME)   (MIDDLE NAME)

of Birth: 4-30-80   Place: W-B Twp   Phone: 825-6635
Mo. Day Year   (Pencil)

Cert. State ...Pa... No. 0.4.1.90.40 Baptismal [ ] Other ........................
nation Verified: yes [ ]   no [ ]   Male [✓]   Female [ ]

GRADES 1 and 2
V - Very Good   I - Improv. Needed
S - Satisfactory   U - Unsatisfactory
C - Cont. to Improve

GRADES 3, 4, 5, and 6
A - Excellent (93-100)   D - Passing (70-74)
B - Good (85-92)   E - Failure (0-69)
C - Average (74-84)

Physical Education (Pass or Fail)

| SCHOOL | Flood | Flood | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TEACHER | Egeland | Rygiel | | | | | | | |
| YEAR | 87-88 | i.Shaner 88-89 | | | | | | | |
| GRADE | 2-3 | 3-J | | | | | | | |
| | S | V | | | | | | | |
| | V | S | | | | | | | |
| g | U | U | | | | | | | |
| ng | S | C | | | | | | | |
| :matics | V | C | | | | | | | |
| ng | V | B | | | | | | | |
| age | S | C | | | | | | | |
| e | S | C | | | | | | | |
| Stud. | V | D | | | | | | | |
| | S | C | | | | | | | |
| Ed. | S | | | | | | | | |
| ARY Inst. | | | | | | | | | |
| | | | | | | | | | |
| ent | 155.5 | 174 | | | | | | | |
| ent | 9.5 | 7 | | | | | | | |
| s. | 0 | O | | | | | | | |
| l to: | 3rd | 4th | | | | | | | |
| NTERED | 10-5-87 | 9-7-88 | | | | | | | |
| D FROM | Wy us | 2nd | | | | | | | |

Donald Robert Fell
(Parent or Guardian)

REDACTED - FELL
(Address in Pencil)

Debbie   Kotzer   Service Advisor / Stitcher
(Mother's First & Maiden Name)   (Parent's Occupation—in Pencil)
Total Children in Family [ 2 ]   Number under 18 -2

Significant Limitations: (physical, social, mental) –

| School: | | Grade | | School: | | | Grade | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | | | |
| HOME ROOM TEACHER | | | | | | | | |
| SCHOOL TERM | | | | | | | | |
| DATE ADMITTED | | | | | | | | |
| ADMITTED FROM | | | | | | | | |

| COURSE CREDITS | No. Weeks | Periods | SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| DAYS PRESENT | | | | DAYS PRESENT | | | |
|---|---|---|---|---|---|---|---|
| DAYS ABSENT | | | | DAYS ABSENT | | | |
| TOTAL BELONGED | | | | TOTAL BELONGED | | | |
| TARDY | | | | TARDY | | | |
| Promoted [ ]   Retained [ ]   S.S. [ ] | | | | Promoted [ ]   IRetained [ ]   S.S. [ ] | | | |

FELL-00000206

M1733

# ELEMENTARY SCHOOL
## PERSONAL DATA SHEET

School _DAN F/_

*Fell*
Last Name

*Donald*
First

*Robert*
Middle

REDACTED - FELL

*M*
Sex

*4?-30-80*
Birth Date

*W-B Twp.*
Place of Birth

Address (House Number and Street)

*825-6635*
Home Phone Number

*0449040*
Birth Cert. No./Other Certificate

*Wilkes-Barre PA 18705*
City, State and Zip Code (Residence)

*822-7135  THERESA SHARPE*
Emergency Phone Number and Name of Person

*Donald Robert Fell*
Father's Full Name

Living: Yes (✓) No ( ) Separated ( ) Divorced ( )

*Service Advisor for SEAPS*
Father's Occupation

Father's Place of Employment

Father's Education: Elementary ( ) Junior High ( ) High School ( ) High School Graduate ( ) College (✓)

Full Name of Step Parent

*Debbie Kotzer*
Mother's First and Maiden Name

Living: Yes (✓) No ( ) Separated ( ) Divorced ( )

*Stitcher*
Mother's Occupation

Mother's Place of Employment

Mother's Education: Elementary ( ) Junior High ( ) High School (✓) High School Graduate ( ) College ( )

Full Name of Step Parent

(Circle Below Your Response)

Residing with (Mother and/or Father) Step Parent(s), or Legal Guardian(s), include name, address and phone if not listed above.

Has child any allergies, physical, mental or emotional handicaps? Yes ( ) No (✓) If yes, describe extent of handicap

Give names and birth dates of children:

| NAME | BIRTH DATE | NAME | BIRTH DATE |
|---|---|---|---|
| 1. *Teri Nicole Fell* | REDACTED - FELL F2 | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

Total Number of Children _2_    Total number of children under 18 years old _2_

To what name does your child answer? Nickname *Donny*

Remarks and/or card should be removed when not needed or when no longer appropriate. In no case will the information on this card be transferred to another school, agency, or person without the consent of the parent or guardian.

