

FELL-00000347

**55**

FELL-00000348

Donny5gTeri2  Exhibit  Santa.jpg



FELL-00000349

**56**

FELL-00000350



FELL-00000351



FELL-00000352

57

FELL-00000353

## CONTACT SHEET

CASE NUMBER:

C* *ENT NAME: Fell

ADDRESS:

: MONTH: July

WORKER: D*Heine

+ Carol Halli

| C*.ACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

DEFENDANT'S
EXHIBIT
P.

Date: 6/28/90

Location: Home

Who Seen:

Debra Fell

Donald "

Donald " Jr

eric "

1. ) Transfer visit.

2. ) As workers were waiting for the Fells to answer their door, this worker noticed a pile of empty beer cans in the back of their car that was parked in the driveway. Worker was introduced to the family & then Carol explained to them & a/b the Dependency Petition. Mr Fell appeared to become upset. But Mrs. Fell said she'd go through D+A counseling or whatever. The family was given new worker name.

FELL-00000354



DEFENDANT'S
EXHIBIT
Q

CONTACT SHEET

CASE NUMBER:                              MONTH: October

CLIENT NAME: Fell                         WORKER:

ADDRESS:                                   DrLerner

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|          | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/30/90

Location: Phone

Who Seen:

7:24 Am Busy

9:29 AM ⟶

1. ) To return Debbie's call.

2. ) Called to report that Rer + ~~Don~~ Don got into a fight last night. (Don had been drinking.) fight began — b/c Don had hit Donny Jr. — Don hit Donny across the face + caused his lip to bleed — ~~this~~ his lip did not swell up + there are no bruises this mornin Debbie kicked Don out immediately + had him arrested. He is

**IMPORTANT MESSAGE**

FOR D. Lerner.

DATE 10-30-90    TIME 9:12 A.M.

M Deb. Fell

OF

PHONE 843-0338

AREA CODE    NUMBER    EXTENSION

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Call ASAP

SIGNED

LITHO IN U.S.A.

TOPS FORM 3002S

Debbie said Danny was really being mouthy - mostly mouthing off to his mom + he wouldn't stop - so Don smacked him across the face.

Wkr discussed Don's consumption of alcohol. She said he has slowed down, but she does not want him back in the house until he has stopped drinking + continues in the Court Advocate counseling.
Wkr asked her twice if she were going to let him back in the house + she said no - not until he stops drinking.

10/30/90 -  Updated supervisor on this event.
Maureen Thompson   Both sup. + wkr feel this is inappropriate discipline + will not be called into childline at this time. Wkr will meet w/ both Fell children to discuss the incident.

Pittston

FELL-00000356

CONTACT SHEET

CASE NUMBER:

ENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: Ad Serma

DEFENDANT'S
EXHIBIT
R

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/30/90

Location: Lincoln Elen School

Who Seen: the Nurse Wascavage

Donny Fell, Jr

1. ) Wkr went to the school to talk to Donny a/b the

2. ) incident last evening.

The nurse wanted to inform wkr that Terri was sent home today b/c she had lice. It's the 2nd time this year. Plus last year they had lice a/b 6 X's.

When wkr ask Donny to explain what happened last night he was nervous + he would say one thing + then wkr would ask a question to clarify & he would change his answer. This happened a couple of times, but wkr was able

FELL-00000357

Terri was sleeping and Donny claims he was talking to his mom & his dad got mad & punched him (he didn't hit him — but he says he had a closed fist). Then Terri came out of her room & started mouthing off to her dad. so he smacked her (at an open hand). She started to cry & he told her to shut up, but she didn't stop crying so he grabbed her by the neck w/ both hands & started choking her. Debbie then intervened & got Terri away & put her to bed. (This was a/b 8:30 pm)

Then Deb & Don went into the hallway (he stayed in living room) & they were fighting. Then they came into the living room & continued to argue for a couple of hours. Then Ron changed his clothes & Debbie kicked him out. This was 11:30 pm. He kept trying to get back in so Deb called the cops & they took Don away.

Donny says he does not want to live w/ his dad. He admits to being scared of him. He said his mom kicked him out &

FELL-00000358

Donny claims his mom was not drinking,
but that his dad had been drinking
beer all day - Wkr checked his mouth
& he had a small cut on his inner lower lip on
the right side - there was no puffiness.
Wkr also discussed the problem w/ lice.
He says they use the special shampoo & combs
& their mom has sprayed the home. He
doesn't know why they keep getting it.

10/30/90
Home
Debbie
&
Seri

1) Wkr met w/ Seri, alone, to
discuss the incident last
night. She told one story
w/ no changes.

2) She said her mom & dad were
fighting b/c Donny wouldn't take a shower. She
was in her bedroom, but she came out b/c of
the yelling. She said Donny was calling them
names + refused to shower. She then saw
her dad hit Donny across the mouth. Wkr asked
her to show him her dad's hand was - she
said he back handed him. Wkr asked if
she thought it could've been a fist.
She said "no, I don't think so." Wkr asked
if he used the front of his hand or the back
+ she said, again, he used the back.

She then started to cry b/c Donny's lip was bleeding — her dad told her to stop & when she didn't he grabbed her neck. Wkr asked her how & she said he was behind her & he took one of his hands and put it around her neck. Wkr check but there were no bruises evident. She said he only held on for a few second & she coughed & her mom got him to stop. She was certain he had grabbed her w/ only one hand & from behind. She then went & finished her homework & went to bed. But her mom & dad were still fighting. Then the police came & took Don away in handcuffs. She admitted to being scared of her dad & she didn't want him & come back. Wkr asked if her dad hit or slapped her last night she said, "No, he only grabbed to my neck w/ my hair." She also said her dad was drinking, but her mom wasn't. Wkr then met w/ Debbie to clarify her understanding of the incident.

She said Donny was mouthing off b/c she asked him to take a ___ and ___ didn't want to. She

said ___ both her + Don + that's when Don hit him. Wkr asked how + she said w/ the inside of his hand — like a slap. Teri overheard + said I think it was the back of his hand. Debbie said it could've been — she's not sure — she just saw his hand + arm move quickly. Wkr asked if he could've used a fist — Debbie said no — she saw his opened hand + the swing. (When worker was talking to Donny + he said his dad punched him he demonstrated by holding his fist up + pushing straight out). Debbie + Teri stated that he swung his hand + arm

Debbie said her + Don then got into a fight b/c she felt what he did was wrong. Wkr asked if Don had done anything to Teri. She said he had grabbed her by the back of the neck w/ one hand + told her to stop crying. Wkr asked if he had hit or slapped Teri + she said no.

She called the police + they arrested

him for Public Drunkeness +
Disorderly Conduct.   His hearing is
Nov. 8 so he'll be in jail til
then unless ~~until~~ someone posts bail.
She claims she does not plan on
letting him back into their home.
wkr encouraged her to get a
Protection from Abuse Order. She said
the police last night said they would
file one. wkr told her to call +
double check b/c she thinks Debbie
has to do that herself.

wkr also discussed the issue of
lice w/ Teri + Debbie + ~~to~~ they said
the house has been sprayed several times
Debbie said she even took them to the
doctor + he said they may be carriers
i.e., they could walk by a kid w/ lice +
then they'd get it.  wkr did not know
if that's possible, but she suggested washing
clothes + sheets in hot water + checking the
carpets + furniture. She said she even

FELL-00000362