8. Referring to the previous Services and Objectives sheet, identify by problem number, the actions taken by <u>caseworkers</u> and other <u>service providers</u> to assist the family.

P1. Children and Youth caseworker has provided casemanagement and supportive services.

P2. Catholic Social Services had provided a few counseling sessions. Children and Youth casemanagement and supportive services, as well as announced and unannounced visits.

P3. ███████████ Court Advocate, has provided drug and alcohol counseling. Children and Youth casemanagement services.

P4. Children and Youth and Wyoming Valley Drug and Alcohol has provided Children of Alcoholics groups.

9. A comprehensive assessment of all areas of family functioning including: Safety of the child; The review of family functioning/assessment; Changes in specific areas which demonstrate cooperation and motivation to change.

During this assessment period, Mrs. Debbie Fell continued to reside at REDACTED - FELL Inkerman with her two children, Donny and Teri. Mr. Fell has not lived in the home since October, 1990. Debbie claims she and Mr. Fell are not going to reconcile.

Mr. Fell had signed himself into a detox unit in November. During December, January, and part of February, Mr. Fell had been consistently attending his drug and alcohol counseling sessions with ███████████. However, he slacked off in his attendance until he did not show up at all. ███████████ Court Advocate, closed his case at the end of March for noncompliance. She has not heard from him since.

During this assessment period, this worker had contact with Mr. Fell on one occasion in December. Worker had made an unannounced visit to the home and found Mr. Fell outside. He said he had come to visit, but no one was home. Worker has not seen or heard from him since.

Debbie had attended a couple of counseling sessions at Catholic Social Services, however it was for marital counseling. When she explained that she was not going to reconcile with her husband, but would like family counseling to help her children to adjust, she was told a new worker would be assigned. Debbie then informed worker that she had not heard from Catholic Social Services in several weeks so she made an appointment at the Children's Service Center. Debbie has attended an Intake appointment and she has an appointment scheduled for Donny on June 14.

FELL-00000363

9. (continued)

There has been no evidence of violence in the home nor has there been any signs that Debbie is drinking excessively. In the beginning of May, Debbie reported that she was seeing someone, ████████ She claims he dos not drink alcohol.

Both Teri and Donny participated in the Children of Alcoholics (C.O.A.) groups sponsored by Children and Youth in conjunction with the Wyoming Valley Drug and Alcohol Services. They completed all the groups by the end of this assessment May 30, 1991.

Teri will be in 4th grade and Donny will be in 6th grade next year. There have been no school related problems.

There have been no reports of the children having lice in the past six months. Both children continue to be involved in extracurricular activities and appear to be well-adjusted children.

Due to the fact that Mr. Fell is no longer in the home, physical violence is no longer an issue. Mr. Fell was also the parent with the more problematic drinking behavior.

Due to these changes, plus the fact the children did attend the Children of Alcoholics groups, this worker will be working towards closure with this family over the next six months.

Children and Youth worker has provided casemanagement and supportive services within the GPS Ongoing Unit.

FELL-00000364

FAMILY SERVICE PLAN

1. Family Name: __Fell__                    3. Date of Previous Review __11/90__

2. File Number: __000056__                  4. Date of this Review: __5/91__

5. Worker's Name: __Deanna German__

6. Identify the progress or lack of progress in accomplishing each numbered objective from the Services and Objectives sheet, to alleviate each corresponding problem.

P1. Mrs. Fell has provided a safe and stable home environment.  Mr. Fell no longer resides in the home.

P2. Mr. Fell is not living in the home.  Therefore, there is no problems with physical violence.

P3. Mr. Fell had been attending on a consistent basis, but he stopped going and was terminated from services.  There has been no evidence of Mrs. Fell drinking excessively.

P4. Donny and Teri did attend and participate in the Children of Alcoholics groups.

7. Referring to the previous Services and Objectives sheet, identify by problem number, the actions taken and not taken by parents, children, and others.

P1. Mr. and Mrs. Fell are not living together.  Therefore, there has been no problems of physical violence.

P2. Mrs. Fell had asked Mr. Fell to leave back in October of 1990 due to his violent behavior.

P3. Mr. Fell is no longer living in the home, but he is believed to be drinking again.

