**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

_____

|                                  |   |                |
|----------------------------------|---|----------------|
| DONALD FELL,                     | ) |                |
|                                  | ) |                |
|     Movant,  | ) |                |
|                                  | ) |                |
|     v.       | ) | 2:01-CR-12-01  |
|                                  | ) |                |
| UNITED STATES OF AMERICA,        | ) |                |
|                                  | ) |                |
|     Respondent. | ) |             |

_____ )

## MOTION OF DONALD FELL FOR COLLATERAL RELIEF, TO VACATE, SET ASIDE, OR CORRECT SENTENCE, AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

# VOLUME II OF VII

# EXHIBITS 2-38

# TABLE OF CONTENTS

## INDEX TO EXHIBITS

## NON-SEALED EXHIBITS

Exhibit

Donald Fell Mitigation Binder......................................................................................................1

Van Gorp Report (Apr. 6, 2001)..................................................................................................2

Mills Report (May 7, 2001) .........................................................................................................3

Lipman Report (May 14, 2001) ...................................................................................................4

Cunningham Report (June 14, 2005) ...........................................................................................5

Declaration of Mark Cunningham, Ph.D., ABPP (June 27, 2005) ..............................................6

Wetzel Report (Oct. 11, 2002) ....................................................................................................7

Rabun Report (Dec. 31, 2002) .....................................................................................................8

Wetzel Report (June 27, 2005) ....................................................................................................9

Welner Report (July 5, 2005).....................................................................................................10

CYS Contact Sheet (Apr. 22, 1985) ..........................................................................................11

CYS Contact Sheet (May 8 1985) .............................................................................................12

CYS Contact Sheet (Sept.—Oct.1985)......................................................................................13

CYS Contact Sheet (Aug. 8, 1991)............................................................................................14

CYS Contact Sheet (Aug. 8, 1991)............................................................................................15

CYS Contact Sheet (Aug. 8, 1991)............................................................................................16

CYS Contact Sheet (Oct. 1991)..................................................................................................17

First Hospital Wyoming Valley Discharge Report (Oct. 31, 1991) ...........................................18

Wilkes-Barre General Hospital Progress Record (Apr. 1992)...................................................19

Wilkes-Barre General Hospital Adolescent Psych. Unit Interdisciplinary Progress Record (Apr. 1992)..................................................................................................................20

Wilkes-Barre General Hospital Discharge Face Sheet (June 6, 1993) .........................................21

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Apr. 1992)..........22

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Jan. 1993) ..........23

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (June 1993) .........24

CRR Group Home Selection and Review (Sept. 22, 1993)...........................................................25

Psychological Consultation of Donald Fell (Apr. 12, 1994) .........................................................26

Service Plan (Medical) (1994).....................................................................................................27

Service Plan (Medical – Dental) (1995) ......................................................................................28

CYS Contact Sheet (May 26, 1995) ............................................................................................29

Intentionally Left Blank...............................................................................................................30

Rutland City Police Department Incident Table (Jan. 11, 1996)..................................................31

Rutland City Police Department Incident Table (Sept. 4, 1996) ..................................................32

Rutland City Police Department Incident Table (Nov. 6, 1996) ..................................................33

Rutland City Police Department Incident Table (Nov. 6, 1996) ..................................................34

Rutland City Police Department Incident Table (Mar. 4, 1997)...................................................35

Rutland City Police Department Incident Table (July 3, 1997).....................................................36

Rutland City Police Department Incident Table (Sept. 16, 1997) ................................................37

Rutland City Police Department Incident Table (Jan. 14, 1998)...................................................38

Rutland City Police Department Incident Table (June 5, 1998)....................................................39

Rutland City Police Department Incident Table (July 28, 1998)...................................................40

Rutland City Police Department Incident Table (Apr. 30, 1999) ..................................................41

Rutland City Police Department Incident Table (May 26, 1999)..................................................42

Rutland City Police Department Incident Table (Oct. 30, 1999) ...................................................43

Rutland City Police Department Incident Table (Feb. 20, 2000) ..................................................44

Luzerne County Detention Center Admission Page (Sept. 10, 1996) ...........................................45

Sullivan County Sheriff's Department Criminal Complaint (Aug. 12, 2000) ...............................46

New York State Incident Report and Arrest Report (Aug. 12, 2000)............................................47

Sullivan County Sheriff's Department Statement of Donny McNeeley (Aug. 12, 2000) .............48

Sullivan County Sheriff's Department Statement Joshua Jones (Aug. 12, 2000) .........................49

New York State Incident Report (Aug. 12, 2000) ........................................................................50

Sullivan County Sheriff's Department Statement (Teri Fell) (Aug. 12, 2000) .............................51

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................52

Sullivan County Sheriff's Department Supporting Deposition (Aug. 12, 2000)...........................53

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................54

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................55

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................56

FBI FD-302 (Nov. 30, 2001 – Dec. 1, 2001)...............................................................................57

Intentionally Left Blank...............................................................................................................58

Intentionally Left Blank...............................................................................................................59

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 1, 2000) .....................60

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) .....................61

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) .....................62

New York State Police Investigation Report (Dec. 1, 2000).......................................................63

New York State Police Supporting Deposition (Dec. 2, 2000) ...................................................64

Autopsy Report of Teresca King (Dec. 2, 2000) ........................................................................65

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) ......................66

United States Marshals Service Prisoner Intake ...........................................................................67

New York State Police Supporting Deposition of Francis Bellantoni (Dec. 1, 2000)..................68

Warrant Information Network Subject Report (Dec. 15, 2000) ....................................................69

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Dec. 22, 2000) ....................................................................................................................70

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................71

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................72

NWSCF Facility Incident Report (Dec. 27, 2000) ......................................................................73

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Dec. 28, 2000) ....................................................................................................................74

Prison Medical Records of Donald Fell......................................................................................75

2001 FBI Report .........................................................................................................................76

Vermont Department of Corrections Disciplinary Hearing Report (Dec. 27, 2000)....................77

FBI Report (Jan. 4, 2001) ...........................................................................................................78

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Jan. 8, 2001)........................................................................................................................79

Letter from Alex Bunin to A.U.S.A. Gregory Waples (Jan. 9, 2001) ..........................................80

FBI FD-192 (Jan. 22, 2001).........................................................................................................81

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch
    (Jan. 24, 2001)......................................................................................................................82

Redacted E-mail (Mar. 15, 2001) ...............................................................................................83

Letter from A.U.S.A Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Mar. 26, 2001) ....................................................................................................................84

New York State Certificate of Disposition (Mar. 28, 2001).........................................................85

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch (Apr. 5, 2001)................................................................................................................86

Memorandum from Cynthia Ayres to Dr. Mark Mills (Apr. 23, 2001)........................................87

Letter from Peggy Peterson, Luzerne County CYS......................................................................88

Letter A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht (Apr. 5, 2001)................................................................................................................90

Handwritten D Management Team Meeting Notes (Apr. 21, 2001) ............................................91

Vermont Department of Corrections Facility Report Form (June 13, 2001)................................92

Correctional Medical Services Interdisciplinary Progress Notes (July 2001)..............................93

Pennsylvania State Police Central Repository Criminal History of Christopher Eike .................94

Handwritten D Management Team Meeting Notes (July 16, 2001).............................................95

D Wing Activity Sheet.................................................................................................................96

Redacted E-mail (Sept. 20, 2001) ..............................................................................................97

Redacted E-mail (Sept. 20, 2001)..............................................................................................98

Redacted E-mail (Sept. 20, 2001)..............................................................................................99

Redacted E-mail (Sept. 20, 2001)............................................................................................100

Redacted E-mail (Sept. 20, 2001)............................................................................................101

Vermont Department of Corrections Facility Report Form (Sept. 20, 2001).............................102

Redacted E-mail (Sept. 20, 2001)............................................................................................103

Handwritten note of Bobby Lee................................................................................................104

Handwritten note of Bobby Lee................................................................................................105

Individual Voir Dire (May 4, 2005)..........................................................................................106

Redacted E-mail (Sept. 25, 2001).............................................................................................107

Commonwealth of Pennsylvania Police Criminal Complaint against Christopher Eike (Nov. 7, 2001) ...................................................................................................108

Prison Health Records of Robert Lee .........................................................................109

Intentionally Left Blank ..............................................................................................110

Intentionally Left Blank ..............................................................................................111

Vermont Department of Corrections Incident Report (Mar. 17, 2004) ......................112

Intentionally Left Blank ..............................................................................................113

FOIA 302 (Apr. 6, 2005) ............................................................................................114

Letter to Judge Sessions from A. Bunin (Apr. 27, 2005) ...........................................115

Sealed Document Order, Case No.:2:01-CR-12 (Apr. 28, 2005) ...............................116

Jury Instructions .........................................................................................................117

Intentionally Left Blank ..............................................................................................118

FOIA 302 (May 9, 2005) ............................................................................................119

Intentionally Left Blank ..............................................................................................120

Intentionally Left Blank ..............................................................................................121

Letter from William B. Darrow and Stephen Kelly to Alexander Bunin, Gene Primomo, and Paul Volk.............................................................................................................122

Blank Juror Questionnaire ..........................................................................................123

Juror No. 26 Questionnaire (May 13, 2005) ...............................................................124

Juror No. 162 Questionnaire (May 23, 2005) .............................................................125

Intentionally Left Blank ..............................................................................................126

Intentionally Left Blank ..............................................................................................127

FBI Report (June 14, 2005) ........................................................................................128

FBI 302 Report of Interview with Christopher Eike (June 15, 2005) .........................129

United States' Trial Memorandum, United States v. Donald Fell ...............................................130

Letter to Judge Sessions from David V. Kirby (June 29, 2005) ..................................................131

FBI 302 Report of Interview with [Redacted] (July 5, 2005) .....................................................132

FedEx Air Bill from Town of Bethel Justice Court to Andrew Bartnick (July 6th, 2006)..........133

Letter to Judge Sessions from Alex Bunin (July 8, 2005) ..........................................................134

Stipulation (July 8, 2005)............................................................................................................135

Intentionally Left Blank..............................................................................................................136

Memorandum to Alex Bunin from Paul Volk (July 20, 2005)....................................................137

Donald Fell's Motions for Judgment of Acquittal and New Trial, United States v. Donald Fell
    (Aug. 26, 2005) .....................................................................................................................138

Affidavit of Richard Wetzel, Ph. D (Sept., 12, 2005).................................................................139

Appeal from the United States District Court for the District of Vermont, Brief of the United
    States, United States v. Donald Fell (May 25th, 2007) .........................................................140

Letter to Victims Resource Center from Wanda Rivera (Apr. 21, 2005) ....................................141

Letter from Victims Resource Center to Andrew Bartnick (May 4, 2005) .................................142

School Heath Record of Donald Fell ..........................................................................................143

Intentionally Left Blank...............................................................................................................144

Wilkes-Barre General Hospital Progress Record of Donald Fell (June 1993) ...........................145

Raymond Kotzer and Theresa Kotzer Divorce Records (Oct. 22, 1967) ...................................146

Arrest Warrant Affidavit for Donald Fell, Sr. (Mar. 4, 1990) ....................................................147

CYS Contact Sheet (Apr. – May 1990) ......................................................................................148

Jenkins Township Incident Report (Apr. 21, 1990)....................................................................149

CYS Contact Sheet (June 1990) .................................................................................................150

Service Planning/Family Functioning Report (June 1990).........................................................151

CYS Contact Sheet (Nov. 28, 1990) ........................................................................................152

CYS Contact Sheet (Jan. 14, 1991) ........................................................................................153

CYS Contact Sheet (Feb. 14, 1991) ........................................................................................154

Intentionally Left Blank ........................................................................................................155

Intentionally Left Blank ........................................................................................................156

CYS Contact Sheet (Mar. 19, 1991) ........................................................................................157

Suspected Child Abuse Referral Note (Apr. 18, 1993) ...............................................................158

CYS Contact Sheet (May 1, 1991) ........................................................................................159

CYS Contact Sheet (May 2, 1991) ........................................................................................160

CYS Contact Sheet (June 4, 1991) ........................................................................................161

CYS Contact Sheet (June 24, 1991) ........................................................................................162

CYS Contact Sheet (July 8, 1991) ........................................................................................163

CYS Contact Sheet (Dec. 20, 1991) ........................................................................................164

CYS Contact Sheet (Dec. 23, 1991) ........................................................................................165

CYS Contact Sheet (Jan. 13, 1992) ........................................................................................166

CYS Contact Sheet (Mar. 3, 1992) ........................................................................................167

CYS Contact Sheet (Apr. 20, 1992) ........................................................................................168

Intentionally Left Blank ........................................................................................................169

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (1993) ......................170

CYS Client Information Profile (Apr. 18, 1993) ........................................................................171

CYS Contact Sheet (Apr. 20, 1993) ........................................................................................172

Police Report (Jan. 26, 2001) ........................................................................................173

Intentionally Left Blank ........................................................................................................174

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (June 8, 1993)..........175

Office of the Sheriff, Luzerne County (Aug. 31, 1993)................................................................176

CYS Client Information Profile (Jan. 19, 1994) ........................................................................177

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................178

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................179

CYS Contact Sheet (Feb. 4, 1993)..............................................................................................180

CYS Contact Sheet (Mar. 10, 1994) ..........................................................................................181

CYS Contact Sheet (Mar. 24, 1994) ..........................................................................................182

CYS Contact Sheet (Apr. 7, 1994)..............................................................................................183

CYS Contact Sheet (Apr. 12, 1994)............................................................................................184

CYS Contact Sheet (Apr. 12, 1994)............................................................................................185

St. Michael's School Psychiatric Note (May 1994).....................................................................186

St. Michael's School Psycho Social Summary (Apr. 1994) ........................................................187

FBI Identification Record for Debra Fell (June 9, 1994).............................................................188

Wilkes-Barre Police Department Jailer's Report (Oc. 18, 1994) ...............................................189

Arrest Report for John Rhodes (Oct. 18, 1994) .........................................................................190

Citation for John Rhodes (Oct. 18, 1994) ..................................................................................191

Wilkes-Barre Police Special Report for John Rhodes (Oct. 18, 1994).......................................192

Risk /Severity Assessment Form (Oct. 26, 1994).......................................................................193

Arrest Report for John Rhodes (Jan. 12, 1995) ..........................................................................194

Arrest Warrant for John Rhodes (Feb. 9, 1994)..........................................................................195

Arrest Warrant for John Rhodes (Jan. 12, 1995) ........................................................................196

CYS Contact Sheet (Jul. 1995) ..................................................................................................197

Substance Abuse Evaluation for Donald Fell (Sept. 16, 1996) ....................................................198

Affidavits Submitted in Motion in Limine in United States v. Haynes (May 24, 2000).............199

Letter to Judge Niedermeier (Dec. 5, 2000) ...............................................................................200

Letter to Charles Tetzlaff (Dec. 5, 2000)....................................................................................201

Letter to Judge Murtha (Dec. 11, 2000)......................................................................................202

Rutland Herald Article (May 13, 2002)......................................................................................203

Burlington Free Press Article (May 15, 2002).............................................................................204

Donald Fell's Objections to Punishment-Related Questions (Jun. 10, 2002).............................205

Declaration of Thomas V. Ryan ..................................................................................................206

Letter to David Kirby (Feb. 23, 2005) .......................................................................................207

Letter to Judge Sessions (Jun. 29, 2005).....................................................................................208

Special Verdict Form (Jul. 14, 2005)..........................................................................................209

Criminal History Record of Deborah Fell (Apr. 10, 1996) ........................................................210

Rutland City Police Department Incident Report (1996) ............................................................211

Rutland City Police Department Report (1994-2000) .................................................................212

New York State Police Investigation Report (Dec. 1, 2000).......................................................213

Criminal Docket for Christopher Eike (Oct. 8, 2002) ................................................................214

Government Opposition to Motion (Jul. 10, 2002)......................................................................215

FBI Record (Apr. 25, 2005).........................................................................................................216

Donald Fell Event Table (Apr. 30, 2005) ...................................................................................217

FBI Record (May 11, 2005)..........................................................................................................218

FBI Record (May 16, 2005)..........................................................................................................219

FBI Record (Jun. 9, 2005)............................................................................................................220

FBI Record (Jun. 6, 2005)..........................................................................................................221

Adolescent Psychiatric Reports for Donald Fell (1993) ............................................................222

Bail Certificate (Mar. 4, 1997)..................................................................................................223

CYS Contact Sheet (May 20, 1992) ..........................................................................................224

FBI Record (Jun. 27, 2005)........................................................................................................225

FBI Record (Jun. 9, 2005)..........................................................................................................226

Statement by Teri Fell to Sullivan County Sheriff (Aug. 12, 2000)...........................................227

Deposition of Lance Rowland (Aug. 12, 2000) ..........................................................................228

Certificate of Disposition (Aug. 16, 2000) ................................................................................229

Individual Voir Dire (Jun. 1, 2005) ..........................................................................................230

Police Report (Nov. 1, 2002) ....................................................................................................231

Wilkes-Barre Times Leader Article (Oct. 5, 2004) ...................................................................232

