discussed the children's need for
stability and appropriate relationships
w/ men - i.e., not violent ones. -
She claims he only hit her once + that
was while the kids were in Virginia
w/ Their aunt.

She said her mum just wants to
take her kids away + she does not
want her to ever get them. She also
said her mum wants her to live life
the way she does.

Wkr again told Debbie to go
to the court advocate. - She said she
would. - wkr also told Donny that
his mum had to go to an appt.
+ he would need to go to his
grandmothers.

_____

Wkr called Court advocate + told
them to expect Debbie - C+4 agreed
pay for urinalysis + breathalyzer

FELL-00000706

(Feei / 7

did tell wkr that Debbie used to
come in during the day + drink.
and g call
— Theresa then told wkr that
Teri also have lice —
— at this point Teri came back.
Wkr explained that she + Denny could
stay here while her mom went to
an appt. — She said Denny was
mad at her b/c she talked to
this wkr. — Both this wkr + Theresa
encouraged Teri to tell the truth
+ Wkr explained she is there to help.
— Wkr then went over to Debbie's
+ told her to go to the Court advocate
before 12:30 and her mother could
watch the kids. — Denny came downstair
but he really wouldn't talk to wkr.
Wkr also discussed w/ Debbie her
drinking + the various men that
are supposedly in + out of her home. — Wkr

FELL-00000707

# EXHIBIT 15

CONTACT SHEET

CASE NUMBER:                          MONTH: August

CLIENT NAME: Fell                    WORKER: D. Teima

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
|  | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 8/8/91

Location: PHone

Who Seen:

3:18pm

Jerri

1. ) To return Theresa's call.

2. ) - Theresa was not in
- wkr spoke to Jack -
he said Theresa would
be back in a little bit.
- He said Donny had went
w/ Theresa, but Jerri was
there.   wka asked Jerri
where her mom was + she
said she went to her
appt.

See attached Pink Sheet

Theresa called wkr to say that Debbie
would not let Jerri stay
overnight. - wkr explained
that Debbie has the right ⟹

3:40 pm

FELL-00000708

to allow her children to stay overnight
or not stay overnight. — Theresa
said she felt if Levi went over there,
her mom may go to Lenny's.
— Wkr then hung up & spoke to Ellis Carle
Supervisor, — he concurred at wkr that Debbie
is the mother + has custody of the kids,
therefore she can tell her daughter that she
has to sleep at home.
— Wkr called to Theresa back +
relayed Ellis' words. wkr explained that
Theresa needs to go along at Debbie's
decision + not undermine her authority.
She said if Debbie said no, then
she'd tell Levi she can't stay over.
Wkr reminded her that if the children
are in danger she can call Helpline
after hours.

FELL-00000709

# EXHIBIT 16

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: August

WORKER: DKeune

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 8/8/91
Location: Phone Call to the Court Advocate 3:14pm
Who Seen:

1. ) To find out if Debbie came in for her urinalysis.

2. ) — No she was not in.

8/8/91
Phone Call to Debbie at 3:17pm

— no answer

See attached Pink Sheet

8/8

Cindy, from the Court advocate called + informed who that Debbie had come in at 3:45pm + the breathalyzer came out negative for alcohol.
— They also asked for a urine samp

FELL-00000710

But she said Debbie only
gave a small amount.
- She said the urinalysis does
not test for alcohol.

FELL-00000711

# EXHIBIT 17

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: DSSkim

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/11/91

Location: Phone

Who Seen: 

Bruce Wilson

1. ) To get an update on Denny's behavior.

2. ) Bruce said Denny was hospitalized b/c of very aggressive behavior. — He is doing okay at the hospital. He will keep informed after b/c his progress. — The plan is for him to be returned home.

FELL-00000712

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: OHGerma

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
|  | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/25/91

Location: cont

Who Seen:

Bruce Wilson

1. )

2. ) Bruce Wilson in-
formed w/kr that:

Danny being discharged on
Wednesday, Oct 30. 1991
will be recomending Out-
patient through CSC and
In-Home Based Team.

— Says mother has been
attending counseling at
Denny.

FELL-00000713

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: November

WORKER: D.Glenn

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 11/6/91

Location: Voice Mail

Who Seen:

1. )

2. ) Jean called + left message for Deb to call her re. Ben Fell

11/7/91
Phone
Jean

1) To return Jean's call

2) Donny was released on Oct 30 - He had an appt the next day which was they canceled + then they had one for 11/4 which she missed b/c she forgot. Then she Came in on 11/6/91. - she said she understands

next appt:
Tues 11/12 at 2pm

FELL-00000714

that the hospital recommended Home-Based, but she needs a written referral.

Wln said she'd check up Bruce Wilson at the hospital to ensure that he was sending them something.

FELL-00000715

# EXHIBIT 18

## DISCHARGE/REFERRAL FORM

# First Hospital Wyoming Valley

A FIRST HOSPITAL CORPORATION FACILITY

149 Dana Street
Wilkes-Barre, PA 18702
717-829-7900    1-800-624-9902
FAX 717-829-7943

**DATE:**  October 31, 1991

**TO:**  Luzerne County Child & Youth
Attn: Deanna German

# REDACTED - FELL

**APPOINTMENT DATE/TIME:** _____

**PATIENT NAME:**  FELL, Donald #7483    **BIRTHDATE:**  04/30/80

**ADDRESS:**  REDACTED - FELL    **TELEPHONE:** REDACTED - FELL
Wilkes-Barre, Pa. 18702

| 09/30/91 | CHILDREN'S | Anthony T. Denaro, M.D. |
|---|---|---|
| **ADMISSION DATE** | **PROGRAM** | **ATTENDING PSYCHIATRIST** |

**DISCHARGE DATE:**  10/30/91

**DISCHARGE/REFERRAL DIAGNOSES:**

**AXIS    I:**  Conduct Disorder, Undifferentiated type.

**AXIS   II:**  No Diagnosis.

**AXIS  III:**  No Diagnosis.

**DISCHARGE/REFERRAL MEDICATION (Including amount):**

NONE.

