**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD
3711793
041492 0 19P    383700
SNE    JA    11Y 013080
824-5842
WILKES-BARRE    PA M S
COO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/29/92 | 3:38 | EDUCATION | Donald participated during education and art and was cooperative. ——— Mary O'Kane, Teacher |
| 7/29/92 | 400 430 | MHW | Donald level B — Participated in all groups. Working for level A. Received two signatures. Had family session in afternoon. Session went well. —Maude Meany aa— |
| 4/29/92 | 4:00 12:30 | MHW | Donald participated during education this evening. Patient had select peer interaction this evening. Patient (cooperative) with unit routine. Donald recieved level A this evening. ——— Sandi ___ MHW |
| 4-30-92 | 12 mn 0830 | MHW | 12³⁰ Pt appeared to be sleeping upon initial rounds. 06³⁰ Resting comfortable as observed ¼°. 0830 AM care completed Pt in dayroom. ——— ___ |
| 4/30/92 | 8⁰⁰ am | IND | Donald was thrilled to be going home per ___ today. He states he will follow the rules at home + prove he is trustworthy. —___ Therapist |

0423

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492 0119P  11Y  043080
FEUSSNER, JA            824-5842
REDACTED - FELL
WILKES BARRE            PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/30/92 | 3:30 | Educ | Donald was out on a home pass. *Suzanne N Smith, therapist* |
| 4/3/92 | 3:00 | Education | Donald missed education and art because he was out on pass. *Mary O'Karma, Teacher* |
| 4/30 | 3:00 | Shift Rpt | Pt. on level A. Went on pass with mom today. *D. (LPN)* |
| 4-30-92 | 10-6 | Note | Patient remains on level A, returned from therapeutic pass at 8 pm, accompanied by mother. Negative on contraband. Patient and his mother both state that pass went very well. Participated in group therapy, talked about home pass. Interacted with peers before bedtime. Therefore... |
| | | | ... |
| | | | ... |
| | | | ... |
| | | | ... |
| | | | ... |
| 5/4/92 | 8:30 am | Note | Donald states that he had a good family pass yesterday, he got a bike for his birthday — continued *Suzanne N Smith, therapist* |

0424

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    363700
041492  01150    117  042080
FLUSSHES  IA          024-0842
REDACTED - FELL
WILKES BARRE              PA  N 3
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 5/19 | 3$^{00}$pm | FNS | *(illegible handwritten text)* |
| | | | *(illegible)* |
| | | | *(illegible)* |
| | | | *(illegible)* |
| | | | school — Suzanne D Smith Therapist |
| 5/19 | out of report 8$^{25}$am | Telephone | Mom states ill person for w went well yesterday, Donald contacted himself & seen respectful. He is looking forward to Donald returning home — Suzanne D Smith Therapist |
| 5-1-92 | 9:45am | TN | Donald handled the news of not going home today very well. He states he will just keep up with his good behavior until he can go home. Suzanne Smith Therapist |
| 5-1-92 | 11$^{35}$am | Telephone | Donald's mom called & explained to her that he won't be leaving today & we want to have him keep up with his good behavior & possibly schedule another home pass as he got a lot of presents & attention for his birthday. She agreed & will stay in touch. Suzanne Smith Therapist |
| 5-1-92 | 12$^{30}$ | Therapy | Draw a picture happy/ sad. Donald drew a sad picture of being a scientist (as experiment going wrong. He drew a happy picture of — Continued Suzanne Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0425

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3711793
C41492 0119P    11Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE        PA H S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | continued |
| 5/19? | 12³⁰ | Group | being in LA California & helping [illegible] the [illegible] there — [illegible] |
| 5/19? | 8/30 | MHW | [illegible] on level A. Talked about [illegible] went together it went well. Cooperative & [illegible] Active in Phys Ed. Took meds well [illegible] MHW |
| 5/20? | 3.30 | [education] | Donald did work from CSC during education and was cooperative. He participated during art. — Mary O'[Kearns], Teacher |
| 5/21? | 4-11³⁰ | Night Note | [illegible] on level A. Cooperative toward staff [illegible] routine. [illegible] Took it well that he was not discharged today. [illegible] difficult. — [signature] |
| 5/22? | 12³⁰ | MHW | Appeared sleeping on initial rounds. |
| | 2⁰⁰ am | | Appeared to sleep. Observed q ½°. |
| | 5⁰⁰ am | | Appeared to sleep. Observed q ½°. |
| | 6³⁰ am | | Wt. 95 2-93? [illegible] Appeared to |
| | | | awake. Am care done. — Shari Jones MHW |

0426

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

```
FELL, DONALD
3711793                     383700
C41492 0119P   11Y   043080
FEUSSNER, JA             824-5842
REDACTED - FELL
WILKES BARRE              PA M S
```

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 5/2/42 | 8-8³⁰ | Subt Note | refer to MSW Notes [signature] Chryzanta |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0427

FELL-00000760

# EXHIBIT 21

Fell, Donald

# 383700

Dr. Feussner

adm : 6-6-93

(Patient Information)

## WILKES-BARRE GENERAL HOSPITAL
### WILKES-BARRE, PENNSYLVANIA 18764
### (717) 829-8111

## Discharge Face Sheet

### No Abbreviations Allowed

Note: International Classification of Diseases-9th Revision-Clinical Modification (ICD-09CM)

| | | CODE |
|---|---|---|
| **Principal Diagnosis** | That diagnosis which AFTER STUDY is found to be chiefly responsible for the hospital ADMISSION. ONLY ONE DIAGNOSIS. —DO NOT USE "DUE TO", "SECONDARY TO", OR "WITH" IN DIAGNOSIS. | |
| ICD-9 | Major Depression with psychotic features | 296.34 |
| **Additional Diagnosis** | Any conditions or diagnoses that co-exist at the time of admission or develop subsequently which affect the treatment received or length of stay. | CODE |
| | Hyperkinetic conduct Disorder | 314.2 |
| | Borderline Personality traits - | 301.83 |
| | | |
| | | |
| | | |
| **Principal Procedure** | One which was performed for definitive treatment rather than one performed for diagnostic or exploratory purposes, or was necessary to take care of a complication. The principal procedure is that procedure most related to the principal diagnosis. | CODE |

| DATE | DESCRIPTION | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| **Other Procedures** | | CODE |
|---|---|---|
| DATE | DESCRIPTION | |
| | | |
| | | |
| | | |
| | | |

Date Of Discharge _____ 6-30-93

DICTATED ✓
Date _____ 7/7/93

Disposition    Expired : :    Autopsy — Yes    No
Coroner's Case : :    Routine '    AMA . .

