WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1A23695                    383701
012493 0524P   12T  043180
                              824-5142
REDACTED - FELL
WILKES BARRE            PA 1 8

2/5/43 (4??) Level C. Pt. de ???? ; 4?S. He ??????

in ?????. Donald had no visitors. He is ????

?. ???. Don was attentive. He says

he feels no difference with Mellaril. Donald enjoyed

movie, singing ???? ? characters that ?????.

Resting quietly 11pm-11a.m. ———— ???? R.N.

2-6-43 (11?pm) 12?am ??????

??????

??????

2/6/83 (7-4??) Level C. Pt. Bright ?

Pleasant. Appetite good for Breakfast

? lunch. Good is to ??? ??? to

gain ??? Twist Bach. He did

his good art ???? 170 so often

????? to Recreational activities ????

Than his Treatment Plan. He is better

behaved ? listening to staff ?????

No complaints of Mellaril or No Side

effects noted. Enjoyed ????? ?

Stable ———— ???? R.N.

2/6/93 (4-12?pm) Pt remains on Level C. ?????

dinner and cooperative ? ????. Pt

had no ????? but kept busy playing ????

cards ? peers and could Wendy Castro AV

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
?A73895                          383700
U 2693 0524P  12Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE        PA N S
000

2/8/93 (8.45°) Level B. Pleasant, [illegible] ... new orders. Ate breakfast. Goal: [illegible] ...

2/8/93 (4:72) Level B. Pt. ate supper. He participated in Education. No visitors. In group he had difficulty telling about things he could do which were fun but would keep him out of trouble. He talked of he + mom throwing a party when she threw his dad out. He says he doesn't listen to him but his stepdad is okay. Donald says he basically does things for fun. He had snacks, enjoyed movies. Resting quietly 10:30 - 12 mw — Mary [illegible]

2/9/93, (12:00 am - 8:30 am) Level B. Appears to be sleeping on ½° rounds. Resps. regular. Awoke at 7:15 am. VS stable. Showered. — Ruthanne Koonan [?]

2/9/93 (8-4:30) Level B. Pleasant early in shift. Ate breakfast. [illegible] no new orders. Goal: [illegible] ... that are fun that won't get you in trouble. In education pt [illegible] play cards, receive redirection + point. Continues to play cards [illegible] redirection — [signature]

FELL. DONALD
3A23895                    383700
C12693 0524P  12Y 043060
FEUSSNER. JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/7/93 (4-12³⁰ am) Pt on level B. Pt ate dinner and [illegible] in 2/7/93 [illegible] cooperated c̄ art. project. Pt praying game & personal free time. Pt received treatment plan superficially c̄ staff reporting he will change his friends and listen to parents from now on. Pt unmated to [illegible] made bed stating this is his 3rd one in 2 days. Pt was mated to [illegible] cleaned all over [illegible] bathroom. When directed to clean this up he became sarcastic c̄ staff. Staff cleaned area with TAO solution. Pt had no visitors this shift. Pt attended group c̄ superficial participation receiving redirection for telling a peer "shut up" Pt reports that he doesn't think there is anything wrong c telling a peer shut up. Pt [illegible] and went to bed c̄ problems [illegible] _____ w [illegible] [illegible] __

2/8/93 (12³⁰ am - 8³⁰ am) level B. Appeared to be sleeping on ½° rounds. Resps regular. Awake at 7¹⁵ am. VS stable. Ruthanne Komro

FELL-00000798

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23A95                     383700
017693 0524P   12Y   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE           PA M S
000

8/10/93  10:30 AM · attended education, participated
Audrey Butler RN

11:30 AM - appetite fair for lunch A. Butler RN

2/10/93 (12-7:30 pm) Pt on level B. Pt received
points for poor attitude, after education
and talking during menu group after
warning. Pt continues ē negative attitude
when given direction by authority
figures. Pt unfocused on treatment
and pays little attention during activities.
Pt ate dinner and cooperated ē education.
Pt had no visitors or phone calls. Pt received
plans for family session ē scops when
reminded. Pt cooperative ē group and
received items for session.

Veronica Lawrence RN

4/10/93 (8-11 pm) Level · B initially. Family session held
ē mom, patient & Dr Feussner. He was ↓ to level
C. Donald was sullen. p̄. Had snacks & watched
special on t.v ē peers. Donald was resting quietly
et 11 pm but was initially resistive to going to bed.
Marie Conboy RN

2·11·93 (12-8 pm) b 7:30 am Lying in bed, explained
on initial rounds Smith

7:00 am Medication observed of 5 V/s   Bert Smith RN

FELL, DONALD
3A23895
012693 0524P 12Y 383700
FEUSSNER IA 043080
REDACTED - FELL 24-5842
WILKES BARRE PA M S
000

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

2/8/93 (8-4:30 cont'd) [illegible] another point. Then pt pounds hand
on table & is given time out & assigned essay. While in—
room pt c/o not doing anything to deserve time out —
Coop c all p.m. groups. Dr Feussner in, no new
orders. No c/o's — [signature]

