WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0936P
FEUSSNER, JA
REDACTED - FELL
WILKES BARRE
000
303700
043080
24-5842
PA N S

6/16/93 (422) Level 5-1. Pt ate supper 4³⁰-5pm. Don participated in education but received points because he was disruptive. Don was visited by his mom tonight. In group peers say that he is less silly today. He states this is his 10th day on level 5-1 and would like level C. Don says he prefers not to go to forestry camp for the summer. Don also being tired + went to bed early if having snacks. Pt resting.

Pt resting quietly 9³⁰-12 AM

6/17/93 (2-8 am) 12³⁰ pm

3⁰⁰ am

7⁰⁰ pm

6/17/93 (9:43 pm) Pt remains on level C. Pt ate breakfast and attended community meeting — complete goals. Pt's new goal is 150 wd/day + what else is going on at home. that his grandma implied to staff and to relieve to the day and evening staff. Pt receives a point for calling a peer "faggit" not able on ready for breaking the community. said Wendy (mentor)

FELL-00000830

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

10/17/93 (9:45pm) cont'd — good. Pt working on [illegible] [illegible] on free time and [illegible] [illegible]. Pt writes about [illegible] mother and [illegible] father drinking more & often and the [illegible] skipping school. [illegible] in groups & [illegible] — Wendy [illegible]

8/17/93 (4℃) [illegible] C. [illegible] supper, 4[illegible]-5pm. He participated in education 5-6pm. Donald had a polite conversation c his mom on the phone. No visitors. In group Donald talked of 2 more babysitters molesting him when he was 5 or 6. He is bright in affect. He is hoping for consideration for B. He says he feels fine on his meds. Pt enjoys snacks & T.V. Pt resting quietly 10[illegible] 12 mn. [illegible] Ivoracha[illegible]

8-18-93 (12.8[illegible]) 12[illegible] [illegible] in bed, eyes closed [illegible] [illegible] sound [illegible] [illegible]

7[illegible] Sleeping [illegible] [illegible] the [illegible]

8-18-93 (8[illegible],30[illegible]) Alert C. 1A Bright + Pleasant. Appetite good for breakfast + lunch. Oral [illegible] to [illegible] to discuss [illegible] [illegible] session [illegible] states he won't hit [illegible] Talk of consequences of not going to school rules not following rules D.J well [illegible] very stable. No complaints —

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3875499
060693 0136P  13Y  383700
FEUSSNER  JA       043080
REDACTED - FELL        A24-5842
WILKES BARRE        PA M. S
000

6/18/93 (4-12³⁰pm) Pt is calm, coop, and well. Pt good appetite for dinner and needed redirection dressing education. Pt required a point for disrespect when redirected by staff. Pt visited = mother and using visiting house. Pt attended group - discussing his plans for family session. Pt states he will not be in school, or will have. Pt attended session and came back somewhat angry stating he did not get level B. Pt stating "your pissing me off" to a peer and received a point. Pt stated "screw you" to staff when reminded to wait his turn for snack. Pt timed out and began cursing stating "I should get level B with 3 points - I did cbefore" and "This place fucking sucks". Pt did calm down and returned to community. Pt watched movie and went to bed c problems.
—————————— Wendy Laniuse ———
6-19-93 (12⁰⁰A-8³⁰A) Level C. Appeared to be sleeping on ½° rounds. Resp. regular. Wake-up call given at 7am for VS &. I Am care. ———————— Ruthanne Koorrod

FELL, DONALD
3875499                        383700
060693 0936P    13Y    043080
FFUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/19/93 (8am - 4:30 pm) Lvl C. Pleasant in A.M. Ate breakfast [illegible] Seen by Dr. Chang, no new orders. Goal: 150 word essay - why you would rather misbehave + stay in hospital th go home. Fight in dayroom [illegible] pm, placed in your [illegible] restraints @ 12:30 pm. Calm down released @ 1:15. Dr. Chang aware, new orders received, [illegible] group pt discuss [illegible] problem [illegible] peer pt states it is [illegible] [illegible] now [illegible] peers. No c/o this ———————— [signature]

6/19/93 (4-12) Level C. Pt. ate supper 4:30 - 5 pm. Donald participates in education 5 - 6 p.m. No visitors. He is social [illegible] peers. Donald was attentive but superficial in group. He was confronted by peer over bragging about the fight. Don enjoyes snacks + t.v. [illegible] peers. Resting quietly 11-12 mn [illegible] [signature]

6/20/93 (12:00 A - 8:30 A) Level C. Appeared to be sleeping on 2° rounds. Resps regular. Wake-up call was given at 7 am for Bank AM care. ———————— Ruthanne Koonrad, RN

6/20/93 8 am - 4:30 pm. On level C. Seen on AM rounds by Dr. Chang. Pts goal is 150 words on problems he can get into if he is involved in physical fights. Pt followed staff direction 1st time told. Pt stating in group that his mom will be in to visit him today. ———————— Audrey Boitel L.N.

FELL-00000833

FELL, DONALD
3875499                      383700
060693 0936P    13Y   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE              PA M S
COO

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/20/93 (4??) level C. Pt. ate supper 4:30-5pm.
Donald drew a picture of a clock and wrote a
letter to the doctor in groups. He wrote about
yesterday's incident (fight + restraints), about his
nerves acting up a bit this morning and to is
receiving points ho didn't deserve. He received 1
point for leaving dayroom a mess. Donald is talkative
and loud while watching game on t.v. He says he
doesn't feel any different on Mobon yet. Pt resting
10:30 12 mn.                          Marc Korteluke? N

6.26.93 (2 8?m) 7:30 ___ in bed ___
_____ _____ _____ Level C
7:00 __ __ ___ ____ ____ ___

6/21/93 (8am-4:30pm) Level C. Silly but redirectable, pleasant
much of the time. Ate breakfast & lunch. Goal 150
and everytime you aren't trying to get out of here.
Present for all groups + activities. Seen by Dr. ___
no new orders. Denies aggressive thoughts. Today
s/c.                                  Pat ___

6/21/93 (4-10pm) Pt on level C. Pt ate dinner
and cooperative. = medication. Pt had more
visitors last, spent time playing games
= peers. Pt angry when asked if his ___
was done. - cont'd. - seriously Camille R.

FELL-00000834

075499
0693 0936P    13Y    043080
FEUSSNER. JA          A24-5842
REDACTED - FELL
WILKES BARRE              PA H S
COO.

