**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

_____

DONALD FELL,

     Movant,

  v.

UNITED STATES OF AMERICA,

     Respondent.

_____

) ) ) ) ) ) ) 2:01-CR-12-01 ) ) ) ) ) ) ) ) )

# MOTION OF DONALD FELL FOR COLLATERAL RELIEF, TO VACATE, SET ASIDE, OR CORRECT SENTENCE, AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

# VOLUME III OF VII

# EXHIBITS 39-114

# TABLE OF CONTENTS

## INDEX TO EXHIBITS

## NON-SEALED EXHIBITS

Exhibit

Donald Fell Mitigation Binder................................................................................1

Van Gorp Report (Apr. 6, 2001).............................................................................2

Mills Report (May 7, 2001) ....................................................................................3

Lipman Report (May 14, 2001) ..............................................................................4

Cunningham Report (June 14, 2005).......................................................................5

Declaration of Mark Cunningham, Ph.D., ABPP (June 27, 2005) ..........................6

Wetzel Report (Oct. 11, 2002) ...............................................................................7

Rabun Report (Dec. 31, 2002) ...............................................................................8

Wetzel Report (June 27, 2005) ..............................................................................9

Welner Report (July 5, 2005)................................................................................10

CYS Contact Sheet (Apr. 22, 1985) .....................................................................11

CYS Contact Sheet (May 8 1985) ........................................................................12

CYS Contact Sheet (Sept.—Oct.1985)..................................................................13

CYS Contact Sheet (Aug. 8, 1991).......................................................................14

CYS Contact Sheet (Aug. 8, 1991).......................................................................15

CYS Contact Sheet (Aug. 8, 1991).......................................................................16

CYS Contact Sheet (Oct. 1991).............................................................................17

First Hospital Wyoming Valley Discharge Report (Oct. 31, 1991) .......................18

Wilkes-Barre General Hospital Progress Record (Apr. 1992)................................19

Wilkes-Barre General Hospital Adolescent Psych. Unit Interdisciplinary Progress Record (Apr. 1992)......................................................................................................20

Wilkes-Barre General Hospital Discharge Face Sheet (June 6, 1993) .........................................21

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Apr. 1992)..........22

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Jan. 1993) ..........23

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (June 1993) .........24

CRR Group Home Selection and Review (Sept. 22, 1993)...........................................................25

Psychological Consultation of Donald Fell (Apr. 12, 1994) .........................................................26

Service Plan (Medical) (1994).....................................................................................................27

Service Plan (Medical – Dental) (1995) ......................................................................................28

CYS Contact Sheet (May 26, 1995) ............................................................................................29

Intentionally Left Blank...............................................................................................................30

Rutland City Police Department Incident Table (Jan. 11, 1996)...................................................31

Rutland City Police Department Incident Table (Sept. 4, 1996) ...................................................32

Rutland City Police Department Incident Table (Nov. 6, 1996) ...................................................33

Rutland City Police Department Incident Table (Nov. 6, 1996) ...................................................34

Rutland City Police Department Incident Table (Mar. 4, 1997)....................................................35

Rutland City Police Department Incident Table (July 3, 1997).....................................................36

Rutland City Police Department Incident Table (Sept. 16, 1997) .................................................37

Rutland City Police Department Incident Table (Jan. 14, 1998)...................................................38

Rutland City Police Department Incident Table (June 5, 1998).....................................................39

Rutland City Police Department Incident Table (July 28, 1998)...................................................40

Rutland City Police Department Incident Table (Apr. 30, 1999)...................................................41

Rutland City Police Department Incident Table (May 26, 1999)...................................................42

Rutland City Police Department Incident Table (Oct. 30, 1999) ...................................................43

Rutland City Police Department Incident Table (Feb. 20, 2000) ...................................................44

Luzerne County Detention Center Admission Page (Sept. 10, 1996) ............................................45

Sullivan County Sheriff's Department Criminal Complaint (Aug. 12, 2000) ................................46

New York State Incident Report and Arrest Report (Aug. 12, 2000)............................................47

Sullivan County Sheriff's Department Statement of Donny McNeeley (Aug. 12, 2000) .............48

Sullivan County Sheriff's Department Statement Joshua Jones (Aug. 12, 2000) .........................49

New York State Incident Report (Aug. 12, 2000) ........................................................................50

Sullivan County Sheriff's Department Statement (Teri Fell) (Aug. 12, 2000) .............................51

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000).................................52

Sullivan County Sheriff's Department Supporting Deposition (Aug. 12, 2000)...........................53

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000).................................54

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000).................................55

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000).................................56

FBI FD-302 (Nov. 30, 2001 – Dec. 1, 2001) ...............................................................................57

Intentionally Left Blank................................................................................................................58

Intentionally Left Blank................................................................................................................59

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 1, 2000) ......................60

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) ......................61

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) ......................62

New York State Police Investigation Report (Dec. 1, 2000).........................................................63

New York State Police Supporting Deposition (Dec. 2, 2000) .....................................................64

Autopsy Report of Teresca King (Dec. 2, 2000) ..........................................................................65

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) ......................66

United States Marshals Service Prisoner Intake ............................................................................67

New York State Police Supporting Deposition of Francis Bellantoni (Dec. 1, 2000)...................68

Warrant Information Network Subject Report (Dec. 15, 2000) ......................................................69

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Dec. 22, 2000) ......................................................................................................................70

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................71

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................72

NWSCF Facility Incident Report (Dec. 27, 2000) ........................................................................73

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Dec. 28, 2000) ......................................................................................................................74

Prison Medical Records of Donald Fell........................................................................................75

2001 FBI Report .............................................................................................................................76

Vermont Department of Corrections Disciplinary Hearing Report (Dec. 27, 2000)....................77

FBI Report (Jan. 4, 2001) ..............................................................................................................78

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Jan. 8, 2001)...........................................................................................................................79

Letter from Alex Bunin to A.U.S.A. Gregory Waples (Jan. 9, 2001) ...........................................80

FBI FD-192 (Jan. 22, 2001)...........................................................................................................81

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch
    (Jan. 24, 2001).........................................................................................................................82

Redacted E-mail (Mar. 15, 2001) ..................................................................................................83

Letter from A.U.S.A Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
    (Mar. 26, 2001) .......................................................................................................................84

New York State Certificate of Disposition (Mar. 28, 2001)..........................................................85

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch (Apr. 5, 2001)...............................................................................................................86

Memorandum from Cynthia Ayres to Dr. Mark Mills (Apr. 23, 2001).........................................87

Letter from Peggy Peterson, Luzerne County CYS.......................................................................88

Letter A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht (Apr. 5, 2001)...............................................................................................................90

Handwritten D Management Team Meeting Notes (Apr. 21, 2001) .............................................91

Vermont Department of Corrections Facility Report Form (June 13, 2001)................................92

Correctional Medical Services Interdisciplinary Progress Notes (July 2001) .............................93

Pennsylvania State Police Central Repository Criminal History of Christopher Eike .................94

Handwritten D Management Team Meeting Notes (July 16, 2001)..............................................95

D Wing Activity Sheet...................................................................................................................96

Redacted E-mail (Sept. 20, 2001) ................................................................................................97

Redacted E-mail (Sept. 20, 2001).................................................................................................98

Redacted E-mail (Sept. 20, 2001).................................................................................................99

Redacted E-mail (Sept. 20, 2001)...............................................................................................100

Redacted E-mail (Sept. 20, 2001)...............................................................................................101

Vermont Department of Corrections Facility Report Form (Sept. 20, 2001)..............................102

Redacted E-mail (Sept. 20, 2001)...............................................................................................103

Handwritten note of Bobby Lee...................................................................................................104

Handwritten note of Bobby Lee...................................................................................................105

Individual Voir Dire (May 4, 2005)............................................................................................106

Redacted E-mail (Sept. 25, 2001)...............................................................................................107

Commonwealth of Pennsylvania Police Criminal Complaint against Christopher Eike (Nov. 7, 2001) ..................................................................................................108

Prison Health Records of Robert Lee ................................................................................109

Intentionally Left Blank ....................................................................................................110

Intentionally Left Blank ....................................................................................................111

Vermont Department of Corrections Incident Report (Mar. 17, 2004) ...........................112

Intentionally Left Blank ....................................................................................................113

FOIA 302 (Apr. 6, 2005) ..................................................................................................114

Letter to Judge Sessions from A. Bunin (Apr. 27, 2005) ................................................115

Sealed Document Order, Case No.:2:01-CR-12 (Apr. 28, 2005) .....................................116

Jury Instructions ...............................................................................................................117

Intentionally Left Blank ....................................................................................................118

FOIA 302 (May 9, 2005) ..................................................................................................119

Intentionally Left Blank ....................................................................................................120

Intentionally Left Blank ....................................................................................................121

Letter from William B. Darrow and Stephen Kelly to Alexander Bunin, Gene Primomo, and Paul Volk...................................................................................................................122

Blank Juror Questionnaire ................................................................................................123

Juror No. 26 Questionnaire (May 13, 2005) ....................................................................124

Juror No. 162 Questionnaire (May 23, 2005) ..................................................................125

Intentionally Left Blank ....................................................................................................126

Intentionally Left Blank ....................................................................................................127

FBI Report (June 14, 2005) ..............................................................................................128

FBI 302 Report of Interview with Christopher Eike (June 15, 2005) ..............................129

United States' Trial Memorandum, United States v. Donald Fell ...............................................130

Letter to Judge Sessions from David V. Kirby (June 29, 2005)..................................................131

FBI 302 Report of Interview with [Redacted] (July 5, 2005) .....................................................132

FedEx Air Bill from Town of Bethel Justice Court to Andrew Bartnick (July 6th, 2006)..........133

Letter to Judge Sessions from Alex Bunin (July 8, 2005) ..........................................................134

Stipulation (July 8, 2005)............................................................................................................135

Intentionally Left Blank..............................................................................................................136

Memorandum to Alex Bunin from Paul Volk (July 20, 2005)....................................................137

Donald Fell's Motions for Judgment of Acquittal and New Trial, United States v. Donald Fell
    (Aug. 26, 2005)......................................................................................................................138

Affidavit of Richard Wetzel, Ph. D (Sept., 12, 2005).................................................................139

Appeal from the United States District Court for the District of Vermont, Brief of the United
    States, United States v. Donald Fell (May 25th, 2007) ..........................................................140

Letter to Victims Resource Center from Wanda Rivera (Apr. 21, 2005) ...................................141

Letter from Victims Resource Center to Andrew Bartnick (May 4, 2005) .................................142

School Heath Record of Donald Fell ...........................................................................................143

Intentionally Left Blank..............................................................................................................144

Wilkes-Barre General Hospital Progress Record of Donald Fell (June 1993) ...........................145

Raymond Kotzer and Theresa Kotzer Divorce Records (Oct. 22, 1967) ...................................146

Arrest Warrant Affidavit for Donald Fell, Sr. (Mar. 4, 1990) ...................................................147

CYS Contact Sheet (Apr. – May 1990) ......................................................................................148

Jenkins Township Incident Report (Apr. 21, 1990)....................................................................149

CYS Contact Sheet (June 1990) .................................................................................................150

Service Planning/Family Functioning Report (June 1990).........................................................151

CYS Contact Sheet (Nov. 28, 1990) ........................................................................................152

CYS Contact Sheet (Jan. 14, 1991) ........................................................................................153

CYS Contact Sheet (Feb. 14, 1991)........................................................................................154

Intentionally Left Blank..........................................................................................................155

Intentionally Left Blank..........................................................................................................156

CYS Contact Sheet (Mar. 19, 1991) .......................................................................................157

