# INTENTIONALLY LEFT BLANK

FELL-00000934

# EXHIBIT 59

# INTENTIONALLY LEFT BLANK

FELL-00000935

# EXHIBIT 60

12/1/00 - Interview of Donald Fell at the Johnson County Sheriff's Department.

TA: = Tom Aiken, New York State Police
DF: = Donald Fell
UM: = Unknown Male

UM:     Okay, ah, we're, ah, I'm ah, in the room now. I've got ah, Wes Kendrick, the, the Sheriff with me and ah, we're, we're, we're talkin to Donny...

TA:     Okay.

UM:     ...and ah, Donny, Donny's still ah, he's, he's, he's wanting to do, do the best job he can here to help us find Terri.

TA:     Okay, can I talk to him?

UM:     Ya, that's exactly what we need to do. We've gone through the list here and ah, that you gave me and ah we, we just couldn't recall any of it so I just said well, hey, lets, put you all through on and, and, and, hopefully we can have some more luck here so....I'm gonna, gonna go ahead and hand you over to Donny. Ah, we don't have an intercom, er a, a, well, it's not gonna be ah, what do we call that ah, ah, the ah, word speaker phone, that's what I'm, what I'm lookin for, we're not gonna be on speaker phone so I'll just hand him, I'll just hand the phone over.

TA:     Just tell him to keep that floor plug, fell plug in.

UM:     Ya, ya, ya, Wes is holding it as we speak.

TA:     Okay great.

UM:     Alright so here's, here's Donny.  (Talking in background) This is Tom Aiken and you're with ah New York State Police?

TA:     Right.

UM:     Okay.

DF:     Hello.

TA:     Hi Don.

DF:     Hi.

TA:     This is Senior Investigator Tom Aiken with the New York State Police.

DF:     Uh huh.

TA:     Thanks for trying to help us out here cause obviously you know it's very important.

DF:     Yes.

TA:     Um, now, who am I talking to?  Is it Donny?

DF:     Ya.

TA:     and it's Fell?

DF:     Ya.

TA:     Okay.  Um...let me just get some background done first just so I know how familiar you are with the area.

DF:     Alright.

TA:     H...Have you lived in the Vermont or New York area at all?

DF:     Ah, no, no.  I really don't know the area at all.

TA:     Okay.  But your mom was living up in Rutland?

2

FELL-00000937

DF:     Vermont, ya.

TA:     And, did you come to visit her very often or?

DF:     No, this was ah the first visit that I, I came.

TA:     Do you know which way you came to visit so you knew that route?
DF:     I have no idea, my ah, my aunt drove us up, my, me up.

TA:     And the guy you were with?  His name is Bobby?

DF:     Ya.

TA:     And it's Bobby Lee?

DF:     Ya.

TA:     Did he know the area at all?

DF:     No.

TA:     Where did you guys live before this?

DF:     Ah, Pennsylvania, in ah, Wilkes-Barre.

TA:     Okay, um, so neither one of ya's to familiar with the area?

DF:     No.

TA:     Let me try to, after you left your mother's place in Rutland right.

DF:     Yes.

TA:     Let me try to walk you through that as best I can.  How old are you twenty?

DF:     Yes.

3

FELL-00000938

TA:     Okay.  You left the city of Rutland on Route 7?

DF:     I think so.

TA:     .....and what's the next landmark you remember?

DF:     I, the, the, the first thing I remember was ah, the Tappan Zee Bridge, that's, you know what I mean.

TA:     I mean coming out of Rutland though?

DF:     I don't, I don't remember...

TA:     Right, right after that happened with your mom.

DF:     I, I really don't remember much then, I was, I was pretty hammered. Ah... I was real screwed up, ya know.

TA:     Well what I'm trying to do is I'm trying to figure out where you dropped her off and that's, the only way to do that is to try to figure out your route the whole way.

DF:     Ya, ya, I know.

TA:     They said you thought it was Route 4 you were on.

DF:     Yes.  I, see, I might be wrong, you know what I mean?

TA:     Uh huh.

DF:     But ah, I think that's the route that we were one.

TA:     What makes you think you were on Route 4.

DF:     Well, I was lookin' at the road map and all those little towns, the names looked familiar.

4

FELL-00000939

TA:    Do you remember how you got on Route 4 or where you got on it.

DF:    No, no I don't.

TA:    Somebody said something about the Diamond Run Mall.

DF:    Ya, that's ah, that's on Route 4 isn't it?

TA:    That's right on Route 7 on the outside of ah Rutland...and, and you get on Route 4 right there.

DF:    Alright well then, that's how we got on Route 4.

TA:    And you remember that?

DF:    Ah, yes.

TA:    Okay.

DF:    ....because I know we went ah, past the Diamond Run Mall and then...

TA:    Now before you did, what was, what was the woman's name?

DF:    Ah Terri.

TA:    Terri?

DF:    Oh ya.

TA:    Now before that happened with Terri, how long was she in the car before that happened do you remember?

DF:    Oh, let me think, ah, maybe about four and a half hours.

TA:    You were with her in the car that long?

DF:    Ya.

5

FELL-00000940

TA:     Okay.  Now the next thing you remember is you're with her on Route 4 in Vermont, coming from Rutland.

DF:     Ya.

TA:     Now, do you remember entering New York State?

DF:     Ah, there was a sign that said ah New York Welcomes you or something like that I believe.

TA:     Okay.  Now the next thing you remember, you remember the village of Whitehall?

DF:     Ya, I remember Whitehall.

TA:     ...and the road kinda turns to the left right?

DF:     Ya.

TA:     Okay.....and it was, it definitely didn't happen between the state line and there?

DF:     No.

TA:     Okay.  Now what's the next thing you remember after you leave Whitehall?

DF:     Ah, just, ya know, the road really, that's all, ah, when Bobby was driving I had ta, to watch her in the backseat ya know what I mean so.

TA:     Was she tied up at all?

DF:     No, no, no.  She was free to move around, ya know.

TA:     Had she made any attempts to get out?

DF:     Ah, she tried jumpin' out of the car once.

6

FELL-00000941

TA:    While it was going?

DF:    Ya.

TA:    Do you remember how soon after it was that that happened?

DF:    No, no I don't.

TA:    Do you remember what, where you were or what you were around when that happened?

DF:    No, no I just ah, I wasn't really watchin the road then cause I was watchin' her and ah Bobby was driving so I had ta, I had to grab her back into the car and that, that was about it, ya know.   Like the whole time when  he was driving I was looking back at her ya know.

TA:    Okay, let me just try to narrow this down a little bit.

DF:    Alright.

TA:    When, when I was talkin' to, ah, the Special Agent you're talkin' to there, what's his name, Jim right?

DF:    Ya.

TA:    Jim Caudle?

DF:    Ya.

TA:    He said that when he talked to you to begin with um, you said it was before you got, you said you remembered Stillwater Mechanicville?

DF:    Yes.

TA:     Now did you do that to her before that?

DF:    I believe it was yes.

7

FELL-00000942

TA:     Why do you believe it was?

DF:     Ah, because ah, I looked at the map and it, it looked a pretty far distance and ah, ah, we didn't go really that far into the state before we, we well whatever you know.

TA:     You can say it, that's no problem, I know what happened.

DF:     Ya.

TA:     Um, you just said quite a few hours though before.

DF:     Ya.  Ah, well it's...guess I did...

TA:     Let, let me try to give you some time lines here.

DF:     Alright.

TA:     Ya, it took you a long time to get down to Pennsylvania.

DF:     Ya, ah, well, see we left Vermont at like 2:30 in the morning.

TA:     Okay.

DF:     ...and it was just turning light when we, when we, well, ya know.  But it was just turning light then.

TA:     What, when that happened to her.

DF:     Yes.

TA:     Okay.  Um, how far after Whitehall do you remember it being?

DF:     I, I'm really not sure, ah, I"m, not, I'm not positive at all.

TA:     Okay, when you, when you....lets try, lets try going another route here then.   What was the ground like, now he said that you had turned

8

FELL-00000943

around the opposite lanes?

DF:     Ya, ah, there was ah, we went over towards the oncoming traffic and parked on that side of the road.

TA:     Facing the right way or the wrong way?

DF:     Facing, facing the oncoming traffic.

TA:     Okay, so you were actually on the opposite shoulder facing the oncoming traffic.

DF:     Yup.

TA:     And so...which door did she get out of.

DF:     Ah, the back ah, passenger's side on the driver's side. I mean back driver's side. Ya.

TA:     Back driver's side, so she got out on the side away from traffic.

DF:     Yes.

TA:     What happened then?

DF:     Ah, I told her to walk up in the woods and ah, she'd be free to go...and then ah she started walk-in up into the woods and my friend was like well she has our names and our descriptions and that, we have to kill her. I was like, I really don't want to but I, I guess, ya know. So we went and followed her back a ways cause she was already starting to go back toward the road and ah, he caught her and ah, we pulled her back up the hill and then ah, then it happened.

TA:     Okay. How, how far was she was walk-in' in a field to begin with?

DF:     Ya.

9

FELL-00000944

TA:     How far from the car until you hit the wood line?

DF:     Oh, maybe about fifty feet.

TA:     So not very far.

