# EXHIBIT 158

# CHILDLINE REPORT OF SUSPECTED CHILD ABUSE AND NEGLECT
## FOR CHILDLINE USE ONLY

| DATE OF ORAL REPORT 4/18/93 | PENDING COMPLAINT NUMBER GPS | COUNTY WHERE ABUSE OCCURRED Luzerne | O.S |
|---|---|---|---|

| INVESTIGATING COUNTY Luzerne | CPS WORKER Mary Lou Mehl | GIVEN | TIME: 8:25 a DATE: |
|---|---|---|---|

| PRIOR REPORTS ☐ YES (See attached)  ☐ NO  ☐ INSUFFICIENT INFO. | CHILDLINE WORKER Lorrie Deck | RECEIVED | TIME: 8:06 DATE: |
|---|---|---|---|

## REPORTING SOURCE (Confidential)

NAME ████████████████████████████████

ADDRESS ____  TELEPHONE NUMBER ____  ☐ Work  ☐ Home

SOURCE OF KNOWLEDGE OF SITUATION  ☐ OBSERVED   ☐ TOLD BY ANOTHER PARTY    DATE

NAME/ADDRESS OF OTHER PARTY:

ACTIONS TAKEN OR ABOUT TO BE TAKEN  ☐ PHOTO-GRAPHS  ☐ HOSPITAL-IZATION  ☐ MEDICAL EXAM  ☐ X-RAYS   POLICE (LIST DEPARTMENT) ☐ ____   ☐ EMERGENCY CUSTODY TAKEN   OTHER (SPECIFY) ☐ ____

| 1. NAME OF CHILD (Last, First, Initial) All #8 | SOC. SEC. NO. | BIRTHDATE | SEX ☐ M ☐ F |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code) REDACTED - FELL  Wilkes Barre   COUNTY

1A. PRESENT LOCATION IF DIFFERENT THAN ABOVE    COUNTY

1B. SCHOOL OR DAY CARE (NAME & ADDRESS)    GRADE ____ ☐ Regular Class ☐ Special Class

| 2. BIOLOGICAL/ADOPTIVE MOTHER (Last, First, Initial) Unknown | SOC. SEC. NO. | D.O.B. | TELEPHONE NO. Unknown ☐ Work ☐ Home |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code) Same as 1   COUNTY

| 3. BIOLOGICAL/ADOPTIVE FATHER (Last, First, Initial) Unknown | SOC. SEC. NO. | D.O.B. | TELEPHONE NO. Unknown ☐ Work ☐ Home |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code) Same as 1   COUNTY

| 4. LEGAL GUARDIAN/AGENCY WITH CUSTODY | SOC. SEC. NO. | BIRTHDATE | SEX ☐ M ☐ F |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code)   COUNTY   TELEPHONE NO. ☐ Work ☐ Home

5. PLACEMENT AGENCY

ADDRESS (Street, City, State & Zip Code)   COUNTY   TELEPHONE NO. ☐ Work ☐ Home

| 6. ALLEGED PERPETRATOR (Last, First, Initial) parents | SOC. SEC. NO. | RELATIONSHIP TO CHILD | SEX ☐ M ☐ F |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code)   D.O.B.   COUNTY   TELEPHONE NO. ☐ Work ☐ Home

| 7. ALLEGED PERPETRATOR (Last, First, Initial) | SOC. SEC. NO. | RELATIONSHIP TO CHILD | SEX ☐ M ☐ F |
|---|---|---|---|

ADDRESS (Street, City, State & Zip Code)   D.O.B.   COUNTY   TELEPHONE NO. ☐ Work ☐ Home

## 8. FAMILY HOUSEHOLD COMPOSITION (Excluding Above Names)

| NAME (Last, First, Initial) | AGE or D.O.B. | RELATIONSHIP TO CHILD | NAME (Last, First, Initial) | AGE or D.O.B. | RELATIONSHIP TO CHILD |
|---|---|---|---|---|---|
| A. Unknown | 11? | male | E. | | |
| B. Terry | 9? | female | F. | | |
| C. | | | G. | | |
| D. | | | H. | | |

Commonwealth of Pennsylvania    Department of Public Welfare    Office of Children Youth & Families    CY 47C - 9/90

FELL-00001881

4.23.93 *[handwritten notes]*

**9. SPECIFIC ALLEGATIONS:** Describe what happened to child. When and where did alleged abuse/neglect occur? What is child's current condition? What's frequency & severity of alleged abuse/neglect?

