WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 05:4P   12Y  383700
FEHSSHER              043080
REDACTED - FELL 824-5842
WILKES BARRE        PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/14/93 | 4-12³⁴ | shift note | Pt on level C. Attended all groups during TT judgement rather limited. Received two points between shift. No answer given to issue. No real interaction or commit to change during the meeting at bedtime he was situation disrespectful. Staff said coming up periodically. Making little progress. Thus far will discuss. TX done. Puts little effort toward discharge. — *[signature] MHW* |
| 2-15/93 | 12⁵ | MHW | Appears to sleep and asleep at 1/2° ——— *Morrisones MHW* |
| 2/15/93 | 9:00 4:00 | in 1/16 | (1) Pt remains on level C. He was on room restriction during the shift. All day he was testy, still but with staff. He did take part in all unit activities. — *Tazalibe MHW* |
| 2/15/93 | 4-12³⁰ | shift note | Pt on level C. Visited by his mother this evening. Spent entire shift on room restriction. Remains very superficial thus far. No awareness brought + judgement remain very poor. Thus easy + disruptive this evening. Limited focus on problems and little motivation to change. Tx but attend difficulty. — *Tony Lippauoski* |

FELL-00001927

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693  0524P    12T  383700
FEUSSNER, JA          043080
                      824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/17/93 | 7:00 2:20 | nursing note | continued... restrictions all night. He was clowning in on with his peers all night. He said he was happy to see his mom and he wants to go home with her. He said that he wants to improve his behavior. Tony Cell, nurse |
| 2-18-93 | 12:5 | MHW | Appeared to sleep as observed q 1/2°. —— Sharon Dress MHW |
| 2/10/93 | 12:41 | education | Donald participated during education and was cooperative. —— Mary O'___, teacher |
| 2-8-93 | 3:20 p | discharge | Donald states that he wants to go home with his parents. He states that he is going to behave at home because he doesn't want to come back here. He states that he isn't going to hang around with negative peers guide go book to partial hospitalization. Suzanne __ Smith therapist |
| 2-18-93 | 8:00 4:30 | MHW | See BV note — Marion Geary MHW |
| 2/18/93 | 4-12 | nursing note | ___ level B. Less disruptive and better behaved. Affect bright. Social with peers during special time. Problem areas ventilated with his counselor. He is working closer with peers. Tony ___, nurse |

Formulated: April, 1988

FELL-00001928

FELL, DONALD
3923895                    383700
C12693 0524P   12Y   343080
FEDESHER   14        421-5842
REDACTED - FELL
WILKES BARRE              PA M 8
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/16/93 | 7:00 12:30 | M/HW note | Pt remains on Level C. He was social with his peers and staff. The pt. took part in all group activities. He did not receive any points tonight. He was very cooperative tonight. He completed his goal and reviewed his treatment plan. The pt. was not visited by anyone nor did he call his family. He said that he has to change his attitude before he can go home. — Elizabeth M/HW |
| 3-17-93 | 9 MN | MHW | See RN note ———— S.K.? Gaines MHW |
| 2/17/93 | 10:30 a | Group | Discussed where & why, he approved in/of control. Pt admits he has a history of getting his own way & that things have changed at home — has not sure why except that his mother just seems to be stopping his behavior. In process talked about people tend to blame others for problems in their pt. Group encouraged to let part own what influenced their present — (Pat to now pt) |
| 2/17/93 | 1:30 | S H | Please See RN Note ———— AmH |
| 2/17/93 | 4:00 12:30 | M/HW note | Pt was placed on Level B, he was visited by his mother tonight but early he also had a family session. The Pt was on room |

continued 2/17/93
TZ 2/17/93

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                      383700
012693 0524P   12Y  043080
FEUSSNER, JA  --   824-5842
REDACTED - FELL
WILKES BARRE          PA N S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2-20 93 | 12-8 | MHW | Appeared to sleep as observed 9½°. — Shari Jones MHW |
| 2-20 93 | 800 130 | MHW | Don level B - Participated in all groups and activities. Reviewed treatment plan with staff. Received his signature. Bright and social — Maude Gray MCW |
| 2/4/1 | 400 12:30 | MHW | Pt remain on level B. He does have all signature on his treatment plan. The pt did a good job tonight staying out of the silliness. He did a good job in all group activities. He was very helpful on the unit tonight. He was sweet with all peers and staff. — MHW |
| 2-21 93 | 12-8 | MHW | Appeared to sleep as observed 9½°. — Shari Jones MHW |
| 2-21 93 | 800 130 | MHW | Mom level A - Good behavior this shift. Bright, pleasant participated in all groups and activities. Social with peers and staff. Did goal on free-time. — Maude Gray MHW |

Formulated: April, 1988

FELL-00001930

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823A95                        383700
012693 0524P        12Y  043080
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES-BARRE              PA MS
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/19/93 | 12:45 am 8:30 am | Shift | Please refer to nurse's notes. — Nathanne Konrad, RN |
| 2/19/93 | 2 pm | Group | Donald states that he is sorry for his past inappropriate acts & states he is trying to change. He admits to in the past doing inappropriate acts for fun such as throwing rocks in cars while going under an overpass. — Suzanne H. Smith, therapist |
| 2/19/93 | 4:10 | Education | Donald participated during education and art and was cooperative. — Mary Wiwierski, teacher |
| 2/19/93 | 4:15 | Shift note | _(illegible handwritten paragraph)_ — Tony Paul Logue, MSW |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL: DONALD                383700
1823895                 12Y   043080
C12693 0524P              824-5842
FUSSNER, JA    ET
REDACTED - FELL              PA M S
WILKES BARRE

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/22 93 | 4:00 10:30 | MHW | Donald participated in unit activities throughout the shift. Patient had solicited peer interaction on free time. Donald did not have any visitors this evening. Patient remains on level A at this time. ⸻ _(signature)_ MHW |
| 2/20/93 | 12pm | IND | Discussed pts motivation — he wants he doing better — esp with his treatment of his mother. Seems better able to follow direction. Chooses to wash his to plan. He had it but it was in poor shape — will appr. made — agreed to get 3 signatures for staff _illegible_. Will watch for such. ~ _(signature)_ MA |
| 1-23-93 | 12mn 6:30 | MHW | Pt appeared to sleep. No precautions noted as ____ q 15° PM care complete. No incident. _(signature)_ MHW |
| 2-23-93 | 12:30p | Group | Donald participated in group. He verbalized that he needs to behave & suspect his attitude _illegible_ doesn't want to come back here again. Needed _illegible_ appropriate action. Suzanne D _illegible_ |

Formulated: April, 1988

FELL-00001932

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
1823895                    383700
C12693 0524F   12Y  043080
CENSUSED  11       A24-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/21/93 | 4ºº 12:x | m/tw note | Pt remain in Level A. He was bright and cheerful today. He took part in all group activities with very good participation. He was very social with all of his peers. He yet completed his goal and several for treatment plan. He kept himself busy by playing cards and watching T.V. He said he is ready to go home with his mom. _____ T. White m/t w |
| 2-22/93 | 12—5 | MHW | Appeared to sleep as observed q1/2° _____ Sharon Brennan |
| 2-22-93 | 12³º | therapy | Don listed positives or negatives about himself & how he feels others look at him the station he can be ... at home. He was appropriate & attentive in group ... refer to NSG notes _____ J. Ch... |
| 2/22/93 | 10:40 | shift note | |
| 2/23/93 | 5:49 | educ/recre | Donald participated during education and art and was cooperative. _____ Mary O'Kearney Teacher |

FELL-00001933

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3823895                383700
012693 0524P  12Y  043080
ECHSSNER   IA        824-5842

