My name is Mary Bell. I am 45 years old. I knew Debbie Fell for a few years before she died. I used to hang out with her, Jeff Van Buren, Dora Carter, her boyfriend, and Dodi and Jerry Whitford. All of us were using crack cocaine at the time. Dodi and Jerry are deceased now. They both died from alcoholism.

I smoked crack with Debbie Fell. She was a big drinker also. She liked amphetamines too. Amphetamines put you completely out of your mind, for real. I saw Debbie snort powder cocaine a few times at my friend Jodi Stone's house. Jodi is dead now too. She overdosed. Since my boyfriend Jeff Van Buren and I got together about 10 or 11 years ago, we've lost over a dozen people that we've known together in Rutland. They all overdosed.

Gina Sparks was a crack dealer, and a lot of us got our crack and powder from her, and from her brother George Sparks. Debbie used to smoke a lot of crack with a guy in her building named Ray Bartley. His girlfriend was the one who ended up cleaning up the apartment after they had been killed. He would throw a $100 piece of crack on the pipe and suck it down. He finished it in one hit. Debbie and Ray smoked a lot of crack together.

I met all of these people through my boyfriend Jeff. I hadn't known Debbie for all that long before she was killed. I had seen Debbie and Tim together snorting powder cocaine. I went and got Debbie an 8-ball one time. An 8-ball is one eighth of an ounce of cocaine. This is a lot of cocaine for one person, enough to overdose on.

FELL-00002498

Debbie paid $250 for it. That night Debbie and I started getting high at my friend Jodi Stone's house and then we ended up at Debbie's house. I didn't party with Debbie that much so that night stands out. Jeff and Tim showed up when we got back to Debbie's. Tim was coming home from work so Debbie wanted to get back there. They had wall to wall beer cans in that place. Debbie and Tim would drink with each other beer for beer.

Debbie really liked to drink when I knew her. She was drunk most of the times I ever saw her. She drank an 18-pack or a 24-pack all by herself. At that time, I drank three 12-packs of Twisted Teas in one night. Then on top of all that booze, we were using crack cocaine and other drugs.

Before Debbie's son came up, Debbie tried to cut back on her drinking. She wanted to clean up for her son. She had been drinking a lot and she was drunk and high most of the times I saw her. But for a little while, she cut back tremendously from what she had been doing. She didn't stop drinking, but she cut down to a few beers each night. Her cutting down didn't last long though. A couple days after her son came up, she was back to normal, drinking a whole lot. And she was back to smoking crack, snorting powder cocaine, and using other drugs.

There were a couple other times I partied with her at her house while her son Donny was there, before his friend showed up. Debbie and I smoked crack together on those nights. I saw Donny smoking pot and snorting pills. He got the



FELL-00002499

pills from Kevin Bodette. They were amphetamines, maybe Adderol. I call them smurf pills because they make your nose blue on the inside. This was before that other kid came up.

After that other kid showed up, things changed at the house. Debbie and Donny weren't getting along. I had met Debbie right before her son Donny came up. Donny was all right in the beginning. It was after the friend came that it got a lot worse over there. That other kid gave me the creeps. I didn't like him one bit.

I saw Donny and his friend both smoking pot and snorting pills at Debbie's house. Debbie wasn't hiding her drug use from them and they weren't hiding their drug use from her. They would all use together in front of each other. I have seen a lot of the drugs they were using make people violent.

I used drugs for __30__ years and it was hard to finally get sober. I am eight years sober.

I was not contacted by anyone regarding the Donald Fell case until 2010 during his appeal. The police and the FBI did not contact me and the lawyers who represented him at trial did not contact me. I have been living in Rutland since _I was born_. I have been living with Jeff Van Buren for the past __12__ years. I know several people who testified or were questioned by police in the case. Any of them could have told the lawyers where to find me.

3

FELL-00002500

I have had the opportunity to review and correct the foregoing $\underline{3}$ pages. I have been given the opportunity to make any corrections, additions, and deletions that I see fit. I declare under penalty of perjury that the above statement is true and accurate to the best of my knowledge.

Date: 3-11-2011

Mary Bell

Witness

4 MB