



FELL-00002686



DEFENDANT'S
EXHIBIT

FELL-00002687



FELL-00002688





FELL-00002690





FELL-00002692



FELL-00002693



FELL-00002694



DEFENDANT'S
EXHIBIT



FELL-00002696





FELL-00002698



DEFENDANT'S
EXHIBIT

FELL-00002699



FELL-00002700