NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.                                                    Case No: 2:01-cr-00012-wks-1

DONALD FELL

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Wednesday, June 1, 2011, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Scheduling Conference.**

Location: Courtroom 542                              JEFFREY S. EATON, Clerk
Date of Notice: 5/3/2011

                                                     By /s/Joanne A. Muir
                                                     Deputy Clerk

TO:

William B. Darrow, AUSA

Richard I. Rubin, Esq.
Lewis J. Liman, Esq.
Cathleen Price, Esq.
Avram E. Luft, Esq.

Anne Nichols, Court Reporter

**Defendant will not be present for this hearing.