UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

--------------------------------------------------------------------- X
                                                         :

DONALD FELL,                               :

                        Movant,         :

                    - against -         :        2:01-CR-12

                                                           :

UNITED STATES OF AMERICA,       :

                     Respondent.     :

                                                          :

--------------------------------------------------------------------- X

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM

Movant Donald Fell, through undersigned counsel, respectfully seeks leave pursuant to Local Rule of Procedure 7(a)(4) to file an overlength memorandum of no more than 25 pages, excluding exhibits and appendices, in support of his motion for authorization to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Court.  The United States Attorney's Office does not oppose this request.

Mr. Fell raised numerous claims for relief in the 2255 Motion, including claims of ineffective assistance of counsel, prosecutorial misconduct and Brady claims.  Due to the scope of Mr. Fell's claims and discovery requests, Mr. Fell requires up to 25 pages in order to demonstrate good cause to seek the requested discovery.   Mr. Fell therefore respectfully requests that the Court allow him to file a memorandum of no more than 25 pages.  A Proposed Order is attached as Exhibit A to this motion.

*[Signature page follows.]*

Dated: May 5, 2011
New York, New York

RESPECTFULLY SUBMITTED,

/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999
lliman@cgsh.com

Dated: May 5, 2011
New York, New York

/s/ Cathleen I. Price
CATHLEEN I. PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

Dated: May 5, 2011
Barre, Vermont

/s/ Richard Rubin
RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

ATTORNEYS FOR MOVANT, DONALD
FELL