# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------------ X
                                       :

DONALD FELL,                          :

              Movant,          :

          - against -       :     2:01-CR-12

                              :

UNITED STATES OF AMERICA,     :

          Respondent.     :

                              :

------------------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a memorandum in support of his forthcoming motion seeking leave to conduct discovery that is no longer than 25 pages, excluding exhibits and appendices.

It is so ORDERED this ___ day of _____, 2011.

_____
William K. Sessions, III
United States District Judge