UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

```
------------------------------------------------------------------- X
                                                                    :
DONALD FELL,                                                        :
                                                                    :
                            Movant,                                 :
                                                                    :        2:01-CR-12
                     - against -                                    :
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                            Respondent.                             :
                                                                    :
                                                                    :
------------------------------------------------------------------- X
```

## MOTION FOR LEAVE TO CONDUCT DISCOVERY

Movant Donald Fell, through undersigned counsel, pursuant to the Fifth, Sixth and Eighth Amendments to the United States Constitution, and pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings, moves this Court for leave to conduct discovery.

For the reasons set forth in the accompanying Memorandum in Support, Mr. Fell respectfully requests that the Court enter the proposed Order, attached hereto as Exhibit A, authorizing him to conduct the requested discovery pursuant to the Federal Rules of Civil and Criminal Procedure, and to serve document requests and subpoenas pursuant to those rules.

Dated: May 5, 2011                          RESPECTFULLY SUBMITTED,
New York, New York

                                            /s/ Lewis J. Liman
                                            LEWIS J. LIMAN
                                            Cleary Gottlieb Steen & Hamilton LLP
                                            1 Liberty Plaza
                                            New York, New York 10006
                                            (212) 225-2550
                                            Fax: (212) 225-3999
                                            lliman@cgsh.com

Dated: May 5, 2011
New York, New York

        /s/ Cathleen I. Price

        CATHLEEN I. PRICE
        P.O. Box 321762
        New York, NY 10032
        (212) 998-6193

Dated: May 5, 2011
Barre, Vermont

        /s/ Richard Rubin

        RICHARD RUBIN
        Rubin, Kidney, Myer & DeWolfe
        237 N. Main Street
        Barre, Vermont, 05641-4125
        (802) 479-2514
        Fax: (802) 479-2516

        ATTORNEYS FOR MOVANT,
        DONALD FELL