# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

----------------------------------------------------------------------- X
                    :

DONALD FELL,                    :

          Movant,          :

      - against -         :     2:01-CR-12

                    :

UNITED STATES OF AMERICA,    :

         Respondent.     :

                    :

----------------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING DONALD FELL'S MOTION
## FOR LEAVE TO CONDUCT DISCOVERY

Upon Movant Donald Fell's Motion for Leave to Conduct Discovery and Memorandum in Support, pursuant to the Fifth, Sixth and Eighth Amendments to the United States Constitution and Rule 6 of the Rules Governing 28 U.S.C. § 2255 Proceedings, in connection with his Motion For Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and For a New Trial Pursuant to 28 U.S.C. § 2255 of March 21, 2011, it is hereby:

ORDERED that, after considering the Motion for Leave to Conduct Discovery and the Memorandum in Support, the Court is of the opinion that said motion should be GRANTED, and that Mr. Fell shall be granted leave to conduct discovery pursuant to the Federal Rules of Civil and Criminal Procedure as requested in that motion and memorandum in support.

It is so ORDERED this ___ day of _____, 2011.

_____
William K. Sessions, III
United States District Judge