**UNITED STATES DISTRICT COURT**

**DISTRICT OF VERMONT**

**<u>CERTIFICATE OF SERVICE</u>**

I, Lewis J. Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 5, 2011, I electronically filed with the Clerk of Court the following documents:

Motion for Leave to Conduct Discovery

Attached Exhibit A to the Motion for Leave to Conduct Discovery (Proposed Order)

Attached Memorandum in Support of the Motion for Leave to Conduct Discovery

using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing (NEF) to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated: May 5, 2011
New York, New York

/s/ Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
lliman@cgsh.com