**APPENDIX B**

**<u>Documents Sought from the Federal Bureau of Investigation</u>**

1. Any and all records referring to Christopher Eike, including unredacted versions of documents, records and communications, including but not limited to 302s and 340s.

2. Any and all records relating to Francis Bellantoni, including, but not limited to the 302 or other interview documentation of any interview with Mr. Bellantoni conducted by the FBI, U.S. Attorney, or any other law enforcement agency.

3. Any and all 302s listed in Dr. Welner's report or not otherwise turned over to the defense, as described in Appendix A.

4. Any and all investigatory documents, including any and all records, notes, communications and other documents collected during the FBI's investigation of Mr. Fell's and Mr. Lee's history and background, including but not limited to any documentation underlying the FBI's initial report on Mr. Fell and Mr. Lee compiled in early 2001.

5. Any and all records describing incidences in which Mr. Lee exhibited violent or aggressive tendencies.

6. Any and all records pertaining to Mr. Lee's criminal history, including but not limited to records that show any history of arrests, charges, convictions and incarcerations in county, state or federal prison.

7. All records regarding Mr. Lee's medical, mental health and substance abuse history, including but not limited to medical and mental health records, psychotherapy notes, diagnosis and treatment records, and any and all records regarding Mr. Lee's prison record at the Northwest State Correctional Facility.

8. Any and all other records regarding Mr. Lee.

9. Any and all physical evidence, records, notes and other documents relating to the Dover Plains crime scene, including but not limited to:

    a. Any physical evidence obtained from the crime scene during any investigation;

    b. Any depiction of the crime scene, including photographs and/or videos taken during any investigation;

    c. Any communications between the state and local police agencies and the FBI regarding the Dover Plains crime scene.

10. Any and all physical evidence, records, notes, communications and other documents relating to the death of Mrs. King.

11. Any and all physical evidence, records, notes, communications and other documents relating to the Rutland crime scene, including but not limited to:

    a. Any physical evidence obtained from the crime scene during any investigation;

    b. Any depiction of the crime scene, including photographs and/or videos taken during any investigation;

    c.   Any communications between the state and local police agencies and the FBI regarding the Rutland crime scene.

12. Any and all physical evidence, photographs, records, notes, communications and other documents relating to the autopsies of Debra Fell and Charles Conway.

13. The pipes found in the car upon Mr. Fell and Mr. Lee's arrest in Clarksville, Arkansas, and the results of any and all testing done on the pipes or substances contained in the pipes.

14. Any results of testing done on the brown liquid and Marlboro box with plastic baggies that were found in the car upon Mr. Fell and Mr. Lee's arrest in Clarksville, Arkansas.

15. A complete inventory list of all evidence taken from the Rutland crime scene.

16. In general, and for the reasons set out above and in the Initial Discovery Request, Mr. Fell requests unredacted versions of all redacted documents produced to Mr. Fell pursuant to his FOIA request and all documents listed as withheld by the FBI pursuant to Mr. Fell's FOIA request.