**APPENDIX C**

**Documents Sought from the Office of the Attorney General of the United States**

1. Any and all records relating to Mr. Fell's criminal prosecution in the Federal District Court, District of Vermont, Case No. 2:01-CR-12, including any and all records relating to his October 2001 plea agreement to resolve the charges against him with a sentence of life without parole; to the Attorney General's decision to reject the October 2001 plea agreement; and to the 2002 decision to reject a bench trial on sentencing.

2. Mr. Fell's "Death Penalty Evaluation Form."