**APPENDIX D**

**Documents Sought from the United States Marshals Service**

1.  Unredacted versions of the any and all records referencing or relating to Mr. Fell, including, but not limited to unredacted versions of any and all reports from the Vermont Department of Corrections documenting Mr. Fell's disciplinary incidents of March 17, 2004 and April 9, 2005.

2.  Unredacted versions of any and all records referencing or relating to Robert Lee.