**APPENDIX E**

**Documents Sought from the Vermont Department of Corrections and the Northwest State Correctional Facility**

1. All records relating to Mr. Fell's disciplinary incident on March 17, 2004 that describe Correctional Officer Pelkey's interactions with and actions towards Mr. Fell, including, but not limited to the incident report detailing that Officer Pelkey advanced toward Mr. Fell.

2. All documents and communications regarding the videotapes of the March 17, 2004 incident, including documentation regarding when and how the Government received such videotape.

3. Any and all videotapes of any disciplinary incidents involving Mr. Fell.

4. Any and all records regarding the disciplinary history of Officer Marc Pelkey, including, but not limited to records of any suspensions or other sanctions levied against Officer Pelkey for his treatment of inmates or for any other reason, documentation of disciplinary hearings and evaluations.

5. Any and all records evidencing disciplinary incidents with any inmates in which Officer Pelkey used force against the inmates.

6. Any and all inmate complaints or grievances lodged against Officer Pelkey.

7. Documentation regarding any voluntary or mandated programming Officer Pelkey was involved with, including, but not limited to anger management courses.

8. Any and all documentation of the disciplinary histories and grievances filed against the other correctional officers involved in Mr. Fell's March 17, 2004 and April 9, 2005 incidents, and other correctional officers that were the subjects of various grievances filed by Mr. Fell, including, but not limited to records of disciplinary sanctions, hearings, evaluations and mandated programming, such as anger management classes.