UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

--------------------------------------------------------------------- X
                                                                      :
DONALD FELL,                                                          :
                                                                      :
                           Movant,                                   :
                                                                      :          2:01-CR-12
                   - against -                                        :
                                                                      :
UNITED STATES OF AMERICA,                                             :
                                                                      :
                           Respondent.                               :
                                                                      :
                                                                      :
--------------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S MOTION FOR
## LEAVE TO FILE AN OVERLENGTH MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength

Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a memorandum in support of his

forthcoming motion seeking leave to conduct discovery that is no longer than 25 pages,

excluding exhibits and appendices.


It is so ORDERED this 6th day of May, 2011.


                            _/s/ William K. Sessions III
                           William K. Sessions, III
                           United States District Judge