UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:01-CR-12 |
| | ) | |
| DONALD FELL | ) | |

MOTION OF THE UNITED STATES TO CONTINUE TIME TO FILE RESPONSE

The United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, moves the Court for additional time to respond to the "Motion for Leave to Conduct Discovery," filed May 6, 2011.

The motion was filed with a 26-page supporting memorandum proposing extensive discovery by subpoena. The motion arises from and summarizes arguments in the 365-page habeas motion submitted (with six volumes of exhibits) by Fell's new lawyers at Cleary Gottlieb, a large New York law firm.

Fell's motions seek to undermine the jury verdict at the 2005 trial. The motions assert various facts contested by the government. The discovery motion proposes a multitude of subpoenas seeking broad discovery as to those purported facts. Some of the discovery proposed may be provided by the government absent subpoena, while other discovery, in the government's view, is unwarranted. Legal issues also arise, such as whether the parties may subpoena each other, whether some of the entities which Fell proposes to subpoena separately (the FBI for example) are part of the government, such that related discovery should go through the government's counsel, and whether privileges protect various matters which Fell wishes to probe.

Generally, the U.S. Attorney's Office in Vermont cannot respond appropriately to Fell's discovery motion within the usual 14-day limit. A 30-day continuance of the time to respond is requested, until June 20, 2011. The government has conferred with counsel regarding this request but has not learned counsel's position.

Dated at Burlington, in the District of Vermont, this 20th day of May, 2011.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney


By:    /s/ *William B. Darrow*
       WILLIAM B. DARROW
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       Bill.Darrow@usdoj.gov