UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          No. 2:01-CR-12
                                  )
DONALD FELL                       )

## CERTIFICATE OF SERVICE

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, do hereby certify that on May 20, 2011, I electronically filed the **Motion of the**

**United States to Continue Time to File Response** with the Clerk of the Court using the

CM/ECF system.  The CM/ECF system will provide service of such filing(s) via Notice of

Electronic Filing (NEF) to the following NEF parties:

Cathleen Price, Esq.

Lewis J. Liman, Esq.

Richard I. Rubin, Esq.

Dated and signed at Burlington, Vermont this 20th day of May, 2011.

By:     /s/ *Laura L. Harvey*
        LAURA L. HARVEY
        Legal Assistant
        U.S. Attorney's Office
        P.O. Box 570
        Burlington, VT   05402
        (802) 951-6725
        Laura.Harvey@usdoj.gov