UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA     )
                             )
        v.                   )          No. 2:01-CR-12
                             )
DONALD FELL                  )

MOTION OF THE UNITED STATES TO CONTINUE TIME TO FILE RESPONSE

The United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, moves the Court for an additional one-week to respond to Fell's "Motion for Leave to Conduct Discovery."

The motion arises from Fell's 365-page habeas motion, accompanied by six volumes of exhibits.  The Court granted the government's prior motion to continue the response time to June 20, 2011.  Counsel for the government and Fell have scheduled a June 21, 2011 telephone conference to discuss the discovery motion and attempt to streamline the issues.  The government respectfully submits that another week in which to file a response would be helpful.  Counsel for Fell does not oppose this request.

Dated at Burlington, in the District of Vermont, this 20th day of June, 2011.

                                    Respectfully submitted,

                                    UNITED STATES OF AMERICA

                                    TRISTRAM J. COFFIN
                                    United States Attorney

                        By:     /s/ William B. Darrow
                                    WILLIAM B. DARROW
                                    Assistant U.S. Attorney
                                    P.O. Box 570
                                    Burlington, VT 05402-0570
                                    (802) 951-6725