UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:01-CR-12 |
| | ) | |
| DONALD FELL | ) | |

## CERTIFICATE OF SERVICE

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, do hereby certify that on June 27, 2011, I electronically filed the **Opposition of the**

**United States to Fell's Discovery Motion** with the Clerk of the Court using the CM/ECF

system.  The CM/ECF system will provide service of such filing(s) via Notice of Electronic

Filing (NEF) to the following NEF parties:

Cathleen Price, Esq.

Lewis J. Liman, Esq.

Richard I. Rubin, Esq.

Dated and signed at Burlington, Vermont this 27th day of June, 2011.

By:    /s/ *Laura L. Harvey*
LAURA L. HARVEY
Legal Assistant
U.S. Attorney's Office
P.O. Box 570
Burlington, VT   05402
(802) 951-6725
Laura.Harvey@usdoj.gov