UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
------------------------------------------------------------------ X
                                                     :

DONALD FELL,                                                       :

                      Movant,                        :

             - against -                          :        2:01-CR-12-01

UNITED STATES OF AMERICA,                                          :

               Respondent.                     :

                                                     :
------------------------------------------------------------------ X

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Donald Fell, by and through undersigned counsel, hereby respectfully requests that the Court grant a continuance of thirty days to file a Reply Memorandum of Law in Support of his Motion for Leave to File Discovery to and including August 26, 2011. Counsel requests this continuance due to unforeseen scheduling conflicts. Counsel for the Government do not oppose this Motion.

*[Signature page follows.]*

Dated: July 18, 2011
New York, New York

RESPECTFULLY SUBMITTED,

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

CATHLEEN PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on July 18, 2011, I electronically filed with the Clerk of the Court the following:

Unopposed Motion for Continuance

Using the CM/ECF system on behalf of Donald Fell. The CM/ECF system will provide service of such filings via Notice of Electronic Filing (NEF) to all parties with an e-mail address of record, who appeared and consent to electronic service in this action.

Dated:  New York, New York
      July 18, 2010

_____
Lewis J. Liman