UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------ X
                                                      :

DONALD FELL,                                      :

                  Movant,              :

             - against -           :             2:01-CR-12-01

                                                   :

UNITED STATES OF AMERICA,           :

                 Respondent.        :

                                                   :

------------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR CONTINUANCE

Upon consideration of movant Donald Fell's Motion for Continuance, it is hereby:

ORDERED that Mr. Fell is granted a continuance of thirty days to file a Reply

Memorandum of Law in Support of his Motion for Leave to File Discovery to and including

August 26, 2011.

It is so ORDERED this ___ day of _____, 2011.


                                         _____

                                         William K. Sessions, III
                                         United States District Judge