UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------ X
:
DONALD FELL,
:
                          Movant,                :
                                                 :          2:01-CR-12-01
              - against -                        :
                                                 :
UNITED STATES OF AMERICA,                        :
                                                 :
                          Respondent.            :
                                                 :
                                                 :
------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING MOVANT'S
## MOTION FOR CONTINUANCE

Upon consideration of movant Donald Fell's Motion for Continuance, it is hereby:

ORDERED that Mr. Fell is granted a continuance of thirty days to file a Reply

Memorandum of Law in Support of his Motion for Leave to File Discovery to and including

August 26, 2011.

It is so ORDERED this ___ day of _____, 2011.


                                        _____
                                        William K. Sessions, III
                                        United States District Judge