UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
----------------------------------------------------------------------- X
                                                                        :
DONALD FELL,                                                            :
                                                                        :
                        Movant,                                        :
                                                                        :        2:01-CR-12-01
            - against -                                                :
                                                                        :
UNITED STATES OF AMERICA,                                              :
                                                                        :
                        Respondent.                                    :
                                                                        :
                                                                        :
----------------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S
## MOTION FOR EXTENSION OF TIME

Upon consideration of movant Donald Fell's Motion for Continuance, it is hereby:

ORDERED that Mr. Fell is granted an extension of thirty days to file a Reply

Memorandum of Law in Support of his Motion for Leave to File Discovery to and including

August 26, 2011.

It is so ORDERED this 19th day of July, 2011.


                                    /s/ William K. Sessions III
                                    William K. Sessions III
                                    United States District Judge