UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------ X
                                                                   :
DONALD FELL,                                                       :
                                                                   :
                               Movant,                            :
                                                                   :
                      - against -                                 :          2:01-CR-12
                                                                   :
UNITED STATES OF AMERICA,                                         :
                                                                   :
                               Respondent.                        :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Movant Donald Fell, through undersigned counsel, respectfully seeks leave to file an overlength reply memorandum of no more than 15 pages, in support of his motion for authorization to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts. The United States Attorney's Office has consented to this request.

Due to the scope of Mr. Fell's claims and discovery requests, the Court granted Mr. Fell 25 pages in order to demonstrate good cause to seek the requested discovery in its opening memorandum. The Government's subsequent opposition to this motion was 31 pages long; in order to adequately respond to the Government's arguments and contentions, Mr. Fell respectfully requests permission to file a reply memorandum that is five pages longer than expressly allowed under Rule 7(a)(5) of the Local Rule of Procedure, for a total of 15 pages. A Proposed Order is attached as Exhibit A to this motion.

*[Signature page follows.]*

Dated: August 26, 2011
New York, New York

RESPECTFULLY SUBMITTED,


/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

Dated: August 26, 2011
New York, New York


/s/ Cathleen I. Price
CATHLEEN I. PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

Dated: Dated: August 26, 2011
Barre, Vermont


/s/ Richard Rubin
RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

ATTORNEYS FOR MOVANT,
DONALD FELL

# UNITED STATES DISTRICT COURT

# DISTRICT OF VERMONT

## CERTIFICATE OF SERVICE

I, Lewis J. Liman, an attorney admitted to practice in the State of New York and a partner

of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On August 26, 2011, I electronically filed with the Clerk of Court (1) the Unopposed

Motion for Leave to File an Overlength Reply Memorandum, and (2) the Attached Exhibit A to

the Motion for Leave to File an Overlength Reply Memorandum (Proposed Order) using the

CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such

filings via Notice of Electronic Filing (NEF) to all parties with an e-mail address of record, who

have appeared and consent to electronic service in this action.

Dated: August 26, 2011
New York, New York

/s/ Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
lliman@cgsh.com