# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                            Movant,                                  :
                                                                     :        2:01-CR-12
                        - against -                                  :
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                            Respondent.                              :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR
### LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength

Reply Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a reply memorandum in support of

his motion seeking leave to conduct discovery that is no longer than 15 pages.

It is so ORDERED this ___ day of _____, 2011.

_____
William K. Sessions, III
United States District Judge