# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                          Movant,                                   :
                                                                     :
                       - against -                                  :        2:01-CR-12
                                                                     :
UNITED STATES OF AMERICA,                                           :
                                                                     :
                          Respondent.                               :
                                                                     :
                                                                     :
------------------------------------------------------------------- X


### [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM


Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength

Reply Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a reply memorandum in support of

his motion seeking leave to conduct discovery that is no longer than 15 pages.


It is so ORDERED this ___ day of _____, 2011.


_____
William K. Sessions, III
United States District Judge