UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

--------------------------------------------------------------------- X
        :

DONALD FELL,        :

      Movant,      :

    - against -      :    2:01-CR-12

        :

UNITED STATES OF AMERICA,    :

    Respondent.    :

        :

--------------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S MOTION FOR
## LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength

Reply Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a reply memorandum in support of

his motion seeking leave to conduct discovery that is no longer than 15 pages.

It is so ORDERED this 30th day of  August, 2011.


        /s/ William K. Sessions III
        William K. Sessions III
        United States District Judge