UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2011 OCT -7 PM 2:41

BY _____
DEPUTY CLERK

|                          |   |                 |
|--------------------------|---|-----------------|
| DONALD FELL              | ) |                 |
|                          | ) |                 |
| v.                       | ) | No. 2:01-CR-12  |
|                          | ) |                 |
| UNITED STATES OF AMERICA | ) |                 |

### SURREPLY OF THE UNITED STATES AS TO FELL'S DISCOVERY MOTION

The United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, submits this surreply in connection with Donald Fell's "Motion for Leave to Conduct Discovery."

At the June 1, 2011 scheduling hearing, the Court asked whether the Vermont U.S. Attorney's Office ("USAO") was receiving any help responding to the 365-page 28 U.S.C. § 2255 motion. The government replied in the negative. At that hearing, the government proposed to challenge aspects of the § 2255 motion, consistent with Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts (titled "Preliminary Review; Serving the Petition and Order"), providing for the Court's preliminary consideration of the motion. These matters were further addressed in the "Opposition of the United States to Fell's Discovery Motion," filed on or about June 27, 2011.

Circumstances have changed since the hearing. The USAO is very pleased to report that the U.S. Department of Justice has assigned a lawyer from it's Capital Case Unit ("CCU") to assist with this case. For approximately a month, Jacabed Rodriguez-Coss, a Trial Attorney at the Department of Justice, has been working full-time on this matter. Last week she spent several days in Vermont meeting with the USAO and reviewing materials.

Based upon the advice of new counsel, the government intends to file an answer to the

§ 2255 petition. That filing should inform both Rule 4 review and the issue of discovery. The government respectfully requests the Court to hold action on the pending discovery motion in abeyance until it has an opportunity to consider the government's answer. The scope of discovery requested is very broad, and responses would require considerable resources, both by the USAO and the other offices at issue. Prior to determining whether such discovery is warranted, the government urges the Court first to consider its answer to the § 2255 motion.

The government has been diligently working on drafting its response and expects to file it by December 1, 2011.

Dated at Burlington, in the District of Vermont, this [  ] day of October, 2011.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By:

WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:01-CR-12 |
| | ) |
| DONALD FELL | ) |

## CERTIFICATE OF SERVICE

I, Lauren B. Gebo, Secretary to the United States Attorney for the District of Vermont, do

hereby certify that on October 7, 2011, I filed the **Surreply of the United States as to Fell's**

**Discovery Motion** with the Clerk of the Court. The CM/ECF system will provide service of

such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Cathleen Price, Esq.

Lewis J. Liman, Esq.

Richard I. Rubin, Esq.

Dated and signed at Burlington, Vermont this 7th day of October, 2011.

By: _____

LAUREN B. GEBO
Secretary to U.S. Attorney
U.S. Attorney's Office
P.O. Box 570
Burlington, VT   05402
(802) 951-6725
Lauren.Gebo@usdoj.gov