**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

DONALD FELL                    )
                               )
       v.                      )          No. 2:01-CR-12
                               )
UNITED STATES OF AMERICA       )


NOTICE OF APPEARANCE

       I, Jacabed Rodriguez-Coss, hereby enter my appearance on behalf of the United States of America.

       DATED at Bridgeport, Connecticut this 1st day of December, 2011.

                                        *Jacabed Rodriguez-Coss*
                                        Jacabed Rodrigquez-Coss
                                        U.S. Attorney's Office
                                        District of Connecticut
                                        1000 Lafayette Blvd, 10th Floor
                                        Bridgeport, CT 06604
                                        203-696-3027
                                        jacabed.rodriguez-coss@usdoj.gov