# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICTS OF NORTHERN NEW YORK & VERMONT

Albany - Main Office
39 NORTH PEARL STREET
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse - Branch Office
4 CLINTON EXCHANGE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Burlington - Branch Office
110 CHERRY STREET
2ND FLOOR
BURLINGTON, VT 05401
(802)862-6990
(802)862-7836 FAX

E-Mail alex.bunin@fd.org

**Respond to Albany Office**

July 5, 2005

Hon. William K. Sessions III
Chief United States District Judge
11 Elmwood Avenue
Burlington, VT 05401

        Re: USA v. Donald Fell, No. 01-12

Dear Judge Sessions:

        This morning I received a message from Bill Darrow that Dr. Welner would be unable to complete his report without the notes of Mark Cunningham, Ph. D. We are scheduled to receive those notes later today when Dr. Cunningham returns to the United States from a vacation in Canada.

        FRCP 16 does not provide for the discovery of an expert's notes. FRE 705 allows that an expert may be required to disclose the underlying facts or data on cross-examination. While it was certainly proper for the Court to delay the cross-examination of Dr. Mills until the government received his notes, delaying Dr. Welner's report is a different matter.

        Dr. Mills will not testify until Thursday. The government will receive any notes in plenty of time to prepare a cross. However, there is no legal basis for Dr. Welner to delay the completion of his report. Dr. Cunningham's report was produced several weeks ago, and Dr. Mills was provided several years ago.

                        Respectfully submitted,

                        / s /
                        Alex Bunin

cc: Stephen Kelly, AUSA



GOVERNMENT
EXHIBIT
A

022190