1

I RobertLee wrote all 10 pages

we were all sitting in the hove having
a good time drinking a couple of beers
playing spods me and domnie were
smokeing weed his mom was not
smokeing weed but ~~thirty~~ chairley
was not with us but said he was
smokeing weed that day but not with
us we were smokeing crack cocaine
and weed and we were drinking a lot
and ~~chirl~~ chairley was drunk and he
thredent to call the cops ~~so~~ so we
told him that he was not leaving to
the morning after he slept
domies mom was drinking and was
drunk and she stayted ~~mine~~ arguieng
with domnie and I just thought what
I was going to say. but to get to the
point I was in the kitchen when
we were talking and it came up
that chairley was going to call the
cops what do we do so we pondered
and thaught about killing him domnie
grabbed a knife and handed me one
to the one with the hawk on it and
he had the black handeled steak
kmife and domnie made it very
spicifich that I had to kill his
mom he had to kill charlie

GOVERNMENT EXHIBIT
C

2

so we went into the living room
and I saw clonnie run the knife
across his -chris- throat and
charlie was passed out with his
hand on his neck at first I
did not know that he did it until
I saw blood coming down his neck
and I grabbed his mom and cut her
neck and she was moving
around saying no brinker no and
I just kept cutting away blood spewin
everwere I just kept cutting I dont know
why but we just killed two people
so clonnie looked at me and said
pack the bags I am taking a
shower so I proceded to pack
the bags clonnie got out of the
shower and I handed him a pair
of black pants and then I was
getting ready to take a shower
and after I had done that I got
out of the shower and packed
the rest of the bags I had the
little army bag and the blue bag
clonnie had the big army bag
so all of the bags were packed we
grabbed a couple of miselanus things

RC

014595

3

like two wizerds off of the shelf
and ~~true~~ them into the bags we
grabbed a camera ~~thins~~ thinking that
we can parn them so after we
got everything we thought that we
needed or or though that needed
we sat down trying to figure
out what we are going to do now
we grabbed the gun and though
about getting a car so we placed
all of the bags and the camera in the
kitchen we got the murder weapons
and proced to cleen then then donnie
wrapped them up in what I think
were a towel and placed them on
the kitchen table. anyways after
charlie threatend to ~~call the~~ cops
donnie got mad and throw the phone
with caused debbie or his mom
to ~~call the cops~~ start arugeing
and back to the other point.
after we placed all of the things that
we were tacking with us in the
kitchen we grabbed the gun and
walked down the road throw some
laundry trucking place behind uncle
some a bar we made the left
to sikkie mart hoping that we        RL

014596

4

can get somebody going into there house or cut off so we can take there car by stiffe stiffe make we tried to flag a car down by donnie standing in the middle of the road to try and stop him wile I hide behind a telephone poll but the jep. sped up and went around him so we proceded to walk down the road past the post office place so that way nobody can see up us we ended up in the parking lot at wallmart in witch by the way I was carrying the gun at the time whent up to wallmart and gave the gun to donnie were I tried to go into the store and buy some ammo because I was the only one that had one I did at the time but I walked into the store got about half way through the store and was approached by one of the workers and had been told that the store was closed so we went behind wallmart to the ontrack train station and checked a couple of cars to see if R2

014597

5

if maybe one of them would start
or maybe we can get it started
but know such luck they were
all locked to change the point
again the money that we tryRU
tryed to buy ammo with came
from demis mom she come back
to the house half way
drunk and left a ten dollar
bill it sitting on the bathroom
sink so demie found it and
told her about it one told her
that he was going to give the
money back to her in the
morning when she sobers up
so that way she can not lose
it again I say lost it because
she had forgotten that she put
it there in the first place
and was asking were it was later
that knight she was baking her
her smokes and tore hisRU cleeiefing
in her jacked out papers smokes
rooling tobacco tops andRU money
and she worned us about theile
on thanks giving that charly was
or there and kothe him we told her
to throw him out of the house RL

6

but she said no anyway the money
that she had on her legs that she
had when she was looking for her
smokes fell on to the floor when
she dropped her smokes and she
did not realize that she had
dropped it so domie picked it
up off the floor and put it into
his pocket with the rest of
the money to give back to her
in the morning when we got
up for work. To change the subject
again when we were walking
behind wallmart at the train
station trying to open the cars
we saw a truck at the wallmart
loeding deck and domie wanted to
take the truck when I looked at
him and said what are we going
to do with it disconect the
trailer and leave we would
have the cops here in seconds
so we got on to the tracks
and walked behind pizza
choppey thinking that we would
get somebody coming in or
out of the store so we sat down

RI
014599

7

by the corner of price chopper
and center teri pulled up so we
wated for her to leave the
car then we walked up to her
and I put the gun to her and
said give me the car keys she
did not want to give then to us
at first so we kept on yelling
at her give us the keys so she
gave the keys to donnie and we
told her to get in the back
seat and donnie drove back to the
house and got out of the car, after
we asked her were the button
for the trunk is to open it so
donnie got out of the car and the
light came on I told him to hurrie
up and shut it so that the light
would go off and nobody can see
the gun so he went into the
house and grabbed the things and
we left, we were all going down
the road by the mill looking for
anyway south and kept on drivin
south until donnie pulled over
into the little spot on the side
of the road and we told her to get
out and rum when we told her

014600

8

she walked five feet and tried RL
tryed to flag down a passing
motorou so donnie got out and
told her to run again she did
run another twenty feet and
stopped again so we both got
out of the car RL before we
both got out of the car we yelled
at her from the window to keep
running but she did not so we
got out of the car donnie run RL
towards her she run up a hill
I went the other way so she
camot run back up to the highway
she plummet down a hill so I stopped
her donnie run down and we told
her to clink up to the top of
the hill where Donnie RL punched her untill
she was un conshis and we both RL
grabbed a couple of rocks and they
them at her untill we though that
she was dead then we left I
was driving RL we went to
burger king got some food beeng
a smart ass I asked the guy that
was workeing if he had any weed
he said, yes come beck in five
minuts so we ate the food RL

014601

9

went back throu the guy told
us to meet him in the parking
lot so I pulled into the lot
domie got out and went to
the bathroom and the guy
come out and sated he can
get us an eaith of weed for sixty
dollars so we both kafted RL
at him and domie threw the
purse and a couple of other
things into the dumpster and
we left domie also
throu the ladies wallet out
the passenger side window before
burger king so we kept going south
just looking for some sights that
said south we ended up at a
friends house RL who had no clue
that ony of this happened made
some phone calls got some weed
ond some XtC pills and had some
fun we parked the car on a
hill went back stole a lincence
plate and threw the ones that
were on the car over a bridge
into the creek mill creek we left
there jumped onto 81 south
and filled the car with gas RL

014602

#10

we got about thirty five dollars of donnies mom and about two hundred dollars of terri enough to buy gas food beer and drugs for a wile then we ran out of gas and money at knoxsville tennece so we made a sigh saying (travelus in need of food please help god bless) and a lady gave us three dollars enough for gas to get to wall mart were we would find recits on the ground hope that they had on item of a signiffecent amount to take into the store but it had to say cash so we could go into the store and find the item and return it for the price that it was worth that is how we paid for gas and food and we just stoped at everyy wall mart on the way to get money, there was times on and off that me and donnie took turns driving and we are not shure when or where we each drove what roaeyh we took or wich way we went

 END OF STORY   RL

Witnesses:
- Edward J. Gray, Special Agent, FBI, 12/1/00 702 pm
- Shawn Harris   Shawn Harris 10-1-00 1905
- Robert Lee   DATE OF BIRTH 11-28-80   SS# 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