I am afraid That

I am afraid that if I tell you the things that float around in my head when I say them from now to my trial I am afraid that I will be track of what I am thinking for if I or such a think that I'd like you ~~at a~~ ~~of~~ ~~motionless moment or~~

I did not think that my head did that to it just poped in there struggling for an answer or a direction of where to think next and it just poped in there the thing that gets me is when I say everything so fast I empty all of the containers on other ways of means of the way I think ... I just run out of ... say for not standing up for myself once I got started I don't have step very easy like writing all of this sh*t down it keeps on flowing and does not stop ... until I have been able to locate the exact reason why I stop so they are not momentary sudden without realizing it ... to say your on fumes just kupot

that I will be happy to be happy and think about anything else except ~~full~~ I ~~not~~ care that my life is on trial I be happy then when you try the ... free ... categories such ... I suffer from momentary ... of reality only they are not momentary ... I just kupot no ...

GOVERNMENT EXHIBIT D

its killing me in here not to have
anybody to talk to but myself, not
having a friend to try to relate to
to and see how things work out.
to have somebody around that I can
except their hole self as a friendship
(or I may only just think that) that
I will give them half of myself to them
as friendship I guess that you can
say that I am two faced like a mother
fucken patern. Thou behind there
back but lichang to their face
because I feel speacial that I have
somebody to that acully wants to
speak to me or interact with me
that I will, I do anything to inter
act with them if I like them to
a point I do not have to like them all
the way just to a point like going
to church with my brother or honey
to be able to make my self feel
wanted eventhow I have on upside
down cross on my arm with three
sixes and belive the satan, but if you cant
have me with out the other then
a different story.

6X ③



momentary loss of power I wrote
myself out of prison in a second
anyway went like I

loss of though or ship

and that is like my friendship
with donnie he always has to have
his own way and if you do not
live up to his expectation he
flies throw a temper tantrum
I felt he acts his own way and me
having to do what he expects me to do
puts me into jeapordy my friendship
(or loss of it) with him and one tho
only best friend that I have ever
had in my life even though he
thinks that he can read me like
a book he cant he may know the
first few chapters but he don't know
the thing the secret half that I
have only certain people know that
I have it (or at least I think
they know) if you ask donnie
what he thinks of me I or what
he knows of me he will be able
to tell the half of the half
that I want him to see even not

7   3④

HIS SIS will Tell you

I am trying to click him around but the fact is that he is the only person that I can say that knows what what I went through when I went through it and the bullshit smell that never washes off once you have gone through it don't get me wrong I never talked to him a a personal level like what my feelings and thoug are because he liked me for the person I was playing till these years (yes my life is a big lie and I am in the middle) he was a person that though of me first when a party needed to be started or finished we would drink anybody under the table and be able to laugh about and drink more he was person that wanted me around and I did not want to lose that once we started something I would really have no choice but to finish it with him him because

he wanted me around he was my friend a person that I can relate to to a curtain point that I have never reached before just anybody else and I did not want to lose my friendship with him because I said no that he flipped out another reason is I am scared of him to a point I see a little or more of myself in him and I know that what I do see in him is force not to be reconed with there is also something about him that he has (he will tell you that he thinks its only girls but its everybody I cant explain it but he will be more than happy to tell you) but I'll give it a try, something that he has that can control people there or just something there. This is the best way that I know how to explain it when I was in florida way home with the animals there was this guy (kenny can tell you) named randle that knew how to talk to people when I worked down there I worked at a place called rayguars like a forrest park with animals



and stuff that I have to bring a
or a couple animals a monkey
panther raccoon snake alligator
hawk owl and others but I
would explain to the people about
some of the different animals how they
live what they eat how we take
care of them and when I would
be done doing my little presention
I would ask for tips and donation
for pictures holding the snake
or alligator for five dollars I use
to come back with seventyfive
hundred dollars when I did it
on the other workers averaged
about $100 tops so because they were
females and it a proven fact that femals
do better than guys in situations
life that but when randle went
there under the same conditions
he would come back with two three
four hundred dollars a play it
was the way he talked and something
about him that ~~he can~~ he can
play with the minds of others very
confident about his words he would

have a baby reaching into his
diaper and pulling out twenty
for him I watched him do it in
person more than once the guy
was a certified genious (however you
spell it) the guy could build
anything anything he was one of
the smartest guys I have ever met
a bit there there just something
about him that people like I asked
how he makes so much money
and he told me that you have
to put yourself into their head you
have to watch them judge them
and then ~~to found that they always~~
~~might to be~~ you have to think like
them to get their hand into their
back pocket take their wallet out
and give you money that is the
best that I can explain it
~~he may might say that~~ he said that the animals
are going to starve without money
dont listen it bullshit he will say that
because he does not like him ~~to me~~
but I was there I seen him work
I even helped him from time to time

⑧

but that is what I see in donnie
and I told him that but he does
not listen, he is like me thick
headed but his sister will
tell you he is very controlling

ASK Donnie
HOW I sleep
AND ATE