

I did ask to speak with them. I did it because they told me that it would make things a lot easier for me ( ~~████████~~ ~~████~~ ) they told me that the first thing that I had to do was sign a couple of papers I did not know what they were I just signed them, they tried reading them to me, but I told them that I did not understand them still they just told me to sign them. I know that they knew that I was not in the best of heads because I told them I did not know why it happend that I could see everything that had happend but it was not me doing it that the only reason that I can rember it is because it is something that you never forget (like looking out of the eyes of another person) it was not me and they told me that if I can tell them what happend to the best of my knowledge that they were going to help me out the best that they can.

GOVERNMENT EXHIBIT

E

they took advantage of me at a not so stable mind at the moment I had to million thoughts going through my head I was scared so shitless that I was died not know wich way to turn I was very vulnerable at the time I had not slept right in days not even at crises chrises house I did not sleep so I took some etc and tried somemore alcohol and weed but still could not sleep the fiyrst day or two or three or four that I have not had any drugs or alcohal having with draws not being able to eat then being couped up in that care for the to days with the constant questions of why did I throw my life away like that this it I'm freaked trying to come to reality but only so far trying to figure if the whole fucken thing is a dream how can I get help were do I go what do I do how do I live like this why do I live like this how can I be so fucken stupid trying to stay off the edge

that keeps telling me to die(right now) and then trying not to drive into a brick wall doing one twenty feeling all kinds of helplessness like it my job to put my foot down and end it, not being able to think straight the visions of death taking over my mind the faces the pain the gun the question why the face brushing my eyes with hate red and thinking that, if if the only person in the world that I would enjoy killing everytime I looked into the mirror seeing my worst enemy in my own two eyes the person that keeps getting me into trouble for no reason at all the mind will not expand far enough to come up with an answer why not even being able to find the tell tale single bit a fuckin clue and those fuckin dirty cocksuckers took advantage of me filling my already over stuffed fuckin head with a smack in face from an unknown force but piling more

guilt on top of guilt and a little
of this a little of that offer
him ciggerts if he comes thyury
more fuel into the fire out
the fire gelling it burning nice
and burring hot then put it into
a bottle and watch it
fill up with pressure that it killing
me to keep this stuff inside of
me they can see it and they kept
putting more pressure in more spots
trying to talk him off the edge
but falling the rule in how to
do it not by lying to me but
manipulleting me into the verge that
I am already about to go nute
in the first place tacking advanage
of my current mind pulling the
only strings of sanity that I had
in me at the time that were not
ocupied and then accuping them
with thuse hands and killing them one
by one wile in the meantime putting a ciggrett
into my mouth a pen in my hand
an a tape recorder in front of me.
and maching me explet



1. they never gave me a summons or ticket nothing saying why they pulled us over

2. I do not stay mad at people anymore

3. I feel like one of my favoret things about my self has been stolen And I cant seem to get it back my self estime

4. if you say that the person that you hired is going to do a good accurate would I be wrong to ask for credentials I do not want my psycriatric help done halfы fast

5. tell her to ask some questions over again more then once so she can try to get all sides of the story

6. I want to either want to be able to get the help I need or I want to die it is very in human to ~~feel~~ live with the shit I have inside me I would not wish it on my worst enemy (my self)

it is like I am a kid that is old
enough to be twenty but I act like
I am thirty but sometimes I think like
a kid I ride a bike 20 inch I watch
cartoons the best of both worlds in
the rong way

when I was at jimes or when
I lived on hurley street donnie
would be the only person beside
my brother anthony that ask me
to come hang out with them
and I am so gratfull for that
that I would hell not to let
that change

jime will you the people amith
jimes gainer clare will tell
you they are the only people
that ever called abel when they
did not I sat around the house an
drove everybody nuts

one hundret percent unlubricated
system fucken

he started saying when he died charlie
he kept saying kill her come on you
have to I killed him fucker stab
her cut her fucken through she was
on the floor moveing fuck her make
her stop stab her cut her through
some more start hacking make me
here it keep cutting now good I am
going to take a shower I went you
to start packing the clothes
and bring me some pants I walked into
the bedroom grabbed pants turned
around and seen the body on the floor
not the the one in the chair the one
on the floor because I did not never
why I just did that inside myself I
started to cry and panic that when
donnie stepped out of the bathroom after
he yelled a couple of times for his pants
grabbed me by my shoulders and
said bobby bobby do you know
what we just did do you know what
just happend are you ok I tried
to walk away but he would not let
me he kept me there asking me if I
was ok and if I packed my clothes or

not and he got pissed when I did not pack anything so he threw some cloeth at me Errol said go take a shower

he was hitting her with the gun through me the gun and told me to hit her

every time I told them something they did not want to have they said bull shit tell me what happend forcing to change my story each time I said something they did not like