---- Working Copy ----                          Page    1

Precedence:  PRIORITY                          Date:  06/14/2005

To: Philadelphia                  Attn:  Williamsport RA;
                                         SA C. Patrick Austin

From:  Albany
       Vermont - Rutland RA
       Contact:  SA Michelle C. Heilner (802-773-6455)

Approved By: McSalis William G

Drafted By:  Heilner Michelle C:mch

Case ID #: 7A-AL-44453    (Pending)

Title: ROBERT JOSEPH LEE, JR. (DECEASED);
       DONALD FELL;
       TERESCA KING - VICTIM (DECEASED);
       11/27/2000;
       KIDNAPPING/CARJACKING

Synopsis:  To set lead for interview of Christopher Eike at SCI,
Coal Township, Pennsylvania.

Administrative:  Reference telcal between SA Michelle C. Heilner
and SA C. Patrick Austin on 06/14/2005.

Details:  Captioned kidnapping/carjacking (death resulting) case
is scheduled to go to trial, in Burlington, Vermont, on
06/20/2005. Subject Donald Fell is facing the death penalty. (The
other subject, Robert Lee, Jr., "accidently" killed himself in
jail in September 2001.) During captioned investigaiton, it was
learned that both subjects, Fell and Lee, assaulted an individual
in August 2000, in Woodstock, New York, approximately three
months before the kidnapping/carjacking of victim Teresca King.
The manner to which King was killed by Fell and Lee was similar
to how they assaulted Christopher Eike, in Woodstock, New York,
in August 2000. Philadelphia/Williamsport RA is requested to
interview Christopher Eike, DOB 03/30/1983, who is currently
incarcerated in the State Correctional Institution, Coal
Township, Pennsylvania. Background of captioned case as well as
additional information regarding the assault of Eike, by Fell and
Lee, is listed below.

Background of Case:       On 11/27/2000, the Vermont State Police, in
Rutland, Vermont, initiated an investigation into the mysterious
disappearance of Teresca Ruth King, aka Terry King, of Clarendon,
Vermont.  King had last been seen at the drive-up window of the
Dunkin Donuts, Main Street, Rutland, Vermont at approximately
3:30 a.m. on 11/27/2000, while on her way to work (4am-8am shift)
at the Price Chopper grocery store.  According to records at the

---

Case ID : 7A-AL-44453                      Serial : 186



GOVERNMENT
EXHIBIT

F

Price Chopper, King did not report to work that morning.  Norman King, the victim's husband, became concerned when he returned home from work at approximately 5:30 p.m. and did not find King at home.  King's normal routine was to return home from work by 8:00 a.m. and then spend the day with her daughter and grandchildren. The Vermont State Police then entered Teresca King and her vehicle into NCIC as missing.

On 11/30/2000, the Clarksville, Arkansas Police Department stopped a vehicle matching the description of King's Dodge Neon pursuant to a motor vehicle violation.  The vehicle was missing the registered Vermont license plate and was instead displaying Pennsylvania license plate BAY8383 which had been reported stolen from Wilkes-Barre, Pennsylvania on 11/30/00.  The vehicle was being driven by Lee while Fell was in the driver's passenger seat.  The registration for the vehicle revealed the vehicle belonged to Teresca and Norman King of North Clarendon, Vermont.  The Clarksville Police Officer subsequently arrested Lee and Fell on traffic charges and misdemeanor drug charges.  After Fell was arrested and placed into the patrol car, he attempted to escape by kicking the car's window out.

Additional investigation by the Clarksville Police Department led to the discovery of pieces of clothing which matched the last known clothing that Teresca King was wearing at the time of her disappearance.  Also uncovered was a Mossberg shotgun.  The Clarksville Police Department then contacted the Vermont State Police after running the vehicle through the NCIC system.

