FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/10/2005

ROBERT JOSEPH LEE, SR., White male, Date of Birth: /1957, Social Security Account Number:                84 Miner Street, Rear 2nd Floor Apartment, Plains, Pennsylvania (PA), cellular phone number: (570) 762-6233, was advised of the official identity of the interviewing agent and nature of the interview. LEE provided the following information:

LEE stated that he provided the original letters written in a Vermont prison by his son, ROBERT JOSEPH LEE, JR., to his attorney. LEE stated that he made copies of the letters and has them stored away. LEE stated that he was reluctant to provide these letters to the U.S. Government because there were too many unanswered questions surrounding his son's death. LEE mentioned that he asked the government for a copy of the video tape that depicts his son's hanging and was told he would receive a copy. To date, none has ever been sent to him. LEE wanted to know how his son could hang himself when he was on a suicide watch. LEE stated that he'll never have peace in his mind until these questions are answered.

LEE indicated that the government was to cover the expenses associated with the air transportation of his son's body to Pennsylvania. LEE stated that he had to pay these expenses himself.

Lee questioned the toxicology tests that were done at his son's autopsy. The tests revealed no medication in his son's body. LEE stated that this was proof that his son was denied his medication.

To this day, LEE cannot believe that his son committed the murders. He stated that his son didn't have a violent bone in his body. He verbalized his frustration on not being interviewed by the federal government after his son's arrest.

LEE asked that the government meet him halfway. LEE was advised that his concerns would be provided to the United States Attorneys prosecuting this case and that they may wish to call him directly. LEE stated that he would be available any time.

Investigation on    05/09/2005    at  Plains, Pennsylvania          (telephonically)

File #  7A-AL-44453  (SRA)                              Date dictated  05/10/2005

by    SA James J. Glenn:jjg

GOVERNMENT
EXHIBIT

G

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

N00015

002995

FD-302a (Rev. 10-6-95)

7A-AL-44453 (SRA)

Continuation of FD-302 of   ROBERT JOSEPH LEE, SR.   , On 05/09/2005 , Page 2

     LEE stated that he no longer drives a truck for a living. He is now engaged in scuba diving. LEE stated that the best way to get in contact with him is through his cell phone.

N00016

002996