FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/19/2005

    Sandra Jean (Sandy) Bowles, 950 Knollwood Court, Murrells Inlet, South Carolina 29576, white female, date of birth 1956, Social Security    telephone 843-651-6285, was advised of the official identity of the interviewing Agent by credential display and the nature of the interview.  Bowles provided the following information:

    Bowles was the second oldest of four sisters.  Her older sister, Debra Fell, had two children, Donald (Donnie) Fell, Jr. and Terry Fell.  Donnie was older by about two years.  Donnie Fell and Terry Fell were physically and mentally mistreated as children.  Bowles recalled one occasion when Donnie Fell was about five years old when he asked his father, Donald Fell, Jr., to help him put on a belt.  Instead of helping him put on the belt, his father beat him.  Donnie Fell's parents were heavy drinkers.  Occasionally they would have knife fights.  On one occasion, Bowles went to their residence after a knife fight and saw a large amount of blood on the floor of the house.  Bowles found out what happened by following a trail of blood from the house to a nearby hospital.  Debra Fell had been taken by ambulance to the hospital and her husband had walked himself to the hospital.  The Department of Social Services had removed Donnie and Terry from the house.  They were placed in the temporary care of Teresa Sharp, their grandmother and the mother of Bowles and Debra Fell.

    It was Bowles' recollection that on two or three occasions Donnie Fell was taken by Social Services and placed in temporary custody of Sharp, for less than thirty days each time, then returned to Debra Fell.  When Donnie was about fifteen years old, Social Services permanently put him and Terry in the care of Sharp.  Sharp then had him placed in the St. Michael's home for boys, Tonkanick (phonetic), Pennsylvania, near their Wilkes Barre, PA, home.  Terry Fell remained in the care of Sharp when Donnie was put in the St. Michael's home for boys.  It was Bowles' understanding that when Donnie turned eighteen years old he was released from the St. Michael's home.  After that the only time Bowles saw Donnie was when Teresa Sharp passed away and he attended the funeral.  Debra Fell did not attend the funeral.  Bowles had no knowledge of Donnie Fell having any problems such as alcohol abuse or drug use.

---

Investigation on   05/18/2005   at  Murrells Inlet, SC

File #  7A-AL-44453                                    Date dictated  05/19/2005

by  SA Maurice Kelliher, Jr.:pc

GOVERNMENT EXHIBIT

I

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

N00017

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of ___Sandra Jean Bowles_____ , On _05/18/2005_____ , Page __2__

　　　　When Donnie and Terry Fell were still children, their parents separated. Bowles did not know if they divorced but as far as she knew Donnie Fell's father was still alive. Bowles has had no contact with him nor does she know where he is.

　　　　Bowles noted that when Terry Sharp's husband (Bowles' father) died she changed mentally. When Bowles, Fell, and their two sisters were growing up Bowles had medical problems during her early years which included several hospital stays. That caused Debra Fell, as the oldest child, to grow up quicker than normal by taking care of family matters. Bowles felt that Debra Fell was physically and mentally abused by their parents.

　　　　Bowles did not like Fell or her husband. During one summer when Donnie Fell was about 13 years old and Terry Fell was about 11 years old, Bowles picked up the kids from their Pennsylvania home and brought them to Virginia where Bowles and her family lived. They spent two weeks during the summer with Bowles and her family. Donnie Fell told Bowles that was the only happy time that he had during his childhood.

　　　　Bowles noted that Donnie's step grandmother, Stella Banas, Wilkes Barre, PA, had visited Donnie and Debra Fell one time while they lived in Vermont. Banas told Bowles that Debra Fell was trying to get her life together.

　　　　Bowles felt that since Debra Fell had been mentally abused as a child Debra Fell thought that that was a normal way of life so she treated her children the same way. Although Debra Fell and her husband had drinking problems and conducted knife attacks on each other which caused some bloody results including hospital visits, Bowles was not aware of either Donnie Fell or Terry Fell being attacked with a knife. However, they were present when those knife attacks occurred.

　　　　Bowles did not know Donnie Fell to be a violent individual. Bowles is against the death penalty. Bowles could understand why he may have killed his mother based on the physical and mental abuse he suffered as a child. However, Bowles could not justify why Donnie Fell would have carjacked and subsequently killed the woman at the Dunkin' Donuts store.

　　　　Bowles has never known anyone named Robert Lee, Jr., and was not aware of that name until the death of Debra Fell in 2000.