**RUTLAND POLICE DEPARTMENT**                    CASE # _____

Statement of

135 Robbins st. #6      773-4758

I, PAT Johnson _____ D.O.B. ▮▮▮-37

give this statement to D Schauwecker _____ of the
Rutland Police Department without threat or promise and am aware that this statement may be used in court. This
statement is true to the best of my knowledge.

On Sunday, 11-26-00 at around 2300 hrs, I was in my apt, directly underneath Debbie Fells apt. Then at 2300 hrs or so, the noise really got loud. There was bangin on the floor. It seemed like they were going to come threw the floor. It sounded like they were throwing things around. Before 2300 hr, it was not as loud, but when 2300 hrs came around, it really got loud. I even called up to Debbie's apt to tell them to stop, but all I got was the answering machine. The noise kept going until around 0600 hr., Monday morning. A few minutes after the noise stopped, I heard the front door slamm. I did not hear a vehicle, and to my knowledge, Debbie Fells doesn't have a vehicle. The voices that I heard were both male and female. Debbie has had her 2 sons staying there, but I haven't seen the oldest one in a long time. I did see her youngest son on Friday, standin out by the tree.

Subscribed and sworn to before me on

this 30 day of Nov 2000     †Pat Johnson
_____        ^ 11-30-00
(Notary Public)                        (date)

GOVERNMENT
EXHIBIT

J

01712

019448

Page ___ of ___

CASE # _____

To me, it sounded like there was at least 3 people upstairs, but there could have more than that. I did not hear any names being called, so I don't know who was up there.

Joffie Fells did have a boyfriend named Tim Reynolds, but he has been in jail since August of this year. I have not heard any noise coming from that apt. since monday morning.

Subscribed and sworn to before me on

this __30__ day of _____

_____
(Notary Public)

2 1/0-03

~ Pat Johnson

~ 11 - 30 - 00
(date)

Form #66

01713

019449