**Chappell, Julie**

| | |
|---|---|
| From: | Alex_Bunin@fd.org |
| Sent: | Wednesday, April 27, 2005 2:21 PM |
| To: | Kelly, Stephen |
| Subject: | Re:RE: Jury Selection |

Thank you. She did promise to e-mail it, but faxing it would be a helpful backup.

_____Reply Separator_____

| | |
|---|---|
| Subject: | RE: Jury Selection |
| Author: | "Stephen.Kelly@usdoj.gov" <Stephen.Kelly@usdoj.gov> |
| Date: | 4/27/2005 10:22 AM |

Elizabeth told me this morning that the questionnaire would be complete by the end of the day and there may be a transcript of the video that we can
review (apparently, the judge has not made the video yet).  Let me know if you want us to fax you the questionnaire.

I also advised Elizabeth that we have one additional civilian witness, Pat Johnson, who was inadvertently left off our list.  Pat Johnson was the downstairs neighbor of Debra Fell, she lives at 135 Robbins Street, #6 in Rutland, Vermont.  Her statement to the police was included in our discovery.

- Stephen


-----Original Message-----
From: Alex_Bunin@fd.org [mailto:Alex_Bunin@fd.org]
Sent: Wednesday, April 27, 2005 8:22 AM
To: Kelly, Stephen
Cc: Darrow, Bill
Subject: Jury Selection


I was in Syracuse yesterday and unable to return your call. Please feel free to call Elizabeth for information. I will check also. Alex



GOVERNMENT
EXHIBIT

K