7A-AL-44453
JJG:mh

1

EDUCATION

ST. MICHAEL'S SCHOOL
HOBAN HEIGHTS
P.O. BOX 37
TUNKHANNOCK, PENNSYLVANIA (PA) 18657

     On March 30, 2001, ANDREW M. VARZALY, MSW, LSW, Executive Director, reviewed the academic records of DONALD R. FELL, Date of Birth (DOB) April 30, 1980, Social Security Account Number (SSAN) 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, and ROBERT JOSEPH LEE, DOB November 28, 1980, SSAN 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. VARZALY advised that DONALD FELL attended ST MICHAEL'S SCHOOL from April 8, 1994-August 25, 1995. ROBERT JOSEPH LEE attended ST. MICHAEL'S SCHOOL from September 19, 1994-August 15, 1995. LEE was once again admitted to ST. MICHAEL'S during the period December 12, 1996-June 13, 1997.

     VARZALY advised that ST. MICHAEL'S SCHOOL is a residential treatment facility which serves the academic and psychological needs of delinquent and deprived youngsters who have demonstrated behavioral and mental health issues at school. ST. MICHAEL'S provides elementary, secondary, and special education classes to its students. The school provides in-house group counseling and/or individual counseling as needed. VARZALY stated that if the student does not succeed at ST. MICHAEL'S, chances are good that the student will end up in a lock-down facility.

     VARZALY advised that copies of FELL's and LEE's academic records could not be shared without a subpoena.

     On March 30, 2001, LISA LUCKE, Director of Admissions, ST. MICHAEL'S SCHOOL, was interviewed regarding her knowledge of DONALD FELL and/or ROBERT JOSEPH LEE. LUCKE advised that her job responsibilities include reviewing references of students wishing to attend ST MICHAEL'S SCHOOL. The requests are then presented to a Multi-Disciplinary Admissions Committee which has the final say as to whether a student will be admitted into their academic program. LUCKE stated that ST. MICHAEL'S is very selective as to who is admitted to the school, and students with a long history of criminal acts are excluded. LUCKE specifically recalled ROBERT JOSEPH LEE attending ST. MICHAEL'S SCHOOL. Initially, LEE was admitted to the day treatment area of ST. MICHAEL'S SCHOOL but was eventually moved into residential treatment. LUCKE described LEE as a disheveled, uninterested, and bizarre boy who made absolutely no progress from the day he entered treatment

GOVERNMENT
EXHIBIT

B

7A-AL-44453

2

until the day he was released from ST. MICHAEL'S. LUCKE stated that LEE had a particular look in his eye that forebode trouble. LUCKE stated that she worked with LEE in day treatment, and he did poorly. LUCKE stated that LEE's father tried to stay involved in LEE's treatment; however, LUCKE saw his efforts as doing the minimum that was required and no more. LUCKE stated that LEE attended the CHILD SERVICE CENTER, Wilkes-Barre, PA, where he received additional counseling and prescription medicine. LUCKE stated that while at ST. MICHAEL'S, LEE demonstrated poor socialization skills, did not respond well to adults, and would never allow anyone to get close to him. On several occasions, LEE acted out and had to be physically restrained so as not to harm himself or others. LUCKE advised that LEE seemed to be attracted to those boys who would create trouble at the school. She described LEE as a follower more so than a leader. LEE seemed to act out more often when confronted by teachers and staff to do his work. LEE wished to be left alone to do what he wanted to do. LEE would very seldom initiate any conversation with staff members and seemed quiet until provoked. LUCKE recalled that LEE was referred to ST. MICHAEL'S SCHOOL because of his chronic absenteeism. LUCKE stated that one word used to describe BOBBY LEE would be "psychotic." LUCKE stated that it did not surprise her to read in the newspapers that LEE was involved in a homicide. This view is based upon her observations and direct work with LEE at ST. MICHAEL'S SCHOOL.

LUCKE advised that she did not recall and that she never worked with DONALD R. FELL.

On March 30, 2001, WALTER OPSHINSKI, Director of Child Care, ST. MICHAEL'S SCHOOL, stated that he has been employed at ST. MICHAEL'S for approximately 25 years. OPSHINSKI advised that he recalled DONALD FELL being a seventh grade student at ST. MICHAEL'S during the academic year 1994-1995. FELL was housed in the Hoban Dormitory, a residential building that houses younger students. OPSHINSKI described FELL as a relatively quiet youngster who demonstrated some intelligence and one who remained relatively quiet during his stay at ST. MICHAEL'S. OPSHINSKI could not recall any violent episodes involving FELL. OPSHINSKI stated that FELL was freckled faced and of small stature.

OPSHINSKI stated that BOBBY LEE was admitted and re-admitted to ST. MICHAEL'S SCHOOL on two or three occasions. Initially, LEE was in day treatment but was soon moved into residential treatment. OPSHINSKI stated that LEE, in his opinion, was more problematic than FELL and often acted out against other students and staff members. OPSHINSKI recalled that LEE's brother was also once a resident at ST MICHAEL'S.

028542

7A-AL-44453

3

OPSHINSKI stated that LEE, like FELL, was of small stature and wore long black hair.

WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL (WBAVTS)
JUMPER ROAD, P.O. BOX 1699
WILKES-BARRE, (PA) 18705

On March 30, 2001, PATRICK TOSH, Teacher, WBAVTS, provided academic records to Special Agent JAMES J. GLENN for review related to former students DONALD R. FELL and ROBERT JOSEPH LEE. FELL attended WBAVTS in the Headstart Program from September 1995-June 1996. LEE was also enrolled in the Headstart Program during the academic year September 1996-June 1997.

TOSH explained that in the 1980's, the Headstart Program was designed solely for students entering the ninth grade to give them a chance to take both vocational training and academics. The program focused on "high risk" students, i.e. those with poor study habits or truancy problems who may be prone to quit school. The class sizes were small in number and offered students more individual attention and less academic pressure.

TOSH advised that during the time that FELL was a student at WBAVTS, TOSH was coordinator of the in-school suspension program. Students receiving detention were sent to TOSH's classroom with an assignment that had to be completed at the end of the day. Tosh recalled meeting FELL in September 1995 when he was sent to TOSH during one of his many in-school suspensions. TOSH described FELL as a very angry and volatile young man who often acted out in and out of the classroom. TOSH stated that profanity was FELL's basic vocabulary. TOSH further advised that FELL had a short fuse and had difficulty diffusing his anger. TOSH stated that he has been involved in the teaching profession for nearly 30 years, 10 of them involving emotionally disturbed youngsters. TOSH stated that in all of his years in teaching, DONALD FELL ranks first or second as being the most emotionally disturbed students that he has ever had to deal with. TOSH advised that FELL had an apparent dislike for stronger male authority figures. TOSH stated that it was a chore to diffuse FELL's anger, and it would often take 20 minutes for FELL to cool down.

TOSH stated that he saw FELL in the in-school suspension room between 30-40 times in just one academic year. TOSH stated that he was aware of FELL's home situation as he also taught FELL's aunt, JACKIE SHARPE, with whom FELL resided. TOSH advised that SHARPE was somewhat emotionally disturbed herself; however, TOSH respected her for graduating from high SCHOOL. TOSH

028543

7A-AL-44453

4

stated that FELL was small in stature yet challenged students and
staff alike who were physically bigger and stronger than he. TOSH
related that FELL had to be physically removed from the Auto Shop
when he refused to leave after class. FELL's response was to run
out of the school building. TOSH stated that even at the age of
15 he could tell that FELL's temper would one day get the best of
him.

A review of FELL's academic record reflected the
following incidents/student referrals:

| DATE | CLASS | OFFENSE | DISPOSITION |
|---|---|---|---|
| 9/19/1995 | Auto Mech I | Vulgarity | In-School Suspension |
| 9/29/1995 | Auto Mech I | Profanity | In-School Suspension |
| 10/12/1995 | Auto Mech I | Disruptive Behavior in Class | Detention |
| 10/23/1995 | Auto I | Disruptive Behavior | 2 day suspension |
| 11/13/1995 | HVEP | Throwing snowballs Profanity | 5 day suspension |
| 1/11/1996 | Auto Mech I | Absenteeism | |
| 2/6/1996 | HVEP | Insubordination Disruptive Behavior | 2 day suspension |
| 2/21/1996 | HVEP | Fighting with another student | 2 day suspension |
| 3/18/1996 | HVEP | Insubordination toward an instructor | 3 day suspension |
| 3/27/1996 | HVEP | Insubordination toward an instructor; horseplay | 3 day suspension |
| 3/28/1996 | HVEP | Use of profanity; Insubordination toward an instructor; shop safety violation | 10 day suspension |
| 5/23/1996 | HVEP | Safety Violation; Lying; Horseplay; Unmodified behavior; Disruptive Behavior (Throwing Objects that could cause injury). | 9 day suspension |

In one student referral form, dated March 28, 1996,
FELL entered the Social Science classroom of Mr. JOHN KOZERSKI
and said he was going to "stab him". KOZERSKI attempted to
subdue FELL. FELL said he was going to come back and kill him.

On April 16, 1996, FELL was adjudicated delinquent,
Petition #96-503.

028544

7A-AL-44453

5

On December 11, 1996, FELL's Auto II teacher wrote that FELL has been absent 26 out of 65 days. The teacher commented that FELL needed intense guidance and communication with his parole officer.

TOSH advised that his last encounter with FELL occurred in 1997, when he ran into FELL at a local hospital. On that occasion, FELL was very pleasant to him. TOSH stated that it did not surprise him to read in the local papers that FELL was involved in a homicide. He felt that FELL never controlled his anger and was destined to either commit violence or become a victim of it.

TOSH recalled that FELL returned to WBAVTS during the first half of the 1996-1997 academic year but ended up quitting school on his 17th birthday.

TOSH recalled ROBERT JOSEPH LEE as a quiet yet truant student who did as little as possible to get by. TOSH described LEE as a follower who was never confrontational with him. TOSH did not believe that LEE came to school as often as DONALD FELL. TOSH found a student referral form on LEE dated December 5, 1996. LEE was reported for insubordination and received a four day suspension. TOSH believed that Mr. KOZERSKI and Mr. LoBRUTTO could provide additional information relative to ROBERT JOSEPH LEE.

On March 30, 2001, JOHN KOZERSKI, Social Studies Teacher, WBAVTS, advised that he taught Social Studies to both DONALD FELL and ROBERT LEE. KOZERSKI stated that he first met FELL in January 1996. KOZERSKI described FELL as a bit of a loner who came from a troubled family life. KOZERSKI went to high SCHOOL with FELL's aunt, JACKIE SHARPE, with whom FELL resided. KOZERSKI stated that SHARPE was emotionally disturbed herself, thus, possibly contributing to FELL's disruptive family background. KOZERSKI stated that FELL always appeared to be dirty looking and always wore a baseball cap to conceal his greasy hair. Generally, FELL was quiet unless instructed to do some schoolwork. On those occasions, FELL became belligerent and would "flip out," i.e., act out inappropriately. FELL's basic vocabulary consisted of obscenities, and he was not afraid to get right in the face of a teacher. KOZERSKI did not believe that the other students were afraid of FELL because, like FELL, they too were part of an at risk class and were tough in their own right. On one occasion, FELL got into a fight with another student during class simply because he wanted a particular computer disk. FELL ended up throwing a chair at the other student that resulted in a fist fight. KOZERSKI related that he threatened to call

7A-AL-44453

6

FELL's guardian if he did not behave. FELL simply would say, "Go ahead and call." KOZERSKI recalled that FELL failed ninth grade and was suspended from class all the time. FELL would associate with only a select few, usually other trouble makers. KOZERSKI stated that he was not surprised when he read about FELL's involvement in a triple homicide. He always believed that FELL would either end up in prison or killed.

KOZERSKI recalled teaching Social Studies to ROBERT LEE. KOZERSKI stated that LEE was not enrolled very long at WBAVTS and had a long history of absenteeism. KOZERSKI believed that he had LEE in class during the first semester of 1996. KOZERSKI described LEE as a somewhat quiet student who never did a lick of work. KOZERSKI related that he is an assistant football coach at COUGHLIN HIGH SCHOOL, Wilkes-Barre, PA, and was surprised to learn that LEE had tried out for the team. LEE was small in stature and never completed any tasks. Shortly after joining the football team, several players complained that personal items were missing from their lockers. LEE was eventually kicked off the football team when it was learned that he had something to do with the thefts. KOZERSKI advised that LEE was strictly a loner. Like FELL, LEE wore combat boots and rarely washed himself. LEE's clothing always looked dirty, and he made no effort to improve his hygiene. KOZERSKI stated that FELL had some intelligence, but LEE was as "dumb as a stump". LEE could not read or write very well. KOZERSKI related that LEE was the kind of kid who would enter the classroom, put his head down on the desk, and show total disinterest. On a few occasions, KOZERSKI saw LEE in the company of DONALD FELL and thought to himself, "trouble attracts trouble". KOZERSKI stated that when seen together, FELL would be the leader and LEE the follower.

On March 30, 2001, CARMEN LoBRUTTO, Science Teacher, WBAVTS, was interviewed regarding his knowledge of DONALD FELL and ROBERT LEE. LoBRUTTO advised that he first met FELL in 1996, when FELL was in his science class. LoBRUTTO described FELL as a small framed person with a high frustration level. FELL displayed average hygiene for a person enrolled in the at risk curriculum. FELL often used profanity but seldom acted out in LoBRUTTO's class. LoBRUTTO related that he takes a soft approach with his students, and FELL somewhat responded to this approach. As a result, FELL mingled with the rest of the class yet seemed an outcast.

LoBRUTTO described ROBERT LEE as a very quiet and unmotivated student. LEE was dirtier in appearance than the average student. LEE was more of a loner than FELL and never acted out in LoBRUTTO's class. Having observed both FELL and LEE,

028546

7A-AL-44453

7

LoBRUTTO was not surprised to read in the local papers that both were involved in the death of others. LoBRUTTO stated that many of the at risk students enrolled at WBAVTS share some of the same traits and behavioral problems exhibited by FELL and LEE.

JAMES M. COUGHLIN HIGH SCHOOL
80 N. Washington Street
Wilkes-Barre, PA 18701

On March 29, 2001, the following investigation was conducted by SA JAMES J. GLENN:

Dr. BERNARD S. PREVUZNAK, Assistant Principal, COUGHLIN HIGH SCHOOL (CHS), provided the academic records on file for DONALD R. FELL and ROBERT JOSEPH LEE. Copies of the records were not available without a release signed by FELL and LEE or an appropriate court order. PREVUZNAK verified that DONALD R. FELL was born on April 30, 1980, Social Security Account Number: 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. FELL was enrolled at CHS in September 1996, and dropped out of school on April 30, 1997. FELL was in the 10th grade when he quit school. FELL's listed legal guardian was JACKIE SHARPE, aunt, 32 East Chestnut Street, Wilkes-Barre, PA. FELL's records indicate that he attended the following educational institutions:

1986-1987 - SCHUYLER AVENUE ELEMENTARY SCHOOL, Kingston, PA
1987-1988 - FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA
1988-1989 - FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA
1989-1990 - FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA
1990-1991 - LINCOLN ELEMENTARY SCHOOL, Pittston, PA
1991-1992 - FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA
1992-1993 - PLAINS JUNIOR HIGH SCHOOL, Plains, PA
1993-1994 - PLAINS JUNIOR HIGH SCHOOL, Plains, PA/ST. MICHAEL'S SCHOOL, Tunkhannock, PA
1994-1995 - ST. MICHAEL'S SCHOOL, Tunkhannock, PA
1995-1996 - HEAD START - WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL, Wilkes-Barre, PA
1996-1997 - Enrolled COUGHLIN HIGH SCHOOL (10TH grade); Dropped Out: 4/30/1997.

PREVUZNAK stated that he first met DONALD FELL in approximately 1992, when FELL was a seventh grade student at the PLAINS JUNIOR HIGH SCHOOL. At that time, PREVUZNAK taught seventh grade art and had FELL in class. During the period, 1992-1994, PREVUZNAK generally saw FELL in school two to three times a week. PREVUZNAK related that he never had any serious disciplinary problems with FELL during class but was aware that FELL may have

028547

7A-AL-44453

8

caused other teachers problems because he was often observed sitting outside the principal's office. PREVUZNAK described FELL as a low functioning student who earned a D grade in his class. PREVUZNAK explained that if a student just gave some effort during class, the student would be assured at least a C grade. This was not the case with FELL, as he never put forth the effort.

PREVUZNAK described FELL's appearance as "an unkept bed". FELL always looked disheveled. He looked as though he slept in his clothes and wore his hair long. His hair was rarely washed and looked greasy. FELL usually wore a baseball cap and associated with students who would be described as behavioral problems. PREVUZNAK recalled that once classes were dismissed for the day, FELL would make a bee line for the curb across the street from the school to have a cigarette with his buddies. PREVUZNAK remembered that FELL had to repeat the seventh grade at PLAINS JUNIOR HIGH SCHOOL and spent the eighth grade at St. MICHAEL'S SCHOOL, Tunkhannock, PA.

PREVUZNAK stated that FELL spent the ninth grade in the Head Start Program, housed at the WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL, Wilkes-Barre, PA. PREVUZNAK advised that FELL was the perfect candidate for Head Start because the program worked with high risk students, i.e. those students identified by their home schools, as most likely to drop out of school in the future. Head Start worked with students demonstrating behavioral difficulties, delinquent tendencies, and aggressiveness. The focus of the program was to expose the students to various trades with the hope that the student may become interested and stay in school.

PREVUZNAK advised that FELL's academic folder was replete with referrals for disciplinary action, suspensions, and juvenile adjudication. As early as 1991, FELL attended the WYOMING VALLEY HOSPITAL, 149 Dana Street, Wilkes-Barre, PA, for psychiatric testing.

Based on the initial assessment and classroom observation, FELL experienced difficulty with interpersonal relationships with both peers and adults. He demonstrated poor impulse control, attending to and completing tasks, and appeared to have poor self-esteem.

PREVUZNAK located FELL's year end grades at PLAINS JUNIOR HIGH SCHOOL, dated June 22, 1993. They reflected the following:

028548

7A-AL-44453

9

English: D; Developmental Reading: E (Below 70%- Fail);
Social Studies: E; Math: E; Science: E; Art: D;
Voc. Explor.: C; Music: E; Physical Ed.: F

In 1994, FELL successfully completed the summer session at ST. MICHAEL'S SCHOOL, and was promoted to Grade 8. His grades are as follows:

Reading: A; English: A; Spelling: A; Math: C;
Science: B; Social Sciences: A; health: A; Art: B;
Computers: C; Physical Ed.: B

PREVUZNAK advised that his last contact with FELL occurred sometime in May 2000, when FELL came to CHS to provide a ride to his sister, TERRI FELL, who resided with her aunt, JACKIE SHARPE, Wilkes-Barre, PA. During their conversation, FELL alluded to the fact that TERRI's living conditions were bad and that TERRI was looking for a new place to live. PREVUZNAK stated that FELL looked raggedy, his hair was long and greasy, yet he remained respectful to him. PREVUZNAK stated that he was not surprised to read that FELL was involved in a triple homicide, as he always hung with a rough crowd and appeared destined for failure.

