19710



# WILKES-BARRE CITY POLICE DEPARTMENT
## 15 North Washington Street
## Wilkes-Barre, Pennsylvania 18701

### PERSON IN CUSTODY REPORT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SURNAME | FIRST | MIDDLE | ALIAS |
|---|---|---|---|
| Fell | Donald | Robert | |

| ADDRESS | SSN. | DATE OF BIRTH |
|---|---|---|
| 32 E. Chestnut St   WB 18702 | 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 | 4-30-80 |

| PLACE OF BIRTH | HEIGHT | WEIGHT | EYES | HAIR | SEX | AGE |
|---|---|---|---|---|---|---|
| Wilkes Barre, Pa | 5'9" | 130 | Hzl | Brn | M | 19 |

| MARITAL STATUS | RACE/ETHY. | BUILD | COMPLEXION | OCCUPATION | PHONE NO. |
|---|---|---|---|---|---|
| Single | W | Thin | Fair | Construction | 819-3158 |

| PLACE OF EMPLOYMENT / SCHOOL |
|---|
| Humanic Const. |

**SCARS - MARKS - TATTOOS - DEFORMITIES**
Anarchy symbol right shoulder tattoo
upside down cross left shoulder

FINGERPRINTED _____ YES _X_ NO    PHOTOGRAPHED _____ YES _X_ NO    NCIC & LOCAL CHECK _✓_ YES ___ NO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CHARGE** Dis. Conduct (warrant # 0247506)

| DATE OF ARREST | TIME | DATE OF CRIME | TIME | ON VIEW _____ WARRANT ✓ |
|---|---|---|---|---|
| 12-7-99 | 0700 | 9-13-99 | 0404 | |

| PLACE OF CRIME | COUNTY | STATE | UNIFORM ✓ DETECTIVE |
|---|---|---|---|
| 740 N. Main St | Luzerne | PA | |

| ARRESTING OFFICER(S) & PIN NO. | INCIDENT NO. |
|---|---|
| Harden #522 | 990900 9685 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RECORD OF PERSON IN CUSTODY

1. This report must be maintained daily, in compliance with the jailer's regulations of the Wilkes-Barre City Police Department.
2. The officer on duty will check persons in custody every half hour, and enter his or her initials in the appropriate time - block and make appropriate entries under " Remarks " column.
3. Under " Remarks " column briefly enter physical condition, activity, etc, of person in custody and also time released.

---

Officer & Pin No. at Time Prisoner Received: _Harden #522_
Condition of prisoner when received: _(Good)_                 Date _12-7-99_
CELL #: _7_    Time In: _0715_    Condition of Prisoner at Release: _Good_
Officer & Pin No. at Time of Released (Sign here): _Edward Hodleski #3362_
Date Released: _Tues. 12/7/99_ Time Released: _1200hrs_ Person Released To: _Committed to LCCF_
_Non-payment of fines_

**REMARKS:** Committed to LCCF for Non-payment of fines.

028691



028692

## COMMONWEALTH OF PENNSYLVANIA

### COUNTY OF LUZERNE

To any authorized person:

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody (Name):

DOB: 4/30/80 M WHITE
FELL, DONALD ROBERT
(Address): 39 WESTMINSTER ST
WILKES BARRE, PA 18702

If the defendant be found in said Commonwealth, and bring the defendant before us at (Address):

MARTIN R. KANE
150 S. PENNSYLVANIA AVE.
WILKES-BARRE, PA 18701-3399

to answer the Commonwealth or __WILKES BARRE CITY__
(Political Subdivision)

upon the complaint or citation of __NAHILL, OFFICER THOMAS__
charging the defendant with __18 §5503 §§A4__
DISORDER. CONDUCT HAZARDOUS/PHYSI OFF
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.

Witness the hand and official seal of the issuing authority on this ___18___ day of _____, 19_99_.

SEAL _____
(Signature)

Magisterial District No.: __11-1-02__

Citation No.: __P2041224-3__
FILED: 9/14/99
Docket No.: NT-0000977-99

Amount required to satisfy sentence:
Fine: $
Costs:$
Other:$
Total: $

Amount needed to satisfy collateral: $ __175.00__

Reason for warrant: FAILURE TO RESPOND

COPY : DEFENDANT

AOPC 417-91

## RETURN WHERE DEFENDANT IS FOUND

By authority of this warrant
__12/7__, 19_99_

☒ I took into custody the within named
__Donald R. Fell__.

☐ He is now at liberty on bail posted before_____

☐ in the_____ jail.

☒ before you for disposition.
☐ I accepted a guilty plea and collected
$_____
for fine and costs.

☐ I accepted a not guilty plea and collected $_____
for collateral.

☐ I accepted the fine and costs due in the amount of
$_____
(Signature of Officer - Name & Title)

## RETURN WHERE DEFENDANT IS NOT FOUND

After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

_____
TITLE

## WARRANT OF ARREST

WARRANT CONTROL NO.:
__0247506__
DOCKET NUMBER:
__NT-0000977-99__

### COMMONWEALTH OF PENNSYLVANIA

VS.

FELL, DONALD ROBERT

OFFENSE DATE __9/13/99__

CHARGE
__18 §5503 §§A4__

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

Officer's costs:

| | | |
|---|---|---|
| Warrant | | _____ |
| Miles @ | ¢ | _____ |
| Commitments | | _____ |
| Miles @ | ¢ | _____ |
| Conveying to hearing | | _____ |
| Miles @ | ¢ | _____ |
| Total | | |

```
                    Print Key Output                              Page    1
   5738SS1 V2R1M1 920306              CITYWB                04/06/01  10:12:21

  Display Device . . . . . :  B5
  User . . . . . . . . . . :  WARNICK

  REVIEW                    POLICE INFORMATION              04/06/01    A
  PS101S-54             Maintain Incident Information        10:12:13

   Incident ID:                  Segment...: NI NAME INQ
  Type.......:                    Occur.....:
  Name.......: FELL              DONALD
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  Name/Incident ID          Address #1    Seg Alias   DOB        Soc Sec   Entered
  FELL, DONALD                            PP          04/30/80            12/02/92
    R92K259247         30 E CHESTNUT ST       WB                      PA  18702
  FELL, DONALD                            PP          04/30/80            05/28/93
    R93E219350         30 E CHESTNUT ST       WB                      PA  18702
  FELL, DONALD                            PM          04/30/80 210667294 08/04/93
    R93H019333         30 E CHESTNUT ST       WB                      PA
  FELL, DONALD                            PA          04/30/80            03/24/97
    R97C219753         32 E CHESTNUT ST       WB                      PA  18702
  FELL, DONALD                            PA          04/30/80            02/20/98
    R98B189849         32 E CHESTNUT ST       WB                      PA  18702
  FELL, DONALD 19,710                     PA          04/30/80 210667294 09/09/99
    R9909004831        32 E CHESTNUT ST       WB                      PA  18705
  FELL, DONALD 19,710                     PA          04/30/80 210667294 09/15/99
    R9909009685        39 WESTMINSTER ST      WB                      PA  18702

     F3=Exit     F5=Options     F8=Retain     F9=Phonetic     Roll
```

