1

I RobertLee wrote all 10 pages

we were all sitting in the house having
a good time drinking a couple of beers
playing spades me and domnie were
smokeing weed his mom was not
smokeing weed but ~~thingr~~ chairley
wasn't ~~not~~ with us but said he was
smokeing weed that day but not with
us we were smokeing crack cocaine
and weed and we were drinking a lot
and ~~check~~ chairley was drunk and he
thyrdenl to call the cops ~~so~~ so we
told him that he was not leaving to
the morning after he slept ~~his~~
domies mom was drinking and was
drunk and she startod ~~starto~~ arguing
with domnie and I just heugot what
I was going to say. but to get to the
point I was in the kitchen when
we were talking and it came up
that chairley was going to call the
cops what do we do so we pondered
and thought about killing him domnie
grabbed a knife and handed me one
to they one with the hawk on it and
he had the black handlled steak
knife and domnie made it very
specificle that I had to kill his
mom he had to kill charlie

GOVERNMENT EXHIBIT C

2

so we went into the living room
and I saw -Charlie- clomie run the knife
across his ~~throat~~ throat and
charlie was passed out with his
hand on ~~it~~ his neck at first I
did not know ~~this~~ he did it until
I saw blood coming down his / neck
and I grabbed his mom and cut her
neck and she was ~~running~~ moving
around saying no benson no and
I just kept cutting away blood spewing
everwere I just kept cutting I dont know
why but we just killed two people
so clomie looked at me and balled
pack ~~the~~ bags I am taching a
shower so I proceded to pack
the bags clomie got out of the
shower and I handed him a pair
of black pants and then I was
getting ready to take a shower
and after I have done that I got
out of the shower and packed
the rest of the bags I had the
little army bag and the blue bay
clomie had the big army bag
so all of the bags were packed we
grabbed a couple of misalenus things

RL

014595

3

like two wizards off of the shelf
and three them into the bags we
grabbed a camera thing thinking that
we can pawn them so after we
got everything we thought that we
needed or or thought that needed
we sat down trying to figure
out what we are going to do now
we grabbed the gun and thought
about getting a car so we placed
all of the bags and the camera in the
kitchen we got the murder weapons
and proceed to clean then then dennis
wrapped them up in what I think
was a towel and placed them on
the kitchen table. anyways after
charlie threatend to call the cops
dennis got mad and throw the phone
which caused debbie or his mom
to call the cops start arguing
and back to the other point.
after we placed all of the things that
we were taking with us in the
kitchen we grabbed the gun and
walked down the road throw some
laundry trucking place behind uncle
sams a bar we made the left
to sikkie mart hoping that we    KL

4

can get somebody going into there house or cut off so we can take there car by stiffe stiffe make we tried to flag a car down by donnie standing in the middle of the road to try and stop him wile I hide behind a telephone poll but the jepst speed up and went around him so we proceded to walk down the road past the post office place so that way nobody can see up us we ended up in the parking lot at wallmart in witch btw the way I was carrying the gun at the time whent up to wallmart and gave the gun to donnie were I tried to go into the store and buy some ammo because I was the only one that had one & I did at the time but I walked into the store got about half way through the store and was approched by one of the workers and had been told that the store was closed so we went behind wallmart to the amtrack train station and checked a couple off cars to see if R

014597

5

if maybe one of them would start
or maybe we can get it started
but I know such luck they were
all locked to change the point
again the money that we turned RL
tuyed to buy ammo with came
from domiez mom she come beck
to the house half way
drunk and left a ten dollar
bill sitting on the bathroom
sink so domie found it and
told her about it one told her
that he was going to give the
money back to her in the
morning when she sobers up
so that way she can not lose
it again I say lost it because
she had forgotten that she put
it there in the first place
and was asking were it was later
that knight she was baking her
her smokes and tore RL electeting
in her jacked out papers smokes
rooling totrace toys RL money
and she warned us about theile
on thankes giving that charly wez
or thefe and wathe him we told her
to throw him out of the house RL

6

but she said no anyway the money
that she had on her leg that she
had when she was looking for her
smokes fell on to the floor when
she dropped her smokes and she
did not realize that she had
dropped it so domie picked it
up off the floor and put it into
his pocket with the rest of
the money to give back to her
in the morning when we got
up for work. To change the subject
again when we were walking
behind wallmart at the train
station trying to open the car
we saw a truck at the wellmart
loeding dock and domie wanted to
take the truck when I looked at
him and said what are we going
to to do with it disconect the
trailer and leave we would
have the cops here in seconds
so we got on to the tracks
and walked behind the pizza.
choppey thinking that we would
get somebody coming in or
out of the store so we sat down

RI

7

by the corner of price chopper
and winteri pulled up so we
wated for her to leave the
car then we walked up to her
and I put the gun to her and
said give me the car keys she
did not want to give them to us
at first so we kept on yelling
at her give us the keys so she
gave the keys to donnie and we
told her to get in the back
seat and donnie drove back to the
house and got out of the car, after
we asked her were the button
for the trunk is to open it so
donnie got out of the car and the
light came on I told him to hurrie
up and shut it so that the light
would go off and nobody can see
the gun so he went into the
house and grabbed the things and
we left, we were all going down
the road by the mill looking for
anyway south and kept on drivin
south until donnie pulled over
into the little spot on the side
of the road and we told her to get
out and rum when we told her

014600

8

she walked five feet and tried RL
tryed to flag down a passing
motorous so donnie got out and
told her to run again she did
run another twenty feet and
stopped again so we both got
out of the car [RL] before we
both got out of the car we yelled
at her from the window to keep
running but she did not so we
got out of the car donnie ran [RL]
towards her she ran up a hill
I went the other way so she
camet run back up to the highway
she plumpet down a hill so I stopped
her donnie ran down and we told
her to climb up to the top of
the hill where Donnie [RL] punched her untill
she was un conshus and we both [RL]
grabbed a couple of rocks and they
them at her untill we thought that
she was dead then we left I
was driving [RL] we went to
burger king got some food being
a smart ass I asked the guy that
was workeing if he had any weed
he said yes come back in five
minuts so we ate the food RL

014601

9

went back throu the guy told us to meet him in the parking lot so I pulled into the lot donnie got out and went to the bathroom and the guy come out and sated he can get us an eaith of weed for sixty dollars so we both jefted at him and donnie throeugh the purse and a couple of other things into the dumpster and we left donnie also throu the ladies wallet out the passenger side window before we kept going south just looking for some sights that said south we ended up at a friends hous who has no clue that ony of this happened made some phone calls got some weed and some X+C pills and had some fun we parked the car on a hill went back stole a lincence plate and threw the ones that were on the car over a bridge into the creek mill creek we left there jumped onto 81 south and filled the car with gas RL

014602

#10

we got about thirty five dollars of donnies, mom and about two hundred dollars of terri enough to by gas food beer and drugs for a wile then we ran out of gas and money at knockswill termece so we made a sigh saying (travelers in need of food please help god bless) and a lady gave us three dollars enough for gas to get to wall mart were we would find recits on the ground hope that they had on item of a signiffegent amount to take into the store but it had to say cash so we could go into the store and find the item and return it for the price that it was worth that is how we paid for gas and food and we just stoped at everywall mart on the way to get money. there was times on and off that me and donnie took turns driving and we are not shure when or where we each drove what roaugh we took or wich way we went

END OF STORY

Witnesses:
- Edward J. Gray, Special Agent, FBI, 12/1/00 South PA 7:02 pm
- Shawn Harris Shawn Harris 10-1-00 1905
- Robert Lee DATE OF BIRTH 11-28-84 SS# 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

014603