①

I am afraid that

I am afraid that if I tell you the things that float around in my head when I snag them from now to my trail I am afraid that I will lose track of what I am fighting for if I or such a think

I did not think that my head did that to it just poped in there struggling for an answer or a direction of where to think and think about anything next and it just poped there except

in there the thing that gets me is when I say everything so fast

I suffer from momentary

the exuct reason why I stop is they are not momentary sudden without realizing it

to say your on fumes just kupot

GOVERNMENT
EXHIBIT

D

Its killing me in here not to have anybody to talk to but myself, not having a friend to try to relate to and see how things work out. To have somebody around that I can except their hole self as a friendship (or I may only just think that) that I will give them half of myself to them as friendship I guess, that you can say that I am two faced, like a mother fucker, talking shit behind you're back but lichong to their face, because I feel speacial that I have somebody that acully wants to speak to me or interact with me that I will do anything to inter act with them. if I like them to a point I do not have to like them all the way just to a point, like going to church with my mother anthony, to be able to make my self feel wanted eventhow I have on upside down cross on my arm with three sixes and belive the satan but if you can have me with out the other than a different story.

6 R (3)



H#S SIS will Tell you

I am trying to click him around
but the fact is that he is the
only person that I can say that
how what what I went through
when I went through it and the
bullshit smell that never
washes off once you have gone
through it don't get me wrong
I never talked to him on a
personal level like what my
feelings and things are because
he liked me for the person I
was playing till this year
(yes my life is a big lie and I am
in the middle) he was a person
that thought of me first when a
party needed to be started or
finished we would drink anybody
under the table and be able
to laugh about and drink more
he was person that wanted me
around and I did not want to
lose that once we started
something I would really
have no choice but to finish
it with him him because you

he wanted me around, he was my friend a person that I can relate to to a curtain point that I have never reached before just anybody else and I did not want to lose my friendship with him because I said no that he flipped out another reason is I am scared of him to a point I see a little or more of myself in him and I know that what I do see in him is force not to be recond with there is also something about him that he has (he will tell you that he thinks its only girls but its everybody I can't explain it but he will be more than happy to tell you) but I'll give it a try, something that he has that can control people there, or just something there. This is the best way that I know how to explain it when I was in florida, way home with the animals there was this girl (kemy can tell you) named randle that knew how to talk to people when I worked down there I worked at a place called rayguars like a forrest park with animals



and stuff that I have to bring a
or a couple animals a monkey
panther racoon snake allegator
hawk owl and others but I
would explain to the people about
some of the different animals how they
live what they eat how we take
care of them and when I would
be done doing my little prezention
I would ask for tips and donation
for pictures holding the snake
or allagator for five dollars I use
to come back with seventy five
hundred dollars when I did if
on the other workers avaraged
about 200 to 250 so because they were
female and it a proven fact that female
to better then guys in situations
like that but when randle went
there under the same condition
he would come back with two three
four hundred dollars a day it
was the way he talked or something
about him that ~~he~~ he can
play with the minds of others very
confident about his words he would

⑦

have a baby reaching into his
diaper and pulling out twenty
for him I watched him do it in
person more than once the guy
was a certified genious (however you
spell that) the guy could build
anything anything he was one of
the smartest guys I have ever met
a bit there there just something
about him that people like I asked
how he makes so much money
and he told me that you have
to put yourself into their head you
have to watch them judge them
and then ~~he found that they always~~
~~right to be~~ you have to think like
them to get their hand into their
back pocket take their wallet out
and give you money that if the
best that I can explain it
hemay might say that he said that the animals
are going to starve without money
dont listen it bullshit he will say that
because he does not like him ~~because~~
but I was there I seen him work
I even helped him from time to time

(8)

but that is what I see in donnie
and I told him that but he does
not listen he is like me thick
headed but his sister will
tell you he is very controlling

ASK Donnie
HOW I sleep
AND ATE

