I did ask to speak with them. I did it because they told me that it would make things a lot easier for me (~~████████~~) they told me that the first thing that I had to do was sign a couple of papers I did not know what they were I just signed them, they tried reading them to me, but I told them that I did not understand them still they just told me to sign them. I know that they knew that I was not in the best of heads because I told them I did not know why it happened, that I could see everything that had happened but it was not me doing it that the only reason that I can remember it is because it is something that you never forget (like looking out of the eyes of another person) it was not me and they told me that if I can tell them what happened to the best of my knowledge that they were going to help me out the best that they can.

GOVERNMENT EXHIBIT

E

they took advantage of me at a not so
stable mind at the moment I had
to million thoughts going through
my head I was scared so shitless
that I was died not know wich way
to turn I was very vulnerable at the
time I had not slept right in days
not even at crisses chrisey house I
did not sleep so I took some etc
and tried somemore alcohol and
weed but still could not sleep
the firyt day or two or three or four
thet I have not had any drugs or
alcohal having with draws not being
able to eat then being couped up In
that care for the to days with the
constant questions of why did I
throw my life away like that thats
it Im freaked trying to come to
reality but only so far trying to
figure if the whole fucken thing
is a dream how can I get help
were do I go what do I do how
do I live like this why do I live
like this how can I be so fucken
stupid trying to stay off the edge

that keeps telling me to die (right
now) and then trying not to drive
into a brick wall doing one twenty
feeling all kinds of helplessness
like it my job to put my foot
down and end it not being able to
think straight the visions of death
taking over my mind the faces
the pain the gun the question why
the faces brushing my eyes whit
hot red and thinking that it if the
only person in the world that it
would enjoy killing everytime I
looked into the mirror seeing
my worst enemy in my own to eyes
the person that keeps getting me
into trouble for no reason at all
the mind will not expand far
enough to come up with an answer
why not even being able to find
the tip taif single bit a fuckin clue
and those fuckin dirty cocksuckers
took advantage of me filling my
already over stuffed fuckin head
with a smack in face from an
unknown force but piling more

guilt on top of guilt and a little of this a little of that offer him ciggerts if he comes thyury more fuel into the fire or the fire gelling it burning nice and by then hot then put it into a bottle and watch it ~~fill up~~ fill up with pressure that it killing me to keep this stuff inside of me they can see it and they kept putting more pressure in more spots trying to talk him off the edge but falling the rule on how to do it not by lying to me but manipulletting me into the verge that I ~~am~~ am already about to go nuts in the first place tacking advanage of my current ~~sanity~~ mind pulling the only strings of sanity that I had in me at the time that were not ocupied and then accuying them with thure hands and pulling them one by one wile in the meantime putting a ciggrett into my mouth a pen in my hand an a tape recorder in front of me. and making me explat

with donna ill my Aunt to me the hole time

by one



1. they never gave me a summons or ticket nothing saying why they pulled us over

2. I do not stay mad at people anymore

3. I feel like one of my favoret things about my self has been stolen And I cant seem to get it back my self estime

4. if you say that the person that you hired is going to do a good accurate would I be wrong to ask for credentials I do not want my psycriatric help done halph fast

5. tell her to ask some questions over again more then once so she can try to get all sides of the story

6. I want to either want to be able to get the help I need or I want to die it is very in human to feel live with the shit I have inside me I would not wish it on my wort enemy (my self)

it lef like I on a kid that is old enough to be twenty but I act like I am thirty but sometimes I think like a kid I ride a bike 20 inch I wach cartoons the best of both worlds in *the rong way*

when I was at junes or when I lived on hadley street donnie would be the only person beside my brother anthony that ask me to come hang out with them and I am so gratfull for that that I would hell not to let that change.

june will you the people amelia junes glainter clane will tell you they are the only people that ever called akel when they did not I sat around the house and drove everybody nuts

one hundret percent unlubricated system fucken

he started saying after he died charlie
he kept saying kill her come on you
have to I killed him fucken stab
her cut her fucken through she was
on the floor moveing kick her make
her stop stab her cut her through
some more start hacking make me
here it keep cutting now queal I am
going to take a shower I went you
to start packing the cloths
and bring me some pants I walked into
the bedroom grabbed pants turned
around and seen the body on the floor
not the the one in the chair the one
on the floor because I did not nevr
why I just died that inside myself I
started to cry and panic that when
dennis stepped out of the bathroom after
he yelled a couple of times for his pants
grabbed me by my shoulders and
said bobby bobby do you know
what we just did do you know what
just happend are you ok I tried
to walk away but he would not let
me he kept me there asking me if I
was ok and if I packed any cloths or

not and he got pissed when I did not
pack anything so he threw some clothes
at me and said go take a shower

he was hitting her with the gun
through me the gun and told me to hit her

every time I told them something they did
not want to hear they said tell what tell
me what happened forcing to change my story
each time I said something they did not like