# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.                                              2:01-CR-12-01

DONALD FELL

## ACTUAL WITNESS LIST (June 28)

~~Thursday, June 30~~ Friday, July 1st

**Teri Fell - Donny Sister**
Stephen  **35 A Cleveland Street**
**Pittston, PA**

**Ellis Carle - Social Worker**
Bill  **Department of Public Welfare**
**100 Lackawanna Ave. Scranton, PA 18503**

~~Friday, July 1~~

**Mark J. Mills, J.D. M.D.**
Stephen  **3301 New Mexico Avenue, N.W. Suite 252**
**Washington, DC 20016**

Bill  **Susan Benczkowski - Donny's Half-Sister**
**Kingston, PA 18704**

**Officer Christopher Purcell**
**Pittston PD**
**Pittston, PA**

Bill  **Maryanne Czanker-Chiumento**
**Retired Officer Pittston PD**
**Pittston, PA**



GOVERNMENT EXHIBIT H

~~Tuesday, July 5~~ Wed, 07/06

Mary Jo Scott - Teacher ✓
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

James Bailey - Correctional Officer ✓
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

Ronald Barclay - Correctional Officer ✓
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

Jason Rushlow
Case Worker ✓
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

~~Wednesday, July 6~~

John Rabun
1034 Brentwood Blvd., Suite 1280
St. Louis, MO

Jackie Sharpe
781 West Main Street
Plymouth, MA

Donna Williams
39 Westminster St.
Wilkes-Barre, PA

Sharon Hinchey ✓
16 Hedge Place
Kingston, PA

Mary Grace Lonconski
37 E. Saylor Road ✓
Wilkes-Barre

Need interview

**Thursday, July 7**

Deanna German
Children and Youth Services
Wilkes-Barre, PA

William Kane
Donny's social worker at St. Mike's
Wilkes-Barre, PA

*interview*

Bill

Mark Cunningham Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX, 75067

Stephen

James E. Aiken
6 Tsiya Court
Bervard, NC 28712

Bill Donna Williams

possibilities

Justine Taylor
P.O. Box 1344
Rutland, VT 05701

Tracy Taylor
P.O. Box
Rutland, VT 05701

Mark Balestra
26 Lavern Drive
Rutland, VT 05701

Tim Brooks
74 School Street
Rutland, VT 05701

Eirka Balestra
26 Lavern Drive
Rutland, VT 05701

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA : 

v. : 2:01-CR-12-01

DONALD FELL :

## WITNESS LIST

Mark J. Mills, J.D. M.D.
3301 New Mexico Avenue, N.W. Suite 252
Washington, DC 20016

Johnathan J. Lipman, Ph.D.
154 Brookhill Road
Libertyville, IL 60048

John Rabun
1034 Brentwood Blvd., Suite 1280
St. Louis, MO

Richard Wetzel, Phd.
Department of Psychiatry
Washington University School of Medicine
4940 Children's Place
St. Louis, MO

James E. Aiken
6 Tsiya Court
Bervard, NC 28712

Mark Cunningham Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX, 75067

Jeanette Banas
234 Wyoming St.
Wilkes-Barre, PA

Stella Banas
234 Wyoming St.
Wilkes-Barre, PA

Teri Fell
35 A Cleveland Street
Pittston, PA

Jackie Sharpe
781 West Main Street
Plymouth, MA

Donna Williams
39 Westminster St.
Wilkes-Barre, PA

Geraldine Fell
127 Cedar Street
Jacksonville, FL

Sandy Kotzer Bowles
950 Knollwood Port
Murrells Inlet, South Carolina 09576

Susan Benczkowski
Represented by:
Bill Russo
Attorney at Law
590 Rutter, Ave.
Kingston, PA 18704

Officer Christopher Purcell
Pittston PD
Pittston, PA

Maryanne Czanker-Chiumento
Retired Officer Pittston PD
Pittston, PA

Walter Opshinsky
St. Michael's School
Wilkes-Barre, PA

Ellis Carle
Department of Public Welfare
100 Lackawanna Ave. Scranton, PA 18503

Deanna German
Children and Youth Services
1111 North Pennsylvania Ave
Wilkes-Barre, PA

Teddy Steddas
227- B Rutter Ave.
Kingston, PA

Sharon Hinchey
16 Hedge Place
Kingston, PA

Dianne Sergi
Children and Youth Services
1111 North Pennsylvania Ave
Wilkes-Barre, PA

James Bailey
Correctional Officer
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

Ronald Barclay
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

Jason Rushlow
Case Worker
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

Mary Jo Scott
3649 Lower Newton Road
Northwest State Correctional Facility
Swanton, VT 05488

5:01-cr-00012-gwc   Document 338-10   Filed 12/21/11   Page 7 of 8

Justine Taylor
P.O. Box 1344
Rutland, VT 05701

Tracy Taylor
P.O. Box
Rutland, VT 05701

Mark Balestra
26 Lavern Drive
Rutland, VT 05701

Tim Brooks
74 School Street
Rutland, VT 05701

Eirka Balestra
26 Lavern Drive
Rutland, VT 05701

Cynthia Ayers
9501 Channing Lane
Richmond, VA

Respectfully submitted,

By: _____

Alexander Bunin
Federal Public Defender

Gene V. Primomo
Assistant Federal Public Defender

39 North Pearl Street
Albany, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Paul Volk
Blodgett, Watts & Volk, P.C.
72 Hungerford Terrace
Burlington, VT 05401
(802) 862-8919

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of this pleading was served upon Assistant United States Attorneys William Darrow and Stephen Kelly, on this 3rd day of May, 2005.

_____