**RUTLAND POLICE DEPARTMENT**                              CASE # _____

Statement of

135 Robbins St. #6        723-4758

I, PAT Johnson _____ D.O.B. ██████-37

give this statement to D. Schauwecker _____ of the
Rutland Police Department without threat or promise and am aware that this statement may be used in court. This
statement is true to the best of my knowledge.

On Sunday, 11-26-00 at around 2300 hrs,
I was in my apt, directly underneath
Debbie Fells apt.
Then at 2300 hrs or so, the noise
really got loud. There was bangin on
the floor. It seemed like they were
going to come threw the floor. It
sounded like they were throwing
things around.
Before 2300 hrs, it was not as loud,
but when 2300 hrs came around, it really
got loud. I even called up to Debbie's
apt to tell them to stop, but all
I got was the answering machine.
The noise kept going until around
0600 hrs, Monday morning. A few
minutes after, the noise stopped,
I heard the front door slamm.
I did not hear a vehicle, and to
my knowledge, Debbie Fells doesn't
have a vehicle.
The voices that I heard were
both Male and Female.
Debbie has had her 2 sons stayn
there, but I haven't seen the oldest
one in a long time. I did see her
youngest son on Friday, standn out
by the tree.

Subscribed and sworn to before me on

this 30 day of Nov 1900 2000        †Pat Johnson _____
_____        ↑ 11-30-00
(Notary Public)                              (date)

GOVERNMENT
EXHIBIT

J

01712

019448

Page ___ of ___                                    CASE # _____

To me, it sounded like there was
at least 3 people upstairs, but there
could have more than that.
I did not hear any names being
called, so I don't know who was
up there.
Doffie Fells did have a boyfriend
named Tim Reynolds, but he has been
in jail since August I think.
I have not heard any noise coming from
that apt. since monday morning.

Subscribed and sworn to before me on

this _36_ day of _____

_____
(Notary Public)
                2 - 10-03

= Pat Johnson
= 11-30-00
                (date)

Form #66

01713

019449