<u>UNITED STATES v. DONALD FELL</u>
<u>2:01 CR 12-01</u>

Juror No. _/62_

5/23/05
1pm

2

## UNITED STATES v. DONALD FELL
## 2:01 CR 12-01

### JUROR QUESTIONNAIRE
### PRELIMINARY INSTRUCTIONS

Upon your oath or affirmation, you must give true and complete answers to all questions. These questions are not meant to ask unnecessarily about personal matters. Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please write your assigned juror number in the space provided at the bottom of each page, as indicated. Please try to write as legibly as possible. The Court instructs you not to discuss the questionnaire or your answers with your fellow jurors or anyone else. It is very important that the answers be yours and yours alone. Remember, there are no "right" or "wrong" answers; just be completely candid and truthful. All of the information you provide will be kept confidential and only viewed by the Court, the Clerk's Office and the parties.

Juror # 162

3

## SUMMARY OF THE CHARGES

The trial of this case is scheduled to begin not sooner than mid June and no later than July 5th, and is expected to take about three weeks. It is likely that the trial will be held between 8:00 a.m. and 2:30 p.m., Tuesday through Friday, except holidays and other adjournments for Court business.

The defendant Donald Fell is charged in an indictment with criminal offenses. An indictment listing the criminal charges against a defendant is simply the document used to advise a defendant of the accusations against him. The indictment is not evidence.

The defendant has pleaded not guilty to all charges in the indictment. It is the government that has the burden of proof under our system of law. The prosecution must come forward with proof beyond a reasonable doubt that a defendant has committed crimes before a defendant can be found guilty. The defendants have no obligation to produce any evidence or do anything else at trial. This is because the law presumes a defendant to be innocent of the charges brought against him.

The indictment in this case charges that the defendant and Robert Lee committed the crimes of kidnapping and carjacking related to the abduction of Teresca King from Rutland, Vermont and her murder in Duchess County, New York, on or about November 27, 2000. The indictment also alleges that the defendant Donald Fell possessed and brandished a firearm during the kidnapping and carjacking, and that he possessed the same firearm as a fugitive from justice. The defendant is facing the death penalty as a possible punishment.

Remember that under the law, the defendant is presumed to be innocent of the charges described in the indictment. If you are selected as a juror in this case, it will be your duty to

Juror # 162

4

determine whether, based on the evidence presented at trial, the government has proved beyond a

reasonable doubt that the defendant is guilty of the crimes charged in the indictment.

## PART I:  QUESTIONS ABOUT YOUR BACKGROUND

**Part I asks questions about you, your background and very general questions about your family.**

1.    Name: _Gagnon_____ _Jorge_____ _Marie_____
      Last                First                MI.

      Residence: City/Town _Colchester, Vt._____

2.    Length of time at current address: __8__ years.

3.    Do you live: (Please check all that apply)

      _____ In a single family house (own____ rent____)

      __✓__Apartment          (own____ rent__✓__)

      _____Condominium        (own____ rent____)

      _____With family        _____With friends

      __✓__Other (please explain)__Spouse_____

4.    Where else have you resided in the last ten years?_So Barre, Vt____

      _____

5.    Do you have any difficulty reading or understanding English?

      YES _____        NO __✓____

      IF YES,  please explain

      _____

      _____

Juror # _162_

5

6.     What other languages, if any, do you read or understand?

_None_

7.     Do you have any physical problem (for example, sight or hearing) or emotional problem that would interfere with your ability to serve?

       YES _____        NO ___✓___

       IF YES, please describe:_____

       _____

8.     What is your age: _62_

9.     Are you: Male _____       Female ___✓___

10.    Where were you raised? _South River, N. J._

11.    Are you (choose one):

       Married _24_ years.

       Single, and never married _____

       Single, but living with non-marital mate for _____ years.

       Divorced, not remarried _____

       Divorced, remarried for _____ years.

       Widow/widower, married in past for _____ years.

