**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

DONALD FELL                              )
                                         )
        v.                               )        No. 2:01-cr-12
                                         )
UNITED STATES OF AMERICA                 )


CERTIFICATE OF SERVICE

        I, Julie M. Chappell, Paralegal Specialist for the United States Attorney's Office for the

District of Vermont, hereby certify that I electronically filed the AMENDED OPPOSITION OF

THE UNITED STATES TO FELL'S § 2255 MOTION with the Clerk of Court using the

CM/ECF system which will send notification of such filing(s) to the following:

Lewis J. Liman, Esq.
Cathleen Price, Esq.
Richard Rubin, Esq.

        DATED at Burlington, Vermont this 21st day of December, 2011.


                                        */s/ Julie M. Chappell*
                                        Paralegal Specialist
                                        United States Attorney's Office
                                        P.O. Box 570
                                        Burlington, VT 05402-0570
                                        (802)951-6725