## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr. _____ Mrs. ✓ Miss _____ Ms. _____

Name ███████████████████████
Last       First       Middle Initial

Town/City of Residence _Colchester_

County of Residence _Chittenden_

How long have you lived in Vermont? _43_ yrs. _____ mos.

Years of education or highest degree obtained
_12_
Name of College _____
Major and minor fields _____

Are you employed? ✓ Yes _____ No

Your occupation or business _Registrar_
_Fletcher Allen Health Care_
_UCH Campus_

If retired, your occupation before retirement _____

Employer's Name _Fletcher Allen Hospital_
Address _1 So Prospect St_
_Burlington, VT 05401_
Describe your duties & responsibilities _obtains_
_demographic + Insurance information_
_for IP patients, Enter into Computer_

Do you supervise other employees? _no_ How many? _____

How long have you worked for present employer? _7 yrs._

If less than 10 years, list earlier occupation and prior employers. _Central VT Hospital 10 yrs_
_VT State Housing Authority 10 yrs_

If unemployed, how long have you been unemployed? _____

Place of Birth _Tompkins City, N.Y._    Age _____

_____ Single ✓ Married _____ Widowed
_____ Separated or Divorced

Number and ages of children _2_
_43 and 40_

Have you been in the military? _no_
If so, branch _____
Length of service _____
Highest rank obtained _____

Have you ever worked for the state or federal government? ✓ Yes _____ No
If so, please explain _State of Vermont_
_Dept Motor Vehicles in_
_the late 1960's_
_VT State Housing Authority_ _early 90's_

Is your spouse employed? ✓ Yes _____ No

Spouse's occupation or business _____
_Disabled_
Spouse's Employer's Name _____
_Shaws_
Spouse's Employer's Address _____
_Water Tower Hill, Colchester_ _VT_
Spouse's duties and responsibilities _front End_
_Bagger Part Time_

If spouse is retired, occupation before retirement _____

Are any of your children employed?
✓ Yes _____ No

What are their occupations? _Assistant Manager_
_Shaws Meat Dept, Williston, VT_

**(Continued on Reverse)**



200011747
201020901 - 0241

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime ____ Yes ✓ No
(b) Witness to a crime ____ Yes ✓ No
(c) Accused of a crime ✓ Yes ____ No

Have you, or anyone close to you, been a complainant in a criminal case? ____ Yes ✓ No
If so, please explain. *My son was in House of Correction arrest for DWI and domestic violence 16 yrs ago. He is now ass't manager at Shaws, so he sure has been a better person for it.*

Have you ever served on a state or federal jury trial?
____ Yes ✓ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
____ Yes ____ No

If yes, what was the jury's verdict? _____

Estimated number of miles ROUND-TRIP from your home to courthouse to which you are summoned _____

What do you do in your spare time (social activities, hobbies, etc.)? *Read, garden Rug making, plants*

In what social or other organizations do you actively participate? *Don't have time; work every day.*

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis, *Angela on Earth, Good Housekeeping, True Crime Books, usually by Anne Rule*

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
____ Yes ✓ No If so, please explain.
_____
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months:
*none*
_____
_____
_____

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign
Here ▮▮▮▮▮▮▮▮▮▮▮▮

LF 229