

# U.S. Department of Justice

*United States Attorney*
*District of Vermont*

*United States Courthouse and Federal Building*
*Post Office Box 570*                          *(802) 951-6725*
*Burlington, Vermont 05402-0570*          *Fax: (802) 951-6540*

December 22, 2011

Hon. William K. Sessions, III
United States District Court
District of Vermont
Burlington, VT 05402-0928

   Re: *United States v. Fell*
     No. 2:01-CR-12-2

Dear Judge Sessions:

   This letter explains the government's filing yesterday in the above case.

   On December 2, 2011, we filed a response to the bulk of Fell's § 2255 arguments, through argument XXI. As indicated on the last page (page 324, n. 59) of that filing, we had yet to file responses to the final two arguments. Since December 2, we have prepared responses to those two arguments, XXII and XXIII, and added another argument, XXIV.

   On December 2 it was our plan to file the remaining arguments as a supplement to the main opposition, along with supplemental exhibits for the jury argument, XXII. However, since then we decided that a table of contents would be well-advised, and we made minor editorial revisions to the December 2 filing. Accordingly, yesterday we filed an amended opposition, which consolidates all of our arguments and a table of contents. We are providing you and counsel with a bound version of the new filings for ease of reading.

   I hope that the above adequately explains our activity.

   Wishing you and Elizabeth a Happy Holiday,

          Very truly yours,

          TRISTRAM J. COFFIN
          United States Attorney

     By:  *Bill*
         WILLIAM B. DARROW
         Assistant U.S. Attorney

cc:  Lewis J. Liman, Esq.
    Cathleen Price, Esq.
    Richard Rubin, Esq.