UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
--------------------------------------------------------------------- X
                                :

DONALD FELL,                             :

                    Movant,         :

              - against -        :       2:01-CR-12-01

                                :

UNITED STATES OF AMERICA,    :

              Respondent.     :

                                :

--------------------------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

On March 21, 2011, Donald Fell timely filed a section 2255 Motion seeking to vacate or set aside his conviction and death sentence (the "2255 Motion"). At a June 1, 2011 Scheduling Conference, the Government informed the Court that it was considering moving for summary dismissal of some of the claims raised in the 2255 Motion. See Scheduling Conference Tr. 12:17-14:11, June 1, 2011 (the Government informing the Court that it intended to file a motion to dismiss arguing that "some of [Mr. Fell's claims] are meritless," and noting that it anticipated arguing that there were three categories of claims: 1) "[t]hose which should be dismissed at the outset as not worthy of further proceedings"; 2) "those which should not be dismissed but can be handled by briefing and don't require additional discovery"; and 3) "those which don't fall into the prior two categories . . . and . . . may be worthy of discovery."). Mr. Fell's counsel noted that it was "very difficult to say without having seen their motion" how much time it would take to respond, but, based upon the Government's representations, estimated that counsel would need 45 to 60 days to respond to the Government's motion to dismiss. Scheduling Conference Tr. 17:6-10, June 1, 2011. The Court determined that Mr. Fell

should have at least 45 days to respond.  Minute Entry Scheduling Conference as to Donald Fell, June 1, 2011, Dkt. No. 318.

The Government reiterated its intention to move for summary dismissal of certain, not all, of Mr. Fell's claims, in its Opposition of the United States to Fell's Discovery Motion filed on June 27, 2011.  Opp'n of the United States to Fell's Disc. Mot. 22-23, Dkt. No. 323.  On October 7, 2011, the Government filed a Surreply of the United States as to Fell's Discovery Motion, indicating that it had obtained new counsel and was changing course, and that it intended to file an answer to the 2255 Motion on December 1, 2011.  Surreply of the United States as to Fell's Disc. Mot. 1-2, Dkt. No. 334.  On December 2, 2011, the Government moved to dismiss some of Mr. Fell's claims.  Opp'n of the United States to Fell's § 2255 Mot., Dkt. No. 337.  On December 21, 2011, the Government filed a 362-page Amended Opposition to the 2255 Motion (the "Amended Opposition"), seeking to summarily dismiss all of Mr. Fell's claims. Am. Opp'n of the United States to Fell's § 2255 Mot., Dkt. No. 338.

Under the Rules, summary dismissal is not appropriate unless "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief."  Rule 4(b), Rules Governing 2255 Cases.  Moreover, Mr. Fell's claims of ineffective assistance of counsel, prosecutorial misconduct and Brady violations must be considered cumulatively and not in a piecemeal fashion, and Mr. Fell has pending requests for discovery.  However, while counsel for Mr. Fell believe that the Amended Opposition should ultimately be dismissed, counsel believe that it is nonetheless appropriate to address the issues raised in the lengthy Amended Opposition.  Mr. Fell therefore seeks leave to file a Reply on May 25, 2012.  The Government has consented to an extension until May 4, 2012.  The requested extension is necessary due to the length of the Amended Opposition and the numerous factual

2

issues the Government has raised.  It is also necessary because counsel is appearing pro bono and because pro bono counsel has additional client commitments as well as other scheduling issues. The Government would suffer no prejudice from an extension 21 days beyond the extension to which the Government has already consented.

For the reasons set forth above, Mr. Fell respectfully requests that the Court enter the proposed Order, attached as Exhibit A, authorizing him to file his Reply on May 25, 2012.

Dated: January 26, 2012                  RESPECTFULLY SUBMITTED,
New York, New York

/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

CATHLEEN PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

*Counsel for Defendant Donald Fell*

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that January 26, 2012, I electronically filed with the Clerk of the Court a Motion for Extension of Time using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing (NEF) to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: New York, New York
January 26, 2012

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999