# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
------------------------------------------------------------------------ X
                                                                         :
DONALD FELL,                                                             :
                                                                         :
                        Movant,                                         :
                                                                         :         2:01-CR-12-01
                - against -                                             :
                                                                         :
UNITED STATES OF AMERICA,                                                :
                                                                         :
                        Respondent.                                     :
                                                                         :
                                                                         :
------------------------------------------------------------------------ X

### [PROPOSED] ORDER GRANTING MOVANT'S
### MOTION FOR EXTENSION OF TIME

Upon consideration of Donald Fell's Motion for Extension of Time, it is hereby:

ORDERED that Mr. Fell is granted an extension until May 25, 2012 to file a

Reply Memorandum of Law in Support of his Motion for Collateral Relief Pursuant to 28 U.S.C.

§ 2255.

It is so ORDERED this ___ day of _____, 2012.

_____
William K. Sessions, III
United States District Judge