UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
------------------------------------------------------------------------ X
                            :

DONALD FELL,                         :

                Movant,        :

               - against -      :        2:01-CR-12-01

                            :

UNITED STATES OF AMERICA,   :

              Respondent.    :

                            :
------------------------------------------------------------------------ X

## MOTION FOR EXTENSION OF TIME

On March 21, 2011, Donald Fell timely filed a section 2255 Motion seeking to vacate or set aside his conviction and death sentence (the "2255 Motion"). See Dkt. No. 301. On December 21, 2011, the Government filed a 353-page Amended Opposition to the 2255 Motion seeking to summarily dismiss all of Mr. Fell's claims (the "Amended Opposition"). See Dkt. No. 338. On January 26, 2012, Mr. Fell filed a Motion for Extension of Time, seeking until May 25, 2012 to respond to the Government's lengthy Amended Opposition. See Dkt. No. 343. Mr. Fell's request was granted by the Court on February 29, 2012. See Dkt. No. 346.

Counsel for Mr. Fell now seek an additional extension until July 25, 2012 to file a reply to the Amended Opposition. The requested extension is necessary because certain lawyers who were actively involved with the representation of Mr. Fell have recently left Cleary Gottlieb Steen & Hamilton LLP, on either a permanent or temporary basis, and the firm -- which represents Mr. Fell on a pro bono basis -- has needed to bring other lawyers up to speed on the complicated and lengthy factual and legal record. We are attempting to prepare the new lawyers

as quickly as possible.  We have contacted counsel for the Government in order to obtain consent to the extension, but as of the time of filing, we have not yet received a response.

For the reasons set forth above, Mr. Fell respectfully requests that the Court enter the proposed Order, attached as Exhibit A, authorizing him to file his Reply on July 25, 2012.

Dated: April 27, 2012                                    RESPECTFULLY SUBMITTED,
New York, New York


/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

CATHLEEN PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

*Counsel for Defendant Donald Fell*

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on April 27, 2012, I electronically filed with the Clerk of the Court a Motion for Extension of Time using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: New York, New York
April 27, 2012

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999