UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                    :

DONALD FELL,                              :
                                      :

                Movant,        :

                                      :        2:01-CR-12-01
          - against -           :

UNITED STATES OF AMERICA,     :

             Respondent.     :
                                      :

---------------------------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

On March 21, 2011, Donald Fell timely filed a section 2255 Motion seeking to vacate or set aside his conviction and death sentence (the "2255 Motion"). See Dkt. No. 301. On December 21, 2011, the Government filed a 353-page Amended Opposition to the 2255 Motion seeking to summarily dismiss all of Mr. Fell's claims (the "Amended Opposition"). See Dkt. No. 338. On January 26, 2012, Mr. Fell filed a Motion for Extension of Time, seeking until May 25, 2012 to respond to the Government's lengthy Amended Opposition. See Dkt. No. 343. Mr. Fell's request was granted by the Court on February 29, 2012. See Dkt. No. 346. On April 27, 2012, Mr. Fell filed a Motion for Extension of Time, seeking until July 25, 2012 to respond. See Dkt. No. 352. The Court granted this request on April 30, 2012. See Dkt. No. 353.

Counsel for Mr. Fell now seek an additional short extension until August 20, 2012 to file a Reply Memorandum of Law in support of his 2255 Motion and in response to the Amended Opposition. The requested extension is necessary because it has taken more time than initially anticipated to respond to the numerous factual and legal issues raised in the Government's lengthy Amended Opposition, and pro bono counsel has had unanticipated

additional client commitments.  The requested extension would permit counsel additional time to shorten the length of the Reply.  This is the final extension Mr. Fell will request.

We have contacted counsel for the Government in order to obtain consent to the extension and the Government has opposed that request.

For the reasons set forth above, Mr. Fell respectfully requests that the Court enter the proposed Order, attached as Exhibit A, authorizing him to file his Reply on August 20, 2012.


Dated: July 17, 2012                                        RESPECTFULLY SUBMITTED,
New York, New York


                                                            /s/ Lewis J. Liman
                                                            LEWIS J. LIMAN
                                                            Cleary Gottlieb Steen & Hamilton LLP
                                                            1 Liberty Plaza
                                                            New York, New York 10006
                                                            (212) 225-2550
                                                            Fax: (212) 225-3999

                                                            CATHLEEN PRICE
                                                            P.O. Box 321762
                                                            New York, NY 10032
                                                            (212) 998-6193

                                                            RICHARD RUBIN
                                                            Rubin, Kidney, Myer & DeWolfe
                                                            237 N. Main Street
                                                            Barre, Vermont, 05641-4125
                                                            (802) 479-2514
                                                            Fax: (802) 479-2516

                                                            *Counsel for Defendant Donald Fell*

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on July 17, 2012, I electronically filed with the Clerk of the Court a Motion for Extension of Time using the CM/ECF system on behalf of Donald Fell. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: New York, New York
July 17, 2012

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999