UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                 :

DONALD FELL,                         :

                  Movant,           :

                - against -      :     2:01-CR-12-01

UNITED STATES OF AMERICA,   :

            Respondent.    :

---------------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S
## MOTION FOR EXTENSION OF TIME

Upon consideration of Donald Fell's Motion for Extension of Time, it is hereby:

ORDERED that Mr. Fell is granted an extension until August 20, 2012 to file a

Reply Memorandum of Law in Support of his Motion for Collateral Relief Pursuant to 28 U.S.C.

§ 2255.

It is so ORDERED this 18th day of July, 2012.

/s/ William K. Sessions III
William K. Sessions III
United States District Judge