UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                              Movant,                               :
                                                                     :        2:01-CR-12
                         - against -                                :
                                                                     :
UNITED STATES OF AMERICA,                                           :
                                                                     :
                              Respondent.                           :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X


### MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Movant Donald Fell, through undersigned counsel, respectfully seeks leave to file an overlength reply memorandum of no more than approximately 275 pages, to respond to the Government's Amended Opposition to his 2255 Motion seeking to vacate or set aside his conviction and death sentence. The United States Attorney's Office has consented to this request.

Due to the scope of Mr. Fell's claims, Mr. Fell filed a 365-page 2255 Motion. The Government's subsequent Amended Opposition to the 2255 Motion was 353-pages long. In order to adequately respond to the Government's arguments and contentions, Mr. Fell respectfully requests permission to file a reply memorandum that is approximately 275 pages long and exceeds the length expressly allowed under Rule 7(a)(5) of the Local Rules of Procedure. A Proposed Order is attached as Exhibit A to this motion.

*[Signature page follows.]*

Dated: August 16, 2012                     RESPECTFULLY SUBMITTED,
New York, New York


                                           /s/ Lewis J. Liman
                                           LEWIS J. LIMAN
                                           Cleary Gottlieb Steen & Hamilton LLP
                                           1 Liberty Plaza
                                           New York, New York 10006
                                           (212) 225-2550
                                           Fax: (212) 225-3999


                                           CATHLEEN I. PRICE
                                           P.O. Box 321762
                                           New York, NY 10032
                                           (212) 998-6193


                                           RICHARD RUBIN
                                           Rubin, Kidney, Myer & DeWolfe
                                           237 N. Main Street
                                           Barre, Vermont, 05641-4125
                                           (802) 479-2514
                                           Fax: (802) 479-2516

                                           *Counsel for Defendant Donald Fell*

## <u>CERTIFICATE OF SERVICE</u>

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on August 16, 2012, I electronically filed with the Clerk of the Court a Motion for Leave to File an Overlength Reply Memorandum using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: New York, New York
August 16, 2012

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999