UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------------- X
                                                  :

DONALD FELL,                                :

            Movant,                  :

          - against -            :         2:01-CR-12

UNITED STATES OF AMERICA,      :

          Respondent.         :

                                                  :

---------------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength Reply Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a reply memorandum in support of his motion seeking leave to conduct discovery that is no longer than approximately 275 pages.

It is so ORDERED this ___ day of _____, 2012.

_____
William K. Sessions, III
United States District Judge