UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------- X

DONALD FELL,

                 Movant,

              - against -

UNITED STATES OF AMERICA,

                Respondent.

:  2:01-CR-12

---------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S MOTION FOR
## LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

Upon consideration of movant Donald Fell's Motion for Leave to File an Overlength Reply Memorandum, it is hereby:

ORDERED that Mr. Fell is granted permission to file a reply memorandum in support of his motion seeking leave to conduct discovery that is no longer than approximately 275 pages.

It is so ORDERED this 17th day of August, 2012.

/s/ William K. Sessions III
William K. Sessions III
United States District Judge