UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

_____

DONALD FELL,                                    )
                                                )
                                                )
                    Movant,                     )
                                                )
                                                )
            v.                                  )  2:01-CR-12-01
                                                )
UNITED STATES OF AMERICA,                       )
                                                )
                    Respondent.                 )
                                                )
                                                )
                                                )
                                                )
_____        )

## DECLARATION OF LEWIS J. LIMAN

Pursuant to 28 U.S.C. § 1746, Lewis J. Liman declares:

1.    I am a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for movant Donald Fell.

2.    I submit this declaration in support of Donald Fell's Reply to the Government's Amended Opposition to his Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 (the "Reply").

3.    Attached as Exhibits 314 through 320 are true and correct copies of the following documents. Exhibits 1 through 313 are attached to the Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 dated March 21, 2011.

**Exhibit 314**    Declaration of Christopher Eike, dated Mar. 24, 2011

**Exhibit 315**    Vermont Department of Corrections Unredacted Incident Report of Officer Cross, dated Mar. 17, 2004

**Exhibit 316**      Northwest State Correctional Facility Memorandum of Officer Williams, dated Mar. 18, 2004

**Exhibit 317**      United States Marshals Service Prisoner Medical Records Release Form, dated Dec. 14, 2000

**Exhibit 318**      Northwest State Correctional Facility Fax Cover Sheet, dated Apr. 26, 2005 and Vermont Department of Corrections Incident Report, dated Apr. 9, 2005

**Exhibit 319**      Vermont Department of Corrections Informational Report of Officer Cross, dated Mar. 24, 2004

**Exhibit 320**      Psycho Social Summary by Mark Innocenzi, dated Apr. 9, 1994

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2012, at New York, New York.

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

2