# EXHIBIT 314

My name is Chris Eike. I am an inmate at the State Correctional Institute in

*(CE)* *I was arrested 4 yrs ago +*

Huntingdon, Pennsylvania. I have been here for ___3___ years now. My minimum

release date is May 4, 2015.


I met Don, his sister Teri, his friend, and his friend's brother while working as

a food vendor at the Wayne County Fair in the summer of 2000. We had been

hanging out for a few days during the fair. I liked Teri and she and I spent time

together at the fair. One night, the five of us, a friend of Teri's, and one of my friends,

tried to go to Woodstock in my Camaro, but we got in a car accident on the way. We

had been drinking and smoking weed on the way and it was raining. My car spun

and hydroplaned into the woods. No one was wearing a seat-belt and the car could

have flipped. We were able to get the car out of the woods, but it was damaged. We

started driving back to the fair, but ran out of gas and ended up walking back to the

carnival. My friend and I went to pick up the car in the morning.


After work the next day, we went back to Woodstock. My friend couldn't

make it, so it was the six of us: Don, Teri, Teri's friend, Don's friend and his brother,

and me. We smoked weed and drank beer on the way. When we got to Woodstock,

there were already a lot of people there partying. Random people were running

around selling or giving out mushrooms and acid. We all did acid, mushrooms,

weed and drank beer that night. We were all really intoxicated that night, and there

are parts of the night that I don't remember.

1

FELL-00002709

The group started off together at Woodstock, but then splintered off over time. I spent most of the night with Teri. We kissed and made out during the night.

Later that night, while we were all messed up from the acid and everything else we did that night, Don and his friend beat me up. I went to the hospital afterwards, I had facial lacerations and a black eye. I did not have any broken bones or serious injuries. I did not get any stitches, and I do not have any scars from it. My eye was not swollen shut, it was just a black eye. I was not in a coma. I was not in a wheelchair. I was treated and released from the hospital the same day. I walked out of the hospital and went to talk to the police about the incident. I did not receive any follow-up medical treatment after I left the hospital.

*When I was in the ambulance, I passed out briefly. I think the reason I passed out was due to the drugs I took that night. I remember them asking me questions about what drugs I was on, while I was in the ambulance. CE*

The police told me that Teri accused me of sexual assault. They said that if I insisted on pursuing charges against Don and his friend, there would be a cross complaint against me, so I decided not to push the issue.

*when I was 22 CE* I was interviewed by the FBI while in prison at the State Correctional Institution in Coal Township, Pennsylvania. *I had been arrested when CE* I was 18 years old and *was* serving time for a few different convictions, including stealing a car and a corruption of minors charge. The original charges I was arrested on included criminal mischief, receiving stolen property, criminal conspiracy, and indecent assault on a person less than 13 years of age. The girl was 11 years old. She wrote in her diary that she wanted to

2

FELL-00002710

have sex with me. Her brother gave the diary to her parents, and they went to the cops.

After I was released from prison on those charges, I became addicted to heroin. I was arrested for drug charges, stealing a sportscar and leading the police on a high speed chase. When I went to jail for those charges, I was drug-sick, coming down off of heroin. I ended up getting involved with an attempted escape in 2007. I stabbed a prison guard in the neck with a homemade knife. I'm ~~not proud~~ proud of what I did. I am now serving a sentence of ___8 - 16 years___ (CE).

(CE) The FBI were the only people who talked to me about Don's case before his trial. I definitely did not tell the FBI or anybody that I had ever been in a coma or had any serious injuries due I was not contacted by anyone representing Don until 2010. I was available to be interviewed, but the defense lawyers did not get in contact with me. to the fight that night. The FBI asked me about my injuries + I told them I just had a black eye + that was it.

(CE) During the fight, Don punched me and the other guy kicked me. I told the FBI how the fight went down + that Don had punched, not kicked me.

I have had the opportunity to read and have read to me the foregoing __3__ (CE) pages. I have been given the opportunity to make any corrections, additions, and (CE) deletions that I see fit. I declare under penalty of perjury that the above statement is true and accurate to the best of my knowledge.

Date: ___3/24/2011___

_____
Chris Eike

_____
CO3 Mirabella
Witness

FELL-00002711