# EXHIBIT 315

Directive 405.02

VERMONT DEPARTMENT OF CORRECTIONS
INCIDENT REPORT
Log Number:9158  SiteLog#:2399

Date: 03/17/2004    Time: 13:15
NWCF: Northwest State Correctional Facility
Specific.Location: echo bullpen
----------------------------------------------------------------------
Originated By: CROSS CHARLES

Notifications:
WorkSite Manager   Operations Mgr.   Dir.Corr.Svcs.   Superintendent signoff
03/17/2004 13:30

03-11-04

Superintendent's Signature/Date

----------------------------------------------------------------------

Incident Code(s)/Description(s):
2-11-1    24 Hour Notification
  Other Serious but not Urgent incident
----------------------------------------------------------------------
Was Video Camera Used? Y   If not, explain in narrative.
----------------------------------------------------------------------

| Inmates Involved | | Staff Involved | |
|---|---|---|---|
| PARTON, CORY | /1977 | ALDRICH JOSEPH C | CO/2 |
| POPE, IRVIN | 1970 | BAILEY JR WALTER J | CO/1 |
| | | DUNSMORE BRADLEY C | CFSS |
| | | LECLAIR JR FREDERICK A | CO/1 |
| | | MACHIA GREGORY A | CO/2 |
| | | PELKEY MARC R | CO/1 |
| | | WILLIAMS CLIFFORD H | CFSS |

----------------------------------------------------------------------

Summary of the Event:

    On this date at approx.1315 hrs CO/1 Leclair called a 1033 in the echo
bullpen. when staff arrived in the bullpen CO/1 Leclair informed us that
inmates Cory Parton and Irvin Pope were in a fight. I informed all the inmates
to put their hands on the fence. Staff had already hand cuff inmates Pope and
Parton and were on their way out of the bullpen at which time i heard CO/2
Machia and CFSS Williams telling inmate Donald Fell to place his hands back on
the fence inmate Fell didn't comply with CO/2 Machia or CFSS Williams
instructions at which time he was handcuff and walked out of the bullpen By
CO/2 Machia and Co/1 Pelkey as we got out side the 5 door inmate Fell started
to resist complaining about his wrist being hurt at this time I obsevered that
CO/2 Machia had his arm and that CO/1 Pelkey had his wrist which he had bend
up. I informed CO/1 Pelkey that I would take his place.There were no more proble
informed inmate Fell to get on his knees and cross his legs the reason for
this was inmate fell was calling staff names and his behavior was getting out
of control. Once on his Knees CO/2 Machia again informed inmate Fell to crss
his leg Fell didn't follow his instructions so CO/1 Pelkey cross his legs and
then held them. Co/2 Machia and myself started remove the cuff and as we did
inmate Fell asked who was on his legs. When inmate Fell saw it was CO/1 Pelkey
he called CO/1 Pelkey a fag and a fucking punk and then spit in his direction.
At this CO/1 Pelkey started to advance toward him at which point CO/2 Machia

FELL-00002712

got between inmate Fell and Pelkey. Co/1 Pelkey again started to advance
toward Fell at which time CO/1 Sousa put Pelkey against the wall. CO/1 Pelkey
appeared to be returning at which time I grabbed him and push him out of the
cell and down the hallway where CO/1 Olmstead took over and I return to the
cell and stripped searched inmate Fell. Inmate Fell then was secured with out

Vermont Dept. of Corrections
Incident Report - Log Number 9158  SiteLog#:2399                    Page 2
------------------------------------------------------------------------

further incident. when I had finished with inmate Fell staff had already
secured inmate Parton and inmate Pope was being treated for his swelling lib
and the cut.Inmate Pope was being treated and he informed the nurse he was
dizzy at which time we walked him to his cell once in the room he apperaed to
had a seizure at which point the Nurse called for the doctor. The nurse
requested us to call am care and have him transported to the hospital. Inmate
Parton was then see by the nurse and he appeared to be ok. Both inmates were
placed on 15 min checks code #3 and locked in pending the outcome of the
disciplinary.

_Charles Cren_    03-18-04

Reporter's Signature/Date

------------------------------------------------------------------------

Outcome comments:

Inmates Pope,Parton, Fell were moved to delta locked in pending
major drs. there were checked by the nurse, parton was ok and fell
Pope was transported to the hospital because of a siezure.When he
return he was lockin, all placed on 15 minutes checks code #3

FELL-00002713