# EXHIBIT 316



**Northwest State Correctional Facility**
3649 Lower Newton Road, Swanton Vermont 05488
(802) 524-6771

<u>**To:**</u>   Supt. Hatin

<u>**From:**</u>   CFSS C.Williams

<u>**Date:**</u>   03/18/04


On this date 03/17/04 while place inmate Fell, Donald in his cell, inmate Fell was struggling to get away and making threats toward officers.
Inmate Fell, Donald was told to knee on the floor and lay on the bed witch he did. During this time inmate Fell's legs were crossed and officer Pelkey placed his leg over them so inmate Fell could not move or kick.

Inmate Fell started yelling at the officer that was on his legs and stating that he was hurting them and to get off them.
This was stated two different times and then inmate Fell, Donald turned around an saw officer Pelkey on them and told him to get off them again.
Inmate Fell then spit at officer Pelkey and officer Pelkey lunged at inmate Fell while he was still in hand cuffs and three [3] officers grabbed officer Pelkey and S-1 Cross escorted officer out of the cell.

Inmate Fell, Donald was taken out of cuffs, stripped and given reds and secured with out further incident.


CFSS Clifford Williams

FELL-00002714