# EXHIBIT 317

United States Marshals Service (USMS)
## PRISONER MEDICAL RECORDS RELEASE FORM

INSTRUCTIONS: Section I is to be completed by the USMS Intake Officer. Sections II & III are to be completed by the prisoner. Section II may be completed by the USMS Intake Officer if the prisoner is unable or unwilling, but Section III must be signed by the prisoner. If prisoner refuses to sign, note that in the signature block. All refusals should be immediately reported to the Office of Interagency Medical Services, Prisoner Services Division. The completed USM form 552 is to be retained in the prisoner's files.

### Section I - USMS Prisoner Information

| 1. Prisoner Name (Last, First, MI) Fell  DONALD | | 2. USMS Prisoner # 05306 -D10 |
| 3. District Name VT | 4. District # 082 | 5. Custody Date (Mo/Day/Yr) 12-14-00 |

### Section II - Prisoner Personal Data And Medical Information

| 6. Date Of Birth (Mo/Day/Yr)  ██ 80 | | 7. Social Security No.  ██ 7294 |

8. Medical Insurance Information

| A) Insurance Company Name N/A | B) Policy Number N/A | C) Medicare/Medicaid Coverage? ☐ Yes   ☐ No |
| 9. Name Of Your Physician N/A | 10. Phone Number (  ) N/A | |

### Section III - Medical Consent And Records Release

I certify that the information I have provided above is true to the best of my knowledge.

I hereby authorize the United States Marshals Service to request, review, and have access to all medical records of care provided to me during the time that I am in the custody of that agency, and to all other medical records deemed necessary for the purposes of providing me with appropriate medical care, adjudicating medical bills for health care services provided to me while in the custody of the United States Marshals Service, and for infectious disease clearances.

| Signature of Prisoner *[signature]* | Date 12-14-00 |
| Signature of USMS Intake Officer ██████ | Date 12-14-00 |

Original—Prisoner File

Form USM-552
(Est. 6/98)

FELL-00002715