# EXHIBIT 318

*Northwest State Correctional Facility*

*3649 Lower Newton Road*

*Swanton, VT 05488*

To: USMS ██████████████

From: CSS ██████████████

Date: April 26, 2005

Phone: (802) 524-6771
Fax: (802) 527-7534

Total Pages including cover sheet: 10

Message:

FELL, Donnie ; ██████████████

INCIDENT DATED 4/09/05

NOTE: Col ███████ is OUT W/ THE INJURIES
HE SUSTAINED AFTER BEING KICKED
in the KNEE BY RES. FELL - POSSIBLE
SURGURY TO CORRECT.

Directive 405.02

VERMONT DEPARTMENT OF CORRECTIONS
INCIDENT REPORT
Log Number:11252   SiteLog#:2538

Date: 04/09/2005   Time: 19:12
NWCF: Northwest State Correctional Facility
Specific Location: E- unit cell 66

Originated By:

Notifications:
WorkSite Manager   Operations Mgr.   Dir.Corr.Svcs.   Superintendent signoff
04/09/2005 20:20

Superintendent's Signature/Date

Incident Code(s)/Description(s):
3-3-1     24 Hour Notification
  Other use of force

Was Video Camera Used?     If not, explain in narrative.

Inmates Involved                    Staff Involved
FELL, DONALD        1980                                              CO/1
                                                                      CO/2
                                                                      CO/1
                                                                      CO/1
                                                                      CO/1



Summary of the Event:

On the above date at approx. 1909 there was a 10-33 called in the E-wing bull
pen, when we arived inmates Fell and          were standing at the x 10 door,
the officer told me that they refused to leave the bull pen when they were
ordered too.
We got the two inmates in and secured in their cells, I told the officer to
move them to D-wing, when Fell was told to move to the back of his cell as he
was being moved to D-wing, he refused to go to the back of his cell, he said
he was not moving, I ordered a shield team be put together and as we were
getting set out side his cell he was getting set in his cell, he put plastic
and a towel around his head and he used the cover to his tub for a shield,
when we unlocked the door he tried to push his way ut we, slowly opened the
door and worked are way into the cell as Fell was 1 ghting the shield, I saw
officer          go down as we were trying to get F.11 under control, we finely
got him into cuffs and leg irons and he was taken to D-wing where the
restraints were removed.
Fell was checked by the nurse and he was placed on 15 minute checks.
Officer          was sent home to get his knee ex rayed as Fell kicked him as we
were trying to get him under control, officer       was also hit on the head
during the incident.

04/26/2005  23:44   8025271534   NWSCF   PAGE 02

Vermont Dept. of Corrections
Incident Report - Log Number 11252   SiteLog#:2538           Page 2
-----------------------------------------------------------------------

Reporter's Signature/Date

4/9/05

FELL-00002718