# EXHIBIT 319



**Vermont Department of Corrections**
**Facility Report Form**

Page _1_ of _1_

_*_ NWSCF

To: Charles Hatin

**Type of Report:**

From:  Charles Cross CFSS

__ Incident          __ DR

Date: March-24-04

###__ Informational __ Confidential

Re: Imate Doanld Fell Moved

Report: Inmate Fell was being essorted out of echo to delta by officer Machia and Pelkey. When we got outside the dining room area inmate fell started to struggle and said that his wrist was being hurt. At this time I checked and noticed that officer Pelkey had inmate Fell's wrist bend up in a wrist lock. Upon seeing this I replaced officer Pelkey and inmate Fell entered delta with further incident.

Action Taken:

*Charles Cross*
Charles Cross CFSS

FELL-00002719