# EXHIBIT 320

## PSYCHO SOCIAL SUMMARY

### IDENTIFYING INFORMATION

**NAME:**              Donald Fell

**AGE:**               13.11

**DATE OF BIRTH:**          ██80

**DATE OF ADMISSION:**    4-8-94

**ADDRESS:**          ████████████

                     Wilkes-Barre, Pa  18705

### SOURCE OF REFERRAL/PRESENTING PROBLEMS/HISTORY OF PREVIOUS INTERVENTIONS

Donald Fell was admitted to St. Michael's Diagnostic Intake Unit, Purcell Place on April 8, 1994. He was referred by Luzerne County Children and Youth Services, his social worker is Mr. John Kosloski.

The referral was due to chronic truancy, ungovernable behaviors at home, alcohol issues with both parent and client and alleged sexual abuse.

Donald comes from a very dysfunctional family. He was residing with his mother Debra and sister Terri. When Donald was fined for truancy from school, his mother did not pay the fines so she was placed in jail. She is currently in prison. The children were placed with the maternal grandmother, but stated she could not come for Donald due to the out of control behavior he was displaying.

Debra and her mother resided in a side by side duplex which Mrs. Sharpe owns. When her daughter was placed in prison she had the home condemed. The home was infested with rats, cockroaches and lice. Though this worker did not go through the home the grandmother did show me pictures. The home was filthy, litter, fecus and beer cans were scattered in living room. This worker questioned Mrs. Sharpe how long this had been going on to which she stated "two years". When questioned why she did act sooner on having her property condemed, she failed to respond. It should be noted at this time that there were numerous inconsistencies in Donald's care, the grandmother's involvement and Mrs. Sharpe's personal anger toward Children

FELL-00002720

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page II

and Youth Services of Luzerne County.  Mrs. Sharpe stated that
she called Children and Youth weekly about the conditions the
children were living in, the abuse and neglect she felt the
children were living under.  Mrs. Sharpe stated that the case
was closed in January 1994, against her wishes.

However, Mrs. Sharpe refuses to take responsibility for
the condition her grandchildren were living under on property she
owns.

Donald has had a long history of mental health
interventions including hospitalizations.  He was hospitalized at
First Valley in 1992 for out of control behaviors and
Wilkes-Barre General twice in 1993 for the same behaviors and
suicidal ideations.

Donald attended the Childrens' Service Center of
Wilkes-Barre in 1992 and up rumoved from the program due to poor
and ungovernable behaviors.  He had been diagnosed with attention
deficit disorder.

PRESENT FAMILY CONSTELLATION

| NAME | D.O.B. | RELATIONSHIP | ADDRESS |
|------|--------|--------------|---------|
| Terri Fell | 82 | sister | |
| | | | Wilkes-Barre, Pa |
| Jackie Cotzer | 73 | aunt | " " |
| Theresa Sharpe | 35 | grandmother | " " |
| Debra Ann Fell | 54 | mother | Luzerne County prison |

PRESENT HOME ENVIRONMENT

As previously stated, Donald resided with his mother
Debra at ████████████████ in Wilkes-Barre, Pa.  The house is
a side by side duplex and by Donald's maternal grandmother,
Theresa Sharpe who resides at ████████████.

When the children were removed from the mother's home it
was comdemed by Mrs. Sharpe.  The home was filthy and
infested with rats, lice and cockroaches.  Mrs. Sharpe had
photos taken of the house.

Mrs. Sharpe's home was very neat and clean in its
appearance.  There does however seem to be a tug-of-war for
Donald and his sister between Mrs. Sharpe and Debra Fell.

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page III

FAMILY HISTORY/DYNAMICS

    Natural Father: Donald Fell Sr.
              D.O.B. :    unknown
            Phone # :    unknown
             Status :    separated
         Children :    two
             Health :    unknown
        Education :    unknown
      Employment :    unknown
           Income :    unknown
    D&A Involvement:  Mrs. Sharpe stated that her
son-in-law used alcohol regularly.  She was not sure if he used
drugs.
    Criminal History:  Mrs. Sharpe did not know if Donald
Sr. used drugs.

    Relationship with child/spouse:  According to Mrs.
Sharpe, Mr. Fell has had no contact with the children since
1990.  She stated that her son-in-law was abusive towards both
Debra and the children.

