# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI

Writer's Direct Dial: +1 212 225 2550
E-Mail: lliman@cgsh.com

LESLIE B. SAMUELS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER

JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA

BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
JONATHAN S. KOLODNER
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
RESIDENT COUNSEL



September 11, 2012

Hon. William K. Sessions III
United States District Court of Vermont
P.O. Box 928
Burlington, VT 05402

Re: *United States v. Donald Fell*, 2:01-CR-12-01 (WKS)

Dear Judge Sessions:

We represent Movant Donald Fell in connection with the above-captioned matter. We write with respect to the motions currently before the Court and to suggest that the Court enter the attached Order granting and setting a schedule for discovery. Specifically, there are two matters currently before the Court: (1) Movant's Motion for Leave to Conduct Discovery (Dkt. No. 309); and (2) the Amended Opposition of the United States to Fell's § 2255 Motion (the "Amended Opposition") (Dkt. No. 338), which seeks summary dismissal of Mr. Fell's Motion for Collateral Relief, to Vacate, Set Aside or Correct Sentence, and for a New Trial under 28 U.S.C. 2255 (Dkt. No. 301). Movant's Motion for Leave to Conduct Discovery was filed on May 5, 2011. The Government responded to that Motion on June 27, 2011 (Dkt. No. 323), asking the Court to defer ruling on the discovery motion pending briefing on the Government's Amended Opposition, but that briefing is now fully submitted following the submission of Mr. Fell's reply brief on August 20, 2012 (Dkt. No. 358). Mr. Fell's Motion for Leave to Conduct Discovery is also fully submitted following the filing of Mr. Fell's Reply Memorandum in Support on August 26, 2011 ("Discovery Reply") (Dkt. No. 329), the Surreply of the United States as to Fell's Discovery Motion on Oct. 7, 2011 (Dkt. No. 334) and Mr. Fell's

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Hon. William K. Sessions III, p. 2


Response to the surreply on October 17, 2011 ("Response to Discovery Surreply") (Dkt. No. 335).

As the Court noted at the last status conference, the full and fair adjudication of Mr. Fell's claims will require "extensive discovery." Hearing Transcript at 3:25, United States v. Fell, 2:01-CR-12-01 (WKS) (June 1, 2011). In the event the Court determines to grant Mr. Fell's Motion for Leave to Conduct Discovery to allow him to move forward in conducting this necessary discovery, we enclose a proposed Order granting the motion and setting a schedule for discovery. The Order would have discovery commence on December 1, 2012 and conclude by December 31, 2013, with Mr. Fell having leave to file an amended § 2255 motion up to and including 90 days from the close of discovery. As Mr. Fell has argued, the Court need not delay and wait until it has ruled on the Government's Amended Opposition before permitting him to begin to take *any* discovery; rather, to the extent that any person has objections cognizable under the Federal Rules of Civil Procedure or Criminal Procedure, those objections do not provide a basis to deny Mr. Fell the right to begin to take any discovery. Such objections can be made to specific document requests. See Discovery Reply at 11-14; Response to Discovery Surreply at 3-5.

Respectfully submitted,

Lewis J. Liman


Enclosure

cc:  William Darrow
     Jacabed Rodriguez-Coss
     Cathleen Price
     Richard Rubin