UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
------------------------------------------------------------------ X
                          :

DONALD FELL,                       :

           Movant,        :

                       :        2:01-CR-12-01

        - against -      :

UNITED STATES OF AMERICA,    :

          Respondent.    :

                       :
------------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING MOVANT'S MOTION
## FOR LEAVE TO CONDUCT DISCOVERY AND SETTING SCHEDULE

Upon Movant Donald Fell's Motion for Leave to Conduct Discovery and Memorandum in Support, pursuant to the Fifth, Sixth and Eighth Amendments to the United States Constitution and Rule 6 of the Rules Governing 28 U.S.C. § 2255 Proceedings [D.I. 309], in connection with his Motion For Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and For a New Trial Pursuant to 28 U.S.C. § 2255 of March 21, 2011, it is hereby:

ORDERED that, after considering the Motion for Leave to Conduct Discovery and the Memorandum in Support, the Court is of the opinion that said motion should be GRANTED, and that Mr. Fell shall be granted leave to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure as requested in that motion and memorandum in support, and it is further

ORDERED that the period for such discovery will commence on December 1, 2012 and will conclude on December 31, 2013, and it is further

ORDERED that Movant will have leave to amend his Motion for Collateral Relief, to Vacate, Set Aside or Correct Sentence, and for a New Trial under 28 U.S.C. 2255 up to and including 90 days from the close of discovery, and it is further

ORDERED that the deadlines contained in this Order may be extended by joint agreement of the parties or by the Court upon written motion.

It is so ORDERED this ___ day of _____, 2012.


_____
Hon. William K. Sessions, III
United States District Judge