NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

      **v.**

**DONALD FELL**

**Case No: 2:01-cr-00012-wks-1**

**TAKE NOTICE that the above-entitled case has been scheduled at 9:30 a.m. on Tuesday, March 5, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Hearing on the Sufficiency of the Post Conviction Claims for Collateral Relief, the Motion for Discovery and the Request for a Discovery Schedule.\*\***

**Location: Courtroom 542**
**Date of Notice: 2/12/2013**

**JEFFREY S. EATON, Clerk**


**By /s/Joanne A. Muir**
**Deputy Clerk**

**TO:**

**William B. Darrow, AUSA**
**Jacabed Rodriguez-Coss, Esq.**

**Richard I. Rubin, Esq.**
**Lewis J. Liman, Esq.**
**Cathleen Price, Esq.**
**Avram E. Luft, Esq.**

**Anne Nichols Pierce, Court Reporter**

**\*\*the defendant will not be present for this hearing.**