UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
----------------------------------------------------------------------- X
                                                            :

DONALD FELL,                                        :

                     Movant,              :

                      - against -          :         2:01-CR-12

                                                :

UNITED STATES OF AMERICA,          :

                     Respondent.      :

                                                :
----------------------------------------------------------------------- X

## MOTION FOR PARTIAL RECONSIDERATION OF THE MAY 10, 2013 MEMORANDUM OPINION AND ORDER GRANTING IN PART THE GOVERNMENT'S REQUEST FOR SUMMARY DIMISSAL

Donald Fell moves this Court for partial reconsideration of the May 10, 2013 Memorandum Opinion and Order granting in part the Government's request for summary dismissal of Mr. Fell's Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial pursuant to 28 U.S.C. § 2255.

For the reasons set forth in the accompanying Memorandum, Mr. Fell respectfully requests that the Court enter the proposed Order, attached as Exhibit A, clarifying that Mr. Fell's selective prosecution claim (Claim XXIII(A)) is dismissed without prejudice.

Dated: May 24, 2013                           RESPECTFULLY SUBMITTED,
New York, New York


                                               /s/ Lewis Liman
                                              LEWIS J. LIMAN
                                              Cleary Gottlieb Steen & Hamilton LLP
                                              1 Liberty Plaza
                                              New York, New York 10006
                                              (212) 225-2550
                                              Fax: (212) 225-3999


Dated: May 24, 2013
New York, New York


                                               /s/ Cathleen Price
                                              CATHLEEN PRICE
                                              P.O. Box 321762
                                              New York, NY 10032
                                              (212) 998-6193


Dated: May 24, 2013
Barre, Vermont


                                               /s/ Richard Rubin
                                              RICHARD RUBIN
                                              Rubin, Kidney, Myer & DeWolfe
                                              237 N. Main Street
                                              Barre, Vermont, 05641-4125
                                              (802) 479-2514
                                              Fax: (802) 479-2516

                                              *Attorneys for Movant Donald Fell*

2