# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------------ X

                                :

DONALD FELL,                         :

                           :

               Movant,          :

                           :       2:01-CR-12

      - against -          :

                           :

UNITED STATES OF AMERICA,    :

                           :

          Respondent.     :

                           :

------------------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING DONALD FELL'S MOTION FOR PARTIAL RECONSIDERATION

Upon Donald Fell's Motion for Partial Reconsideration of the May 10, 2013,

Memorandum Opinion and Order and accompanying Memorandum in Support, it is hereby:

ORDERED that said Motion should be GRANTED, and that Claim XXIII(A) of

Mr. Fell's Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New

Trial pursuant to 28 U.S.C. § 2255 is dismissed without prejudice.

It is so ORDERED this ___ day of _____, 2013.

 

 

                                            _____

                                            William K. Sessions, III
                                            United States District Judge