# UNITED STATES DISTRICT COURT

# DISTRICT OF VERMONT

## CERTIFICATE OF SERVICE

I, Lewis J. Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 24, 2012, I electronically filed with the Clerk of Court the following documents:

Motion for Partial Reconsideration of the May 10, 2013 Memorandum Opinion and Order Granting in Part the Government's Request for Summary Dismissal

Attached Exhibit A to the Motion for Partial Reconsideration (Proposed Order)

Attached Memorandum in Support of Motion for Partial Reconsideration

using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

Dated: New York, New York
May 24, 2013

 /s/ Lewis Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999
lliman@cgsh.com