# EXHIBIT A

# LEO J. SHEA III, PH.D.

Clinical Psychologist/Neuropsychologist
ljs@n-e-t-s.org
NYS License # #013658-1
MA License # PY7514PR

## EMPLOYMENT

**1991-Present: <u>Rusk Institute of Rehabilitation Medicine</u>** - New York, NY

**1998-Present:** <u>Senior Staff Psychologist</u> - Responsibilities include evaluation, diagnosis, developing treatment recommendations and administering clinical treatment to a multi-cultural patient population with a broad range of neurological etiologies. Development of cognitive and psychotherapeutic treatment programs customized to meet neuropsychological deficits of the patient population (emphasis on traumatic brain injury, tick-borne, autoimmune and chronic diseases/syndromes and stroke). Supervision/teaching of staff psychologists, interns and post-doctoral fellows. Conduct intern seminars on brain injury, family therapy, trauma response and Lyme disease and tick-borne illnesses. <u>Current Academic Appointment</u>: Clinical Associate Professor of Rehabilitation Medicine - New York University School of Medicine

**1995-1998:** <u>Assistant Director of the Brain Injury Day Treatment Program</u> - Responsibilities included selection, supervision and management of clinical team leaders, staff psychologists, pre-doctoral and post-doctoral fellows and general office staff. Develop and direct neuropsychological training program for staff and externs as well as overseeing the neuropsychological evaluation process. General administration of program and, in concert with the Director, preparation of annual budget and monitoring of monthly budgetary expenses. Development and supervision of Extern Training Program requiring extern commitment of 20 hours per week for clinical and research work. Structured post-doctoral neuropsychology and rehabilitation medicine training program. <u>Academic Appointment</u>: Clinical Assistant Professor of Rehabilitation Medicine - New York University School of Medicine

**1992-1995**: <u>Clinical Team Leader of the Brain Injury Day Treatment Program</u> - Responsible for neuropsychological evaluation of incoming patients ("trainees"), working with patients on individualized cognitive remediation programs, counseling individual trainees and their families/significant others, writing reports for use by insurance companies, case managers, attorneys, medical personnel, trainees and their families. In addition, member of the Cross-Cultural Committee-Rusk Psychology Department.

### Adjunct Duties:

**1994:** <u>Neuropsychology and Rehabilitation Consultant to Bellevue Hospital's Head Trauma Unit</u>

**1992-1993:** <u>Neuropsychology Teaching/Training Supervisor to Bellevue Hospital's Bilingual (Spanish/English) Internship Program</u> - Taught physiological psychology with emphasis on neuroanatomy, rehabilitation medicine and health psychology to bilingual interns. Assisted students in doctoral dissertation and research proposals. Programs were taught in both Spanish and English.

**1991-1992:** <u>Pre-doctoral Internship (APA Approved)</u> - Adult In-Patient Services (six (6) month rotation) and Adult Out-Patient Services (six (6) month rotation). Additional: Provided psychotherapy for Spanish-speaking patients and their family members on the Pediatric In-Patient Service. Also completed a year-long training program in family therapy, with emphasis on the Minuchin model.

**1991: <u>St. Thomas University</u>** – Miami

<u>Adjunct Lecturer in Psychology</u> - Master's Degree Program. "Individual Assessment and Treatment Planning Approaches"

| NYC Administration | NYC Patient Office | Massachusetts Office |
|---|---|---|
| 151 East 31st Street, #22C | 201 East 28th Street, #1D | 21 Totman Street |
| New York, NY 10016 | New York, NY 10016 | Quincy, MA 02169 |
| (212) 951-4545 | (917) 439-3061 | (917) 439-3061 |
| (212) 842-0731 (fax) | | |

info@n-e-t-s.org - www.n-e-t-s.org

**1990-1991: <u>Healthsouth Regional Rehabilitation Center</u> – Miami**

<u>Bilingual Psychology Extern</u> - Responsibilities included patient initial evaluations, individual therapy, group therapy, family therapy, neuropsychological assessment and report writing, staff in-service training, consultation and liaison with medical and nursing personnel, developing qualitative and quantitative care plans, computerized cognitive remediation and biofeedback with pain and head injury patients, consultation to out-patient Work-Hardening Program.

