# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                              Movant,                                 :
                                                                       :          2:01-CR-12-01
                         - against -                                  :
                                                                       :
UNITED STATES OF AMERICA,                                             :
                                                                       :
                              Respondent.                             :
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR FUNDS FOR MENTAL HEALTH EXPERT ASSISTANCE

## FILED *EX PARTE* AND UNDER SEAL

Upon Donald Fell's *ex parte*, sealed application for funds for mental health expert assistance pursuant to 18 U.S.C. §§ 3599(f), in connection with the prosecution of a motion for post-conviction relief under 28 U.S.C. § 2255, it is hereby:

ORDERED that Mr. Fell is granted funds with which to compensate Dr. Leo Shea as a clinical psychiatrist and neuropsychologist, with payment at the rate of $300 per hour, plus $1000 in expenses, and authorizing the expenditure of up to 70 hours, with leave to apply for authorization in excess of this amount if and when it becomes likely that additional funds are necessary.

It is so ORDERED this ___ day of _____, 2013.

_____
William K. Sessions, III
United States District Judge