**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **DONALD FELL,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-** |
| | ) | **Criminal Case No. CR-01-12-S** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

**[PROPOSED] ORDER FOR DISCOVERY**

The Court has read and considered the parties' proposed plan for discovery filed on June 10, 2013 ("the plan"). For good cause shown, the Court hereby APPROVES the Plan as follows:

1.  Petitioner Fell is required to make available for inspection and copying, within 45 days, at the offices of his current counsel in Vermont, trial counsel's complete case files relating to their representation of Fell in the District of Vermont, Criminal Case No. CR-01-12-S.

2.  Petitioner Fell is required to make disclosures under Federal Rule of Civil Procedure 26(a)(2)(B), within 45 days, for the following expert witnesses:

    a.  Dr. Mark Cunningham

    b.  Dr. Mark J. Mills

    c.  Dr. Wilfred G. van Gorp

    d.  Cynthia Ayres, Mitigation Specialist

    e.  James Aiken, Ph.D.

    f.  Charles Wetli

    g.  Doctors who treated Fell as a juvenile, Ph.D.

    h.  Dr. Jonathan J. Lipman.

1

    i.   any other expert witness upon whom Fell relied in his Petition or who Fell intends to call at the evidentiary hearing concerning his claims of ineffective assistance of counsel.

3. Petitioner Fell is required to provide a witness list under Federal Rule of Civil Procedure 26(a)(3).

4. Petitioner Fell is required to provide any investigative reports, notes, summaries, recordings (audio or video), electronic communications or any other documents that contain any statements by any witness listed pursuant to Rule 26(a)(3).

5. The government is permitted to depose the following witnesses:

    a.  Dr. Mark Cunningham

    b.  Dr. Mark J. Mills

    c.  Dr. Wilfred G. van Gorp

    d.  Cynthia Ayres, Mitigation Specialist

    e.  James Aiken, Ph.D.

    f.  Doctors who treated Fell as a juvenile, Ph.D.

    g.  Dr. Jonathan J. Lipman.

    h.  Terry Fell

    i.  Susan Benczkowski

    j.  Ellis Carle

    k.  Deanna German Habib

    l.  Charles Wetli

    m.  Alexander Bunin

    n.  Gene Primono

    o.  Paul S. Vol

    p.  John Blume

    q.  Christopher Seeds

    r.  Sheri Johnson

    s.  any other expert witness upon whom Fell relied in his Petition or who Fell intends to call at the evidentiary hearing concerning his claims of ineffective assistance of counsel.

6. Petitioner Fell is required, within the next 180 days, to undergo a complete psychiatric evaluation to be performed by Michael Welner, Ph.D., at the Special Confinement Unit in Terre Haute.

7. The government is permitted to serve subpoenas duces tecum on the following individuals and institutions (and Petitioner Fell is required to execute any waivers necessary for the government to obtain the subpoenaed material):

    a.  U.S. Social Security Administration (for records of Fell's benefits and paid employment)

    b.  all organizations and individuals who employed Fell in a paid or unpaid capacity (for all records of his employment)

    c.  all schools that Fell attended (for all of his academic, administrative, behavioral, psychological and counseling records)

    d.  all social services records pertaining to Fell (for all records of home visits, interviews with family members, neighbors, teachers, healthcare professionals, counseling sessions and any other services provided)

e.  all judicial and administrative courts in which Fell has been a litigant or witness (for any sealed transcripts of his testimony or any non-public records related to litigation in which he was a party or witness)

f.  all penal and detention facilities in which Fell has been an inmate (for all records of his custody)

g.  all medical professionals who have treated or diagnosed Fell (for all of his medical records)

h.  all mental health professionals who have treated or diagnosed Fell (for all of his mental health records)

i.  Dr. Mark Cunningham (for all documents reviewed and considered in forming opinions regarding Fell)

j.  Dr. Mark J. Mills (for all documents reviewed and considered in forming opinions regarding Fell)

k.  Cynthia Ayres, Mitigation Specialist (for all documents considered in forming opinions regarding Fell)

l.  Dr. Jonathan Lipman (for all documents considered in forming opinions regarding Fell)

m. Dr. Wilfred G. van Gorp (for all documents considered in forming opinions regarding Fell)

n.  Dr. Charles Wetli (for all documents considered in forming opinions regarding Fell)

o.  James Aiken  (for all documents considered in forming opinions regarding Fell)

8. Petitioner Fell is required to make available for inspection and copying, within 45 days, all documents obtained from any entity listed in paragraph 7.

9. The government is permitted to serve interrogatories.

Presented by: /s *Jacabed Rodriguez-Coss*
        JACABED RODRIGUEZ-COSS
        Trial Attorney, U.S. Dept. of Justice

Dated: _____ Approved by: _____
                                HON. WILLIAM K. SESSIONS III
                                U.S. District Court Judge