UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
-------------------------------------------------------------------- X
                                       :

DONALD FELL,                                 :

              Movant,           :

           - against -        :       2:01-CR-12

                                       :

UNITED STATES OF AMERICA,      :

           Respondent.     :

                                       :
-------------------------------------------------------------------- X

## [PROPOSED] STIPULATED ORDER FOR PROCEDURES FOR THE INQUIRY OF JURORS

The parties submit the following Procedures for the Inquiry of Jurors pursuant to the May 10, 2013 Memorandum Opinion and Order with respect to Claim XXII of Mr. Fell's § 2255 Motion:

1. The Court will hold a hearing beginning on August 14, 2013, with respect to Claim XXII of Mr. Fell's § 2255 Motion.

2. The Court will conduct a limited inquiry of the jurors in the first instance with respect to the matters set forth in Claim XXII of Mr. Fell's § 2255 Motion, with each of counsel for Mr. Fell and counsel for the Government, respectively and in that order, permitted to ask relevant follow-up questions.

3. The parties will file post-hearing briefs forty-five days after the hearing to address further factual development or proceedings, if any, that either party may seek with respect to Claim XXII of Mr. Fell's § 2255 Motion.

2

_6/10/2013_____                                    _/s/_Lewis Liman_____
*Date*                                                *Counsel for Mr. Fell*


_6/10/2013_____                                   _/s/_Jacabed Rodriguez-Coss_____
*Date*                                                *Counsel for the Government*


**APPROVED AND SO ORDERED:**                         _____

                                                     U.S. District Judge


Date: _____

2