# UNITED STATES DISTRICT COURT

# DISTRICT OF VERMONT

## CERTIFICATE OF SERVICE

I, Lewis J. Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 10, 2013, I electronically filed with the Clerk of Court the following documents:

Proposed Stipulated Order for Procedures for the Inquiry of Jurors 26, 143 and 162

using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

Dated: New York, New York
June 10, 2013

 /s/ Lewis Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999
lliman@cgsh.com