UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                              Movant,                                  :
                                                                       :        2:01-CR-12
                     - against -                                       :
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                              Respondent.                              :
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

## [PROPOSED] DISCOVERY SCHEDULE/ORDER

Mr. Fell submits the following Discovery Schedule with respect to Mr. Fell's §

2255 Motion. Except as otherwise indicated by this Discovery Schedule, discovery may proceed

under the Federal Rules of Civil Procedure or, with respect to subpoenas, under Rule 17 of the

Federal Rules of Criminal Procedure. See Rule 6, Rules Governing § 2255 Proceedings.

1.     The parties may serve requests for production and interrogatories on or

after June 10, 2013.

2.     The Government has served Mr. Fell with a request for discovery. Mr.

Fell shall respond to the Government's request within forty-five (45) days of the entry of this

Discovery Schedule.

3.     The parties shall serve all requests for admission on or before February 3,

2014.

4.     The parties shall disclose the identity of expert witnesses on or before

February 17, 2014.

2

5.      All discovery, including depositions of witnesses, if any, shall be completed by May 19, 2014.

6.      Pursuant to the Court's Order of May 10, 2013 indicating that an evidentiary hearing will be scheduled for June 2014, the case shall be ready for an evidentiary hearing on June 16, 2014.

**SO ORDERED:**

_____

U.S. District Judge

Date: _____