**UNITED STATES DISTRICT COURT**

**DISTRICT OF VERMONT**

**CERTIFICATE OF SERVICE**

I, Lewis J. Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 10, 2013, I electronically filed with the Clerk of Court the following document:

Proposed Discovery Schedule/Order

using the CM/ECF system on behalf of Donald Fell.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

Dated: New York, New York
June 10, 2013

    /s/ Lewis Liman
    Lewis J. Liman
    Cleary Gottlieb Steen & Hamilton LLP
    1 Liberty Plaza
    New York, New York 10006
    (212) 225-2550
    Fax: (212) 225-3999
    lliman@cgsh.com