**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

DONALD FELL,                          )
                                      )
          *Petitioner*,                )
                                      )
v.                                    )
                                      )    **Case No. 2:01-cr-12**
UNITED STATES OF AMERICA              )
                                      )
          *Respondent.*                )

**[PROPOSED] ORDER FOR DISCOVERY**

The Court has read and considered the Government's Second Motion to Compel Discovery filed June 28, 2013. For good cause shown, the Court hereby GRANTS the Motion and hereby ORDERS as follows:

1. The Court hereby unseals Petitioner Fell's motion requesting authorization to interview the jurors in this case, Docket No. 2:01-cr-12, and this Court's Order granting said motion, Docket No. 2:01-cr-12. A copy of said motion and order shall be provided to the Government.

2. Petitioner Fell is required to disclose to the Government any reports, notes, summaries, recordings (audio or video), electronic communications or any other documents that contain any statements by any juror in this case within five (5) business days of this Order.

3. Petitioner Fell is required to provide the Government with copies of any and all documents in his possession that relate to any of the twelve jurors in this case within five (5) business days of this Order.

1

4. The Government is permitted to interview the twelve jurors in this case.

Presented by: /s *Jacabed Rodriguez-Coss*
               JACABED RODRIGUEZ-COSS
               Trial Attorney, U.S. Dept. of Justice

Dated: _____ Approved by: _____
                                          HON. WILLIAM K. SESSIONS III
                                          U.S. District Court Judge