NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

       **v.**                               **Case No: 2:01-cr-00012-wks-1**

**DONALD FELL**

TAKE NOTICE that the above-entitled case has been scheduled at 10:30 a.m. on Tuesday, July 23, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Telephone Conference with Counsel.**

**Location: Courtroom 542**                    JEFFREY S. EATON, Clerk
**Date of Notice: 7/16/2013**

                                        **By /s/Joanne A. Muir**
                                        **Deputy Clerk**

TO:

**William B. Darrow, AUSA**
**Jacabed Rodriguez-Coss, Esq.**

**Richard I. Rubin, Esq.**
**Lewis J. Liman, Esq.**
**Cathleen Price, Esq.**
**Avram E. Luft, Esq.**

**Anne Pierce, Court Reporter**

**\*\*the defendant will not be present for this hearing.**