NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

**v.**

**DONALD FELL**

**Case No: 2:01-cr-00012-wks-1**

**TAKE NOTICE** that the above-entitled case has been scheduled at 10:30 a.m. on Thursday, August 15, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Juror Examination.

**Location: Courtroom 542**
**Date of Notice: 7/23/2013**

**JEFFREY S. EATON, Clerk**

**By /s/Joanne A. Muir**
**Deputy Clerk**

**TO:**

**William B. Darrow, AUSA**
**Jacabed Rodriguez-Coss, Esq.**

**Richard I. Rubin, Esq.**
**Lewis J. Liman, Esq.**
**Cathleen Price, Esq.**
**Avram E. Luft, Esq.**

**Anne Pierce, Court Reporter**

**\*\*Defendant will not be present for this hearing.**