UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

DONALD FELL,                                )
                                            )
                    Movant,                 )
                                            )
        v.                                  )
                                            )  2:01-CR-12-01
UNITED STATES OF AMERICA,                   )
                                            )
                    Respondent.             )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )

## MOTION TO CONDUCT THE COURT'S JUROR INQUIRY *IN CAMERA*

        Donald Fell, by and through his undersigned counsel, respectfully moves this Court to conduct its juror inquiry on Claim XXII of Mr. Fell's 2255 Motion *in camera* and to seal the transcript of said inquiry immediately afterward.  In the alternative, Mr. Fell respectfully requests that the Court conduct its juror inquiry on Claim XXII of Mr. Fell's 2255 Motion *in camera* and seal the transcript until the parties can submit briefs as to whether or not the transcript should remain sealed indefinitely.

        For the reasons set forth in the accompanying Memorandum, Mr. Fell respectfully requests that the Court grant the relief requested.

RESPECTFULLY SUBMITTED,

Dated: July 24, 2013
New York, New York

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

Dated: July 24, 2013
Barre, Vermont

/s/ Richard Rubin
RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

Dated: July 24, 2013
New York, New York

/s/ Cathleen Price
CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

*Attorneys for Donald Robert Fell, Jr*

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on July 24, 2013, I electronically filed with the Clerk of the Court Donald Fell's Motion To Conduct the Court's Juror Inquiry *In Camera*, and Memorandum of Law in Support. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: July 24, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999