**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

DONALD FELL                              )
                                         )
        v.                               )        No. 2:01-cr-12
                                         )
UNITED STATES OF AMERICA                 )


CERTIFICATE OF SERVICE

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, hereby certify that I electronically filed the Opposition of the United States to

Motion to Close Courtroom and Seal Transcript with the Clerk of Court using the CM/ECF

system which will send notification of such filing(s) to the following:

Lewis J. Liman, Esq.
Cathleen Price, Esq.
Richard Rubin, Esq.

        DATED at Burlington, Vermont this 31st day of July, 2013.

                                    */s/ Laura L. Harvey*
                                    Legal Assistant
                                    United States Attorney's Office
                                    P.O. Box 570
                                    Burlington, VT 05402-0570
                                    (802)951-6725