UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT




UNITED STATES OF AMERICA,
            Plaintiff,

    v.                                          Docket No. 2:01-CR-12-01

DONALD FELL,
            Defendant.

NOTICE OF LIMITED APPEARANCE

NOW COMES Attorney Lisa Shelkrot, of the law firm of, Langrock Sperry & Wool, LLP, and hereby files her Notice of Limited Appearance for Juror No. 162 in connection with the hearing scheduled and testimony to be taken on August 15, 2013.

DATED at Burlington, Vermont this *12* day of August, 2013.

LANGROCK SPERRY & WOOL, LLP

Lisa B. Shelkrot
PO Box 721, 210 College Street
Burlington, VT 05402
lshelkrot@langrock.com
Phone:  (802) 864-0217

Attorneys for Interested Party Juror #162

604137.1

LANGROCK SPERRY
& WOOL LLP