UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

DONALD FELL,
        Defendant.

Docket No. 2:01-CR-12-01

## CERTIFICATE OF SERVICE

I, Lisa B. Shelkrot, Esq., counsel for Juror N. 162, hereby certify that I served a Notice

of Limited Appearance on Behalf of Juror No. 162 and Interested Party's Memorandum in

Support of Motion to Conduct Juror Inquiry In Camera to all Counsel of Record.

DATED at Burlington, Vermont this 12th day of August, 2013.

LANGROCK SPERRY & WOOL, LLP

Lisa B. Shelkrot
PO Box 721, 210 College Street
Burlington, VT 05402
(802) 864-0217
lshelkrot@langrock.com

Attorneys for Juror No. 162

604155