NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.                                                    Case No: 2:01-cr-00012-wks-1

DONALD FELL

TAKE NOTICE that the above-entitled case has been scheduled at 10:30 a.m. on Friday, September 27, 2013, at *Guidhall*, Vermont before the Honorable William K. Sessions III, District Judge, for Juror Examination.**

Location: *Essex County Courthouse*

JEFFREY S. EATON, Clerk

Date of Notice: 8/23/2013

By /s/Joanne A. Muir
Deputy Clerk

TO:

William B. Darrow, AUSA
Jacabed Rodriguez-Coss, Esq.

Richard I. Rubin, Esq.
Lewis J. Liman, Esq.
Cathleen Price, Esq.
Avram E. Luft, Esq.

Anne Pierce, Court Reporter

**Defendant will not be present for this hearing.