**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| DONALD FELL,                                ) | |
|                                             ) | |
|     *Petitioner*,       ) | |
|                                             ) | |
| v.                                          )  | **Case No. CV-** |
|                                             )  | **Criminal Case No. CR-01-12-S** |
| UNITED STATES OF AMERICA          ) | |
|                                             ) | |
|     *Respondent.*       ) | |

**[PROPOSED] ORDER FOR DISCOVERY**

The Court has read and considered the Government's renewed Motion to Compel Discovery filed on September 19, 2013. For good cause shown, the Court hereby ORDERS Petitioner to provide discovery as follows:

1. Petitioner Fell is required to make available for inspection and copying, within 30 days, at the offices of his current counsel in Vermont, trial counsel's complete case files relating to their representation of Fell in the District of Vermont, Criminal Case No. CR-01-12-S, including any documents produced by Cynthia Ayres, and further including any privileged communications or attorney work product that relates in any way to the issues raised in his 2255 Petition. Petitioner is further ordered to prepare a privilege log, listing any privilege materials withheld, together with a detailed description of the item, to file a copy with the Court, and to provide a copy to the Government.

2. Petitioner Fell is required to make disclosures under Federal Rule of Civil Procedure 26(a)(2)(B), within 30 days, for the following expert witnesses:

   a. Dr. Mark Cunningham

   b. Dr. Mark J. Mills

   c. Dr. Wilfred G. van Gorp

       d.  Dr. Charles Wetli

       e.  Dr. Jonathan J. Lipman.

       f.  any other expert witness upon whom Fell relied in his Petition or who Fell intends to call at the evidentiary hearing concerning his claims of ineffective assistance of counsel.

3. Petitioner Fell is required to provide a witness list under Federal Rule of Civil Procedure 26(a)(3) at least 90 days prior to the June 2014 hearing.

4. The government is permitted to depose the following witnesses:

       a.  Dr. Mark Cunningham

       b.  Dr. Mark J. Mills

       c.  Dr. Wilfred G. van Gorp

       d.  Cynthia Ayres, Mitigation Specialist

       e.  Dr. Jonathan J. Lipman.

       f.  Terry Fell

       g.  Susan Benczkowski

       h.  Dr. Charles Wetli

       i.  Alexander Bunin

       j.  Gene Primono

       k.  Paul S. Volk

5. Petitioner Fell is required, within the next 120 days, to undergo a complete psychiatric evaluation to be performed by a mental health expert to be selected by the Government, at the Special Confinement Unit in Terre Haute.

6. Petitioner Fell is required to make available for inspection and copying, within 30 days, all documents obtained by Petitioner from any entity listed herein:

    a. U.S. Social Security Administration

    b. all organizations and individuals who employed Fell in a paid or unpaid capacity

    c. all schools that Fell attended

    d. all social services agencies who intervened in any way the Fell family

    e. all judicial and administrative courts in which Fell has been a litigant or witness

    f. all penal and detention facilities in which Fell or Robert Lee has been an inmate

    g. all medical professionals who have treated or diagnosed Fell

    h. all mental health professionals who have treated or diagnosed Fell

    i. Dr. Mark Cunningham

    j. Dr. Mark J. Mills

    k. Cynthia Ayres, Mitigation Specialist

    l. Dr. Jonathan Lipman

    m. Dr. Wilfred G. van Gorp

    n. Dr. Charles Wetli

    o. James Aiken

7. The government is permitted to serve interrogatories.


Presented by: /s *Jacabed Rodriguez-Coss*
        JACABED RODRIGUEZ-COSS
        Trial Attorney, U.S. Dept. of Justice



Dated: _____ Approved by: _____
                          HON. WILLIAM K. SESSIONS III
                          U.S. District Court Judge