UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| DONALD FELL | ) | |
| | ) | |
| v. | ) | No. 2:01-cr-12 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

<u>RESPONSE OF THE UNITED STATES TO PROPOSED REDACTIONS</u>

The United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, submits this response to the Court's request for proposed redactions in the "Examination of Jurors 143 and 162" transcript dated August 15, 2013, and the petitioner's proposed redactions, set forth in the letter to the Court from his lawyers, dated September 23, 2013.

Consistent with the position set forth in the July 31, 2013 "Opposition of the United States to Motion to Close Courtroom and Seal Transcript," the government opposes redactions to the transcript. The Court's August 14, 2013 "Memorandum and Order" closed the courtroom during the testimony of Juror 162, "grant[ing] the juror's request to be examined in camera *concerning Fell's claim that the juror failed to disclose material information concerning childhood sexual abuse*." *Id*., page 7 (emphasis added). The Court found that the juror's privacy interest in that delicate matter, and Fell's interest in juror candor by not requiring her public testimony, were compelling.

Juror 162 has now explained the childhood sexual abuse issue and has addressed Fell's associated claim of dishonesty. Her name does not appear in the transcript. Few if any of Fell's proposed redactions address the childhood sexual abuse matter. Instead, one of Fell's attorneys

1

examined the juror aggressively and at length about her adult son's criminal history – a matter not alleged in Fell's section 2255 motion – accusing her of dishonesty about it both during the hearing and during jury selection. Transcript, page 177-181. The bulk of the redactions have to do with that collateral matter.

Fell's proposed redactions go well beyond the stated concerns of Juror 162, the Court, and Fell (prior to the hearing). Fell proposes to redact: (1) the age of the juror (transcript, page 98 and 99); (2) the name of her son (page 137, 179 – even though he has a different surname); (3) the name of the town in which the juror lived a dozen years ago (pages 141, 142, 144, 151, 154, 157); (4) the name of a friend of the son (page 156); (5) the name of the county in which a probate court reviewing a matter a half century ago was seated (page 164-65); (6) the name of a lawyer and guardian in that matter a half century ago (pages 164-65); (7) the name of a person with whom the juror lived a half century ago (page 169); the name of the town in which the juror lived a half century ago (page 165); (8) the name of a town in which a lawyer lived in the 1960s (page 163); the name of the town in which the juror's son had a DWI a decade ago (page 153); the name of a road on which the juror lived a decade ago (page 142); and the name of the town in which the son was in foster care about 50 years ago (page 173).

Generally, the critical subject of the childhood sexual abuse over 50 years ago has been addressed and seems hardly to be in controversy. Juror 162's general age is already a matter of public record and is material to the litigation. The name of the son – now over 50 years old – is different from that of Juror 162, and need not be sealed. Even if the Court seals the son's name and birthday, the other matters are even more remote. A strong presumption favors open, transparent court proceedings. "Openness . . . enhances . . . the appearance of fairness so essential to public confidence in the system." *Press-Enterprise Co. v. Superior Court*, 464 U.S.

2

501, 508 (1984). Fell has failed to overcome that presumption, and fails to explain why the above collateral matters need to be kept secret.

Dated at Burlington, in the District of Vermont, this 24th of September, 2013.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By:

/s/ *Jacabed Rodriguez-Coss*
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 696-3027
jacabed.rodriguez-coss@usdoj.gov

/s/ *William B. Darrow*
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov