**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| DONALD FELL | ) | |
| | ) | |
| v. | ) | No. 2:01-cr-12 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CERTIFICATE OF SERVICE

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, hereby certify that I electronically filed the **Response of the United States to**

**Proposed Redactions** with the Clerk of Court using the CM/ECF system which will send

notification of such filing(s) to the following:

Lewis J. Liman, Esq.
Cathleen Price, Esq.
Richard Rubin, Esq.

DATED at Burlington, Vermont this 24th day of September, 2013.

/s/ Laura L. Harvey
Legal Assistant
United States Attorney's Office
P.O. Box 570
Burlington, VT 05402-0570
(802)951-6725