✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      VERMONT

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.

DONALD FELL

**Juror Inquiry of Juror #26**

Case Number:  2:01-cr-12-1

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Sessions | | | | | Rodriguez-Coss/Darrow | Liman/Rubin..... |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 9/27/2013 | | | | | Pierce | Muir |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 9/27/13 | X | obj X | Rap Sheet - Juror #26 |
|  | B | 9/27/13 | X | obj X | Criminal Record - Juror #26 |
|  | C | 9/27/13 | X | X | Waiver of Arraignment and Request to Enter Plea |
|  | D | 9/27/13 | X | X | Notice of Plea Agreement |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.