UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DONALD FELL                          )
       Plaintiff                )
                                )
                                )    Case No. 2:01-cr-12
      v.                         )
                                )
UNITED STATES OF AMERICA,             )
       Defendant                )

**NOTICE OF APPEARANCE**

NOW COMES Robert M. LaRose, Assistant Attorney General for the State of Vermont, and enters his appearance in the above-captioned action on behalf of the Vermont Department of Corrections for purposes of filing a motion to quash only.

DATED at Montpelier, Vermont this 7th. day of October, 2013.

Respectfully submitted,

WILLIAM H. SORRELL
ATTORNEY GENERAL

By:   /s/ Robert M. LaRose, Esq.
       Robert M. LaRose, Esq.
       Assistant Attorney General
       Attorney General's Office
       101 State Street
       Montpelier, VT  05609-1001
       (802) 828-2383
       Robert.LaRose@ahs.state.vt.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Lewis J. Liman, Esq.

/s/ Robert M. LaRose, Esq.
Robert M. LaRose, Esq.
Assistant Attorney General
Attorney General's Office
101 State Street
Montpelier, VT  05609-1001
(802) 828-2383
Robert.LaRose@ahs.state.vt.us