UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------------ X
                  :

DONALD FELL,                      :
                  :

              Movant,       :

             - against -     :     2:01-CR-12-01
                  :

UNITED STATES OF AMERICA,  :
                  :

             Respondent.  :
                  :

------------------------------------------------------------------------ X

## MOTION TO SEAL THE MEMORANDUM OF LAW IN SUPPORT OF MR. FELL'S OPPOSITION TO THE DEPARTMENT OF CORRECTIONS' MOTION TO QUASH SUBPOENAS

DONALD FELL, by and through his undersigned counsel, respectfully moves this Court, pursuant to Local Rule 5.2 of the United States District Court for the District of Vermont, to file under seal the Memorandum of Law in Support of Mr. Fell's Opposition to the Department of Corrections' Motion to Quash Subpoenas (the "Opposition").  The Opposition contains private and sensitive information related to several non-parties to the case, including detailed medical, substance abuse treatment, and psychiatric records as well as references to juvenile sexual and physical abuse, which should be sealed and treated as confidential.

For the reason set forth in the memorandum of law accompanying this motion, Mr. Fell respectfully requests that the Court enter the attached Proposed Order to file the Opposition under seal.

2

RESPECTFULLY SUBMITTED,

Dated:  October 18, 2013
Burlington, Vermont

/s/ Richard Rubin
RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

Dated:  October 18, 2013
New York, New York

/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

Dated:  October 18, 2013
New York, New York

/s/ Cathleen Price
CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

*Counsel for Donald Fell*

2