UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                                     Movant,                         :
                                                                     :        2:01-CR-12-01
                       - against -                                   :
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                     Respondent.                     :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION TO SEAL THE MEMORANDUM OF LAW IN SUPPORT OF MR. FELL'S OPPOSITION TO THE DEPARTMENT OF CORRECTIONS' MOTION TO QUASH SUBPOENAS

Upon movant Donald Fell's motion to seal the Memorandum of Law in Support

of Mr. Fell's Opposition to the Department of Corrections' Motion to Quash Subpoenas pursuant

to Local Rule 5.2 of the United States District Court for the District of Vermont, it is hereby:

ORDERED that the Memorandum of Law in Support of Mr. Fell's Opposition to

the Department of Corrections' Motion to Quash Subpoenas will be sealed.

It is so ORDERED this ___ day of _____, 2013.

_____
William K. Sessions, III
United States District Judge