<u>**CERTIFICATE OF SERVICE**</u>

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 18, 2013, I electronically filed with the Clerk of the Court the Motion to Seal the Memorandum of Law in Support of Mr. Fell's Opposition to the Department of Corrections' Motion to Quash Subpoenas and Memorandum of Law in Support, and the Proposed Order Granting Motion to Seal the Memorandum of Law in Support of Mr. Fell's Opposition to the Department of Corrections' Motion to Quash Subpoenas. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: October 18, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999