## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 18, 2013, I sent the Memorandum of Law in Support of Mr. Fell's Opposition to the Department of Corrections' Motion to Quash Subpoenas to the Clerk of the Court via Federal Express. I also provided service of the filing via electronic mail to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: October 18, 2013
New York, New York

Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999