UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------ X

DONALD FELL,                                    :
                                                :
                         Movant,                :
                                                :
- against –                                     :   2:01-CR-12
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
                         Respondent.            :
                                                :
------------------------------------------------------------------ X

## STIPULATION AND [PROPOSED] ORDER FOR THE PROTECTION OF DOCUMENTS

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for

Donald Fell and for the United States of America in the above-captioned action under 28 U.S.C.

§ 2255 to vacate, set aside, or correct sentence, and for a new trial, that:

1.      Inadvertent production or disclosure of any information or documents that a party

asserts are protected by the attorney-client privilege, attorney work product doctrine, or any other

applicable privilege or protection shall not constitute, or be a factor suggesting, waiver of such

privilege or protection as to the information inadvertently disclosed, or as to any other

undisclosed privileged or protected information or document concerning the same subject matter.

2.      In the event of inadvertent production or disclosure, the producing party may

provide written notice to the other party identifying the material inadvertently disclosed.  Within

five (5) business days of receipt of such notice, any individual or entity that received such

allegedly privileged or protected material shall return to the producing party all such material,

and copies thereof, in his, her or its possession.

3.     This parties agree to be bound by the terms of this stipulation and proposed order

pending its entry by the Court.

Dated: October 18, 2013
New York, NY

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

*Counsel for Donald Fell*

Dated: October 18, 2013
Bridgeport, CT

TRISTRAM J. COFFIN
United States Attorney

By:

JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 696-3027
jacabed.rodriguez-coss@usdoj.gov

WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov

*Counsel for the United States of America*

**SO ORDERED:**

_____

U.S. District Judge

Date: _____