UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
--------------------------------------------------------------------- X
                                                                      :
DONALD FELL,                                                          :
                                                                      :
                        Movant,                                       :
                                                                      :          2:01-CR-12-01
            - against -                                               :
                                                                      :
UNITED STATES OF AMERICA,                                             :
                                                                      :
                        Respondent.                                   :
                                                                      :
                                                                      :
--------------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A REDACTED AMENDED 28 U.S.C. § 2255 MOTION

Upon movant Donald Fell's motion for leave to file a redacted Amended 28

U.S.C. § 2255 Motion, it is hereby:

ORDERED that Donald Fell will be permitted to file a redacted Amended 28

U.S.C. § 2255 Motion.


It is so ORDERED this ___ day of _____, 2013.


_____
William K. Sessions, III
United States District Judge