UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                                   Movant,                             :
                                                                       :          2:01-CR-12-01
                          - against -                                 :
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                   Respondent.                         :
                                                                       :
---------------------------------------------------------------------- X


## <u>MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE A</u> <u>REDACTED AMENDED 28 U.S.C. § 2255 MOTION</u>

Movant Donald Fell respectfully submits this memorandum in support of his request that the Court grant him leave to file a redacted Amended 28 U.S.C. § 2255 Motion.

The standards applicable to this motion are well-settled. Private information should be shielded from public disclosure where the public's presumptive right of access is outweighed by a compelling interest in favor of confidentiality and the document at issue is not central to the public's understanding of the disposition of the case. In weighing the public right of access against the privacy interests present in a case, the Second Circuit has instructed that courts should consider: 1) the degree to which the subject matter is traditionally considered private rather than public, as customarily private matters will weigh more heavily against access than those affecting a substantial portion of the public; and 2) the sensitivity of the information and the subject. United States v. Amodeo, 71 F.3d 1044, 1050-51 (2d Cir. 1995). In particular, "the privacy interests of innocent third parties…should weigh heavily in a court's balancing equation." Id. Further, the weight accorded to the presumption of public access to court records

2

is influenced by where that material falls on a "continuum" of relevance to a court's basis for a decision.  Id. at 1049.  "Where such documents are usually filed with the court and are generally available, the weight of the presumption [of access] is stronger than where filing with the court is unusual or is generally under seal."  Id. at 1050.

The transcript of the Examination of Jurors 143 & 162 held on August 15, 2013 remains under seal until the matter of whether and how it will be redacted is adjudicated.  Unless and until the transcript is unsealed in an unredacted form, Claim XXII.A of Mr. Fell's amended motion, which contains more detail about both the allegations aired at the hearing and other sensitive matters, should remain redacted.  Importantly, this portion of the motion includes private and sensitive information about non-parties other than the jurors identified in the original motion.  Counsel for Mr. Fell also respectfully refers the Court to its letter of October 22, 2013 regarding whether confidentiality for Juror #162 continues to be appropriate or necessary in light of her recent interviews with the press and consequent press coverage.

For the foregoing reason, Mr. Fell respectfully requests that the Court enter the attached Proposed Order to allow him to file a redacted Amended 28 U.S.C. § 2255 Motion.

RESPECTFULLY SUBMITTED,

Dated:  October 22, 2013
Burlington, Vermont

/s/ Richard Rubin
RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

Dated:  October 22, 2013
New York, New York

/s/ Lewis J. Liman
LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

Dated:  October 22, 2013
New York, New York

/s/ Cathleen Price
CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

*Counsel for Donald Fell*