## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 22, 2013, I electronically filed with the Clerk of the Court the Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion and Memorandum of Law in Support, and the Proposed Order Granting Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: October 22, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999