UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

_____

DONALD FELL,                              )
                                          )
                                          )
                 Movant,                  )
                                          )
        v.                                )  2:01-CR-12-01
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                 Respondent.              )
                                          )
                                          )
                                          )
                                          )
_____ )

## **DECLARATION OF LEWIS J. LIMAN**

Pursuant to 28 U.S.C. § 1746, Lewis J. Liman declares:

1.      I am a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for

movant Donald Fell.

2.      I submit this declaration in support of Donald Fell's Amendment to his Motion for

Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant

to 28 U.S.C. § 2255 (the "Amendment").

3.      Attached as Exhibits 321 through 342 are true and correct copies of the documents listed

below.  Exhibits 1 through 313 are attached to the Motion for Collateral Relief, to Vacate,

Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 dated

March 21, 2011.  Exhibits 314 through 320 are attached to the Reply to the Government's

Amended Opposition to Motion of Donald Fell for Collateral Relief, to Vacate, Set

Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 dated

August 20, 2012.

**Exhibit 321**   [Juror #162] Short Form Juror Questionnaire, United States District Court for the District of Vermont

**Exhibit 322**   [Juror #162] Long Form Juror Questionnaire, dated May 11, 2005

**Exhibit 323**   Patrick Ryan Family Court Records, Addison County, State v. Patrick Ryan, #53-3-92

**Exhibit 324**   [Juror #162] Probate Records, Superior Court of Vermont, Washington District Court, In re: Guardianship of [Juror #162] of City of Barre, Vermont

**Exhibit 325**   File of Lucille Tatro, Washington County Criminal Court, Case No. 943-8-82, dated Aug. 23, 1982

**Exhibit 326**   Patrick Ryan Criminal Records, Superior Court of Vermont, Washington District Court

**Exhibit 327**   Patrick Ryan Criminal Records, Superior Court of Vermont, Addison Criminal Division

**Exhibit 328**   Patrick Ryan Criminal Records, Superior Court of Vermont, Washington District Court

**Exhibit 329**   Patrick Ryan Criminal Records, Superior Court of Vermont, Chittenden County

**Exhibit 330**   Patrick Ryan Family Court Records, Chittenden County, Joanne Pecor v. Patrick Ryan, Case No. 422-5-98

**Exhibit 331**   Patrick Ryan Family Court Records, Superior Court of Vermont, Chittenden Family Division

**Exhibit 332**   [Juror #26] Short Form Juror Questionnaire, United States District Court for the District of Vermont

**Exhibit 333**   [Juror #26] Criminal Records, Superior Court of Vermont, Essex Unit, Case No. 44-4-92

**Exhibit 334**   [Juror #26] Report, Vermont State Police, A Troop Middlesex

**Exhibit 335**   Kevin O'Connor, "Granby: A red speck in a blue state," Rutland Herald, dated Oct. 29, 2006

**Exhibit 336**    Movement History of Patrick M. Ryan, State of Vermont, Department of Corrections

**Exhibit 337**    [Juror #143] Long Form Juror Questionnaire, dated May 11, 2005

**Exhibit 338**    [Juror #143] Short Form Juror Questionnaire, United States District Court for the District of Vermont

**Exhibit 339**    [Juror #143] LAW Incident Table, Vermont State Police, A Troop – Middlesex

**Exhibit 340**    Patrick Ryan Criminal History Chart

**Exhibit 341**    [Juror #27] Short Form Juror Questionnaire, United States District Court for the District of Vermont

**Exhibit 342**    [Juror #27] Long Form Juror Questionnaire, United States District Court for the District of Vermont

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2013, at New York, New York.

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999