# EXHIBIT 321

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr ___ Mrs ✓ Miss ___ Ms ___

Name _____
       Last      First      Middle Initial

Town/City of Residence _Colchester_

County of Residence _Chittenden_

How long have you lived in Vermont? _43_ yrs. ___ mos.

Years of education or highest degree obtained _12_

Name of College _____

Major and minor fields _____

Are you employed? ✓ Yes ___ No

Your occupation or business _Registrar_
_Fletcher Allen Health care_
_UCH Campus_

If retired, your occupation before retirement _____

Employer's Name _Fletcher Allen Hospital_
Address _1 So. Prospect St_
_Burlington VT 25401_

Describe your duties & responsibilities _Obtains_
_demographic + Insurance information_
_for patients, Enter into computer_

Do you supervise other employees? _no_ How many? ____

How long have you worked for present employer? _7 yrs._

If less than 10 years, list earlier occupation and prior employers. _Central Vt. Hospital 10 yrs_
_Vt State Housing Authority 10 yrs_

If unemployed, how long have you been unemployed? _____

Place of Birth _Tompkins Cty, N.Y._  Age ____

___ Single ✓ Married ___ Widowed
___ Separated or Divorced

Number and ages of children _2_
_43 and 40_

Have you been in the military? _no_
If so, branch _____
Length of service _____
Highest rank obtained _____

Have you ever worked for the state or federal government? ✓ Yes ___ No
If so, please explain _State of Vermont_
_Dept Motor Vehicles in_
_the late 1960's_  early 90's
_Vt. State Housing authority_

Is your spouse employed? ✓ Yes ___ No

Spouse's occupation or business _____
_Disabled_

Spouse's Employer's Name _____
_Shaws_

Spouse's Employer's Address _____
_Water Tower Hill, Colchester VT_

Spouse's duties and responsibilities _Front End_
_Bagger Part Time_

If spouse is retired, occupation before retirement _____

Are any of your children employed?
✓ Yes ___ No

What are their occupations? _Assistant Manager_
_Shaws Meat Dept, Williston, VT._

**(Continued on Reverse)**

200011747
201020901 - 0241

FELL-00002726

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes ✓ No
(b) Witness to a crime _____ Yes ✓ No
(c) Accused of a crime ✓ Yes _____ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes ✓ No
If so, please explain. My son was arrested for DWI and domestic violence 16 yrs ago he is now asst manager at Shaws so he sure has been a better person for it.

Have you ever served on a state or federal jury trial?
_____ Yes ✓ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

Estimated number of miles *ROUND-TRIP* from your home to courthouse to which you are summoned _____

What do you do in your spare time (social activities, hobbies, etc.)? Read garden Rug making, quilts

In what social or other organizations do you actively participate? Don't have time, work every day

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. People on Earth Good Housekeeping, True Crime Books, usually by Ann Rule.

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
_____ Yes ✓ No  If so, please explain.
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months: None

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign ██████████
Here

LF 229