# EXHIBITS
# 323-325
# Filed Under Seal