# EXHIBIT 326

Page 1 OF 24

OF THE ORIGINAL AS THE SAME APPEARS ON FILE IN THIS OFFICE.

FELL-00003212



FELL-00003213

FELL-00003214



FELL-00003215

FELL-00003216

FELL-00003217

FELL-00003218



FELL-00003219

FELL-00003220



FELL-00003221

FELL-00003222

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:19 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:18:47
------------------------------------------------------------------------

REQUEST ID: 20130805-111743

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 64

description: Docket # 401-4-81 Wncr / State vs. ████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

------------------------------------------------------------------------

$F$-11131

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

6

FELL-00003223

District Court
Form No. 94
Docket and Disposition Rpt.

# STATE OF VERMONT

## DISTRICT COURT OF VERMONT

Docket No. 401-4-81 Wncr

**Defendant V.**

| Last Name | First | M.I. | Unit No. | Circuit |
| --- | --- | --- | --- | --- |
| | | | 5 | Washington |

DMV Use

**Address**
Rt 14 Box 188

**City, State, Zip Code**
South Barre, Vermont

**Occupation**
Ski Mechanic

Scheduled Date of Appearance
April 27, 1981

| Date of Birth | Age | Place of Birth |
| --- | --- | --- |
| 4-25-56 | 24 | Haverhill, Mass. |

Operator's License No.

Incident Offense No.

Soc. Sec. No.
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

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
| --- | --- | --- | --- |
| 3-25-81 | Waitsfield, Vermont | 3-25-81 | Barre town, Vermont |

**Arresting Officer**
Officer Kinerson

**Department**
VSP

☐ Arrest   ☐ Accident   ☐ Injury
☒ Citation   ☐ Property Damage

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Simple Assault | 1 of 1 | 13 V.S.A. | §1023 (a) | | x | | Ord. |

### RULE 5 HEARING
☐ Date of Rule 5 Hrg.
☐ Copy of Affidavit and Info Provided to Defendant
☐ Probable Cause Found
☐ Continued for Plea

### ARRAIGNMENT

Date of Arraignment

Defendant Waives:
☐ 24 Hour Rule
☐ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Non Contendere
☐ Not Guilty
☐ Pro Forma Not Guilt.

Defendant's Attorney
☐ Pro Se
☐ Private
☐ Assigned
☐ Counsel Appt.

Name of Judge

Name of Reporter

Name of Defendant's Attorney

Name of Guardian Ad Litem

Date Failure to Appear
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

### BAIL
Date Bail Set   Amount
☐ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☐ Conditions

Deposit

Date Bail Posted

Date Discovery Order
P/T Conference Set For
Jury Drawing Set For
Date Refusal Hr.

Date Jury Drawn   Judge at Trial
Date Trial Commenced   Reporter at Trial
☐ Trial by Jury   ☐ Trial by Court

| Amended to: Name of Offense | Title | Section | | Felony | Misd. | Muni. | Code (VCIC) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | V.S.A. | | | | | Ord. | |

Date: 1/2/81

☐ Plea Guilty
☐ Plea Nolo
☒ Dismissed by S.A.
☐ Dismissed by Court
☐ Pre Sentence Ordered
☐ Pre Sentence Waived

☐ Adjudication Guilty
☐ Transferred to Juvenile Court

☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver

☐ Plea Agreement
Sentencing Set For

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered herein.
J. HGE

Date Sentence Imposed

Date Fine Paid in Full   Date Fine

FELL-00003224

**AFFIDAVIT**

STATE OF VERMONT

Washington ............ County S.S.

**NOW COMES** Richard C Kinerson ........................., affiant(s), being duly sworn and on oath,
........................(officer)

deposes and says he has probable cause to believe that ████████████████
................................................................(defendant)

has committed the offense(s) of Simple Assault ........................., a violation of

Title 13 ..............................., Vermont Statutes Annotated § 1023 (a) (1)

2019 hours 03-25-81

On the above date and time this affiant received a written statement from one Mark Walker of Waitsfield Vermont which indicated he had been struck in the face twice by one ████████████ of South Barre, Vermont.

