# EXHIBITS 327-331
# Filed Under Seal