# EXHIBIT 332

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Name ████████████████

Last        First        Middle Initial

Town/City of Residence __Granby__

County of Residence __Essex__

How long have you lived in Vermont? __50__ yrs. __1__ mos.

Years of education or highest degree obtained __12__

Name of College ____

Major and minor fields ____

Are you employed? ✓ Yes ____ No

Your occupation or business __Hot Press opper.__

If retired, your occupation before retirement ____

Employer's Name __Hitchner Man.__
Address __Littleton NH__

Describe your duties & responsibilities __I Heat treat Military parts for the Government__

Do you supervise other employees? __No__ How many? ____

How long have you worked for present employer? __2½ yrs__

If less than 10 years, list earlier occupation and prior employers. __J.A. McDonald construction Burke Lumber Heavy equipment opperator Both__

If unemployed, how long have you been unemployed? ____

Age __50__

Place of Birth __St Jahushary Vt__

____ Single ✓ Married ____ Widowed
____ Separated or Divorced

Number and ages of children __2 children 30 yrs and 23 yrs__

Have you been in the military? __No__
If so, branch ____
Length of service ____
Highest rank obtained ____

Have you ever worked for the state or federal government? ____ Yes ✓ No
If so, please explain ____

Is your spouse employed? ✓ Yes ____ No

Spouse's occupation or business __Parts inspector__

Spouse's Employer's Name __Hitchner Man.__

Spouse's Employer's Address __Littleton NH__

Spouse's duties and responsibilities __She inspects military parts & automotive parts__

If spouse is retired, occupation before retirement ____

Are any of your children employed? ✓ Yes ____ No

What are their occupations? __My daughter is a cleaner, son is press opper__

(Continued on Reverse)

200012595
201020901 - 1471

FELL-00003500

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes __✓__ No
(b) Witness to a crime _____ Yes __✓__ No
(c) Accused of a crime _____ Yes __✓__ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes __✓__ No
If so, please explain. _____
_____
_____

Have you ever served on a state or federal jury trial?
_____ Yes __✓__ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

Estimated number of miles *ROUND-TRIP* from your home to courthouse to which you are summoned __220 miles__

What do you do in your spare time (social activities, hobbies, etc.)? Hunting, fishing, camping, snow machining, Gardening,

In what social or other organizations do you actively participate? None
_____
_____

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. none
_____
_____

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
_____ Yes __✓__ No  If so, please explain.
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months:

none
_____
_____
_____

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign
Here ████████████████

LF 229

FELL-00003501