# EXHIBIT 336
# Filed Under Seal