# EXHIBIT 340
# Filed Under Seal