## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 22, 2013, I sent the Amended Motion of Donald Fell for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 (the "Amended Petition") to the Clerk of the Court via Express Mail, and electronically filed a redacted version of the Amended Petition with the Clerk of the Court.  I also provided service of the Amended Petition via Express Mail to the United States of America, Respondent.  The CM/ECF system will provide service of the redacted version of the Amended Petition via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: October 22, 2013
New York, New York

/s/ Lewis J. Liman_____
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999