UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------------- X
    :
DONALD FELL,                       :
    :
         Movant,      :
    :    2:01-CR-12-01
    - against -     :
    :
UNITED STATES OF AMERICA,    :
    :
        Respondent.  :
    :
---------------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING MOTION TO SEAL EXHIBITS 323-325, 327-331, 336, & 340 IN SUPPORT OF DONALD FELL'S 28 U.S.C. § 2255 MOTION

Upon movant Donald Fell's motion to seal Exhibits 323-325, 327-331, 336, & 340 in support of his Amended 28 U.S.C. § 2255 Motion pursuant to Local Rule 5.2 of the United States District Court for the District of Vermont, it is hereby:

ORDERED that Exhibits 323-325, 327-331, 336, & 340 in Support of Donald Fell's Amended 28 U.S.C. § 2255 Motion will be sealed, and he will be permitted to file a redacted Exhibit 326.

It is so ORDERED this ___ day of _____, 2013.


_____
William K. Sessions, III
United States District Judge