# EXHIBIT 321

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr ___ Mrs ✓ Miss ___ Ms ___

Name ███████████████████████

Last    First    Middle Initial

Town/City of Residence _Colchester_

County of Residence _Chittenden_

How long have you lived in Vermont? _43_ yrs. ___ mos.

Years of education or highest degree obtained _12_

Name of College _____

Major and minor fields _____

Are you employed? ✓ Yes ___ No

Your occupation or business _Registrar_ _Fletcher Allen Health care_ _UCH Campus_

If retired, your occupation before retirement _____

Employer's Name _Fletcher Allen Hospital_
Address _1 So. Prospect St_ _Burlington VT 25401_

Describe your duties & responsibilities _Obtains demographic + Insurance information for Patients, Enter into Computer_

Do you supervise other employees? _No_ How many? ___

How long have you worked for present employer? _7 yrs._

If less than 10 years, list earlier occupation and prior employers. _Central VT. Hospital 10 yrs_ _VT State Housing Authority 10 yrs_

If unemployed, how long have you been unemployed? ___

Place of Birth _Tompkins City, N.Y._    Age ___

___ Single ✓ Married ___ Widowed

___ Separated or Divorced

Number and ages of children _2_ _43 and 40_

Have you been in the military? _no_
If so, branch _____
Length of service _____
Highest rank obtained _____

Have you ever worked for the state or federal government? ✓ Yes ___ No

If so, please explain _State of Vermont Dept Motor Vehicles in the late 1960's_ _Vt. State Housing Authority early 90's_

Is your spouse employed? ✓ Yes ___ No

Spouse's occupation or business _Disabled_

Spouse's Employer's Name _Shaws_

Spouse's Employer's Address _Water Tower Hill, Colchester VT_

Spouse's duties and responsibilities _Front End Bagger Part Time_

If spouse is retired, occupation before retirement _____

Are any of your children employed? ✓ Yes ___ No

What are their occupations? _Assistant Manager Shaws Meat Dept, Williston VT._

(Continued on Reverse)



200011747
201020901 - 0241

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes ✓ No
(b) Witness to a crime _____ Yes ✓ No
(c) Accused of a crime ✓ Yes _____ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes ✓ No
If so, please explain. *My son was House arrest for DUI and domestic violence 16 yrs ago. He is now asst manager at Sears, so he sure has been a better person for it.*

Have you ever served on a state or federal jury trial?
_____ Yes ✓ No

if yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

Estimated number of miles *ROUND-TRIP* from your home to courthouse to which you are summoned _____

What do you do in your spare time (social activities, hobbies, etc.)? *Read garden Rug making, plastic*

In what social or other organizations do you actively participate? *Don't have time, work every day*

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis, *Angels on Earth, Good Housekeeping, True Crime Books, usually by Ann Rule.*

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
_____ Yes ✓ No  If so, please explain.
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months: *none*

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign ███████████
Here

LF 229