# EXHIBIT 326

OF THE ORIGINAL AS THE SAME APPEARS
ON FILE IN THIS OFFICE.

Page 1 OF 24

FELL-00003212



FELL-00003213

FELL-00003214



FELL-00003215

FELL-00003216

FELL-00003217

FELL-00003218



FELL-00003219

FELL-00003220



FELL-00003221



FELL-00003222

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:19 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:18:47
----------------------------------------------------------------------------

REQUEST ID: 20130805-111743

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 64

description: Docket # 401-4-81 Wncr / State vs. ███████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

----------------------------------------------------------------------------

F-11131

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

6

FELL-00003223

District Court
Form No. 94
Docket and Disposition Rpt

**STATE OF VERMONT**  |  **DISTRICT COURT OF VERMONT**  |  Docket No. 401-4-81 WnCR

Defendant    V.

| Last Name | First | M.I. | Unit No. | Circuit |
|---|---|---|---|---|
| | | | 5 | Washington |

DMV Use

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| Rt 14 Box 188 | April 27, 1981 | |

| City, State, Zip Code | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| South Barre, Vermont | 4-25-56 | 24 | Haverhill, Mass. |

| Occupation | Operator's License No. | Soc. Sec. No. |
|---|---|---|
| Ski Mechanic | | 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 |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 3-25-81 | Waitsfield, Vermont | 3-25-81 | Barre town, Vermont |

| Arresting Officer | Department | ☐ Arrest | ☐ Accident | ☐ Injury |
|---|---|---|---|---|
| Officer Kinerson | VSP | ☒ Citation | ☐ Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Simple Assault | 1 of 1 | 13 V.S.A. | §1023 (a) | | x | | Ord. |

### RULE 5 HEARING

Date of Rule 5 Hrg.

☐ Copy of Affidavit and Info. Provided to Defendant

☐ Probable Cause Found

☐ Continued for Plea

### ARRAIGNMENT

Date of Arraignment

Defendant Waives:
☐ 24 Hour Rule
☐ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Non Contendere
☐ Not Guilty
☐ Pro Forma Not Guilt.

Defendant's Attorney
☐ Pro Se
☐ Private
☐ Assigned
☐ Counsel Appt.

Name of Judge

Name of Reporter

Name of Defendant's Attorney

Name of Guardian Ad Litem

### Date Failure to Appear

☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue

Date J/Summons

Date A/Warrant

### BAIL

| Date Bail Set | Amount | Date Discovery Order |
|---|---|---|
| ☐ Personal Recognizance | Deposit | P/T Conference Set For |
| ☐ Appearance Bond | Date Bail Posted | Jury Drawing Set For |
| ☐ Cash/Surety | | Date Refusal Hrg. |
| ☐ Conditions | | |

| Date Jury Drawn | Judge at Trial | |
| Date Trial Commenced | Reporter at Trial | Date |
| ☐ Trial by Jury | ☐ Trial by Court | |

| Amended to: Name of Offense | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|
| | V.S.A. | | | | Ord. | |

| Date | | |
|---|---|---|
| 4/2/? | ☐ Plea Guilty | ☐ Verdict Guilty |
| | ☐ Plea Nolo | ☐ Verdict Not Guilty |
| ☒ Dismissed by S.A. | ☐ Adjudication Guilty | ☐ Guilty by Waiver |
| ☐ Dismissed by Court | ☐ Transferred to Juvenile Court | ☐ Nolo by Waiver |

☐ Plea Agreement
☐ Discovery Order

☐ Pre Sentence Ordered   Date
☐ Pre Sentence Waived

Sentencing Set For

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered herein. JUDGE

| Date Sentence Imposed | Date Fine Paid In Full | Date Fine Pd. |
|---|---|---|

**AFFIDAVIT**
                                                    STATE OF VERMONT
                                        Washington ........................ County S.S.

NOW COMES Richard C Kinerson ......................, affiant(s), being duly sworn and on oath,
                        (officer)

deposes and says he has probable cause to believe that ████████████████
                                                                    (defendant)

has committed the offense(s) of ...Simple Assault.................................., a violation of

.....Title 13..................................................., Vermont Statutes Annotated $ 1023 (a) (1)

2019 hours 03-25-81

On the above date and time this affiant received a written statement from one Mark Walker of Waitsfield Vermont which indicated he had been struck in the face twice by one ████████ of South Barre, Vermont.

