# EXHIBIT 332

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Name ████████████████████
Last          First          Middle Initial

Town/City of Residence    Granby

County of Residence    Essex

How long have you lived in Vermont?    50 yrs.  /  mos.

Years of education or highest degree obtained    12

Name of College

Major and minor fields

Are you employed?  ✓ Yes  ___ No

Your occupation or business    Hot Press opper.

If retired, your occupation before retirement

Employer's Name    Hitchner Man.
Address    Littleton NH

Describe your duties & responsibilities    I Heat treat Military parts for the Government

Do you supervise other employees?    No    How many?

How long have you worked for present employer?    2½ yrs

If less than 10 years, list earlier occupation and prior employers.    J.A. Mc Donald construction Burke Lumber Heavy equipment opperator Both

If unemployed, how long have you been unemployed?

Age    50
Place of Birth    St Johnsbury Vt

___ Single  ✓ Married  ___ Widowed
___ Separated or Divorced

Number and ages of children    2 children 30 yrs and 23 yrs

Have you been in the military?    No
If so, branch
Length of service
Highest rank obtained

Have you ever worked for the state or federal government?  ___ Yes  ✓ No
If so, please explain

Is your spouse employed?  ✓ Yes  ___ No

Spouse's occupation or business    Parts inspector
Spouse's Employer's Name    Hitchner Man.
Spouse's Employer's Address    Littleton NH
Spouse's duties and responsibilities    She inspects military parts & automotive parts
If spouse is retired, occupation before retirement

Are any of your children employed?  ✓ Yes  ___ No

What are their occupations?    My daughter is a cleaner, son is press opper

(Continued on Reverse)

200012595
201020901 - 1471

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes ✓ No
(b) Witness to a crime _____ Yes ✓ No
(c) Accused of a crime _____ Yes ✓ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes ✓ No
If so, please explain. _____
_____
_____

Have you ever served on a state or federal jury trial?
_____ Yes ✓ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

Estimated number of miles _ROUND-TRIP_ from your home to courthouse to which you are summoned __220 miles__

What do you do in your spare time (social activities, hobbies, etc.)? _Hunting, fishing camping, snow machining, Gardening,_

In what social or other organizations do you actively participate? _None_
_____
_____

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. _none_
_____
_____

Have you, or anyone close to you, been a plaintiff or a defendant in a _civil_ case?
_____ Yes ✓ No  If so, please explain.
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months:

_none_
_____
_____
_____

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign
Here ███████████████████

LF 229