# EXHIBIT 333



**State of Vermont**

**FILED**

VSARA 1078 US Rte 2 - Middlesex,
Montpelier, VT 05633-7701

JUL 2 0 2012

*Reference / Research Requisition Order*

VERMONT SUPERIOR COURT
ESSEX UNIT

| | | | |
|---|---|---|---|
| Requisition No: | 39471 | Requestor: | ANGELINA DESILE |
| Operator: | kwatters | Customer No: | JUD30 |
| Date Received: | 7/18/2012 8:12:52 | Status: | 0 |
| DateCompleted: | 7/18/2012 | Job Type: | 3-Media |
| Completed By: | kwatters | Online Reference No: | |
| | | Tracking No: | |
| Address: | 75 COURTHOUSE DRIVE ESSEX COUNTY COURTHOUSE GUILDHALL, VT 05905-0075 | Notes: | ████████████ |

| Certificate No. | Name On Certificate | Date Of Event | Item Number | Quantity | OrderItemPrice | Item Total |
|---|---|---|---|---|---|---|
| | Printout from Microfilm 8.5 x 11 | | 9100 | 60 | $0.50 | $30.00 |
| | Shipping and Handling | | 9160 | 3.1 | $1.00 | $3.10 |

|  |  |
|---|---|
| OrderTotal: | $33.10 |
| Amount Received: | $0.00 |
| Amount Due*: | ($33.10) |

* If the Amount Due is in parentheses, the amount due is owed to Reference/Research. Otherwise, it represents an amount to be refunded to the customer. No Refunds of $5.00 or less. (Please allow 6-8 weeks for processing)

$$\begin{array}{r} 33.10 \\ -\ 8.05 \\ \hline 25.05 \\ -18.50 \\ \hline \$\ 6.55 \end{array}$$  balance
due

If paying by check, please make check payable in U.S. funds to the Office of the Secretary of State. Send Payment in care of The Vermont State Archives and Records Administration 1078 US Route 2, Middlesex, Montpelier, VT 05633-7701. Thank You.

*Wednesday, July 18, 2012*

*Page 1 of 1*

FELL-00003502

AFFIDAVIT

STATE OF VERMONT
ESSEX County S.S.

NOW COMES RICHARD BENARD, affiant, being duly sworn and on oath, deposes and says he has probable cause to believe that ███████ has committed the offense ███████, a violation of Title 21, Vermont Statutes Annotated Sect:

My name is Richard Benard. As Wage Investigator for the Vt. Dept. of Labor & Industry, it is my duty to investigate claims and allegations of violations of Vermont's Wage and Labor Laws, under authority of Title 21 of the Vermont Statutes, as amended.

By wage claim to this department dated Aug 11, 1991, DARREL J. SEHERGREN II (Lunenburg, VT) alleged that he had been employed by ███████ (Granby, VT), and was due wages of $2655.00 for work done between June 1991 and August 1991. His rate of pay was $10.00 per hour and this represented 265 1/2 hours.

Correspondence with ███████ brought a call that he wished the investigator to contact him. On 11-05-91 I spoke by phone with ███████ about this claim. He advised that Settergren had worked and was paid by the job on the basis of $10.00 per hour, being paid on a sporadic basis.

███████ advised that he might owe Settergren, or Settergren might owe him.

When I asked how this could come about ███████ replied that he had obtained Worker's Compensation Insurance and Liability Insurance and had expected his employees to pay for these policies. He said that Settergren might have been due $1600.00 less the cost of this insurance.

███████ explained that he had not kept an accurate record of the hours worked by Settergren, as required by 21 V.S.A., as originally he had considered him a 'sub-contractor'; however he later found he could not do this and then considered him as an employee, but still had no documentation as to hours worked or amount of wages owed.

By certified letter dated December 4, 1991 and received on December 9, 1991, ███████ was ordered to pay $2875.00 to Mr. Settergren by January 2, 1992. This was the amount arrived at by Mr. Settergren after reviewing his records, and related to me in a sworn statement. This amount was accepted in that ███████ was found to be in violation of sections of 21 V.S.A. which require that true and accurate records be kept by employers of hours worked and wages paid their employees; no authorization for deduction for insurance was signed by Settergren; Worker's Compensation Insurance must be provided and paid for by the employer; each employee must be paid each week the wages earned to a date not more than six days previous.

To date these wages remain unpaid.

Subscribed and sworn to before me
on this 18th day of February 1992

........Letter L. Field........
Notary Public

_Richard Benard_
Richard Benard, Affiant

Date 02-18-92

| District Court Form No 349 Docket & Disposition Rpt | STATE OF VERMONT V. | DISTRICT COURT OF VERMONT | | | | 44-4-92 Ecr | | | |
|---|---|---|---|---|---|---|---|---|---|
| Defendant | | | | | | | | | |
| Last Name | First | | Unit No | Circuit | | Warrant Offense No | | | |
| | | | 3 | Essex | | | | | |
| Address | | | Scheduled Date of Appearance | | | DMV Use | | | |
| Shores Hill Road | | | 4-7-92 | | | | | | |
| City, State, Zip Code | | | Date of Birth | Age | Place of Birth | | | | |
| Granby, VT  05840 | | | | | | | | | |
| Date of Offense | Date of Arrest/Citation | Department | | Operator's License No | | State | ☐ Accident     ☐ Injury | | |
| 6-8 91 | | DLI | | | | | ☐ Property Damage | | |
| Name of Offense | | | Count | Title | Section | Felony | Misd | Muni | Code (VCIC) |
| Unlawful Insurance Payment | | | 1 of 3 | 21 | V.S.A. 699 | | x | Ord | |

## INFORMATION BY STATE'S ATTORNEY

State of Vermont              Essex                              County, SS.

BY THE AUTHORITY OF THE STATE OF VERMONT,  Susan A. Davis

State's Attorney for said County, upon oath of office, charges:

That      ▮▮▮▮▮▮▮▮▮▮▮    of    Granby, VT

at    Granby, VT         in this County and Territorial Unit

on    June thru August, 1991

         WAS THEN AND THERE and employer who made deductions from the wages of an employee, Darrel Settergren II, for the purpose of paying the cost of Worker's Compensation Insurance, in violation of 21 VSA §699

PENALTY: NMT $500.

and against the peace and dignity of the State

Dated.   4-7-92.

                                   _____
                                        State's Attorney

                                 Susan A. Davis

This information has been presented to me and I have found probable cause, this _____ day of _April, 1992_

                                     _____
                                        District Judge

20M 9/86                               COURT

FELL-00003504

| District Court Form No. 349 Docket & Disposition Rpt | STATE OF VERMONT V. | | DISTRICT COURT OF VERMONT | | | | 44-4-92 Ecr | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defendant | | | | | | | | | | |
| Last Name | First | | Unit No. | Circuit | | and Offense No | | | | |
| | | | 3 | Essex | | | | | | |
| Address | | | Scheduled Date of Appearance | | | DMV Use | | | | |
| Shores Hill Road | | | 4-7-92 | | | | | | | |
| City, State, Zip Code | | | Date of Birth | | Age | Place of Birth | | | | |
| Granby, VT   05840 | | | | | | | | | | |
| Date of Offense | Date of Arrest/Citation | Department | | Operator's License No | | | State | ☐ Accident ☐ Property Damage | | ☐ Injury |
| 6-8  91 | | DLI | | | | | | | | |
| Name of Offense | | | Count | Title | | Section | Felony | Misd | Mun | Code (VCIC) |
| Unlawful Insurance Payment | | | 1 of 3 | 21 | V.S.A. | 699 | | X | Ord | |

## INFORMATION BY STATE'S ATTORNEY

State of Vermont          Essex                    County, SS.

BY THE AUTHORITY OF THE STATE OF VERMONT,   Susan A. Davis

State's Attorney for said County, upon oath of office, charges:

That ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          of      Granby, VT

at      Granby, VT                 in this County and Territorial Unit

on      June thru August, 1991

WAS THEN AND THERE and employer who made deductions f  m the wages of an employee, Darrel Settergren II, for the purpose of paying the cost of Worker's Compensation Insurance, in violation of 21 VS. §699

PENALTY: NMT $500.

and against the peace and dignity of the State.

