# EXHIBIT 338

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr. X   Mrs. ___   Miss ___   Ms. ___

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    Last        First        Middle Initial

Town/City of Residence  Northfield

County of Residence  Washington

How long have you lived in Vermont?  12 yrs.  10 mos.

Years of education or highest degree obtained  B.S.

Name of College  University of Connecticut

Major and minor fields  Natural Resources (1984)

Are you employed?  X Yes  ___ No

Your occupation or business  State of Vermont (days) & Price Chopper (2 nights/wk)

If retired, your occupation before retirement _____

Employer's Name  * VT Agency of Transportation Montpelier
Address  * Price Chopper (store #123) Berlin VT.

Describe your duties & responsibilities  Biologist - State of Vermont  Seafood Specialist - Price Chopper

Do you supervise other employees?  No  How many? ___

How long have you worked for present employer?  State 13 yrs  Price Chopper 1.5 yrs

If less than 10 years, list earlier occupation and prior employers. _____

If unemployed, how long have you been unemployed? ___

Place of Birth  Hartford, CT    Age  43

X Single  ___ Married  ___ Widowed
X Separated or (Divorced)

Number and ages of children  NA

Have you been in the military?  No
If so, branch _____
Length of service _____
Highest rank obtained _____

Have you ever worked for the state or federal government?  X Yes  ___ No
If so, please explain  State of CT (1982 - 1992) State of VT (1992 - present)

Is your spouse employed? ___ Yes ___ No

Spouse's occupation or business _____

Spouse's Employer's Name _____

Spouse's Employer's Address _____

Spouse's duties and responsibilities _____

If spouse is retired, occupation before retirement _____

Are any of your children employed?
___ Yes  ___ No

What are their occupations? _____

(Continued on Reverse)

200012674
201020901 - 1736

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime ____ Yes  X No
(b) Witness to a crime ____ Yes  X No
(c) Accused of a crime ____ Yes  X No

Have you, or anyone close to you, been a complainant in a criminal case? ____ Yes  X No
If so, please explain. _____

_____
_____

Have you ever served on a state or federal jury trial?
____ Yes  X No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
____ Yes ____ No

If yes, what was the jury's verdict? _____

Estimated number of miles ROUND-TRIP from your home to courthouse to which you are summoned ____ 100 ____

What do you do in your spare time (social activities, hobbies, etc.)? fishing, hunting, bicycle, hiking

In what social or other organizations do you actively participate? Duck Unlimited, Trout Unlimited, National Rifle Association

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. Field & Stream

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
X Yes ____ No  If so, please explain. Divorced in Caledonia County Court St. Johnsbury (2002)

Indicate your vacation or business travel plans (dates) within the next four months:

I decl...
are tr...

Sign Here

LF 229