# EXHIBIT 341

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr. X   Mrs. ___   Miss ___   Ms. ___

Name ▮▮▮▮  ▮▮  ▮▮  ▮.
Last        First        Middle Initial

Town/City of Residence  BARRE

County of Residence  WASHINGTON

How long have you lived in Vermont?  44 yrs.  7 mos.

Years of education or highest degree obtained
16
Name of College  SPRINGFIELD COLLEGE
Major and minor fields  No Degree obtained

Are you employed?  Y Yes  ___ No

Your occupation or business  Territory Manager
Smokeless Tobacco Company

If retired, your occupation before retirement _____

Employer's Name  CONWOOD SALES Co.
Address  MEMPHIS, TN

Describe your duties & responsibilities  Vendor of products in convenience stores, etc.

Do you supervise other employees?  NO How many? ___

How long have you worked for present employer?  9 yrs.

If less than 10 years, list earlier occupation and prior employers.  SALES REP, COPYTEK

If unemployed, how long have you been unemployed? ___

Place of Birth  Haverhill, MA   Age 48

___ Single  ___ Married  ___ Widowed
X Separated or Divorced

Number and ages of children  1 · 17 yrs.

Have you been in the military?  NO
If so, branch _____
Length of service _____
Highest rank obtained _____

Have you ever worked for the state or federal government?  ⊠ Yes  X No
If so, please explain _____

Is your spouse employed?  ___ Yes  ___ No
N/A
Spouse's occupation or business _____

Spouse's Employer's Name _____

Spouse's Employer's Address _____

Spouse's duties and responsibilities _____

If spouse is retired, occupation before retirement _____

Are any of your children employed?
___ Yes  X No

What are their occupations? _____

**(Continued on Reverse)**



200002119
201020901 - 0081

FELL-00003606

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime ____ Yes __X__ No
(b) Witness to a crime ____ Yes __X__ No
(c) Accused of a crime __X__ Yes ____ No

Have you, or anyone close to you, been a complainant in a criminal case? __X__ Yes ____ No
If so, please explain. _DWI-1982_ ??

Have you ever served on a state or federal jury trial?
____ Yes __X__ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
____ Yes ____ No

If yes, what was the jury's verdict? _____

Estimated number of miles ROUND-TRIP from your home to courthouse to which you are summoned ____100____

What do you do in your spare time (social activities, hobbies, etc.)? family, friends, golf, basketball

In what social or other organizations do you actively participate? Officiate High School Basketball

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. Burlington Free Press, Barre-Montpelier Times-Argus, USA Today

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
____ Yes __X__ No   If so, please explain.
_____

Indicate your vacation or business travel plans (dates) within the next four months: Unknown at this point. Job consists of travel throughout VT and northern NH

I declare under penalty of perjury that all answers are true t...

Sign
Here

LF 229

FELL-00003607