UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                :

DONALD FELL,                              :

                  Movant,        :

             - against -       :      2:01-CR-12-01

                              :

UNITED STATES OF AMERICA,    :

             Respondent.   :

                              :

-------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

       I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 25, 2013, I electronically filed with the Clerk of the Court Donald Fell's Statement of Disputed Discovery.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated:  October 25 2013
New York, New York

                            /s/ Lewis J. Liman
                            Lewis J. Liman
                            Cleary Gottlieb Steen & Hamilton LLP
                            One Liberty Plaza
                            New York, New York 10006
                            (212) 225-2550
                            Fax: (212) 225-3999