**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **DONALD FELL,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.** |
| | ) | **Criminal Case No. CR-01-12-S** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

<u>**GOVERNMENT'S MOTION TO JOIN MOTION TO QUASH**</u>

**COMES NOW**, Respondent, the United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, and, respectfully prays and alleges as follows:

On or about September 27, 2013, Petitioner Donald Fell ("Fell") served a number of subpoenas on the Vermont Department of Corrections seeking any and all records relating to Patrick Ryan. *See* exhibits to Dkt. No. 415. Thereafter, on October 7, 2013, the Vermont Department of Corrections moved to quash those subpoenas on the grounds that the information solicited was protected by the Privacy Act. Dkt. No. 415. The United States hereby moves to join the Vermont Department of Corrections' Motion to Quash, Dkt. No. 415. The United States submits that Fell has failed to show good cause for the issuance of the subpoenas requested.

WHEREFORE the United States respectfully requests that this Honorable Court permit the Government to join the Vermont Department of Corrections' Motion to Quash.

Respectfully submitted,

TRISTRAM J. COFFIN
United States Attorney


*/s/ Jacabed Rodriguez-Coss*
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov


*/s/ William B. Darrow*
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov