## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

DONALD FELL,                        )
                                    )
            *Petitioner*,           )
                                    )
v.                                  )      **Civil Case No.**
                                    )      **Criminal Case No. CR-01-12-S**
UNITED STATES OF AMERICA            )
                                    )
            *Respondent.*           )


## GOVERNMENT'S FIRST MOTION FOR EXTENSION OF TIME


**COMES NOW**, Respondent, the United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, and, respectfully prays and alleges as follows:

On or about September 27, 2013, Petitioner Donald Fell ("Fell") served a number of subpoenas on the Vermont Department of Corrections seeking any and all records relating to Patrick Ryan. *See* exhibits to Dkt. No. 415. Thereafter, on October 7, 2013, the Vermont Department of Corrections moved to quash those subpoenas on the grounds that the information solicited was protected by the Privacy Act. Dkt. No. 415. On this same date, the United States moved to join said motion to quash. Dkt. No. 426.

Fell opposed the Vermont Department of Corrections' Motion to Quash and filed a Memorandum of Law in Support of his opposition on October 21, 2013. Dkt. No. 417.

The United States respectfully moves for an extension of time to respond to Fell's Memorandum of Law in Support of his Opposition to the Vermont Department of Corrections' Motion to Quash.  The Government has been diligently working on this matter; however, it will need an additional ten days to complete its response.

WHEREFORE the United States respectfully requests that the Honorable Court grant it until November 15, 2013, to file a response to Fell's Memorandum of Law in Opposition to Motion to Quash.

Respectfully submitted,

TRISTRAM J. COFFIN
United States Attorney

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov

/s/ William B. Darrow
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov