UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
--------------------------------------------------------------------- X
                                        :

DONALD FELL,                             :

                   Movant,          :

           - against -        :      2:01-CR-12-01

UNITED STATES OF AMERICA,   :

              Respondent.    :

--------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

        I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on November 4, 2013, I electronically filed with the Clerk of the Court Donald Fell's Reply Brief in Support of Statement of Disputed Discovery. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated:  November 4, 2013
New York, New York

                                /s/ Lewis J. Liman
                                Lewis J. Liman
                                Cleary Gottlieb Steen & Hamilton LLP
                                One Liberty Plaza
                                New York, New York 10006
                                (212) 225-2550
                                Fax: (212) 225-3999