UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| DONALD FELL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  2:01-CR-12 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

**COMES NOW**, Respondent, the United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, and, respectfully prays and alleges as follows:

Petitioner Fell's 28 U.S.C. § § 2255 motion seeking to overturn the 2005 jury verdict was filed on March 21, 2011.  On or about October 22, 2013, he filed a "Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion."  The latter motion seeks leave of Court to file a "redacted amended" § 2255 motion, setting forth a number of new claims alleging juror misconduct.  The motion says nothing about the untimeliness of the new claims, submitted over 30 months after the expiration of the one-year statute of limitations in March, 2011.  Absent an extension of time, the government's response to the motion is due this week.  However, the government submits that it needs more time to analyze and respond.

The United States respectfully moves for an extension of time to respond to Fell's Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion.  The Government has been diligently working on this matter; however, it submits that it will need an additional two weeks to complete its response.

WHEREFORE the United States respectfully requests that the Honorable Court grant it until November 20, 2013, to file a response to Fell's Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion.

Dated at Burlington, in the District of Vermont, this 5th day of November, 2013.

Respectfully submitted,

UNITED STATES OF AMERICA

By:    /s/ *Jacabed Rodriguez-Coss*
       JACABED RODRIGUEZ-COSS
       Trial Attorney
       U.S. Department of Justice
       1000 Lafayette Blvd.
       Bridgeport, CT  06604
       (203) 696-3027
       Jacabed.rodriguez-coss@usdoj.gov


       /s/ *William B. Darrow*
       WILLIAM B. DARROW
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       Bill.Darrow@usdoj.gov