**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

DONALD FELL                              )
                                         )
        v.                               )        No. 2:01-cr-12
                                         )
UNITED STATES OF AMERICA                 )

<u>CERTIFICATE OF SERVICE</u>

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, hereby certify that I electronically filed the **Government's Motion for Extension of**

**Time** with the Clerk of Court using the CM/ECF system which will send notification of such

filing(s) to the following:

Lewis J. Liman, Esq.
Cathleen Price, Esq.
Richard Rubin, Esq.

DATED at Burlington, Vermont this 5th day of November, 2013.

                                    */s/ Laura L. Harvey*
                                    Legal Assistant
                                    United States Attorney's Office
                                    P.O. Box 570
                                    Burlington, VT 05402-0570
                                    (802)951-6725