### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DONALD FELL, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | )    **Civil Case No.** |
| | )    **Criminal Case No. CR-01-12-S** |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Respondent.* | ) |

### GOVERNMENT'S FIRST MOTION FOR EXTENSION OF TIME

**COMES NOW**, Respondent, the United States of America, by and through its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, and, respectfully prays and alleges as follows:

On September 27, 2013, the Court entertained oral argument on the Government's Renewed Motion to Compel Discovery and ordered the parties to brief any unresolved issues for the court by October 25, 2013.

Pursuant to this Court's Order, both parties filed their respective discovery briefs on October 25, 2013. Dkt. Nos. 424 and 425. Replies were due ten days later or by November 8, 2013.

The Government has been diligently working on this and other pleadings recently filed in this case, but it will need an additional ten days to complete its response to Fell's Statement of Disputed Discovery.

WHEREFORE the United States respectfully requests that the Honorable

Court grant it until November 22, 2013, to file its response to Petitioner's

Statement of Disputed Discovery, Dkt. No. 425.

Respectfully submitted,

TRISTRAM J. COFFIN
United States Attorney

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov

/s/ William B. Darrow
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov