UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

DONALD FELL,                                  )
    Petitioner,                             )
                                    )
    v.                                      )    No.  2:01-CR-12
                                      )
UNITED STATES OF AMERICA,    )
    Respondent.                             )
_____ )

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2013, a copy of the Government's Motion for Extension of Time to File a Response to Petitioner's Statement of Disputed Discovery, Dkt. No. 432, was filed electronically.  Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system. Moreover, prior notice of the filing was also provided to Petitioner telephonically.

Dated:  November 12, 2013

Respectfully submitted,

TRISTAM J. COFFIN
United States Attorney

*/s/ Jacabed Rodriguez-Coss*
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov

1