UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA              :
                                      :
              v.                      :     Case No. 2:01-cr-12
                                      :
DONALD FELL,                          :
                                      :
         Defendant-Movant.            :

**Order**

The parties have requested various extensions and clarifications of deadlines in this case. Accordingly, it is hereby **ORDERED**:

1. With respect to the joint motion to quash subpoenas, ECF No. 415 & 426, the Government has requested, and the Court has granted, an extension of time in which to file its response to November 15, 2013.

2. With respect to the motion for leave to file a redacted amended § 2255 motion, ECF No. 419, the Government has requested, and the Court has granted, an extension of time in which to file its response to November 20, 2013.

3. With respect to the disputed discovery issues, the Government has requested, and the Court hereby **grants**, its motion for extension of time in which to file a response/reply, ECF No. 432. The Government's responsive brief is due November 22, 2013.

4. Both briefs, from the Government and from Fell, with respect to the juror misconduct inquiry, are due on December 15, 2013. Any reply briefs will be due on December 27, 2013.

DATED at Burlington, in the District of Vermont, this 12th day of November, 2013.

/s/ William K. Sessions III
William K. Sessions III
United States District Court Judge