**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| DONALD FELL,        *Petitioner*, | ) ) ) |
| v. | )     **Civil Case No.** )     **Criminal Case No. CR-01-12-S** |
| UNITED STATES OF AMERICA,        *Respondent*. | ) ) |

## GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME

**COMES NOW**, Respondent, the United States of America, by and through

its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont,

and, respectfully prays and alleges as follows:

On March 21, 2011, Petitioner Donald Fell filed a 28 U.S.C. § 2255 Petition

seeking to overturn the 2005 jury sentence of death. On or about October 22,

2013, Fell filed a "Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255

Motion." The latter motion sets forth a number of new claims alleging juror

misconduct, but says nothing about the untimeliness of the new claims, submitted

over 30 months after the expiration of the one-year statute of limitations

established by Section 2255.

On November 5, 2013, the Government filed it first Motion for Extension of

Time to file an opposition to Fell's Motion for Leave to File an Amended 2255

Petition. Dkt. No. 430. On November 12, 2013, the Court granted the

Government an extension of time until today, November 22, 2013, to file its

response to Fell's Motion for Leave to Amend. Dkt. No. 434.

The Government has been diligently working on this matter; however, the undersigned has also been preparing to appear before the Second Circuit Court of Appeals in United States of America v. Jill M. Ludwig and John W. Maynard, Appeal No. 12-5106-cr and 12-5124-cr scheduled for oral argument in New York, New York, tomorrow, November 21, 2013.  Therefore, the undersigned respectfully submits that he will need an additional two days to complete the Government's response in opposition.

The United States moves for a short extension of time to respond to Fell's Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion.

WHEREFORE the United States respectfully requests that the Honorable Court grant it until November 22, 2013, to file a response in opposition to Fell's Motion for Leave to File a Redacted Amended 28 U.S.C. § 2255 Motion.

Respectfully submitted,

TRISTRAM J. COFFIN
United States Attorney

/s/ William B. Darrow
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

Respectfully submitted,


/s/ William B. Darrow
WILLIAM B. DARROW
Assistant U.S. Attorney

3