IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| DONALD FELL, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | **Civil Case No.** |
| | ) | **Criminal Case No. CR-01-12-S** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Respondent.* | ) | |

## GOVERNMENT'S SECONDMOTION FOR EXTENSION OF TIME

**COMES NOW**, Respondent, the United States of America, by and through

its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont,

and, respectfully prays and alleges as follows:

On September 27, 2013, the Court entertained oral argument on the

Government's Renewed Motion to Compel Discovery and ordered the parties to

brief any unresolved issues for the court by October 25, 2013.

Pursuant to this Court's Order, both parties filed their respective discovery

briefs on October 25, 2013.  Dkt. Nos. 424 and 425.  Replies were due ten days

later or by November 8, 2013.

On November 12, 2013, the Court granted the Government an extension of

time until today, November 22, 2013, to file its reply  to Fell's Statement of

Disputed Discovey.  Dkt. No. 434.

The Government has been diligently working on this and other pleadings recently filed in this case, but it will need an additional three (3) days to complete its response to Fell's Statement of Disputed Discovery.

WHEREFORE the United States respectfully requests that the Honorable Court grant it until November 27, 2013, to file its response to Petitioner's Statement of Disputed Discovery, Dkt. No. 425.

Respectfully submitted,

TRISTRAM J. COFFIN
United States Attorney

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ-COSS
Trial Attorney
U.S. Department of Justice
1000 Lafayette Blvd.
Bridgeport, CT  06604
(203) 696-3027
Jacabed.rodriguez-coss@usdoj.gov

/s/ William B. Darrow
WILLIAM B. DARROW
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Bill.Darrow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ William B. Darrow
WILLIAM B. DARROW
Assistant U.S. Attorney