UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                    Movant,                                            :
                                                                       :        2:01-CR-12-01
          - against -                                                 :
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                    Respondent.                                        :
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

## <u>MOTION FOR EXTENSION OF TIME AND PAGE LIMIT</u>

On March 21, 2011, Petitioner Donald Fell filed a 28 U.S.C. § 2255 Motion

seeking to vacate or set aside his conviction and death sentence ("2255 Motion"). Dkt. No.

301. On December 21, 2011, the Government filed its Amended Opposition to the 2255 Motion

seeking to summarily dismiss all of Mr. Fell's claims. Dkt. No. 338. On May 10, 2013, the

Court issued an Order pertaining to Mr. Fell's juror misconduct claims, stating that "Fell's

motion has demonstrated reasonable grounds for further investigation" and ordering an

investigatory hearing. Memorandum Opinion and Order: Claim XXII: Juror Misconduct, May

10, 2013 at 19.

In August and September 2013, the Court conducted inquiries into the juror

misconduct issues. On October 22, 2013, Mr. Fell filed an Amended Motion for Collateral

Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. §

2255 ("Amended § 2255 Motion"), setting forth additional facts supporting the allegations of

juror misconduct plead in his original 2255 Motion. Dkt. No. 419. At the same time, Mr. Fell

moved to file the Amended § 2255 Motion in redacted form to preserve juror privacy. Dkt. No.

419. On November 5, 2013, the Government filed its first Motion for Extension of Time to file an opposition to Mr. Fell's Amended § 2255 Motion. Dkt. No. 430. On November 12, 2013, the Court granted the Government an extension of time until November 20, 2013 to file its response to Mr. Fell's Amended § 2255 Motion. Dkt. No. 434. On November 20, 2013, the Government filed a second Motion for Extension of Time to file an opposition to Mr. Fell's Amended § 2255 Motion. Dkt. No. 438. The Court granted the Government a second extension of time until November 22, 2013. Dkt. No. 439. On November 22, 2013, the Government filed a 33-page Opposition to Mr. Fell's Amended § 2255 Motion. Dkt. No. 440.

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Procedure of the United States District Court, District of Vermont, Mr. Fell's response to the Government's Opposition would be due on December 9, 2013. Counsel for Mr. Fell now seek a short extension until December 13, 2013 to file a Memorandum of Law in response to the Government's Opposition brief.

Counsel for Mr. Fell also seeks, in light of the Government's unexpectedly lengthy 33-page Opposition brief, leave to file a 20-page Memorandum of Law in response to the Government's Opposition brief.

The Government has no objection to either request.

For the reasons set forth above, Mr. Fell respectfully requests that the Court enter the proposed Order, attached as Exhibit A, granting both the extension of time for filing his responsive Memorandum of Law upon December 13, 2013, as well as an enlargement of the page limit to no more than 20 pages.

2

Dated: November 26, 2013
New York, New York

RESPECTFULLY SUBMITTED,

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

CATHLEEN PRICE
P.O. Box 321762
New York, NY 10032
(212) 998-6193

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

*Counsel for Defendant Donald Fell*

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on November 26, 2013, I electronically filed with the Clerk of the Court a Motion for Extension of Time and Page Limit using the CM/ECF system on behalf of Donald Fell. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: New York, New York
November 26, 2013

Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999