UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                    :

DONALD FELL,                         :

                  Movant,        :

                     - against -       :      2:01-CR-12-01

                                      :

UNITED STATES OF AMERICA,    :

                 Respondent.    :

                                      :

-------------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING MOVANT'S MOTION FOR EXTENSION OF TIME AND PAGE LIMIT

Upon consideration of movant Donald Fell's Motion for Extension of Time and Page Limit, it is hereby:

ORDERED that Mr. Fell is granted an extension time to and including December 13, 2013 to file a Memorandum of Law of no more than 20 pages in response to the Government's Opposition to Mr. Fell's Amended § 2255 Motion.

It is so ORDERED this ___ day of _____, 2013.

                          _____

                          William K. Sessions, III
                          United States District Judge