UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                              Movant,                                  :
                                                                       :        2:01-CR-12-01
                   - against -                                         :
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                              Respondent.                              :
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

## ORDER GRANTING MOVANT'S
## MOTION FOR EXTENSION OF TIME AND PAGE LIMIT

Upon consideration of movant Donald Fell's Motion for Extension of Time and Page

Limit, it is hereby:

ORDERED that Mr. Fell is granted an of extension time to and including December 13,

2013 to file a Memorandum of Law of no more than 20 pages in response to the Government's

Opposition to Mr. Fell's Amended § 2255 Motion.


It is so ORDERED this 27th day of November, 2013.


/s/ William K. Sessions III
William K. Sessions III
United States District Judge