UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------------------------------- X
                                                                       :
DONALD FELL,                                                           :
                                                                       :
                              Movant,                                  :
                                                                       :        2:01-CR-12-01
                        - against -                                    :
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                              Respondent.                              :
                                                                       :
                                                                       :
---------------------------------------------------------------------- X

### [PROPOSED] ORDER GRANTING MOTION TO SEAL THE REPLY TO THE UNITED STATES' OPPOSITION TO MR. FELL'S MEMORANDUM OF LAW WITH RESPECT TO THE DEPARTMENT OF CORRECTIONS' MOTION TO QUASH <u>SUBPOENAS</u>

Upon movant Donald Fell's motion to seal the Reply to the United States'

Opposition to Mr. Fell's Memorandum of Law with Respect to the Department of Corrections'

Motion to Quash Subpoenas pursuant to Local Rule 5.2 of the United States District Court for

the District of Vermont, it is hereby:

ORDERED that the Reply to the United States' Opposition to Mr. Fell's

Memorandum of Law with Respect to the Department of Corrections' Motion to Quash

Subpoenas will be sealed.


It is so ORDERED this ___ day of _____, 2013.


_____
William K. Sessions, III
United States District Judge