## <u>CERTIFICATE OF SERVICE</u>

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on November 27, 2013, I electronically filed with the Clerk of the Court the Motion to Seal the Reply to the United States' Opposition to Mr. Fell's Memorandum of Law with Respect to the Department of Corrections' Motion to Quash and Memorandum of Law in Support, and the Proposed Order Granting Motion to Seal the Reply to the United States' Opposition to Mr. Fell's Memorandum of Law with Respect to the Department of Corrections' Motion to Quash.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: November 27, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999