UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
------------------------------------------------------------------- X
                                                                    :
DONALD FELL,                                                        :
                                                                    :
                           Movant,                                  :
                                                                    :          2:01-CR-12-01
            - against -                                             :
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                           Respondent.                              :
                                                                    :
                                                                    :
------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 13, 2013, I electronically filed with the Clerk of the Court Donald Fell's Memorandum of Law in Response to Government's Opposition to Mr. Fell's Amended § 2255 Motion. The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated:  December 13, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999