UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------------- X

DONALD FELL,

                    Movant,

            - against -

UNITED STATES OF AMERICA,

                  Respondent.

: 2:01-CR-12-01

---------------------------------------------------------------------- X

## <u>CERTIFICATE OF SERVICE</u>

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 16, 2013, I electronically filed with the Clerk of the Court Donald Fell's Brief in Support of an Evidentiary Hearing as well as the Declaration of Lewis J. Liman. The CM/ECF system will provide service of these filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action. I also provided by express mail an unredacted version of the exhibit to the Declaration of Lewis J. Liman to the Court and to counsel for the United States.

Dated:  December 16, 2013
New York, New York

                                  /s/ Lewis J. Liman
                                  Lewis J. Liman
                                  Cleary Gottlieb Steen & Hamilton LLP
                                  One Liberty Plaza
                                  New York, New York 10006
                                  (212) 225-2550
                                  Fax: (212) 225-3999