UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

_____

DONALD FELL,

                Movant,

        v.

UNITED STATES OF AMERICA,

                Respondent.

_____

)
)
)
)
)
)
)  2:01-CR-12-01
)
)
)
)
)
)
)
)

## **DECLARATION OF LEWIS J. LIMAN**

Pursuant to 28 U.S.C. § 1746, Lewis J. Liman declares:

1.     I am a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for movant Donald Fell.

2.     I submit this declaration in support of Donald Fell's Brief in Support of an Evidentiary Hearing.

3.     Attached as Exhibit 343 is a true and correct copy of the document listed below. Exhibits 1 through 313 are attached to the Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 dated March 21, 2011. Exhibits 314 through 320 are attached to the Reply to the Government's Amended Opposition to Motion of Donald Fell for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 dated August 20, 2012. Exhibits 321 through 342 are attached to the Amended Motion for Collateral

Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28

U.S.C. § 2255 dated October 22, 2013.

> **Exhibit 343**    [Juror #162] and Patrick Ryan Colchester Police Department Records

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2013, at New York, New York.

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999