# EXHIBIT 343

Hasler
10/16/2013
US POSTAGE

PRIORITY MAIL
ComBasPrce
$05.44⁰



ZIP 05446
011D11626486

**COLCHESTER POLICE DEPARTMENT**
**P.O. BOX 37**
**COLCHESTER, VT 05446**

TO

Lillian Cleary, Esq.
Cleary Gottlieb Steen &
  Hamilton, LLP
One Liberty Plaza
New York, NY 10006-1470

*Unknown
Not at this
address*

FELL-00003642

# TOWN OF COLCHESTER

P.O. Box 55
COLCHESTER, VERMONT 05446
(802) 264-5520

DATE.................October 16, 20...13...

Lillian Cleary, Esq
Cleary Gottlieb Steen & Hamilton

**Recording:**

| | | | |
|---|---|---|---|
| Deed | .......... | Cert. Copy | .......... |
| Mortgage | .......... | Cert. Copy of Vital Records | .......... |
| Ch. Mortgage | .......... | | |
| Adm. Deed | .......... | Examination of Records | .......... |
| Exec. Deed | .......... | | |
| Decree | .......... | Other Copies of reports for | |
| License to Sell | .......... | Patrick Ryan, | |
| Will & Probate | .......... | ████████ & Lucille | |
| Land Contract | .......... | Tatro | |
| Lien | .......... | | |
| Cond. Sale | .......... | 115 pages @ .05 each | |
| Mtg. Assignment | .......... | $5.75 | |
| Mtg. Discharge | .......... | Postage    5.44 | |

11.19
Total Amount Due $ ..............

FELL-00003643



Jennifer Morrison
Chief of Police

**COLCHESTER POLICE DEPARTMENT**
P.O. Box 37
835 Blakely Road
Colchester, Vermont 05446

Business: 802-264-5556
Fax: 802-264-5561

October 16, 2013

Lillian Cleary, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  1006-1470

**RE:    State vs. Donald Fell**

Dear Ms. Cleary,

This letter is to respond to your subpoena requesting copies of records for Patrick Ryan, ████████████████ and Lucille Tatro.  Enclosed are copies of records that we have on file for Patrick Ryan and ████████.  Our department had no contact with Lucille Tatro.

If you have any questions, please feel free to contact me at 802-264-5543. Enclosed is also a bill for copies and postage.

Sincerely,

*Jennifer Morrison*

Jennifer Morrison
Chief of Police

Enclosure

FELL-00003644



Jennifer Morrison
Chief of Police

**COLCHESTER POLICE DEPARTMENT**
P.O. Box 37
835 Blakely Road
Colchester, Vermont 05446

Business: 802-264-5556
Fax: 802-264-5561

To WHOM IT MAY CONCERN:

THIS WILL CERTIFY THAT THE ATTACHED COPIES ARE TRUE COPIES OF
COLCHESTER POLICE DEPARTMENT LAW INCIDENT TABLE AND
PAPERWORK THAT PERTAINS TO THE FOLLOWING RECORDS:

Records that involved Patrick Ryan ███████████ from 2001 – 2006.

01CC05876 – Driving while intoxicated. We only had Law Incident Table as the rest of
             File had been purged.
01CC06004 - Disorderly
05CC06222 – Driving while license suspended
06CC01006 – Agency Assist

CERTIFIED THIS 16TH DAY OF OCTOBER, 2013.     *Patricia A. Spacapan*

Patricia A. Spacapan
Records Unit Secretary
Colchester Police Department

FELL-00003645

```
10/15/2013                Colchester Police Department                      1643
10:49                       LAW Incident Table:                    Page:    1

   Incident
Incident Number: 01CC05876    Nature: DUI
      Case Number:                              Image:
         Address: Malletts Bay Avenue
              City: Colchester        State: VT   ZIP: 05446
              Area: 0405  COLCHESTER            Contact: m162


   Complainant
Numbr:
 Last:                        Fst:                  Mid:
  DOB:           SSN:         Adr:
 Race:  Sx:  Tel:             Cty:                 ST:    ZIP:


   Details
   Offense Codes: 2115 _821 _822          Reported: 2115  Observed: 2115
   Circumstances: LT13 _SUA
Rspndg Officers: Kaufman, B       Roy, J
Rspnsbl Officer: Kaufman, B       Agency: 0405          CAD Call ID:   1824617
    Received By: Adams, D             Last RadLog:
  How Received: O  Officer Report       Clearance: RBS  Reviewed by Sergeant
 When Reported: 22:56:58 11/03/2001   Disposition: CAA  Disp Date: 11/04/2001
Occurrd between: 22:56:58 11/03/2001  Judicial Sts: CEA  Comp Entry-Attachment
           and: 23:12:50 11/03/2001    Supervisor: SGT J. ROY
            MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date        Description               Relationship
 BK    132454  11/04/2001  POSSESSI OF COCAINE (REG DRU+) *Arrest/Offense
 NM      5449  11/04/2001  Ryan, Patrick Micheal         Offender
 VH    407238  11/04/2001  RED 1991 CHEV CAV VT          Vehicle
 CA   1824617  11/04/2001  22:56 11/03/2001 DUI          *Initiating Call
 PR    291095  11/04/2001  WHI Drug-Cocaine Powder  $1   Seized
 PR    291096  11/04/2001  GRN Drug-Marijuana  $1        Seized
 PR    291097  11/04/2001  Cigarette Camel Pack  $2      Property
```

FELL-00003646

```
LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                               Amount
  1 2115 Driving Under the Influence    0.00
  2 _821 OLD subs/possess cocaine       0.00
  3 _822 OLD subst/posession marijuana  0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                        Comments
  1 LT13  Highway/Road/Alley
  2 SUA   Suspected using alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name          Unit
  1 Kaufman, B    M162
  2 Roy, J        M184
```

FELL-00003647

Narrative:

Patrick M. Ryan, DOB: ███████, arrested for DUI #4, also in possession of a small amount of cocaine and marijuana.  See affidavits for details.

FELL-00003648

```
10/15/2013                Colchester Police Department                    1643
10:50                     LAW Incident Table:                    Page:    1

   Incident
Incident Number: 01CC06004   Nature: Disorderly
     Case Number:                        Image:
        Address: Mountain View Drive
           City: Colchester      State: VT   ZIP: 05446
           Area: 0405  COLCHESTER          Contact: E-911 AGENT 73


   Complainant
Numbr:    354117
 Last: Shaws Supermarket        Fst:              Mid:
 DOB:   /  /     SSN:     -  -   Adr= 66 MOUNTAIN VIEW DRIVE
 Race:   Sx:   Tel: (802)654-7803 Cty: Colchester      ST: VT ZIP: 05446


   Details
   Offense Codes: 2480 0612                Reported: NC    Observed: 2480
   Circumstances: LT12
Rspndg Officers: Akerlind, M.      Allen, D.
Rspnsbl Officer: Akerlind, M.      Agency: 0405        CAD Call ID:   1830860
    Received By: Benway, E          Last RadLog:
  How Received: 9  911 Line          Clearance: RBS  Reviewed by Sergeant
 When Reported: 12:14:10 11/11/2001  Disposition: ECP  Disp Date: 11/11/2001
Occurrd between: 12:14:10 11/11/2001  Judicial Sts: CEA  Comp Entry-Attachment
           and: 12:14:10 11/11/2001    Supervisor: Sgt D. Allen
            MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description               Relationship
 NM     5449  11/11/2001  Ryan, Patrick Micheal      Witness
 NM   195816  11/11/2001  Smalley, David B           Witness
 NM   320746  11/11/2001  Duba, Bruce Bryne          Offender
 NM   354117  11/11/2001  Shaws Supermarket,         *Complainant
 NM   354117  11/11/2001  Shaws Supermarket,         Victim
 CA  1830860  11/11/2001  12:14 11/11/2001 Theft     *Initiating Call
 PR   293434  11/11/2001  RED Card Bicycle Playing $3.19  Stolen
 PR   293435  11/11/2001  GRN Miscellaneous Colema $3.29  Stolen
```

FELL-00003649

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                                   Amount
  1 2480 DISORDERLY CONDUCT OTHER            0.00
  2 0612 LARCENY SHOPLIFTING                 0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                               Comments
  1 LT12   Grocery/Supermarket


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Akerlind, M.      M171
  2 Allen, D.         M186

FELL-00003650

Narrative:

On 11-11-01 Sgt. Allen and I responded to Shaw's Supermarket on Upper Mountain View Drive in the town of Colchester for a report of a male who had been stopped for shoplifting and was becoming disorderly.

Upon arrival, we located the manager, David Smalley, in a meeting room with the subject who was identifed as Bruce Duba. Smalley advised that he had been notified by another employee, Patrick Ryan, that Duba had placed an item in his pocket. Smalley advised that he began to follow Duba and saw him place another item in his pocket. He watched Duba go through the checkout and stopped him outside of the front doors. As they were walking back into the store, Smalley advised that Duba began reaching in his pockets and refused to remove them. Smalley advised that he saw someting silver in Duba's hand, which later turned out to be a wrench. He advised that he grabbed Duba's arm and pushed him against the wall, fearing that Duba had a weapon. He and Ryan walked Duba upstairs as another employee phoned the police.

Duba appeared somewhat disoriented and did not make any statements about the incident. While I was talking with Duba, he placed his left hand in his pocket after I told him not to, and then refused to pull it out. I took his left arm, and he attempted to place his right hand in his other pocket. Not knowing what was in Duba's pockets, he was placed into handcuffs and detained in the office.

The total amount of the items that Duba had taken was $6.48. He was escorted out of the building and told not to return, as well as issued a Notice of Trespass. No further action.

FELL-00003651

Form No. 132
Citation

TO: **Patrick Ryan**

**STATE OF VERMONT**
**District Court of Vermont**
**CITATION**

05CCO6222

County **Chittenden**

BY THE AUTHORITY OF THE STATE OF VERMONT, you are hereby ordered to appear before a Judicial Officer at the District Court of Vermont, at the following time and place:

| Date OCT 11 05 | Time 0815 am | Unit II | Circuit Chittenden |
|---|---|---|---|
| Town/City Burlington | County Chittenden | | to answer to the charge of |
| Offense Drwing License Suspaded | | | |

An information charging you with this offense will be presented at the time of your appearance.

**IF YOU DO NOT APPEAR AT THE TIME AND PLACE ORDERED, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOU MAY BE SUBJECT TO ADDITIONAL CHARGES AND PENALTIES.**

| Date Issued: 9-20-05 | Town/City Colchoske | County Chittenden |
|---|---|---|
| Signature - Issuing Officer | | Title/Dept. Cpl. Colchester Police Dept |

I received this Citation on:

| Date 9/20/05 | Signature - Defendant Patrick M Ryan |
|---|---|

R SM 7/96 V.C.I.

White - Court's Copy        Yellow - Officer's Copy        Pink - Defendant's Copy

FELL-00003652

```
09/21/2005                Colchester Police Department                      1642
08:09                     LAW Incident Table:                      Page:     1

Incident Number: 05CC06222
Nature: DLS
  Addr  593 BAY ROAD                              Locn: 0405  Colchester
  City: Colchester      St: VT  Zip: 05446        Contact: M188
+- Complainant: ------------------------------------------------------------+
| Lst:                      Fst:                  Mid:                       |
| DOB:        SSN:          Adr                                             |
| Rac:   Sx:  Tel:          Cty:                  St:     Zip:              |
+--------------------------------------------------------------------------+
   Offense Codes: 3619                    Reported: 3619  Observed: 3619
   Circumstances: LT13
Rspndg Officers: Fish, M.
Rspnsbl Officer: Fish, M.         Agency: 0405        CAD Call ID:   2952677
    Received By: Benway, E        Last RadLog: 21:37:59 09/19/2005  CMPLT
   How Received: T  Telephone       Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 21:20:45 09/19/2005  Disposition: CAA  Disp Date: 09/20/2005
Occurrd between: 21:20:45 09/19/2005  Judicial Sts: CEA  Comp Entry-Attachment
           and: 21:20:45 09/19/2005   Approved By: Barton092005
MO:
 Narrative: (See below)
Supplement:

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date       Description                 Relationship
 AR     211706  09/20/2005  Driving License Suspended    *Arrest/Offense
 NM       5449  09/19/2005  Ryan, Patrick Micheal        Offender
 VH     876836  09/20/2005  RED/SIL 1990 FORD BRONCO VT  Driven by offender
 CA    2952677  09/19/2005  21:20 09/19/2005 DLS         *Initiating Call

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                              Amount
  1 3619 DLS Criminal                  0.00


LAW Incident Circumstances:
               Contributing Circumstances
Seq Code                          Comments
  1 LT13   Highway/Road/Alley


LAW Incident Responders Detail
    Responding Officers
Seq Name             Unit
  1 Fish, M.         M188
```

FELL-00003653

```
Main Radio Log Table:
Time/Date              Typ Unit    Code  Zone  Agnc Description
21:37:59 09/19/2005 l    M188     CMPLT 0405  0405 incid#=05CC06222 Completed cal
21:36:11 09/19/2005 l    M188     ARRVD 0405  0405 incid#=05CC06222 Arrived on sc
```

FELL-00003654

Narrative:

I observed a male subject about to enter his vehicle while it was parked in the parking lot of Champlain Farms at 2A and Route 7. When he saw the cruiser he walked away from the driver door and to the front of the vehicle.  Based on experience I know that this typical behavior of someone who is intoxicated or under suspension. I turned around and noted the subject was sitting in the front seat of the vehicle and sat there for over a minute while I was in the parking lot.  I didn't see anyone else in the store and ran the registration for the vehicle.  The male registered owner was under suspension for DWI #4.

I asked where the owner lived and was advised Bay Road.  I simply followed the vehicle to the registered owners house and when the operator stopped on his own I spoke with him.  He said his name was Patrick Ryan and he knew his license was suspended.

Mr. Ryan advised he would meet me at the police department the following morning to pick up a citation and to submit to fingerprinting and a photograph.

FELL-00003655

COLCHESTER POLICE DEPARTMENT
AFFIDAVIT

STATE OF VERMONT
Chittenden County S.S.

NOW COMES Michael Fish, affiant, being duly sworn and on oath, deposes and says there is probable cause to believe that Patrick Ryan has committed the offense of Driving License Suspended, a violation of Title 23, Vermont Statutes Annotated Sec. 674.

1. On 09-19-05 at approximately 2120 hours, I was traveling south on Route 7 in the Town of Colchester. I observed a male subject about to enter on the driver's side of a vehicle that was parked in the parking lot of Champlain Farms. I observed when the subject saw the marked police vehicle I was driving he stopped and walked to the front of the vehicle. I know from past experience that this is something that person's do if they are intoxicated or have a suspended license.

2. I turned around and drove into the parking lot and noted this same male was seated in the driver's seat of the vehicle. I requested a registration check on Vermont registration EAM616 displayed on a 1990 red and silver Ford Bronco. A registration check through the Vermont Department of Motor Vehicle's computer indicated that the male owner of the vehicle Patrick Ryan DOB ▮▮▮▮▮ had a suspended license for DWI #4. I noted that the subject sat in the parking lot for more than a minute and did not drive away.

3. I subsequently left the parking lot and drove out of sight. I turned around and noted that the vehicle was traveling south on Route 7 and turned onto Bay Road. I followed the vehicle to 573 Bay Road where Mr. Ryan lives. He stopped the vehicle in the parking lot and I stopped in the parking lot behind other vehicles. I exited my car and asked the male if he was Patrick Ryan DOB ▮▮▮▮▮. He said he was and knew his license was suspended. He said he had been driving as he had gone to his girlfriends house to help her out.

4. A license check through the Vermont Department of Motor Vehicles revealed that Patrick Ryan's privilege to drive in the State of Vermont was suspended as of 05-27-02 for a conviction of Driving While Intoxicated #4 on 04-29-02. The term of this suspension was for LIFE.

