UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------------- X

DONALD FELL,

                 Movant,

         - against -                     2:01-CR-12-01

UNITED STATES OF AMERICA,

              Respondent.

------------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

        I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 16, 2013, I electronically filed with the Clerk of the Court Donald Fell's Brief in Support of an Evidentiary Hearing as well as the Declaration of Lewis J. Liman.  The CM/ECF system will provide service of these filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.  I also provided by express mail an unredacted version of the exhibit to the Declaration of Lewis J. Liman to the Court and to counsel for the United States.

Dated:  December 16, 2013
New York, New York

                                     /s/ Lewis J. Liman
                                     Lewis J. Liman
                                     Cleary Gottlieb Steen & Hamilton LLP
                                     One Liberty Plaza
                                     New York, New York 10006
                                     (212) 225-2550
                                     Fax: (212) 225-3999