UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

--------------------------------------------------------------------- X
                               :

DONALD FELL,                             :

                    Movant,          :

                - against -         :       2:01-CR-12-01

                               :

UNITED STATES OF AMERICA,     :

                Respondent.     :

                               :

--------------------------------------------------------------------- X

## DONALD FELL'S MOTION FOR IN CAMERA REVIEW OF JOHN DOE'S SUBSTANCE ABUSE TREATMENT RECORDS PURSUANT TO 42 C.F.R. § 2.64

DONALD FELL, by and through his undersigned counsel, respectfully moves this Court, pursuant to 42 C.F.R. § 2.64, for an in camera review of John Doe's substance abuse treatment records from the Vermont Department of Corrections, Maple Leaf Farm Associates, Inc., and Pine Street Counseling (formerly known as Champlain Drug and Alcohol Services). Mr. Fell has good cause for the pursuit of these documents, which are material to Claim XXII: Juror Misconduct of the Amended Motion of Donald Fell for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255.

For the reasons set forth in the memorandum of law accompanying this motion, Mr. Fell respectfully requests that the Court enter the attached Proposed Order for In Camera Review of John Doe's Substance Abuse Records Pursuant to 42 C.F.R. § 2.64. In the alternative, Mr. Fell respectfully requests that the Court grant him a hearing on the matter.

RESPECTFULLY SUBMITTED,

Dated:  December 27, 2013
Burlington, Vermont

/s/ Richard Rubin

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514
Fax: (802) 479-2516

Dated:  December 27, 2013
New York, New York

/s/ Lewis J. Liman

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

Dated:  December 27, 2013
New York, New York

/s/ Cathleen Price

CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

*Counsel for Donald Fell*

2