UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------- X
                                                                             :

DONALD FELL,                                        :

                     Movant,                    :

                                           :       2:01-CR-12-01

           - against -                  :

UNITED STATES OF AMERICA,       :

               Respondent.           :

                                           :
------------------------------------------------------------------- X

## <u>ORDER PURSUANT TO 42 C.F.R. § 2.64</u>

Upon movant Donald Fell's Motion for In Camera Review of John Doe's

Substance Abuse Treatment Records Pursuant to 42 C.F.R. § 2.64, it is hereby:

ORDERED that the Vermont Department of Corrections, Maple Leaf Farm

Associates, Inc., and Pine Street Counseling (formerly known as Champlain Drug and Alcohol

Services) produce to the Court copies of the substance abuse treatment records of John Doe

within ten (10) days of the receipt of this Order, for an in camera review in <u>Donald Fell v. United

States, No. 2:01-CR-12-01</u>.

It is so ORDERED this ___ day of _____, 201__.

                                     _____

                                     William K. Sessions, III
                                     United States District Judge