**<u>CERTIFICATE OF SERVICE</u>**

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 27, 2013, I electronically filed with the Clerk of the Court Donald Fell's Motion for an In Camera Review of John Doe's Treatment Records Pursuant to 42 C.F.R. § 2.64 and Memorandum of Law in Support, and the Proposed Order Pursuant to 42 C.F.R. § 2.64.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated:  December 27, 2013
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999