UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------------ X

DONALD FELL,

                  Movant,

           - against -

UNITED STATES OF AMERICA,

               Respondent.

------------------------------------------------------------------------ X

:    2:01-CR-12-01

## CERTIFICATE OF SERVICE

      I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on January 24, 2014, I electronically filed with the Clerk of the Court Donald Fell's Reply to Government's Brief Re Juror Misconduct Claim (the "Reply"). The CM/ECF system will provide service of the brief via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action. I also provided copies of the Reply via FedEx to the Clerk of the Court and to the United States of America, Respondent.

Dated:  January 24, 2014
New York, New York

                        /s/ Lewis J. Liman
                        Lewis J. Liman
                        Cleary Gottlieb Steen & Hamilton LLP
                        One Liberty Plaza
                        New York, New York 10006
                        (212) 225-2550
                        Fax: (212) 225-3999