NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

      v.                                    Case No: 2:01-cr-00012-wks-1

DONALD FELL

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Wednesday, February 26, 2014, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Pre-hearing Conference.**

Location: Courtroom 542

                                        JEFFREY S. EATON, Clerk

Date of Notice: 2/12/2014

                                        By /s/Joanne A. Muir
                                        Deputy Clerk

TO:

William B. Darrow, AUSA
Jacabed Rodriguez-Coss, Esq.

Richard I. Rubin, Esq.
Lewis J. Liman, Esq.
Cathleen I. Price, Esq.
Avram E. Luft, Esq.

Anne Pierce, Court Reporter

**Defendant will not be present for this hearing.