UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
----------------------------------------------------------------- X

DONALD FELL,

               Movant,

            - against -

UNITED STATES OF AMERICA,

            Respondent.

----------------------------------------------------------------- X

2:01-CR-12-01

## MOTION TO SEAL DONALD FELL'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) FOR A PROTECTIVE ORDER TO TAKE A DEPOSITION UNDER SEAL AND SEAL DEPOSITION TRANSCRIPT AND SUPPORTING MEMORANDUM OF LAW AND EXHIBITS

DONALD FELL, by and through his undersigned counsel, respectfully moves this Court, pursuant to Local Rule 5.2 of the United States District Court for the District of Vermont, to file under seal the Motion Pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order to Take a Deposition Under Seal and Seal Deposition Transcript and supporting memorandum of law and exhibits. These materials contain private and sensitive information related to nonparties to this case, including the name of, and information regarding, an individual who fears for the personal safety of her and her family based upon her testimony in this case. This individual is scheduled to give deposition testimony pursuant to Federal Rule of Civil Procedure 45 on Thursday, March 6, 2014.

For the reason set forth in the memorandum of law accompanying this motion, Mr. Fell respectfully requests that the Court enter the attached Proposed Order to file these materials under seal.

RESPECTFULLY SUBMITTED,

Dated:  February 22, 2014
Burlington, Vermont

LEWIS J. LIMAN
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999


*Counsel for Donald Fell*

2

## CERTIFICATE OF SERVICE

I, Margaret O'Leary, an attorney admitted to practice in the State of New York, hereby certify that on February 22, 2014, I served via Federal Express and email on behalf of Donald Fell the Motion to Seal Donald Fell's Motion Pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order to Take A Deposition Under Seal and Seal Deposition Transcript to the attorneys of record for the Government in this action, Ms. Jacabed Rodriguez-Coss and Mr. William Darrow.

Dated: February 22, 2014
New York, New York

Margaret K. O'Leary
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2664
Fax: (212) 225-3999