UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
-------------------------------------------------------------------- X
                                        :

DONALD FELL,                         :

           Movant,           :

           - against -        :        2:01-CR-12-01

                                        :

UNITED STATES OF AMERICA,    :

           Respondent.      :

                                        :

-------------------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING DONALD FELL'S MOTION TO SEAL MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) FOR A PROTECTIVE ORDER TO TAKE A DEPOSITION UNDER SEAL AND SEAL DEPOSITION TRANSCRIPT AND SUPPORTING MEMORANDUM OF LAW AND EXHIBITS

Upon Donald Fell's Motion to Seal Motion Pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order To Take a Deposition Under Seal and Seal Deposition Transcript and Supporting Memorandum of Law and Exhibits pursuant to Local Rule 5.2 of the United States District Court for the District of Vermont, it is hereby:

ORDERED that Donald Fell's Motion Pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order To Take a Deposition Under Seal and Seal Deposition Transcript and Supporting Memorandum and Exhibits will be sealed.

It is so ORDERED this ___ day of _____, 2014.

                                        _____

                                        William K. Sessions, III
                                        United States District Judge