UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:01-cr-0012 |
| | ) | |
| DONALD FELL, | ) | |
| Defendant. | ) | |

PROTECTIVE ORDER

For good cause shown, including that the materials at issue include sensitive investigative

materials, the Court hereby ORDERS that materials relating to *United States v. Donald Fell*,

Dkt. No. 2:01-cr-12, provided to defense counsel and the United States are subject to the

following conditions:

(1) Counsel will not copy the materials provided, or allow others to copy the materials;

(2) Counsel and their teams will maintain at all times actual possession and custody of the materials;

(3) Counsel and their teams will not allow others to take possession and custody of the materials (except for purposes of review in the presence of counsel);

(4) Counsel will return the materials to the Court upon disposition of this case and any direct appeal;

(5) Counsel and their teams will not make public any of the materials, or information in the materials, except during proceedings in this matter (and associated memoranda filed with the Court shall be filed under seal); and,

(6) Counsel will provide a copy of this Order to any members of the defense team handling the materials.

Dated at Burlington, in the District of Vermont, this 26th day of February, 2014.

/s/ William K. Sessions III
HON. WILLIAM K. SESSIONS III
United States District Court Judge
District of Vermont