UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

_____

DONALD FELL,

               Movant,

       v.

UNITED STATES OF AMERICA,

               Respondent.

_____

)
)
)
)
)
)
) 2:01-CR-12-01
)
)
)
)
)
)
)
)
)

## DECLARATION OF LILIA I. TOSON

Pursuant to 28 U.S.C. § 1746, Lilia I. Toson declares:

1.     I am an attorney duly admitted to practice in the State of New York and am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for movant Donald Fell.

2.     I submit this declaration in support of the Opposition of Donald Fell to the Government's Expedited Motion to Compel Continuation of Deposition.

3.     Attached as Exhibits 1-10 are true and correct copies of the documents listed below.

| | |
|---|---|
| **Exhibit 1** | Email from Dana Berkowitz to Bill Darrow, dated Jan. 8, 2014. |
| **Exhibit 2** | Email from Bill Darrow to Dana Berkowitz, dated Jan. 9, 2014. |
| **Exhibit 3** | Email from Bill Darrow to Cathleen Price, dated Jan. 10, 2014. |
| **Exhibit 4** | Email from Dana Berkowitz to Bill Darrow, dated Jan. 16, 2014. |
| **Exhibit 5** | Email from Scott Buell to Bill Darrow, dated Feb. 7, 2014. |
| **Exhibit 6** | Email from Bill Darrow to Lewis Liman, dated Feb. 11, 2014. |

**Exhibit 7**       Email from Scott Buell to Bill Darrow, dated Feb. 12, 2014.

**Exhibit 8**       Relevant Pages from the Transcript of the Deposition of Beth Bochnak held on Mar. 6, 2014.

**Exhibit 9**       Relevant Pages from the Transcript of the Deposition of Gene Primomo held on Mar. 11, 2014.

**Exhibit 10**      Relevant Pages from the Transcript of the Deposition of Alex Bunin held on Mar. 14, 2014.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2014, at New York, New York.


/s/ Lilia I. Toson
Lilia I. Toson
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999