## **CERTIFICATE OF SERVICE**

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on March 17, 2014, I electronically filed with the Clerk of the Court the Declaration of Lilia I. Toson in Support of the Opposition of Donald Fell to the Government's Expedited Motion to Compel Continuation of Deposition.  The CM/ECF system will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: March 17, 2014
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999