# EXHIBIT 1

| | |
|---|---|
| **From:** | Berkowitz, Dana |
| **To:** | bill.darrow@usdoj.gov |
| **Cc:** | Jacabed.Rodriguez-Coss@usdoj.gov; Liman, Lewis J.; cathleen.price@gmail.com; rrubin@sover.net |
| **Subject:** | Donald Fell v. United States, 2:01-CR-12-01 |
| **Date:** | Wednesday, January 08, 2014 5:24:12 PM |
| **Attachments:** | Fell juror consultant documents.xlsx |
| | 2013-11-01 Privilege Log.pdf |

Bill,

Please see attached a more complete list of Bates numbers corresponding to documents pertaining to the work performed by Ms. Bochnak. These documents include materials related to the development of the juror questionnaire and materials generated in connection with the mock jury exercise, including Ms. Bochnak's final report from that exercise (which we believe to be the report referenced in her invoice).

Please note that, as indicated by the privilege log which you were sent on November 1, 2013, a copy of which is also attached, we have been withholding as privileged documents reflecting attorney work product pertaining to the voir dire of individual jurors. We would welcome any explanation from you how the views of any member of the defense team as to an individual juror have been put at issue by the juror misconduct claims. Separately, we do not have Ms. Bochnak's files concerning the voir dire of individual jurors, but have requested them from her.

We hope this addresses your concern. If not, we are prepared to meet and confer and to reconsider our position as appropriate.

Best,
Dana

Dana Berkowitz
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cbelmonte@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2311 | f: +1 212 225 3999
www.clearygottlieb.com | dberkowitz@cgsh.com