# EXHIBIT 2

On Thu, Jan 9, 2014 at 9:20 AM, Darrow, Bill (USAVT) <Bill.Darrow@usdoj.gov> wrote:
Dana –

Thanks for explaining why we have no defense documents relating to the voir dire of individual trial jurors: you withheld them as privileged.

Generally, Fell's sweeping ineffective assistance claims make it difficult for him to bar inquiry into his trial team's decisions. That larger issue aside, it is our belief as to Juror 162 that during voir dire trial counsel was in a position to question her further regarding her son's record and history. We suspect that they may have elected not to pursue the issue because they viewed her as a favorable juror. We believe that we should be permitted to review related documents.

Please let us know whether you will provide the requested documents. We would like to get them soon, again, as we are scheduled to address the matter again in a briefing due a week from Friday.

Best,

Bill.