# EXHIBIT 3

**From:** Darrow, Bill (USAVT) [mailto:Bill.Darrow@usdoj.gov]
**Sent:** Friday, January 10, 2014 11:04 AM
**To:** cathleen.price@gmail.com
**Cc:** Berkowitz, Dana; Rodriguez-Coss, Jacabed (CRM); Liman, Lewis J.; rrubin@sover.net
**Subject:** RE: Donald Fell v. United States, 2:01-CR-12-01

Hi Cathleen,

Further on our request for the trial team's Juror 162 records, we don't understand how on the one hand you can argue that counsel would have moved to strike her for cause had he known she was the victim of sexual abuse, and on the other, argue that documents memorializing counsel's views of her are not relevant.  If the question is what counsel would have done, then information about what counsel was thought about it at the time seems relevant.

Isn't a sensible and quick way to deal with this just to let us see the documents, and if there's something in them that we contend is relevant, you can explain your contrary relevancy view to the court?

Bill.