# EXHIBIT 4

| | |
|---|---|
| **From:** | Berkowitz, Dana |
| **To:** | "Darrow, Bill (USAVT)" |
| **Cc:** | Rodriguez-Coss, Jacabed (CRM); Liman, Lewis J.; cathleen.price@gmail.com; rrubin@sover.net |
| **Subject:** | RE: Donald Fell v. United States, 2:01-CR-12-01 |
| **Date:** | Thursday, January 16, 2014 8:27:53 PM |
| **Attachments:** | Fell v. U.S. - Documents pertaining to Juror 162.zip.zip |

Bill,

Thank you for your email clarifying your position. We have determined that we do not feel the need to litigate the issue of relevancy. We enclose the documents with respect to Juror #162 that you have requested. These documents consist of evaluation forms of Juror 162 prepared by counsel, as well as a chart collecting counsel's ratings of juror 162. We have redacted the content of the chart as it pertains to jurors other than those for whom the Court has ordered a hearing. Note that we do not have the work product of the jury consultant regarding Juror 162, to the extent such work product exists, but we are trying to obtain any such work product from her.

Best,
Dana