# EXHIBIT 5

| | |
|---|---|
| **From:** | Buell, Scott |
| **To:** | "Darrow, Bill (USAVT)" |
| **Cc:** | Rodriguez-Coss, Jacabed (CRM); Liman, Lewis J.; cathleen.price@gmail.com; rrubin@sover.net; Berkowitz, Dana |
| **Subject:** | RE: Donald Fell v. United States, 2:01-CR-12-01 |
| **Date:** | Friday, February 07, 2014 4:53:27 PM |
| **Attachments:** | TRIALCOUNSEL00060979.pdf |

Bill and Jacabed,

We have obtained the work product of the jury consultant regarding Juror 162, and it is attached here.

Regards,
Scott

Scott Buell
Cleary Gottlieb Steen & Hamilton LLP
Assistant: phardy@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2179 | f: +1 212 225 3999
www.clearygottlieb.com | sbuell@cgsh.com