# EXHIBIT 6

**From**: Darrow, Bill (USAVT) [mailto:Bill.Darrow@usdoj.gov]
**Sent**: Tuesday, February 11, 2014 05:01 PM
**To**: Liman, Lewis J.
**Cc**: Berkowitz, Dana; cathleen.price@gmail.com; Rodriguez-Coss, Jacabed (CRM) <Jacabed.Rodriguez-Coss@usdoj.gov>
**Subject**: RE: hearing

Hi Lewis -- March 10 for disclosure of your witness list is too late. Our decisions about whom to call/depose will be based in part upon your list. Particularly with the week of March 3 for depos, doesn't it make sense for a witness list to come well before then? How about a month before the hearing, or February 18? Regarding the jury consultant, as we discussed this morning, could you please ask your team to review files to ensure that there are not more trial team work papers on Juror 162? We have trouble believing that the only document generated by the jury consultant on a sitting juror was the two-sided juror form also used by the lawyers (disclosed last week). We suspect that the consultant may have advised the trial lawyers about favorable and unfavorable jurors, who to strike, questions to ask in voir dire, etc. If we had better access to the consultant's files (or lawyer files reflecting her consultation), we could better decide whether to depose her. Thanks, Bill.