# EXHIBIT 7

| From: | Buell, Scott |
|---|---|
| To: | bill.darrow@usdoj.gov; Jacabed.Rodriguez-Coss@usdoj.gov |
| Cc: | Liman, Lewis J.; cathleen.price@gmail.com; rrubin@sover.net |
| Subject: | Fell v. United States |
| Date: | Wednesday, February 12, 2014 3:46:02 PM |
| Attachments: | TRIALCOUNSEL00060981-99.pdf |
| | TRIALCOUNSEL00061000-15.pdf |

Bill and Jacabed,

We have completed our review of the documents that we obtained from Mr. Fell's trial counsel's jury consultant. The attached documents are charts collecting counsel's ratings of Juror 162 as well as certain other information. We have redacted the content of the chart as it pertains to jurors other than those for whom the Court has ordered a hearing. Our review has identified no other documents reflecting work product by the consultant with respect to Juror 162. This also responds to your email of yesterday to Lewis with respect to documents regarding Juror 162 in the possession of trial counsel's jury consultant.

Regards,
Scott

Scott Buell
Cleary Gottlieb Steen & Hamilton LLP
Assistant: phardy@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2179 | f: +1 212 225 3999
www.clearygottlieb.com | sbuell@cgsh.com