RR4468201058

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAR 17  AM 10: 47

CLERK

BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-----------------------------------------------------------------------X

DONALD FELL,                                          :

        Movant,                                       :

                                                           2:01-CR-12-01
        - against –                                   :

UNITED STATES OF AMERICA,                             :

        Respondent.                                   :

-----------------------------------------------------------------------X

## STIPULATED MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO RULE 83.1 of the Local Rules of the United States District Court for the District of

Vermont, I, Richard Rubin, with the agreement of the government, hereby move this Court for an Order

for the admission of Scott Stewart Buell Pro Hac Vice to appear as counsel for Donald Fell in the above-

captioned action.

Dated:  March 17, 2014
Barre, Vermont

                                        Respectfully submitted,

                                        Richard Rubin
                                        Rubin, Kidney, Myer & Vincent
                                        237 N. Main St., Ste. 3
                                        Barre, Vermont  05641-2514
                                        Telephone:  (802) 479-2514
                                        Facsimile:  (802) 479-2516

        The United States consents to this motion and has authorized the same counsel to sign on
behalf of William Darrow, A.U.S.A.

                                        United States of America

                                        By: _W B Darrow, by R Rubin_
                                        William B. Darrow, A.U.S.A.
                                        by Richard Rubin, with permission

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------------X

DONALD FELL,                                        :

        Movant,                                    :

                                            2:01-CR-12-01

    - against –                              :

UNITED STATES OF AMERICA,              :

        Respondent.                          :

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2014, the following document was hand delivered to the

Clerk of the United States District Court and to the William B. Darrow at the Office of the U.S.

State's Attorney, 11 Elmwood Ave., 3rd Flr., Burlington, VT  05402:

**Stipulated Motion for Admission Pro Hac Vice, with supporting documentation.**

Dated: March 17, 2014.

Richard I. Rubin
Rubin, Kidney, Myer & Vincent
237 North Main Street, Ste. 3
Barre, VT 05641
802-479-2514
rrubin@sover.net