UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------------------------------------- X

DONALD FELL,                                      :

                Movant,                         :

                         2:01-CR-12-01

           - against -                         :

UNITED STATES OF AMERICA,             :

              Respondent.                  :

------------------------------------------------------------------- X

## DECLARATION OF SCOTT S. BUELL

Pursuant to 28 U.S.C. § 1746, Scott S. Buell declares:

1.  I am an associate at Cleary Gottlieb Steen & Hamilton LLP, located at One Liberty Plaza, New York, NY 10006. My telephone number is: (212) 225-2179. My fax number is: (212) 225-3999. My email address is: sbuell@cgsh.com.

2.  I am currently a member in good standing of the Bar of the State of New York; my registration number is 4864229. I am also currently a member in good standing of the Bar of the Southern District of New York; my bar code is SB1432.

3.  I have no pending disciplinary complaints.

4.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

5.  I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Vermont, and the Vermont Rules of Professional Conduct.

6.  Richard Rubin, my sponsoring attorney, is my agent for service of process and I designate the District of Vermont as the forum for the resolution of any dispute arising out of my admission.

7.  I enclose the required fee along with a certificate of good standing of the Bar of the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2014, at New York, New York.

Scott S. Buell
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2179
Fax: (212) 225-3999