✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ VERMONT _____

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> DONALD FELL | **EXHIBIT AND WITNESS LIST** <br> **Continuation of Juror Misconduct Hearing** <br> Case Number:  2:01-cr-12-1 |

| PRESIDING JUDGE <br> Sessions | PLAINTIFF'S ATTORNEY <br> Rodriguez-Coss/Darrow | DEFENDANT'S ATTORNEY <br> Liman/Rubin/Price/Buell |
|---|---|---|
| TRIAL DATE (S) <br> 3/18/2014 - 3/19/2014 | COURT REPORTER <br> Pierce | COURTROOM DEPUTY <br> Muir |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | (1) | 3/18/14 | | | Kaulene Kelsey |
| | (2) | 3/18/14 | | | Janice DeGoosh |
| | (3) | 3/18/14 | | | Dina Zloczower |
| | 42 | 3/18/14 | ✓ | ✓ | Dina Zloczower Business Card |
| | 43 | 3/18/14 | ✓ | ✓ | Jam |
| | 44 | 3/18/14 | ✓ | ✓ | Map |
| 6 | | | ✓ | | Unredacted Memoradum of Faubus & Zloczower |
| | (4) | 3/19/14 | | | Jean Ratta-Roberts |
| | 1-8 | 3/19/14 | ✓ | ✓ | Admitted into evidence during 8/15/13 hearing |
| | 18 | 3/19/14 | ✓ | ✓ | Juror 26 Short Form Questionnaire |
| | 19 | 3/19/14 | ✓ | ✓ | Juror 26 Records, Vermont Superior Court, Essex County |
| | 23 | 3/19/14 | ✓ | ✓ | Juror 143 Long Form Questionnaire |
| | 24 | 3/19/14 | ✓ | ✓ | Juror 143 Short Form Questionnaire |
| | 26 | 3/19/14 | ✓ | ✓ | Juror 27 Short Form Questionnaire (WITHDRAWN) |
| | 27 | 3/19/14 | ✓ | ✓ | Juror 27 Long Form Questionnaire (WITHDRAWN) |
| | 34 | 3/19/14 | ✓ | ✓ | Juror 26 Long Form Questionnaire |
| | 35 | 3/19/14 | ✓ | ✓ | Selected Pages from <u>in camera</u> John Doe Department of Corrections Records |
| | 45ab | 3/19/14 | ✓ | ✓ | Photograph 1 of 573 Bay Road, Colchester, VT, 05446 with notations from witnesses |
| | 46 | 3/19/14 | ✓ | ✓ | Photograph 2 of 573 Bay Road, Colchester, VT, 05446 (WITHDRAWN) |
| | 47 | 3/19/14 | ✓ | ✓ | Photograph 3 of 573 Bay Road, Colchester, VT, 05446 |
| | A-D | 3/19/14 | ✓ | ✓ | Admitted into evidence during 9/27/13 hearing |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

**EXHIBIT LIST – CONTINUATION**

| UNITED STATES OF AMERICA | vs. | DONALD FELL | CASE NO. 2:01-cr-12-1 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | (5) | 3/19/14 | | | Suzann Widener |
| | 38 | 3/19/14 | ✓ | obj✓* | Rutland Video Clip 1 *admitted provisionally subject to linkage in pleadings |
| | 39 | 3/19/14 | ✓ | obj✓* | Rutland Video Clip 2 *admitted provisionally subject to linkage in pleadings |
| | 40 | 3/19/14 | ✓ | obj✓* | Rutland Video Clip 3 *admitted provisionally subject to linkage in pleadings |
| | 41 | 3/19/14 | ✓ | obj✓* | Rutland Video Clip 4 *admitted provisionally subject to linkage in pleadings |
| | (6) | 3/19/14 | | | Scott Buell |
| | 48 | 3/19/14 | ✓ | ✓ | Redacted Deposition Transcript Tina Boyce |
| (1) | | 3/19/14 | | | Juror 162 |
| (2) | | 3/19/14 | | | Michelle Delpha |
| | 49 | | ✓ | | Form 302 of Delpha 11/25/13 Meeting with Kelsey |
| | 51 | | ✓ | | Handwritten Notes of Delpha 11/25/13 Meeting with Kelsey |
| 12d | | 3/19/14 | ✓ | ✓ | Map of Downtown Rutland admitted into evidence during Jury Trial |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |