✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ VERMONT _____

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** (**REDACTED)** |
|---|---|
| V. | **Juror Inquiry of Jurors 143, 162** |
| DONALD FELL | Case Number:  2:01-cr-12-1 |

| PRESIDING JUDGE<br>Sessions | PLAINTIFF'S ATTORNEY<br>Rodriguez-Coss/Darrow | DEFENDANT'S ATTORNEY<br>Liman, Rubin, Price, Santillo |
|---|---|---|
| TRIAL DATE (S)<br>8/15/2013 | COURT REPORTER<br>Pierce | COURTROOM DEPUTY<br>Muir |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/15/13 | ✓ | ✓ | Written Statement of Juror No. 143   12/19/2010 |
| 1 |  | 8/15/13 | ✓ | ✓ | Photo of Motorcycle 8/29/2011 |
| 2 |  | 8/15/13 | ✓ | ✓ | Photo of Motorcycle Side View |
| 3 |  | 8/15/13 | ✓ | ✓ | Motor Vehicle Department Records - Bill of Sale - 8/17/2010 |
| 4 |  | 8/15/13 | ✓ | ✓ | Photo - Juror 143 - Dirt Bike |
| 5 |  | 8/15/13 | ✓ | ✓ | Motor Vehicle Department Records - Bill of Sale - 10/4/2007 |
|  | 2 | 8/15/13 | ✓ | ✓ | Preliminary Questionnaire Juror 162 |
|  | 3 | 8/15/13 | ✓ | ✓ | Full Juror Questionnaire Juror162 |
|  | 5 | 8/15/13 | ✓ | ✓ | Voir Dire Transcript of Juror 162 |
|  | 6 | 8/15/13 | ✓ | ✓ | Written Statement of Juror 162   1/5/2011 |
|  | 7 | 8/15/13 | ✓ | ✓obj | VCIC Record Request for John Doe |
|  | 8 | 8/15/13 | ✓ | ✓obj * | Summary of John Doe's Criminal History   *admitted provisionally |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.