UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                              Movant,                               :
                                                                     :        2:01-CR-12-01
                    - against -                                      :
                                                                     :
UNITED STATES OF AMERICA,                                           :
                                                                     :
                              Respondent.                           :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a

partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on April 4, 2014, I

electronically filed with the Clerk of the Court Donald Fell's Reply to Government's Objections

to Mr. Fell's Proposed Exhibits and the Declaration of Lewis J. Liman.  The CM/ECF system

will provide service of such filings via Notice of Electronic Filing ("NEF") to all parties with an

e-mail address of record who appeared and consented to electronic service in this action.

Dated: April 4, 2014
New York, New York

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999