UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
-------------------------------------------------------------------- X
                                                                     :
DONALD FELL,                                                         :
                                                                     :
                               Movant,                              :
                                                                     :      2:01-CR-12-01
                        - against -                                 :
                                                                     :
UNITED STATES OF AMERICA,                                           :
                                                                     :
                               Respondent.                          :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X

## <u>**DECLARATION OF LEWIS J. LIMAN**</u>

Pursuant to 28 U.S.C. § 1746, Lewis J. Liman declares:

1.      I am a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for

movant Donald Fell.

2.      I submit this declaration in support of Donald Fell's Reply to Government's Objections

to Mr. Fell's Proposed Exhibits.

3.      Attached as Exhibits 1–6 are true and correct copies of the documents listed below.

**Exhibit 1**        Email from Lewis Liman to Bill Darrow and Jacabed Rodriguez-Coss,
                     dated Feb. 3, 2014.

**Exhibit 2**        Email from Lewis Liman to Elizabeth Evelti, dated Feb. 11, 2014.

**Exhibit 3**        Email from Jacabed Rodriguez-Coss to Elizabeth Evelti, dated Feb.
                     12, 2014.

**Exhibit 4**        Email from Bill Darrow to Lewis Liman, dated Feb. 19, 2014.

**Exhibit 5**        Email from Lilia Toson to Bill Darrow and Jacabed Rodriguez-Coss,
                     dated Feb. 19, 2014.

**Exhibit 6**        Email from Jacabed Rodriguez-Coss to Lewis Liman, dated Feb. 24,
                     2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2014, at New York, New York.

/s/ Lewis J. Liman
Lewis J. Liman
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2550
Fax: (212) 225-3999

2