# EXHIBIT 1

**From:**       Liman, Lewis J.
**Sent:**       Monday, February 03, 2014 10:22 AM
**To:**         Rodriguez-Coss, Jacabed (CRM); cathleen.price@gmail.com; 'Darrow, Bill (USAVT)'
**Subject:**    2:01-cr-00012-wks-1 - Fell, Donald

Dear Bill and Jacabed:  In anticipation of a potential hearing as early as March, we are trying to get our witnesses together and to prepare a time estimate.  Please let us know as soon as possible whether you will object to the authenticity or admissibility (save on grounds of relevance, the objection for which would be preserved) to any of the following documents:  (1) the documents attached as exhibits to the Amended Motion of Donald Fell for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial Pursuant to 28 U.S.C. § 2255 (October 23, 2013); or (2) the documents that were exhibits to the Brief in Support of an Evidentiary Hearing filed by Mr. Fell on December 16, 2013.  We would be prepared to engage in a similar process for any documents you would like to offer.  By separate emails, I will send you the two sets of documents.

Best, Lewis

Lewis J  Liman
Cleary Gottlieb Steen & Hamilton LLP
Assistant. jreda@cgsh com
One Liberty Plaza, New York NY 10006
t  +1 212 225 2550 | f. +1 212 225 3999
www clearygottlieb com | lliman@cgsh com