# EXHIBIT 2

| From: | Liman, Lewis J. |
|---|---|
| Sent: | Tuesday, February 11, 2014 2:49 PM |
| To: | 'Elizabeth_Evelti@vtd.uscourts.gov' |
| Cc: | bill.darrow@usdoj.gov; rrubin@sover.net; jacabed.rodriguez-coss@usdoj.gov; cip1 @columbia.edu |
| Subject: | RE: 2:01-cr-00012-wks-1 - Fell, Donald |

Dear Elizabeth: We have conferred with Bill Darrow of the Government who has informed us that, while he cannot make a final commitment, he does not anticipate objecting to the authenticity or admissibility (save on grounds of relevance) of the exhibits we presently intend to offer at the hearing. (These consist of the exhibits submitted with our Amended Motion (Dkt. 422) and our Brief in Support of an Evidentiary Hearing on the juror claim (Dkt. 451).) We have also told him that we anticipate presenting the testimony of one witness who is out-of-state by deposition; we have started talking about scheduling. The Government has asked us to state that it has not made a final determination about witnesses but that if it calls witnesses, it will not be more than a few if any. On those understandings and the understanding that this hearing will be a continuation of the prior hearings such that we need not recall the jurors, we believe that we could finish that Mr. Fell could present his witnesses (and have them cross-examined) if the Court set aside the afternoon of March 18 and allowed us to continue through Wednesday, March 19, and the end of the day on Thursday, March 20, if necessary. (We obviously are not in a position to estimate the length of the Government case, if any, or any rebuttal.)

On a related matter, as I noted in my email last week to you, we believe that it would be useful to have a pre-hearing conference with the Court as soon as the Court can schedule it. Among other things, there are a number of items that remain open that could affect the hearing including: (1) the Court's order to the Vermont Department of Corrections to produce Patrick Ryan's probation and parole records, disciplinary records, and progress reports, and Fell's motion for in camera review of Mr. Ryan's substance abuse treatment records in DOC possession (Mem. & Order re: Discovery (Dkt. 458) (Dec. 19, 2013), at 15, 17); Dkt. 461 (Dec. 27, 2013); (2) the request to call Juror 27 (see Amended Motion at pp. 358-59; Brief in Supp. of Evid. Hr'g at 23-24); and (3) the parties' request to interview former and current Court personnel.

---

Lewis J Liman
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jreda@cgsh.com
One Liberty Plaza, New York NY 10006
t +1 212 225 2550 | f +1 212 225 3999
www clearygottlieb.com | lliman@cgsh com