# EXHIBIT 3

**From**: Rodriguez-Coss, Jacabed [mailto:Jacabed.Rodriguez-Coss@usdoj.gov]
**Sent**: Wednesday, February 12, 2014 02:50 PM
**To**: Liman, Lewis J.; 'Elizabeth_Evelti@vtd.uscourts.gov' <Elizabeth_Evelti@vtd.uscourts.gov>
**Cc**: 'bill.darrow@usdoj.gov' <Bill.Darrow@usdoj.gov>; 'cip1@columbia.edu' <cip1@columbia.edu>; rrubin@sover.net
**Subject**: RE: 2:01-cr-00012-wks-1 - Fell, Donald

Hello Elizabeth.  Atty. Bill Darrow is not available that week, but I will cover the conference for the government.  I am available on the 26th at 10 am.

Jacabed