# EXHIBIT 4

**From:** Darrow, Bill (USAVT) [mailto:Bill.Darrow@usdoj.gov]
**Sent:** Wednesday, February 19, 2014 3:43 PM
**To:** Liman, Lewis J.
**Subject:** RE: Fell

Thanks for your below. I'll be out next week; Jacabed will handle the hearing for the government. As to your (1), we do not anticipate authenticity/admissibility objections to the documents forwarded by your office. We await the additional documents. Upon receipt we'll review and confirm our position   On (2), again, March 7 is late. The bulk of witnesses are your's; it would reduce surprise on our side to have your list earlier. You have the burden on the issue; our choice of witnesses will depend upon whom you call. You must know most of the names – why not send them over now? Regarding (3), you may have better luck gaining access to court personal than we have had – we agree interviews (for both sides) are appropriate. Perhaps the court will allow joint interviews. As to (4), we expect to resolve our deposition needs shortly and will advise – thanks for the reminder. As to your mystery out-of-state witness, we would like to know who she is, so we can begin to prepare -- you have us entirely in the dark. We are reluctant to give assurances, which assurances would significantly limit our ability to prepare for the deposition, when we do not know the witness's identity. Finally, regarding 5 – we will not contest the absence of Mr. Fell.

The skiing up here is getting tolerable.