# EXHIBIT 5

| | |
|---|---|
| **From:** | Toson-Dysvick, Lilia I. |
| **Sent:** | Wednesday, February 19, 2014 5:08 PM |
| **To:** | bill.darrow@usdoj.gov; Rodriguez-Coss, Jacabed <Jacabed.Rodriguez-Coss@usdoj.gov> (Jacabed.Rodriguez-Coss@usdoj.gov) |
| **Cc:** | Liman, Lewis J.; cathleen.price@gmail.com; 'rrubin@sover.net' (rrubin@sover.net) (rrubin@sover.net) |
| **Subject:** | Donald Fell v. United States, 2:01-CR-12-01 |
| **Attachments:** | Proposed Fell Exhibits.zip |

Counsel:

Attached is a set of additional proposed exhibits, which was referenced in Lewis Liman's email to you today.  You will receive a DVD containing one additional proposed exhibit, a July 14, 2005 interview of Juror #162 on WCAX TV 3, by FedEx tomorrow.

Regards,

Lilia Toson-Dysvick

Lilia I  Toson-Dysvick
Cleary Gottlieb Steen & Hamilton LLP
Assistant  lpotts@cgsh.com
One Liberty Plaza, New York NY 10006
t  +1 212 225 2173 | f  +1 212 225 3999
www.clearygottlieb com | ltoson-dysvick@cgsh.com