# EXHIBIT 6

**From:** Rodriguez-Coss, Jacabed [mailto:Jacabed.Rodriguez-Coss@usdoj.gov]
**Sent:** Monday, February 24, 2014 11:23 AM
**To:** Liman, Lewis J.
**Cc:** Darrow, Bill (USAVT) <Bill.Darrow@usdoj.gov>
**Subject:** RE: Fell v. US

Lewis,

1. Thank you. If you forward the contact information for Ms. Zloczower, we can take it from there.
2. Will you provide the names of the attorneys who interviewed juror 26?
3. Re Alex Bunin, a deposition after the hearing seems rather absurd. If he will not be available until the week of March 17, we may want to consider postponing the hearing date a bit. Honestly, we have talked about that possibility given the number of depositions we would like to conduct; the follow-up work that needs to be done and the court's need to narrow at least some of the issues to be explored at the hearing.
4. We'll await your new exhibit designation, thanks.
5. We're good with the Primono and Bochnak depositions.
6. Re the proposed deposition of Tina Boyce, I was under the understanding that you would provide a proffer. Honestly, we are a bit at a loss with the need for this witness. Juror 162 disclosed the fact that her son had a domestic violence conviction on her questionnaire, and so we are curious about what other relevant information this witness would contribute.
7. Re Bunin and Bochnak, we do have a different view and would like to elicit their testimony in court if we choose to call either as a witness.
8. We did not agree to joint interviews of court personnel. As I recall, we specifically asked for time to discuss your proposal and get back to you. Misrepresenting our position to the Court was improper.

Jackie