NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

DONALD FELL

Case No: 2:01-cr-00012-wks-1


TAKE NOTICE that the above-entitled case has been scheduled at 9:30 a.m. on Friday, May 9, 2014, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Continuation of the Hearing Regarding Juror Misconduct.**

Location: Courtroom 542

JEFFREY S. EATON, Clerk

Date of Notice: 4/10/2014


By /s/Joanne A. Muir
Deputy Clerk

TO:

William B. Darrow, AUSA
Jacabed Rodriguez-Coss, Esq.

Richard I. Rubin, Esq.
Lewis J. Liman, Esq.
Cathleen I. Price, Esq.
Avram E. Luft, Esq.
Scott S. Buell, Esq.

Anne Pierce, Court Reporter

**Defendant will not be present for this hearing.