**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

| | |
|---|---|
| DONALD FELL | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |

2014 MAY -9 AM 10: 18

No. 2:01-CR-12

CLERK

DEPUTY CLERK

## NOTICE OF APPEARANCE

I, Jeffrey B. Kahan, hereby enter my appearance on behalf of the United States of America.

DATED at Burlington, Vermont this 9th day of May, 2014.

By:     *Jeffrey B. Kahan*
Jeffrey B. Kahan
Capital Case Section
1331 F Street, NW; Rm.337
Washington, DC 20530
Jeffrey.Kahan@usdoj.gov