AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DONALD FELL | **EXHIBIT AND WITNESS LIST**<br>**Continuation of Juror Misconduct Heairng**<br>Case Number:  2:01-cr-12-1 |

| PRESIDING JUDGE  Sessions | PLAINTIFF'S ATTORNEY  Kahan/Darrow | DEFENDANT'S ATTORNEY  Rubin, Liman, Price & Buell |
|---|---|---|
| TRIAL DATE (S)  5/9/2014 | COURT REPORTER  Pierce | COURTROOM DEPUTY  Wright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 10-15 | 5/9/14 | ✓ | ✓ | Various Court Records |
| | 20 | 5/9/14 | ✓ | ✓ | Juror 26 Records |
| | 21 | 5/9/14 | ✓ | ✓ | Kevin O'Connor, "Granby: A red speck in a blue state" |
| | 29 | 5/9/14 | ✓ | ✓ | Juror 162 Records |
| | 32 | 5/9/14 | ✓ | ✓ | Email from Tanya Marshall to Lilia Toson-Dysvick, 10/25/2013 |
| | 33 | 5/9/14 | ✓ | ✓ | Interview of Juror 162 on WCAX TV 3 7/14/2013 |
| | 36A | 5/9/14 | ✓ | ✓ | Certified cy of Dft Exh 36 Juror 26 Records (replaces 36 which was admitted per Order doc 498) |
| | 52 | 5/9/14 | ✓ | ✓ | John Doe Records, Amherst Bail Bonds |
| | 53 | 5/9/14 | ✓ | ✓ | Lucille Tatro Records |
| | | | | | |
| ** | | 5/9/14 | ✓ | ✓ | Govt Deposition Exhibits 16 & 24 |
| ** | | 5/16/14 | ✓ | ✓ | Deposition Designations by dft for govt deposition exhibits 16 & 24 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.