**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

DONALD FELL                                     )
                                                )
         v.                                     )          No. 2:01-cr-12
                                                )
UNITED STATES OF AMERICA          )


CERTIFICATE OF SERVICE

I, Laura L. Harvey, Legal Assistant for the United States Attorney's Office for the District

of Vermont, hereby certify that I electronically filed the **Post-Hearing Memorandum of the**

**United States on § 2255 Jury Misconduct Allegations** with the Clerk of Court using the

CM/ECF system which will send notification of such filing(s) to the following:

Lewis J. Liman, Esq.
Cathleen Price, Esq.
Richard Rubin, Esq.

DATED at Burlington, Vermont this 23rd day of May, 2014.

/s/ Laura L. Harvey
Legal Assistant
United States Attorney's Office
P.O. Box 570
Burlington, VT 05402-0570
(802)951-6725