UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

-------------------------------------------------------------------- X
       :
DONALD FELL,       :
       :
     Movant,       :
       :    2:01-CR-12-01
   - against -       :
       :
UNITED STATES OF AMERICA,       :
       :
    Respondent.       :
       :
       :
-------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Lewis Liman, an attorney admitted to practice in the State of New York and a partner of the firm Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 23, 2014, I electronically filed with the Clerk of the Court Donald Fell's Brief in Support of Amended 2255 Motion. The CM/ECF system will provide service of the brief via Notice of Electronic Filing ("NEF") to all parties with an e-mail address of record who appeared and consented to electronic service in this action.

Dated: May 23, 2014
New York, New York

        /s/ Lewis J. Liman
        Lewis J. Liman
        Cleary Gottlieb Steen & Hamilton LLP
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2550
        Fax: (212) 225-3999