*Mrs. Debbie Fell*
Parent(s) or Legal Guardian(s) Signature

FELL-00000207

M1734

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

*Second* MARKING PERIOD

STUDENT'S NAME: *Donald Fell*    GRADE: *3-3*    DATE: *12-7-88*

Dear Parent/Guardian:

Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | | |
| ENGLISH | 1-4-5-10-11 | Test score 55 |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | 1-4-5-10-11 | Test score 35 |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

*Janet Rigal*    TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1735

FELL-00000208

**WILKES-BARRE AREA SCHOOL DISTRICT**

**ELEMENTARY SCHOOL PROGRESS REPORT**

*Third* MARKING PERIOD

*Donald Fell* _____ 3-3 _____ 1-27-89
STUDENT'S NAME                    GRADE      DATE

Dear Parent/Guardian:

    Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments.  We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | 1-2-6-7-8-10-11-12 | |
| ENGLISH | | |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | | |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

**COMMENT CODE**

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

_____
TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1736

FELL-00000209

# STANDARDIZED TEST RECORD

| DATE | NAME | | CTBS Comprehensive Tests of Basic Skills | FORM/LEVEL | WORD ATTACK | VOCAB | READING COMPR | TOTAL | SPELL | MECH | LANGUAGE EXPRES | TOTAL | COMPUT | MATHEMATICS CON/APP | TOTAL | TOT BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FELL | DONALD | | GE | X | 3.5 | 4.1 | 3.9 | 4.3 | 3.6 | 3.5 | 3.7 | 4.1 | 4.6 | 5.2 | |
| QTR MTH:31 | IRT | | U/D | SS | 669 | 618 | 648 | 633 | *642 | 632 | 613 | 623 | 660 | 653 | 657 | |
| | | | GRADE 02.7 | NP | 72 | 71 | 84 | 77 | *89 | 84 | 70 | 75 | 86 | 87 | 91 | |
| 97169-7387-030-003 | | | DATE 04/88 | LP | 63 | 53 | 79 | 61 | 82 | 69 | 54 | 55 | 61 | 74 | 68 | |

| NAME | | TEST/LEVEL | DATE | | SEQUENCES | ANALOGIES | MEMORY | VERB REAS | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| FELL | DONALD R | TCS - 1 | 04/89 | NPG | 44 | 31 | 40 | 67 | 46 | |
| | | CSI ▶ 101 | CA ▶ 9-00 | | | | | | | |

| NAME | | | CTBS Comprehensive Tests of Basic Skills | FORM/LEVEL | WORD ATTACK | VOCAB | READING COMPR | TOTAL | SPELL | MECH | LANGUAGE EXPRES | TOTAL | COMPUT | MATHEMATICS CON/APP | TOTAL | TOT BAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FELL | DONALD R | | | GE | X | 5.0 | 4.4 | 4.6 | 6.1 | 3.8 | 8.9 | 5.9 | 4.0 | 4.5 | 4.2 | 4 |
| QTR MTH:31 | IRT | | U/E | AAGE | X | 3.6 | 3.5 | 3.6 | 3.8 | 3.8 | 3.9 | 3.8 | 4.1 | 3.7 | 3.9 | 3 |
| | | | GRADE 03.7 | GED | | | | | | | | | | | | |
| 02374-0466-001-003 | | | DATE 04/89 | SS | 668 | 666 | 663 | 665 | *688 | 630 | *754 | 692 | 657 | 652 | 655 | 6 |
| | | | | NP | 70 | 76 | 69 | 71 | 92 | 49 | 96 | 90 | 64 | 72 | 67 | |
| | | | | LP | 62 | 76 | 74 | 73 | 84 | 43 | 91 | 81 | 42 | 64 | 51 | |

---

# ACHIEVEMENT AND APTITUDE TESTS

---

| Date | TRANSCRIPTS SENT TO: | | FOLLOW-UP (Colleges, Institutes, Job Plac |
|---|---|---|---|

1989 Pennsylvania Assessment System
Pupil: FELL    DONALD    R
Grade: 3  Sex: M  I.D. No.:
Birth Date: 4/30/80
Dist: WILKES-BARRE AREA
Sch: DANIEL J FLOOD

| Test Scores | Reading | Math |
|---|---|---|
| No. of Items Correct | 42 of 56 | 48 of 55 |
| Pct. of Items Corr. | 75.0% | 87.3% |
| Dist. Avg. % Correct | 77.4% | 84.0% |
| State Avg. % Correct | 78.8% | 83.8% |
| Nat'l. Avg. % Corr. | 78.2% | 79.3% |
| Data Exited From Essential Skills Services | N/A | N/A |

M1737

FELL-00000210

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

_5th_    MARKING PERIOD

_Arnold Fell_                    _3-3_        _5-15-79_

**STUDENT'S NAME**                  **GRADE**           **DATE**

Dear Parent/Guardian:

Your child is doing unsatisfactory work in the subject(s) listed below is indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING |  | _Double major_ |
| MATHEMATICS | 6-7-13 | _problems in the_ |
| ENGLISH |  | _Expressive talking_ |
| SPELLING | 6-7-13 | _which he refuses_ |
| SOCIAL STUDIES |  | _to acknowledge._ |
| SCIENCE |  | _He disrupts_ |
| HANDWRITING |  | _the class con-_ |
| ART |  | _stantly. He has_ |
| MUSIC |  | _a very bad_ |
| PHYSICAL-EDUCATION |  | _attitude._ |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory

8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

_Theresa A. Shiner_

**TEACHER**

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1738

FELL-00000211



of Basic Skills

# Individual Test Record

004502
004 502

FELL-00000212

# Individual Test Record

## of Basic Skills

| FELL | DONALD |
| COPELAND B J | |
| FLOOD | |

| DISTRICT | WILKES BARRE |
| CITY/STATE | WILKES BARRE PA |
| RUN DATE | 05/25/88 |

| FORM/LEVEL | U/0 |
| GRADE | 02.7 |
| TEST DATE | 04/88 |

| | SS | GE | LP | NP |
|---|---|---|---|---|
| ACR | 669 | X | 63 | 72 |
| RY | 618 | 3.5 | 53 | 73 |
| MSION | 649 | 4.1 | 79 | 94 |
| ADING | 633 | 3.8 | 61 | 77 |
| | 645 | 3.3 | 88 | 89 |
| MECHANICS | 632 | 3.8 | 69 | 84 |
| EXPRESSION | 613 | 3.8 | 64 | 78 |
| NGUAGE | 623 | 3.7 | 55 | 75 |
| PUTATION | 660 | 4.1 | 61 | 86 |
| CEPTS & APPL. | 653 | 4.6 | 79 | 87 |
| TH | 657 | 4.2 | 68 | 91 |
| TTERY | 638 | 3.9 | 64 | 81 |
| | 596 | 2.5 | 55 | 68 |
| TUDIES | 566 | 2.2 | 19 | 28 |

NATIONAL PERCENTILE — STANINE

SS = SCALE SCORE

GE = GRADE EQUIVALENT

LP = LOCAL PERCENTILE

NP = NATIONAL PERCENTILE

QUARTER MONTH: 31 IRT
B ID = 97169-7387-030-003

M1740

FELL-0000213

FELL-00000213

Score Codes
P - Maximum/Minimum Score Possible For Level
A - No Valid Attempt
X - No Score Available

NON-MASTERY (−)    PARTIAL (P) KNOWLEDGE    MASTERY (+)

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940
Copyright ©1981 by McGraw-Hill, Inc. All rights reserved. Printed in the U.S.A.

M1741

of Basic Skills **Individual Test Record**

| | | = SCALE SCORE |
|---|---|---|
| SS | = | SCALE SCORE |
| GE | = | GRADE EQUIVALENT |
| LP | = | LOCAL PERCENTILE |
| AAGE | = | ANTICIP ACHIEVMNT GRADE EQUIVALENT |
| GED | = | SIGNIFICANT DIFF GRADE EQUIVALENT |
| NP | = | NATIONAL PERCENTILE |
| TCS NP6 | = | NATNL PCNTILE BY GRADE |

ELL
HINER T A
LOOD ELEMENT

DISTRICT    HILKES-BARRE
CITY/STATE  HILKES BARRE  PA
RUN DATE    05/22/89

FORM/LEVEL  U/E
GRADE       03.7
TEST DATE   04/89

| | SS | GE | LP | AAGE | GED | NP |
|---|---|---|---|---|---|---|
| Y | 666 | 5.0 | 76 | 3.6 | | 76 |
| DING | 665 | 4.6 | 73 | 3.6 | | 71 |
| MECHANICS | 630 | 3.8 | 43 | 3.8 | | 49 |
| GUAGE | 692 | 5.9 | 81 | 3.8 | + | 90 |
| EPTS & APPL. | 652 | 4.5 | 64 | 3.7 | | 72 |
| TERY | 671 | 4.7 | 74 | 3.8 | | 82 |
| UDIES | 641 | 4.0 | 50 | 3.7 | | 56 |

NATIONAL PERCENTILE

STANINE

RTER MONTH: 31 IRT
ID = 92374-0466-001-003

re Codes
Maximum/Minimum Score Possible For Level
No Valid Attempt
No Score Available



Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940
Copyright ©1981 by McGraw-Hill. Inc. All rights reserved. Printed in the U.S.A.

FELL-00000214

5:01-cr-00012-gwc   Document 304-4   Filed 03/25/11   Page 13 of 24

# Comprehensive Tests of Basic Skills
## Individual Test Record

**CTBS**

| FELL | DO___R | DISTRICT | WILKES-BARRE |
|------|--------|----------|--------------|
| SHINER T A | | CITY/STATE | WILKES BARRE PA |
| FLOOD ELEMENT | | RUN DATE | 05/22/89 |

FORM/LEVEL U/E
GRADE 03.7
TEST DATE 04/89

004502
004



| | SS | GE | LP | AAGE | GED | NP |
|---|---|---|---|---|---|---|
| RY | 666 | 5.0 | 76 | 3.6 | | 76 |
| ADING | 665 | 4.6 | 73 | 3.6 | | 71 |
| MECHANICS | 630 | 3.8 | 43 | 3.8 | | 49 |
| NGUAGE | 692 | 5.9 | 81 | 3.8 | + | 90 |
| CEPTS & APPL. | 652 | 4.5 | 64 | 3.7 | | 72 |
| TTERY | 671 | 4.7 | 74 | 3.8 | | 82 |
| TUDIES | 641 | 4.0 | 50 | 3.7 | | 56 |

B: 46

SS = SCALE SCORE
GE = GRADE EQUIVALENT
LP = LOCAL PERCENTILE
AAGE = ANTICIP ACHIEVMNT GRADE EQUIVALENT
GED = SIGNIFICANT DIFF GRADE EQUIVALENT
NP = NATIONAL PERCENTILE
TCS NPB = NATNL PCNTILE BY GRADE

ARTER MONTH: 31 IRT
ID = 92374-0466-001-003

ore Codes
- Maximum/Minimum Score Possible For Level

NON-MASTERY (-)   PARTIAL (P) KNOWLEDGE   MASTERY (+)