P4. Teri and Donny have completed the Children of Alcoholics groups.

m 185

FELL-00000365

DEFENDANT'S EXHIBIT
I

Page II

Screening Worker: ______________________

Case Name: Fell

Date of Call: 11/27/[illegible]

Helpline Worker: [illegible signature]
Signature

Time of Call: 3:12 A (P) Service: Phone: Hrs.: ______ Min.: 20

**REFERRAL SOURCE CODES**

01 = Anonymous
02 = Child - Self Ref.
03 = Perpetrator
04 = Parent/Guardian
05 = Sibling
06 = Relative
07 = Friend/Neighbor
08 = Babysitter
09 = Landlord
10 = Private Dr./Nurse
11 = Dentist
12 = Private Psych/Psycho
13 = Public Health Dept.
14 = Hospital
15 = Law Enforce. Agency
16 = School
17 = Day Care Staff
18 = Clergy
19 = Residential Fac.
20 = Coroner
21 = Courts
22 = Pub. MH/MR Agency
23 = Other Priv. Soc. Svcs.
24 = Other

**REASON FOR REFERRAL CODES**

01 = Neglect/Physical
02 = Neglect/Mistreat/Emot.
03 = Neglect/Environment
04 = Neglect/Medical
05 = Abandonment
06 = Inadequate/No House.
07 = Inadequate Supervision
08 = Parent/Child Conflict
09 = Behavioral Problems
10 = Community Problems
11 = Conflict w/Law
12 = Runaway
13 = School Prob./Truancy
14 = School Prob./Behavior
15 = Drug/Alcohol Prob.
16 = Placement
17 = Day Care/Place. Prevent.
18 = Court Ordered Superv.
19 = Medical Clearance
20 = Home Study
21 = Teenage Pregnancy
22 = Adoption Services
23 = Maternity Services
24 = Hospitalized Parent
25 = Information/Referral
26 = Inappropriate Discip.
27 = Other
28 = Protective Services*

**RELATIONSHIP CODES**

AF = Adoptive Father
AM = Adoptive Mother
BRO = Brother
C = Child
COU = Cousin
F = Father
GUA = Guardian
HBM = Half-brother Mat.
HBP = Half-brother Pat.
HSM = Half-sister Mat.
HSP = Half-sister Pat.
M = Mother
MA = Maternal Aunt
MC = Maternal Cousin
MGF = Maternal Grandfather
MGM = Maternal Grandmother
MU = Maternal Uncle
O = Other (Not a Relative)
OR = Other Relative
PA = Paternal Aunt
PAR = Paramour
PC = Paternal Cousin
PE = Perpetrator
PGF = Paternal Grandfather
PGM = Paternal Grandmother
PU = Paternal Uncle
SB = Step-brother
SF = Step-father
SIS = Sister
SM = Stepmother
SS = Step-sister

**SCHOOL DISTRICT CODES**

19-110 = Berwick Area
40-140 = Crestwood Area
40-160 = Dallas Area
40-260 = Greater Nanticoke
40-300 = Hanover Area
40-330 = Hazleton Area
40-390 = Lake Lehman
40-600 = Northwest Area
40-660 = Pittston
40-885 = Wilkes-Barre
40-920 = Wyoming Area
40-930 = Wyoming Valley West
99-000 = Other (Out of State)

(Circle One)

Placement Resolved

Vol. C.O. P.C.

(Check One)

WI - Worker Informed ☐
WP - Worker Phone ☐
Contact with Supv. ☐
Supv. Out ☐
Supv. Phone Work ☐

ACTIVE WORKER: ______________________

Problem Identified by Referral Source: (Include information on prior ChildLine Numbers)

Caller from [redacted]. Mother [illegible] [illegible] visibly intoxicated, refusing take him home. Friend w/ mother confirms she has been drinking heavily. Stepfather [illegible]. Allegations that S/F and child do not get along and S/F does not want him home. Dr. Shyn states there is no reason for him to remain but mother wants him admitted again. Child [illegible] to [illegible] direction.
Info relayed to [illegible]

LUZERNE COUNTY CHILDREN & YOUTH SERVICES
CLIENT INFORMATION PROFILE

REVISED 3/27/89

CASE NAME: ___Fell___    NEW CALL [✓]   NEW INCIDENT [ ]   UPDATE CALL* [ ]   Page [ ] of

DEO DATE [

| | |
|---|---|
| SCREEN WKR [ 163 ] | REFERRAL SOURCE CODE [ 14 ] |
| CALL NUMBER [ ] | REFERRAL AGY. ~~REDACTED~~ |
| DATE OF CALL [11-27-93] | CALLERS ~~REDACTED~~ |
| TIME OF CALL [ 3:15 ] A/P | ADDRESS: |
| * INCIDENT # [ ] | TELEPHONE: ~~REDACTED~~ |
| CROSS REF [ ] | REF REA ~~REDACTED~~ [ ] [ ] [ ] |