Law and Human Behavior Article (1991) .................................................................................233

Specialty Guidelines for Forensic Psychology ..........................................................................234

United States v. Fell Court Order (Apr. 7, 2005)........................................................................235

Transcript Excerpt (May 13, 2005)............................................................................................236

Intentionally Left Blank.............................................................................................................237

Fell Motion to Dismiss Notice of Intent to Seek Death Penalty ................................................238

Declaration of Juror 23 ..............................................................................................................239

Conviction Record of Juror 26 (Apr. 2, 1996)...........................................................................240

Declaration of Juror 143 ............................................................................................................241

Declaration of Sally Fell Francis ...............................................................................................242

Declaration of Ronald Cupano....................................................................................................243

Declaration of Rose O'Hop ..........................................................................................................244

Declaration of Claudia Bublo .......................................................................................................245

Trial Transcript Excerpt (May 13, 2005).....................................................................................246

Declaration of Robert Fell ............................................................................................................247

Declaration of Dorothy Grivner.....................................................................................................248

Declaration of John Timek.............................................................................................................249

Declaration of Florence Wallace ..................................................................................................250

Declaration of John Gacek............................................................................................................251

Declaration of Adele Gacek .........................................................................................................252

Declaration of Ernie Schuldaski ..................................................................................................253

Declaration of Jon Migatulski.......................................................................................................254

Declaration of Steve Ratte ...........................................................................................................255

Declaration of Marc Pelkey ..........................................................................................................256

Voir Dire Transcript......................................................................................................................257

Declaration of Richard T. Callery, M.D., F.C.A.P. .....................................................................258

Intentionally Left Blank.................................................................................................................259

Declaration of Mark J. Mills, J.D., M.D. .....................................................................................260

Intentionally Left Blank.................................................................................................................261

Declaration of Andrew Bartnick....................................................................................................262

Declaration of Gene Primomo .......................................................................................................263

Declaration of Alexander Bunin ...................................................................................................264

Declaration of Cynthia Ayres  ......................................................................................................265

Declaration of Sandra Shum ..........................................................................................................266

Declaration of Deborah Wisell ...................................................................................................267

Declaration of Anthony Mistretta ..............................................................................................268

Declaration of Dora Carter.........................................................................................................269

Declaration of Jeff Van Buren ...................................................................................................270

Declaration of Pat Johnson ........................................................................................................271

Declaration of Mary Bell ...........................................................................................................272

Transcript of Juvenile Proceedings (Apr. 8, 1994) ....................................................................296

Childline Record (Apr. 22, 1991) ..............................................................................................297

Officers Report............................................................................................................................298

Prison Record (Jun. 11, 2001)....................................................................................................299

Declaration of Michael Sikirica .................................................................................................300

Declaration of Francis Bellantoni ..............................................................................................301

Declaration of Lucinda Fruean ..................................................................................................302

Declaration of Michael Leight ...................................................................................................303

Declaration of Paul Stoss............................................................................................................304

Declaration of Paul Volk ............................................................................................................305

Declaration of Charles Wetli ......................................................................................................306

Birth Certificate of Theresa Kozersky (Aug. 9, 1935)...............................................................307

Death Certificate of Frances Kozerski (Apr. 20, 2001) .............................................................308

Declaration of John Edens ..........................................................................................................309

Government Motion in Limine to Exclude Report (Jul. 6, 2005)................................................310

Individual Voir Dire Excerpt (Jun. 6, 2005)...............................................................................311

Photographs of Fell Home ..........................................................................................................312

Declaration of Jamie Dominick ...............................................................................313

## SEALED EXHIBITS

15

# EXHIBIT 2



**CORNELL**
U N I V E R S I T Y

**NEW YORK PRESBYTERIAN**
H O S P I T A L

**Joan and Sanford I. Weill
Medical College**

Neuropsychological Assessment Program

525 East 68th Street, Box 147
New York, NY 10021
Telephone: 212 821-0596
Fax: 212 821-0617

## NEUROPSYCHOLOGICAL EVALUATION

NAME: Donald Fell
DOB: 4/30/1980
AGE: 20
EDUCATION: 9.5
DOMINANT HAND: Right
DATE OF TESTING: 4/6/01

### REASON FOR REFERRAL:
Donald Fell is a 20-year old, right-handed, male who was referred for an independent neuropsychological evaluation to determine his current level of neuropsychological functioning.

### CONFIDENTIALITY ISSUES:
Donald Fell was evaluated on 4/6/01 by Dr. Wilfred G. van Gorp and was assisted by a postdoctoral fellow, Dr. Kimberly Walton who administered the various neuropsychological tests. Mr. Fell was informed of the purpose of this evaluation, specifically to provide an assessment of his cognitive and personality functioning, and that the information gathered in the evaluation would be included in a verbal/written report to Messrs. Bunin and Primomo, and was, therefore, not confidential. Mr. Fell indicated that he was aware that we would be preparing a report for Messrs. Bunin and Primomo and he consented to the evaluation. Information pertaining to the presenting case were gathered from an interview with Mr. Fell and a review of the records listed in Appendix 1.

### PSYCHOSOCIAL HISTORY:
Mr. Fell was born in Wilkes-Barre, Pennsylvania on April 30th, 1980. No complications with the birth or pregnancy were reported. Mr. Fell grew up in a house with several family members including his mother, father, sister, brother, aunts, uncles, grandmother, and cousins. These family members lived in the house at sporadic times during Mr. Fell's childhood. Mr. Fell completed the 9th grade and dropped out of school soon after he entered the 10th grade.

FELL-00000377

Neuropsychological Report
Fell, Donald
Page 2 of 15

Mr. Fell began drinking alcohol at the early age of 8 years old. He stated that he had frequent access to a keg of beer that his father kept in the basement of his home. By age 12, Mr. Fell was drinking alcohol every day (12-pack) and subsequently did not attend school on a regular basis. By age 16, Mr. Fell was drinking an excessive amount of alcohol on a daily basis. Mr. Fell received several suspensions from school for disruptive behaviors. He went to live with his friend at age 17 and continued to drink alcohol and began using several recreational drugs. Mr. Fell's most frequent use of drugs included alcohol, marijuana, and amphetamines. Mr. Fell reported having sleep disturbances since age 19. He does not report nightmares or a sense of fear relating to his sleep disturbances. Mr. Fell stated that he consistently wakes up several times every night. Mr. Fell's arrest records date back to age 12 and continue through adolescence into adulthood.

PSYCHIATRIC HISTORY:
Mr. Fell has had numerous psychological and psychiatric evaluations including five psychiatric hospitalizations before the age of fourteen. In 1991, he was referred by Children's Service Center for psychological testing due to his ongoing behavior problems. Testing indicated that he was a young man of average intellectual functioning (FSIQ = 99); mild depression and anxiety; less than adequate stress tolerance; Conduct Disorder undifferentiated type. In 1992, Mr. Fell accidentally shot a boy in the chest with a hand gun. The boy survived and no charges where brought against Mr. Fell. He was voluntarily committed by his mother in 1993. Of note, Mr. Fell revealed that he was sexually abused by babysitters and physically abused by his father, who was diagnosed with schizophrenia. An application for an involuntary emergency examination in 6/2000 was submitted.

While the early diagnoses centered on Conduct Disorder, the later diagnoses emphasized his major affective and possibly a psychotic condition. His treatment included not only antidepressant medication but also antipsychotic medication. In 1992 his psychiatrist, James W. Feussner, M.D., J.D., viewed him as having a highly disorganized (and having a hyperkinetic conduct diorder, too), perhaps psychotic core in addition to a shell of antisocial audacity. As Mr. Fell's behavior problems and his parents' inadequacy persisted, he was placed at St. Michael's, a locked juvenile facility. He resided there for approximately two years. Following discharge from St. Michael's , he returned to school briefly, completing the ninth grade and dropping out in the tenth. Between the time of leaving school and his arrest for the present crimes, Mr. Fell largely drifted from one job to another.

FELL-00000378

Neuropsychological Report
Fell, Donald
Page 3 of 15

## MEDICAL HISTORY:

Mr. Fell reported being hit on the head with a brick when he was 12 years old. He could not remember if he had a loss of consciousness associated with this injury. Mr. Fell stated that he could not speak or open his eyes after the brick struck his head (rt. parietal hematoma; a localized area of blood from vessel bleeding). After being taken to the hospital by an ambulance, Mr. Fell remained hospitalized for one week. He did not report any problem with neuropsychological functioning following this incidence. No other medical hospitalizations related to head injuries where reported. Mr. Fell is not currently taking any medications.

## BEHAVIORAL OBSERVATIONS:

Mr. Fell was evaluated on April 6, 2001 in Vermont at St. Albans Prison. Mr. Fell wore prison issued pants and a T-shirt that had the sleeves cut off. He has three prominent tattoos on his body. A symbol of "anarchy" was tattooed on his right arm, the symbol of Satan was on his left arm, and the partial tattoos of the letters D-E-A-T-H were visible and written across the knuckles of his left hand (see APPENDIX III). Mr. Fell stated that he tattooed the letters himself using a sewing needle. Mr. Fell was cooperative during the evaluation. He worked diligently at all tasks presented and took breaks when needed. Mr. Fell was oriented to person, place and date. He denied current suicidal or homicidal ideations. He reported his mood to be "ok" but stated that he was "bored" in the confines of his cell. Mr. Fell stated that he passes the time away by reading several books and magazines.

## TEST ADMINISTERED:

Beck Depression Inventory II
Boston Naming Test (BNT)
Clinical Interview
Controlled Oral Word Association (COWA)
Grooved Pegboard
Judgement Of Line Orientation
Minnesota Multiphasic Personality Inventory-2 (MMPI-2)
Rey-Osterrieth Complex Figure (Rey-O)
Rorschach
Ruff Figural Fluency Test
Structured Clinical Interview for DSM-IV (Psychotic Screen)
Stroop (Golden) Color Word Test
Structured Interview of Reported Symptoms (SIRS)
California Verbal Learning Test Second Edition (CVLT-II)
Color Trails Test 1 and 2
Validity Indicator Profile (VIP)
Wechsler Memory Scales-III (WMS-III)
Wechsler Adult Intelligence Scale - III (WAIS-III)
Wide Range Achievement Test - 3 (WRAT-3)
Wisconsin Card Sort Test (WCST)

FELL-00000379

Neuropsychological Report
Fell, Donald
Page 4 of 15

## MOTIVATION/EFFORT:

Mr. Fell was administered various tests of motivation to perform his best on the cognitive and emotional measures. On the Validity Indicator Profile, Mr. Fell obtained a performance in the valid and compliant range on the verbal portion of the test and he similarly performed in the valid range on the non-verbal portion of the test, indicating appropriate motivation to perform his best. Additionally, the Structured Interview of Reported Symptoms (SIRS) was administered to detect whether or not Mr. Fell tends to embellish or feign during questioning of psychiatric-type symptoms. On this test, there are eight scales, and Mr. Fell obtained scores in the Honest range on all eight of the scales, indicating that he responded in an honest and forthright manner to various psychiatric-type questioning and he did not tend to embellish or amplify any of his symptoms complaints.

Finally, Mr. Fell was administered the MMPI-2, which contains a number of indices of both symptom amplification or minimization, as well as response consistency. On essentially all of the validity scales, Mr. Fell performed within normal limits indicating that he did not tend to either amplify or minimize his psychological symptoms and the results also indicate that he performed in a consistent manner throughout the 567 items of the test. Taken together, these results indicate that Mr. Fell responded to the evaluation in an entirely forthright and honest manner and he exerted full effort to perform his best on the various cognitive tests as well. Thus, the results that follow may be taken as a valid representation of Mr. Fell's neuropsychological and emotional functioning.

## DISCUSSION OF TEST RESULTS:

**EMOTIONAL FUNCTIONING:** On the Beck Depression Inventory, Mr. Fell achieved a score of 20 placing him the Moderate range of clinical depression. He was administered the MMPI-2, which revealed some evidence of an atypical and confused thought process in a man who tends to be somewhat egocentric and manipulative. His atypical thinking is likely to take the form of a decided suspiciousness of others and may extend to frank paranoia. Notably, on a subscale of this personality task which reflects Mr. Fell's tendency to either take charge or be directed by others, he obtained an exceedingly low score on the Dominance Scale, indicating a personality style of being quite submissive and responsive to the direction of others.

The Rorschach Inkblot Test was administered to provide an indicator of overall level of Mr. Fell's form of thought. Qualitatively, many of his responses were atypical and reflect the idiosyncratic thought process reflected in the MMPI-2 as noted above. On a number of the blots he saw blood, as well as damaged insects and other damaged things. There was a decidedly depressive quality to his responses and it is believed that these responses indicate that he has the potential for a frank breakdown in his thought process leading to a psychotic

FELL-00000380

Neuropsychological Report
Fell, Donald
Page 5 of 15

depression should he become sufficiently depressed. When the Rorschach was subjected to a more formal quantitative scoring, Mr. Fell's responses were significant for a positive score on the Coping Deficits Index, indicating that he is a young man who has great difficulty coping with the complex demands of his world. The Schizophrenia Index failed to be positive by one point, and we believe this is further evidence of the somewhat atypical thought process he has which makes him vulnerable to a frank breakdown in his thought process and in which he can display a frank psychosis if under sufficient stress. Of note, if the Schizophrenia Index is not positive, it does not necessarily rule out a psychotic process, but simply indicates that there is no firm data on which to hypothesize that a thought disturbance is present.

## INTELLECTUAL:

Mr. Fell was administered the Wechsler Adult Intelligence Scale-III (WAIS-III). He obtained a Verbal IQ of 97, a Performance IQ of 106, and a Full-Scale IQ of 101, placing him squarely in the Average range of overall intellectual ability. There was no appreciable difference between his verbal and non-verbal IQ scores. When we look at the various index scores of the tests (there are a number of subtests on this intelligence test but they may be distilled into four component indices), Mr. Fell performed in the Average range on overall measures of verbal comprehension as well as perceptual organization. In contrast, he performed in the Superior range on a measure of attention and concentration (working memory) and he performed in the Very Superior range on an index of speed of information processing. These results indicate that Mr. Fell is of average intelligence and this is consistent with his estimated pre-morbid level of intellectual functioning. His index scores are as follows:

| Index | Standard Score | Percentile |
|---|---|---|
| Verbal Comprehension (VCI) | 96 | 39th |
| Perceptual Organization (POI) | 99 | 47th |
| Working Memory (WMI) | 121 | 92nd |
| Processing Speed (PSI) | 137 | 99th |

His individual age-corrected scores (based on a mean of 10 and a standard deviation of 3) for the WAIS-III were as follows:

| VERBAL | ACSS | Percentile | PERFORMANCE | ACSS | Percentile |
|---|---|---|---|---|---|
| Vocabulary | 10 | 50th | Picture Completion | 11 | 63rd |
| Similarities | 8 | 25th | Digit Symbol-Coding | 17 | 99th |
| Arithmetic | 10 | 50th | Block Design | 11 | 63rd |
| Digit Span | 15 | 95th | Matrix Reasoning | 8 | 25th |
| Information | 10 | 50th | Picture Arrangement | 8 | 25th |
| Comprehension | 5 | 5th | Symbol Search | 16 | 98th |
| Letter-Number | 16 | 98th | | | |

FELL-00000381

Neuropsychological Report
Fell, Donald
Page 6 of 15

## ACADEMIC ACHIEVEMENT:
Mr. Fell was also administered a measure of academic achievement (Wide Range Achievement Test-Third Edition (WRAT-3). On the WRAT-3, Mr. Fell demonstrated a post-high school reading level (66th percentile), a high school spelling level (34th percentile), and a 7th grade arithmetic level (18th percentile). Of note, the discrepancies between Mr. Fell's arithmetic score compared to his other abilities on the WRAT-3 raises the possibility of the presence of a Mathematics Disorder.   On this test he achieved the following scores:

| WRAT-3 | Score | Percentile | Grade Level |
| --- | --- | --- | --- |
| Reading | 106 | 66th %ile | Post HS |
| Spelling | 94 | 34th %ile | HS |
| Arithmetic | 86 | 18th %ile | 7th |

## ATTENTION AND CONCENTRATION:
Mr. Fell performed in the superior range on a test of attention and immediate auditory memory requiring repetition of verbal digit strings of increasing length (WAIS-III Digit Span: 95th percentile) and on an auditory attention task that requires the repetition and systematic re-ordering of digits and letters in spans of increasing length (Letter-Number Sequencing: 98th percentile). On a timed psychomotor test of attention (Color Trails 1), Mr. Fell performed very rapidly (99th %ile) indicating a very high level of attention as well as psychomotor speed. Thus, no abnormalities in the domain of attention and concentration were evident.

## LANGUAGE:
On discrete measures of language, Mr. Fell's results indicate that his abilities are in the average range. As noted above, Mr. Fell's overall verbal comprehension as evident on the WAIS-III are within average range (VCI = 96, 39th percentile). Mr. Fell was administered a measure of confrontation naming (Boston Naming Test). On this test he achieved a score of 55 out of 60 placing him squarely in the Average range. On a measure of word list generation (FAS), Mr. Fell achieved a score placing him in the low Average range. When asked to generate names of as many animals as he could think of within in one minute, he achieved a score in the Average range. Thus, no abnormalities were evident in the domain of language functioning.