**FHC** *Pennsylvania Network*

Clarion Psychiatric Center, First Hospital Wyoming Valley, Hickory Ridge Chemical Dependency Services,
The Horsham Clinic, The Meadows Psychiatric Center, Roxbury, Southwood Psychiatric Center

FELL-00000716

**CLINICAL ABSTRACT:**

Donald Fell is an eleven year-old white male who was voluntarily admitted to First Hospital Wyoming Valley by his mother, Debbie Fell, upon the recommendation of the Children's Service Center. Prior to admission, Donald was extremely oppositional at home, was having trouble within the school setting, was physically aggressive towards family members which included kicking his mother and throwing darts at his mothers boyfriend. Donald, reportedly, has been playing with matches within the home and also has frequently threatened to run away from school or from home. Donald resides with his mother and sibling in Wilkes-Barre and attends the Daniel Flood Elementary School where he reportedly does inadequately behaviorally as well as academically.

Throughout his hospitalization, Donald was involved in individual, group and family therapy; in addition to, unit milieu therapy and full-time enrollment within First Hospitals Genesis School. While hospitalized, Donald received the following formal psychological test: the Wechsler Intelligence Scale for Children Revised, the House Tree Person, Piers Harris Children Self-Concept Scale, Robert's Apperception Test for Children and the Children's Sentence Completion Test.

On the milieu, Donald presented as generally compliant with the expectations and rules. He displayed underdeveloped social skills but throughout his hospitalization did exhibit improvement in his ability to relate to others. Donald exhibited minor testing of limits but was responsive to redirection. Overall, Donald did respond to authority, and the consistency and structure of the milieu. Donald also displayed improved problem solving and coping skills and only had one difficulty with a peer with regard to physical aggression. Within group therapy, initially, Donald presented as guarded with limited verbal skills. As his hospitalization progressed, Donald was able to share of his past abuse at the hands of his father, examine his anger towards his mother, and share frustration with regard to his mothers boyfriend's very recent accident. Donald was able to improve his problem solving skills with his peers and displayed an ability to be supportive to them in addition to being open to encouragement from others. In individual therapy, initially, Donald presented as guarded and denied any presenting problems and responsibility for his actions. Donald readily admitted to being angry with his biological father for his past abuse but, initially, denied any resentment or anger toward his mother. As the hospitalization progressed and Donald developed more trust within the therapeutic setting, he began to readily examine the presenting problems and his feelings with regard to family members. Donald was able to share of resentment with his mother for having allowed his father back into house on several occasions and also was able to see how his aggression towards his sister was a result of this anger towards his mother. Donald was also able to share of sadness and confusion with regard to his mothers boyfriend who had been in an accident during his hospitalization. Donald displayed good motivation to improve his behaviors and stated that he was able to forgive his mother for her poor judgement in the past. Through discussions, Donald was able to enhance his problem solving and coping skills and this was evidenced in his overall behavior on the milieu. Donald was able to examine alternatives to his acting out and together with his mother worked on a behavioral management system to be implemented in the house following his discharge.

(Continued)

FELL-00000717

CLINICAL ABSTRACT CONTINUED:
FELL, DONALD #7483
PAGE 2

Donald was also able to see how his behaviors in many ways paralleled that of his fathers and displayed strong motivation to alter these. Within family therapy, Deborah Fell presented as concerned and frustrated with Donald's behavior. She was open to suggestions and interventive strategies given and readily admitted to having short comings with regard to her parental skills. She appeared to have a fairly good understanding of Donald's feelings and anger and was encouraging of Donald to share these within therapy. She was also open to Donald expressing his resentment toward her and was also able to see how her authority had been diminished within the home. Family therapy focused on establishing appropriate expectations, with Deborah Fell able to work with Donald in establishing a behavioral management system. Deborah Fell understood the need to assert authority over Donald and her daughter and also recognized the need to continue to work on her parental skills. She was in agreement with the recommendation for in-home base family services and made assurances to follow through on treatment recommendations for Donald. Both Donald and Deborah Fell felt Donald benefitted significantly from hospitalization with Donald being discharged into the custody of Deborah Fell.

TREATMENT RECOMMENDATIONS:

Individual and Family treatment. An initial appointment has been scheduled for Thursday, October 31, 1991 at 3:00 P.M. with Jean Viglione of Children's Service Center.

It is recommended that the Fells be involved in the in home family based treatment program.

**ATTENDING PSYCHIATRIST**
Anthony T. Denaro, M.D.

**THERAPIST**
Bruce Wilson, L.S.W.

D:  11/07/91
T:  11/07/91
ATD/BW/dlk

FELL-00000718

# EXHIBIT 19



WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

FELL, DONALD
3711793
041492 0119

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.