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge

Date _____ 7/7/93

Form No 1700 503 64

Signed By Dr _____

0064

FELL-00000761

# EXHIBIT 22



FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
REDACTED - FELL 24-5842
PA M S
000

N-77-1

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

Donald Fell

4/14/92 (1:00 admission note) 11:45 a.m. ♂ admitted via ambulance from Children's [illegible] center. Accompanied by mother & ambulance attendants (-) for contraband. Consents signed by mother [illegible] admission process. Pt minimizing problems stating the reason he believes he is being hospitalized is for arguing & cursing with his mom. However, pt [illegible] he accidentally shot his friend a few days ago with his friend's father's 9mm pistol. While making these statements pt's affect is flat with no [illegible] in his voice. Personal belongings sent home with mother. Oriented to unit & introduced to peers in dayroom. No c/o's. [signature]

4/14/92 (1pm–4pm) [illegible] level S-1. [illegible] for and [illegible] to unit. Pt states he knows 2 peers from the same center. [illegible] for social activities [illegible] peers. No c/o's [illegible] end of shift. [signature]

4-14-92 4pm - Level S-1. Social with select male peer that he knows from partial program. Has no remorse for his bad behavior @ home. Smiles as he talks about it. 5pm - Drew his pictures for the doctor during education. (and they are in chart.) 6pm Had no visitors. (continued) Janice McDade [signature]

Form No.: 4500.205.88

FELL, DONALD
3711793                              383700
C31420 0119P   11Y  C43080
TRIVSTER, JA               824-2142
REDACTED - FELL
WILKES BARRE            PA H S
CCO

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

4-14-62 (cont.) Playing cards c̄ peers during visiting hour. & Good group participation. Admits to being disrespectful to his mother, but sees nothing wrong c̄ this behavior. Always laughing when he talks about this. Bragging about other @ behaviors to peers. Watched peer pressure movie c̄ others. Feels he is not affected by peer pressure. Playing cards before H.S.

4-15-9(12.5 Am) Lying in bed ...

3 ...

7 ...

4/15/92 (Xa 4 ) level 5-1. Pt Bright & Happy. Pt's Appetite ... for lunch & breakfast. Pt Attended Community meeting & Given goal as to list reasons for Admission. Pt did this & reviewed this c̄ a.m. He wrote of An Accidental shooting & him Playing c̄ weapons. Fighting & Arguing c̄ Mom & DAD & being Defiant To Authority given. He is ...

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

```
FELL, DONALD
3711793                    383700
C41492 0119P   11Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE          PA  9 S
```

4/15/92 (8~4pm) he is limited to _____ _____ _____ _____ V.S. stable. Dr Kramer _____ _____ of _____ P. I _____ noticed that _____ may have _____ Dr. brain. When Exam Possible skin lice _____ no pubic lice noted. Dr Feussner _____ Quell order received.

—— Chrysostom ——

4/15/92 (4³⁄₄pm - 12) Level S-1. Treatment given for head lice c̄ Quell. His mother notified of this so that she can check other children. Participated in unit activities. Presents no behavior problem on the unit. Confronted in group about his violent behavior @ home and poor judgement. It making excuses for self & placing blame on his sister. Cooperative A.S. Said he feels good because of the Quell Treatment and "his head doesn't itch anymore." Scalp re-checked @ bedtime & no lice, nits seen. Ann Wade R. ——

4-14-92 12³⁰ am lying on bed c̄ eyes closed. Level S-1. 15 minute checks maintained. 3³⁰ am: lying on bed c̄ eyes closed. —— 7am: Awake, VS stable. Showered. ——

Ruthanne Koonrad, _____

Form No.: 4500.205.88

FELL-00000764

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
041492 0119P 11Y 043080
FEUSSNER, JA
383700
824-5842
REDACTED - FELL
PA H C
C00

4/16/92 (8-4 P) Remains level S-1. Pleasant [illegible] [illegible] Seen by Dr. Kram & Mr. [illegible] [illegible] Present for community meeting. Goal: "To [illegible] ways to control your temper when [illegible] & being violent." [illegible] for [illegible]. Mother in for family session [illegible] became angry during family session & began to curse & talk back. Became disrespectful to Dr. & mother & then [illegible] in [illegible] meeting. Pt received 3 points from therapist for behavior during session. [illegible] Was given 2 points for talking back to staff during education & making hand gestures toward staff. Remains in dayroom [illegible] end of shift. [signature]

4/16/92 (8-4 Pm Addendum) Pt.'s hair checked & many white particles are evident, but no movement (?) [illegible] Dr. Feussner in, no new orders. [signature]

4/16/92 4:30 Pm Level S-1. Nits noted throughout pt's hair and scalp. Re-quelled per Dr. Feussner's order. Had no visitors. Gained well over ten points because of mouthiness & disrespect during education. Minimal group participation. Does say "he's learned the importance (cont) J McDade

FELL, DONALD
3711793
041492 0119P  11Y  043080
FFUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE        PA H S
000                 383700

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/16/92 (cont) "of not messing around c handguns." Behavior better @ end of shift. Joanne McDade Rn

Late entry. no 1/Dr. Residence: Dexedrine 5mg po 9am tomorrow — only. Joanne McDade R —

4-17-92  12³⁰pm: Level S-1. Lying on bed c̄ eyes closed. 15 minute checks maintained. 3:30pm: lying on bed c̄ eyes closed. Resp. regular. 7am: Awake. VS stable. Ruthanne Koonul

[several lines illegible handwriting]

1/17/92  1³⁰pm. Level S-1. Who put on room restrictions because of sixteen points yesterday. Received ____ this evening for horseplay. (cont.) J McDade Rn—

Form No.: 4500.205.88

FELL-00000766

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
041492 0110P    IIT 041080
FEUSSNER, JA    824-5842
REDACTED - FELL
VILKES BARRE    PA X S

4-17-92 (cont) Had no visitors. Does not discuss treatment plan. Minimal group participation. [illegible] h.s. [illegible] Pr. no - Desudrine tablets 5 mg @ 8am - 12 noon - 4pm [illegible] Pr.