2/8/93 (4-12) Level B. Pt. ate supper & participated
in Education 5-6 pm. No visitors. Donald was
involved c peer Mike - making threats towards one
another. Mike did review his Rx plan c staff.
Donald was quick to ask if he could remain in the
same room as Mike in group. He was comments
by peer that his mom is afraid of him because he
beat her. Donald doesn't know when he's supposed
to be leaving. He did not talk to his family tonight.
Playing games c peers p group. He had snack, just
saw Dr Feussner. Resting quietly. 10:30-12mn [signature]

2-10-93 (12:30-8 am) 12:30 am [illegible] in bed, [illegible]
on [illegible] [signature] —
7:00 am [illegible] [signature]

2/10/93 9:30am - on level B - patient attended
Community meeting - patient's goal is to list
what he wants to discuss in his family
session & review with 1 day & 1 evening staff
member — [signature]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1823595                383700
C12693 0524P   12Y   043080
FEUSSNER  JA          824-5042
REDACTED - FELL
WILKES BARRE          PA M S

2/12/93 (8-4:30) Z ~ I C. [illegible] to Breakfast. Goal: 150 acc. Asay why continue to be disrespectful to staff even though he knew it wouldn't [illegible]. Following unit rules. [illegible] out on free time. Ate lunch. Present for [illegible]. Dr Feussner in, no new orders. No c/o [illegible] — [signature]

2/12/93 (4-12) Quiet C. Pt ate supper 4:30-5. Donald is on room restriction. Did education work 5-6 pm in his room. Had no visitors. In group Don says he wants home, but he wouldn't accept group home. He was silly & [illegible] a point for this. He called his mom [illegible] group. Had snacks & was allowed out of room restriction 10 pm. He watched TV. Resting quietly 11 - 12 pm N. [illegible signature]

2-13-93 (12:00 Am - 8:30 Am) Level C. Appears to be sleeping on [illegible] rounds. Resps. regular. Awake c 7:45 am. VS stable. Showered. — [signature] RN

2/13/93 (8-3:00) Level C. Silly, frequently [illegible] [illegible] Ate breakfast, lunch. Goal: [illegible] 10 reasons why immature people always think they are bigger & older than they are. At discharge enters pt room [illegible] attention & [illegible]. When asked why, states "I don't know." Turned out of group discussion for [illegible] @ chairs & throwing [illegible] around room. Pt states it too [illegible] fun to not be [illegible]. Remains in dayroom [illegible] end of shift. — [signature] RN

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3823895
017603 0524P    12Y  043080  383700
FEUSSNER, JA              824-5842

REDACTED - FELL

WILKES BARRE          PA N 1
000

2/11/93 (7-4³⁰ pm) Pt on level C. Pt ate  ad requisite
amounts of breakfast and attended
community meeting ē complete goals. Pt's new
goal is issued away on why he seemed
more interested in eating during family
session than working out ā mother.
Pt denies wanting to eat cookies more
than participate in session. Pt reviewed
goal ā staff and needed to redo this.
Pt cooperative ē groups and activities. Pt
unfocused in problem areas
————————————————— Wendy Lamius RN

3/11/93 (3³⁰ pm - 12³⁰ am) Level C. Appetite is good. Participated
in education, needing redirection at times. Sarcastic
comments given to staff upon redirection. Had no
visitors or phone calls. Did make num attempts to
call home 7rm. Still superficial in group. When
confronted about this and what it meant to get
trusted he acted cocky. Talked a bit about his
father abusing him and how much he hates
him. Participated in Relaxation Group before bed-
time. 11- Asleep. Joanne Mayde RN.

2-12-93 (3-8³⁰ pm) 12 ³ʳᵐ [illegible]
7 ³ʳᵐ [illegible] observed q 2° V s. Level C. [illegible]

Form No.: 4500.205.89

FELL-00000802

FELL, DONALD
3023895                              383700
(12493 0524P    12Y  043080
                              A24-5842
REDACTED - FELL
WILKES BARRE                  PA N 3
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/14/93 (472 cont.) Donald watches '60 minutes' during education 6-7pm. In group he wrote a letter to the doctor asking for level B. He writes about avoiding problems + problem peers. Don had snacks. He went to bed, was brought out to meeting re patients threatening harm to others. Donald was quite disrespectful towards staff. He attempted to cover up peer's threats. Arguing = staff saying he doesn't have to do anything he doesn't want. Pt sent to bed 10³⁰ pm. Resting quietly. — monkosalantar
2-15-93 (12.8³⁰ₐₘ) 12³⁰ am [illegible] in bed, expectorated unified sample [illegible] C.
7⁰⁰ am [illegible] $5°$ via [illegible]
2/15/93 (8a-4³⁰—) Lend C. Pt on Room Restrictions for 11 points yesterday. Repetitive said for Breakfast / lunch. Goal is 150 words why I should follow rules of hospital, home + society. He did this + reviewed c staff. He spoke of consequences to Breaking Rules + hopes to control self. He seemed to listen to staff better c time. Was polite. No points this shift. I spoke to Dr. Roussue + order noted for med adjustment. VS's stable. No complaints.
[signature]