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-21-93 (4-10pm) cont'd — and states he cannot do his goal because he can't find his work. When reminded to do goal he states " I don't care." Pt timed out to work on goal and he slammed his door and threw goal work. When goal was finished he states the staff gives him points for no reason and that he does not to [illegible] here. When redirected to do this over he banged something very loud in his room and threw goal work. Pt did goal over but reports to staff that it's stupid to get points for this. Pt attended group — had attitude refusing to talk about how to get along better [illegible] a peer he disagrees with. Pt had poor group participation and must [illegible] essay along [illegible] peers. Pt ends shift [illegible] 7 points. Pt to bed [illegible] problems —————— W ends [illegible]

6-22-93 (12-8[illegible]) [illegible handwriting]

[illegible handwriting]

FELL-00000835

FELL, DONALD
3875499
06069: 0936P  13Y 383700
FEUSSNER, JA      043060
REDACTED - FELL      924-5842
000        BARRE      PA M S

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6/00/93 (8⁰⁰ - 4³⁰) Level C Affect is flat, silly & pres. room restricted on free time for incomplete goal. Sarcastic when given new goal which is: 150 word essay why you refuse to follow the rules here. Ote breakfast & lunch behaviors shows in new order. Show no interest in ♂ minor. Wants to request new room from PR/ch evening. Relate 3-4pm. Nightly cl c/o c —

___ R.N.

6/22/93 (4 - 12³⁰pm) Pt remains on Level C. Pt remains on room restrictions due to incomplete goals. Pt received points cut most of shift for being loud and talking back when redirected and/or throwing papers on the floor during time out. Pt ate dinner and had adequate participation in education. Pt's mother in to visit and she brought special snack for him. Pt encouraged to tell his mother why he has been getting points. Pt refused and staff told mother he has been yelling cursing at staff refusing to listen. Pt attempted of denying all the reasons he got points today. Mother still visited. Pt attended group and reports that cont'd - wendy leising RN

FELL-00000836

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
4875499                        383700
060693  0936P    13Y    043080
                          R24-5842
REDACTED - FELL          PA  M  5
WILKES ....
COO

6/22/93 (4-1:30 am) cont'd - his [illegible] problem is skipping school. Pt complaining that he might not pass this year and [friend?] that skip school will. Pt complaining that he gets punished for no reason and that the little kids instigate him. Pt asks for room change. Pt cooperative [with?] medications. To bed early [without?] problems.
W [Emily?] Cassius RN

6-23-93 (12⁰⁰₄-8³⁰₄) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake-up call given at 7 am. VS stable.
[signature illegible] RN

6-23-93 (8a-4p) Level C. Pt I day non 75 [days]. Appetite good for breakfast & lunch. Goal VS 70. [Write?] why he lets [others?] [peers?] influence him. He was told to rewrite goal because he stated his essay [that?] "I don't know." He was silly + [involved?] [in?] horseplay. He [stated?] [that?] 5 [staff?] "My mom said I'm only here for skipping school." [Stated?] that he will change at [some?] point. Attitude. 3 points this shift. VS - stable. No complaints.
[signature illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0936P    13Y    043080
FEUSSNER    JA    824-5842

REDACTED - FELL    PA M S

383700

C-00

6-23-93 (4⁷ₚₘ - 12³⁰ₐₘ) Level C. Appetite: good for dinner. Participated in education. Had no visitors, but talked to mom on phone. In group, he promises to be good if allowed to go to Partial over St. Mikes. Peers complain he pushes them against the wall. Complained to the doctor of feeling "tingly" inside and shakey. Does not feel his meds are doing it. New order by Moran. Adellexine 1mg 8, 3, 9ₚₘ po. Cooperative c̄ pm care. Ended day c̄ 3 points. —
Arline McDale rn

6-24-93 (12³⁰ₐₘ - 8³⁰ₐₘ) Level C. Dr. Feussner wrote new order for Cogentin 1mg po q. 4° prn for extrapyramidal reaction. If pt. can't take it orally, give im. Appeared to be sleeping or c̄ rounds. Resp. regular. Wake up call given at 7am for VS and am care. — Kathleen Coonial, rn

6/24/93 (8 - 4³⁰ₚₘ) Pt on Level C. Pt at breakfast and attended community meeting c̄ complete goals. Pt's new goal is to list what to discuss in family session and to review with the day and evening staff. Pt needed reminders to write his goal. Pt compliant c̄ meds c̄ no side effects noted. Pt attended group but couldn't [illegible] unity. [illegible] rn

FELL-00000838

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                    383700
060693  0936P    13Y    043080
                                824-5842

REDACTED - FELL

WILKES BARRE
000

6/24/93 (8-4:30 am) cont'd - got defensive when receiving negative feedback from peers. Pt more well behaved and has 0 points th... shift. Pt completed goal and reviewed ē ... — w/ ... ...

6-24-93 4:30pm-5pm Appetite good for supper. Ate all food on tray. Remains on Level C. Initiating relevant interaction. 5pm-6pm Participated in education session. Responds relevantly. 6pm-7pm Interacting with other patients and staff in relevant manner. Makes eye contact. At 6:40 pm, asked staff member to review goal with him. Staff member told him the goal would be reviewed when staff member finished with another patient. Cursed at staff member and threw his goal book. Given 2 points. Yelled at staff member. Given time out in room for 15 minutes. 7pm-8:15 pm Participated in group session about attitudes. Gave appropriate input to discussion and to other patients. 8:15pm-8:30pm Interacting with other patients and staff. Ate snack. 8:40pm - 9:40pm Family session with mother and Doctor Feussner 9:45pm -10pm Stated family session went well. Retired to bed at 10pm.

Carol Surofas
RN, C.

FELL-00000839

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
397549
C50693 0956P    13Y 383700
FEUSSNIO 1..    043080
REDACTED - FELL, 824-5842
WILKES BARRE    PA. M S
0094

6-24-93 (10pm-12am) Level C. A new order was received from Dr. Feussner that Donald's stepfather can visit during visiting hours and can call on the phone. Resting quietly in bed. Appeared to be sleeping 11pm-12am.
— Ruthanne Konrad

6-25-93 (12A-8A) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake up call given at 7am for VS and AM care. Ruthanne Konrad

6-25-93 (8a-4p) Level C. Bright + Pleasant. Appetite good for Breakfast + Lunch. Cecal is to write 50 words on how he could control anger outbursts if hears something he doesn't like. To begin he seemed "cocky" + was still "quick tongued" when being confronted. His behavior in. Attended all Activities. V's social. N. Compliant.
— J. Champna

6-25-93 (4pm-12am) Level C. Appetite good. Participated in Education. Had no family contact this shift. 7 - Confronted in group by peers that he does not want to leave the hospital. H. denies this, but has no answers as to why he still acts cocky and has "wise-guy" attitude. (cont) JM? Dabb

VILKES-BARRE GENERAL HOSP.TAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499                        383700
CF0693 0936P    13Y  043030
FFUSSNER   JA        824-5842

REDACTED - FELL

PA  M S

6-25-93 (Cont) Participated in roleplay. Peer played Donald's mother and D— played self. Coming home past curfew and drunk. Pt. was laughing c̄ pleasure @ her own behavior. Watched "My Girl" c̄ peers before bedtime. Jeanne McDade, Rn

6/26.93 (12.8ᵃᵐ) Pt. laying in bed, eyes closed on initial round. Still c̄.

Visit is drowsy to c̄ ...