Suspected Child Abuse Referral Note (Apr. 18, 1993) ..........................................................158

CYS Contact Sheet (May 1, 1991) .........................................................................................159

CYS Contact Sheet (May 2, 1991) .........................................................................................160

CYS Contact Sheet (June 4, 1991) .........................................................................................161

CYS Contact Sheet (June 24, 1991) .......................................................................................162

CYS Contact Sheet (July 8, 1991) ..........................................................................................163

CYS Contact Sheet (Dec. 20, 1991) .......................................................................................164

CYS Contact Sheet (Dec. 23, 1991) .......................................................................................165

CYS Contact Sheet (Jan. 13, 1992) ........................................................................................166

CYS Contact Sheet (Mar. 3, 1992).........................................................................................167

CYS Contact Sheet (Apr. 20, 1992)........................................................................................168

Intentionally Left Blank..........................................................................................................169

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (1993) .....................170

CYS Client Information Profile (Apr. 18, 1993) .....................................................................171

CYS Contact Sheet (Apr. 20, 1993)........................................................................................172

Police Report (Jan. 26, 2001)..................................................................................................173

Intentionally Left Blank..........................................................................................................174

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (June 8, 1993)..........175

Office of the Sheriff, Luzerne County (Aug. 31, 1993)...............................................................176

CYS Client Information Profile (Jan. 19, 1994) ........................................................................177

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................178

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................179

CYS Contact Sheet (Feb. 4, 1993).............................................................................................180

CYS Contact Sheet (Mar. 10, 1994) ..........................................................................................181

CYS Contact Sheet (Mar. 24, 1994) ..........................................................................................182

CYS Contact Sheet (Apr. 7, 1994).............................................................................................183

CYS Contact Sheet (Apr. 12, 1994)...........................................................................................184

CYS Contact Sheet (Apr. 12, 1994)...........................................................................................185

St. Michael's School Psychiatric Note (May 1994)....................................................................186

St. Michael's School Psycho Social Summary (Apr. 1994) ........................................................187

FBI Identification Record for Debra Fell (June 9, 1994).............................................................188

Wilkes-Barre Police Department Jailer's Report (Oc. 18, 1994) ...............................................189

Arrest Report for John Rhodes (Oct. 18, 1994) .........................................................................190

Citation for John Rhodes (Oct. 18, 1994) .................................................................................191

Wilkes-Barre Police Special Report for John Rhodes (Oct. 18, 1994).......................................192

Risk /Severity Assessment Form (Oct. 26, 1994).......................................................................193

Arrest Report for John Rhodes (Jan. 12, 1995) .........................................................................194

Arrest Warrant for John Rhodes (Feb. 9, 1994).........................................................................195

Arrest Warrant for John Rhodes (Jan. 12, 1995) .......................................................................196

CYS Contact Sheet (Jul. 1995) .................................................................................................197

Substance Abuse Evaluation for Donald Fell (Sept. 16, 1996) ....................................................198

Affidavits Submitted in Motion in Limine in United States v. Haynes (May 24, 2000).............199

Letter to Judge Niedermeier (Dec. 5, 2000) ...................................................................................200

Letter to Charles Tetzlaff (Dec. 5, 2000)........................................................................................201

Letter to Judge Murtha (Dec. 11, 2000)..........................................................................................202

Rutland Herald Article (May 13, 2002)...........................................................................................203

Burlington Free Press Article (May 15, 2002).................................................................................204

Donald Fell's Objections to Punishment-Related Questions (Jun. 10, 2002).............................205

Declaration of Thomas V. Ryan .......................................................................................................206

Letter to David Kirby (Feb. 23, 2005) .............................................................................................207

Letter to Judge Sessions (Jun. 29, 2005).........................................................................................208

Special Verdict Form (Jul. 14, 2005)...............................................................................................209

Criminal History Record of Deborah Fell (Apr. 10, 1996) ..........................................................210

Rutland City Police Department Incident Report (1996) ..............................................................211

Rutland City Police Department Report (1994-2000) ...................................................................212

New York State Police Investigation Report (Dec. 1, 2000).........................................................213

Criminal Docket for Christopher Eike (Oct. 8, 2002) ..................................................................214

Government Opposition to Motion (Jul. 10, 2002).........................................................................215

FBI Record (Apr. 25, 2005)...............................................................................................................216

Donald Fell Event Table (Apr. 30, 2005) ........................................................................................217

FBI Record (May 11, 2005)................................................................................................................218

FBI Record (May 16, 2005)................................................................................................................219

FBI Record (Jun. 9, 2005)..................................................................................................................220

FBI Record (Jun. 6, 2005)..................................................................................................221

Adolescent Psychiatric Reports for Donald Fell (1993) ...............................................222

Bail Certificate (Mar. 4, 1997)..........................................................................................223

CYS Contact Sheet (May 20, 1992) ..................................................................................224

FBI Record (Jun. 27, 2005)................................................................................................225

FBI Record (Jun. 9, 2005)..................................................................................................226

Statement by Teri Fell to Sullivan County Sheriff (Aug. 12, 2000)............................227

Deposition of Lance Rowland (Aug. 12, 2000)..............................................................228

Certificate of Disposition (Aug. 16, 2000) .....................................................................229

Individual Voir Dire (Jun. 1, 2005) .................................................................................230

Police Report (Nov. 1, 2002) ............................................................................................231

Wilkes-Barre Times Leader Article (Oct. 5, 2004) .......................................................232

Law and Human Behavior Article (1991) .......................................................................233

Specialty Guidelines for Forensic Psychology .............................................................234

United States v. Fell Court Order (Apr. 7, 2005)...........................................................235

Transcript Excerpt (May 13, 2005)..................................................................................236

Intentionally Left Blank....................................................................................................237

Fell Motion to Dismiss Notice of Intent to Seek Death Penalty ...............................238

Declaration of Juror 23 .....................................................................................................239

Conviction Record of Juror 26 (Apr. 2, 1996)...............................................................240

Declaration of Juror 143 ...................................................................................................241

Declaration of Sally Fell Francis .....................................................................................242

Declaration of Ronald Cupano.........................................................................................243

Declaration of Rose O'Hop ...................................................................................................244

Declaration of Claudia Bublo ..............................................................................................245

Trial Transcript Excerpt (May 13, 2005).............................................................................246

Declaration of Robert Fell ...................................................................................................247

Declaration of Dorothy Grivner...........................................................................................248

Declaration of John Timek....................................................................................................249

Declaration of Florence Wallace .........................................................................................250

Declaration of John Gacek....................................................................................................251

Declaration of Adele Gacek .................................................................................................252

Declaration of Ernie Schuldaski ..........................................................................................253

Declaration of Jon Migatulski...............................................................................................254

Declaration of Steve Ratte ...................................................................................................255

Declaration of Marc Pelkey ..................................................................................................256

Voir Dire Transcript..............................................................................................................257

Declaration of Richard T. Callery, M.D., F.C.A.P. ..................................................................258

Intentionally Left Blank..........................................................................................................259

Declaration of Mark J. Mills, J.D., M.D. ................................................................................260

Intentionally Left Blank...........................................................................................................261

Declaration of Andrew Bartnick.............................................................................................262

Declaration of Gene Primomo ...............................................................................................263

Declaration of Alexander Bunin .............................................................................................264

Declaration of Cynthia Ayres  ...............................................................................................265

Declaration of Sandra Shum ..................................................................................................266

Declaration of Deborah Wisell ...................................................................................................267

Declaration of Anthony Mistretta ..............................................................................................268

Declaration of Dora Carter........................................................................................................269

Declaration of Jeff Van Buren ...................................................................................................270

Declaration of Pat Johnson .......................................................................................................271

Declaration of Mary Bell ...........................................................................................................272

Transcript of Juvenile Proceedings (Apr. 8, 1994) .....................................................................296

Childline Record (Apr. 22, 1991) ..............................................................................................297

Officers Report..........................................................................................................................298

Prison Record (Jun. 11, 2001)....................................................................................................299

Declaration of Michael Sikirica .................................................................................................300

Declaration of Francis Bellantoni ..............................................................................................301

Declaration of Lucinda Fruean ..................................................................................................302

Declaration of Michael Leight ...................................................................................................303

Declaration of Paul Stoss............................................................................................................304

Declaration of Paul Volk ...........................................................................................................305

Declaration of Charles Wetli .....................................................................................................306

Birth Certificate of Theresa Kozersky (Aug. 9, 1935).................................................................307

Death Certificate of Frances Kozerski (Apr. 20, 2001) ...............................................................308

Declaration of John Edens ........................................................................................................309

Government Motion in Limine to Exclude Report (Jul. 6, 2005)..................................................310

Individual Voir Dire Excerpt (Jun. 6, 2005)...............................................................................311

Photographs of Fell Home .........................................................................................................312

Declaration of Jamie Dominick ..............................................................................................313

**SEALED EXHIBITS**

15

# EXHIBIT 39

```
03/24/2010              Rutland City Police Department                    1470
09:26                     LAW Incident Table:                    Page:    1

Incident Number: 98RL04810

Nature: Family Fight    Partition: 1119
   Addr: REDACTED - FELL                              Area: 1119  RUTLAND CITY
   City: Rutland City       REDACTED - FELL           Contact:
   Complainant&
   Lst:                            Fst:              Mid:
   DOB:           SSN:            Adr=
   Rac:    Sx:   Tel: (   )  -    Cty:               ST:       0

   Offense Codes: 2412                   Reported: _080  Observed: 2412
   Circumstances: LT14   TCAU
Rspndg Officers: Hall, C              LaChance, D
Rspnsbl Officer: Hall, C              Agency: 1119         CAD Call ID:   813249
   Received By: Gallipo, L            Last RadLog:
   How Received: 9  911 Line             Clearance: RBS  Reviewed by Sergeant
   When Reported: 23:16:56 06/04/1998   Disposition: COM  Disp Date: 06/05/1998
Occurrd between: 23:16:56 06/04/1998  Judicial Sts: NCI  Non-criminal Incident
          and: 23:16:56 06/04/1998Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date       Description              Relationship
 NM     225239   06/05/1998  Fell, Deborah Ann        POI
 NM                                                   POI
 NM                                                   *Complainant
 CA     813249   06/04/1998  23:16 06/04/1998 Family Fight  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                Amount
  1 2412 QUARRELS                        0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                Comments
  1 LT14   Hotel/Motel/Etc.
  2 TCAU   Using/Consuming activity      Alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name            Unit
  1 Hall, C         M972
  2 LaChance, D     M975
```

FELL-00000881

Narrative:

Upon arrival we found there were two subjects arguing over
change in a piggy bank.  They had both been drinking.  I found
they have been together for awhile.  They owned alot of things
together.

Tonight their only problem was the bottle of rum they consumed.
By the time we left, they had stopped arguing over the change
and what percentage was whos.  Now they were going to go to bed
and the other watch TV.  They had there own remotes to the same
TV.  We may be back later when they want to watch different
things.

They both appoligized for calling.  We departed.

It has been a couple of hours since the call and there has been
nothing more reported.

Involved
1) ⬛⬛⬛⬛⬛⬛⬛REDACTED - FELL⬛
2) Debbie Fell,

Both clear NCIC.