DF:     Ya.

TA:     What was the wood line like?

DF:     Ah, it wasn't really too ah, it didn't look too thick. Ya know what I mean, but um, there was, there was no pine trees around I don't think. I'm not, I'm not positive though. I think they were all just like, ah, trees with no leaves and that, ya know.

TA:     Was there any water near there?

DF:     No, I didn't, I don't recall seeing any water.

TA:     Okay. Now where you did that to her, was that in the field or in the woods?

DF:     No, it was just about in the woods.

TA:     Did ya?

DF:     Uh, you couldn't see it from the, from the highway.

TA:     After ya, after ya did that did you drag her anywhere from there or just leave her there?

DF:     No, we, we left her right where, right where she was.

TA:     What, did you cover her up with anything?

DF:     No, she's not covered up.

10

FELL-00000945

TA:     Now just so we, and I gotta ask you this question because we have to know about the urgency of it.

DF:     Ya.

TA:     Is there any chance she could still be alive?

DF:     I doubt it highly.  Ah, there was a pretty big rock.

TA:     Okay.  Okay, cause that, I mean that, we're losing daylight up here and you're ....

DF:     Ya.

TA:     ....down in where, Arkansas right now?

DF:     Ya, Arkansas.

TA:     And ah, we're losing daylight and that's why I wanted to know that. It's already been what, a couple of days, a few days already?

DF:     Ya, a few days.

TA:     This happened what?  Monday morning early or?

DF:     I believe it was ah, ya, early Monday morning.

TA:     Okay.  Um, so she should be right inside the wood line wherever she is.

DF:     Ya.

TA:     Do you remember any houses nearby or anything like that?

DF:     No, I don't.  I didn't see any houses.  There was a truck parked on the side of the road, I was thinkin' maybe some guy was out huntin' or something like that.

11

FELL-00000946

TA:    Was there any pull-off or anything like that?

DF:    Ah, ya, it was like a little, little dirt spot, little gravel spot.

TA:    And the truck was parked there too?

DF:    Ya.

TA:    Were you parked near the truck?

DF:    No, no it was about ah, thirty feet away the truck was.

TA:    So you were parked on the shoulder just before whatever this pull-off is.

DF:    Ya.

TA:    Okay, can you describe the truck?

DF:    Ah, it was a white Ford F-150, it looked about '89.

TA:    Okay. Was, there, the highway right there, were their any guide rails or any center guide rail or anything like that?

DF:    No.

TA:    No guide rails on either side?

DF:    Nope.

TA:    Was there any fence that you had to cross or anything like that?

DF:    Nope.

TA:    Okay, now, was the rock right there in the field or was it in the woods, was it in a meadow?

12

FELL-00000947

DF:  It was, it was, it was right up where, where she is.

TA:  So, it wasn't like a cow pasture or anything like that then.

DF:  No, no.

TA:  And there was no houses nearby there?

DF:  Nope.

TA:  Now let me try to describe it this way.   After you left Whitehall, a little ways down the road there should have been a, a, flashing red light.....right in the middle of nowhere, a good size intersection with nothing around it.

DF;  I, I, don't know.

TA:  You don't remember that?

DF:  No.

TA:  Okay.  The next town you should have hit....do you know?  Where were you headed to?

DF:  Ah, I was just goin'.  Ya know, we were just driving.  We didn't know where we were, what road we were on, ya know, what route to take.....we were just.

TA:  Where were you trying to go to?

DF:  Ah, Pennsylvania.

TA:  Ah, wha.., family and friends?

DF:  Ah yes.

TA:  Now did you have any rhyme or reason as to what route you were

13

FELL-00000948

gonna take?

DF:     We had no idea. Ya know, we were just drivin'.

TA:     Okay, how, how'd you find your way eventually?

DF:     Well, we got down by the city somehow, New York City.

TA:     Uh huh.

DF:     ...and ah, Bobby knows a little bit about that area and ah, well, he said, we saw signs for the Tappan Zee Bridge and we knew, he knew that we had to take that bridge to go into Pennsylvania.

TA:     Did you take that bridge?

DF:     Ya, we took the Tapanzie Bridge.

TA:     And what did that put you on?

DF:     I don't know.

TA;     Did it put you on a major highway at all or?

DF:     It, it, I think it was, ya......I'm, I'm not positive but I think it was.

TA:     Did you have to pay any tolls or anything like that.

DF:     No, we, we ended up not having to pay any....ya, well, actually, ya, ya we did. We paid ah, a fifty cent, no a dollar toll, a dollar toll.

TA:     Okay. Did you have to pay for the bridge?

DF:     No, no.

TA:     Okay then you must've, and it, it was definitely the Tappan Zee Bridge you went over?

14

FELL-00000949

DF:     Yup.

TA:     Then you must have been going the opposite direction. You must have been going away from the city.

DF;     Ya, we were trying to get, ah, ya know. We weren't going into the city, ya know, I mean, we were, we were close to the city, ya know what I mean?

TA:     Uh huh.

DF:     But we didn't want to go into the city, ah, but ya, that's the bridge we took.

TA:     Now let me try this another way now? Now Jim said that you took her pocketbook?

DF:     Ya.

TA:     And you threw that in a dumpster at a restaurant?

DF:     At a Burger King ya.

TA:     Where, where was that do you remember?

DF:     No, ah, that was about a half hour from the spot that we dropped her off at, ah, it, I don't recall anything else around it really. Ah, it might have been, ya know, but ah, I don't really recall too much. Um, I know we, we stopped, we got breakfast and ah.

TA:     Do you know how long the Burger King had been, had been open already?

DF:     No, no I don't.

TA:     Were there any customers in there or anything like that?

15

FELL-00000950

DF:     Ah, there was, there was, huh?   (someone talking to Donny in the background) I don't know, I don't know.  Ah.  There was ah, ya there was a couple of customers.

TA:     Did you actually go inside and eat?

DF:     No, no, we went through the drive-through.

TA:     Oh, you went through the drive-through.  Okay, so the employees there probably wouldn't remember you then.

DF:     Ya.

TA:     Do you remember what you ate?  Was it a big meal or?

DF:     Um, no, just ah, I got a couple ah, sausage, egg and cheese, ah, thingies.

TA:     Okay.  And, and, who got out of the car with the pocketbook?

DF:     I did.

TA:     You did.  Okay, who, who was drivin'?

DF:     Ah, Bobby.

TA:     Bobby was drivin'.  Where was the dumpster in relationship to the restaurant?

DF:     Ah, right on the back right hand side.

TA:     Okay.   And now was this, what, do you remember what road that was on?

DF:     I have no idea.

TA;     Had you turned off any roads to get to that.

16

FELL-00000951

DF:     I, I don't think we did. We, we could have, ya know, but I, I'm not sure.

TA:     Now, what makes you remember Stillwater or Mechanicville?

DF:     I just seen signs and that's ah, when I looked at the map, it ah, the names clicked in my head, ya know.

TA:     And you remember going through them?

DF:     I don't think we went through the towns but there was like signs on the side of the road, ya know.

TA:     Okay. Huh. (Clears his throat). I'm, I'm still trying to pick your brain a little bit just to, try to figure out where she is.

DF:     I know I'm, I'm, I'm like trying, ya know, the best I can. It's, it's hard because I didn't know where we were nothing ya know.

TA:     But you don't think you went through Mechanicville or Stillwater right?

DF:     No, no.

TA:     You just remember signs leading that way.

DF:     Ya.

TA:     Do you remember any signs for any like fairground or anything like that at all?

DF:     No, I didn't see a sign for a fairground.

TA:     None. You didn't go by any fairgrounds or no signs.

DF:     No.

17

FELL-00000952

TA:     Okay, do you remember, do you remember getting on a major road at all like the northway even though, even if you wouldn't have had to pay a toll?   I87 or the northway?

DF:     I, I ah, I don't remember no.  I...

TA:     O, okay, try to put yourself, this one, I think we're gonna have to key in on that Burger King a little bit.

DF:     Alright.

TA:     Try to remember the Burger King.  Remember which way you turned off the road to get into the Burger King and what may have been around it.

DF:     Alright.

TA:     In other words, was it on the side of the road you were driving on?

DF:     Umm, ah, let me think, no it was on the opposite side.

TA:     So you had to turn left into the driveway?

DF:     Ya.

TA:     Try to remember anything at all around that Burger King, any businesses or anything next door at all.

DF:     Um, I'm trying to think, ah, let see cause I, I don't really remember anything being around it.  I'm sure there had to have been though because there can't just be a Burger King out in the middle of nowhere, ya know.

TA:     That's what I'm saying.  Just take your time right now and just try to remember any businesses that you remember around it.  Like he said in the background, car dealerships...

18

FELL-00000953

DF:     Ya.

TA:     ...um, any, like a Walmart, like a, a mall, like anything like that at all.

DF:     I don't, I don't know.  I really don't remember nothin.

TA:     How 'bout even leaving there.  Do you remember anything just before you got to there or just after you left there?  Just try to put yourself back into that... '

DF:     No, no I don't.

TA:     Do you remember any towns at all you went through.  Any names of towns that you definitely went through?

DF:     No.

TA:     Did he run the towns by him that I gave him?  Like Hudson Falls and Fort Edward.