**DATE OF INCIDENT** 4/17/93

*Chn are frequently left home alone. RS believes parents were not all night, are still not home. Parents appeared drunk when they left last night. Male ch was out [struck-through text] somewhere until 11 pm. Unk if sib was home alone or not during that time period. Parents have done this one other time*

**10. ADDITIONAL RISK FACTORS: CHILD**

**A.** DESCRIBE ANY PHYSICAL, MENTAL OR BEHAVIORAL FACTORS THAT MAY PLACE THE CHILD AT RISK:

*Chn home alone*

**B.** DOES THE CHILD APPEAR TO NEED IMMEDIATE MEDICAL ATTENTION? ☐ NO ☑ UNKNOWN ☐ YES   IF YES, PLEASE EXPLAIN:

**C.** DOES THE CHILD APPEAR TO BE FEARFUL, SUICIDAL OR WITHDRAWN? ☐ NO ☑ UNKNOWN ☐ YES   IF YES, PLEASE EXPLAIN:

**11. ADDITIONAL RISK FACTORS: FAMILY**

**A.** DESCRIBE ANY CARETAKER/PERPETRATOR CHARACTERISTICS THAT PLACE THE CHILD AT RISK:

**B.** DESCRIBE THE EXTENT OF PERPETRATOR(S) ACCESS TO CHILD:

*HHM*

**C.** IS THERE ANY SUBSTANCE ABUSE IN THE HOUSEHOLD? ☐ NO ☑ UNKNOWN ☐ YES   IF YES, PLEASE EXPLAIN:

*See Above*

**D.** DOES THE CARETAKER/PERPETRATOR HAVE A HISTORY OF VIOLENCE OR SEVERE EMOTIONAL PROBLEMS? ☐ NO ☑ UNKNOWN ☐ YES   IF YES, PLEASE EXPLAIN:

**E.** WHAT IS THE ENVIRONMENTAL CONDITION OF THE HOME?

*Unknown*

**F.** WILL CHILD BE AT RISK DUE TO CPS INVOLVEMENT? ☐ NO ☑ UNKNOWN ☐ YES   IF YES, PLEASE EXPLAIN:

FELL-00001882

# EXHIBIT 159

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: May

WORKER: DSGeiner

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 5/1/91

Location: Phone

Who Seen: Mrs. Fell

'ft Sunday afternoon returned Tues.
Bunker slept at friend's (Todd) Sat.

She thinks Mr. Fell may have done it himself.

C.Sel.
usher ↓ April 22 - went to LSC

1. ) Mrs Fell called to cancel today's appt. She said her mother is having a birthday party for Donny Jr. after school.

2. ) She said she had been out of town for a couple days. She left Sunday afternoon + returned Tues. afternoon. Wkr. asked her where she was Saturday night She said Donny was sleeping over at his friend Todd's house, + Lori was sleeping at her girlfriends house. But she was home most of the night.

ovea

FELL-00001883

W/c explained to her a/b the referral that came in on April 27.

She said the kids were not home on Saturday; and she doesn't know anything a/b Mr. Fell being there — She said she walked to the convenient store for cigarettes + when she came bac she did notice that the knob on the back door was broken. She really didn't think too much ab it then; but ~~it~~ She says it is possible that Mr. Fell broke in. — She thinks he may have even called Helpline. B/c she has told him it's over + he wants to get back together. She said she is dating this guy who is a carpenter + he really nice + the kids like him. That's who they went away w/. They went to Conn. to meet his parents for their anniversary party.

                                                 Con't

Debbie said C.S.S. never
Called her back to have family
Counseling — So she went to C.S.C

She had one appt. on April 22
and now she has to schedule an
appt. of Dr Housha for Denny.

She said she does have some probs.
w/ Denny — b/c he tries to act like
his dad.

She asked her to come out tomorrow
instead of today.

FELL-00001885

# EXHIBIT 160

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: May

WORKER: DDSeiman

| CONTACTS | 1.) GOAL OF CONTACT: (PURPOSE)<br>2.) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 5/2/91<br>Location: Home<br>Who Seen:<br>Mrs. Fell<br>Donny<br>+<br>Teri<br>al? | 1.) Scheduled Visit to review 4/90 FSP & discuss goals for 5/91 FSP.<br><br>Mrs. Fell introduced wkr to her paramour who was on the couch. She said he has not been staying there - He works 3rd shift.<br><br>Wkr reviewed previous FSP & Debbie signed it.<br><br>Donny came home from school + sat at the kitchen table + talked to Mrs. for a few minutes → |

FELL-00001886

He said things are going well, but he does miss his dad ~~sometimes~~. He then went outside to play w/ his friends.

Debbie said she went to one appt at CSB + she is scheduled to take Donny to see Dr. Haisha — (she showed me the appt. card). She thinks the kids need to deal w/ her + Mr. Fell separating.

WKU asked Debbie if she has been drinking at all + she said no — her boyfriend doesn't drink. There were no signs of alcohol in the home.

Teri was just returning from her C.O.A. group as who was leaving, but when ~~did stop~~ talk to ~~—~~ for a few minutes.

FELL-00001887

# EXHIBIT 161

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: June

WORKER: _[signature]_

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) 2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 6/4/91 Location: Home Who Seen: Debbie Donny Teri | 1. ) Unannounced visit to ▅ review 5/91 FSP. 2. ) Both children were home when wkr arrived & they appeared to be fine. Donny had stayed home from school b/c he wasn't feeling well. Teri went to her friend's house. Wkr sat down w/ Mrs Feel & reviewed her ~~go~~ progress on the objectives in the FSP. Once it was completed she signed it. Debbie then told wkr she has to move out by the |

FELL-00001888

trailer by July ( b/c her landlord sold the trailer. She has already applied to Pittston Housing Authority. but since she is not a resident of pittston, she's low priority. - She said she does not want to live in W-B. — She has been searching the papers. Wkr told her to contact wkr if she needed any assistance or letters for any one. - She is still seeing the same guy. His name is Al Wilcox + he works at KC Construction Co. She is interested in sending the kids to camp, but was told there was no funding available. Wkr put her name on a list to Jack McCutcheon.