REDACTED - FELL
WILKES BARRE
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/24/93 | 12:30 px | Group | Donald states that he wants to go home & live with his mom. He states he will follow the rules at home, go to school, behave appropriately & not argue with his parents. He states he doesn't want to get into anymore trouble. He states he won't yell at his parents even if they yell at him. — Suzanne M Smith therapist |
| 2/24/93 | 3:10 | EDUCATION | Donald participated during education and was cooperative. He participated during art and was somewhat disrespectful with a staff member but later apologized. — Mary O'Karma teacher |
| 2/24/93 | 7:00 DT:30 | MHW | Donald had participated in unit activities, Patient had select peer interaction, Donald had a family session this evening. Donald remains on level A at this time. — Sandra [illegible] MHW |
| 2-25-93 | 12 MN 1:30 | MHW | See K Narde. — C [illegible] nurse |
| 2/25/93 | 12:30 in | Group | Donald participated well in group. He states he has changed & has gotten out of his poor attitude & judgment. — Suzanne M Smith therapist |

Formulated: April, 1988

FELL-00001934

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                383700
C12693 0524P    12Y  043080
FFUSSNER, JA           824-5842
REDACTED - FELL
WILKES BARRE           PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/23/93 | 3:31 | Education | Donald participated during education and was cooperative. He watched the music program this afternoon and seemed to enjoy it. ——— Mary O'Burns, Teacher |
| 9/13/93 | 8 hm 4:35 pm | RN | Please see nurses notes and care cart to |
| 2/23/93 | 4:10³⁰ | dr note | [illegible handwritten note] ... Appetite bright ... group about wanting to go home ... cooperative toward staff ... remains positive ... fair. Less understanding on his problems ——— [signature] MD |
| 2-24-93 | 12-⅜ | MHW | Appeared to sleep as observed 9½° ——— Share Vermeer MHW |
| 2/23/93 | 9p | Ind | Out of Sequence: Spoke c Donald about his need to continue working hard & not "slack off." At seems to be planning ahead — able to prepare himself for problems that might arise just like not being able to go out or getting a bad grade), although planning for such it remains positive. Complied about not telling re his therapist in the past ——— [signature] MA |

FELL-00001935

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, CONALD
3823895                    383700
012693 0524P    12Y   043080
FELLSSMFR    11        A94-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/x/93 | 4:00 1:52 | mHw note | *[handwritten notes, largely illegible]* ... pass tonight after which he was discharged. The pass ... will be left with his ... For more details refer to nursing note. Tylil mHw |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988

FELL-00001936

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)



FELL, DONALD
REDACTED - FELL
WILKES BARRE        PA
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| ⁰⁶⁵/₉₃ | 3:25 | | Donald participated during education and watched the film this afternoon. He was cooperative and attentive. |
| | | | Mary O'Karma, Teacher |
| ⁰⁵/₉₃ | 800 1130 | MHW | See RN notes — Maude Teary MHW |
| ⁰⁵/₉₃ | 4 N° | shift note | Pt on level A. Affect ___ ___ ___ cooperative toward staff + unit routines. Quiet ___ ___ ___ ___ Donald letter ___ but ___ not allowed to due to restriction ___ by m.d. ___ ___ ___ ___ ___ ___ ___ ___ ___ staff that he would stay ___ away from ___ ___ ___ ___ ___ ___ ___ went to bed without difficulty. |
| | | | Tony ___ ___ |
| ⁰²/₄³ | 12₅ | MHW | Appeared to sleep as observed q 1/2° ___ Grace ___ |
| ⁰²/₆/₄³ | 8am 4:30pm | RN | please see nurses notes Audrey ___ |
| ²²⁶₉³ | 10pm | Grp | Donald was out on his home pass. Suzanne D. Smith, therapist |

# EXHIBIT 171

2430

**LUZERNE COUNTY CHILDREN & YOUTH SERVICES**
**CLIENT INFORMATION PROFILE**

REVISED 3/27/89

Page [   ] of [   ]

CASE NAME: unknown

NEW CALL [ ]    NEW INCIDENT [ ]    UPDATE CALL* [ ]    DEO DATE [   ]

| | |
|---|---|
| SCREEN WKR [ 605 ] | REFERRAL SOURCE CODE [ 01 ] |
| CALL NUMBER [   ] | REFERRAL AGY: _____ |
| DATE OF CALL [4/18] | CALLER: ▓▓▓▓▓▓ |
| TIME OF CALL [825] A/P | ADDRESS: _____ |
| INCIDENT # [   ] | |
| CROSS REF. [   ] | TELEPHONE: _____ |
| Fell | REF REA 107 [ ] [ ] [ ] |

CALL STATUS [ ]
ABUSE [Y] [X]
RESPONSE LEVEL [ ]
INTAKE WKR [ ]

**DISPOSITION**
DATE ASSG'D [   ]
CASE WORKER [   ]
CASE NO. [   ]
MA NO. [   ]

CALL STATUS: NEW CALL - 1st time family referred (ever), UPDATE CALL - Change data in call, (reference incident #) NEW INCIDENT - subsequential call on family (open or closed); case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother and line number of child's father. CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced). HC = Handicap (Y, N). SX = M, F, or U (unborn).

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | C | | unknown | | | 13y | m | | | | | |
| School District Code | | | Street Address  REDACTED - FELL | City W-B | Co | Zip | Telephone Number 8245842 | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | C | | unknown | | | 10y | F | | | | | |
| School District Code | | | Street Address  same | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | M | | Fell | Debbie | | | | | | | | |
| School District Code | | | Street Address  same | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

FELL-00001938

Page II

Screening
Worker: _____

Case
Name: _____ unknown /Fell

Date of
Call: __4/18/93__

Helpline
Worker: _____ Mary Jn Mell
Signature

Time of Call: _____ A  P    Service: Phone: Hrs.: _____  Min.: __30__

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01 = Anonymous | 01 = Neglect/Physical | AF = Adoptive Father | 19-110 = Berwick Area |
| 02 = Child - Self Ref. | 02 = Neglect/Mistreat/Emot. | AM = Adoptive Mother | 40-140 = Crestwood Area |
| 03 = Perpetrator | 03 = Neglect/Environment | BRO = Brother | 40-160 = Dallas Area |
| 04 = Parent/Guardian | 04 = Neglect/Medical | C = Child | 40-260 = Greater Nanticoke |
| 05 = Sibling | 05 = Abandonment | COU = Cousin | 40-300 = Hanover Area |
| 06 = Relative | 06 = Inadequate/No House. | F = Father | 40-330 = Hazleton Area |
| 07 = Friend/Neighbor | 07 = Inadequate Supervision | GUA = Guardian | 40-390 = Lake Lehman |
| 08 = Babysitter | 08 = Parent/Child Conflict | HBM = Half-brother Mat. | 40-600 = Northwest Area |
| 09 = Landlord | 09 = Behavioral Problems | HBP = Half-brother Pat. | 40-660 = Pittston |
| 10 = Private Dr./Nurse | 10 = Community Problems | HSM = Half-sister Mat | 40-885 = Wilkes-Barre |
| 11 = Dentist | 11 = Conflict w/Law | HSP = Half-sister Pat | 40-920 = Wyoming Area |
| 12 = Private Psych/Psycho | 12 = Runaway | M = Mother | 40-930 = Wyoming Valley West |
| 13 = Public Health Dept. | 13 = School Prob./Truancy | MA = Maternal Aunt | 99-000 = Other (Out of State) |
| 14 = Hospital | 14 = School Prob./Behavior | MC = Maternal Cousin | |
| 15 = Law Enforce. Agency | 15 = Drug/Alcohol Prob. | MGF = Maternal Grandfather | |
| 16 = School | 16 = Placement | MGM = Maternal Grandmother | (Circle One) |
| 17 = Day Care Staff | 17 = Day Care/Place Prevent. | MU = Maternal Uncle | |
| 18 = Clergy | 18 = Court Ordered Superv. | O = Other (Not a Relative) | Placement Resolved |
| 19 = Residential Fac | 19 = Medical Clearance | OR = Other Relative | |
| 20 = Coroner | 20 = Home Study | PA = Paternal Aunt | Vol.    C.O.    P.C. |
| 21 = Courts | 21 = Teenage Pregnancy | PAR = Paramour | |
| 22 = Pub. MH/MR Agency | 22 = Adoption Services | PC = Paternal Cousin | |
| 23 = Other Priv. Soc. Svcs. | 23 = Maternity Services | PE = Perpetrator | (Check One) |
| 24 = Other | 24 = Hospitalized Parent | PGF = Paternal Grandfather | |
| | 25 = Information/Referral | PGM = Paternal Grandmother | WI - Worker Informed ☐ |
| | 26 = Inappropriate Discip. | PU = Paternal Uncle | |
| | 27 = Other | SB = Step-brother | WP - Worker Phone ☐ |
| | 28 = Protective Services* | SF = Step-father | |
| | | SIS = Sister | Contact with Supv. ☐ |
| | | SM = Stepmother | |
| ACTIVE WORKER: _____ | | SS = Step-sister | Supv. Out ☐ |
| | | | Supv. Phone Work ☐ |