The Vermont State Police immediately contacted the Rutland, Vermont Resident Agency and requested the FBI's assistance with this investigation.  The Albany Division then initiated a kidnapping investigation with regards to the disappearance of Teresca King. The Albany Division then requested the Little Rock Division to have the subjects interviewed at the conclusion of a background check on the subjects in the Vermont and Pennsylvania areas.

That same day, at approximately 6:30 p.m., the FBI directed officers from the Rutland Police Department to the residence of Debra Fell, Donald Fell's mother, at 135 Robbins Street, Rutland, Vermont.  Upon their arrival the officers observed two individuals in the front living room area who appeared to have been murdered.  FBI Special Agents and Rutland Police Detectives responded to the scene.  Further investigation into the apartment revealed a white female, later identified as Debra Fell, and a white male, later identified as Debra Fell's male friend, Charles Conway.  Further investigation revealed that Conway's throat had been cut and Fell had been stabbed multiple times in the back and throat.  A folding knife was located in a bathroom sink and a steak knife, covered in what appeared to be blood, was found on the kitchen table.

After the discovery of the two murdered victims in Rutland, VT, the Albany Division immediately contacted the Little Rock Division to advise them that Fell and Lee were now the prime

suspects in the Rutland, VT, double homicide, and most likely kidnapped and murdered Teresca King.  Special Agents of the FBI Little Rock Division, Ft. Smith Resident Agency, arranged to interview Lee and Fell.  After waiving their Miranda rights and agreeing to speak with the agents, Lee and Fell both confessed to their involvement with the murders of Fell's mother, Debra Fell, and her friend Charles Conway. Both Lee and Fell also admitted to kidnapping/carjacking King with an unloaded shotgun, then killing her by stomping on her and beating her with a rock, in the woods off of Route 22, in Dover Plains, New York, approximately 3 1/2 hours from Rutland, Vermont.  With information provided by Lee, King's body was found by the New York State Police on 12/01/2000, at approximately 8:15 pm.

On 12/01/2000, an affidavit was filed in the U.S. District Court of Vermont, Burlington, Vermont, in support of a complaint charging Fell and Lee with kidnapping and carjacking in violation of Title 18, U.S.C. 1201(a) and 2119.  Arrest warrants were then issued by U.S. Magistrate Judge Jerome J. Niedermeier for both subjects.

On 02/01/2001, Fell and Lee were indicted by a Federal Grand Jury, in the District of Vermont, Burlington, Vermont, on charges of kidnapping (death resulting), carjacking (death resulting), brandishing a firearm in furtherance of crimes of violence, and possessing a firearm while a fugitive from justice.

As previously mentioned, Lee accidently killed himself in jail, in September 2001, while awaiting trial for captioned matter. Fell's trial is scheduled to begin 06/20/2005. The U.S. Government will be seeking the death penalty against Fell.

Background of the assault of Christopher Eike:  Captioned investigation determined that subjects Fell and Lee were arrested on 08/12/2000, by the Sullivan County Sheriff's Office (SCSO), New York, for 2nd degree Assault of victim Christopher Eike, during which they severely injured Eike, in Woodstock, New York, that same date. Fell and Lee used alias names when arrested. Fell used the name Donny R. McNeely with his true DOB of 04/30/1980. Lee used the name Joshua R. Jones. Both Fell and Lee pleaded guilty to a lesser charge of assault. According to reports obtained from the SCSO regarding the assault, Fell and Lee were kicking Eike, who was laying on the ground. The assault was witnessed by Lee's half-brother, Anthony Tonte, aka  Tony Tonte, and Fell's sister, Terri Fell. In both Tonte's and Terri Fell's statements, they stated that Donald Fell urinated on Eike during the assault. Although no statement was taken from the victim, a detective from SCSO went to the hospital where Eike told the detective the following about the incident: Eike was working at the Wayne County Fair and knew the two who assaulted him as Don and Bobby. Eike stated that he had done "acid and mushrooms" shortly before the assault. Eike did not know why he was beaten up. Eike stated that Don was kicking and punching him in his face and all over his body and that Bobby was kicking him. Eike also stated that the drugs he took were given to him by Don.