PREVUZNAK advised that he never had any contact with ROBERT JOSEPH LEE. LEE's academic file had little paperwork in it but reflected the following information:

LEE attended the Head Start Program at the WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL during school term 1996-1997. In a report dated June 11, 1997, LEE missed 22 days of school due to absenteeism.

An Alternative Learning Center Report Card for the term 1995-1996 reflected the following grades earned by LEE:

| CLASS | 1st | 2nd | Leave of Absence | 4th | Final |
|-------|-----|-----|------------------|-----|-------|
| English | 80 | 54 | x | 83 | 72 |
| Science/Health | 75 | 45 | x | 84 | 68 |
| Math | 90 | 45 | x | 87 | 74 |
| Social Studies | 80 | 45 | x | 82 | 69 |
| Literature | 80 | 50 | x | 80 | 70 |
| Computer App. | 80 | 80 | x | 80 | 80 |

On November 12, 1996, LEE's report card at Head Start reflected the following grades:

028549

7A-AL-44453

10

English: 65; Social Studies: 60;   Mathematics: 68; Science: 65; Pre Voc: 65.

On March 29, 2001, JAMES S. MURPHY, Home/School Visitor, JAMES M. COUGHLIN HIGH SCHOOL, was interviewed concerning his knowledge of DONALD R. FELL and/or ROBERT JOSEPH LEE. MURPHY advised that he has no knowledge of LEE but knew DONALD FELL.

MURPHY stated that he has been a teacher for 20 years and a Home/School Visitor for the last 11 years. MURPHY's first encounter with DONALD FELL occurred sometime in 1993, when FELL was a student at the PLAINS JUNIOR HIGH SCHOOL, Plains, PA. As part of MURPHY's duties, he would send legal notices to the home of a truant student. On January 28, 1992, MURPHY contacted DEBRA FELL, FELL's mother, concerning FELL's truancy. MURPHY explained that years ago, parents were cited when their child did not show up for school. The law changed in the mid-1990's, to the point where both the parent and child are now cited to assure compliance.

MURPHY stated that on May 28, 1993, DONALD FELL was cited at the PLAINS JUNIOR HIGH SCHOOL for disorderly conduct. FELL had called his teacher an obscenity and was walking on the tops of cafeteria tables.  The disorderly citation was filed with the local magistrate, and FELL's mother received a copy from MURPHY via registered mail.

MURPHY recalled that when FELL attended COUGHLIN HIGH SCHOOL, circa 1996 - 1997, he resided with his aunt, JACKIE SHARPE, at 32 East Chestnut Street, Wilkes-Barre, PA. SHARPE was listed as FELL's legal guardian, and MURPHY dealt directly with her. On November 9, 1996, SHARPE was sent a legal notice indicating that DONALD FELL had missed 12 days of school. According to school policy, a doctor's note must be sent to the school whenever a student was absent three days in a row or longer. No such note was ever received from SHARPE. On February 13, 1997, a citation was sent to SHARPE and DONALD FELL because at that point, FELL had 87 illegal days (truant days) on file. FELL and SHARPE were no shows at the magistrate's office.

MURPHY stated that SHARPE never liked him and wrote several nasty letters with excuses why FELL missed school or why she never contacted the school. MURPHY described FELL as having a slight build but a tough guy attitude. He described FELL as a gangster wanna be who was extremely antagonistic. FELL was generally uncooperative and cocky and quit high school on the day of his 17th birthday. According to school policy, a student may

028550

7A-AL-44453

11

quit school at the age of 16 provided they had a job on the outside that provided 35 - 40 hours per week. If a student had no job outside of school, they had to wait until they attained the age of 17.

On April 30, 1997, MURPHY advised that he made a home visit to the SHARPE residence to find out why DONALD FELL had not been attending school. JACKIE SHARPE simply said, "He quit." MURPHY advised that SHARPE never had the decency to notify school officials of FELL's intentions. MURPHY stated that FELL intimidated other students by his cocky attitude. Once he quit school he was often observed out in front of the school at dismissal time to meet up with his friends. It was FELL's way of saying to the other students, "look at me I'm cool".

MURPHY recalled that FELL was on probation with the LUZERNE COUNTY JUVENILE PROBATION OFFICE. His Probation Officer was ROBERT NILON.

MURPHY related that FELL came from a problem family and exhibited behavioral problems throughout his school years. MURPHY stated that FELL never displayed his temper in his presence, but he knew FELL was a powder keg just waiting to go off.

On March 30, 2001, ELIZABETH DiPASQUALE, Guidance Counselor, JAMES M. COUGHLIN HIGH SCHOOL, Wilkes-Barre, PA, was interviewed concerning her knowledge of DONALD R. FELL and ROBERT JOSEPH LEE. DiPASQUALE advised that she first met DONALD FELL in August 1995. On that occasion, DiPASQUALE had to meet with FELL's legal guardian and aunt, JACKIE SHARPE, to get her signature/ authority on a form which would allow FELL to enroll in the ninth grade Head Start Program housed at the WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL, Wilkes-Barre, PA. DiPASQUALE stated that she vividly recalls the visit to SHARPE's residence on East Chestnut Street, Wilkes-Barre, PA, because the house and yard were in deplorable condition. There were broken bottles in the front yard, the exterior fence was broken, and the house was in general disarray. DiPASQUALE met SHARPE on the front porch and had her sign the appropriate paperwork. FELL was present that day but remained at the front door.

DiPASQUALE recalled that DONALD FELL was lethargic and a marginal student at best. He had a long history of truancy and was the product of a broken home. FELL was emotionally, socially, and culturally deprived. It was believed that he could benefit from the Head Start Program which provided marginal students with the opportunity to learn various trades coupled with a more relaxed academic schedule. DiPASQUALE stated that FELL showed

028551

7A-AL-44453

12

absolutely no progress in Head Start and was constantly in detention or was suspended from school. DiPASQUALE stated that FELL's sister, TERRI, was a year or two younger than FELL and also resided at SHARPE's home. TERRI FELL never graduated from high school. DiPASQUALE believed that FELL's mother had a history of alcohol abuse. No father figure was ever present in FELL's life. DiPASQUALE stated that FELL dropped out of high school in the 10th grade. This was the last time she saw him in school until May 2000, when FELL came to the school to pick up his sister. On that occasion, DiPASQUALE briefly spoke to FELL in her office and learned that it was his sister's intention to drop out of school. FELL wanted his sister to remain in school which may have lead to some friction between the two of them. FELL alluded to the fact that things were not going so well for his sister at the SHARPE residence. TERRI FELL was making plans to move to a new residence. DiPASQUALE advised that this was the last time she saw DONALD FELL. DiPASQUALE's recollection of FELL was that he always looked dirty and needed a good bath.

DiPASQUALE stated that her recollection of ROBERT LEE was not as vivid as DONALD FELL. She recalled that LEE resided with his father on Hurley Street, Wilkes-Barre, PA. She described LEE as a person who was lost. LEE had a history of detentions and suspensions and was a chronic truant. During his ninth grade, LEE attended the Head Start Program at WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL. DiPASQUALE remembered that LEE's father came to the school to sign the form necessary to enroll LEE into the Head Start Program.

DiPASQUALE reviewed LEE's academic records and advised that LEE was a Special Education student who attended the DALLAS ALTERNATIVE SCHOOL and admitted to the Luzerne Intermediate Unit (LIU) on September 28, 1995.

On March 30, 2001, THOMAS M. ZELINKA, English teacher, was interviewed regarding his knowledge of DONALD R. FELL and ROBERT JOSEPH LEE. ZELINKA advised that prior to being transferred to the COUGHLIN SENIOR HIGH SCHOOL, he taught English in the Head Start Program at WILKES-BARRE AREA VOCATIONAL-TECHNICAL SCHOOL (WBAVTS), Wilkes-Barre, PA. ZELINKA advised that he first encountered DONALD FELL and ROBERT LEE in approximately 1996, when both were ninth graders at WBAVTS. ZELINKA found FELL to be relatively bright yet extremely undisciplined. ZELINKA advised that FELL appeared to have a chip on his shoulder and tried to intimidate others by his boisterous behavior. ZELINKA recalled FELL as wearing the same outfit all the time, a flannel shirt wrapped around the waist, a long jacket, and a bandana worn on the head. ZELINKA stated that FELL attempted to do some school

028552

7A-AL-44453

13

work; but, when confronted, he would strike out aggressively. ZELINKA described FELL and his temper as a "loaded gun"; one never knew when he would unload on somebody. ZELINKA recalled one incident wherein FELL was physically carried from the Social Science class because he was acting out. FELL pointed his finger into the face of the instructor, JOHN KOZERSKI, and told him that he was going to kill him.

ZELINKA stated that he last saw FELL in approximately December 2000, smoking cigarettes outside the Top Dog fast food restaurant, Wilkes-Barre, PA. FELL was in the company of ROBERT LEE, just hanging out and playing video machines. FELL never recognized ZELINKA who was at the restaurant to celebrate his daughter's birthday. FELL looked as he always did; dirty, unkept, with an attitude.

ZELINKA stated that ROBERT LEE was nicknamed "The General" by staff members at the WBAVTS. LEE never got the connection between his name and that of General ROBERT E. LEE. ZELINKA described LEE as a dirty looking and disruptive student who just took up space in the classroom. LEE never did any School work and missed an extraordinary amount of school days due to truancy. ZELINKA stated that LEE was definitely a loner and that the other students found him a bit strange. On several occasions ZELINKA observed LEE and FELL together at the school. ZELINKA advised that FELL and LEE were two of a kind. ZELINKA stated that based on LEE and FELL's attitude, he seriously doubted that either boy would be productive members of society. ZELINKA stated that he was not surprised to read in the papers that LEE and FELL had killed someone because both were going nowhere fast.

028553

7A-AL-44453

14

PLAINS JUNIOR HIGH SCHOOL
62 Abbott Street
Plains, PA
September 1992 - June 1993
September 1993 - June 1994

On April 10, 2001, the following investigation was conducted by Special Agent JAMES J. GLENN:

WAYNE WASLOWSKY, Home/School Visitor, PLAINS JUNIOR HIGH SCHOOL (PJHS), 62 Abbott Street, Plains, PA, telephone number 570-826-7224, advised that he first became familiar with DONALD FELL in approximately September 1993, when FELL was a seventh grader at PJHS. At that time, FELL was residing with his mother, DEBRA FELL, at 30 East Chestnut Street, Wilkes-Barre, PA. FELL was becoming a recurrent truancy problem; and during the academic year 1993-1994, it was safe to say that FELL was never in school. WASLOWSKY reviewed notes in an old folder which indicated that on December 9, 1993, he spoke with DEBRA FELL, and she had been petitioned to the Juvenile Court because of non-payment of fines relating to FELL's truancy. WASLOWSKY advised that the Juvenile In-Take Worker recommended that FELL be placed at ST. MICHAEL'S SCHOOL for dependent and delinquent children. On December 13, 1993, a meeting was held to discuss FELL's academic future, and it appeared that the court was going to agree that FELL be sent to the Day Treatment Unit of ST. MICHAEL'S.

WASLOWSKY stated that although FELL had the reputation of being a "foul mouth" at school, he never had any real significant dealings with FELL. WASLOWSKY stated that FELL just did not give a "shit" about school. WASLOWSKY recalled that his mother was relatively compliant with school officials but demonstrated little control over FELL. WASLOWSKY stated that he never observed FELL's temper; however, he recommended Special Agent GLENN to teacher THOMAS MC DERMOTT who once observed FELL firsthand in a rage. WASLOWSKY related that he can still visualize FELL attired in his black tee shirt, black pants, and black steel toed boots. After FELL left PJHS, WASLOWSKY has had no further contact with him.

On April 10, 2001, THOMAS M. MC DERMOTT, Social Science Teacher, PJHS, was interviewed concerning his recollection of FELL. WASLOWSKY advised that his first encounter with FELL occurred in the cafeteria as opposed to the classroom. MC DERMOTT recalled that in the academic year 1992-1993, he observed FELL engaged in a heated exchange with a female colleague. MC DERMOTT recalled that FELL was shouting

028554

7A-AL-44453

15

obscenities in the middle of the cafeteria and was totally out of control.  To that end, MC DERMOTT, sensing that FELL may get violent, intervened and confronted FELL. At that point, FELL called him a "fucking asshole" and then ran from the cafeteria. MC DERMOTT pursued FELL and grabbed him in the hallway before he had a chance to leave the school building.  MC DERMOTT stated that he immediately marched FELL into the principal's office and told the principal about FELL's actions.  To MC DERMOTT's surprise, ten minutes later, FELL returned to the cafeteria.  At that point, FELL attracted everyone's attention by walking across the tabletops in the cafeteria.  MC DERMOTT stated at that point, he had enough and spoke to the Home/School Visitor, JAMES MURPHY. MC DERMOTT stated that he wanted FELL cited for his abuse of language; however, MURPHY told MC DERMOTT that language alone would not be enough to cite a student.  MC DERMOTT then related to MURPHY how FELL had walked across the tabletops in the cafeteria.  With that, MURPHY was able to cite FELL for disorderly conduct.

MC DERMOTT recalled that during the academic 1993-1994, he was scheduled to have FELL in his Social Science class.  FELL showed up for the first day of class, walked out of the class, and MC DERMOTT has yet to see him again.  From what MC DERMOTT could remember of FELL, he was a small framed, little boy, with long hair.  To his knowledge, FELL was not in school very often as opposed to his sister, TERI FELL, who was a cooperative and quiet student.

On April 10, 2001, JAMES LASIEWICKI, Assistant Principal, PJHS, advised that he has been involved in the teaching profession for nearly 28 years.  His first recollection of DONALD FELL was when he taught him English in the seventh grade, circa 1992.  LASIEWICKI described himself has a strict disciplinarian, therefore, had little behavioral difficulties with FELL.  LASIEWICKI stated that he taught FELL during the first period of the day; and initially, FELL did the assigned work.  He described FELL as a quiet and reserved boy who slacked off as the year progressed.  LASIEWICKI stated that FELL was a D student.  LASIEWICKI observed FELL with other students and recalled that FELL was a small boy for his age whose temper could be explosive when agitated by the other children.  Eventually, FELL would calm down during these periods of trial.  LASIEWICKI knew nothing of FELL's home life and has not seen him since the seventh grade.

028555

7A-AL-44453

16

DANIEL J. FLOOD ELEMENTARY SCHOOL
565 North Washington Street
Wilkes-Barre, PA  18702
March 1, 1988-May 25, 1988

The following investigation was conducted by Special Agent JAMES J. GLENN:

On April 10, 2001, BRIAN BENEDETTI, Principal, FLOOD ELEMENTARY SCHOOL (FES), provided the academic records of ROBERT JOSEPH LEE, JR.  A copy of these records is attached hereto this report.  BENEDETTI was not working at FES when LEE was enrolled at the school; however, he believed that the former Principal, DONALD SABATINO, now retired, may have some knowledge of LEE.

LEE's records indicate that he attended FES for only three months during the period March 1, 1988-May 25, 1988, and was enrolled in the first grade.  LEE had transferred in from a school in Brooklyn, New York, where he spent the first half of first grade.  On May 25, 1988, LEE transferred from FES to attend school in Tunkhannock, PA.  Records indicated that LEE spent his kindergarten year, 1986-1987, at the CHESTER STREET SCHOOL, Kingston, PA.  Records indicated that LEE was born on November 28, 1980, in Brooklyn.

On April 10, 2001, DOANDL SABATINO, white male, DOB March 19, 1931, SSAN 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, was interviewed at his residence, 50 Carlisle Street, Wilkes-Barre, PA, 18702.  SABATINO was employed by the Wilkes-Barre School District for approximately 33 years before retiring in 1993.  SABATINO stated that he opened the FLOOD ELEMENTARY SCHOOL in 1969, where he worked as the school's principal until 1993.  SABATINO recalled the names of students DOANDL FELL and ROBERT LEE; and to his recollection, neither was a behavior problem.  SABATINO stated that both boys were probably only in the first or second grade when he knew them; and generally, at that age, they are much more controllable than the older grades.  SABATINO recalled that LEE's father was very cooperative with school officials and that LEE may have possessed some emotional problems.  SABATINO could add no additional information but added that most of their teachers have either been transferred or retired.

028556

ELEMENTARY SCHOOL CUMULATIVE RECORD

PERSONAL & EDUCATIONAL DATA

| LAST NAME (PRINT) | FIRST NAME | MIDDLE NAME | SEX | DATE OF BIRTH | | | BIRTH PLACE | |
|---|---|---|---|---|---|---|---|---|
| LEE | Robert | Joseph | ☑ | MO. 11 | DAY 35 | YR. 50 | BKLYN | |

| NYC STUDENT ID NUMBER | FATHER'S FULL NAME | FATHER'S BIRTH PLACE | DECEASED | YEAR | VACCINATION | LANGUAGE(S) IN HOME |
|---|---|---|---|---|---|---|
| 230-385-841 | Robert Lee, Sr. Joseph | NY | ☐ | | | Eng |

| MOTHER'S FULL NAME | | MOTHER'S BIRTH PLACE | DECEASED | YEAR | FIRST ENTERED NYC SCHOOLS | |
|---|---|---|---|---|---|---|
| Bonnie Lee | MAIDEN SUR NAME Deraway | Florida | ☐ | | DATE 10-31-86 | FROM Kingston, Pa |

NAME OF PERSON WITH WHOM STUDENT LIVES IF OTHER THAN BOTH PARENTS

AT ADMISSION Marie & Robert J Lee

RELATIONSHIP Grandparent

FOR K-8 SCHOOLS ONLY DIPLOMA ☐ CERTIFICATE ☐

CHANGES

DATE

PLACEMENT AGENCY, IF ANY

| | DATE 86 |
|---|---|
| OLDER | BROTHERS 1 |
| | SISTERS |
| YOUNGER | BROTHERS 1 |
| | SISTERS |

| ADDRESS (NO., STREET, APT./FLOOR) | BORO | ZIP CODE | TELEPHONE | ADDRESS (NO., STREET, APT./FLOOR) | BORO | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|---|---|
| 1736 B'klyn Ave | K | 11210 | 258-7236 | | | | |

This is to certify that the data set forth and other information set forth on this document are correct.