028693

```
                    Print Key Output                              Page    1
    5738SS1 V2R1M1 920306              CITYWB              04/06/01  10:12:30

 Display Device  . . . . . :  B5
    User  . . . . . . . . . :  WARNICK

 REVIEW                       POLICE INFORMATION                04/06/01    A
 PS101S-54                Maintain Incident Information          10:12:25

  Incident ID:                 Segment...: NI NAME INQ
  Type.......:                 Occur.....:
  Name.......: FELL            DONALD
 ------------------------------------------------------------------------------
  Name/Incident ID        Address #1      Seg Alias   DOB     Soc Sec   Entered
  FELL, DONALD 19,710                     PA        04/30/80 210667294 12/08/99
   R9909009685          32 E CHESTNUT ST      WB              PA    18702
  FELL, DONNIE                             PA        04/30/80          05/27/97
   R97E249706           32 E CHESTNUT ST      WB              PA    18702
  FELL, DONNY                             CP        04/30/80          02/06/98
   R98B039802           32 E CHESTNUT ST      WB              PA
  FELL, DONNY                             PW        04/30/80          08/30/00
   R00TR18398           438 E MAIN ST        WILKES BARRE     PA    18702
  FELL, EDWARD                            PP        07/20/71          08/25/93
   R93H209348           34 ACADEMY ST        WB              PA
  FELL, KATHRYN                           CP        03/08/62          02/26/97
   R97B229718           123 W DORRANCE ST    KINGSTON         PA    18704
  FELL, KATHY                             PP        03/08/62          05/07/92
   R92E019227           352 E NORTHAMPTON ST WILKES BARRE     PA    18702

       F3=Exit     F5=Options    F8=Retain     F9=Phonetic    Roll
```

028694

```
                      Print Key Output                          Page    1
     5738SS1 VZR1M1 920306              CITYWB              04/06/01   10:26:02

  Display Device . . . . . :  B5
     User . . . . . . . . . :  WARNICK


 REVIEW                        POLICE INFORMATION              04/06/01    A
 PS101S-55                 Maintain Incident Information          10:25:56

  Incident ID: R 92 K259247     Segment...: PP PERSONS
  Type.......:                  Occur.....:
  Name.......: FELL             DONALD
 --------------------------------------------------------------------------
                       Persons Information                        JUVENILE
  Invol Code.: SUSP SUSPECT    Status.....:              SSN..:
  Name-L,F,MI: FELL            DONALD                    DOB: 043080
  Address1...: 30 E CHESTNUT ST        Address2:
  City.......: WB                      State...: PA Zip.: 18702
  Phone......:    824 5842 Ext.:       Drv Lic.:                    State:
  Empl/School:                         Phone...:               Ext.:
  SEX........:              RACE.......:              ...........:
  AGE........:                                        ...........:
  Remarks....: THREW ROCKS AT WINDOW OF MICHAEL DENNIS




 LP    F3=Exit      F5=Options      F8=Retain      F10=Phys Desc    F24=More Keys
```

028695

```
                      Print Key Output                           Page    1
  P738SS1 V2R1M1 920306              CITYWB              04/06/01  10:36:00

  splay Device . . . . . :  B5
    User . . . . . . . . . :  WARNICK

REVIEW                        POLICE INFORMATION              04/06/01    A
PS101S-15                 Maintain Incident Information         10:35:54

  Incident ID: R 93 E219350        Segment...: AC ACTIVITY
  Type.......:                     Occur.....:
  Name.......:
 --------------------------------------------------------------------------
                       ------Activity Information------
  Location..:     42 BUTLER ST              WB Zone/Sector..: 5      5
  Activity..: 06    LARCENY      Priority..: 4    Disposition..: 07   BIKE REPRT
                 Received  Dispatched  Arrived   Cleared
  Date.........: 052193     052193     052193    052193
  Time.........: 1700       1700       1702      1712
  Complainant..: DEBBIE FELL 824 5842              Call Received: TELE TELEPHONE
  Comp Loc.....: 30      E CHESTNUT ST            WB Phon:         RcdBy: 546
  ...........:                                    ............:
  Off Assn.....: 512   MIDDLETON                  Primary Unit.: 5
  Off Assn.....:                                  Backup Units.:
  Remarks......:
  Description..: BICYCLE STOLEN OWNED BY DONALD FELL. DYNO 20 INCH RED BIKE VFR.


      F3=Exit     F5=Options     F8=Retain     F10=Narrative    F24=More Keys
```

028696

```
                    Print Key Output                          Page    1
   738SS1 V2R1M1 920306                 CITYWB            04/06/01  10:36:16

   isplay Device . . . . . :  B5
   User . . . . . . . . . :  WARNICK

REVIEW                      POLICE INFORMATION              04/06/01   A
PS101S-15              Maintain Incident Information         10:36:10

  Incident ID: R 93 H019333      Segment...: AC ACTIVITY
  Type.......:                   Occur.....:
  Name.......:
----------------------------------------------------------------------
                        Activity Information
  Location..:    30 E CHESTNUT ST          WB Zone/Sector..: 5      5
  Activity..: 29   MISSING PR    Priority..: 4   Disposition..: 04   MISS/RUNWY
                 Received   Dispatched   Arrived   Cleared
  Date........: 080193      080193       080193    080193
  Time........: 0950        0950         1002      1018
  Complainant..: DEBBIE FELL                     Call Received: TELE TELEPHONE
  Comp Loc.....: 30      E CHESTNUT ST           WB Phon:          RcdBy: 429
  ...........:                                   ...........:
  Off Assn....: 487   FIEBUS                     Primary Unit.: 5
  Off Assn....:                                  Backup Units.:
  Remarks.....: 29
  Description..: THIRTEEN YEAR OLD WHO HASNT BEEN HOME SINCE THURSDAY


     F3=Exit     F5=Options     F8=Retain     F10=Narrative     F24=More Keys
```

028697

```
                          Print Key Output                              Page    1
      5738SS1 V2R1M1 920306                    CITYWB              04/06/01  10:27:42

     Display Device . . . . . . : B5
     User . . . . . . . . . : WARNICK

     REVIEW                      POLICE INFORMATION                04/06/01    A
     PS101S-57             Maintain Incident Information            10:27:31

      Incident ID: R 93 H019333      Segment...: PM MISSING
      Type.......:                   Occur.....:
      Name.......: FELL                   DONALD
     -----------------------------------------------------------------------------
                           Missing Person Information              JUVENILE
      Name-L,F,MI: FELL                   DONALD         SSN..: 210667294
      Address1...: 30 E CHESTNUT ST       Address2:
      City.......: WB                     State...: PA Zip.:        DOB: 043080
      Phone......:      824 5842 Ext.:    Drv Lic.:                 State:
      Last seen..:                        Last seen with..:
      Contact....: DEBBIE FELL            Phone....:        824 5842  Ext.:
      NIC........: M663620971          ...........:             ...........:
      ...........:                                    ...........:
      Remarks....: SUBJ HAS RAN AWAY BEFORE MAYBE WITH FRIENDS
      Status.....: RET  RETURNED


      LP     F3=Exit     F5=Options     F8=Retain     F10=Phys Desc     F24=More Keys
```