       Other (explain)_____

12.    What do you regard as your ethnic background and that of your spouse (if applicable).

       Yours: _Irish_

       Spouse: _French_

Juror # _162_

13.    Are you: (Check any and all that apply)

Employed full-time?                    ✓

Employed part-time?                    _____

Work at home?                          _____

Homemaker?                             _____

Unemployed/laid off?                   _____

Retired (how long)?                    _____

Disabled and unable to work?           _____

Student (full or part-time)?           _____

If student, area of study_____

14.    If you are employed by another, please answer the following:

(a) Including the name of your employer, what type of work do you do?

_Fletcher Allen Health Care_, _Registration_

(b) How long in present job? _6 yrs_

(c) Do you supervise others in your job?

YES _____        NO ✓

IF YES, how many? _____

(d) For how long have you been a supervisor? _____

Juror # _162_

7

15.    If you are self-employed, answer the following:

(a) The name of your business and what type of business is it?

_____

_____

_____

(b) How long have you been self-employed? _____

_____

16.    (a) If retired or unemployed, what type of work had you been doing?

_____

_____

(b) What is your combined annual household income level

_____ Less than $25,000

___✓___ $25,000 - $50,000

_____ $ 50,000 - $100,000

_____ Over $100,000

(c) Has your occupation changed over the years?

YES___✓___   NO_____

IF YES, what were your prior occupations? _U/- State Housing Authority (10 yrs)_
_Receptionist (Hud Sect 8 Vouchers.) Central VT Hospital Switchboard, admissions (10 yrs)_

17.    Have you or any member of your family or close friends worked or applied for a position in the U.S. Attorney's office, any prosecutor's office, any police department or any other law enforcement agency?
YES _____   NO __✓___

Juror # _162_

8

IF YES, when, where and what agency?

_____

18. Are you or do you have any close relatives or friends who are judges, law clerks, court attendants, court clerks, other types of court personnel, probation officers, or persons connected with any correctional institution, jail or penitentiary?

YES _____    NO _____✓_____

IF YES, please explain_____

_____

_____

19. Do you (or any member of your immediate family) work for or have ever worked for a government agency (city, state or federal)?

YES ___✓___    NO _____

IF YES, list them and what the position was.
_State of VT Motor Vehicle Dept – 1960's ( Issued Registrations)_
_VT State Housing Authority ( Hud) – 1980's (Receptionist )_

20. (a) Have you ever taken any courses or worked in the fields of drug abuse counseling, law, criminal justice, criminology, or other related areas?    no

IF YES, please list the courses or experience.

_____

_____

(b) Do any of your relatives or close friends work for a lawyer or private investigator?

YES _____    NO ___✓___

Juror # _162_

9

IF YES, for how long and please explain his/her/their relationship to you.

_____

_____

_____

21.    If you are married, please answer the following questions about your spouse's employment:

(a) Is your spouse employed? ___yes_____

(b) If so, in what type of work? ___Shaws   ( Bagging + Customer Service )___

(c) How long has your spouse been at their present job? ___4 yrs .___

(d) If your spouse is retired or not employed, please indicate and also describe the type of work he or she had been doing during his/her last period of employment.

___He is disabled from Brain Tumor operation + Stroke.___
___Is on Disability aka works past time.___
_____

22.    If you have children, please answer the following:

(a) Please fill out the following chart:

| AGE | SEX | EDUCATION LEVEL |
|-----|-----|-----------------|
| 43 | M | High School |
| 41 | M | High School |
| ___ | ___ | ___ |

(b) Are any of your children employed?

YES ___✓_____     NO _____

Juror # __162__

10

(c) List the occupation of your children.

assistant manager - Meat Dept - Shaws, Williston, VT

Sign maker (neon) Jacksonville, Fl.

23.    (a) Have you or a family member ever had business dealings with a federal, state or city government or any of their agencies?