    Mrs. Sharpe had also alleged that her son-in-law was
sexually abusive to the children as well as on one occasion,
stabbed his wife Debra during a drinking binge they were both
on.  These allegations could not be substantiated.

    Natural Mother: Debra Ann Cotzer Fell
              D.O.B. :    ████54
           Address :    currently in Luzerne County Prison
                    ████████████
                    Wilkes-Barre, PA        - Condemned
            Phone # :    unknown
             Status :    separated
         Children :    two
             Health :    poor
        Education :    10th grade
      Employment :    nonw
           Income :    DPA
    D&A Involvement:  Mrs. Sharpe stated that her daughter,
Debra is a chronic alcoholic, "who slept, drank and slept".  She
is unsure if her daughter uses drugs.
    Criminal History:  Mrs. Sharpe stated that her daughter
had numerous court fines and was currently in prison for not
attending a court hearing and not paying truancy fines.

    Relationship with child/spouse:  Due to Mrs. Fell's

FELL-00002722

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page IV

incarceration the homestudy was conducted at her home of Mrs. Sharpe, Donald's natural grandmother. She stated that Donald's relationship with his mother could only be described as "poor". Donald was physically abusive towards his mother on numerous occasions. When she drank heavily she would give Donald her car keys and he would run errands for her.

Mrs. Sharpe also stated that her daughter was physically abusive towards the children when they were younger. She also made allegations that Donald was sexually abused by a babysitter and her boyfriend but Debra did nothing about it.

Donald's parents were married on November 10, 1979. Debra and Donald had two children, Donald Jr. and Terri. They separated after 10 years of marriage. Both parents abused alcohol, and raised the children in a dysfunctional home. Mr. Fell physically abused his wife and the police were called on numerous occasions for domestic violence. On one occasion Mr. and Mrs. Fell had stabbed each other during a fight. Donald was six years old at the time.

```
Significant Other:  Theresa Sharpe
           D.O.B. :  ████35
          Address :  ███████████
                     Wilkes-Barre, Pa
          Phone # :  717-822-7135
           Status :  divorced
         Children :
           Health :  good
        Education :  N/A
       Employment :  N/A
           Income :  N/A
  D&A Involvement:  Mrs. Sharpe states that she does not
                    use drugs or alcohol.
 Criminal History:  Mrs. Sharpe states that she has no
                    criminal history.
```

RELATIONSHIP WITH CHILD/SPOUSE

Mrs. Sharpe has gained custody of Terri Fell, Donald's sister and will request Donald's custody after his placement. Mrs. Sharpe has also stated that she will be a visiting resource for Donald. Her relationship with both children appears to be nurturing and healthy.

FELL-00002723

PSYCHO SOCIAL SUMMARY
RE:      Donald Fell
Page V

CLIENT'S PERSPECTIVE

Donald has readily admitted to being difficult and understands the need for placement.

DRUG AND ALCOHOL INVOLVEMENT

A drug and alcohol evaluation has been requested due to Donald's environment as well as his admitted use of alcohol (beer) on a regular basis.

HISTORY OF ABUSE (Physical, Sexual, Emotional)

Donald has not spoken about the allegations of sexual abuse but does talk about the physical abuse that have taken place. He states that both his mother and father "beat" him.

EDUCATIONAL HISTORY

The last school attended by Donald was Plains Junior High School. He was repeating 7th grade. He was chronically truant and ungovernable when he was there. His grades were poor mostly due to his paying attention and refusing to do the work.

SPECIAL CONCERNS

Donald is a very confused young man. He has acted as his own caretaker for sometime and is not readily acceptable to help. His mother's drinking continues which only upsets Donald more. He has not expressed any interest in seeing her at this point.

IMPRESSIONS AND RECOMMENDATIONS

Donald is in need of supervision and structure. He has to address issues surrounding alcoholism, truancy and aggression. It is strongly recommended that Donald remain in residential care until custody can be given to his grandmother or until his mother's situation becomes stable. Donald will attend drug and alcohol counseling, group and individual therapy as well as attend school on campus.

FELL-00002724

PSYCHO SOCIAL SUMMARY
RE:      Donald Fell
Page VI

SOURCES OF INFORMATION

   Information provided within this Psycho-Social Summary was obtained primarily through contact with Mrs. Sharpe, contact with Luzerne County Children and Youth, review of referral materials and through individual social work sessions conducted with Donald Fell.

Mark Innocenzi
Social Worker

FELL-00002725