**1989-1990: <u>Jesse Goodman Psychological Services Clinic</u> – Miami**

<u>Student Intern</u> - Responsibilities included working with various diagnostic categories within a primarily minority (largely Hispanic) patient population, which spanned all adult ages. Off-site hours were at the Switchboard of Miami which is responsible for the bilingual Crisis/Suicide Hot Line.

**<u>Additional</u>:**

**1990:** Completed six-month Geriatric Certificate Training Program under the auspices of the Miami Area Geriatric Education Consortium (MAGEC) / University of Miami/Jackson Memorial Hospital.

**1989:** Completed Summer Institute Sexuality Training at Institute for Human Sexuality (San Francisco), emphasizing interviewing techniques, diagnosis and therapeutic interventions for a broad range of sexual issues.

**1989:** Established the first parish-based bilingual Psychological Services Center in the archdiocese of Miami. The Center provided individuals and families (90% Hispanic) with free psychiatric, psychological, social work support and community referral and treatment services.

**1989:** Completed a four (4) month practicum in counseling AIDS patients at University of Miami/Jackson Memorial Hospital.

**1989-91:** Student lecturer on Rational Emotive Therapy at the Miami Institute of Psychology.

**1978-1988: <u>Al-Salsabeel International/Leo J. Shea Assoc., Inc.</u> - Riyadh, Saudi Arabia, Paris and Miami**

<u>General Manager/President</u> -  International management consulting firm providing services and program development in organizational design, human resources, training and development, psychological evaluation, cultural sensitivity to business, governmental and educational institutions. Adjunct services included product evaluation, market feasibility, cultural and political impact studies, product launch, and public relations. Consultations included analysis and structuring of various national and international corporate organizations, municipal and national political campaigns. Examples include: advisor to National Chairman of the Minority Committee of the Small Business Administration; advisor to US Presidential Campaign VIVA '84-Florida Chapter.

**1976-1977: <u>Kirby Building Systems/Y.A. Alghanim & Sons</u> – Kuwait and Houston**

<u>V. P. Administration and Human Resources</u> - Responsible for the recruitment, employment, employee relations, compensation and benefits, organizational planning/development, career-pathing and administration for this major Middle East company. Served as Human Resource and Administration consultant to Chairman and Executive Committee of parent company on matters of organizational design, career-pathing, training and development of corporate executives in 40 divisions worldwide, 32 different nationalities. $400M Revenue, $4M Budget.

**1969-1976: <u>Ryder System</u> – Miami, Houston and London**

<u>Divisional V. P. and Director in Human Resources and Administration</u> - Responsible for the corporate Human Resources function, as well as psychological testing and evaluation services, career-pathing and organizational design programs of the nation's major truck transportation company. Developed a corporate executive evaluation program which was comprised of hiring criteria, job analysis systems, appraisal systems, merit compensation systems and career-pathing. Coordinated with the other senior corporate executives, the annual performance of all corporate executives and instituted Career Path Recommendations. Responsible for recommending education and training program to enhance executive competencies. Member of Corporate Compensation Committee that analyzed

more than 400 corporate job titles and revised corporate compensation (pay and benefits) policies. Directed Corporate Compensation, Employment and Training departments. Developed International Human Resource and Administration programs in England, Zambia, Tanzania, and West Africa. Executive V.P Administration for six divisions ($400 million, 2,000 employees) of parent company including: oil refinery; supply and accessories warehouses; truck and trailer manufacturing; residential and correspondence schools; warehouse moving equipment; and international development.

**1967-1968:  U.S. Navy** - Virginia Beach, VA and Key West, FL

Trained in Foreign Affairs, Journalism, Radio and T.V.

**1966-67: Commonwealth of Massachusetts - Division of Employment Security** – Boston

Employment Counselor - Assisted Boston inner-city minority students with vocational plans and job placement opportunities. Developed trainee interviewing and social skills program.