Mark Walker advised that he has known ████████████ for some time and described him as being 6ft3 in height and about 205 pounds in weight. In his statement, Mark Walker advised that he was struck the first time in the left eye at which time a ring was cut around his eye by his glasses. Mark Walker advised the second time he was struck in the mouth. Mark Walker advised that he had since spoken to Dr. Zomies of the Valley Dental in Waitsfield VErmont and found he had three chipped teeth. Mark Walker advised that this incident occured between midnight and 0200 on 03-25-81, at the Den parking lot in Waitsfield, Vermont.

This affiant observed that Mark Walker had a severe discoloration scar around his left eye.

This affiant requested Officer Ryan of Barre Town Police Department to respond to the ████████████ residence in South Barre Vt and issue ████████████ a citation for assault based on this officers investigation.

Subscribed and sworn to before me on
this 5th day of April 19 81

_D.W. Maclare_
(Notary Public)    (Judicial Officer)

OPS 200 20M

_Richard C Kinerson_
(Affiant)
5 April 1981
(date)

FELL-00003225

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:17 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:17:22
---------------------------------------------------------------------------

REQUEST ID: 20130805-111500

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 90

description: Docket #1075-9-82 Wncr / State vs. ███████████ / Please send DDR  sheet and affidavits

removed: No

Submit: Request Records

---------------------------------------------------------------------------

F-11136

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filed:

5

FELL-00003226

Form No. 94
Docket and Disposition Rec

# STATE OF VERMONT

Defendant: _____ V.

## DISTRICT COURT OF VERMONT

Docket No. 1075-9-82 WnCr

| Last Name | First | M.I. | Unit No. | Circuit |
|---|---|---|---|---|
| ███████ | | | 5 | Washington |

DMV Use

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| Box 234 5 | 9-20-82 | |

| City, State, Zip Code | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| Barre, VT | 4-25-56 | 26 | Haverhill, Ma |

| Occupation | Operator's License No. | Soc. Sec. No. |
|---|---|---|
| Engineer | 6040044C | 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 |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 8-28-82 | Berlin | 8-28-82 | Berlin |

| Arresting Officer | Department | ☐ Arrest | ☐ Accident | ☐ Injury |
|---|---|---|---|---|
| William Miller | VSP | ☒ Citation | ☐ Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd | Muni | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| [AV] | 1 a) | 23 V.S.A. | 1201 (a) (2) | | XXX | | Ord. |

## RULE 5 HEARING

Date of Rule 5 Hg: 7-20-82

☒ Copy of Affidavit and Info. Provided to Defendant

☒ Probable Cause Found

☐ Continued for Plea

Date of Arraignment 9-20-82

Defendant Waives:
☒ 24 Hour Rule
☒ Reading of Info.
☐ Right to Counsel

## ARRAIGNMENT

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney
☐ Pro Se
☒ Private
☐ Counsel Assigned
☐ Counsel Denied

Name of Judge

Name of Reporter
Tape

Name of Defendant's Attorney
O. VALSANGIAComo

Name of Guardian Ad Litem

Date/Failure to Appear
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

## BAIL / PRETRIAL

Date Bail Set 9-20-82

Amount

☒ Personal Recognizance

☐ Appearance Bond

☐ Cash/Surety

☐ Conditions

Deposit

Date Bail Posted

Date Mtn-Lack of Bail

Date Discovery Order 9/20/82

P/T Conference Set For

Jury Drawing Set For 10/23/82

Date Refusal Hg.