Mark Walker advised that he has known ████████ for some time and described him as being 6ft3 in height and about 205 pounds in weight. In his statement, Mark Walker advised that he was struck the first time in the left eye at which time a ring was cut around his eye by his glasses. Mark Walker advised the second time he was struck in the mouth. Mark Walker advised that he had since spoken to Dr. Zonies of the Valley Dental in Waitsfield VErmont and found he had three chipped teeth. Mark Walker advised that this incident occured between midnight and 0200 on 03-25-81, at the Den parking lot in Waitsfield, Vermont.

This affiant observed that Mark Walker had a severe discoloration scar around his left eye.

This affiant requested Officer Ryan of Barre Town Police Department to respond to the ████████ residence in South Barre Vt and issue ████████ a citation for assault based on this officers investigation.

Subscribed and sworn to before me on

this 5th day of April 19 81

D W Madore
(Notary Public)    (Justice Officer)

OPS 200 20M

Richard C Kinerson
(Affiant)
5 April 1981
(date)

## McArthur, Earle

| | |
|---|---|
| From: | kimberli.ward@state.vt.us |
| Sent: | Monday, August 05, 2013 11:17 AM |
| To: | Records Center |
| Subject: | Record Request From Online Form |

Below is the result of your feedback form. It was submitted on Monday, August 5, 2013 at
11:17:22
--------------------------------------------------------------------------------

REQUEST ID: 20130805-111500

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 90

description: Docket #1075-9-82 Wncr / State vs. ███████ / Please send DDR  sheet and
affidavits

removed: No

Submit: Request Records

--------------------------------------------------------------------------------

F-11136

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

5

FELL-00003226

Form No. 94
Docket and Disposition Record

## STATE OF VERMONT
## DISTRICT COURT OF VERMONT

Defendant: _____ V.

Docket No. 1075-9-82 WNCR

| Last Name | First | M.I. | Unit No. 5 | Circuit Washington | DMV Use |

| Address | Scheduled Date of Appearance | Incident Offense No. |
| Box 234 5 | 9-20-82 | |

| City, State, Zip Code Barre, VT | Date of Birth 4-25-56 | Age 26 | Place of Birth Haverihill, Ma |

| Occupation Engineer | Operator's License No. 6040044C | Soc. Sec. No. 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 |

| Date of Offense 8-28-82 | Place of Offense Berlin | Date of Arrest/Citation 8-28-82 | Place of Arrest/Citation Berlin |

| Arresting Officer William Miller | Department VSP | ☐ Arrest ☒ Citation | ☐ Accident ☐ Property Damage | ☐ Injury |

| Name of Offense (DWI) | Count 1(a) | Title 23 V.S.A. | Section 1201(a)(2) | Felny Misd. XXX | Muni. Ord. | Code (VCIC) |

### RULE 5 HEARING

Date of Rule 5 Hg. 7-20-82

☒ Copy of Affidavit and Info. Provided to Defendant
☒ Probable Cause Found
☐ Continued for Plea

Date of Arraignment 9-20-82

Defendant Waives:
☒ 24 Hour Rule
☒ Reading of Info.
☐ Right to Counsel

### ARRAIGNMENT

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney:
☐ Pro Se
☒ Private
☐ Counsel Assigned
☐ Counsel Denied

Name of Judge
Name of Reporter Tape
Name of Defendant's Attorney O. VALSANGIAcomo, Jr
Name of Guardian Ad Litem

Date Failure to Appear
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

### BAIL / PRETRIAL

| Date Bail Set 9-20-82 | Amount | Date Discovery Order 9/20/82 |

☒ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☐ Conditions

Deposit
Date Bail Posted
Date Mitl-Lack of Bail

P/T Conference Set For
Jury Drawing Set For 10/13/82
Date Refusal Hg.