Dated:
     4-2-92

_____
State's Attorney
Susan A. Davis

This information has been presented to me and I have found probable cause, this ⸺ day of ⸺, 992

_____
District Judge

JOM 9/86                              COURT

FELL-00003505

| District Court Form No. 349 Docket & Disposition Rpt. | STATE OF VERMONT v. | DISTRICT COURT OF VERMONT | | t No. 44-4-92 Ecr | | | |
|---|---|---|---|---|---|---|---|

**Defendant**

| Last Name | First | | Unit No. | Circuit | | t Offense No | |
|---|---|---|---|---|---|---|---|
| | | | 3 | Essex | | | |
| Address | | | Scheduled Date of Appearance | | DUV Use | | |
| Shores Hill Road | | | 4-7-92 | | | | |

| City, State, Zip Code | | | Date of Birth | | Age | Place of Birth | |
|---|---|---|---|---|---|---|---|
| Granby, VT    05840 | | | | | | | |

| Date of Offense | Date of Arrest/Citation | Department | Operator's License No | | State | ☐ Accident  ☐ Property Damage | ☐ Injury |
|---|---|---|---|---|---|---|---|
| 6-8  91 | | DLI | | | | | |

| Name of Offense | Count | Title | Section | Felony | Misd | Muni | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| FAILURE TO KEEP RECORDS | 3 of 3 | 21 | V.S.A. 393  394 (c) | | X | Ord | |

## INFORMATION BY STATE'S ATTORNEY

State of Vermont    Essex    County, SS.

BY THE AUTHORITY OF THE STATE OF VERMONT,    Susan A. Davis

State's Attorney for said County, upon oath of office, charges:

That ▮▮▮▮▮▮▮▮ of Granby, VT

at    Granby, VT    in this County and Territorial Unit

on    June through August, 1991

WAS THEN AND THERE an employer subject to the provision of TITLE 21, Chapter 5, Subchapter 3, who failed to keep a true and accurate record of the hours worked by an employee, Darrell Settergren II, and of the wages paid to said employee, violation of 21 VSA § 393, 394 (c) 393.

PENALTY: NMT $100.00.

and against the peace and dignity of the State.

Dated:
4-2-92

State's Attorney
Susan A . Davis

This Information has been presented to me and I have found probable cause, this 7 od day of october 1992

District Judge

30M 9/86

COURT

FELL-00003506

STATE OF VERMONT
ESSEX COUNTY, SS.

| | | Offense: Unlawful Insurance Payment |
|---|---|---|
| State vs. | | Failure to Keep Records |
| [redacted] | Unit III<br>Essex Circuit | Docket #:<br>44-4-92Ecr |

## PRE-TRIAL DISCOVERY ORDER
### (MISDEMEANORS)

It is hereby ORDERED that, no later than 7 days from the date of arraignment the State's Attorney shall:

1. Disclose to the defendant the names and addresses of all witnesses presently known to him, and permit the defendant to inspect and copy or photograph the written and/or recorded statements of such witnesses which may be within the prosecutor's possession or control;

2. Disclose to the defendant and permit him/her to inspect and copy or photograph all materials or information within the prosecutor's possession, custody or control that is subject to V.R.C.P. 16 (a) (2);

3. Disclose to defendant any and all collateral or exculpatory information as contemplated by V.R.C.P. 16 (B) and (c);

4. Provide record checks of any witness to the defendant.

It is further ORDERED that the defendant shall furnish to the prosecutor any and all reports or statements as contemplated by V.R.C.P. 16.1 (c), that the defendant disclose to the prosecutor no later than 10 days from the date of arraignment a list of witnesses to be called at trial and their addresses, and notice and information required by V.R.C.P. 12.1 within 30 days of arraignment.

ALL PRE-TRIAL MOTIONS ARE TO BE FILED NO LATER THAN 30 DAYS FROM THE DATE OF ARRAIGN-MENT. Motions are to be accompanied by a concise statement of facts and the law relied on. Any party opposed to the granting of a motion shall file a memorandum of opposition not more than 10 days after service of the motion, unless otherwise ordered by the Court.

All depositions by agreement per V.R.C.P. 15 (e) (4) shall be completed within 30 days of arraignment. Any motions for permission to take depositions must be filed within 30 days of arraignment and contain sufficient facts to constitute good cause per V.R.C.P. 15 (e) (4), which must include a showing that opposing counsel has not agreed to the deposition.

Generally, status conferences will not be held in misdemeanor cases. Absent the timely filing of motions, cases will be placed on the next available docket call, jury draw list after 30 days from arraignment.

Deadlines will not be extended absent the granting of written requests to extend, for good cause filed prior to the deadlines.

Date: 4/7/92

_____
Presiding Judge

cc:
_✓_ State's Attorney
____ Public Defender
____ Counsel for Defendant
_✓_ Defendant

FELL-00003507

Form No. 404
Notice of Hearing
Essex Circuit

**District Court of Vermont**
**Unit No. 3, Essex Circuit**
**and**
**Superior Court of Vermont**
**County of Essex**
**Essex County Courthouse**
**P.O. Box 75**
**Guildhall, VT 05905**
**(802) 676-3910**

Date:
4-24-92

To:

Shores Hill Road
Granby, Vt. 05840

Re:

| Defendant | | Docket No. | 44-4-92Ecr |

State V.

| Plaintiff | VS. | Defendant | |

In re:

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

| Date | | Time | | AT | Essex County Courthouse |
| May 5, 1992 | AT | 8:30 a. M | | | Guildhall |

for the following:

_____ Status Conference                    XXX Arraignment

_____ Motion to Suppress                    _____ Refusal Hearing

_____ Motion to Dismiss                      _____ Plea Change

_____ Motion to Dismiss for Lack of a      _____ Review of Sentence
          Prima Facie Case
                                                        _____ Pretrial Conference

_____ Hearing on all motions                _____ Show Cause Hearing

_____ Sentencing                               _____ Hearing on Attorney's Fees

_____ Violation of Probation Hearing     _____ Hearing on Assessment of Damages

_____ Other:                                      _____ Trial by Court. You must be present with
                                                               documentary evidence and witnesses pre-
                                                               pared to proceed.

cc:  _____ Plaintiff's Attorney                _____ Temporary Hearing
     XXX State's Attorney  Susan A. Davis, Esq.
     _____ Public Defender                     _____ Final Hearing
     _____ Defendant's Attorney
     _____ Dept. of Probation & Parole       _____ All parties must be present.
     _____ Dept. of SRS
     _____ Guardian Ad Litem
     _____ Other:

District Court Clerk/~~~~~~~~~~~~~~~~~~

R-1M 8/89 Quad Set 25 per pad

FELL-00003508

Form No. 344

**STATE OF VERMONT**
**CONDITIONS OF RELEASE ORDER**

Docket Number  4H-492Eck

| D.O.B. | Unit | Circuit | Offense |
|---|---|---|---|
| 1/30/55 | 3 | Essex | 4 IP  Folog |

The Court has determined that future appearance(s) of the defendant will not be reasonably assured by his/her release on personal recognizance or execution of an unsecured appearance bond alone; and that the release of the defendant will constitute a danger to the public. It is therefore ordered that the defendant be released upon the following marked conditions:

1. ☑ THE DEFENDANT SHALL PERSONALLY APPEAR IN COURT AS REQUIRED BY NOTICE TO THE DEFENDANT OR DEFENDANT'S ATTORNEY, OR BE IN VIOLATION OF THIS ORDER.

2. ☑ Defendant shall let his/her attorney or the court clerk know where s/he is at all times, and a telephone number and address where s/he may be reached.

3. ☑ Defendant shall not be charged with, and have probable cause found for, a felony, a crime against a person, or an offense like the offense s/he is now charged with.

4. ☐ Defendant is released into the custody of

5. ☐ Defendant shall report to

6. ☐ Defendant shall reside in _____ County and shall not travel outside of that County without written permission from this Court.

7. ☐ Defendant shall not operate a motor vehicle.

8. ☐ Defendant shall not operate a motor vehicle unless legally authorized to do so, and in possession of a valid motor vehicle operator's license.

9. ☐ Defendant shall execute an appearance bond in the amount of $ _____ , and deposit 10% of this amount in cash.

10. ☐ Defendant shall execute a bail bond with sufficient sureties, or deposit cash in the amount of $ _____ .

11. ☐ Defendant shall observe the following curfew conditions:

12. ☐ Defendant shall not purchase, possess, or consume any alcoholic beverages.

13. ☐ Defendant shall not purchase, possess, or use any firearms.

14. ☐ Defendant shall not associate with _____ nor personally contact, harass, or cause to be harassed _____

15. ☐ Defendant shall appear in the District Court named above on _____ at _____ .

16. ☐ Defendant shall be subject to arrest without warrant pursuant to V.R.Cr.P.3(a)(b) if s/he does not appear as directed in Condition(s) No. _____ without just cause.