5. The parking lot of Champlain Farms, Route 7 and Bay Road are all public highways as defined in 23 V.S.A 4 (13).

6. A records check revealed that Patrick Ryan was convicted of Driving License Suspended on 02-17-81.

7. The DMV record of the Defendant is attached and incorporated by reference as if fully set forth herein.

This 20 day of September 2005

.................................................
( Notary Public)   (Judicial Officer)

Mc[illegible signature]
.................................................
(Affiant)

9-20-05
.................................................
(Date)

# COLCHESTER POLICE
# BAIL STATEMENT

CASE NO: 05CC06222

DATE: SEPTEMBER 19, 2005

NAME: RYAN, PATRICK MICHAEL

D.O.B: ███████          P.O.B.: S AMBOY, NEW JERSEY

PRESENT ADDRESS: 573 BAY ROAD, APT. 3, COLCHESTER, VT 05446

HOW LONG LIVED AT PRESENT ADDRESS: 4 YEARS

PREVIOUS ADDRESS: P.O. BOX 600, S BARRE, VT

HOW LONG LIVED AT PREVIOUS ADDRESS: 2 YEARS

OCCUPATION: MEAT CUTTER          HOW LONG EMPLOYED: 6 YEARS

EMPLOYER/SCHOOL:   SHAW'S

EMPLOYER/SCHOOL ADDRESS: WILLISTON, VT

PARENTS:

FATHER:

MOTHER:

OFFENSE: DRIVING WHILE LICENSE SUSPENDED

LIST PREVIOUS ARREST(S):

   MOTOR VEHICLE          CRIMINAL (LOCAL & VCI

CPD-051
08/98

FELL-00003657

```
09/20/05                   Colchester Police Department                      1643
14:14                      Vermont Arrest Custody Report            Page:        1

Name             :   Patrick Micheal Ryan                    (5449        )
Street Address   :   573 BAY ROAD; 101
City, State Zip  :   Colchester, VT  05446
Date of Birth    :   ████████████████
Social Security  :   ████████████████
Local ID Numbers :
State ID Number  :   130170              FBI number: 850456JA0
Attorney         :   ***
Occupation       :   Meat Cutter
Place of Birth   :   S Amboy             (State) NJ
Sex              :   M
Race             :   W
Height           :   6'01"
Weight           :   170 lbs.
Hair Color       :   BRO
Eyes Color       :   BRO
Drivers License  :   40474749            (State) VT
Marital Status   :   Not Married
Home Phone       :   ████████████        Work Phone: (    )     -
Employer         :   Shaw's Supermarket
Alias For        :                                            (        )
Scars, Marks     :   ART R ARM   ART    R    ARM     "April"

                       ARREST/OFFENSE INFORMATION
   Booking Number: 211706      (1   )    Arrest Reference Number: 05CC06222
   Tm/Dt Arrestd : 21:20:00 09/19/05     Arresting Officer       : Fish, M.
   Arresting Agnc: 0405                   Age at Arrest          : 44
   ------------------------------------------------------------------------
   Statute       : T23VSA674    (Driving License Suspended)
   Offense       : 3619 (DLS Criminal)
   Offense Refrnc:                        Class: M          Court: CHIT
   Related Incidt: 05CC06222
   Offense Tm/Dt : 21:20:00 09/19/05
   ------------------------------------------------------------------------

        Fingerprints Taken? Y/N  Y   Fingerprint Officer  Michael Fish
        Mug Shot Taken?     Y/N  Y
        ___CV   ___Haz Mat   ___CDL

   ------------------------------------------------------------------------o
        State's Attorney Use Only


   _____      _____   _____      _____
     Charged             Title     Section        Sub-section
   --------------------------------------------------------------------------
Report Includes:
All dates arrested matching `   211706`
---------------------------------------------------------------------------
            *** End of Report rpjmivt.r1 ***
```

FELL-00003658

## COLCHESTER POLICE DEPARTMENT

## WITNESS LIST

INCIDENT #:05CC06222                                OFFENSE: DLS

| WITNESS STATUS | VERBAL/ SWORN | WITNESS IDENTIFICATION |
|---|---|---|
| ARRESTING OFFICER | REPORT AFFIDAVIT | NAME: Michael Fish<br>ADDRESS: Colchester Police Department<br>PHONE: |
| DEFENDANT | STATEMENT | NAME: Patrick Ryan<br>ADDRESS: 573 #3 Bay Road Colchester, VT<br>PHONE: |

FELL-00003659

## COLCHESTER POLICE DEPARTMENT

## EVIDENCE LIST

INCIDENT #: 05CC06222                          OFFENSE: DLS

-------------------------------------------------------------------------

ARTICLE: DMV Printout,

DESCRIPTION: Patrick Ryan's DMV record


LOCATION: Colchester Police Department

-------------------------------------------------------------------------

FELL-00003660

CHITTENDEN COUNTY STATE'S ATTORNEY'S FACE SHEET

| RECEIVED: 09/23/2005<br>COURT: Chittenden District Court<br>DOCKET NO: 5045-10-05 CNCR | AGENCY: Colchester Police Deparment<br>OFFICER: Fish, Michael<br>INCIDENT NUMBER: 05CC06222 | SA: Justin P. Jiron<br>VA:<br>SA CASE NO: 2005CN07672 |
|---|---|---|

CASE FACTS: COR: 1, 2, 3, 8
Offer: $300 fine or 40 hours c.s. (If reinstated, reduce to DC by traffic with same penalty)  DWI 4 in 2002

CASE FLAGS:

VICTIM(S):

DEFENDANT: **PATRICK RYAN**
573 Bay Road
Colchester, VT 05446
DOB: ▮▮▮▮     AGE: 44
ARRAIGNMENT: 10/11/05
CUSTODY STATUS:

CO DEFENDANTS:

DA:
DOC OFFICER:
GAL:
VSID:
PID: 130170
BAC: 40474749
BAC TYPE:

DEFENDANT FLAGS

PROPOSED CONDITIONS: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17
OTHER PROPOSED CONDS:
OFFER: Diversion / Fine / Probation / Incarceration:

$ 300

COLCHESTER POLICE DEPARTMENT
NOV 17 2005
RECEIVED

**********************************************************************************

ARRAIGNMENT DATE:
FAILURE TO APPEAR DATE:

TO RETURN
ARREST WARRANT – BAIL AMOUNT
JUDICIAL SUMMONS – RETURN DATE

JUDGE: Pineles                    PLEA:  NOT GUILTY:  X
STATE'S ATTORNEY: RK                    GUILTY:
DEFENSE ATTORNEY: Pro se or to hire     NO CONTEST:
GAL:                                    DIVERSION:

CASH BAIL OR BOND:
CASH BAIL/BOND AMOUNT:

BAIL CONDITIONS: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17
OTHER CONDITIONS:

PHOTOGRAPHS / FINGERPRINTS ORDERED BY:
**********************************************************************************

SENTENCING DATE: 11/3/05      JUDGE: K ViH

| CT | AMEND | CHARGE | PLEA/<br>VERDICT | DIS SA | DIS CRT | DIS DIV | FINE | SENTENCE | SERVE ALL | REPORT DATE | SUSP EXCEPT | ALL SUSP | RESITUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | DLS | G |  |  |  | $300 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Restitution: _____

ADMIN PROBATION: CONDITIONS: A B C D E F G H I J K L M N O P
Probation – Special Conditions

FELL-00003661

```
10/15/2013                 Colchester Police Department                    1643
11:09                         LAW Incident Table:                    Page:    1

   Incident
Incident Number: 06CC01006    Nature: Agency Assist
    Case Number:                         Image:
       Address= 573 BAY ROAD; Apt 101
          City: Colchester      State: VT   ZIP: 05446
          Area: 0405  COLCHESTER           Contact:


   Complainant
Numbr:    151585
 Last: chittenden probation     Fst:              Mid:
 DOB:   / /     SSN:    -  -    Adr: 32 Cherry Street, Suite 200
 Race:   Sx:   Tel: ███████     Cty: Burlington      ST: VT ZIP: 05401


   Details
   Offense Codes: ASST                    Reported: ASST  Observed: ASST
   Circumstances: LT20
Rspndg Officers: Bean, J
Rspnsbl Officer: Bean, J        Agency: 0405        CAD Call ID:   3061112
    Received By: Benway, E        Last RadLog: 21:37:06 02/16/2006  CMPLT
   How Received: T  Telephone       Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 21:36:06 02/16/2006  Disposition: COM  Disp Date: 02/17/2006
Occurrd between: 21:36:06 02/16/2006  Judicial Sts: CEO  Computer Entry Only
            and: 21:36:06 02/16/2006    Supervisor: Allen 021706
            MO:



   Narrative
 Narrative: Served FRO on Patrick Ryan.  FRO faxed from Burlington PD.
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description                   Relationship
 NM      5449  02/17/2006  Ryan, Patrick Micheal        Served
 NM    151585  02/16/2006  chittenden probation,        *Complainant
 CA   3061112  02/16/2006  21:36 02/16/2006 Agency Assist *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                          Amount
 1 ASST Agency Assist              0.00
```

FELL-00003662

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Bean, J             M189


Main Radio Log Table:
Time/Date              Typ Unit    Code   Zone   Agnc Description
21:37:06 02/16/2006 1   M189      CMPLT 0405   0405 incid#=06CC01006 Completed cal
21:37:00 02/16/2006 1   M189      ARRVD 0405   0405 incid#=06CC01006 Arrived on sc

FELL-00003663



Jennifer Morrison
Chief of Police

**COLCHESTER POLICE DEPARTMENT**
P.O. Box 37
835 Blakely Road
Colchester, Vermont 05446

Business: 802-264-5556
Fax: 802-264-5561

To WHOM IT MAY CONCERN:

THIS WILL CERTIFY THAT THE ATTACHED COPIES ARE TRUE COPIES OF
COLCHESTER POLICE DEPARTMENT LAW INCIDENT TABLE AND
PAPERWORK THAT PERTAINS TO THE FOLLOWING RECORDS:

Records that involved ███████████████████████) from 2000 – 2010.

| | | |
|---|---|---|
| 00CC02778 | 07CC00754 | 10CC04913 |
| 01CC00635 | 07CC01867 | 10CC05244 |
| 01CC00761 | 07CC04540 | 10CC05245 |
| 01CC02045 | 08CC00744 | 10CC05520 |
| 01CC02207 | 08CC02294 | |
| 01CC03523 | 08CC03900 | |
| 01CC04403 | 08CC07944 | |
| 01CC05065 | 08CC09110 | |
| 02CC03870 | 09CC00122 | |
| 03CC00030 | 09CC00784 | |
| 03CC03512 | 09CC01232 | |
| 06CC03719 | 09CC01245 | |
| 06CC07264 | 09CC01783 | |
| 07CC00297 | 10CC01379 | |
| 07CC00719 | 10CC04879 | |

CERTIFIED THIS 16TH DAY OF OCTOBER, 2013  *Patricia A. Spacapan*

Patricia A. Spacapan
Records Unit Secretary
Colchester Police Department

FELL-00003664

```
10/15/2013                 Colchester Police Department                      1643
13:11                      LAW Incident Table:                       Page:   1

b Incident
Incident Number: 00CC02778   Nature: Property Damage
     Case Number:                       Image:
        Address& 573 Bay Road (76)
            City: Colchester        State: VT   ZIP: 05446
            Area: 0405  COLCHESTER              Contact:
e

b Complainant
Numbr:    132013
  Last: ███████        Fst: ████████        Mid: ██████
   DOB: ██████  SSN:    -  -   Adr& ████████████████████
  Race: W Sx: F Femal█████████  Cty: ██████████████  ST: ███ ZIP: ███████
e

b Details
  Offense Codes: PDNV                    Reported: PDNV  Observed:
  Circumstances: LT20
Rspndg Officers: Allen, D.
Rspnsbl Officer: Allen, D.          Agency: 0405        CAD Call ID:   1367066
    Received By: Fontaine, L         Last RadLog:
   How Received: T  Telephone          Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 12:53:00 06/15/2000   Disposition: COM  Disp Date: 06/15/2000
Occurrd between: 12:53:00 06/15/2000   Judicial Sts:
           and: 12:53:00 06/15/2000    Supervisor: Lt T Stech


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                     Relationship
 NM     132013  06/15/2000  ██████████  █████████          Owner of vehicle
 NM     132013  06/15/2000  ██████████  █████████          *Complainant
 NM     331525  06/15/2000  Justice, Charles Andrew        owner of boat
 VH     218105  06/15/2000  PLE 1995 CHEV CAV VT           Vehicle involved
 VH     342429  06/15/2000  1997 HMDE TRL VT               Trailer
 CA    1367066  06/15/2000  12:53 06/15/2000 Property Dama *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                             Amount
  1 PDNV Property Damage, Non-vandalism    0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                             Comments
  1 LT20  Residence/Home
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Allen, D.          M186
```

FELL-00003666

Narrative:
_____
Report of parked boat and trailer that collided with parked
vehicle in driveway.  Upon arrival I found that a boat and
trailer had been blown by the wind into a parked vehicle
resulting in damage to the right rear fender and window of the
vehicle.

Vehicle and damage documented.  No further action.

FELL-00003667

```
10/15/2013                  Colchester Police Department                      1643
13:11                         LAW Incident Table:                      Page:     1

b Incident
Incident Number: 01CC00635    Nature: Citizen Dispute
     Case Number:                           Image:
           Address& 573 Bay Road
                City: Colchester       State: VT   ZIP: 05446
                Area: 0405  COLCHESTER           Contact: 911 agent 69
e

b Complainant
Numbr:     166087
 Last: Justice                       Fst: Suzann       Mid: M
  DOB:            SSN:            Adr& 13 GARDENSIDE LN; Apt A
  Race: W Sx: F Femal             Cty: Essex          ST: VT ZIP: 05452
e

b Details
  Offense Codes: CDIS                      Reported: CDIS  Observed: CDIS
  Circumstances: LT20
Rspndg Officers: Fisher, R           Cannon, M
Rspnsbl Officer: Fisher, R           Agency: 0405        CAD Call ID:   1580399
     Received By: Hood, J              Last RadLog:
  How Received: 9  911 Line            Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 19:09:06 02/09/2001  Disposition: COM  Disp Date: 02/15/2001
Occurrd between: 19:09:06 02/09/2001  Judicial Sts: CEO  Computer Entry Only
            and: 19:09:06 02/09/2001    Supervisor: Lt T Stech


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                  Relationship
 NM     132013  02/15/2001                              person of interest
 NM     285389  02/15/2001  Ratta-Roberts, Jean          witness
 NM     166087  02/09/2001  Justice, Suzann M            *Complainant
 CA    1580399  02/09/2001  19:09 02/09/2001 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                  Amount
  1 CDIS Citizen Dispute                    0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                  Comments
  1 LT20   Residence/Home
```

FELL-00003668

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Fisher, R         M179
  2 Cannon, M         M175
```

FELL-00003669

Narrative:

On 2-9-01 I responded to 76 Bay Road for a neighbor dispute.  Upon arrival I spoke to Suzann Justice.  She advised that her downstairs neighbor, ███████████      Came into the hallway of the apartment building and started screaming at her.  She advised that ██████ was at her in a very loud voice and used profanity.  I also spoke to another neighbor, Jean Ratta-Roberts, who confirmed Justices' story.  I then spoke to ███████████.  She said that she did not use profanity but did yell because Justice was being very loud upstairs.  ██████ was in a very aggitated state and I told her several times to calm down.  ████████ lives with her husband who has brain damage and is not well and ██████ admitted that she sometimes loses her temper.  I told her in the future to call the police if there is a problem if she can not speak to her neighbors in an civil tounge.  Nothing further.

FELL-00003670

```
10/15/2013               Colchester Police Department                    1643
13:11                      LAW Incident Table:                   Page:     1

  Incident
Incident Number: 01CC00761   Nature: Vandalism
     Case Number:                          Image:
         Address: 573 Bay Road
            City: Colchester       State: VT   ZIP: 05446
            Area: 0405  COLCHESTER            Contact:


  Complainant
Numbr:    331525
 Last: Justice               Fst: Charles    Mid: Andrew
  DOB:          SSN:   -  -  Adr= 65 COLLAMER CIR
 Race: W Sx: M Tel:          Cty: Shelburne     ST: VT ZIP: 05482