FELL-00000215

# STANDARDIZED TEST RECORD

| NAME | | Comprehensive Tests of Basic Skills | | WORD ATTACK | READING | | | SPELL | LANGUAGE | | | MATHEMATICS | | | TO BAT. |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | VOCAB | COMPR | TOTAL | | MECH | EXPRES | TOTAL | COMPUT | CON/APP | TOTAL | |
| FELL  DONALD | IRT | FORM/LEVEL | GE | X | 3.5 | 4.1 | 3.8 | 4.3 | 3.8 | 3.5 | 3.7 | 4.1 | 4.6 | 4.2 | 3 |
| QTR MTH:31 | | U/D | SS | 669 | 618 | 648 | 633 | *642 | 632 | 613 | 623 | 660 | 653 | 657 | 6 |
| | | GRADE | NP | 72 | 71 | 84 | 77 | * 89 | 84 | 70 | 75 | 86 | 87 | 91 | |
| 97169-7387-030-003 | | 02.7 | LP | 63 | 53 | 79 | 61 | 82 | 69 | 54 | 55 | 61 | 79 | 68 | |
| 82217 | | DATE 04/88 | | | | | | | | | | | | | |

| TEST/LEVEL | | DATE | | | SEQUENCES | ANALOGIES | MEMORY | VERB REAS | TOTAL | | SEQUENCES | ANA. |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| FELL  DONALD R | | TCS - 1 | 04/89 | NPG | 44 | 31 | 40 | 67 | 46 | | | |
| | | CSI  101 | CA  9-00 | | | | | | | | | |

| NAME | | Comprehensive Tests of Basic Skills | | WORD ATTACK | READING | | | SPELL | LANGUAGE | | | MATHEMATICS | | | TOTAL BATTE |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | VOCAS | COMPR | TOTAL | | MECH | EXPRES | TOTAL | COMPUT | CON/APP | TOTAL | |
| FELL  DONALD R | IRT | FORM/LEVEL | GE | X | 5.0 | 4.4 | 4.6 | 6.1 | 3.8 | 8.9 | 5.9 | 4.0 | 4.5 | 4.2 | 4. |
| QTR MTH:31 | | U/E | A AGE | X | 3.6 | 3.5 | 3.6 | 3.8 | 3.8 | 3.9 | 3.8 | 4.1 | 3.7 | 3.9 | 3. |
| | | GRADE | GED | | | | | + | | + | | + | | | |
| 92374-0466-001-003 | | 03.7 | SS | 668 | 666 | 663 | 665 | *688 | 630 | *754 | 692 | 657 | 652 | 655 | 6 |
| 82218 | | DATE | NP | 70 | 76 | 69 | 71 | * 92 | 49 | * 96 | 90 | 64 | 72 | 67 | 6 |
| | | 04/89 | LP | 62 | 76 | 74 | 73 | 84 | 43 | 91 | 81 | 42 | 64 | 51 | |

## ACHIEVEMENT AND APTITUDE TESTS

| Date | TRANSCRIPTS SENT TO: | | | FOLLOW-UP (Colleges, Institutes, Job Placer |
|------|------|------|------|------|
| 1989 Pennsylvania Assessment System | Test Scores | Reading | Math | |
| Pupil: FELL  DONALD  R | No. of Items Correct | 42 of 56 | 48 of 55 | |
| Grade:  3 Sex: M I.D. No.: | Pct. of Items Corr. | 75.0% | 87.3% | |
| Birth Date:  4/30/80 | Dist. Avg. % Correct | 77.4% | 84.0% | |
| Dist:WILKES-BARRE AREA | State Avg. % Correct | 78.8% | 83.8% | |
| Schl:DANIEL J FLOOD | Nat'l. Avg. % Corr. | 78.2% | 79.3% | |
| | Date Exited From Essential Skills Services | N/A | N/A | |

M1743

FELL-00000216

| NAME | FIRST | MIDDLE | | SEX | | | | | | | | PG | PG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fell | Donald | Robert | | M | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |

SS# 210-__-7294

**HEALTH RECORD**

DATE OF EXAMINATION

## PITTSTON AREA SCHOOL DISTRICT — LUZERNE COUNTY PENNA. 18640

| MO. 4 | DAY 30 | YEAR 8A • | BIRTHPLACE Wilkes Barre | VERIFIED BY BC# 0449040 | | ENTERED SCHOOL 9-6-89 |
|---|---|---|---|---|---|---|

| ADDRESS | (PENCIL) TELEPHONE NO. | | | DATE | TRANSCRIPTS |
|---|---|---|---|---|---|
| | HOME | BUSINESS | DATE ENTERED 9-6-89 | | |
| Inkerman | 883-0338 | | FROM Dan Flood | | |
| | | | DATE LEFT | | |
| EMERGENCY | EMERGENCY | | TO | | |
| Debbie Fell | 883-0338 | | REASON | | |

| BROTHERS | SISTERS 1 | U.S. CITIZEN | BIRTHPLACE | CHECK IF DECEASED | OCCUPATION | |
|---|---|---|---|---|---|---|
| Donald Fell | | ✓ | W B | | Pactur Auto | |
| FIRST Debbie MAIDEN Kotzur | | ✓ | W B | | SLC Graphics | |

### MENTAL ABILITY

| GRADE | NAME OF TEST | FORM | C. A. | M. A. | RAW SCORE | I. Q. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### ACHIEVEMENT TESTS

| DATE | GRADE | NAME OF TEST | FORM | C. A. | M. A. | RAW SCORE | GRADE EQUIV. | %TILE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### EXTRA-CURRICULAR ACTIVITIES

| TYPE ACTIVITY | YEARS IN SCHOOL 7 8 9 10 11 12 | TYPE OF ACTIVITY | YEARS IN SCHOOL 7 8 9 10 11 12 |
|---|---|---|---|
| BASKETBALL | | 11. GLEE CLUB | |
| FOOTBALL | | 12. CHOIR | |
| BASEBALL | | 13. YEARBOOK | |
| | | 14. SCHOOL PAPER | |
| DRAMATICS | | 15. STUDENT GOVERNMENT | |
| | | 16. TRAFFIC PATROL | |
| BAND | | 17. | |