CALL STATUS [P.I.]
ABUSE [Y] [N]
RESPONSE LEVEL [ ]
INTAKE WKR [ ]

DISPOSITION
DATE ASSG'D [
CASE WORKER [
CASE NO. [
MA NO. [

CALL STATUS: NEW CALL - 1st time family referred (ever), UPDATE CALL - Change data in a call. (reference incident #) NEW INCIDENT - subseqential call on family (open or closed); case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship typ (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother an line number of child's father.  CN is the child's permanent child case number; MS is marital status (U = Unmarried S = Separated, M = Married, W = Widowed, D = Divorced). HC = Handicap (Y,N). · SX = M,F, or U (unborn).

| L | RT | Parents M, F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | | Fell | Donald Byrs | M | | | | | |
| School District Code | Street Addr | REDACTED - FELL | | Telephone Number | | Childline # | | CN |
| 40-885 | W B | | 824-5842 | Type [ ] | | |
| L | RT | Parents M F | Last Name; | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
| 1 | M | | Fell | Debbie | | | | | | |
| School District Code | Street Address | City Co | Zip | Telephone Number | | Childline # | | CN |
| | C-1 | | | Type [ ] | | |
| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
| | | | | | | | | | | |
| School District Code | Street Address | City Co | Zip | Telephone Number | | Childline # | | CN |
| | | | | | Type [ ] | | |
| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
| | | | | | | | | | | |
| School District Code | Street Address | City Co | Zip | Telephone Number | | Childline # | | CN |
| | | | | | Type [ ] | | |
| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
| | | | | | | | | | | |
| School District Code | Street Address | City Co | Zip | Telephone Number | | Childline # | | CN |
| | | | | | Type [ ] | | |
| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
| | | | | | | | | | | |
| School District Code | Street Address | City Co | Zip | Telephone Number | | Childline # | | CN |
| | | | | | Type [ ] | | |

Screening
Worker: _____        Case
                                             Name: _____

Date of
Call: _____ 11·27·93 _____   Helpline
                                             Worker: _____
                                                              Signature

Time of Call: ___ 3:15 ___    A(P)  Service: Phone: Hrs.: _____  Min.: 15

---

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01-Anonymous | 01-Neglect/Physical | AF - Adoptive Father | 19-110 - Berwick Area |
| 02-Child - Self Ref. | 02-Neglect/Mistreat/Brot. | AM - Adoptive Mother | 40-140 - Crestwood Area |
| 03-Perpetrator | 03-Neglect/Environment | BRO - Brother | 40-160 - Dallas Area |
| 04-Parent/Guardian | 04-Neglect/Medical | C - Child | 40-260 - Greater Nanticoke |
| 05-Sibling | 05-Abandonment | COU - Cousin | 40-300 - Hanover Area |
| 06-Relative | 06-Inadequate/No House. | F - Father | 40-330 - Hazleton Area |
| 07-Friend/Neighbor | 07-Inadequate Supervision | GA - Guardian | 40-390 - Lake Lehman |
| 08-Baby-sitter | 08-Parent/Child Conflict | HBM - Half-brother Mat. | 40-600 - Northwest Area |
| 09-Landlord | 09-Behavioral Problems | HBP - Half-brother Pat. | 40-660 - Pittston |
| 10-Private Dr./Nurse | 10-Community Problems | HSM - Half-sister Mat. | 40-885 - Wilkes-Barre |
| 11-Dentist | 11-Conflict w/Law | HSP - Half-sister Pat. | 40-920 - Wyoming Area |
| 12-Private Psych/Psycho | 12-Runaway | M - Mother | 40-930 - Wyoming Valley West |
| 13-Public Health Dept. | 13-School Prob./Truancy | MA - Maternal Aunt | 99-000 - Other(Out of State) |
| 14-Hospital | 14-School Prob./Behavior | MC - Maternal Cousin | |
| 15-Law Enforce.Agency | 15-Drug/Alcohol Prob. | MGF - Maternal Grandfather | |
| 16-School | 16-Placement | MGM - Maternal Grandmother | (Circle One) |
| 17-Day Care Staff | 17-Day Care/Place.Prevnt. | MU - Maternal Uncle | |
| 18-Clergy | 18-Court Ordered Superv. | O - Other (Not a Relative) | Placement Resolved |
| 19-Residential Fac. | 19-Medical Clearance | OR - Other Relative | |
| 20-Coroner | 20-Home Study | PA - Paternal Aunt | Vol.   C.O.   P.C. |
| 21-Courts | 21-Teenage Pregnancy | PAR - Paramour | |
| 22-Pub.MH/MR Agency | 22-Adoption Services | PC - Paternal Cousin | |
| 23-Other Priv.Soc.Svcs. | 23-Maternity Services | PE - Perpetrator | |
| 24-Other | 24-Hospitalized Parent | PGF - Paternal Grandfather | (Check All That Apply) |
| | 25-Information/Referral | PGM - Paternal Grandmother | |
| | 26-Inappropriate Discip. | PU - Paternal Uncle | WI - Worker Informed ☑ |
| | 27-Other | SB - Step-brother | |
| | 28-Protective Services * | SF - Step-father | WP - Worker Phone ☑ |
| | | SIS - Sister | |
| | | SM - Stepmother | Contact with Supv. ☐ |
| ACTIVE WORKER: _____ | | SS - Step-sister | |
| | | | Supv. Out ☐ |
| | | | Supv. Phone Work ☐ |