## LEARNING AND MEMORY:
Mr. Fell performed within the average to superior range on measures of learning and memory. He was administered a word list learning task that presents verbally a list of 16 words over 5 learning trails. Although his initial recall was relatively poor (5/16, 11th percentile), his progressive learning curve and ability to recall 15 of 16 words by the fifth trial placed him in the high average range (CVLT-II, total recall: 84th percentile). His recall of the list after a 20-minute delay was 15 of 16

FELL-00000382

Neuropsychological Report
Fell, Donald
Page 7 of 15

words, which is in the superior range. However, when asked to reproduce a complex geometric figure after having copied it, Mr. Fell performed in the average range (Rey-O, 30-minute delay: 27th percentile). On a test to measure immediate memory of faces, Mr. Fell also performed in the average range (Faces I: 37th percentile). On a test to measure delayed memory of faces, Mr. Fell performed in the average range (Faces II: 25th percentile). Thus, no abnormalities are evident in the domain of learning and memory.

## VISUAL SPATIAL:

Mr. Fell's visual spatial skills and constructional skills were between the low average and average range of performance. As was noted above, his overall perceptual organizational abilities are within the average range (WAIS-III Perceptual Organization Index: 47th percentile). His ability to distinguish essential from non-essential visual details was also in the average range (WAIS-III Picture Completion: 63rd percentile). On a task of rapid visual spatial reasoning that requires the manipulation of colored blocks to reproduce two-dimensional designs, she performed in the average range (Block Design: 63rd percentile). He achieved a Low Average range score in his copy of a complex figure (Rey Osterrieth Complex Figure) and he had a number of difficulties in recognition of various details of this figure. In contrast, on a measure of judgment of line orientation (another non-motor visual spatial test), Mr. Fell performed within the Average range (40th percentile). Thus, there is no convincing evidence that Mr. Fell has significant problems in tasks of visual spatial ability.

## EXECUTIVE FUNCTIONING:

This domain assesses various tasks associated with more complex cognitive operations such as shifting of cognitive set, planning, and inhibiting responses. On a task of cognitive set shifting (Color Trails 2), Mr. Fell performed in the Superior range (96th percentile). Similarly, he performed within normal limits on a task of response inhibition (Stroop; 66th percentile). When given a task of problem solving in which he had to deduce the correct the problem-solving solution (Wisconsin Card Sorting Test), Mr. Fell performed fully within normal limits and did not make a significant number of perseverative errors. When administered the Ruff Figural Fluency Test he performed within the Average range generally. Thus, there were no abnormalities evident in the domain of executive functioning.

## MOTOR FUNCTIONING:

Mr. Fell's fine motor coordination was within normal limits (Grooved Pegboard: dominant hand, 96th percent; nondominant hand 66th percentile). He demonstrated very superior abilities on other psychomotor speed tasks overall (WAIS-III PSI = 137, 99th percentile). For example, on a task that that requires mental processing speed, Mr. Fell performed in the superior range (Symbol Search = 98th percentile). Similarly, on a task that requires psychomotor speed,

FELL-00000383

Neuropsychological Report
Fell, Donald
Page 8 of 15

Mr. Fell again performed in the superior range (Digit Symbol-Coding = 99th percentile).

## SUMMARY/CONCLUSION:

The results of this evaluation reveal Mr. Fell to be a young man who is appears to be forthright, candid, and well motivated to perform his best on the various cognitive and emotional tests and there was no indication whatsoever of either malingering or symptom amplification. He is a young man of average intelligence (Full-Scale IQ of 101) with an essentially normal neuropsychological profile. However, the discrepancies between Mr. Fell's arithmetic score compared to his other abilities on the WRAT-3 raises the possibility of the presence of a Mathematics Disorder. The more revealing findings were in the emotional realm in which he harbors a good deal of atypical thinking, depression, propensity to a breakdown in his thought process if under sufficient stress, and a decidedly acquiescent style when directed by others. He also tends to be somewhat egocentric and frankly manipulative of others. These findings point to his atypical thought process and depression and are fully consistent with his history of many years of psychiatric hospitalizations and treatment. Mr. Fell is clearly a troubled young man in need of continued structured psychiatric intervention.

Please let us know if you need additional information regarding these findings. The results have also been communicated to Dr. Mark Mills for incorporation into his report.

Kimberly Walton, Ph.D.
Postdoctoral Fellow of Neuropsychology
Weill Cornell Medical College

Wilfred G. van Gorp, Ph.D., ABPP
Professor of Psychology in Psychiatry
Director, Neuropsychological Assessment Service
Weill Cornell Medical College

FELL-00000384

Neuropsychological Report
Fell, Donald
Page 9 of 15

## APPENDIX I

## DOCUMENTATION REVIEWED

As part of this evaluation, the following available records were reviewed:

- Curriculum vitae of Jonathan Joseph Lipman, Ph.D., MIBiol., FACN
- Wanda I. Rivera: letter (2/23/01)
- Letter from Jonathan J. Lipman, Ph.D. to Gene Primomo, Esquire (1/31/01)
- Media accounts
- Wilkes Barre General Hospital: medical records of Donald Fell
- Luzerne County Children and Youth Services: records of Donald Fell
- Wyoming Valley West High School: letter re not finding records of Donald Fell
- Children's Service Center: records
- Luzerne County Social Services
- Wilkes Barre Area Vocational-Technical School records
- Lisa M. Woodworth of the Court Advocate Program: letter (1/16/01)
- Juvenile Probation Department: letter (9/16/96)
- Commonwealth of Pennsylvania: criminal record
- Luzerne County Court of Common Pleas: re Deborah Fell
- Luzerne County Court of Common Pleas: re Donald Fell
- Luzerne County Court of Common Pleas: re Donald Fell, II
- Penn State Geisinger Wyoming Valley Medical Center: medical records
- Police records
- Brian J. Benedetti: letter (2/2/01)
- City of Wilkes Barre Bureau of Police: records
- Alex Bunin, Esquire: letter (3/1/01)
- Cynthia Carter Ayres, M.S.W.: letter

FELL-00000385

Neuropsychological Report
Fell, Donald
Page 10 of 15

## APPENDIX II
### NPSY Summary Sheet

### Effort/Malingering

| Test | Score | Norms | Conclusion |
|------|-------|-------|------------|
| VIP | | | |
| Nonverbal | 84/100 | Manual | Valid/Compliant |
| Verbal | 64/78 | Manual | Valid/Compliant |

### SIRS

| | |
|---|---|
| # of Primary Scales in Definite range | 0 |
| # of Primary Scales in Probable range | 0 |

**8/8 in Honest Range 95% likelihood of honest responding**

### Intellectual/Academic

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|------------|-------|------------|
| WAIS-III | | | | |
| VIQ | 97 | 42nd %ile | Manual | Average |
| PIQ | 106 | 66th %ile | Manual | Average |
| FSIQ | 101 | 53rd %ile | Manual | Average |

Difference between VIQ and PIQ = -9 (p<.15, Freq = 42.7%)

| Verbal Subtests | | | | |
|------|-------|------------|-------|------------|
| Vocabulary | 10 | 50th %ile | Manual | Average |
| Similarities | 08 | 25th %ile | Manual | Average |
| Arithmetic | 10 | 50th %ile | Manual | Average |
| Digit Span | 15 | 95th %ile | Manual | Superior |
| Information | 10 | 50th %ile | Manual | Average |
| Comprehension | 05 | 5th %ile | Manual | Borderline |
| Letter-Number Seq. | 16 | 98th %ile | Manual | Superior |

| Performance Subtests | | | | |
|------|-------|------------|-------|------------|
| Picture Completion | 11 | 63rd %ile | Manual | Average |
| Digit Symbol-Coding | 17 | 99th %ile | Manual | Very Superior |
| Block Design | 11 | 63rd %ile | Manual | Average |
| Matrix Reasoning | 08 | 25th %ile | Manual | Average |
| Picture Arrangement | 08 | 25th %ile | Manual | Average |
| Symbol Search | 16 | 98th %ile | Manual | Superior |

FELL-00000386

Neuropsychological Report
Fell, Donald
Page 11 of 15

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|------------|
| Index Scores | | | | |
| *Verbal Comprehension* | 96 | 39th %ile | Manual | Average |
| *Perceptual Organization* | 99 | 47th %ile | Manual | Average |
| *Working Memory* | 121 | 92nd %ile | Manual | Superior |
| *Processing Speed* | 137 | 99th %ile | Manual | Very Superior |

## Achievement

| Test | Score | Percentile | Norms | Grade |
|------|-------|-----------|-------|-------|
| WRAT-3 | | | | |
| *Reading* | 106 | 66th %ile | Manual | Post High School |
| *Spelling* | 94 | 34th %ile | Manual | High School |
| *Arithmetic* | 86 | 18th %ile | Manual | 7th grade |

## Attention and Concentration

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|------------|
| WAIS-III | | | | |
| *WMI* | 121 | 92nd %ile | Manual | Superior |
| *Arithmetic* | 10 | 50th %ile | Manual | Average |
| *Digit Span* | 15 | 95th %ile | Manual | Superior |
| *Letter-Number* | 16 | 98th %ile | Manual | Superior |
| *Digit Symbol-Coding* | 17 | 99th %ile | Manual | Very Superior |
| *Symbol Search* | 16 | 98th %ile | Manual | Very Superior |
| Colors Trails 1 | 18" | 99th %ile | Manual | Very Superior |

## Language

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|------------|
| BNT | 55/60 | 38th %ile | Farmer (1990) | Average |

| COWAT | | | | |
|------|-------|-----------|-------|------------|
| *F* | 14 | 52nd %ile | Tombaugh, Kozak, & Rees (1996) | Average |
| *A* | 09 | 31st %ile | Tombaugh, Kozak, & Rees (1996) | Average |
| *S* | 17 | 71st %ile | Tombaugh, Kozak, & Rees (1996) | Average |
| **Total** | 30 | 21st %ile | Tombaugh, Kozak, & Rees (1996) | Low Average |
| **Animals** | 23 | 73rd %ile | Tombaugh, Kozak, & Rees (1996) | Average |

| WAIS-III | | | | |
|------|-------|-----------|-------|------------|
| *VCI* | 96 | 39th %ile | Manual | Average |
| Vocabulary | *10* | *50th %ile* | *Manual* | *Average* |
| *Information* | 10 | 50th %ile | Manual | Average |
| *Similarities* | 08 | 25th %ile | Manual | Average |

FELL-00000387

Neuropsychological Report
Fell, Donald
Page 12 of 15

## Visual-Spatial

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| WAIS-III | | | | |
| POI | 99 | 47th %ile | Manual | Average |
| Picture Completion | 11 | 63rd %ile | Manual | Average |
| Block Design | 11 | 63rd %ile | Manual | Average |
| Picture Arrangement | 08 | 25th %ile | Manual | Average |
| Matrix Reasoning | 08 | 25th %ile | Manual | Average |

### Rey-O
| | | | | |
|------|-------|-----------|-------|-----------|
| Copy | 32/36 | 13th %ile | Meyer & Meyer | Low Average |

### JLO
| | | | | |
|------|-------|-----------|-------|-----------|
| Correct | 24/30 | 40th %ile | Benton (1977) | Average |

## Memory

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| WMS-III | | | | |
| | | | | |
| Subtests | | | | |
| Logical Memory I | | | | |
| Recall Total Score | 13 | 84th %ile | Manual | High Average |
| Logical Memory II | | | | |
| Recall Total Score | 14 | 91st %ile | Manual | Superior |
| | | | | |
| Faces I | 09 | 37th %ile | Manual | Average |
| Faces II | 08 | 25th %ile | Manual | Average |

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| CVLT-II | | | | |
| Trial 1 | 05 | 11th %ile | Manual | Low Average |
| Trial 2 | 08 | 50th %ile | Manual | Average |
| Trial 3 | 16 | >99th %ile | Manual | Very Superior |
| Trial 4 | 16 | >99th %ile | Manual | Very Superior |
| Trial 5 | 15 | >99th %ile | Manual | Very Superior |
| Trials 1-5 (T-Score) | 60 | 84th %ile | Manual | High Average |
| List B | 06 | 23rd %ile | Manual | Low Average |
| Short Delay Free Recall | 15 | >99th %ile | Manual | Very Superior |
| Short Delay Cued Recall | 14 | 98th %ile | Manual | Superior |
| Long Delay Free Recall | 15 | >99th %ile | Manual | Very Superior |
| Long Delay Cued Recall | 16 | >99th %ile | Manual | Very Superior |

FELL-00000388

Neuropsychological Report
Fell, Donald
Page 13 of 15

| Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| **Delayed Recognition:** | | | | |
| Total Hits | 16 | | Manual | |
| Total False Positives | 0 | | Manual | |
| Forced Choice Recognition | | 16/16 | | |
| **Rey-O** | | | | |
| *Immediate Recall* | 22.36 | 24th %ile | Meyer & Meyer | Low Average |
| *30 minute* | 22/36 | 27th %ile | Meyer & Meyer | Low Average |

| Executive Functions Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| Color Trails 2 | 51" | 96th %ile | Manual | Superior |
| Stroop | | | | |
| *Word* | 106 | 50th %ile | Manual | Average |
| *Color* | 98 | 88th %ile | Manual | High Average |
| *Color-Word* | 53 | 79th %ile | Manual | High Average |
| *Interference* | 3 | 66th %ile | Manual | Average |

| WCST | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| Categories | 6/6 | | Manual | WNL |
| Errors | | 11 | Manual | |
| Perseverative Errors | | 4 | Manual | |
| % Perseverative Errors | | 4.8% | Manual | |
| Failure to Maintain Set | | 1 | Manual | WNL |

| RUFF Figural Fluency Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| Total Unique Designs | 98 | 32nd %ile | | Average |
| Error Ratio | .0737 | 72nd %ile | | Average |

| Psychomotor Test | Score | Percentile | Norms | Conclusion |
|------|-------|-----------|-------|-----------|
| **WAIS-III** | | | | |
| *PSI* | 137 | 99th %ile | Manual | Very Superior |
| *Symbol Search* | 16 | 98th %ile | Manual | Superior |
| *Digit Symbol* | 17 | 99th %ile | Manual | Very Superior |
| **Grooved Pegboard** | | | | |
| Right (Dominant) | 52" | 96th %ile | Heaton | Superior |
| Drops | 0 | | | |
| Left (Nondominant) | 61" | 66th %ile | Heaton | Average |
| Drops | 0 | | | |

FELL-00000389

Neuropsychological Report
Fell, Donald
Page 14 of 15

## Emotional Functioning

| Test | Score Percentile | Norms | Conclusion |
|------|------------------|-------|------------|
| BDI  | 20 | | Moderate Range |

## SCID-Psychotic Screening Module

did not endorse psychotic symptoms

### MMPI-2
|      |    |
|------|----|
| L    | 52 |
| F    | 89 |
| K    | 47 |
| F-K  | 3  |
| TRIN | 57 |
| VRIN | 61 |
| Hs   | 68 |
| D    | 64 |
| Hy   | 61 |
| Pd   | 92 |
| Mf   | 36 |
| Pa   | 86 |
| Pt   | 72 |
| Sc   | 89 |
| Ma   | 88 |
| Si   | 46 |

FELL-00000390

Neuropsychological Report
Fell, Donald
Page 15 of 15

## APPENDIX III

## TATTOS OBSERVED

Right Arm
Symbol of "Anarchy"



Left Arm
Symbol of "Satan"



FELL-00000391

# EXHIBIT 3

# FORENSIC SCIENCES MEDICAL GROUP, P.C.

**3301 New Mexico Avenue, N.W., Suite 252**
**Washington, District of Columbia 20016**
**Phone (202) 298-8600  Fax (202) 298-8603**
**office@forensicsciences.com**

Mark J. Mills, J.D., M.D.
Susan E. Mills, R.N., M.H.P.

Robert B. Shearin, M.D.
Deborah L. Gutterman, Ph.D.