REDACTED - FELL

p Donald Fell

*(handwritten progress notes, largely illegible)*

0352

FELL-00000719

FELL, DONALD
37: 773          383700          WILKES-BARRE GENERAL HO PITAL
241493 9119P   11Y  043080
             824-5842
REDACTED - FELL
KILFES BARRE      PA M S        PROGRESS RECORD
C :0

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tonsils etc.)

| DATE | |
|---|---|
| 4/15/92 | *(handwritten clinical notes — illegible)* |
| 4/16/92 | *(handwritten clinical notes — illegible)* |
| 4/17/92 | *(handwritten clinical notes — illegible)* |

0353

FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient. (In case of Postpara please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tetanus etc.)

| DATE | |
|------|---|
| | *[handwritten, largely illegible]* |
| | |
| 4/20/9? | Pt behaving well on the whole on unit but conduct is oftentimes impulsive. Very self-centered & not mature for his age. Is responding to Desipramine medication. M. E. Barner MD |
| 4/2?/9? | Behaving well on Unit. He seems to be responding to medication but seems quite tense & rather unhappy. The home situation has been difficult for him & he seems most closely attached to his grandmother. M. E. Barner MD |
| 4/?/? | *[handwritten, largely illegible]* |

0354

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Temesis etc.)

| DATE | |
|------|---|
| 4/23/9 | *[handwritten clinical notes — illegible]* |
| 4/24/9 | *[handwritten clinical notes — illegible]* |
| 4/26/9 | *[handwritten clinical notes — illegible]* |
| 4/26/9 | *[handwritten clinical notes — illegible]* |

0355

FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tetania etc.)

| DATE | |
|---|---|
| 4/27/92 | Pt. behaving himself on Unit. He is still a very tense, unsmiling lad but he is all full of good intentions as to how he will behave after discharge. Does need hospitalization. *M. E. Barry MD* |
| 4/28/92 | Pt. behaving well on Unit. Still quite tense. Responding to medication. *M. E. Barry MD* |
| 4/29/92 | [illegible handwritten clinical notes] |
| 4/30/92 | [illegible handwritten clinical notes] |
| 5/1/92 | [illegible handwritten clinical notes] |

0356

FELL-00000723

FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

**PROGRESS RECORD**

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Toxemia etc.)

| DATE | |
|------|--|
| 5/2/92 | *Disch, Med* |
| | *(handwritten notes)* |

0357

# EXHIBIT 20

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793            383700
041492 0119P  11Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/14 | 1:30pm | Group | Discussion on alcohol related problems. Donald participated in group. He stated people drank to fit in. Sometimes model off their parents. Suzanne M. Smith Therapist |
| 1/14 | | | ... nursing note ... |
| 4/14 | 4:30pm | Telephone | Called Mrs. Fell & she verbally answered my questions to fell out the psychol-social form. She states Donald recently had accidentally shot her friend while they were playing with a (SNS 4/14/92) gun. She states Donald hits her & her sister, he curses, doesn't follow rules & throws things when angry. She states his father was very strict & she was very strict. She states her & her sister were sexually & physically abused by a role & foster babysitter at age 4. She states his father use to beat him & her now. They recently moved out so the father & haven't seen him for 4yr. (?cause) She states she is interested in tough love meetings. Continued SNS Therapist |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000725

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary P REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/14/92 | 4:30 pm | Telephone | set up a family session for April 16 at 12:00 — Suzanne Smith Therapist |
| 4/14/92 | 5:00 pm | IND | Donald and reviewed his treatment plan & he signed it. He states he realizes he has to change his negative behavior & felt bad for beating up his mom & sister. He was tearful & stated he will follow our rules here. He abused his father had beat him & his mom when they lived together — Suzanne Smith therapist |
| 4-15-92 | 12:30 | 7/NWt | Pt sleeping on initial rounds. |
| | 2:00 AM | | Appears to be sleeping as observed q 15 minutes |
| | 6:00 AM | | Awake. Bloodwork drawn by lab tech. Pt cooperative |
| | 7:00 AM | | Pt awake. Am care done. (con't shuse serves mod) |

Formulated: April, 1988
Form #: 4500.204.88

0393

WILKES-BARRE GENERAL HOSPITAL   FELL, DONALD
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/15 | 8am | mru Cont. | Pt to classroom. _Shar Jones_ |
| 4-15 92 | 8am | Add. | Urine specimen obtained and sent to lab. — _Shar Jones MHW_ |
| 4/15/92 | 2:45 | | Donald participated during education and ad. His conversation was somewhat inappropriate at times but he was cooperative. I spoke with his teacher from the Children's Service Center and she said he does well in the initial program. — Mary O'Kawa, Teacher |
| 4/15 | 3°° | FW | Donald states he doesn't care if his mom hasn't visited or called her because he is mad at her and something, no "putting him in here". He is not yet taking responsibility for her negative actions. He has no reaction about the family session tomorrow. States he doesn't like it here — Suzanne N Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000727

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-15 92 | 3:00 430 | MHW | Donald level 5-1 attended all activities. Interacted with staff. Participated well in groups. L. Marsh, MHW |
| 4-15-92 | 12:30pm | Group | Discussed his presenting problems — ? seemed to not take too seriously — confronted by this worker — discussed parents separation & subsequent divorce. peers offering support. — R.___, Int. |
| 4-15 | 4:00 12:30 | MHW | Patient had superficial interaction this evening. Patient doesn't accept responsibility for his behavior. Patient remains on level 5-1 with Q 15 minute checks done throughout the shift. — ___ MHW |
| 4-16-92 | 12:30 8:30 | Shift notes | Pt was ___ (crying) asleep on initial roundsand aroused q 15 m. Am care was completed. ___, MHW |
| 4-16-92 | 10:00 am | IND | Donald appears bright & pleasant this morning. He stated he was motivated to be working on his treatment issues & completing his goals. He stated he is looking forward to ___ |