4-14-92 (12-8am) 12 mn [illegible] eyes closed on initial [illegible] 5-1. 3 am [illegible]

7 am [illegible] 7:15 am [illegible] VS [illegible]

4/15/92 (8am - 4pm) [illegible] S-1. Pt. [illegible] Pleasant. Appetite good for Breakfast + Lunch. Yesterday's goal completed. Today's goal is to write Essay on the consequences of Playing c Dangerous Weapons. He did this + reviewed this with me. Today he had an Argument c Peer and stated to Peer "I'll kill you." Given T.O. and I pointed for threatening Peer. Kept busy c activities. [illegible] stable. No complaints _____ [signature] Christophersen

4/18/92 (4 - 12:30 pm) Pt [illegible] S-1. Pt ate little dinner. [illegible] to [illegible] to stop arguing c male peer. Pt participated in egg decorating. Pt had no [illegible] this shift. Pt attended conf. — Wendy Lannin RN —

FELL-00000767

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
041492 0119P    11Y    043080
REDACTED - FELL

_[handwritten nursing notes, largely illegible]_

4/15/92 cont – group and had little to say. Pt states he doesn't know _[illegible]_ at home _[illegible]_ doesn't _[illegible]_ anyway. Pt has more _[illegible]_ to voice _[illegible]_ even though he was told he could use _[illegible]_ tortion _[illegible]_ Pt _[illegible]_ out _[illegible]_ most _[illegible]_ participating in group. Pt _[illegible]_ peers before _[illegible]_. Pt did not _[illegible]_ treatment _[illegible]_ goals. Pt to _[illegible]_ problems.
Wendy Lamin RW

4.19.92 _[illegible handwritten entry]_

4/19/92 _[illegible]_ level 5-1  Pt Bright + Happy Dower _[illegible]_ Appear to be Concerned _[illegible]_ Last is Completed. _[illegible]_ goal is to write Essay on Controlling Anger + Getting along _[illegible]_ Peers. Pt Silly _[illegible]_ Time But Can Involved _[illegible]_ _[illegible]_ kept Busy _[illegible]_ Activities. Staying Away from Room. _[illegible]_ VS _[illegible]_ Stable. No Complaints
_[signature]_

Form No.: 4500.205.88

FELL-00000768

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                     383700
041492 0119P  11Y  042080
REDACTED - FELL
WILKES BARRE              PA H S

4/19/92 (4-12³⁰ pm) Pt on Level 5-1. Pt ate dinner. [illegible] and had no visitors this shift. Pt had no visitors but stated his mother delivered an Easter basket and told [illegible] him that the doctors wouldn't allow him to visit. Pt attended group — little insight and states he does not know what the rules are at home or how he intends to follow them. Pt encouraged to start [illegible] on treatment but he does not appear to take them seriously. Pt was in [illegible] pain but was noted to talk to a peer, [illegible] from. When redirected he coughed and then continued to talk to the peer. Pt needed a time out due to this. Pt playing cards [illegible] peer before bedtime. Pt to bed [illegible] difficulty. ——— [illegible] R.N. ———

4-20-92 12³⁰ am: Level 5-1. Lying on bed [illegible] eyes closed. Resp. regular. 15 minute checks maintained. 3³⁰ am: Lying on bed [illegible] eyes closed. Resp. regular. 7 am: Awake. VS stable. [illegible] R.N.

4/20/92 (8-1³⁰ pm) Remains on 5-1. Affect is quiet, isolating [illegible] much of the time. Ate breakfast. [illegible] in community meeting. Goal: 150 [illegible] ——— [illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P   11Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE          PA H S



4/20/92 (S. 9:35 cont'd) what I need to do to be discharged from the hospital. On free time pt is reading articles in newspaper for extended amounts of time. Seen by Dr. _____. No new orders. Visited Drama _____ C.S. works. Attentive in educational news group. _____. Ate lunch. Active in all p.m. groups. More social c̄ peers. Playing on free time. No c/o's. _____ S. _____

4/26/92 (4:__) Level 5-1. Pt ate supper 4:30-5 pm. Pt. participated in education 5-6 pm. Donald sits in office. He talked of how he hated his dad in group. He says dad beat us all. c/o his mom screaming at home. Says he takes his anger out on the walls at home. Pt had snacks, enjoyed _____ quietly. VS _____. ____ RN

4-21-92 12:55 pm. Lying on bed c̄ eyes closed. Level 5-1. 15 minute checks maintained. Resp. regular. 3:30 pm. Lying on bed c̄ eyes closed. Resp. regular. 7 pm. Quiet. VS stable. Nuthand/Conrad, RN

4/21/92 (3-4:__ pm) D.4 on Level 5-1. Pt ate adequate amounts of breakfast. Pt attended community meeting and had complete goals for today. Pt's main goal is to discuss his family session with 2 staff. — cont — Wendy _____ RN

Form No.: 4500.205.88

FELL-00000770

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0:19P   11Y  043080
FEUSSNER, JA           824-5842
REDACTED - FELL
WILKES BARRE-
COP                        PA M S