FELL-00000803

FELL, DONALD
3823895
012693 0924P          383700
FFHSQHFQ 11      12T   043080
WILKES BARRE          24-5842
000                   PA H S
REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

2/13/93 (4³⁰ - 12³⁰) Level C. Received a letter c a cigarette, match, & flint from his friend (Friend's mother also notified of this.) _[illegible]_ device requesting the cigarette _[illegible]_ in education c good behavior. Had no visitors. Playing cards in free time. Silly at times in group, needing redirection to pay attention. Blaming his friends for his problems. Says that he needs new friends, but is not convincing that he will actually do this. Enjoyed making funnel cakes & watching movie. Asleep p 11P.m. — (Joanne M³ _[illegible]_)

2/14/93 (12⁰⁰ - 8³⁰ AM) Level C. Appears to be sleeping on 5 rounds. Resting regularly. Awake p 7 a.m. VS stable. Disturbance _[illegible]_ —

2/14/93 (5 - 3:5) Level C. Pleasant at times, also frequently silly. Re-directed. Keeps parts for living room when asked to not to & _[illegible]_ problem. No change in, no new orders. Goal: 150 word essay "How is eating cookies in a family session like being silly in a program." Working on goals in dayroom. Ate lunch Ate in group. Check _[illegible]_. Working on goal during visits. Passed 2-3 - P's _[signature]_

2/14/93 (472) Level C. Pt ate supper. He had no visitors tonight. Pt. is watching tv. in free time. _[illegible]_ (cont.)

Form, No.: 4500.205.88

FELL-00000804

FELL, DONALD
3A23A95
C:2493 0524P    12Y   043080   383700
FEUSSNER, JA          A24-5842
REDACTED - FELL
WILKES BARRE          PA N S
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/16/93 (cont) Mother not in for visiting, nor did she call. Donald is not getting involved ē male peers tonight. He is doing artwork ē female peers in free time. In group, he tries to convince others that he is going to hang around ē new friends after discharge. Feels that the medicine has helped him but a lot. Importance of staying on his meds is stressed to Donald. Cooperative ē p.m. care. 10³⁰-12 Airing Lounge W/Rade Rₙ

2-17-93 (12⁰⁰am - 8³⁰am) Level C. Appears to be sleeping or ± rounds. Resps. regular. Awake at 7¹⁵am. VS stable. Showered. Compliant ē 8am meds. Ruthanne Kornich

2/17/93 (8a-4³¹) Level C. Pt. on Room restrictions. Today for dr. Incomplete gd. Pt. Appetite good for breakfast / Level. Goal today is to write letter to M.D. from Aunt B. He is Working on this & will point out that he only had 1 point over 2 days. He attended All Groups. He states he's trying to behave & was encouraged to follow his goals. VS' stable. No complaints fm Chugwood an

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3473895
012693 0524P   12Y  043080    383700
FEUSSNER, JA                  824-5842
REDACTED - FELL
WILKES BARRE                  PA M S
000

2-15-93 4:30pm-5:30pm Room restrictions Maintained. Appetite good for supper.

5:30pm - 5:30pm Completing education assignment. Responds relevantly when spoken to. Carol Surokos RN.

2/15/93. (5:30-11:00) Pt still on level C. Donald had no visitors. He came on 2/15/43. Pt was visited by his mom. He remains on room restriction. Donald is superficial in group. He maintained a poor attitude on his essay + received a point for this. He proudly displayed his knowledge of history when staff asked questions about Lincoln + Washington. Donald had somewhat more cooperative tonight. He has 9 points today. Resting 10-12. _____ [signature illegible]

2-16-93 (12:30am) [illegible line]
[illegible] round still C,
7:00 [illegible]

2/16/43 (7-4:30) Level C. Pleasant social at breakfast. Attended all a.m. groups. Goal: 150 need away how I could stop portraying a sarcastic attitude (verbally + mannerism) Ate lunch. Present for groups. Met in all 3 room groups [illegible] performance to, no dire makes. No [illegible] _____ [signature illegible]

2/16/93 (4:30pm-12:30am) Level C. Appetite good for dinner. Participated in education. (cont.) [signature] M.G. dd. RN-

Form No.: 4500.205.88

FELL-00000806

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
C12693 0524P    12Y    383700
043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M 3
000

2/18/93 (4-12 cont.) In group Donald talked of grandmother funeral, his money. Says he wants home, somewhat spiritual. He was encouraged to review his Rx plan more frequently. — last was on the 9th. Donald did review his plan p group, working on goal #150. Seen by Dr _____. Resting quietly 10³⁰ Rm.  _____

3-19-93 (10⁴⁵pm-8³⁰am) Level B. Appears to be sleeping on to rounds. Resps. regular. Awake at 7Am. VS stable. _____ Konrad RN