6-20-93 (6.4ᵃᵐ) Awoke c̄ ... Pt. bright + pleasant. Appetite good for breakfast + lunch. Good is to write 150 words on how to (Alcohol 5-16-93) Get + Attention from staff + peers. No reviewed goal — Told staff he needs to avoid ⓞ behavior, not curse, throw temper tantrums, ↓ not ... throw things. Kept active c̄ groups. Vit-s stable. No complaints — Chuyan Lan

6/26/93 (4 - 1:30 pm) Pt. on Visual C. Pt. ate dinner and cooperated c̄ education. Pt. had no visitors but played cards and talked c̄ staff. Pt. attended group meeting/education for confronting a peer in a ... tone. Pt. confident he will return home to live when ... outside cont'd c̄ ...

FELL-00000841

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0936P   13Y   383700
043080
824-5842

REDACTED - FELL

PA M S

000

6-26-93 (4-12³⁰ pm) cont'd - [illegible handwritten nursing notes] ... Wendy [illegible] RN

6-27-03 (12-8³⁰ pm) [illegible handwritten notes]

6-27-93 (8a-4³⁰) [illegible handwritten notes]

Form No.: 4500.205.88

FELL-00000842

REDACTED - FELL

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-27-93 (8:45?) Pt. Attended all Groups Today.

[illegible handwritten nursing notes]

10-27-93 (4-12:30 pm) Pt on Level C. Pt ate dinner and attended group. Pt watched drug and alcohol education film and participated in discussion. Pt talked about his natural father drinking and beating him for no reason when younger. Pt denies any alcohol problems in his family at present. Pt reports that his mother wonders if his father leaving was the thing that happened with [illegible] in past... [illegible] Pt had no visitors. [illegible] kept busy playing cards c peers. Cooperative c [illegible] and movie group. Pt has 0 points today and requests Level B. Pt to [illegible] c problems — Wendy [illegible]

6/28/93 (12:00 - 8:30) Level C. Appeared to be sleeping on 1/2° rounds. Resps. regular. Wake up call given at 7AM for VS and [illegible]. Cari. ————— Ruthanne [illegible]

6/2?/93 (8am - 4:30) Level C. Pleasant, ate breakfast & lunch. Good. 150 word essay. Good plan to stay out of trouble this summer. [illegible] phones in [illegible]. Seen by Dr [illegible], no new orders. ————— [signature]

FELL-00000843

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
NR75499
C10693 0936P  13Y  04/040
FREASURER  JA  824-1842
WILKES BARRE        PA R S
000
REDACTED - FELL

6/08/93 (8am - 4:30 conv. V) awoke in group. Redirected for being [illegible] male peer. Ate snack. To physician 96's [illegible]

6/28/93 (172) Level B Pt. ate supper. He participated in [illegible] 5-6pm. Donald met c Psb his therapist. No visitors tonight. He spoke c his mother on the phone. Donald was a little [illegible] initially in group. He was timed out for an inappropriate comment during a peer's conversation about being molested. He did return to speak a little about his own molestation. Donald plans a visit c his mom if her car tire is fixed. He is hoping for discharge by this weekend. He spoke c MD about his discharge. Donald had [illegible]. Resting quietly p-12m. [illegible]

6-29-93 (12⁰⁰A - 8⁰⁰A) Level B. Agreed to be sleeping on ½" rounds. Respirations regular. Wake up call given at 7³⁰A for VS and AM care. ———— Ruthanne Koonrod, RN

6/29/93 (8Am - 4:30 pm) on level B in a pleasant mood attended community meeting patient goal is to work for level A. Pt reviewed treatment plan c staff + received c level A signature. Appetite good for breakfast + lunch participated in group + all activities Audrey [illegible]

FELL-00000844

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                        383700
GE0693 0936P    13Y  043080
SHUSHER, JA                    824-5842
REDACTED - FELL
WILKES BARRE                   PA M 3
UCC

6/29/93 (4-12) level B. Pt. ate suppos 4³⁰-5 & participated in education 5-6 pm. Donald is playing cards in free time. He has no complaints. He was visited by his mother. In group Donald said he + mom plan on going camping on the 4th of July. He says his stepdad is coming to the session also. BP ¹¹⁰/66 this evening. Donald contradicted himself about what time his mom will let him out to at night and how he'll be coming home at night. Also contradicting himself about his friends. He says his friend is 17 & he doesn't like friends his age. — That they are jerks. He says he'll take meds now because "they control me." He received 1 point for calling peer a name in group. This peers confronted him about cursing and being a liar. Donald had snacks & saw MD F group. Resting 10³⁰-12m

6-30-93 (12-8³⁰pm) 12ᵃᵐ _____ mark Kovalchik RN

6-30-93 (12-8³⁰pm) 12 3Aᵐ _____ level B

7⁰⁰ pr _____ ⁵⁰ ___ Ruth Smith RN

6-30-93 (8-4³⁰) level b. Pt. Bright + pleasant Appetite good for breakfast / lunch. Had is 150 wards behavior he needs to change at home. He focused on staying out + following [rules] _____ Cheyenne

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1475499
060693 0936P   13Y  383700
FEUSSNER, JA        043080
REDACTED - FELL      824-5842
WILKES BARRE          PA  M  S
COO

6-30-93 (Tx y³⁰ ) + Rely medicin ble Seems
Over Confident Re Cap. hopes Mom Told
him home ≥ That medication Works.
Ritalin 5mg 11am Given No Side Effects
VS s. Stable No Complaints _____ Chugen___

6-30 93 (4-12) Level B start of shift. Appetite is
good. Hoping to have a good family session and
be discharged. Three friends came to unit door
to say hello to Donald. Did his education.
Talked about plans for the summer in Group.
5- Mom in for session. 8⁴⁵pm Discharge Note -
Dr order + 1st Level A received from Dr. Feussner.
All belongings secured and signed for. Medications
reviewed c̄ mother and Donald. Pt is able to re-
peat back to nurse what meds he is on. 1⁴
nurse he has a 3Pm appointment @ C.S.C tomorrow
He will attend the summer Partial Program.
Escorted to hospital exit in an ambulatory state,
by Joanne McDade, Rn and mother @ 5ᵖᵐ JMcDade Rn

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD        383700
JP75499                     043
(10193 0936P    13Y 824-58-

REDACTED - FELL

# EXHIBIT 25

**Selection and Review**
**CRR Group Home**
**September 22, 1993**

**Present:** Ellis Carle, Peggy Peterson, Children & Youth Services; Dave
Geller, 404-BSU; Jean Joyce OPS/CSC; Carolanne Jones CRR/CSC.

Re:  Donald Fell
BSU:  404-01593
DOB:  4-30-80

Donald being referred for placement in the CRR by the outpatient
department (Children's Service Center) for the MH only slot.

Currently, residing with natural mother and her paramour.

Donald has an extensive background of treatment through Children's
Service Center.  Services have included Outpatient Services, Partial Hospitali-
zation, Home Based Intensive Family Services Program, referrals Y-Program, and
several psychiatric hospitalizations.  Donald exhibits severe aggressive out-
bursts, school difficulties, severe parent/child conflict, testing limits and
poor social skills.

Donald has been exposed to adult sexual activity, witnessed the sexual
abuse of his sister and may possibly have been sexually abused himself.  He
witnessed a great deal of domestic violence between his natural parents prior
to their separation.

These have been two recent HBIFSP referrals.  The first one was turned
down, the second one is pending.