NFA

# EXHIBIT 40

```
03/24/2010                  Rutland City Police Department                      1470
09:32                         LAW Incident Table:                       Page:    1

Incident Number: 98RL06918

Nature: Family Fight      Partition: 1119
  Addr:   REDACTED - FELL                           Area: 1119  RUTLAND CITY
  City:                              .              Contact:
  Complainant&    225239
  Lst: Fell                      Fst: Deborah        Mid: Ann
  DOB: REDACTED - FELL SSN:                 Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                         Cty: Rutland City     ST: VT ZREDACTED - FELL

  Offense Codes: _080 INTP                    Reported: _080  Observed: INTP
  Circumstances: LT20  TCAU  DOMV  W40
Rspndg Officers: LaChance, D       Pulsifer, R       Elrick, L       &
Rspnsbl Officer: LaChance, D       Agency: 1119          CAD Call ID:    853522
   Received By: Dunchus, P            Last RadLog:
   How Received: T  Telephone           Clearance: RBS  Reviewed by Sergeant
   When Reported: 04:38:12 07/28/1998    Disposition: TRA  Disp Date: 07/31/1998
Occurrd between: 04:38:12 07/28/1998    Judicial Sts:
            and: 04:38:12 07/28/1998Supervisor Apprl: SATucker,SGT
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                      Relationship
 NM    225239  07/28/1998  Fell, Deborah Ann                VO
 NM    225239  07/28/1998  Fell, Deborah Ann                *Complainant
 NM                                                          Offender
 CA    853522  07/28/1998  04:38 07/28/1998 Family Fight    *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                      Amount
  1 _080 FAMILY OFFENSES, OTHER (Old)          0.00
  2 INTP Intoxicated Person                    0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                      Comments
  1 LT20  Residence/Home
  2 TCAU  Using/Consuming activity            Alcohol
  3 DOMV  Domestic Violence Involved
  4 W40   Personal Weapons (Strongarm)
```

FELL-00000883

Narrative:

REDACTED - FELL

Upon my arrival at Royal Motel          for a reported domestic
dispute I met with ████████████ ..ho was outside on the steps.
he advised that he and his live-in-girlfriend Debbie Fell had
been involved in an arguement and that she needed to leave. he
advised that she had pulled his hair out. I then went inside and
spoke to Debbie Fell who advised that she and ██████ were
involved in an altercation prior to my arrival. She advised She
and ██████ returned from the bar and began to argue over the
cars being broken down. She advised that ██████ had pulled her
hair and she bit him on his finger.

An alco-sensor reading indicated ████████ BAC as .30% and he was
taken into protective custody, screened by Evergreen Services and
sent to RCC as an incap.

Fell advised that she wanted to get a TRO against ██████ and
that she woould do this in the morning on her own. She was
provided a domestic incident form and her options were explained
to her. She did not want to pursue any further charges.

An alco-sensor reading indicated Fell's BAc as .287% and she was
released to a sober neighbor.

NFA

Of David LaChance 5267 7-28-98

# EXHIBIT 41

```
03/24/2010                    Rutland City Police Department                     1470
09:39                           LAW Incident Table:                      Page:    1

Incident Number: 99RL03946

Nature: Suspicious        Partition: 1119
   Addr: REDACTED - FELL                                   Area: 1119   RUTLAND CITY
   City: Rutland City      ST: VT   REDACTED - FELL   Contact: ██████████████████
   Complainant&     ███████
   Lst: ████████████       Fst: ███████████        Mid: ██
   DOB: ████████  SSN:  _  _  _____  Adr=███████████       ST: ██ Zip: ██████
   Rac: ██  Sx: █ Tel: ████████████   Cty: ██████████        ST: ██ Zip: ██████

   Offense Codes: CDIS                        Reported: 2480   Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Delpha, Sam        LaChance, D
Rspnsbl Officer: Delpha, Sam        Agency: 1119         CAD Call ID:   1049903
   Received By: Bletz, T             Last RadLog:
  How Received: T  Telephone           Clearance: RBS  Reviewed by Sergeant
 When Reported: 21:01:06 04/29/1999   Disposition: COM  Disp Date: 04/30/1999
Occurrd between: 21:01:06 04/29/1999  Judicial Sts: NCI  Non-criminal Incident
           and: 21:01:06 04/29/1999Supervisor Apprl: Cpl JTarbell
MO:
 Narrative: (See below)
            (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date      Description ███████████████       Relationship
 NM                                                           Person of Interest
 NM    225239  04/30/1999   Fell, Deborah Ann ███████         Issued Trespass Noti
 NM                                                           Person of Interest
 NM    ████████████████████████████████████                  *Complainant
 CA    1049903  04/29/1999  21:01 04/29/1999 Disorderly       *Initiating Call

LAW Incident Offenses Detail:
                     Offense Codes
Seq Code                                    Amount
  1 CDIS Citizen Dispute                      0.00


LAW Incident Circumstances:
                     Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name           Unit
  1 Delpha, Sam     M976
  2 LaChance, D     M975
```

FELL-00000885

```
03/24/2010                 Rutland City Police Department                    1470
09:39                          LAW Incident Table:                   Page:    1

Incident Number: 99RL04744

Nature: Noise Disturban Partition: 1119
   Addr: REDACTED - FELL                              Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT  Zip: REDACTED-FELL  Contact: ███████████████
   Complainant&      ███████████
   Lst: ███████████          Fst: ███████████     Mid: ███████
   DOB: ██████████SSN: ██████████Adr= ████████████████████
   Rac: ██ Sx: ██ Tel: █████████ Cty: ████████████    ST: ██ Zip: ██████

   Offense Codes: _523                   Reported: _523  Observed: 4523
   Circumstances: LT20
Rspndg Officers: Perkins M         Tarbell, J
Rspnsbl Officer: Perkins M         Agency: 1119          CAD Call ID:  1064459
    Received By: Bletz, T              Last RadLog:
   How Received: T  Telephone          Clearance: RBS   Reviewed by Sergeant
  When Reported: 21:47:40 05/19/1999   Disposition: COM  Disp Date: 05/20/1999
Occurrd between: 21:47:40 05/19/1999   Judicial Sts: NCI  Non-criminal Incident
            and: 21:47:40 05/19/1999Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date      Description                 Relationship
 NM    225239   05/19/1999  Fell, Deborah Ann           Offender
 NM   ████████████████████████████████████████         *Complainant
 CA   1064459   05/19/1999  21:47 05/19/1999 Noise Disturb *Initiating Call
 PR    174994   05/20/1999  Paraphernalia Pot Pipe  $0     destroyed

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                                Amount
 1 _523 Noise Disturbance  (Old)        0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                             Comments
 1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
 1 Perkins M          M973
 2 Tarbell, J         M947
```

FELL-00000886

Narrative:

On 05/19/99 at approximately 2147hrs I was dispatched to REDACTED - FELL
REDACTED - FELLor a reported noise complaint. Upon arrival we
were directed to the upstairs apartment, where Deb Fell resides.
While walking up to the apartment, I could hear voices as well as
a stereo playing. After knocking on the door, Fell answered and I
told her of the complaint. While talking with her I noticed a
marijuana pipe/bong sitting on a table. I took the item to be
destroyed and Fell turned the stereo down.


Nothing further at this time.


Ptlm Mark A. Perkins 6940

FELL-00000887

# EXHIBIT 42

```
03/24/2010                Rutland City Police Department                    1470
09:39                          LAW Incident Table:                   Page:     1

Incident Number: 99RL05019

Nature: Family Fight    Partition: 1119
  Addr: REDACTED - FELL              REDACTED - FELL     Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT  Zip:              Contact:
  Complainant&
  Lst:                           Fst:                   Mid:
  DOB:              SSN:          Adr=
  Rac:     Sx:   Tel:            Cty:                   ST:     Zip:

  Offense Codes: _080                     Reported: _080  Observed: _080
  Circumstances: LT20
  Rspndg Officers: Prouty, M       Tuttle, T       Delpha, Sam
  Rspnsbl Officer: Prouty, M       Agency: 1119        CAD Call ID:   1069112
     Received By: Gallipo, L        Last RadLog:
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
  When Reported: 23:27:55 05/25/1999   Disposition: COM  Disp Date: 05/26/1999
  Occurrd between: 23:27:55 05/25/1999   Judicial Sts:
             and: 23:27:55 05/25/1999Supervisor Apprl: JJohnson,Cpl
MO: Time of Day      2101-2400
  Narrative: (See below)
```

═ = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
INVOLVEMENTS:
Type   Record #    Date      Description                    Relationship
NM                                                          POI
NM     225239   05/26/1999  Fell, Deborah Ann               POI
NM                                                          *Complainant
CA     1069112  05/25/1999  23:27 05/25/1999 Family Fight   *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                Amount
  1 _080 FAMILY OFFENSES, OTHER (Old)    0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                              Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name            Unit
  1 Prouty, M       M974
  2 Tuttle, T       M966
  3 Delpha, Sam     M976
```

FELL-00000888

Narrative:

OFFICER'S REPORT/Ofc PROUTY

REDACTED - FELL

BASIC COMPLAINT: Report of a 10-16 in progress at
upstairs rear apartment.

ACTION TAKEN: Upon arrival at the scene I met the Complainant out
front of the apartment. he advised that he could hear yelling
going on inside of the apartment and was tired of being disturbed
late at night by the residents fighting.

Ofc Delpha and I went up to the apartment and made contact with
the tenants Debbie Fell and ███████████. Both parties advised
that they were not fighting with each other but Debbie was on the
phone with family from Pennsylvania and was arguing with them and
was probably too loud. I requested that they do their best to
keep the noise down as they had already disturbed the neighbors,
both parties agreed. No further action taken.
05/26/99 M Prouty

FELL-00000889

# EXHIBIT 43

```
03/24/2010                Rutland City Police Department                    1470
09:41                          LAW Incident Table:                 Page:    1

Incident Number: 99RL11522

Nature: Citizen Assist   Partition: 1119
   AddrREDACTED - FELL                              Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT  REDACTED - FELL  Contact:
   Complainant&    53187
   Lst: Jiffy Mart (Coco Mart)       Fst:              Mid:
   DOB:   / /     SSN:      -   -     Adr= 9REDACTED - FELL      REDACTED - FELL
   Rac:   Sx:   Tel: ████████████    Cty: Rutland City    ST: VT 2

   Offense Codes: CITA                      Reported: NC    Observed: CITA
   Circumstances: LT07
Rspndg Officers: Delpha, Sam
Rspnsbl Officer: Delpha, Sam         Agency: 1119         CAD Call ID:   1192104
    Received By: Earle, L             Last RadLog:
    How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
   When Reported: 17:50:14 10/30/1999   Disposition: COM  Disp Date: 10/31/1999
Occurrd between: 17:50:14 10/30/1999   Judicial Sts: NCI  Non-criminal Incident
            and: 17:50:14 10/30/1999Supervisor Apprl: LSElrick,Sgt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description              Relationship
 NM     225239  10/31/1999  Fell, Deborah Ann         POI
 NM      53187  10/30/1999  Jiffy Mart (Coco Mart),   *Complainant
 CA    1192104  10/30/1999  17:50 10/30/1999 Theft    *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                               Amount
 1 CITA Citizen Assist                  0.00


LAW Incident Circumstances:
            Contributing Circumstances
Seq Code                            Comments
 1 LT07   Convenience Store


LAW Incident Responders Detail
   Responding Officers
Seq Name            Unit
 1 Delpha, Sam      M976
```

Narrative:

Officers Report.   Ofc. Delpha/3062

I was assigned to the Jiffy Mart on State st for a report of a drive-off of gas. The dispatcher gave the plate number of the vehicle that is registered to Debb Fell of REDACTED - FELL

I went to robbins street to speak with ms. Fell.  She said she had purchased other items there, but forgot to pay for the gas. She said she would go right back up to pay for the gas of $5.00

Debb returned to the store and paid for the gas, the clerk agreed that everything was squared away now that the gas was paid for.

NFA

# EXHIBIT 44