DF:     Ya, ya.

TA:     Did they ring a bell at all?

DF:     Ah, Hudson Falls sounded familiar.

TA:     It did?

DF:     When you come into Hudson Falls, and that's ah, that's a village.

TA:     Yup.

DF:     ....spread out a little bit, but in the middle of that village you have to kinda go around a park.

TA:     I, see, I did, that's what, I don't remember, ah goin' around no park or anything like that.

19

FELL-00000954

DF:        It's just kind of a little half loop around a park and then immediately right after that, if you stayed on Route 4, you'd come into another little village called Fort Edward.

TA:        Ya, I see that on the map here.

DF:        Ah, that, that Fort Edward don't really ring a bell. Um...

TA:        Do you remember the city of Glens Falls at all?

DF:        No, no.

TA:        Do you remember anything like a civic center or anything like that.

DF:        No, no definitely not.

TA:        No civic center.

DF:        No.

TA:        Um, come, what's the next thing you remember after you left the village of Whitehall, after you went through the village of Whitehall.

DF:        The, the only things I really remember was ah, was ah, a couple of the towns names, ah, like these, Kingsbury, Fort Ann, ya know, Hudson Falls.

TA:        Do you remember the, s, sign for Kingsbury?

DF:        Ya.

TA:        What do you remember about Kingsbury?

DF:        Ah, nothin', I don't think we went through it, ya know. I think we just kept on the highway. That could be where the Burger King is at. You know what I mean. I'm not sure though. Ah...

20

FELL-00000955

TA:     How 'bout like Queensbury? Does that ring a bell too or?

DF:     No. No. Um.

TA:     Can you describe Whitehall for me?

DF:     No. (laughs)

TA:     You don't remember anything about Whitehall either?

DF:     No. But I, by this time I was, you know, I was still pretty much drunk and...

TA:     Do you remember any prisons that you may have gone by or anything like that.

DF:     No, no. He said that ah, if we went by them, ah, we probably would have remembered them with all the lights and stuff, ya know. But, ah, no I, I don't remember none of that.

TA:     I, I may have asked you this already but is she fully clothed?

DF:     Ya, definitely.

TA:     ...and she's not covered with anything?

DF:     No.

TA:     Okay. Um, and, and, once again, just, we're losing daylight up here.

DF:     Ya.

TA:     I know its been a few days but is there any chance she could still be alive?

DF:     I don't see that as a possibility. You know what, I, I, could only hope she is, ya know.

21

FELL-00000956

TA:     But based on, what, what'd you hit her with?   A rock?

DF:     Ah, yes, it, it was a rock.

TA:     ...and, wha, and, did he do that too or just you?

DF:     No, that, that was him with the rock.   I was using my feet.

TA:     Oh, okay.  Um, because I think he originally had said something about he was still in the car.  I don't think he was totally honest.

DF:     Nah.

TA:     That's why its kinda hard to try to figure out where we're going.  Do you remember the city of Bennington, Vermont at all?

DF:     See that's ah, I'm lookin' at, at the map here and I see Bennington on it.

TA:     Ah huh.

DF:     ...and I seen the Green National.....Mountain National Forest.  I believe I seen that, you know what I mean but I'm not positive and it's. See like I said 4 might even be the wrong road, ya know, its kinda hard to remember.  I, I don't even know what highway we were on or nothin'.  Ya know, I know we went past the Diamond Run Mall and that's on 7 you said right?

TA:     Yup.

DF:     So obviously we were on seven, that's for sure.

TA:     Do you, (sighs) do you remember (sighs) what do you remember about the Diamond Run Mall?

DF:     Ah, all I really remember is just passin it, ya know, cause I knew where it was.  That, that's about it.

22

FELL-00000957

TA:    You said you passed it.  Do you think you turned off the road at all near there at all or do you remeber...

DF:    It might have been right near there, ya know.  Like right...

TA:    But you're...you're not even sure about that.

DF:    No.

TA:    What sticks out in your mind about Route 4 then?

DF:    Ah, just the names of the towns.

TA:    That's it.

DF:    Ya.

TA:    But nothing about Route 4 itself?

DF:    No.

TA:    What sticks out in your mind about Whitehall then that you remember that?  Just the name of the town?

DF:    Ya, just the name of the town.

TA:    That's it.  You don't remember going through it at all?

DF:    No.

TA:    Okay, so we're not even sure if you were on Route 4 or not then.

DF:    Ya, that's, that's right.  I, and, you know, I've been trying to say that, you know, like we're not, I'm not sure what, what highway it was, ya know, but I think it was 4, ya know.  It could be 7, it could be.

TA:    Hold on just a second, okay.  You with me still?

23

FELL-00000958

DF:     Ya, ya.

TA:     (talking to someone in background )

> TA:    Can you do a further check John of Benning...of Burger King to
>        see what they've got along Route 7 all the way down.
> UM:    from Rutland
> TA:    Not just from Rutland, I mean all the way south of there

TA:     I mean you were at Burger King you thought about 30 minutes.

DF:     Yes.

TA:     Do you, do you remember the city of Troy at all?

DF:     I remember definitely seeing the signs for Troy, yes.

TA:     You remember seeing the sign..... do you remember going through
        troy at all?

DF:     No we didn't go through Troy, no.

TA:     How do you know that?

DF:     Ah, well, I don't know I'd probably remember it.  It is big?

TA:     Uh, well the part you would have went through if you stayed on 7
        wouldn't seem that big.

DF:     Alright, well we might have went through it.

TA:     Do you remem...do you think you went through it right after Burger
        King?

DF:     Maybe, maybe, um, I'm not, not quite sure, maybe.  Its ah, it's a
        possibility.

24

FELL-00000959

TA:     Now, can you honestly tell us if the body is in New York or Vermont based on what you remember.

DF:     I believe its in New York.

TA:     What makes you think its in New York?

DF:     Ah, I don't know, I just, I just believe its in New York. Its ah, I think, cause I think it was after I seen the New York sign, ya know. I'm not positive but I believe so.

TA:     Huh. After you saw the New York sign. Do you, let me just, do you remember, (sighs). Do you remember seeing a sign, it would be a funny name for a body of water called the Tom Hannick? Does that ring a bell at all?

DF:     No, no. So I, it was ah, they were asking me about that before, that, that Tom Hannick Reservour right?

TA:     Do you remember any rivers or lakes at all?

DF:     Ah, I believe there...

TA:     And try to give me a name if you do.

DF:     I'm not sure. I, ah, think occasionally I saw some water on the right hand side. Maybe the left hand side, I, I don't know. I know I'm probably aggravating you though.

TA:     No, no, no. I know you're trying really hard and I appreciate you really trying cause its imp.... Obviously for, from a closure point of view, you, you didn't know this Terri right?

DF:     Ya, no I didn't.

TA:     But it would, but obviously you can imagine its very important for her family to at least have a funeral and stuff like that.

25

FELL-00000960

DF:      Ya.

TA:      Now let me try to back track this one more time just so I can get this starting point cause I know Rutland a little bit.

DF:      Alright.

TA:      It, this all started out at your mom's house?

DF:      Ya.

TA:      Where was that?

DF:      Ah, Robbins Street. It's like, ah, two blocks from Price Chopper.

TA:      And the only ones in that house were you and Bobby?

DF:      Then, ya, and my mom and Charlie.

TA:      And mom and Charlie were dead at the house I'm assuming right?

DF:      Ya, that's correct.

TA:      Now did you two leave the house together?

DF:      Yes.

TA:      And then, and then, on foot?

DF:      Ya.

TA:      How far did you go before you met this Terri?

DF:      We went to Price Chopper.

TA:      To the Price Chopper.

26

FELL-00000961

DF:    Yes.

TA:    Is that where you grabbed her car?

DF:    Ya.
TA:    Was she just getting out of the car?

DF:    Ya.

TA:    Okay, so she was right there going to work then.

DF:    Ya.

TA:    Did she have a conversation with you along the way at all?

DF:    Ah, we were talking a little bit, ya know.  Not, not....

TA:    ..did she...

DF:    ...really much about anything special or anything like that.

TA:    Did she tell ya anything about her?

DF:    No, no.

TA:    In terms of being married, kids or anything like that?

DF:    No.  I, well I, thought she had kids though because there was a car seat in the back, ya know.

TA:    Okay.

DF:    But, no, she didn't really say nothing much about them...

TA:    What did she say to you, what did she have for her conversation.

DF:    Nothing really, she was offering us donuts.

27

FELL-00000962

TA:     What kinda donuts.

DF:     Dunkin Donuts.

TA:     Oh, cause she had just stopped there?

DF:     Ya.

TA:     So she was trying to be nice to ya.

DF:     Ya.

TA:     Okay, was she scared.

DF:     Ya, she was scared.

TA:     Okay.  Um, based on the conversation and stuff like that, that still doesn't give you an idea how long she was in the car though does it?

DF:     No, I, I, know we ah, we left Vermont, we left Rutland at about 2:30 in the morning, that's what time it said on the clock when we were on the highway.

TA:     What clock?

DF:     Ah, the one inside the car.

TA:     On her car.

DF:     Yes.

TA:     You think it said 2:30?