FELL-00001889

# EXHIBIT 162

CONTACT SHEET

CASE NUMBER:                              MONTH: June

CLIENT NAME: Fell                        WORKER: DJ

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |
| Date: 6/24/91<br>Location: PRove.<br>Who Seen:<br><br>Debbie Fell<br><br>883-1109<br><br><br>$430⁰⁰<br>court costs<br>&<br>back rent | 1. ) Debbie called to give<br>    wld her new number.<br><br>2. ) She said she is still<br>    at the same address,<br>    but she only has until July 28,<br>    However, the Magistrate<br>    said if she paid court<br>    costs & back rent (totalling<br>    $430⁰⁰). then she could<br>    stay 30 more days (that<br>    would be until August 28).<br>    She said she's having<br>    a hard time finding a<br>    3 bedroom apt. —> |

FELL-00001890

She said she's still upset a/b the fact that Pittston Housing Authority doesn't consider her to be a Pittston resident.

She said she called for Section 8, but they said she needed an apt. first. ● Wkr said she didn't think that's the way they did it. Debbie said she'd to call them again.

Wkr told her to call CEO + ● see if they could help w/ the $435.00.

She said she has already started to pack her stuff, but she's thinking a/b just getting a 2-bed-room apt in Pittston for now - so she can qualify for their subsidized housing + then get a 3 bedroom.

FELL-00001891

# EXHIBIT 163

## CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: July

WORKER: D. Feeman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 7/8/91

Location: Phone

Who Seen:

1.) To return Debbie's call.

2.) Her phone has been disconnected.

7/8/91

wkr called Directory Assistance and was given this number for Debbie Fell.

883-1109

7/8/91 p.c.

1) Same as above

2) No answer

12:42pm

**IMPORTANT MESSAGE**

FOR D. Feeman

DATE 7-5-91    TIME 19 A.M. P.M.

M Debbie Fell

OF

PHONE ___ AREA CODE ___ NUMBER ___ EXTENSION

7/8/91 Phone call
Debbie

) Debbie called to inform wkr that she moved to.

FELL-00001892

# REDACTED - FELL / better.

main & N. Washington) - Big grey house. - 4 bedrooms - She said she was moving today. She will call CEO to find out if they can help her w/ the security deposit. She asked me ure to wait at least 2 weeks before coming out so she could get moved in & clean up the place.

w/u suggested the 24 or 25 & Debbie said that would be fine. - She'll call when she gets her new phone

FELL-00001893

# EXHIBIT 164

CLIENT NAME: Fell

ADDRESS:

MONTH: December

WORKER: DLGerman

| CONTACTS | 1. )  GOAL OF CONTACT:  (PURPOSE) |
|---|---|
|  | 2. )  OUTCOME:  (WHAT TRANSPIRED) |

Date: 12/20/91

Location: Phone

Who Seen:

Al

4/520m

Above had called to say was coming to pick up gifts.

1. )

2. )  Wk returned Debbie's call — She was not in. —

Al started talking to wkr — he seemed depressed & possibly intoxicated. He admitted that he did have a couple of beers. — He said he'd like to talk to wkr b/c he really loves the kids, but he does not love Debbie — only ~~her~~ as a ~~——~~ sister — He said Debbie can't accept that.

F. I. I's not sure

FELL-00001894

him to handle it. He'd like
to talk w/ wkr b/c he
feels comfortable talking w/ this
wkr — he doesn't want to
go for counseling.
He said he doesn't love
her + he hasn't even kissed h.
for a few months — "I can't
even go to bed w/ her."
He feels that he is going to
have to move out, but it'll
have to wait until he feel better.
wkr suggested that he stop
drinking b/c that will depress
him more.

FELL-00001895

# EXHIBIT 165

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: Dec

WORKER: W Brian Wkway

---

| CONTACTS | 1.) GOAL OF CONTACT: (PURPOSE) |
| | 2.) OUTCOME: (WHAT TRANSPIRED) |

Date: 12/23

Location: Home

Who Seen:

Donny

Debbie

Seri

M

1.) CPS Investigation
- childline # for
2.) emotional abuse.

- Brian explained to
Debbie the allegations +
the process. - Who
spoke to Donny + he
appeared to be fine at
this time. He said there'd
be no problems over the
holidays.
- Brian said he'd be
in touch of the family after
the New Year. to complete the

FELL-00001896

FELL-00001897

# EXHIBIT 166

CONTACT SHEET

ASE NUMBER:                          MONTH: January

LIENT NAME:                         WORKER:
ADDRESS: Fell

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 1|13|92

Location:

Who Seen: Phone

1. ) To schedule an appt for w/Kr + Brian (C)

2. ) to come out for follow up on CPS report.
— Debbie had father Denny to the hospital for blood tests + a CAT scan.
— He will leave a message that we'll be out Wed. at 4:30 pm

FELL-00001898

# EXHIBIT 167

**CONTACT SHEET**

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: March

WORKER: P. Leiman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE)<br>2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|

Date: 3/3/42

Location: Home

Who Seen:
Debbie
Leii
Danny
+ ?
Lenny?