Problem Identified by Referral Source: (Include information on prior ChildLine Numbers)

Childline/Lori Deck/General report:
████████████████ reports that two children given as age  boy 11 yrs,
girl Terri 9 yrs were home alone last night all night and car still
has not returned.Parents appeared drunk when they left last night.
Childline did not have family name or phone number. I cross referenced
the address and found number and mother's name to be Debbie Fell. I
contacted mother who was home. She states that she has been home all night,
her car is not infront of house. Her children are age 10 yrs and 13 yrs. Gi.
was at her girlfriend's house last night. Mother was home with son.
Report to be filed monday am.

TERMINAL    APR 19 199_

CARDS ___ yes
PLANNERS ___ no
C. P. S. ___ no
FILE ROOM ___ yes

# EXHIBIT 172

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: _Fell_

ADDRESS:

MONTH: April

WORKER: DiGiema

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 4/20/93
Location: Phone
Who Seen: Al

1.) To talk to Debbie ab the referral.

2.) Debbie working full time - not home til after 3:30, we left a message.

4/22/93
Phone
Deb

1.) Deb called us back.

2.) She explained that on Friday night she did have a few friends over, but both kids were staying overnight at friend's house (neither stayed all weekend). - They had a few beers. - then on Sat. Ken + Al went looking for places to camp. - the got home aka, [illegible] +

FELL-00001940

Donny had just gotten home, then
they went to bed.    - a/5 4 am
a friend called + asked Al to
pick her up b/c his car broke
down.   - Then helpline called
her a/5 5:30 am checking to see
if she was home b/c she
had gotten a call.

Debbie denies any probs.
w/ drinking. Feels it was her
mom or sister who made the
referral.

FELL-00001941

# EXHIBIT 173

Sent By: HP LaserJet 3100;                5702084209;              Jan-26-01 15:06;               Page 2

Print Key Output                                          Pag

CITIWB

Display Device . . . . . . . . : B4
User . . . . . . . . . . . . . : MAXX

REVIEW                          POLICE INFORMATION                           01/26/

Maintain Incident Information

Incident ID.: R 93 B107305      Segment...: AC ACTIVITY
Type........:                   Occur.....:
Name........:

Activity Information
Location...: REDACTED - FELL                    WB Zone/Sector.: 5
Activity...: 1096 ATTMP LOCT    Priority..: 3   Disposition..: 25  CONP
               Received    Dispatched    Arrived    Cleared
Date........: 051093       051093        051093     051093
Time........: 0449         0449          0457       0523

Complainant.: REDACTED - FELL                    Received.: TELE TELE
Comr Loc....: REDACTED - FELL                    WB Phon?      RcdBy:

Off Assn....: 512  GORHAM                        Primary Unit.: 5
Off2 Assn...:                                    Backup Units.: 338
Remarks.....: 1096

Description.: COMPLAINANT STATED HER SON WAS NEXT DOOR AT A RELATIVES H
AND WOULD NOT LET HIM COME HOME.  THE OFFICERS CONTACTED THE PEOPLE IN
QUESTION AND THE SON WAS NOT AT THEIR HOME.  (CONT F1

HELP    F3=Exit    F6=Options    F9=Retain    F10=Narrative    F24=More K

FELL-00001942

Print Key Output                                    Pag

Display Device                    By

User . . . . . . . . . . . . . . MARK

REVIEW                        POLICE INFORMATION                          01/26/0

FS1013-16                  Maintain Incident Information                      11:06:

Incident ID . . R2 93-E1093U5        Segment . . . AC ACTIVE

Type . . . . . . :                Ucat . . . . . :

Name . . . . . . . :

Activity Additional Information

SONS BEDROOM HE WAS FOUND TO BE ASLEEP AND HIS MOTHER WAS INTOXICATED

HELP      F3=Exit      F5=Options      F6=Retain      F12=Previous

FELL-00001943

Print Key Output                                                Page

Display Device . . . . . . . . . . B4
User    . . . . . . . . . . . . ;  MARK

REVIEW                          POLICE INFORMATION                        01/26/0

Maintain Incident Information

Incident ID: R          1209306        Segment    FP PERSONS
Type........:                          Occur......:
Name........; FELL                         DEBROAH

--- Persons Information ---

Invol Code..: COMP  COMPLAINTANT Status..
Name-L,F,MI: FELL                DEBROAH                              DOB
Address1...: REDACTED - FELL              Address2:
City.......: WB                           State...: PA Zip.:
Phone......:              Ext.:           Drv Lic.:                   State
Empl/School:                         Phone:                  Ext:
SEX.....:          RACE.......:
AGE......:
Remarks....: REPORT OF MISSING PERSON, UNFOUNDED. SON WAS HOME.

HELP    F3=Exit    F6=Options    F8=Retain    F10=Phys Desc    F24=More Ke

FELL-00001944

# EXHIBIT 174

# INTENTIONALLY LEFT BLANK

FELL-00001945 - FELL-00001984

# EXHIBIT 175



WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT
TREATMENT TEAM MEETING RECORD

PATIENT NAME: _____

ADMISSION DATE: _____

FELL, DONALD
3875499                383700
C60693 0936P   13Y  0430AC
FEUSSNER, JA        824-5842
REDACTED - FELL
WILKES BARRE        P4 · S
000

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 6/8/93 | | Nsg: S-1. contact isolation because of head lice, cooperative + polite to staff, working on treatment issues. states he was upset c his sister. not his mom. Therapy - Developing treatment plan. Education - missed due to isolation M.D. expect him with his behavior | |

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| | | Nsg: level S-1. Sneaky c peers/disrespectful as problem - unfocused on treatment. Ed: Somewhat disrespectful but did participate. Therapy: Reviewed tx plan. Family session scheduled for today. mo: continue to assess him | Rob [illegible] Wendy [illegible] Suzanne [illegible] Mary O'[illegible] RN Director |

FELL-00001985

FELL: DONALD
3875499
C60693 0936P     383700
FEUSSNER        1ST 043080
REDACTED - FELL
WILKES-BARRE
000



WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT
TREATMENT TEAM MEETING RECORD

PATIENT NAME: _____

ADMISSION DATE: _____

FELL, DONALD
3875490
060693 0936P    13Y    383700
FEUSSNER, JA              043080
REDACTED - FELL          824-5842
WILKES BARRE    PA N S
000