In a statement Fell (using alias McNeely) provided to

---- Working Copy ----                    Page        4

an SCSO detective, Fell stated that his sister Terri told him that Eike was forcing himself on her. Fell knocked Eike to the ground and punched him a couple of times. Fell denied kicking Eike in the head. Fell stated that he knew Eike for a couple of days while working for his (Fell's) cousin, Jessie Williams at the fair. (Note: Investigation for captioned case determined that Lee and Fell worked for Fell's cousin, Jessie Williams, who ran a gold fish game for a traveling carnival.)

Note:  Copies of all the reports obtained from the SCSO were previously provided to SA C. Patrick Austin, via facsimile, on 06/14/2005.

The assault on Eike occurred approximately 3 months prior to the murders in Rutland and the kidnapping and murder of victim Teresca King. The assault on Eike, during which both Fell and Lee kicked Eike, was very similar to the assault and murder of kidnapping victim King. Fell and Lee killed King by kicking, stomping and hitting her in her face with a rock, while she lay on the ground praying for her life.

The Williamsport RA is requested to interview Christopher Eike, DOB 03/30/1983, who is currently incarcerated at the State Correctional Institution, in Coal Township, Pennsylvania. In an attempt to locate Eike, case agent SA Michelle C. Heilner (writer) telephonically contacted Eike's step-mother, Cindy Eike, telephone number 570-698-0570, at which time writer learned that Eike was incarcerated. Writer asked Cindy Eike to ask her step-son, the next time he called her, whether he remembered the incident. On 06/13/2005, Cindy Eike told writer that she spoke with her step-son and that he recalled the incident, including the guy named Don. Eike is expecting to be interviewed by the FBI regarding the assault.

An NCIC III and CCH conducted for Eike, on 06/14/2005, revealed the following criminal history for Eike:  On 07/06/2001, Eike was arrested by the Pennsylvania State Police (PSP), in Blooming Grove, for Indecent Assault and Corruption of Minors. Although no disposition was reported, it appears Eike received probation for the charge. On 03/05/2003, Eike was arrested by the PSP in Honesdale, Pennsylvania, for Forgery,  2 counts of Theft by Unlawful Taking or Disposition, Receiving Stolen Property and Criminal Conspiracy/Forgery. It appears that Eike pleaded guilty to one count of Theft by Unlawful Taking or Disposition and that the other counts were dismissed and/or withdrawn. Eike was sentenced to 4 months to 2 years and ordered to pay an unknown amount of restitution.

During the interview, Eike should be questioned regarding his knowledge of Donald Fell, Robert Lee, Terri Fell, Anthony Tonte, and any others who associated with them. Eike should also be asked about the assault, and to provide as many details as he can remember, specifically who did what to him and whether he remembers who urinated on him. Eike should be asked about the drugs used by him and the others and the types of drugs used. Other questions regarding any other violent or bizarre incidents involving Fell and Lee should also be asked. (Note:

Investigation has determined that Fell tortured, dismembered and killed a cat at a fair in Pennsylvania, not long before the assault on Eike.)

The assault of Eike, by Fell and Lee, may be used by the prosecution as an aggravating factor in support of the death penalty during the penalty phase after fell is convicted. It is possible that Eike will be "writ-ed" out of jail and brought to Vermont to testify during the penalty phase.

Due to the fact that the trial is scheduled to begin 06/20/2005, it is requested that the interview be handled expeditiously. Albany/Rutland RA appreciates the receiving the Williamsport RA's assistance with this short notice request.

LEAD(s):

Set Lead 1:    (Action)

       PHILADELPHIA

       COAL TOWNSHIP, PENNSYLVANIA

Interview Christopher Eike, DOB 03/30/1983, who is currently incarcerated at the State Correctional Institution, Coal Township, Pennsylvania, regarding the assault that occurred on 08/12/2000, in Woodstock, New York, and other issues as requested in the EC.