Signature of Parent or Guardian

Date 10/30/86

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SCHOOL AND BOROUGH | P186K | 83K | P186K | P186K | | | | |
| CLASS   INDICATE IF ACCELERATION OR HOLDOVER | 1-4 | K4 | 1-4 | 1-5 | | | | |
| DATE ENTERED CLASS | 10/31/86 | 11/10 | 9/87 | 9/30/87 | | | | |
| CLASS TEACHER'S NAME | L/Son | A. Frink | Stein | Shaw | | | | |
| ATTENDANCE DAYS PRESENT | 4 | 168½ | 10 | 9 | | | | |
| DAYS ABSENT | 0 | 16½ | ½ | 1 | | | | |
| TIMES LATE | 0 | 1 | 0 | 0 | | | | |
| TRANSFER OR DISCHARGE   TO | K4 | 1-4 | 1-305 | P119K | | | | |
| DATE | 11/10 | 9/87 | 9/30/87 | 11/16/87 | | | | |
| REASON | | Bant | Admin | Packing | | | | |

5:01-cr-00012-gwc Document 338-2 Filed 12/21/11 Page 17 of 75

028557

## KINDERGARTEN

| COMMUNICATION ARTS | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ |
|---|---|---|---|---|
| Personal and Social Development | | | | |
| Physical Development | | | S | |
| Creative Expression | | | S | |
| Intellectual Development | | | S | |
| Communication Skills | | | S | |

**RATING KEY:**

S = Satisfactory

N = Needs Improvement

NA = Not Applicable

### SIGNIFICANT INTERVIEWS

| DATE | |
|---|---|

### SPECIAL REPORTS

| DATE | COMMUNITY AND SCHOOL AGENCIES | WHERE FILED |
|---|---|---|

| DATE | SPECIAL ABILITIES AND INTERESTS | SPECIAL PROGRAMMING |
|---|---|---|

| DATE | SPECIAL NEEDS | SPECIAL PROGRAMMING |
|---|---|---|

| DATE | OUTSTANDING SERVICE AND ACHIEVEMENT |
|---|---|

**SCHOOL YEAR**

| | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ | SEPT. ___ JUNE ___ |
|---|---|---|---|---|---|---|---|---|---|---|
| READING | | | | | | | | | | |
| ORAL LANGUAGE | | | | | | | | | | |
| WRITTEN LANGUAGE | | | | | | | | | | |
| SECOND LANG. I | | | | | | | | | | |
| SOCIAL STUDIES | | | | | | | | | | |
| MATHEMATICS | | | | | | | | | | |
| SCIENCE | | | | | | | | | | |
| MUSIC | | | | | | | | | | |
| ART | | | | | | | | | | |
| HEALTH EDUCATION | | | | | | | | | | |
| PHYSICAL EDUCATION | | | | | | | | | | |
| OTHER: | | | | | | | | | | |

**PERSONAL-SOCIAL DEVELOPMENT**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gets Along Well With Others | | | | | | | | | | |
| Shows Respect | | | | | | | | | | |
| Carries Out Responsibilities | | | | | | | | | | |
| Obeys Rules and Regulations | | | | | | | | | | |
| Shows Self-Control | | | | | | | | | | |
| WORK HABITS | | | | | | | | | | |
| HOMEWORK | | | | | | | | | | |

**RATING KEY, GRADES 1-6:**

E = Excellent    S = Satisfactory    N = Needs Improvement    U = Unsatisfactory

25-0050.00.5 (200M) 6/85 (REV.)

028558

# Student Screening Record for the BRIGANCE® K & 1 Screen

5:01-cr-00012-gwc   Document 338-2   Filed 12/21/11   Page 19 of 75

_____ Robert

☐ F  ☑ M   Date of Screening  86  11  12   Birthdate  80  11  28
1136 - B'Klyn Ave

230-385-841   Home Language  Eng.   Screening Language(s)  Eng.

School  P.S. 186   Class  K-201

## BASIC SCREENING ASSESSMENTS

| Page | Assessment Number | Skill — (Circle the skill for each correct response and make notes as appropriate.) | Number Correct | Point Value | Cognitive Skills | Receptive Language | Expressive Language | Articulation | Gross Motor | Fine Motor |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 T.K. | Personal Data Response: Verbally gives: 1. first name  2. full name  3. age  4. address (street or mail)  5. birthday (month and day) | 3 | x 2 pts. ea. | | | 6/10 | | | |
| 3 | 2 KA | Color Recognition: Identifies and names the colors: 1. red  2. blue  3. green  4. yellow  5. orange  6. purple  7. brown  8. black  9. pink  10. gray | 10 | x 1 pt. ea. | 10/10 | | | | | |
| 5 | 3 T.K. | Picture Vocabulary: Recognizes and names picture of: 1. dog  2. cat  3. key  4. girl  5. boy  6. airplane  7. apple  8. leaf  9. cup  10. car | 10 | x 1 pt. ea. | 10/10 | | | | | |
| 6 | 4A | Visual Discrimination: Visually discriminates which one of four symbols is different: 1. ◯  2. ☐  3. ◯  4. ◯  5. )  6. ◯  7. )  8. P  9. V  10. X | 10 | x 1 pt. ea. | 10/10 | | | | | |
| 8 | 5 KA | Visual Motor Skills: Copies: 1. ◯  2. —  3. )  4. ☐  5. △ | 5 | x 2 pt. ea. | | | | | | 10/10 |
| 9 | 6 KA | Gross Motor Skills: 1. Hops 2 hops on one foot.  2. Hops 2 hops on other foot.  3. Stands on one foot momentarily.  4. Stands on other foot momentarily.  5. Walks forward heel and toe 4 steps.  6. Walks backward toe and heel 4 steps.  7. Stands on one foot momentarily with eyes closed.  8. Stands on other foot momentarily with eyes closed.  9. Throws a playground ball with both hands.  10. Catches bounced playground ball with both hands. | 10 | x 1 pt. ea. | | | | | 10 /10 | |
| 12 | 8 KA | Rote Counting: Counts by rote to: (Circle all numerals prior to the first error.) 1  2  3  4  5  6  7  8  9  10 | 10 | x 1 pt. ea. | 10/10 | | | | | |
| 15 | 11 T.K. | Receptive Language: Listens to, remembers, and follows: 1. one verbal direction  2. two verbal directions | 2 | x 3 pts. ea. | | 6/6 | | | | |
| 17 | 12 | Numeral Comprehension: Matches quantity with numerals: 2  1  4  3  5 | 5 | x 2 pts. ea. | 10/10 | | | | | |
| 21 | 14 KA | Prints Personal Data: Prints first name.  Reversals: Yes ____  No ____ | 1 | x 5 pts. ea. | | | | | | 5/5 |
| 6A | T.K. | Expressive Language: Responds accurately to one of the two requests demonstrating these skills: Tells what is happening? (4)  Anticipates events (5)  Tells a story about the picture. (8) | 2 | x 5 pts. ea. | | | 10/15 | | | |
| 22 | 16 | Articulation/Syntax and Fluency: Uses the following skills in daily speech: 1. Speech is intelligible.  2. Speech is easily understood.  3. Speaks in sentences | 2 | x 2 pts. ea. | | | | 4/6 | | |
| 30 | | Basic Number Skills: Demonstrates basic math skills (use 3 dominoes on left side of student page) 1. Compares quantities and Identifies which is more or less.  2. One to one matching.  3. Joins sets.  4. Writes numeral to show sum of two sets.  5. Gives quantitative differences. | 4 | x 2 pts. ea. | 8/10 | | | | | |
| 11 | 7 KA | Draw a Person: Draws a picture of person that includes the body parts: 1. head  2. legs  3. eyes  4. nose  5. mouth  6. arm  7. trunk  8. hands  9. ears  10. neck | 7 | x 1 pt. ea. | 7/10 | | | | | |
| | | KA  MV | | | 65/70 | 6/6 | 16/25 | 4/6 | 10/10 | 15/15 |

## SCORING

(integrated above)

82—Curriculum Associates, Inc.   K&1 Screen

Physical Development/Health

Physical Examination  ☐ completed  ☑ needed
Immunization  ☑ completed  ☐ provisional
Visual Screen  ☑ completed  ☐ needed
Hearing Screen  ☐ completed  ☑ needed

| Summary of Results | Satisfactory | Above Level | Further Observation Indicated |
|---|---|---|---|
| Cognitive Skills | | ✓ | |
| Receptive Language | ✓ | | |
| Expressive Language | ✓ | | |
| Articulation | ✓ | | |
| Gross Motor | ✓ | | |
| Fine Motor | ✓ | | |

**CUMULATIVE RECORD COPY**

Total Score  116/132

KABV

☐ Performs Above Expectation

☐ Further Assessment Indicated

028559

FIRST: Robert Jr  M.I.: J

SEX(M/F): M  DATE OF BIRTH (MO./DAY/YR.): 11-28-80

NUMBER: 30-385-84L

**INDIVIDUAL AND GROUP TEST RESULTS**

OTHER TESTS

P.S. 186 K201

11/4/86 CHAPTER 53–SCREENING COMPLE

**KINDERGARTEN**

| LAB - KINDERGARTEN | LAB - KINDERGARTEN |
|---|---|

**GRADE 1**

| OTHER | OTHER |
|---|---|
| LAB - GRADE 1 | LAB - GRADE 1 |

**GRADE 2**

| CITYWIDE READING GRADE 2 | OTHER |
|---|---|
| CITYWIDE MATHEMATICS GRADE 2 | OTHER |
| LAB - GRADE 2 | LAB - GRADE 2 |

**GRADE 3**

| CITYWIDE READING GRADE 3 | OTHER |
|---|---|

5:11-cr-00012-gwc   Document 338-2   Filed 12/21/11   Page 20 of 75

## PERSONALITY RATINGS:
S — Satisfactory
U — Unsatisfactory

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| EFFORT | S | | | | | | |
| WORK HABITS | S | | | | | | |
| COURTESY | S | | | | | | |
| COOPERATION | S | | | | | | |
| INITIATIVE | S | | | | | | |
| LEADERSHIP | S | | | | | | |
| SELF CONFIDENCE | S | | | | | | |
| WORKS WELL WITH OTHERS | S | | | | | | |

## HOBBIES (/)

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SCHOOL ACTIVITIES (/)

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | | |
| INST. MUSIC | | | | | | | |
| PATROLS | | | | | | | |
| INTRAMURALS | | | | | | | |
| CLUBS: | | | | | | | |

## NON-SCHOOL ACTIVITIES (/)

| GRADE | K | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | |
| INST. MUSIC | | | | | | |
| DANCING | | | | | | |
| LIBRARY | | | | | | |
| CHURCH RELATED | | | | | | |
| LITTLE LEAGUE | | | | | | |
| BOY/GIRL SCOUTS | | | | | | |

| Homeroom Teacher | Guidance Counselor |
|---|---|
| K. N. Hagan | C. Brewer |

| Date | Referrals: ACTION TAKEN |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**PHOTO**
First Year Attended

**PHOTO**
Fifth Grade

### RE-ENTRY

| DATE | CODE | NEW ADDRESS |
|---|---|---|
| | | |

### WITHDRAWAL

| DATE | CODE | NEW ADDRESS |
|---|---|---|
| | W04 | New York |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name █████ Robert Joseph █████ ☒ Male ☐ Female

(Last) (First) (Middle)

Street Address 3217 Wyoming Ave. Town Kingston

Telephone 287-2932  Birth Date 11-28-80  Birthplace Brooklyn, N.Y.

Birth Certificate No. 156-80-332248  Vaccination Date _____  Not Vaccinated ☐

* Enter in Pencil

## FAMILY DATA

| PARENTS | FULL NAME | STUDENT LIVES WITH | BIRTHDATE | BIRTHPLACE | CITIZEN | EDUCATION | OCCUPATION | MARITAL STATUS | DECEASED |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | Robert Joseph Lee | - | 3-30-57 | Brooklyn, N.Y. | yes | 2 yrs. college | mechanic | Divorced | Date |
| MOTHER | Bonnie Deraway | Mother | 4-2-60 | Jacksonville, Fla. | yes | ? | None | | Date |
| STEP PARENT OR GUARDIAN | | | | | | | | | Date |

| SIBLINGS | DATE OF BIRTH | SIBLINGS | DATE OF BIRTH | OTHERS AT HOME | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE | REASON FOR EXCESSIVE ABSENCE | YEAR |
|---|---|---|---|---|---|---|---|---|---|
| Shane | 11-5-79 | | | | | | | | |
| Anthony | 10-20-83 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## SCHOLASTIC RECORD —

CODE: A - Superior; B - Above Average;

C - Average; D - Below Average;

F - Failure; S - Satisfactory;

SP - Slow Progress;

U - Unsatisfactory; I - Improving;

AG - Academically Gifted;

NG - Non Graded

**MARKING SYSTEM**
A — 4
B — 3
C — 2
D — 1
F — 0

EXPLANATION OF SUMMER SCHOOL CODES:

SM — Make Up

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| YEAR | 86-87 | | | | | | |
| SCHOOL | Chester | | | | | | |
| DAYS PRESENT | 39 | | | | | | |
| DAYS ABSENT | 1 | | | | | | |
| TIMES TARDY | 0 | | | | | | |
| | | | | | | | |
| READING | S | | | | | | |
| SPELLING | | | | | | | |
| ENGLISH | | | | | | | |
| PENMANSHIP | S | | | | | | |
| MATHEMATICS | S | | | | | | |
| SOCIAL SCIENCES | | | | | | | |
| SCIENCE | | | | | | | |
| HEALTH | | | | | | | |
| PHYS. ED. | | | | | | | |
| ART | | | | | | | |

5:01-cv-00012-gwc  Document 3B8-2  Filed 12/21/11  Page 22 of 75

028562

5:01-cr-00012-gwc   Document 338-2   Filed 12/21/11   Page 23 of 75

| QUALITY RATINGS: Satisfactory - Unsatisfac | | | | | | | | | HOBBIES (√) | | | | | | | | | SCHOOL ACTIVITIES (√) | | | | | | | | NON-SCHOOL ACTIVITIES (√) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | | K | 1 | 2 | 3 | 4 | 5 | 6 | GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 | GRADE | | K | 1 | 3 | 4 | 5 | 6 | GRADE | | K | 1 | 2 | 3 | 4 | 5 |
| EFFORT | | S | | | | | | | | | | | | | | | CHORAL MUSIC | | | | | | | | CHORAL MUSIC | | | | | | | |
| WORK HABITS | | S | | | | | | | | | | | | | | | INST. MUSIC | | | | | | | | INST. MUSIC | | | | | | | |
| COURTESY | | S | | | | | | | | | | | | | | | PATROLS | | | | | | | | DANCING | | | | | | | |
| COOPERATION | | S | | | | | | | | | | | | | | | INTRAMURALS | | | | | | | | LIBRARY | | | | | | | |
| INITIATIVE | | S | | | | | | | | | | | | | | | CLUBS | | | | | | | | CHURCH RELATED | | | | | | | |
| LEADERSHIP | | S | | | | | | | | | | | | | | | | | | | | | | | LITTLE LEAGUE | | | | | | | |
| SELF CONFIDENCE | | S | | | | | | | | | | | | | | | | | | | | | | | BOY/GIRL SCOUTS | | | | | | | |
| WORKS WELL WITH OTHERS | | S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Homeroom Teacher | Guidance Counselor |
|---|---|
| K. N. Hagan | C. Bresser |
| | |
| | |
| | |
| | |

| Date | Referrals: ACTION TAKEN |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PHOTO   PHOTO

First Year Attended         Fifth Grade

| RE-ENTRY | | | WITHDRAWAL | | |
|---|---|---|---|---|---|
| DATE | CODE | NEW ADDRESS | DATE | CODE | NEW ADDRESS |
| | | | 10/29/86 | W 04 | New York |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

028563

Lee Robert Joseph Jr ☒ Male ☐ Female

(Last) (First) (M)

Street Address* 327 Wyoming Ave.  Town* Kingston

Telephone* 287-2932  Birth Date 11-28-80  Birthplace Brooklyn, NY

Birth Certificate No. 156-80-332248  Vaccination Date _____  Not Vaccinated ☐

* Enter in Pencil

## FAMILY DATA

| PARENTS | FULL NAME | STUDENT LIVES WITH | BIRTHDATE | BIRTHPLACE | CITIZEN | EDUCATION | OCCUPATION | MARITAL STATUS | DECEASED |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | Robert Joseph Lee | | 3-30-57 | Brook, NY | yes | 2 yr College | Mechanic | Divorced | Date |
| MOTHER | Bonnie Deraway | Mother | 4-2-60 | Jacksonville, Fl. | yes | | Nurse | | Date |
| STEP PARENT OR GUARDIAN | | | | | | | | | Date |

| SIBLINGS | DATE OF BIRTH | SIBLINGS | DATE OF BIRTH | OTHER HOME | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE | REASON FOR EXCESSIVE ABSENCE | YEAR | G. |
|---|---|---|---|---|---|---|---|---|---|---|
| Shane | 11-5-79 | | | | | | | | | |
| Anthony | 10-20-83 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## SCHOLASTIC RECORD —

CODE: A - Superior; B - Above Average;
C - Average; D - Below Average;
F - Failure; S - Satisfactory;
SP - Slow Progress;
U - Unsatisfactory; I - Improving;
AG - Academically Gifted;
NG - Non Graded

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 | |
| YEAR | 86-87 | | | | | | | |
| SCHOOL | Chester | | | | | | | |
| DAYS PRESENT | 39 | | | | | | | |
| DAYS ABSENT | 1 | | | | | | | |
| TIMES TARDY | 0 | | | | | | | |
| READING | S | | | | | | | |
| SPELLING | | | | | | | | |
| ENGLISH | | | | | | | | |
| PENMANSHIP | S | | | | | | | |
| MATHEMATICS | S | | | | | | | |
| SOCIAL SCIENCES | | | | | | | | |
| SCIENCE | | | | | | | | |
| HEALTH | | | | | | | | |
| PHYS. ED. | | | | | | | | |
| ART | | | | | | | | |
| MUSIC | | | | | | | | |

### MARKING SYSTEM
A — 4
B — 3
C — 2
D — 1
F — 0

## EXPLANATION OF SUMMER SCHOOL CODES:

SM — Make Up

028564

5:01-cr-00012-gwc   Document 338-2   Filed 12/21/11   Page 24 of 75

Name _Lee, Robert, Jr.___

Address _327 Wyoming Ave.___

_Kingston, Pa 18704___

Birthdate _11-28-80___

Parent or Guardian _Bonnie Lee___

Telephone _287-2932___

Please Circle Present Grade: (K)  1  2  3  4  5  6  7  8  9  10  11  12  Sp. Ed.