028698

```
                       Print Key Output                              Page    1
    5738SS1 V2R1M1 920306                CITYWB               04/06/01  10:26:54

 Display Device . . . . . :  B5
 User  . . . . . . . . . :  WARNICK

 REVIEW                       POLICE INFORMATION             04/06/01   A
 PS1015-15              Maintain Incident Information         10:26:46


 Incident ID: R 93 E219350      Segment...: AC ACTIVITY
 Type.......:                   Occur.....:
 Name.......:
 ------------------------------------------------------------------------------
                          Activity Information
 Location..:      42 BUTLER ST               WB Zone/Sector..: 5     5
 Activity..: 06    LARCENY       Priority..: 4   Disposition..: 07   BIKE REPRT
               Received  Dispatched   Arrived   Cleared
 Date.........: 052193      052193       052193     052193
 Time.........: 1700        1700         1702       1712
 Complainant..: DEBBIE FELL 824 5842           Call Received: TELE TELEPHONE
 Comp Loc.....: 30      E CHESTNUT ST          WB Phon:           RcdBy: 546
 ............:                                 ............:
 Off Assn.....: 512    MIDDLETON               Primary Unit.: 5
 Off Assn.....:                                Backup Units.:
 Remarks......:
 Description..: BICYCLE STOLEN OWNED BY DONALD FELL. DYNO 20 INCH RED BIKE VFR.


LP    F3=Exit     F5=Options    F8=Retain     F10=Narrative    F24=More Keys
```

028699

```
                    Print Key Output                              Page    1
  738SS1 V2R1M1 920306                CITYWB              04/06/01  10:36:38

  splay Device  . . . . . :  B5
  User  . . . . . . . . . :  WARNICK

REVIEW                       POLICE INFORMATION              04/06/01    A
PS101S-15                Maintain Incident Information       10:36:33


 Incident ID: R 97 CZ19753      Segment...: AC ACTIVITY
 Type.......:                   Occur.....:
 Name.......:
-------------------------------------------------------------------------
                          Activity Information
 Location..:     32 E CHESTNUT ST        WB Zone/Sector..: 5      5
 Activity..: 1086 DIS COND      Priority..:      Disposition..: 24   NTRF CIT
           Received  Dispatched  Arrived  Cleared
 Date.........: 032197     032197     032197   032197
 Time.........: 2111       2111       2111     2132
 Complainant..: PTL HARDEN                     Call Received: PATR PATROL
 Comp Loc.....:                                WB Phon:          RcdBy: 524
 ...........:                                  ...........:
 Off Assn.....: 522    HARDEN                  Primary Unit.: 5
 Off Assn.....:                                Backup Units.: 463   578
 Remarks......: DONALD FELL CITED 5503A1
 Description..: 488, 335 ALSO RESPONDED
               OFFICER WAS ON SCENE ATTEMPTING TO SERVE WARRANTS


      F3=Exit     F5=Options     F8=Retain     F10=Narrative    F24=More Keys
```

028700

```
                        Print Key Output                              Page    1
    5738SS1 V2R1M1 920306                CITYWB                   04/06/01  10:28:14

    Display Device  . . . . . :  B5
    User  . . . . . . . . . :  WARNICK

  REVIEW                       POLICE INFORMATION                   04/06/01    A
  PS1015-58                  Maintain Incident Information            10:28:08

  Incident ID: R 97 C219753        Segment...: PA ARRESTS
  Type.......:                     Occur.....:
  Name.......: FELL                    DONALD
  ------------------------------------------------------------------------------
  Arrestee No: 01                  Arrest Information              JUVENILE
  Name-L,F,MI: FELL                    DONALD              SSN..:
  Address1...: 32 E CHESTNUT ST        Address2: W M 16
  City.......: WB                      State...: PA Zip.: 18702     DOB: 043080
  Phone......:               Ext.:     Drv Lic.:                       State:
  Empl/School:                         Phone...:              Ext.:    Res:
  ArrCode: 24   DIS COND   Arr Ofr: 522   HARDEN                 Arr#:
  StateID:            FBI#:             Wrnt#:             IssBy:
  Statute: 5503              Charge: DISORDERLY CONDUCT
  Arr Dt/Time: 032197 21 11  Arr At: 32 E CHESTNUT ST             Arr Typ: O
  Weapon(s)..:                                 MCI:     Status: 5503 DISORDERLY
  Fingerprint:                                          Disp: CR   CITED/REL
  RACE.......:                                 SEX.......:
  OTN #......:              OFFICER....:            OFFICER....:
  Remarks....:
  LP    F3=Exit      F5=Options      F8=Retain      F10=Phys Desc   F24=More Keys
```

028701

```
                         Print Key Output                          Page    1
    738SS1 VZR1M1 920306                 CITYWB              04/06/01  10:37:02

    splay Device  . . . . . . :  B5
    User  . . . . . . . . . :  WARNICK

REVIEW                        POLICE INFORMATION              04/06/01   A
PS101S-15                 Maintain Incident Information       10:36:52


  Incident ID: R 98 B189849      Segment...: AC ACTIVITY
  Type.......:                   Occur.....:
  Name.......:
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                          Activity Information
  Location..:        N WASH ST              WB Zone/Sector..: 6    6
  Activity..: 1056 INV SUS PS    Priority..: 3    Disposition..: 24   NTRF CIT
                   Received   Dispatched   Arrived   Cleared
  Date.........: 021898      021898       021898    021898
  Time.........: 1703        1703         1703      1835
  Complainant..: TURKEY HILL                     Call Received: TELE TELEPHONE
  Comp Loc.....:                                 WB Phon:         RcdBy: 429
  .............:                                 .............:
  Off Assn.....: 490   JACOB                     Primary Unit.: 7
  Off Assn.....: 494   BOZEK                     Backup Units.: 3
  Remarks......: 1056  AT GEORGE AVE
  Description..: THEFT OF CIGARETTES AT ABOVE LOCATION




 H       F3=Exit     F5=Options      F8=Retain      F10=Narrative    F24=More Keys
```

028702

```
                    Print Key Output                              Page    1
     5738SS1 V2R1M1 920305                CITYWB               04/06/01  10:30:46

    Display Device . . . . . . :  B5
    User . . . . . . . . . . :  WARNICK

  REVIEW                        POLICE INFORMATION                04/06/01   A
  PS101S-58                  Maintain Incident Information          10:28:54

   Incident ID: R 98 B189849      Segment...: PA ARRESTS
   Type.......:                   Occur.....:
   Name.......: FELL              DONALD
  ---------------------------------------------------------------------------
   Arrestee No: 01              Arrest Information            JUVENILE
   Name-L,F,MI: FELL              DONALD              SSN..:
   Address1...: 32 E CHESTNUT ST  Address2: W M 17
   City.......: WB                State...: PA Zip.: 18702    DOB: 043080
   Phone......:          Ext.:    Drv Lic.:                   State:
   Empl/School:                   Phone...:          Ext.:    Res :
   ArrCode: 24   DIS COND   Arr Ofr: 490   JACOB              Arr#:
   StateID:          FBI#:           Wrnt#:          IssBy:
   Statute: 2709            Charge: HARASSMENT
   Arr Dt/Time: 021898 17 20  Arr At: GEORGE AV & N WASH-TURKEY HILL  Arr Typ: O
   Weapon(s)..:                                MCI:    Status: 2709 HARASSMENT
   Fingerprint:                                        Disp: CR   CITED/REL
   RACE.......:                            SEX........:
   OTN #......:           OFFICER....:                 OFFICER....:
   Remarks....: 072298/KANE-GUILTY

  LP    F3=Exit    F5=Options    F8=Retain    F10=Phys Desc    F24=More Keys
```