YES _____          NO _____ ✓

IF YES, explain the type of business dealings with the government or agency. (Other than

Did not completely understand question. (Other than

usual license renewals with Motor Vehicle - no.)

(b) IF YES, is there anything about those experiences that would interfere with your ability to render a fair and impartial verdict in this case?

YES _____          NO _____ ✓

IF YES, please explain _____

_____

_____

24.    (a) How far did you go in school?

Elementary School          YES _____     NO _____

High School                YES __✓__     NO _____

        Level Completed __4 yrs.__

College                    YES _____     NO _____

        Level Completed _____

Post Graduate              YES _____     NO _____

Juror # _162_

(b) If you earned a degree after high school, what was your major area(s) of study?

_____

(c) If you are presently a student, what is your area of study?

_____

25.    (a) Were you ever in the military service?

YES _____    NO ___✓_____

IF NO, continue to question 26.

(b) What branch? _____

(c) What was the highest rank you achieved? _____

(d) What did you do in the service?

_____

_____

(e) Year of discharge from military? _____

(f) Was an honorable discharge received?

YES _____    NO _____

26.    (a) In the past ten years, have you or an immediate family member ever been a member of any group that lobbies or takes public positions on social or legal issues (for example, the right to bear firearms/gun control)

YES _____    NO ___✓_____

(b) IF YES, please describe the type of group and the length of your involvement in the group. This includes victims' rights groups, the Fraternal Order of Police, Mothers/Students Against Drunk Driving (MADD/SADD), etc.

_____

_____

Juror # ___162___

(c) IF YES, would that experience prevent you from evaluating the evidence presented in this case in a fair and impartial manner?

YES _____          NO _____

IF YES, please explain _____

_____

(d) Are you a member of, or do you support any volunteer police group, militia, or police auxiliary?

YES_____          NO___ ✓___

27.     Have you, a family member, or close friend ever attended law school or been a lawyer?

YES _____          NO ___ ✓___

(a) IF YES, have you, a family member or close friend ever practiced law in the area of criminal defense or prosecution?

YES _____          NO ___ ✓___

(b) Do you have any opinions about lawyers that would make it difficult for you to render a fair and impartial verdict?

YES _____          NO ___ ✓___

IF YES, please explain:_____

_____

28.     Do you, anyone in your household or close friend own any guns?

YES _____          NO ___ ✓___

IF YES, state how many and what type, and reason for ownership:_____

_____

_____

Juror # 162

13

29.    (a) List any newspapers and magazines or Internet sites that you subscribe to or read. Indicate how frequently (e.g., daily, often, occasionally, rarely).

The Burlington Free Press, occasionally ~

(b) Have you ever written a letter to the editor of a newspaper or magazine?

YES ✓    NO_____

IF YES, please explain.

years ago, but can't remember what it was about

(c) What authors and types of books do you like to read?
True Crime - Anne Rule Biographies, Good Housekeeping (My Life, I think is the title

(d) What were the last three books you read?
Bill Clinton's latest book (Still reading it)
Anne Rule's latest book        can't remember Titles
John Walsh's latest Book.

30.    List any television news programs that you watch, including investigative news programs, and how frequently (e.g., daily, often, occasionally, rarely).

CNN - every day, Larry King Live every night
Nancy Grace - every night, Court T.V. (sometimes)

31.    List radio programs to which you listen, and how frequently (e.g., daily, often, occasionally, rarely).
WKO - Country Music (Every day) all day while working.

Juror # 162

32.    Do you follow crime stories or criminal cases in the news or on fictional programs?

YES ___✓___          NO_____

IF YES, what cases or programs: _Michael Jackson, Scott Peterson,_ _OJ Simpson cases.    (no fiction)_

33.    (a) List any hobbies and special interests that you have:

_Rug making_          _plants_

_Gardening_          _animals (Humane Society)_

_Reading_          _environment._

(b) Do you belong or have you belonged to any civic clubs or associations, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, or American Legion?

YES _____          NO ___✓___

IF YES, please list any such clubs or associations to which you have belonged, along with the length of time in each.