**FOREIGN LANGUAGES**  Fluent Spanish and English, knowledge of several other languages.

## ORGANIZATIONS

1.  International Lyme and Associated Diseases Society (President)

2.  New York Academy of Traumatic Brain Injury (Executive Board Member)

3.  National Research Fund for Tick-Borne Diseases, Inc. (Chairman Emeritus)

4.  Fulbright Senior Specialist for Mental Health roster (Five year appointment)

5.  Turn the Corner Foundation (Research Grant Advisory Board Member)

6.  Hispanic Neuropsychological Society (Board of Directors/Treasurer)

7.  Society for Cognitive Rehabilitation (Past Board Member)

8.  American Psychological Association (22, 36, 40)

9.  National Register of Health Service Providers in Psychology (#51719)

10. International Neuropsychological Society

11. National Academy of Neuropsychology

## EDUCATION

**2008:  Topics in Deployment Psychology** - Center for Deployment Psychology (CDP) 2-Week Training - Uniformed Services University of the Health Sciences – Washington, DC

**1995: Miami Institute of Psychology** - Ph.D. Clinical Psychology with dual specialty in Clinical Neuropsychology

**1994: William Alanson White Institute for Psychiatry, Psychoanalysis and Psychology** – Graduate of the Organizational Development and Consultation Program.  Team Consultant for the Asia Bureau of the United Nations Development Program

**1991: Miami Institute of Psychology** - M.S. Clinical Psychology

**1989: Harvard University Graduate School of Education** - Ed. M. Counseling and Consulting Psychology

**1988: Barry University** - M.A. Hispanic Pastoral Ministry

**1966: St. Michael's College** - B.A. Sociology

**ADJUNCT LECTURER/CONSULTANT**

**2008: Multi-Method Examination of Diverse Manifestations of Lyme Disease** – Scientific and Community Advisory Board - Stanford University Medical Center – Palo Alto, CA

**1994: Brain Injury Rehabilitation Unit - Bellevue Hospital** – New York.

**1992-1993: Bilingual Neuropsychological Training Program - Bellevue Hospital** - New York

**1991- Present: New York University Medical Center – Rusk Institute of Rehabilitation Medicine** - New York

**1991: St. Thomas University** – Miami

**1990-1991: Miami Institute of Psychology** - Miami

**RESEARCH AND PAPERS**

**1989**: Survey of Cuban American Attitudes - London and Shea - Cambridge, MA

**1989:** Jewish Attitudinal Perceptions Among U.S. and Israeli Jewish High and College Students - London, P., Frank, N. et.al. - Cambridge, MA

**1989:** Survey of Attitudinal Differences Among 5th and 6th Grade Cuban-American Boys and Girls on Aggression-Assertiveness-Submission Scales

**1991:** Peer, School and Home Perceptual Differences Among Cuban-American Pre-Adolescent Males and Females in Miami

**1993:** Dysinhibition and Adynamia After Head Injury: Same Coin, Different Sides? - American Psychological Annual Meeting - Toronto

**1993:** Encuesta Familiar de Los Pacientes con Danos Cerebrales - Spanish Translation - N.Y.U. Head Injury Family Interview - New York and Miami

**1994:** Treatment of Adynamia After Head Injury - Annual Meeting - Society for Cognitive Rehabilitation – Atlanta

**1995:** Assessment of Mental Flexibility in Head Injury Rehabilitation - Annual Meeting- Society for Cognitive Rehabilitation - Albuquerque, NM

**1995:** A Componential Analysis of Attention\Concentration and Memory in Adynamic and Dysinhibited Head Injured Patients in a Program of Cognitive Remediation - Doctoral Dissertation

**1996:** Some Thoughts on "MAC" World ("Managed Care" - How am I going to deal with it?) - Society for Cognitive Rehabilitation Newsletter - Vol. III, No. 2 - Fall-Winter 1995-1996

**1997:** The Vice Versa Effect: How Culture Informs Therapy and Therapy Informs Culture - Language Diversity Symposium - University of Texas - Austin, TX

**1997:** Advances in the Therapeutic Community Approach to Acquired Brain Damage – Symposium - Adapting Rehabilitation Psychology: 50th Anniversary of Rusk Institute of Rehabilitation Medicine – NYU - American Psychological Association Annual Meeting - Chicago