*(handwritten notes)*

| Date Jury Drawn | Judge at Trial | ☐ T.O. Reason | ☐ T.O. Not Reason |
|---|---|---|---|
| Date Trial Commenced | Reporter at Trial | Date | |
| ☐ Trial by Jury | ☐ Trial by Court | ☐ Admitted by Deft | ☐ Denied by S.A. |

## DISPOSITION

| Amended to: Name of Offense | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|
| | V.S.A. | | | | Ord. | |

Date 11-1-82

☒ Plea Guilty
☐ Plea Nolo
☒ Adjudication Guilty
☐ Dismissed by S.A.
☐ Dismissed by Court
☐ Transferred to Juvenile Court

☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver

☐ Plea Agreement
Other Docket No.(s)

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.

JUDGE _____

☐ Pre Sentence Ordered    Date
☐ Pre Sentence Waived

Sentencing Set for

## SENTENCE

| Date Sentence Imposed | Fine | Date Fine Paid In Full | Date Fine Due |
|---|---|---|---|
| 11/3/82 | | 5-16-83 | 1-24-83 |

MINIMUM / MAXIMUM

☐ Suspended
☐ On Probation
☐ Deferred
☐ Diversion

TERM Years Months Days / Years Months Days

Split to Serve Years Months Days / Years Months Days

☐ Concurrent    To Docket Number(s)
☐ Consecutive

Restitution/Amount
☐ $

☐ Judgment Not Guilty
☒ Judgment Guilty

Signature of Judge _____    Date

*(handwritten notes)* 160 cd 1-24-83
3-16-83 Collection Retirement
5-10-63 A.O. Issued - Failed to Pay Fine

| Date of Disposition | ☐ Mittimus Date ☐ Probation Warrant | Disp. Report Sent Date | Date of Appeal | Probation Discharge Date |
|---|---|---|---|---|

D.M.V. Use

16M 12/81

Signature of Clerk _____    Date

FELL-00003227

**AFFIDAVIT**

STATE OF VERMONT
Washington County S.S.

NOW COMES CPL William J. Miller, State Police , affiant(s), being duly sworn and on oath,
(officer)

deposes and says he has probable cause to believe that ███████████

(defendant)

has committed the offense(s) of Driving while intoxicated , a violation of

T23 ; Vermont Statutes Annotated $ 1201)a)

On 8-28-1982 at 0137 hours Middlesex State Police received a complaint of a vehicle traveling south on I.S. 89 between exits 9 and 8, and that it appeared that the operator was intoxicated.

This officer was advised of the situation via radio communication and I immediately took a position located in a U-Turn near the exit seven area. The complainant had advised that the vehicle in question displayed Vermont registration 6881. At approx 0145 this officer observed the vehicle in question while south on I.S. 89, make a exit at exit number seven. I immediately followed the vehicle in question and observed it swerve in the roadway several times and also observed it travel onto the shoulder of the highway several times. This officer stopped the vehicle on route sixty two in Berlin just east of the Berlin elementary school. This officer asked the operator for his driver"s license, which he produced identifying him as ███████████ . He also told this officer that his name was ██████████

A moderate aroma of a alcholic beverage could be detected from the breath of the defendant and it was observed that the whites of his eyes were bloodshot. This officer had the defendant walk a straight line and it was observed that he swayed and was unsure of his balance. He swayed also when standing still and his coordination was poor. This officer had the defendant blow his breath into a Alco-Sensor and a reading of .26% was obtained. After being advised of Miranda the defendant stated that he had been drinking gin and tonic in Burlington about one hour prior to being stopped.

The defendant was processed as a suspected DWI offender and he consented and gave a sample of his breath for testing. The sample has been sent to the State Lab. in Burlington for a Analysis.

The ███████ vehicle was a 1974 V.W. that displayed Vermont registration 6811.

Subscribed and sworn to before me on

this _____ day of _____ 19

(Notary Public    Judicial Officer)

_____
(Affiant)

_____
(Date)



FELL-00003229

FELL-00003230

FELL-00003231



FELL-00003232

FELL-00003233

FELL-00003234

FELL-00003235