_(handwritten notes)_ BAC.20 ... guilty plea ... Per agreement - fine to be ... VERC ... ACC 1-3-83

### TRIAL

| Date Jury Drawn | Judge at Trial | ☐ T.G. ☐ T.G. Not |
| Date Trial Commenced | Reporter at Trial | Date |
| ☐ Trial by Jury | ☐ Trial by Court | ☐ Admitted by Deft ☐ Denied by S.A. |

| Amended to: Name of Offense | Title | Section V.S.A. | Felony | Misd. | Muni. Ord. | Code (VCIC) |

### DISPOSITION

Date 11-1-82

☐ Dismissed by S.A.
☐ Dismissed by Court
☐ Pre Sentence Ordered   Date
☐ Pre Sentence Waived

☒ Plea Guilty
☐ Plea Nolo
☒ Adjudication Guilty
☐ Transferred to Juvenile Court

☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver

Sentencing Set for

☒ Plea Agreement
Other Docket No(s).

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.
JUDGE _____

### SENTENCE

| Date Sentence Imposed 11/3/82 | Fine | Date Fine Paid in Full 5-16-83 | Date Fine Due 1-34-83 |

_(handwritten)_ $160 ord. 1-34-83  3-16-83 Collection Letter sent  5-10-83 A.O. Issued-Failed to Pay Fine

| | MINIMUM | MAXIMUM | ☐ Suspended ☐ On Probation |
| TERM | Years Months Days | Years Months Days | ☐ Deferred |
| | Years Months Days | Years Months Days | ☐ Diversion |
| Split to Serve | | | |

☐ Concurrent   To Docket Number(s)
☐ Consecutive

Restitution/Amount ☐ $

☐ Judgment Not Guilty   Signature of Judge
☒ Judgment Guilty _____   Date 11/3/82

| Date of Disposition 1-3-83 | ☐ Mittimus Date ☐ Probation Warrant | Disp. Report Sent Date 11/7/82 | Date of Appeal | Probation Discharge Date |

D.M.V. Use
18M 1/81

Signature of Clerk _____ Date 11/3/83

**AFFIDAVIT**                                        STATE OF VERMONT
                                                    Washington County S.S.

**NOW COMES** CPL William J. Miller, State Police , affiant(s), being duly sworn and on oath,
                        (officer)

**deposes and says** he has probable cause to believe that ▮▮▮▮▮▮▮▮
                                                                    (defendant)

**has committed the offense(s) of** Driving while intoxicated , a violation of

T23 ; Vermont Statutes Annotated $ 1201)a)

On 8-28-1982 at 0137 hours Middlesex State Police received a complaint of a vehicle traveling south on 1.S. 89 between exits 9 and 8, and that it appeared that the operator was intoxicated.

This officer was advised of the situation via radio communication and I immediately took a position located in a U-Turn near the exit seven area. The complainant had advised that the vehicle in question displayed Vermont registration 6881. At approx 0145 this officer observed the vehicle in question while south on 1.S. 89, make a exit at exit number seven. I immediately followed the vehicle in question and observed it swerve in the roadway several times and also observed it travel onto the shoulder of the highway several times. This officer stopped the vehicle on route sixty two in Berlin just east of the Berlin elementary school. This officer asked the operator for his driver"s license, which he produced identifying him as ▮▮▮▮▮▮ . He also told this officer that his name was ▮▮▮▮▮▮

A moderate aroma of a alcholic beverage could be detected from the breath of the defendant and it was observed that the whites of his eyes were bloodshot. This officer had the defendant walk a straight line and it was observed that he swayed and was unsure of his balance. He swayed also when standing still and his coordination was poor. This officer had the defendant blow his breath into a Alco-Sensor and a reading of .26% was obtained. After being advised of Miranda the defendant stated that he had been drinking gin and tonic in Burlington about one hour prior to being stopped.

The defendant was processed as a suspected DWI offender and he consented and gave a sample of his breath for testing. The sample has been sent to the State Lab. in Burlington for a Analysis.

The ▮▮▮ vehicle was a 1974 V.W. that displayed Vermont registration 6811.

Subscribed and sworn to before me on

this        day of             19

(Notary Public    Justice of the Peace)

(Affiant)

(date)



FELL-00003229

FELL-00003230



FELL-00003231



FELL-00003232

FELL-00003233

FELL-00003234

FELL-00003235