17. ☐ The following additional conditions are imposed on the defendant:

By Order of the Court:                    (Please see additional information on the back)

| Presiding Judge/Clerk | Date |
|---|---|
| Cilia, 7w Cheers | 5/5/92 |

I have received a copy of this order. I have read it. I understand it.

| Defendant | Date |
|---|---|
| | |

1st Copy - Court        2nd Copy - Defendant        3rd Copy - State's Atty.        4th Copy - Arresting Dept.

FELL-00003509

Form No. 404
Notice of Hearing
Essex Circuit

**District Court of Vermont**
**Unit No. 3, Essex Circuit**
**and**
**Superior Court of Vermont**
**County of Essex**
**Essex County Courthouse**
**P.O. Box 75**
**Guildhall, VT 05905**
**(802) 676-3910**

| Date |
| --- |
| 7-22-92 |

To:

Richard Davis, Esq.
P.O. Box 666
Barre, Vt. 05641

| Re: | Defendant | | Docket No. |
| --- | --- | --- | --- |
| State V. | ███████ | | 44-4-92Ecr |
| In re: | Plaintiff | VS. | Defendant |

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

| Date | | Time | | | AT | Essex County Courthouse |
| --- | --- | --- | --- | --- | --- | --- |
| August 4, 1992 | AT | 2:00 p. M | | | | Guildhall |

for the following:

____ Status Conference        ____ Arraignment

____ Motion to Suppress       ____ Refusal Hearing

____ Motion to Dismiss        ____ Plea Change

____ Motion to Dismiss for Lack of a    ____ Review of Sentence
      Prima Facie Case         ____ Pretrial Conference

____ Hearing on all motions      ____ Show Cause Hearing

____ Sentencing             ____ Hearing on Attorney's Fees

____ Violation of Probation Hearing   ____ Hearing on Assessment of Damages

XX Other:   Docket Call       ____ Trial by Court, You must be present w
                                  documentary evidence and witnesses
                                  pared to proceed.

cc: ____ Plaintiff's Attorney       ____ Temporary Hearing
XX State's Attorney
____ Public Defender          ____ Final Hearing
____ Defendant's Attorney
____ Dept. of Probation & Parole   ____ All parties must be present.
____ Dept. of SRS
____ Guardian Ad Litem
____ Other:

| District Court Clerk/Superior Court Clerk |
| --- |
| _Angie Hast_ |

R. 1M 8/89 Quad Set 25 per pad

FELL-00003510

Form No. 404
Notice of Hearing
Essex Circuit.

**District Court of Vermont**
**Unit No. 3, Essex Circuit**
and
**Superior Court of Vermont**
**County of Essex**
**Essex County Courthouse**
**P.O. Box 75**
**Guildhall, VT 05905**
**(802) 676-3910**

| Date |
| --- |
| Aug. 18, 1992 |

To:

Richard Davis, Esq. (Sr.)
P.O. Box 666
Barre, Vt. 05641

Re:

State V.

In re:

| Defendant | | Docket No. |
| --- | --- | --- |
| | | 44-4-92Ecr |
| | | Defendant |
| Plaintiff | VS. | |

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

| Date | | Time | | AT | Essex County Courthouse |
| --- | --- | --- | --- | --- | --- |
| Sept. 1, 1992 | AT | 2:00 p. M | | | Guildhall |

for the following:

\_\_\_ Status Conference

\_\_\_ Motion to Suppress

\_\_\_ Motion to Dismiss

\_\_\_ Motion to Dismiss for Lack of a
Prima Facie Case

\_\_\_ Hearing on all motions

\_\_\_ Sentencing

\_\_\_ Violation of Probation Hearing

**XX** Other:    Docket Call

\_\_\_ Arraignment

\_\_\_ Refusal Hearing

\_\_\_ Plea Change

\_\_\_ Review of Sentence

\_\_\_ Pretrial Conference

\_\_\_ Show Cause Hearing

\_\_\_ Hearing on Attorney's Fees

\_\_\_ Hearing on Assessment of Damages

\_\_\_ Trial by Court. You must be present with
documentary evidence and witnesses pre-
pared to proceed.

\_\_\_ Temporary Hearing

\_\_\_ Final Hearing

\_\_\_ All parties must be present.

cc: \_\_\_ Plaintiff's Attorney
**XX** State's Attorney    Susan Davis
\_\_\_ Public Defender
\_\_\_ Defendant's Attorney
\_\_\_ Dept. of Probation & Parole
\_\_\_ Dept. of SRS
\_\_\_ Guardian Ad Litem
\_\_\_ Other:

| District Court Clerk/Superior Court Clerk |
| --- |
| |

R-TM 8/89 Guild Int 25 per pad

FELL-00003511

# Richard E. Davis Associates, Inc.

### Attorneys at Law

**Richard E. Davis**

**Edwin W. Free, Jr.**

**Richard E. Davis, Jr.**

Box 666
Barre, Vermont 05641
802-476-3123

September 16, 1992

Ellen Ramsdell, Clerk
District Court of Vermont
Unit #3, Essex Circuit
Essex County Courthouse
Guildhall, VT 05905

RE: State of Vermont v. ███████████
    Docket No. 44-4-92 ECR

Dear Ellen:

Enclosed please find Defendant's Witness List, for filing with the Court in the above matter.

Cordially yours,

RICHARD E. DAVIS, ESQ.

RED:tlt

Enclosure

cc: Susan A. Davis, Esq.
    Essex County State's Attorney



FILED
SEP 1 7 1992
ESSEX DISTRICT COURT
BY _____
CLERK/DEPUTY CLERK

FELL-00003512

STATE OF VERMONT

ESSEX COUNTY, ss.

STATE OF VERMONT

-v-

[REDACTED]

    \*    DISTRICT COURT OF VERMONT
    \*    UNIT #3, ESSEX CIRCUIT
    \*    DOCKET NO. 44-4-92 EcR
    \*
    \*

## DEFENDANT'S WITNESS LIST

Defendant will call the following witnesses in his defense:

Kenneth Powers of Lunenberg, Vermont;

Michael Seguin of Lunenberg, Vermont;

Hope Goodwin of Lunenberg, Vermont;

Kenneth Sayles of Lunenberg, Vermont;

Kathy Hodgdon of Granby, Vermont; and

Frederick Hodgdon, Sr. of Granby, Vermont.

Dated at Barre, Vermont this 16th day of September, 1992.

[REDACTED]

BY _____
    RICHARD E. DAVIS, ESQ.
    His Attorney

cc:    Susan A. Davis, Esq.
    Essex County State's Attorney

RICHARD E. DAVIS
ASSOCIATES, INC.
P.O. BOX 666
BARRE, VERMONT 05641
802-476-3153



FILED
SEP 1 7 1992
ESSEX DISTRICT COURT
BY _____
CLERK/DEPUTY CLERK

Form No. 404
Notice of Hearing
Essex Circuit

District Court of Vermont
Unit No. 3, Essex Circuit
and
Superior Court of Vermont
County of Essex
Essex County Courthouse
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910

| Date |
| --- |
| 11-16-92 |

To:     Richard E. Davis, Esq.
        P.O. Box 666
        Barre, Vt. 05641

Re:

| Defendant | | Docket No. |
| --- | --- | --- |
| | | 4484-92Ecr |

State V.

| | VS. | Defendant |
| --- | --- | --- |

In re:     Plaintiff

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

| Date | | Time | | | AT | Essex County Courthouse |
| --- | --- | --- | --- | --- | --- | --- |
| December 2, 1992 | AT | 9:30 a.m. M | | | | Guildhall |

for the following:

____ Status Conference

____ Motion to Suppress

____ Motion to Dismiss

____ Motion to Dismiss for Lack of a Prima Facie Case

____ Hearing on all motions

____ Sentencing

____ Violation of Probation Hearing

____ Other:

____ Arraignment

____ Refusal Hearing

____ Plea Change

____ Review of Sentence

____ Pretrial Conference

____ Show Cause Hearing

____ Hearing on Attorney's Fees

____ Hearing on Assessment of Damages

XXX Trial by Court. You must be present with documentary evidence and witnesses prepared to proceed.

____ Temporary Hearing

____ Final Hearing

____ All parties must be present.

cc: ___ Plaintiff's Attorney
XX State's Attorney
____ Public Defender
____ Defendant's Attorney
____ Dept. of Probation & Parole
____ Dept. of SRS
____ Guardian Ad Litem
____ Other:

| District Court Clerk/Superior Court Clerk |
| --- |
| |

R 1M 8/59 Quad Set 25 per pad

FELL-00003514

Form No. 404
Notice of Hearing
Essex Circuit

**District Court of Vermont**
**Unit No. 3, Essex Circuit**
and
**Superior Court of Vermont**
**County of Essex**
**Essex County Courthouse**
**P.O. Box 75**
**Guildhall, VT 05905**
**(802) 676-3910**

| Date |
|---|
| 7-16-93 |

To:

Richard Davis, Esq.
P.O. Box 666
Barre, Vt. 05641

Re:

| Defendant | | Docket No. |
|---|---|---|
| | | 44-4-92Ecr |

State V.

| | | | |
|---|---|---|---|
| Plaintiff | | Defendant | |

In re:                                                VS.

### NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

| Date | | Time | | | Essex County Courthouse |
|---|---|---|---|---|---|
| August 3, 1993 | AT | 3:45 p.m.  M | AT | | Guildhall |

for the following:

___ Status Conference
___ Motion to Suppress
___ Motion to Dismiss
___ Motion to Dismiss for Lack of a Prima Facie Case
___ Hearing on all motions
___ Sentencing
___ Violation of Probation Hearing
XX Other: Docket Call

___ Arraignment
___ Refusal Hearing
___ Plea Change
___ Review of Sentence
___ Pretrial Conference
___ Show Cause Hearing
___ Hearing on Attorney's Fees
___ Hearing on Assessment of Damages
___ Trial by Court. You must be present with documentary evidence and witnesses prepared to proceed.
___ Temporary Hearing
___ Final Hearing
___ All parties must be present.

cc: ___ Plaintiff's Attorney
XXX State's Attorney  Susan A. Davis, Esq.
___ Public Defender
___ Defendant's Attorney
___ Dept. of Probation & Parole
___ Dept. of SRS
___ Guardian Ad Litem
___ Other:

| District Court Clerk/Superior Court Clerk |
|---|
| *Angellina Hott* |

R 1M 8/89 Quad Set 25 per pad

FELL-00003515

Form Number 368
Motion Reaction Form

Hold for memo until: _____

## STATE OF VERMONT

| ☒ DISTRICT COURT OF VERMONT<br>☐ SUPERIOR COURT OF VERMONT | Unit No. 3 | Circuit/County Essex | Docket Number<br>44-4-92Ecr |

_____State of Vermont_____ V. ███████████ _____

## ENTRY REGARDING MOTION

Title of Motion:  Motion to Withdraw _____

Date Motion Filed:  August 10, 1993 _____

Party Filing Motion:

    ☐  Plaintiff/State _____

    ☒  Defendant Richard E. Davis, Jr. _____

    ☐  Other _____

Date Response Filed: _____

X  Granted     ("NONE" If None Filed )

            Compliance by _____

_____ Denied

_____ Scheduled for hearing on: _____ at _____ ; Time Allotted _____
                     (Date)          (Time)

_____ Other

_M. Kathleen Maula_____    _____    _____    8/23/93
Presiding Judge           Assistant Judge        Assistant Judge        Date

Acting

Date copies sent to:

Plaintiff/State  Susan Davis

Defense  Davis's Office

Other  _____

Clerk's Initials  CB _____

R2/87

FELL-00003516

# Davis Associates, P.C.
## Attorneys at Law

Richard E. Davis

Richard E. Davis, Jr.

Jeffery E. Tobin

Donna L. Reader

Box 666
Barre, Vermont 05641
802-476-3123
FAX 479-9590

August 9, 1993

Ellen Ramsdell, Clerk
District Court of Vermont
Unit #3, Essex Circuit
Essex County Courthouse
Guildhall, VT 05905

RE:   State of Vermont v. █████████
      Docket No. 44-4-92 Ecr

Dear Ellen:

Enclosed please find our firm's Motion to Withdraw with regard to the above matter. Would you kindly bring this to the Court's attention at your earliest convenience.

Cordially yours,

RICHARD E. DAVIS, JR., ESQ.

RED, JR.:tlt

Enclosure

cc:   Susan A. Davis, Esq.
      Essex County State's Attorney

      ████████████
      Shores Hill Road
      Granby, VT 05840





FELL-00003517

STATE OF VERMONT

ESSEX COUNTY, ss.

STATE OF VERMONT

-v-

[REDACTED]

      *    DISTRICT COURT OF VERMONT
      *    UNIT #3, ESSEX CIRCUIT
      *    DOCKET NO. 44-4-92Ecr
      *
      *

## MOTION TO WITHDRAW

NOW COMES the undersigned, counsel for defendant, and hereby moves this Honorable Court for leave to withdraw. Richard E. Davis, Sr., was counsel of record for defendant and as a result of his death, defendant has decided to retain more local counsel to represent his interests in this matter.

Dated at Barre, Vermont this 9th day of August, 1993.

FREDERICK HODGDON

BY _____
RICHARD E. DAVIS ASSOCIATES, INC.

cc:    Susan Davis, Esq.
       Essex County State's Attorney

[REDACTED]
Shores Hill Road
Granby, VT 05840

FILED
AUG 1 0 1993
ESSEX DISTRICT COURT
BY _____
CLERK/DEPUTY CLERK

RICHARD E. DAVIS
ASSOCIATES, INC.
P.O. BOX 666
BARRE, VERMONT 05641
802-476-3182

FELL-00003518

Form No. 404
Notice of Hearing
Essex Circuit

District Court of Vermont
Unit No. 3, Essex Circuit
and
Superior Court of Vermont
County of Essex
Essex County Courthouse
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910

Date  8-24-93

To:  ▓▓▓▓▓▓▓▓▓
Shores Hill Road
Granby, Vt. 05840

Re:  | Defendant | | Docket No. 44-4-92Ecr |

State V.  | ▓▓▓▓▓▓▓ Plaintiff | | VS. | Defendant |

In re:

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

Date  September 7, 1993  AT  Time  3:00 p.m. M  AT  Essex Cou..  Court ouse  Guildhall

for the following:

- xxx Status Conference
- ___ Motion to Suppress
- ___ Motion to Dismiss
- ___ Motion to Dismiss for Lack of a Prima Facie Case
- ___ Hearing on all motions.
- ___ Sentencing
- ___ Violation of Probation Hearing
- ___ Other:

- ___ Arraignment
- ___ Refusal Hearing
- ___ Plea Change
- ___ Review of Sentence
- ___ Pretrial Conference
- ___ Show Cause Hearing
- ___ Hearing on Attorney's Fees
- ___ Hearing on Assessment of Damages
- ___ Trial by Court. You must be present with documentary evidence and witnesses prepared to proceed.
- ___ Temporary Hearing
- ___ Final Hearing
- ___ All parties must be present.

cc: ___ Plaintiff's Attorney
xx State's Attorney  Susan A. Davis, Esq.
___ Public Defender
___ Defendant's Attorney
___ Dept. of Probation & Parole
___ Dept. of SRS
___ Guardian Ad Litem
___ Other:

District Court Clerk/Superior Court Clerk VT
▓▓▓▓▓▓▓▓▓▓▓▓

R. 1M.6/89 Quad Set 25 per pad

FELL-00003519

## APPLICATION

Form 226 Cr    Application for Public Defender Services

| State of Vermont | Court: District | Unit No. 3 | Circuit/County: Essex | Type of Case: F M MCr A | Docket Number: 44-4-92Ecr |
|---|---|---|---|---|---|

| | Date of Birth: Jan/30/55 | Social Security Number: 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 | Driver's License Number: 328-3001 |
|---|---|---|---|
| Felker Road | City, State, Zip Code: Granby Vt 05840 | Telephone Number (Evening): 802 328-3009 |

| Name(s) of Dependents (People You Support) | Relationship | Total Number of Dependents (Including Applicant): 3 | **IMPORTANT** | Yes | No |
|---|---|---|---|---|---|
| | | | Are you married? | | |
| | | | Do you receive welfare aid? | | ✓ |
| | | | Are you now on Probation or Parole? | | ✓ |

### Income

| | Previous 30 Days Applicant | Spouse | Previous 12 Months Applicant | Spouse |
|---|---|---|---|---|
| Gross Income from Wages | $1200 | $ 0 | $5000 | $ 0 |
| Business Income less Expenses | | | | |
| Unemployment Comp. | | | | |
| Child Support | | | | |
| Welfare Aid * | | | | |
| Other Income ** | | | | |
| **Total** | $ | $ | $ A | $ B |

**TOTAL ANNUAL INCOME** (A+B) $ 5000

* "Welfare Aid" could include: ANFC, SSI, and General Assistance
** "Other" could include Disability Insurance and Social Security

| Applicant's Employer: Name & Address | Spouse's Employer: Name & Address |
|---|---|
| | |