  Details
  Offense Codes: 1410                   Reported: 1414  Observed: 1410
  Circumstances: LT18
Rspndg Officers: Cole, Charles
Rspnsbl Officer: Cole, Charles    Agency: 0405       CAD Call ID:   1588251
    Received By: Fontaine, L         Last RadLog:
  How Received: T  Telephone         Clearance: RBL  Reviewed by Lt/Capt/C
 When Reported: 16:54:08 02/18/2001  Disposition: INA  Disp Date: 02/18/2001
Occurrd between: 16:54:08 02/18/2001  Judicial Sts: CEO  Computer Entry Only
           and: 16:54:08 02/18/2001   Supervisor: Lt T Stech
           MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date      Description              Relationship
 NM      331525  05/02/2001 Justice, Charles Andrew   Victim
 NM      132013  02/18/2001                           POI
 NM      331525  02/18/2001 Justice, Charles Andrew  *Complainant
 VH      218105  02/18/2001 PLE 1995 CHEV CAV VT      Vehicle Involved
 VH      402875  02/18/2001 GRN 1999 DODG CARAVAN VT  Damaged Vehicle
 CA     1588251  02/18/2001 16:54 02/18/2001 Vandalism *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                Amount
  1 1410 VANDALISM OF MOTOR VEHICLES     0.00
```

FELL-00003671

```
LAW Incident Circumstances:
                     Contributing Circumstances
Seq Code                                      Comments
  1 LT18   Parking Lot/Garage


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Cole, Charles   M183
```

FELL-00003672

Narrative:

Long standing neighbor dispute at apartment building.  One neighbor had
a door ding in passenger side front door from the other neighbor's car.
Neither neighbor would speak to one another and requested police to
mediate the exchange of insurance information.

FELL-00003673

```
10/15/2013                Colchester Police Department                     1643
13:10                        LAW Incident Table:                    Page:     1

b Incident
Incident Number: 01CC02045    Nature: Citizen Dispute
     Case Number:                         Image:
         Address& 573 Bay Rd Apt 200
             City: Colchester        State: VT    ZIP: 05446
             Area: 0405   COLCHESTER           Contact:
e

b Complainant
Numbr:     166087
  Last: Justice                     Fst: Suzann        Mid: M
   DOB: ███████  SSN: ████████   Adr& 13 GARDENSIDE LN; Apt A
  Race: W Sx: F Femal████████      Cty: Essex          ST: VT ZIP: 05452
e

b Details
   Offense Codes: CDIS                     Reported: CDIS   Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Jacobs, Mark
Rspnsbl Officer: Jacobs, Mark     Agency: 0405         CAD Call ID:   1652649
     Received By: Benway, E            Last RadLog:
   How Received: T  Telephone          Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 08:11:59 05/05/2001   Disposition: COM  Disp Date: 05/05/2001
Occurrd between: 08:11:59 05/05/2001   Judicial Sts: CEO  Computer Entry Only
           and: 08:11:59 05/05/2001    Supervisor: Lt TStech

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date       Description                     Relationship
 NM     132013  05/05/2001   ███████  ; ███████          Person of Interest
 NM     133392  05/05/2001   ███████  Moise R             Person of Interest
 NM     166087  05/05/2001   Justice, Suzann M            *Complainant
 CA    1652649  05/05/2001   08:11 05/05/2001 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                 Amount
  1 CDIS Citizen Dispute                   0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                 Comments
  1 LT20  Residence/Home
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Jacobs, Mark      M181
```

FELL-00003675

Narrative:

Dispatched to a citizens dispute between two tenants at the apartment complex located at 573 Bay Road. Upon arrival, I met with Moise ███████ who advised that his neighbors from apt 200 are using chemicals in the basement which are making his wife sick. Mr. ███████ advised that his wife has a breathing condition and the fumes are making her sick. Mr. ███████ asked what could be done about the problem. I advised Mr. ███████ that the Health Officer or the Landlord needed to help him resolve the problem. I advised him that the police could not tell the neigbors not to use engine cleaner in the basement or outside the residence and this was not a criminal violation.

I then spoke to Suzann Juctice who resides in apt 200. Mrs. Justice advised that her husband has permission to work in the basement. Mrs. Justice advised that they also have permission to keep the basement door closed and locked because her husband has very expensive tools in the basement. Mrs. Justice advised that on this date the ███████ became upset because the door was closed and they wanted to leave it open to air out. Mrs. Justice advised that the ███████ started yelling at her outside the residence and were in her face. Mrs. Justice advised she did not wish to make a formal complaint, but advised if the ███████ get in her face again and threaten her she would seek to make a complaint.

I was asked to smell the cupboard area of the ███████ residence. I could smell a moderate odor of something which I could not identify. I could only smell the odor when I put me nose inside the cupboard. I could not smell any odor in the residence itself.

I advised the Mr. ███████ that if he had a future problems to not confront his neighbor, but to call the police.

I advised Mr. ███████ to contact the landlord and the health officer.

End of incident.

FELL-00003676

```
10/15/2013              Colchester Police Department                    1643
13:09                      LAW Incident Table:                 Page:    1

  Incident
Incident Number: 01CC02207   Nature: Citizen Dispute
    Case Number:                        Image:
        Address: 573 Bay Rd Apt 200
          City: Colchester       State: VT   ZIP: 05446
          Area: 0405  COLCHESTER            Contact:


  Complainant
Numbr:    331525
  Last: Justice                 Fst: Charles      Mid: Andrew
   DOB:          SSN:    -  -    Adr= 65 COLLAMER CIR
  Race: W Sx: M Tel:            Cty: Shelburne      ST: VT ZIP: 05482


  Details
   Offense Codes: CDIS                  Reported: SUSP  Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Kaufman, B
Rspnsbl Officer: Kaufman, B      Agency: 0405       CAD Call ID:  1658938
    Received By: Benway, E       Last RadLog:
   How Received: T  Telephone     Clearance: RBS  Reviewed by Sergeant
  When Reported: 09:16:07 05/12/2001   Disposition: COM  Disp Date: 05/12/2001
Occurrd between: 09:16:07 05/12/2001   Judicial Sts: CEO  Computer Entry Only
           and: 09:16:07 05/12/2001    Supervisor: Sgt D. Allen
            MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM    132013  05/12/2001                                 Person of Interest
 NM    331525  05/12/2001  Justice, Charles Andrew       *Complainant
 CA   1658938  05/12/2001  09:16 05/12/2001 Suspicious   *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                              Amount
  1 CDIS Citizen Dispute                0.00
```

FELL-00003677

```
LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Kaufman, B         M162
```

FELL-00003678

Narrative:

On 05-12-2001 I spoke with Charles Justice and ███████████, who are involved in an ongoing dispute over odors in the shared basement of their apartments at 575 and 573 Bay Road.

████████ had complained about an odor coming from the basement as a result of Justice working on his boat. Justice now believes that ██████ is spraying something in the basement to create another odor.

Both were advised that this was a neighbor dispute and that they needed to find a way to work out their differences.

Case closed.

```
10/15/2013                Colchester Police Department                    1643
13:09                       LAW Incident Table:                  Page:     1

b Incident
Incident Number: 01CC03523   Nature: Vandalism
     Case Number:                              Image:
        Address& 573 Bay road
             City: Colchester        State: VT    ZIP: 05446
             Area: 0405  COLCHESTER           Contact:
e

b Complainant
Numbr:    132013
 Last: ███████         SSN:   ─  ─   Fst: ███████        Mid: ███████
  DOB: ███████                       Adr&
 Race: W Sx: F Femal███████          Cty: ███████        ST: ██ ZIP: ███████
e

b Details
  Offense Codes: 1410                     Reported: 1414  Observed: 1410
  Circumstances: LT18
Rspndg Officers: Kaufman, B
Rspnsbl Officer: Kaufman, B       Agency: 0405         CAD Call ID:   1718080
    Received By: Fontaine, L       Last RadLog:
  How Received: T  Telephone           Clearance: RBS  Reviewed by Sergeant
  When Reported: 12:32:06 07/15/2001   Disposition: INA  Disp Date: 08/11/2001
Occurrd between: 12:32:06 07/15/2001   Judicial Sts: CEO  Computer Entry Only
            and: 12:32:06 07/15/2001    Supervisor: SGT J. ROY


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                    Relationship
 NM     132013   07/18/2001  ███████  ███████              Victim
 NM     132013   07/15/2001  ███████  ███████              *Complainant
 VH     218105   07/15/2001  PLE 1995 CHEV CAV VT           Vehicle
 CA    1718080   07/15/2001  12:32 07/15/2001 Vandalism     *Initiating Call
 PR     275608   07/18/2001  PLE Paint Automotive Chev $100 Damaged

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                               Amount
  1 1410 VANDALISM OF MOTOR VEHICLES     0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                            Comments
  1 LT18  Parking Lot/Garage
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Kaufman, B        M162
```

FELL-00003681

Narrative:

Wanted scratches noted that were on the drivers door of the
vehicle.  Complainant believed that one of her neighbors caused
the damage.  She advised that she has been involved in a long
standing dispute with the neighbor.  Complainant did not see
anything done to the vehicle and just wanted the damage noted not
investigated.

Case closed.

FELL-00003682

```
10/15/2013                Colchester Police Department                    1643
13:08                       LAW Incident Table:                  Page:    1

   Incident
Incident Number: 01CC04403   Nature: Traffic Hazard
     Case Number:                            Image:
        Address: Roosevelt Highway
          City: Colchester        State: VT    ZIP: 05446
          Area: 0405  COLCHESTER            Contact:


   Complainant
Numbr:    132013
  Last: ████████        SSN:        Fst: ████    Mid: ████
   DOB: ████████   SSN:     -   -   Adr=                    
  Race: W Sx: F Tel: ████████       Cty: ████        ST: █ ZIP: ████


   Details
   Offense Codes: THAZ                    Reported: THAZ  Observed: THAZ
   Circumstances: LT13
Rspndg Officers: Fish, M.
Rspnsbl Officer: Fish, M.        Agency: 0405        CAD Call ID:   1758436
    Received By: Hood, J          Last RadLog:
   How Received: T  Telephone        Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 20:35:30 08/24/2001  Disposition: COM  Disp Date: 08/26/2001
Occurrd between: 20:35:30 08/24/2001  Judicial Sts: CEO  Computer Entry Only
            and: 20:35:30 08/24/2001   Supervisor: Lt B. Parizo
             MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                   Relationship
 NM    132013  08/26/2001  ████ ████████             *Complainant
 NM    830797  08/26/2001  Brightman, Robert David      Person of interest
 CA   1758436  08/26/2001  20:35 08/24/2001 Traffic Hazar *Initiating Call

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                          Amount
  1 THAZ Traffic Hazard            0.00
```

FELL-00003683

```
LAW Incident Circumstances:
                Contributing Circumstances
Seq Code                                    Comments
  1 LT13   Highway/Road/Alley


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Fish, M.            M188
```

FELL-00003684

Narrative:

I spoke with Robert Brightman. I told him to stay out of the road.  To
push his wheelchair up the hill and not to impede traffic.  I advised if
we recieved any other complaints he likely would be arrested.

FELL-00003685

```
10/15/2013                  Colchester Police Department                      1643
13:08                       LAW Incident Table:                      Page:    1

   Incident
Incident Number: 01CC05065   Nature: Family Fight
      Case Number:                            Image:
         Address: 573 Bay Road Apt 200
            City: Colchester       State: VT   ZIP: 05446
            Area: 0405  COLCHESTER            Contact:


   Complainant
Numbr:     166087
 Last: Justice                    Fst: Suzann        Mid: M
  DOB: ███████   SSN: ████████   Adr= 13 GARDENSIDE LN; Apt A
 Race: W Sx: F Tel: ████████████  Cty: Essex           ST: VT ZIP: 05452


   Details
   Offense Codes: 2430                      Reported: _080  Observed: _080
   Circumstances: LT20
Rspndg Officers: Nadeau, C
Rspnsbl Officer: Nadeau, C        Agency: 0405        CAD Call ID:   1787641
    Received By: Benway, E        Last RadLog:
  How Received: T  Telephone         Clearance: RBS  Reviewed by Sergeant
 When Reported: 17:36:14 09/24/2001  Disposition: COM  Disp Date: 09/24/2001
Occurrd between: 17:36:14 09/24/2001  Judicial Sts: CEO  Computer Entry Only
           and: 17:36:14 09/24/2001   Supervisor: Sgt D. Allen
            MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date      Description                    Relationship
 NM    132013  09/24/2001  ███████  ███████████          Person of Interest
 NM    133392  09/24/2001  ███████  Moise R              Person of Interest
 NM    166087  09/24/2001  Justice, Suzann M            *Complainant
 CA   1787641  09/24/2001  17:36 09/24/2001 Family Fight *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                               Amount
 1 2430 FAMILY DISTURBANCE              0.00
```

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Nadeau, C           M167

FELL-00003687

Narrative:

On the above date and time, I was dispatched to 573 #100 Bay Road for a family fight.  The complaint was called in by the resident at #200, Suzanne Justice.

Upon arrival, I spoke with Moise ██████ and ███████████.  Both ████ and Moise indicated that they were talking loudly about Justice who had possibly knocked over a plant outside of their residence the prior night.  They both denied that they were fighting.  I noted that neither party was injured and had no reason to disbeliev their story.  Moise and ████ believed that Justice called the police because she overheard them talking about her and was mad.

After speaking to the ███████, I spoke to Justice.  Justice indicated that the ██████ fight alot and that there is bad blood between the two neighbors.

I spoke to both neighbors about getting along and took no further action.

```
10/15/2013                  Colchester Police Department                    1643
13:08                         LAW Incident Table:                   Page:    1

   Incident
Incident Number: 02CC03870   Nature: Accident PI
    Case Number:                              Image:
        Address: Roosevelt Highway / Bay Rd
           City: Colchester      State: VT   ZIP: 05446
           Area: 0405  COLCHESTER            Contact: E-911 Agent 56


   Complainant
Numbr:
 Last:                       Fst:                Mid:
  DOB:           SSN:        Adr:
 Race:   Sx:   Tel:          Cty:                   ST:    ZIP:


   Details
  Offense Codes: _117                     Reported: 3100  Observed: _117
  Circumstances: LT13  BM88
Rspndg Officers: Allen, D.        Miranowicz, Dia
Rspnsbl Officer: Miranowicz, Dia  Agency: 0405        CAD Call ID:   2051868
     Received By: Benway, E           Last RadLog:
   How Received: 9  911 Line           Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 11:47:37 07/21/2002  Disposition: COM  Disp Date: 08/17/2002
Occurrd between: 11:47:37 07/21/2002  Judicial Sts: CEA  Comp Entry-Attachment
            and: 11:47:37 07/21/2002   Supervisor: Lt T Stech
             MO:


   Narrative
 Narrative: (See below)
Supplement: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date       Description                    Relationship
 NM     132013  07/21/2002   ███████████████              Operator 2
 NM     280479  07/21/2002   Mckinstry, Irving Stanley      Operator 1
 NM     319643  07/21/2002   Lachman, Linnea Marie          Witness
 AC     115064  10/01/2002   Accident                       *Related Incident
 VH     218105  07/21/2002   PLE 1995 CHEV CAV VT           Operator 2
 VH     540200  07/21/2002   BLK/YEL 1996 HARL MC VT        Vehicle 1
 CA    2051868  07/21/2002   11:47 07/21/2002 Accident PI   *Initiating Call
```

FELL-00003689

```
LAW Incident Offenses Detail:
                 Offènse Codes
Seq Code                                  Amount
  1 _117 Accident/Inj Short Form (Old)      0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                  Comments
  1 LT13   Highway/Road/Alley
  2 BM88   No Bias/Motivation