### PERSONALITY: WHERE POSSIBLE USE SEVERAL TEACHERS JUDGMENTS

| | 7TH | 8TH | 9TH | 10TH | 11TH | 12TH |
|---|---|---|---|---|---|---|
| 1. INTELLECTUAL CURIOSITY | | | | | | |
| 2. INDUSTRY | | | | | | |
| 3. CREATIVENESS | | | | | | |
| 4. LEADERSHIP | | | | | | |
| 5. SOCIAL MINDEDNESS | | | | | | |
| 6. CONCERN FOR OTHERS | | | | | | |
| 7. RESPONSIBILITY | | | | | | |

### GRADUATION DATE — AV.

| RANK | AMONG | GRADUATES |
|---|---|---|
| DIPLOMA | | |
| COURSE | | |
| MAJOR | | TOTAL UNITS |
| | AFTER HIGH SCHOOL | |
| SCHOOL ENTERED | | DATE |

M1744

FELL-00000217

**38**

FELL-00000218

PITTSTON AREA SCHOOL DIST.

ELEMENTARY SCHOOL

| KINDERGARTEN | DATE 85-86 | PROMOTION ✓ | TEACHER WVW - Schuyler |
|---|---|---|---|

| DATE ENTERED | | GRADE | FORMER SCHOOL ATTENDED |
|---|---|---|---|

| GRADE | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | | | | | | | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | 86 - 87 | | | 87-88 | | | 88-89 | | | 89 - 90 | | | 90-91 | | | | | | | | | | | | | |
| TEACHER | | | | | | | | | | Mr. R. + Mr. M. Loncoski | | | | | | | | | | | | | | | |
| PROMOTION | | | | | | | | | | Yes | | | yes | | | | | | | | | | | | | |
| | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | 1ST. SEM. | 2ND. SEM. | FINAL AVG. | | |
| READING | | | | | | | | | | | | | | | | | | | | | | | | | 1989-1990 | 1990-1991 |
| WRITING | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARITH. | W V W | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPELLING | Schuyler | | | | | | | | | | | | | | | | | | | | | | | | | |
| LANGUAGE | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCIENCE | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOC. STUD. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MUSIC VOCAL | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MUSIC INSTRU. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARTS AND CRAFTS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY. ED. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HEALTH & SAFETY | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STUDY HABITS | M1745 | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEPORTMENT | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAYS PRESENT | | | | | | | 163 | | | 149 | | | | | | | | | | | | | | | | |
| DAYS ABSENT | | | | | | | 17 | | | 31 | | | | | | | | | | | | | | | | |
| TIMES TARDY | | | | | | | 0 | | | 0 | | | | | | | | | | | | | | | | |

EXPLANATION OF MARKS

| ELEMENTARY | HIGH SCHOOL | | | | GROUP |
|---|---|---|---|---|---|
| A — EXCELLENT | | | | | |
| B — ABOVE AVERAGE | 93 - 100 | SUPERIOR | 70 - 76 | PASSING | H — HONORS |
| C — AVERAGE | | | | | |

FELL-00000219

| DATE | GR. | TEST NAME –FORM | C.A. | M.A. | VERBAL I.Q. | PERFORMANCE I.Q. | FULL SCALE I.Q. |
|------|-----|-----------------|------|------|-------------|-----------------|----------------|

4/8/66  K  M.K.T  P  66  91

**PRESSCORES**

5:01-cr-00012-gwc   Document 304-4   Filed 03/25/11   Page 18 of 24

M1746

FELL-00000220

5:01-cr-00012-gwc   Document 304-4   Filed 09/25/01   Page 19 of 24

## PITTSTON AREA SCHOOL DISTRICT
## PROGRESS REPORT
### GRADES 4-5

INDIVIDUAL GROWTH AND DEVELOPMENT

For each item below a number rating indicates your child's progress in relation to his ability and effort as determined by teacher observation of his work, his work habits, and his attitudes.
CODE: 1 - Very Good;  2 - Good;  3 - Satisfactory;  4 - Having Difficulty;
5 - No Progress Due To Lack Of Real Effort
An item that is not marked DOES NOT APPLY to your child at this time.

READING PROGRAM _____ **HOUGHTON MIFFLIN** _____

| READING | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Reads with understanding | 1 | 1 | 1 | 1 |
| Works out new words independently | 1 | 1 | 1 | 1 |
| Reads a variety of materials independently | 1 | 1 | 1 | 1 |
| Shows progress in mastering study skills | 1 | 1 | 1 | 1 |
| **LANGUAGE** | | | | |
| Grammar (parts of speech and sentence structure) | 1 | 1 | 1 | |
| Usage (subject-verb agreement, pronouns, verbs, adjectives) | 1 | 1 | 1 | |
| Mechanics (capitalization, punctuation) | 1 | 1 | | |
| Writing (concepts and skills in all forms of writing) | | | | |
| **SPELLING** | | | | |
| Applies spelling skills in written work | 1 | 2 | 1 | 1 |
| Learns assigned words | 2 | 2 | 2 | 1 |
| Uses dictionary skills effectively | 2 | 2 | 2 | 1 |
| **MATHEMATICS** | | | | |
| Understands concepts | 1 | 1 | 1 | 1 |
| Reasons well in problem solving | 1 | 1 | 1 | 1 |
| Works with accuracy | | | | 1 |
| **SCIENCE & HEALTH** | | | | |
| Secures information through reading, experimentation & observation. | - | 2 | 2 | 2 |
| Shows knowledge of science concepts studied | 2 | 2 | 2 | 2 |
| Shows knowledge of health concepts studied | 1 | 2 | 2 | 2 |