---

Problem Identified by Referral Source: (Include information on prior Childline Numbers & prior CYS involvement)

1

FELL-00000368

Page II

INTAKE WORKER: _Rundel_    FAMILY NAME: _Feel_

DATE: _11.27.93_ AND TIME: _3:15 PM_    OF CONTACT
WITH SUBJECT OR REPORT WHERE APPLICABLE.    Last    First

1.  Source of knowledge of situation:

_✓_ Observed    _____ Told by another party    Date: _11.27.93_

Who: _R.D. paw_

2.  Actions taken or about to be taken:

_____ Photographs    _____ Hospitalization    Discharge Date: _____

_____ Medical Exam    Who _____

_____ Police Notified    Who _____

_____ Emergency Custody Taken    Other (specify) _____

3.A)  Present location of child: _____

B)  School or Day Care (name & address) _____

Grade _____    _____ Regular Class    _____ Special Class

C)  Present location of parents/caretaker/perpetrator:

_____

4.  SPECIFIC ALLEGATIONS:

A)  Date of Incident: _11.27.93_

B)  Describe Incident: _mom didn't want to take child home_

FELL-00000369

Page III

C)  Where did alleged abuse/neglect occur? _____

_____

D)  Child's current condition? _____

E)  Freqency or severity of alleged abuse/neglect: _____

_____

For elaboration of incident, please go to page 4, #8.

5.  **ADDITIONAL RISK FACTORS:  CHILD**
Describe any physical, mental or behavioral factors that may place the child at risk:

_____

_____

_____

_____

6.  **ADDITIONAL RISK FACTORS:  FAMILY**
A. Describe any caretaker/perpetrator characteristics that place the child at risk:

_____

_____

_____

_____

B. Is there any substance abuse in the household? ____ No ____ Unknown
____ Yes.    If yes, please explain:

_____

_____

C. Does caretaker/perpetrator have a history of violence or severe emotional problems?

____ No    ____ Unknown    ____ Yes    If yes, please explain:

_____

FELL-00000370

Page IV

D. What is the environmental condition of the home?  _____

_____

_____

7. A) Will child be at risk due to CYS involvement? ____ No ____ Unknown

   ____ Yes. If yes, please explain:

_____

_____

   B) Present involvement/cooperation with community services: _____

_____

_____

-----------------------------------------------------------------

8.          Problem Identified by Referral Source (continued)

mom came to pick up child from
psych unit. She's intoxicated. She
doesn't want child.
Joan Del Rocco - pa - She was admitt
last Thurs, for observations - hit
in head w/ brick. not Psych unit.
mom asked Psych unit to take
him. Can smell alcohol on her.
Her friend said she was drinking
previously. now, mom said
she'd take him. They're argu-
ing. Suggested they go Rome.

FELL-00000371

ASSIGNED OR
CRISIS WORKER *Reardel* FAMILY NAME: *Fell*

_____
                                      Last,        First

DATE *1/27/98* TIME: *3:15 PM* OF CONTACT WITH SUBJECT OR REPORT WHERE
APPLICABLE.