## C O N F I D E N T I A L

May 7, 2001

**Via FedEx**

Alexander Bunin, Esquire
Federal Public Defender
Gene V. Primomo, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of Northern New York & Vermont
39 North Pearl Street
Fifth Floor
Albany, New York 12207

Re: *United States v. Fell*
    *01-CR-12*

Dear Messrs. Bunin and Primomo:

This letter summarizes my psychiatric impressions of Mr. Donald R. Fell. Both before and after the evaluation, I reviewed those documents that I received from your office concerning his case.[1]

---

[1] They include the following, numbered in the order in which they were received: 1) Curriculum vitae of Jonathan J. Lipman, Ph.D.; 2) Letter (2/23/01) from Wanda I. Rivera re documents; 3) Letter (1/31/01) from Jonathan J. Lipman, Ph.D. to Gene Primomo, Esquire re Donald Fell and attached interview notes and test results; 4) Media accounts; 5) Medical Records of Donald Fell from Wilkes Barre General Hospital; 6) Records of Donald Fell from Luzerne County Children and Youth Services; 7) School Records of Donald Fell; 8) Records of Donald Fell from First Hospital Wyoming Valley; 9) Records of Donald Fell from Children's Service Center; 10) Note from Wyoming Valley West High School re not finding records of Donald Fell; 11) Records of Donald Fell from Luzerne County Social Services; 12) Records of Donald Fell from Wilkes-Barre Area Vocational-Technical School; 13) Letter (1/16/01) from Lisa M. Woodworth of the Court Advocate Program of Luzerne County to Wanda I Rivera re Donald Fell; 14) Letter (9/16/96) from Lisa M. Randazzo of the Court Advocate Program to Mr. Robert Roman of the Luzerne County Juvenile Probation Department re Donald Fell; 15) Records from Commonwealth of Pennsylvania re crimes of possessing a small amount of marijuana and possession of drug paraphernalia committed by Donald Fell; 16) Records from Luzerne County Court of Common Pleas re Deborah A. Fell; 17) Records from Luzerne County Court of Common Pleas re Donald R. Fell; 18) Records from Luzerne County Court of Common

FELL-00000392

# FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 2 of 5

As part of the preparation for Mr. Fell's evaluation, I administered two psychological tests, (the Minnesota Multiphasic Personality Inventory, 2 (MMPI-2) and the Validity Indicator Profile (VIP). Additionally, Wilfred G. van Gorp, Ph.D. and Kimberly Walton, Ph.D. administered a battery of tests that included: Beck Depression Inventory II, Boston Naming Test (BNT), Clinical Interview, Controlled Oral Word Association (COWA), Grooved Pegboard, Judgment Of Line Orientation, Rey-Osterrieth Complex Figure (Rey-O), Rorschach, Ruff Figural Fluency Test, Structured Clinical Interview for DSM-IV (Psychotic Screen), Stroop (Golden) Color Word Test, Structured Interview of Reported Symptoms (SIRS), California Verbal Learning Test Second Edition (CVLT-II), Color Trails Test 1 and 2, Wechsler Memory Scales-III (WMS-III), Wechsler Adult Intelligence Scale - III (WAIS-III), Wide Range Achievement Test - 3 (WRAT-3) and the Wisconsin Card Sort Test (WCST). I reviewed the results and their interpretations in preparing this report.

You may recall that I evaluated Mr. Fell on March 26 and 27, 2000 for a total of about seven hours, including approximately two hours of psychological test administration. Mr. Fell appeared cooperative throughout his evaluation, answering questions directly about the matters that underpin his criminal indictment. He is a lean, youthful-looking Caucasian male with very short hair, as many prisoners have, who made good eye contact, shook hands firmly and never appeared unduly upset or anxious. He did, however, appear sad when speaking about his mother's death and his role in the killing of Mrs. King. His thoughts flowed logically; he denied hallucinations, bizarre thoughts (delusions) and homicidal or suicidal ideation. He related easily, only hesitating when asked to describe the murders of his mother, her boyfriend and Mrs. King. Despite his initial reluctance, however, he appeared forthcoming when he discussed those details.

Mr. Fell's personal background is replete with examples of significant abuse and dramatic acts of abandonment. At the age of three or four, his babysitter and/or her husband sexually molested him. Although he denies recalling the incident now, his records from his psychiatric hospitalizations indicate that he had a fairly clear recollection of the events as a child/early adolescent. More significant is the fact that both of his parents were chronic and severe alcoholics, that his father was physically abusive towards him and that his mother abandoned him and his younger sister without any warning, when he was thirteen. As is the case with many children of abusive parents, Mr. Fell maintains that his childhood was not that different from most of his peers, but the multiple encoun-

---

Pleas re Donald R. Fell, II; 19) Medical Records of Donald Fell from Penn State Geisinger Wyoming Valley Medical Center; 20) Police Records; 21) Letter (2/2/01) from Brian J. Benedetti, Principal, Daniel J. Flood Elementary School, re not finding records re Donald Fell; 22) Records from City of Wilkes-Barre Bureau of Police; 23) Letter (3/1/01) from Alex Bunin, Esquire re retention; 24) a set of draft observation concerning Mr. Fell's father prepared Cynthia Carter Ayres, M.S.W. and information from the County of Sullivan (NY) regarding the matter of the People of the State of New York against Donny R. McNeely.

FELL-00000393

## FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 3 of 5

ters with social service providers (documented in the records that you asked me to review) belie his statements in this regard. Overall, it appears that his childhood was mostly abusive by neglect, lack of supervision and poor role modeling. His father was frequently violent towards him and he was sexually molested on at least one occasion.

Whether because of this neglect, because of his genetic predisposition (numerous studies, most prominently those of Marc C. Schuckit, M.D., have demonstrated that the children of alcoholics are at greatly increased risk of developing alcoholism themselves) or both, Mr. Fell reports that he began drinking experimentally at age six or seven and regularly (to the point of intoxication) by age eight or nine. The social service records amply document that he was abusing drugs, including alcohol, at an unusually early age. A detailed history of Mr. Fell's use/abuse of alcohol and illicit substances is presented in the report of Jonathan J. Lipman, Ph.D.

Because of the chronic problems with Mr. Fell's truancy, behavior at school and intoxication at school, he had numerous psychological and psychiatric evaluations including five psychiatric hospitalizations before the age of fourteen. While the early diagnoses centered on conduct disorder, the psychiatric equivalent of bad behavior, the later diagnoses emphasized his major affective disorder. More tellingly, his treatment included not only antidepressant medication but also antipsychotic medication. In fact, it was only when antipsychotic medication was added to his therapeutic regimen that significant positive changes were noted in his behavior. His psychiatrist, James W. Feussner, M.D., J.D., diagnosed him with having a major depression with psychotic features, as is evident in his prescription of antipsychotic medication. Because of Mr. Fell's behavioral problems and his parents' inadequacy (although by this point Mr. Fell's father was no longer on the scene) he was placed at St. Michael's, a locked juvenile facility. He resided there for about two years. The records suggest that in that highly structured environment, he was able to function comparatively well and was not a behavior problem.

Following discharge from St. Michael's, he returned to school briefly, completing the ninth grade and dropping out in the tenth. Mr. Fell describes some other troubling behavior during the period prior to his incarceration at St. Michael's. On one occasion, he and a neighbor were playing with the neighbor's father's nine-millimeter pistol and this friend was shot when Mr. Fell was holding the gun. Although he miraculously recovered, the nature of the injury to the neighbor was such that that boy easily could have been killed.

During the two and a half year period between the end of high school and his arrest for the present crimes, besides drifting from one job to another, Mr. Fell was mostly intoxicated and/or "stoned". It is noteworthy that in fifteen hundred or so forensic evaluations, Mr. Fell is the most drug-abusing and chronically intoxicated individual whom I have evaluated. During this period of virtually constant intoxication, Mr. Fell was arrested in Sullivan County (New York) following an incident in which he severely beat another young man who had been sexually inappropriate with his sister, Teri. As with the murders of his mother and her friend, Mr. Fell has no memory because he was so "stoned"

FELL-00000394

## FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 4 of 5

and intoxicated. He does not recall his rage, the degree of injury he inflicted or the fact that he urinated on the victim.

The reports of Drs. van Gorp and Walton discuss the test results in greater detail than I do here. However, certain results are readily apparent from Mr. Fell's results. Scores on several instruments, particularly the VIP, the Structured Interview of Reported Symptoms (SIRS) and the MMPI-2 validity scales suggest that overall Mr. Fell was not malingering and that he put forth consistent effort in his testing. Mr. Fell appears to be of average intelligence, of somewhat less than average educational achievement and somewhat greater than average motor ability. He does not appear to be grossly psychotic; however, his scales demonstrate that he should be considered pre-psychotic or potentially psychotic.

Essentially, Mr. Fell experienced a highly deprived childhood that resulted in early and recurrent inappropriate social behavior and intoxication. His misbehavior led to frequent social service interventions, psychiatric evaluations and hospitalizations (five) and long-term incarceration by age fifteen. Interestingly, many of these evaluations and/or interventions failed to describe the extent of his substance abuse. The psychiatric hospitalizations established that Mr. Fell improved on antipsychotic medications and thereby that he has a pre-psychotic or psychotically disorganized core, and his incarceration demonstrated that in structured settings, and away from many drugs of abuse, he could function relatively well. Further, his risk-taking and zealously macho behaviors were also evident in childhood. Finally, a similar (intoxication, provocation, violence and dramatically impaired memory and judgment) combination of events and behaviors occurred four months prior to the killings in this case.

Mr. Fell is neither floridly psychotic nor significantly cognitively impaired, at present. Still, his history of responding to anti-psychotic medication and his disorganization of the MMPI-2 and Rorschach suggest incipient psychosis or pre-psychotic breakdown. Such issues are clearly relevant to a decision about the imposition of the death penalty. The best scientific, medical and psychiatric evidence suggests both that psychotic illness and substance abuse have strong familial and genetic components. That is, Mr. Fell did not choose his predispositions in these regards. Neither did he choose to be abused, molested and abandoned. In aggregate, these phenomena, genetic, familial and environmental, have much to do with his chronic disturbances and the killings that he committed.

In recounting his time in Vermont, Mr. Fell explained that he was hoping to find the loving mother that he felt he never had while growing up. He explained that he and his mother had come to something like a resolution about her abandoning him and his sister. However, Mr. Fell's fantasy of her being emotionally available and supportive was dashed by her continuing substance abuse. Characteristically, he responded to his disappointment (something that he has little insight into) with his own increased substance abuse. It seems highly unlikely that her murder and that of her boyfriend would have occurred without Mr. Fell's profound obtundity and intoxication. Further, without those murders, Mr. Fell's guilt (particularly over the killing of his mother) and his fear of being

## FORENSIC SCIENCES MEDICAL GROUP, P.C.

Alexander Bunin, Esquire
Gene V. Primomo, Esquire
Re: *United States v. Fell*
May 7, 2001
Page 5 of 5

apprehended, the abduction and subsequent killing of Mrs. King would not have occurred.

Three closing observations may he useful. Drs. van Gorp and Walton directed my attention to Mr. Fell's very low score on the MMPI-2 Dominance Scale. This score tends to confirm Mr. Fell's statements that he had not intended to hurt Mrs. King, that he had intended to release her, but that he acceded to the demand of Mr. Lee that she be killed because she knew their identities. In effect, his score means that Mr. Fell is incapable of standing up for his beliefs and that others can easily dominate him. Second, as alluded to above, Mr. Fell did comparatively well when incarcerated at St. Michaels. As I understand it, this reflects the facts that there were few drugs available there and that the rules of conduct and the consequences for breaking them were clear (unlike his family situation). By analogy, I believe that if he were imprisoned, he would be a conforming prisoner who would comply with prison regulations. The final observation is of a different kind. In the many death penalty cases in which I been have consulted, it is common for the defendant to endeavor to find psychiatric or psychological issues that could be exculpatory, or failing that, at least mitigating. This search often leads to extraordinary efforts at testing or history gathering to find comparatively minor indicia of psychiatric illness. Mr. Fell's case stands in sharp contrast to those efforts. His history of abuse, misbehavior, illness and treatment with antipsychotic medications long antedates his present situation. There is no question that for nearly a decade he has had a condition that was perceived as psychotic-like (another indicator of this fact can be found in the test results of doctor's van Gorp and Walton where Mr. Fell's score on the Rorschach were virtually in the schizophrenic range). To my mind then, this condition should preclude the imposition of the death penalty for the present offenses. This is because his psychiatric condition is overwhelmingly biologically and/or environmentally caused and *not* something that he chose.

If you have any questions about this report, please let me know.

Sincerely,

Mark J. Mills, J.D., M.D.
Principal

MJM/srs
Enclosures: *curriculum vitae*
            Four-year case history

FELL-00000396

# Mark J. Mills, J.D., M.D.

**CURRICULUM VITAE**
**(Revised: January 2001)**

**Principal**
**Forensic Sciences Medical Group**

**Clinical Professor**
**Department of Psychiatry**
**New York Medical College, St. Vincent's Hospital**

**Clinical Professor**
**Department of Psychiatry**
**Georgetown University School of Medicine**

3301 New Mexico Avenue, N.W.
Suite 252
Washington, District of Columbia 20016

(202) 298-8600; (202) 298-8603 (facsimile)

mjmills@forensicsciences.com

Licensed in District of Columbia, California and Massachusetts

Board Certified - Psychiatry

Board Certified - Forensic Psychiatry

FELL-00000397

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 2

| | |
|---|---|
| **BORN** | ██████████ ; Pasadena, California |
| **MARITAL STATUS** | Married: Susan E. Mills, R.N., B.A., M.H.P.<br>Three children: Henry Mark, William John and Elizabeth Susan |
| **CITIZENSHIP** | United States of America |
| **EDUCATION** | A.B., University of California, Berkeley, 1967<br>J.D., Harvard Law School, 1970<br>M.D., Stanford University School of Medicine, 1975 |
| **LICENSURE** | MD32430 (District of Columbia, 2000-)<br>G32251 (California, 1976-)<br>Massachusetts (inactive) |
| **DEA NUMBER** | BM7051600 |
| **SOCIAL SECURITY** | RE ██████ |
| **TAX ID NUMBER** | 95-4097387 |

## ACADEMIC AWARDS AND HONORS

| | |
|---|---|
| 1967 | A.B. *cum laude* |
| 1967 | Phi Beta Kappa |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 1970-1971 | Graduate Student Assistant in Psychiatry, Massachusetts General Hospital, Boston, Massachusetts |
| 1975-1976 | Intern in Psychiatry, Stanford University Medical Center (and Veterans Administration Medical Center), Stanford, California |
| 1976-1977 | Resident in Psychiatry, Stanford University Medical Center, (and Veterans Administration Medical Center), Stanford, California |
| 1977-1978 | Chief Resident, Department of Psychiatry, Veterans Administration Medical Center, Palo Alto, California (for Stanford University) |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1978-1980 | Assistant Professor (Clinical), Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, California |
| 1980-1981 | Instructor, Department of Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1981-1983 | Assistant Professor, Department of Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1983-1986 | Lecturer, Department of Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1983-1985 | Associate Professor, Department of Psychiatry and Biobehavioral Sciences, University of California Los Angeles School of Medicine, California |
| 1985-1987 | Professor, Department of Psychiatry and Biobehavioral Sciences, University of California Los Angeles School of Medicine, California |
| 1987-1999 | Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, University of California Los Angeles School of Medicine, California |
| 1997- | Clinical Professor, Department of Psychiatry, New York Medical College, St. Vincent's Hospital, New York, New York |
| 1997- | Clinical Professor, Department of Psychiatry, Georgetown University School of Medicine, Washington, District of Columbia |

FELL-00000398

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 3

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1977-1978 | Acting Director, Psychiatric Evaluation Unit, Palo Alto Veterans Administration Medical Center |
| 1978-1980 | Director, Psychiatric Evaluation Unit, Palo Alto Veterans Administration Medical Center |
| 1980-1981 | Executive Officer, Massachusetts Mental Health Center |
| 1980-1981 | Co-Director, Program in Psychiatry and the Law, Massachusetts Mental Health Center |
| 1980-1981 | Walk-In Supervisor, Massachusetts Mental Health Center |
| 1983-1987 | Chief, Psychiatry Service, West Los Angeles Veterans Administration, Brentwood Division |
| 1984-1991 | Director, Program in Psychiatry and the Law, Neuropsychiatric Institute, University of California Los Angeles, School of Medicine |
| 1985- | Member, Stanford Medical School Alumni Resource Group |

## BOARD CERTIFICATION, FELLOWSHIPS, AWARDS, GRANTS

| | |
|---|---|
| 1982- | Diplomate, American Board of Psychiatry and Neurology, No. 24196 |
| 1983- | Diplomate, American Board of Forensic Psychiatry, No. 143 |
| 1978- | Fellow, American College of Legal Medicine |
| 1981 | Harry C. Solomon Award |
| 1982 | Harry C. Solomon Award (co-recipient) |
| 1985 | Distinguished Service Award, American Society of Law & Medicine |
| 1985 | Bronze Medal, 28th Annual International Film and Television Festival of New York, "In the Absence of Angels - A Report on the Homeless Mentally Ill Chronology" |
| 1986- | Fellow, Pacific Rim College of Psychiatrists |
| 1986- | Fellow, American Psychiatric Association |