Continued S. M. B. therapist

Formulated: April, 1988
Form #: 4500.204.88

0345
FELL-00000728

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Rec

REDACTED - FELL

FELL, DONALD
3711793                     383700
641492 0119P    IIY  043000
TEUSSNER, JA        824-5842
WILKES BARRE              PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
|      |      |         | *Continued* |
| 4-16-8 | 10:00 am | I ND | th. family session with his mom. He hopes to communicate better with his mom. He states that his mom yells a lot. However he does seem to causing her some stress by his negative behavior. He states that he realizes that he is engaging in dangerous behavior by playing with guns & knives. He states he realizes he could've accidentally killed or injured his friend. He states he needs to think before he acts. He still seems somewhat unconcerned & not truly having an understanding of the severity of his actions/issues. —Suzanne N. Smith, therapist |
| 4-16-89 | 1:30 | Family | Donald's mom came in for the session. She states she has had it with Donald's inappropriate & violent behavior at home. He threatens to throw his sister down the steps. He pushes the mom when her back is literally turned. He locks his room with de hangers & won't allow anyone in. *Continued* SNS therapist |

Formulated: April, 1988
Form #: 4500.204.88

D396

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

FELL, RONALD

383700

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/16/92 | 12 00 | Family | He states Donald does smoking |
| | | | but also finds better under her |
| | | | window & has lighter in his room. |
| | | | Donald entered the session & he |
| | | | was disrespectful. He argued verbally |
| | | | with her & constantly raised his |
| | | | voice. He blamed everyone else for |
| | | | his behavior & only once in a while |
| | | | took some of the blame. He became |
| | | | disrespectful by saying "um oh" |
| | | | & loudly telling his mom not to call |
| | | | him Brother. The session was ended |
| | | | & Donald became very agitated & |
| | | | didn't want it to end. He was then |
| | | | escorted to the time out room & |
| | | | he proceeded to throw his pillow |
| | | | yell. He did then follow direction |
| | | | & carried out his time out — |
| | | | ——— Suzanne M. Smith therapist |
| 4/16/92 | 1 45 pm | Telephone | I called C of F & spoke with |
| | | | Donna & she stated that they are |
| | | | involved with the family currently. |
| | | | She states for us to keep record |
| | | | certain Donald's progress log — Suzanne M. Smith |
| | | | therapist |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000730

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492  0119P    11Y  043080
KRUSSNER, JA  --      824-5842
REDACTED - FELL
... KES BARRE              PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/16/92 | 1230 | Group | Missed most of group — in family session. R Grault Ther. |
| 4/17/92 | 8:30 | M Hw | Donald level 5-1 attended all groups, and family session. Pt was disrespectful in session. Sarcastic to father — Maria Toney RN |
| 4/18/93 | 5:00 | recreation | Donald participated during recreation and art. He was inappropriate in his behavior at times but was generally cooperative. |
|  |  |  | Mary Claire Teacher |
| 4/18 | 11 p.m. | late | Patient remains on level 5-1 patient much disrespectful for disrespectful toward staff and peers. Placed on room restriction at 5 p.m. due to accumulated reports. Patient given five points for in and out of room. Participated in group. He appeared restless. Treatment given precaution for head lice. Patient to bed at 10 p.m. — ... RN MHW |
|  |  |  |  |
|  |  |  |  |

Formulated: April, 1988
Form #: 4500.204.88

0348

FELL-00000731

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4·17 | 12-8 | MHW | PT Remains on Level 5-1 c̄ q 15 min. checks. PT is Sleeping Quietly. Hallett MHW |
| 4/17/92 | 2:3pm | Group | Discussed the importance of discipline to the development of self-discipline & how such assists children in growing up. Pon was making positive contributions to point second session about how he felt about this. During each point _____ |
| 4-17-92 | 8:00 / 4:30 | shift notes | Pt. remained on level 5-1. appetite good for breakfast and lunch. attended and actively participated in groups, and was able to give peer feedback. During free time he was eager to complete goal and review treatment plan with staff. We discussed ways he can learn to control his temper when becoming frustrated. Pt act- ively participated in the recreational group this afternoon. There was (continued 4-17-92 Kim Bradel) |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000732

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793
041492 0119P 11Y 383700
043080
824-5842
REDACTED - FELL
WILKES BARRE PA M S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | continued |
| 4-17-92 | 8:30 7:30 | short notes | an episode where he had a slight altercation which involved pushing another peer. He was given R.O. for this. Later he discussed it with staff and peers. [T.B. 4-16-92] apologized for his behavior. In dayroom at end of shift. Tina Belardi |
| 4/17/92 | 4:00 7:30 | MHW notes | Pt remains on S-1. Pt was placed on room restriction because he had 16 points. Pt did not say anything to staff about his room restriction. The nurse found an error in the report and brought it to his attention. He said that day staff told him that he did not have room restriction. Pt had to spend the rest of the night in his room. He did take his consequence without further malice. Taylor MHW |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0400