4/21/92 cont - Pt asked by staff about his plans for upcoming family session. Pt said "I don't know" making a plan for the session was discussed but pt showed little insight. Pt attended education 5 problems. Pt ate lunch 5 problems. Pt attended family session and crying pt was heard. Pt was directed to go to dayroom because the session was over. Pt refused & he put middle finger up at staff and cursed out "Fuck your bitch." Pt physically taken to dayroom and he continued cursing needing to [be] restricted out. Pt does not listen to redirection and was placed on time out in his room. 2 loud bangs heard coming from room and pt states he punched wall but this was not seen by staff. Pt was very disrespectful to staff and needed a wagon. When he should respect others pt states he will not do it and will rip his puppet up. Pt continued to curse and put middle finger up at staff stating "I only did 8 good things & I shouldn't have 10 points." Pt takes no responsibility for his actions. Pt attended group & minimal —        cont - Windy Lauer RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P    IIY    043080
FEUSSNER, JA    824-5842
REDACTED - FELL
WILKES BARRE    PA M S
C00
383700

cont. 4/21/92 — participation. Pt on room restrictions
at the close of shift — Wendy Cominis RN

4/21/92 4:30pm Level S-1. On room restrictions.
Not working on the assigned essay. Making
disrespectful/sarcastic remarks to staff.
6pm- 'No' one in for visiting. Non-compliant c̄
the rules of room restrictions. 7pm- In group
therapy. Not admitting to his bad behavior
today. Blaming others for his behavior. Toward
the end of group started to say "now he
knows he has to respect his mother", etc.
This seemed just to be "lip service." Back to his
room p̄ group. Will be on restrictions tomorrow
for excessive points. Joanne McFade, R.N. ———
Late entry - 110. Dr. Feussner: ↑ Dexedrine to 7.5 mg (1½ tab)
Tid po. _____

4/21 _____

3:00 _____

7pm _____

4/22/92 (8a-4p) Level S-1. Lt. Appetite good
for breakfast + lunch. Pt on Room Restr-
ictions for 10 points. To complete Essay.
Pt. still Negative. Told ___ J. Chargen

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
C41492  0119P  11Y  363700
FEUSSNER  IA  043080
REDACTED - FELL  24-5842

4/22/92 (8⁰⁰-4³⁰) Testing Limits. He walked out of Education + was talking out + A Peer in Group. He received 6 points for the Day. Goal Today is 200 Word Essay on Why you shouldn't Take Advantage of other cues if you get Away with it. VS's stable. No Complaints. ———— Chuspie Davi

4/22/92 (4-12) Level 5-1. Pt ate supper 4³⁰-5. He remains on room restriction. Doing his schoolwork there from 5-6 pm. Neg attitude re schoolwork. Pt irritable in group. Blaming staff for goal not being done. Dr Feussner here. Pt disruptive, oppositional, cursing at staff. Accumulating many points. ———— engie Kontehide

4-23-92 (12-8 am) 2³⁰ pm [illegible] [illegible] on initial [illegible] Level 5-1. ———
3⁰⁰ pm [illegible]
7⁰⁰ am [illegible] 15 am V in. [illegible]

4/23/92 (8-4³⁰ pm) Pt on Level 5-1 Pt began shift on room restrictions due too many points. Pt ate breakfast & difficulty. Pt attended community meeting and had complete goals plan yesterday. Pt a new goal on issual essay on why he should respect authority ———— cont - Wendy Lanun RN

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P 11Y 383700
FEUSSNER        043080
24-5842
WILKES BARRE
'GO              PA M S

4/23/92 (3-4³⁰pm) cont - Pt attended education ⊥ problem. Pt asked to call mother and called her with doctors staff present. Pt repeatedly apologizing to mother and hung up the phone quickly so the doctor called most, to talk to mother. When told to call mother back he refused and left nurses' station. Pt is to call mother later to report how his day went. Pt attended group and refused to comply and listen to education. Pt received time out and he was cursing at staff. Pt sat on time out. Pt later also refused to attend special group and received more points. Pt did finally attend but did not use the most of the minute. Pt on restriction at the close of shift _____ Wendy Carmin...

4/23/92 (Y77) Level 5-1. Pt. ok supper 4³⁰-5pm. He participated in Education from 5-6pm. He remains on non restriction. In group he says he's ready for FS on first Friday. Says he's going to tell family he's going to be good. Pt. was confronted by peer for having no respect for his mom. After group he remained on R.R. He remained positive with others + oppositional. Resting in bed 10⁴⁵pm - man Reverch. Trn

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 D111P    III   913090
FRUSSYER, JA           824-5842
REDACTED - FELL
W. IKES BARRE          PA N 5
C' :

4-24-92 (12-4pm) 12:00 _resting in bed, eyes closed
_ uninterrupted on level 5.

3:00 pm _resting in bed, eyes closed

4:00 pm _resting in bed, slept throughout 15 min's
_ R. T. Smith

4-24-92  9:30am attended community meeting
pts goal is a 300 word essay on what
he wants to gain from Family Session
today. Pts goal from yesterday was incomplete
and so he is confined to a chair in free time
— Audrey Bartol RN

11:30am appetite fair for lunch Audrey Bartol RN

1-4:30pm attended family session, was respectful
to mother, attended all groups Pts family
fantasy was to attend a baseball game
with his grandfather + his father Audrey Bartol RN

5pm appetite fair for dinner Audrey Bartol RN

6pm visited by mother — Audrey Bartol RN

7-8:30pm spoke in group about his family
session and about doing his chores at
home and the consequences if he doesn't
— Audrey Bartol RN

9-11:30pm participated in special group and
all unit activities — Audrey Bartol RN.

FELL-00000775

FELL. DONALD
3711793
041492   0119P   11Y   043080
                          824-5842   383700

REDACTED - FELL

WILKES BARRE    PA # S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/25/92 (11-7:30) Remains level c. Appears to be sleeping in bed @ 12 am. Continues to appear sleeping on 1/2° rounds throughout night. Awake @ 7:30am. ___ ___ ___ ___

4-26-92 (8:00am - 4:30pm) Level C. 1/2° rounds cont. 9:15am. Attended community meeting. Talked about family session yesterday. Said that it went well. His goal for today is to list 10 ways to control his behavior so he won't lose his level. 9:30am - 10:00am: Dr. Chang in to visit. No new orders received.—

10:30a - 11:30am: Participated actively in geography and pictionary groups. Whiney at times. Staff had discovered that this patient did his community goal for today during community meeting. Pt. was then given an additional 150 word essay on why it is important to pay attention in community meeting. Squealing on peers to staff.