2/19/93 (Du-y³⁰) Level B. Pt. Superficially Bright & pleasant. Appetite good for Breakfast & lunch. Goal is to review for A Pt. Did this & received _____ He feels he could control Temper + his sarcastic attitude _ will to _ on outside. Kept active _ groups. VS's Stable. No complaints. _____

2/19/93 (4-12) Level B. Pt. ate supper abt 5pm. Donald working on his education 5-6pm. Donald is _____ + pleasant. He is asking for level A + attempting to review. He was encouraged to talk more re family, reasons he came + act as leader in group. In group Donald was improved tonight. He talked of how he hates his dad, started by dad when he was drinking. (cont.) _____

FELL-00000807

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3823895                    383700
012693 0524P    12T  043080
            1A          824-5842
REDACTED - FELL
WILKES BARRE            PA M S
000

2/17/93 (7-7) [illegible] He is on AR. He needed to be [illegible] due to his continued [illegible] to [illegible] on room restriction. No visitors. Donald quieted down somewhat & move. He had [illegible] joined group [illegible]

2/17/93 (8pm-12am) Superficial in group. Family session held c his mother. I'd to "Level B" after [illegible]. Feels very good about getting B and says he will continue to be good. Cooperative c PM care. Asleep 11pm. Joanne McFadden

2-18-93 (12 ⁰⁰ pm - 8 ³⁰ am) Level B. Appears to be sleeping c [illegible]. Resps regular. Awake at 7am. VS stable. —— Marthanne Coonan RN

2/18/93 (8 am-) Level B. C-- [illegible] following unit rules. [illegible] Goal: [illegible] things from your past, that you feel affects your behaviors and [illegible] away about one of the [illegible] groups he [illegible] Act in PM groups. Dr Finnegan [illegible] new order for group. He says he will stay away from people who get him in trouble, but is unable to [illegible]

2/18/93 (7-7) Level B. Pt. ate supper 4 & 5pm. Donald participates in Education 5-6pm. He is quietly pleasant [illegible] Don has visited by his grandmother c. (cont) Marie [illegible]

FELL-00000808

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895
012693 0524P    12Y
REDACTED - FELL
WILKES BARRE
000

383700
043080
824-5842
PA M.S

8/25/93  5pm. continues on level 18, appetite good for dinner. Audrey Bartolko

G. 8pm. participated in education, pt did not get involved in peers silly behaviors. Did chan- self portrait —— Audrey Bartolko

8:30pm. 12:30m. pt described himself as smart & happy & handsome & states that the reason he described himself as handsome is because it is written on his treatment plan & states he has 4 signatures for level 14. Audrey Bartolko

2.21.93 (128 30am) 12:30 am lying in bed, eyes closed, emitted sounds, Still B.

7:00 am [illegible]

2/21/93 (5a-4:30p) T [illegible] (A) [illegible] A. Pt Bright & Pleasant. Athletic goal for breakfast & lunch. Goal is to Write 150 words on Behavior/ Attitude he Needs to change. To Gain & keep Mom's Trust. Pt Identified the need to Stop Suing [illegible] Fighting c̄ Sister — respecting Mom As ways to gain her Trust. Did well c̄ Groups. Good behavior on unit. VS's stable. No Complaints for [illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895        3113700
012693 0524P  12Y 043080
              4-5842
REDACTED - FELL
WILKES BARRE          PA H 8
000

2/19/93 (yr cont.) Don says he hasn't seen dad in 2 yrs & is happy. Apparently dad works at same place as mom but Don says he doesn't know where she works. He admits to being a little hurt t mom because she believes sister more than him. He says he realized that he deserves it for breaking trust. Donald says his stepdad is okay. Talked of his leg trouble. Donald reviewed plan. He reviewed level & privileges. Had snacks. Resting quietly 10ᴾ-12ᴹᴺ —

2.20.93 (12-8ᴬᴹ) 12³⁰ pm ...

2/20/93 (8a-4³⁰ᵖᵐ) ... Pt bright & pleasant. Appetite good for breakfast & lunch. Goal is to write 150 words on reasons that mom may treat him differently than his sister. He reviewed this t staff & realizes that his living & own behavior c have caused her to treat him differently. He again reviewed Treatment Plan & reviewed goal of signature. Behavior good. No points. VS's stable. No ...

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
012693 0524P  12Y  043080
FEUSSNER, JA    024-5942
REDACTED - FELL
WILKES BARRE          PA N B
000
383700

2/22/93 (472) - Level B. Pt. ate supper 4:30-5. He is pleasant, brief. Pt. participated in Education 5-6pm. Donald had no visitors. In group (r educational movie) Donald says his mom asked about pass yesterday. He says he has been here 28 days & his school work but contends he will write & pass. Donald is involved in games ē "staff & peers. Cooperative, bright. Had snacks. Resting quietly. 10⁸: 12 m.m. [illegible] R.N.

2/23/93 (12:00 Am - 8:30 Am) Level A. Appears to be sleeping on ½° rounds. Keeps regular. Awake at 7 am. VS stable. Put through Konrad R.N.