Recommendations:

1.  CRR placement deferred due to aggressive behavior.

2.  Follow-up on HBIFSP referral.

_____                _____
Psychiatrist                                    Carolanne Jones
                                                CRR Director

FELL-00000848

# EXHIBIT 26

PSYCHOLOGICAL CONSULTATION

RE:    Donald Fell

DATE:   4-12-94

PSYCHOMETRIC INSTRUMENTS:        WISC-R

Verbal I.Q.            100
Performance I.Q.       101
Full Scale I.Q.        100

RORSCHACH

HOUSE TREE PERSON

BENDER MOTOR GESTALT

CLINICAL DIAGNOSTIC INTERVIEW

---

REASON FOR REFERRAL

This fourteen year old white youth of small build has been admitted to the Diagnostic program at St. Michael's as of 4-8-94 as a result of chronic school truancy behavior. Donald denies any drug usage and relates that he was living with his mother prior to placements.  Chart information indicates a very dysfunctional family and it should be noted that Donald was on Tofranil as well as Mellaril in the past for behavior problems. Donald relates that he does not see his father.  Previous placements included the First Hospital Wyoming Valley for Diagnostic evaluation as well as Wilkes-Barre General Hospital. No previous charges are noted in the chart.  Essentially, he is being seen by this examiner to assess current level of intellectual functioning and personality dynamics in order to formulate treatment goals during his stay at this facility.

OBSERVATIONS

Donald presents as pleasant and cooperative and verbalized spontaneously with this examiner and from a clinical prospective he is found to be fully oriented to time, place and person and there are no indications on a behavioral level of any active psychotic process.  Speech is relevant and coherent.

FELL-00000849

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page II


OBSERVATIONS- continued

 Affect is slightly anxious but appropriate to content of
ideation.  Regarding his school truancy behavior, Donald relates
"I got suspended and my mom was suppose to take me back to school
to get readmitted and she didn't.  Donald further relates that,
when he missed school, he would either go home or stay at his
friend's house.  It is interesting to note that Donald relates
that one of the primary reasons for missing school was because
the teachers wouldn't let me go to the bathroom and I got yelled
at constantly".  This examiner is of the opinion that Donald is
quick to resort to flight or avoidance behavior mechanisms in
dealing with situations which he percieves as anxiety provoking
or egothreatening rather than attempting to confront the
problem in a positive manner.  When asked how he is going to stay
out of trouble in the future, Donald relates "I guess I'll go to
school and walkout".  He relates that his biggest problem at this
time is "not going to school".  With regard to family
dynamices, he describes his relationship with his mother as
"good", and states that he does feel loved.  Since his admission
to St. Michael's, he relates that he feels "mad, because I don't
want to be here, I'd rather be home".  In terms of
self-perception, Donald describes himself as "easy to get along
with, I have alot of friends".  One does get the impression
however that Donald can be an easy victim of negative peer
influence as a result of perceiving the peer group as an avenue
for fulfilling his needs to belong and maintaining self-esteem.
It is interesting to note that Donald relates that he has
difficulty paying attention in school because "I'm always
tired".  He further relates that he does not sleep well at home.
Clearly, this youth is going to have to explore more positive
coping skills in dealing with the dynamics of school rather than
resorting to flight or avoidance behavior mechanisms.
Vocationally, he offers no specific aspirations at this time.

INTELLIGENCE

        The WISC-R was administered to assess current level of
intellectual functioning and the following are the individual
WISC-Rsubtest scores:

| Information   | 11 | Picture Completion  | 10 |
|---------------|----|---------------------|----|
| Similarities  | 8  | Picture Arrangement | 9  |
| Arithmetic    | 11 | Block Design        | 11 |
| Vocabulary    | 9  | Object Assembly     | 9  |
| Comprehension | 8  | Coding              | 11 |

FELL-00000850

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page III


INTELLIGENCE- continued

        Inter-subtest scatter is moderate and reflective of
consistency in overall cognitive abilities.  Fund of information
is slightly above average for his age level and this is also true
of arithmetic reasoning skills as well as his usage of analytic
synthetic thought process on a spacial relations task and his
ability to perform on a task demanding retention of new learning
and perceptual motor integration.  Abstract thought process is
slightly below average and this is also true of vocabulary as
well as judgement for practical situations.  Insight into the
dynamics of a social situation is slightly below average.  His
ability to attend to detail is average.

        Current level of intellectual functioning is within the
average range and compared to the general population, he is
placed at the 50th percentile rank.

RORSCHACH

        The entire record contains a total of only 12 responses
which essentially is a constricted record and clinically
suggestive of marginal ego strength at this time in that he had
difficulty superimposing structure upon the ambiguous stimuli in
order to formulate meaningful percepts.  (This is also a
significant factor accounting for Donald being an easy victim of
negative peer influence).  Essentially, several M responses in
the record connote a tendency to rely heavily upon intellectual
defenses such as rationalization; projection as well as denial
and perhaps even fantasy in order to cope with reality demands
and maintain ego-integration.  It is interesting to note his
response to card six ("a squirrel that just got runned over")
which is suggestive that Donald may feel somewhat overwhelmed at
the present time by his current state of affairs and
environmental factors.  The findings also suggest that he is
acutely aware of his need for emotional support and guidance from
others which is a positive note for therapy.  Some mild
underlying autistic trends as evidenced by several poor form
percept responses connote a tendency to take a situation and
manipulate it for his own self-serving ends.  Some mild
underlying oppositional trends are also noted.  Color is scarce
in formulating his percepts which is suggestive the potential for
impulsive, acting out behavior due to poorly developed inner
controls.  Other than these findings, the record is essentially
unremarkable for a formal thought disorder and reality testing is
seen to be within normal limits.

FELL-00000851

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page IV

## HOUSE TREE PERSON

His human figure drawing is a 13 year old male whom he describes as, "he obeys all the rules but he never goes to school." It is interesting to note that the eyes-like pupils which is clinically suggestive of a tendency to be somewhat preoccupied with internal stimuli rather than reality based stimuli however this is not to be construed as impairment testing but rather a tendency to rely upon fantasy or other intellectual defenses as a means of coping with reality demands.    A projective analysis of the drawing reveals strong dependency needs as well as underlying feelings of confusion and ambivalence.  The tree connotes impulsivity (a generalization supported by Rorshach findings) as well as difficulty in reaching out into his environment in socially appropriate ways in order to achieve need satisfaction.  The house is presented in front view suggestive of a tendency to mask his true feelings behind a front or facade and it is interesting to note that the absence of a walkway leading to the home connotes a tendency to be somewhat cautious and guarded with regard to self-disclosure. He does not perceive his home as affording him an emotional support system at this time.

## BENDER GESTALT

Overall, his intellectual approach to this task is systematical and there are no collision of designs noted. Reproductions are characterized by errors of impulsive loops, slight rotation of design and poor angulation.  However, it is the opinion of this examiner that these errors are due primarily to emotional factors rather than to any gross perceptual motor deficits

## IMPRESSIONS AND RECOMMENDATIONS

Donald is a fourteen year old white youth of small build who presents as pleasant and cooperative and is currently functioning intellectually within the average range.  Furthermore the psychometric data do not suggest gross perceptual motor deficits which may manifest in a learning disability. Essentially, it would seem that Donald relies heavily upon flight or avoidance behavior coping mechanisms in dealing with situations which he perceives as anxiety provoking or which he experiences as uncomfortable and really needs to learn that he cannot to continue to runaway from his problems.