```
03/24/2010              Rutland City Police Department                    1470
09:42                   LAW Incident Table:                    Page:       1

Incident Number: 00RL01708

Nature: Fire           Partition: 1119
  Addr: REDACTED - FELL              REDACTED - FELL    Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT  2              Contact:
  Complainant&         1199
  Lst: Rutland City Fire Departmen Fst: REDACTED - FELL Mid:
  DOB:   / /     SSN:     -  -      Adr=
  Rac:   Sx:   Tel: ████████████  Cty: Rutland City   ST: VT ziREDACTED - FELL

  Offense Codes: ASST                        Reported:      Observed. ASST
  Circumstances: LT20
Rspndg Officers: Moore, C.
Rspnsbl Officer: Moore, C.            Agency: 1119       CAD Call ID:  1272874
   Received By: Dunchus, P             Last RadLog:
   How Received: T  Telephone            Clearance: RBS  Reviewed by Sergeant
   When Reported: 21:21:30 02/20/2000   Disposition: COM  Disp Date: 02/21/2000
Occurrd between: 21:21:30 02/20/2000   Judicial Sts: NCI  Non-criminal Incident
            and: 21:21:30 02/20/2000Supervisor Apprl: LSElrick,Sgt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date        Description               Relationship
 NM     225239  02/21/2000  Fell, Deborah Ann           POI
 NM       1199  02/20/2000  Rutland City Fire Department,  *Complainant
 CA    1272874  02/20/2000  21:21 02/20/2000 Fire         *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                              Amount
 1 ASST Agency Assist                  0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                             Comments
 1 LT20   Residence/Home