DF:     Yes....and ah, by the time, when, when we dropped her off it was ah, just turning light.

TA:     Why did you decide at that point to do that?

28

FELL-00000963

DF:     I don't know, I just.

TA:     I mean, what, what finally made you do that?

DF:     I was just getting nervous ya know. I, I didn't want her in the car anymore so I, I wanted to set her free, ya know.

TA:     Okay.

DF:     And that's what I told her. Walk, walk straight back through the woods and were gonna leave and then, well Bobby had a different idea.

TA:     Okay. So he didn't stay in the car either then.

DF:     No.

TA:     Okay. But there's nothing else. No houses you can remember right at that area.

DF:     No.

TA:     And you don't remember any turns off those roads or anything like that? Do you remember a river called the Hudson River at all?

DF:     I don't really. I, we, we crossed a lot of rivers, ya know, on, in our travels. Ah, we might have crossed one. We might have crossed the Hudson River. I don't know.

TA:     But nothing for sure on that.

DF:     No.

TA:     Ya, did you, that's a good idea. Did you have to stop for gas anywhere?

DF:     Ah, we didn't stop for gas until somewhere around Lebanon.

29

FELL-00000964

TA:     Lebanon.

DF:     Ya.

TA:     Do you remember what state Lebanon is in?

DF:     That's in New York.

TA:     (talking to someone in background)

> TA:  Ah, ya, that's where they stopped for gas Chris, in Lebanon. That's down south.
> UM:  Ya.
> TA:  What, what road is that near Chris?
> UM:  22
> TA:  22?
> UM:  22.
> TA:  I wonder if they were on 22 the whole way?
> UM:  Still there's no Burger King on 22.
> TA:  Now, well he thinks she might have been in the car with them for a while.
> UM:  Lebanon.....

TA:     Let me ask you a question. Do you think that if they worked with you that you might be able to, ah, in other words, if they gave you a ride back up here you might be able to find that place at all?

DF:     Ya, I was, I told them that, ah, I said ah, I might be able to recognize it, you know what I mean?

TA:     Cause obviously you can tell, you go by Donny right?

DF:     Ya.

TA:     Obviously as you can tell Donny, its very important for closure for the family.

DF:     Ya.

30

FELL-00000965

TA:     Any anyway you can do would be greatly appreciated by the family.

DF:     Ya.

TA:     And that's why I'm trying so hard to pick your brain right now cause I'm familiar with the area.

DF:     I, I hear ya.

TA:     But it's obviously not workin' too well this way.

DF:     Ya.

TA:     How, how far before you stopped for gas was, was the Burger King in ...when that happened to...

DF:     That was a pretty long way.

TA:     So, so that happened to her and about 30 minutes later Burger King.

DF:     Ya.

TA:     And then, quite a ways after that you stopped for gas in Lebanon?

DF:     Ya.

TA:     Oh boy, I'm, I'm kinda stuck here now.  You don't remember any roads at all you were on.

DF:     No.

TA:     No names, no.

DF:     No, no.

TA:     Huh.  I'm, I'm just trying to...do you, how did you pay for gas?

31

FELL-00000966

DF:     Ah, she had money.

TA:     She was in the car with you still.

DF:     No, no, no, no, ah, but, she had a lot of money on her.

TA:     Oh, before you got rid of the pocketbook you kept the money?

DF:     Ya, ya.

TA:     Did you keep any credit cards or anything like that?

DF:     No, no.

TA:     Just the money.

DF:     Ya.  She had about $200 in cash.

TA:     She cashed the money first?

DF:     No, no, it, that's just what she had.

TA:     Oh, she had that much money in cash.  I'm sorry, I didn't know if you were saying she stopped at an ATM or something with ya.

DF:     Ya, she had, she had about that much on her and ah, bank envelopes and scattered about her purse and stuff like that.

TA:     Okay.  Did she say what the money was there for or you didn't even get to that point with her.

DF:     No, I didn't even ask her.  We just grabbed it and stuck it in our pockets.

TA:     Where was that, still in the car?

DF:     Yes.

32

FELL-00000967

TA:     Okay. So when she got out to walk to the woods you left, she left that in the car?

DF:     Ya.

TA:     Okay. Um, okay, so you had the money there and you had that for Burger King. Any other place you stopped in New York State that you can remember?

DF:     No, no. Right after, ah, we filled up we cut right through.

TA:     Huh. I, I've just got somebody else I'm trying to pick their brain in the background here too Donny.

DF:     Ya.

TA:     (talking to someone in background)

        TA:  Chris, you think Leban...22 goes all the way down to Lebanon?
        UM:  Absolutely.

TA:     Does Route 22 ring a bell with you at all?

DF:     It, it might. I know cause Lebanon is right on 22. I'm looking at the map. Lebanon is, ya its right on 22 basically.

(Whispering in background)

TA:     Do you remember Whosic Falls at all?

DF:     No, no.

TA:     A little village, ya.

DF:     I might just have missed the sign though, ya know what I mean. I don't really remember.

33

FELL-00000968

TA:    Huh. Any, any other major landmarks you remember. I mean, I mean like specialty signs, buildings, anything like that at all in the vicinity of Burger King or where that happened with her or anything else?

DF:    None.

TA:    None at all?

DF:    No.

TA:    If, if you were gonna walk or drive them through that again, what would you have to do? Start at Rutland?

DF:    Ya.

TA:    And then you think you could find the same way?

DF:    Maybe, maybe.

(Talking in background)

TA:    Can I ask you a question?

DF:    Okay.

TA:    This, this is only for my own edification, or, knowledge, just, just, because I've been involved in this all morning now.

DF:    Ya.

TA:    What happened originally at the house that started all this?

DF:    Ah, really, I, really don't know. Its, its ah.

TA:    You had a long standing argument with your mom?

34

FELL-00000969

DF:     No we were, none of us were arguing.   That was ah, it just happened.
        I don't know ah..

TA:     What made you get mad all of the sudden this morning?

DF:     I really don't know.  I got up and all of the sudden I, had cut Charlie's
        throat and ah, I started stabbin him and, and I was, I was gonna turn
        myself in right then and then I turned around, he, he, Bobby had
        already cut my mom's throat.

TA:     Oh, he was involved in it too?

DF:     Ya.  So I figured at, at that point in time, ya know, I looked and it was
        already too late for my mom, ya know.

TA:     Were you close with your mom?

DF:     Ya.

TA:     But, I mean, you gotta understand from my point of view, it just seems
        kinda strange without some reason.  I mean, not an argument.  Were
        you mad at Charlie?

DF:     No.

TA:     Wa....I mean was there a fight over money or anything like that or?
        I'm just kinda shocked with that, that's all.  I'm just trying to
        understand that from my point of view.  And, and this girl, you didn't
        know her at all, this Terri.

DF: ·   No.

TA:     And that was just because you needed the car.  Um, ah, I, I've tried
        picking your brain so many different ways and I can't, you can't
        remember I don't think unless you actually drive it.  Would that be
        accurate?

35

FELL-00000970

DF:     Yes.

TA:     Huh.

DF:     (sighs)

TA:     Had you, had you known this Bobby for quite a while.

DF:     My, my whole life.

TA:     Oh, your whole life?

DF:     Ya.

TA:     Had you guys ever been in trouble before?

DF:     Ah, just once in New York.

TA:     What, I mean what kind of trouble?

DF:     Ah, assault.

TA:     Did you actually get fingerprinted and stuff for it?

DF:     Ya, ya, ah, I stayed five days in jail but they dropped the charges. Ah, what happened was ah. It was in Montecello, in fact, um, this dude tried to rape my sister and ah, I caught him and ah, I put him in a coma for a day.

TA:     What was, what was this day up here, what was this visit with your mom for?

DF:     I just thought I'd go see her. I haven't seen her in seven years, ya know. Its been a long time. I (unt.)

TA:     And you don't remember anything blowing up like that?

36

FELL-00000971

DF:    No. no.

TA:    No other stops for food or...

DF:    No.

TA:    Did you sleep in the car overnight and....

DF:    Well, I, ya know, I would sleep while he was driving and he would sleep while I was driving.

TA:    Okay, they're throwing some questions at me in the background here just so you understand.  What, what was the name of the place you stopped for gas?

DF:    Ah, boy, ah, I don't know.

TA:    I mean was it a regular gas station or was it a convenience store, like a Stewards, Cumberland Farms.

DF:    I, I, think it was convenience store (unt).

TA:    Okay, do you remember the name of it or what color it was maybe?

DF:    Ah, red and white.

TA:    Red and white?

DF:    Yup.

TA:    And you don't remember what road it was on?  Do you remember what kind of gas it was, like Sunoco, Mobile or ....

DF:    No, no.  I think it might have been a Mobile though, I'm not positive.

TA:    And the name, and the name Hoosick Falls for a vil..villlage doesn't ring a bell does it?

37

FELL-00000972

DF:    No, not really.

TA:    Do you remember any like Walmart stores or anything like that?

DF:    No, no.

TA:    And I've already asked you before about Route 22. What'd ya, what was your answer on that?

DF:    It could very well be.

TA:    Okay. No other landmarks, no other stops, no, nothing else?

DF:    Nope.

TA:    Did you guys have to wash up after that happened.