1. ) Unannounced Visit

2. ) As wke walked into the front yard - Danny was coming out of the front door - he looked at wke + then turned around + went back inside.
— wke then knocked on the door - she could hear Debbie yelling. - Debbie let wke in + they went into the Living room - where Leri was sitting on the couch of a guy named. Lenny + she was crying. She said Danny just hit her.

FELL-00001899

CONTACT SHEET

CASE NUMBER:         MONTH:      P2

CLIENT NAME:         WORKER:

ADDRESS:    *Fell* 3/3

| CONTACTS | 1. )   GOAL OF CONTACT: (PURPOSE) |
| | 2. )   OUTCOME: (WHAT TRANSPIRED) |
| Date: | 1. ) |
| Location: | |
| Who Seen: | 2. ) |

2 beers w/ Lenny, but that
they were going to take the kids to
McDonald's for dinner.
Claims she hasn't really been drinking.
— Stopped going to Wyoming Valley D&A
— but said she would call them to
~~to~~ schedule another appt.

FELL-00001900

# EXHIBIT 168

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: April

WORKER: D. Sterman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 4/20/92
Location: Ben Hos.
Who Seen:
Denny

1. ) To find out how Denny was doing.

2. )

Wkr met w/ Denny. He said him & his mom fight a lot. - Wants his mom to stop yelling at him - says that's all she does. - Dr. suggested mom not visit this first week. - He did see her briefly yesterday. + has a family session this week.

Claims everything else at home is fine. - wkr asked a/b him

fighting w/ Terri + hitting her.

- He downplayed hitting + said she was lying a/b it a lot of the time.

He said he just wants his mum to stop yelling.

We told him she would be talking of his mum soon.

FELL-00001902

# EXHIBIT 169

# INTENTIONALLY LEFT BLANK

FELL-00001903

# EXHIBIT 170

**IS T**
## WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3A23895                    383700
012693 0521P    12Y  043080
FEUSSNER. A          824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/93 | 5³⁰-¹⁰³⁰ | Prog note | *[illegible handwritten entry]* |
| | | | *[illegible handwritten lines]* ...from CSC... |
| | | | *[illegible]* —*signature MSW* |
| 1-27-93 | 12-8 | Nurse | Appeared to sleep as observed *[illegible]* (15 min) —— Shas *[illegible]* |
| 1-27-93 | 10pm | Chap | David wished to be *[illegible]* ... *[illegible]* Susann *[signature]* |
| 1-27-93 | *[illegible]* | Shift OT | *[illegible]* on level SI. Silly and *[illegible]* seeking of a male peer. No major behavior problems. Poor concentration in groups *[illegible]* much *[illegible]* poor affect *[signature]* MSW |

FELL-00001904

FELL, DONALD
3823895
012693 0524P 12Y 383700
FEUSSNER, JA 043080
REDACTED - FELL 824-5842
WILKES BARRE PA M S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|---|---|---|---|
| 1/27/93 | 4$^{00}$ pm | Eval | Donald is quiet & relaxed on his bed |
| | | | & doesn't like up the states he is here |
| | | | because of not going to school, |
| | | | getting poor grades, not always listening |
| | | | to her. He states a few months ago |
| | | | he threw a knife at his mom while |
| | | | they were arguing. He states he let |
| | | | her because he doesn't [illegible]. He states |
| | | | that at times he gets into trouble |
| | | | because his sister blames stuff on him & |
| | | | his mom believes her. He states he |
| | | | can't state specifically what his mom & |
| | | | he argue about. He states he would |
| | | | like to get along better with his mom. |
| | | | He states that he gets along fine |
| | | | with mom's boyfriend but he also |
| | | | wishes Donald would behave. He states |
| | | | he doesn't want to end up like his father |
| | | | who is an alcoholic. He states he only |
| | | | drank once for money & didn't like it. |
| | | | He states he wishes he could go to Vo-tech but |
| | | | he has to wait until 9th grade. He states if he |
| | | | has to go to P.H. he will without problems. |
| | | | He denies suicide or depression. Suzanne [illegible] Student |

Formulated: April, 1988

FELL. DONALD
3823895                    383700
012693 0524P      12Y  013080
FFUSSNER. JA            824-5842
REDACTED - FELL
WILKES BARRE
000