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 93 | Same as above | Nsg: hard C... neg. attitude, silly sarcastic towards. Question wait rule — soon restarted frequently — "eldest son attitude, nasty toward pers. Re-Ruelled this Mrs Ed: Cooperative there: talked about hope to go to college. Still encouraging parent to follow through & change MD: | (signatures) Mary McCann, Med Director Suzanne M Smith therapist |
| | Same as above | Nursing - hard C ... Feussner however he had a good family session. moderating being adjusted. still getting caught up peer negative ... Classes - attentive M.D. ... WNL BP close - cautiously Therapy - refered to P.A. caring at time - difficulty accepting however, working on goals | Suzanne D Smith Therapy Mary B Kairns Ol Director |

FELL. DONALD
3875499
060693 0956P 131 303700
FEUSSNER, JA     043000
REDACTED - FELL  824-5042
WILKES BARRE     PA 0 S
000



FELL-00001988

# EXHIBIT 176

RAYMOND G. OSTROWSKI
Chief Deputy

REAL ESTATE DIVISION
LT. CAROL ROMAN
BARBARA JAVICK

CIVIL DIVISION
CHIEF CLERK
ROSEMARIE BICHLER
LAURA CHOPICK
CAROL BENFANTE

SOLICITOR
ANTHONY J. LUPAS

# Office of the Sheriff

## Luzerne County, Pennsylvania 18711



## FRANK J. JAGODINSKI, SHERIFF
WILKES-BARRE, PENNSYLVANIA

CIVIL & CRIMINAL DIVISION
CAPT. DON GODEK
LT. FELIX WAWER
CAS KIZIS
JOHN WASSIL
SAM SALVO

IDENTIFICATION DIVISION
ERIN JOYCE
· GARY LOUGHNEY
THERESA LICATA

(717) 825-1651
FAX # (717) 825-1849

## CAPIAS REPORT

NO & TERM/   1249 OF 93                    JUDGE/   STEVENS

NAME/   JEANETTE BANAS                     ALTERNATE ADDRESS

STREET/ REDACTED - FELL   STREET/_____

TOWN/   WILKES-BARRE PA 18702              TOWN/_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REDACTED - FELL

SEX/   FEMALE          RACE/_____   POB/_____   DOB

HGT/_____ WGT/_____ EYES/_____ HAIR/_____ SKIN/_____ SS#/_____

SCARS,MARKS & TATOOS/_____

_____

    FTA FOR GUILTY PLEA    ORIG CHGS DUI

EMPLOYERS NAME & ADDRESS/_____

_____

DATE RECEIVED BY THE SHERIFF'S OFFICE/   08-31-93

DATE ENTERED INTO CLEAN & NCIC/_____

DATE REMOVED FROM THE CLEAN & NCIC/_____

FELL-00001989

FOR COSTS IN THE ABOVE CASE TO CASE AS FOLLOWS:                        ADD. NO.
                                                                      MERGED NO.

COURT COSTS:        _____  _____  _____          COMMONWEALTH
WITNESS FEES:       _____  _____  _____               VS.
                                                       BANAS, JEANETTE
TOTAL:              _____  _____  _____

PLUS COSTS:         _____  _____  _____          _____

                                                            CAPIAS FOR
                                                       BANAS, JEANETTE
                                                       **REDACTED - FELL**
                                                       WILKES-BARRE, PA. 18702

                                                                 OR

                                          ADDRESS:
                                             CITY:

LUZERNE COUNTY, s.:
          The Commonwealth of Pennsylvania,
               TO THE SHERIFF OF SAID COUNTY, Greeting, We command you,
          That you omit not by reason of any liberty in your county, but
          that you take BANAS, JEANETTE
          O.T.N.  E 614790-1
          DATE OF BIRTH **REDACTED - FELL**
          CHARGES: 13  DUI                    ADDITIONAL CHARGES:

                                                       DEFT FAILED TO APPEAR
          FOR GUILTY PLEA ON AUGUST 13, 1993

          CITY OF WILKES-BARRE, PA. 18701          in your county of
          LUZERNE          if he shall be found within your county, and
          him cause safely to be kept, so that you have his body before
          the keepers of our peace, and our Judges assigned to hear and
          determine diverse felonies, trespasses and other misdemeanors in
          your county, to stand right, our Court, before our Judges
          aforesaid, upon a certain outlawry against him, the said
          BANAS, JEANETTE                     promulgated at our suit for
          certain felonies whereof he is indicted, and you have then and
          there this writ.

               Witness the Honorable STEVENS                 Judge of
          our said Courts, this AUGUST 30, 1993               in the
          year of our Lord.

          X    FORTHWITH & LODGE

                              *Robert A. Reilly*

                              **CLERK OF COURTS**     Clerk Q. S.

FELL-00001990

COMMONWEALTH OF PENNSYLVANIA    :    IN THE COURT OF COMMON PLEAS

                    vs.    :    OF LUZERNE COUNTY - CRIMINAL

Timothy Banas    :    NO. 1249 of 1993

REDACTED - FELL

Wilkes-Barre, IN 18702

NOW, this _27th_ day of _August_ , 19 _93_,

it appearing to the Court that the defendant failed to appear for

_Guilty Plea on August 13, 1993_

and the record reflects proper service, upon motion of the District

Attorney, Court awards Capias non omittas for the defendant.

BY THE COURT,

_____

TO CLERK OF COURTS:

Court of Common Pleas of Luzerne County

Issue Capias non ommittas for the above defendant.

_____
                        District Attorney

FELL-00001991

LCPH-8

| | |
|---|---|
| | ☐ ADULT ☐ JUVENILE **ARREST REPORT** |

**OFFENSE**

1 CONTROL NUMBER

POLICE DEPARTMENT NAME _Manere Twp Police_

2. COMPLAINT NO.

3 CHARGE _D.U.I._   DATE CHARGED 2 / 5 / 83

4 OFFENSE DATE 2 / 1 / 1

5 ARRESTING OFFICER'S NAME _Ptl David Lewis_   BADGE NUMBER _5846_

6 OTHER CHARGES

7 LOCATION OF ARREST

8 WHEN ARRESTED 2 / 1 / 1 HOURS

9 TYPE OF ARREST ☒ ON VIEW ☐ WARRANT ☐ SUSPICION

ONT — OFFENSE TRACKING NUMBER

**ACCUSED**

10. NAME OF ACCUSED _Jeannette Banas_

11. AGE _34_

12. RACE _W_

13. SEX _F_

14 ADDRESS **REDACTED - FELL**

15. ALIAS/NICKNAME

16 TELEPHONE

17 OCCUPATION

18 PLACE OF EMPLOYMENT/SCHOOL

19 DATE OF **REDACTED - FELL** 20 PLACE OF BIRTH

21 HEIGHT _5 9"_

22 WEIGHT _175_

23 EYES _Blue_

24 HAIR _BRN_

25 BLOOD TYPE

26 MARKS SCARS TATOOS _NONE_

27 COMPLEXION _MED_

28 SSN **REDACTED - FELL**

29 FBI NO

30 SID NO

31 POIO NO

32 MILITARY NO

34 OPERATOR PERMIT NO

35 FINGERPRINT CLASSIFICATION

36 PHOTO TAKEN ☐ YES ☐ NO   NUMBER _1209_

37 FINGERPRINT CARD TO ☐ FBI ☐ PSP

38 INDICATION OF   DRUGS ☐ YES ☐ NO   ALCOHOL ☒ YES ☐ NO

39 DEFENDANT ARMED ☐ YES ☒ NO   TYPE WEAPON(S)

40 ARTICLES CONFISCATED FROM DEFENDANT _NONE_

41 PERSONAL ARTICLES RECEIPT GIVEN ☐ YES ☐ NO   NUMBER

**VEH**

42 DEFENDANT VEHICLE IDENTIFICATION   YEAR _1980_   MAKE _DODGE_   MODEL   LICENSE NO./ST _ZLL 853_

DEFENDANT FAMILY CODE FOR BLOCKS 43 — 46
F = FATHER   W = WIFE   B = BROTHER   S = SON
M = MOTHER   S = SISTER   D = DAUGHTER

**FAMILY**

43 NAME

ADDRESS

PHONE (RESIDENCE/OFFICE)

44

45

46

**ACC**

47. NAME/ALIAS/NICKNAME OF ACCOMPLICE

48 ADDRESS

49 NAME/ALIAS/NICKNAME OF ACCOMPLICE

50 ADDRESS

**ATT**

51 ATTORNEY NAME

TELEPHONE NO.