## PENNSYLVANIA DEPARTMENT OF HEALTH — CERTIFICATE OF IMMUNIZATION

The Minimum Required Doses for the School Immunization Law are Shaded in Green (see exception for Polio)

| VACCINE | ENTER MONTH, DAY, AND YEAR EACH IMMUNIZATION WAS GIVEN DOSES | | | | |
|---|---|---|---|---|---|
| Diphtheria and Tetanus * | ¹ 4 / 1 / 81 | ² 6 / 1 / 81 | ³ 10 / 1 / 81 | ⁴ 8 / 1 / 82 | ⁵ / / |
| Polio ** | ¹ 4 / 1 / 81 | ² 6 / 1 / 81 | ³ 8 / 1 / 82 | ⁴ / / | ⁵ / / |
| Measles (Hard, Red) | ¹ 5 / 1 / 82 | or Measles Serology: Date_____ Titer_____ : | | | |
| Rubella (German Measles) | ¹ 5 / 1 / 82 | or Rubella Serology: Date_____ Titer_____ : | | | |
| Mumps | ¹ 5 / 1 / 82 | or Mumps disease diagnosed by a physician   Date_____ | | | |
| Other: / /. | | Other: / / | | Other: / / | |

* Tetanus and Diphtheria are usually received in combined vaccines such as DTP, DT, or Td
** Polio — 3 doses of Oral or 4 doses of Inactivated (Salk) vaccine are required

To the best of my knowledge, this child has received the minimum required immunizations. Source: ☒ Written   ☐ Verbal   ☐ Both

Signed _Barbara McAfee___   Date _9/2/86___

(PHYSICIAN, PUBLIC HEALTH OFFICIAL, (SCHOOL NURSE,) OR THEIR DESIGNEE)

H502.320 (Rev. 7/85)

028565

HEALTH HISTORY
WYOMING VALLEY WEST SCHOOL DISTRICT

Chester St.                                          DATE  9/2/86

TO PARENTS OR GUARDIAN:  The information requested on this form will be of help to the school authorities in determining the health status of your child and in assisting him to receive maximum benefits from his educational opportunity.

| NAME OF CHILD Lee, Robert | ADDRESS 327 wyoming Ave | BIRTH PLACE BKLYN, N.Y. | BIRTH DATE 11-28-80 |
|---|---|---|---|
| NAME OF FATHER lee, Robert T | ADDRESS unknown | BIRTH PLACE BKLYN, N.Y. | TELEPHONE NO. |
| MOTHER'S MAIDEN NAME Deraway | ADDRESS 327 wyoming Ave | BIRTH PLACE FLA | TELEPHONE NO. 287-2932 |
| PERSON WITH WHOM PUPIL LIVES, IF OTHER THAN PARENT | ADDRESS | BIRTH PLACE | TELEPHONE NO. |

HAS YOUR CHILD HAD ANY OF THE FOLLOWING?  GIVE DETAILS.

Allergy ___None___

Recurring Illness ___None___

Operation (Note Type) ___None___

Educational Problems ___Speech problems___

Serious Accidents ___None___

CHECK (✔) IF YOUR CHILD HAS HAD ANY OF THE FOLLOWING: (NOTE ANY COMPLICATIONS)

| | Year | | | Year |
|---|---|---|---|---|
| CHICKEN POX | | WHOOPING COUGH | | |
| GERMAN OR THREE DAY MEASLES | | SCARLET FEVER | | |
| MEASLES | | POLIO | | |
| MUMPS | | | | |

IMMUNIZATIONS AND TESTS

| VACCINE OR DISEASE | 1st. Dose | 2nd. Dose | 3rd. Dose | 4th. Dose | 5th. Dose |
|---|---|---|---|---|---|
| WHOOPING COUGH | 4-81 | 6-81 | 10-81 | 8/82 | |
| DIPHTHERIA | | | | | |
| TETANUS | | | | | |
| POLIO (Trivalent) | 4-81 | 6-81 | 8-82 | | |

Measles Vaccine Type _____     Date  5-82     Or Had Disease Year _____

Rubella Vaccine (German Measles)     Date  5-82

Mumps Vaccine                        Date  5-82

Smallpox Vaccination Date_____  Result_____  Tuberculin Test Date_____  Result_____

IS YOUR CHILD AT PRESENT UNDER MEDICAL TREATMENT     YES_____     NO  X

LIST ANY ILLNESS OR HEALTH PROBLEM WHICH YOU OR YOUR FAMILY PHYSICIAN FEEL SHOULD BE KNOWN TO THE SCHOOL AUTHORITIES ON THE REVERSE SIDE.

You are encouraged to have the school health examination performed by your family physician. The school authorities will provide the proper forms to be completed by your family physician but the expense of the family physician's examination is your responsibility.  Former

PLEASE INDICATE WHOM YOU PREFER TO EXAMINE YOUR CHILD.  SCHOOL DOCTOR_____  FAMILY DOCTOR X

If your child is to be examined by the school physician, you will be informed of the date and time of the examination.  We hope it will be possible for you to be present.

X Signature of Parent or Guardian _Bonnie Lee_

WHEN COMPLETED PLEASE RETURN THIS FORM TO YOUR CHILD'S HOMEROOM TEACHER

028566

## VISION SCREENING

| DATE OF EXAM. | SNELLEN | | WITH PLUS LENS | | OTHER DISORDER | REPORT OF EYE EXAMINER | CORRECTED VISION | |
|---|---|---|---|---|---|---|---|---|
| | Visual Right | Acuity Left | P | F | | | Right | Left |
| | 2√/30 | 2√/30 | ✓ | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## HEARING SCREENING
PASS – INDICATE SCREENING LEVEL IN DB FOR EACH FREQUENCY
FAIL – INDICATE THRESHOLD LEVEL IN DB FOR EACH FREQUENCY

| DATE OF EXAM. | GRADE | TESTER | RIGHT EAR | | | | | | LEFT EAR | | | | | | Pass (P) Or Fail (F) | Wearing Hearing Aid | Date Report Received From Ear Examiner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250 | 500 | 1000 | 2000 | 4000 | 8000 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
| | K | Bmc | 25 | | | | | | 25 | | | | | | P | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

## ANNUAL HEIGHT AND WEIGHT

|  | K | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 86/87 | | | | | | | | | | | | |
| HEIGHT | 41 | | | | | | | | | | | | |
| WEIGHT | 37 | | | | | | | | | | | | |

028567

HEALTH HISTORY
WYOMING VALLEY WEST SCHOOL DISTRICT

SCHOOL  Chester St.                                      DATE  9/2/86

K.

TO THE PARENTS OR GUARDIAN: The information requested on this form will be of help to the school authorities in determining the health status of your child and in assisting him to receive maximum benefits from his educational opportunity.

| NAME OF CHILD Lee Robert | ADDRESS 327 Wyoming Ave | BIRTH PLACE Bklyn, N.Y. | BIRTH DATE 11-28-80 |
| NAME OF FATHER Lee Robert | ADDRESS un known | BIRTH PLACE Bklyn, N.Y. | TELEPHONE NO. |
| MOTHER'S MAIDEN NAME DeraWay | ADDRESS 327 Wyoming Ave | BIRTH PLACE FLA | TELEPHONE NO. 287-2932 |
| PERSON WITH WHOM PUPIL LIVES, IF OTHER THAN PARENT | ADDRESS | BIRTH PLACE | TELEPHONE NO. |

HAS YOUR CHILD HAD ANY OF THE FOLLOWING?  GIVE DETAILS.

Allergy _____ None
Recurring Illness _____ None
Operation (Note Type) _____ None
Educational Problems _____ speech problems
Serious Accidents _____ None

CHECK (✔) IF YOUR CHILD HAS HAD ANY OF THE FOLLOWING: (NOTE ANY COMPLICATIONS)

| | Year | | Year |
|---|---|---|---|
| CHICKEN POX | | WHOOPING COUGH | |
| GERMAN OR THREE DAY MEASLES | | SCARLET FEVER | |
| MEASLES | | POLIO | |
| MUMPS | | | |

IMMUNIZATIONS AND TESTS

| VACCINE OR DISEASE | 1st. Dose | 2nd. Dose | 3rd. Dose | 4th. Dose | 5th. Dose |
|---|---|---|---|---|---|
| WHOOPING COUGH | 4-81 | 6-81 | 10-81 | 8/82 | |
| DIPHTHERIA | | | | | |
| TETANUS | | | | | |
| POLIO (Trivalent) | 4-81 | 6-81 | 8-82 | | |

Measles Vaccine Type _____ Date 5-82 _____ Or Had Disease Year _____
Rubella Vaccine (German Measles) Date 5-82 _____
Mumps Vaccine Date 5-82 _____
Smallpox Vaccination Date _____ Result _____ Tuberculin Test Date _____ Result _____

IS YOUR CHILD AT PRESENT UNDER MEDICAL TREATMENT  YES _____  NO X

LIST ANY ILLNESS OR HEALTH PROBLEM WHICH YOU OR YOUR FAMILY PHYSICIAN FEEL SHOULD BE KNOWN TO THE SCHOOL AUTHORITIES ON THE REVERSE SIDE.

You are encouraged to have the school health examination performed by your family physician. The school authorities will provide the proper forms to be completed by your family physician, but the expense of the family physician's examination is your responsibility.  Family

PLEASE INDICATE WHOM YOU PREFER TO EXAMINE YOUR CHILD.  SCHOOL DOCTOR _____  FAMILY DOCTOR X

If your child is to be examined by the school physician, you will be informed of the date and time of the examination.  We hope it will be possible for you to be present.

X Signature of Parent or Guardian _____
WHEN COMPLETED PLEASE RETURN THIS FORM TO YOUR CHILD'S HOMEROOM TEACHER

028568

## HEALTH HISTORY
### WYOMING VALLEY WEST SCHOOL DISTRICT

OL _Main St._    DATE _5-6-86_

E PARENTS OR GUARDIAN: The information requested on this form will be of help to the school authorities in determining the health status of your child and in assisting him to receive maximum benefits from his educational opportunity.

| NAME OF CHILD _Robert Lee M._ | ADDRESS _22 Kanette St_ | BIRTH PLACE _N.Y._ | BIRTH DATE _11-28-81_ |
|---|---|---|---|
| NAME OF FATHER _Robert, Sr._ | ADDRESS _"_ | BIRTH PLACE _N.Y._ | TELEPHONE NO. _779-49_ |
| MOTHER'S MAIDEN NAME _Bonnie_ _divorced (Germany)_ | ADDRESS | BIRTH PLACE _Pa._ | TELEPHONE NO. |
| PERSON WITH WHOM PUPIL LIVES, IF OTHER THAN PARENT | ADDRESS | BIRTH PLACE | TELEPHONE NO. |

HAS YOUR CHILD HAD ANY OF THE FOLLOWING?  GIVE DETAILS.

Allergy _____
Recurring Illness _____
Operation (Note Type) _____
Educational Problems _Speech_
Serious Accidents _____

CHECK (✔) IF YOUR CHILD HAS HAD ANY OF THE FOLLOWING: (NOTE ANY COMPLICATIONS)

| | Year | | Year |
|---|---|---|---|
| CHICKEN POX | | WHOOPING COUGH | |
| G___ OR THREE DAY MEASLES | | SCARLET FEVER | |
| MEASLES | _no_ | POLIO | _no_ |
| MUMPS | | | |

### IMMUNIZATIONS AND TESTS

| VACCINE OR DISEASE | 1st. Dose | 2nd. Dose | 3rd. Dose | 4th. Dose | 5th. Dose |
|---|---|---|---|---|---|
| WHOOPING COUGH | 4-81 | 6-81 | 10-81 | 8-82 | |
| DIPHTHERIA | | | | | |
| TETANUS | | | | | |
| POLIO (Trivalent) | 4-81 | 6-81 | 8-82 | | |

Measles Vaccine Type _____ Date_____ Or Had Disease Year _____
Rubella Vaccine (German Measles) Date _____
Mumps Vaccine Date _____
Smallpox Vaccination Date_____ Result_____ Tuberculin Test Date_____ Result _neg_

IS YOUR CHILD AT PRESENT UNDER MEDICAL TREATMENT    YES_____    NO _✓_

LIST ANY ILLNESS OR HEALTH PROBLEM WHICH YOU OR YOUR FAMILY PHYSICIAN FEEL SHOULD BE KNOWN TO THE SCHOOL AUTHORITIES ON THE REVERSE SIDE.

You are encouraged to have the school health examination performed by your family physician. The school authorities will provide the proper forms to be completed by your family physician, but the expense of the family physician's examination is your responsibility.

PLEASE INDICATE WHOM YOU PREFER TO EXAMINE YOUR CHILD.    SCHOOL DOCTOR _X_    FAMILY DOCTOR _____

If your child is to be examined by the school physician, you will be informed of the date and time of the examination.  We hope it will be possible for you to be present.

Signature of Parent or Guardian _____

028569

341 (Rev. 3/82)
(8.320.6)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF HEALTH
DIVISION OF SCHOOL HEALTH

## SCHOOL HEALTH RECORD

**LAST, FIRST, MIDDLE:** Lee, Robert

**BIRTH DATE: MONTH, DAY, YEAR:** 11-28-80

**SEX:** ☒ MALE  ☐ FEMALE

**HOME ADDRESS:** 327 Wyoming Ave.
**HOME ADDRESS:** Kingston, Pa. 18704

**HOME ADDRESS:**
**HOME ADDRESS:**

| | SCHOOL | DISTRICT | COUNTY |
|---|---|---|---|
| 1. | Chester St. | Wyoming Valley West | Luzerne |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| SCH YR. | 86/87 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | K | | | | | | | | | | | | | |
| ROOM OR SECTION | | | | | | | | | | | | | | |

**SPECIAL HEALTH PROBLEMS**

**FATHER'S NAME: LAST, FIRST, MIDDLE:** Lee, Robert

**MOTHER'S NAME: LAST, FIRST, MAIDEN:** Lee, Bonnie Detaway (?)

**PERSON WITH WHOM PUPIL LIVES (IF OTHER THAN PARENT):**

### IMMUNIZATIONS AND TESTS

| | DATE INITIAL SERIES COMPLETED 1 2 3 | | | BOOSTERS AND DATES | | | | |
|---|---|---|---|---|---|---|---|---|
| DIPHTHERIA | 4/81 | 6/81 | 10/81 | 8/82 | | | | |
| TETANUS | | | | | | | | |
| PERTUSSIS | | | | | | | | |
| POLIO | 4/81 | 6/81 | 8/82 | | | | | |

**MEASLES VACCINE** DATE 5-82 Or had measles verified by physician and supported by standard serological tests  Year _____

**GERMAN MEASLES VACCINE** DATE 5-82       **MUMPS VACCINE** DATE 5 82

| | DATE | RESULT | DATE | RESULT | DATE | RESULT |
|---|---|---|---|---|---|---|
| TUBERCULIN TESTS | | | | | | |
| CHEST X-RAYS | | | | | | |

**HOME AND FAMILY CONDITIONS, FAMILY MEDICAL HISTORY, PARENT CONCERNS:**

**CONFIDENTIAL INFORMATION ON FILE AT:**

028570

LAST NAME (print) __ LFC __ FIRST NAME __ MIDDLE NAME __ 1045 (3/01)

**THE CITY OF NEW YORK**
**DEPARTMENT OF HEALTH**
**BOARD OF EDUCATION**

**CUMULATIVE HEALTH RECORD**

| Immunizations (Give dates) | TYPE | 1st | 2nd | 3rd | 4th | 5th | TYPE | DATE |
|---|---|---|---|---|---|---|---|---|
| | Smallpox | | | | | | Measles | |
| | Diphtheria-Tetanus | | | | | | Rubella | |
| | Poliomyelitis | | | | | | Mumps | |
| | | | | | | | BCG | |

DATE OF BIRTH — Mo. / Day / Year — 11 / 28 / 8_

230-3A5-841

| | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|
| | K-4 | K-4 | 1-4 | 1-5 | |
| Date (Month and Year) | 10/86 | 11/86 | 9/87 | 9/87 | |
| School | P186 | P186 | P186 | P186 | |
| Boro | K | K | K | K | |
| Height (in inches) | | | | | |
| Weight (in pounds) | | | | | |
| Vision without glasses — Right Eye | | | | | |
| Vision without glasses — Left Eye | | | | | |
| Vision without glasses — Both Eyes | | | | | |
| Vision with glasses — Right Eye | | | | | |
| Vision with glasses — Left Eye | | | | | |
| Vision with glasses — Both Eyes | | | | | |
| Hearing Score Screening — Right Ear | | | | | |
| Hearing Score Screening — Left Ear | | | | | |
| Hearing Score Pure Tone — Right Ear | | | | | |
| Hearing Score Pure Tone — Left Ear | | | | | |
| *Teeth | ✓ | | | | |

*Code for Teachers Observations
✓ Observed
X No longer Observed

*Code: Dental Cert Issued — T — T – Under Treatment — O — K — OK. No Treatment Needed — T — C — C – Corrected

| | | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|---|
| GENERAL | Loss or no gain in weight | | | | | |
| | Very fat | | | | | |
| | Appears not well | | | | | |
| | Tires easily | | | | | |
| | Pallor | | | | | |
| | Poor co-ordination | | | | | |
| | Poor posture | | | | | |
| | Pains in joints | | | | | |
| EYES | Styes or crusted lids | | | | | |
| | Muscle inbalance | | | | | |
| | Frequent headaches | | | | | |
| | Squinting | | | | | |
| EARS | Discharge | | | | | |
| | Earaches | | | | | |
| | Fails to hear questions | | | | | |
| NOSE & THROAT | Mouth breathing | | | | | |
| | Frequent sore throats | | | | | |
| | Recurrent colds | | | | | |
| | Frequent nose bleeds | | | | | |
| NERVOUS SYMPTOMS | Difficulty in School Adjustment | | | | | |
| | Speech defect | | | | | |
| | Nervous—restless | ✓ | | | | |
| | Twitching movements | ✓ | | | | |
| | Nail biting | ✓ | | | | |
| | Excessive use of lavatory | | | | | |
| NO. OF DAYS ABSENT FOR ILLNESS WRITE IN CAUSES | | | | | | |

028571

ENTRIES by TEACHER, NURSE and PHYSICIAN

CODE — Worker Column:  T — Teacher:  N — Nurse:  Dr. — Physician:
T.N.C. — Teacher-Nurse Conference  (If no symptoms noted, entry after T.N.C. should be: N.S.N.)