028703

```
                         Print Key Output                              Page    1
  738SS1 VZR1M1 9Z0306                  CITYWB                    04/06/01  10:37:25

 isplay Device . . . . . . :  B5
   User . . . . . . . . . . :  WARNICK

REVIEW                         POLICE INFORMATION                   04/06/01    A
PS101S-15                 Maintain Incident Information             10:37:20

 Incident ID: R 97 EZ49706        Segment...: AC ACTIVITY
 Type.......:                     Occur.....:
 Name.......:
 -------------------------------------------------------------------------------
                          Activity Information
 Location..:     536 MADISON ST              WB Zone/Sector..: 5      5
 Activity..: 1089 HARRASSMNT     Priority..: 4    Disposition..: 01   OFF REPORT
             Received   Dispatched   Arrived   Cleared
 Date........: 052497      052497      052497     052497
 Time........: 0042        0042        0042       0132
 Complainant..: DON FELL                     Call Received: TELE TELEPHONE
 Comp Loc.....: 32     E CHESTNUT ST          WB Phon:           RcdBy: 546
 ............:                                ............:
 Off Assn.....: 584    NOVAK                  Primary Unit.: 5
 Off Assn.....:                               Backup Units.: 566
 Remarks......: NON TRAF TO BE FILED.
 Description..: PA REG: 77870HP. SUBJ PUSHED INTO CAR. TREATED AT GENERAL HOSP.
 SEE REPORT.

    F3=Exit      F5=Options     F8=Retain     F10=Narrative    F24=More Keys
```

028704

```
                        Print Key Output                              Page    1
    5738SS1 V2R1M1 920306                    CITYWB              04/06/01  10:31:42

    Display Device . . . . . :  B5
      User . . . . . . . . . :  WARNICK


   REVIEW                        POLICE INFORMATION              04/06/01    A
   P5101S-58               Maintain Incident Information         10:31:36


    Incident ID: R 97 E249706       Segment...: PA ARRESTS
    Type.......:                    Occur.....:
    Name.......: FELL               DONNIE
   ----------------------------------------------------------------------------
    Arrestee No: 01               Arrest Information                  JUVENILE
    Name-L,F,MI: FELL               DONNIE                  SSN..:
    Address1...: 32 E CHESTNUT ST     Address2: W M 17
    City.......: WB                   State...: PA Zip.: 18702      DOB: 043080
    Phone......:         Ext.:        Drv Lic.:                       State:
    Empl/School:                      Phone...:          Ext.:       Res:
    ArrCode: 24    DIS COND   Arr Ofr: 584   NOVAK                Arr#:
    StateID:          FBI#:           Wrnt#:            IssBy:
    Statute: 2709            Charge: HARASSMENT
    Arr Dt/Time: 052497 00 42  Arr At: AREA 536 MADISON ST        Arr Typ: S
    Weapon(s)..:                             MCI:    Status: 2709 HARASSMENT
    Fingerprint:                                     Disp: CR   CITED/REL
    RACE.......:                                SEX........:
    OTN #......:              OFFICER....:           OFFICER....:
    Remarks....:
   LP    F3=Exit    F5=Options    F8=Retain    F10=Phys Desc    F24=More Keys
```

028705

```
                        Print Key Output                              Page    1
   38SS1 V2R1M1 920306                    CITYWB                04/06/01   10:37:44

   Display Device . . . . . :  B5
   User  . . . . . . . . . :  WARNICK

REVIEW                         POLICE INFORMATION              04/06/01      A
PS101S-15                  Maintain Incident Information       10:37:39

  Incident ID: R 98 B039802        Segment...: AC ACTIVITY
  Type.......:                     Occur.....:
  Name.......:
---------------------------------------------------------------------------
                         Activity Information
  Location..:         PENN ST              WB Zone/Sector..: 5     5
  Activity..: 30   TRF VIOL      Priority..: 2   Disposition..: 20   TRF CIT IS
                 Received   Dispatched   Arrived   Cleared
  Date.........: 020398       020398      020398    020398
  Time.........: 0016         0016        0016      0039
  Complainant..: PTLM NAHILL                       Call Received: PATR PATROL
  Comp Loc.....: 15    N WASH ST                    WB Phon: 826 8111 RcdBy: 477
  ............:                                     ............:
  Off Assn.....: 566   NAHILL                       Primary Unit.: 5
  Off Assn.....: 552   KUPETZ                        Backup Units.:
  Remarks......: CHAPEL ST
  Description..: PA REG ZH07498
  ZTRAF CITS 1501A_1301A


H      F3=Exit     F5=Options     F8=Retain     F10=Narrative     F24=More Keys
```

```
                       Print Key Output                              Page    1
       5738SS1 V2R1M1 920306              CITYWB                 04/06/01  10:32:39

    Display Device  . . . . . :   B5
       User  . . . . . . . . . :   WARNICK

    REVIEW                         POLICE INFORMATION              04/06/01    A
    TR101S-81               Maintain Traffic Information           10:32:32

     Incident ID: R 98 B039802       Segment...: CP CIT PERS
     Type.......:                    Occur.....:
     Name.......: FELL               DONNY
    --------------------------------------------------------------------------
                       Citation Information - Persons
    Name-L,F,M.: FELL               DONNY               DOB: 043080   Sex: M
    Address1...: 32 E CHESTNUT ST        Address2:
    City.......: WB                      State...: PA  Zip.:
    Phone......:             Ext.:       SSN.....:
    Drv Lic....: NONE                    Lic. State:      Expires..: 0000
    Lic. Type..:                    Restrictions:
    Empl/Sch...:                         Phone...:                Ext:
    Remarks....:
    Blood Alch.:            Safety Equip..:
    VIOLATION1.: 1501           VIOLATION2.: 1301        VIOLATION3.:
    VIOLATION4.:                             VIOLATION5.:
    Parent/Guard..:                     Phone..:                Ext:
    Date/Time Entered..: 020698 15 10


    LP     F3=Exit     F5=Options     F8=Retain     F10=Phys Desc    F24=More Keys
```

028707

```
                      Print Key Output                          Page   1
 5738SS1 VZR1M1 920306              CITYWB              04/06/01  10:33:05

 Display Device . . . . . :  B5
 User . . . . . . . . . . :  WARNICK


 REVIEW                    POLICE INFORMATION             04/06/01   A
 PS1015-56            Maintain Incident Information        10:32:59


 Incident ID: R 00 TR18398      Segment...:  PW WANTED
 Type.......:                   Occur.....:
 Name.......: FELL                   DONNY
 ------------------------------------------------------------------------
                     Suspect/Wanted Information
 Name-L,F,MI: FELL                 DONNY              SSN..:
 Address1...: 438 E MAIN ST        Address2:
 City.......: WILKES BARRE         State...: PA Zip.: 18702    DOB: 043080
 Phone......:              Ext.:   Drv Lic.:                       State:
 Last seen..:                      Last seen with..:
 WarrNo.....: 0718469              Wanted By..: NAHILL
 Contact....: CONSTABLE FILE       Phone...:              Ext.:
 MAG........: KANE        DOW......: 020398      CHG FINE...: 267.50
 ..........:                       ..........:
 Remarks....: DRIV W/O A LIC   FAILURE TO MAKE PAYMENT
 Status.....: TRAF TRAFFIC CI




 HELP    F3=Exit    F5=Options    F8=Retain    F10=Phys Desc   F24=More Keys
```

028708

7A-AL-44453

55

## FAMILY

On April 5, 2001, JACQUELINE SHARPE, white female, DOB October 20, 1973, SSAN 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, home telephone number 570-819-2158, was interviewed at her residence, 32 East Chestnut Street, Wilkes-Barre, PA.  SHARPE is a single mother who is raising her four year old daughter, HALEY, and one year old son, ZACHARY.  SHARPE advised that she has three sisters, DEBRA (deceased), DONNA WILLIAMS, and SANDRA SHARPE.  SHARPE advised that her parents, THERESA SHARPE and JOHN SHARPE, are both deceased.