_____

_____

34.    Have you ever served as a grand juror in the past?

YES_____          NO___✓___

IF YES, how many times:_____

When:_____

Type of case(s)_____

35.    Have you ever served as a trial juror in the past?

YES_____          NO___✓___

IF YES, how many times:_____

Juror # _162_

15

When:_____

Type of case(s):_____

Did the case(s) reach a verdict?

YES_____        NO_____

How did you feel about your jury service?_____

_____

36.   Have you ever filed a complaint with the police against anyone?

YES_____   NO _____✓_____

IF YES, please describe._____

_____

_____

## PART II: QUESTIONS ABOUT YOUR EXPERIENCES AND BELIEFS

Part II asks questions about experiences you may have had and opinions you may have formed. Again, there are no "right" or "wrong" answers. Just please be as thoughtful and candid as possible.

37.   (a) What recent criminal trials, if any, have you followed in the newspapers or on TV?

Scott Peterson ( T.V.)

Michael Jackson (T.V)

_____

(b) Do you have any opinions or beliefs as a result of those trials which would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

YES_____   NO _____✓_____

Juror # 162

16

IF YES, please explain.

_____

_____

_____

38.    (a) Have you or has a family member or close friend ever been a witness to or the victim of a crime?

YES _____    NO __✓____

IF YES, please explain _____

_____

(b) Did you or your family member or close friend report that crime to the police or other law enforcement agency?

_____

(c) Did law enforcement personnel respond to the report appropriately?

_____

(d) Were you, or was your family member or friend, called to testify?

_____

(e) Is there anything about this experience which would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

YES _____    NO _____

IF YES, please explain _____

_____

Juror # 162

17

39.    (a) Do you have any opinions or beliefs concerning law enforcement in general -- including the Federal Bureau of Investigation and the Department of Justice -- that would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

YES _____    NO __✓__

IF YES, please explain _____

_____

_____

(b) Do you believe that any group does not receive fair treatment from police, prosecutors or the F.B.I.?

YES _____    NO __✓__

IF YES, please explain _____

_____

_____

(c) Can you put aside any such opinions or beliefs, as may have been described above, and evaluate this case based upon the evidence presented during the trial, in accordance with the Court's instructions?

YES __✓__    NO _____

IF NO, please explain _____

_____

40.    Do you believe the criminal justice system makes it too hard for the police and prosecutors to convict people accused of crime?

YES ____    NO __✓__

IF YES, please explain:_____

_____

Juror # _162_

41.    Have you ever appeared or testified as a witness in any investigation or legal proceeding?

YES _____    NO __✓____

IF YES, what was the nature of that investigation or proceeding?

_____

_____

42.    (a) Are you, or is anyone close to you, including family or friends, now under subpoena or about to be subpoenaed in any criminal case?

YES _____    NO __✓____

IF YES, please explain _____

_____

_____

(b) Have you ever been questioned or subpoenaed in any matter by any state or local law enforcement agency, the Department of Justice or any United States investigative agency such as the Federal Bureau of Investigation, Drug Enforcement Administration, Internal Revenue Service or Bureau of Alcohol, Tobacco and Firearms?

YES _____    NO __✓____

IF YES, do you believe that you were fairly treated in connection with such matter?

YES _____    NO _____

IF NO, please explain _____

_____

_____

(c) Have you ever been involved, or do you expect to become involved, in any legal action or dispute with the United States or any agency, officer, or employee of the United States, including the Internal Revenue Service, or have you had any financial interest in such a dispute?

YES _____    NO __✓____

Juror # _162_

19

IF YES, please explain_____

_____

_____

(d) If you answered "yes" to (a), (b) or (c) above, is there anything about these facts that would make it difficult for you to sit as a fair and impartial juror in this case?

YES _____ NO _____

IF YES, please explain_____

_____

_____

43.     (a) Have you or has a family member or close friend ever been involved in or been the target of a criminal investigation?