**1999:** The Role of Cognitive Remediation with Brain Injured Patients and its Potential Relevance to Chronic Lyme Encephalopathy - 12th International Conference on Lyme Disease and Other Spirochetal and Tick-borne Disorders - New York

**1999:** Treatment of Cognitive Deficits Associated with Immunological Disorders - Conference Co-Chair and Presenter - State

Psychological Association Division of Neuropsychology Annual Conference - New York

**2000:** Becoming More Aware: Neuropsychological Rehabilitation - Brain Injury Society Pathfinder, Vol. 3, Issue 3 – New York

**2000:** Becoming More Aware: Neuropsychological Rehabilitation - Brain Injury Society Pathfinder, Vol. 3, Issue 4 – New York

**2000:** Becoming More Aware: Neuropsychological Rehabilitation - Brain Injury Society Pathfinder, Vol. 3, Issue 6 – New York

**2000:** The Mind-Body Connection: State of the Art Applications in Psychotherapy - 63rd Annual New York State Psychological Association Meeting – New York

**2000:** Lyme Disease-Alternative Treatments - New York Academy of Traumatic Brain Injury - Fall Conference - Fordham University - New York

**2001:** The Benefits of Cognitive Remediation for Lyme Disease Patients - 14th International Conference on Lyme Disease and Other Spirochetal and Tick-borne Disorders - Farmington, CT

**2001:** Brain Injury Rehabilitation with an Urban Hispanic Population - New York Academy of Traumatic Injury and American Academy of Disability Evaluating Physicians - Annual Conference - New York

**2002:** Families with Brain Injury: A Model for Intervention - New York Academy of Traumatic Brain Injury - Fall Conference - Fordham University - New York

**2003:** Cognitive Remediation Model - New York Academy of Traumatic Brain Injury - Spring Conference – Fordham University - New York

**2003:** Breast Cancer Project - Neurological Institute – Columbia Presbyterian Hospital Department of Psychiatry and Behavioral Medicine - New York

**2004:** "The Role of Neuropsychology" - The CFIDS Chronicle – Fall 2004 – Pages 14-17 – Charlotte, North Carolina

**2005:** "Body, Mind, Spirit" - The CFIDS Chronicle – Spring 2005 – Pages 20-23 – Charlotte, North Carolina

**2005:** NYU Mental Health Crisis Support Team Manual (Co-author) – Rusk Institute of Rehabilitation Medicine – New York

**2007:** Neuropsychological Testing: It's Role in Lyme Disease (Co-author) – Lyme Times

## LECTURES AND CONFERENCES

**1991:** Behavioral Aspects of Brain Injury - Healthsouth Regional Rehabilitation Center – Miami

**1991:** Use of the Wide Range Assessment of Memory and Learning with a Pediatric and Adolescent Population - Healthsouth Regional Rehabilitation Center – Miami

**1992:** Assessment of Minorities in a Rehabilitation Setting - Rusk Institute of Rehabilitation Medicine – New York

**1992:** Psychotherapy with Diverse Cultural Groups - Rusk Institute of Rehabilitation Medicine – New York

**1993:** The Team Approach to Head Injury Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**1994:** Rehabilitation Psychology with Minorities - Rusk Institute of Rehabilitation Medicine – New York

**1994:** Psychology with Hispanic Rehabilitation Patients - Rusk Institute of Rehabilitation Medicine – New York

**1995:** How the Clinical Team Works: Life in a Fishbowl – Grand Rounds - Rusk Institute of Rehabilitation Medicine – New York

**1995:** Cultural Dynamics in Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**1995:** Rehabilitation with Hispanics - Rusk Institute of Rehabilitation Medicine – New York

**1995:** The Therapeutic Holistic Approach to Neuropsychological Rehabilitation - New York State Speech-Language-Hearing Association - 35th Annual Conference – New York

**1995:** Clinical and Personal Issues in Multi-Cultural Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**1995:** Sexuality and Traumatic Brain Injury –National Rehabilitation Counseling Association (Metropolitan New York Chapter) - 22nd Annual Symposium – New York