### Assets

Real Estate Owned: Location: Home

Fair Market Value: $57000 | Outstanding Mortgage(s): $8000 | Net Worth: $57,000

Motor Vehicles, Motorcycles, All Terrain Vehicles, Boats

| Year/Make/Model | Amount Owed | Net Worth |
|---|---|---|
| Land cruiser | $ 0 | $ 300 |
| | $ | $ |

| Cash on Hand | | $ 0 |
|---|---|---|
| Checking Account(s): Name of Bank and Account # | | $ 3.00 |
| Savings Account: Name of Bank and Account # | | $ 0 |
| Other | | $ 0 |
| Other | | $ 0 |

**TOTAL ASSETS** . $ 59,305

### Monthly Expenses

| | |
|---|---|
| Property Tax | $ 448 |
| Rent | |
| Utilities/Fuel | 900 |
| Food | 95 |
| Clothing | 100 |
| Medical | |
| Child Support | 50 |
| Insurance: | |
| Home | 35 |
| Health | 300 |
| Auto | 90 |
| Life | 16 |
| Loan Payments: | |
| Motor Vehicles | |
| Home Mortgage | 302 |
| Other | |
| Other Expenses: | 850 |

2100 00

Before 2500.00

**TOTAL EXPENSES** $ 2086

---

**Request for Assignment of a Lawyer**

I request the Court to assign a lawyer to represent me in this case. I further ask that all necessary costs and expenses for legal services, as allowed by the Court, be paid by the State of Vermont. I make the above answers UNDER PENALTY OF PERJURY.

Signature of Applicant _____  Date _____

**Notice to Applicant**

If you do not receive public assistance but you do qualify for the public defender, the judge may order you to pay all or part of the state's co. t of providing the public defender. If you feel you do not have the ability to pay the amount ordered or if the circumstances of your case make the amount inappropriate, you may ask the Court to reduce it.

The above individual personally appeared before me and made oath to the truth of the above matters.

Notary Public: _Valerie M Fox_  Date 9/7/93

### FINDINGS AND ORDER

___ 1. The Applicant is Not a Financially Needy Person in that the applicant does have sufficient liquid assets, sufficient non-liquid assets which would provide collateral to borrow money, or sufficient income in excess of basic expenses to retain private counsel.

_X_ 2. The Applicant is a Financially Needy Person in that the applicant does not have sufficient liquid assets, sufficient non-liquid assets which would provide collateral to borrow money, or sufficient income in excess of basic expenses to retain private counsel.

If counsel is assigned to represent the applicant:
___ a. The applicant is ordered to pay a total of $ 0 for the services of counsel assigned by the Court.

___ b. The applicant is ordered to pay $ _____ as a down payment ("co-payment").

The applicant is ordered to pay the balance of the total payment ("reimbursement") to the Clerk of the Court within 60 days of the date of this Order. Any amount due 60 days from now will be sent to the VT Tax Department for tax offset and collection.

After reviewing the State's Attorney's information and the law enforcement officer's affidavit, the Court finds:

___ 3. the applicant has been charged with a serious offense.

___ 4. the applicant has **NOT** been charged with a serious offense in that:

___ a. The maximum penalty for the offense for which the applicant is charged does not include the possibility of a jail sentence or a fine in excess of $1,000.00.

___ b. The Court has determined at arraignment, and stated on the record, that if the applicant is convicted, the Court will not sentence the applicant to a period of imprisonment or fine the applicant more than $1,000.00.

_X_ In that the applicant is financially needy and has been charged with a serious offense, an attorney is assigned to represent the applicant as soon as any co-payment is paid to the court clerk. COUNSEL ASSIGNED.

___ COUNSEL DENIED.

| Court Clerk/Judicial Officer: _Angelina Platt_ | Date 9/7/93 | Judge: _M. Kathleen Manley_ | Date 9/7/93 |
|---|---|---|---|

**Notice to Applicant:** You are advised that you have the right to have the clerk's determination of financial need reviewed by the presiding judge and the right to have the court clerk's determination of the amount of the payment order reconsidered by the court clerk; you also have the right, after you have requested a review or reconsideration, to appeal both determinations to a Supreme Court Justice. You may do so by contacting the Clerk of the Supreme Court by telephone (828-3278) or by sending a letter to:

109 State St., Montpelier, VT 05609-0701.

Form 9/17/93    Distribution: Court, Defendant, Attorney Assigned, State's Attorney

FELL-00003520

Form 35BW- PD Worksheet

# WORKSHEET TO DETERMINE FINANCIAL NEED
### (Based on Information from PD Application)

| Name of Applicant | Reviewed By | Docket Number |
|---|---|---|
| | | |

**PART I.** Does the applicant have sufficient non-liquid assets ( i.e. a house, real estate, boat, automobile) which would provide collateral to borrow enough money to retain private counsel (see chart on average private attorney fee in Part II. #2 below)? _____ Yes _____ No
If "Yes," Applicant is NOT "NEEDY;" Check "No" in Part III. below.    If "No," proceed to Part II.

**PART II.  # 1. Income and Necessary Expenses**

A = Current Monthly Income (based on previous 30 days) $ 1,200.00

minus

B = Current Monthly Expenses to Meet Basic Needs $ 2,086.50

equals

C = $ - 886.00

D = 1/5  Average Private Attorney Fee
- Homicide and Matters which may result in Life Imprisonment $ 5,000.00
- Major Felony * and Petitions for TPR  1,000.00
- Minor Felony and Juvenile Matters  400.00
- Misdemeanor and Misc. Criminal  200.00

Is C greater than D?  ☐ Yes    If "Yes," Applicant is NOT "NEEDY." Check "No" in Part III. below.
☒ No    If "No," Applicant may be "NEEDY."  Proceed to Part II. # 2.

**# 2. Liquid Assets**

E = Liquid Assets (Cash On Hand, Checking, Savings, etc.) $ 0.00

F = Average Private Attorney Fee
- Homicide and Matters which may result in Life Imprisonment $ 25,000.00
- Major Felony * and Petitions for TPR  5,000.00
- Minor Felony and Juvenile Matters  2,000.00
- Misdemeanor and Misc. Criminal  1,000.00

Is E greater than F?  ☒ Yes    ☒ No

If "Yes," Applicant is NOT "NEEDY." Check "No" in Part III. below.

If "No," Applicant may be "NEEDY." Proceed to Part II. # 3.

**# 3. Income/Expenses and Assets**

Income Minus Expenses Over 5 Months (5 times C) = $ _____

plus

Liquid Assets = E = $ _____

equals

Money Available to pay Private Attorney over the next 5 - 6 months = G = $ 4,995.00

Is G greater than F?  ☐ Yes    ☒ No
If "Yes," Applicant is NOT "NEEDY." Check "No" in Part III. below.

If "No," Applicant is  "NEEDY."

If the answers to Part I. and the 3 questions in Part II. are all "No," Applicant is "Needy."

**III.    1.** Based on the above, is Applicant "Financially Needy?"  ____ YES    ____ NO

**2. Payment:**
TOTAL INCOME (Over Previous 12 months):    $ _____

TOTAL NUMBER OF DEPENDENTS (Including Applicant)    _____

TOTAL PAYMENT  $ _____    DOWN PAYMENT  $ _____

**ADDITIONAL INFORMATION/COMMENTS:**

lsmc 6/27/93

Form No. 404
Notice of Hearing
Essex Circuit

District Court of Vermont
Unit No. 3, Essex Circuit.
and
Superior Court of Vermont
County of Essex
Essex County Courthouse
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910

Date 12-17-93

To: David Williams, Esq.
65 Railroad Street
St. Johnsbury, Vt. 05819

Re:
State V.
In re:

| Defendant | | Docket No. 44-4-92Ecr |
|---|---|---|
| ███████████ | | |
| Plaintiff | VS. | Defendant |

## NOTICE OF HEARING

This is to notify you to appear at the Court location indicated in connection with the above named case on

Date on January 4, 1994   AT   Time 1:00 p.m.   M   AT   Essex County Courthouse Guildhall

for the following:

____ Status Conference
____ Motion to Suppress
____ Motion to Dismiss
____ Motion to Dismiss for Lack of a Prima Facie Case
____ Hearing on all motions
____ Sentencing
____ Violation of Probation Hearing
XXXX Other:   Jury Drawing

____ Arraignment
____ Refusal Hearing
____ Plea Change
____ Review of Sentence
____ Pretrial Conference
____ Show Cause Hearing
____ Hearing on Attorney's Fees
____ Hearing on Assessment of Damages
____ Trial by Court. You must be present with documentary evidence and witnesses prepared to proceed.
____ Temporary Hearing
____ Final Hearing
____ All parties must be present.