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Allen, D.         M186
  2 Miranowicz, Dia M168
```

FELL-00003690

Narrative:

_____
This is a vehicle vs motorcycle accident with injuries.
State of Vermont Uniform Crash Report completed.

FELL-00003691

Law Supplemental Narrative:

Supplemental Narratives

Seq Name                Date                Narrative
  1                      :  :      /  /
On Sunday, July 21, 2002, at approximately 1147 hours, I was
dispatched to a motor vehicle accident, with injuries, involving
a motorcyclist on Roosevelt Highway (US RT7) at Bay Rd.
Upon arrival, I observed Operator 1 (McKinstry) on his back on
the ground on the south corner of Bay Rd. at Roosevelt Highway.
First Responders, who were present at the scene, were evaluating
operator 1 (McKinstry). Operator 1 (McKinstry) was conscious and
alert. I could see open wounds on his arms that were slightly
bleeding. Operator 1's (McKinstry) vehicle had been moved prior
to my arrival.
Operator 2 ████████ was standing in the area, and advised that
she had moved her vehicle across the street (US RT7). Operator 2
████████ advised that she was not injured.
Operator 2 ████████ advised that she was stopped on Bay Rd. and
waiting for traffic to clear, to turn left onto RT7. Operator 2
████████ advised that she pulled out onto RT7 and saw Operator 1
(McKinstry) coming so fast down the hill, that she could have
been hit in the door, so she stopped. Operator @ ████████ advised
that she thought Operator 1 (McKinstry) was going to make it
around her, but he hit her. Operator 2 ████████ also advised that
she did not have insurance on her vehicle.
I spoke with Operator 1 (McKinstry) at Fletcher Allen Health
Care. Operator 1 (McKinstry) advised he was coming south on RT7
and this lady, Operator 2 ████████, pulled out in the lane.
Operator 1 (McKinstry) advised that it looked like she was going,
then she stopped, and kept going backwards. Operator 1
(McKinstry) advised that Operator 2 ████████ was almost to the
other side, and she decided to back up. Operator 1 (McKinstry)
advised that he tried to go around the vehicle, but ended up
hitting the back end. Operator 1 (McKinstry) advised he was
probably going 45 mph at first, and slowed to 25 mph.
I spoke with Operator 1 (McKinstry) on Monday, July 22, 2002.
Operator 1 (McKinstry) advised that his knees were sore, but he
rode his motorcycle home after he was released from Fletcher
Allen Health Care.
I spoke with Witness (Lachman) a few days after the accident.
Witness (Lachman) ness (Lachman) advised that she was at the stop
sign at the village, waiting to turn left, then go straight, to
head towards Prim Rd. Witness (Lachman) advised that she saw the
purple car (Operator 2 ████████ pull out onto RT7, and stop,
blocking RT7. Witness (Lachman) advised that the motorcycle came
from RT7, and she was unsure if he was turning right onto Bay Rd,
or swerving, then he hit the back end. Witness (Lachman) advised
that Operator 1 (McKinstry) did not appear to be going
particularly fast. Witness (Lachman) advised that she did not see
Operator 2████████ back up.

FELL-00003692

```
10/15/2013                 Colchester Police Department                        1643
13:07                         LAW Incident Table:                        Page:    1

   Incident
Incident Number: 03CC00030    Nature: Noise Disturban
   Case Number:                              Image:
       Address: 573 Bay Road
          City: Colchester        State: VT    ZIP: 05446
          Area: 0405   COLCHESTER             Contact: caller


   Complainant
Numbr:     132013
  Last: ██████████        Fst: █████████      Mid: ███████
  DOB: ███████   SSN:   -   -   Adr= ████████████████
  Race: W Sx: F Tel: ██████████    Cty: ████████      ST: ██ ZIP: ███████


   Details
  Offense Codes: _523                    Reported: _523  Observed: 4523
  Circumstances: LT20
Rspndg Officers: Kinney, T         Gonyaw, F
Rspnsbl Officer: Kinney, T         Agency: 0405         CAD Call ID:   2196559
     Received By: Bergeron, B          Last RadLog:
   How Received: T  Telephone           Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 23:59:20 01/02/2003  Disposition: COM  Disp Date: 01/03/2003
Occurrd between: 23:59:20 01/02/2003  Judicial Sts: CEO  Computer Entry Only
           and: 23:59:20 01/02/2003   Supervisor: Lt T Stech
            MO:


   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM    331525  01/03/2003  Justice, Charles Andrew        Person of interest
 NM    132013  01/02/2003  ████████  ████████             *Complainant
 CA   2196559  01/02/2003  23:59 01/02/2003 Noise Disturb *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                             Amount
 1 _523 Noise Disturbance  (Old)      0.00
```

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Kinney, T          M162
  2 Gonyaw, F          M165

FELL-00003694

Narrative:

On the above date and time I recieved a call from a ███████████, ████████.
██████ told me that her upstairs neighbors were banging on the floors and making all kinds of noise. She stated that the noise had stopped but had been going on most of the night.

She advised me that the neighbors responsible for the noise were Sue and Chuck Justice. They live at 573 Bay Road in Colchester above ██████.

I told ██████ that there was not a whole lot we could do for her tonight because the noise had stopped. I told her to call us the next time that they were being disturbed by the neighbors and we could come out to abserve the noise.

██████ said that she would call the next time they were being disturbed by the noise.

FELL-00003695

```
10/15/2013                   Colchester Police Department                      1643
13:06                          LAW Incident Table:                   Page:     1

b Incident
Incident Number: 03CC03512    Nature: Suspicious
     Case Number:                             Image:
          Address& 521-101 BAY ROAD
             City: Colchester        State: VT   ZIP: 05446
             Area: 0405  COLCHESTER          Contact:
e

b Complainant
Numbr:    132013
  Last: ███████.            Fst: ███████        Mid: █████
   DOB: ███████  SSN:    -  -   Adr& █████████
  Race: W Sx: F Femal██████████  Cty: ██████████   ST: █  ZIP: ████████
e

b Details
   Offense Codes: _USP ASST                 Reported: SUSP  Observed: ASST
   Circumstances: LT20
Rspndg Officers: Miranowicz, Dia
Rspnsbl Officer: Miranowicz, Dia  Agency: 0405        CAD Call ID:   2353752
     Received By: Mead-Fournier         Last RadLog:
   How Received: T  Telephone           Clearance: RBS  Reviewed by Sergeant
   When Reported: 18:41:25 07/26/2003   Disposition: COM  Disp Date: 07/31/2003
Occurrd between: 18:41:25 07/26/2003  Judicial Sts: CEO  Computer Entry Only
           and: 18:41:25 07/26/2003     Supervisor: SGT J. ROY

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date      Description                  Relationship
 NM     132013  07/26/2003 ████████████████            *Complainant
 CA    2353752  07/26/2003 18:41 07/26/2003 Suspicious  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                            Amount
  1 _USP Suspicion (Old)             0.00
  2 ASST Agency Assist               0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                            Comments
  1 LT20  Residence/Home
```

FELL-00003696

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Miranowicz, Dia M168
```

FELL-00003697

Narrative:
_____

On Saturday, July 26, 2003, I was dispatched to meet with ███████████
regarding her cat possibly having been decapitated by one of the neighbors.
I met with ██████, and she advised that her cat broke right through the screen
last night to get out of the residence. ██████ advised that her cat is suffering
kidney failure. ██████ advised that her cat is black with a red collar.
██████ advised that she was checking the area for her cat, and she observed what
appeared to be her cat on the cement portion behind 521-101 Bay Road.
I checked the area, and observed a blackish type pelt, that I was unable to
identify. There was some dried up grass clippings covering a portion of it,
indicating that it had been there for at least a day or two. It had a rotten
smell about it, however there were no bones, or head or internal organs.
Corporal Cole and ACO Francis came to the scene and advised that it was a bear
pelt and Fish and Game should be notified.
No one was at the residence of 521-101 Bay Road to speak to about the bear pelt.
I requested Dispatcher Fournier contact State Police to advise Fish and Game. I
attempted to re contact Fish and Game at approximately 2145 hours, and they
were still unable to locate a Warden.
At approximately 0400 hours on July 27, I left a message with the above
information with the State Police Dispatcher.
Any further action by this Officer is pending request of Fish and Game.

FELL-00003698

```
10/15/2013                Colchester Police Department                    1643
13:06                       LAW Incident Table:                    Page:    1

b Incident
Incident Number: 06CC03719    Nature: Welfare Check
    Case Number:                        Image:
        Address& 573 BAY ROAD
            City: Colchester        State: VT    ZIP: 05446
            Area: 0405   COLCHESTER           Contact:
e

b Complainant
Numbr:     132013
 Last: ████        SSN:   -  -    Fst: ████        Mid: ████
  DOB: ████████    SSN:   -  -    Adr& ████
 Race: W Sx: F Femal████          Cty: ████        ST: ██ ZIP: ████
e

b Details
 Offense Codes: WELF                    Reported: WELF   Observed: WELF
 Circumstances: LT20   BM88   SUN
Rspndg Officers: Bressler, J
Rspnsbl Officer: Bressler, J       Agency: 0405        CAD Call ID:    3150525
    Received By: McRae, A              Last RadLog: 15:48:55 06/21/2006   CMPLT
  How Received: T  Telephone           Clearance: RBS   Reviewed by Sergeant
 When Reported: 15:37:07 06/21/2006   Disposition: COM  Disp Date: 06/21/2006
Occurrd between: 15:37:07 06/21/2006  Judicial Sts: CEO  Computer Entry Only
            and: 15:37:07 06/21/2006   Supervisor: ROY 082306

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM     132013  06/21/2006  ████ ████                    *Complainant
 CA    3150525  06/21/2006  15:37 06/21/2006 Welfare Check *Initiating Call

LAW Incident Offenses Detail:
                Offense Codes
Seq Code                           Amount
 1 WELF Welfare Check               0.00


LAW Incident Circumstances:
                Contributing Circumstances
Seq Code                           Comments
 1 LT20   Residence/Home
 2 BM88   No Bias/Motivation
 3 SUN    Not Suspected of Using
```

FELL-00003699

Narrative:
_____
Responded to the report of a welfare check needed at 573 Bay Rd.

Complainant advised that she was unable to get ahold of her husband, Mo, by
telephone and she was concerned because he has health issues.

Met with Mo at the above residence and advised him to contact his wife.

Nothing further needed.

FELL-00003700

```
10/15/2013              Colchester Police Department                    1643
13:05                    LAW Incident Table:                    Page:    1

b Incident
Incident Number: 06CC07264    Nature: Noise Disturban
     Case Number:                          Image:
         Address& 573 BAY ROAD
             City: Colchester       State: VT    ZIP: 05446
             Area: 0405   COLCHESTER           Contact: E-911 Agent 56
e

b Complainant
Numbr:     661988
 Last: Olsaver                    Fst: Gregory       Mid: R
  DOB:              SSN:          Adr& 385 MAIN ST; Apt B
 Race: W Sx: M Male               Cty: Winooski       ST: VT ZIP: 05404
e

b Details
  Offense Codes: NDIS                      Reported: CDIS  Observed: NDIS
  Circumstances: LT20
Rspndg Officers: Fontaine, J
Rspnsbl Officer: Fontaine, J      Agency: 0405        CAD Call ID:   3266025
     Received By: Benway, E             Last RadLog: 20:15:33 11/13/2006  CMPLT
    How Received: 9  911 Line             Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 20:12:28 11/13/2006  Disposition: COM  Disp Date: 11/13/2006
Occurrd between: 20:12:28 11/13/2006  Judicial Sts: CEO  Computer Entry Only
            and: 20:12:28 11/13/2006   Supervisor: Allen 121806


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                Relationship
 NM     132013  11/13/2006                           person of interest
 NM     661988  11/13/2006  Olsaver, Gregory R        *Complainant
 CA    3266025  11/13/2006  20:12 11/13/2006 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                                Amount
 1 NDIS Noise Disturbance               0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                Comments
 1 LT20   Residence/Home
```

FELL-00003701

Narrative:

Heather Olsaver called to report that she had been confronted by her downstairs neighbor, ███████████ who had complained about her (Olsaver's) 2 year old daughter running in the apartment.  Heather advised that ██████ had Heather advised that this had been a problem that had been resolved approximately 8 months ago when the landlord had spoken with ██████ and Moe ████████.  Heather did not want us to speak with ████████ but wanted the report filed.

FELL-00003702

```
10/15/2013                Colchester Police Department                    1643
13:05                        LAW Incident Table:                   Page:     1

b Incident
Incident Number: 07CC00297   Nature: Suspicious
     Case Number:                              Image:
        Address& ROOSEVELT HIGHWAY; Sunny Hollow
             City: Colchester        State: VT    ZIP: 05446
             Area: 0405  COLCHESTER            Contact: Joyce at work
e

b Complainant
Numbr:     132013
  Last: ███████        SSN:      -   -    Fst: ████████        Mid: ██████
   DOB: ████████       SSN:      -   -    Adr& ██████████
  Race: W Sx: F Femal███████████   Cty: ████████         ST: ██ ZIP: ██████
e

b Details
  Offense Codes: LFPR                      Reported: PSC    Observed: LFPR
  Circumstances: LT13
Rspndg Officers: Akerlind, M.
Rspnsbl Officer: Akerlind, M.     Agency: 0405          CAD Call ID:   3311687
    Received By: Beauregard, H      Last RadLog: 07:08:00 01/16/2007   CMPLT
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
  When Reported: 06:48:38 01/16/2007  Disposition: COM  Disp Date: 01/16/2007
Occurrd between: 06:48:38 01/16/2007  Judicial Sts: CEA  Comp Entry-Attachment
           and: 06:48:38 01/16/2007   Supervisor: JLF 011807

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                  Relationship
 NM     132013  01/16/2007   ████████████████        *Complainant
 CA    3311687  01/16/2007   06:48 01/16/2007 Suspicious  *Initiating Call
 PR     507496  01/16/2007   GLD Bicycle Diamondback W $250  Found Property

LAW Incident Offenses Detail:
               Offense Codes
Seq Code                            Amount
  1 LFPR Lost or Found Property      0.00


LAW Incident Circumstances:
               Contributing Circumstances
Seq Code                      Comments
  1 LT13  Highway/Road/Alley
```

Narrative:

Responded to the area of Roosevelt Highway and the south end of Sunny Hollow
for a report of a bicycle on the side of the road.  The caller was concerned
that someone was riding it and may have been hurt.

I checked the area and located the bike on the west edge of Roosevelt Highway
near the intersection with Sunderland Woods Road.  The bike was covered with
snow and ice and appeared that it had been there for a few days.  No one was
found out in the area.

The bike was taken back to the police station and placed in cold storage.  No
other action taken.

FELL-00003704

```
10/15/2013                  Colchester Police Department                    1643
13:05                         LAW Incident Table:                   Page:    1

   Incident
Incident Number: 07CC00719   Nature: Citizen Dispute
    Case Number:                           Image:
          Address= 573 BAY ROAD
               City: Colchester        State: VT   ZIP: 05446
               Area: 0405  COLCHESTER          Contact:


   Complainant
Numbr:    132013
  Last: ████        SSN:    -   -   Fst: ████        Mid: ████
   DOB: ████            SSN:    -   -   Adr= ████
  Race: W Sx: F Tel: ████           Cty: ████            ST: ██ ZIP: ████


   Details
  Offense Codes: 2480                      Reported: CDIS  Observed: 2480
  Circumstances: LT20
Rspndg Officers: Gonyaw, F
Rspnsbl Officer: Gonyaw, F        Agency: 0405          CAD Call ID:   3325347
     Received By: Fitzgerald, S        Last RadLog: 18:01:52 02/03/2007  CMPLT
  How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
  When Reported: 16:17:40 02/03/2007  Disposition: COM  Disp Date: 02/03/2007
Occurrd between: 16:17:40 02/03/2007  Judicial Sts: CEO  Computer Entry Only
            and: 16:17:40 02/03/2007   Supervisor: JLF 021307
            MO:


   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date     Description                    Relationship
 NM    132013  02/03/2007  ████ ████            *Complainant
 NM    341076  02/03/2007  Elliott, Erin Patricia        POI
 CA   3325347  02/03/2007  16:17 02/03/2007 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                          Amount
 1 2480 DISORDERLY CONDUCT OTHER      0.00
```

FELL-00003705

```
LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Gonyaw, F           M165


Main Radio Log Table:
Time/Date               Typ Unit   Code  Zone  Agnc Description
18:01:52 02/03/2007 1    M165     CMPLT 0405  0405 incid#=07CC00719 Completed cal
17:19:23 02/03/2007 1    M165     CMPLT 0405  0405 incid#=07CC00719 Reassigned to
16:31:34 02/03/2007 1    M165     ARRVD 0405  0405 incid#=07CC00719 Arrived on sc
```

FELL-00003706

Narrative:

█████ called Colchester Police regarding her neighbor yelling at her. █████ advised she has spoke with the female in apartment 101 about smoking. █████ advised she has asthma as does her husband. The smoke comes from her neighbors apartment and drifts across the hall and into her █████ apartment.