FELL-00000221

M1747

NAME ___Fell, D___ SCHOOL YEAR 19 89 19 90
GRADE ___4___ SCHOOL ___Lincoln___
TEACHER _____ GRADE PLACEMENT FOR NEXT YEAR _____

| SOCIAL STUDIES | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Shows knowledge of concepts studied | 2 | 2 | 2 | 1 |
| Is acquiring skills in the use of reference materials, maps, globes, charts, etc. | - | 2 | 2 | 2 |
| **SPECIAL AREAS OF LEARNING** | | | | |
| Physical education | | | | |
| Music | 2 | 22 | 1 | |
| Art | 2 | 22 | 1 | |

**S INDICATES SATISFACTORY,  U INDICATES UNSATISFACTORY**

| WORK HABITS AND SOCIAL BEHAVIOR | | | | |
|---|---|---|---|---|
| Works well with others | | | | |
| Works well independently | | | | |
| Practices self-discipline | | | | |
| Makes good use of his time | | | | |
| Is developing good listening skills | | | | |
| Completes assigned work | | | | |
| Shows consistent effort | | | | |

### READING LEVELS

Gr. 4    Gr. 5

J    K    K    L

| Marking Period | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING LEVEL | K | K | K | K |
| **ATTENDANCE RECORD** | | | | |
| Days Absent | 1 | 4 | 4 | 8 |

**TEACHERS COMMENTS:**

| January | June |
|---|---|
| | |



# PITTSTON AREA SCHOOL DISTRICT
## PROGRESS REPORT
### GRADES 4-5

**NAME** DONALD FELL **SCHOOL YEAR** 19 90 19 91
**GRADE** 5 **SCHOOL** LINCOLN ELEM.
**TEACHER** MALONGOSKI **GRADE PLACEMENT FOR NEXT YEAR** 6th gr.

INDIVIDUAL GROWTH AND DEVELOPMENT

For each item below, a number rating indicates your child's progress in relation to his ability and effort as determined by teacher observation of his work, his work habits and his attitudes.

CODE: 1 - Very Good; 2 - Good; 3 - Satisfactory; 4 - Having Difficulty; 5 - No Progress Due To Lack Of Real Effort

An item that is not marked DOES NOT APPLY to your child at this time.

### READING PROGRAM — HOUGHTON MIFFLIN

| READING | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Reads with understanding | 1 | 1 | 1 | 1 |
| Works out new words independently | 1 | 1 | 1 | 1 |
| Reads a variety of materials independently | 4 | 2 | 1 | 4 |
| Shows progress in mastering study skills | 2 | 2 | 2 | 2 |

| LANGUAGE | | | | |
|---|---|---|---|---|
| Grammar (parts of speech and sentence structure) | 2 | 1 | 1 | 2 |
| Usage (subject-verb agreement, pronouns, verbs, adjectives) | 2 | 1 | 1 | 3 |
| Mechanics (capitalization, punctuation) | 1 | 1 | 1 | 3 |
| Writing (concepts and skills in all forms of writing) | 1 | 3 | 1 | 4 |

| SPELLING | | | | |
|---|---|---|---|---|
| Applies spelling skills in written work | 2 | 2 | 2 | 3 |
| Learns assigned words | 1 | 1 | 1 | 3 |
| Uses dictionary skills effectively | 1 | 3 | 3 | 3 |

| MATHEMATICS | | | | |
|---|---|---|---|---|
| Understands concepts | 1 | 1 | 2 | 3 |
| Reasons well in problem solving | 1 | 1 | 2 | 3 |
| Works with accuracy | 1 | 1 | 2 | 3 |

| SCIENCE & HEALTH | | | | |
|---|---|---|---|---|
| Secures information through reading, experimentation & observation. | 1 | 1 | 2 | 2 |
| Shows knowledge of science concepts studied | 1 | 2 | 2 | 2 |
| Shows knowledge of health concepts studied | 1 | 2 | 2 | 2 |

| SOCIAL STUDIES | Nov. | Jan. | April | June |
|---|---|---|---|---|
| Shows knowledge of concepts studied | 2 | 2 | 2 | 3 |
| Is acquiring skills in the use of reference materials, maps, globes, charts, etc. | 1 | 1 | 1 | 3 |

| SPECIAL AREAS OF LEARNING | | | | |
|---|---|---|---|---|
| Physical education | 2 | 2 | 2 | 2 |
| Music | 3 | 3 | 3 | 3 |
| Art | 2 | 3 | 3 | 3 |

**S - INDICATES SATISFACTORY   U - INDICATES UNSATISFACTORY**

| WORK HABITS AND SOCIAL BEHAVIOR | | | | |
|---|---|---|---|---|
| Works well with others | S | U | S | U |
| Works well independently | S | S | S | U |
| Practices self-discipline | S | U U | U | S |
| Makes good use of his time | S | S | S | U |
| Is developing good listening skills | S | S | S | U |
| Completes assigned work | U | SU | U U | U |
| Shows consistent effort | S | S | U | U |

### READING LEVELS

Gr. 4    J    K        Gr. 5    K    L

| Marking Period | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING LEVEL | L | L | L | L |

### ATTENDANCE RECORD

| Days Absent | 4 | 3 | 7 | 16 |
|---|---|---|---|---|

### TEACHERS COMMENTS:

| January | June |
|---|---|
| | |

M1748   FELL-00000222

*Sent* 9/11/91

# CHILDREN'S SERVICE CENTER
### of Wyoming Valley, Inc.

Date:     September 4, 1991

To:       Lincoln Elementary School
          Williams Street
          Pittston, PA  18640

Re:       Donald Fell

DOB:      4-30-80

__X__ To aid in planning services for the above-named child, we would appreciate receiving the information requested on the enclosed release form.