9.          A.) CHILD SEEN IMMEDIATELY:  Yes _____  No _____

        RATIONALE FOR DECISION TO SEE CHILD IMMEDIATELY OR NOT:

*Child not in danger*

_____

        B.) WORKER OUT:  Circumstances: _____

_____

_____

10.          PROBLEMS IDENTIFIED BY CHILD(REN);  FAMILY MEMBERS;  PERPETRATOR
— Identify persons interviewed by name.   (If section not applicable, indicate
N/A):

        A.  Present location of child: _____

_____

        B.  Type, extent and time frame of alleged abuse/neglect:

_____

        C.  Present location of alleged perpetrator and
perpetrator's access to child: _____

_____

        D.  Alleged injuries to child.  If so, what type? _____

_____

        E.  Need for medical attention and if medical evaluation
has already occurred, what was result? _____

_____

        F.  Is there any appropriate adult ally for the child?

_____

        Document any other pertinent data related by above source(s):

FELL-00000372

ASSIGNED WORKER: GL Pizano  FAMILY NAME: Fell

Last,          First

DATE: _____ & TIME: _____
WHERE APPLICABLE.                              OF CONTACT WITH SUBJECT OR REPORT

12.              ASSIGNED WORKER'S ASSESSMENT

This section is to be a synopsis of the worker's in-person, collateral and other contacts with family, significant others and agencies. It should reflect the tying together of information on the contact sheets.
***********************************************************************************

This wkr. visited the Fell home on 11/30/93. Mrs. Fell was at home w/ paramour, Al Wilcox, + daughter, Jerri. When this wkr. addressed the initial referral, Mrs. Fell explained that Jerry was at a friend's house w/ Al Wilcox + the friend had no phone. Mrs. Fell therefore called the police to ask them to go to the home + advise Mr. Wilcox that Jerry needs to be home in A.M. for school. Mr. Wilcox explained that he + his "buddy" were going out + Jerry was staying w/ "buddy's" daughter to play - children supervised by an adult.

This worker also addressed the second allegation regarding Donald. Mrs. Fell explained that Donald is violent + aggressive - involvement w/ CSC - diagnosis - prone to schizophren ADHD. Child was medically hospitalized as he was hit in head w/ a brick). Mrs. Fell explained that she had a sitter for Jerry + went out w/ friends. Mrs. Fell said she was initially told by the hospital that her son would be held at least overnight. The hospital then contacted Mrs. Fell as Donald was becoming violent + they wanted to discharge him. Mrs. Fell said she refused to take him as he was misbehaving violently + also due to his injury. Mrs. Fell said she requested that Donald

FELL-00000373

also informed who that was scheduled on Dec. 8. for Donald as she feels he needs something like St. Michael's. Mrs Fell further explained that Donald refuses to take meds., won't go to sessions at CSC, has tried to stab his mother, + is very violent, comes and goes as he pleases.

Home was well-furnished + clean. Jerry was appropriately dressed + responsive to wkr. Mrs. Fell + Mr. Willcox were very open + cooperative w/ wkr.

FELL-00000374

13.        STATUS OF EVALUATION OF CHILD ABUSE ALLEGATION (This section is to be completed by CPS Intake only):

        Include status determination, basis for status, date CY-48 sent to Childline, and MDT staffing date recommendations, if applicable.
*********************************************************************

N/A

14.        RESULTS OF INTAKE INVESTIGATION/ASSESSMENT:

        Worker should document results of Intake Assessment and state rationale for transfer closure of case at CYS. If further CYS involvement is/is not warranted, specifically state rationale; i.e., issues of abuse or neglect. Include family's present involvement with other community agencies and/or any referrals, written or verbal, given to the family. Include staffing date, if case is to be opened for ongoing services at CYS.

        This case remained at P.I. level + will be closed at intake as there is no evidence of abuse or neglect at this time. The initial referral did not indicate neglect and was explained appropriately by Mrs. Fell. Mrs. Fell only seeked assistance of police as friends did not have a phone. Juneville Court will be involved after Dec 8. Regarding Donald. MH services have also been provided in past and are also aware of current situation. Service planning + placement prevention services were provided.

15.  DATE INTAKE COMPLETED/CLOSED: 12/1/93    By: _____
                                                    Caseworker

                                        Reviewed By: _____
Date Transcribed:                                    Supervisor

FELL-00000375

SCREENER OR
CRISIS WORKER: _____    FAMILY NAME _____

                                                Last,        First

DATE: _____ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

11.            SCREENER/CRISIS WORKER'S ASSESSMENT

              This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies. It should reflect the tying together of information on the contact
sheets.
*****************************************************************************

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FELL-00000376