## OTHER LICENSURE

| | |
|---|---|
| 1980- | Massachusetts License, No. 46279 (inactive) |

## PROFESSIONAL SOCIETY MEMBERSHIPS

MEMBERSHIPS, OFFICES, AND MAJOR COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1976- | American Psychiatric Association |
| 1976-1980 | Committee on Psychobiology, Northern California Psychiatric Society (Chair, 1978-1979) |
| 1978- | American Academy of Psychiatry and the Law |
| 1978- | American College of Legal Medicine |
| 1979-1984 | Commission on Judicial Action, American Psychiatric Association |
| 1980- | American Association for the Advancement of Science |
| 1980-1987 | Committee on Accreditation of Training Programs in Forensic Psychiatry, American Academy of Psychiatry and the Law |
| 1981-1985 | Committee on the Abuse of Psychiatry and Psychiatrists, American Academy of Psychiatry and the Law |
| 1981-1982 | Commission on the Mentally Disabled, American Bar Association (Consultant) |
| 1981-1983 | American College of Mental Health Administration |
| 1981-1983 | Committee on Law, Chair, National Association of State Mental Health Program Directors |
| 1982-1987 | Program Committee, American Academy of Psychiatry and the Law |
| 1982-1983 | Committee on Comprehensive Health Planning, American Psychiatric Association (Chair) |
| 1982-1987 | American Association of Psychiatric Administrators |
| 1982- | American Society of Law and Medicine |
| 1983-1987 | Committee on Psychiatry and the Law, California Psychiatric Association |
| 1983-1989 | Southern California Psychiatric Society |
| 1983-1987 | Program Committee, Hospital and Community Psychiatry Institute Program, American |

FELL-00000399

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 4

|  | Psychiatric Association (Chair, 1986-1987) |
|---|---|
| 1984-1988 | Committee on Public Psychiatry, American Psychiatric Association |
| 1984-1995 | American College of Psychiatrists |
| 1984-1989 | American Association of Social Psychiatry |
| 1985-1994 | Benjamin Rush Society |
| 1985-1990 | Committee on Confidentiality, American Psychiatric Association (Consultant) |
| 1986- | Pacific Rim College of Psychiatrists (Fellow) |
| 1986-1989 | Council on Psychiatry and Law, American Psychiatric Association (Vice Chair) |
| 1989-1995 | San Diego Society of Psychiatric Physicians |
| 1991-1995 | Committee on Occupational Psychiatry, American Psychiatric Association |
| 1994- | American Medical Association |
| 1994-1995 | California Medical Association |
| 1995- | Medical Society of the District of Columbia |
| 1995- | Washington Psychiatric Society |

EDITORIAL BOARDS

| 1981-1991 | Assistant Editor, Behavioral Sciences and the Law |
|---|---|
| 1982-1989 | Associate Editor, Bulletin of the American Academy of Psychiatry and the Law (Section Editor, Discourse and Dispute) |
| 1982-1987 | Advisory Board, Hospital and Community Psychiatry |
| 1984-1985 | Associate Editor, Legal Aspects of Psychiatric Practice |
| 1985-1990 | Associate Editor, Alzheimer's Disease and Associated Disorders |
| 1986-1990 | Associate Editor, Psychiatric Journal of the University of Ottawa |
| 1987-1989 | Editorial Board, International Journal of Law and Psychiatry |
| 1987- | Associate Editor, Journal of Clinical Psychiatry |

BOARD OF DIRECTORS

| 1982-1985 | American Society of Law and Medicine |
|---|---|
| 1985-1988 | International Academy of Law and Mental Health |
| 1985-1989 | Center for the Study of Psychological Trauma (Advisory Council) |
| 1986-1989 | Greater Los Angeles Partnership for the Homeless |
| 1995- | Advisory Board, Wender-Weis Foundation for Children, Palo Alto, California |
| 1999- | Forensis, Inc. |
| 1999- | Parental Alienation Syndrome Foundation |

JOURNAL SOLICITING MANUSCRIPT REVIEW

*American Journal of Psychiatry*
*Archives of General Psychiatry*
*Psychosomatics*
*Journal of Legal Medicine*
*Journal of Clinical Psychiatry*
*American Journal of Medicine*

**PROFESSIONAL AND EDUCATIONAL APPOINTMENTS**

MAJOR COMMITTEE ASSIGNMENTS IN HOSPITALS AND MEDICAL SCHOOLS

| 1970-1973 | Medical School Admissions Committee, Stanford University Medical Center |
|---|---|
| 1975-1976 | Residence Education Committee, Stanford University Medical Center |
| 1978-1980 | The Committee on Patients' Rights, Palo Alto Veterans Administration Medical Center |
| 1979-1980 | Clerkship Coordinator, Department of Psychiatry and Behavioral Sciences, Stanford University Medical Center |
| 1980-1981 | Safety Committee, Chairman, Massachusetts Mental Health Center |
| 1983-1985 | Therapeutic Agents and Pharmacy Review Committee, Chairman, Veterans Administra- |

FELL-00000400

**Mark J. Mills, J.D., M.D.**
*Curriculum Vitae*
Revised: January 2001
Page 5

|   |   |
|---|---|
| | tion Medical Center, West Los Angeles, California |
| 1983-1987 | Physicians Professional Standards Board, Veterans Administration Medical Center, Brentwood Division |
| 1983-1984 | Residency Education Committee, Neuropsychiatric Hospital, University of California, Los Angeles |
| 1983-1986 | Residency Education Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Medical Center Planning Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1984 | Human Subjects Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Public Policy and Political Action Committee, Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles |
| 1983-1986 | Budget Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Committee on Academic Promotions, Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles |
| 1984-1986 | Committee on Executive Development, Neuropsychiatric Institute, University of California, Los Angeles |
| 1984-1987 | Policy Advisory Committee, Robert Wood Johnson Clinical Scholars Program, University of California, Los Angeles |

STATE APPOINTMENT
1981-1983    Commissioner, Department of Mental Health, Massachusetts

VISITING APPOINTMENTS
1979-1980    Cooperating Clinical Assistant Professor, Stanford Law School
1980-1983    Physician in Residence, Veterans Administration, Washington, D.C.
1981-1982    Visiting Lecturer, Harvard Law School
1986-1988    Consultant, Tourette Syndrome Association
1987-1988    Consultant, Task Force on Mental Health and Correctional Issues, California Council on Mental Health

CONSULTATION TO GOVERNMENT
1980-1981    Consultant, State of Nevada, Department of Mental Health
1984-1986    Consultant, Civil Rights Division, United States Department of Justice
1984-1986    Consultant, State of California, Select Committee on Mental Health
1985-1988    Consultant, State of New York, Office of Mental Health
1987-1988    Consultant, State of Oregon, Office of the Department of Justice
1987-1989    Consultant, State of Arkansas, Office of the Attorney General
1987-    Consultant, United States Attorney, United States Department of Justice
1987-1990    Consultant, State of Arizona, Department of Health Services
1987    Consultant, State of Maryland, Department of Health and Mental Hygiene
1988-1991    Consultant, State of California, Department of Mental Health, Division of Forensic Services
1989    Consultant, State of Tennessee, Department of Mental Health and Mental Retardation
1989-1991    Consultant, State of Maine, Office of Attorney General
1997-1998    Consultant, State of Illinois, Department of Mental Health and Developmental Disabilities

CONSULTATIONS TO INDUSTRY
1987-95    Southern California Edison Company
1989-95    Pacific Gas and Electric Company
1990    Arizona Public Service Company

FELL-00000401

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 6

## EDUCATIONAL ACTIVITIES

MAJOR TEACHING EXPERIENCE

1969            Organizer and lecturer:  "Practical Law for the Layman," six-lecture series to students at a Cambridge, Massachusetts high school.

1977            Organizer and lecturer:  "Emergency Psychiatry," ten introductory lectures given to first-year residents, Stanford.

1977-1980       Organizer and lecturer:  "The Psychiatric Interview," "Affective disorders," and "Neurosis" for clerkship students, Psychiatry 300, Stanford.

1977-1980       Organizer and lecturer:  "Major Clinical Syndromes," psychopathology course for second-year psychiatry residents, Stanford.

1979-1980       Organizer and lecturer:  "Psychopathology and Mental Health Law" (with David Rosenhan), Law 338, Law School, Stanford.

1979-1980       Organizer and lecturer:  "Topics in Psychobiology" (with Philip A. Berger), Human Biology 163, Stanford.

1980            Organizer and lecturer:  "Psychiatry and the Law" (with Thomas G. Gutheil), a two-lecture series for first-year psychiatric residents, Massachusetts Mental Health Center.

1980            Organizer and lecturer:  "Experience of Therapy," Psychiatry 700a, a twelve-lecture series for first-year students, Harvard Medical School.

1981            Organizer and lecturer:  "Prediction and Prevention of Harmful Conduct" (with Alan D. Dershowitz and Thomas G. Gutheil), Harvard Law School.

1982            Organizer and lecturer:  "Program in Psychiatry and Law" (with Thomas G. Gutheil), Massachusetts Mental Health Center.

1983-           Organizer and lecturer:  "Seminar in Law and Psychiatry," series for psychiatric residents, University of California, Los Angeles.

1983-1984       Course Chairman:  Inpatient clerkship for medical students, University of California, Los Angeles.

1983-1984       Course Chairman:  Outpatient clerkship for medical students, University of California, Los Angeles.

1983-1984       Course Chairman:  Six-week clinical clerkship for medical students, University of California, Los Angeles.

1983-1984       Course Chairman:  Clinical fundamentals clerkship for second year medical students, University of California, Los Angeles.

1983-1984       Organizer and lecturer:  "The Insanity Defense" (with William J. Winslade), seminar for law students, School of Law, University of California, Los Angeles.

1984            Lecturer:  "Legal Issues in Geriatric Psychiatry," for geriatric fellows, West Los Angeles Veterans Administration Medical Center, Los Angeles.

1984            Lecturer:  "Psychiatric Issues in Civil Commitment," (with Robert Goldstein, J.D.), seminar for law students, School of Law, University of California, Los Angeles.

1985-1986       Lecturer:  "The Psychiatric Hospital in History, Medicine and Law" (with Dora B. Weiner), class for undergraduates, College of Letters and Sciences, University of California, Los Angeles.

## PUBLICATIONS - ARTICLES (REFEREED JOURNALS)

1.      Mills, M.J. and Stunkard, A.J. Behavioral changes following surgery for obesity. American Journal of Psychiatry, 133:526-531, 1976.

2.      Watson, S.J., Berger, P.A., Akil, H., Mills, M.J. and Barchas, J.D.  Effects of naloxone on schizophrenia:  reduction in hallucinations in a subpopulation of subjects. Science, 201:73-76, 1978.

FELL-00000402

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 7

3.   Yesavage, J.A.; Fill, N.A.; Lapp, D.; Becker, J.; Mills, M.J. and Bourgeois, M. Psychopathologie et traitement des psychotiques violents aux Etats-Unis.   Annales Médicopsychologiques, 137:760-763, 1979.

4.   Mills, M.J.; Hsu, L.C. and Berger, P.A.  Informed consent:  psychotic patients and research. Bulletin of the American Academy of Psychiatry and the Law, 8:119-132, 1980.

5.   Mills, M.J.  The rights of involuntary patients to refuse pharmacotherapy:  what is reasonable? Bulletin of the American Academy of Psychiatry and the Law, 8:313-334, 1980.

6.   Mills, M.J.  The continuing clinicolegal conundrum of the Boston State Hospital Case.  Medico-legal News, 9:9-18, 1981.

7.   Yesavage, J.A.; Werner, P.D.; Becker, J.M.T.; Holman, C.A. and Mills, M.J.  Inpatient evaluation of aggression in psychiatric patients.  Journal of Nervous and Mental Disease, 169:299-302, 1981.

8.   Yesavage, J.A.; Becker, J.M.T.; Werner, P.D.; Mills, M.J.; Holman, C.A. and Cohn, R.  Serum level monitoring of thiothixene in schizophrenia:  acute single-dose levels at fixed doses.  American Journal of Psychiatry, 139:174 -178, 1982.

9.   Mills, M.J. and Gutheil, T.G.  Guardianship and the right to refuse treatment:  a critique of the Roe case.  Bulletin of the American Academy of Psychiatry and the Law, 9:239-246, 1982.

10.   Gutheil, T.G. and Mills, M.J.  Legal conceptualizations, legal fictions and the manipulation of reality:  conflict between models of decision-making in psychiatry and law.  Bulletin of the American Academy of Psychiatry and the Law, 10:17-27, 1982.

11.   Yesavage, J.A.; Werner, P.D.; Becker, J.M.T. and Mills, M.J.  Short-term civil commitment of the violent patient:  a study of legal status and hospital behavior.  American Journal of Psychiatry, 130:1145-1149, 1982.

12.   Yesavage, J.A.; Benezech, M.; Bourgeois, M. and Mills, M.J.  Etudes des correlations entre modes d'intèrnement et comportement agressif dans une unité psychiatrique californienne.  Annales Médicopsychologique, 137:770-776, 1982.

13.   Yesavage, J.A.; Werner, P.D.; Becker, J.M.T. and Mills, M.J.  The context of involuntary commitment on the basis of danger to others:  a study of the use of the California 14-day certificate. Journal of Nervous and Mental Disease, 170:622-627, 1982.

14.   Mills, M.J. and Cummins, B.D.  Deinstitutionalization Reconsidered.  International Journal of Law and Psychiatry, 5:271-284, 1982.

15.   Mills, M.J.; Gutheil, T.G.; Igneri, M.A. and Grinspoon, L.  Mental patients' knowledge of in-hospital rights.  American Journal of Psychiatry, 140:225-228, 1983.

16.   Mills, M.J. and O'Keefe, A.M.  Legal issues in outpatient treatment.  Journal of Clinical Psychiatry, 44:33-40, 1983.

17.   Rubin, L.C. and Mills, M.J.  Behavioral precipitants to civil commitment, American Journal of Psychiatry, 140:603-606, 1983.

FELL-00000403

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 8

18.    Mills, M.J.; Yesavage, J.A. and Gutheil, T.G.  Continuing case-law development in the right to refuse treatment.  American Journal of Psychiatry, 140:715-719, 1983.

19.    Yesavage, J.A.; Becker, J.M.T.; Patton, M.J.; Seeman, K; Werner, P.D.; Brunsting, D.W. and Mills, M.J.  Family conflict, psychopathalogy and dangerous behavior by schizophrenic inpatients.  Psychiatry Research, 8:271-280, 1983.

20.    Mills, M.J.; Cummins, B.D. and Gracey, J.S.  Legal issues in mental health administration.  International Journal of Law and Psychiatry, 6:39-55, 1983.

21.    Benezech, M.; Yesavage, J.A.; Addad, M.; Bourgeois, M. and Mills, M.J.  Homicide by psychotics in France:  a five-year study.  Journal of Clinical Psychiatry, 45:85-86, 1984.

22.    Mills, M.J.; Pearsall, T.D.; Yesavage, J.A. and Saltzman, C.  Electroconvulsive therapy in Massachusetts.  American Journal of Psychiatry, 141:534-538, 1984.

23.    Mills, M.J.  The so-called duty to warn:  the psychotherapeutic duty to protect third parties from patients' violent acts.  Behavioral Sciences and the Law, 2:237-258, 1984.

24.    Mills, M.J.  Legal issues in psychiatric treatment.  Psychiatric Medicine, 2:245-261, 1984.

25.    Senter, N.W.; Winslade, W.J.; Liston, E.H. and Mills, M.J.  Electroconvulsive therapy:  evolving legal regulation.  Journal of Social Psychiatry, 4:11-15, 1984.

26.    Mills, M.J.  The mental health commissionership:  major changes over a decade.  Hospital and Community Psychiatry, 36:363-368,1985.

27.    Phelan, L.A.; Mills, M.J. and Ryan, J.A.  Prosecuting psychiatric patients for assault.  Hospital and Community Psychiatry, 36:581-582, 1985.

28.    Escobar, J.I.; Mann, J.J.; Keller, J.; Wilkins, J.; Mason, B. and Mills, M.J.  A comparison of injectable molindone and haloperidol followed by transition to oral forms in the treatment of acutely ill schizophrenics.  Journal of Clinical Psychiatry, 46:15-19, 1985.

29.    Irwin, M.; Lovitz, A.; Marder, S.R.; Mintz, J.; Winslade, W.J.; Van Putten, T. and Mills, M.J.  Informed consent understanding in psychosis.  American Journal of Psychiatry, 142:1351-1354, 1985.

30.    Friedlander, A.H. and Mills, M.J.  The dental management of the drug-dependent patient.  Oral Medicine, 60:489-492, 1985.

31.    Beaber, R.J.; Marston, A.; Michelli, J. and Mills, M.J.  A brief test for measuring malingering in schizophrenic individuals.  American Journal of Psychiatry, 142:1478-1481, 1985.

32.    Fogel, B.S.; Mills, M.J. and Landen, J.E.  Legal aspects of the treatment of delirium.  Hospital and Community Psychiatry, 62:154-158, 1986.

33.    Bursztajn, H.; Gutheil, T.G.; Mills, M.J.; Hamm, R.M. and Brodsky, A.  Process Analysis of Judges' Commitment Decisions:  a preliminary empirical study.  American Journal of Psychiatry, 143:170-174, 1986.

34.    Mills, M.J.; Norquist, G.S.; Shelton, R.C.; Gelenberg, A.J. and Van Putten, T.  Consent and li-

FELL-00000404

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 9

ability with neuroleptics:  the problem of tardive dyskinesia.  International Journal of Law and Psychiatry,  8:243-252, 1986.