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Reading | Comments |
|------|------|---------|----------|
| 4-16 92 | 12:30 | MHA | Sleeping on initial rounds |
| | 2:30 am | | Appears to be sleeping on |
| | | | 15 min rounds. |
| | 5:00 am | | Appears to be sleep as observed |
| | | | q 15min. |
| | 7:30 am | | Awake. Am care done. |
| | 8:30 am | | In dayroom at end |
| | | | of shift. S-1 precautions |
| | | | maintained. No actions taken |
| 4-17 | 8:1 | MHW | PT Remains on level |
| | | | S-1. PT was plasant |
| | | | This Morning. PT had |
| | | | Run in with Mike c̄ |
| | | | T/hreaten To Kill Him |
| | | | PT was Timed out And |
| | | | Recived 3 point For This |
| | | | Behaviour.  Mark Szot MHW |
| 4/18/92 | 4:00 12:30 | MHW | PT remains on S-1. PT was cooperative |
| | | | and pleasant tonight. He took part |
| | | | in all groups with ample participation. |
| | | | PT expressed his feelings about openly |
| | | | Explain in the hospital. He said he understood |
| | | | that he wasn't here on own time. He |
| | | | was timed out in discussion group |
| | | | (continued) |

Formulated: April, 1988
Form #: 4500.204.88

0401

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | continued |
| 4/18/12 | 4:00 2:30 | MHW notes | because he could not respond to question how he has to change to get out of here and improve his life. He was timed out then returned to group and still was very passive and non responsive. At times he was silly and in constant motion. — To Zelito MHW |
| 4-19 | 12:30 | MHW | Sleeping on initial rounds. |
| | 2:00 | | Appeared to sleep as observed q15 minutes. |
| | 5:00 | | Appeared to sleep as observed q15 minutes. |
| | 7:00 | | Awake Am care done. |
| | 8:00 | | In dayroom at end of shift. — Shari Jones MHW |
| 4-18-19 | 4:30 | MHW | PT Remains on S-1 Level. PT IS NOT Allowed To Speak To Mike. PT was Pleasant To Days. Mark Szot MHW. |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0402

FELL-00000735

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/19/92 | 4 α. 6:30 | MHW note | [handwritten] Pt remains on S-1. Pt was quite calm and subdued for the shift. He needed redirection by staff on several occasions. He was given a time out in the seclusion room because of rude statements toward staff and peers. He did take part in all groups tonight with simple participation. Pt is still on separation with another male patient. Jennifer, MHW. |
| 4-20-92 | 12 MN 5:30 | MHW | [handwritten] 12:30 Pt appeared to be asleep upon initial rounds. 5:30 Pt reflective consciousness as absent q 15 minutes. 5:30 AM care completed. Mrs. ____ MHW |
| 4/20/92 | 2:47 | education | [handwritten] Donald participated during education and art. He read well and was cooperative. Mary O'Kane, teacher |
| 4/20/92 | 12:30p | group | [handwritten] Discussed the importance of developing a trusting relationship with another ____ of how such could help his development. ____ |

Formulated: April, 1988
Form #: 4500.204.88

0403

FELL-00000736

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record) REDACTED - FELL

FELL, DONALD
383700
PA

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | int. | Pt. appeared to understand what |
| 7/10/92 | 12:30p | Group | was being discussed & how much he wanted to develop this type relationship. He felt he could have this type relationship & his great Grandmother. He described her as someone who could be stern - but seemed to have his best interest in his heart. Pat Tygielski Ct. |
| 7/10/92 | 3:00 4:30 | MHW | Pt. on level S-1. Up well for breakfast and lunch. Participated in groups and education. Goal from yesterday completed. Goal for today is a 150 word essay on what he needs to do to be discharged from the hospital (get along with mom). Working on goal earlier in free time. Playing cards with peers in the afternoon. Alice J. Scanton MHW |
| 7/20 | 4-b | | Pt on level S-1. Making little progress in ... for his success for an in particular ... silly with peers. No ... state problem arose. No ... for about ... final level visits pass. Toy Lizga MHW |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000737

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD                393700
REDACTED - FELL
FEUGSNER, JA        024-5042
WILKES BARRE                PA M S

| Date | Time | Reading | Comments |
|---|---|---|---|
| 4-21- | 12:30 AM | MTN | Appeared to be sleeping on initial round |
| | 2:30 AM | | Appeared to sleep as observed |
| | 5:30 AM | | Appeared to sleep as observed |
| | 7:30 AM | | Awoke Am care given. Share Jones MHW |
| 8:30 AM | 4-21 | END | Donald is very quiet & refuses to discuss mom not seen or has seen & talked to her for a few days but she did leave him on Easter but not here. He states he will cooperate in the family session & won't try to make his mom feel guilty for staying away & having him visit in her presence. He stated he will convince her to trust him but he has no plan on how to. He stated he will control his temper by playing sports & not hitting his mom or sister anymore. His ideas are somewhat vague & not concrete — Continued Suzanne Smith therapist 4-21-82 |