12:00pm - Cooperative ī medication.—

1:30pm - Watched movie quietly, ē group. Became hyper as afternoon progressed.—

2:30pm - 3:30pm: Needed redirection for loudness. Pouting when he doesn't get his own way. Sitting in dayroom. ___ ___

Form No.: 4500.205.88

FELL-00000776

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
2711793                    383700
041472 0119P    11Y  043090
FEUSSNER, JA         824-5842
REDACTED - FELL

4-25-92 4th Level C. Pleasant & Cooperative. Appetite good. 5pm - Behaved through education. 6pm - Mother to visit and this went well. 7pm - Talked in group therapy about being abused by his father when "little" and being abused by babysitters. Said his father was a heavy drinker. Has just one point today. Cooperative č meds. Has no physical complaints. 11- asleep.    Joanne McRade rn

4-26-92 12$^{30}$am: Level C. Lying on bed č eyes closed. ½° rounds maintained. 3$^{30}$am: Lying on bed č eyes closed. 7am: Awake VS stable. Ruthann Koon___ rn 8am: In dayroom. Am care completed. Cooperative č meds.    Ruthann Kornich ___

4/25/92 (2-4$^{30}$) Remain level @ beginning of shift. Seen to be calm, level, rounds noted. ___ present for group activities. Even ___ ___ paying attention in community meeting ___ ___ following redirection when told to complete goal sheet to get his goal correct. Goal: list 10@ bedsore ___ will need to get home. ___ group at table. Feels he deserves his level as will be able to maintain it. Comp č meds. Mother in @ 2$^{00}$ visit, clothes brought in & ___ to ___ ___ visit went well.    SH ___

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
PFUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA
SPC

4/25/92 (3-4pm cont) Engaging [illegible] c peers. [illegible] [signature]

4/26/92 4pm - Level C. Acting silly and gaining points for [illegible] not following directions. Continues to admit to bad behaviors in group but does not say what he will do to change his behaviors. Is very friendly in approach & social [illegible] c all visitors. Playing ball in gym [illegible] 78 Watched "Sixty Minutes" c [illegible] Playing ball again afterwards. Has [illegible] points. Cooperative [illegible] [signature]

4-27-92 (11 pm - 7am) [illegible] [illegible] level B.

[illegible] [signature]

4/27/92 9:20am Continues on level B. attended Community meeting. pts goal 150 words on how he is going to convince his mother he has changed enough to go home. Audrey Bartl[illegible]

10:30am - participated in education. Audrey Bartl[illegible]

11:30am - appetite fair for lunch. Audrey Bartl[illegible]

1-4:30pm - pt participated in group therapy and worked on goals during free time. Audrey Bartl[illegible]

4/27/92 (4-12) Level B. Pt. ate supper 4:30-5. He participated in education 5-6pm. Donald has no visitors tonight [illegible]

(cont)

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL. DONALD
3711793                383700
041492 0119P    11Y  043080
FEUSSNER. JA        824-5842
REDACTED - FELL

4/27/92 (4/72 cont) Pt. participated in group. He says his mom is ill today. He talked a lot about his difficulty c make over "Noel" issue. Says he is motivated to do better in order to go home to be c his mom and friends. He had snacks + very much enjoyed playing ball c peers. Resting quietly at 11.5.

_____

4-28-92 (11:30pm) is now [illegible] ..., [illegible] ... [illegible] R.

7:00 pm [illegible]

4/28/42 (8-4pm) Level B. [illegible] a pleasant. Appetite good for Bkfst + lunch. Cont is to Review the plan c [illegible]. [illegible] feels that he learned not to play c Dangerous Weapons + will respect [illegible]. Behavior appropriate. Kept active c All Groups. VVS stable. No Complaints. ____ [illegible]

4/28/92 4:30 pm - Level B. Pt. is being very cooperative c unit routine. Reviewing his treatment plan c staff in free time. 5pm - Did well during education. 6-7pm Had a pleasant visit c his mother. They played card games together. 8-9 Good participation in group. Feels positive that his session will go well. 10 - Cooperative. h.s. Joanne M[illegible], R.n.

FELL-00000779

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793                    383700
041492 0119P    11Y  043080
FUSSNER, JA          824-5842
REDACTED - FELL
WILKES-BARRE

4.29.92 (12-8pm) 12 pm [illegible handwriting]

[illegible handwritten nursing notes]

4/29/92 (8-4) Level B. Bright & Pleasant. Ambitious [illegible] for Breakfast & Lunch. Goal is to write Accomplishments he would like to say to Family Session. He did well [illegible] & Kept Busy [illegible] Activities. His Family Session went well & stated he will follow Rules & Behave. He did seem to lack self Confidence by being Involved [illegible] Social Activities & Contributed this to his short stature. VSS Stable No Complaints

[illegible signature]

4/29/92 (4-12) Level B. Pt ate supper 4th S. He participated in Education 5-6pm. Pt's mom in to visit 6-7. In group he received a point for getting to pour in Seclusion [illegible]. Says he feels his behavior problems are resolved. Looking forward to pass. Pt's birthday tomorrow. Pt received 4th level A signature from MHW Received level A [illegible] 12° pass order from Dr Fussner. Pt enjoyed playing ball [illegible] staff, had snacks, resting quietly. H.S. [illegible]

Form No.: 4500.205.88

FELL-00000780

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711703
041492 0119?
FEUSSNER   IA
REDACTED - FELL
WILKES BARRE
000

383700
043080
824-5842

11Y

PA H S

4/30/92 (12:00 am - 8:30 am) Level A. Lying on bed —
eyes closed on ± 2° rounds. Resp. regular.
Awake @ 7AM. VS stable. Cooperative c̄
meds. @ 7:30 am. ———— Ruthanne Kormal, a

4/30/93 (8-4:30) Remains level A. Pleasant, anxiously —
anticipating pass. Ate breakfast. Released to custody
of mother for 12° therapeutic pass @ _____ 8:40 am
Due back @ 8:40. Remains on pass thru end of
shift. ———————— _____