2/23/93 9am - on level A. appetite good for breakfast. ———— Audrey Bastela

9:30 Am - attended community meeting spatients goal is to maintain level B behavior & be a role model. ———— Audrey Bastela

10:30 Am - participated in education Audrey Bastela

11:30 Am - appetite good for lunch. A Bastela

12:30 pm - 4:30 pm - pt. reviewed treatment plan with staff, participated in group, art & special group. ———— Audrey Bastela

2/23/93 (m) Level A. Pt. ate supper. He participated in Education 5-6 pc. Donald had no visitors but playing games in free time. Donald was attentive during educational movie. 7-8 pm. ———— Max Kovleskiw

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
REDACTED - FELL
WILKES BARRE

2/21/93    4:30 pm - On level A, appetite good for dinner. — Audrey Bartol

5-8 pm. participated in group therapy, patient listened attentively to others in group, spoke about behaviors he will need to have when he goes home, like he can't stay out late & he can't curse or yell at his parents & that he will need to listen to his parents. attentive in education — Audrey Bartol

8:30 pm - 12:30 am - patient participated in art, completed art project, social with peers. went to sleep without incident — Audrey Bartol

2/22/93 (12 ᵃᵐ - 8:30 ᵃᵐ) Level A. Appears to be sleeping on ½ hour rounds. Resp. regular. Awakes at 7 am. VS stable. _____

2/22/93 (8a - 4:30) Level A. Pt. Quiet & Pleasant Today. Affect good for Breakfast & lunch. Goal is to list 10 ways to avoid Friends who are negative. Did well in Groups & Talked of changing attitude. Had Good behavior. VS's stable. No complaints. _____

FELL-00000812

FELL, DONALD
1823895
C12693 0524P   12Y  043080
REDACTED - FELL
WILKES BARRE    PA
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/24/93 (4:30pm - 12:30m) Level R. Appetite good for dinner. Participated in education. Two friends came to the unit asking if he could go out on a pass c̄ them. They were pleasant and cooperated when told this was not possible. Watched Civil War film. Family session held c̄ mother and doctor Teussner. Don says he will probably go on pass tomorrow. Ended the day without points. At 12 Asleep. Joanne M Dade RN

2-25-93 (12-8am) 12:?? Lying in bed, eyes closed. Quiet, easy. Level A. _____ 7am Sleeping. _____

2/25/93 (8 - 4:30) Level A. Pt. Superficially bright & Pleasant. Appetite good for Breakfast & lunch. Cont. is to be role model for teen. He participated in all Activities + in Group. Stated he will follow rules & he did. He hopes for a pass in the future. He received a Time out for cutting out things from the paper. He accepted this & showed good behavior. V.S.'s stable. No Complaints. _____ J. _____ RN

2/25/93 (4-?2) re __ A. Pt. ate supper 4:30-5pm. Donald is pleasant & cooperative. He saw former friend at door + friend told him he'd see him tomorrow despite possible restrictions by parents (cont)

FELL, DONALD
3A23A99                    383706
(1)A73 0524P    12Y    043(00
FINSSHER  JA            824-5142
REDACTED - FELL
WILKES BARRE              PA II S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/23/93 (cont) Don says he wants home. Family session is tomorrow. Talked about not being home much. Dr. Fressier present. Pt had snacks Resting quietly 10³⁰ pm - 12 p enjoying games & parts [illegible]

[illegible]

[illegible]

9/24/93 9am - on level A, appetite good for breakfast ———— Audrey Bartol RN

9:30am participated in community meeting. patients goal is to list what he wants to discuss in family session and review it with day & evening staff ———— Audrey Bartol RN

10:30am. pt did work on his goal & did review it with staff, patient did participate appropriately in education ———— Audrey Bartol RN

11:30am appetite good for lunch A Bartol RN

1-2 pm. participated in group therapy pt did follow staffs direction & interacted appropriately č staff & peers ———— Audrey Bartol RN

Form No.: 4500.205.88

FELL-00000814



WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895                    383700
012693 0524P  12Y  043080
                            824-5842

REDACTED - FELL

WILKES BARRE
000

Form No.: 4500.205.88

FELL-00000815



VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
7823895
C12693 0524P    12Y    383700
FEUSSKER. JA            043080
REDACTED - FELL        824-5842
WILKES BARRE    PA M S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3A23895                383700
C12693 C524P   12Y  C43080
FEUSSNER. JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

7 5-2

# EXHIBIT 24

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
383700
CF0543 0936P   131   043080
WILKES BARRE        PA M S
000

REDACTED - FELL

Fell, Donald

6/6/93 (Admission Note) 8Pm - 13 year white male, 201 via crisis and E.R. Accompanied to unit in an ambulatory state by crisis worker, Joe Pierney, mother and security. Upon Body Assessment, pt. is noted to have head lice. He has refused Nolan for five days. He is not bathing, trashing his house, stabbed friend c̄ a fork, suspected of smoking pot and drinking, fighting c̄ mother and sister. Mother claims that C.S.C was working on placement at the Forestry Camp. Donald is known to this unit and C.S.C. His affect is very angry and he shouts demeaning things at his mother. He has been suspended from school several times for violence. Admits he had empty beer cans about his bedroom but says they are not his. Has a condom in his pocket but claims it is not his either. Orders received and noted from Dr. Chang. Pt is on Contact isolation for 24 hours. Epidemiologist (Trudy Hones) notified by hospital mail system. Pt. Kwelled c̄ nurse supervision. He is cooperative and calm when mother no longer on unit. Blames mother for his problems and complains she is an alcoholic. Cooperative c̄ P.m. care. Sleeping when observed after 10ᵗʰPm. On Level S-1. Jamie M Dade R.