FELL-00000852

PSYCHOLOGICAL CONSULTATION
RE:     Donald Fell
Page V


IMPRESSIONS AND RECOMMENDATIONS- continued

He needs to gain some insight regarding his own strengths and
limitations in order to bring about some behavioral changes.
Central features of his personality dynamics include strong
dependency needs; underlying feelings of confusion and
ambivalence; impulsivity, and a tendency to feel somewhat
overwhelmed by his current state of affairs.  This youth needs
much positive reinforcement in order to strengthen independent
decision making.  I am of the opinion that we can expect some
positive gains from Donald since he seems to be motivated towards
self-improvement once a trusting relationship is established with
staff.  Reality testing is within normal limits and there is no
evidence of a formal thought disorder.  One can expect Donald to
rely heavily upon such intellectual defenses as rationalization;
projection; in coping with reality demands.  I would recommend
the following for Donald during his stay at this facility.

1.  Certainly residential placement is in order at this time in
order to provide Donald with guidance and supervision from
appropriate male role models as well as to help him to gain some
insight regarding strengths and limitations in order to bring
about some positive behavioral changes.

2.  It would be desirable if Donald could achieve some insight
regarding his reliance upon flight or avoidance behavior
mechanisms in dealing with situations which he finds
uncomfortable and help him to explore more positive coping skills
in dealing with such situations rather than resorting to
avoidance of the situation.

3.  Since the findings indicate impulsivity, behavior
modification approaches should be used on a daily basis, notably
response cost and behavioral contracting in order to get Donald
to think before responding and be more responsible for the
consequences of his behavior.

4.  Family therapy should focus on helping his mother achieve
some insight regarding the dynamics of Donald's personality and
also to reinforce consistency in proper parenting skills as well
as communication to reinforce a sense of belonging within the
family constellation especially in view of the absence of the
father figure.

FELL-00000853

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page VI


IMPRESSIONS AND RECOMMENDATIONS- continued


5.  Much positive reinforcement should be utilized in programming
in order to enhance self-esteem and improve self-concept and
staff should reinforce positive peer group interaction on a daily
basis.

6.  Lastly, group home placement following discharge from this
facility is strongly recommended in view of current personality
dynamics and his need for ongoing guidance and supervision from
appropriate male role models.

Joseph Reakes, M.A.
Licensed Psychologist


JR/

FELL-00000854

# EXHIBIT 27

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 10/15/94-height & weight.... 11/9/94-struck in l. eye by another youth during an apparent altercation. S. swelling noted. Ice applied. R. 5th knuckle bruised. Refused ice pack for knuckle. No c/o pain. Observe. | 61 1/2 inches; 105 pounds. | Treatment as indicated. Observe for continued complaint |

L. Frisvold, RN - School Nurse

FELL-00000855

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 11/18/94-c/o cough. Afebrile. Robitussin DM. Observe. 11/30/94-c/o cough. Afebrile. bitussin DM. Observe. 1/4/95-c/o cold symptoms. A-febrile. Sudafed, Tylenol, Ro-bitussin DM. Observe. | Medication effective. Medication effective. | Medication as indicated. Ob-serve for continued complaint: Medication as noted. Observe for additional complaints. Medication as indicated. Ob-serve for continued complaint: Medical treatment as required |

L. Frisvold, RN - School Nurs

FELL-00000856

# EXHIBIT 28

SERVICE PLAN

MEDICAL - DENTAL

RE:   DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 3/30/95-to Dr. S. Rosengrant for eye refraction. | Glasses prescribed for distance wear only. Myopic astigmatism.  Yearly exams recommended. | Glasses to be worn as prescribed. Yearly exams recommended. |
| 4/5/95-to Geisinger Medical Gp for annual physical exam and check of l. leg. | Seen by Dr. T. A. Hanna, M.D.  Cellulitis l leg.  Elevate. Naprosyn 375 mg. t.i.d. with food for 15 doses., Keflex 500 mg. b.i.d. for ten days.  Td booster administered. Recheck 4/7/95.. | Medication and treatment as prescribed. Return for recheck at appointed time. |
| 4/7/95-to Geisinger Medical Gp for recheck l. leg. | Seen by Dr. Hanna.  Continue same care. X-ray ordered and compelted.  Return for recheck 4/10/95. | Continue treatment as prescribed. Return for recheck at appointed time. |
| 4/10/95-to Geisinger Medical Gp for recheck of l. leg. | Seen by Dr. Hanna.  Improving, continue same care. Recheck prn. | Continue treatment as indicated. Observe and return prn. |
| 4/19/95-eye & ear screening. | R. eye 20/50; L. eye 20/70.  Normal sweep in both ears. | |
| 4/19/95..height & weight... | 62 1/4 inches; 104 pounds. | |
| 4/25/95-given new glasses. | Glasses to be worn as prescribed. | Wear glasses as prescribed. |
| 5/2/95-to Dr. M. Hunting, DDS, for dental care. | #18 occlusal with composite filling with amalgam; #31 occlusal with composite filling with amalgam.  Fillings completed. Recall in six months. | Dental care completed. Recall in six months. |
| 5/9/95-c/o cough. Robitussin DM. Observe. | Effective. | Observe for additional complaints |
| 6/5/95-c/o headache. Tylenol | Effective. | |
| 6/28/95-no medical or dental complaints at this time. | Stable. Non-complaining. | Medical and dental care as required. |

L. Frisvold, RN - School Nurse

FELL-00000857

# EXHIBIT 29

CONTACT SHEET

CASE NUMBER:                           MONTH: 5/95

CLIENT NAME: Fell                      WORKER:

ADDRESS:                               Boynton

---

CONTACTS.

1. )    GOAL OF CONTACT:  (PURPOSE)

2. )    OUTCOME:  (WHAT TRANSPIRED)

---

Date: 5/26/95

Location: SHARP Home

Who Seen:

JAckie SHARP
DoNald Fell
Teri Fell

1. )

Home visit

2. )

Jackie reports that Donnie has been going to school regularly. She is having some problem w/him at home.

Donnie needs to help out more around the house. Teri does chore willing, but Jackie reports Donnie is less cooperative.

I suggested she sit down w/them and writ

FELL-00000858

out chore lists, w/ their help. Next, the lists should be posted in plain view so they can be referred to as needed.

Jackie is also concerned that Donnie may be ~~participating~~ ~~using~~ using drugs. She stated when he's been out w/ his friends, he stays i his room and he won't eat. She also reports he has mood ~~to~~ swings.