LAW Incident Responders Detail
   Responding Officers
Seq Name            Unit
 1 Moore, C.        M963
```

FELL-00000892

Narrative:
_____
On the above date and time I was dispatched to <span>REDACTED - FELL</span>
Street, where RFD had been dispatched to a possible structure
fire.  Upon arrival I assisted RFD with traffic and curious
pedestrian onlookers.  It was learned there was a small stove
fire in apt. 4, tenant being Deborah Fell, where she had put
bacon in the stove to cook and forgot about it.  RFD inspected
the apt. area to make sure it was safe, and fire was in fact
extinguished by Ms. Fell before RFD arrived.  I also spoke to Ms.
Fell and advised her not to cook anymore this evening.  She
advised she was going to bed.  NFA.
Moore 6354 02-21-00

FELL-00000893

# EXHIBIT 45

LUZERNE COUNTY JUVENILE DETENTION CENTER
280 NORTH RIVER STREET
WILKES-BARRE, PENNSYLVANIA  18702

## ADMISSION

NAME *Donald R Fell*                    AGE *16*    DOB *4/30/80*

ADDRESS REDACTED - FELL          *W B Pa.*

ADMITTED: *9/10/96*                    TIME *1150*

### CHECK COMPLETED PROCEDURES

ADMISSION FORM  *X*

PERSONAL BELONGINGS COLLECTED AND RECORDED  *X*

BEHAVORIAL CHART STARTED  *X*

HANDBOOK DISTRIBUTED  *X*

### RELEASE

RELEASED: *9/13/96*                    TIME *1130*

RELEASED TO *Mr. Andrukiewicz*

FOR *Transport Home*

### CHECK COMPLETED FORMS

PERSONALS  *✓*

ADMISSION AND RELEASE  *X*

DAILY TREATMENT PLAN  *X*

DETENTION ADJUSTMENT  *X*

MEDICAL REPORTS  *X*

SCHOOL RECORDS  *X*

COUNSELING REPORTS  ___

VISITATION RECORD  ___

RECREATIONAL ACTIVITIES  ___

FELL-00000894

LUZERNE COUNTY JUVENILE DETENTION CENTER

SERVICE TREATMENT PLAN

NAME ___Donald R. Fell___

DATE OF ADMISSION ___9-10-96___

While Donald is in detention he will be offered the opportunity to attend school, participate in both indoor and outdoor recreation, attend religious services and receive a physical.

Donald will be interviewed by his probation officer.

FELL-00000895

## LUZERNE COUNTY JUVENILE DETENTION CENTER
## DETENTION ADJUSTMENT

NAME Donald R. Fell

ADMITTED 9/10/96                                    TIME 1100

RELEASED 9/13/96                                    TIME 1130

### DETENTION CENTER ADJUSTMENT

IMPRESSIONS, OBSERVATIONS, BEHAVIOR (INCLUDE BEHAVORIAL REPORTS):

9/10 Don was coop on intake. Showered & issued proper clothing.

9-10(2-10) Donald did Details & watched T.V.    MS

9/10 slept all night ∅

9/11 (6-2) Donald Did Details, watched T.V., attended class & Recreation & received a physical examination    MS was evaluated by the Court Advocate.

9/11 Don was seen by nurse, did details, TV & Cards (JT)

9/11 slept all night JT

1/12(6-2) Donald did Details, played basketball & attended School. Also played Cards    MS

9/12 Don attended School, did details, played cards, exchanged minor words w/ Ross Walton (during class time) but nothing major (JT)

9/13 (n.c.) ...

FELL-00000897

# EXHIBIT 46

DEFENDANT'S
EXHIBIT
B-2

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK                                    COUNTY OF SULLIVAN

_____Justice_ COURT ___Town_____ OF _Bethel_____

THE PEOPLE OF THE STATE OF NEW YORK                    )
                                                        )
         -vs-                                           )        [INFORMATION]        [COMPLAINT]
                                                        )
____Donny McNeely_____                    )
                                                        )
____Joshua R. Jones_____                    )
         DEFENDANT(S)                                   )

BE IT KNOWN THAT, by this [Information] [Complaint], Detective Corporal R. Rojas_____
as the Complainant herein, [stationed] [residing] at _REDACTED - FELL_ __Monticello N.Y._____
accuses __Donny McNeely & Joshua R. Jones Acting in Consort_____
the above mentioned Defendant(s), with having committed the [traffic infraction] [violation] [misdemeanor] [felony] of
_Assault in the second degree_____, in violation of Section _120.05_ Subdivision _____
___01___ of the __Penal_____ Law of the State of New York.

THAT on or about the __12th___ day of _August_____ 20_00___, at about _7:00___ [a.m.] [p.m.] in the _Morning__
of _____, County of _Sullivan_____, the Defendant(s) did [intentionally], [knowingly],
[recklessly], [with criminal negligence], and unlawfully, _Commit the crime of assault in the second_
_degree: To wit: A person is guilty of assault in the second degree when: With_
_intent to cause serious physical injury to another person, he causes such injury_
_to such person or to a third person;_
_To Wit: The said defendant, at the aforesaid time and place, with intent to_
_cause serious physical injury to another person, caused such injury to Chris_
_Eike at Yasguars Farm in the town of bethel county of sullivan, new york by_
_kicking and punching Mr Eike in the head and leges causing him to be transported_
_to Community General Hospital Of Harris N.Y. by ambulance for treatment._
_All Contrary To The Provisions Of The Statute In Such Case Made And Provided._
            _***Party's Acting In Consort***_

The above allegations of facts are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the
sources of Complainant's Information and the grounds for belief being the facts contained in the he attached SUPPORTING
DEPOSITION(S) of _Lance Rowland & Anthony Tonte & Terri Fell & Police Investigati_on

[WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).]
                              -OR-
[Whereas, an Appearance Ticket was issued to the said Defendant(s) directing [him] [her] [them] to appear before this Court in
_XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX day of XXXXXXXXXXXXXXXXXXXXXXXXX 20_____.]

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has
committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this _12th__ day of _August_____, 20_00___.

                                        _R. Rojas_____
         -OR-                                        COMPLAINANT
                                                     Det/Cpl R. Rojas
Subscribed and Sworn to before me
this _____ day of _____, 20 _____.

_____

[ ] - STRIKE OUT ANY WORDS THAT DO NOT APPLY

FELL-00000898

PAGE 1 OF 2

SUPPORTING DEPOSITION (CPL 100.20)    SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK

___Justice___ COURT

COUNTY OF __Sullivan__

Town OF Bethel

THE PEOPLE OF THE STATE OF NEW YORK )

-VS )

Joshua R Jones )
Donny McNeely )
(DEFENDANT(S) )

SUPPORTING DEPOSITION

STATE OF NEW YORK )
COUNTY OF __Sullivan__ )
Town of Bethel )

ss.:

518-398-0287
S.S. # REDACTED - FELL 5091

On DATE 8-12-00 at TIME STARTED 08:08 AM PM I, FULL NAME LANCE MICHAEL ROWLAND

DATE OF BIRTH REDACTED-FELL 74    REDACTED - FELL    C/T/VI PINE PLAINS    STATE N.Y. 12567

STATE THE FOLLOWING: *LR As I exited my vehicle I saw 3 guys kicking and urinating on a kid laying on the ground. The 3 guys were accompanied by two females. One guy wore a black t-shirt w/a neon necklace around his neck and his head was shaved. Another was taller and wore a flanel shirt and wore glasses. The third one had freckles and was about 5'9 ~ 5'10. One of the girls they were w/ had short straight black hair and said she was one of the guys sister. As I ran over to them, they backed away from the kid they were beating and started justifying why they did what they did. The kid on the ground had lumps all over his face, and his head was bleeding. A girl and more guys came over to help and thats when I went to get help. I gave the *LR

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this __12__ day of August, 2000.

- OR -

*Subscribed and Sworn to before me

this _____ day of _____, 19____.

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

Lance Rowland
(SIGNATURE OF DEPONENT)

(WITNESS)    104

Dep. Hall
(NAME OR PERSON TAKING DEPOSITION)

TIME ENDED 9:00 AM PM

FELL-00000899

*Page 2 of 2*

## SUPPORTING DEPOSITION (CPL 100.20)    SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK                                      COUNTY OF _Sullivan_

_____Justice_____ COURT                           _Town_ OF _Bethel_

THE PEOPLE OF THE STATE OF NEW YORK )
                                    )
                              -VS   )
                                    )                  SUPPORTING DEPOSITION
_____     )
                                    )
_____     )
                    (DEFENDANT(S) ) 

STATE OF NEW YORK                   )
COUNTY OF _Sullivan_                )          ss.
   _Town_ of _Bethel_               )

On _8/12/90_ at _08:08_ AM I. FULL NAME _Lance Michael Rowland_

REDACTED - FELL   **REDACTED - FELL** _Pine Plains_ C/T/V/         STATE _NY, 12567_

DATE OF BIRTH

STATE THE FOLLOWING: _officers the description of the kids and identified the people he apprehended as definitely the ones responsible for the beating. the incident took place in a pole barn or joining property of the festival. My vehicle was about 75 feet off of Rt 17b and my vehicle was approximately 100 ft away from the pole barn immediately on the right side of the barn. LR_

### NOTICE

### (PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of _August_, 2000.
          - OR -

*Subscribed and Sworn to before me

this _____ day of _____, 19____.

_Lance Rowland_
(SIGNATURE OF DEPONENT)

_W. Ketchum, T. Bethel_  #104
(WITNESS)

_Dep. Hall_
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED (AM)
9:00 PM

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000900

STATE OF NEW YORK  ::  COUNTY OF SULLIVAN

JUSTICE COURT  :: . TOWN OF BETHEL

-------------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,

    -against-

    Danny McNeely ,

        DEFENDANT

-------------------------------------------------------------------X

## WARRANT

(ARREST)    (BENCH)

TO ANY POLICE OFFICER OF THE

    S.C. Sheriff's Dept

An Accusatory Instrument having been laid before this Court alleging that the offense of _Assault 3rd_ , in violation of Section _120-00_ of the Penal   ~~Vehicle-and-Traffic~~   Law has been committed and accusing the above named Defendant thereof, and Defendant having failed to   ~~appear~~ pay fine   before this Court as directed:

YOU ARE THEREFORE COMMANDED, forthwith, to arrest the above named Defendant and bring said Defendant before this Court in the Town of Bethel, Kauneonga Lake, County of Sullivan.

Issued this date: _1-8-01_

Kauneonga Lake  New York   12749
(914) 583 7420

                         CINDY BARBER

                         TOWN JUSTICE

BAIL RECOMMENDED $ _1000_

FELL-00000901

# EXHIBIT 47

# NEW YORK STATE INCIDENT REPORT

Date Printed: 1/10/01    Page Number: 1

Agency: Sullivan County Sheriff's Depa 2. Div/Pct.:    3. ORI: NY0520000 4. Case No.: 20001210  5. Incident No.: 20006940
Reported On: SAT  8/12/00  8:00 AM  10. Occurred On/From: SAT  8/12/00  7:00 AM  13. To:
16. Incident Type:  ASSAULT SIMPLE
17. Business Name: GREENWOOD                                               18. Weapons Used:
19. Incident Street Address:                    Bldg. #:      Apt:
        Street Line 2 :
20. City, State and Zip    : BETHEL, NY 00000
21. Location Code: 5350 BETHEL
D. Location Type: 25 OTHER COMMERCIAL SERVICE LOC

_____ OFFENSES COMMITTED DURING THIS INCIDENT _____

| # | Law Section | Sub. | Cl | Cat | Deg | Att | Offense Name | Counts | Weapon Used |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 120.05 | 01 | D | F | 2 | C | ASLT W/INT CAUS SERIOUS PH INJ | 01 | PERSONAL WEAPON |

        E. Larceny/Theft Category:      F. Assault/Homicide Circumstance: ARGUMENT

_____ ASSOCIATED PERSONS _____

| TYPE | NAME (last, first, m. or business) | ADDRESS | WORK PHONE | HOME PHONE |
|---|---|---|---|---|
| COMPLAINANT | ROJAS, ROY | 2 BUSHNELL AVE MONTICELLO, NY 12701 | | (845)794-7100 |

_____ SUSPECTS OR MISSING PERSONS _____

cord Type and #: SUSPECT 01        35.Name : DONNY R MC NEELY        37.Apparent Condition: IMP ALCOHOL
Address Street Number and Name: REDACTED - FELL Bldg.:     Apt.:
        City, State and Zip   : WILKES BARE, PA                39.Phone : (570)819-2158 40.SSN:
41.DOB: 04/30/80 42.Age: 20    43.Sex: MALE    44.Race: WHITE    45.Ethnic: NOT HISPNC 46.Skin: LIGHT    47.Occupation: LABORER
48.Height: 5'09" 49.Weight: 130 50.Hair: BROWN    51.Eyes: HAZEL    52.Glasses: NO    53.Build: MEDIUM
54.Employer/School :
55.Employer Address:                    56.Scars/Marks/Tattoos:  L/A CROSS W/3 SIX'S
        City and State:                57.Misc:                    Caution Indicator:

34.Record Type and #: SUSPECT 02        35.Name : JOSHUA J JONES        37.Apparent Condition: IMP ALCOHOL
38.Address Street Number and Name: REDACTED - FELL PK Bldg.:     Apt.:
        City, State and Zip   : WILKES BARE, PA                39.Phone :            40.SSN:
41.DOB REDACTED-FELL 0 42.Age: 20    43.Sex: MALE    44.Race: WHITE    45.Ethnic: NOT HISPNC 46.Skin: LIGHT    47.Occupation: LABORER
48.Height: 5'06" 49.Weight: 130 50.Hair: BROWN    51.Eyes: BROWN    52.Glasses: NO    53.Build: MEDIUM
54.Employer/School :
55.Employer Address:                    56.Scars/Marks/Tattoos:
        City and State:                57.Misc:                    Caution Indicator:

_____ NARRATIVE _____

Posted  Officer ID
8/22/00  CPL101RR
        ON THIS DATE DET'S ADVISED OF AN ASSAULT THAT TOOK PLACE AT   GREENWOOD"WOODSTOCK" SAID ASSAULT WAS REPORTED TO THE A L