DF:    Ah, with, with her or at the house.

TA:    Either one.

DF:    Well at the house we took showers.

TA:    You took showers. How 'bout after with Terri.

DF:    No.

TA:    So neither one of you got dirty with that.

DF:    No.

TA:    Okay. Was there blood in the car?

DF:    No.

TA:    Okay, I thought, that stuck in my mind that's why I was wondering. How 'bout clothes? She's fully clothed?

38

DF:      Ya.

TA:      Do you remember what she is wearing?

DF:      Ah she had like a white pull over sweater type deal and ah, I, I think they were blue jeans. I'm not sure. (unt.).

TA:      Any coat?

DF:      Ah, just that pull over sweater thingy. I think her other coat was in the car.

TA:      In the car still?

DF:      Ya.

TA:      What about shoes?

DF:      I don't know what kind of shoes she had on.

TA:      Did she have any glasses or?

DF:      No, she didn't wear glasses.

TA:      No hat or gloves or mittens?

DF:      No, no hat nothing, no.

TA:      Were kinda at a stand still here. We're all trying to rack our brains trying to figure out a spot here.

DF:      I keep, I keep trying to remember things, ya know.

TA:      No, no, and I appreciate, you're doing a good job trying to pick it out like that. What makes you think it was Lebanon where you got the gas.

39

FELL-00000974

DF:     Ah, because ah, Bobby's grandmother lived by Lebanon and, ah, he pointed out which direction her house was and I saw a big sign that said Lebanon.

TA:     Were you somewhere near her house?

DF:     Ya, he said about five miles from her house.

TA:     About five miles from her house?

DF:     Ya.

TA:     And that's in Lebanon?

DF:     Ya.

TA:     What's the address of that just so we might be able to use that as a starting point.

DF:     That I have no idea.

TA:     What's her name?

DF:     I don't know that either.  I never met her.

TA:     And that's his grandmother?

DF:     Ya.

TA:     How, how long would you estimate from the time that happened with her until the time you stopped for gas.

DF:     I would say about two and a half, three hours.

TA:     From the time that happened with her until the time you got gas?

DF:     Yes.

40

TA:      Okay. And, what, one more time, I know I'm asking these over and over again, I'm trying to pick your brain. What makes you think that this happened in New York as opposed to Vermont?

DF:      The, the only thing I can think of is because of that New York sign.

TA:      Seeing the sign.

DF:      Ya. I'm pretty sure it was after the sign.

TA:      Do you know how long after the sign?

DF:      No, no I don't.

TA:      Do, you.....do you remember any Stewart's stores or anything like that.

DF:      No, there were, there were no stores around.

TA:      Do you know what Stewart's stores are?

DF:      Ya, ya.

TA:      Oh okay, then you know what I"m talking about

DF:      They're all over in Rutland.

TA:      Huh?

DF:      I said they're all over in Rutland.

TA:      Okay, then you know what I'm talking about with them.

DF:      Ya.

TA:      So there wasn't a pull off after a Stewart's store or anything like that?

DF:      No.

41

FELL-00000976

TA:     No?

DF:     No.

TA:     Huh....huh.... (talking to someone in background - "anything else Chris you can think of to ask?")

DF:     No, no that's about it.  Ya know, I'll keep thinkin and stuff you know.

TA:     (Street signs where Chris?)

(Person talking in background)

TA:     Ya, do you remember what color the signs were like when you entered and you saw a New York State sign and then like the sign for Lebanon and stuff.  Do you remember what colors they were?

DF:     No, no I don't.

TA:     No.

DF:     I think they were green, I don't know though.

TA:     You don't remember the city of Bennington, Vermont at all?

DF:     No.  I sounds familiar but.

TA:     How 'bout like Waterford?

DF:     No.

TA:     Cohos, cohos?

DF:     Uh uh.

TA:     How 'bout like Salem?

42

FELL-00000977

DF:     Salem sounds familiar, ya.

TA:     That sounds familiar?

DF:     Ya.

TA:     Eagle Bridge?

DF:     No. I don't, I don't remember that name, no.

TA:     Cambridge?

DF:     Maybe, ah, I'm not, I'm not quite positive.

TA:     How 'bout Petersburg?

DF:     Ah, no, no.

TA:     How 'bout Berlin?

DF:     Berlin, ya, that, that sounds, I was thinkin about Germany when I seen that.

TA:     You remember seeing that?

DF:     Ya.

TA:     And then Lebanon. Where did you go after Lebanon, after you got the gas.

DF:     I think we ah, we pretty much continued South, ah, let me see, until we got, I don't know how we found our way there, but to the Tapenzee Bridge. Ya know, I don't know ah, if he turned off at all onto another highway, all that, ya know, but ah.

TA:     Okay. Now do you think that Burger King was on the same road as Leb...the road to Lebanon?

43

FELL-00000978

DF:     It could be, ya.

TA:     But you're not sure.

DF:     No, I'm not sure.

TA:     No turn, ah, ah, he's not sure if he made any turns.  You're not sure if you made any turns right, at all?

DF:     Right.

TA:     Do you think you stayed on that, whatever road it was, all the way from Lebanon to the Tapenzee?

DF:     Ah, I think so, ah.

TA:     Now somebody mentioned Poughkeepsie.

DF:     I, I remember seeing Poughkeepsie.

TA:     You remember seeing it or you remember seeing a sign for it.

DF:     Seeing the sign for it, not, not, it but the sign for it.

TA:     Okay.  Just, did, did you pass any McDonalds or anything like that and what made you stop at Burger King?

DF:     It was just the first thing there, we were hungry.

TA:     The first thing you saw after ya, that happened.

DF:     Ya.

TA:     Do you remember any McDonalds or any other fast food restaurants?

DF:     No.

44

FELL-00000979

TA:    Okay. Um, did, did she, the, while she's in the car with you, did she point anything out to you like maybe somebody lived here, I used to live there, or....

DF:    No.

TA:    Any other landmarks.

DF:    No.

TA:    Nothing?

DF:    No.

TA:    Do you think Bobby knows more than he's telling?

DF:    Maybe, I don't even know what he told. Ya know.

TA:    Okay, okay.

DF:    I don't think he'd probably be very cooperative though, I mean, considering what they told me that he kicked out a police car window and that when they were bringing him in.

TA:    Bobby did?

DF:    Ya, well that, well that's what they told me.

TA:    Okay. Ya, ya, you're sure about Lebanon because of Bobby's grandmother's house right?

DF:    Ya.

TA:    What was your next stop after Lebanon that you remember.

DF:    We went right through, just ah, all the way through to Wilkes-Barre, Pennsylvania.

45

FELL-00000980

TA:    All the way from there right through to Wilkes-Barre.

DF:    Yup.

TA:    And where did you stop there?

DF:    Ah, I went to my friend's house, ah, my friend Chris. And, ah, we stayed there the night.

TA:    Both of ya.

DF:    Ya.

TA:    Is that something about Chestnut Street on that I heard?

DF:    Ya, that's on East Chestnut.

TA:    East Chestnut.

DF:    Ya.

TA:    Is that where you got the license plate from?

DF:    Oh, ya, I got that off ah, West Chestnut, actually, on Franklin Street.

TA:    Okay. No, I don't think he's really got a good time frame because he thinks that (talking in background).....it, it, nothing around where, where this actually happened to her?

DF:    No.

TA:    Just a stretch of road, straight stretch, curve or...

DF:    It was ah, I think it was straight, I mean, I'm sure there were curves here and there ya know, but.

TA:    Were you worried about being able to see oncoming traffic or.

46

FELL-00000981

DF:     No, no.

TA:     No, you just pulled over.

DF:     Ya.

TA:     Okay, okay, do you remember, first of all, where this happened, I
        know I heard different things about the number of lanes in the road.
        How many lanes in the road were there you were on when this
        happened.

DF:     I think there were four lanes, two going each way.

TA:     You think there were two going each way?

DF:     Ya, pretty sure about that.

TA:     Or was it just a wide road?

DF:     It might have been but I'm, I'm pretty sure there was, ah,  two going
        each way.

TA:     How long do you think it had been two going, was it two going each
        way the whole way?

DF:     Just about, ya.

TA:     You think so?

DF:     Ya.

TA:     The whole way?

DF:     Ya.

TA:     Okay, we're just trying to pick our brains thinking about four lanes and
        stuff.  Was there any guide rail or anything separating or any median

47

separating it.

DF:    No.

TA:    What separated the four lanes?

DF:    Nothing.

TA:    Nothing, just the, just the, like a double line?

DF:    Ya.

TA:    Ah, okay. No he can't remember. You, try to pick your brain a little more. Anything that was around that Burger King?

DF:    I, I really can't think of nothin.

TA:    Was that Burger King still, was it still four lanes then or was it?

DF:    Oh ya, I believe it was still four lanes.

TA:    Well you've got us confused right now.

DF:    I'm, I'm kinda confused myself.

TA:    Well Bobby was driving the whole time.

DF:    Ah, well, I started driving after we dropped her off.

TA:    Oh, after that happened to her you started driving?

DF:    Ya.

TA:    Okay. Was he awake the whole time after that.

DF:    Oh ya, up until ah, up until the night that we stayed at my friend's house.