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

| Date | Time | Heading | Comments |
|---|---|---|---|
| 1/27 | 400 12 30 | M HW note | Pt remains in Level S-1. He was settled for a great part of the night. It took part in all activities with ample participation. He occupied his free time by playing cards and interacting with his peers. In group, he spoke about the reasons that got him here. He was minimizing the situation and did not see the seriousness of the behavior. He became less reflective as confronted with his behaviors and the possibility of being placed away from his home. He admitted being out of controls. He told he never listened to his peers. _____ pt H [illegible] |
| 1-28 93 | 25 | MHW | Appeared to sleep as observed @ 15 min. Sharl [illegible] |
| 1-28 93 | 30 pm | Group | Daniel states that if he continues to be [illegible] he would like to have a ___ new engagement friends getting into more trouble. He states however he will behave appropriately, ___ he has to do to is come home on time, go to school and follow more rules. —Suzanne, therapist |

FELL-00001906

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 0524P    12Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/93 | 5pm | RN | please see nurses note _Audrey_ _____ |
| 1/01/93 | 3:2? | ev. RN | Donald participated during education. He read well and was cooperative. When I asked him assessment questions he acted as if he couldn't understand why he gets in trouble at school. I spoke to his guidance counselor, who mentioned that Donald has to be watched every minute. ——— Mary O'Kearny Teacher |
| 1/28/93 | 4-10 | short note | Pt on level S-1. Had his H and P done this evening by the pediatrician. Between _____ when not _____ in particular, _____ peers. Playing cards with peers during free time. Had family session this evening and was disrespectful + manipulative toward mom. Had snacks and went to bed without difficulty. ——— Tiny R. Loggins mhw |
| 1.29.92 | 12po | Therapy | Donald stated in group his need to talk more to his parents (mom & boyfriend) & not have an attitude. He states he wants to _____. He admits some of his are negative influences. _____ Suzanne N. Smith ____ |

Formulated: April, 1988

FELL-00001907

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, CONALD
REDACTED - FELL
WILKES BARRE
K00
PA

| Date | Time | Heading | Comments |
|---|---|---|---|
| 1/27/93 | 8:00 | mun | Donald had select peer interaction throughout the day. Patient cooperative with unit routine. Donald participated during art group. Donald remains on level S-1 with Q15 minute checks/one throughout the shift. _____ |
| 1/29/93 | 4:0 | (psacosre) | Donald entered the program during education and was attentive. He participated during art and was cooperative. _____ Mary _____ leader |
| 1/27/93 | group | MHC | Patient remains on level S-1. Appetite good for dinner. Participated in education, patient appears restless during education. However he did complete his assignment. He has no visitors or phone calls this evening. In group patient shows poor insight into his problem areas. Ate snack and enjoyed watching movie with peers before bedtime. Left to bed 10 PM without problems. Now 11:30 patient resting quietly at this time. _____ MHC |

FELL-00001908

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1-30-93 | 12 MN 8:30 | M/HW | _[handwritten, illegible]_ |
| | | | _[handwritten, illegible]_ |
| | | | _[handwritten, illegible]_ |
| 1/30/93 | 6 AM 4:3 am | R N | please see nurses notes _[illegible]_ Barber |
| 1-30-93 | _[illegible]_ 12:30 am | M/HW | Patient remains on level 5-1. _[illegible]_ |
| | | | medication for illness during free time. |
| | | | Participated in education _[illegible]_ |
| | | | _[illegible]_ without problems. Had no visitor or |
| | | | phone calls this evening. In group he states |
| | | | that he has not talked with his mother |
| | | | since family session. Ate snack and |
| | | | watched a movie before bedtime. 11pm - 12am |
| | | | Patient resting quietly at this time. _[illegible]_ |
| 1-31-93 | 12 MN 8:30 | M/HW | _[handwritten, illegible]_ to sleep. Deep respirations _[illegible]_ |
| | | | _[illegible]_ 15 minutes. RN care completed |
| | | | _[illegible]_ |
| 1/31/93 | 8 AM 4:30 am | R N | please see nurses notes _[illegible]_ Barber |
| 1/31/93 | 4-10 am | _[illegible]_ Note | _[handwritten, illegible]_ level 5-1 _[illegible]_ |
| | | | _[handwritten, illegible]_ |
| | | | _[handwritten, illegible]_ |
| | | | _[handwritten, illegible]_ |
| | | | _[handwritten, illegible]_ Super Bowl _[illegible]_ |
| | | | _[handwritten, illegible]_ |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3873895
C12693 0524P   121   383700
FELLSCHER          043080
REDACTED - FELL 824-5842
WILKES BARRE          PA H S
602

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/4? | 7:0 | *(illegible)* | *(illegible)* |
| | | | *(illegible)* |
| | | | *(illegible)* |
| 2/1/93 | 430 | Sh/6 | Pt. ↑ to level C today. Attended Community meeting And had complete goal for the day. Complimented on getting only 2 points p̄ incident yesterday. Aḡ morning Pt. is Bright, pleasant and social. Somewhat silly at times But Easily redirected. Attends all groups and Activities. ___ *(initials)* hm/hv |
| 2/1/93 | 12:?? | *(illegible)* | *(illegible handwritten entry)* ... Suzanne D ___ *(illegible)* |
| 2/1/93 | 8m ?pm | 1v | please see progress notes Andy, Boiter |
| 2/1/93 | 2:57 | *(illegible)* | Donald participated during education ___ and art and did well. ___ Mary O'Kane, Teacher |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
YA73895                          383700
01:24:93 0524P    12Y   043080
FEUSSNER, JL          A24-584?