52. RIGHTS READ ☐ YES ☐ NO

BY WHOM

**STAT**

53 STATUS OF DEFENDANT   ☐ DETAINED AT _____   ☐ RELEASED   ☐ PERSONAL BOND
☐ MONEY BOND — AMOUNT $ _____   ☐ PROPERTY BOND   ☐ TURNED OVER TO

**NARRATIVE**

ITEM NO.

54 CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.)

**CHARGE INFORMATION**

55. ADJUDICATION DATE AND TIME.   MO. / DAY / YR.   HOURS

| 56 CHARGE | 56A. OTN | 57 MAGISTRATE/DISTRICT COURT | 58 DATE | 59 FINAL DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CONTROL**

60 COMM. CENTER WANT/WARRANT INQUIRY   YES ☐   NO ☐   CANCEL ☐   MO. / DA. / YR.   HOURS   WARRANT NO.

61 DISTRIBUTION   ☐ CHIEF   ☐ DETECTIVE   ☐ JUVENILE   ☐ NARCOTICS   ☐ OTHER

62 ARRESTING OFFICER SIGNATURE   MO. / DA. / YR.

63. REVIEWING OFFICER SIGNATURE   MO. / DA. / YR.

FELL-00001992

SP 4-215-4 (7-90)

PENNSYLVANIA STATE POLICE
LABORATORY DIVISION
**WYOMING REGIONAL LABORATORY**
479 Wyoming Avenue
Wyoming, PA 18644-1898

TELEPHONE (717) 826-5460

LAB REPORT:    W93-0305-C
REPORT DATE:    February 16, 1993

INCIDENT NO.: 930598

CASE:    DRIVING UNDER THE INFLUENCE
VICTIM:    Commonwealth of Pennsylvania
ACCUSED:    Jeannette BANAS
SUSPECT:
PLACE:    Hanover Township, Luzerne County, Pennsylvania
DATE:    January 5, 1993

FROM:    Hanover Township Police Department, Hanover Township, Pennsylvania
DATE:    February 5, 1993

ITEMS:    1.  Two (2) vials of blood identified as being collected from
             Jeannette BANAS.

RESULTS:    1.  Using gas chromatographic analysis, the ethyl alcohol
               concentration of the blood from item 1 was determined
               to be thirty-five hundredths of one percent (0.35%).

DISPOSITION:    ANY BLOOD REMAINING AFTER THIRTY (30) DAYS FROM THE DATE OF
                THIS REPORT SHALL BE DESTROYED.

Frank M. Butcofski
Forensic Scientist I

vnb

COPIES:    Chief, Hanover Township Police Department
           ATTN:  Ptlm. David Lewis

FELL-00001993

# HANOVER TOWNSHIP POLICE
## INTOXICATION REPORT

| 1. Station | | |
|---|---|---|
| HANOVER TWP POLICE | 2. Code 101 | 3. Incident No. |

| 4. Arrest No. | 5. Date 1-5-93 | 6. Day FRIDAY | 7. Hour 0052 |
|---|---|---|---|

| 8. Route No. RT 309 | 9. Location | 10. City·Boro·(Twp.) HANOVER | 11. County LUZERNE |
|---|---|---|---|

REDACTED - FELL

**OPERATOR DATA**

| 12. Name JEANNETTE BANAS | 13. Operator No. and State 17199411 PA |
|---|---|

REDACTED - FELL

| 16. City WILKES BARRE | 17. State PA | 18. Zip Code 18705 |
|---|---|---|

| ZLE853 | 1980 | 21. State PA | 22. Year·Make·Type Vehicle DODGE ST REGIS | 23. Accident ☒ YES ☐ NO |
|---|---|---|---|---|

**TEST DATA**

| 24. Type of Test | | | 25. B.A.C. Percent .35 | 26. Breath Instrument Used BREATHALYZER MODEL NO._____ |
|---|---|---|---|---|
| ☐ BREATH | ☐ URINE | ☐ REFUSAL | | |
| ☒ BLOOD | ☐ SALIVA | | 27. Date | 28. Time of Test or Refusal | 29. Breath Test Operator |

**PHYSICAL DATA EXAM**

| 30. Odor of Alcoholic Beverage on Breath ☒ YES ☐ NO | 32. Coordination ☒ POOR ☐ FAIR ☐ GOOD | 33. Comprehension ☒ POOR ☐ FAIR ☐ GOOD | 34. Staggering Gait ☒ YES ☐ NO |
|---|---|---|---|
| 31. ☒ QUIET ☐ STUPEROUS ☐ BOISTEROUS | | | 35. Admits Consumption of BEVERAGE WHISKEY QUANTITY ½ BTL |

| 36. Clothes ☒ DISARRANGED ☐ SOILED ☐ ORDERLY | 37. Attitude ☒ COOPERATIVE ☐ UNCOOPERATIVE ☐ OTHER (Specify) |
|---|---|

| 38. Treated by Doctor ☐ YES ☒ NO ☐ UNKNOWN | 39. Date | 40. Ailment (Describe) |
|---|---|---|

| 41. Taking Prescribed Medicine ☐ YES ☐ NO ☐ UNKNOWN | 42. Type of Medication |
|---|---|

| 43. Date Examined | 44. Time | 45. Place | 46. City | 47. County |
|---|---|---|---|---|

| 48. Magistrate | 49. Address |
|---|---|

| 50. Section | 51. Bail | 52. Committed To | 53. Hour & Date |
|---|---|---|---|

**54. Details**

| 55. Officer (Signature) | 56. Badge No. 5816 | 57. Supv. Initials |
|---|---|---|

USE BALL POINT PEN - PRINT & PRESS HARD    № 0726

FELL-00001994

## MERCY HOSPITAL
### Wilkes-Barre, PA

Med. Record No. _____

Pat. Acct. No. _____

**Blood Alcohol Level**
**Specimen Collection Consent Form**

Name _JEANNETTE_ _BANAS_ _____ Date _02-05-93_

Address _REDACTED - FELL_ _W-B, PA  18705_

Telephone_____ Brought by _HANOVER TWP P.D._ ____ Time _0425_

Police Officer in Charge _DAVID LEWIS_ _____ Badge Number _5816_

I, the undersigned, am an officially authorized police officer of _HANOVER TWP_ ,
and hereby request that a body fluid specimen from the apprehended party named below be obtained by a medically qualified person.
The specimen donor named below has been arrested on charges relating to the ingestion of intoxicating liquor or drugs.

_____
(Police Officer's Signature)

Upon the official request of the above named police officer and with the full knowledge, consent and cooperation of the above named specimen donor, I collected a specimen of blood, from the above named specimen donor. Blood specimen was obtained

from the donor's _Left arm_ _____ after skin preparation with a

non-alcohol containing substance ( _betadine_ _Sylvia Maslowski_ ). I certify that I am
medically qualified to obtain the above specimen.