| Date | Worker | Entries With Worker's Signature | | Date | Worker | Entries With Worker's Signature |
|------|--------|--------------------------------|--|------|--------|--------------------------------|
| ● | ! | | | | | |
| | | | | | | |
| 11/10/77 | ? | N.G.E. | | | | |
| | | no defect. | | | | |
| | 1 | full boundaries | | | | |
| | i | by Rev | | | | |
| | | | | | | |
| 1/27 | ✗7 | | | | | |
| | | 13.3.392⑤ | | | | |
| | | IGN: W/O Glasses      Glasses | | | | |
| | | R ☓○L30R30 R     L     R | | | | |
| | | : W/O Glasses    / Glasses | | | | |
| | | R○L30 R30 B     L     R | | | | |
| | Pass | Fail    /    Intvw: Pass / Fail | | | | |
| | Sweep | Pass    Fail | | | | |
| | | Threshold  - Pass___  Fail | | | | |
| S Issued | | 12 S Issued | | | | |
| low-up Remarks: | | | | | | |
| | | | | | | |
| ● | | | | | | |
| | | | | | | |
| | | | | | | |

| LAST NAME | FIRST NAME | | MIDDLE NAME | SEX | BIRTHDATE |
|---|---|---|---|---|---|
| Joe | Robert Jr. | | J. | M | 11/28/80 |

| NUMBER AND STREET | ZIP CODE | BORO | FL/APT. | TELEPHONE NO. | GRADE/CLASS | SCHOOL/BORO |
|---|---|---|---|---|---|---|
| 1736 Bklyn ave 11210 B | | | | 258-7236 | K4 (210) | 186 K |
| | | | | | K2d | |
| | | | | | 310 | Park |

**NAME OF PARENT OR GUARDIAN**

| LAST | FIRST | RELATIONSHIP TO CHILD |
|---|---|---|
| Marie | | Mother |

**SIBLINGS IN FAMILY**
(Keep current)    No. Older:    No. Younger:    No. Persons In Home:

**MEDICAL HISTORY** — Explain all items checked and give recommendations under "Health Problems" below

**FAMILY ILLNESSES** — SIGNIFICANT (SPECIFY) IF PARENTS OR SIBLINGS ARE DEAD, GIVE CAUSES AND DATES, (Keep current)

**CHILD'S HISTORY — BIRTH**        DEVELOPMENTAL I. D. # 230-30-841

**IMMUNIZATION STATUS:**
IMMUNIZATION COMPLETE: (DIPTHERIA (DT, TD), POLIOMYELITIS) (MEASLES, RUBELLA, MUMPS)  YES ☐   NO ☐

IF IMMUNIZATION INCOMPLETE:   REFERRED _____   DATE _____

**CHILD'S HISTORY — CHECK AND GIVE DATES IF KNOWN**

☐ Chicken Pox
☐ Measles
☐ Mumps
☐ Rubella
☐ Allergies (specify)
☐ Frequent colds or sore throats
☐ Ear Infections
☐ Trouble hearing
☐ Intestinal Parasites

☐ Bronchitis or asthma
☐ Convulsions
☐ Rheumatic fever
☐ Heart trouble
☐ Orthopedic problem
☐ Tuberculosis
☐ Eye or vision problem
☐ Speech problem
☐ Urinary Tract Infection

☐ Serious illnesses (specify & give dates)
☐ Serious accidents (specify & give dates)
☐ Operations (specify & give dates)
☐ Other problems or handicapping conditions (specify)

☐ Is child now under regular medical care, Name of doctor, hospital or clinic
☐ Address _____
Is child now taking any regular medication? Specify:

| CURRENT HISTORY AND EXAMINATION | | | | | | NOTES BY SCHOOL DOCTOR AND NURSE At beginning of note, code activity, Sign all notes. | |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | | |
| PARENT PRESENT | | | | | | DATE | |
| A. EATING HABITS | | | | | | 1/6/87 | 7155 issued re -Nae |
| B. SLEEPING HABITS | | | | | | | on 1/13/87  10:15 |
| C. TOILET HABITS | | | | | | | W. Roxon |
| D. BEHAVIOR | | | | | | | |
| E. OTHER HISTORY | | | | | | | |
| 1. PHYSICAL APPEARANCE | | | | | | | |
| G. Good A. Ave. B. Below Par | | | | | | | |
| 2. SKIN | | | | | | | |
| 3. EARS | | | | | | | |
| 4. EYES | | | | | | | |
| 5. MOUTH and TEETH | | | | | | | |
| 6. NOSE and THROAT | | | | | | | |
| 7. HEART | | | | | | | |
| 8. LUNGS | | | | | | | |
| 9. ABDOMEN | | | | | | | |
| 10. HERNIA and GENITALS | | | | | | | |
| 11. POSTURE and EXTREMITIES | | | | | | | |
| 12. OTHER | | | | | | | |

Check (✓) all abnormalities,  Explain all items checked and give recommendations under "Notes".
(10/84)

028573

HEALTH PROBLEMS DURING SCHOOL CAREER

| | DOCTOR'S OR PNA'S ACTIVITY (Red Ink) | | | NURSING ACTIVITY (Blue/Black Ink) | |
|---|---|---|---|---|---|

NA New Admission  SHA Selective Health Assessment  SR Spec. Referral

NDI Daily Inspection  NFU Follow Up  NP Parent Conference
HV Home Visit  TNC Teacher Conference

DPPC Professional Person Conference  DSC Student Conference

NPPC Professional Person Conference  HPE Health & Phys. Educ.

| DATE | ACTI- VITY CODE | PARENT PRESENT | HEALTH PROBLEMS; SIGNIFICANT FINDINGS; ACTION TAKEN; AND SIGNATURE | RECOMMENDED ACTION | ACTION COM- PLETED |
|---|---|---|---|---|---|
| 1/13/8 | 7 | Yes. | NME<br>45# 41" BP 70/60<br>EENT<br>enlarged hypertrophic Tonsils<br>Chest lungs clear<br>Heart RD No mur<br>abdomen soft Nomnl genital<br>Extremitis spine Nomnl<br>No Sins | full care | |
| 13 | | | Med. permanile | | |

NOTE: When Student is Transferred Forward This Record to New School

**SCHOOL MEDICAL RECORD**

(To be kept in medical room)

DEPARTMENT OF HEALTH—THE CITY OF NEW YORK

103-S (10/84)

5:01-cr-00012-gwc  Document 338-2  Filed 12/21/11  Page 35 of 75

# Lee Robert Jr.
**(LAST NAME)** | **(FIRST NAME)** | **(MIDDLE NAME)**

Date of Birth: 11/28/80  Place; N.Y.  (Colleen Shambris)  Phone: 288-0927
Mo. Day Year  (Pencil)

Birth Cert. - State N.Y. No. 156.80.33228 Baptismal [ ] Other ...................

Vaccination Verified: yes [ ]  no [ ]  Male [X]  Female [ ]

| | GRADES 1 and 2 | | GRADES 3, 4, 5, and 6 | |
|---|---|---|---|---|
| V - Very Good | I - Improv. Needed | A - Excellent (93-100) | D - Passing (70-74) | |
| S - Satisfactory | U - Unsatisfactory | B - Good (85-92) | E - Failure (0-69) | |
| C - Cont. to improve | | C - Average (74-84) | | |

Physical Education (P)ass or (F)ail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SCHOOL** | Flood. | | | | | | |
| **TEACHER** | S. Sullivan | | | | | | |
| **YEAR** | 1987-1988 | | | | | | |
| **GRADE** | 1-3 | | | | | | |
| Music | S | | | | | | |
| Art | S | | | | | | |
| Writing | S | | | | | | |
| Reading | U | | | | | | |
| Mathematics | S | | | | | | |
| Spelling | U | | | | | | |
| Language | U | | | | | | |
| Science | U | | | | | | |
| Social Stud. | S | | | | | | |
| Health | S | | | | | | |
| Phys. Ed. | S | | | | | | |
| LIBRARY Inst. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Days Present** | 50 | | | | | | |
| Days Absent | 9 | | | | | | |
| Illegal Abs. | 0 | | | | | | |
| Promoted to: | Retained | | | | | | |
| **DATE ENTERED** | 3/1/88 | | | | | | |
| **ENTERED FROM** | Brooklyn N.Y. | | | | | | |
| **DATE WITHDREW** | 5/25/88 | | | | | | |
| **REASON FOR WITHDRAWAL:** | moved to Tunkhk | | | | | | |

---

Robert J. Lee Sr.
(Parent or Guardian)

25 Hurley St W.B Pa.
(Address in Pencil)

Bonnie Sue Deraway  |  Truck Driver
(Mother's First & Maiden Name)  |  (Parent's Occupation—in Pencil)

Total Children in Family [2]  |  Number under 18 - 2

Significant Limitations: (physical, social, mental) —

| School: | Grade | School: | Grade |
|---|---|---|---|
| **ADDRESS** | | | |
| **HOME ROOM TEACHER** | | | |
| **SCHOOL TERM** | | | |
| **DATE ADMITTED** | | | |
| **ADMITTED FROM** | | | |

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DAYS PRESENT** | | | **DAYS PRESENT** | | | |
| **DAYS ABSENT** | | | **DAYS ABSENT** | | | |
| **TOTAL BELONGED** | | | **TOTAL BELONGED** | | | |
| **TARDY** | | | **TARDY** | | | |
| Promoted [ ] Retained [ ] S.S. [ ] | | | Promoted [ ] Retained [ ] S.S. [ ] | | | |

KINDERGARTEN: School _____ Teacher _____
Date Entered: _____ Days Present _____
Date Withdrew _____ Days Absent _____

PRE - SCHOOL: School _____ Teacher _____

5:01-cr-00012-gwc   Document 338-2   Filed 12/21/11   Page 36 of 75

# ELEMENTARY SCHOOL
# PERSONAL DATA SHEET

School _Flood_

| | | | | | |
|---|---|---|---|---|---|
| Lee JR | Robert | J | M | 28 NOV 80 | B'klyn N.Y. |
| Last Name | First | Middle | Sex | Birth Date | Place of Birth |

25 Hurley ST.
Address (House Number and Street)

Home Phone Number          Birth Cert. No./Other Certificate

Miners mills W.B PA 18700
City, State and Zip Code (Residence)

Emergency Phone Number and Name of Person

Robert J. Lee SR.
Father's Full Name

Living: Yes (✓)   No ( )   Separated ( )   Divorced (✓)

Truck Driver
Father's Occupation

J.B HUNT TRANSPORT
Father's Place of Employment

Father's Education:   Elementary ( )   Junior High ( )   High School ( )   High School Graduate ( )   College (✓)

Full Name of Step Parent

Living: Yes ( )   No ( )   Separated ( )   Divorced ( )

Mother's First and Maiden Name

Mother's Occupation

Mother's Place of Employment

Mother's Education:   Elementary ( )   Junior High ( )   High School ( )   High School Graduate ( )   College ( )

Full Name of Step Parent

(Circle Below Your Response)

(Residing with) Mother and/or (Father) Step Parent(s), or Legal Guardian(s), include name, address and phone if not listed above

Has child any allergies, physical, mental or emotional handicaps?   Yes (✓)   No ( )   If yes, describe extent of handicap

STRESS From Divorced Seperation + Quick Changes in Life

Give names and birth dates of children:

| | NAME | BIRTH DATE | | NAME | BIRTH DATE |
|---|---|---|---|---|---|
| 1. | Shane Thomas | 5 Nov 79 | 4. | | |
| 2. | | | 5. | | |
| 3. | | | 6. | | |

Total Number of Children __1__          Total number of children under 18 years old __1__

To what name does your child answer? Nickname Bobby

Remarks and/or card should be removed when not needed or when no longer appropriate.  In no case will the information on this card be transferred to another school, agency, or person without the consent of the parent or guardian.

Parent(s) or Legal Guardian(s) Signature

# Individual Test Record



NAME: LEE SULLIVA ROBERT
CLASS: SULLIVA
SCHOOL: FLOOD

DISTRICT: WILKES BARRE
CITY/STATE: WILKES BARRE
RUN DATE: 05/25/88

SS = SCALE SCORE
GE = GRADE EQUIVALENT
LP = LOCAL PERCENTILE
NP = NATIONAL PERCENTILE

FORM/LEVEL: C
GRADE: 7
TEST DATE: 88

| | SS | GE | LP | NP | PA |
|---|---|---|---|---|---|
| WORD ATTACK | 410 | X | 5 | 15 | |
| VOCABULARY | 368 | 1.0 | 2 | 7 | |
| COMPREHENSION | 282 | 1.2 | 5 | 9 | |
| TOTAL READING | 325 | 1.1 | 4 | 6 | |
| LANGUAGE EXPRESSION | 315 | 1.1 | 3 | 15 | |
| MATH COMPUTATION | 430 | 1.8 | 43 | 51 | |
| MATH CONCEPTS & APPL. | 467 | 1.5 | 10 | 28 | |
| TOTAL MATH | 449 | 1.7 | 27 | 45 | |

NATIONAL PERCENTILE
STANINE

## OBJECTIVE MASTERY SCORES

NO. ITEMS
NOT REACHED

WORD ATTACK
11 INITIAL CONSONANT/WORDS
12 FINAL CONSONANT/WORDS
13 CLUSTER OR DIGRAPH/WORDS
14 SIGHT WORDS
15 MEDIAL VOWELS
VOCABULARY
22 ORAL CATEGORIES/WORDS
23 ORAL DEFINITIONS/WORDS
24 SAME MEANING
25 UNFAMIL WDS IN CONTEXT
READING COMPREHENSION
29 SENTENCE MEANING
30 PASSAGE DETAILS
31 CHARACTER ANALYSIS

LANGUAGE EXPRESSION
45 NOUNS
47 VERBS
48 ADJECTIVES/ADVERBS
49 SENTENCE PATTERNS
50 SENTENCE FORMATION
MATHEMATICS COMPUTATION
57 ADD WHOLE NUMBERS
59 SUBTRACT WHOLE NUMBERS
MATH CONCEPTS/APPLICATIONS
68 NUMERATION
71 PROBLEM SOLVING
74 MEASUREMENT/GEOMETRY

QUARTER MONTH: 31   IRT
CTB ID = 97169-7387-029-003

Score Codes
* = Maximum/Maximum Score Possible For Level
A = The Valid Attempt
X = No Score Available

MASTERY (+)   PARTIAL (P) KNOWLEDGE   NON-MASTERY (−)

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940
Copyright © 1981 by McGraw-Hill, Inc. All rights reserved. Printed in the U.S.A.

H511.341 (Rev. 3/82)
(H 18.320.6)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF HEALTH**
**DIVISION OF SCHOOL HEALTH**

## SCHOOL HEALTH RECORD

**NAME: LAST, FIRST, MIDDLE**  Lee, Robert

**BIRTH DATE: MONTH, DAY, YEAR**  11-28-80

**SEX:** ☒ MALE  ☐ FEMALE

**HOME ADDRESS**  327 Wyoming Ave,
**HOME ADDRESS**  Kingston, Pa, 18704

**HOME ADDRESS**
**HOME ADDRESS**

| SCHOOL | DISTRICT | COUNTY |
|---|---|---|
| 1. Chester St. | Wyoming Valley West | Luzerne |
| 2. Abcd | Wilkes-Barre area | Luzerne |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCH YR. | 86/87 | 87-8 | 88-9 | | | | | | | | | |
| GRADE | K | 1 | 1 | | | | | | | | | |
| ROOM OR SECTION | | 3 | | | | | | | | | | |

**SPECIAL HEALTH PROBLEMS**

**FATHER'S NAME: LAST, FIRST, MIDDLE**  Lee, Robert

**MOTHER'S NAME: LAST, FIRST, MAIDEN**  Lee, Bonnie Deraway (Divorced)

**PERSON WITH WHOM PUPIL LIVES (IF OTHER THAN PARENT)**

### IMMUNIZATIONS AND TESTS

| | DATE INITIAL SERIES COMPLETED | | | BOOSTERS AND DATES | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | | | | |
| DIPHTHERIA | 4/81 | 6/81 | 10/81 | 8/82 | | | |
| TETANUS | | | | | | | |
| PERTUSSIS | | | | | | | |
| POLIO | 4/81 | 6/81 | 8/82 | | | | |

MEASLES VACCINE    DATE  5-82  Or had measles verified by physician and supported by standard serological tests  Year ____

GERMAN MEASLES VACCINE    DATE  5-82    MUMPS VACCINE    DATE  5 82

| | DATE | RESULT | DATE | RESULT | DATE | RESULT |
|---|---|---|---|---|---|---|
| TUBERCULIN TESTS | | | | | | |
| CHEST X-RAYS | | | | | | |

**HOME AND FAMILY CONDITIONS, FAMILY MEDICAL HISTORY, PARENT CONCERNS:**

**CONFIDENTIAL INFORMATION ON FILE AT:**

028578

/-3

THE CITY OF NEW YORK–DEPARTMENT OF HEALTH
BUREAU OF VITAL RECORDS
CERTIFICATE OF BIRTH REGISTRATION

VITAL RECORDS
DEPARTMENT OF HEALTH

**CERTIFICATE OF BIRTH**

DATE FILED  DEC 8  2 53 PM '80

156-80-332248

Birth No.

| FULL NAME OF CHILD (Type or Print) | First Name | Middle Name | Last Name |
|---|---|---|---|
| | Robert | Joseph | Lee, Jr. |

| 2 SEX | 3a. NUMBER OF CHILDREN born — If more than one, number of this child in order of birth | 4a. DATE OF CHILD'S BIRTH (Month) | (Day) | (Year) | 4b. HOUR | AM |
|---|---|---|---|---|---|---|
| Boy | 1 | November | 28, 1980 | 3:38 | PM X |

| 5. PLACE OF BIRTH | NEW YORK CITY a. BOROUGH OF | 6. NAME OF HOSPITAL, if not in hospital, street address | c. TYPE OF PLACE |
|---|---|---|---|
| | Brooklyn | Coney Island Hospital | Hospital ☐ Home ☐ Other |

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S AGE at time of this birth | 6c. MOTHER'S BIRTHPLACE, State or foreign country |
|---|---|---|
| Bonnie Sue Deraway | 20 | Florida |

| 7. MOTHER'S USUAL RESIDENCE a. State | b. County | c. City, town or location | d. Street and house number | e. Inside city limits of ?a? |
|---|---|---|---|---|
| New York | Kings | Brooklyn | 546 – East 82nd Street | Yes X   No ☐ |

| 8a. FATHER'S FULL NAME | 8b. FATHER'S AGE at time of this birth | 8c. FATHER'S BIRTHPLACE, State or foreign country |
|---|---|---|
| Robert Joseph Lee | 23 | New York |

9a. NAME OF ATTENDANT AT DELIVERY

*M. Sela*                   C.N.M. R.N. D.O. M.D.

Information added or amended

_____

(Reason)

Date _____  City Registrar _____

9b. I CERTIFY ... PLACE, DATE AND TIME GIVEN.

Signed _____

Name of Signer   M. Sela, M. D.
(Type or Print)

Address   Coney Island Hospital

Date Signed   November 28, 1980 _____ 19___

C.N.M. R.N. D.O. M.D.