SHARPE advised that her nephew, DONALD FELL is the son of her late sister, DEBRA FELL.  DEBRA FELL married her husband, DONALD FELL, who was approximately 20 years her senior, in the late 1970s.  Initially, DEBRA and her husband resided in the 200 Block of East Bennett Street, Kingston, PA.  SHARPE stated that both DONALD FELL, SR. and DEBRA FELL were alcoholics who constantly fought.  When DONALD FELL, JR. was approximately seven years of age, FELL, SR. just got up one day and left and has not returned.  SHARPE believed that FELL, SR. resides in Florida.  He has never called nor written the children.

SHARPE stated that DONALD FELL attended first grade in Kingston, PA, and grades second to fourth at the FLOOD ELEMENTARY SCHOOL, Wilkes-Barre, PA.  At that time, DEBRA FELL and her two children were residing in an apartment on West Chestnut Street, Wilkes-Barre, PA.  SHARPE stated that in approximately 1990, DEBRA FELL and her children moved to 7 Main Street, Inkerman, PA, and that DONALD attended fifth grade at the LINCOLN ELEMENTARY SCHOOL, Pittston, PA.  In 1992, her sister, DEBRA, DONALD, and TERI FELL moved into the left side of her duplex at 30 East Chestnut Street, Wilkes-Barre, PA.  Also residing with DEBRA FELL was her boyfriend, ELLORY WILCOX.  SHARPE stated that her mother and she lived next door at 32 East Chestnut Street.  SHARPE advised that DEBRA FELL lived in a filthy house and was abusive to both DONALD and TERI.  Even as a child, DONALD was always being put down by his mother; and whenever they had a verbal altercation, she would call him a bastard and a good for nothing.  SHARPE recalled that DONALD was once molested by his babysitters, a woman named COOKIE LAST NAME UNKNOWN and her husband.  This happened for approximately a two year period when DONALD was between the ages of two and a half and four and half years of age.

SHARPE stated that as DONALD grew in age so did his problems at home.  DEBRA FELL continued to drink all the time

028709

7A-AL-44453

56

which led her boyfriend, ELLORY WILCOX, to leave her over seven years ago. SHARPE specifically recalled that on Christmas Eve 1993, DEBRA FELL left her kids and started staying with an unknown male. As a result, the FELL children were left abandoned, and THERESA SHARPE, DONALD's grandmother and JACQUELINE's mother, received temporary, legal custody. In January 1994, DEBRA FELL came back, and THERESA SHARPE had to relinquish the children to her. A few weeks later, DEBRA beat TERI FELL, and SHARPE recalled that she could hear the child crying through the paper thin walls between their homes. CHILDREN AND YOUTH SERVICES OF LUZERNE COUNTY eventually placed the FELL children in the custody of THERESA SHARPE. SHARPE stated that when DONALD was 14 years of age, her mother got full and legal custody of DONALD and TERI FELL.

SHARPE stated that after attending FLOOD ELEMENTARY SCHOOL, DONALD FELL attended PLAINS JUNIOR HIGH SCHOOL, Plains, PA. In approximately seventh grade, DONALD FELL became a constant truant. On December 31, 1994, THERESA SHARPE passed away. SHARPE advised that she received legal custody of DONALD FELL and his sister TERI in approximately March 1995. SHARPE recalled that DONALD was placed on medications by Dr. FEUSNER (Phonetic), CHILDREN'S SERVICE CENTER, Wilkes-Barre, PA, because of his bad temper. SHARPE recalled that DEBRA FELL would sell his medication for money and would tell the doctor that the medication was no good and that he needed some stronger prescriptions. SHARPE stated that whenever DONALD got really mad, he would often black out and have no memory of the incident. She recalled that he actually received Supplemental Security Income for his problem.

SHARPE advised that DONALD FELL's truancy problems came to a head while he attended PLAINS JUNIOR HIGH SCHOOL. SHARPE pointed to the fact that his mother, DEBRA, would allow him to miss school. Additionally, DONALD had trouble with one particular teacher at the school who seemed to give him a hard time. As a result, DONALD never wanted to go back to the school; and when he did, he was often suspended within days. DONALD eventually resided at ST. MICHAEL'S SCHOOL, Tunkhannock, PA, in their residential treatment center. Once at ST. MICHAEL'S, DONALD started to get good grades and was returned to the public school system. For a short while, a juvenile probation officer was assigned to supervise DONALD. SHARPE recalled an incident where DONALD, his friend BOBBY LEE, and a third unrecalled friend threw a rock through someone's windshield when they were standing on a train trestle that crosses River Street in Wilkes-Barre. DONALD never received any jail time for that event but was placed under her supervision. SHARPE stated that she received approximately

028710

7A-AL-44453

57

five to six fines resulting from DONALD's truancy.  The fines were approximately $180 to $200 a piece.

SHARPE recalled that throughout DONALD FELL's teenage years, his closest friend was BOBBY LEE.  Additionally, he was friends with a MICHAEL ROMUNDI (Phonetic) who was killed a few years ago when struck by a car on Route 309, Wilkes-Barre Township, PA.  FELL also hung out with LEE's brother, SHANE, who is now in the UNITED STATES ARMY in New York.  In his free time, FELL played the guitar and often associated with JASON JONES, Plains, PA.  SHARPE stated that more and more, LEE started hanging out at her house with FELL.  SHARPE stated that she tolerated LEE but found him to be cocky and bit of a smart ass at first.  Eventually, she had a verbal altercation with LEE, and he knocked off his attitude.  SHARPE stated that FELL has known LEE since age six and both were, at one time, in the CHILDREN'S SERVICE CENTER together.  On many occasions, FELL was content just to stay home and listen to music; however, LEE was more apt to get him to do things like go to the mall, skip school, etc.

SHARPE stated that she set a curfew for FELL to be home at night.  Generally, during the week, he had to be home by 11:00 p.m., and 12:00 midnight on weekends.  Most of the time, he was out with LEE.  On one occasion, SHARPE related that she dropped one of FELL's JIM MORRISON pictures which is a collector's item.  He flew into a rage and grabbed her by the arm and would not let go.  SHARPE stated that even though FELL is skinny and scrawny, he is also very strong.  He somehow bent back her thumb and sprained it.  At no time did he ever break her wrist.  SHARPE stated that she was not afraid of FELL and that he eventually cooled down after the above incident.

During FELL's ninth grade year, he attended the WILKES-BARRE AREA VOCATIONAL SCHOOL, Wilkes-Barre, PA, in what was known as the Head Start Program.  FELL continued his truancy problems and got in trouble once at school when he threatened a teacher.  The teacher never pressed charges, to her knowledge; however, FELL was adjudicated delinquent and was placed on probation for an indefinite period of time.  In approximately 1997, during his tenth grade year at COUGHLIN HIGH SCHOOL, FELL quit school.  SHARPE recalled that someone from the high school came to her residence to have him sign a document indicating that he was finished with school.