YES _____     NO ___✓___

IF YES, please explain _____

_____

_____

(b) Have you or has a family member or close friend ever been charged with a crime?

YES ___✓___     NO _____

IF YES, what was the result of that prosecution? (House arrest)
_my son - DWI + domestic abuse - He was under the_
_Dept of Corrections for 3 yrs - Intense counseling - Best_
_thing never happened to him - He is now a different person_

(c) If you answered "YES" to (a) or (b) above, was the individual who was investigated or charged treated fairly by the criminal justice system?

YES ___✓___ NO _____

Juror # _162_

20

IF NO, please explain _____

_____

(d) If you answered "YES" to (a) or (b) above, is there anything about these facts that would make it difficult for you to sit as a fair and impartial juror in this case?

YES _____ NO ___✓___

IF YES, please explain _My Son was treated fairly and it helped him change his life._

_____

44.    Have you or any close friend or relative, ever been treated for a substance abuse problem?

YES __✓__        NO _____

IF YES, please explain _My Son — alcohol_

_____

_____

As a result of that problem, did you or your close friend or relative have any contact with the Criminal Justice system?

___yes, as explained above._

_____

_____

45.    This case is being prosecuted by the United States Attorney's Office for the District of Vermont. The United States Attorney for this District is David V. Kirby. Do you or does any relative or friend know or have any connection with David V. Kirby or anyone associated with the office?

YES _____        NO __✓___

Juror # _162_

21

IF YES, please explain _____

_____

_____

46.    (a) Do you or does any relative or close friend know or have any connection with any of the following prosecutors, or their relatives or friends?

      (I)  William Darrow
      (ii) Stephen Kelly
      (iii) Gregory Waples
      (iv) John Tavana

YES _____    NO ___✓_____

IF YES, please explain _____

_____

_____

(b) Have you seen, heard or read anything about these prosecutors?

YES _____    NO ___✓_____

IF YES, what have you seen, heard or read?

_____

_____

(c) Do you or does any relative or close friend know or have any connection to any of the following law enforcement officers or their relatives or friends?

      (I) Special Agent Michelle Heilner of the FBI
      (ii) Special Agent Steve Hardegree of the FBI

YES _____    NO ___✓_____

Juror # 162

22

IF YES, please explain _____

_____

_____

(d) The defendant in this case is Donald Fell. Mr. Fell lived in Rutland, VT during late 2000 with his mother, Debra Fell, and previously lived in Wilkes-Barre, PA. Do you, or does any relative or close friend, know or have any connection to, the defendant Donald Fell, or his relatives or friends?

YES _____       NO ___✓_____

IF YES, please explain_____

_____

_____

(e) Do you or does any relative or close friend know or have any connection with any of the following persons, or their relatives?

    (I) Debra Fell
    (ii) Charles Conway
    (iii) Robert Lee
    (iv) Teresca King

YES _____       NO ___✓_____

IF YES, please explain_____

_____

_____

(f) Do you or does any relative or close friend know or have any connection with any of the following defense attorneys, the Federal Public Defenders Office, or their relatives or friends?

    (I) Alex Bunin
    (ii) Gene Primomo
    (iii) Paul Volk
    (iv) Elizabeth Bochnak

Juror # 162

23

YES _____    NO __✓____

IF YES, please explain_____

_____

_____

(g) Have you seen, heard or read anything about any of these defense attorneys?

YES _____    NO __✓____

IF YES, what have you seen, heard or read?

_____

_____

(h) Do you have any bias, sympathy, or prejudice with reference to the defendant Donald Fell which would make it difficult for you to render a judgment based solely on the evidence presented at trial?

YES _____    NO __✓____

IF YES, please explain _____

_____

_____

(I) Do you have any bias, sympathy, or prejudice with reference to the government which would make it difficult for you to render a judgement based solely on the evidence presented at trial?