**1995:** The Cultural Interview - Rusk Institute of Rehabilitation Medicine – New York

**1995:** Minority and Cross-Cultural Issues in Rehabilitation - Grand Rounds - Rusk Institute of Rehabilitation Medicine – New York

**1996:** Sexuality and Brain Injury - Bellevue Hospital Department of Rehabilitation Medicine – New York

**1996:** How Religiosity and Spirituality Inform and Impact the Psychological Treatment of Rehabilitation Patients - Rusk Institute of Rehabilitation Medicine – New York

**1997:** Advances in the Therapeutic Community Approach to Acquired Brain Damage – Symposium on Adapting Rehabilitation Psychology: 50th Anniversary Rusk Rehabilitation Medicine – NYU - American Psychological Association Annual Meeting – New York

**1997:** The Vice Versa Effect: How Culture Informs Therapy and Therapy Informs Culture - 1997 Research Symposium on Language Diversity in Multicultural Communication Science and Disorders - University of Texas - Austin, TX

**1997:** Understanding the Therapeutic Milieum Approach in Brain Injury - Rusk Institute of Rehabilitation Medicine – New York

**1998:** Cognitive Remediation Models - New York Academy of Traumatic Brain Injury - Summer Symposium – New York

**1999:** Treatment of Hispanics with Brain Injury - New York Academy of Traumatic Brain Injury - Annual Conference- New York

**1999:** Advances in Rehabilitation Psychology - Rusk Institute of Rehabilitation Medicine – New York

**1999:** The Role of Cognitive Remediation with Brain Injured Patients and its Potential Relevance to Lyme Disease Encephalopathy - 12th International Conference on Lyme Disease and Other Spirochetal and Tick-borne Disorders – New York

**1999:** How Family Therapy Theories and Techniques can be Applied to Group Treatment in Neuropsychological Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**1999:** Treatment Approaches to Brain Injury - Brain Injury Society – New York

**1999:** Treatment of Cognitive Deficits Associated with Immunological Disorders - Conference Co-Chair and Presenter - New York State Psychological Association - Division of Neuropsychology Annual Conference – New York

**2000:** Neuropsychological Manifestations of Lyme Disease - Rusk Institute of Rehabilitation Medicine - New York

**2000:** The Mind-Body Connection: State of the Art Applications in Psychotherapy - 63rd Annual New York State Psychological Association Meeting – New York

**2000:** Lyme Disease and other Tick-borne Diseases - Rusk Institute of Rehabilitation Medicine - New York

**2000:** Neuropsychological Testing in a Rehabilitation Setting - Rusk Institute of Rehabilitation Medicine - New York

**2000:** Theory and Practice of Cognitive Remediation - Rusk Institute of Rehabilitation Medicine - New York

**2000:** Neuropsychological Testing - Neuroanatomical Deficits - Rusk Institute of Rehabilitation Medicine - New York

**2000:** The Use of Cognitive Remediation with Lyme Disease - Westchester Lyme Disease Support Group – White Plains, NY

**2000:** Neuropsychology - Neuropsychiatry Roundtable - New York Academy of Traumatic Brain Injury - Hospital for Joint Diseases – New York

**2000:** Lyme Disease - Alternative Treatments - New York Academy of Traumatic Brain Injury - Fall Conference - Fordham University - New York

**2000:** Neuropsychological Manifestations of Lyme Disease - Grand Rounds - Rusk Institute of Rehabilitation Medicine – New York

**2000:** Medical and Psychological Aspects of Rehabilitation – New York University Graduate School - Vocational Rehabilitation Program – New York

**2001:** Cognitive Remediation: A New Treatment for Lyme Disease - Wilton Lyme Disease Task Force – Wilton, CT

**2001:** Anxiety and Post Traumatic Stress Disorders - New York Anti-Car Theft and Fraud Association – Woodbury, NY

**2001:** Brain Injury Rehabilitation with an Urban Hispanic Population - New York Academy of Traumatic Injury and American Academy of Disability Evaluating Physicians Annual Conference – New York

**2001:** Critical Incident Stress Debriefing Training: 9-11 Response - NYU Mental Health Staff - NYU Medical Center – New York