cc:  ____ Plaintiff's Attorney
XXX  State's Attorney   Susan A. Davis, Esq.
____ Public Defender
____ Defendant's Attorney
____ Dept. of Probation & Parole
____ Dept. of S.R.S
____ Guardian Ad Litem
____ Other:

District Court Clerk/Sup. Ct. Clerk

R 1M 8/89 Quad Set 25 per pad

FELL-00003522

**DISTRICT COURT OF VERMONT**

44-4-92 Ecr

| | | |
|---|---|---|
| Last Name | First | Unit No. |
| | 2458 | 3  Essex |
| Address | Scheduled Date of Appearance | DMV Use |
| Shires Mill Road | 4-7-92 | |
| City, State, Zip | Date of Birth | Age | Place of Birth |
| Granby, VT  05840 | 1/30/53 | | |

| Date of Offense | Date of Arrest/Citation | Department | Operator's License No | State | ☐ Accident | ☑ Injury |
|---|---|---|---|---|---|---|
| 3-8-91 | | DLI | | | ☐ Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Unlawful Insurance Payment | 1 of 1 | 21 V.S.A. | 698 | | X | Ord | |

| Date of Rule 5 Hrg | Date of Arraignment | Defendant Pleads | Defendant's Attorney | Name of Judge | Date |
|---|---|---|---|---|---|
| 5/5/92 | 5/5/92 | ☐ Guilty | ☐ Pro Se | Alan Cheever | |
| ☑ Copy of Affidavit and Info. Provided to Defendant | Defendant Waives ☑ 24 Hour Rule | ☐ Nolo Contendere | ☑ Private | Name of Reporter  Vivienne Bak | ☐ Judicial Summons to Issue |
| ☑ Probable Cause Found | ☑ Reading of Info | ☑ Not Guilty | ☐ Counsel Assigned | Name of Defendant's Attorney | ☐ Arrest Warrant To Issue |
| | | Pro Forma | | Name of Guardian Ad Litem | Amount of Bail |
| ☐ Continued for Plea | ☑ Right to Counsel | ☐ Not Guilty | ☐ Counsel Denied | | Date J Summons |

| Referred to Diversion | PRE-ARRAIGNMENT BAIL | Att'y Appearance or Return | Date A. Warrant |
|---|---|---|---|
| ☐ Date | | ☐ by | |

| Date Discovery Order | Date Set | Date Posted | |
|---|---|---|---|
| 5/5/92 | | | |

| Status Conference Set For | Amount | Date Mitt. For Lack of Bail |
|---|---|---|
| 7/7/92 | | |

| Calendar Call Set For | Deposit | Date Refunded |
|---|---|---|
| | | |

Handwritten notes (right side, partially legible):
Case to Chittenden County Court... Case ready by Nov 1, 1992...

| Name of Offense | Title | Section | ☑ Plea Agreement | Date 7/1/... |
|---|---|---|---|---|
| | | V.S.A. | | |

| | Date | | Felony | Misd. | Muni. | Code (VCIC) | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Plea Guilty | | ☐ Plea Agreement | | | | Ord | ☐ Probable Cause Not Found | ☑ Dismissed by ... not Diversion |
| ☐ Plea Nolo | | Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon. | ☐ Dismissed by Court | ☐ Dismissed by ... Diversion Satisfactorily Completed |
| ☐ Verdict Guilty | | | ☐ Verdict Not Guilty | |
| ☐ Guilty by Waiver | | | | |
| ☐ Nolo by Waiver | JUDGE | ☐ Transferred to Juvenile Court | |

| ☐ PSI Ordered ☐ PSI Waived | Date | Sentencing Set For |
|---|---|---|

Handwritten notes (lower right, partially legible):
5/19/93 SC Atty. Davis participated by phone... set for docket call in July 1992 (Atty. Davis possibly having spinal treatments, won't be available until July 1993)...

9/7/93 ...

| ☐ Judgment Not Guilty | ... |
| ☐ Judgment Guilty | |

| Date of Sentencing | Sentence Deferred For | |
|---|---|---|
| | ☐ | years |

| Amount | Date Paid in Full | Due Date |
|---|---|---|
| | | |

| ☐ Surcharge Assessed | Date Paid |
|---|---|

| MINIMUM | | | MAXIMUM | | |
|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS |
| | | | | | |

| ☐ ALL SUSPENDED | ☐ PART SUSPENDED TO SERVE | ☐ Concurrent ☐ Consecutive to DLI No's |
|---|---|---|

| Restitution ☐ $ | ☐ Special Cond | Date of Disposition | Date of Appeal | Signature of Clerk | Date |
|---|---|---|---|---|---|

FELL-00003523

## DISTRICT COURT OF VERMONT

| | First | | Dkt No. | Citation | | Offense No. |
|---|---|---|---|---|---|---|
| | | | 3 | Essex | | |

Scheduled Date of Appearance: **4-7-92**

**_____ Hill Road**

**Granby, VT    05840**

| Date of Offense | Date of Arrest/Citation | Department | Operator's License No. | | Accident | Injury |
|---|---|---|---|---|---|---|
| 4-5-91 | | DLI | | | Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| **FAILURE TO KEEP RECORDS** | 3 of 3 | 21 | V.S.A. 393 | | X | Ord. | |

| Date of Arraignment | Defendant Pleads | Defendant's Attorney | Name of Judge | Date |
|---|---|---|---|---|
| 5/5/92 | | | Alan Cheever | |

Date of Arraignment: 5/5/92

☑ Copy of Affidavit and Info. Provided to Defendant
☐ Probable Cause Found
☐ Continued for Plea

Defendant Waives:
☑ 24 Hour Rule
☑ Reading of Info
☑ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☑ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney:
☐ Pro Se
☑ Private
☐ Counsel Assigned
☐ Counsel Denied

Name of Reporter: Valerie G.
Name of Defendant's Attorney: Richard Davis

☐ Judicial Summons to Issue
☐ Arrest Warrant To Issue
Amount of Bail
Date Summons

Referred to Diversion

Date Discovery Order: 5/5/92
Status Conference Set For: 7-7-92
Calendar Call Set For:
Jury Drawing Set For:

PRE-ARRAIGNMENT BAIL

Pre-Arraignment Bail: Personal Recognizance / Appearance Bond / Cash/Surety ☑ / Conditions ☑

| Date Jury Drawn | Judge/Reporter | Date of Determination |
|---|---|---|
| Date Trial Begun | Judge/Reporter | |

☐ Trial by Jury    ☐ Trial by Court

| Name of Offense | Date | | Title | | Section | |
|---|---|---|---|---|---|---|

V.S.A.

| | Date | | Felony | Misd | Muni | Code (VCIC) |
|---|---|---|---|---|---|---|
| ☑ Plea Guilty | | ☐ Plea Agreement | | | | Ord. |
| ☐ Plea Nolo | | | | | | |
| ☐ Verdict Guilty | | | | | | |
| ☐ Guilty by Waiver | | | | | | |
| ☐ Nolo by Waiver | | | | | | |

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.

JUDGE

☑ Plea Agreement    Date 1/4/94

☐ Probable Cause Not Found
☐ Dismissed by Court
☐ Verdict Not Guilty
☐ Transferred to Juvenile Court

☐ Dismissed t SA - not Diversion
☐ Dismissed by SA - Diversion Successfully Completed

☐ PSI Ordered
☐ PSI Waived
Date of Sentencing

Sentence Deferred For _____ years

| Amount | Date Paid In Full | Due Date |
|---|---|---|

☐ $200 Surcharge Assessed    Date Paid

| MINIMUM | | | MAXIMUM | | |
|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS |

☐ ALL SUSPENDED    ☐ PART SUSPENDED TO SERVE    ☐ Concurrent    ☐ Consecutive to Dkt. No.'s

☐ Judgment Not Guilty
☐ Judgment Guilty
Date of Disposition
☐ Mittimus    Date
☐ Probation Warrant

Signature of Judge    Date

Date Disp Rpt Sent

Restitution ☐ $    ☐ Special Cond
Date of Appeal
Probation Discharge Date

Signature of Clerk    Date 1/4/94

FELL-00003524



**Agency of Human Services**
**DEPARTMENT OF CORRECTIONS**
**PROBATION & PAROLE**
44 Pearl Street
St. Johnsbury, VT 05819

PHONE: (802) 748-8186

*October 11, 1994*

*Mr. Darrell Settergren*
*RR #1, Box 88*
*Lunenburg, VT 05906*

*Dear Mr. Settergren:*

*SUBJECT:* ███████████ *Docket# 44-4-92 Ecr.*

*This letter is to clarify the restitution payments you will be receiving as ordered by the Vermont District Court. The court has ordered that the offender pay restitution to you through Probation and Parole in the amount of $2875.*

*We are charged with collecting the money from the offender. Law dictates that we can require payment only in amounts that are consistent with the offenders "ability to pay." Therefore, the frequency and amount of each payment will vary depending on the amount we receive from the probationer and how often each payment is received. We cannot guarantee the regularity of payments.*

*Often there is more than one victim to be compensated for his/her losses and, therefore, we must divide the payment among them. For example, a probationer may pay $50 per month, but each victim will receive only a percentage of this payment. Should the monthly payment be too small to pro-rate, we will hold up payments until a larger sum is collected.*

*If you have any questions pertaining to this matter, please feel free to contact this office at 748-8186 so we may discuss them. The intent of this procedure is to better serve the victim in the repayment of their losses.*

*Thank you for your cooperation and understanding.*

*Sincerely,*

*Vickie L. Cassidy*
*District Office Chief Clerk*

FELL-00003525

STATE OF VERMONT

RECEIPT № 38078

Form No. 621
Receipt

Essex _____ COURT      $ 250.00

Docket No.