█████ advised she walked out into the hallway and made a comment about the smoke. The female happen to be in the hallway and began yelling at her using vulgar language.

█████ advised she knows there is nothing she can do about the smoking but felt it was inappropriate for the her neighbor to yell at her. █████ does not know the neighbors name.

I spoke with the female in apartment 101 who identified herself as Erin Elliott. Elliott advised █████ has spoke to her about the smoke from her apartment bothering her █████ Elliot has put a towel on the floor at the base of her door to try and be neighborly with █████.

Elliott advised she did walk into the shared hallway on this date where she was met by █████ who was already in the hallway. █████ immediately began to yell at her about the smoke issue. Elliott advised she did yell at █████ and used the word "fuck" in her conversation. Elliott advised █████ husband yelled at her from inside his apartment, calling her a "fucking bitch."

Elliott then went back into her apartment. Elliott advised minutes later █████ was outside and something hit her window.

I advised Eliott to not engage █████ in an argument. I told her to ignore █████ if she becomes verbally abusive towards her.

No further action taken.

```
10/15/2013                 Colchester Police Department                      1643
13:04                          LAW Incident Table:                  Page:     1

   Incident
Incident Number: 07CC00754   Nature: Citizen Dispute
     Case Number:                              Image:
          Address= 573 BAY ROAD; 101
             City: Colchester        State: VT    ZIP: 05446
             Area: 0405  COLCHESTER             Contact:


   Complainant
Numbr:     132013
   Last: █████████    Fst: ██████     Mid: ██████
    DOB: ████████  SSN:    -  -   Adr= ██  █████████
   Race: W Sx: F Tel: ██████████  Cty: ████████      ST: ██ ZIP: █████


   Details
   Offense Codes: CDIS                    Reported: CDIS   Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Jacobs, Mark
Rspnsbl Officer: Jacobs, Mark       Agency: 0405          CAD Call ID:   3326433
     Received By: Lemire, K          Last RadLog: 11:17:31 02/05/2007   CMPLT
   How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
  When Reported: 11:06:20 02/05/2007  Disposition: COM  Disp Date: 02/06/2007
Occurrd between: 11:06:20 02/05/2007  Judicial Sts: CEO  Computer Entry Only
            and: 11:06:20 02/05/2007   Supervisor: Bean 020607
             MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description                  Relationship
 NM    341076  02/06/2007  Elliott, Erin Patricia       POI
 NM    132013  02/05/2007  ██████ ███████              *Complainant
 CA   3326433  02/05/2007  11:06 02/05/2007 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                Offense Codes
Seq Code                            Amount
  1 CDIS Citizen Dispute             0.00
```

FELL-00003708

```
LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                                     Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Jacobs, Mark       M181


Main Radio Log Table:
Time/Date              Typ Unit   Code  Zone  Agnc Description
11:17:31 02/05/2007 1    M181   CMPLT 0405  0405 incid#=07CC00754 Completed cal
11:06:20 02/05/2007 1    M181   ENRT  0405  0405 incid#=07CC00754 Enroute to a
```

FELL-00003709

Narrative:
_____
Complainant upset with neighbor for yelling at him. This is an ongoing issue
between complainant and neighbor. Cpl. Gonyaw spoke to both parties on February
02, 2007. Complainant upset with neighbor because she smokes in her apartment.
Issue best resolved by landlord which complainant was advised.

FELL-00003710

```
10/15/2013              Colchester Police Department                    1643
13:04                     LAW Incident Table:                  Page:      1

  Incident
Incident Number: 07CC01867   Nature: Noise Disturban
    Case Number:                          Image:
        Address= 573 BAY ROAD; Apt 201
          City: Colchester        State: VT   ZIP: 05446
          Area: 0405  COLCHESTER           Contact: Jean roberts


  Complainant
Numbr:     132013
 Last: ███████        SSN:   -   -   Adr=
  DOB: ███████                      Fst: ███████      Mid: ███████
 Race: W Sx: F Tel: ███████         Cty: ███████      ST: █ ZIP: ███████


  Details
  Offense Codes: NDIS                       Reported: CDIS  Observed: NDIS
  Circumstances: LT20
Rspndg Officers: Richter, K      Harvie, B        Jacobs, Mark
Rspnsbl Officer: Richter, K      Agency: 0405           CAD Call ID:   3362841
    Received By: Benway, E                Last RadLog: 20:33:33 03/27/2007  CMPLT
 How Received: T  Telephone             Clearance: RBS  Reviewed by Sergeant
 When Reported: 19:56:11 03/27/2007  Disposition: COM  Disp Date: 03/27/2007
Occurrd between: 19:56:11 03/27/2007  Judicial Sts: CEO  Computer Entry Only
           and: 19:56:11 03/27/2007   Supervisor: Bean 032907
           MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description                    Relationship
 NM    132013  03/27/2007  ███████ ███████              *Complainant
 NM    133392  03/27/2007  ███████, Moise R              witness
 NM    285389  03/27/2007  Ratta-Roberts, Jean           POI
 NM   1352219  03/27/2007  Olsaver, Heather N            POI
 CA   3362841  03/27/2007  19:56 03/27/2007 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
 1 NDIS Noise Disturbance              0.00
```

FELL-00003711

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Richter, K        M178
  2 Harvie, B         M192
  3 Jacobs, Mark      M181


Main Radio Log Table:
Time/Date              Typ Unit   Code  Zone   Agnc Description
20:33:33 03/27/2007 1    M178   CMPLT 0405   0405 incid#=07CC01867 Completed cal
20:33:33 03/27/2007 1    M192   CMPLT 0405   0405 incid#=07CC01867 Completed cal
20:32:48 03/27/2007 1    M181   CMPLT 0405   0405 incid#=07CC01867 Completed cal
20:09:03 03/27/2007 1    M181   ARRVD 0405   0405 incid#=07CC01867 Arrived on sc
20:05:40 03/27/2007 1    M178   ARRVD 0405   0405 incid#=07CC01867 Arrived on sc
20:04:42 03/27/2007 1    M192   ARRVD 0405   0405 incid#=07CC01867 Arrived on sc
19:57:52 03/27/2007 1    M178   ENRT  0405   0405 incid#=07CC01867 Enroute to a

FELL-00003712

Narrative:

Responded to a citizen dispute call between neighbors.

After taking to all parties involved advised █████ that she need to contact her land lord. The noise ██████ was complaining about is normal noise from her neighbor Olsavers kids playing and running around upstairs and from another neighbor Ratta-Roberts cutting a piece of wood.

FELL-00003713

```
10/15/2013                 Colchester Police Department                    1643
13:03                        LAW Incident Table:                     Page:    1

   Incident
Incident Number: 07CC04540    Nature: Citizen Dispute
     Case Number:                          Image:
        Address= 573 BAY ROAD
            City: Colchester         State: VT   ZIP: 05446
            Area: 0405  COLCHESTER          Contact:


   Complainant
Numbr:    132013
  Last: ██████          Fst: ████        Mid: ████
  DOB: ██████  SSN:    -   -   Adr= ██████           
  Race: W Sx: F Tel: ██████  Cty: ██████      ST: █ ZIP: ████


   Details
   Offense Codes: CDIS                 Reported: CDIS  Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Hull, P.
Rspnsbl Officer: Hull, P.       Agency: 0405        CAD Call ID:  3440711
    Received By: Benway, E        Last RadLog: 19:13:30 07/03/2007  CMPLT
   How Received: T  Telephone       Clearance: RBS  Reviewed by Sergeant
  When Reported: 18:41:16 07/03/2007  Disposition: COM  Disp Date: 07/03/2007
Occurrd between: 18:41:16 07/03/2007  Judicial Sts: CEO  Computer Entry Only
            and: 18:41:16 07/03/2007   Supervisor: Bean 072807
             MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #     Date      Description                  Relationship
 NM     132013  07/03/2007   ██████ ██████          *Complainant
 NM    1352219  07/03/2007   Olsaver, Heather N           POI
 NM    1374457  07/03/2007   ████, Moe                   POI
 CA    3440711  07/03/2007   18:41 07/03/2007 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                          Amount
  1 CDIS Citizen Dispute              0.00
```

FELL-00003714

```
LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                     Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                 Unit
  1 Hull, P.             M182


Main Radio Log Table:
Time/Date              Typ Unit     Code  Zone   Agnc Description
19:13:30 07/03/2007 1   M182    CMPLT 0405   0405 incid#=07CC04540 Completed cal
18:54:32 07/03/2007 1   M182    ARRVD 0405   0405 incid#=07CC04540 Arrived on sc
18:52:23 07/03/2007 1   M182    ENRT  0405   0405 incid#=07CC04540 Enroute to a
```

FELL-00003715

Narrative:

Verbal dispute erupted when some cans fell from the deck above the complainant's into her flowers and on her cat. Complainant started yelling at the upstairs neighbor, Heather Olsaver, who yelled back at her. Then the complainant's husband, Moe ████, went up the stairs yelling and swearing at Olsaver who allegedly threw a plastic sled at him striking him.

Olsaver advised that the cans fell off the deck by accident and she did yell back at the complainant when they were yelling at her. She denied striking Mr. ████ with the sled and felt they were the aggressors.

Both agreed to try to leave each other alone, Mr. ████, suffers from a brain injury that has partially disabled him. He allegedly cannot always control his impulses and will swear at people when excited.

An anonymous neighbor who was in his back yard spoke to me as I was leaving and he advised that the cans fell from the upstairs and the complainant's totally over reacted and went after the upstairs neighbor. The upstairs neighbor became agitated and threw more cans over and yelled back. He did not see her strike or throw a sled at Mr. ████.

No further action at this time.

```
10/15/2013                 Colchester Police Department                      1643
13:02                        LAW Incident Table:                   Page:     1

   Incident
Incident Number: 08CC00744    Nature: Medical
     Case Number:                               Image:
         Address= 573 BAY ROAD; apt 100
            City: Colchester      State: VT    ZIP: 05446
            Area: 0405   COLCHESTER         Contact: 911 derby agent 144


   Complainant
Numbr:     132013
  Last: ████████        Fst: ████████      Mid: ██████
  DOB: ██████  SSN:   -  -   Adr=
  Race: W Sx: F Tel: ██████   Cty: ████████       ST: ██  ZIP: ██████


   Details
   Offense Codes: AMAS                    Reported: AMAS   Observed: AMAS
   Circumstances: LT20
Rspndg Officers: Fontaine, J
Rspnsbl Officer: Fontaine, J      Agency: 0405           CAD Call ID:   3616646
    Received By: McRae, A          Last RadLog: 08:02:17 02/06/2008  CMPLT
   How Received: 9  911 Line         Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 07:21:16 02/06/2008  Disposition: COM  Disp Date: 02/06/2008
Occurrd between: 07:21:16 02/06/2008  Judicial Sts: CEO  Computer Entry Only
            and: 07:21:16 02/06/2008   Supervisor: Allen 022108
            MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
  NM     132013  02/06/2008  ████  ████████           *Complainant
  NM    1374457  02/06/2008  ████  Moe                 patient
  CA    3616646  02/06/2008  07:21 02/06/2008 Medical  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                               Amount
  1 AMAS Ambulance or Medical Assist    0.00
```

FELL-00003717

```
LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                      Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Fontaine, J       M174


Main Radio Log Table:
Time/Date              Typ Unit    Code   Zone  Agnc Description
08:02:17 02/06/2008 l   M174    CMPLT 0405   0405 incid#=08CC00744 Completed cal
07:54:44 02/06/2008 e   CRS221  CMPLT CRS    CRS  incid#=08CRS0103 st.mikes is t
07:53:22 02/06/2008 f   4E2     CMPLT CCFD   CCFD incid#=08CCF0067 Completed cal
07:49:28 02/06/2008 l   M174    VHINQ 0405   0405 incid#=08CC00744 vt pc DLK141-
07:30:44 02/06/2008 l   M174    ARRVD 0405   0405 incid#=08CC00744 Arrived on sc
07:28:22 02/06/2008 f   4E2     ENRT  CCFD   CCFD incid#=08CCF0067 Enroute to a
07:28:00 02/06/2008 f   4E2     ARRVD CCFD   CCFD incid#=08CCF0067 Arrived on sc
07:27:38 02/06/2008 e   CRS221  ENRT  CRS    CRS  incid#=08CRS0103 st.mikes enrt
07:27:33 02/06/2008 l   M174    ENRT  0405   0405 incid#=08CC00744 Enroute to a
07:20:54 02/06/2008 f   4E2     ASSGN CCFD   CCFD incid#=08CCF0067 Assigned to a
07:20:27 02/06/2008 e   CRS221  ASSGN CRS    CRS  incid#=08CRS0103 Assigned to a
```

FELL-00003718

Narrative:

Responded to a male that had fallen.  Located residence and assisted in bringing the patient to the rescue vehicle.

FELL-00003719

```
10/15/2013              Colchester Police Department                    1643
13:01                     LAW Incident Table:                  Page:     1

  Incident
Incident Number: 08CC02294   Nature: Fire
    Case Number:                              Image:
        Address= BAY RD; caller at 573 bay road
            City: Colchester      State: VT   ZIP: 05446
            Area: 0405  COLCHESTER           Contact:


  Complainant
Numbr:    132013
  Last: ███████        SSN:    -  -   Fst: █████████   Mid: ██████
  DOB: ████████                       Adr= ██████████
  Race: W Sx: F Tel: ████████         Cty: █████████        ST: ██ ZIP: ██████


  Details
  Offense Codes: FIRE                     Reported:        Observed: FIRE
  Circumstances: LT20
Rspndg Officers: Cole, Charles
Rspnsbl Officer: Cole, Charles   Agency: 0405        CAD Call ID:   3671025
    Received By: McRae, A            Last RadLog: 09:04:22 04/16/2008  CMPLT
   How Received: T  Telephone         Clearance: RBL  Reviewed by Lt/Capt/C
  When Reported: 08:50:27 04/16/2008  Disposition: COM  Disp Date: 04/16/2008
Occurrd between: 08:50:27 04/16/2008  Judicial Sts: CEO  Computer Entry Only
           and: 08:50:27 04/16/2008   Supervisor: Barton082208
            MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                 Relationship
 NM   132013  04/16/2008  ████████ ████████        *Complainant
 CA  3671025  04/16/2008  08:50 04/16/2008 Fire     *Initiating Call

LAW Incident Offenses Detail:
                Offense Codes
Seq Code                          Amount
  1 FIRE Fire                       0.00
```

FELL-00003720

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Cole, Charles    M183


Main Radio Log Table:

| Time/Date | Typ | Unit | Code | Zone | Agnc | Description |
|---|---|---|---|---|---|---|
| 09:04:22 04/16/2008 | 1 | M183 | CMPLT | 0405 | 0405 | incid#=08CC02294 unable to fin |
| 08:59:37 04/16/2008 | 1 | M183 | ARRVD | 0405 | 0405 | incid#=08CC02294 Arrived on sc |
| 08:53:49 04/16/2008 | 1 | M183 | ENRT | 0405 | 0405 | incid#=08CC02294 Enroute to a |

FELL-00003721

Narrative:

Complainant smelled smoke in the area of her residence.  I checked the area and did not locate any source.  Complainant called dispatch back to say that someone had thrown a cigarette into the mulch outside her apartment building and that she had put it out with some water.

Nothing further.