_____ We have been requested and authorized to provide you with a report concerning our work with the above-mentioned child. Enclosed is:

    _____ A copy of the Individualized Treatment Plan. (Please note this is a composite of the treatment team planning and takes precedence in services provided.)

        _____ A copy of the psychiatric evaluation.

        _____ A copy of the psychological evaluation.

        _____ A copy of the closing summary.

        _____ Other _____

_____ In response to your recent request for information and after searching our files, we find that the named was never a patient at our clinic.

_____ If you can supply us with further information that would aid us in better identifying this individual, we will gladly search our files again.

_____ Thank you for referring this family to us. We will be willing to arrange an appointment to discuss with them their concerns about their child.

_____ Should you desire a report, because of the laws governing confidentiality, it will be necessary to obtain written consent from the child if 12 years of age or older and the parent or legal guardian.

_____ This is to inform you that the above-mentioned family has not made contact with this clinic since you referred them to us.

Sincerely,

*Patricia A. Marks*

Patricia A. Marks, M.S.
Assessment Unit

PAM/sg

*Serving the Community Since 1862*

### 335 South Franklin Street • Wilkes-Barre, Pennsylvania 18702 (717) 825-6425

MEMBER OF UNITED WAY OF WYOMING VALLEY

M1749

FELL-00000223

**CHILDREN'S SERVICE CENTER**
335 S. Franklin Street
Wilkes-Barre, PA  18702
Telephone:  (717) 825-6425

CONSENT TO RELEASE/OBTAIN CONFIDENTIAL INFORMATION

I, _Debbie Fell_____, hereby authorize the Children's Service
(legally responsible person)
Center to release/obtain information contained in the record of _Donald Fell_
DOB: _4-30-80_ to/from: _Lincoln Elementary School._
_Williams Street_
_Pittston. PA 18640_
The specific purpose for which the released/obtained records are to be used is
_Treatment planning_
The information which may be released/obtained is limited to _____

I fully understand the nature of this consent and that this authorization shall
remain effective from the date of my signature to _____(60 days hence);
however, I may revoke this authorization at any time by written, dated communi-
cation to the director or his designee.  I hereby release the Children's Service
Center and said person or facility from all legal responsibility and liability
for acting upon this authorization, and I intend to be legally bound hereby.
_8-23-91_                    _Debbie Fell_
Date                         Signature of Patient and/or person authorized to consent
                             for patient
_8-23-91_                    _Patricia G Marks M.S._
Date                         Signature of staff member obtaining consent

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed if patient is physically unable to provide a signature but has
indicated, verbally or behaviorally, that he/she consents to the release.

We affirm that_____was physically unable to provide
a signature, understands the nature of this consent and freely gave his/her
verbal or behavioral consent.  This authorization shall remain effective from
this date to_____(60 days hence); however, this may be revoked by verbal
or behavioral communication to the director or his designee.

_____          _____
Date                    Witness

_____          _____
Date                    Signature of staff member obtaining consent

mf

**M1750**

FELL-00000224

# Stanford ACHIEVEMENT TEST SERIES WITH O-L SCHOOL ABILITY TEST

## SKILLS ANALYSIS FOR DONNY R FELL

TEACHER H RITZIE
SCHOOL LINCOLN ELEMENTARY
SYSTEM PITTSTON AREA SD

GRADE 4 TEST DATE 4/24/90
STANFORD NORMS GR 4.8 LEVEL INTER 1 FORM E
OLSAT NORMS GR 4 SPRING LEVEL ELEM FORM R

COPY 1
PROCESS NO
140-00-008705-0




| NUMBER OF ITEMS | RAW SCORE | SCALE SCORE | NATL PR-S | LOCAL PR-S | ACHIEVMNT ABILITY COMPARISN |
|---|---|---|---|---|---|
| WORD STUDY SKILLS 60 | 49 | 655 | 73-6 | 66-6 | MIDDLE |
| READING COMPREHENSION 60 | 54 | 691 | 90-8 | 83-7 | HIGH |
| VOCABULARY 36 | 27 | 647 | 67-6 | 56-5 | MIDDLE |
| LISTENING COMPREHENSION 40 | 25 | 620 | 34-4 | 19-3 | LOW |
| SPELLING 40 | 33 | 659 | 67-6 | 57-5 | MIDDLE |
| LANGUAGE 53 | 39 | 643 | 59-5 | 37-4 | LOW |
| CONCEPTS OF NUMBER 34 | 29 | 671 | 89-8 | 74-6 | HIGH |
| MATH COMPUTATION 44 | 32 | 646 | 64-6 | 32-4 | MIDDLE |
| MATH APPLICATIONS 40 | 32 | 650 | 77-7 | 55-5 | MIDDLE |
| SOCIAL SCIENCE 60 | DNA | | | | |
| SCIENCE 60 | DNA | | | | |
| USING INFORMATION 42 | DNA | | | | |
| TOTAL READING 120 | 103 | 671 | 88-7 | 77-7 | MIDDLE |
| TOTAL LISTENING 76 | 52 | 633 | 50-5 | 38-4 | LOW |
| TOTAL LANGUAGE 93 | 72 | 650 | 65-6 | 48-5 | MIDDLE |
| TOTAL MATHEMATICS 118 | 93 | 654 | 80-7 | 50-5 | MIDDLE |
| BASIC BATTERY TOTAL 407 | 320 | NA$^2$ | 67-6 | 56-5 | NA$^2$ |
| COMPLETE BATTERY TOTAL 527 | DNA | | | | |
| OTIS-LENNON | AGE | PR-S | 83-7 | RS=57 | SAI=115 |
| SCHOOL ABILITY TEST | GRADE | PR-S | 88-7 | LOCAL | PR-S 73-6 |