35.  Mills, M.J.  Civil commitment of the mentally ill:  an overview.  Annals of the American Academy of Political and Social Sciences, 484:28-41, 1986.

36.  Yesavage, J.A.; Benezech, M.; Larrieu-Arguille, R.; Bourgeois, M.; Tanke, E.; Roger, P. and Mills, M.J.  Recidivism of the criminally insane in France:  a 22-year follow-up.  Journal of Clinical Psychiatry, 47:465-466, 1986.

37.  Mills, M.J.; Sullivan G. and Eth, S.  Protecting third parties: a decade after Tarasoff.  American Journal of Psychiatry, 144:68-74, 1987.

38.  Friedlander, A.H.; Mills, M.J. and Gorelick, D.A.  Alcoholism and dental management.  Oral Surgery, Oral Medicine, Oral Pathology, 63:42-46, 1987.

39.  Friedlander, A.H.; Mills, M.J. and Wittlin, B.J.  Dental management considerations for the patient with post-traumatic stress disorder.  Oral Surgery, 63:669-673, 1987.

40.  Young, J.L.; Mills, M.J. and Sach, R.L.  Civil commitment by conservatorship: the workings of California's law.  Bulletin of the American Academy of Psychiatry and the Law, 15:127-139, 1987.

41.  Mills, M.J. and Eth, S.  Legal liability with psychotropic drug use:  extrapyramidal syndromes and tardive dyskinesia.  Journal of Clinical Psychiatry, 48:28-33, 1987.

42.  Kuo, S.H.; Chien, C.P. and Mills, M.J.  Forensic psychiatry in Taiwan: civil case litigation.  International Journal of Law and Psychiatry, 10:297-309, 1987.

43.  Mills, M.J. and Eth, S.  Consent and liability with psychotropics:  special problems with anxiolytics.  Journal of Clinical Psychiatry, 48:29-32, 1987.

44.  Friedlander, A.H.; Mills, M.J. and Cummings, J.L.  Consent for dental therapy in severely ill patients.  Oral Surgery, 65:179-182, 1988.

45.  Mills, M.J.  Civil commitment:  the relationship between perceived dangerousness and mental illness.  Archives of General Psychiatry, 45:770-772, 1988.

46.  Ornish, S.A.; Mills, M.J. and Ornish, M.C.  Prearraignment forensic evaluations:  towards a new policy.  Bulletin of the American Academy of Psychiatry and the Law, 24:453-470, 1996.

47.  Gerasimov, M.R.; Ashby, C.R., Jr.; Gardner, E.L.; Mills, M.J.; Brodie, J.D. and Dewey, S.L.  Gamma vinyl-GABA Inhibits Methamphetamine, Heroin, and Ethanol-Induced Increases in Nucleus Accumbens Dopamine.  Synapse, 34:11-19, 1999.

48.  Hirose, S.; Ashby, C.R., Jr. and Mills, M.J.  Effectiveness of ECT combined with Risperidone against aggression in schizophrenia:  An open study.  (In press)

49.  Lipian, M.S., Mills, M.J. and Southern, M.N.  Children's false allegations of abuse: a psychiatric overview.  (In review)

50.  Reeves, R., Mills, M.J., Billick, S.B. and Brodie, J.D.  The limitations of brain imaging in the

FELL-00000405

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 10

assessment of criminal intent. (In review)

## PUBLICATIONS - ARTICLES (NON-REFEREED JOURNALS)

51.    Mills, M.J. and Levey, B.E. The Mills case: the issue of treatment refusal remains unresolved. American Academy of Psychiatry and the Law Newsletter, 7:10-13, 1982.

52.    Winslade, W.J.; Lyon, M.A.; Levine, M.L. and Mills, M.J. Making medical decisions for the Alzheimer's patient: paternalism and advocacy. Psychiatric Annals, 14:206-208, 1984.

53.    Mills, M.J. and Winslade, W.J. Clinicolegal aspects of treating demented patients. Psychiatric Annals, 14:209-211, 1984.

54.    Mills, M.J. The Tarasoff duties expand. American Academy of Psychiatry and the Law Newsletter, 9:8-11, 1984.

55.    Mills, M.J. A psychotherapeutic duty to fourth parties. American Academy of Psychiatry and the Law Newsletter, 10:15, 1985.

56.    Mills, M.J. and Raiss, C. California law limits Tarasoff liability. American Academy of Psychiatry and the Law Bulletin, 11:12-14, 1986.

57.    Mills, M.J. Treating the treatment-refusing patient. American Academy of Psychiatry and the Law Newsletter, 13 (2):12-13, 1988.

58.    Mills, M.J. and Rosenberg, J.E. Question: Is there a duty to disclose possible peer-review activities to patients? American Academy of Psychiatry and the Law Newsletter, 19 (3):65-66, 1994.

59.    Mills, M.J. Obtaining Informed Consent for Clozaril Treatment. The Clozaril (clozapine) Monitor 1 (5):4, 1998.

## PUBLICATIONS - BOOK

60.    Halleck, N.H., Halleck, S.L., Hodge, S.K., Pfaehler, G.T., Miller, R.D., Mills, M.J. and Sadoff, R.L. The Use of Psychiatric Diagnoses in the Legal Process. American Psychiatric Association Task Force Report No. 32, Washington, D.C., 1992.

## PUBLICATIONS - BOOK CHAPTERS

61.    Mills, M.J. and Avery, D. The legal regulation of electroconvulsive therapy. In Mood Disorders: The World's Major Public Health Problem. F.J. Ayd (ed.), Frank Ayd Communications, Baltimore, Maryland, 154-183, 1978.

62.    Avery, D. and Mills, M.J. Electroconvulsive therapy and antidepressants in the treatment of depression. In Mood Disorders: The World's Major Public Health Problem. F.J. Ayd (ed.), Frank Ayd Communications, Baltimore, Maryland, 138-153, 1978.

63.    Mills, M.J. Helping the obese patient. In Psychiatry for the Primary Care Physician. A.M. Freeman, R.L. Sack, and P.A. Berger (eds.), Williams and Wilkins, Baltimore, Maryland, 317-332, 1979.

FELL-00000406

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
**Page 11**

64. Mills, M.J. The right to treatment: little law but much impact. In <u>Psychiatry 1982: American Psychiatric Association Annual Review</u>, L. Grinspoon (ed.), American Psychiatric Association Press, Washington, D.C., 361-370, 1982.

65. Gutheil, T.G. and Mills, M.J. Legal aspects of pseudoseizures. In <u>Pseudoseizures</u>, T.L. Riley and A. Roy (eds.), Williams and Wilkins, Baltimore, Maryland, 213-223, 1982.

66. Mills, M.J. and Gutheil, T.G. Legal approaches to treating the treatment-refusing patient. In <u>Refusing Treatment in Mental Health Institutions - Values in Conflict</u>. A.E. Doudera and J.P. Swazey (eds.), AUPHA Press, Ann Arbor, Michigan, 95-99, 1982.

67. Gutheil, T.G. and Mills, M.J. Clinical approaches to patients who refuse medication. In <u>Refusing Treatment in Mental Health Institutions - Values in Conflict</u>. A.E. Doudera and J.P. Swazey (eds.), AUPHA Press, Ann Arbor, Michigan, 101-106, 1982.

68. Mills, M.J. Expanding the duties to protect third parties from violent acts. In <u>Legal Encroachments into Psychiatric Practice</u>, New Directions for Mental Health Service Series, S. Rachlin (ed.), Jossey-Bass, Inc., San Francisco, California, 61-68, 1985.

69. Gutheil, T.G.; Rachlin, S. and Mills, M.J. Differing conceptual models between psychiatry and law. In <u>Legal Encroachments into Psychiatric Practice</u>, New Directions for Mental Health Service Series, S. Rachlin (ed.), Jossey-Bass, Inc., San Francisco, California, 5-11, 1985.

70. Mills, M.J. and Beck, J.C. The Tarasoff case. In <u>The Potentially Violent Patient and the Tarasoff Decision in Psychiatric Practice</u>. James C. Beck (ed.), American Psychiatric Association Monograph Series. American Psychiatric Association Press, Washington, D.C., 2-7, 1985.

71. Lamb, H.R. and Mills, M.J. The chronically mentally ill: changes in law and procedure. In <u>Hospital and Community Psychiatry</u>, 37: 475-480, 1986. (Refereed Article) Reprinted in, <u>Developments Affecting Those with Chronic Mental Illness</u>. J.A. Talbott (ed.), American Psychiatric Press, Washington, D.C., 133-144, 1986.

72. Mills, M.J. and Daniels, M.L. Medical-legal issues. In <u>Principles of Medical Psychiatry</u>, A. Stoudemire and B.S. Fogel (eds.), Grune & Stratton, Orlando, Florida, 463-474, 1987.

73. Mills, M.J. and Eth, S. Legal aspects of treating patients with organic mental syndromes. In <u>Treatments of Psychiatric Disorders</u>. T.D. Karasu (ed.), A Task Force Report of the American Psychiatric Association, Washington, D.C., 983-994, 1989.

74. Eth, S. and Mills, M.J. Ethical issues in the treatment of patients with organic mental syndromes. In <u>Treatments of Psychiatric Disorders</u>. T.D. Karasu (ed.), A Task Force Report of the American Psychiatric Association, Washington, D.C., 994-1008, 1989.

75. Eth, S. and Mills, M.J. Ethical and legal considerations in geriatric psychiatry. H.I. Kaplan and B.J. Kaplan (eds.) In <u>Comprehensive Textbook of Psychiatry/V</u>., Williams & Wilkins, Baltimore, Maryland, 2059-2062, 1989.

76. Eth, S. and Mills, M.J. Treating patients who threaten violence: ethical concerns. In <u>Critical Issues in American Psychiatry and the Law</u>, 7: Ethical Issues in Psychiatry and the Law, Richard Rosner and Robert Weinstock (eds.), Plenum, New York, 197-206, 1990.

77. Mills, M.J. and Lipian, M.S. Psychiatry and legal regulation: Thirty years of beneficence or

FELL-00000407

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 12

three decades of bedevilment?  In The Mosaic of Contemporary Psychiatry in Perspective.  A. Kales, C. Pierce and M. Greenblatt (eds.), Springer-Verlag, New York, 24-35, 1991.

78.  Mills, M.J. and Lipian, M.S.  Malingering. In Comprehensive Textbook of Psychiatry/VI.  H.I. Kaplan and B.J. Kaplan (eds.), Williams & Wilkins, Baltimore, Maryland, 1614-1622, 1995.

79.  Lipson, G. S. and Mills, M.J.  Stalking, Erotomania, and the Tarasoff Cases.  In The Psychology of Stalking - Clinical and Forensic Perspectives.  J. Reid Meloy (ed.), Academic Press, San Diego, California, 258-273, 1998.

80.  Lipian, M.S. and Mills, M.J.  Malingering.  In Comprehensive Textbook of Psychiatry/VII.  H.I. Kaplan and B.J. Kaplan (eds.), Lippincott, Williams & Wilkins, Philadelphia, Pennsylvania, 1898-1908, 2000.

## PUBLICATIONS – LETTERS

81.  Mills, M.J. and Stunkard, A.J.  A misinterpretation?  American Journal of Psychiatry, 134:459-460, 1977.

82.  Mills, M.J.  More on Rogers v. Okin.  Medicolegal News, 9:2, 1981.

83.  Mills, M.J.  The problems of public psychiatry.  New England Journal of Medicine, 309:113-114, 1983.

84.  Mills, M.J.; Phelan, L. and Ryan, J.A.  Response to letter.  Hospital and Community Psychiatry, 36:1321-1322, 1985.

85.  Mills, M.J.; Sullivan G. and Eth, S.  Duty to protect.  American Journal of Psychiatry.  144:1107-1108, 1987.

86.  Altshuler, L.L.; Cummings, J.L. and Mills, M.J.  Differential diagnosis of mute patients.  American Journal of Psychiatry, 144:1107-1108, 1987.

87.  Altshuler, L.L.; Cummings, J.L. and Mills, M.J.  Differential diagnosis of mute patients.  American Journal of Psychiatry, 144:1113, 1987.

88.  Ornish, S.A.; Mills, M.J. and Ornish, M.C.  Prearraignment forensic evaluations: toward a new policy.  Journal of the American Academy Psychiatry and the Law, 25:426-432, 1997.

## PUBLICATIONS - OTHER

89.  Mills, M.J.  The use of drugs by law students.  Harvard Law School Library, Cambridge, Massachusetts. (Thesis for Juris Doctor)

90.  Gutheil, T.G. and Mills, M.J.  Nobody has done the study.  American Academy of Psychiatry and the Law Newsletter, 7:28, 1982. (Editorial)

91.  Mills, M.J.  Knowing right from wrong:  the insanity defense of Daniel McNaughtan by Richard Moran.  Bulletin of the American Academy of Psychiatry and the Law, 11:91-92, 1983. (Book Review)

92.  Mills, M.J.  Psychiatric interventions and malpractice.  Clinical Psychopharmacology, 3:335,

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 13

1983.  (Book Review)

## SELECTED PRESENTATIONS

1.    Mills, M.J. and Stunkard, A.J.  Behavioral changes following surgery for obesity.  Presented at the American Psychiatric Association Annual Meeting, Anaheim, California, May 1977.

2.    Mills, M.J. and Stunkard, A.J.  Surgery for obesity.  Presented at the American College of Physicians Annual Meeting, Dallas, Texas, April 1977.

3.    Mills, M.J.  Informed consent with psychotic patients.  Presented to the Northern California Psychiatric Society, Carmel, California, (by invitation), April 1977.

4.    Mills, M.J.  Informed consent and research.  Presented at the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, (by invitation), May 1977.

5.    Mills, M.J. and Avery, D.  (How) should the law regulate ECT?  Presented at the VI World Congress of Psychiatry, Honolulu, Hawaii, August 1977.

6.    Sack, R.L.; Young, J.; and Mills, M.J.  Conservatorship for the mentally ill.  Presented at the VI World Congress of Psychiatry, Honolulu, Hawaii, August 1977.

7.    Lederberg, M.S.; Mills, M.J.; and Freeman, A.J.  Psychiatric consultation for legal reasons.  Presented at the VI World Congress, Honolulu, Hawaii, August 1977.

8.    Mills, M.J. and Avery, D.  The legal regulation of ECT.  Presented at the Tenth Annual Taylor Manor Symposium, Ellicott City, Maryland, (by invitation), April 1978.

9.    Mills, M.J.  The rights of involuntary patients to refuse pharmacotherapy:  what is reasonable?  Presented at the Tenth Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, Maryland, (by invitation), October 1979.

10.    Mills, M.J.  Legislative issues in head injury care:  legal protection for family and client.  Presented at the National Association for the Head Injured Annual Meeting, San Jose, California, (by invitation), March 1980.

11.    Mills, M.J.  Legal protection - guardianship/conservatorship.  Presented at the National Association for the Head Injured Annual Meeting, San Jose, California, (by invitation), March 1980.

12.    Mills, M.J.  Legal issues and the treatment of the resistant patient.  Presented at Treating the Resistant Patient:  Inpatient and Community Perspectives.  The First Annual Shoul Memorial Conference, Harvard Medical School, Boston, Massachusetts, (by invitation), October 1980.

13.    Mills, M.J.  Resolved:  Psychiatrists should participate in the death sentence.  Presented at the 11th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois, (by invitation), October 1980.

14.    Mills, M.J.  Research in mental health law.  Presented at the 32nd Annual Meeting of the American Society of Criminology, San Francisco, California, (by invitation) November 1980.

15.    Mills, M.J.  On the right to refuse treatment.  Presented at the Psychiatry Law Update:  New de-

FELL-00000409

velopments affecting clinicians and attorneys, Harvard Medical School, Boston, Massachusetts, (by invitation), February 1981.

16.    Mills, M.J.  Forensic aspects of psychological testing.  Presented to the Department of Psychology, Massachusetts Mental Health Center, Boston, Massachusetts, (by invitation), March 1981.

17.    Mills, M.J.  Developing case law in the right to refuse treatment.  Presented at the 21st International Conference on Legal Medicine, San Diego, California, May 1981.

18.    Mills, M.J.  The right to refuse treatment:  evolution and revolution.  Presented at the UCLA Colloquium on Behavioral Sciences, Los Angeles, California, (by invitation), May 1981.

19.    Mills, M.J.  The right to refuse treatment reconsidered.  Presented at the Department of Psychiatry Conference, Harbor Medical Center, Long Beach, California, (by invitation), September 1981.

20.    Mills, M.J.  Public-sector constraints on mental health delivery.  Presented at the Psychiatry Grand Rounds, Brigham and Women's Hospital, Boston, Massachusetts (by invitation), October 1981.

21.    Mills, M.J.  Rethinking the limits of deinstitutionalization.  Presented at the Annual Meeting of the American Psychology-Law Society, Cambridge, Massachusetts, (by invitation), October 1981.

22.    Mills, M.J.  Forensic psychiatry and DSM-III:  Problems of administration.  Presented at the 12th Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, (by invitation), October 1981.