Formulated: April, 1988
Form #: 4500.204.88

0405

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793                        383700
041492  0119P    IIY   043080
FEUSSNER. JA           824-5842
REDACTED - FELL

| Date | Time | Heading | Comments   BARRE          PA  M  S |
|------|------|---------|-----------------------------------|
|      |      |         | Continued                         000 |
| 42193 | 8:30 am | INO | He states he has been getting face |
|      |      |         | slashing on other well pm squirrel |
|      |      |         | on him. He states this is why he |
|      |      |         | isn't moving up the levels & is still |
|      |      |         | on level C.   Suzanne N Smith Therapist |
| 42193 | 12:30 | Family | Donald; mom came in for the session |
|      |      |         | Donald joined the session didn't |
|      |      |         | look at his mom. He lied on the bed |
|      |      |         | & only answered questions when |
|      |      |         | asked. He states he was mad his |
|      |      |         | mom hadn't come to see him since |
|      |      |         | the last family session. He started |
|      |      |         | telling his mom she yells too much |
|      |      |         | at home & he should not have him please |
|      |      |         | & thank you for all she wants him to do. |
|      |      |         | He told her that she shouldn't |
|      |      |         | disturb him during shows on TV. |
|      |      |         | He was very disrespectful with |
|      |      |         | his mom & was getting his anger |
|      |      |         | on his mom. He started cursing |
|      |      |         | & yelling when his mom felt the |
|      |      |         | session should be ended. He started |
|      |      |         | cursing myself & his mom. He was |
|      |      |         | refusing to be escorted out of the session. |

Continued
Suzanne N Smith
Therapist

Formulated: April, 1988
Form #: 4500.204.88

0406

FELL-00000739

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383___
041492  0119P  11Y  043___
FEUSSNER, JA            824-9342
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4-21-? | 12:30 | Family | He felt the session went well + that he did_'_ do anything wrong. He continued to be disrespectful towards staff after the session _____ _____ [4-21-?] _____. Mom stated prior to admission he attempted to _____ police _____ ____ __ ___ call police + needed to be eventually handcuffed by the police + settled down. Donald of course denied this + downplays all his problems — Suzanne N Smith therapist |
| 4-21-? | ?:?? pm | Group | "Behavior" - Donald at first didn't want to enter group but after redirection cooperated + participated fully. He stated how his previous behavior was out of context. He states he doesn't think before he acts + instead acts _____. He states he would like to change th__ — Suzanne N Smith therapist |
| 4-21-? | 8:00 4:30 | Shift | Please see RN Note _____ |

Formulated: April, 1988
Form #: 4500.204.88

0407

FELL-00000740

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
5711793                    583700
...... 0110P   11Y  043080
........        824-5042

REDACTED - FELL

WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/21/92 | 3:20 | EDUCATION | Donald participated during education. He missed art because he had a family session. ——— Mary O'Kane, teacher |
| 7/21 | 4-12 | Nsg Note | P To level 5-1. Spent free time on room restrictions this evening. Very silly and disruptive with peers while on room restriction. Needed much redirection and took advantage when supervision of the unit area sparse due to amount staff meeting. Nothing better upon this charge problem areas, brought very poor bad attitude and disrespectful tone of staff this night. Taking little responsibility for his behavior. Had very poor family session earlier this day. ——— Tony [illegible] |
| 7/22/92 | 6:30 | Nsg Note | Sleeping on initial rounds |
|  | 7:00 |  | Appears to sleep as observed q 15 minutes. ——— |
|  | 9:30 |  | Appears to sleep as observed q 15 minutes. ——— |
|  | 7:30 |  | Awake. Am care done. ——— |
|  | 9:30 |  | Room restrictions due to 44 pts given. ——— Shari Jones, MHW |

Formulated: April, 1988
Form #: 4500.204.88

0408

FELL-00000741

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4/2/93 | 10:00 am | INO | Donald states that he is sorry for acting so poorly yesterday. He states he will call his mom today to apologize for the poor penalty session. Later when he came up for another one he states he does have thoughts of his mother going to hurt him & his mom. He states he remembers the pain & shouldn't be physically or verbally abusive to his mom or sister. He states he will try & think before he acts. He, however, is having difficulty thinking of appropriate ways to control his anger. He is working on his goals today & cooperating so far. — Suzanne M. Smith, Therapist |
| 4/22/93 | 3:46 | Education | Donald participated during education and was cooperative until near the end of the session when he left the room after being redirected by a staff member. He missed art because he was on room restrictions. — Mary O'Karma, Teacher |

Formulated: April, 1988
Form #: 4500.204.88

0409

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                383700
L41492  0119P    IIY   043080
FEHSSKER, JA         824-584

REDACTED - FELL

| Date | Time | Heading | Com... |
|------|------|---------|--------|
| 4/27/91 | 830 430 | Shift | Pt on level S-1. On Room restrictions due to RTO points. Cooperative with. Required. Earned. points throughout the day. White and few gains such as walking out and away from staff members. *(signature)* LMHW |
| 1/27/92 | 12:30p | Group | Discussed reg (-) behavior of appear. Pt quickly came to peers arg set appeared to be feeding into peers reg (-) behavior. Discussed ē pt how such could impact on or his behavior. B further separated pt from peer due to his (& peers) inattentiveness, talking & silly etc. Robert Pyzonski Psyt |
| 4/29/91 | 9:30 | MHW | On level S-1. On room restriction since yesterday. Did not eat dinner. Gained a total of 12 points by bedtime for telling peers to shut-up and for being disrespectful to staff. Appeared angry and was disrespectful. In bed cond. |