4/30/92 4:30 pm level A. Returned from pass @ 8:25 pm
accompanied by his mother. Both agreed the pass went
well. In group, he told peers he got a dirt bike &
a new speed bike for his birthday. Cooperative
c̄ unit routine. Has ⊖ for contraband. Cooperative
H.S. Joanne McDade, Ln

5-1-92 (12:00 am - 8:30 am) Level A. lying on bed c̄
eyes closed on ± 2° rounds. Resp. regular.
Awake @ 7AM, VS stable. Cooperative c̄
meds. @ 8am, ———— Ruthanne Kormal a

5/1/92 (8-4:30) Remains level A. Pleasant, social c̄ peers.
Pt states he hopes to be discharged today. Ate
breakfast. Goal: 200 word essay listing changes
he has made on unit. Pt informed by that
that Dr Feussner does not feel he is ready to be
discharged today. Handled news appropriately — _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P    11Y   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE              PA  M S
000

5/1/92 (8-9³⁰ cont'd) Coop c̄ meds. Good in adult. Ate pizza for lunch. Attentive in news group. Following unit rules. Dr Feussner in, non-problem. Present for group discussion - participated. Active in special group. Watching MTV in classroom on free time. No c/o's —

5/1/92 (4-7P) Level B Plate supper 4³⁰-5. Pt partic in Education. Visited by his mom 6-7. Pt participated in group. Dr Feussner present. Pt says he got better because he missed his parents, & worked out & here. Says he loves his family & knows from past that _____ feels yet not angry. Was given support for being able to handle disappointment of not going home today. Pt pleasant & cooperative. Snack H-d snacks. Resting _____ at 1⁷. _____ unaware/cooled. [illegible]

5/2 9/? _____ [illegible]

5/2/92 (8a-8³⁰a) level A Bright & Pleasant - Pt Happy c̄ Discharge Plans, Gathered Belongings, & Awaiting Mom. Vou _____ (+) outlook c̄ home.

Form No.: 4500.205.88

# EXHIBIT 23

REDACTED - FELL

```
                                    9823895              383700
                                    012693 0524P  12Y   043080
                                    FEUSSNER. JA         824-5842
                                    WILKES BARRE         PA M S
                                    000
```

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

He says mom drinks maybe once a month with his uncle. He says she changes when she drinks. Donald had snacks, was seen by Dr. Feussner. Resting quietly 10-12 MN. — Mary Kowalchik R.N.

1-27-93 (12-8 pm) 12 pm [illegible] Fall S-1 [illegible] on bed.

6 pm Routine Fall down [illegible]

7 pm [illegible] 15 min [illegible] the night, no [illegible] VS [illegible] Rest [illegible] R.N.

1/27/93 (8a-4p) Level 1. Pt. Bright + Pleasant. Appetite good for breakfast / lunch. Goal is to list reasons for Admission. Pt only wrote 2 reasons down + was told to add to this. He seems silly + in groups spoke of hanging out c̄ older children (15 yrs old) + getting into trouble. He identified himself as being c̄ the "Trouble maker clich" + he [illegible]. Seemed to be proud of it — silly c̄ [illegible] on free time. Kept busy c̄ other activities. VS's stable. No complaints — Jim [illegible] R.N.

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

1/26/93 (5³⁰ 12mn) Admission Note. This patient is a 12 y.o. boy admitted for multiple behavior problems. He is ambulatory + accompanied by his mom. Orders received from Dr Faussner. Pt on S1. He complied with blues, was negative for contraband, Donald has not attended school since October 1992. He is enrolled as a 7th grader at Plains Junior High. Donald has a long history of oppositional and violent behaviors. He has been staying out until midnight, curses at his mom, refuses to listen to her, And has violent temper tantrums. Don's mom c/o how he broke her finger right before christmas. He ⊄ her drunkeness. Mom says he threw a butter knife at her 2 months ago. He is resistive to efforts of mom's male live-in friend to discipline him. Pt. is on Dexedrine + Tofranil. He denies depression, SI or hallucinations. Pt has hx hyperactivity, 2⁰¹ diagnoses include atypical depression, hyperkinetic conduct disorder + borderline traits. Pt. declined supper. Says he wasn't hungry. He knows patient "mike" here + is seclusive c̄ him. In group pt was resistive to talking. Pt was anxious but attentive. He was confronted by peers who know his friends as bad news. He says he hurt his mom - "she attacked me when drunk" (cont)

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

FELL, DONALD
3823895
012693  0524P   12Y
383700
043080
824-5842
PA M S
WILKES BARRE

1/28/93  11:30 am  Pt did not order entree for lunch. Dillon notified & on next appetite ____ Pt stating he wasn't hungry. ——— Audrey Bartle RN

1-4:30pm  Pt did work on his goal during free time & discussed it with staff. Pt stating he will listen to his parents & cooperate in _____ participated in all activities. Audrey Bartle

1/28/93 (1972) Level 5-1. Pt ate supper. He participated in education 5-6pm. Donald was seen by pediatrician & order received for consult ē dermatologist. Consult called in to Dr Brown. Pt more well behaved when not socializing with patient Mike M. Playing cards in free time. In group Don was quiet until taken to family session. He returned quiet unhappy. Dr Ferssran came to group stating he was disrespectful & attempted to manipulate mom. Don had snacks, enjoyed free time ē peers. Resting quietly 10:30 am. M___ Rorschler

1-29-93 (12:30 am) 12 pm _____ level 5-1

3 am _____

7:00 pm _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3823895                    383700
012693 0524P   12Y  043680
FEUSSNER. JA       824-5842
REDACTED - FELL
WILKES, BARRE           PA I S
000

1/27/93 (1172) Level 5-1. Donald ate supper. He was attentive during educational program. He is playing cards with patient Mike M. during free time. His mom dropped off socks + under-wear, but did not visit. I gave Donald said he is not yet allowed to see his family but doesn't care. He says he's close to his grand-mother who lives next door + sees him daily. He says he doesn't feel anything on the meds — felt no different today. He says school is his main problem now. He is hopeful that he can pass 7 grade because he did pass the 1st quarter. He says he has to go to prison. He was almost in tears when staff questioned whether he would be allowed to go home. Don. had snacks, resting quietly 10 - 12 nn.                              _____

1-28-93 ...