Form No.:  4500.205.88

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

```
FELL, DONALD
3875499                  383700
C60693 0936P  13Y  043080
FFHSSHER  1A        824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000
```

6/7/93 (12:? - 8:??) Level S-1. In Quiet room c̄ contact isolation in effect due to head lice. Appeared to be sleeping on 15 minute checks. Resps. regular. Awakened at 6:30 Am. Bloodwork was drawn. Compliant. Lying on bed till 7am. OOB. VS stable. Showered. Rec't transferred unit ⸻

6/7/93 (8 - 4:30) Level S-1. Pt _ quiet room c̄ Contact Isolation. Pt Given ___ as P ___ reasons for Admission. He's no Behavior Problem & Compliant. He ___ Time c̄ Therapist & Dr. ___ Initiated. Stays Quiet & Was resting on bed Throughout Day. No P called. Appetite good. ⸻ J. ___

6/7/93 (4:30 Pm - 12:30 am) Level A-1. Remains on Contact isolation. Appetite is good for dinner. Talked 1:1 c̄ nurse. He is not angry like yesterday. Says he does not have any problems c̄ his mother. Nurse pointed out his behavior towards his mother yesterday and he blames this on being mad @ his sister. "She's my whole problem, not my mother." Scalp checked by nurse. Nits noted throughout hair. Pt. is combing his hair every ½ hour. 8Pm - Contact Isolation re-ordered per T.O. Dr. Rhynn. ⸻ (cont.) Jeane McDade, Rn

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
YH75499                    383700
01.0693 0936P    13Y  043080
FEHGRNER  JA              824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

6/7/93 (cont.) Donald has been pleasant with cooperative all Pm. At bedtime he did not have his goal done. Asleep p̄ 10 Pm. Remains asleep on checks. [signature]

6/4/93 (12·5 am) found S·I laying on bed c̄ eyes closed @ 1:30 am. Continues throughout night Awake @ 7 am. Asked for his ___ ___ only nite are present. Coop c̄ self a.m. care. Contact Isolation maintained. No physical c/o's – Staff J. Allen

6/8/93 8am-4:30pm - on level S-1 continues on contact isolation. patients goal is to list stressors leading to his temper outbursts. Pt did not work on his goal. reminded by staff to do goal. Pt did not attend groups due to isolation. cooperative throughout the day. Dr Kramer aware of Ht & P. not seen by physician. Hospital Epidemiology nurse notified instructed pt can be released from isolation per hospital Policy order received from Dr Teweiner that pt may be released. —— Audrey Brutel R.N.

6/8/93 (4-12:30 pm) Pt remains on level S-1. Pt off contact isolation and out in the dayroom ___. Pt's linens changed and room cleaned and pillow changed. Pt ate dinner, also attended ___ class meeting in isolation ___ silly disruptive cont'd - WEversly Car ___ Pt

FELL-00000820

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

FELL, DONALD
3975499
010693 0936P    131    383700
043080
WILKES BARRE    824-5842
000    PA M S

6/8/93 (4 - 12³⁰ pm) cont'd - behavior. Pt had no visitors this night. Pt attended group and stated reasons for admission. Pt states he stuck a fork in a friend's leg, stays out past curfew, refuses school, getting suspended 18 times this year, and hitting mother. Pt states his friends behave the same way. A does tend to brag about his problems. Pt also reports his mother and stepfather are drinking a lot, and that they get mean and call him names. Smoking ē peers before bed. To deal ē problems
—————————————— Wendy Lernier RN

6-9-93 (12⁰⁰A - 8³⁰A) Level 5-1. In Quiet room - Appeared to be sleeping on 15 minute checks. Resp. regular. Awake at 7¹⁵ AM. K. stable & Showered. ————— Ruthanne Konrad RN

6/9/93 (8⁰⁰ - 4³⁰ p.m) Level 5-1 Affect Flat. ate Breakfast & lunch. Goal is 150 word essay on consequences of not following the rules. Present for group ē some participation, appropriate peers. Pleasant ē staff @ times. No behavioral problems. Pt Known in for H/O @ 2⁰⁰. No physical c/o's ————— Staff RN

6/9/93 (4³⁰ - 12³⁰) Level 5-1. Cooperative ē unit rules. Watched movie ē peers for education ē good attention. Had no visitors. Mom called nurses (Cont) Joanne M Bakin