Jackie and I discussed these concer w/ Donnie. He swears he's not using drugs. I advised if he continues to demonstrate the behaviors noted above he may need to be reevaluated at CA

Jackie's only other concern is that she needs some time for herself. I explained to her that Donald and Teri probably have a lot of anxiety based on ~~their ~~ being abandoned by ~~their~~ mothe and their grandmother's death. I advised Jacki as they become more comfortable w/ her as their guard

FELL-00000859

# EXHIBIT 30

# INTENTIONALLY LEFT BLANK

FELL-00000860 - FELL00000861

# EXHIBIT 31

```
04/30/2010                Rutland City Police Department                    1738
14:07                       LAW Incident Table:                  Page:    1

Incident Number: 96RL00295

Nature: Citizen Dispute Partition: 1119
   Addr:        REDACTED-FELL
   City: Rutland City       ST: VT  REDACTED-FELL      Area: 1119  RUTLAND CITY
   Complainant&                                        Contact:
   Lst:                              Fst:              Mid:
   DOB:          SSN:               Adr:
   Rac:    Sx:  Tel:                Cty:              ST:   Zip:

   Offense Codes: CDIS INTP                Reported: CDIS  Observed: INTP
   Circumstances: LT20   SUA
Rspndg Officers: Stevens, K      Perkins M        Tarbell, J
Rspnsbl Officer: Stevens, K      Agency: 1119      CAD Call ID:    403369
   Received By: Tucker, S          Last RadLog:
   How Received: T  Telephone       Clearance: RBS  Reviewed by Sergeant
   When Reported: 03:53:53 01/11/1996  Disposition: TRA  Disp Date: 01/15/1996
Occurrd between: 03:53:53 01/11/1996  Judicial Sts:
          and: 03:53:53 01/11/1996Supervisor Apprl: SATucker,SGT
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date       Description                    Relationship
 NM               01/11/1996                                *Complainant
 NM               01/11/1996                                *Offender
 NM               01/11/1996                                *Offender
 CA   403369      01/11/1996  03:53 01/11/1996 Citizen Dispu *Initiating Call
 PR   73643       01/11/1996  Key Miscellaneous  $0          Fell-pers-prop.
 PR   73644       01/11/1996  Wallet & Cash  $142.85         Gilbert-pers-prop.

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                                  Amount
  1 CDIS Citizen Dispute                   0.00
  2 INTP Intoxicated Person                0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                  Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name            Unit
  1 Stevens, K      M965
  2 Perkins M       M973
  3 Tarbell, J      M956
```

Narrative:
_____
Responded to ▆ Cottage St. for a reported domestic. Upon my arrival, I observed two heavily intoxicated subjects who were argueing over their moving to PA.

Both were believed to have assaulted each other.

It was necessary to take both of them into protective custody as neither one could walk without assistance. They further had the stove burners on with nothing on the stove, and neither knew it was on.

They were identified as ;

Both were placed at the RCCC.

FELL-00000864

# EXHIBIT 32

```
04/30/2010              Rutland City Police Department                    1738
14:06                     LAW Incident Table:                   Page:     1

Incident Number: 96RL07632

Nature: Disorderly        Partition: 1119
  Addr: Sunset Motel [REDACTED]                    Area: 1119  RUTLAND CITY
  City: Rutland City      ST: VT  Zip: 05701       Contact:
  Complainant&    .41880
  Lst: Sunset Motel                 Fst:           Mid: REDACTED - FELL
  DOB:   / /    SSN:      -  -      Adr= REDACTED - FELL
  Rac:   Sx:   Tel: (802)773-2786   Cty: Rutland City    ST: V
                                                      REDACT

  Offense Codes: 2480 INTP              Reported: 2480   Observed: INTP
  Circumstances: LT14   DOMV
Rspndg Officers: LaChance, D      Tucker, S        Stevens, K
Rspnsbl Officer: LaChance, D      Agency: 1119         CAD Call ID:    487431
    Received By: Wentworth, L           Last RadLog:
   How Received: T  Telephone            Clearance: RBS  Reviewed by Sergeant
  When Reported: 00:51:52 09/04/1996    Disposition: TRA  Disp Date: 09/07/1996
Occurrd between: 00:51:52 09/04/1996   Judicial Sts:
           and: 00:51:52 09/04/1996Supervisor Apprl: SATucker,SGt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date        Description              Relationship
 NM     41880    09/04/1996  Sunset Motel,             *Complainant
 NM    [REDACTED] 09/04/1996  [REDACTED]                *Person of Interest
 NM    [REDACTED] 09/04/1996  [REDACTED]                *Person of Interest
 CA    487431    09/04/1996  00:51 09/04/1996 Disorderly *Initiating Call
 PR    87508     09/04/1996  Miscellaneous    $0         Gilbert-pers-prop.
 PR    87509     09/04/1996  Cash   $26.25              fell-pers-prop

LAW Incident Offenses Detail:
                     Offense Codes
Seq Code                                Amount
 1 2480 DISORDERLY CONDUCT OTHER         0.00
 2 INTP Intoxicated Person               0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                Comments
 1 LT14   Hotel/Motel/Etc.
 2 DOMV   Domestic Violence Involved
```

FELL-00000865

```
LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 LaChance, D        M975
  2 Tucker, S          M947
  3 Stevens, K         M965
```

FELL-00000866

Narrative:
_____
Upon my arrival at Sunset Motel ████ for a reported 10-10 I met with ██████████ and ██████, ███ and ████ both advised that they had been involved in an arguement. ███ was covered in beer.

Both subjects were incapaciatated, both subjects had an alco-sensor reading of .███AC.

Both ███ and █████ were screened by Evergreen and sent to RCC as an incap.

█████ had been reported missing by PA authorities. These authorities were contacted and advised.