        AT ABOUT 7AM ON OUR ARRIVAL TO THE OFFICE THERE WERE ABOUT 5 PEOPLE IN THE OFFICE OUT OF THE FIVE TWO WERE ARRESTED FOR
        ASSAULT 2ND AT THE TIME THERE WASA A MALLE SUBJECT THAT WAS   TRANSPORTE TO CGH HARRIS WITH HEAD AND FACE INJURYS.AT TH
        TIME THERE WAS KNOW REPORT FROM THE HOSPITAL ON THE INJURY OTHER THEN HE WAS IN BAD CODUCTION.

                                (CONTINUED)

FELL-00000902

## NEW YORK STATE ARREST REPORT

1.NYSID #: 99999999J    2.SJS ID #:    3954                                           3.Case #: 20001210

   # :              6.Arrest #: 200005470-00   7.Agency:  Sullivan County Sheriff's Department      8.Div/Pct:

-------------------------------------------------------- DEFENDANT INFORMATION -----------------------------------------------------

9.Name(LFM): JONES, JOSHUA J              10.Alias/Maiden Name:

12.Street Addr:  **REDACTED - FELL**    BLDG:    APT:      11.Phone:

13.City/St/Zip: WILKES BARE, PA          14.Resid.Stat: RESIDENT        15.POB: NEW YORK

16.Date of Birth REDACTED-FELL 70  17.Arst Age: 19   18.Sex : MALE   19.Race: WHITE   20.Ethnic: NOT HISPNC   21.Skin: LIGHT

22.Hgt: 5'06   23.Wgt: 130   24.Hair: BROWN   25.Eyes: BROWN   26.Glasses: NO   27.Build : MEDIUM   28.Marital St: SINGLE

29.US Citizen: YES        30.Citizen Of: USA  31.Soc Sec #:            32.Educ  : 09        33.Religion: NONE

34.Occup: LABORER        35.Employed : YES  36.Scars/Marks/Tatoos:

----------------------------------------------------------- ARREST INFORMATION -----------------------------------------------------

37.Arresting Officer : Rojas                 38.ID#: CPL101RR     39.Assisting Officer: Simon            40.ID#: 341ES

41.Arrest Date: 08/12/00    42.Time: 08:00   43.Location of Arrest: REDACTED - FELL MONTICELLO,NY  [5350]

44.Juvenile  : NO                            45.Condition of Defendant at Arrest: IMP ALCOHOL

46.Weapon(s) at Arrest: PERSONAL WEAPON

48.Miranda  : YES     49.Miranda By: Rojas          50.Miranda Date: 08/12/00    51.Miranda Time: 13:32

52.Statements : WRITTEN    53.Status  :          54.Search Warrant: NO       55.ID Procedure: NONE

56.Arraignment Court: TOWN OF BETHEL      57.Arraignment Judge: C BARBER      58.Arraign Date: 08/12/00 59.Time: 15:00

60.Property  : NO       61.Evidence:  NO  61a.Processed By   :         61b.Disposition:

------------------------------------------------------------ CHARGE INFORMATION -----------------------------------------------------

62.Incident #: 000020006940   OBTS #:                       4.Ref #:        4a:

63.Arrestee Status: HELD          64.Bail Amount :     $0.00  65.Bondsman  :           66.Photo#:

67.Arrest Type: COMPLAINT    68.Warrant #:      69.Arrest FOA: NO    70.Other Agency:           71.F/P Taken: YE

72.Location of Offense: BETHEL,NY       73.Offense Date: 08/12/00   74.# Offenders :  1  75.# Victims:  1

76.Return Court     : TOWN OF BETHEL    77.Return Judge: C BARBER              78.Return Date: 08/16/00  79.Time: 19:0

   fendant/Case TOT  :            80a.Officer:           80b.ID#:        81.Date:      82.Time:

    ARTICLE &                                    --- VICTIMS -- --- TICKET ---

83.   LAW   SECTION/SUB   CL CAT DEG ATT  NAME OF OFFENSE    CTS NCIC  AGE SEX HANDCP  ASSOC #   TYPE  WEAPON TYPE USED

      ------------------------------------------------------------------------------------------------------------------

      PL  120.05   01   D F  2   C  ASLT W/INT CAUS SERIOUS PH INJ  01 1399   0000                     PERSONAL WEAPON

85.   ----------------------------------------------------- NARRATIVE -------------------------------------------------------

ON THIS DATE DET'S ADVISED OF AN ASSAULT THAT TOOK PLACE AT      TRANSPORTE TO CGH HARRIS WITH HEAD AND FACE INJURYS.AT THIS

GREENWOOD"WOODSTOCK" SAID ASSAULT WAS REPORTED TO THE A LINE     TIME THERE WAS KNOW REPORT FROM THE HOSPITAL ON THE INJURY

AT ABOUT 7AM ON OUR ARRIVAL TO THE OFFICE THERE WERE ABOUT       OTHER THEN HE WAS IN BAD CODUCTION.

5 PEOPLE IN THE OFFICE OUT OF THE FIVE TWO WERE ARRESTED FOR     SEE CASE REPORT

ASSAULT 2ND AT THE TIME THERE WASA A MALLE SUBJECT THAT WAS

ARRESTING OFFICER'S SIGNATURE:_____  ID#: _____

                                                                              PAGE #: 001

SUPERVISOR'S SIGNATURE    :_____  ID#: _____       Report Date: 08/22/(

FELL-00000903

## NEW YORK STATE INCIDENT REPORT

Date Printed:  1/10/01    Page Number:  2

ency: Sullivan County Sheriff's Depa 2. Div/Pct.:    3. ORI: NY0520000 4. Case No.: 20001210  5. Incident No.: 20006940

_____ ADMINISTRATIVE _____

M. Computer Related Crime?: NO    N. Bias Crime:                    Solvability Factor: 13    Report Locked?: OFF
74. Inquiries Made    :
75. NYSPIN Message No.:
76. Complainant Signed? N    Signature: _____
77. Reporting Officer  : CPL Rojas                    78. ID No.: CPL101RR    Signature: _____

79. Supervising Officer: DET LT Suarez              80. ID No.: LTAS      Signature: _____
81. Incident Status  : OPEN        82. Status Date:  8/12/00  83. Notified/Turned Over To:

END OF REPORT

FELL-00000904

| STATE USAGE | | | | | |
|---|---|---|---|---|---|
| NFF SECOND | ☐ | | ☐ | | ☐ |
| SUBMISSION | APPROXIMATE CLASS | | AMPUTATION | | SCAR |

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**JONES, JOSHUA JOSEPH**

SOCIAL SECURITY NO.

**UNKNOWN**

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY REDACTED - FELL   80 | SEX MALE | RACE WHITE | HEIGHT 506 | WEIGHT 130 | EYES BRO | HAIR BRO |
|---|---|---|---|---|---|---|---|---|

R. THUMB | 2. R. INDEX | 3. R. | 4. R. RING | 5. R. LITTLE

8. L. THUMB | 8. L. MIDDLE | 9. L. RING | L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FELL-00000905

LEAVE BLANK          CRIMINAL                    (STAPLE HERE)                    LEAVE BLANK

| STATE USAGE | | | |
|---|---|---|---|
| NFF SECOND | | | |
| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |

USAGE

SIGNATURE OF PERSON FINGERPRINTED

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Mc NEELY, DONNY ROBERT

SOCIAL SECURITY NO.          LEAVE BLANK

UNKNOWN

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 04 | 30 | 80 | MALE | WHITE | 509 | 130 | HAZ | BRO |

1. R. THUMB     2. R. INDEX     3. R. MIDDLE     4. R. RING     5. R. LITTLE

6. L. THUMB     7. L. INDEX     8. L. MIDDLE     9. L. RING     10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          L. THUMB     R. THUMB          RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FELL-00000906

# EXHIBIT 48

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

E OF NEW YORK

PAGE ONE OF _3_ PAGES

COUNTY OF _Sullivan_

DATED: _Aug 18_

TOWN OF _Bethel_

I, _Donny McNeely_, AGE _20_, BORN ON _April 30-1984_

HAVE BEEN ADVISED BY _Det. Ed Simon_ ,

OF THE _Sullivan Co Sheriff's Dept._ , OF THE FOLLOWING:

*I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF DON'T WANT TO.*

*IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.*

*I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.*

*IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.*

*I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.*

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:

x _____
SIGNATURE

_Det. Echo_
WITNESS

Q= DENOTES - Question
A: DENOTES: Answer

Q: What is your Name
A: Donny McNeely
Q: What is your address
A: 32 East Chesternut St, Wickes PA.
Q: Can you read & write English
A: Yes.
How far did you go in school.
A: 10th grade

FELL-00000907

**STATEMENT CONTINUATION SHEET**    **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE _1_ OF_2_ PAGES
DATE: _8/12/00_

E: Donny McNeely

Q. Are you Employed

A: My cousin Jessie.

Q. What is Job

A: I work the gold fish gym?

Q. Do you know Chris

A: A couple of dms

Q. To your knowledge does Terri + Chris have a relationship

A: No.

Q. Did there become a point & time when you become involved in fight with Chris

A: Yes.

Q. What started the fight.

A: My sister Terri told me Chris was trying to force himself on her.

Q: How many times did you punch Chris

A: A couple of Times.

Q: Did either you or Chris Kick Chris in the Head.

A: No.

Q: Did you knocked Chris To the ground

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of _Aug_, 20_00_.
        - OR -
*Subscribed and Sworn to before me

this _____ day of _____, 20____.

ORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X _____
(SIGNATURE OF DEPONENT)

Det. Ed Simon    11:00 AM/PM
(WITNESS)    TIME ENDED AM

DET. Ed Simon    11:30 PM
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000908

**STATEMENT CONTINUATION SHEET**        **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE _1_ OF _3_ PAGES

NAME: Donny McNeely

DATE: 8/12/00

... yes.

Q: Did Joshua Jones Punch Chris

A: No, if he did, I did not see it.

Q: What happened you knocked Chris To ground.

A: A couple of guys started punching me

Q: Do you know who they were

A: No.

Q: Would you like To add anything.

A: No.

Q: You provided This statement of your own free will.

A: yes.

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

x _Donald McNeely_
(SIGNATURE OF DEPONENT)

this _12_ day of _Aug_, 20_00_.
                    - OR -
*Subscribed and Sworn to before me

DET. Eely                11:00 A.M.
(WITNESS)                 TIME ENDED AM

this _____ day of _____, 20____.

DET. Edwy Simon          11:30 PM
(NAME OF PERSON TAKING DEPOSITION)

FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000909

# EXHIBIT 49

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

PAGE ONE OF __4__ PAGES

DATED: Aug 12, 00

STATE OF NEW YORK

COUNTY OF Sullivan

Town OF Bethel

REDACTED - FELL

I, Joshua Robert Jones , AGE 19 , BORN ON____, 80 ,

HAVE BEEN ADVISED BY Dep. E. J. Clouse ,

OF THE Sullivan County Sheriffs Dept. , OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF DON'T WANT TO.

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:

x Jhs John S

SIGNATURE

Dep. E.J.C

WITNESS

A question and answer statement between Dep. E.J. Clouse and Joshua Robert Jones at SCSD at about 11:00 AM on Aug 12, 00.
Q= Question - Dep. E.J. Clouse
A= Answer - Joshua Jones

Q= what is your name and address?
A= Joshua Jones, Address, I just stay where ever I end up.
Q= Where do you work?
: Carnival

x Jhs John S

FELL-00000910

STATEMENT CONTINUATION SHEET          SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE __2__ OF __4__ PAGES

DATE: __8/12/00__

NA __Joshua R Jones__

Q. What Carnival?

A = Wayne County.

Q - Did Dep Clouse read you, your rights?

A = Yeah

Q = Do you understand them?

A = Yeah

Q = Were you at Yasguars farm on the morning of 8/12/00?

A = Yeah

Q = Who were you there with?

A = Donny, Anthony, Terri, Sara and Chris.

Q = Did a time come where some thing happened between Donny and Chris?

A = Yeah

Q - that?

A - They got into an arguement and started fighting?

Q = Why?

A = Donny was saying Chris was screwing around with his sister to much and it became a fist fight?

Q = Who is Donny's sister?

A = Terri.

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this __8th__ day of __Aug__, 20 _00_.
            - OR -

*Subscribed and Sworn to before me

this _____ day of _____, 20____.

*    I NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

(SIGNATURE OF DEPONENT)

Dep. E.J.C.
(WITNESS)

Dep. E.J. Clouse
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED    AM

PM

**STATEMENT CONTINUATION SHEET**          **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 3 OF 4 PAGES

DATE: 8/12/00

NAME: Joshua R. Jones

Q= Are Terri and Chris boyfriend / Girlfriend?

A= No

Q= Did you see Chris do anything to terri?

A= No, I seen them arguing but nothing major.

Q= During the fight did Chris get Knocked to the ground?

A= Yes

Q= By whom?

A= Donny.

Q= What is Donny's last Name?

A= I'm Not Sure.

Q= Did Donny Kick or Punch Chris?

A= Yeah

Q= About how many times?

A= ?

Q= While he was on the ground?

A= No they were Standing.

Q= Did he urinate on Chris?

A= Yeah.

Q= Did you punch Chris?

A= No

## NOTICE

### (PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _Joshua Jones_
(SIGNATURE OF DEPONENT)

this 12th day of Aug, 20 00.
— OR —
*Subscribed and Sworn to before me

_Dep. E.J. C_
(WITNESS)                    TIME ENDED   AM

th_____ day of _____, 20____.

_Dep. E.J. Clouse_           PM
(NAME OF PERSON TAKING DEPOSITION)

*I     I NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000912

**STATEMENT CONTINUATION SHEET**        **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 4 OF 4 PAGES

DATE: 8/12/00

: Joshua R. Jones

Q- Did you kick Chris?

A= Yeah

Q= How many times?

A= Twice

Q= Where?

A= His Ass.

Q= Did anyone kick him in the head?

A= No

Q= Did you Urinate on him?

A- No

Q= Do you want to add any thing?

A= Chris started it, Donny was just defending himself

Q= Did you give this statement of your own free will?

A- Yeah

Q- Did I promise you anything in exchange for this statement?

A= NO.

End

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this 12 day of Aug, 20 00.
  - OR -
*Subscribed and Sworn to before me

this _____ day of _____, 20____.

ORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X John Johns
(SIGNATURE OF DEPONENT)

Dep. E. Clf
(WITNESS)                TIME ENDED    AM