48

FELL-00000983

TA:     Okay, and you were awake the whole time from your mother's until you started driving?

DF:     Ya.

TA:     Okay, you just, I think the problem is you remember a lot. How, how many times did you travel up in this area yourself, before.

DF:     Not, not many at all.

TA:     Okay, cause you remember a lot of good details its just hard for you cause you don't remember the roads at all. I think its almost gonna take you coming up here to help them point it out.

DF:     Ya.

TA:     And I think, I think that might jog your memory.

DF:     It probably would, most certainly.

TA:     Would you be willing to help us that way?

DF:     Definitely.

TA:     Okay, cause I think that would really be helpful for closure for the family.

DF:     Ya.

TA:     And that would, that would obviously mean a lot for the family. I think you can understand that.

DF:     Ya.

TA:     And, and, as you, as you heard my line of questioning here, as you think about it now, try to remember any landmarks or buildings that were near that Burger King, any landmarks, buildings or villages or

49

FELL-00000984

anything like that, that were there right around the time that, that you dropped her off. Anything along that line at all that might kick your memory in a little bit better as to a location.

DF:     Alright.

TA:     Okay?

DF:     Uh huh.

TA:     I appreciate it, it, Donny Fell is your last...

DF:     Yup.

TA:     Okay, I appreciate your help Donny.

DF:     Ya, ya, no problem. Ah, if I ah, if I do remember anything or whatever, I'll, I'll talk to the sheriff or what not and have him call Jim or, or Bill.

TA:     Jim is a pretty good guy isn't he.

DF:     Ya.

TA:     Ya, he seems it. Okay, well thank you very much Donny.

DF:     Alright.

TA:     Bye, bye.

DF:     Bye.

50

FELL-00000985

# EXHIBIT 61

12/1/00 - Interview of Donald Fell at the Johnson County Sheriff's Department.

TA: =  Tom Aiken, New York State Police
DF: =  Donald Fell
UM: =  Unknown Male

UM:     Okay, ah, we're, ah, I'm ah, in the room now. I've got ah, Wes
        Kendrick, the, the Sheriff with me and ah, we're, we're, we're talkin
        to Donny...

TA:     Okay.

UM:     ...and ah, Donny, Donny's still ah, he's, he's, he's wanting to do, do
        the best job he can here to help us find Terri.

TA:     Okay, can I talk to him?

UM:     Ya, that's exactly what we need to do. We've gone through the list
        here and ah, that you gave me and ah we, we just couldn't recall any
        of it so I just said well, hey, lets, put you all through on and, and, and,
        hopefully we can have some more luck here so....I'm gonna, gonna go
        ahead and hand you over to Donny. Ah, we don't have an intercom,
        er a, a, well, it's not gonna be ah, what do we call that ah, ah, the ah,
        word speaker phone, that's what I'm, what I'm lookin for, we're not
        gonna be on speaker phone so I'll just hand him, I'll just hand the
        phone over.

TA:     Just tell him to keep that floor plug, fell plug in.

UM:     Ya, ya, ya, Wes is holding it as we speak.

TA:     Okay great.

UM:     Alright so here's, here's Donny. (Talking in background) This is
        Tom Aiken and you're with ah New York State Police?

TA:     Right.

FELL-00000986

UM:     Okay.

DF:     Hello.

TA:     Hi Don.

DF:     Hi.

TA:     This is Senior Investigator Tom Aiken with the New York State Police.

DF:     Uh huh.

TA:     Thanks for trying to help us out here cause obviously you know it's very important.

DF:     Yes.

TA:     Um, now, who am I talking to?  Is it Donny?

DF:     Ya.

TA:     and it's Fell?

DF:     Ya.

TA:     Okay.  Um...let me just get some background done first just so I know how familiar you are with the area.

DF:     Alright.

TA:     H...Have you lived in the Vermont or New York area at all?

DF:     Ah, no, no.  I really don't know the area at all.

TA:     Okay.  But your mom was living up in Rutland?

2

FELL-00000987

DF:     Vermont, ya.

TA:     And, did you come to visit her very often or?

DF:     No, this was ah the first visit that I, I came.

TA:     Do you know which way you came to visit so you knew that route?
DF:     I have no idea, my ah, my aunt drove us up, my, me up.

TA:     And the guy you were with?  His name is Bobby?

DF:     Ya.

TA:     And it's Bobby Lee?

DF:     Ya.

TA:     Did he know the area at all?

DF:     No.

TA:     Where did you guys live before this?

DF:     Ah, Pennsylvania, in ah, Wilkes-Barre.

TA:     Okay, um, so neither one of ya's to familiar with the area?

DF:     No.

TA:     Let me try to, after you left your mother's place in Rutland right.

DF:     Yes.

TA:     Let me try to walk you through that as best I can.  How old are you twenty?

DF:     Yes.

3

FELL-00000988

TA:    Okay. You left the city of Rutland on Route 7?

DF:    I think so.

TA:    .....and what's the next landmark you remember?

DF:    I, the, the, the first thing I remember was ah, the Tappan Zee Bridge,
       that's, you know what I mean.

TA:    I mean coming out of Rutland though?

DF:    I don't, I don't remember...

TA:    Right, right after that happened with your mom.

DF:    I, I really don't remember much then, I was, I was pretty hammered.
       Ah... I was real screwed up, ya know.

TA:    Well what I'm trying to do is I'm trying to figure out where you
       dropped her off and that's, the only way to do that is to try to figure
       out your route the whole way.

DF:    Ya, ya, I know.

TA:    They said you thought it was Route 4 you were on.

DF:    Yes. I, see, I might be wrong, you know what I mean?

TA:    Uh huh.

DF:    But ah, I think that's the route that we were one.

TA:    What makes you think you were on Route 4.

DF:    Well, I was lookin' at the road map and all those little towns, the
       names looked familiar.

4

FELL-00000989

TA:    Do you remember how you got on Route 4 or where you got on it.

DF:    No, no I don't.

TA:    Somebody said something about the Diamond Run Mall.

DF:    Ya, that's ah, that's on Route 4 isn't it?

TA:    That's right on Route 7 on the outside of ah Rutland...and, and you get on Route 4 right there.

DF:    Alright well then, that's how we got on Route 4.

TA:    And you remember that?

DF:    Ah, yes.

TA:    Okay.

DF:    ....because I know we went ah, past the Diamond Run Mall and then...

TA:    Now before you did, what was, what was the woman's name?

DF:    Ah Terri.

TA:    Terri?

DF:    Oh ya.

TA:    Now before that happened with Terri, how long was she in the car before that happened do you remember?

DF:    Oh, let me think, ah, maybe about four and a half hours.

TA:    You were with her in the car that long?

DF:    Ya.

5

FELL-00000990

TA:    Okay.  Now the next thing you remember is you're with her on Route 4 in Vermont, coming from Rutland.

DF:    Ya.

TA:    Now, do you remember entering New York State?

DF:    Ah, there was a sign that said ah New York Welcomes you or something like that I believe.

TA:    Okay.  Now the next thing you remember, you remember the village of Whitehall?

DF:    Ya, I remember Whitehall.

TA:    ...and the road kinda turns to the left right?

DF:    Ya.

TA:    Okay.....and it was, it definitely didn't happen between the state line and there?

DF:    No.

TA:    Okay.  Now what's the next thing you remember after you leave Whitehall?

DF:    Ah, just, ya know, the road really, that's all, ah, when Bobby was driving I had ta, to watch her in the backseat ya know what I mean so.

TA:    Was she tied up at all?

DF:    No, no, no.  She was free to move around, ya know.

TA:    Had she made any attempts to get out?

DF:    Ah, she tried jumpin' out of the car once.

6

FELL-00000991

TA:        While it was going?

DF:        Ya.

TA:        Do you remember how soon after it was that that happened?

DF:        No, no I don't.

TA:        Do you remember what, where you were or what you were around when that happened?

DF:        No, no I just ah, I wasn't really watchin the road then cause I was watchin' her and ah Bobby was driving so I had ta, I had to grab her back into the car and that, that was about it, ya know.   Like the whole time when he was driving I was looking back at her ya know.

TA:        Okay, let me just try to narrow this down a little bit.

DF:        Alright.

TA:        When, when I was talkin' to, ah, the Special Agent you're talkin' to there, what's his name, Jim right?

DF:        Ya.

TA:        Jim Caudle?

DF:        Ya.

TA:        He said that when he talked to you to begin with um, you said it was before you got, you said you remembered Stillwater Mechanicville?

DF:        Yes.

TA:        Now did you do that to her before that?

DF:        I believe it was yes.

7

TA:    Why do you believe it was?

DF:    Ah, because ah, I looked at the map and it, it looked a pretty far distance and ah, ah, we didn't go really that far into the state before we, we well whatever you know.

TA:    You can say it, that's no problem, I know what happened.

DF:    Ya.

TA:    Um, you just said quite a few hours though before.

DF:    Ya. Ah, well it's...guess I did...

TA:    Let, let me try to give you some time lines here.

DF:    Alright.

TA:    Ya, it took you a long time to get down to Pennsylvania.

DF:    Ya, ah, well, see we left Vermont at like 2:30 in the morning.

TA:    Okay.