REDACTED - FELL

WILKES BARRE          PA M S
000

| Date | Time | Heading | |
|------|------|---------|---|
| 6/8/93 | 5p | Ferd. | Out of sequence: Developed Treatment plan with patient. Following this, Reviewed plan. Pt appeared non-suicidal & secure. ___ Rob Tuzzolo, M.A. ___ |
| 1/4/93 | 3pm | IND. | Discussed how to hope to convince his family into talking him home. Pt feels he's doing better on the unit but isn't sure this is enough to convince them he's doing better. Don also talked about his sister/mom/grand-mother. He feels his grandmother could assist his mom in watching him & to keeping him out of trouble. Rob Tuzzolo M.A. |
| 2/1/93 | 4:00 | MHW | Donald disruptive and in need of several time outs. Patient shows no focus on treatment issues. Patient demanding and argumentative at bedtime. Donald remains on level C, at this time. ___ MHW |
| /93 | 12⁸ | MHW | Appeared to sleep as observed g 1/2°. ___ Sharon Jones MHW |

Formulated: April, 1988

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Donald states that he does want to go home but states that he hopes he can *[illegible]* ... that he will probably have to go to partial hospitalization ... |
| | | | |
| 2/6/93 | 2:31 | education | Donald participated during education and art and was cooperative. However, one female peer seems to get on his nerves and he may lose his temper with her if *[illegible]* not careful. — Mary O'Keane, teacher |
| | | | |
| 2/?/93 | | | *[illegible handwritten paragraph]* ... he said he wants to go home with *[illegible]*. — Tim *[illegible]* MVW |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
34/3875
( .693 0524P    12Y  383700
                        043080
REDACTED - FELL 824-5842
1.  WILKES BARRE      PA H S
    COO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-93 | 10:3 | MNCO | Appeared to sleep as observed. q 1/2° ———— (share vonesprio) |
| 2/3/93 | 12:3pm | Group | Talked about the upcoming family session — pt. admits not thinking much about family session — being thinking about goals etc. Encouraged to talk c staff before the session & prepare himself. — Robt... xM.A— |
| 2/3/93 | 1:30p | Ind | Talking c pt. about what he need to do or what he hope will happen in upcoming family session. Encouraged to write down what he hope will happen in family session as well as any site to her self of things he hope to remember. — Robt... M.A. |
| 2/3/93 | 3:16 | Education | Donald unabled the program during education and was generally cooperative. He missed and close to some evaluations — Mary Craing reader. |
| 2/3/93 | 8:00 / 8:30 | S.N | Pt on level C. On room restriction due to incomplete goal. Worked on new goal and school work. Out for groups. — D.Smith |

FELL-00001913

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-93 | 4:00 10:20 | MHW | Donald remained on norm situation for his incomplete goals. Patient had a family session this evening. Patient cooperative at bedtime. Donald remains on level C at this time. — Anne Mercer RN MHW |
| 2.4.93 | 7:50 | MHW | (illegible) expectations not. Patient (illegible) He was completed (illegible) — (illegible) MHW — |
| 2/4/93 | 3:51 | counsel | Donald participated during education and act and was generally cooperative. However, he did get into an argument with a peer with whom he would not allow to speak. — Mary Okawing Teacher |
| 2/1/93 | 8:30 | MHW | Donald level C. Participated in all groups. Was disruptive in group II gain points. Also a time out, dealt with peers playing cards on full. Total. — Maudd Gerry MHW |
| | | | |
| | | | |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3A23895
012693 0524P    12Y    383700    041980
FEHSSNER  JA             824-5843

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/4/93 | 2:30p | Group | Arguing c peers — confused abt picking on a peer by peer — *[illegible]* — refers to fellow students. Gvn prpt. f eventually sent to his room. R[illegible] G. MH. |
| 2/4/93 | 3p | Ind | *[illegible]* that pt. "can be a good kid" asked him if he really wants to go home — he indicated he did — Calmed down quickly — allowed out of his room for qt. [illegible] Ed. mh. |
| 2/4/93 | 7:00/12:00 | MITW | Patient on level C. Ate hardy dinner tray. Participated in education and group with good attitude. Throughout the evening played cards with peers + watched movie. Brought by staff. Attitude appeared cheerful + compliant. — Terri M Baldwin mh |
| 2-5-93 | 12 MN/6:30 | BMHW | *[illegible]* foster boys respiration noted as sleeping p'c No care complicates incident. — S Yanauk rn |
| 2/5/93 | 8-4 | Short note | Pt on level C. Attended all groups. Affect appeared bright, insight + judgment then limited. *[illegible]* supervised *[illegible]* public areas. Had snacks wat between. — [illegible] Supervision |