Date _2/5/93_ _____ _Sylvia Maslowski_
_____
(Specimen Collector)

Time _1:40 A_ _____ _____
(Police Officer's Signature)

Place _Wilkes Barre Mercy Hospital_ ____ _Wm. Sweeney_
_____
(Witness)

MH-438

FELL-00001995

| DEPARTMENT | SUPPLEMENT REPORT | 1. COMPLAINT NUMBER |
|---|---|---|
| Hanover Twp. Police | | |

| 2. OFFENSE | 3. NAME OF VICTIM | 4. DATE |
|---|---|---|
| D.U.I. | Comm. of Penna | 2-5-93 |

| 5. | 6. TYPE REPORT CONTINUED OR SUPPLEMENTED | | |
|---|---|---|---|
| [X] USED AS CONTINUATION SHEET OF CURRENT REPORT | [X] INITIAL CRIME | [ ] VEHICLE | [ ] ARREST |

| 7. | 8. NEW OFFENSE IF CHANGED | 9. VALUE RECOVERED PROPERTY |
|---|---|---|
| [ ] USED TO REPORT SUPPLEMENTAL INVESTIGATION | | $ |

| 10. STATUS | 11. FURTHER ACTION & REPORT REQUIRED | 12. MULTIPLE CLEAR-UP? |
|---|---|---|
| [ ] UNFOUNDED [ ] CLEARED [ ] NOT CLEARED | [X] YES [ ] NO (EXPLAIN BELOW) | [ ] YES (LIST OTHER INCIDENT NOS. IN NARRATIVE) [ ] NO |

**13. NARRATIVE:** IN FOLLOW-UP USAGE, RECORD ALL DEVELOPMENTS SUBSEQUENT TO LAST REPORT. LIST ANY ACCUSED AND/OR SUSPECTS AS FIRST ITEM. INCLUDE ARREST REPORT NUMBERS OF PERSONS ARRESTED, VALUE AND DISPOSITION OF RECOVERED PROPERTY (ATTACH PROPERTY RECORD), AND EXPLAIN ANY CHANGE IN OFFENSE.

ACCUSED/SUSPECT

Patrolmen Lewis and Sweeney arrived at an automobile accident on RT309 North in Hanover Township 0102hrs on 2-5-93. A one vehicle accident had occured, with the driver and vehicle along the roadway out of the flow of traffic. The driver was the sole occupant of the vehicle and refused medical treatment. While speaking with the driver, (Jeannette Banas), I detected a strong odor of alcoholic beverage on her breath and her eyes appeared glassy. The suspect walked around the accident area with a staggering gait and spoke with slurred speech. Police requested that the Def. perform 3 Field Sobriety Tests, def complied. Field sobriety tests included(walking a straight line, Stand on 1 leg for 30 seconds, and P.B.T. Portable Breath Tester.) Def failed all 3 Field Sobriety Tests. Max reading on P.B.T. was obtained. Def. was placed under arrest for D.U.I. and asked to submit to a test of her blood at W-B Mercy Hospital. The Def. complied with the request. Implied consent Law was explained and Constitutional Warnings were read. Blood samples were taken at W-B Mercy Hospital at 0140hrs 1-5-93. Def. was transported to HTPD where she admitted consuming a half of a bottle of an unknown whiskey between the hours of 2300 and 0045hrs. Def. was released to Adrienne Miller (REDACTED - FELL at 0220hrs 2-5-93.

| 4 PAGE NO. | 15. REPORTING OFFICER'S SIGNATURE | BADGE NO. | 16. DATE OF INCIDENT | 17. SUPV. INITIALS |
|---|---|---|---|---|
| 2 | | 5816 | 2-5-93 | |

FELL-00001996

# EXHIBIT 177

LUZERNE COUNTY CHILDREN & YOUTH SERVICES
CLIENT INFORMATION PROFILE

REVISED 3/27/89

CASE NAME: _Fell_

NEW CALL [ ]    NEW INCIDENT [ ]    UPDATE CALL* [ ]    Page [ ] of [ ]    DEO DATE [ ]

| SCREEN WKR [ 50? ] | REFERRAL SOURCE COD [ ] | CALL STATUS [ CR ] | DISPOSITION |
|---|---|---|---|
| CALL NUMBER [ 50? ] | REFERRAL A [ ] | ABUSE (Y) [N] | DATE ASSG'D [ ] |
| DATE OF CALL [ 1-19-94 ] | CALLER: | RESPONSE LEVEL [ 2 ] | CASE WORKER [ ] |
| TIME OF CALL [ 1:30 ] A(P) | ADDRESS: | INTAKE WKR [ 162 ] | CASE NO. [ ] |
| * INCIDENT # [ ] | TELEPHONE | | CASE NO. [ ] |
| CROSS REF [ ] | REF REA 28 [ ] [ ] [ ] | | MA NO. [ ] |

CALL STATUS: NEW CALL - 1st time family referred (ever). UPDATE CALL - Change data in a call. (reference incident #) NEW INCIDENT - subsequential call on family (open or closed), case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator,O = Other or see codes). Parents: Put line number of child's mother and line number of child's father.   CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced) HC = Handicap (Y,N).  SX = M,F, or U (unborn).

| L | RT | Parents | Last Name | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PR | (M) P | | Fell | Debbie | 25 | M | | | | | |
| School District Code 40-885 | | Stre REDACTED - FELL City Wilkes Barre | Co | Zip | Telephone Number | | | Childline # 40-08949 Type [ ] | | | CN |

| L | RT C | Parents M F | Last Name Fell | First Name MI Terri | DOB 14 yrs | SX F | SSN -- | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School District Code 40-885 | | Street Address Same | City | Co | Zip | Telephone Number | | | Childline # Type [ ] | | CN |

| L | RT 2 C | Parents M F | Last Name Fell | First Name MI Joey Donald | DOB 14 yrs | SX M | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School District Code 40-885 | | Street Address Same | City | Co | Zip | Telephone Number | | | Childline # Type [ ] | | CN |

| L | RT | Parents M (P) | Last Name Fell | First Name MI Donald | DOB ? | SX M | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School District Code 40885 | | Street Address Unknown. | City | Co | Zip | Telephone Number | | | Childline # Type [ ] | | CN |

| L | RT MGM | Parents M F | Last Name Shenre | First Name MI Theresa | DOB | SX F | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School District Code 40-885 | | Stre REDACTED - FELL WB | Co | Zip | Telephone Number 822 7135 | | | Childline # Type [ ] | | | CN |

| L | RT C | Parents M F | Last Name Quall | First Name MI Joey | DOB 4 | SX M | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School District Code 40-885 | | Stre REDACTED - FELL City WB - "Mom: CHRUTINA Fogel - | Co | Zip | Telephone Number | | | Childline # Type [ ] | | | CN |

& Also Active

FELL-00001997

Screening
Worker: _Eaton_                        Case Name: _Sell_

Date of
Call: _1-14-94_                        Helpline Worker: _Keith_
                                       Signature