**BUREAU OF VITAL RECORDS          DEPARTMENT OF HEALTH          THE CITY OF NEW YORK**

Print here the mailing address of mother. ➜
Copy of this certificate will be mailed to her
when it is filed with the Department of Health.

| Name | Mrs. Bonnie Lee |
|---|---|
| Address | 546 – East 82nd Street |
| City | Brooklyn   State   N.Y.   Zip Code 11236 |

ABOVE IS AN EXACT COPY OF A CERTIFICATE OF BIRTH REGISTERED FOR YOUR CHILD. IT IS SENT. ... IF THIS CERTIFICATE CONTAINS ANY ERRORS, RETURN THIS COPY ... TO THE BUREAU OF VITAL RECORDS, 125 WORTH STREET, NEW YORK, N.Y. 10013. YOU WILL BE ADVISED HOW TO HAVE THE RECORD CORRECTED. IT IS IMPORTANT TO DO THIS AT ONCE.

WARNING: DO NOT ACCEPT THIS TRANSCRIPT UNLESS THE RAISED SEAL OF THE DEPARTMENT OF HEALTH IS AFFIXED THEREON. THE REPRODUCTION OR ALTERATION OF THIS TRANSCRIPT IS PROHIBITED BY SECTION 3.21 OF THE NEW YORK CITY HEALTH CODE.

NOTICE: In issuing this transcript of the record, the Department of Health of the City of New York does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

MAYOR                    COMMISSIONER OF HEALTH              CITY REGISTRAR

028579

Lee, Robert
PAGE 4

## VISION SCREENING

| DATE EXAM. | SNELLEN | | WITH PLUS LENS | | OTHER DISORDER | REPORT OF EYE EXAMINER | CORRECTED VISION | |
|---|---|---|---|---|---|---|---|---|
| | Visual Right | Acuity Left | P | F | | | Right | Left |
| Oct. 1986 | 20/30 | 20/30 | ✓ | | | | | |
| 2-16-95 | 20/30 | 20/30 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## HEARING SCREENING

PASS — INDICATE SCREENING LEVEL IN DB FOR EACH FREQUENCY
FAIL — INDICATE THRESHOLD LEVEL IN DB FOR EACH FREQUENCY

| DATE OF EXAM. | GRADE | TESTER | RIGHT EAR | | | | | | LEFT EAR | | | | | | Pass (P) Or Fail (F) | Wearing Hearing Aid | Date Report Received From Ear Examiner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250 | 500 | 1000 | 2000 | 4000 | 8000 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | |
| Oct 1986 | K | BMc | 25 | | | | | | 25 | | | | | | P | | |
| 4-6-88 | 1 | HH | 25 | | | | | | 25 | | | | | | P | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

## ANNUAL HEIGHT AND WEIGHT

| | K | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 86/87 | 2-16-88 | | | | | | | | | | | |
| HEIGHT | 41 | 44 | | | | | | | | | | | |
| WEIGHT | 37 | 44³ | | | | | | | | | | | |

028580

**WILKES-BARRE AREA SCHOOL DISTRICT**
**730 SOUTH MAIN STREET**
**Wilkes-Barre, Penna.  18711**

*1-3*

### HEALTH HISTORY

School_____  _____

To parents or guardian: The information requested on this form will be of help to the school authorities in determining the health status of your child and in assisting him to receive maximum benefits from his educational opportunity.  List any illness or health problem which you or your family physician feel should be known to the school authorities.

Name of child _Robert J Lee Jr._ Date of birth _28 Nov 80_

Home Address _25 Hurley St_____Telephone_____

Father's Name:  Last, First _Lee Robert J._____

Mother's Name:  Last, First, Maiden_____

### IMMUNIZATIONS

|                | 1st dose | 2nd dose | 3rd dose | Booster Dates |
|----------------|----------|----------|----------|---------------|
| Diptheria      |          |          |          |               |
| Tetanus        |          |          |          |               |
| Whooping Cough |          |          |          |               |
| Polio          |          |          |          |               |

Measles_____  German Measles_____

Mumps_____  Small pox Vaccination____  _____

Child's Medical History:

Allergies_____ _None_____

Any Serious Illness_____ _None_____

Childhood Diseases_____ _None_____

Operations_____ _None_____

Serious Accidents_____ _None_____

Emotional Problems_____ _Yes_____

Whom to call in case of illness or accident: _Nearest Hosp._

1.  Home_____  Phone Number_____
2.  Place of Employ._____  Phone Number_____
3.  Family Doctor_____  Phone Number_____
4.  Preference of Hospital for Emergency Treatment_____
5.  Name of Person to contact if parents are unavailable
    Name: _Colleen Shamon_____  Phone Number: _2880927_

Signature of Parent or Guardian _____

028581



1511.341  REV. 8-79
(18.320.6)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF HEALTH**
**DIVISION OF SCHOOL HEALTH**

# SCHOOL HEALTH RECORD

| NAME: LAST, FIRST, MIDDLE | BIRTH DATE: MONTH, DAY, YEAR | SEX: |
|---|---|---|
| Kee, Robert T | 11-28-80 | ☒ MALE  ☐ FEMALE |

HOME ADDRESS: 25 Hurley St

| SCHOOL | DISTRICT | COUNTY |
|---|---|---|
| Flood | Wilkes-Barre Area | Fuzerne |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCH YR. | 81-8 | | | | | | | | | | | | | |
| GRADE | | | | | | | | | | | | | | |
| ROOM OR SECTION | 3 | | | | | | | | | | | | | |

**SPECIAL HEALTH PROBLEMS**

FATHER'S NAME: LAST, FIRST, MIDDLE     Kee, Robert J.

MOTHER'S NAME: LAST, FIRST, MAIDEN

PERSON WITH WHOM PUPIL LIVES (IF OTHER THAN PARENT)

**IMMUNIZATIONS AND TESTS**

| | DATE INITIAL SERIES COMPLETED | BOOSTERS AND DATES | | | |
|---|---|---|---|---|---|
| DIPHTHERIA | 4-81 | 8-82 | | | |
| TETANUS | 6-81 | | | | |
| PERTUSSIS | 10-81 | | | | |
| POLIO | 4-81, 6-81, 10-81 | | | | |

MEASLES VACCINE – TYPE _____  DATE 5-82 _____  OR HAD MEASLES  YEAR _____

GERMAN MEASLES VACCINE  DATE 5-82    MUMPS VACCINE  DATE 5-82

| | DATE | RESULT | DATE | RESULT | DATE | RESULT |
|---|---|---|---|---|---|---|
| TUBERCULIN TESTS | | | | | | |
| CHEST X-RAYS | | | | | | |

**HOME AND FAMILY CONDITIONS, FAMILY MEDICAL HISTORY, PARENT CONCERNS:**

CONFIDENTIAL INFORMATION ON FILE AT:

028582

E OF STUDENT *Lee Robert*

ENTAL FINDINGS — Check Applicable Items

| Grade | Date | EXAMINED OR EVALUATED BY | Pro-phyl-axis | SPECIAL PROJECTS (Specify) | FLUORIDE | | Oral Evaluation Passed/ Referred | TOTALS | | Tooth Brush Instruc-tions | Nutri-tion Coun-seling |
| | | | | | Tablet | Mouth Rinse | | def DMF | OHI Index | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | |
| 1 | 3/7/88 | J. Detwiler RDH | | Dry Brush | | | P | | | ✓ | ✓ |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| Other | | | | | | | | | | | |

REMARKS:

| DATE | |
|---|---|
| 3/77 | Toothbrush |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

028583

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF HEALTH
DENTAL HEALTH

## SCHOOL DENTAL HEALTH RECORD

| DISTRICT _Wilkes-Barre Area_ | | COUNTY _Luzerne_ | DATE OF BIRTH _11-23-50_ | | |
|---|---|---|---|---|---|
| STUDENT  LAST _Lea_   FIRST _Robert_ | | MIDDLE | GRADE _9_ | SEX | RACE |
| | | | | M ☒ | W ☐ |
| ADDRESS _25 Hurley St._ | | TELEPHONE NO. | | F ☐ | Non-W ☐ |

THE ABOVE INFORMATION SHOULD BE FILLED IN BEFORE THE EXAMINATION OR EVALUATION

Record on Dental Chart d (decayed), e (indicated for extraction), and f (filled) for deciduous teeth and D (Decayed), M (Missing), and F (Filled) for permanent teeth.

### TOOTH CHART

| | | RIGHT | | | | | | | | LEFT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UPPER | | 1 | 2 | 3 | 4 A | 5 B | 6 C | 7 D | 8 E | 9 F | 10 G | 11 H | 12 I | 13 J | 14 | 15 | 16 | Upper |
| LOWER | | 32 | 31 | 30 | 29 T | 28 S | 27 R | 26 Q | 25 P | 24 O | 23 N | 22 M | 21 L | 20 K | 19 | 18 | 17 | Lower |
| First exam. 9/ 7-58 | Upper | | | | N | n | n | n | n | n | n | n | n | n | N | | | Upper |
| | Lower | | | | N | n | n | | n | N | N | n | n | n | N | | | Lower |
| Second exam. | Upper | | | | | | | | | | | | | | | | | Upper |
| | Lower | | | | | | | | | | | | | | | | | Lower |
| Third exam. | Upper | | | | | | | | | | | | | | | | | Upper |
| | Lower | | | | | | | | | | | | | | | | | Lower |
| Fourth exam. | Upper | | | | | | | | | | | | | | | | | Upper |
| | Lower | | | | | | | | | | | | | | | | | Lower |
| Fifth exam. | Upper | | | | | | | | | | | | | | | | | Upper |
| | Lower | | | | | | | | | | | | | | | | | Lower |

### STUDENT REFERRAL

| DATE | EXAMINED OR EVALUATED BY | REFERRED TO | REMARKS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

028584

028585

S. D. 2A

## WILKES-BARRE AREA SCHOOL DISTRICT
### —DROP CARD—

To be filled in by the teacher when a pupil is dropped from the roll. Fill in one card and send to Attendance Department.

| Last Name | First Name | Date of Birth |
|---|---|---|
| Lee | Robert | 11-28-80 |

| Residence Before Discharge | New Residence (Give City, Street, and Number) |
|---|---|
| 25 Hurley Street | R. D. #1, Pittston |

| Number Days Present | Number Days Absent | Last Date Belonged |
|---|---|---|
| 50 | 9 | W5-25-88-165day W4 |

| Building | Grade | Cause of Leaving |
|---|---|---|
| Flood | 1--3 | moving |

| Teacher | Principal |
|---|---|
| Miss Sullivan | ...nald J. Sabatino |

WYOMING AREA SCHOOL DISTRICT      *Jean Fox*

JOHN F. KENNEDY SCHOOL

PENN AVENUE

EXETER, PENNSYLVANIA 18643      *Mailed*
*9-1-88*

_____Robert And Shane Lee_____ has enrolled in the   1st and 2nd

grades at Wyoming Area School District.

   We would appreciate receiving the following school records:

   1.  Cumulative and Scholastic Records

   2.  Test Scores

   3.  Health and Dental Reports

   4.  Other Pertinent Information




                              Sincerely,

                              *Richard C. Ascani*
                              _____
                                    PRINCIPAL

028586

LUZERNE COUNTY HEAD START, INC.

*1-3*

## HEALTH SUMMARY

Child's Name _Robert Lee_           Center _Westside_

|  | DATE |
|---|---|
| Physical Exam | 11-26-85 |
| Speech Screening | Oct '85 |
| Hearing Screening | 11-13-85 |
| Vision Screening | 11-26-85 |
| Anemia Test | April '85 |
| Tuberculin Test | Dec '81 |
| Dental Exam | 8-14-85 |

## IMMUNIZATIONS

| DPT | POLIO | |
|---|---|---|
| 1 April '81 | 1 April '81 | MEASLES May '82 |
| 2 June '81 | 2 June '81 | |
| 3 Oct '81 | 3 Aug '82 | MUMPS May '82 |
| 4 Aug '82 | 4 | |
| 5 | | RUBELLA May '82 |

Dear Parent or Guardian:

This is a summary of the health services that have been provided for your child during enrollment in the Head Start Program. You will find this useful, not only in registering your child in Kindergarten, but also in continuing good preventative health care. Please keep this with your records for future reference, as this is the only copy you will receive. If you have any questions, please feel free to call me at _288-7468_.

Sincerely yours,

_Janet Evans_
Health Assistant

028587

7A-AL-44453

17

LUZERNE INTERMEDIATE UNIT 18
Alternative Learning Center (ALC)
33 West Carey Street
Plains, PA 18702
1995 - 1996

The following investigation was conducted by Special Agent JAMES J. GLENN:

On April 10, 2001, SANDRA OSTROWSKI, Secretary, ALC, 33 West Carey Street, Plains, PA, provided academic records for ROBERT LEE, JR. which indicated his attendance at ALC from 1995 - 1996. Contained within LEE's folder was an Individualized Education Program, dated May 31, 1995, and a Comprehensive Evaluation Report, dated May 4, 1995. Both reports are attached hereto this report. According to LEE's 1995 - 1996 report card, he was absent only four days, and it was recommended that he be promoted to grade nine. LEE took the following medications: Dexidrene, Clonidine, and Thorazine. LEE was described has hyperactive and explosive. LEE's report card reflected the following:

| Course | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Final |
|---|---|---|---|---|---|
| English | 80 | 45 | Incomplete | 83 | 72 |
| Science/ Health | 75 | 45 | Incomplete | 84 | 68 |
| Math | 90 | 45 | Incomplete | 87 | 74 |
| Social Studies | 80 | 50 | Incomplete | 82 | 69 |
| Literature | 80 | 80 | Incomplete | 80 | 70 |

A equals 90 to 100
B equals 80 to 89
C equals 70 to 79
D equals 60 to 69
F equals Fail

ROBERT LEE was admitted from March 21, 1996, to April 4, 1996, and he was enrolled in the Genesis School at FIRST HOSPITAL WYOMING VALLEY. His teacher was TIM LAVELLE who provided the following Progress Report, dated April 8, 1996:

Subject Areas

English         - 80
Math            - 93
Social Studies  - 80

028588

7A-AL-44453

18

```
Science             -  72
Reading             - 100
Physical Education  - Pass
Art                 - Pass
Music               - Pass
```

## Work/Study Skills

1.  Follows Directions - shows improvement.

2.  Completes Assignments - needs strengthening.

3.  Works Independently - shows improvement.

4.  Works Cooperatively in a Group - shows improvement.

5.  Participates in Class - needs strengthening.

## Social/Emotional Growth

1.  Practices Good Health Habits - satisfactory progress.

2.  Shows Respect for Others and Their Property - shows improvement.

3.  Obeys Rules - shows improvement.

4.  Demonstrates Self Control - satisfactory progress.

5.  Shows Courtesy in Speech and Behavior - shows improvement.

6.  Expresses Feelings Verbally - shows improvement.

7.  Demonstrates Concern for Others - shows improvement.

8.  Shows Ability to Act Appropriately in a Variety of Situations - shows improvement.

9.  Demonstrates the Ability to Attend - shows improvement.

10. Demonstrates the Ability to Relate to Peers - satisfactory progress.

028589

7A-AL-44453

19

11. Demonstrates the Ability to Relate to Staff - shows improvement.

Recommendations

LEE was discharged from FIRST HOSPITAL WYOMING VALLEY on April 5, 1996.  Recommendation is to return to previous school setting and follow up on appropriate after care services that have been arranged.

LEE's file indicates an Incident Report at the ALC.

Date of Incident:    February 27, 1996
Class:               Lunch

LEE was written up for insubordination, threatening or intimidating another person, profanity, and other (destruction of property).

Narrative:  "ROBERT was brought to the office for his lunch period because of inappropriate classroom behavior.  ROBERT threw two items over the wall and proceeded to pick them up when instructed by Mr. MUSTO.  He then threw and busted a glass salt shaker off the wall. He was removed by Mr. MUSTO and brought to another empty room.  After being restrained for approximately two minutes, he proceeded to throw a desk across the room, causing institutional vandalism to another desk.  ROBERT again needed to be restrained and expressed that he would clean the office and pick up the desk.  He intentionally continued to bang the broom into doors and walls before hitting a student in the legs with the broom."  Signed by Mr. RON MUSTO.

Comments:  "I entered the Quiet Room, and ROBERT was out of control.  I interceded and placed ROBERT in an upper torso.  After one minute, he indicated he could speak rationally. He sat in the chair and was able to talk about his responsibilities and our expectations. The session ended on a positive note."

LEE was engaged in a second incident, dated October 16, 1995, at ALC.

Details:  "BOBBY was placed in the Time Out Room by Mr. DOMBROSKI.  While in the room, he displayed poor behavior and became verbally abusive to the staff, had an altercation with another student, and kept making noises and throwing objects. Mr. LEE also kicked a hole in the wall, approximately 16 inches by 14 inches.  He eventually put his hands down and calmed down."

028590

7A-AL-44453

20

        Comments:   "Student should pay for the damage to the wall."

        A report of the Woodcock Reading Mastery Test - Form G was administered and dated January 25, 1998, Grade:  10.5.  The following instructional level profile is as follows:

        Word Identification:       Grade Level   9.3
        Word Attack:               Grade Level  12.9
        Word Comprehension:        Grade Level   6.0
        Passage Comprehension:     Grade Level   8.9

        Observation:  "BOBBY said he does not like to read; however, he does possess adequate ability to enjoy a diversified reading diet.  He needs motivation and later a vocabulary progression."  Signed by KAREN MISOLEK, Reading Specialist.

        The following 1997 - 1998 report card for ROBERT LEE, Grade 10, was found in the ALC file:

| Course | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|--------|-----------|-----------|-----------|-----------|
| English | 85 | 85 | Incomplete | Incomplete |
| Science/ Health | 85 | 86 | Incomplete | Incomplete |
| Math | 85 | 87 | Incomplete | Incomplete |
| Social Studies | 85 | 89 | Incomplete | Incomplete |
| Literature | 85 | 85 | Incomplete | Incomplete |

        Recommendations:  Remain in grade 10.  Remain at ALC.

        The following investigation was conducted by Special Agent JAMES J. GLENN on April 11, 2001:

        RONALD MUSTO, Head Teacher, ALC, 33 West Carey Street, Plains, PA, 18702, telephone number 570-208-3823, advised that he has been in the education field for 11 years.  MUSTO described ALC as an institution that has been developed for "at risk" youth, i.e. those children having problems functioning in the public school system.  The aim of the program is to structure the student's daily functioning and to nurture their emotional and leaning needs.  The violations of the students who attend ALC range from truancy to weapons violations.  The majority are here for disruptive classroom behavior.  Presently, there are approximately 110 students at ALC, and MUSTO described the center as a temporary set-up until those students can either be placed

028591

7A-AL-44453

21

back into the school or are dismissed altogether from a public school system.

MUSTO stated that when ROBERT LEE was at ALC, it was a different program altogether. At that time, there were only 40 students in the program; and since LEE's departure, the program has tripled in size. MUSTO stated that he is very doubtful that LEE would have survived the program the way it exists today; because, there is a zero tolerance for any students acting out at ALC. Students displaying destructive behavior are immediately cited and taken before a local District Justice. MUSTO advised that ALC is going back to a traditional grading system where students are graded on assignments, and classes are textbook oriented. Back in 1995 - 1996, when LEE was placed at ALC, it was the proper placement for him.