SHARPE recalled that her sister, DEBRA, spent some time at the LUZERNE COUNTY PRISON for writing bad checks or something to that affect.  Her sister was never in the picture during FELL's teenage years, and she eventually moved to Rutland,

028711

7A-AL-44453

58

Vermont, mostly on a whim.  DEBRA would call only once a year to ask how the kids were doing but still managed to cut FELL down. DEBRA seemed to like TERI much better.

SHARPE stated that FELL was caring in his own way and could be counted on whenever she was in need.  Even though he had a bad outlook on life, he was protective of his sister and of herself.  SHARPE stated that she saw indications of FELL drinking; however, he never drank in her house.  SHARPE used to take FELL and his sister to church with her on Sundays, but she learned that he does not believe in God.  FELL was very close to SHARPE's mother and was hurt when he could not be at her wake while he resided at ST. MICHAEL'S SCHOOL.  This fact seemed to always be embedded in FELL.  In his free time, FELL enjoyed reading fantasy books like Dungeons and Dragons, constructing model cars, and listening to his music.  Although he acted dumb at times, he was actually fairly intelligent. SHARPE recalled that FELL once held a dishwasher's job at POCONO DOWNS, Plains, PA; however, BOBBY LEE managed to get him fired from that position because FELL would end up skipping work to hang out with LEE.

When FELL was approximately 17 years of age, he obtained a job with the HUMANIK CONSTRUCTION COMPANY where he did some roofing work.  FELL started to drink alcohol heavily; and in approximately May 2000, he went on the run with his girlfriend, LYNN ROBERTS.  SHARPE recalled that the WILKES-BARRE POLICE DEPARTMENT came to her door looking for LYNN ROBERTS who was apparently a runaway from a crisis intervention center.  FELL was fired from his construction job when he failed to show.  After losing the job, FELL hung around the house all day and was not motivated to find employment.  This led SHARPE to ask him to find a job or leave.  FELL eventually found employment with his cousin, JESSE WILLIAMS, the son of her sister, DONNA WILLIAMS, Wilkes-Barre, PA.  FELL assisted WILLIAMS in his traveling carnival show, and FELL ran a concession where people would throw balls into a fish bowl.  Also accompanying FELL and WILLIAMS was LEE.  Soon after, TERI FELL went to work for WILLIAMS.

SHARPE asked her sister DONNA how FELL was doing and learned that at the end of the summer of 2000, he was getting ready to move.  SHARPE stated that she told her sister that FELL would have to move his belongings from her house, or she would throw them out.  In a conversation with FELL, FELL agreed to visit SHARPE before he moved to Vermont.  SHARPE stated that when she learned that FELL was moving to Vermont, she was upset because this meant that he would be living with his natural mother, thus, having access to more alcohol and possibly drugs.

028712

7A-AL-44453

59

In addition, LEE was to accompany him.  SHARPE recalled that FELL left the area for Vermont in the fall of 2000; and in November 2000, SHARPE was awaken one night by an officer from the WILKES-BARRE POLICE DEPARTMENT and was told that FELL was being held and questioned for the murder of two people.  At the time, it did not dawn on SHARPE to ask the officer if one of the victims was her sister.  The next day, SHARPE, acting on a hunch, looked up her sister's name on the Internet and found an article in Vermont about the murder.  SHARPE stated that although she was angry at FELL for his actions, she believes it is 100 percent DEBRA FELL's fault for bringing this problem to her.  SHARPE stated that it was DEBRA who supplied the drugs and alcohol to FELL and LEE, and she firmly believes that FELL had no recognition of what he was doing under the influence of the drugs.  SHARPE expressed her remorse for the woman who was kidnapped in Vermont and later found slain in New York.

SHARPE stated that her nephew's life was one full of abuse, abandonment, and chaos.  SHARPE stated that she attempted to raise FELL as her own child; however, he did as he wanted under the influence of his friend LEE.

028713

7A-AL-44453

60

On April 5, 2001, the following interview was conducted by Special Agent JAMES J. GLENN:

BONNIE S. TONTE, white female, DOB April 2, 1960, SSAN 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, RD 1, Box 93A, Harding, PA, 18643, telephone number 570-388-1077, advised that she is the biological mother of ROBERT JOSEPH LEE, JR. TONTE stated that she was reluctant to speak to any members of the Federal Government because she was keenly aware of the fact that the Federal Government was seeking the death penalty in the State of Vermont against her son for kidnapping and carjacking. TONTE provided the following information:

In approximately 1984, when ROBERT was four years of age, TONTE separated from her first husband, ROBERT LEE, SR. TONTE stated that her former husband had a very bad temper and was physically abusive to her. As a child, ROBERT exhibited hyperactivity and was absolutely uncontrollable. To that end, he was taken to the CHILDREN'S SERVICE CENTER and was prescribed Ritalin. As part of her divorce agreement, ROBERT LEE, SR. received custody of her sons, ROBERT, JR., presently 20 years of age, and SHANE, presently 21 years of age. TONTE took custody of her son, ANTHONY, presently age 17.

TONTE is presently married to GEORGE TONTE who is employed at CELOTEX, Route 92, Harding, PA. Together, GEORGE and she have four sons: GEORGE, JR., age 11; MICHAEL, age 9; and twin boys, KEVIN and KEITH, age 7.

TONTE stated that ROBERT, JR. has always exhibited poor self-esteem. Their relationship has not been very positive over the years, and she described him as having a "bad gene". For a brief time in the early 1990s (exact dates unrecalled), ROBERT, JR. attended ST. MICHAEL'S SCHOOL, Tunkhannock, PA. Initially, the school bus would pick him up in front of her home and take him to school for the day. Eventually, ROBERT was enrolled in the Residential Program at ST. MICHAEL'S. TONTE recalled that when ROBERT lived with her for a brief period in Harding, PA, he was approximately 14 years of age and molested her son, GEORGE. ROBERT was referred to the CHILDREN'S SERVICE CENTER and resided with foster parents for approximately one year. TONTE stated that ROBERT spoke often about sex and put sexual content in his normal language.

TONTE stated that she could not recall any employments held by ROBERT other than an animal training job in Florida. This job occurred after he quit school in the tenth grade from COUGHLIN HIGH SCHOOL. She recalled that he only worked in

028714

7A-AL-44453

61

Florida for approximately one year sometime after 1998.  Her telephone toll records indicate that he called from Florida; however, TONTE does not know the name of the business or its location.  In the summer of 2000, ROBERT teamed up with DONALD FELL and worked in a traveling carnival.  FELL's cousin hired the boys to work a concession stand.  After returning to the area in the late summer of 2000, ROBERT and FELL stayed with her for approximately one month in October 2000.  At about that same time, several cars in the area were being broken into, and an eyewitness provided authorities with a description which matched that of ROBERT.  TONTE believes that ROBERT was caught by the police and that he provided them with the name of ANTHONY LEE.  TONTE stated that ANTHONY had to travel to the PENNSYLVANIA STATE POLICE Barracks and undergo a polygraph test to prove his innocence.  Shortly after this incident, FELL and ROBERT moved to Vermont and were accused of a triple homicide.  At this point in the interview, TONTE stopped answering questions.

ANTHONY LEE was on hand to be interviewed but advised that he is age 17, DOB October 27, 1983.  ANTHONY LEE works at the PETRO STOP, off Interstate 81 in Dupont, PA.  ANTHONY advised that he works in the IRON SKILLET cafeteria.  ANTHONY agreed to answer questions but was awaiting a ride to work.  Since he is a juvenile and needs to be interviewed in the presence of his mother, no further questioning was done.