YES _____    NO __✓____

IF YES, please explain_____

_____

_____

(j) Do you have any connection (personal, business, or social) with United States District Judge William K. Sessions III.

YES_____    NO__✓__

Juror # __162__

24

IF YES, please explain:_____

_____

47.    During the course of this trial you will hear testimony related to events in the area of Rutland, VT and Dutchess County, NY. Do you have familiarity with these locations?

YES _____        NO __✓___

IF YES, please explain__*I know where Rutland is, but not familiar with it in any way.*__

48.    Do you have any religious, philosophical, moral or other belief that might make you unable to render a verdict, either guilty or not guilty, for reasons unrelated to the law and the evidence?

YES _____        NO __✓___

IF YES, please explain_____

_____

49.    Is there any reason that you might fail to fairly and impartially evaluate all the evidence in this case without fear or favor toward either the government or the defendant?

YES _____        NO __✓___

IF YES, please explain _____

_____

50.    (a) As previously mentioned, one of the charges against the defendant is related to unlawful gun possession. Do you believe that the federal gun laws are not constitutional, or that the laws governing these crimes should not be enforced?

YES _____        NO __✓___

If YES, please explain:

_____

_____

Juror # __162__

(b) Is there anything about the nature of the charges alleged in the indictment that would prevent you from being a fair and impartial juror in this case?

YES _____     NO _____✓_____

IF YES, please explain:_____

_____

_____

## PART III: QUESTIONS CONCERNING IMPORTANT LEGAL PRINCIPLES

**Part III explains some of the fundamental legal principles on which the Court will give instructions during the trial. If you believe you cannot follow these principles, you are duty bound to let the Court know now.**

51.    (a) Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in this case, decides that his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant has no burden of proof at all.

Would you have any difficulty following these rules?

YES _____     NO ____✓_____

IF YES, please explain _____

_____

_____

(b) Under the law, a defendant need not testify. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty. Would you have any difficulty in following this rule of law?

YES _____     NO ____✓_____

IF YES, please explain _____

_____

_____

Juror # _162_

52.    Under the law, you must consider each alleged crime separately. You must find the defendant not guilty unless the government presents evidence in court that proves him guilty of that crime beyond a reasonable doubt.

Would you have any difficulty following these rules?

YES _____ NO ___✓___

IF YES, please explain _____

_____

_____

53.    Several witnesses in this case will be law enforcement officers.

(a) Do you hold any beliefs or opinions that would prevent you from evaluating the testimony of a law enforcement officer fairly and impartially.

YES _____    NO __✓___

IF YES, please explain _____

_____

_____

(b) A law enforcement witness' testimony is not to be given any more or less credence than any other witness' testimony. Would you be more willing to believe the testimony of a police officer than another witness who is not a police officer?

YES _____    NO ___✓___

IF YES, please explain _____

_____

_____

54.    Some of the evidence in this trial may come from searches performed by law enforcement officers and/or tape recordings made by law enforcement officers and others. Do you hold any beliefs or opinions that would make it difficult for you to evaluate such evidence fairly and impartially?

YES _____    NO ___✓___

Juror # _162_

IF YES, please explain _____

_____

_____

55.    Under the law, the facts are for the jury to determine and the law is for the judge to determine. You are required to accept the law as the judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.

Do you have any personal beliefs about what the law is or should be that would make it difficult to follow the Court's legal instructions?

YES _____    NO __✓____

IF YES, please explain _____

_____

_____

## PART IV: QUESTIONS CONCERNING THE DEATH PENALTY

In this case, the United States intends to seek the death penalty against the defendant Donald Fell. This means that the trial may proceed in two stages: an innocence or guilt phase and a penalty phase. During the innocence/guilt phase, the only question for the jury is whether the government has proven the defendant guilty beyond a reasonable doubt. If the jury unanimously finds the defendant guilty on a count for which death is a possible penalty, the case will then, and only then, proceed to the penalty phase. Whether there is a penalty phase to this trial depends entirely on the jury's verdict during the innocence/guilt phase of the proceeding. That Mr. Fell is facing a potential death sentence does not imply he is guilty of the crime. He is presumed innocent of all charges. During the innocence/guilt phase, the question of the potential punishment must not enter your deliberations.