**2001:** The Benefits of Cognitive Remediation for Lyme Disease Patients - 14th International Conference on Lyme Disease and Other Spirochetal and Tick-borne Disorders – Farmington, CT

**2001:** Training Trauma Response Intervention Team Leaders: 9-11 - NYU Medical Center – New York

**2002:** Neuropsychological Approaches to Chronic Fatigue Syndrome - Intern and Post Doctoral Conference - Rusk Institute of Rehabilitation Medicine – New York

**2002:** Multi-disciplinary Team Approach to Lyme Disease - Intern and Post Doctoral Conference - Rusk Institute of Rehabilitation Medicine – New York

**2002:** Accident Creating Head Injury Considered As a Multi-System Phenomenon: Medical and Neurobehavioral Implications for Assessment, Treatment and Outcome - New York Academy of Traumatic Brain Injury - Associate Course Director – New York

**2002:** Medicine in the Courtroom: Neuropsychology and Head Injuries - New York State Bar Association Annual Meeting - Trial Lawyers – New York

**2002:** Lyme Disease and Other Tick-borne Diseases: Implications - Rusk Institute of Rehabilitation Medicine – New York

**2002:** Neuropsychological Testing in Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**2002:** Families with Brain Injury: A Model for Intervention - New Academy of Traumatic Brain Injury - Fall Conference - Fordham University - New York

**2003:** Cognitive Remediation Model - New York Academy of Traumatic Brain Injury - Spring Conference - Fordham University - New York

**2003:** The Anatomy of the Frontal Lobes – Five lectures - Rusk Institute of Rehabilitation Medicine – New York

**2003:** "What's Old is New Again" - The Reemergence of Trauma - New York Academy of Traumatic Brain Injury - Fall Conference - Fordham University - New York

**2004:** The Role of Neuropsychology in Chronic Fatigue Syndrome - The 13th Annual Chronic Fatigue Syndrome Conference - Update on Research and Care – New Jersey

**2004:** Neuropsychological Testing - Fourth Annual Physicians' Forum on Lyme Disease – Neuropsychiatric Presentations - An

Overview for Clinicians – Hyannis, MA

**2004:**  The Rising Phoenix: From Survival to Revival - Spirituality and Healing: Interfaith Perspectives on Mind, Body and Spirit - RUAH Spirituality Institute – Boston

**2004:** Neuropsychological Rehabilitation - Rusk Institute of Rehabilitation Medicine – New York

**2004:** Lyme Disease and Neurorehabilitation Treatment – Two lectures - Rusk Institute of Rehabilitation Medicine – New York

**2004:** The Neuropsychology of Chronic Fatigue Syndrome – Grand Rounds – Healthsouth Rehabilitation Hospital – Woburn, MA

**2005:** Emotional Components of Lyme Disease – Intern and Post Doctoral Conference - Rusk Institute of Rehabilitation Medicine – New York

**2005:** Neuropsychology and Lyme Disease - The Ridgefield Lyme Disease Task Force – Ridgefield, CT

**2005:** Finding the Light: Working with Families Who Are Affected by Chronic Illness – Spirituality & Healing: Interfaith Perspectives on Mind, Body and Spirit – RUAH Spirituality Institute - Brookline, MA

**2005:** Clinical Process Informed by Neuropsychological Perspective - William Alanson White Institute for Psychoanalysis, Psychiatry and Psychology – New York

**2005:** Testimony on Lyme Disease – Massachusetts Legislative Committee on Public Health – Boston, MA

**2005:** Brain Injury and Lyme Disease: A Differential Diagnosis - Similarities and Differences – New York Academy of Traumatic Brain Injury – New York

**2006:** Brain Injury and Neurological Lyme Disease: The Top Ten Reasons to Think Spirochete - New York Academy of Traumatic Brain Injury – New York

**2006:** Protecting Your Family From Lyme Disease - Ridgefield Task Force on Lyme Disease – Ridgefield, CT

**2006:** The Role of Neuropsychological Testing in Children With Lyme Disease - Byram Hills PTSA – Armonk, NY

**2006:** Maximizing Your Brain Power – Three lectures - OSHER Life Long Learning Institute - New York University – New York