☐ PARTIAL
☐ FULL

RECEIVED FROM ████████████████

ADDRESS P.O. Box 14, Granby, VT 05840

PAYMENT OF Two hundred fifty DOLLARS AND 00/100 CENTS.

R/E: Bail

Pd # 203 - 210.00  Court For PD Services
Pd # 204 - Essex  Angelina R. Post

April 06, 1995

Signature

Deputy Clerk
Title

Date

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | 1 Rents | OMB No. | |
| Hodgdons General Construction<br>PO Box 14<br>Granby Vermont 05840 | $ | | |
| | 2 Royalties<br>$ | 19__ | neous income |
| | 3 Prizes, awards, etc.<br>$ | | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds | Copy C |
| 03-0329237 | 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 | $ | $ | For Payer |
| RECIPIENT'S name | | 6 Medical and health care payments | 7 Nonemployee compensation | For Paperwork |
| Darrel Settergren 11 | | $ | $ 9,067.00 | Reduction Act |
| Street address (including apt. no.) | | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | Notice and instructions for completing this |
| Baptist Hill Road | | $ | | form, see |
| City, state, and ZIP code | | 10 Crop insurance proceeds | 11 State income tax withheld | instructions for |
| Lunenburg Vermont 05906 | | $ | $ | Forms 1099, |
| Account number (optional) | 2nd TIN Not. ☐ | 12 State/Payer's state number<br>05336 | | 1098, 5498, and W-2G. |

Form 1099-MISC                        Department of the Treasury - Internal Revenue

FELL-000035



FELL-00003527

District Court of Vermont
Unit No. 3, Essex Circuit
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910


Shores Hill Road
Granby VT 05840

## N O T I C E   O F   H E A R I N G

April 28, 1995

Re: State vs. ██████████
Docket No. 44-4-92 Excr; 4-4-92 Excr; 44-4-92 Excr

This is to notify you to appear at the Essex District Court in connection with
the above named case for the following:

Arraignment

Tuesday April 4, 1995 at 08:30 AM


Defendant must be personally present. FAILURE TO APPEAR MAY RESULT IN AN ARREST
WARRANT BEING ISSUED.

District Court Clerk . Dep .


CC:   State's Attorney Paul


Probation & Parole

FELL-00003528

Form No. 350
Supplemental Docket Sheet

## SUPPLEMENTAL DOCKET SHEET

| D███████████████████████ | | Docket No. | Count No. |
|---|---|---|---|

12/7/93 — S C & ready
for trial, set for Jury
Jan. 1994

Init. 5M 9/81 Tri-Set VT I.I.

FELL-00003529

Form 358 Cr    Application for Public Defender Services    **APPLICATION**

| State of Vermont | Court *Essex* | Unit No | Circuit/County | Type of Case F M MO A | Docket Number *44-4-92* |

| Name of Applicant | Date of Birth *1/30/55* | Social Security Number *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* | Telephone Number (Day) |

| Street Address *Felker RD* | City, State, Zip Code *Granby VT 05840* | Telephone Number (Evening) |

| Names(s) of Dependents (People You Support) | Relationship | Total Number of Dependents (Including Applicant) *3* | **IMPORTANT** Are you married? ____ Do you receive welfare aid? ____ Are you now on Probation or Parole? | Yes / No ✓ ✓ ✓ |

### Income

| | Previous 30 Days Applicant | Spouse | Previous 12 Months Applicant | Spouse |
|---|---|---|---|---|
| Gross Income from Wages | $7000 | $ | $100000 | $ |
| Business Income less Expenses | | | | |
| Unemployment Comp. | | | | |
| Child Support | | | | |
| Welfare Aid * | | | | |
| Other Income ** | | | | |
| **Total** | $ | $ | $ A | $ B |

TOTAL ANNUAL INCOME (A+B) $44,000.00

* "Welfare Aid" could include: ANFC, SSI, and General Assistance
** "Other" could include Disability Insurance and Social Security

| Applicant's Employer: Name & Address | Spouse's Employer: Name & Address |

### Assets

Real Estate Owned  Location  HOME  Granby

| | | | |
|---|---|---|---|
| Fair Market Value- Outstanding Mortgage(s) = Net Worth | $50,000 | $24,000 | $26,00 |
| Motor Vehicles, Motorcycles, All Terrain Vehicles, Boats Year Make/Model Amount Owed Net Worth | 1951 Dodge | $ | $900.00 |
| | pick up | $ | $ |
| Cash on Hand | | $ | 0 |
| Checking Account(s) Name of Bank and Account # | | $25.00 | |
| | | $ | |
| Savings Account Name of Bank and Account # | | $ | 0 |
| Other | | $ | |
| Other | | $ | |

**TOTAL ASSETS**  $26,325.00

### Monthly Expenses

| | |
|---|---|
| Property Tax $ | 150.0 |
| Rent | |
| Utilities/Fuel | 115.00 |
| Food | 100.00 |
| Clothing | 100.00 |
| Medical | 200.00 |
| Child Support | 25.00 |
| Insurance: | |
| Home | 85.00 |
| Health | |
| Auto | 55.00 |
| Life | |
| Loan Payments: | 60.00 |
| Motor Vehicles | |
| Home Mortgage | 300.00 |
| Other | 100.00 |
| Other Expenses: | |

**TOTAL EXPENSES** $1273.00

### Request for Assignment of a Lawyer

I request the Court to assign a lawyer to represent me in this case. I further ask that all necessary costs and expenses for legal services, as allowed by the Court, be paid by the State of Vermont. I make the above answers UNDER PENALTY OF PERJURY.

Signature of Applicant ____    Date ____

### Notice to Applicant

If you do not receive public assistance but you do qualify for the public defender, the judge may order you to pay all or part of the state's cost of providing the public defender. If you feel you do not have the ability to pay the amount ordered or if the circumstances of your case make the amount inappropriate, you may ask the Court to reduce it.

The above individual personally appeared before me and made oath to the truth of the above matters.    Notary Public *Valerie M Fay*    Date *5/2/9*

### FINDINGS AND ORDER

**X  1. The Applicant is Not a Financially Needy Person** in that the applicant does have sufficient liquid assets, sufficient non-liquid assets which would provide collateral to borrow money, or sufficient income in excess of basic expenses to retain private counsel.

___ 2. **The Applicant is a Financially Needy Person** in that the applicant does not have sufficient liquid assets, sufficient non-liquid assets which would provide collateral to borrow money, or sufficient income in excess of basic expenses to retain private counsel.