FELL-00003722

```
10/15/2013              Colchester Police Department                      1643
13:01                     LAW Incident Table:                     Page:    1

   Incident
Incident Number: 08CC03900    Nature: VIN Inspection
    Case Number:                            Image:
       Address= 573 BAY RD
           City: Colchester        State: VT   ZIP: 05446
           Area: 0405   COLCHESTER           Contact:


   Complainant
Numbr:    132013
  Last: █████████        SSN:      -  -   Fst: ███████      Mid: ██████
  DOB: ████████        SSN:      -  -   Adr= █████████
  Race: W Sx: F Tel: ██████████      Cty: ██████████   ST: ██ ZIP: ██████


   Details
   Offense Codes: VIN                      Reported: VIN   Observed: VIN
   Circumstances: LT20
Rspndg Officers: Gonyaw, F
Rspnsbl Officer: Gonyaw, F      Agency: 0405          CAD Call ID:   3722809
    Received By: Benway, E        Last RadLog: 18:05:01 06/16/2008   CMPLT
   How Received: T  Telephone       Clearance: RBS  Reviewed by Sergeant
  When Reported: 17:20:26 06/16/2008  Disposition: COM  Disp Date: 06/17/2008
Occurrd between: 17:20:26 06/16/2008  Judicial Sts: CEO  Computer Entry Only
           and: 17:20:26 06/16/2008   Supervisor: JLF 012509
            MO:



   Narrative
 Narrative: Verified VIN/1N4AB42D3VC518265 on a Nissan. Service Rendered.
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM    132013  06/16/2008  ██████ ██████████           *Complainant
 CA   3722809  06/16/2008  17:20 06/16/2008 VIN Inspectio *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                            Amount
 1 VIN  Vehicle Serial # Inspection    0.00
```

FELL-00003723

```
LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                     Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Gonyaw, F         M165


Main Radio Log Table:
Time/Date            Typ Unit    Code  Zone  Agnc Description
18:05:01 06/16/2008 1   M165    CMPLT 0405  0405 incid#=08CC03900 Completed cal
17:59:13 06/16/2008 1   M165    ARRVD 0405  0405 incid#=08CC03900 Arrived on sc
17:47:14 06/16/2008 1   M165    ENRT  0405  0405 incid#=08CC03900 Enroute to a
```

FELL-00003724

```
10/15/2013                Colchester Police Department                    1643
12:55                       LAW Incident Table:               Page:      1

  Incident
Incident Number: 08CC07944    Nature: Citizen Dispute
    Case Number:                         Image:
        Address= 573 BAY RD
            City: Colchester        State: VT   ZIP: 05446
            Area: 0405  COLCHESTER              Contact:


  Complainant
Numbr:   1466440
 Last: Roberts                    Fst: Jean          Mid:
  DOB: ████████  SSN:    -   -   Adr= 573 BAY RD
 Race: W Sx: F Tel: ██████████    Cty: Colchester      ST: VT ZIP: 05446


  Details
  Offense Codes: 2480                   Reported: 2430   Observed: 2480
  Circumstances: LT20
Rspndg Officers: Jones, Chris
Rspnsbl Officer: Jones, Chris    Agency: 0405        CAD Call ID:   3851586
    Received By: Rheaume, Jo       Last RadLog: 16:13:50 11/10/2008   CMPLT
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
  When Reported: 16:05:00 11/10/2008  Disposition: COM  Disp Date: 11/10/2008
Occurrd between: 16:05:00 11/10/2008  Judicial Sts: CEO  Computer Entry Only
            and: 16:05:00 11/10/2008   Supervisor: JLF 012609
            MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                    Relationship
 NM    132013  11/10/2008  ████████  ██████████           Person of interest
 NM   1466440  11/10/2008  Roberts, Jean                  *Complainant
 CA   3851586  11/10/2008  16:05 11/10/2008 Family Fight  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
  1 2480 DISORDERLY CONDUCT OTHER      0.00
```

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Jones, Chris    M181


Main Radio Log Table:
| Time/Date | Typ | Unit | Code | Zone | Agnc | Description |
|---|---|---|---|---|---|---|
| 16:13:50 11/10/2008 | 1 | M181 | CMPLT | 0405 | 0405 | incid#=08CC07944 Completed cal |
| 16:06:24 11/10/2008 | 1 | M181 | ARRVD | 0405 | 0405 | incid#=08CC07944 Arrived on sc |
| 16:06:12 11/10/2008 | 1 | M181 | ENRT | 0405 | 0405 | incid#=08CC07944 Enroute to a |

FELL-00003726

Narrative:

Complainant came to the Police Department to report that her downstairs
neighbor is always yelling and swearing at the neighbors.  She stated that this
is constantly going on.  The neighbor she is complaining about is ██████████.
She stated that █████ is even complaining about the door slamming when people
enter and exit the building.

I advised the complainant that the next time this happens to call the police
department and the hopefully ██████ can be caught in the act of her out bursts.
The complainant stated that she would let the rest of the neighbors know, as
they are also getting tired of █████.

Nothing further at this point.

```
10/15/2013                Colchester Police Department                        1643
12:54                       LAW Incident Table:                     Page:      1

   Incident
Incident Number: 08CC09110   Nature: Fire Hazard
     Case Number:                          Image:
        Address= 573 BAY RD
           City: Colchester         State: VT   ZIP: 05446
           Area: 0405  COLCHESTER           Contact:


   Complainant
Numbr:     132013
  Last: ██████████        Fst: ███████████      Mid: ██████
   DOB: ████████  SSN:    -   -   Adr= ██████████████
  Race: W Sx: F Tel: ████████████  Cty: ████████████     ST: █  ZIP: █████


   Details
   Offense Codes: PSC                     Reported:      Observed: PSC
   Circumstances: LT20
Rspndg Officers: Harvie, B
Rspnsbl Officer: Harvie, B        Agency: 0405         CAD Call ID:   3893595
    Received By: Benway, E           Last RadLog: 18:22:35 12/31/2008   CMPLT
   How Received: T  Telephone         Clearance: RBS  Reviewed by Sergeant
  When Reported: 17:54:15 12/31/2008  Disposition: COM  Disp Date: 01/01/2009
Occurrd between: 17:54:15 12/31/2008  Judicial Sts: CEO  Computer Entry Only
           and: 17:54:15 12/31/2008   Supervisor: ROY 022509
            MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date    Description                   Relationship
 NM     730767  01/01/2009  Paquette, Sean C            owner/veh
 NM     132013  12/31/2008  ██████████ ████████████     *Complainant
 CA    3893595  12/31/2008  17:54 12/31/2008 Fire Hazard  *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                           Amount
 1 PSC   Suspicious Person/Circumstance     0.00
```

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Harvie, B         M192


Main Radio Log Table:
Time/Date              Typ Unit    Code   Zone   Agnc Description
18:22:35 12/31/2008 l    M192    CMPLT 0405   0405 incid#=08CC09110 Completed cal
18:20:02 12/31/2008 f    4E3     CMPLT CCFD   0405 incid#=08CCF0621 Completed cal
18:18:49 12/31/2008 f    4E9     CMPLT CCFD   CCFD incid#=08CCF0621 Completed cal
18:06:27 12/31/2008 f    4E3     ARRVD CCFD   0405 incid#=08CCF0621 Arrived on sc
18:03:42 12/31/2008 f    4E3     ENRT  CCFD   0405 Enroute to a call call=697f
18:00:05 12/31/2008 l    M192    ENRT  0405   0405 incid#=08CC09110 Enroute to a
17:59:53 12/31/2008 f    4E9     ENRT  CCFD   CCFD incid#=08CCF0621 Enroute to a

FELL-00003729

Narrative:
_____
I was dispatched to the residence for some gas fumes coming from the basement.
A go-cart was found being stored in the basement. I met with the owner of the
go-cart along with fire personal who advised the owner he cannot store the
vehicle inside the basement. The owner mover the vehicle outside without
incident.

No further action.

FELL-00003730

```
10/15/2013                Colchester Police Department                    1643
12:54                      LAW Incident Table:                     Page:     1


  Incident
Incident Number: 09CC00122    Nature: Disorderly
    Case Number:                           Image:
        Address= 573 BAY RD
            City: Colchester        State: VT    ZIP: 05446
            Area: 0405   COLCHESTER              Contact: E-911 Agent 45 & 51


  Complainant
Numbr:    132013
  Last: ▇▇▇▇             Fst: ▇▇▇▇        Mid: ▇▇▇
  DOB: ▇▇▇▇     SSN:    -   -  Adr= ▇▇▇▇
  Race: W Sx: F Tel: ▇▇▇▇     Cty: ▇▇▇▇        ST: ▇ ZIP: ▇▇▇


  Details
  Offense Codes: 2480                    Reported: 2480   Observed: 2480
  Circumstances: LT20
Rspndg Officers: Gonyaw, F        Wyskiel, J.
Rspnsbl Officer: Gonyaw, F        Agency: 0405        CAD Call ID:   3898829
    Received By: Benway, E           Last RadLog: 16:42:53 01/07/2009  CMPLT
  How Received: 9  911 Line           Clearance: RBS  Reviewed by Sergeant
  When Reported: 16:06:40 01/07/2009  Disposition: COM  Disp Date: 01/08/2009
Occurrd between: 16:06:40 01/07/2009  Judicial Sts: CEO  Computer Entry Only
          and: 16:06:40 01/07/2009   Supervisor: JLF 012409
            MO:


  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date       Description                Relationship
  LW  09CC00138  01/24/2009  Threatening                Related Incident
  NM    285389   01/08/2009  Ratta-Roberts, Jean        Witness
  NM   1374457   01/08/2009  ▇▇▇  Moe                POI
  NM    132013   01/07/2009  ▇▇▇▇              *Complainant
  NM    220357   01/07/2009  Contois, Chrystie L        POI
  NM   1093485   01/07/2009  Sands, Ryan T              POI
  CA   3898829   01/07/2009  16:06 01/07/2009 Disorderly  *Initiating Call
```

```
LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                    Amount
  1 2480 DISORDERLY CONDUCT OTHER            0.00


LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                 Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                 Unit
  1 Gonyaw, F            M165
  2 Wyskiel, J.          M169


Main Radio Log Table:
Time/Date               Typ Unit    Code  Zone  Agnc Description
16:42:53 01/07/2009 l    M165    CMPLT 0405  0405 incid#=09CC00122 Completed cal
16:42:53 01/07/2009 l    M169    CMPLT 0405  0405 incid#=09CC00122 Completed cal
16:11:05 01/07/2009 l    M165    ARRVD 0405  0405 incid#=09CC00122 Arrived on sc
16:11:05 01/07/2009 l    M169    ARRVD 0405  0405 incid#=09CC00122 Arrived on sc
16:10:38 01/07/2009 l    M165    ENRT  0405  0405 incid#=09CC00122 Enroute to a
16:10:38 01/07/2009 l    M169    ENRT  0405  0405 incid#=09CC00122 Enroute to a
```

FELL-00003732

Narrative:

A 911 call was received from Jean Ratta-Roberts about her neighbors next to her yelling at each other in the apartment hallway.

After this this call one of the parties involved in the yelling match ██████ ██████, called to report that her upstairs neighbor yelled at her and showed some aggressive actions towards her.

I responded to this complaint along with Officer Wyskiel. When we arrived I spoke with ██████ and her husband Moe while Officer Wyskiel spoke with Ryan Sand and Chrystie Contois. This couple resides in the upstairs apartment.

██████ advised her cat was sitting on its cat house and jumped to the floor. ██████ advised there was some noise but it was not very loud. ██████ advised after the cat jumped on the floor her upstairs neighbor began banging on the floor with something. ██████ advised she went to the stair case and began yelling to the upstairs apartment about what was their problem along with some other words. ██████ advised her neighbor came to the stairs and began yelling back at her. ██████ advised besides swearing at her the black male shook his first at her telling her something like, you don't want any of this.

Officer Wyskiel spoke with the people who live in the upstairs apartment Ryan Sands and Chrystie Contois. Sands advised he was not banging on the floor at any time but suddenly ██████ began swearing and yelling at them from the stair case. Sands advised ██████ husband was also involved in the yelling match. Sands advised he experiences constant problems with Moe and ██████ in that they are yelling at him and his girlfriend.

Ryan's girlfriend Contois, advised that ██████ has yelled at her and her 6-year-old daughter about numerous issues.

I spoke with a neighbor in 201 Jean Ratta-Roberts. Jean advised she heard a noise which she thought came from behind the apartment building. Jean advised she then heard ██████ yelling up the stairs at Ryan and Contois. Jean advised ██████ was using vulgar language. Jean advised that she has heard ██████ and her husband Moe argue numerous times during which they have swore at each other.

I spoke Ryan,Sands and ██████ and Moe. I advised them that living in an apartment building is difficult at time with the noise. I advised the yelling and swearing at each other does nothing but enflame the incident. I advised they were all adults and needed to act as such. I did caution Ryan about his actions and asked him to tone things down when dealing with ██████ or Moe.

FELL-00003733

```
10/15/2013                  Colchester Police Department                        1643
12:53                        LAW Incident Table:                        Page:     1

   Incident
Incident Number: 09CC00784    Nature: Citizen Dispute
    Case Number:                            Image:
        Address= 573 BAY RD
            City: Colchester        State: VT   ZIP: 05446
            Area: 0405  COLCHESTER             Contact:


   Complainant
Numbr:     132013
  Last: ███████          SSN:    - -    Fst: ███████        Mid: ████
  DOB: ████████          SSN:    - -    Adr= ██ █████
  Race: W Sx: F Tel: ███████            Cty: █████          ST: █ ZIP: ████


   Details
   Offense Codes: NDIS                       Reported: CDIS  Observed: NDIS
   Circumstances: LT20
Rspndg Officers: Jones, Chris
Rspnsbl Officer: Jones, Chris    Agency: 0405           CAD Call ID:   3925446
      Received By: Shepard, C          Last RadLog: 20:31:24 02/10/2009  CMPLT
    How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
   When Reported: 19:47:43 02/10/2009  Disposition: COM  Disp Date: 02/10/2009
Occurrd between: 19:47:43 02/10/2009  Judicial Sts: CEO  Computer Entry Only
            and: 19:47:43 02/10/2009   Supervisor: JLF 021209
             MO:


   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date      Description                   Relationship
 NM    132013  02/10/2009  ████ █████                  *Complainant
 CA   3925446  02/10/2009  19:47 02/10/2009 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                            Amount
  1 NDIS Noise Disturbance          0.00
```

FELL-00003734

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Jones, Chris      M181


Main Radio Log Table:
Time/Date              Typ Unit   Code  Zone  Agnc Description
20:31:24 02/10/2009 l    M181    CMPLT 0405  0405 incid#=09CC00784 Completed cal
19:49:01 02/10/2009 l    M181    ASSGN 0405  0405 incid#=09CC00784 Assigned to a

FELL-00003735

Narrative:

I spoke with the complainant on the phone.  She stated that earlier in the evening, her upstairs neighbor was jumping up and down, that caused wall hangings to fall off the wall.  She stated that she called her landlord and was told to stop calling them and call the police.

I told the complainant that I would be willing to speak with the upstairs neighbor about the noise he created.  The complainant stated that she didn't want me to she wanted me to speak with the landlord and force them to do something about the living conditions, and the other tenants in the building. She stated that the landlord is an elderly lady whose husband recently died. She stated that the landlord "didn't seem to care".

The complainant stated that she called the tenant association who advised her to sue the landlord.  I told the complainant that I could not force the landlord to improve the living conditions in the apartment, or force her to control the other tenants.  I advised her that it was a civil matter and she needed to pursue that option given by the Tenants Association.

I again offered to speak with the neighbor and she told me that she didn't want me to, and possibly aggravate him even more.

Nothing further.