AGE 10 YRS 0 MOS

READING SKILLS GROUP: DEVELOPMENTAL

WRITING TEST RESULTS:

| CONTENT CLUSTERS | RAW SCORE/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| WORD STUDY SKILLS | 49/60 | | ✓ | |
| Structural Analysis | 17/24 | | ✓ | |
| Phonetic Analysis - - Consonants | 14/18 | | ✓ | |
| Phonetic Analysis - - Vowels | 18/18 | | | ✓ |
| | | | | |
| READING COMPREHENSION | 54/60 | | | ✓ |
| Textual Reading | 15/20 | | ✓ | |
| Functional Reading | 19/20 | | ✓ | |
| Recreational Reading | 20/20 | | | ✓ |
| Literal Comprehension | 29/30 | | | ✓ |
| Inferential Comprehension | 25/30 | | | ✓ |
| | | | | |
| VOCABULARY | 27/36 | | ✓ | |
| | | | | |
| LISTENING COMPREHENSION | 25/40 | | ✓ | |
| Retention | 11/20 | | ✓ | |
| Organization | 14/20 | | ✓ | |
| | | | | |
| SPELLING | 33/40 | | ✓ | |
| Homophones | 7/8 | | ✓ | |
| Phonetic Principles | 13/16 | | ✓ | |
| Structural Principles | 13/16 | | ✓ | |
| | | | | |
| LANGUAGE | 39/53 | | ✓ | |
| Conventions | 23/26 | | | ✓ |
| Language Sensitivity | 4/14 | ✓ | | |
| Reference Skills | 12/13 | | | ✓ |
| | | | | |
| CONCEPTS OF NUMBER | 29/34 | | | ✓ |
| Whole Numbers and Place Value | 14/17 | | | ✓ |
| Rational Numbers | 7/8 | | | ✓ |
| Operations and Properties | 8/9 | | | ✓ |

| CONTENT CLUSTERS | RAW SCORE/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| MATHEMATICS COMPUTATION | 32/44 | | ✓ | |
| Addition with Whole Numbers | 6/6 | | ✓ | |
| Subtraction with Whole Numbers | 7/9 | | ✓ | |
| Multiplication with Whole Numbers | 9/12 | | ✓ | |
| Division with Whole Numbers | 6/10 | | ✓ | |
| Computation With Fractions & Decimals | 4/4 | | | ✓ |
| Estimation | 0/3 | ✓ | | |
| MATHEMATICS APPLICATIONS | 32/40 | | | ✓ |
| Problem Solving | 18/22 | | ✓ | |
| Geometry/Measurement | 8/12 | | ✓ | |
| Graphs and Charts | 6/6 | | | ✓ |
| | | | | |
| SOCIAL SCIENCE | DNA | | | |
| Geography | | | | |
| History | | | | |
| Anthropology | | | | |
| Sociology | | | | |
| Political Science | | | | |
| Economics | | | | |
| Inquiry Skills | | | | |
| | | | | |
| SCIENCE | DNA | | | |
| Physical Science | | | | |
| Biological Science | | | | |
| Inquiry Skills | | | | |
| | | | | |
| USING INFORMATION | DNA | | | |

M1751

Copyright © 1987 by Harcourt Brace Jovanovich, Inc.
ALL RIGHTS RESERVED. Printed in the U.S.A.

See back for aids for interpretation.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC

FELL-00000225

5:01-cr-00012-gwc   Document 304-4   Filed 03/25/11   Page 24 of 24

NAME _____ (Last)   Donald (First)   Robert II (Middle)   Sex Ⓜ. F.   Birth DATE 4/30/80

OTIS-LENNON SCHOOL
ABILITY
TEST Ⓥ

FELL        DONNY  R        TESTS        INTELLIGENCE

GR 4      AGE 10- 0
LEVEL ELEM    FORM R

SCHOOL        RAW
ABILITY       SCORE
INDEX         57
115
                PR-S
AGE NORMS    83-7
GRADE NORMS  88-7
LOCAL NORMS  73-6

P.A.S.T.

P.S.A.T.

S.A.T.

S.A.T.

M1752

S.A.T.

D.A.T.

STUDENT: FELL, DONALD R.
GRADE: 5   SEX: M
ID NUMBER:          -001-0052
BIRTH DATE: 04/30/80
DIST: PITTSTON AREA
SCHL: LINCOLN EL SCH
DATE EXITED FROM ESSENTIAL SKILLS SERVICES - READING:  N/A   MATH:  N/A

| Test Scores | No. of Items Correct | Pct. of Items Correct | 1991 TELLS Dist. Avg. % Correct | State Avg. % Correct |
|---|---|---|---|---|
| READING | 39 OF 45 | 86.7 | 72.1 | 72.7 |
| MATH | 63 OF 85 | 74.1 | 68.5 | 66.6 |

FELL-00000226