23.    Mills, M.J.  Complexities and realities of public-sector mental health delivery:  can the present system survive?  Presented at the Florence Heller Graduate School (Brandeis University), Boston, Massachusetts, (by invitation), November 1981.

24.    Mills, M.J.  The *zeitgeist* and mental health delivery.  Presented at the Connecticut Mental Health Center (Yale), New Haven, Connecticut, (by invitation), January 1982.

25.    Mills, M.J.  Competency to stand trial:  The functional approach, or much ado over little.  Presented at the Massachusetts Bar Association's Criminal Justice Section and the Social Science Research Institute, Boston, Massachusetts, (by invitation), April 1982.

26.    Mills, M.J.  Public policy and the behavioral disorders of the developmentally disabled.  Presented at Tufts University School of Medicine, Medford, Massachusetts, (by invitation), April 1982.

27.    Mills, M.J.  Civil law-psychiatry interfaces of note:  civil commitment, the right to refuse treatment, and the right to treatment.  Presented at the Grand Rounds, Massachusetts General Hospital, Boston, Massachusetts, (by invitation), April 1982.

28.    Mills, M.J.  New federalism and the states.  Presented at the Brattleboro Retreat, Brattleboro, Vermont, (by invitation), May 1982.

29.    Mills, M.J.  The right to treatment:  little law but much impact.  Presented at the American Psy-

FELL-00000410

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 15

chiatric Association Annual Meeting, Toronto, Canada, (by invitation), May 1982.

30.    Mills, M.J.  Continuing case-law development in the right to refuse treatment.  Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada, (by invitation), May 1982.

31.    Mills, M.J.  Block grants in mental health:  principles and policies.  Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada, (by invitation), May 1982.

32.    Mills, M.J.  The role of the state in mandating services to persons with the dual diagnoses.  Presented at the American Association of Mental Deficiency Annual Meeting, Boston, Massachusetts, (by invitation), June 1982.

33.    Mills, M.J.  Legal issues in the administration of mental health and retardation services.  Presented at the Eighth International Congress on Law and Psychiatry, Quebec, Canada, June 1982.

34.    Mills, M.J.  The right to refuse treatment in the wake of *Mills*, *Rennie* and *Youngberg*.  Presented at the National Association of State Mental Health Program Directors, Arlington, Virginia, (by invitation), July 1982.

35.    Mills, M.J.  Patients' rights:  important recent developments.  Presented at the Veterans Administration Medical Center, Salisbury, North Carolina, (by invitation), September 1982.

36.    Mills, M.J.  General hospital psychiatry: a Massachusetts perspective.  Presented at the Mental Health Project Annual Meeting, Framingham, Massachusetts, (by invitation), October 1982.

37.    Mills, M.J. and Klein, J.I.  Between a rock and a hard place.  Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, (by invitation), October 1982.

38.    Mills, M.J. and Goldstein, W.H.  Administration for clinicians.  Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, (by invitation), October 1982.

39.    Mills, M.J. and Goldstein, W.H.  Creative administration and staffing.  Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, (by invitation), October 1982.

40.    Mills, M.J. and Gutheil, T.G.  Guardianship and the right to refuse treatment: a critique of the *Roe* case.  Presented at the Thirteenth Annual Meeting of the American Academy of Psychiatry and the Law, New York, NY, October 1982.

41.    Gutheil, T.G. and Mills, M.J.  Legal fictions and the manipulation of reality.  Presented at the Thirteenth Annual Meeting of the American Academy of Psychiatry and the Law, New York, NY, October 1982.

42.    Mills, M.J.  Choices for the Commonwealth:  the condition of politics and public policy in Massachusetts.  Presented at the John F. Kennedy Library, Boston, Massachusetts, (by invitation), October 1982.

43.    Mills, M.J.  Public administration in the Department of Mental Health.  Presented at the Sloan School of Management, Massachusetts Institute of Technology, Cambridge, Massachusetts, (by invitation), October 1982.

FELL-00000411

**Mark J. Mills, J.D., M.D.**
*Curriculum Vitae*
Revised: January 2001
Page 16

44.    Mills, M.J.  Mental health treatment of adjudicated persons.  Presented at the National Commission on the Insanity Defense, Arlington, Virginia, (by invitation), October, 1982.

45.    Mills, M.J.  National perspectives on the state of mental health delivery.  Presented at the National Council of Community Mental Health Centers, Springfield, Massachusetts, (by invitation), November 1982.

46.    Mills, M.J.  Legal developments affecting patient care.  Presented at the Psychiatric Grand Rounds, Saint Vincent's Hospital, Worcester, Massachusetts, (by invitation), November 1982.

47.    Mills, M.J.  Issues in public sector mental health delivery.  Presented at the Joint Grand Rounds, Department of Psychiatry and Department of Medicine, Rhode Island Hospital and Brown University, Providence, Rhode Island, (by invitation), November 1982.

48.    Mills, M.J.  Future directions in mental health care.  Presented at Boston University School of Medicine, Department of Psychiatry and Social Work, Boston, Massachusetts, (by invitation), November 1982.

49.    Mills, M.J. and Hilliard, J.  Confidentiality and *Tarasoff*: the current status.  Presented at Issues in Mental Health and Law, Massachusetts Mental Health Center, Harvard Medical School, Boston, Massachusetts, (by invitation), December 1982.

50.    Mills, M.J.  The future of general hospital psychiatry units and community mental health centers in an era of fiscal constraints.  Presented at A Community Interface:  The Mental Health Center and the General Hospital, St. Anne's Hospital, Charlton Memorial Hospital and Corrigan Mental Health Center, Westport, Massachusetts, (by invitation), January 1983.

51.    Mills, M.J.  Legal reform and deinstitutionalization:  changes in the mental health care system.  Presented at the Rutgers-Princeton Post Doctoral Program in Mental Health Research, New Brunswick, New Jersey, (by invitation), February 1983.

52.    Mills, M.J.  Constitutional litigation involving mental health systems.  Presented at the Annual Meeting of the Association of State Mental Health Attorneys, Arlington, Virginia, (by invitation), February 1983.

53.    Mills, M.J.  Recent developments in mental health law affecting practitioners.  Presented at the Philip Pinel Institute, University of Montreal, Montreal, Canada, (by invitation), February, 1983.

54.    Mills, M.J.  Legal issues in outpatient treatment.  Symposia:  Compliance and the schizophrenic outpatient. Presented at the American Psychiatric Association Annual Meeting, New York, NY, (by invitation), May 1983.

55.    Mills, M.J.  Some recent problems confronting deinstitutionalized patients.  Presented at the American Psychiatric Association Annual Meeting, New York, NY, May 1983.

56.    Mills, M.J.  Civil commitment:  standards and procedures.  Presented at Recent Developments in Mental Health Law, sponsored by the American Society of Law and Medicine, Chicago, Illinois, (by invitation), June 1983.

57.    Mills, M.J.  Evolving civil commitment standards.  Presented at the 14th Annual Meeting of the American Academy of Psychiatry and the Law, Portland, Oregon, October 1983.

FELL-00000412

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 17

58.    Mills, M.J. National dilemmas in public-sector mental health delivery. Presented at the Portland City Club, Portland, Oregon, (by invitation), October 1983.

59.    Mills, M.J. Civil commitment: do the new standards make sense? Presented at the 35th Annual Meeting of the American Society of Criminology, Denver, Colorado, November 1983.

60.    Mills, M.J. Further development in the right to refuse treatment. Presented at the Colloquium Series, Department of Psychiatry, University of Missouri, Columbia, Missouri, (by invitation), December 1983.

61.    Mills, M.J. Legal issues in psychiatry: consent and liability with neuroleptics; evolving civil commitment criteria; rights to and to refuse treatment; and the insanity defense. Presented at the Psychiatry Conference, Beth Israel Conferences, Vail, Colorado, (by invitation), February 1983.

62.    Mills, M.J. Assaults on professional staff: systems resistance to prosecution. Presented at the American Academy of Forensic Sciences, Anaheim, California, (by invitation), February 1984.

63.    Mills, M.J. Rethinking civil commitment. Presented at the Sepulveda Veterans Administration Medical Center, Sepulveda, California, (by invitation), March 1984.

64.    Mills, M.J. Psychotherapist's duties to third parties. Presented at the University of Southern California School of Medicine, Los Angeles, California, (by invitation), March 1984.

65.    Mills, M.J. Dangerousness: the duties to warn and protect. Presented at the Department of Psychiatry, Kern Medical Center, Bakersfield, California, (by invitation), March 1984.

66.    Mills, M.J. The psychotherapist's duties in dealing with violent patients. Presented at the Isaac Ray Center, Rush-Presbyterian-St.Luke's Medical Center, Chicago, Illinois, (by invitation), April 1984.

67.    Mills, M.J. Legal evolution of *Tarasoff*. Presented at the Clarke Institute of Psychiatry, Toronto, Ontario, Canada, (by invitation), April 1984.

68.    Mills, M.J. Psychiatric ethics. Presented at Delamo Hospital, Torrance, California, (by invitation), April 1984.

69.    Mills, M.J. Interviewing in special circumstances: the assaultive patient. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

70.    Mills, M.J. A collaborative law/psychiatry relationship: co-mediated divorce by a psychiatrist and a lawyer. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

71.    Mills, M.J. *Tarasoff* and its legal progeny. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

72.    Mills, M.J. Some legal aspects of prescribing anti-psychotic medications. Presented at the 8th Annual Psychiatry Symposium on "Trends in Psychiatry," Kaiser Permanente, Newport Beach, California, (by invitation), June 1984.

73.    Mills, M.J. Expanding duties to third parties: further sequelae to *Tarasoff*. Presented at the 10th

FELL-00000413

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 18

International Congress of Law and Psychiatry, Banff, Alberta, Canada, (by invitation), June 1984.

74.    Mills, M.J. Evolving duties when using neuroleptic therapy: problems of consent and liability. Presented at the Seminar on Tardive Dyskinesia, Detroit-Wayne County Community Mental Health Board, Detroit, Michigan, (by invitation), June 1984.

75.    Mills, M.J. Mental health and mental retardation issues in equal employment opportunity assessment. Presented at the Conference on Equal Employment, Los Angeles, California, (by invitation), June 1984.

76.    Mills, M.J. Some aspects of California's civil commitment procedures. Presented at the Veterans Administration Center, Sepulveda, California, (by invitation), September 1984.

77.    Mills, M.J. Recent developments affecting hospitalization standards. Presented at the Recent Developments in Mental Health Law Meeting, sponsored by the American Society of Law and Medicine, Los Angeles, California, (by invitation), October 1984.

78.    Mills, M.J. Forensic update. Presented at the American Psychiatric Association 36th Institute on Hospital and Community Psychiatry, Denver, Colorado, (by invitation), October 1984.

79.    Mills, M.J. and Winslade, W.J. Confidentiality. Presented at the American Psychiatric Association 36th Institute on Hospital and Community Psychiatry, Denver, Colorado, (by invitation), October 1984.

80.    Mills, M.J. Heterocyclic antidepressants and cardiotoxicity. Presented at the People-to-People International Medical Conference of the CMA on Affective Psychosis, Huang Shan City, People's Republic of China, (by invitation), November 1984.

81.    Mills, M.J. Clinicolegal consequences of deinstitutionalization. Presented at the People-to-People International Delegation to the Korean Medical Association, Seoul, South Korea, (by invitation), November 1984.

82.    Mills, M.J. Predicting dangerousness: the clinical relevance of *Tarasoff*. Presented at the Patton State Hospital Colloquium, Patton California, (by invitation), December 1984.

83.    Mills, M.J. Clinical management of the dangerous patient: does *Tarasoff* make sense? Presented at Gladman Memorial Hospital, Oakland, California, (by invitation), December 1984.

84.    Mills, M.J. Problems in psychiatry. Presented at the 1985 Medical Malpractice Seminar, U.S. Department of Justice, Attorney General's Advocacy Institute, Long Beach, California, (by invitation), January 1985.

85.    Mills, M.J. Legal boundaries in psychiatric practice. Presented at the Benjamin Rush Society Meeting, Tucson, Arizona, (by invitation), January 1985.

86.    Mills, M. J. Current themes in malpractice litigation. Presented at Kaiser Permanente, Van Nuys, California, (by invitation), February 1985.

87.    Mills, M.J. Legal changes affecting homelessness. Presented at the Forum for the Homeless, Los Angeles, California, (by invitation), March 1985.

FELL-00000414

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 19

88.    Mills, M.J.  Legal issues in psychiatric care.  Presented at  the Ventura County Medical Center, Ventura, California, (by  invitation), March 1985.

89.    Mills, M.J.  Clinical issues in the right to treatment/right to refuse treatment.  Presented at the American Orthopsychiatric Association Annual Meeting, New York, NY, (by invitation), April 1985.

90.    Mills, M.J.  Further clinicolegal conundra in the *Tarasoff* progeny.  Presented at the Connecticut Mental Health Center (Yale), New Haven, Connecticut, (by invitation), April 1985.

91.    Mills, M.J.  Legal and ethical considerations for professionals treating violent patients.  Presented to the Institute for the Advancement of Human Behavior, Chicago, Illinois, (by invitation), April 1985.

92.    Mills, M.J.  Some legal issues arising in the treatment of violent patients.  Presented to the Fellows in Psychiatry and Law, USC Medical Center, Los Angeles, California, (by invitation), May 1985.

93.    Mills, M.J.  Interviewing in special circumstances:  the assaultive patient.  Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, May 1985.

94.    Mills, M.J.  Patient confidentiality:  should precedence take over other interests except where life is at stake (Scientific Debate)?  Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, (by invitation), May 1985.

95.    Lamb, R.H. and Mills, M.J.  Our chronic patients' future in a changing world:  change in laws and procedures.  Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, (by invitation), May 1985.

96.    Mills, M.J.  Legal approaches to treating the violent, non-compliant patient in the community.  Presented at the Seattle CMHC/University of Washington Annual Meeting on Innovation in Community Treatment, Seattle, Washington, (by invitation), June 1985.

97.    Mills, M.J.  Legal implications of tardive dyskinesia.  Presented to Department of Psychiatry and Behavioral Sciences, The University of Texas Medical Branch at Galveston, Galveston, Texas, (by invitation), October 1985.

98.    Mills, M.J., et al.  Violent and threatening patients:  legal, regulatory, and professional issues.  Presented at Veterans Administration Medical Center Tucson, Arizona, (by invitation), October 1985.

99.    Mills, M.J.  Liability, limitation, protecting third parties and *Tarasoff*.  Presented to American Academy of Psychiatry and the Law, Albuquerque, New Mexico, (by invitation), October 1985.

100.   Mills, M.J. and Klein, J.  Forensic Update.  Presented at the American Psychiatric Association 37th Institute on Hospital and Community Psychiatry, Montreal, Quebec, Canada, (by invitation), October 1985.

101.   Lamb, H.R., Goldfinger, S. and Mills, M.J.  The problem of homelessness.  Presented at the American Psychiatric Association 37th Institute on Hospital and Community Psychiatry, Montreal, Canada, (by invitation), October 1985.

FELL-00000415

**Mark J. Mills, J.D., M.D.**
*Curriculum Vitae*
Revised: January 2001
Page 20

102. Mills, M.J. The prevention of psychiatric malpractice. Presented at the Sepulveda Veterans Administration Medical Center, Sepulveda, California, (by invitation), November 1985.

103. Mills, M.J. Legal issues affecting the treatment of schizophrenia. Presented at CPC Walnut Creek Hospital, Walnut Creek, California, (by invitation), December 1985.

104. Mills, M.J. Managing the violent patient: clinical and legal perspectives. Presented at Thallians Mental Health Center (Cedars-Sinai Medical Center), Los Angeles, California, (by invitation), January 1986.

105. Mills, M.J. How psychotherapists can avoid malpractice litigation. Presented at El Centro Mental Health Center, East Los Angeles, California, (by invitation), February 1986.

106. Mills, M.J. Avoiding psychotherapeutic malpractice while protecting threatened third parties. Presented at the Sheppard Pratt Hospital, Baltimore, Maryland, (by invitation), March 1986.

107. Mills, M.J. The clinical management of the violent and potentially-violent patient. Presented at the University Extension Program (Dangerousness: Legal and Clinical Aspects), Irvine, California, (by invitation), March 1986.

108. Mills, M.J. Legal and ethical issues in psychiatric treatment. Presented at Woodview-Calabasas Hospital, Calabasas, California, (by invitation), March 1986.

109. Mills, M.J. Interviewing in special circumstances: the *Tarasoff* problem. Presented at the American Psychiatric Association Annual Meeting, Washington, DC, May 1986.

110. Roth, L.H., Appelbaum, P.S., Bloom, J.D., Rada, R.T., and Mills, M.J. Legal psychiatry: update and new issues. Presented at the American Psychiatric Association Annual Meeting, Washington, D.C., May 1986.

111. Hartman, N. and Mills, M.J. Legal/ethical issues in psychopharmacologic research. Presented at the International Conference on Mental Health and Technology, Vancouver, British Columbia, Canada, June 1986.

112. Mills, M.J. Protecting third parties from the violent patient: recent developments in the United States. Presented at the Department of Psychiatry, University of Ottawa, Ontario, Canada, (by invitation), June 1986.