Formulated: April, 1988
Form #: 4500.204.88

0410

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3711793                    363790
041492 OUTP    117 043090
FEUSSNER, JA    824-5012
REDACTED - FELL
WILKES BARRE              PA N S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-22-92 | 4:00 12:30 | MHW | around 2pm - Mrs. Ja Senator MHW |
| 4-23-92 | 12:30 | 4MHW | Sleeping on initial rounds. |
| | 3:00 am | | Appears to sleep as observed |
| | | | q 15 min). |
| | 5:00 am | | Appears to sleep as observed |
| | | | q 15 min). |
| | 7:30 am | | Awake. Am care done. |
| | 8:30 am | | Room restrictions for |
| | | | 3 pts given yesterday. Shave given MHW |
| 4-23-92 | 12:30 | Group | Topic - Beginning disappointment/failure. Donald did not participate in group as he developed a poor attitude, walked [illegible] medication & started cursing myself. Suzanne M Smith therapist |
| 4-23-92 | 2:30 pm | IND | Donald apologizes for his behavior & states he wants to change his behavior. He states that he [illegible] room restriction & gets really down on himself & does cooperate. He seems to state the things he needs to do but has difficulty in carrying them out. He states he will call his mom again, apologize & ask to see the family session tomorrow. Continued Suzanne M Smith therapist |

Formulated: April, 1983
Form #: 4500.204.88

0411

FELL-00000744

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                         383700
041492 0119P   IIY  043080
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE              PA M 5

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/24 | 2³⁰ pm | IND | He states that he realizes he needs medication to help control his Temper. He states he will try + control his behavior & get more on writing on his treatment plan. — Supportive |
| 4/24 | 3 PM | education | Donald did his school work in his room during education. He was not allowed to come to unit because he was on room restrictions. ———— Mary O'Kane, teacher |
| 4/23 | | dift | Succ. Res mate - Wendy Carniewski |
| 4/23 | 4:00 | MHW | Patient disrespectful and in need of redirection throughout the shift. Patient not cooperating with restriction. Patient should be focus on treatment. Donald remains on level 5-1 with Q15 minute checks done throughout the shift. Donald accumulated fourteen points by bedtime. ———— Bria Mandi MHW |

Formulated: April, 1988
Form #: 4500.204.88

0412

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/2/92 | 12 MN 8:30 | NUTW | 1230 Pt appears to be sleeping upon initial rounds. |
| | | | 06:30 Pt resting comfortably as observed q 15 minutes |
| | | | 08:30 AM care completed Pt in program — |
| 1/2/92 | 8:30 am | INA | Donald stated he still doesn't like room restriction but will try really hard to behave today so he will be off it tomorrow. He states he does want the family session & attempted to call his mom but she wasn't home & spoke with his mom's boyfriend. Al. He stated that he is not used to his mom being sick still as before his father left she was very soft & lenient. He is still upset she doesn't want him but keeps forgetting she told him she will want him when he is on good behavior. He seems to get into a negative thinking mode when a different time being optimistic. Continued |

Formulated: April, 1988
Form #: 4500.204.88

0413

WILKES-DARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492 0119P    11Y  043080
FEHSSNER, JA         824-5842

REDACTED - FELL

| Date | Time | Heading | Comments BARRE |
|------|------|---------|----------------|
| | | | Continued ... 009 |
| 4-24-92 | 8:30 pm | IND | H states he does have a difficult time thinking before he acts. He states sometimes he gets angry & doesn't remember what he ... He states. Suzanne M Smith Therapist |
| 4-24-92 | 3:00 pm | Family | Mrs. Fell came in for the family session. She states she spoke with him yesterday & he was appropriate. She stressed to him that he should cooperate here if he wants to eventually come home. Donald entered the session happily & was glad to see his mom. He stressed to his mom he was going to make it a good season. He was appropriate & respectful to his mom. He still needs to be able to accept his mom's actions. He didn't talk back but states he ... he will have to try hard to not argue back or ... Suzanne M Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0414

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
C41492 0111P   11Y  043030
FUSSNER, JA           824-5312
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/24/93 | 8:00 4:40 | Shift | Pt. on level S-1. On room restrictions due to _____ today (see note) Reviewed Tx Plan. He is very smart, anxious but could not come up c any reasons he fails to follow his Appropriate Plans. Attended groups _____ (unreadable signature) |
| 4/24/93 | 3:37 | Education | Donald did his work from the CSC while on restriction. He was cooperative. Mary O_____ Leader |
| 4/24/93 | 2:30p | Group | Discussed dreams, + how dreams effect moods & behaviors. Excellent behavior in group - bright, insightful comments. Polite & pleasant follows re-direction easily. Robert J. Lynch - Mgmt. |
| 4/24/93 | 4:12 | MHW. | PT Remand at S-1. PT Had Room Restriction All Day. PT was Allowed To Watch Movie. PT Did Very Well in Group. Mark S____ MHW |

Formulated: April, 1988
Form #: 4500.204.88

0415

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 G119F  IIT  043060
FEUSSNER  1A          824-5842
REDACTED - FELL
WILKES BARRE          PA M 3

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-25-92 | 12 mid 630 | M130 | 1230 Pt increased to level C as per MD. Pt appeared to be sleeping as observed q 1/2°. |
| | | | 0630 N resting comfortable as observed q 1/2° |
| | | | AM care completed, Pt in dayroom. |
| 4-25-92 | Feb 730 | Sh/ | Pt on level C. Nee. Os much redirection. Pt complies when told to do so. Whiny (?) times when does not get his own way. Worked on out. T.D. at dinner CTR. Given additional out. Watched movie č PEERS and related in groups. |
| 4-25-92 | | Nite | Patient remains on level C, needed redirection for silliness. Visited by mother, good interaction. Participated in education and group therapy. Patient talked about physical abuse by his father. Also sexually abused by a babysitter. Patient playing card game with peers during free time. Patient to bed at 10³⁰ and resting quietly at this time. |