...

11-28-93  9:30am attended Community meeting on level 5-1 ... goal is 150 word essay on preparing for family session ... 10:30am - Participated in education ...

Form, No.: 4500.205.88

FELL-00000786

WILKES-BARRE GENERAL HOSPITAL 731

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23A95
012693 0524P    12Y    383700
FEUSSNER, JA            043080
REDACTED - FELL          824-5842
WILKES BARRE            PA  M  S
000

1-30-93 (12 A.m. - 8³⁰ A.m.) Level 5-1. Appears Pt
to sleeping on 15 minute checks. Resps.
regular. Awake at 7¹⁵ Am, VS stable. —
Showered. —————— Ruthanne Konrad

1/30/93 9:30 Am. on level 51 attended community
meeting patients goal is 150 word essay
on why it is important to respect adults
seen on A.M. rounds by Dr Chang Audrey Bartel e.n
11:30 Am. appetite good for lunch. pt. worked
on goal during free time. Audrey Bartel e.v
1·4:30 pm. participated in group therapy.
After group pt. timed out to seclusion
& 250 word essay given because pt. threw an
eraser at peer. ————— Audrey Bartel L.N

1/30/93 (4⁷ Pm - 12³⁰A.) Level 5·1. Appetite is good for dinner.
Participated in education. 6 Pm - Had no visitors or
phone calls. Does not attempt to call his mother.
Very social c̄ peers and seems comfortable in unit
environment. 7³⁰ Participated in group. Said he has not
talked c̄ his mom since the session. Now saying he
does not want to grow up to be a bum and hopes to
go to school as planned. Social c̄ peers & group.
10³⁰ Pm Cooperative c̄ P.m. care. 11-12 Asleep. [signature]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895          383700
017695  0524P   12Y  043010
FEHRSNER, JA         824-5812
REDACTED - FELL
WILKES BARRE         PA R 8
000

1/29/93 (8-4³⁰) lvl 5-1. Pt still c
Time silly throughout the day. He
Pt needed community meeting + T/O to
follow staff direction. x Told he
did. Thru he seem to do better
In afternoon groups + Pt reported well
behavior seems to be improving + didn't
get points today. Vs stable _ _
complaints                    Jim Chepentar

1/29/93 (4-12³⁰ pm) Pt remains on level 5-1. Pt
ate adequate amounts of dinner and cooperative
to education. Pt had no visitors or phone calls
this shift involved in playing cards
during visiting hours. Pt attended group
c little insight into problem areas. Pt
has a hard time naming his problem behaviors
and naming as these. Pt states he has
only skipped school two times and verbalizes
that he gets suspended for "fooling around
too much." Pt ate snacks c peers and watched
movie before bedtime. Pt to bed = problems
                    Wendy Cannien RN

Form No.: 4500.205.88

FELL-00000788

FELL, DONALD
3823895                383700
012693 0524P   12Y  043080
            IA        824-5842
REDACTED - FELL    PA H S
WILKES BARRE
000

1-766-2

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/1/93  9:30Am - Pt to level C - attended community meeting patients goal is 150 word essay on his behaviors that are responsible for his being here. ____ Audrey Bartolkw

1:30 Am - appetite good for lunch AfBartolka

1-4:30pm - pt worked on his goal during free time attended group. Pt was unable to list anyone in his life as a role model. Social with peers during free time Audy Bartol w

2/1/93  4pm - 11:30 Am - continues on level c. received 6 points this evening for yelling at staff + arguing = staff + being argumentative at bedtime. Pt timed out of group for inappropriate comments. Timed out of education for yelling at staff. Pt did not appear to be working on his goal this evening. ____ Audry Bartolkw

2/2/93 (11-3:30 am) 12:30 am lying in bed, eyes closed on initial rounds. Pt RC. 7:00 am sleeping aroused = V s. Pt Thomson

2/2/93 (8a - 4:30p) level c - Pt superficially bright + pleasant. Appetite good for breakfast + lunch. Goal is to be serious = treatment + not be silly. Pt to be given 3 warnings. Then Time out for day would occur. Pt had 2 TF sides. ____ Jim Chyzenko

FELL. DONALD
3823895
012693 0524P    383700
FEUSSNER. JA    11Y 043080
824-5842
REDACTED - FELL
WILKES BARRE    PA M 3
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

1-31-93 (11 ᵃᵃ Am - 8 ³⁰ Am) Level S-1. Appeared to be sleeping on 15 minute checks. Respirations regular. Awake at 7¹⁵ am. VS stable. Showered. ———— Ruthanne Koonia, RN

1/31/93  8:30 Am - 4:30 pm - on level S-1. Attended community meeting. patients goal is to participate in all group & follow all unit rules. Pt did participate in group stating he didn't break his mothers finger that she was drinking & she was hitting him. Pt also did not accept responsibility for being suspened from school. Social with peers. Played cards ā peers during free time. Audy Butler

1/31/93 (11 PM) Level S-1 Pt ate supper 4:30-5. Don is pleasant & social. He had no visitors tonight. Don wrote a letter to the doctor in group. He is asking for level C. He writes that he has changed and will listen at home, go to school. He feels he doesn't want to be a bum. Don is enjoying the Super Bowl & playing cards. He is cooperative. Has snacks & is resting quietly 10:30 - 12 mid. Marie Koval, ch.aide

2-1-93 (12 ³⁰ am) 12 am sleeping quietly, clad, level S-1
7:00 am  Up, freshly, 15 min  Ruth Smith RN

FELL, DONALD
3823895                          383700
012693 0524P      12Y  043080
FFUSSMER  JA             824-5842
REDACTED - FELL
WILKES BARRE               PA H S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/2/93 (4-10pm) cont'd — that he is playing cards, watching TV and having too much fun. Pt did review tx plan, Pt ate snacks and watched TV at precautions bedtime — ev seen. _Carris RN_