FELL-00000821

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

6/9/93 (cont.) station to check on patient. 7⁰⁰ Confronted in group about why he always gets in trouble. He blames family and friends, not self. Help checked for lice — none seen. Watched Q̄ube c̄ peers before Xs. [illegible signature]

6-10-93 (12⁰⁰a - 8⁰⁰a) Level 5-1. Appeared to be sleeping on 15 minute checks. Resp. regular. Awoke at 7¹⁵ am. VS stable. Showered. Pt's head was checked for lice. No lice were noted. ——— [illegible] Koon, RN

6/10/93 (8 - 4³⁰ pm) Pt remains on 5-1. Pt ate breakfast and attended community meeting [illegible] complete groom. Pt's new goal is to [illegible] list 10 ways he gets himself in trouble. [illegible] discuss c̄ the day and evening staff. Pt was sneaky and sly c̄ new male peer. Pt [illegible]. Pt had only superficial participation in group. ——— [illegible] Carrie RN

6/10/93 (4³⁰ pm - 12³⁰am) Level A-1. Pleasant and content. Had no contact c̄ mother this shift. Active in all groups. Wants to go home [illegible] as to why he will not be there [illegible] appropriate peer [illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3475499                          383700
CE0693 0936P    13Y   043080
FFUSSMER  JA          024-5442
REDACTED - FELL
WILKES BARRE                PA M S
000

6-11-93 (12°°A - 6°°?) Level 5-1. Appeared to be
sleeping on 15 minute checks. Resps regular.
Awake by 7:15Am. VS stable. Showered.
——————————————— Ruthanne Konrad / RN

6/11/93 (8 - 4³°pm) Pt remains on level 5-1. Pt ate
breakfast and attended community meeting
and had complete goals from yesterday.
Pt's new goal is to cut what he wants to talk
about in family session and to review with
the day and evening staff(s). Pt nervous and
attended session. Pt continually continue to
work on schoolwork on free time by the
doctors. Pt compliant ī this. ——————
——————————————— W Kennedy Connew RN

6/11/93 (4-12) Levy 5-1. Pt ate appre 4³° 5pm. Donald
participated in education 5-6pm. Donald had no
visitors. He is social ē his peers. (Donald did require
1 point re disruptiveness in education). In group
he was redirected from an insensitive comment towards
fear (love hurts). He says the family session went well
today. He said they talked about the ot mdwn day prujn
Donald wasn't negative about participation in this. He says he
omits home. Pt enjoys snacks & game on tv ē
peers. Resting 6°°-12 mw.        ——————— cnrekourkdx

FELL-00000823

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499
010693 0936P    13T    303700
FEUSSNER  JA           043080
REDACTED - FELL        824-5842
WILKES BARRE      PA M S
000

6.11.93 (12.8⁰pm) 12³⁰pm _____

6.11.93 (3.-7³⁰) cont. S-1. Pt Superficially Bright & pleasant. Attends good for Breakfast & lunch. Goal is to write about (+ - ) of ST Milieu _____ . He feels it will help his _____ in School but will _____ . Pt attends all _____ . S ___ / Helm on free time. V.S. Stable No Complaints _____ . _____ RN

6.12.93 (4-10⁰⁰pm) Pt remains on level S-1. Pt ate dinner and attended education. Pt procrastinating and refusing school work. When 20 minutes was left of education he reported he wanted to do his own school work when yesterday he told staff he couldn't do any of it c̄ his goals. Pt threw pencil and cursed at staff receiving points. While on time out he was given his math work from school and it was explained. Pt reports "I'm not doing my school work". Pt angry _____ W. _____ RN

Form No.: 4500.205.88

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                    383700
J-069  C-36P    13Y  043080
FFUSSNER  JA          824-5842
REDACTED - FELL
WILKES BARRE              PA M 3
000

cont'd

10/12/93 (4·10⁰⁰ pm) but did do a few problems. Pt tearful asking to call home so his parents will visit. Pt called but got answering machine. Pt somewhat tearful and argumentative when reminded he was suppose to work on schoolwork on free time. Pt ripped his schoolwork in two and cursed at staff. Pt threw all assignments on the floor. Pt attended group at the end and all peers confronted him on his behavior. Pt apologized to staff for his behavior and took 8pm medications. Pt again became angry when a peer accused him of writing curses on a desk that he had been sitting at. Pt cursing at him slammed a door and hit the wall. Security called and pt placed in 4pt plastic wrist restraints for protection of self and others. Pt's R knuckles reddened, Pt cursing and stated "I'll kill you when I got out" to a peer. Pt had hydroxyzine 50mg po at 8⁵⁰pm. Pt calmed down and promised not to harm self or others. Pt in 2pt restraints at 10pm ē supervision from staff

Wendy Lunan R.