No further action taken

# EXHIBIT 33

```
03/24/2010              Rutland City Police Department                     1470
09:24                   LAW Incident Table:                       Page:    1

Incident Number: 96RL09679

Nature: Disorderly       Partition: 1119
  Addr: REDACTED - FELL              REDACTED - FELL        Area: 1119  RUTLAND CITY
  City: Rutland City      ST: VT  Zip:              Contact: female bartender
    Complainant&     41084
  Lst: Stoplite Lounge           Fst:               Mid:
  DOB:   /  /      SSN:     -   -      REDACTED - FELL
  Rac:    Sx:   Tel:              Cty: Rutland City     ST: VT Zip: REDACTED - FELL

    Offense Codes: 2480                    Reported: SUSP  Observed: 2480
    Circumstances: LT20   SUA
  Rspndg Officers: Hall, C          Tarbell, J        Greene, C        &
  Rspnsbl Officer: Greene, C        Agency: 1119          CAD Call ID:    510977
     Received By: Dunchus, P           Last RadLog:
    How Received: 9  911 Line            Clearance: CRO  Cleared Responding Of
   When Reported: 00:11:11 11/06/1996    Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996   Judicial Sts: NCI  Non-criminal Incident
            and: 00:11:11 11/06/1996Supervisor Apprl: Sgt JR Sly
  MO:
  Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                    Relationship
 NM                                                         POI
 NM    41084  11/06/1996  Stoplite Lounge.                 *Complainant
 NM                                                         witness
 NM   225239  11/06/1996  Fell, Deborah Ann                POI
 NM                                                         POI
 NM                                                         POI
 NM                                                         POI
 CA   510977  11/06/1996  00:11 11/06/1996 Suspicious     *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                 Amount
  1 2480 DISORDERLY CONDUCT OTHER        0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                 Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

Narrative:
_____

At approximately 0011 hours., 11/06/96, I responded to the Stop
Light Bar for a reported suspicious activity, where someone came
into the Stop Light Bar and advised someone upstairs was
bleeding.

Upon my arrival, the bartender ██████████ advised she
didn't know what was going on, but ████████ came down
advising there was blood everywhere in apartment 4.

██████ who then met us at the door, advised that two
individuals were fighting in apartment 4.

Once upstairs, I could hear, then see two individuals still
verbally fighting in a close proximatey to each other. One of the
male,s identified later as ████████, his face, was
covered with blood. The second male, identified as ████████,
had some redness to his forehead, where he advised he had been
struck. Both men were intoxicated along with the two females
present.

RAS was contacted to respond to the scene for treatment of
████.

██████ advised he and ██████ had been arguing when ██████
began to assault him by hitting him about the head and body.
That fight ended and another between the two broke out with
██████ continuing to hit ██████. ████████ advised that at some
point during the second scuffle, he grabbed a lamp and struck
██████ in the head with it.

██████ advised he wasn't doing anything, they had only been
arguing, he was just sitting there when ██████ grabbed the lamp
and struck him.

██████████ advised that he witnessed the fight and it
appeared that ██████ had started it, and was kicking and
punching ██████.

Neither ██████ nor ██████ wanted to persue criminal complaints
against each other.

Case closed.

FELL-00000869

# EXHIBIT 34

```
04/30/2010                  Rutland City Police Department                      1738
14:05                           LAW Incident Table:                    Page:    1

Incident Number: 96RL09679

Nature: Disorderly      Partition: 1119
  Addr:      REDACTED - FELL                          Area: 1119  RUTLAND CITY
  City: Rutland City     ST: VT  Zip: REDACTED - FELL    Contact: female bartender
  Complainant&     41084
  Lst: Stoplite Lounge              Fst:                    Mid:
  DOB:   / /      SSN:     -  -     REDACTED - FELL
  Rac:   Sx:  Tel: (802)773-1605  Cty: Rutland City    ST: VT Zip: REDACTED - FELL

  Offense Codes: 2480                      Reported: SUSP  Observed: 2480
  Circumstances: LT20   SUA
Rspndg Officers: Hall, C          Tarbell, J      Greene, C        &
Rspnsbl Officer: Greene, C        Agency: 1119         CAD Call ID:    510977
    Received By: Dunchus, P            Last RadLog:
   How Received: 9  911 Line              Clearance: CRO  Cleared Responding Of
  When Reported: 00:11:11 11/06/1996    Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996    Judicial Sts: NCI  Non-criminal Incident
          and: 00:11:11 11/06/1996Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                     Relationship
 NM              11/06/1996                                 POI
 NM     41084    11/06/1996  Stoplite Lounge,               *Complainant
 NM              11/06/1996                                 witness
 NM              11/06/1996                                 POI
 NM              11/06/1996                                 POI
 NM              11/06/1996                                 POI
 NM              11/06/1996                                 POI
 CA     510977   11/06/1996  00:11 11/06/1996 Suspicious    *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                            Amount
  1 2480 DISORDERLY CONDUCT OTHER        0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                            Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Hall, C             M972
  2 Tarbell, J          M956
  3 Greene, C           M969
  4 Sly, J              M949
```

FELL-00000871

Narrative:
_____

At approximately 0011 hours., 11/06/96, I responded to the Stop
Light Bar for a reported suspicious activity, where someone came
into the Stop Light Bar and advised someone upstairs was
bleeding.

Upon my arrival, the bartender ( ███████████ ) advised she
didn't know what was going on, but ███████████ came down
advising there was blood everywhere in apartment █

██████████ who then met us at the door, advised that two
individuals were fighting in apartment █

Once upstairs, I could hear, then see two individuals still
verbally fighting in a close proximatey to each other. One of the
male,s identified later as ███████████, his face, was
covered with blood. The second male, identified as ███████████
had some redness to his forehead, where he advised he had been
struck. Both men were intoxicated along with the two females
present.

RAS was contacted to respond to the scene for treatment of
██████.

██████ advised he and ██████ had been arguing when██████████
began to assault him by hitting him about the head and body.
That fight ended and another between the two broke out with
██████ continuing to hit ██████. ██████ advised that at some
point during the second scuffle, he grabbed a lamp and struck
██████ in the head with it.

██████ advised he wasn't doing anything, they had only been
arguing, he was just sitting there when ██████ grabbed the lamp
and struck him.

███████████ advised that he witnessed the fight and it
appeared that ██████ had started it, and was kicking and
punching ██████.

Neither██████ nor ██████ wanted to persue criminal complaints
against each other.

Case closed.

# EXHIBIT 35

```
03/24/2010                Rutland City Police Department              1470
09:24                        LAW Incident Table:                Page:    1

Incident Number: 97RL01594

Nature: Intoxication    Partition: 1119
   Addr: REDACTED - FELL                                Area: 1119  RUTLAND CITY
   City: Rutland City     ST: VT   Zip: REDACTED - FELL  Contact:
   Complainant&
   Lst:                           Fst:                   Mid:
   DOB:          SSN:    -  -     Adr=
   Rac:    Sx:   Tel:             Cty:                    ST:    Zip:

   Offense Codes: INTP                       Reported: INTP  Observed: INTP
   Circumstances: LT13   SUA
Rspndg Officers: Geryk, R        Larson, E        Schauwecker, D
Rspnsbl Officer: Geryk, R        Agency: 1119          CAD Call ID:   549656
   Received By: Wentworth, L        Last RadLog:
   How Received: T  Telephone          Clearance: CRO  Cleared Responding Of
   When Reported: 17:11:18 03/04/1997   Disposition: COM  Disp Date: 03/04/1997
Occurrd between: 17:11:18 03/04/1997   Judicial Sts: NCI  Non-criminal Incident
           and: 17:11:18 03/04/1997Supervisor Apprl: Cpl.E.Larson
MO: Time of Day      1501-1800
 Narrative: (See below)
           See Involvements.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date       Description                Relationship
 NM      61040   03/04/1997  Evergreen Center            Screened both.
 NM                                                      *Complainant
 NM      94475   03/04/1997  Marble Valley Regional Correct  Both transported to
 NM     225239   03/04/1997  Fell, Deborah Ann           Intoxicated
 NM                                                      Intoxicated
 CA     549656   03/04/1997  17:11 03/04/1997 Intoxication  *Initiating Call
 PR      98665   03/05/1997  Miscellaneous assorted  $0  Fell-pers-prop.