Dep. E.J. Clause                      PM
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000913

# EXHIBIT 50

COPY

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK                                    COUNTY OF SULLIVAN

_____ Justice COURT  Town _____ OF Bethel _____

THE PEOPLE OF THE STATE OF NEW YORK              )
                                                 )    00 - 02621
      -vs-                                        )                02622
                                                 )    [INFORMATION]  [COMPLAINT]
      Donny McNeely                               )
                                                 )
      Joshua R. Jones                             )
           DEFENDANT(S)                           )

BE IT KNOWN THAT, by this [Information] [Complaint] Detective Corporal R. Rojas _____
is the Complainant herein, [stationed] [residing] at  REDACTED - FELL   Monticello N.Y. _____
accuses  Donny McNeely & Joshua R. Jones Acting in Consort
the above mentioned Defendant(s), with having committed the [traffic infraction] [violation] [misdemeanor] [felony] of
assault in the second degree _____, in violation of Section 120.05 Subdivision _____
_____ 01 __ of the __ Penal _____ Law of the State of New York.

THAT on or about the __ 12th __ day of August __ 20 00 __, at about __ 7:00 __ [a.m.] [p.m.] in the Morning
of _____, County of Sullivan _____, the Defendant(s) did [intentionally], [knowingly],
[recklessly], [with criminal negligence], and unlawfully, Commit the crime of assault in the second
degree: To wit: A person is guilty of assault in the second degree when: With
intent to cause serious physical injury to another person, he causes such injury
to such person or to a third person;
To Wit: The said defendant, at the aforesaid time and place, with intent to
cause serious physical injury to another person, caused such injury to Chris
Eike at Yasguars Farm in the town of bethel county of sullivan, new york by
kicking and punching Mr Eike in the head and leges causing him to be transported
to Community General Hospital Of Harris N.Y. by ambulance for treatment.
All Contrary To The Provisions Of The Statute In Such Case Made And Provided.
           ***Party's Acting In Consort***

The above allegations of facts are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the
sources of Complainant's information and the grounds for belief being the facts contained in the he attached SUPPORTING
DEPOSITION(S) of Lance Rowland & Anthony Tonte & Terri Fell & Police Investigation

[WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).]
                              -OR-
[Whereas, an Appearance Ticket was issued to the said defendant(s) directing [him] [her] [them] to appear before this Court on
_XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX day of XXXXXXXXXXXXXXXXXXXXXXXXX, 20 _____.]

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has
committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this __ 12th __ day of __ August _____, 20 00 ___.

                  -OR-                                    R. Rja
                                                      COMPLAINANT
Subscribed and Sworn to before me                     Det/Cpl R. Rojas
this _____ day of _____, 20 _____.

_____

' [ - STRIKE OUT ANY WORDS THAT DO NOT APPLY

# EXHIBIT 51

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

STATE OF NEW YORK

COUNTY OF Sullivan

Town OF Bethel

PAGE ONE OF _____ PAGES

DATED: Aug 12, 00

I, Anthony J Tonte , AGE 16 , BORN ON REDACTED - FELL 93 ,

HAVE BEEN ADVISED BY Dep Phil Anglin ,

OF THE Sullivan County Sheriff's Dept. , OF THE FOLLOWING:

*I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF DON'T WANT TO.*

*IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.*

*I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.*

*IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.*

*I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.*

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:

X Anthony Tonte
SIGNATURE

Dep. /C/
WITNESS

A question and answer statement between Dep. E.J. Clouse and Anthony J Tonte at SCSD on Aug 12, 00 at @ 9:07 AM.
Q = Question Dep. E J Clouse
A. Answer - Anthony Tonte

Q = what is your name and address?
A - Anthony Tonte, My address is RD 2 Box 93 A Harding PA 18643
Q = Did Dep. Anglin read you your rights?
A - Yes

X Anthony Tonte

**STATEMENT CONTINUATION SHEET**           **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 2 OF 3 PAGES

NAME: Anthony Tonto

DATE: 8/12/00

Q: Do you understand your rights?

A: Yes

Q: Were at Yasgur farm this morning?

A: Yes

Q: What happened this Morning?

A: Basically, Dude tried to rape Terri, so Danny beat the shit out of him.

Q: Did anyone Know who "Dude" was?

A: I knew his name as Chris.

Q: Did you see Chris Attempt to rape Terri?

A: He was hanging all over her and stuff.

Q: Did she want him hangin all over her?

A: No, she told him to stop plenty of times.

Q: Did anyone else, beside Danny hit or kick Chris?

A: Yeah Bobby.

Q: Who is Bobby?

A: Joshua Robert Jones, My brother.

Q: Did anyone else hit Chris?

A: No.

Q: Did you hit or kick Chris?

A: No.

<u>NOTICE</u>

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12th_ day of _Aug_, 20 _00_.

– OR –

*Subscribed and Sworn to before me

this _____ day of _____, 20_____.

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X _Anthony Tonto_
(SIGNATURE OF DEPONENT)

_Dep. E. J. C._
(WITNESS)                    TIME ENDED   AM

_____    PM
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000916

**STATEMENT CONTINUATION SHEET**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 3 OF 3 PAGES

NAME: Anthony Tonta

DATE: Aug 12, 00

Q = Did you see anyone urinate on Chris?

A = Yeah

Q = Who?

A = Don

Q = Is there anything you would like to add?

A = No, Not that I can think of.

Q = Was this statement given of your own free will?

A = Yes

Q = Did anyone promise you anything in exchange for this statement?

A = No.

End

## NOTICE

### (PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _Anthony Tonta_
(SIGNATURE OF DEPONENT)

this _12th_ day of _Aug_, 20_00_.

_Dep E. J. C._
(WITNESS)

\- OR -

*Subscribed and Sworn to before me

this _____ day of _____, 20____.

TIME ENDED   AM

_____     PM
(NAME OF PERSON TAKING DEPOSITION)

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000917

# EXHIBIT 52

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

STATE OF NEW YORK

COUNTY OF _Sullivan_

TOWN OF _Bethel_

PAGE ONE OF _4_ PAGES

DATED: _Aug. 12, 00_

REDACTED - FELL

I, _Terri N. Fell_ , AGE _17_ , BORN ON _82_ ,

HAVE BEEN ADVISED BY _Dep. Phil Anglin_ ,

OF THE _Sullivan Co. Sheriffs Dept._ , OF THE FOLLOWING:

> I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE
> ANY STATEMENT IF DON'T WANT TO.
>
> IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED
> AGAINST ME IN A COURT OF LAW.
>
> I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY
> STATEMENT OR AT ANY TIME DURING THIS STATEMENT.
>
> IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO
> HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND
> I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.
>
> I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME
> DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY
RIGHTS AND MAKE THE FOLLOWING STATEMENT:

X _Terri Fell_

SIGNATURE

_Dep. EJC_

WITNESS

A question and answer statement between Dep. EJ Clouse
and Terri N. Fell at SCSD on Aug. 12, 00 at @ 8:30 AM.
Q= question - Dep EJ Clouse
A= Answer - Terri N. Fell

Q=What is your Name and address?
A=Terri Fell, I don't really have an address cause I
    run with the Carnival.
Q= What Carnival?
A= S and S Amusements.

X _Terri Fell_

**STATEMENT CONTINUATION SHEET**          **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 2 OF 4 PAGES

NAME: Terri NEell                                                    DATE: 8/12/00

Q= Did Dep. Anglin read you your rights?

A= Yes

Q= Do you understand your rights?

A= Yes

Q= Were you at Yasgaur farms this Morning?

A= Yes

Q= What happened while you were there this Morning?

A= Chris Attacked me, and tried to rape me.

Q= Chris who?

A= I don't know his last name.

Q= How do you know him?

A= Work

Q= What did you do after he attacked you?

A= I pushed him off me and told him No.

Q= Did he hit you?

A= No. He was just very forceful.

Q= What did you do next?

A= I told Donald McNally, My brother what Chris had done.

Q= What did you brother say and do next?

A= He told Chris to leave me alone and Chris hit him, he punched him in the face.

<u>NOTICE</u>

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___12___ day of _Aug_, 20 _00_.
         – OR –

*Subscribed and Sworn to before me

this _____ day of _____, 20_____.

†THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X _Terri Fell_
(SIGNATURE OF DEPONENT)

_Dep. E/ C/_
(WITNESS)                              TIME ENDED    AM
                                                              PM
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000919

**STATEMENT CONTINUATION SHEET**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 3 OF 4 PAGES

NAME: Terri N. Fell

DATE: 8/12/00

Q = What happened after Chris hit Donald?

A = Donald starting hitting him back.

Q = Did anybody else hit Chris?

A = Yeah Joshua.

Q = Joshua who?

A = Junes.

Q = Did anybody kick Chris when he was on the ground?

A = Yes,

Q = Who?

A = Joshua

Q = Only Joshua?

A = Yes

Q = Did anybody urinate on Chris while he was on the ground?

A = Yes

Q = Who?

A = Donald

Q = Was he saying anything while he did this?

A - No

Q = Did Anthony Tonte hit or kick Chris?

A = No.

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this 12 day of Aug, 20 00.

− OR −

*Subscribed and Sworn to before me

this _____ day of _____, 20_____.

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X Terri Fell

(SIGNATURE OF DEPONENT)

Dep. E. / C/

(WITNESS)     TIME ENDED    AM

PM

(NAME OF PERSON TAKING DEPOSITION)

FELL-00000920

**STATEMENT CONTINUATION SHEET**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 4 OF 4 PAGES

NAME: Terri N. Fell                        DATE: 8/12/00

Q= Is there anything you would like to add?

A= No, owc wait yeah, about the whole situation.

Q= About six guys came out from the side, while Donald was helping Chris up, and they started hitting Donald and Joshua.

Q= Who were they?

A= I don't know.

Q= Can you Identify any of them?

A= Yes, one had Blonde hair, Blue eyes and Skinny, Mustache and a blue flannel.

Q= Do you know where they went?

A= No

Q= Was this statement given of your own free will, and not forced from you?

A= Yes

Q= Were you Promised anything in exchange for this statement?

A= No.

End

**NOTICE**

**(PENAL LAW 210.45)**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X Terri Fell

(SIGNATURE OF DEPONENT)

this _12th_ day of _Aug_, 20 _00_.

— OR —

*Subscribed and Sworn to before me

Dep. S. / C

(WITNESS)     TIME ENDED   AM

this _____ day of _____, 20_____.

PM

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

(NAME OF PERSON TAKING DEPOSITION)

FELL-00000921

# EXHIBIT 53

8-12-2000

Received call from V.O.
regarding an assault
2nd which occurred
at Yasgurows Farm.
Det Rotro mssg.
Ago Hall 1st on scene
EMS - victim to Harris
Hosp, mc.
Reviewed situation met w/
Det. Rotro.
Rotro interviewed
victim at Hospital.
Knows suspects who
assaulted him. By kicking
& punching him in two face,
chest.
Victim stated Donny was
kicking & punching him.
in face & upon body.
Rob - Also was kicking &
punching victim.

FELL-00000922

All Parties involved:
Jones, Josh
McNeely, Donny
Fell, Terry.
Toris, Anthony
Reed, Stephanie
Transported to S.O.
Dep. closed interviewed
Joshua Jones.
I reviewed statement of
Dep. Close.
Interview of Donny
McNeely of statement.
special note- clothing
Black Jacket, Blue Jeans
subject was dirty. Shoes
work boots - possible blood
spots on boots.
no shirt. Jacket only
subject understood warning.
Both subjects arrested
assault 2nd
S.C.J. no bail.

FELL-00000923

# EXHIBIT 54

Page 1 of 2

SUPPORTING DEPOSITION (CPL 100.20)    SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK

_____Justice_____ COURT

COUNTY OF Sullivan
Town OF Bethel

THE PEOPLE OF THE STATE OF NEW YORK )
                                     )
                -VS-                 )
_____)    SUPPORTING DEPOSITION
                                     )
_____)
                  (DEFENDANT(S) )

STATE OF NEW YORK, )
COUNTY OF Sullivan )    ss.
Town of Bethel )

518-398-0287
S.S. N REDACTED - FELL 0091

On 8-12-00 at 08:08 (AM) PM I, FULL NAME LANCE MICHAEL ROWLAND
DATE REDACTED - FELL 74
DATE OF BIRTH N REDACTED - FELL CITY PINE PLAINS STATE N.Y. 12567

STATE THE FOLLOWING: As I exited my vehicle I saw 3 guys kicking and urinating on a kid laying on the ground. The 3 guys were accompanied by two females. One guy wore a black t-shirt w/a necklace around his neck and his head was shaved. Another was taller and wore a flanel shirt and wore glasses. The third one had freckles and was about 5'9 - 5'10. One of the girls they were w/ had short straight black hair and so She was one of the guys sister. As I ran over to the they backed away from the kid they were beating and started justifying why they did w/ they did. The kid on the ground had lumps all over his face, and his head was bleeding. A girl and more guys came over t help and thats when I went to get help. I gave the