DF:    ...and it was just turning light when we, when we, well, ya know. But it was just turning light then.

TA:    What, when that happened to her.

DF:    Yes.

TA:    Okay. Um, how far after Whitehall do you remember it being?

DF:    I, I'm really not sure, ah, I"m, not, I'm not positive at all.

TA:    Okay, when you, when you....lets try, lets try going another route here then. What was the ground like, now he said that you had turned

8

FELL-00000993

around the opposite lanes?

DF:     Ya, ah, there was ah, we went over towards the oncoming traffic and parked on that side of the road.

TA:     Facing the right way or the wrong way?

DF:     Facing, facing the oncoming traffic.

TA:     Okay, so you were actually on the opposite shoulder facing the oncoming traffic.

DF:     Yup.

TA:     And so...which door did she get out of.

DF:     Ah, the back ah, passenger's side on the driver's side. I mean back driver's side. Ya.

TA:     Back driver's side, so she got out on the side away from traffic.

DF:     Yes.

TA:     What happened then?

DF:     Ah, I told her to walk up in the woods and ah, she'd be free to go...and then ah she started walk-in up into the woods and my friend was like well she has our names and our descriptions and that, we have to kill her. I was like, I really don't want to but I, I guess, ya know. So we went and followed her back a ways cause she was already starting to go back toward the road and ah, he caught her and ah, we pulled her back up the hill and then ah, then it happened.

TA:     Okay. How, how far was she was walk-in' in a field to begin with?

DF:     Ya.

9

FELL-00000994

TA:     How far from the car until you hit the wood line?

DF:     Oh, maybe about fifty feet.

TA:     So not very far.

DF:     Ya.

TA:     What was the wood line like?

DF:     Ah, it wasn't really too ah, it didn't look too thick. Ya know what I mean, but um, there was, there was no pine trees around I don't think. I'm not, I'm not positive though. I think they were all just like, ah, trees with no leaves and that, ya know.

TA:     Was there any water near there?

DF:     No, I didn't, I don't recall seeing any water.

TA:     Okay. Now where you did that to her, was that in the field or in the woods?

DF:     No, it was just about in the woods.

TA:     Did ya?

DF:     Uh, you couldn't see it from the, from the highway.

TA:     After ya, after ya did that did you drag her anywhere from there or just leave her there?

DF:     No, we, we left her right where, right where she was.

TA:     What, did you cover her up with anything?

DF:     No, she's not covered up.

10

FELL-00000995

TA:    Now just so we, and I gotta ask you this question because we have to know about the urgency of it.

DF:    Ya.

TA:    Is there any chance she could still be alive?

DF:    I doubt it highly. Ah, there was a pretty big rock.

TA:    Okay. Okay, cause that, I mean that, we're losing daylight up here and you're ....

DF:    Ya.

TA:    ....down in where, Arkansas right now?

DF:    Ya, Arkansas.

TA:    And ah, we're losing daylight and that's why I wanted to know that. It's already been what, a couple of days, a few days already?

DF:    Ya, a few days.

TA:    This happened what? Monday morning early or?

DF:    I believe it was ah, ya, early Monday morning.

TA:    Okay. Um, so she should be right inside the wood line wherever she is.

DF:    Ya.

TA:    Do you remember any houses nearby or anything like that?

DF:    No, I don't. I didn't see any houses. There was a truck parked on the side of the road, I was thinkin' maybe some guy was out huntin' or something like that.

11

FELL-00000996

TA:    Was there any pull-off or anything like that?

DF:    Ah, ya, it was like a little, little dirt spot, little gravel spot.

TA:    And the truck was parked there too?

DF:    Ya.

TA:    Were you parked near the truck?

DF:    No, no it was about ah, thirty feet away the truck was.

TA:    So you were parked on the shoulder just before whatever this pull-off is.

DF:    Ya.

TA:    Okay, can you describe the truck?

DF:    Ah, it was a white Ford F-150, it looked about '89.

TA:    Okay. Was, there, the highway right there, were their any guide rails or any center guide rail or anything like that?

DF:    No.

TA:    No guide rails on either side?

DF:    Nope.

TA:    Was there any fence that you had to cross or anything like that?

DF:    Nope.

TA:    Okay, now, was the rock right there in the field or was it in the woods, was it in a meadow?

12

FELL-00000997

DF:    It was, it was, it was right up where, where she is.

TA:    So, it wasn't like a cow pasture or anything like that then.

DF:    No, no.

TA:    And there was no houses nearby there?

DF:    Nope.

TA:    Now let me try to describe it this way.   After you left Whitehall, a little ways down the road there should have been a, a, flashing red light.....right in the middle of nowhere, a good size intersection with nothing around it.

DF;    I, I, don't know.

TA:    You don't remember that?

DF:    No.

TA:    Okay.  The next town you should have hit....do you know?  Where were you headed to?

DF:    Ah, I was just goin'.  Ya know, we were just driving.  We didn't know. where we were, what road we were on, ya know, what route to take.....we were just.

TA:    Where were you trying to go to?

DF:    Ah, Pennsylvania.

TA:    Ah, wha.., family and friends?

DF:    Ah yes.

TA:    Now did you have any rhyme or reason as to what route you were

13

FELL-00000998

gonna take?

DF:     We had no idea. Ya know, we were just drivin'.

TA:     Okay, how, how'd you find your way eventually?

DF:     Well, we got down by the city somehow, New York City.

TA:     Uh huh.

DF:     ...and ah, Bobby knows a little bit about that area and ah, well, he said, we saw signs for the Tappan Zee Bridge and we knew, he knew that we had to take that bridge to go into Pennsylvania.

TA:     Did you take that bridge?

DF:     Ya, we took the Tapanzie Bridge.

TA:     And what did that put you on?

DF:     I don't know.

TA;     Did it put you on a major highway at all or?

DF:     It, it, I think it was, ya......I'm, I'm not positive but I think it was.

TA:     Did you have to pay any tolls or anything like that.

DF:     No, we, we ended up not having to pay any....ya, well, actually, ya, ya we did. We paid ah, a fifty cent, no a dollar toll, a dollar toll.

TA:     Okay. Did you have to pay for the bridge?

DF:     No, no.

TA:     Okay then you must've, and it, it was definitely the Tappan Zee Bridge you went over?

14

FELL-00000999

DF:     Yup.

TA:     Then you must have been going the opposite direction. You must have been going away from the city.

DF;     Ya, we were trying to get, ah, ya know. We weren't going into the city, ya know, I mean, we were, we were close to the city, ya know what I mean?

TA:     Uh huh.

DF:     But we didn't want to go into the city, ah, but ya, that's the bridge we took.

TA:     Now let me try this another way now? Now Jim said that you took her pocketbook?

DF:     Ya.

TA:     And you threw that in a dumpster at a restaurant?

DF:     At a Burger King ya.

TA:     Where, where was that do you remember?

DF:     No, ah, that was about a half hour from the spot that we dropped her off at, ah, it, I don't recall anything else around it really. Ah, it might have been, ya know, but ah, I don't really recall too much. Um, I know we, we stopped, we got breakfast and ah.

TA:     Do you know how long the Burger King had been, had been open already?

DF:     No, no I don't.

TA:     Were there any customers in there or anything like that?

15

FELL-00001000

DF:    Ah, there was, there was, huh?   (someone talking to Donny in the background) I don't know, I don't know.  Ah.  There was ah, ya there was a couple of customers.

TA:    Did you actually go inside and eat?

DF:    No, no, we went through the drive-through.

TA:    Oh, you went through the drive-through.  Okay, so the employees there probably wouldn't remember you then.

DF:    Ya.

TA:    Do you remember what you ate?  Was it a big meal or?

DF:    Um, no, just ah, I got a couple ah, sausage, egg and cheese, ah, thingies.

TA:    Okay.  And, and, who got out of the car with the pocketbook?

DF:    I did.

TA:    You did.  Okay, who, who was drivin'?

DF:    Ah, Bobby.

TA:    Bobby was drivin'.  Where was the dumpster in relationship to the restaurant?

DF:    Ah, right on the back right hand side.

TA:    Okay.   And now was this, what, do you remember what road that was on?

DF:    I have no idea.

TA;    Had you turned off any roads to get to that.

16

FELL-00001001

DF: I, I don't think we did. We, we could have, ya know, but I, I'm not sure.

TA: Now, what makes you remember Stillwater or Mechanicville?

DF: I just seen signs and that's ah, when I looked at the map, it ah, the names clicked in my head, ya know.

TA: And you remember going through them?

DF: I don't think we went through the towns but there was like signs on the side of the road, ya know.

TA: Okay. Huh. (Clears his throat). I'm, I'm still trying to pick your brain a little bit just to, try to figure out where she is.

DF: I know I'm, I'm, I'm like trying, ya know, the best I can. It's, it's hard because I didn't know where we were nothing ya know.

TA: But you don't think you went through Mechanicville or Stillwater right?

DF: No, no.

TA: You just remember signs leading that way.

DF: Ya.

TA: Do you remember any signs for any like fairground or anything like that at all?

DF: No, I didn't see a sign for a fairground.

TA: None. You didn't go by any fairgrounds or no signs.

DF: No.