Formulated: April, 1983
Form #: 4500.204.88

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 25/2 | | MHW | Participated in group therapy, ate snack and enjoyed *(illegible)* movie with peers before bed time. Patient did not approach staff to review the goal *(illegible)* this evening. 11pm - 12am patient resting quietly at this time. — *(signature)* |
| 2-6-93 | 12:8am | k/A | *(illegible)* note — *(signature)* |
| 2-6-93 | 8:00 4:30 | MHW | Donald *(illegible)* — bright, pleasant, attended community meeting. Work on goal one, free time. Participated in Art group. Watched movie with staff and peers. *(signature)* MHW |
| 2/6/93 | 4:00 1:30 | note | Pt remain on *(illegible)* C. *(illegible)* bright and cooperative tonight. He took an active part in all groups. Pt also stated that he wants to go home. He said this time he was not able to take him home. He said that when he goes home, he has to prove himself to his mom. He has to follow *(illegible)* and change his attitude toward her. — *(signature)* MHW |

Formulated: April, 1988
Form #: 4500.204.88

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/6/82 | 4:03 | *(illegible)* | *(handwritten, illegible)* |
| | | | |
| 2/5/82 | 12:30p | Group | *(handwritten, illegible)* Rob Taylor MD |
| 2/5/82 | 3p | Ind | Pt. repeatedly reminded about feeling around too much c peers — Pt continues to have around c such. *(illegible)* MD |
| 2-5-8 | *(illegible)* | MHW | Patient remains on level C. Ate dinner at 3:30pm - 5pm. Participated education with much encouragement. Patient had no visitor or phone calls. *(illegible)* |

FELL, DONALD
383700
12Y    043080
824-5342
REDACTED - FELL
WILKES BARRE    PA M S
800

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/8/93 | 3:28 | EDUCATION | Donald participated during education. He did well and was cooperative. _____ Mary O'Hare, Teacher |
| 2/8/93 | 12:00 | Group | Talked c̄ group about what they hoped the future would hold for them. Don hoped to be a chemist because he liked mixing things. He also talked about being a chief. He also discussed about getting married & having someplace nice to live. His plans seem logical & well thought out for a 12 yo. _____ Nick ____ ____ |
| 2-8-93 | 4:00 to 10:00 pm | B/W | Please see nurses notes. _____ _____ _____ |
| 2-9-93 | 12 mid to 8a | MSW | Pt. problems & therapeutic interventions noted as already % course complet'd T incident. _____ Sheryl ____ MSW |
| 2/9/93 | 12:30 a | Group | Talked about how peers can influence behavior if you'd like it or not. Don admitted to being influenced by friends - eg cursing. Don would like to change his attitude about staying out later than curfew. Don claims to have a friend who goes on actions & things he could spend more time c̄ this friend. _____ Robert Tyzenski MA |

Formulated: April, 1988
Form #: 4500.204.88

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD
.A23895                          383700
(2193 0524P    12Y  043080
FELLSMERE    II         424-5842

| Date | Time | Heading | |
|------|------|---------|---|
| 2-7-93 | 12 | nurse | Dis CMProts — Shari Worman |
| 2-7-93 | 4:20 | MHW | Donald Level B. Bright pleasant participated in community meeting. Did good on free time. Reviewed treatment plan with staff. Watched movie with peers and staff. Visit with mother, visit went well. No behavior problems. — Mark Dor. MHW |
| 2/7/93 | 4:00 12.30 | mhw note | Pt is on level B. He was bright and cheerful tonight. He needed redirection for a small matter. He talks peer to peer in writing. He did socialize with the other peers and he took an active role in the group. During the free time he kept busy playing cards with his peers. During the course of the night he had a bloody nose. He said it just happened. — TJ Eli MHW |
| 2-8-93 | 12am 7:30 | MHW | Physical/sleep/respirations noted as needed, AM care completed, no incident. — Stud Garnick MHW |

FELL, DONALD
3425895                                    383700
C12C93 0524P    12Y  043080
FEUSSNER, JA                 824-5842
REDACTED - FELL
WILKES BARRE                 PA M S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|---|---|---|---|
| 3/10/93 | 5:50p | Fell | a fellow pt's mom told him that his mom was afraid of him — he's said his mother hadn't told him that at all. The fellow pt's mom [&] this mom talk at length here. Pt. claims he's doing better controlling his temper although he admits he still isn't as good as he'd like — he wants to be discharged soon tho — R.S. [signature] |
| 3/10/93 | 10:3?p | Group | Talking about what he plans to say in Fam. session tonight. ① wants to tell everyone about how he wants to go home ASAP ② wants to talk about the meds (he feels better & th). ③ wants to tell them his attitude is changing. ④ He wants to tell them he plans to do better in school. — R.J. [signature] msw |
| 3/10/93 | 4:00 10:30 | milieu | Donald participated during education this evening. Patient had select peer interaction. Patient had family session, was dropped to level C. [signature] |

Formulated: April, 1988

FELL-00001920

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                 383700
(12673 0524P   121   043090
TEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/7 93 | 800 1130 | M HW | Donald level B. Participated in all groups. No negative behavior this afternoon. Given time out. _(illegible signature)_ |
| 3/9/93 | 7:30 | MHW | Donald participated in unit activities. Patient made select peer interaction on extreme. Patient reviewed his treatment with staff. Patient did not have any questions this evening. Donald remains level B at this time. _(illegible signature)_ |
| 2/9/93 | 12 5 | MHW | _(illegible)_ to sleep as observed _(illegible signature)_ |
| 2/10/93 | 3:40 | Education | Donald participated during education and eat and was generally cooperative. _Mary O'Koming, Teacher_ |
| _(illegible)_ | _(illegible)_ | Staff | _(illegible)_ |