Time of Call: _10¹⁵_     A/P   Service: Phone: Hrs.:_____ Min.:_____

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01-Anonymous | 01-Neglect/Physical | AF - Adoptive Father | 19-110 - Berwick Area |
| 02-Child - Self Ref. | 02-Neglect/Mistreat/Brot. | AM - Adoptive Mother | 40-140 - Crestwood Area |
| 03-Perpetrator | 03-Neglect/Environment | BRO - Brother | 40-160 - Dallas Area |
| 04-Parent/Guardian | 04-Neglect/Medical | C - Child | 40-260 - Greater Nanticoke |
| 05-Sibling | 05-Abandonment | CU - Cousin | 40-300 - Hanover Area |
| 06-Relative | 06-Inadequate/No House. | F - Father | 40-330 - Hazleton Area |
| 07-Friend/Neighbor | 07-Inadequate Supervision | GA - Guardian | 40-390 - Lake Lehman |
| 08-Baby-sitter | 08-Parent/Child Conflict | BM - Half-brother Mat. | 40-600 - Northwest Area |
| 09-Landlord | 09-Behavioral Problems | BP - Half-brother Pat. | 40-660 - Pittston |
| 10-Private Dr./Nurse | 10-Community Problems | SM - Half-sister Mat. | 40-885 - Wilkes-Barre |
| 11-Dentist | 11-Conflict w/Law | SP - Half-sister Pat. | 40-920 - Wyoming Area |
| 12-Private Psych/Psycho | 12-Runaway | M - Mother | 40-930 - Wyoming Valley West |
| 13-Public Health Dept. | 13-School Prob./Truancy | MA - Maternal Aunt | 99-000 - Other(Out of State) |
| 14-Hospital | 14-School Prob./Behavior | MC - Maternal Cousin | |
| 15-Law Enforce.Agency | 15-Drug/Alcohol Prob. | MGF - Maternal Grandfather | |
| 16-School | 16-Placement | MGM - Maternal Grandmother | (Circle One) |
| 17-Day Care Staff | 17-Day Care/Place.Prevnt. | MU - Maternal Uncle | |
| 18-Clergy | 18-Court Ordered Super. | O - Other (Not a Relative) | Placement Resolved |
| 19-Residential Fac. | 19-Medical Clearance | R - Other Relative | |
| 20-Coroner | 20-Home Study | PA - Paternal Aunt | Vol. C.O. P.C. |
| 21-Courts | 21-Teenage Pregnancy | PC - Paramour | |
| 22-Pub.MH/MR Agency | 22-Adoption Services | PC - Paternal Cousin | |
| 23-Other Priv.Soc.Svcs. | 23-Maternity Services | PE - Perpetrator | |
| 24-Other | 24-Hospitalized Parent | PGF - Paternal Grandfather | (Check All That Apply) |
| | 25-Information/Referral | PGM - Paternal Grandmother | |
| | 26-Inappropriate Discip. | PU - Paternal Uncle | WI - Worker Informed ▢ |
| | 27-Other | B - Step-brother | |
| | 28-Protective Services * | F - Step-father | WP - Worker Phone ▢ |
| | | S - Sister | |
| ACTIVE WORKER: _Breman_ | | M - Stepmother | Contact with Supv. ☒ |
| | | E - Step-sister | |
| | | | Supv. Out ▢ |
| | | | Supv. Phone Work ▢ |

Problem Identified by Referral Source: (Include information on prior Childline Numbers & prior CYS involvement)

② CATERRI 40-03912 3/11/85 Indic on
Babysitter Frank Buslo - Dev. Sex. Intrcurse
Sex. Assault.

③ Donald 40-03998 5/2/85 - Indic on
Frank Buslo - Dev. Sex. Intercurse.

FELL-00001998

Page II

INTAKE WORKER: _____ J Eston _____ FAMILY NAME: _____ Sen _____

DATE: _____ 1-14-94 _____ AND TIME: _____ 1020 _____

Last,    First

WITH SUBJECT OR REPORT WHERE APPLICABLE.                    OF CONTACT

1.  Source of knowledge of situation:

____ Observed    ____ Told by another party    Date: _1-14_____

Who: _(C) told mgm man hit her_____

2.  Actions taken or about to be taken:

____ Photographs    ____ Hospitalization    Discharge Date: _____

____ Medical Exam    Who _____

__X__ Police Notified    Who _WB_____

____ Emergency Custody Taken    Other (specify) _____

_____

3.A) Present location of child: _C Mom next door_____

_____

B)  School or Day Care (name & address) _None_____

_____

Grade ____    ____Regular Class    ____Special Class

C)  Present location of parents/caretaker/perpetrator:

REDACTED - FELL

_____

4.  SPECIFIC ALLEGATIONS:

A)  Date of Incident: _____ 1-14 _____ SRR'

B)  Describe Incident: _Pep hit (C) across face, Split_
_lip open. Police at scene. Another (C)_

Page III

C)  Where did alleged abuse/neglect occur?  _Mothers home_

D)  Child's current condition?  _____

E)  Freqency or severity of alleged abuse/neglect: - _Ongoing_

For elaboration of incident, please go to page 4, #8.

5.  **ADDITIONAL RISK FACTORS:  CHILD**
    Describe any physical, mental or behavioral factors that may place the
    child at risk:

    _Xmi Ka_ _____

6.  **ADDITIONAL RISK FACTORS:  FAMILY**
    A. Describe any caretaker/perpetrator characteristics that place the child
    at risk:
       _Alcohol abuse_

    B. Is there any substance abuse in the household?  ____ No    ____ Unknown
       __/__ Yes.    If yes, please explain:
            _AC wrmon report_

    C. Does caretaker/perpetrator have a history of violence or severe
    emotional problems?

       ____ No    ____ Unknown    __/__ Yes    If yes, please explain:
            _mom reports for purmat,_
            _Sex in front of (c)_

FELL-00002000

Page IV

D. What is the environmental condition of the home?  _Cramped_

_____

_____

7. A)  Will child be at risk due to CYS involvement?  ____ No  ‾‾‾‾ Unknown

   ____ Yes.  If yes, please explain:

   _____

   _____

   B)  Present involvement/cooperation with community services:  _____
   
   _CPS Deonna Gamda_

   _____

   _____

--------------------------------------------------------------------

8.        Problem Identified by Referral Source  (continued)

_who lives c̄ Mom Corinna Fogel at Debbie at den._
_Debbie drunk & hit Terri. Debbie babysitting 4 yr_
_old Joly. Police reg. Assist & custody_
_Police cite Mom for slap due to intox + temper_

_____

_____

_____

_____

_____

_____

_____

FELL-00002001

ASSIGNED OR
CRISIS WORKER _J Ester_    FAMILY NAME: _Jell_
Last,        First
DATE: _1/15_ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT WHERE
APPLICABLE.

9.          A.) CHILD SEEN IMMEDIATELY: Yes _____    No _____

RATIONALE FOR DECISION TO SEE CHILD IMMEDIATELY OR NOT:

_____c̄ mom safe - Terri_____

_____Joey c̄ his mom_____

B.) WORKER OUT: Circumstances: _____

_____

_____

10.          PROBLEMS IDENTIFIED BY CHILD(REN); FAMILY MEMBERS; PERPETRATOR
- Identify persons interviewed by name.    (If section not applicable, indicate
N/A):

A.  Present location of child: _Terri c̄ Mom_____

_____Joey c̄ Christna_____

B.  Type, extent and time frame of alleged abuse/(neglect:)

(C) Left c̄ mom inhubriated .

C.  Present location of alleged perpetrator and
(perpetrator's) access to child: _____

_____mom to terry - have until foster or hosp. -_____

D.  Alleged injuries to child.  If so, what type? _____

_____Split Lip_____

E.  Need for medical attention and if medical evaluation
has already occurred, what was result? ___no___

_____

F.  Is there any appropriate adult ally for the child?

_____Grandmom_____

_____

Document any other pertinent data related by above source(s):

FELL-00002002

SCREENER OR
CRISIS WORKER: J. Eston    FAMILY NAME  Sell

                                          Last,      First

DATE: 1-14-94 & TIME: 1000    OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

11.          SCREENER/CRISIS WORKER'S ASSESSMENT

          This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies.  It should reflect the tying together of information on the contact
sheets.
*****************************************************************************

Police confirm Debbie intox. & Mom Theresa Sharpe will keep
(C) Teri ē moms Agreement. No avail relatives for 4 yr
old · Ms. Sharpe refuses to keep this (C). Plan made
after consult ē J. Madden for WB Police to take emerg Cust.
F.P. Patty Hornbey Agreed to come to WB Police Station
for Joey. As police about to leave residence Mr
Fogel Arrives - sober - (C) released to Her. Too late
to stop F.P. from travel. To be followed up by
ongoing worker. Mom says Debbie constantly
drunk + has sex in presence of (C). Mom to keep
(C) at her home.