MUSTO recalled that ROBERT LEE always wore black attire. He wore a black leather jacket with a chain that attached to his black wallet, he wore black boots and pants, and had rough, thick black hair. MUSTO stated that LEE had a cold and sneaky personality and was more likely to be verbally confrontational than physically confrontational with students and staff. In MUSTO's opinion, LEE knew how to play the system and was never known for his academic prowess. MUSTO stated that LEE never removed his jacket in the classroom and was not a socially interactive student. It seemed that LEE was more of a loner, and the other students knew that you would not want to go near LEE because you would not know what you might get. LEE slept a lot in class, and it appeared as though he never got the appropriate rest at home. MUSTO advised that LEE picked his battles and was smart enough not to pick on anyone bigger than he. MUSTO recalled that after leaving ALC, LEE entered the ninth grade at WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL.

The following investigation was conducted by Special Agent JAMES J. GLENN on April 11, 2001:

GREG ELLSWORTH, Gym Instructor, ALC, 33 West Carey Street, Plains, PA, advised that he was familiar with both DONALD FELL and ROBERT LEE, as ELLSWORTH was head of the Physical Education Department at ST. MICHAEL'S SCHOOL, Tunkhannock, PA. ELLSWORTH recalled that ROBERT LEE resided at ST. MICHAEL'S much longer than DONALD FELL and was known to be a quiet kid with an occasional outburst. ELLSWORTH recalled that one particular teacher, named JIM BRESKY, took an interest in LEE and tried to help him. BRESKY is no longer at ST. MICHAEL'S and lives out of state. ELLSWORTH recalled that LEE was not a participant in many of the gym classes but at least he tried. In some ways, he was

028592

7A-AL-44453

22

picked on by the other kids because he was fairly small for his age.  ELLSWORTH stated that he had a hard time believing that LEE was responsible for killing anyone because he was more on the quiet side.

ELLSWORTH stated that DONALD FELL was also a small kid when he encountered him at ST. MICHAEL'S.  At that time, FELL was only about 14 years of age and had a series of confrontations at ST. MICHAEL'S.  It appeared that FELL had many more friends than LEE and was only at ST. MICHAEL'S for about a one year period.

028593

DATE: _5/31/95_

FORM 3.1 - SA

## NOTICE OF RECOMMENDED ASSIGNMENT

**Name and Address of Parent or Guardian**

*Robert Lee Jr.*

*25 Hurley St*

*Wilkes Barre, PA 18705*

**Student's Name**

*Robert Lee*

Dear *Mr. Lee,*

This letter is a follow-up on the recent IEP meeting and/or your request regarding your child's program of education. This is intended to summarize recommendations or proposed changes with respect to your child's educational program and/or assignment. I hope that you have a full understanding based on the information reviewed at the IEP meeting and other communication with school personnel as an IEP Team member. The assignment recommended for your child is *Supportive Intervention in the Regular Education Class - Emotional Support*.

This assignment was recommended after a review of the attached **Options**, which were used to assist in identifying the services and programs that will meet your child's needs.

_____ 1. Your child should begin to receive special education services. The school district will not proceed without your approval of this recommendation (IEP attached.).

__✓__ 2. Your child's special education placement or services should be changed as noted in the IEP. The school district will proceed with this change unless you notify us of your written disapproval as stated below. (IEP attached).

_____ 3. Your child is no longer in need of special education. We recommend current special education services be discontinued. The school district will proceed with this change unless you notify us of your written disapproval as stated below.

_____ 4. Your child is graduating from high school. All special education services should be discontinued at the end of the current school year.

_____ 5. Your child is not in need of special education and should continue in his/her present assignment.

_____ 6. The school district is refusing your request to initiate or change your child's:

_____ Identification          _____ Evaluation

_____ Educational placement   _____ Provision of education

The reason and basis for this refusal is:

_____

_____

_____ 7. Other: _____

*Director of Educ.*

**School District Superintendent**

*William Evans*

**Signature**

*5/31/95*

**Date**

4 (4 part) District - Teacher - Parent - File          PDE/BSE - 3.1 - NOTICE OF RECOMMENDED ASSIGNMENT

028594

FORM 3.1 - SA

● have certain rights which are described in the attached Notice of Parents' Rights. Please carefully read the mation. If you need more information, you may contact:

_Ruth Kumit_ _SpEd Coordinator_ _388-6155_
Name            Position            Phone _ext 233_

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form and return it within ten (10) days to the person listed above.

✓   I APPROVE this recommendation

_____ I DO NOT APPROVE this recommendation

My reason for disapproval is:

_____

I request:

_____ A pre-hearing conference. *

_____ Mediation. *

_____ Due-process Hearing. *

_____ _5/31/95_ _825-7483_
Parent(s) Signature          Date          Daytime Phone

* The enclosed **Notice of Parents' Rights** provides information on the options listed above.

8-94 (4 Part) District - Teacher - Parent - File      PDE/BSE - 3.1 - NOTICE OF RECOMMENDED ASSIGNMENT

028595

Student Name: _Robert Lee_____

**The IEP Team has also considered:**

____ Assistive Devices       ____ Behavior Management Programs       ____ Information from IST

____ Vocational Assessment    ____ Enrichment / Advancement           ____ Graduation Planning

____ Extended School Year.    ____ Student Health Concerns            ____ Adaptive Physical Education

____ Others: (Please Specify) _____

( ) **THE IEP TEAM ADDRESSED PLANNING FOR TRANSITION SERVICES**
(See Individual Transition Plan Section of this IEP for areas addressed)

\* If the student needs services or programs in an area checked, the school is to include a description within
the IEP goals, objectives, and/or areas of specially designed instruction.

**TEAM MEMBERS**

(Please type or print legibly for NAME and POSITION)

| NAME | POSITION | SIGNATURE |
|---|---|---|
| Ruth Keimet | Sp. Ed Coordinator | Ruth Keimet |
| William Evans | Dir. of Educ. | William Evans |
| Robert J. Lee | FATHER | |

*SIGNATURE ON THE IEP DOCUMENTS ATTENDANCE, NOT AGREEMENT.

(4 PART)   District - Teacher - Parent - File

028596

FORMAT B - SA

● 1305 _____ New
━ 1306 __✓__ Revised

MEETING DATE: _5/31/95_

## INDIVIDUALIZED EDUCATION PROGRAM

Student: _Robert Lee_

Parent: _Robert Lee, Jr_

Address: _25 Haley, Wilkes Barre, PA 18705_

Phone: _717-825-7483_    Date of Birth: _11-28-80_    Age: _14_

School: _St. Michael's_    School Year: 199_5_ / 199_6_

School District of Residence: _Wilkes Barre_

School District of Attendance: _Tunkhannock_

Current Program(s): _Itinerant Emotional Support_

Current Teacher(s) / Therapist(s): _St. Michael's Staff_

The IEP **MUST** include the following components:

● 1. Student's Present Educational Levels
      Strengths
      Needs
   2. Annual Goals
   3. Short Term Instructional Objectives
   4. Specially Designed Instruction,
   5. Methods for Evaluating Objectives

_Present Educational Levels_
_Administered WRAT 4-19-95_
_Reading -sixth grade level_
_Math - sixth grade level_
_Strengths_
_- good math skill_
_- strong comprehension skill_
_- hard worker_

● 4 (4-part)  District - Teacher - Parent - File

028597

**Student Name:** Robert Lee

- remain on task
- excellent behavior
- cooperative
- complete assignments

Needs
- improve peer relationships
- to be on medications and at times can affect his alertness.

② Annual Goals
- to improve academic skills
- to maintain passing grade
- to continue to improve interpersonal skills with peers
- to follow school and classroom rules

③ Short-term Objectives
- to make an adjustment to regular public school in a reasonable amount of time
- to complete homework assignments
- to be able to ask for help when needed
- to relate academic skills to

(4-part)    District - Teacher - Parent - File

028598

Student Name: _____~~~~~~~ Robert Lee_____

everyday living skill
- to maintain passing grades each quarter

(4) Specially Designed Instruction
- high interest material

(5) Methods for Evaluating Objective
- teacher observations
- daily assignments
- report card
- regular attendance.

(4-part)   District - Teacher - Parent - File

028599

Student Name: _Robert Lee_

Program Placement: _____ Elementary _✓_ Secondary

Inclusion Grade Level (where appropriate): _7_

| Level of Intervention | Instructional Group | Projected Starting Date | Expected Duration | ESY Frequency |
|---|---|---|---|---|
| Supportive Intervention in the Regular Education Class | Emotional Support | 5/31/95 | 5/31/96 | NA |

Related Services:

| | Frequency of Service | Projected Starting Date | Expected Duration | ESY Frequency of Service |
|---|---|---|---|---|
| ( ) Speech | | | | |
| ( ) Physical Therapy | | | | |
| ( ) Occupational Therapy | | | | |
| ( ) Other: | | | | |

Location of Intervention: _St. Michael's_

Transportation: _____ Regular _✓_ Special _____ Walker

Extent of Participation in Programs and Activities with Non-Eligible Students _____
_Robert is mainstreamed in all regular education classes at this time._

Exit Criteria _When Robert consistently meet the goals of his IEP._

4 (4 Part) District - Teacher - Parent - File

028600

FORM 3.2 - SA

Student's Name: _Robert Lee_

# OPTIONS CONSIDERED

The options considered when recommending placement for your child fall into three (3) categories, as listed below.

- **Instructional group** is a grouping of students who have learning needs similar to your child and who are able to benefit from this assignment, given the rate, level, and manner of the instruction to be provided.

- **Level of Intervention** is the type and amount of special education instruction your child will receive.

- **Location of Intervention** is the type of building or facility where special education services will be provided.

In discussing the appropriate program for your child, the following options were considered. The recommended instructional group, level of intervention and location of intervention for your child are checked:

**INSTRUCTIONAL GROUP (Class or Assignment):**

| | |
|---|---|
| ____ Autistic Support | ____ Blind or Visually Impaired Support |
| ____ Deaf or Hearing Impaired Support | ✓ Emotional Support |
| ____ Gifted Support | ____ Learning Support |
| ____ Life Skills Support | ____ Multiple Disabilities Support |
| ____ Physical Support | ____ Speech and Language Support |
| ____ Detention | |

**LEVEL OF INTERVENTION:**

| | |
|---|---|
| ✓ Supportive Intervention in the Regular Classroom | ____ Supplemental Intervention in the Regular Classroom (Itinerant) |
| ____ Supplemental Intervention (Resource) | ____ Part-Time Special Education Class in the Regular School |
| ____ Full-time Special Education Class in the Regular School | |
| ____ Full-time Special Education Class Outside the Regular School | |

**LOCATION OF INTERVENTION:**

____ Regular school which student would attend if not exceptional
____ Alternate regular school as close to the student's home as possible
____ Alternate regular school in a neighboring school district
____ Special Education Public School, such as a Special Education Center
____ Instruction in the home
✓ Approved Private School on a day basis
____ Approved Private School on a residential basis
____ Out-of-State Placement
____ Other residential facility
____ Detention Home
____ Area Vocational-Technical School

8-94  (4Part)  District - Teacher - Parent - File          PDE/BSE - 3.2 - OPTIONS CONSIDERED

028601

FORM 3.2 - SA

Student's Name: _Robert Lee_____

Reasons for the recommendations (Include evaluation procedures, reports, and other factors used in making the recommendations):

_Comprehensive Evaluation Report_____

Reasons why the above recommendation is appropriate and why it represents the least restrictive setting in which your child's needs can be met:

_Because of the nature of the program at St. Michael's, Robert has ashbun the ability to be mainstreamed in all regular education classes._

Reasons why the options that were considered but not recommended are inappropriate or do not represent the least restrictive setting in which your child's needs can be met:

_Other placements do not meet Robert's needs at this time._

8-94  (4 Part)  District - Teacher - Parent - File                PDE/BSE - 3.2 - OPTIONS CONSIDERED

028602

FORMAT A - SA

_____ Initial Referral

__X__ Reevaluation

## COMPREHENSIVE EVALUATION REPORT (CER)

Name: __Robert Lee__                              Parent: __Robert Lee__

Report Date: __05-04-95__                         Address: __25 Hurley Street__

                                                  __Wilkes Barre, PA  18705__

School: __St. Michael's__

District of Attendance: __Tunkhannock__           Phone: __717-825-7483__

District of Residence: __Wilkes Barre Area__      Grade: __7__

Birth Date: __11-28-80__

CURRENT EDUCATIONAL PROGRAM: __Itinerant Emotional Support__

OTHER DEMOGRAPHIC DATA, AS NEEDED_____

REASON(S) FOR REFERRAL:

Reevaluation to assess his current progress and educational needs.

2. INFORMATION FROM THE PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:

Robert has been experiencing satisfactory growth and progress in his current program and it is meeting his educational needs. Mr. Lee is concerned about what will happen when Robert returns to his regular school. He hopes that Robert's program there will continue to meet Robert's needs.

3. EDUCATIONAL, SOCIAL AND PHYSICAL HISTORY:

Robert is a fourteen year, five month old seventh grade student who is in a n itinerant emotional support class.

4. SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS

A. Instructional Evaluation Results (Instructional Level, Rates of Acquisition and Retention)

WRAT - administered on 04-19-95 - indicates that Robert is reading on a sixth grade level and his math skills are on a sixth grade level.

In Math (Addison Wesley, book 6), Robert is working on basic equations - formulating equations from a written word problem.

In Science (Addison Wesley - Book 5), Robert is working on Life Science and Physical Science.

In Reading, a whole language approach is being used, utilizing novels, tapes, thematic units, videos and computer assisted instruction. All materials are on a fourth to sixth grade reading level. Interest levels are slightly higher.

028603

Page 2                                                                 Name   Robert Lee



In English (MacMillan/McGraw Hill - book 6), Robert is studying the parts of speech, subjects and predicates and basic English grammar.

In Spelling (Laidlaw -book 4), Robert completes one unit each week.  He is working on abbreviation, blends, vowels, suffixes and prefixes.

In Social Studies (Planet Earth - Scott Foresman), Robert is studying mapping skills and holiday origins.

B.  Ecological Evaluation Results (If appropriate)

C.  Vocational-Technical Education Assessment Results (If appropriate)

5.  STRENGTHS

Robert has good math skills.  He is a hard worker and asks questions when necessary.  Robert remains on task.  His comprehension skills are strong.  He has excellent behavior.  Robert is cooperative and completes assignments.

6.  DEGREE OF NEED

Robert's ability to relate will with peers is still somewhat of a problem, although he has shown considerable improvement in this area.  He needs to improve his alertness in class (tends to be tired).

7.  INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS

N/A

CONCLUSIONS AND RECOMMENDATIONS TO IEP TEAM (Including eligibility, specially-designed instruction, current program, change in programs, and other issues based on the student's individual needs)

Based on the assessment conducted,  Robert is doing well in his present classes.

9.  RECOMMENDATION REGARDING CONTINUED NEED FOR SPECIAL EDUCATION

10.  REVIEW OF THE STUDENT'S IEP

A.  Instructional activities which have been successful

Small group instruction
Behavior management
High interest materials
Appropriate grade level instructional materials
Structured environment

B.  Recommendations for revision of the IEP

IEP objectives will be completed at the IEP meeting.

028604

FORMAT A - SA₂

## COMPREHENSIVE EVALUATION REPORT SIGNATURES

It is recommended to the IEP Team that _____ *Robert Lee* _____ :
student name

_____ is eligible / exceptional

_____ has a degree of need to warrant
specially designed instruction.

✓ would benefit from continuation
of current program and services.

_____ would benefit from a change in
current program.

_____ shall continue in the regular
education program

_____ OTHER: _____

_____

| YES | NO | SIGNATURE | TITLE |
|-----|-----|-----------|-------|
| ✓ | _ | *Ruth Kunet* | CHAIRPERSON |
| _ | _ | | |
| _ | _ | | |
| _ | _ | | |
| _ | _ | | |
| _ | _ | | |
| _ | _ | | |
| _ | _ | | |

Signed copies to:     Parent
Teacher
Building principal/LEA
Others: _____

_____

8/94   (4 Part)  District - Teacher - Parent - File          PDE/BSE  A-SA-930603

028605

**ATTACHMENT F**

## Comprehensive Reevaluation Report - Parent Agreement

_Robert Lee_
        Student

_5/4/95_
        Date

_Staff_
        Teacher

_St Michael's_
        Location

Dear Parent, Surrogate Parent or Guardian:

A reevaluation of your child's Special Education Program(s) and Service(s) is being conducted. A draft copy of the comprehensive Reevaluation Report is attached for your review. Staff and parent input is contained in this draft.

Please indicate your agreement or disagreement with this draft report.

(        ) I agree with the conclusions and recommendations regarding eligibility and programming in my child's Comprehensive Reevaluation Report.

(        ) I disagree with the conclusions and recommendations regarding eligibility and programming in my child's comprehensive Reevaluation Report.

_____
        Date

_____
        Signature
Parent, Surrogate Parent or Guardian

Please return by ___May 16___ to ___Ruth Kumet_____
                        (Date)                        (Person)

                                _____
                                        (Address)

                                _____

7/94   (3 Part)   District - Parent - File

028606

FORM 2 - SA

## <u>INVITATION TO PARTICIPATE IN THE IEP TEAM MEETING</u>

**Name and Address of Parent or Guardian**

_Robert Lee_
_25 Hurley St_
_Wilkes Barre, PA 18705_

**Student's Name**

_Robert Lee_

Dear _Mr Lee_,

We would like you to attend an **Individualized Education Planning Team Meeting** to discuss the present program and any recommendations for changes in the program for your child. The purpose of this meeting is to :
**(The School District is to check all that apply):**

_____  Discuss the results and recommendations of the **Multidisciplinary Evaluation** and make a determination if your child is exceptional and eligible for special education. If it is determined that your child is exceptional, an **Individualized Education Plan (IEP)** will be developed at the meeting.

✓  Discuss your child's current I E P to review and revise it as needed.

_____  Discuss **transition services** which are required to prepare your child to make a successful transition to life outside the public school system. Your child will be invited to attend. See below for representatives of other agencies which will be invited.

The team meeting has been scheduled for this location: _St Michael's_ _____ at the following **date and time:** _Tues May 23, 2:00 pm_. If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which is convenient.

State and federal laws require a minimum of three (3) people to attend as follows: the parent or guardian, the student's teacher, and a local education agency representative (principal or designee). A Vocational-Technical Education Representative is required for students enrolling in vocational-technical education. Others are to attend this meeting as necessary. The following people are expected to attend the meeting for your child:

| **NAME** | **TITLE** |
|---|---|
| _Ruth Kunet_ | _Sp Ed Coordinator_ |
| _William Evan_ | _Dir of Ed_ |
| | |
| | |

If you would like additional personnel from the school district to attend this team meeting, or if you have any questions or comments, please contact me.