On April 5, 2001, TERI FELL, white female, DOB September 22, 1982, SSAN 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, home telephone number 570-819-2158, was interviewed in the front seat of Special Agent JAMES J. GLENN's Bureau vehicle at 32 East Chestnut Street, Wilkes-Barre, PA, where FELL is presently residing.  FELL resides with her Aunt Jackie (JACQUELINE SHARPE) and has been there only a few weeks.

FELL stated that as a child, her family, which consisted of her father, mother, and brother, DONALD, resided in Kingston, PA, for approximately one or two years when she was about five years of age.  The family then moved into an apartment on West Chestnut Street, Wilkes-Barre, PA, for about one year and then moved to Pittston, PA.  After a one year period, the family then moved to 30 East Chestnut Street, Wilkes-Barre, a double block residence adjacent to her grandmother's home.  FELL stated that her grandmother, THERESA SHARPE, lived at 32 East Chestnut Street with her aunt, BECKY SHARPE.

FELL stated that her brother and she attended elementary school at the DANIEL J. FLOOD ELEMENTARY SCHOOL, North Washington Street, Wilkes-Barre, PA.  After elementary school,

028715

7A-AL-44453

62

DONALD and she attended the PLAINS JUNIOR HIGH SCHOOL, Plains, PA. It was there that her brother DONALD started experiencing truancy problems. As a result, DONALD was placed at ST. MICHAEL'S SCHOOL, Tunkhannock, PA, for approximately two years.

FELL recalled that her father left the family when she was seven years of age. FELL recalled that her father did not want her and physically abused her and not DONALD. Once her father left the house, she believed he moved to Florida; but she has had no contact with him since 1989. FELL stated that her mother was an alcoholic who spent time in and out of jail. FELL recalled that on Christmas 1993, her mother gave up custody of herself and DONALD and moved out of the house. FELL recalled that her mother was jailed for bouncing checks and public drunkenness. At age 11, FELL and DONALD resided with their grandmother, THERESA SHARPE. In 1994, her grandmother died and her Aunt Jackie received custody of DONALD and herself.

FELL recalled that as early as eight years of age, DONALD struck up a friendship with ROBERT LEE. Their friendship was on and off over the years but became stronger during their teenage years. FELL stated that LEE always liked her, and he acted as her protector. In essence, LEE had the "hots" for her. FELL stated that she did not like LEE when she was growing up and found him to be a jerk and very cocky. He thought everything was funny and had one of the worse attitudes that she has ever seen. He had a smart remark for everything. FELL stated that DONALD seemed to take things more seriously than LEE, but DONALD was still fairly cocky in his own right.

FELL described her brother as funny, sarcastic, nice, and would do anything for her. FELL recalled that when DONALD lived with their mother, he was on medication to help with his temper problem. Once released from ST. MICHAEL'S SCHOOL, DONALD continued counseling at the CHILDREN'S SERVICE CENTER. Outside of LEE, FELL said that the only other true friend of DONALD's who is still living was GARY YALE. FELL recalled that YALE may be living in Exeter, PA. Two of DONALD's friends died of an overdose, and one was hit by a car a few years ago.

FELL recalled that DONALD was in and out of trouble as he was growing up. Besides his truancy problems, DONALD was once caught in 1996, with drugs by the WILKES-BARRE POLICE DEPARTMENT. She believed that he was fined for the offense. In his free time, DONALD liked to read fantasy medieval books, play his guitar, draw, construct model cars, work on jigsaw puzzles, and collected baseball cards. DONALD believed in Satan and not in Jesus and was prone to wearing dark clothing. FELL was aware of

028716

7A-AL-44453

63

the fact that DONALD liked to drink alcohol and smoke marijuana. DONALD said that drinking alcohol and smoking marijuana seemed to relax him.

During DONALD's ninth grade year of school, he attended WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL and quit COUGHLIN HIGH SCHOOL when he reached the age of 17. To her knowledge, DONALD had few jobs, but one specific job which she recalled was him working in the construction field for a person named JOE. She estimated that this occurred in 1999.

In the spring of 2000, FELL introduced DONALD to her friend LYNN ROBERTS. They spoke one day and found out that they had a mutual interest in playing the guitar. FELL stated that DONALD had a slapped together band that would jam, and the band needed a bass player. ROBERTS could play the bass; and soon after, DONALD started dating her. In approximately May 2000, ROBERTS was at a residential treatment facility in Pittston, PA. With the assistance of DONALD, ROBERTS left the facility and never returned. In approximately July 2000, ROBERTS briefly worked with DONALD and LEE at their cousin's traveling carnival show. FELL stated that her cousin, JESSE WILLIAMS, had a goldfish game, a quarter toss, and other amusements, and needed help during the summer. In July 2000, FELL met the show at Kimberton, PA. FELL stated that it was her job to relieve the other workers so that they could have a break. FELL stated that DONALD and LEE did not like their cousin JESSE and took money from his business on a daily basis. FELL advised that LEE and DONALD had the same tattoo which was an upside down cross over the number 666. She stated that both were devil worshipers but were not into animal slayings. FELL recalled an incident which she believed occurred in Kimberton, PA, wherein, LEE killed a cat. FELL stated that apparently the cat was suffering from an unknown illness, and LEE broke its neck. She stated that he hit its head off a concrete block. By the end of the evening, the girl who owned the cat had embellished the story to make it sound as though LEE had tortured and cut up the cat. LEE never disputed the various versions but only laid back and agreed with whatever story came forward. FELL described LEE as not much of a talker; but if he had something to say, he would say it and then shut up. In her opinion, DONALD was more of a leader than LEE, and it was not uncommon for DONALD to physically strike and hit LEE. Generally, LEE would aggravate DONALD to the point where he would lash out at him; and as kids, DONALD often punched LEE in the face. As they got older, DONALD stopped bossing LEE around.

FELL recalled that LEE's mother hated him; and therefore, LEE lived with his father and brother, SHANE. FELL

028717

7A-AL-44453

64

stated that SHANE is one year older than LEE and also has a brother, ANTHONY, age 17; stepbrothers, GEORGE, age 11; MICHAEL, age 9; and twin brothers, KEITH and KEVIN, age 7. FELL believes that LEE's father now resides in Honesdale, Pennsylvania.

For approximately a one month period in January 2001, FELL lived with BONNIE TONTE, LEE's mother. She described her as being psychotic. FELL also lived with her cousin, JESSE WILLIAMS, during the latter part of November and December 2000. She eventually ran out of money and has moved around ever since.

FELL advised that when LEE, DONALD, and she worked in Monticello, New York (NY), they decided to go to a concert in Woodstock, NY. While they were partying, a man began to hit on her and tried to rape her. DONALD and LEE immediately came to her defense and beat the man senseless. All three of them were held by the police until JESSE WILLIAMS bailed LEE and DONALD out of jail.

When DONALD returned to the Wilkes-Barre area, he moved in with his Aunt Jackie again and then stayed with associates here and there. In approximately October or November 2000, he decided to visit their mother in Rutland, Vermont. LEE accompanied DONALD, and it was there that they were accused of killing her mother, her boyfriend, and another woman from the Rutland area. FELL stated that she heard that LEE and DONALD were smoking crack with her mother. It is FELL's belief that DONALD had no idea what he was doing at the time her mother was killed because he and LEE, from what she has heard, were under the influence of alcohol and drugs. FELL believes that her brother would never hurt her intentionally and has always been there when she needed him. She always felt protected with him nearby. To this day, she continues to write him in prison. FELL related that she has never seen DONALD in possession of any weapon. When questioned about a stolen rifle from the WILKES-BARRE POLICE DEPARTMENT, FELL stated that she never saw DONALD in possession of such a weapon.