During a penalty phase, the question for the jury to decide is whether the defendant should be sentenced to death, to life in prison without possibility of release, or a term of years. The decision to sentence him to death must be unanimous. This means all jurors must agree. The judge must then impose the sentence that the jury unanimously decides. The jury makes this decision by weighing aggravating and mitigating factors, as instructed by the judge. Aggravating factors must be proven by the government beyond a reasonable doubt. Aggravating factors are the reasons that the government submits the death penalty should be imposed. Mitigating factors must be considered if they are more likely to exist than not. They are not defenses to the crime. They are reasons that the defendant submits death penalty should not be imposed. Aggravating factors must be found to outweigh mitigating factors before the jury can impose a death sentence. Even absent any mitigating factors, the jury would still have to unanimously find that the aggravating factors alone justify a death sentence.

Juror # __162__

28

The questions in this section are not meant to imply that the defendant is guilty or that you will, in fact, ever be called upon to decide a penalty in this case. The judge must know, however, whether you could be fair to both the prosecution and the defense on the issue of punishment if you reach that issue.

56.    Describe your views on the death penalty: _once I was opposed, but in recent years, I have changed my mind, as there are certain crimes and circumstances, which I now believe would constitute the death penalty._

57.    On a scale of one to ten, with 1 being strongly opposed to the death penalty, and 10 being strongly in favor, where do you place your opinion? (Please circle the number.)

Strongly Opposed    1    2    3    4    5    6    (7)    8    9    10        Strongly in Favor

58.    Have you ever held a different view on the death penalty?

YES __✓__    NO _____

IF YES, please explain: _As explained above, I did not believe anyone had the right to take a life but due to recent cases, I have changed my opinion. It would depend on the crime + circumstances._

59.    Are your views about the death penalty so strong that they would prevent or interfere with your ability to perform your duties as a juror in accordance with your oath?

YES _____    NO __✓__

IF YES, please explain: _____

_____

60.    The question whether a defendant should live or die is a decision each juror must make himself or herself. Do you feel you can make such a decision?

YES __✓__    NO _____

IF NO, please explain: _____

_____

Juror # _16d_

61.    Which of the following best describes your view of the death penalty (please check one):

_____    The death penalty should be imposed in every case where someone deliberately takes the life of another human being;

_____    I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.

_____    I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.

_____    I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.

✓/_____    I am generally opposed to the death penalty, but I would based a decision to impose it on the facts and the law in the case.

_____    I am strongly opposed to the death penalty, and I would have a difficult time voting to impose it, regardless of the facts and the law in the case.

_____    I am strongly opposed to the death penalty, and I could not vote to impose it, regardless of the facts and the law in the case.

62.    Would you hold the government to a higher standard than proof beyond a reasonable doubt if the death penalty was a possible punishment:

YES _____       NO ___✓___

IF YES, please explain: _____

_____

63.    The question of punishment, if any, should not enter into your deliberations on guilt or innocence during the guilt phase of the trial. Would you have any difficulty following this rule in this case a case where the government was seeking the death penalty?

YES _____       NO ___✓___

IF YES, please explain _____

_____

64.    (a) Given the choice between voting for the death penalty and voting for life in prison without the possibility of parole, would you always choose to vote for the death penalty?

YES _____       NO ___✓___

Juror # _162_

Please explain:_____

_____

(b) Given the choice between voting for the death penalty and voting for life in prison without the possibility of parole, would you always choose to vote for life in prison?