**2007:** The Value of Neuropsychological Evaluation in Federal Capital Cases – Rusk Institute of Rehabilitation Medicine –New York

**2007:** Brain Injury & Neurological Lyme Disease: Top Ten Reasons to Think Spirochete – Milton Central School District – Milton, MA

**2007:** The 9/11 Experience: Mental Health and First Responders - New York Academy of Traumatic Brain Injury – 10th Annual Conference – New York

**2007:** Lyme Disease – The Deer Tick Dilemma: A Public Symposium – New Canaan Town Hall Auditorium – New Canaan, CT

**2007:** Neuropsychological Considerations in Lyme Disease - New York City Lyme Disease Support Group – New York

**2007:** Psychosocial Issues – CHD as a Chronic Illness - Adults Living with Congenital Heart Defects: Body, Mind and Spirit – Ruah Spirituality Institute, Inc. – Boston, MA

**2007:** OPD Neuropsychological Rehabilitation: Individual and Group Psychotherapy and Family Intervention - International Network Seminar on Rehabilitation - Bethlehem/Jerusalem

**2007:** Neuropsychological Testing in Children – International Lyme and Associated Diseases Society 2007 Annual Scientific Meeting – Boston, MA

**2008:** Topics in Deployment Psychology - Center for Deployment Psychology (CDP) 2-Week Training - Uniformed Services

University of the Health Sciences – Washington, DC

**2008:** The Role of the Neuropsychological Evaluation in Understanding and Treating Lyme Disease: What Doctors, Educators and Parents Need to Know – Understanding and Treating Lyme Disease – University of New Haven – New Haven, CT

**2008:** Tick-Borne Illnesses, Autism Spectrum Disorders and ADHD/ADD: Neuropsychological Features in Children – The Lyme-Autism Connection Conference and Physicians' Training – LIA Foundation – Indian Wells, CA

**2008:** Lyme Disease and Other Tick-Borne Illnesses – Doctor Radio – SIRIUS Satellite Radio – September 5, 2008 – New York, NY

**2008:** The Lyme and Associated Diseases Registry TM – Pediatric Version:  Medical, Neuropsychological and Family Factors – International Lyme and Associated Diseases Society 2008 Annual Scientific Meeting – San Francisco, CA

**2008:** Neuropsychological Factors in Lyme and Other Tick Borne Diseases:  Functional Implications, Compensatory Strategies and Academic Accommodations – International Lyme and Associated Diseases Society 2008 Annual Scientific Meeting – San Francisco, CA

**2008:** Neuropsychological and Neuropsychiatric Features of Lyme and Other Tick Borne Diseases – Chesapeake ADHD Center of Maryland – Silver Spring, MD

**2009:** Neuropsychological Evaluation: What Educators and Parents Need to Know About the Academic Impact of Lyme Disease - Dover-Sherborn Public Schools – Dover, MA

**2009:** Under Our Skin: An Award-Winning Documentary About Microbes, Medicine and Money – Documentary and Discussion – Lyme disease panel moderator - Rhode Island Convention Center – Sponsored by the Rotary Club of Providence – Providence, RI

**2009:** Under Our Skin - Lyme disease panel moderator - Highland Country Club - Attleboro, MA

**2009:** Missed Diagnosis: How Lyme Affects Our Children's Lives and Impacts School Performance – Newton South High School Auditorium – Newton, MA

**2009:** Lyme Disease and Other Tick-Borne Illnesses – In Short Order on Contact Talk Radio – April 27, 2009

**2009:** Neuropsychological Implications of Lyme Disease – Testing and Treatment – Quincy Medical Center Grand Rounds – Quincy, MA

**2009**: Lyme Disease and Other Tick-Borne Illnesses – Doctor Radio – SIRIUS Satellite Radio – May 18, 2009 – New York, NY

**2009**: Under Our Skin – Lyme disease panel moderator – Lyme disease Prevention and Awareness Month - Groton, MA

**2009**: Lyme Disease: An Update – Rusk Institute of Rehabilitation Medicine – New York, NY

**2009**: Missed Diagnosis: How Lyme Affects Our Children's Lives and Impacts School Performance - Michigan Lyme Disease Association – Pontiac, MI