If counsel is assigned to represent the applicant
___ a. The applicant is ordered to pay a total of $ ____ for the services of counsel assigned by the Court

**X** b. The applicant is ordered to pay $ **40.00** as a down payment ("co-payment")  *046/2/95*

The applicant is ordered to pay the balance of the total payment ("reimbursement") to the Clerk of the Court within 60 days of the date of this Order. Any amount due 60 days from now will be sent to the VT Tax Department for tax offset and collection

After reviewing the State's Attorney's information and the law enforcement officer's affidavit, the Court finds

___ 3. the applicant has been charged with a serious offense

___ 4. the applicant has NOT been charged with a serious offense in that.

___ a  The maximum penalty for the offense for which the applicant is charged does not include the possibility of a jail sentence or a fine in excess of $1,000.00

___ b  The Court has determined at arraignment, and stated on the record, that if the applicant is convicted, the Court will not sentence the applicant to a period of imprisonment or fine the applicant more than $1,000.00

**X** In that the applicant is financially needy and has been charged with a serious offense, an attorney is assigned to represent the applicant as soon as any co-payment is paid to the court clerk. **COUNSEL ASSIGNED.**

___ COUNSEL DENIED.

| Court Clerk/Judicial Officer *Cynthia L Mundell*  Date *5/2/95* | Judge *M K Hawley*  *5/2/95* |

**Notice to Applicant:** You are advised that you have the right to have the clerk's determination of financial need reviewed by the presiding judge and the right to have the court clerk's determination of the amount of the payment order reconsidered by the court clerk. you also have the right, after you have requested a review or reconsideration, to appeal both determinations to a Supreme Court Justice. You may do so by contacting the Clerk of the Supreme Court by telephone (828-3278) or by sending a letter to **109 State St, Montpelier, VT 05609-0701**

Issued 9/17/93    Distribution  Court  Defendant  Attorney Assigned  State's Attorney

FELL-00003530



FELL-00003531

Form No. 69B

## TRANSCRIPT ORDER FORM
(Case not on appeal at this time)

**NOTICE TO ATTORNEYS OR PRO SE LITIGANTS:** Please find a list of the hearings in this case. Use this form to order transcripts, making as many copies as necessary, one for each reporter or transcriber (if "...TAPE"). You must send directly to each reporter/transcriber a copy of this order AND include the appropriate amount of deposit. To order taped court hearings, send the order form and deposit to: **Fern Boucher Transcribers, P.O. Box 683, Barre, VT 05641.** You must send a copy of each order to the trial court clerk.

SCHEDULE OF FEES | Deposit
---|---
A. Status conference, scheduling conference or arraignment | $ 50.00
B. Pretrial or post-trial hearing (other than status conference or scheduling conference), bail review hearing or sentencing | $125.00
C. Full or partial day of trial (including jury drawing) | $250.00

| Name of Case | Trial Court | | Trial Court Docket Number | Name of Person Ordering Transcript |
|---|---|---|---|---|
| State v. [redacted] | Essex District | | 44-4-92 Ecr | David J. Williams |
| | Unit No. 3 | Circuit/County Essex | | Name of Client Frederick Hodgdon, II |

| Date Ordered | Date of Hearing | Type of Hearing | Length of Hearing | Name of Judge | Name of Reporter or TAPE | $ Sent |
|---|---|---|---|---|---|---|
| 5/8/95 | 1/4/94 | Change of Plea | | Teachout | Jaye Young | 00-Public Defender |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | ESSEX DISTRICT COURT | |
| | | | | | CLERK/DEPUTY CLERK | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Send Completed Transcript to: | Name David J. Williams | Address Sleigh & Williams, 65 Railroad St., St. Johnsbury, VT | Town/City | State | Zip Code 05819 |
|---|---|---|---|---|---|

STATE OF VERMONT

ESSEX COUNTY, ss

District Court of Vermont
Unit No. 3, Essex Circuit
Docket No. 44-4-92 Ecr Vof

STATE OF VERMONT

V.

**MOTION FOR PRODUCTION OF REPORTS,
WITNESSES AND OTHER MATERIALS**

NOW COMES the Defendant above, by and through counsel, and pursuant to Rule 12, and Rule 16 of the Vermont Rules of Criminal Procedure, respectfully requests the Court to order the State to provide the following information to Defendant:

1. A list of names and addresses of all witnesses now known to the State or which will be known to the State;

2. Any and all relevant written or recorded statements within the possession or control of the State;

3. Any written or recorded statements and the substance of any oral statements made by Defendant, or made by a co-defendant;

4. Any reports or statements of experts made in connection with the above-entitled matter, including the results of physical or mental examination and of scientific tests, experiments or comparisons;

5. Any books, papers, documents, photographs (including motion pictures and video tapes), or tangible objects, buildings or places or copies or portions thereof, which are material to the preparation of the defense or which the State intends to use in hearing or trial or which were obtained from or belong to the Defendant;

6. The names and addresses of all witnesses whom the State intends to call as witnesses at hearing or trial, together with any record of prior criminal convictions f any such witnesses;

7. Any record of prior criminal convictions of Defendant;

8. Whether electronic surveillance of Defendant or his/her premises has occurred, or of those premises, places or persons to which Defendant has standing to object;

9. Whether electronic surveillance of a co-defendant or co-conspirator of his/her premises has occurred, or the premises, places or persons to which Defendant has standing to object;

10. Any material or information in the possession or control of the staff of the State's Attorney or of any others participating in the investigation or evaluation of the case, and who either regularly report, or with reference to this particular case report to the Office of the State's Attorney where such material and information is material and relevant to the prosecution of the Defendant or if not material and relevant may lead to the discovery of material and relevant information and evidence relating to the prosecution of the Defendant, and such material is not precluded from discovery to Defendant under the provisions of Rule 16(d)(1);

11. Whether the State's Attorney, any member of his/her staff or any others pursuant to the provisions of Rule 16(b)(1)(A), have any relevant material or information which has been provided an informant and if so, whether this informant will be called as a witness at trial;

FELL-00003533

12.. Any evidence from in███ers, favorable or unfavorable ███the Defendant together with names and addresses of such informants acknowledgment of any promises, threats, or grants of immunity offered to such informants by the State's Attorney, members of his/her staff, or those who regularly report, or with reference to this particular case, report to the Office of the State's Attorney;

13. Whether there has been any search and/or seizure of any materials belonging to co-defendant or co-conspirator or his/her premises, or of persons, places, or premises to which Defendant has standing to object;

14. Whether there has been any search and/or seizure of any materials belonging to Defendant or of his/her premises or of persons, places or premises to which Defendant has standing to object;

15. Whether there are any grand jury or inquest proceedings which have not been transcribed as well as the production of any grand jury or inquest proceedings that have been transcribed;

16. Any information or material within the possession or control of the State which tends to negate the guilt of Defendant as to the offense charged or would tend to reduce his/her punishment therefore;

17. All material or information which is herein above requested to be provided or disclosed but which is not in the possession or control of other governmental personnel or their agents;

18. All material, information, and reports, whenever such material becomes known to the State's Attorney, and whenever it would have become known to the State's Attorney through the use of his/her reasonable diligence.

19. All Victim Advocate communications with alleged victims and or witnesses.

WHEREFORE, counsel for the Defendant hereby requests the foregoing disclosures, information, and materials and moves this Honorable Court that in the event the same is not supplied voluntarily by the State, and the voluntary disclosure is not acknowledged to the court by the Attorney for the State either before Status Conference or at Status Conference held pursuant to Rule 12, the Court hold a hearing on the same and place an order upon the State to provide the same within 10 days of the hearing, and to further place an ongoing duty on the State to provide the foregoing disclosures, materials and information whenever it becomes known to the State, and whenever it should become known to the Attorney for the State through his/her use of reasonable diligence.

DATED at St. Johnsbury in the County of Caledonia on May 4, 1995.

Respectfully submitted,

Attorney for the Defendant

cc: State's Attorney

FILE

MAY - 8 19██

ESSEX DISTRICT COU...

DEPUTY CLE...

FELL-00003534

District Court of Vermont
Unit No. 3, Essex Circuit
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910

David J. Williams, Esq.
Sleigh & Williams
65 Railroad St.
St Johnsbury VT 05819

N O T I C E   O F   H E A R I N G

October 18, 1995

Re: State vs. █████████████
Docket No. 44-4-92 Excr

This is to notify you to appear at the Essex District Court in connection with
the above named case for the following:

Other

Wednesday November 15, 1995 at 09:00 AM

Scheduled for a Restitution Hearing.

Defendant must be personally present. FAILURE TO APPEAR MAY RESULT IN AN ARREST
WARRANT BEING ISSUED.

District Court Clerk, Dep.

CC:   State's Attorney Paul

       Probation & Parole

FELL-00003535

COURT CASE FILE

District Court of Vermont
Unit No. 3, Essex Circuit
P.O. Box 75
Guildhall, VT 05905
(802) 676-3910


David J. Williams, Esq.
Sleigh & Williams
65 Railroad St.
St Johnsbury VT 05819

## NOTICE OF HEARING

November 15, 1996

Re: State vs. ███████████
Docket No. 44-4-92 Excr

This is to notify you to appear at the Essex District Court in connection with
the above named case for the following:

      Other

      Wednesday December 27, 1996 at 01:00 PM

Hearing is On Restitution Hearing.

Defendant must be personally present. FAILURE TO APPEAR MAY RESULT IN AN ARREST
WARRANT BEING ISSUED.

District Court Clerk


CC:  State's Attorney Paul

      Probation & Parole

FELL-00003536