FELL-00003736

```
10/15/2013                Colchester Police Department                      1643
12:53                     LAW Incident Table:                      Page:     1

  Incident
Incident Number: 09CC01232   Nature: Citizen Dispute
    Case Number:                              Image:
         Address= 573 BAY RD; Apt 100
            City: Colchester        State: VT    ZIP: 05446
            Area: 0405  COLCHESTER           Contact: E-911 Agent 70


  Complainant
Numbr:
 Last:                         Fst:                    Mid:
  DOB:          SSN:           Adr:
 Race:   Sx:   Tel:            Cty:                    ST:    ZIP:


  Details
  Offense Codes: CDIS                        Reported: CDIS  Observed: CDIS
  Circumstances: LT20
Rspndg Officers: Jones, Chris     Jacobs, M.        Demar, D
Rspnsbl Officer: Jacobs, M.       Agency: 0405          CAD Call ID:   3942953
    Received By: Benway, E          Last RadLog: 20:39:33 03/05/2009  CMPLT
  How Received: 9  911 Line          Clearance: RBS  Reviewed by Sergeant
  When Reported: 19:59:06 03/05/2009  Disposition: COM  Disp Date: 03/06/2009
Occurrd between: 19:59:06 03/05/2009  Judicial Sts: CEO  Computer Entry Only
            and: 19:59:06 03/05/2009   Supervisor: JLF 030609
             MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                       Relationship
 NM     132013  03/06/2009  ████████  ████████               POI
 NM    1093485  03/06/2009  Sands, Ryan T                    POI
 CA    3942953  03/05/2009  19:59 03/05/2009 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                            Amount
 1 CDIS Citizen Dispute              0.00
```

```
LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                      Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Jones, Chris      M181
  2 Jacobs, M.        M176
  3 Demar, D          M185


Main Radio Log Table:
Time/Date            Typ Unit  Code  Zone  Agnc Description
20:39:33 03/05/2009 l   M176  CMPLT 0405  0405 incid#=09CC01232 Completed cal
20:39:33 03/05/2009 l   M185  CMPLT 0405  0405 incid#=09CC01232 Completed cal
20:08:45 03/05/2009 l   M185  ARRVD 0405  0405 incid#=09CC01232 Arrived on sc
20:07:01 03/05/2009 l   M176  ARRVD 0405  0405 incid#=09CC01232 Arrived on sc
20:06:01 03/05/2009 l   M181  CMPLT 0405  0405 incid#=09CC01232 Completed cal
20:04:38 03/05/2009 l   M185  ENRT  0405  0405 incid#=09CC01232 Enroute to a
20:03:45 03/05/2009 l   M176  ENRT  0405  0405 incid#=09CC01232 Enroute to a
20:03:45 03/05/2009 l   M181  ENRT  0405  0405 incid#=09CC01232 Enroute to a
```

FELL-00003738

Narrative:
_____
Complaint of tenants at 573 Bay Road having a dispute. Upon arrival, I met with
the tenants in number 100 who advised the tenant upstairs was pounding on her
ceiling. Corporal Demar spoke to the upstairs tenant and both parties were
informed to stop their actions and try to get alone.

FELL-00003739

```
10/15/2013               Colchester Police Department                    1643
12:53                       LAW Incident Table:               Page:        1

   Incident
Incident Number: 09CC01245    Nature: Citizen Dispute
     Case Number:                        Image:
          Address= 573 BAY RD; Apt 100
               City: Colchester      State: VT    ZIP: 05446
               Area: 0405  COLCHESTER          Contact: 911 agent 112


   Complainant
Numbr:    132013
  Last: ██████████    Fst: ███████      Mid: █████
  DOB: ███████SSN:   -  -  Adr= ████████
  Race: W Sx: F Tel: ████████Cty: ████████    ST: █ ZIP: █████


   Details
   Offense Codes: CDIS                 Reported: CDIS  Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Fisher, R
Rspnsbl Officer: Fisher, R        Agency: 0405        CAD Call ID:   3943433
     Received By: Lemire, K        Last RadLog: 13:46:40 03/06/2009  CMPLT
   How Received: 9  911 Line         Clearance: RBS  Reviewed by Sergeant
  When Reported: 13:33:40 03/06/2009  Disposition: COM  Disp Date: 03/06/2009
Occurrd between: 13:33:40 03/06/2009  Judicial Sts: CEO  Computer Entry Only
            and: 13:33:40 03/06/2009   Supervisor: ROY 031909
             MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description                  Relationship
 NM     132013  03/06/2009 ██████ ████████       *Complainant
 NM    1093485  03/06/2009 Sands, Ryan T                POI
 NM    1366200  03/06/2009 Gonyeau, Beverly A           POI
 CA    3943433  03/06/2009 13:33 03/06/2009 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                            Amount
  1 CDIS Citizen Dispute            0.00
```

FELL-00003740

LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Fisher, R          M179


Main Radio Log Table:
Time/Date              Typ Unit    Code   Zone   Agnc Description
13:46:40 03/06/2009 1    M179    CMPLT 0405   0405 incid#=09CC01245 Completed cal
13:36:49 03/06/2009 1    M179    ASSGN 0405   0405 incid#=09CC01245 Assigned to a

FELL-00003741

Narrative:

The complainant called to report that her neighbor, Ryan Sands, had accosted her husband near the mailbox, accusing him of going through his mail.  She then went on to day that she knows that Sands will try to get the other neighbors against her and she wanted me to do something.  Sands then called and went to speak with him.  He advised that he has had problems with the complainant recently as last night, when the police were called.  He advised that he saw his neighbor open his mailbox.  Sands then told his friend to watch and he went out and told ██████ not to go through his mail.  Mr. ██████ then yelled at him and threatened to "Kick his Ass."  Mrs. ██████ then came out and was going to get in his face when he yelled to his friend to watch what was happening.  At that point they both went back inside.  Sands advised that the landlord told him that the ████████ have gotten other tenants to leave under similar circumstances.  I spoke to the property owner, Beverly Gonyeau.  She confirmed Sands statement and advised that she was going to have them evicted.  Nothing further at this time.

```
10/15/2013                  Colchester Police Department              ,         1643
12:45                          LAW Incident Table:                       Page:    1

   Incident
Incident Number: 09CC01783   Nature: Noise Disturban
    Case Number:                          Image:
        Address= 573 BAY RD; apt 101
            City: Colchester        State: VT   ZIP: 05446
            Area: 0405  COLCHESTER            Contact:


   Complainant
Numbr:   1512674
  Last: Sands                     Fst: Chrystie      Mid: L
   DOB: ███████  SSN:    -  -   Adr= 47 SUSIE WILSON RD; Apt 303
  Race: W Sx: F Tel: ███████     Cty: Essex            ST: VT ZIP: 05452


   Details
   Offense Codes: NDIS                       Reported: NDIS  Observed: NDIS
   Circumstances: LT20
Rspndg Officers: Harvie, B
Rspnsbl Officer: Harvie, B       Agency: 0405         CAD Call ID:   3962752
    Received By: Fontaine, L      Last RadLog: 10:46:54 03/31/2009  CMPLT
  How Received: T  Telephone      Clearance: RBS  Reviewed by Sergeant
  When Reported: 10:15:13 03/31/2009  Disposition: COM  Disp Date: 03/31/2009
Occurrd between: 10:15:13 03/31/2009  Judicial Sts: CEO  Computer Entry Only
            and: 10:15:13 03/31/2009   Supervisor: ROY 040909
             MO:



   Narrative
  Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date      Description                      Relationship
  NM   132013  03/31/2009  ████████ ████████               POI
  NM  1512674  03/31/2009  Sands, Chrystie L              *Complainant
  CA  3962752  03/31/2009  10:15 03/31/2009 Noise Disturb *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
 1 NDIS Noise Disturbance              0.00
```

FELL-00003743

```
LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                   Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Harvie, B          M192


Main Radio Log Table:
Time/Date              Typ Unit   Code  Zone  Agnc Description
10:46:54 03/31/2009 1   M192    CMPLT 0405  0405 incid#=09CC01783 Completed cal
10:31:04 03/31/2009 1   M192    ARRVD 0405  0405 incid#=09CC01783 Arrived on sc
10:21:45 03/31/2009 1   M192    ENRT  0405  0405 incid#=09CC01783 Enroute to a
```

FELL-00003744

Narrative:
_____
I was dispatched to the residence for a noise complaint. Upon arrival I me with the complainant who advised that her downstairs neighbor keep the television too loud and it wakes up her baby.

I met with the resident in the downstairs apartment and I noticed that her television was turned down. I could hear how loud it was when I first entered the stairwell and now it was turned down. She advised that her upstairs neighbor has a problem with her and she has spoken to her landlord.

I advised her that I don't care who calls the landlord I am just there to have her keep the volume down in the future.

Investigation revealed and ongoing feud between both neighbors for over one year. No further action.

FELL-00003745

```
10/15/2013                   ·Colchester Police Department                    1643
12:28                          LAW Incident Table:                    Page:    1

  Incident
Incident Number: 10CC01379    Nature: Citizen Dispute
    Case Number:                           Image:
        Address= 573 BAY RD
             City: Colchester        State: VT    ZIP: 05446
             Area: 0405  COLCHESTER           Contact: 911


  Complainant
Numbr:     132013
  Last: ███████          Fst: ███████         Mid: ███████
  DOB: ███████  SSN:   -   -   Adr= ███████            ZIP: ███████
  Race: W Sx: F Tel: ███████   Cty: ███████        ST: ██  ZIP: ███████


  Details
  Offense Codes: CDIS                  Reported: CDIS  Observed: CDIS
  Circumstances: LT20
Rspndg Officers: Treier, J        Gonyaw, F         Roy, J           &
Rspnsbl Officer: Treier, J        Agency: 0405         CAD Call ID:   4250068
     Received By: Lyford, Anndee      Last RadLog: 20:03:34 03/16/2010   CMPLT
    How Received: 9  911 Line          Clearance: RBS  Reviewed by Sergeant
  When Reported: 19:22:28 03/16/2010   Disposition: COM  Disp Date: 03/17/2010
Occurrd between: 19:22:28 03/16/2010   Judicial Sts: CEO  Computer Entry Only
            and: 19:22:28 03/16/2010    Supervisor: ROY 032010
             MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                      Relationship
 NM     133392   03/17/2010  ███████   Moise R              POI
 NM    1512674   03/17/2010  Sands, Chrystie L              POI
 NM     132013   03/16/2010  ███████ ███████ ███████       *Complainant
 NM    1093485   03/16/2010  Sands, Ryan T                  POI
 CA    4250068   03/16/2010  19:22 03/16/2010 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                               Amount
  1 CDIS Citizen Dispute                0.00
```

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                        Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Treier, J           M173
  2 Gonyaw, F           M165
  3 Roy, J              M184
  4 Dewey, D.           M166


Main Radio Log Table:
| Time/Date | Typ | Unit | Code | Zone | Agnc | Description |
|---|---|---|---|---|---|---|
| 20:03:34 03/16/2010 | 1 | M165 | CMPLT | 0405 | 0405 | incid#=10CC01379 Completed cal |
| 20:03:34 03/16/2010 | 1 | M173 | CMPLT | 0405 | 0405 | incid#=10CC01379 Completed cal |
| 19:46:20 03/16/2010 | 1 | M166 | CMPLT | 0405 | 0405 | incid#=10CC01379 Reassigned to |
| 19:40:40 03/16/2010 | 1 | M184 | CMPLT | 0405 | 0405 | incid#=10CC01379 Completed cal |
| 19:40:28 03/16/2010 | 1 | M165 | 43 | 0405 | 0405 | incid#=10CC01379 103-104 call= |
| 19:40:28 03/16/2010 | 1 | M166 | 43 | 0405 | 0405 | incid#=10CC01379 103-104 call= |
| 19:40:28 03/16/2010 | 1 | M173 | 43 | 0405 | 0405 | incid#=10CC01379 103-104 call= |
| 19:40:28 03/16/2010 | 1 | M184 | 43 | 0405 | 0405 | incid#=10CC01379 103-104 call= |
| 19:35:09 03/16/2010 | 1 | M184 | ARRVD | 0405 | 0405 | incid#=10CC01379 Arrived on sc |
| 19:33:56 03/16/2010 | 1 | M166 | ARRVD | 0405 | 0405 | incid#=10CC01379 10-12 in the |
| 19:33:42 03/16/2010 | 1 | M165 | ARRVD | 0405 | 0405 | incid#=10CC01379 Arrived on sc |
| 19:33:42 03/16/2010 | 1 | M173 | ARRVD | 0405 | 0405 | incid#=10CC01379 Arrived on sc |
| 19:23:58 03/16/2010 | 1 | M165 | ENRT | 0405 | 0405 | incid#=10CC01379 Enroute to a |
| 19:23:58 03/16/2010 | 1 | M173 | ENRT | 0405 | 0405 | incid#=10CC01379 Enroute to a |
| 19:23:58 03/16/2010 | 1 | M184 | ENRT | 0405 | 0405 | incid#=10CC01379 Enroute to a |
| 19:23:42 03/16/2010 | 1 | M166 | ENRT | 0405 | 0405 | incid#=10CC01379 Enroute to a |

FELL-00003747

Narrative:

I responded to a call of a citizen dispute. Upon arrival I spoke with Ryan Sades and his wife Chrystie Sades. Ryan advised he had been in a argument with the tenants █████████ and Moise ███████ who resided in the apartment beneath his.  Ryan advised they have had previous problems and arguments in the past.  Ryan advised this argument was about them bashing/bad-mouthing him and his family about noise related issues.  Ryan advised ██████ had called the landlord Bev Gagnon to complain about the situation. Ryan advised ████████ husband Moise had punched a wall.

I then spoke with ██████ and her husband Moise who advised they had an argument with Ryan and Chrystie. ███████ advised she called the landlord to complain about squeaking in the ceiling. ███████ advised it was constant and thought it was purposeful.

Moise advised Ryan got in his face and was intimidating. Moise advised he did not punch a wall.

██████ and Moise were advised this was a civil issue.  I advised ██████ and Moise they live in a building where other tenants reside and therefore noise should be expected. ██████ and Moise where encouraged to try and get along with the other tenants.  Both parties were advised I had no lawful authority to make them leave, make other tenants leave or control over squeaking causing the noise within the building.

I then spoke with Ryan and Chrystie. I encouraged Ryan and Chrystie to try and get along with the other tenants. Both parties were advised I had no lawful authority to make them leave. It was evident Ryan was the cause of the dispute that occurred due to his overhearing ████████ conversation with the landlord. Ryan was encouraged in the future to ignore any conversations ██████ had with the landlord about him and if he had any concerns he should contact the landlord himself.

I then cleared the scene.  All was in good order at that time.

FELL-00003748

```
10/15/2013                    Colchester Police Department                         1643
11:16                         LAW Incident Table:                          Page:    1

   Incident
Incident Number: 10CC04879    Nature: Property Damage
     Case Number:                              Image:
        Address= 573 BAY RD; apt 100
           City: Colchester          State: VT    ZIP: 05446
           Area: 0405  COLCHESTER              Contact:


   Complainant
Numbr:     132013
  Last: ████             Fst: ████        Mid: ████
   DOB: ████     SSN:   -  -    Adr= ████
  Race: W Sx: F Tel: ████      Cty: ████          ST: █  ZIP: ████


   Details
   Offense Codes: 1414                    Reported: PDNV  Observed: 1414
   Circumstances: LT20
Rspndg Officers: Wyskiel, J.
Rspnsbl Officer: Wyskiel, J.      Agency: 0405         CAD Call ID:   4369744
     Received By: Wheeler, J.        Last RadLog: 16:07:19 08/03/2010  CMPLT
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
  When Reported: 15:27:30 08/03/2010  Disposition: ACT  Disp Date: 01/25/2011
Occurrd between: 15:27:30 08/03/2010  Judicial Sts: CEO  Computer Entry Only
           and: 15:27:30 08/03/2010    Supervisor: ROY 012511
            MO:


   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date     Description                      Relationship
 NM      132013  08/03/2010  ████                          *Complainant
 NM      132013  08/03/2010  ████                          Victim
 NM      730767  08/03/2010  Paquette, Sean C               POI
 NM      923340  08/03/2010  Davis, Tanya Rose              POI
 CA     4369744  08/03/2010  15:27 08/03/2010 Property Dama *Initiating Call
 PR      648075  08/03/2010  Miscellaneous Birdfeeder w $30  Damaged

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                              Amount
 1 1414 VANDALISM - MISC.              0.00
```

FELL-00003749

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                      Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Wyskiel, J.      M169


Main Radio Log Table:
Time/Date             Typ Unit    Code   Zone   Agnc Description
16:07:19 08/03/2010 1   M169    CMPLT 0405   0405 incid#=10CC04879 Completed cal
15:35:36 08/03/2010 1   M169    ARRVD 0405   0405 incid#=10CC04879 Arrived on sc
15:32:33 08/03/2010 1   M169    ENRT  0405   0405 incid#=10CC04879 Enroute to a
15:32:14 08/03/2010 1   M169    CMPLT 0405   0405 incid#=10CC04879 Reassigned to
15:31:33 08/03/2010 1   M169    ENRT  0405   0405 incid#=10CC04879 Enroute to a
15:28:04 08/03/2010 1   M169    ASSGN 0405   0405 incid#=10CC04879 Assigned to a

FELL-00003750

Narrative:
_____

Responded to 573 Bay Road #100, in Colchester for a property damage report. The complainant, ███████████ reported that her neighbors have been shooting BB's at her bird-feeders and killing squirrels. ██████ expressed her concerns for the animals and inquired in to hunting seasons. A review of Fish and Wildlife web-site revealed it was not squirrel season. I responded and met with███████. She showed me the bird-feeders and reported one had been knocked over and down the embankment. I also observed several holes in the plastic having similar characteristics as a pellet/ BB round.