113. Mills, M.J. Roundtable discussion of forensic psychiatry. Presented at the Healthways Communications Conference, Keystone, Colorado, (by invitation), July 1986.

114. Mills, M.J. Insanity: an expert's view. Presented to the Los Angeles County Public Defenders, Los Angeles, California, (by invitation) August 1986.

115. Mills, M.J. American deinstitutionalization: a critical appraisal. Presented at the First Pacific Regional Congress on Law and Mental Health (The Australian Institute of Criminology), Canberra, Australian Capital Territory, Australia, (by invitation), August 1986.

116. Mills, M.J. Evolution of the right to refuse treatment in the United States. Presented at the First Pacific Regional Congress on Law and Mental Health (The Australian Institute of Criminology), Canberra, Australian Capital Territory, Australia, (by invitation), August 1986.

FELL-00000416

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 21

117.    Beliveau, L. and Mills, M.J. New ethical issue: the rationalization of professional resources based on the effectiveness of treatment for psychiatric patients in security institutions. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, (by invitation), August 1986.

118.    Mills, M.J. The politics of deinstitutionalization in the United States. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, (by invitation), August 1986.

119.    Mills, M.J. The right to refuse treatment: developments in American law. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, (by invitation), August 1986.

120.    Mills, M.J. The evolution of the *Tarasoff* doctrine: protecting third parties from the violent acts of patients. Presented at The Northside Clinic, Greenwich, New South Wales, Australia, (by invitation), August 1986.

121.    Mills, M.J. Current United States trends in the delivery of public mental health services. Presented to the New South Wales Branch of the Australian College of Psychiatry, Sydney, New South Wales, Australia, (by invitation), August 1986.

122.    Mills, M.J. The right to refuse treatment in the institutional setting. Presented to Atascadero State Hospital, Atascadero, California, (by invitation), October 1986.

123.    Mills, M.J. Maintenance treatment in psychosis: New trends (legal developments). Presented to Princeton American Communication Company, Princeton, New Jersey (video presentation by invitation), October 1986.

124.    Mills, M.J. The violent patient: legal and public policy perspectives. Presented to the Department of Psychiatry and Behavioral Sciences, The University of Texas Medical/Branch at Galveston, Galveston, Texas, (by invitation), November 1986.

125.    Mills, M.J. Legal developments affecting the delivery of public mental health services. Presented to the Department of Psychiatry, Hahnemann Medical School, Philadelphia, Pennsylvania, (by invitation), November 1986.

126.    Mills, M.J. Strategies of dealing with threatening and potentially violent patients. Presented to the Department of Psychiatry, Health Science Center, University of Oregon, Portland, Oregon, (by invitation), November 1986.

127.    Mills, M.J. Avoiding psychiatric malpractice: perspectives in irony. Presented at the Veterans Administration Medical Center, Psychiatric Service Case Conference, Seattle, Washington, (by invitation), November 1986.

128.    Mills, M.J. Avoiding psychiatric malpractice. Presented to the Department of Psychiatry, Thalians Mental Health Center, Cedars-Sinai Medical Center, Los Angeles, California, (by invitation), November 1986.

129.    Mills, M.J. Mental health legal reform, or do the issues ever change: libertarianism versus paternalism. Presented at the 7th Annual Congress of the Australian and New Zealand Association of Psychiatry, Psychology and Law, Newman College, Melbourne, Victoria, Australia, (by invitation), November 1986.

FELL-00000417

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 22

130.    Mills, M.J.  Malpractice and legal reform in psychiatry.  Presented to the Department of Psychiatry and the Behavioral Sciences, University of Southern California, Los Angeles, California, (by invitation), December 1986.

131.    Mills, M.J.  Anxiety: quest for improved therapy.  Presented to the Los Angeles audience of the Mead Johnson Television Seminar, Los Angeles, California, (by invitation), January 1987.

132.    Mills, M.J. Avoidance of psychiatric malpractice.  Presented to Atascadero State Hospital, Atascadero, California, (by invitation) April 1987.

133.    Mills, M.J.  Some observations on the right to refuse treatment.  Presented to the New York State Office of Mental Health, Office of Counsel, Lake George, NY, (by invitation) April 1987.

134.    Mills, M.J.  Legal ramifications of extrapyramidal symptoms.  Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, (by invitation) May 1987.

135.    Mills, M.J.  Psychotropic therapy:  the issue of drug-induced impairment (potential legal implications).  Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, (by invitation) May 1987.

136.    Mills, M.J.  Controversies in law and psychiatry:  update (the duty to protect).  Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

137.    Mills, M.J.  Inpatient management of the aggressive patient:  some legal aspects.  Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

138.    Mills, M.J.  Preventing psychiatric malpractice:  practitioners' dilemmas for the eighties.  Presented at the Southern California Psychiatric Society, Inland Region, Colton, California, (by invitation) May 1987.

139.    Mills, M.J.  Ethics and legality of seclusion and restraint.  Presented at Patton State Hospital, Patton, California, (by invitation) July 1987.

140.    Mills, M.J.  Unwillingness, non-competence and antipsychotic medication.  Presented at Napa State Hospital, Napa, California, (by invitation) July 1987.

141.    Mills, M.J.  Psychiatric malpractice:  new dilemmas posed by *Tarasoff*.  Presented at Northridge Hospital Medical Center, Northridge, California, (by invitation) September 1987.

142.    Mills, M.J.  The malpractice crisis:  implications for treatment and liability.  Presented at Veterans Administration Hospital, Sepulveda, California, (by invitation) October 1987.

143.    Mills, M.J.  Treatment for affective disorders:  an update on legal complications.  Presented at Ochsner Clinic, New Orleans, Louisiana, (by invitation) November 1987.

144.    Mills, M.J.  Psychiatric malpractice:  how to stay out of the courtroom.  Presented at Veterans Administration Medical Center, Palo Alto, California (by invitation) November 1987.

145.    Mills, M.J.  The patient's record:  information appropriate for "eupractice".  Presented at Cedars-Sinai Medical Center, Los Angeles, California (by invitation) November 1987.

FELL-00000418

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 23

146.    Mills, M.J.  Recent legal developments in psychiatric practice.  Presented at Woodview-Calabasas Hospital, Calabasas, California (by invitation) January 1988.

147.    Mills, M.J.  Confidentiality and privileged communication.  Presented at Patton State Hospital, Patton, California (by invitation) February 1988.

148.    Mills, M.J.  Forensic aspects of psychopharmacology.  Presented at The Southern California Psychiatric Society, Los Angeles, California (by invitation) February 1988.

149.    Mills, M.J.  Avoiding psychiatric malpractice:  refining the physician-patient role.  Presented at the University of Cincinnati, Cincinnati, Ohio (by invitation) March 1988.

150.    Mills, M.J.  Legal developments in psychiatric practice.  Presented at the University of Texas, Houston, Texas  (by invitation) April 1988.

151.    Mills, M.J.  Avoiding psychiatric malpractice.  Presented at the University of California Davis Medical Center, Sacramento, California (by invitation) April 1988.

152.    Mills, M.J.  A comprehensive review of the laws regulating psychotherapists:  an emphasis on emerging situations.  Presented at the Washington Association of County Designated Mental Health Professionals, Olympia, Washington (by invitation) April 1988.

153.    Mills, M.J.  Privacy, confidentiality and privileged communication:  ongoing dilemmas for the psychotherapist.  Presented at Atascadero State Hospital, Atascadero, California (by invitation) April 1988.

154.    Mills, M.J.  Management of the aggressive patient:  some legal aspects.  Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Quebec, Canada, May 1988.

155.    Bear, D.M., Pollock, D.C., Ervin, F.R. and Mills, M.J.  Neuropsychiatric perspective on human aggression.  Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

156.    Pollock, D.C., Bear, D.M., Ervin, F.R. and Mills, M.J.  Evaluating aggression.  Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

157.    Ervin, F.R.; Bear, D.M.; Pollock, D.C. and Mills, M.J.  Pathological aggression.  Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

158.    Mills, M.J.  National trends in mental health law.  Presented at Metropolitan State Hospital, Norwalk, California (by invitation) May 1988.

159.    Mills, M.J.  "Malpractice-proofing" the medical record:  problems for the 1990's.  Presented at Southern California Edison Corporation, Rosemead, California (by invitation) May 1988.

160.    Mills, M.J.  Legal and ethical pitfalls in primary-care psychiatric counseling.  Presented at Southern California Edison Corporation, Rosemead, California (by invitation) May 1988.

161.    Mills, M.J.  Evolving legal issues in psychiatric practice.  Presented at the Oakwood Hospital, Dearborn, Michigan (by invitation) June 1988.

162.    Mills, M.J.  Innovative ways of avoiding medical malpractice suits.  Presented at the Valley

FELL-00000419

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 24

Community Hospital, Santa Maria, California (by invitation) June 1988.

163.    Mills, M.J.  Psychopharmacologic treatment:  legal regulations, liability and abuse.  Presented at Advancement in Neurosciences:  Psychopharmacology update, sponsored by the Association for the Advancement in Neurosciences, Rome, Italy (by invitation) September 1988.

164.    Mills, M.J.  Avoiding medical malpractice:  strategies and tactics.  Presented at the Centinela Hospital Medical Center, Inglewood, California (by invitation) October 1988.

165.    Mills, M.J.  Immunity, disease and civil liability.  Presented at the 19th Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, California October 1988.

166.    Mills, M.J.  Medical/legal problems in handling legal psychiatric cases.  Presented at the Truck Insurance Exchange and California Hospitals Medical Malpractice Seminar, Los Angeles, California (by invitation) November 1988.

167.    Mills, M.J.  Strategies for avoiding psychiatric malpractice.  Presented at the Langley Porter Psychiatric Institute, San Francisco, California (by invitation) November 1988.

168.    Mills, M.J.  Legal issues in psychiatry:  avoiding malpractice.  Presented at Fair Oaks Hospital, Summit, New Jersey and at Clinton Inn, Tenafly, New Jersey (by invitation) November 1988.

169.    Mills, M.J.  Adolescent civil commitment:  issues in controversy.  Presented at The Regent Hospital, New York, NY (by invitation) November 1988.

170.    Mills, M.J.  The theory and practice of "eupractice":  does malpractice litigation make for better patient care? Presented at the Humana Hospital, Las Vegas, Nevada (by invitation) December 1988.

171.    Mills, M.J.  Ethical issues in the practice of psychopharmacology.  Presented at the Benjamin Rush Society Annual Meeting, Baja California, Mexico (by invitation) January 1989.

172.    Mills, M.J.  Clinicolegal issues in the prevention of medical malpractice.  Presented at Canyon View Hospital, Twin Falls, Idaho (by invitation) January 1989.

173.    Mills, M.J.  The legal use of medical experts:  their selection and preparation.  Presented at The Magic Valley Bar Association, Twin Falls, Idaho (by invitation) January 1989.

174.    Mills, M.J.  Legal aspects of psychopharmacologic intervention:  neuroleptics, antidepressants and anxiolytics. Presented at the St. Alphonsus Hospital, Boise, Idaho (by invitation) January 1989.

175.    Mills, M.J. *Tarasoff* duties:  prediction of dangerousness in release of mental patients. Presented at Atascadero State Hospital, Atascadero, California (by invitation) March 1989.

176.    Mills, M.J. Informed consent and the use of psychotropic medication.  Presented at Menninger Clinic, Topeka, Kansas (by invitation) April 1989.

177.    Mills, M.J. Tardive dyskinesia, neuroleptics, and informed consent.  Presented at Menninger Clinic, Topeka, Kansas (by invitation) April 1989.

178.    Mills, M.J. Stigma of ECT:  legal perspectives.  Presented at the 142nd Annual Meeting of the

FELL-00000420

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised:  January 2001
Page 25

American Psychiatric  Association, San Francisco, California (by invitation) May 1989.

179.    Mills, M.J. Psychiatry and the law:  have the last three decades of legal regulation been productive? Presented at the UCLA Neuropsychiatric Institute, Los Angeles, California (by invitation) May 1989.

180.    Mills, M.J. Ethical dilemmas in forensic psychiatry.  Presented at Atascadero State Hospital, Atascadero, California (by invitation) May 1989.

181.    Mills, M.J. Controversial issues in psychiatric administration.  Presented at Metropolitan State Hospital, Norwalk, California (by invitation) May 1989.

182.    Mills, M.J. Issues in psychiatric malpractice.  Presented at Harbor Hospital, Los Angeles, California (by invitation) June 1989.

183.    Mills, M.J. Current themes in psychiatric malpractice litigation.  Presented at Metropolitan State Hospital, Norwalk, California (by invitation) June 1989.

184.    Mills, M.J. Implementing informed consent criteria for the hospitalized chronically mentally ill. Presented at the Department of Mental Health and Mental Retardation, Nashville, Tennessee (by invitation) June 1989.

185.    Mills, M.J. Insanity:  Do we need it?  Presented at Atascadero State Hospital, Atascadero, California (by invitation) June 1989.

186.    Mills, M.J. Legal developments affecting patient care. Presented at Olive View Medical Center, Sylmar, California (by invitation) June 1989.

187.    Mills, M.J. The legal issues affecting psychiatric patients' assault.  Presented at Napa State Hospital, Napa, California (by invitation) September 1989.

188.    Mills, M.J. Tort law and malpractice.  Presented at Atascadero State Hospital, Atascadero, California (by invitation) December 1989.

189.    Mills, M.J.  The future of forensic mental health services. Presented at Mayhem, Madness and Mental Health, San Luis Obispo, California (by invitation) April 1990.

190.    Mills, M.J.  The role of the nuclear utility medical review officer:  issue of drug testing in the workplace.  Presented at the Nuclear Management and Resources Council Meeting, Detroit, Michigan (by invitation) September 1990.

191.    Mills, M.J.  The role of the nuclear utility medical review officer:  practical issues for physicians. Presented at Healthcare Centers for Business in Industry, Phoenix, Arizona (by invitation) October 1990.

192.    Mills, M.J.  The devil made me do it:  some thoughts on the role of mental illness in violent crime. Presented at Plexis II:  The Neurobiology of Aggression (Healthcare Rehabilitation Center), Austin, Texas (by invitation) November 1990.

193.    Jackman, J.A., Mills, M.J. and Wells, S.H. Medical/legal aspects of mental illness. Presented at the Whittier Bar Association, Whittier, California (by invitation) November 1991.

FELL-00000421

Mark J. Mills, J.D., M.D.
*Curriculum Vitae*
Revised: January 2001
Page 26

194.    Mills, M.J.  The theory and practice of defending psychological injury in tort claims:  the evaluation and implications of Post-Traumatic Stress Disorder (PTSD).  Presented at the Torts Branch, Civil Division, United States Department of Justice, Washington, D.C. (by invitation) June 1992.

195.    Mills, M.J.  Substance abuse and stress management in the legal profession.  Presented at the California District Attorney's Association Annual Meeting, South Lake Tahoe, California (by invitation) June 1992.

196.    Mills, M.J.  The politics of the right to refuse treatment.  Presented at the Fifteenth Annual Scientific Meeting of the International Society of Political Psychology, San Francisco, California (by invitation) July 1992.

197.    Mills, M.J.  Malpractice risk reduction.  Presented at the Southern California Edison Health Care CME Offsite, Pomona, California (by invitation) January 1993.

198.    Mills, M.J.  Legal issues in medicine.  Presented in conjunction with the course, "The Anthropology of Medicine" to the University of California School of Medicine, La Jolla, California (by invitation) February 1993.

199.    Mills, M.J.  Psychiatric dangerousness and civil commitment criteria.  Presented at the MCLE Seminar, Rushfeldt, Shelley & Drake, Sherman Oaks, California (by invitation) March 1993.

200.    Mills, M.J. and Rosenberg, J.E.  Is it proper to sue and prosecute psychiatric patients for assault?  Presented to the American Academy of Psychiatry and the Law, 25th Annual Meeting, Maui, Hawaii (by invitation) October 1994.

201.    Mills, M.J.  Is there a link between mental illness and dangerousness?  Presented at the UCSD Department of Psychiatry Conference Seminar titled "Breakthroughs in Psychiatry and the Law: Dealing with Dangerousness in the 90's," San Diego, California (by invitation) February 1995.

202.    Ornish, S.A., Mills, M.J., Humphrey, J., Matthews, D. and Pippin, J.D.  Ethics, law and prearraignment evaluations.  Presented to the American Academy of Psychiatry and the Law, 28th Annual Meeting, Denver, Colorado (by invitation) October 1997.

203.    Mills, M.J.  Psychiatric issues in nursing home care.  Presented at A.I. Healthcare, New York, New York, April 1999.

204.    Mills, M.J.  Current topics in forensic psychiatry.  Presented at Grand Rounds for Howard University Department of Psychiatry, Washington, D.C. (by invitation) November 2000.

205.    Mills, M.J.  Psychiatric issues in criminal prosecution.  Presented to the United States Attorney, Central District (Florida), Tampa, Florida (by invitation) December 2000.

FELL-00000422

# EXHIBIT 4