0416

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4-26-92 | 12 NN 8:30 | MHW | See RN notes _____ (signature) |
| 4/26/92 | 8-430pm | Staff note | Nursing note _____ (signature) |
| 4-26-92 | 4=5pm 7=330pm | Staff note | Patient remains on level B. Timed out for silliness early in shift. No visitors. Playing ball in free time. Participated in education and group therapy. Patient superficial in discussing his problem. Enjoyed watching movie before bed time. Patient to bed at 10:30 pm, and resting quietly at this time. — (signature) MHW |
| 4-27-92 | 12:30 | MHW | Appeared sleeping on initial rounds — |
| | 3:00 am | | Appeared to sleep as observed q 1/2°. — |
| | 5:00 am | | Appeared to sleep as observed q 1/2° — |
| | 7:30 am | | Awake. Am care done — Shari Jones MHW |
| 4-27-92 | 10:30 am | IND | Donald was happy to be on level B. However, he was quiet & maintained little eye contact. He stated nothing was bothering him but he appeared somewhat down. He stated he had a Continued — Suzanne N. Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

0417

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 0119P    11Y    383700
FEUSSNER, JA              043080
REDACTED - FELL            824-5842
WILKES BARRE              PA   3
0C0

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/7/93 | 10³⁰ | IND | good visit with his mom. He states he is looking forward to getting level A back is left in getting his treatment plan reviewed. He states almost over-confidently that he will follow all the rules at home & be always respectful of his mom. He seems to feel coming treatment back won't be difficult. He thoughts seems to be wondering & not concentrating on what we were discussing. He states he won't play with guns or knives anymore & states they are dangerous & people can get hurt. — Suzanne M Smith |
| 4/7/93 | 12³⁴ | Group | Drew a picture of someone you'd like to be. He drew a picture of an eagle. He was at a meeting with a friend, John & the president. He was describing to the president the need to preserve endangered species. — Suzanne M Smith Therapist |

0418

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/2/92 | 8:00 | MHW | Donald Carol B - Bright participated in AM groups. Socialized with peers and staff. Pt not reviewing his treatment plan. Working on his goal on free time. No behavior problem. _____ MHW |
| 1/27/92 | 4:00 12:30 | MHW | Pt remains on Level B. Pt was pleasant and cooperative tonight. Pt was visited by his mom. During his free time (_____) he kept himself busy with other peers. He was very social with his peers and staff. Pt was also cooperative tonight. He did not need any redirection during the shift. _____ MHW |
| 4/28/92 | | ___ | Pt asleep _____ _____ observed q 1/2 _____ _____ _____ completed _____ _____ |
| 4/28/92 | 12:30 | Group | Very Verbal in group - appears sincere. Working for level B signature - confronting peers appropriately. Attentive to peer conversation. _____ RN |

Formulated: April, 1988
Form #: 4500.204.88

0419

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492  0117
FEUSSNER, JA
REDACTED - FELL
WILKES BARRE
COO

383700
11Y  043080
824-5842

PA H S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/28/92 | 5:45? | Staff Note | refer to MSW notes for Chripunta |
| 4/28/92 | 3:00 pm | I/O | Donald is working for level A & reports for a good family session. Tomorrow parents can hopefully go on a home pass for his birthday. He states he wants to behave & act appropriately. He doesn't want to fight or argue at home or play with dangerous items. He seemed proud of himself that he was the first one in the group by a person to know a multiplication answer concerning fractions. Donald is proud to not be getting any points yesterday or today. He states he is going to get used to his mom being strict & firm disciplinarian. — Suzanne N Smith, therapist |
| 4/27/92 | 11:00 | MSW | Donald participated during education this evening. Patient had select peer interaction this evening. Patient reviewed his treatment plan with staff this evening. Donald visited with his mom this evening. Patient remains on level B. — Sue Mason RN |

Formulated: April, 1988
Form #: 4500.204.88

0420

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL  DONALD
3711793
041492 0119P   IIY  043080
FESSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE
000

383700

PA M S

75-1

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4-14-9? | 12 MID 8:30 | mod | 330 Pt appeared to be sleeping upon initial round. |
| | | | 06 30 Resting comfortable as observed q 1/2° |
| | | | 0830 Amcare completed Pt in Dayroom — _(signed)_ |
| 4/14/92 | 12:30 | Group | Discussed long term goals & what steps to have taken today toward such. Donald was bright & insightful — focused on goals around home/school. Admits to not doing anything today but plans on reading a science article ASAP. Offering peers good insights. — Robert Tygzuli U.A. Thrpt |
| 42992 | 2°°pm | Family | Donald's mom came in for the family session. She states she feels Donald is coming along & their recent phone conversations are going well. She states he appears to be controlling his temper & disappointment well. Donald entered the session & he was happy to see his mom — Continued — Suzanne M Smith therapist |

0421

FELL-00000754

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 0119P    IIY    043080
FEUSSNER, JA            824-5842
REDACTED - FELL
WILKES BARRE            PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | *Continued* |
| | | | *[handwritten progress notes]* |

Formulated: April, 1988
Form #: 4500.204.88

0422