2-3-93 (12⁰⁰ am - 8³⁰ am) Level C. Appears to be sleeping on 2° rounds. Resps. regular. Awake at 7¹⁵ am. VS stable - Showered.
                                        Kathanre (Cornn)

2/3/93 (8 · 4³⁰ pm) Pt on level C. Pt had good appetite for breakfast and attended community meeting. incomplete goal. Pt's new goal is 150 wd essay how he could respect authority and to practice this all day. Pt on room restrictions due to the incomplete goal. Pt worked on his goal pen/paper completed it quickly. Pt attended education not paying attention or walking redirection. Pt talking back stating "fuck you" pouting and mumbling under his breath when redirected. Pt attended group claiming in seat stating "I don't know" when asked what he will talk about in session. Pt working on educational assignments during restrictions and reviewed tx plan
                                        Wendy Carris RN

FELL-00000791

FELL. DONALD
3823895                    383700
012693 0524P    12Y  043080
FEUSSNER. JA              824-5842
REDACTED - FELL
WILKES BARRE              PA N 8
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/2/93 (8·⅞ᵃ) where he was laughing 22 community meeting + then he was testing Limits During lunch. In group he spoke of lying To Portland + whatever To ge home c̄ Mom. Actively Participated ī the Group. V.S. Stable. No Complaints ————————— Meyers

2/2/93 (4-10pm) Pt on level C̄ Pt ate adequate amounts of dinner and cooperated with education. Pt Quiet and spent time playing cards c̄ peers C̄ free time. Pt had no visitors this shift. playing cards c̄ peers. Pt makes no effort to review treatment plan c̄ staff. Pt attended group laughing and making jokes. Pt given warning for fooling around during group, this was the 3 rd warning. Pt called nurse "Bitch" under her breath. Pt has no signatures on treatment plan never reviewing this since admission. Pt admits he has never called mother and states "don't know" when asked what he learned here Pt placed on time out and write 200 word essay why he isn't reviewing treatment plan. Pt write to cont'd-Wendy Carver, N

Form No.: 4500.205.88

FELL-00000792

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL   DONALD
3A23A95                  383700
C12693 0524P   12Y  043080
FEUSSNER. JA        824-5842
REDACTED - FELL
WILKES BARRE         PA H S
000

2/4/93 (8-4³⁰ pm) cont'd · stimulus - adequate participation
Pt involved in instigating an argument
ē peers during gp and continued this
argument review after resolution. Pt
has 4 points at the end of shift
                                    Wenroe, Cowan R.

2/4/93 (4³⁰pm - 12³⁰m) Level C. Appetite good. Affect bright.
Participated in education. Behavior good tonight.
6pm - Had no visitors. Reviewed goal ē staff. It
was somewhat superficial, but he discussed this ē
staff. 7pm - Had little to offer in group. Feels
things well ģo OK ē him and his mother. Watched
movie ē peers before h.s. 11-(sleep (Jeanne M) adeh
Addendum: New order - P Mellaril 10mg 8am & 8pm po - start
tomorrow. Jeanne Marie R.

2-5-93 (12-4³⁰am) 12³⁰m mngled, sleep closed
or until round. Level C.
7⁰am, lights asleep ē o'd. ___

2/5/93 (8-4³⁰) Level C. Ate breakfast, frequently smiling, quiet
keeps mainly to self in s.m. present for all s.m. activities
Goal: Would assay why you soon feels its easier @ home
when you are in the hospital. Ate lunch. At all s.m.
groups. Ate group. No differences in no new orders. No c/o

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
1823895                    383700
012693 0524P   12Y   043080
FEUSSNER  JA          824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

2/3/93 (477) Pt. on level _. Pt. had sys_m + was on room restrictions until 6:15 pm. He is bright + talkative. He has no c/o. His mom is here for the family session. He was superficial in group prior to the session. He says he doesn't know what to say. Affect bright. He went to the session, returned happily. Mellaril 5 _ PO BID at 8 am + 8 pm. He received the 1st dose at 10pm tonight. Donald's family has hx of schizophrenia — father + grandfather. Waiting to MD drug family session. D/n's nothing else. Hand knife in Donald's room. Don cooperative, and he has no c/o Resting quietly 10-12 am

— Marc Kasich RN

2.4.93 (12⁰⁰ am - 8³⁰ am) Level C. Agreeable to be sleeping on ½° rounds. Resps. regular. Awake at 7:15 am. VS stable. Pt. showered. Pt was compliant c 8am meds. —

— Ruthanne Koonrad RN

2/4/93 (8 - 4³⁰ pm) Pt on level C. Ate breakfast and attended community meeting & complete goals. Pt's new goal is to 150 wd essay on her feelings about mother not visiting. Pt cooked c peers playing cards c peers cafree time. Attending groups and — cont'd — Wendy Cancins RN

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
C12693 0524P   12Y  383700
TEUSSNER              043080
REDACTED - FELL
WILKES BARRE

2/6/93 (4-12³⁰pm) cont'd - orders. Pt attended group meeting, realization for arguing. [illegible] separation from. Pt spoke only superficially in group. Pt ate snacks and playing cards [illegible] [illegible] mealtime. Pt telling on a peer from cursing at him and [illegible] realization for arguing [illegible] peer. Pt complaining of being unable to [illegible] out [illegible] due to peer yelling. Pt resting quietly. [illegible] at close of [illegible] shift ———
—————————————— Wendy Cannio RN

2-7-93 (12-8³⁰am) [illegible]
[illegible]
7am [illegible]

2/7/93 (7a-1¹ᵖ) T Cont B  /d. Pleasant today & better behaved. Appetite good for breakfast & lunch. Good. is to review Treatment [illegible] [illegible] adl/sev. He was encouraged to do this & states he will to after view. Accepted all [illegible] [illegible]

2-7-93 (1pm-4³⁰m) Reviewed treatment plan per goal. Seen by Dr. Thynne - no new orders. Had a good visit c̄ his mother. Participating in Relaxation @ end of shift.
Joanne DeWade RN