Form No.: 4500.205.88

FELL-00000825

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
SA75499                          383700
CCC693 0936P    13Y    013080
                              824-5642
REDACTED - FELL           PA M S
WILKES BARRE
000

6-12-93 (10^{PM}-12^{AM}) [illegible]

S-1 [illegible]

6-13-93 (15^{PM}-8^{30}am) 12^{30} am [illegible]

[illegible]

2^{AM} [illegible]

[illegible]

7^{AM} [illegible] 15 min's. [illegible]

6/13/93 (8-4^{30}) level S-1. Pt. Seems Moody Irritable today. Pt [illegible] about [illegible] on doing [illegible]. [illegible] is to write why he'd rather be [illegible]. This like School. Pt. did this + stated he would go to School + Wouldn't [illegible]. St. Michael he Completes goal. But still Shows (-) Attitude + [illegible] [illegible] for Cursing. I Spoke [illegible] Dr. Fauscino about Elside last night + Order noted to 7 motion. VS, stable. N. Complete — [illegible]

6/13/93 (4-12^{30} pm) Pt remains on S-1. Pt on [illegible] restrictions due to points of yesterday. Pt ate dinner and attended [illegible] group [illegible] [illegible] superficially of his restrict [illegible] [illegible] tends to blame [illegible] [illegible] [illegible]

Form No.:  4500.205.88

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3475499
C60693 0936P   13Y   383700
FEUSSNER, JA         043080
REDACTED - FELL      824-5842
WILKES BARRE         PA M S
000

6/13/93 (4-12³⁰ pm) cont'd — a peer for aggravating him. Pt did work on math assignment. Encouragement from staff during visiting hours. Pt called home but no answer and no visitors. Pt easily irritated when redirected by staff. Ate snacks and watched basketball c̄ peers before bed. Talked ē problems — Wendy Cummins N

6/14-93 (12³⁰-8³⁰) level 5-1. Appeared to be sleeping on 15 minute checks. Resps. regular. Awake at 7am. is stable. Showered. ———————— Ruthanne Goodrich, m

6-14-93 (8-4³⁰) level 5-1. Pt. Bright o Pleasant. Pt at ē The Dayroom. Appetite good for Breakfast + lunch. Tried is to write how to could motivate Self for School. Pt talked is George about friends stealing + getting in Trouble he states he saw his + stopped much of his ⊕ behavior. U/S, Stable. No Complaints ——— J Chyzsk

6/14/93 (4-?) Level 5-1. Pt ate supper 4³⁰-5pm. He participated in education 5-6 pm. No visitors. He is bright, social. In group Donald was silly. He was confronted about having staff do his ____. He says he did his work by himself. (cont) more Koechler

FELL-00000827

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
7875499                        383700
060693 0936P    131   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S
COO

6/14/93 (4 72 cont.) He says his call ī his mom went well. He says he's satisfied ī the plans to go home + to St. Mike's day program. He enjoys snacks + t.v. ī peers. Pt. resting quietly 11-12 mn ———— unresponded ——

6·15-93 (12⁰⁰ A - 8³⁰ A) Level S-1. Appeared to be sleeping on 15 minute checks in Quiet Room. Resps. regular. Awake at 7 AM. VS stable. Pt's head was re-checked for lice. Several lice were noted to be alive. There were many nits noted on hairshafts. Dr. Chang was called and new orders were received to use Kwell Shampoo-1/2-as directed and contact isolation until evaluated by physician. Kwell shampoo was applied to pt.'s head and rinsed. Pt. combed hair ī a fine tooth comb. In quiet room on contact isolation. Isolation Report was sent to Nurse Epidemiologist ———————————— Ruthanne Kozma RN

6/15/93 (8-4³⁰ pm) Pt. now on S-1. Pt. on contact isolation due to Kwell treatment and ( ooc. Pt. agreeable to having a haircut which Pt. compliant ī room restriction due to contact isolation. Calm/ ———————— busies himself from seeing silly — Wendy Canino RN

FELL-00000828

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0936P     13Y     383700
                          043080
FEUSSNER, JA              824-5842

REDACTED - FELL
WILKES BARRE          PA M S
000

6/15/93 (4-12) Level S-1. Pt. _____ 4:30-5pm. He is on room restriction due to contact isolation. Donald is present and cooperative. His mom visited him. She brought money for a haircut, books & clothing. Donald was unable to attend group due to contact isolation. He was quiet, resting quietly off and on. Donald had snacks at 5³⁰pm. Resting quietly 10-12 m.n. _____

6-16-93 (12:00a-8:30a) Level S-1. In Quiet room c̄ Contact isolation in effect. Appeared to be Sleeping on 15 minute checks. Resps. regular Awake at 7am. VS stable. Contact isolation. D/C'd at 7³⁰am as ordered. Pt. showered. No lice noted in hair. No C/o's.
                                          Ruthanne Koonrad, RN

6/16/93 (8:- 4:30pm) Level S-1. Pt. Bright & Pleasant. Appetite good for Breakfast & lunch. Cont. to write Essay on why he should get out c̄. Pt. focused on his Behavior & states is doing good Ever since his _____ Staint. + his points are Down. D.J well c̄ Group + stated what make him Angry or happy. VS's stable. No complaints ____
                                          F. Chyrwell RN

Form No.: 4500.205.88

FELL-00000829