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                              Amount
  1 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                              Comments
  1 LT13   Highway/Road/Alley         Evelyn Street
  2 SUA    Suspected using alcohol    .272 & .300
```

FELL-00000873

Narrative:
_____          REDACTED - FELL
Two intoxicants by              apartments. Screened by Evergreen. TO MVRCF

FELL-00000874

# EXHIBIT 36

```
03/24/2010                  Rutland City Police Department                              1470
09:25                         LAW Incident Table:                         Page:    1

 Incident Number: 97RL05323

 Nature: Assault          Partition: 1119
   Addr: REDACTED - FELL                                          Area: 1119   RUTLAND CITY
   City: Rutland City    ST: VT  Zip:  REDACTED - FELL      Contact: M997
   Complainant&
   Lst:                              Fst:                 Mid:
   DOB:          SSN:                Adr:
   Rac:   Sx:   Tel:                 Cty:                   ST:    Zip:

   Offense Codes: CDIS                      Reported: NC    Observed: CDIS
   Circumstances: LT11
 Rspndg Officers: Sherwin, B      Fuller, T          Blongy, K        &
 Rspnsbl Officer: Fuller, T       Agency: 1119           CAD Call ID:    604987
     Received By: Earle, L                 Last RadLog:
    How Received: O  Officer Report        Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 13:34:04 07/03/1997  Disposition: COM  Disp Date: 07/08/1997
 Occurrd between: 13:34:04 07/03/1997  Judicial Sts:
             and: 13:34:04 07/03/1997Supervisor Apprl: Lt Sherwin
 MO:
  Narrative: (See below)


 = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


 INVOLVEMENTS:
 Type   Record #    Date      Description                    Relationship
  NM     ██████████████████████████████████████            Person of Interest
  NM     225239  07/08/1997  Fell, Deborah Ann               Person of Interest
  CA     604987  07/03/1997  13:34 07/03/1997 Assault        *Initiating Call

 LAW Incident Offenses Detail:
                    Offense Codes
 Seq Code                                    Amount
   1 CDIS Citizen Dispute                     0.00


 LAW Incident Circumstances:
                  Contributing Circumstances
 Seq Code                              Comments
   1 LT11   Government/Public Bldg


 LAW Incident Responders Detail
     Responding Officers
 Seq Name            Unit
   1 Sherwin, B      M934
   2 Fuller, T       M968
   3 Blongy, K       M971
   4 Petrie, C       M997
```

FELL-00000875

Narrative:

The complainant stated that he was traveling on West Street in
frcnt of the Stop Light bar.  Petrie stated that the female had
hit the male in the mouth.  When I spoke with the involved
persons I was advised that they were not interested in filing any
complaint.

Case closed. NFA

FELL-00000876

# EXHIBIT 37

```
03/24/2010                  Rutland City Police Department                        1470
09:25                            LAW Incident Table:                     Page:     1

Incident Number: 97RL07770

Nature: Intoxication    Partition: 1119
   Addr: REDACTED - FELL                              Area: 1119   RUTLAND CITY
   City: Rutland City      ST: VT   REDACTED - FELL   Contact:
   Complainant&   225239
   Lst: Fell                           Fst: Deborah        Mid: Ann
   DOB: REDACTED - FELL  SN:           Adr: REDACTED - FELL
   Rac: W Sx: F Tel:                   Cty: Rutland City    REDACTED - FELL

   Offense Codes: INTP                       Reported: INTP  Observed: INTP
   Circumstances: LT14   SUA
Rspndg Officers: Gaiotti, W       Notte, M        Sly, J
Rspnsbl Officer: Gaiotti, W       Agency: 1119        CAD Call ID:    652070
   Received By: Wentworth, L        Last RadLog:
   How Received: 9  911 Line             Clearance: RBS  Reviewed by Sergeant
   When Reported: 01:44:11 09/16/1997   Disposition: COM  Disp Date: 09/19/1997
Occurrd between: 01:44:11 09/16/1997   Judicial Sts: NCI  Non-criminal Incident
           and: 01:44:11 09/16/1997 Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date       Description                  Relationship
  NM    225239   09/19/1997  Fell, Deborah Ann            Intoxicated Person
  NM                                                      POI
  NM    225239   09/16/1997  Fell, Deborah Ann           *Complainant
  CA    652070   09/16/1997  01:44 09/16/1997 Intoxication *Initiating Call
  PR    110884   09/16/1997  Key Motel   $0               Fell-pers-prop.

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                      Amount
  1 INTP Intoxicated Person                     0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                      Comments
  1 LT14   Hotel/Motel/Etc.
  2 SUA    Suspected using alcohol
```

Narrative:

Prior to this call I had been flagged down in the parking lot of
the Royal Motel by a male subject advising an intoxicated female
was trying to drive her car.  The female, Debbie Fell, was in her
car parked in front of her room.  The male, ███████████
advised he and Fell are living together at the motel.  ████ was
had disabled the vehicle so Fell could not drive.  Fell was
warned to go inside and stay there.  She was being beligerent and
disturbing the other motel tenents.  Fell did so but was clearly
not happy.

When this call came in, Fell had called 911 several times
complaining about her car being disabled by ██████.  I responded
to the motel and spoke with both subjects.  Fell advised she had
to be at work in a few hours and needed her vehicle.  █████████
advised he was not going to fix the car until Fell was sober.
Fell became loud and beligerent again and was warned once more to
go into her room or she would be incapped.  Fell said she would
not go in and I would have to take her to jail.  Fell was taken
into custody and screened by Evergreen.  She refused an alco-
sensor but was clearly extremely intoxicated.    Evergreen
continued Fell's protective custody at the correction center.
She was transported to the cc and held overnight. NFA/3870

FELL-00000878

# EXHIBIT 38

```
03/24/2010              Rutland City Police Department                      1470
09:26                   LAW Incident Table:                      Page:    1

Incident Number: 98RL00371

Nature: Intoxication    Partition: 1119
  Addr: Woodstock Avenue (Royal Motel)                  Area: 1119  RUTLAND CITY
  City: Rutland City     ST: VT  Zip: 05701          Contact:
  Complainant&    225239
  Lst: Fell                         Fst: Deborah        Mid: Ann
  DOB: REDACTED - FELL SSN:             Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                      Cty:

  Offense Codes: INTP                       Reported: INTP  Observed: INTP
  Circumstances: LT20   SUA
Rspndg Officers: Greene, C         Sly, J
Rspnsbl Officer: Greene, C         Agency: 1119        CAD Call ID:    719411
   Received By: Bletz, T                Last RadLog:
  How Received: 9  911 Line             Clearance: RBS  Reviewed by Sergeant
  When Reported: 23:41:19 01/14/1998   Disposition: COM  Disp Date: 01/15/1998
Occurrd between: 23:41:19 01/14/1998   Judicial Sts: NCI  Non-criminal Incident
          and: 23:41:19 01/14/1998Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date       Description                 Relationship
 NM    225239  01/15/1998  Fell, Deborah Ann             POI
 NM    225239  01/14/1998  Fell, Deborah Ann             *Complainant
 CA    719411  01/14/1998  23:41 01/14/1998 Intoxication *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                               Amount
  1 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                               Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Greene, C         M969
  2 Sly, J            M949
```

FELL-00000879

Narrative:

Deb Fell and her boyfriend were fighting over the key's to Fell's vehicle. Both were intoxicated, and were told to call in the morning if there were problems with Debbie getting the key's.

NFA

FELL-00000880