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of August, 2000.
             - OR -
*Subscribed and Sworn to before me

this _____ day of _____, 19_____.

_Lance Rowland_
(SIGNATURE OF DEPONENT)

_____ 104
(WITNESS)

Dep. Hall
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED (AM)
9:00 PM

*Page 2 of 2*

**SUPPORTING DEPOSITION (CPL 100.20)**    **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

STATE OF NEW YORK

_____ *Justice* _____ COURT

COUNTY OF _*Sullivan*_

_*Town*_ OF _*Bethel*_

THE PEOPLE OF THE STATE OF NEW YORK )
)
-VS )
)
_____ )
)
_____ )
(DEFENDANT(S) )

SUPPORTING DEPOSITION

STATE OF NEW YORK )
COUNTY OF _*Sullivan*_ )
)   ss.
*Town* of _*Bethel*_ )

On DATE *8/12/90* at TIME STARTED *08:08* AM

FULL NAME *Lance Michael Rowland*

REDACTED - FELL

DATE OF BIRTH

REDACTED - FELL

*Pine Plains*
C/T/V/

STATE *NY. 12567*

STATE THE FOLLOWING: *officers the description of the kids as identified the people he apprehended as definitely the ones responsible for the beating. The incident took place in a pole barn on joining property of the festival. My vehicle was about 75 feet off of 17b and my vehicle was approximately 100 ft away from the pole barn immediately on the right side of the barn*

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which s... person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _*12*_ day of _*August, 2000*_
- OR -
*Subscribed and Sworn to before me

this _____ day of _____, 19___.

*Lance Rowland*
(SIGNATURE OF DEPONENT)

*#104*

*W. Ketchum T. Bethel*
(WITNESS)

TIME ENDED
*9:00*

*Dep. Hall*
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000925

# EXHIBIT 55

August 12-00

Chris EIKE

STEADOUT                           Mother - CINDY ⎤ EIKE
                                   Father - John ⎦

Subject was ASSAULTED AT GREENWOOD TR of
Poterat Transported TO CGH Harris, with
injury To his head + legs.

Advised by Hosp That his Mother was called
and Responding To CGH. This Dated

STATES he was beat up by Two white
Males, That Work with him at the
Wayne County Fair owe is Known To
him as Don And The other Bob
he also States that he had Done
ACID + Mushroom, it was given To him
by Some Friends, he advise he was
hanging with This people Unknown
why he was beating up, he State
That They were also Doing ACID +
Drinking Along with Two Girls Terri +
Stevie, he States That Don was The

FELL-00000926

Person That was Kicking and Punching him in
The Face And All over his body, Bob was
Also Kicking him. The girls were just
Watching Them, but They Didn't hit him
at All.

States This is The First Time he
has Done Any Type of Drug

Drugs were given To him by Don.

States his Car was Towed:
1991 Chev. Blue Dark "Cameo on
                              Windshield"
                              DDW-


Sexual Abuse 3rd
Section— 130.55

FELL-00000927

# EXHIBIT 56

WAS TRAVELING WEST MB BY YASGAR FARM WHEN LANCE ROWLAND FLAGGED ME DOWN TO TELL ME THERE WAS AN ASSAULT VICTIM THAT NEEDED HELP IN THE POLE BARN. AT THE SAME TIME 911 DISPATCHED ME TO THE SAME LOCATION FOR AN ASSAULT VICTIM. WHEN I ARRIVED AT THE POLE BARN I SAW A YOUNG MALE LYING ON THE GROUND. THE VICTIM WAS INCOHERENT, SHAKING, AND HAD CONTUSIONS AND DEFORMITIES ON HIS FACE. I REQUESTED AN AMBULANCE RESPOND TO THE SCENE. I ASKED THE VICTIM HIS NAME AND GOT NO RESPONSE FROM HIM AND BY STANDERS TOLD ME HIS NAME WAS CHRIS. ~~~~~~~~ I BEGAN TO TREAT THE VICTIM FOR SHOCK. APPLIED 15 LPM O2 VIA NON REBREATHER. COVERED PATIENT WITH EMERGENCY BLANKET. VICTIM BEGAN TO MAKE NOISE. I ASKED HIM WHERE HE HURT AND HE SAID HE COULDN'T FEEL HIS BODY. I REMOVED SHOES AND PMS WAS INTACT BOTH EXTREMITIES. CUT PANT LEGS OF PANTS TO ~~~~~ EXPOSE EXTREMITIES BECAUSE BY STANDERS SAID HES LEG WAS BROKEN. NO OBVIOUS ~~~~ DEFORMITIES WERE FOUND LOWER EXTREMITIES. EMT'S FROM COCHECTON AMULANCE CORP. ARRIVED ON SCENE. PATIENT WAS ~~~~~ COLLARED, BACKBOARDED AND LOADED IN AMBULANCE FOR TRANSPORT TO EMERGENCY ROOM.

VITALS TAKEN BY COCHECTON AMB. PULSE 76
BP 80/
DEP HALL

FELL-00000928

AUGUST-12-00

ON THE ABOVE DATE DET ROJAS WAS ADVISED BY DEPUTYS ANGLIN AND
CLOUSE OF A SERIOUS ASSAULT THAT TOOK PLACE AT YASGUARS FARM
AT AROUND 7AM, ALSO ADVISE THAT THEY HAD TWO SUBJECTS UNDER
ARREST AND THAT THE PERSON ASSAULTED WAS IN C.G.H. HARRIS N.Y.
DET ROJAS RESPONDED TO CGH AND WAS ADVISE THAT MR CHRIS EIKE WAS
IN X-RAY FOR A CAT SCAN AND OTHER TEST. I WAS ABLE TO TALK TO
CHRIS AFTER A SHORT TIME HE ADVISE THAT HE WAS AT THE FARM WITH
FRIENDS OF HIS THAT WORK WITH HIM AT THE WAYNE COUNTY FAIR,AND
THAT HE WAS DRIKING AND HAD DONE ACID AND MUSHROOMS AND HE DIDN'T
KNOWN WHY THEY BEAT HIM UP HE ADVISE THAT THE TWO WERE KNOWN TO
HIM AS DONNY AND ROBBIE UNKNOWN LAST NAME, AFTER TAKLING TO HIM I
WAS NOT ABLE TO FINE OUT ANY MORE ABOUT JIS INJURYS  AS THE RESULTS
WERE NOT IN. RETURNED TO THE OFFICE WERE I SPOKE TO THE SUBJECTS
STATEMENT HAD BEEN TAKEN BY DEP CLOUSE AND DET SIMON BOTH SUBJECT
ARRESTED FOR ASSAULT 2ND TAKEN BEFORE JUDGE BARBER OF BETHEL HELD
SCJ NO BAIL TO APPEAR ON AUG-16-00 AT 7PM.

UNDERSHERIFF CALLED AND ADVISED TOLD TO CALL IN DET SIMON TO ASSI

AT THIS TIME UNABLE TO ENTRY INTO SJS DOWN
PAPER WORK SENT OVER TO DA'S OFFICE

8-12-00  AT 4:30PM RECIVED A CALL FROM CGH ADVISED THAT CHRIS
EIKE WAS GOING TO BE RELEASED.

MR EIKE RESPONED TO THIS OFFICE WITH HIS MOTHER AT THIS TIME HE
STILL DIDN'T KNOW WHAT TOOK PLACE.

SJS - Down

FELL-00000929

# EXHIBIT 57

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/08/2000

The following sets forth the investigative activity of Supervisory Senior Special Agent (SSRA) C. DANIEL STURGILL and Special Agent (SA) JIMMIE D. CAUDLE, JR., Federal Bureau of Investigation (FBI), Fort Smith Resident Agency (FSRA), at 11:30 p.m., November 30, 2000, at the Johnson County Detention Center, Clarksville, Arkansas.

SSRA STURGILL and SA CAUDLE introduced themselves to DONALD R. FELL with display of their FBI credentials and they provided the purpose of the interview. The following interview took place in a room within the Johnson County Detention Center. FELL was advised that a custodial interview mandated that he be read his Advice of Rights. These rights were read verbatim from an FBI FD-395 Advice of Rights form. FELL also read aloud a portion of the Advice of Rights form to indicate he could read. FELL stated that he understood his rights as read and reviewed by FELL and he signed the Advice of Rights form as witnessed by SSRA STURGILL and SA CAUDLE. This form has been placed into a 1A envelope and made a part of the investigative file.

FELL was advised of his rights at approximately 11:30 p.m., and signed his waiver of rights at approximately 11:33 p.m. After signing his waiver of rights, FELL advised the following:

FELL's date of birth is April 30, 1980, and he is from Wilkes-Barre, Pennsylvania, having lived at REDACTED - FELL in Wilkes-Barre all of his life. FELL was arrested by the Clarksville Police Department this date (November 30, 2000) for being in possession of a vehicle with stolen plates. FELL's friend, BOBBY LEE (ROBERT JOSEPH LEE), also from Wilkes-Barre, was also in the vehicle and arrested. LEE just turned twenty on November 28, 2000. FELL has known LEE since the 2nd grade. LEE's brother, SHANE, was the same grade level as FELL and LEE was a class ahead. FELL and LEE had started hitchhiking across country and got a ride from some guy FELL knew only as "JOHN". The car was a small light green or blue Neon. FELL and LEE eventually stole JOHN's car. FELL advised that he stole the car and LEE remained with him. They took off in the vehicle when JOHN went into a store. FELL has lost track of the days and couldn't recall the exact date the car was stolen. FELL and LEE first traveled south upon stealing the car. They

---

Investigation on   11/30-12/01/00  Clarksville, Arkansas

le # 7A-AL-44453-44                                    Date dictated  12/03/00

SA JIMMIE D. CAUDLE, JR.
by   SSRA C. DANIEL STURGILL/ldh

343LDH 01.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FELL-00000930

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____, On 11/30-12/01/00 , Page  2

traveled into Virginia and then into Tennessee where they reached Interstate 40.  They then traveled into Arkansas where they reached Clarksville before being arrested for the stolen tags.

FELL has been in trouble with the law before, once for not going to school for two years.  He did time in Saint Mike's, doing approximately two years for truancy.  FELL also got in trouble with the law at the most recent Woodstock.  FELL "beat the shit" out of a guy who tried to rape his sister at Woodstock.  FELL put him in a coma for a day.  The charges were eventually dropped. LEE accompanied FELL to Woodstock.

LEE's brother is currently in the Army.  FELL's father, DONALD FELL, SR., just got out of jail for fraud.  Both FELL and LEE were headed to California.  FELL said that they had not changed the plates on the Neon and advised ownership of some of the contents within the vehicle.  FELL owned the green Army duffle bag, the shotgun, a denim jacket, two hooded jackets and a leather jacket with fringes.  Pipes that are in the car are also FELL's. LEE owned the blue bag.  The CD tapes are both FELL's and LEE's. FELL purchased the shotgun from an individual approximately one and one half years ago.  FELL does not have a job.  FELL's family consists of a sister named TERRI FELL, a grandmother whom he knew only as "NANNY", AUNT JACKIE SHARPE, and DONNA WILLIAMS, all residing in Wilkes-Barre.  Some of LEE's family resides around Wilkes-Barre.  FELL and LEE have remained good friends for many years.  They typically listen to music, play a lot of cards, and drink Budweiser.  FELL plays lead guitar.  LEE was going to learn the drums but did not have enough money to get a pair.

FELL and LEE had planned on checking out Venice Beach, California.  FELL's mother, DEBBIE FELL, lives in Rutland, Vermont, at REDACTED-FELL                       FELL's father lives in Fort Lauderdale.  FELL and LEE have lived with DEBBIE at REDACTED-REDACTED-FELL        Rutland, Vermont, for the past couple of months.  FELL and LEE left this address last week headed for California.  DEBBIE works at HOLIDAY INN and the phone number is (802) 773-7920.

FELL's mother had numerous friends.  They would sit around DEBBIE's house and smoke crack and it would make FELL mad. He has tried to get her to stop smoking crack but her friends wouldn't let her.  She would get mad at FELL for smoking pot. Since leaving Rutland, Vermont, FELL and LEE have stayed at CHRIS KOLOJESKI's house at 13 East Chestnut in Wilkes-Barre,

FELL-00000931

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____ , On 11/30-12/01/00 , Page 3

Pennsylvania. KOLOJESKI is a white male, approximately 26 years of age, who cannot work due to seizures.

This summer, FELL, his cousin JESSIE WILLIAMS also from Wilkes-Barre, and LEE, worked at a carnival. FELL worked the goldfish/ping-pong balls. LEE worked a quarter toss where a bicycle was the prize. The carnival traveled mostly in Pennsylvania. JESSIE was the boss and worked the rat game. FELL had once had a ferret for a pet. LEE has spent time in Florida where he worked with tigers, alligators, and various other exotic animals.

FELL's father was an abusive person having beaten FELL's mother and FELL. FELL's father quit beating FELL after FELL broke his father's nose. FELL's mother also cut FELL's father up several times. FELL described his father as a serious drunk who beat FELL everyday for years. FELL advised that he does not become angry when drinking but rather gets happy when he gets drunk. FELL thought that his father was possibly born on March 15, 1942.

FELL does not currently own a vehicle but did have a 1971 Firebird at one time. It did not have a sticker so he could not get it street legal and it got towed away. This happened approximately three years ago. LEE has never owned a car. The Neon of which they were in possession when arrested was getting approximately 85 miles per quarter tank of gas. FELL recalled crossing into Arkansas through Memphis. FELL and LEE were low on gas and out of money. They were going to ditch the car and start hitchhiking again. FELL's mother doesn't own a car.

FELL advised that when he got out of jail here at Clarksville, he was still planning on heading west and described his mother's crack habit as the reason for him leaving Rutland, Vermont. FELL and his mother would fight a couple of times but he would only have to push her off of him during these arguments. They never became major physical altercations. FELL was going to call his mother from the jail but does not have use of a phone yet. FELL last saw his mother Friday morning after Thanksgiving and FELL and LEE left her on good terms.

The interview with FELL was concluded at 12:17 a.m., and FELL was escorted back to his cell by detention deputies. All logical comfort issues were addressed with FELL and water was readily available. During the course of the interview, FELL was

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____ , On $\underline{11/30-12/01/00}$ , Page __4__

observed to be right handed.   FELL never asked to end the interview.

FELL-00000933

# EXHIBIT 58