17

FELL-00001002

TA:     Okay, do you remember, do you remember getting on a major road at all like the northway even though, even if you wouldn't have had to pay a toll?  I87 or the northway?

DF:     I, I ah, I don't remember no.  I...

TA:     O, okay, try to put yourself, this one, I think we're gonna have to key in on that Burger King a little bit.

DF:     Alright.

TA:     Try to remember the Burger King.  Remember which way you turned off the road to get into the Burger King and what may have been around it.

DF:     Alright.

TA:     In other words, was it on the side of the road you were driving on?

DF:     Umm, ah, let me think, no it was on the opposite side.

TA:     So you had to turn left into the driveway?

DF:     Ya.

TA:     Try to remember anything at all around that Burger King, any businesses or anything next door at all.

DF:     Um, I'm trying to think, ah, let see cause I, I don't really remember anything being around it.  I'm sure there had to have been though because there can't just be a Burger King out in the middle of nowhere, ya know.

TA:     That's what I'm saying.  Just take your time right now and just try to remember any businesses that you remember around it.  Like he said in the background, car dealerships...

18

FELL-00001003

DF:    Ya.

TA:    ...um, any, like a Walmart, like a, a mall, like anything like that at all.

DF:    I don't, I don't know. I really don't remember nothin.

TA:    How 'bout even leaving there. Do you remember anything just before you got to there or just after you left there? Just try to put yourself back into that... '

DF:    No, no I don't.

TA:    Do you remember any towns at all you went through. Any names of towns that you definitely went through?

DF:    No.

TA:    Did he run the towns by him that I gave him? Like Hudson Falls and Fort Edward.

DF:    Ya, ya.

TA:    Did they ring a bell at all?

DF:    Ah, Hudson Falls sounded familiar.

TA:    It did?

DF:    When you come into Hudson Falls, and that's ah, that's a village.

TA:    Yup.

DF:    ....spread out a little bit, but in the middle of that village you have to kinda go around a park.

TA:    I, see, I did, that's what, I don't remember, ah goin' around no park or anything like that.

19

FELL-00001004

DF:    It's just kind of a little half loop around a park and then immediately right after that, if you stayed on Route 4, you'd come into another little village called Fort Edward.

TA:    Ya, I see that on the map here.

DF:    Ah, that, that Fort Edward don't really ring a bell. Um...

TA:    Do you remember the city of Glens Falls at all?

DF:    No, no.

TA:    Do you remember anything like a civic center or anything like that.

DF:    No, no definitely not.

TA:    No civic center.

DF:    No.

TA:    Um, come, what's the next thing you remember after you left the village of Whitehall, after you went through the village of Whitehall.

DF:    The, the only things I really remember was ah, was ah, a couple of the towns names, ah, like these, Kingsbury, Fort Ann, ya know, Hudson Falls.

TA:    Do you remember the, s, sign for Kingsbury?

DF:    Ya.

TA:    What do you remember about Kingsbury?

DF:    Ah, nothin', I don't think we went through it, ya know. I think we just kept on the highway. That could be where the Burger King is at. You know what I mean. I'm not sure though. Ah...

20

FELL-00001005

TA:    How 'bout like Queensbury? Does that ring a bell too or?

DF:    No. No. Um.

TA:    Can you describe Whitehall for me?

DF:    No. (laughs)

TA:    You don't remember anything about Whitehall either?

DF:    No. But I, by this time I was, you know, I was still pretty much drunk and...

TA:    Do you remember any prisons that you may have gone by or anything like that.

DF:    No, no. He said that ah, if we went by them, ah, we probably would have remembered them with all the lights and stuff, ya know. But, ah, no I, I don't remember none of that.

TA:    I, I may have asked you this already but is she fully clothed?

DF:    Ya, definitely.

TA:    ...and she's not covered with anything?

DF:    No.

TA:    Okay. Um, and, and, once again, just, we're losing daylight up here.

DF:    Ya.

TA:    I know its been a few days but is there any chance she could still be alive?

DF:    I don't see that as a possibility. You know what, I, I, could only hope she is, ya know.

21

FELL-00001006

TA:     But based on, what, what'd you hit her with?   A rock?

DF:     Ah, yes, it, it was a rock.

TA:     ...and, wha, and, did he do that too or just you?

DF:     No, that, that was him with the rock.   I was using my feet.

TA:     Oh, okay.   Um, because I think he originally had said something about he was still in the car.   I don't think he was totally honest.

DF:     Nah.

TA:     That's why its kinda hard to try to figure out where we're going.  Do you remember the city of Bennington, Vermont at all?

DF:     See that's ah, I'm lookin' at, at the map here and I see Bennington on it.

TA:     Ah huh.

DF:     ...and I seen the Green National.....Mountain National Forest.  I believe I seen that, you know what I mean but I'm not positive and it's. See like I said 4 might even be the wrong road, ya know, its kinda hard to remember.  I, I don't even know what highway we were on or nothin'.  Ya know, I know we went past the Diamond Run Mall and that's on 7 you said right?

TA:     Yup.

DF:     So obviously we were on seven, that's for sure.

TA:     Do you, (sighs) do you remember (sighs) what do you remember about the Diamond Run Mall?

DF:     Ah, all I really remember is just passin it, ya know, cause I knew where it was.  That, that's about it.

22

FELL-00001007

TA:    You said you passed it. Do you think you turned off the road at all near there at all or do you remeber...

DF:    It might have been right near there, ya know. Like right...

TA:    But you're...you're not even sure about that.

DF:    No.

TA:    What sticks out in your mind about Route 4 then?

DF:    Ah, just the names of the towns.

TA:    That's it.

DF:    Ya.

TA:    But nothing about Route 4 itself?

DF:    No.

TA:    What sticks out in your mind about Whitehall then that you remember that? Just the name of the town?

DF:    Ya, just the name of the town.

TA:    That's it. You don't remember going through it at all?

DF:    No.

TA:    Okay, so we're not even sure if you were on Route 4 or not then.

DF:    Ya, that's, that's right. I, and, you know, I've been trying to say that, you know, like we're not, I'm not sure what, what highway it was, ya know, but I think it was 4, ya know. It could be 7, it could be.

TA:    Hold on just a second, okay. You with me still?

23

FELL-00001008

DF:     Ya, ya.

TA:     (talking to someone in background)

> TA:    Can you do a further check John of Benning...of Burger King to
>         see what they've got along Route 7 all the way down.
> UM:    from Rutland
> TA:    Not just from Rutland, I mean all the way south of there

TA:     I mean you were at Burger King you thought about 30 minutes.

DF:     Yes.

TA:     Do you, do you remember the city of Troy at all?

DF:     I remember definitely seeing the signs for Troy, yes.

TA:     You remember seeing the sign..... do you remember going through
        troy at all?

DF:     No we didn't go through Troy, no.

TA:     How do you know that?

DF:     Ah, well, I don't know I'd probably remember it. It is big?

TA:     Uh, well the part you would have went through if you stayed on 7
        wouldn't seem that big.

DF:     Alright, well we might have went through it.

TA:     Do you remem...do you think you went through it right after Burger
        King?

DF:     Maybe, maybe, um, I'm not, not quite sure, maybe. Its ah, it's a
        possibility.

24

FELL-00001009

TA:    Now, can you honestly tell us if the body is in New York or Vermont based on what you remember.

DF:    I believe its in New York.

TA:    What makes you think its in New York?

DF:    Ah, I don't know, I just, I just believe its in New York. Its ah, I think, cause I think it was after I seen the New York sign, ya know. I'm not positive but I believe so.

TA:    Huh. After you saw the New York sign. Do you, let me just, do you remember, (sighs). Do you remember seeing a sign, it would be a funny name for a body of water called the Tom Hannick? Does that ring a bell at all?

DF:    No, no. So I, it was ah, they were asking me about that before, that, that Tom Hannick Reservour right?

TA:    Do you remember any rivers or lakes at all?

DF:    Ah, I believe there...

TA:    And try to give me a name if you do.

DF:    I'm not sure. I, ah, think occasionally I saw some water on the right hand side. Maybe the left hand side, I, I don't know. I know I'm probably aggravating you though.

TA:    No, no, no. I know you're trying really hard and I appreciate you really trying cause its imp.... Obviously for, from a closure point of view, you, you didn't know this Terri right?

DF:    Ya, no I didn't.

TA:    But it would, but obviously you can imagine its very important for her family to at least have a funeral and stuff like that.

25

FELL-00001010

DF:     Ya.

TA:     Now let me try to back track this one more time just so I can get this starting point cause I know Rutland a little bit.

DF:     Alright.

TA:     It, this all started out at your mom's house?

DF:     Ya.

TA:     Where was that?

DF:     Ah, Robbins Street. It's like, ah, two blocks from Price Chopper.

TA:     And the only ones in that house were you and Bobby?

DF:     Then, ya, and my mom and Charlie.

TA:     And mom and Charlie were dead at the house I'm assuming right?

DF:     Ya, that's correct.

TA:     Now did you two leave the house together?

DF:     Yes.

TA:     And then, and then, on foot?

DF:     Ya.

TA:     How far did you go before you met this Terri?

DF:     We went to Price Chopper.

TA:     To the Price Chopper.

26

FELL-00001011