FELL-00001921



FELL, DONALD
3823895
612693 0524P    12Y    383700
                              043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/11/93 | 4:00 15:30 | MHW | Donald disruptive and refusing redirection + was given a time out. Patient shows no focus on treatment issues. Patient disrespectful and disruptive at bedtime. Donald cursing at staff. Patient accumulated ten points by bedtime. Donald remains on level C at this time. _Irene Macronorthinges_ |
| 2-14-93 | 12:15 | MHW | Appeared asleep as observed 9 1/2° — _Shane Joxesmore_ |
| 2/14/93 | 12:34p | Group | Discussed how pt continues bad beh. as almost a bad habit. During the rest of group pt. got upset & a peer & gave a nasty look — it was pointed out that pt was doing exactly what he wanted to work on — pt stopped as soon as this was pointed out & admitted to the mistake. He continues to insist he can change while on the unit. _Roly Lagga M'Mih_ |
| 2/15/93 | 8:00 4:30 | MHW | Donald level C — Participated in all groups and activities. Better behavior today. Working on goals on full time. _Maude Gillyn_ |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FEL.. DONALD
3823895
012693 0524P    12Y    043080
383700
REDACTED - FELL    824-5842
                            PA M S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 3/11/93 | 2:12 | | Donald participated during educa-tion and art and was cooperative. — Mary O'Keefe, Teacher |
| 2/11/93 | | | [illegible] — [illegible] |
| 2/11/93 | 10p | Grp | Talked about how poorly his family session went — emphasized how difficult it would be in placement. Pers told [illegible] about placement. Explained how pt. might have been sincere in fam. session but did not appear real. — R. [illegible] MA |
| 2/4/93 | 6p | Ind | Talked about how pt. may need placement to separate his family. Told pt. did work c him but how c this he's heading for trouble c any placement. Pt insists he'll do well post [illegible]. Claims he wants to tell his mom to take everything away before he goes home to help [illegible] him. Still wants to hangaround with negative friends "13yof who drink alcohol. — [illegible] MA |

FELL-00001923

FELL, DONALD
3425895
C12693  0524P     12Y
TEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE     rA H S
000

383700
043080

**WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/13/9: | 4-12 | Shift note | *[handwritten notes, largely illegible]* ... Tony Paul Szyyaw-mvr |
| 2/14/9 | 12:00 | Shift | *[handwritten notes, largely illegible]* |
| 2-14-93 | 8:00 4:30 | Shift | *[handwritten notes, largely illegible]* ... good job ... keeping out of trouble ... well in group ... Attention in speci... |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                          383700
C:2693 0524P    12Y    043080
REDACTED - FELL          824-5842
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/12/93 | 3:16 | *(illegible)* | Donald *(illegible)* the *(illegible)* and seemed to enjoy it. He was cooperative. — Mary *(illegible)* Tirado |
| 2/12/93 | *(illegible)* | MHW | Patient on level C, he was cooperative on room restriction. Completely *(illegible)* *(illegible)* during education without problems. Patient had no visitor *(illegible)*. Participated in group and ate *(illegible)* at 8pm. 10pm. Patient out of room restriction *(illegible)* playing card games with peers before bedtime. *(illegible)* to bed at 10:30. No behavior problem noted this shift. — *(illegible)* MHW |
| 2/13/93 | 12pm 5:30p | Shift | Please refer to nurse's note. — *(illegible)* Koonya *(illegible)* |
| 2/13/93 | *(illegible)* | Sh *(illegible)* | Pt. on level C. Pt. did a great job on yesterday's goal. Talked about putting this into action. Spoke in group about why he is not going. And *(illegible)* going he *(illegible)* could be. — J. *(illegible)* MHW |

FELL-00001925

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
)823895
C)2693 0524P     12Y   383700
FEUSSNER    IA        043080
REDACTED - FELL              ^24-5842
WILKES BARRE          PA H S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2-16-93 | 1 AM / 8:30 | MHW | See RN note. ———— _____ MHW |
| 2/14/93 | 12:30p | Group | Confronted about his behavior over the weekend. Don admits to still giving nasty looks etc. (his self described "attitude"). PT emphasizing he has changed but has little to offer in terms of support of this position. After a short discussion pt was sent to his room - he became upset & said something under his breath as he walked away. ———— R W_____ RN |
| 2/14/93 | 2:30p | IND | Went to discuss c pt how he continues to display the very attitude he claims to be changing. Pt admitted his behavior put his position in a bad light. ———— R L_____ RN |
| 2/14/93 | 3:15 | Education | Donald participated during education and was cooperative. ———— Mary O_____ teacher |
| 2/14/93 | 8:00 / 11:30 | MHW | Don level C — attended all groups and activities. Was time-out in group due to attitude. Social with peers. ———— Maude Avery MHW |

Formulated: April, 1988