ASSIGNED WORKER: _____ FAMILY NAME: _____

                                                      Last,          First

DATE: _____ & TIME: _____OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE. '

12.        ASSIGNED WORKER'S ASSESSMENT

            This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies.  It should reflect the tying together of information on the contact
sheets.
*****************************************************************************

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FELL-00002004

13.         STATUS OF EVALUATION OF CHILD ABUSE ALLEGATION (This section is
to be completed by CPS Intake only):

            Include status determination, basis for status, date CY-48
sent to Childline, and MDT staffing date recommendations, if applicable.
*************************************************************************

_____

_____

_____

_____

14.         RESULTS OF INTAKE INVESTIGATION/ASSESSMENT:

            Worker should document results of Intake Assessment and
state rationale for transfer/closure of case at CYS.   If further CYS
involvement is/is not warranted, specifically state rationale; i.e., issues of
abuse or neglect.   Include family's present involvement with other community
agencies and/or any referrals, written or verbal, given to the family.
Include staffing date, if case is to be opened for ongoing services at CYS.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.  DATE INTAKE COMPLETED/CLOSED:_____    By: _____
                                                    Caseworker

                                     Reviewed By: _____
Date Transcribed:                                   Supervisor

FELL-00002005

# EXHIBIT 178

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: *Bell*

ADDRESS:

MONTH: *January 1993*

WORKER: *J Kolde*

CONTACTS

1. ) GOAL OF CONTACT: (PURPOSE)
2. ) OUTCOME: (WHAT TRANSPIRED)

Date: 1-19-94

Location: *Phone*

Who Seen: *Theresa Shupe*

*Tere was stabbing between at her husband, Annie is on probation but has not been to any of the meeting, she is suspended from can go School - Terri has no evidence guns - House is dirty, a hell - Child was infected with lice*

1. ) Re Case - *Terri Goes to Pan Hand School*

2. ) *Daughter Starts Drinking. Heavy - left Thanksgiving & 2 mos & left kid behind. Drank all last week. Christine Kegel & 14 yr old. Heard Scream - Tom was screaming Terri was mixed up. Donald hit her back so he is not afraid of her - Physical actions Terri wants to come go home - She won't have anything to do.*

FELL-00002006

Danny birth c/o - Police have been to the home -

It is a rathouse - Danny ran away 3 days -

Terri can stay there the night.

Debbie did send some clothes over -

Terri is 11 & fits a 4 yr old clothes.

FELL-00002007

# EXHIBIT 179

CONTACT SHEET

CASE NUMBER:

MONTH: January 1994

CLIENT NAME: Fell

WORKER: [signature]

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 1-24-94

Location: Phone

Who Seen: Debbie Fell
Al Walczys

M Sgt Christine Came home
huls — Debbie say
ke called the Police
Rertan stole Mong of
Debbie

The said she was
to ashamed to Faty tat
d did say she was
"Nasty Bitch" when she
s Drinking

1. ) Re Case

2. ) Ms admits slapping he
on the mouth - She says
he son beats her - Rany
out her lip — They wanted
a little slave. Mother pays
Child has no clues ✓
TERRI says Allowance $5,00
TERRI was crying &
was slapping he all over
these house was condemed - they gay
any to get her out of home.

FELL-00002008

She got citation & Cops [illegible]

[illegible] silence She [illegible] had a [illegible]

[illegible]

[illegible]

She goes into total Drug Denial

Al will leave —

[illegible]

TERRI was GoING out to stay with Friend.

[illegible] was told to be Done —

She did not appear fearful

FELL-00002009

# EXHIBIT 180

**CONTACT SHEET**

CASE NUMBER:

CLIENT NAME: Stacy Fell

ADDRESS:

MONTH: Jan 94

WORKER: J Kalleher

| CONTACTS | 1.) GOAL OF CONTACT: (PURPOSE)<br>2.) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 1-24-94<br>Location: Home<br>Who Seen: [illegible] Stacy & Terri | 1.) Re Case<br><br>2.) She usually goes out after lunch with Dad. She used to drink FRI, SAT, Sun. Terri told her she gets upset when Mom is drunk. Mom will make her go to bed early but Dad will tell Mom to come down because it too early. Child says she wants to go home because she misses dog, cat (Cats) & Dad & Most of Pets are there. |

with his Westerns to see ...ey. Terri says he loathe ...Mental. Debbie went to ...(w/B Guy) they drunk.

...bbie was drunk day the Thanksgiving according to ...ERRY.

...esa says Mom drinking ...e than every two ...eks.

Gram is making trouble - Mom told her she would be removed. Debbie feels cooking & washing clothes couple of months ago. No fell down step at Rescue Tavern. Will say her brother slaps her. Father tired & keeps her home. Al tries to put stability in there - "Danny gets Mean" - Boy won't go to School - Last time she stays in back of school there supposedly in two hours. Sometime Tara in Dec. forty-two Plum arrested Roger drunkenness. Terri say Chester Smith's lot. Al was drunk & Mad at her she is sick, he here. Als would say to Stephen - he goes to hit her - Al one time shoved her & she would like to - Mo does work hard - Place is pigsty.

FELL-00002011

# EXHIBIT 181

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: Feb- 94

WORKER: J Kuhl

---

| CONTACTS | 1.) GOAL OF CONTACT: (PURPOSE) |
| | 2.) OUTCOME: (WHAT TRANSPIRED) |

---

Date: 2-4-93

Location: Phone

Who Seen: Debbie Fell
Donald Fell

Stop pulling his hair
& screwdriver inched
his arms. Then called
police. He did not
need Medical Treatment
AP went next door to her
MO & explained
Situation. Child refuses
to take Medication,
Children's Service Center
Dear Joyce

1.) Re Case

2. Child said he was stabbed
on purpose but had extreme
attitude & didn't want
to be bothered & left room
He is still refusing to go to
School. Mo called Probation
Officer & He is going to
call back Next week. (Mr Nylon)
(the COP) states she had
screwdriver in hand trying to
fix phone wires, He (Ch) ripped
them out & took one phone next
door. Ch ripped her hair
out — she went to grab hands to

FELL-00002012

When questioned why she went on a Bender
D.P. says neither will listens -
although ████ NOT TOO BAD -
D.P. says Elloy was no help -
Debbie agrees during was not an answer
& She is willing to go to counseling
Doug has been in School only 4 DAys this year.
He is on probation for not going to School
"Bubbi" is mad because M. called Probation Officer today
Bubba took her. & M's pills & Sold them
He got Nasty after he was sexually abused.
He has been hospitalized 4 times - boys told me
they can't brought her anger till child wants.
Child can't be stopped from going out -
She wants to go to family counseling.
Child said "Don't fucking talk to Me"
Child is totally out of control.
Possible Referral to All - St Michael's Child beat
                                    sitter's

FELL-00002013

# EXHIBIT 182

CONTACT SHEET

CASE NUMBER:                              MONTH: March 1994
CLIENT NAME: Fell                        WORKER: J Forlake
ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 2-10-94.        1. )    Re Case
Location: Phone
Who Seen: Theresa Shepp    2. )  Donny not going to School
                          Mr. Nylon regarding School
                          Will not go to Partial Hospitalization
                          She has been drinking all
                          week Therma Told her the
                          was going to get Donny back
                          to School - [redacted] Hayng award
                          Jason Peets + Kid left
                          Alone.

FELL-00002014

# EXHIBIT 183