_Ruth Kunet_ _____  _Sp Ed Coordinator_ _____  _388-6155_
Name            Position            Phone _847233_

8-94  (2 Part)  Parent - Teacher File        PDE/BSE - 2-INVITATION TO IEP MEETING

028607

St. Michael's School
Hoban Heights   Box 370
Tunkhannock, PA     18657

Due Process Notice
(Notice of Recommended Assignment)

Mr. Robert Lee _____          November 4, 1993
                                                         (Date)

25 Hurley Street _____

Wilkes Barre, PA   18705 _____
(Name & Address of Parent/Guardian)

Dear Mr. Lee _____ :

    St. Michael's School recommends that ____Robert Lee_____
be placed in a __ Elementary/Part-Time; _X Elementary/Itinerant;
__ Secondary/Part-Time; __Secondary/Itinerant; __ Learning Support;
_X Emotional Support; __ Itinerant Speech/Language Program.

    As you are aware, an individualized education program has been
developed; a copy is attached. (A student who is no longer in need of
special education will not have an IEP).

    Before this recommendation is implemented, you have the right to
further discussion with school officials and the right to a hearing before
a designee of the State Secretary of Education. Attached is an outline of
your rights concerning the educational program.

    If you approve the recommendation, please indicate this by signing
below; then return a copy of this page. Keep a copy for your records.

    If you do not approve, please indicate this by signing below and
listing the reasons; then return a copy of this page.

    Please respond within five (5) days if this was given to you in
person, or within ten (10) days if you received this by mail. If you
do not respond within the stated time, it will indicate that you approve
the recommendation, and the program will be implemented.

_____
(Signature, Director of Education or Special Education Coordinator)

For further information contact: Ruth Kumet   (717-388-6155)

Return this to: St. Michael's School, Box 370, Tunkhannock, PA   18657

____L____   I approve this recommendation and do not wish to request a
            pre-hearing conference or a hearing.

_____   I do not approve this recommendation. I request a pre-hearing
            conference. My reasons for not approving are: _____

_____

__11/8/93__          _____
    (Date)              (Signature of Parent/Parents/Guardian)

028608

7A-AL-44453

23

WILKES-BARRE AREA SCHOOL DISTRICT
730 South Main Street
Wilkes-Barre, Pennsylvania (PA)   18711

On April 3, 2001, the following investigation was conducted by Special Agent JAMES J. GLENN:

Dr. EDWARD BLACEJEWSKI, Director of Pupil Personnel, 730 South Main Street, Wilkes-Barre, PA, 18711, telephone number 570-826-7121, provided the interviewing Agent with information concerning ROBERT JOSEPH LEE's academic attendance.  LEE's records revealed the following:

1986-1987 - LEE attended kindergarten at the CHESTER STREET SCHOOL, Kingston, PA.

September 1987-February 1988 - LEE attended the first part of first grade in Brooklyn, New York.

March 1, 1998-May 25, 1988 - LEE completed first grade at the FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA.

1988-1992 - LEE attended school in the TUNKHANNOCK AREA SCHOOL DISTRICT.

January 1992-March 1993 - LEE attended classes at the CHILDREN'S SERVICE CENTER SERVICE CENTER (MILFORD BARNES SCHOOL), 335 South Franklin Street, Wilkes-Barre, PA; LEE also attended ST. MICHAEL'S SCHOOL FOR BOYS, Tunkhannock, PA.

1993-1995 - LEE attended grade sixth and seventh at ST. MICHAEL'S SCHOOL FOR BOYS (Court Adjudicated).

1995-1996 - LEE's eighth grade was spent in the DALLAS ALTERNATIVE SCHOOL, Dallas, PA.

1996-1997 - LEE attended ninth grade at the Head Start Program, WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL, Wilkes-Barre, PA.

1997-1998 -  LEE attended tenth grade at COUGHLIN HIGH SCHOOL but quit SCHOOL on his 17th birthday.

BLACEJEWSKI advised that psychiatric and psychological evaluations contained within LEE's special education file may be obtained through subpoena through the Custodian of Records, Dr. KOURY, 730 South Main Street, Wilkes-Barre, PA, 18711.

028609

7A-AL-44453

24

CHILDREN'S SERVICE CENTER
  OF WYOMING VALLEY
335 South Franklin Street
Wilkes-Barre, Pennsylvania (PA) 18702
January 1992 - March 1993

On April 3, 2001, the following investigation was conducted by Special Agent JAMES J. GLENN:

ANTHONY B. BLACK, Director of Non-Residential Services, CHILDREN'S SERVICE CENTER OF WYOMING VALLEY, 335 South Franklin Street, Wilkes-Barre, PA, 18702, telephone number 570-825-6427, extension 244, reviewed records pertaining to ROBERT JOSEPH LEE and shared the following results:

A review of LEE's academic folder disclosed that LEE attended classes at the MILFORD BARNES SCHOOL contained within the CHILDREN'S SERVICE CENTER OF WYOMING VALLEY at 335 South Franklin Street, Wilkes-Barre, PA, during the period January 1992-March 1993. While at the school, LEE was assigned a psychiatrist, therapist, and counselor for a myriad of emotional problems he had. LEE was referred to the CHILDREN'S SERVICE CENTER OF WYOMING VALLEY as a result of his volatile behavior at home and in school. LEE was prescribed psychiatric medication to assist him in his anger management and was observed in class to see how his medication affected his relationship with staff and fellow students.

BLACK advised that the MILFORD BARNES SCHOOL is a partial hospitalization program for students experiencing emotional and/or behavioral problems and who cannot function on their own. BLACK advised that during the 1992-1993 academic year, LEE lived with foster parents and was involved in the school's parent/counselor program. BLACK stated that LEE's folder also indicates that LEE had a visit in the FIRST VALLEY HOSPITAL, a psychiatric hospital located on Dana Street, Wilkes-Barre, PA. BLACK advised that due to the sensitive nature of the psychological and psychiatric reports found in LEE's file, release of this information can only be made through the appropriate court orders or by subpoena. BLACK advised that LEE continued, on an out-patient basis, to visit the CHILDREN'S SERVICE CENTER OF WYOMING VALLEY to see his therapist. Other appointments were to review LEE's psychiatric medication, and follow-up homebound services were provided to LEE's home. Upon release from the MILFORD BARNES SCHOOL, LEE attended ST. MICHAEL'S SCHOOL, Hoban Heights, Tunkhannock, PA.

Book 142

NO. 23302

Name LEE, ROBERT, J.    DOB 11-28-80    Age 11

Address 25 Hurley St.    Social Security# 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

Wilkes-Barre, Pa.

Mother Bonny Tonti - Rt. 92 Harding    Father Robert Lee - same address as Robert J

Stepmother_____    Stepfather_____

INFORMAL ADJUSTMENT 8-18-92: Charged with Criminal Mischeif filed by Det. Cooney and Gonos, Wilkes-Barre Police. Temporary supervision; cooperate with random blood, breath and urine testing; continue to cooperate with Chidlren's Service Center; continue to cooperate with Children and Youth.

FINES/COSTS ORDERED 2/14/94: Charged with Failure to Pay Fine/Cost by District Justice Martin Kane. Placed on temporary supervision; directed to cooperate with random blood, breath and urine testing; review case in 60 days.

INFORMAL ADJUSTMENT 3-31-94 charged with Harassment by Communication or Address filed by Det. William Berneski, Wilkes-Barre Police. Temporary supervision; submit to random blood, breath and urine tersting; not to have any contact with the victim; continue to cooperate with Children and Youth and Children's Service Center.

DECEMBER 30, 1994:    PETITION #94-490 - Involuntary Deviate Sexual Intercourse-3 Cts., Indecent Assault-2 Cts. filed by Juv. Ofr. Nancy Smith, Exeter Twp Police Dept., was WITHDRAWN by Ofr. Smith.

HEARING: JANUARY 31, 1996 - 1st App.
Petition No. 95-569: Aggravated Assault (F-1), Resisting Arrest or Other Law Enforce-ment (M-2), Criminal Trespass (2 Sections) (cc.3503b1i) (M-3) & (cc.3503b1iii) (M-3), Disorderly Conduct (3 Sections) (cc.5503a1 (M-3), (cc.5503a2) (M-3), (cc.5503a3) (M-3), Criminal Mischief (
ADJUDICATED DELINQUENT OF Aggravated Assault, Resisting Arrest or Other Law Enforceme Disorderly Conduct and Criminal Mischief. Charge of Criminal Trespass was AMENDED to Defiant Trespass which Robert was found DELINQUENT of.
JUDGE MUROSKI: It is the Order of the Court that Robert Lee, Jr. be remanded to the Luzerne County Juvenile Detention Center for a full-scale psychological evaluation with final disposition of said case to be held at a later date. Robert is directed to pay all court related costs immediately.

It is further Ordered that Robert's parents, Robert Lee and Bonnie Tonte, be resp sible for the cost of the psychological evaluation in the amount of $82.50. Robert's parents are also responsible to contribute toward the cost of their son's stay in Detention in the amount of $20.00 per day.

David Zekoski, Esq., A.D.A.
Juvenile Not Represented by Counsel    /s/ Muroski, J.

028611

FEBRUARY 14, 1996 - FOR DISPOSITION (From previous Court Hearing held on 1/3.

JUDGE MUROSKI: It is the Order of the Court that Robert Lee, Jr., be released ᴉᴺᴄ       ₜ ᴊy of his father; he is placed on probation for a period of one (1) year; not to apply for an operator's license without first receiving permission of the Court; continue to cooperate with dren's Service Center for further evaluation and follow all recommendations; continue t erate with Children & Youth Services and follow all recommendations; cooperate with th Adolescent Sexual Offender's Program at the Juvenile Probation Department to be conducted by Children's Service Center; cooperate with random blood, breath and urine testing to be conducted by the Juvenile Probation Department; directed to pay restitution in accordance with Section 6352 of the Juvenile Act.

It is further Ordered that Robert's parents, Robert Lee, Sr., and Bonnie Tonte, be responsible for their son's restitution to the extent that is allowable under the Parental Liability Act. In compliance with Act 12 of 1995, a judgement order for said restitution shall be entered in the Prothonotary's Office of Luzerne County.

/s/ Muroski, J. (Criminal Mischief)

INFORMAL ADJUSTMENT 2-14-96 Charged with Failure to Pay Fine/Costs (Curfew Violation) filed by D.J. Kane. Resolved through placement at Juvenile Detention Center from I-31-96 to 2-14-96 in conjunction with Delinquent proceedings.

INFORMAL ADJUSTMENT 8-5-96 Charged with Failure to Pay Fine/Costs (Harassment) filed by D.J. Malast. Continued on supervision

HEARING: DECEMBER 11, 1996 - 2nd App.
Petition No. 96- 628: Criminal Mischief (M-2), Criminal Conspiracy (To Commit Criminal Mischief (M-2).
Petition No. 96-629: Violation of Probation (M).
ADJUDICATED DELINQUENT AS CHARGED.
JUDGE CIAVARELLA: It is the Order of the Court that Robert Lee, Jr., committed to the Diagnostic Unit at St. Michael's School (IV-E) with final disposition to be held at a later date. Robert is directed to provide social history information to the Juvenile Probation Office; not to apply for an operator's license without first receiving permission of the Court; cooperate with random blood, breath and urine testing to be conducted by the Juvenile Probation Department; and pay court related costs immediately.

It is further Ordered that Robert's parents, Robert Lee and Bonnie Tonte, contribute financial support during their son's Detention/Placement as determined by the Luzerne County Juvenile Probation Department and the Court. Parents are also responsible for medical, dental and clothing needs before and during commitment.

Lastly, it is the ORDER of the Court that Luzerne County Children and Youth Services and Luzerne County Juvenile Probation Department share case management responsibility for Robert while he remains in placement at St. Michael's.

Ingrid Cronin, Esq., A.D.A.
Juvenile Not Represented by Counsel                    /s/ Ciavarella, J.

DECEMBER 12, 1996:  ADMITTED TO ST. MICHAEL'S SCHOOL DIAGNOSTIC PROGRAM, TUNK.

INFORMAL ADJUSTMENT - 1/3/97- Charged with non payment of fines. (Violation of Clean Indoor Act). Filed by Magistrate Diana Malast. Resolved through placement at St. Michael's.

028612

Book ___142___

NO. ___23302___

Name __LEE, Robert J._____ DOB __11/28/80_____ Age_____

Address _____Social Security # __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____

_____

Mother_____    Father _____

Stepmother _____    Stepfather _____

FOR DISPOSITION: <u>FEBRUARY 5, 1997</u> (From previous Court Hearing held on 12/11/96)
<u>JUDGE CIAVARELLA</u>: After reviewing reports from St. Michael's School, it is the ORDER of
the Court that Robert Lee, Jr., be released from the Diagnostic Unit at St. Michael's
School and be committed to the Residential Program at St. Michael's for continued educa-
tion, supervision and guidance (IV-E). Robert is directed to cooperate with random blood,
breath and urine testing to be conducted by the Juvenile Probation Department; not to
apply for an operator's license without first receiving permission of the Court; directed
to pay restitution in accordance with Section 6352 of the Juvenile Act; and directed to
cooperate with Luzerne County Children and Youth in the Independent Living Program.

It is further ORDERED that Robert's parents, Robert Lee and Bonnie Tonti, be respon-
sible for their son's restitution to the extent that is allowable under the Parental
Liability Act. In compliance with Act 12 of 1995, a judgement order for said restitution
shall be entered in the Prothonotary's Office of Luzerne County. Parents are to contri-
bute financial suoport toward their son's Placement costs as determined by the Luzerne
County Juvenile Probation Department and the Court. Parents are also responsible for thei
sons's medical, dental and clothing needs during commitment.

The Court ORDERS that Luzerne County Children and Youth conduct a Home Evaluation.

Lastly, it is the ORDER of the Court that Luzerne County Children and Youth and Luzer
County Juvenile Probation Department share case management responsibility for Robert
while he remains in placement.

Cynthia Muroski, Esq., Master
David Zekoski, Esq., A.D.A.
Juvenile Not Represented by Counsel          /s/ Ciavarella, J.

<u>FEBRUARY 5, 1997</u>: <u>RELEASED</u> FROM ST. MICHAEL'S DIAGNOSTIC UNIT AND <u>ADMITTED</u> TO
ST. MICHAEL'S RESIDENTIAL PROGRAM, TUNKHANNOCK.

7/10/98-- Charged with non payment of fines. Charges filed by Magistrate Kane.
Resolved through placement at Camp Adams.

4/6/99 Charged with non payment of fines. Charges filed by Magistrate Malast.
Juveniles whereabouts unknown.

028613

IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY
# JUVENILE DIVISION
## COURT ORDER

RE: _Riley Lee_                                    Date of Hearing: _6-12-97_

DOB: _11-28-81_

**TYPE OF HEARING:**

_____ DELINQUENT CHILD                    _____ DELINQUENCY (DISPOSITION LATER DATE)

_____ DEPENDENT CHILD                     _____ DELINQUENCY & DISPOSITION

_✓_ DELINQUENT/DEPENDENT CHILD            _____ DISPOSITION

                                          _____ DETENTION

                                          _✓_ PLACEMENT / DISPOSITIONAL REVIEW

The following is the Juvenile Probation Department's recommendation for the above named juvenile:

_✓_ Committed to / Released from _N. Michael G. School_

_____ Continued in placement at _____

_____ IV-E: It is ordered that said placement is a determination that continuation in his/her residence would be contrary to the welfare of the child; and said placement is necessary because reasonable efforts were made prior to the placement to prevent or eliminate the need for removal of this child from his/her home. It is also ordered that Luzerne County Juvenile Probation Department and Luzerne County Children & Youth Services share case management responsibility for this child while he/she remains in placement.

_____ Luzerne County Juvenile Probation Department and Luzerne County Children & Youth Services equally share all placements costs while child remains in placement.

_____ Remanded to the Luzerne County Juvenile Detention Center for:
   _____ psychological evaluation conducted by the C.S.C. at the Juvenile Center - parents/guardians to assume cost
   _____ drug/alcohol evaluation conducted by _____ at the Juvenile Center - parents/guardians to assume cost
   _____ further planning and placement
   _____ other _____

_____ Parent(s)/guardian(s) to contribute financial support toward their child's detention/placement costs as determined by the Court and/or Juvenile Probation Department.

_____ Parent(s)/guardian(s) responsible for child's medical and dental coverage before and during commitment as well as any/all clothing needs while he/she remains in placement.

_____ Transfer disposition to _____ County Juvenile Court.

_✓_ Released into the custody of _Father_

_✓_ Placed on Probation for: _✓_ indefinite period. _____ period of _____ _____ Consent Decree for _____
   Parole
   _____ Placed under House Arrest. Special terms: _____
   _____ Courtesy Supervision (received from _____ ).

_✓_ Curfew: Sunday through Thursday _7:00_    Friday and Saturday _7:00_ .
   Special terms: _____

_____ Report to Probation Officer on _____

028614

-2-

RE: _Robert Lee_                                          Date: _6-12-97_

_____ Placed on an electronic monitor. Special terms: _____.
      Parent(s)/Guardian(s) responsible for all costs/damages/repairs of said electronic monitoring system.

__✓__ Participate in the Weekender Program at _H Michael School_____
      for _3_ sessions. Special terms: _9/25   8/22   9/26_____.
      Parent(s)/Guardian(s) responsible for cost of said Weekender Program.

__✓__ Cooperate with random blood, breath and urine testing to be conducted by the Juvenile Probation Department.

__✓__ Attend AA/NA meetings. Special terms: _____.

_____ Perform ___ hours of community service at a site to be determined by the Juvenile Probation Department.
      Special terms: _____.

_____ Not to apply for an operator's license without permission of the Court.
__✓__ _Restricted_ operator's license to the Court. _for Work purposes only_

Cooperate with the following agencies and follow any/all recommendations:

_____ Children's Service Center:
      _____ psychological/psychiatric evaluation conducted at the Juvenile Center
      _____ outpatient services
      _____ participate in the "To Rise Above" Supported Recreation Program for a period of eight (8) weeks with
            review of continuation at the end of said period. Parent(s)/guardian(s) to assume all costs
      _____ other: _____.

_____ Northeast Counseling
      _____ psychological/psychiatric evaluation
      _____ outpatient services

_____ Catholic Social Service / The Bridge Youth Services

_____ Wyoming Valley Alcohol and Drug Program

_____ Court Advocate Program

_____ Choices

_____ Lower Luzerne County Alcohol and Drug Services

_____ Human Services Consultants "Therapeutic Intervention Services" and parent(s)/guardian(s) to assume all costs

__✓__ Other: _Cooperate with CYS for possible_
      _placement with as admitted in_
      _Wayne County Juv. Ct. & YS for carbage._

028615