028718

7A-AL-44453

65

        The following investigation was conducted by Special
Agent JAMES J. GLENN on April 11, 2001:

        DONNA WILLIAMS, white female, DOB July 28, 1959, SSAN
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, 39 Westminster Street, Wilkes-Barre, PA, telephone
number 570-822-7188, stated that she is the second oldest of four
daughters in the SHARPE family.  Her sister, SANDY, is the oldest
daughter and resides in South Carolina.  WILLIAMS is the second
oldest, then DEBRA (deceased), and JACKIE SHARPE, Wilkes-Barre,
PA.  WILLIAMS stated that after Special Agent GLENN called to
schedule an interview with her, she immediately contacted DONALD
FELL's Federal Public Defender to ask him if it was appropriate
for her talk with the FBI.  Upon getting the okay, WILLIAMS
granted the interview.

        WILLIAMS stated that her sister, DEBRA, married DONALD
FELL, SR. in approximately 1978.  Initially, the FELLs lived on
Church Street and then Bennett Street in Kingston, PA.  Their
marriage was abusive in nature, and both fought constantly.  The
police were always at their residence; and on one occasion, they
stabbed each other with a knife.  WILLIAMS stated that young
DONALD FELL appeared to get the brunt of everything from his
mother and father.  In addition to DONALD, her sister, DEBRA, had
a daughter named TERI who is two years younger than DONALD.
WILLIAMS recalled that DONALD FELL will be 21 later this month.
WILLIAMS recalled that DONALD FELL may have attended first grade
in Kingston; and in approximately 1984, DONALD FELL, SR. left his
family and has not been seen ever since.  WILLIAMS stated that
her sister, DEBRA, then rented a place on West Chestnut Street
for about a year before moving to Jenkins Township, PA.  WILLIAMS
stated that during the period 1986-1991, she resided in the left
half of a double block owned by her mother at 30 East Chestnut
Street, Wilkes-Barre, PA.  Her mother and sister, JACKIE, lived
at 32 East Chestnut Street.  WILLIAMS recalled that DEBRA moved
into 30 East Chestnut Street after WILLIAMS and her family moved
to the Greater Williamsport area, then returned to Wilkes-Barre
and bought their present home at 39 Westminster Street.  WILLIAMS
stated that she is a single mother of two girls and resides with
her boyfriend, BARRY SEWELL.  WILLIAMS stated that her sister,
DEBRA, was an alcoholic; and although she loved her sister, she
did not like the way she treated her children.  DEBRA, when
drinking, physically abused her children and did not take care of
their basic needs.  DEBRA lived with a steady boyfriend named
ELLORY who eventually left her and was found dead in a truck in
Kingston, PA.  WILLIAMS stated that her sister spent time in the
LUZERNE COUNTY PRISON for not paying fines relative to DONALD's
truancy.  WILLIAMS recalled that when DONALD FELL was
approximately 12 years of age (1992), her mother got custody of

028719

7A-AL-44453

66

DONALD and his sister, TERI.  WILLIAMS stated that after her
mother died, her sister, JACKIE, got custody of the children.  To
her knowledge, DONALD FELL attended FLOOD ELEMENTARY SCHOOL;
PLAINS JUNIOR HIGH SCHOOL; ST. MICHAEL'S SCHOOL, due to a truancy
problem; WILKES-BARRE AREA VOCATIONAL TECHNICAL SCHOOL; and
dropped out of COUGHLIN HIGH SCHOOL when he was approximately 17
years of age.  WILLIAMS believed that DONALD FELL was a busboy at
POCONO DOWNS and assisted her son, JESSE WILLIAMS, in his
traveling carnival show that featured board games, a quarter
toss, etc.  DONALD FELL worked the traveling carnival during the
summers of 1999 and 2000.

WILLIAMS stated that, to her knowledge, DONALD FELL was
never jailed for any criminal acts he committed.  WILLIAMS
described DONALD FELL as a quiet, fairly even tempered person who
never acted out his anger in her presence.  In his free time,
DONALD liked to read books and listen to his music.  She recalled
that he played guitar.  Of all her relatives, WILLIAMS believed
that DONALD was closest to her.  WILLIAMS was questioned as to
whether or not DONALD FELL had a drinking problem, and she denied
that fact, stating that she never saw him drinking in her
presence.

WILLIAMS stated that DONALD FELL associated with ROBERT
LEE whom she did not like.  WILLIAMS stated that LEE was very
cocky and always had a smile on his face that looked more like a
smirk.  After September 2000, DONALD FELL resided with WILLIAMS
for a couple of months and was in and out of the house at various
times.  In approximately October 2000, DONALD traveled to
Rutland, Vermont, to see his mother.  WILLIAMS recalled that FELL
called her house on Thanksgiving to wish her a happy holiday and
talked about returning to Wilkes-Barre to visit.  After the
murder of her sister, DEBRA, the WILKES-BARRE POLICE visited
JACKIE SHARPE's home to make sure that they were not harmed.
WILLIAMS stated that she did not learn of her sister's death
until two days later.  WILLIAMS stated that DEBRA FELL called her
home on one or two occasions when she lived in Vermont.  She
usually was drunk, and WILLIAMS did not wish to talk to her.

WILLIAMS stated that DONALD FELL always seemed to hang
out with ROBERT LEE but also had a friend who resided in a
trailer park in Exeter, PA.

WILLIAMS stated that after DONALD FELL's arrest, the
WILKES-BARRE POLICE DEPARTMENT came to her home and questioned
her about a shotgun that was stolen from the police department
and was in the possession of DONALD FELL.  WILLIAMS stated that
DONALD FELL showed up with that same shotgun in approximately

028720

7A-AL-44453

67

November 1999, and stated that he had purchased the weapon for target practice.  WILLIAMS stated that FELL never confided in her as to where he purchased the weapon until last month (March 2001) when she spoke to FELL while he was in prison in Vermont.  On that occasion, FELL called her Collect and told her that he had purchased the weapon from a Wilkes-Barre Police Officer's son. FELL would not identify the boy from whom he purchased the weapon.

WILLIAMS stated that based upon FELL's dysfunctional family background, she can almost understand why he was so angry at his mother.  WILLIAMS stated that FELL's pent up anger and hostility probably came to a boiling point, and she learned that FELL was very disappointed in his mother when he learned that she was still drinking in Vermont.  FELL felt betrayed because his mother had lied to him and said that she had quit her drinking.

028721

7A-AL-44453

68

<u>FRIENDS</u>

During the April 5, 2001, interview of TERI FELL, DONALD FELL's sister, she advised Special Agent JAMES J. GLENN that two of DONALD FELL's closest friends are now deceased. MICHAEL OMUNDI (phonetic) was stuck by a car and killed and another friend, name unrecalled, died from a drug overdose.

In an effort to expedite this report to FBI Rutland, Vermont, Gary Yale, 11 Oak Street, Plains, PA, 18705, former friend of DONALD FELL, was not interviewed.  The Scranton Office of the FBI will locate and interview YALE should the Rutland RA deem it necessary.

To date, the only friends associated with ROBERT JOSEPH LEE, JR. have been DONALD R. FELL and LEE's brother, SHANE LEE.

028722