YES _____    NO ____✓____

Please explain: _It depends on the crime and circumstances,_
_and if the death penalty would be warrented in_
_these circumstances_

65.    (a) In what kinds of murder cases do you feel that the penalty of life imprisonment without the possibility of parole is appropriate? (_I would have to know the reason_ )
_and circumstances)_

_Difficult question_ _It would depend on the circumstances - It's_
_difficult to say, unless I knew the # case._
_Depends on pre-meditation, accidental in some cases._

(b) In what kinds of murder cases do you feel that the death penalty is appropriate?

_§ Taking the life of a child, premeditated murder_
_like a Sex Crime) - It's hard to say - It would_
_depend on the circumstances (like Scott Peterson,_
_murdering his wife & Baby That is just evil.)_

66.    (a) Have you ever belonged to, supported, or donated time or money to any group or organization which opposes the death penalty?

YES _____    NO ____✓____

(b) Have any of your immediate family members or close friends ever belonged to, supported, or donated time or money to any group or organization which opposes the death penalty?

YES _____    NO ____✓____

IF YES, what is that person's relationship to you: _____

67.    Under the law, the facts are for the jury to determine and the law is for the judge to determine. You are required to accept the law as the judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions. Do you have any personal beliefs about what the law is or should be regarding the death penalty that would make it difficult to follow the Court's legal instructions?

YES _____    NO ____✓____

Juror # _162_

31

IF YES, please explain _____

_____

_____

## PART V: QUESTIONS CONCERNING THE MEDIA

68.  Have you read any articles regarding the death penalty, death penalty prosecutions or death penalty cases in the federal courts in the last year?

YES __✓__      NO _____

(a) IF YES, in what magazine or newspaper was the article published?

____People_____

_____

(b) What was the article about?

____Scott Peterson_____

_____

(c) Would what you read affect your ability to be a fair and impartial juror in a case where the prosecution is seeking the death penalty?

YES____      NO__✓__

IF YES, please explain _____

_____

_____

69.  Have you seen any televison programs or movies regarding the death penalty, death penalty prosecutions or death penalty cases in the federal courts in the last year?

YES __✓__      NO _____

Juror # 162

32

(a) IF YES, what was the name of the television program or movie?

_Larry King, Nancy Grace_

(b) What was the program about?

_Scott Peterson_

(c) Would what you saw affect your ability to be a fair and impartial juror in a case where the prosecution is seeking the death penalty?

YES_____     NO___✓___

IF YES, please explain _____

70.     Have you read any articles regarding this case?

YES_____     NO ___✓___

(a) IF YES, in what magazine or newspaper was the article published?

(b) What did the article say about that case?

(c) Would what you read affect your ability to be a fair and impartial juror in a case where the prosecution is seeking the death penalty?

YES_____     NO__✓__

Juror # _162_

IF YES, please explain _____

_____

71.    Did you, a family member, or anyone you know, sign a petition seeking to establish the death penalty in the State of Vermont?

YES_____        NO__✓__

IF YES, please explain:_____

_____

72.    Is there anything else about the nature of the charges or the facts of the case as they have been explained to you thus far that would affect your ability to be a fair and impartial juror in this case?

YES _____        NO __✓_____

IF YES, please explain _____

_____

_____

73.    If this case proceeds to a penalty phase, you may hear testimony from a psychologist or psychiatrist. What is your opinion about the fields of psychology and psychiatry, and the ability of such persons to identify and explain reasons for human behavior?

_I am in the health care field and respect_
_the opinion of these people._ ~~the~~

_____

74.    Is there any other matter which you should call to the Court's attention which may have any bearing on your qualifications as a juror or which may affect your ability to render an impartial verdict based solely on the evidence and the Court's instructions on the law?

YES _____        NO __✓_____

Juror # 162

34

IF YES, please describe:

_____

_____

## PART VI: YOUR SCHEDULE

75.    The Court and the parties estimate that after a jury is selected, this case may last approximately three weeks. Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror. Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?

YES _____    NO ____✓____

IF YES, briefly explain the hardship.

_____

_____

_____

_____

_____

_____

DATED: 5/11/05    _____
                        (Signature)

Juror # 162