**2009:** Dynamics of Brain Injury and Sexuality – Acquired Brain Injury Workshop – DMHAS ABI Services – Middletown, CT

**2009:** Neuropsychology and Capital Punishment – Annual Habeas Corpus Training for Capital Post-Conviction Attorneys – New York City Bar Committee on Capital Punishment – New York, NY

**2009:** Lyme Disease: Neuropsychological  Misdiagnosis and Academic / Workplace Accommodations - International Lyme and Associated Diseases Society 2009 Annual Scientific Meeting – National Harbor, MD

**2010:** Mitigation and Psychology - DePaul College of Law 2010 Forensic Seminar - Chicago, IL

**2010**: Lyme Disease and Other Tick-Borne Illnesses – Doctor Radio – SIRIUS Satellite Radio – May 21, 2010 – New York, NY

**2010:** TBI in Capital Cases - New York Academy of Traumatic Brain Injury – 13th Annual Conference – New York, NY

**2010:** Understanding The Neuropsychological Consequences of Lyme Disease - Lincoln Intermediate Unit No. 12 - New Oxford, PA

**2010:** Lyme Disease – Gab With The Gurus Radio Show – June 2, 2010

**2010:** Lyme Disease: Misdiagnosis and Neuropsychology - International Lyme and Associated Diseases Society Educational Meeting - Royal College of Obstetricians and Gynaecologists – London, UK

**2010:** Lyme Disease and Other Tick-Borne Illnesses – Doctor Radio – SIRIUS Satellite Radio – June 22, 2010 – New York, NY

**2010:** Afternoon Research Panel (Panel Moderator) and Patient Advocacy Seminar (Chairman) – International Lyme and Associated Diseases Society 2010 Annual Scientific Meeting – Jersey City, NJ

**2011:** Functional Neuropsychology and Lyme Disease - The Copeman Healthcare Centre - Vancouver and Calgary

**2011:** Functional Neuropsychology and Lyme Disease - The 2011 Physician's Round Table - Virginia Beach, VA

**2011:** Lyme Disease in Children - Hearing on Lyme Disease and Children - The Perimeter Center - Commonwealth Conference Center – Virginia House of Representatives – Henrico, VA

**2011:** Understanding the Neuropsychological Consequences of Lyme Disease - The New Jersey Neuropsychological Society and Kean University PsyD Program in School-Clinical Psychology – Union, NJ

**2011:** The Neuro-Cognitive Impacts of Lyme Disease - PASNAP 2011 Annual Conference - Radisson Valley Forge Convention Plaza – King of Prussia, PA

**2011:** Understanding the Neuropsychological Consequences of Lyme Disease - Easton Public Schools - Oliver Ames High School - North Easton, MA

**2011:** The Dangers of Self Medication in Adolescents and Young Adults with Lyme Disease - International Lyme and Associated Diseases Society 2011 Annual Scientific Meeting – Toronto, Canada

**2011:** Staying Sharp: Ask the Experts - Dana Alliance for Brain Initiatives and AARP – New York, NY

**2012:** The Role of Neuropsychology in the Future - Saint Michael's College – Colchester, VT

**2012:** Neuropsychological Misdiagnosis: Implications and Treatment Interventions - International Lyme and Associated Diseases Society Educational Meeting - Klagenfurt, Austria

**2012:** Medico-Legal Breakout Session – Moderator and Panelist - International Lyme and Associated Diseases Society Educational Meeting – Boston, Massachusetts

**2012:** Advocacy Breakout Session – Moderator - International Lyme and Associated Diseases Society Educational Meeting – Boston, Massachusetts

**2013:** Subjective Disorders: Objective Proof of Fibromyalgia, Chronic Fatigue Syndrome, Chronic Pain, Chronic Lyme Disease and Mental Illness – American Conference Institute's 15th National Advanced Forum on Litigating Disability Insurance Claims – New York, NY

**2013:** Neuropsychological Evaluations – American Conference Institute's 15th National Advanced Forum on Litigating Disability Insurance Claims – New York, NY

**2013:** Cognitive Issues Associated with Acoustic Neuroma - Acoustic Neuroma Support Group – New York, NY