I met with Tonya Davis the neighbor adjacent to ██████. Davis advised she lives with her boyfriend Sean Paquette. She advised Paquette has been target shooting with the BB Gun along with other friends that have come over. She did not advise who shot when and/or who damaged the birdfeeders. I explained my concerns and that also squirrel season was not in effect. She questioned this and advised she'd been told third party the season was active, I explained she needed to research the hunting seasons prior to engaging in similar behavior. I also explained the issue regarding the damaged property and that one still remains down the embankment.

After a conversation with █████ ███████ did not want prosecution of the damaged property and just wanted them to stop shooting the animals. Tonya advised she'd tell Sean and they agreed to go down the embankment and retrieve the birdfeeder.

Based upon ████████ interest in no further prosecution of the birdfeeder damages, no further action was taken.

FELL-00003751

```
10/15/2013              Colchester Police Department                    1643
11:14                     LAW Incident Table:                   Page:      1

   Incident
Incident Number: 10CC04913    Nature: Disorderly
    Case Number:                           Image:
       Address= 573 BAY RD
          City: Colchester        State: VT    ZIP: 05446
          Area: 0405   COLCHESTER            Contact:


   Complainant
Numbr:     132013
  Last: █████████      SSN:    -   -   Fst: ████████     Mid: ████
   DOB: ████████                       Adr= █████████
  Race: W Sx: F Tel: ████████          Cty: ████████     ST: █  ZIP: ████


   Details
   Offense Codes: NDIS                    Reported: 2480   Observed: NDIS
   Circumstances: LT20
Rspndg Officers: Gutierrez, S.      Akerlind, M.
Rspnsbl Officer: Gutierrez, S.      Agency: 0405         CAD Call ID:   4370847
     Received By: Shepard, C.          Last RadLog: 19:30:12 08/04/2010  CMPLT
   How Received: T  Telephone            Clearance: RBS  Reviewed by Sergeant
  When Reported: 18:52:49 08/04/2010   Disposition: COM  Disp Date: 08/04/2010
Occurrd between: 18:52:49 08/04/2010   Judicial Sts: CEO  Computer Entry Only
            and: 18:52:49 08/04/2010    Supervisor: JLF 082710
            MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM     132013  08/04/2010  ████████ █████████          *Complainant
 NM    1093485  08/04/2010  Sands, Ryan T                 POI
 NM    1374457  08/04/2010  ██████  Moe                   POI
 CA    4370847  08/04/2010  18:52 08/04/2010 Disorderly   *Initiating Call

LAW Incident Offenses Detail:
                Offense Codes
Seq Code                              Amount
  1 NDIS Noise Disturbance             0.00
```

FELL-00003752

LAW  Incident  Circumstances:
                  Contributing  Circumstances
Seq Code                                        Comments
  1 LT20   Residence/Home


LAW  Incident  Responders  Detail
    Responding  Officers
Seq Name            Unit
  1 Gutierrez, S.   M163
  2 Akerlind, M.    M171


Main Radio Log Table:
```
Time/Date              Typ Unit   Code   Zone   Agnc Description
19:30:12 08/04/2010 l   M171   CMPLT 0405   0405 incid#=10CC04913 Completed cal
19:29:22 08/04/2010 l   M171   VHREG 0405   0405 MDC: pl=FCH229 st=VT lptyp=PC
19:29:21 08/04/2010 l   M171   VHINQ 0405   0405 MDC: pl=FCH229 st=VT lptyp=PC
19:29:20 08/04/2010 l   M163   CMPLT 0405   0405 (MDC) Completed call incid#=10
19:00:24 08/04/2010 l   M163   ARRVD 0405   0405 (MDC) Arrived on scene incid#=
18:59:06 08/04/2010 l   M171   ARRVD 0405   0405 incid#=10CC04913 Arrived on sc
18:53:24 08/04/2010 l   M163   ENRT  0405   0405 incid#=10CC04913 Enroute to a
18:53:23 08/04/2010 l   M171   ENRT  0405   0405 incid#=10CC04913 Enroute to a
```

FELL-00003753

Narrative:

██████ reported that her upstairs neighbor was harassing her through her window.

I spoke with █████ in her residence with her husband, Maise ████. ████ was extremely excited about this situation and she said it has been on-going for a long time and she wanted the police to remove her neighbor immediately. She was informed that this was not an option. She continued that she was the victim here.

Corporal Akerlind was speaking with the neighbors, Ryan and Christie Sands, upon my arrival. After speaking with Akerlind it was determined that ████ started the problems with Ryan today. There were several people outside the apartments that witnessed this and agreed that ████ started the problems tonight.

Shortly after leaving the residence ████ called this office back and said the upstairs neighbors, Ryan and Christie, are now banging their furniture as a way of harassing and bullying them. I informed ████ that I would talk to them about this, but at this time there is no crime. ████ then stated that you [the police] are not doing anything about this because "you are afraid of him because he is black".  I called Christie and asked her about the banging furniture and she said the kids were playing. Nothing further.

```
10/15/2013                  Colchester Police Department                    1643
11:11                         LAW Incident Table:                   Page:    1

  Incident
Incident Number: 10CC05244    Nature: Vandalism
     Case Number:                            Image:
        Address= 573 BAY RD; Apt 100
           City: Colchester        State: VT    ZIP: 05446
           Area: 0405  COLCHESTER           Contact:


  Complainant
Numbr:     132013
 Last: ███████        Fst: ███████     Mid: ██████
  DOB: ████████  SSN:   -  -   Adr= ██████████
 Race: W Sx: F Tel: ███████   Cty: ████████      ST: ██ ZIP: ██████


  Details
  Offense Codes: CDIS CITA              Reported: 1414  Observed: CITA
  Circumstances: LT20
Rspndg Officers: Treier, J
Rspnsbl Officer: Treier, J      Agency: 0405        CAD Call ID:   4381609
    Received By: Benway, E       Last RadLog: 20:23:36 08/16/2010  CMPLT
   How Received: T  Telephone      Clearance: RBS  Reviewed by Sergeant
 When Reported: 20:22:16 08/13/2010   Disposition: COM  Disp Date: 11/28/2010
Occurrd between: 20:22:16 08/13/2010   Judicial Sts: CEO  Computer Entry Only
           and: 20:22:16 08/13/2010    Supervisor: JLF 121710
            MO:



  Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date    Description                    Relationship
 NM     132013  08/16/2010  ██████ ██████        *Complainant
 CA    4381609  08/16/2010  20:22 08/13/2010 Vandalism   *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                           Amount
  1 CDIS Citizen Dispute            0.00
  2 CITA Citizen Assist             0.00
```

FELL-00003755

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                      Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Treier, J         M173


Main Radio Log Table:
Time/Date              Typ Unit   Code   Zone   Agnc Description
20:23:36 08/16/2010 1    M173     CMPLT 0405    0405 incid#=10CC05244 Completed cal
20:23:31 08/16/2010 1    M173     ARRVD 0405    0405 incid#=10CC05244 Arrived on sc

FELL-00003756

Narrative:

████████ called the Colchester Police Department and advised someone was still shooting at her bird feeders, the squirrels and the songbirds. ████ advised she spoke to an officer (Officer Wyskiel) the night before about the issue. ████ advised there was now 2-3 "BB" holes in her bird feeder. ████ advised this was now the third bird feeder that was destroyed. ████ advised she was upset, but the dead songbirds, squirrels and groundhogs were much worse. ████ advised the officer who responded last time spoke to the other parties about replacing the feeders and to stop destroying them.

████ advised the situation just needed to stop and she was more concerned with the animals than her bird feeders. ████ advised the residents of apartment 101 and the "guy" who lived upstairs were "conspiring" to get her. ████ advised the residents were named Sean and Tonya. ████ advised she attempted to contact a Game Warden and was able to speak with Warden Steadman. ████ advised she was told killing song birds was a felony, but now the wardens would not return her calls. ████ advised Warden Steadman was leaving and no one was covering for him.

████ requested that something be done about the animals that were being killed. I advised ████ I would attempt to contact Sean Paquette and then follow up with her.

Follow up: (11.18.10 @ 1930) I went over to Sean Paquette's residence and attempted to make contact with him. I was not able to make contact.

Follow up: (11.18.10) Sean Paquette called the Colchester Police Department and advised that his neighbor told him I was over at his house looking for him. I spoke to Sean concerning this incident and he advised that he has had multiple problems with ████ and Moise ████. Sean advised he now just completely avoids ████

I asked Sean about the damage to the bird feeder. Sean advised when Ryan Sands lived upstairs they were shooting BB guns and he did hit the bird feeder by accident. Sean explained that he spoke with ████ and offered to replace the feeder, but she did not want it replaced. Sean admitted that he and Ryan were shooting at squirrels with the BB guns. Sean advised he has since given the BB gun away.

```
10/15/2013                  Colchester Police Department                        1643
11:14                         LAW Incident Table:                        Page:    1

   Incident
Incident Number: 10CC05245    Nature: Citizen Dispute
   Case Number:                         Image:
         Address= 573 BAY RD; Apt 100
            City: Colchester        State: VT   ZIP: 05446
            Area: 0405   COLCHESTER            Contact:


   Complainant
Numbr:    132013
   Last: ████████        Fst: █████        Mid: █████
   DOB: ████████  SSN:    -  -   Adr= █████ █
   Race: W Sx: F Tel: ████████    Cty: █████████        ST: █ ZIP: █████


   Details
   Offense Codes: CDIS                    Reported: CDIS   Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Treier, J
Rspnsbl Officer: Treier, J       Agency: 0405          CAD Call ID:   4381610
   Received By: Benway, E         Last RadLog: 20:24:49 08/16/2010   CMPLT
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
   When Reported: 20:23:39 08/16/2010   Disposition: COM  Disp Date: 11/19/2010
Occurrd between: 20:23:39 08/16/2010   Judicial Sts: CEA  Comp Entry-Attachment
           and: 20:23:39 08/16/2010     Supervisor: JLF 120710
           MO:


   Narrative
   Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date       Description                  Relationship
  NM     133392  12/07/2010  ████████  Moise R            POI
  NM     730767  12/07/2010  Paquette, Sean C            POI
  NM    1093485  12/07/2010  Sands, Ryan T               POI
  NM     132013  08/16/2010  ████████ █████████        *Complainant
  CA    4381610  08/16/2010  20:23 08/16/2010 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                              Amount
  1 CDIS Citizen Dispute               0.00
```

FELL-00003758

```
LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                        Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Treier, J         M173


Main Radio Log Table:
Time/Date             Typ Unit   Code  Zone  Agnc Description
20:24:49 08/16/2010 1   M173    CMPLT 0405  0405 incid#=10CC05245 Completed cal
20:24:45 08/16/2010 1   M173    ARRVD 0405  0405 incid#=10CC05245 Arrived on sc
```

FELL-00003759

Narrative:

Moise ████ called the Colchester Police Department about an incident that occurred the previous night. Moise advised a male had pulled down his pants and showed his "rear end" to his wife ████████.

I then was able to speak with ████ ████ advised her neighbor Sean who lived in apt. 101 had pulled down his pants and told her to "kiss it you cunt". ████ advised Sean and her other neighbor Ryan who lived up stairs were smoking outside her window. ████ advised she has emphysema and asked them to move. ████ explained Ryan was "from the city" and "is a black guy". ████ advised she is not a racist, but was scared of Ryan. ████ explained Ryan told her "I have friends that'll do you in". ████ advised Ryan's girlfriend Chrissy was also present when the incident happened.

I asked ████ if she informed the officers who responded for the same incident the previous night about what Sean had done. ████ advised "I didn't say anything" and explained she had medical issues and was tired.

I advised ████ I would follow up with Sean. ████ and Moise provided statements about the incident.

Follow up: (11.18.10) I have not had any further contact from ████ or Moise ████ concerning this incident.

Follow up: (11.18.10 @ 1930) I went over to Sean Paquette's residence and attempted to make contact with him. I was not able to make contact.

Follow up: (11.18.10) Sean Paquette called the Colchester Police Department and advised that his neighbor told him I was over at his house looking for him. I spoke to Sean concerning this incident and he advised that he has had multiple problems with ████ and Moise ████. Sean advised he now just completely avoids ████.

I asked Sean about exposing his butt to ████. Sean advised that was "complete bullshit" and he never did that. I explained to Sean that he and ████ were neighbors and if they needed to avoid each other in order to avoid conflict then he should do so. Sean explained that he now avoids ████ where as he used to try to help her. I explained to Sean that even though I spoke to him on this complaint I wanted him to continue avoiding ████.

This ended my involvement.

```
10/15/2013              Colchester Police Department                    1643
11:11                   LAW Incident Table:                      Page:     1

   Incident
Incident Number: 10CC05520   Nature: Citizen Dispute
    Case Number:                              Image:
       Address= 573 BAY RD
          City: Colchester      State: VT    ZIP: 05446
          Area: 0405  COLCHESTER            Contact:


   Complainant
Numbr:    132013
  Last: ███████        Fst: ███████      Mid: ███████
  DOB: ███████  SSN:    -   -  Adr= ███████████████
  Race: W Sx: F Tel: ███████   Cty: ███████    ST: █ ZIP: █████


   Details
   Offense Codes: CDIS                    Reported: CDIS  Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Gutierrez, S.
Rspnsbl Officer: Gutierrez, S.   Agency: 0405          CAD Call ID:   4391324
     Received By: Lyford, Anndee      Last RadLog: 19:06:00 08/27/2010  CMPLT
   How Received: T  Telephone         Clearance: RBS  Reviewed by Sergeant
  When Reported: 18:34:14 08/27/2010  Disposition: COM  Disp Date: 08/28/2010
Occurrd between: 18:34:14 08/27/2010  Judicial Sts: CEO  Computer Entry Only
            and: 18:34:14 08/27/2010  Supervisor: JLF 083110
            MO:



   Narrative
 Narrative: (See below)
Supplement:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date     Description                     Relationship
 NM     132013  08/27/2010 ███████ ███████         *Complainant
 NM    1093485  08/27/2010 Sands, Ryan T                 POI
 CA    4391324  08/27/2010 18:34 08/27/2010 Citizen Dispu *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                           Amount
  1 CDIS Citizen Dispute            0.00
```

FELL-00003761

LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Gutierrez, S.    M163


Main Radio Log Table:
Time/Date              Typ Unit    Code  Zone  Agnc Description
19:06:00 08/27/2010 l    M163    CMPLT 0405  0405 incid#=10CC05520 Completed cal
18:55:56 08/27/2010 l    M163    43    0405  0405 incid#=10CC05520 103-104 clr:R
18:47:21 08/27/2010 l    M163    ARRVD 0405  0405 (MDC) Arrived on scene incid#=
18:43:14 08/27/2010 l    M163    ENRT  0405  0405 incid#=10CC05520 Enroute to a

FELL-00003762

Narrative:

███ reported that her upstairs neighbor yelled at her through her front window calling her a "mother fucker". ████ said she felt bullied because of this and demanded something be done now and "that the police need to take him away because he is a gang member".

I spoke to the upstairs neighbor and he said he was talking to one of his friends in the front parking lot and was just talking to him. He said he did not direct anything to ████ or her husband.

I informed ████ of my findings and she said this was not acceptable. She said she knows more about police work than any police officer because she read it in a book. She said there are not two sides to this story, it is just her side and that is the right side.

I informed both parties to stay away from each other to avoid any future conflicts. Upstairs neighbors are moving out tonight and will be finished tomorrow morning. ████ said this was not quick enough and they need to be removed from the residence. I informed her that this was not an option and she needed to keep her distance for one more day since they will be gone on 8/28/10.

Closed.

FELL-00003763