M. MADEIRA
District Attorney

C. BENDER
Court Stenographer

F. WEBBY PD
Atty. for Defendant

Nº 3550

**COURT OF COMMON PLEAS — CRIMINAL DIVISION**
**COUNTY OF LUZERNE**
**THE COMMONWEALTH OF PENNSYLVANIA**
**vs.**

1. Donald Fell
2.
3.

| Indictments | ☐ Yes ☐ No | Transcripts | ☐ Yes ☐ No | Commitment Issued | ☐ Yes ☐ No |

CHARGE Simp Asslt (4cts), Terr Thrts, Reck End & Sums    No. 3642    19 90

PLEA guilty    DISPOSITION    DATE 9-23-91

Pay Costs of Prosecution    ☐ Yes ☐ No    Pre-Sentence Investigation Requested    ☐ Yes ☐ No

Def pleads guilty to Sums of public drunk.
and dis con.

The following cts. are Nolle prossed
ct 1,2,3,4 Simp Asslt, ct 5 & Terr Thrts, ct 6 Reck End

on 3642/90
sums. public drunk - fine 300.00 +costs
disorderly conduct - fine 300.00 +costs

Fred Magur , Brominski, J    JUDGE

ORIGINAL    #53    M0993

FELL-00000111

Luzerne County District Attorney's Office
## PLEA AGREEMENT

COMMONWEALTH VS. *Donald Fell*  NO. *3642* of 19 *90*

Charges listed for trial:

*Simple Assault, terroristic threats, Rec. Evid,
Summaries*

The following plea agreement entered into between the Commonwealth of Pennsylvania and the defendant is being recommended to the Court. It is understood that the Court has the right to reject this agreement at which time the defendant may reconsider his guilty plea.

The following represents the entire plea agreement between the Commonwealth of Pennsylvania and the defendant and is to be placed on record:

I am pleading guilty to the following charges: *Public Drunkeness,
Disorderly Conduct, Summaries*

The following charges will be dismissed: *Simple Assault, terrorist threats,
Rec Evid. &*

The sentence I receive will be: *Fines upto Ct.*

I will pay restitution in the amount of: $ _____ and all costs of prosecution

Special conditions: _____

By signing this agreement, we hereby acknowledge our agreement with the above terms.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT    *PD*

*TELE w/ PROSECUTOR*
PROSECUTOR

_____
A.D.A.

M0994

FELL-00000112

**20**

FELL-00000113

106

27C

# WILKES-BARRE POLICE DEPARTMENT
15 N. WASHINGTON STREET
WILKES-BARRE, PA. 18701

### JAILER'S REPORT

15064

| SURNAME | FIRST | MIDDLE | IRC NO |
|---|---|---|---|
| FELL | Deborah | | E259411 |

| ADDRESS | | SOC. SEC. NO. |
|---|---|---|
| REDACTED - FELL    W.B. | REDACTED - FELL    1    8195 | |

| AGE | SEX | RACE | DATE OF BIRTH | NICKNAME |
|---|---|---|---|---|
| 40 | F | W | REDACTED - FELL    54 | |

| PLACE OF BIRTH | ALIAS |
|---|---|
| WILKES-BARRE Pa | |

| MARRIED / SINGLE | DRUNK / SOBER | DATE OF ARREST | TIME | DATE OF CRIME | ON VIEW / WARRANT |
|---|---|---|---|---|---|
| | | 5-25-94 | 0210 | 5-25-94 | WARRANT |

| HEIGHT | WEIGHT | PLACE OF CRIME | STATE | COUNTY |
|---|---|---|---|---|
| 5 FT. 2 IN. | 160 | WILKES-BARRE | Pa | LUZERNE |

| HAIR | EYES | PLACE OF ARREST    BOWMAN ST + | AUTHORITIES |
|---|---|---|---|
| RED | HAZLE | SCOTT ST. W.B. | W.B. CITY P.P. |

| BUILD | COMPLEXION | CHARGE: |
|---|---|---|
| HEAVY | MED | WARRANT - PUBLIC DRUNK HARASSMENT |

| OCCUPATION | | |
|---|---|---|
| Unemployed | | |

| SCARS-MARKS-DEFORMITIES | VICTIM | RACE: |
|---|---|---|
| LEFT LOWER ARM D.B. LEFT HAND CROSS | | |
| | ADDRESS | |
| | OFFICER    MARINO | UNIFORM / DETECTIVE |

| PRELIMINARY HEARING | DATE | TIME | MAGISTRATE |
|---|---|---|---|
| 2 JUNE 94 MAG. KANE | | 2:00 P.M. | |

| BAIL. | ROR. |
|---|---|
| | |

JAILER SIGNATURE _____

SUPERVISOR SIGNATURE _____    M393

27C   E259411   02

LCPR-8

| ZONE | ☒ ADULT ☐ JUVENILE | ARREST REPORT | WILKES-BARRE POLICE DEPARTMENT | IBC E259408 |
|---|---|---|---|---|

**ACCUSED**

1. CHARGE: Public Drunk (War)  3. DATE CHARGED: 03/20/94  4. OFFENSE DATE: 01/29/94  5. ARRESTING OFFICER'S NAME: Riemensnyder - T. Marino  BADGE NUMBER: 371-4

6. OTHER CHARGE: Harassment (war) 3/22/94  OFFENSE DATE: 01/14/94  7. LOCATION OF ARREST: Bowman St. near Kidder St

8. WHEN ARRESTED: 05/20/94  0230  9. TYPE OF ARREST: ☐ ON VIEW ☒ WARRANT ☐ SUSPICION   ONT — OFFENSE TRACKING NUMBER

10. NAME OF ACCUSED: Fell Deborah  11. AGE: 40  12. RACE: W  13. SEX: F  14. ADDRESS: REDACTED - FELL

15. ALIAS/NICKNAME: Deborah Folland - Deborah Pecco  16. TELEPHONE:  17. OCCUPATION: Unemployed.

18. PLACE OF EMPLOYMENT/SCHOOL:  19. DATE OF BIRTH: 04/12/54  20. PLACE OF BIRTH: Wilkes-Barre

21. HEIGHT: 5'2"  22. WEIGHT: 160  23. EYES: Hazel  24. HAIR: Red  25. BLOOD TYPE:  26. MARKS, SCARS, TATOOS: Left arm DEB  27. COMPLEXION: Fair

28. SSN: REDACTED - FELL  8195  29. FBI NO.: 31339NA8  30. SID NO.: REDACTED - FELL  31. POID NO.: 21-4  32. MILITARY NO.:

33. VETERANS CLAIM NO.:  34. OPERATOR PERMIT NO.:  40. FINGERPRINT CLASSIFICATION:  35. PHOTO TAKEN: ☐ YES ☐ NO  NUMBER:

37. FINGERPRINT CARD TO: ☒ FBI ☐ UNA  38. INDICATION OF: DRUGS: ☐ YES ☐ NO  ALCOHOL: ☒ YES ☐ NO  39. DEFENDANT ARMED: ☐ YES ☒ NO  TYPE WEAPON(S):

40. ARTICLES CONFISCATED FROM DEFENDANT?  41. PERSONAL ARTICLES RECEIPT GIVEN: ☐ YES ☐ NO  NUMBER:

**VEH**

42. DEFENDANT VEHICLE IDENTIFICATION:  YEAR  MAKE  MODEL  LICENSE NO./ST   DEFENDANT FAMILY CODE FOR BLOCKS 43 - 46: F = FATHER  W = WIFE  B = BROTHER  S = SON  M = MOTHER  S = SISTER  D = DAUGHTER

**FAM**

43. NAME:  ADDRESS:  PHONE (RESIDENCE/OFFICE):

45.

46.

**ACC**

47. NAME/ALIAS/NICKNAME OF ACCOMPLICE:  48. ADDRESS:

49. NAME/ALIAS/NICKNAME OF ACCOMPLICE:  50. ADDRESS:

**STAT ATT**

51. ATTORNEY NAME:  TELEPHONE NO.:  52. RIGHTS READ: ☐ YES ☐ NO  BY WHOM:

53. STATUS OF DEFENDANT: ☐ DETAINED AT ___ ☐ RELEASED ☐ PERSONAL BOND ☐ MONEY BOND — AMOUNT $ ___ ☐ PROPERTY BOND ☐ TURNED OVER TO

**NARRATIVE**

ITEM NO.  54. CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.)

Def. Arrested on 2 Warrants (Public Drunkenness + Harassment) Assisted by Sgt. Barrett

**INFORMATION**

55. ADJUDICATION DATE AND TIME: __/__/__  HOURS ___

| 56. CHARGE | 56A. OTH | 57. MAGISTRATE/DISTRICT COURT | 58. DATE | 59. FINAL DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**CONTROL**

60. COMM. CENTER WANT/WARRANT INQUIRY: ☐ YES ☐ NO ☐ CANCEL  __/__/__  HOURS ___  WARRANT NO.: (NT0000120-94) NT0000 92

61. DISTRIBUTION: ☐ CHIEF ☐ DETECTIVE ☐ JUVENILE ☐ NARCOTIC ☐ OTHER



030

# COMMONWEALTH OF
# PENNSYLVANIA

## COUNTY OF LUZERNE

To any authorized person:

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody

(Name):    FELL, DEBBIE
(Address):    REDACTED - FELL
WILKES-BARRE, PA 18705

If the defendant be found in said Commonwealth, and bring the defendant before us at    MARTIN R. KANE
(Address):    150 S. PENNSYLVANIA AVE.
WILKES-BARRE, PA 18701-3399

to answer the Commonwealth or **WILKES BARRE CITY**
(Political Sub-division)

upon the complaint or citation of **WARDLE, JAMES**
charging the defendant with **18 §5505 §§**
**PUBLIC DRUNKENESS**
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.

Witness the hand and official seal of the issuing authority on this

_____ day of _____, 19____

**SEAL**

(Signature)

Magisterial District No.:  11-1-02

Citation No.:  A600857
    FILED:    1/29/94
Docket No.:  NT-0000120-94

Amount needed to satisfy collateral: $        176.00

Amount required to satisfy sentence:
Fine:  $
Costs: $
Other: $
Total: $

---

## RETURN WHERE DEFENDANT IS FOUND

By authority of this warrant
25 May 19 94

☒ I took into custody the within named
Debbie Fell

☐ He is now at liberty on bail posted before _____

_____

☐ in the _____

_____ jail.

☒ before you for disposition.
☐ I accepted a guilty plea and collected
$_____
for fine and costs.

☐ I accepted a not guilty plea and collected $_____
for collateral.

☐ I accepted the fine and costs due in the amount of
$_____

(Signature of Officer - Name & Title)

## RETURN WHERE DEFENDANT IS NOT FOUND

After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

---

## WARRANT OF ARREST

WARRANT CONTROL NO.:
4679493

DOCKET NUMBER:
NT-0000120-94

COMMONWEALTH OF PENNSYLVANIA

VS

FELL, DEBBIE

OFFENSE DATE        1/29/94

CHARGE

18 §5505 §§

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

Officer's costs:
Warrant                _____
Miles @        ¢        _____
Commitments        _____
Miles @        ¢        _____
Conveying to hearing _____

Sent By: HP LaserJet 3100;                5702084209;            Jan-26-01 14:49;        Page 5/1

**Commonwealth of Pennsylvania**
**CITATION**
(NON-TRAFFIC)

CR-000001-A **600857**

DOCKET NUMBER
**NT-120-94**

DEFENDANT — FIRST NAME / MIDDLE NAME / LAST NAME
DEBBIE    ANN    FELL

STREET ADDRESS / CITY, TWP-BORO, COUNTY / STATE / ZIP CODE
REDACTED - FELL  WILKES-BARRE PA

NATURE OF OFFENSE
PUBLIC DRUNKENNESS
DEFENDANT WAS ON SIDEWALK IN FRONT OF
30 E. CHESTNUT ST. & WAS STAGGERING,
HAD STRONG ODOR OF ALCOHOLIC BEVERAGE ON
HER BREATH. DEFENDANT WAS A THREAT TO

DATE 1-29-94   TIME 2016   DAY SAT   PLACE 30 E. CHESTNUT ST   COUNTY LUZERNE  CODE 40
CITY/TWP-BORO WILKES-BARRE  CODE 304

STATUTE OR ORDINANCE  PA. CC
MAGISTERIAL DISTRICT NO.   MARTIN R. KANE
ADDRESS 150 S. PENNA AVE
WILKES-BARRE PA

SEC. FINE 100.00
SUB. SEC. COSTS 76.00
TOTAL DUE 176.00

RECEIPT OF CITATION IS ACKNOWLEDGED-SIGNATURE OF DEFENDANT
X TOO INTOXICATED TO SIGN

DATE ISSUED-FILED 1-29-94

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 PA C.S. 4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER'S SIGNATURE
BADGE NO. 333-512

STATION ADDRESS
15 N. WASHINGTON ST W B PA

RACE W   SEX M (F)   D.O.B. REDACTED - FELL 54   INCIDENT NO. A298448   UCR CODE (IF APPLICABLE)

REMARKS:
HER OWN SAFETY AND THE SAFETY OF
OTHERS

Note: Also charged with Simple
Assault in relation to same
incident

2/9/94 - Guilty - NLPPS

AOPC 407.86                DISTRICT JUSTICE

FELL-00000117



## COMMONWEALTH OF
## PENNSYLVANIA

### COUNTY OF LUZERNE

To any authorized person:

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody DOB: 4/12/54 F

(Name):     FELL, DEB

(Address):   REDACTED - FELL
            WILKES BARRE,, PA 18702

If the defendant be found in said Commonwealth, and bring the defendant before us at MARTIN R. KANE

(Address):   150 S. PENNSYLVANIA AVE.
            WILKES-BARRE, PA 18701-3399

to answer the Commonwealth or **WILKES BARRE CITY**
                              (Political Subdivision)

upon the complaint or citation of REBO, GERALD
charging the defendant with 18 $2709 $$
**HARASSMENT**
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.

Witness the hand and official seal of the issuing authority on this

_____ day of _____, 19 ___

**SEAL** _____
              (Signature)

Magisterial District No. 11-1-02

Citation No.:   A620444
  FILED:       1/21/94
Docket No.:   NT-0000097-94

Amount needed to satisfy collateral: $        176.00

---

**RETURN WHERE DEFENDANT IS FOUND**

By authority of this warrant
25 MAY         19 94

☒ I took into custody the within named
Deb Fell

☐ He is now at liberty on bail posted
   before_____
   _____

☐ in the_____
   _____ jail.

☒ before you for disposition.

☐ I accepted a guilty plea and
   collected
   $_____
   for fine and costs.

☐ I accepted a not guilty plea and
   collected $_____
   for collateral.

☐ I accepted the fine and costs due
   in the amount of
   $_____
   _____
   _____
   (Signature of Officer - Name & Title)

**RETURN WHERE DEFENDANT IS NOT FOUND**

After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

---

## WARRANT OF ARREST

WARRANT CONTROL NO.:
   4674687

DOCKET NUMBER:
   NT-0000097-94

**COMMONWEALTH OF PENNSYLVANIA**

VS

FELL, DEB

OFFENSE DATE        1/14/94

CHARGE

18 $2709 $$

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

Officer's costs:
Warrant             _____
Miles @        ¢    _____
Commitments         _____
Miles @        ¢    _____
Conveying to hearing _____

Amount required to satisfy sentence:
Fine: $
Costs:$
Other:$
Total: $

FELL-00000118

Sent By: HP LaserJet 3100;     5702084209;     Jan-26-01 14:50;     Page 7/1!

5:01-cr-00012-gwc     Document 512-2     Filed 04/15/14     Page 9 of 99

**Commonwealth of Pennsylvania**
**CITATION**
(NON-TRAFFIC)

CITATION No.
**A620444**

MAGISTERIAL DISTRICT NO. 11-1-02

DOCKET NUMBER NT-97-94

DEFENDANT — FIRST NAME: Deb   MIDDLE NAME:   LAST NAME: Fell

STREET ADDRESS: REDACTED - FELL   CITY-TWP-BORO-COUNTY: Wilkes-Barre   STATE: PA   ZIP CODE:

CHARGE: Harassment

**OFFENSE**

NATURE OF OFFENSE: Defendant knowingly and intentionally struck her 11 yr. old daughter with a backhand which caused a small laceration in the childs lip.

DATE: 01-14-94   TIME: 2134   PLACE: 30 E. Chestnut   COUNTY: Luzerne   CODE: 40

DAY: FRI   CITY-TWP-BORO: Wilkes-Barre   CODE: 304

**VIOLATION**

STATUTE OR ORDINANCE: P.C.C.   MAGISTERIAL DISTRICT NO.: 11-1-02

SEC.: 2709   FINE: 100.00   ADDRESS: 150 S. Pennsylvania Ave.

SUB. SEC.: 1   COSTS: 76.00

TOTAL DUE: 176.00

RECEIPT OF CITATION IS ACKNOWLEDGED-SIGNATURE OF DEFENDANT

DATE ISSUED: 01-14-94

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 PA.C.S. 4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER SIGNATURE: K. Boyle G. Reba D. Crane   BADGE NO.: 494 453 383

STATION ADDRESS: 15 N. Washington St.   CODE:

RACE: W   SEX: M/F   D.O.B.: 2-12-54   INCIDENT NO.: A149460   UCR CODE (IF APPLICABLE):

REMARKS: Victim also appeared to be slapped on left side of face causing face to redden.

RECEIVED JAN 21 1994

AOPC 407-86   DISTRICT JUSTICE

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Docket Number | 3. State Identification Number | OTN | E 620483-3 ✓ |
|---|---|---|---|---|
| CR-0000031-94 | | | | |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | | | 5. Transferred from Initial Issuing Authority | DISTRICT N |
|---|---|---|---|---|---|
| TIN R. KANE | 11 | 1 | 02 | Ronald W. SWANK | 11  3 |

**DEFENDANT**

FELL, DEBBIE ANN
REDACTED - FELL
WILKES-BARRE, PA 18705

15064

| 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|
| 02  01  94 | CR-0000017-94 |

9. Affiant Who Signed Complaint (Name and Address)
PAUL MIDDLETON
WILKES-BARRE POLICE DEPT
15 N. WASHINGTON STREET
WILKES-BARRE, PA 18711

| 10. Date of Birth MM DD YY | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 04 12 54 | F | W | | PA | PA0401300 | | 304-512 |

| 18. Date of Arrest MM DD YY | 19. Date Complaint Filed or Citation Issued or Filed | 20. Summons MM DD YY | Date Issued MM YY | 21. Warrant DD YY | 22. Summons Returned MM DD YY | 23. Preliminary Arraignment MM DD YY | 24. Time | 25. Date Waived to |
|---|---|---|---|---|---|---|---|---|
| 01 30 94 | 01 30 94 | | | | | 01 30 94 | 12:50 A | |

| B. Prelim. Hear./Sum. Trial | 27. Address of Preliminary Hearing/Summary Trial | | 32. Date Set For Preliminary Hearing |
|---|---|---|---|
| 02 09 94 | 150 S. PENNSYLVANIA AVE., WILKES-BARRE, PA 18701 | | |

| 28. Description of Charges | Off. Char. | Grading | 29. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | MM DD YY |
|---|---|---|---|---|---|---|
| A SIMPLE ASSAULT | | | 01 29 94 | CC2701A | DIS | 02 09 94 |
| B PUBLIC DRUNKENNESS | | S | 01 29 94 | CC5505 | MVNT | |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes | No | 35. Public Defender Requested by the Defendant? | Yes | No | 36. Application Provided for Appointment of Public Defender? | Yes | No | 37. In cases where so required, I the within named issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: | MM | Date DD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | | | X | | | X | | | |

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| | a | c | c |
| | b | d | d |

| 40. Enter 'C' for witness complainant- 'D' for Witness defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Attorney's Name and Address for:

| | | | 45. I.D. No. |
|---|---|---|---|
| Commonwealth | | | |
| 46. Complainant | | | |
| 47. Defendant | FLANNERY ESQUIRE, PATRICK PUBLIC DEFENDER, LUZ. CO. COURTHOUSE ANNEX WILKES BARRE, PA 18711 | Private | |
| | | Other X | |

| 48. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence |
|---|---|---|---|
| 02 09 94 | $ .00 | $ .00 | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment

| Bail at Preliminary Arraignment | | | | | | 56. Date Bail Post |
|---|---|---|---|---|---|---|
| Type | 54. Amount | 55. Date Set MM DD YY | | | | MM DD |
| $ | 5,000.00 | 01 30 94 | | | | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing

| Current Bail/Bail at Preliminary Hearing | | | | | | 60. Date Bail Post |
|---|---|---|---|---|---|---|
| Type | 58. Amount | 59. Date Set MM DD YY | SMITH, MICHAEL | | | MM DD |
| $ | 5,000.00 | 01 30 94 | | PA | | 01 31 9 |

| If Committed Date | 62. Code | 63. Place of Commitment | | |
|---|---|---|---|---|
| 1 30 94 | C | LUZERNE CO CORR FAC | WILKES BARRE | PA |

COPY: DISTRICT JUSTICE

| 84. Date Transcript Sent to Court MM DD YY |
|---|
| 02 11 94 |

Certified this _____ day of _____ , 19____

Commission
Expiration
Date

SEAL

I, the above named Issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

FELL-00000120

# WILKES-BARRE POLICE DEPARTMENT

15 N. WASHINGTON STREET

WILKES-BARRE, PA. 18701

**JAILER'S REPORT**     15,064     08

| SURNAME | FIRST | MIDDLE | IRC NO. |
|---|---|---|---|
| FeLL | Pebbie | ANN | A299448 |

| ADDRESS | | SOC. SEC. NO. |
|---|---|---|
| REDACTED - FELL | WB | REDACTED - FELL  8195 |

| AGE | SEX | RACE | DATE OF BIRTH | NICKNAME |
|---|---|---|---|---|
| 39 | F | W | REDACTED - FELL 54 | |

| PLACE OF BIRTH | ALIAS |
|---|---|
| WB | |

| MARRIED | DRUNK | DATE OF ARREST | TIME | DATE OF CRIME | ON VIEW |
|---|---|---|---|---|---|
| SINGLE | SOBER | 1-29-94 | 2016 | 1-29-94 | WARRANT |

| HEIGHT | WEIGHT | PLACE OF CRIME | STATE | COUNTY |
|---|---|---|---|---|
| 5 FT. 2 IN. | 150 | WB | PA | LuZeRNe |

| HAIR | EYES | PLACE OF ARREST | AUTHORITIES |
|---|---|---|---|
| BLonde | HAzeL | REDACTED - FELL st | |

CHARGE: Simple ASSAULT Public DRunk.

| LO | COMPLEXION |
|---|---|
| Heavy | Ruddy |

OCCUPATION: Labor—

| SCARS-MARKS-DEFORMITIES | VICTIM | RACE: |
|---|---|---|
| TaHoo Deb X Left Arm | | |
| | ADDRESS | |
| | OFFICER  middleton | UNIFORM / DETECTIVE |

| PRELIMINARY HEARING | DATE | TIME | MAGISTRATE |
|---|---|---|---|
| | | | |

| BAIL. | ROR. |
|---|---|
| | |

JAILER SIGNATURE  Simenkiewicz

SUPERVISOR SIGNATURE  _____

FELL-00000121

CRIMINAL COMPLAINT   (POLICE)

| | COMPLAINT NUMBER      YEAR      TYPE      NUM |
|---|---|
| **DISTRICT JUSTICE**<br>**MAGISTERIAL DISTRICT NO. 11-1-02**<br>Mag. Martin Kane<br>150 S. Penn. Ave.<br>Wilkes-Barre, Pa. 18702 | Complaint Numbers if Other Participants |
| | INCIDENT NUMBER   UCR NO.<br>A290140 |

**COMMONWEALTH OF PENNSYLVANIA**
DEFENDANT:                          VS.

Ptlmn. Paul E. Middleton      &  
Ptlmn. James Wardle  
(Name of Affiant)

**NAME AND ADDRESS**   Debbie Ann Fell

of Wilkes-Barre City Police Dept.  
(Identify department or agency represented and political subdivision)

R.S.A.  
A K A

Io hereby state:

1) ☒  I accuse the above named defendant, who lives at the address set forth above or,  
   ☐  I accuse an individual whose name is unknown to me but who is described as _____

   ☐ his nickname or popular designation is unknown to me and, therefore, I have designated him herein as John D  
   with violating the penal laws of the Commonwealth of Pennsylvania at __REDACTED - FELL__  
                                   Wilkes-Barre                     (Place-Political Subdivision)  
   _____ , in __Luzerne__ _____ County on or about __29Jan94 at 2010hrs.__

   rticipants were (if there were participants, place their names here, repeating the name of above defendant).

2)  The acts committed by the accused were: (A) Simple Assault—Whereby the Defendant did knowingly and intentionally cause injury to another person, one Ellery Wilcox, by striking him in the face and pushing him to the ground. This resulted to the victim suffering lacerations to his chin nose and left cheek.

I of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembl  
· in violation of ___2701___ and ____A____ of the Act of Pa. Crimes Code  
                (Section)              (Sub-section)

the _____ Ordinance of _____  
                                   (Political Sub-division)

(3)  I ask that a warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made.

(4)  I, verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C.S. §4904) relating to unsworn falsification to authorities.

  Jan ___ 29 ___ , 19 __94__          Ptlmn. Paul E. Middleton   512  
                                      Ptlmn. James Wardle   333  
                                      (Signature of Affiant)

AND NOW, on this _____ , 19 ____ , I certify the complaint has been properly completed and  
verified and that there is probable cause for the issuance of process.

FELL-00000122

# ARREST WARRANT AFFIDAVIT

DISTRICT JUSTICE
MAGISTERIAL DISTRICT NO. 11-1-2
MARTIN R. KANE
150 S. PENNA AVE
WILKES-BARRE, PA

| COMPLAINT NUMBER | YEAR | TYPE | NUM |
|---|---|---|---|
| Complaint Numbers if Other Participants | | | |

| INCIDENT NUMBER | UCR NO. | OTN |
|---|---|---|
| A299448 | | |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LUZERNE

COMMONWEALTH OF PENNSYLVANIA
DEFENDANT:    VS.

NAME: DEBBIE ANN FELL
AND
ADDRESS: REDACTED - FELL
WILKES-BARRE, PA.

OFFICERS JAMES WARDLE & PAUL MIDDLETON W-B POLICE DEPT    826-8111
(Name of Affiant)    (Police Department or Address of Private Affiant)    (Telephone Number)

being duly sworn (or affirmed) before me, according to law, deposes and says that there is probable cause to believe that:

PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES: (see instruc. below)

ON 29 JANUARY 1994 AT 2016 HRS UNDERSIGNED OFFICERS WERE DETAILED TO REDACTED - FELL ON A REPORT OF A DOMESTIC DISTURBANCE IN PROGRESS. UPON ARRIVAL WE WERE MET IN FRONT OF THE HOME BY AN ELLERY WILCOX WHO STATED THAT HE RESIDES WITH THE DEFENDANT, AND WAS INSIDE THE HOME WHEN THE DEFENDANT CAME HOME HIGHLY INTOXICATED. HE INFORMED US THAT A VERBAL CONFRONTATION BEGAN, AND HE ATTEMPTED TO LEAVE THE HOME, AT WHICH TIME THE DEFENDANT BEGAN TO CHARGE AFTER HIM AND HAD TO BE PHYSICALLY HELD BY HER SON. MR. WILCOX STATED THAT HE WENT TO HIS VEHICLE WHICH WAS PARKED ON E. CHESTNUT ST., AND AS HE WAS GETTING INSIDE THE VEHICLE THE DEFENDANT CHARGED FROM THE HOUSE, AND UPON REACHING THE VEHICLE, GRABBED HIM BY THE HAIR, DRUG HIM FROM THE FRONT SEAT OF THE VEHICLE ONTO THE ICE COVERED SIDEWALK WHERE SHE PUNC AND SCRATCHED HIS HEAD AND FACE, AND ALSO SMASHED HIS EYE GLASSES. OFFICERS OBSERVED THAT MR. WILCOX WAS CUT & SCRATCHED ABOUT THE FACE, AND PIECES OF VICTIMS GLASSES WERE FOUND ON THE SIDEWALK. DEFENDANTS SON, DONALD FELL W/M 13. CONFIRMED MR WILCOX'S STATEMENTS. DEFENDANT WAS PLACED UNDER ARREST & TRANSPORTED TO POLICE HEADQUARTERS. WE VERIFY THAT THE FACTS SET FORTH IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE OR INFORMA AND BELIEF AND WE ASK THAT THIS AFFIDAVIT BE MADE PART OF THE CRIMINAL COMPLAINT FOR SIMPLE ASSAULT.

## PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY

FELL-00000123

**Commonwealth of Pennsylvania**
**CITATION**
(NON-TRAFFIC)

CITATION
A 6008

MAGISTERIAL DISTRICT NO.

DOCKET NUMBER

| DEFENDANT | FIRST NAME | MIDDLE NAME | | LAST NAME |
|---|---|---|---|---|
| DEBBIE | ANN | | | FELL |

STREET ADDRESS — REDACTED - FELL

CITY-TWP-BORO-COUNTY — WILKES-BARRE PA   STATE

NATURE OF OFFENSE — PUBLIC DRUNKENNESS

DEFENDANT WAS ON SIDEWALK IN FRONT 30 E. CHESTNUT ST. & WAS STAGGERING, HAD STRONG ODOR OF ALCOHOLIC BEVERAGE HER BREATH. DEFENDANT WAS A THREAT T

DATE 1-29-94   TIME 2016   PLACE REDACTED - FELL   COUNTY LUZERNE

DAY SAT   CITY-TWP-BORO WILKES-BARRE

STATUTE OR ORDINANCE PA. CC   MAGISTERIAL DISTRICT NO.   MARTIN P KANE

SEC.   FINE   ADDRESS 150 S. PENNA AVE WILKES-BARRE PA

SUB. SEC.   COSTS

TOTAL DUE

RECEIPT OF CITATION IS ACKNOWLEDGED-SIGNATURE OF DEFENDANT
TOO INTOXICATED TO SIGN

DATE ISSUED 1-29-94

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CODE (18 PA C.S. 4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER'S SIGNATURE   BADGE NO. 333-5

STATION ADDRESS 15 N. WASHINGTON ST W B PA

RACE W   SEX M (F)   D.O.B. REDACTED - FELL   INCIDENT NO. 54   UCR CODE (IF APPLICABLE) A298448

REMARKS: HER OWN SAFETY AND THE SAFETY OF OTHERS

Note: Also charged with Simple Assault in relation to same incident

AOPC 407-86   DISTRICT JUSTICE

**USE BALL POINT --- PRINT & PRESS HARD**

OCA GRAPHICS • West Chester, Pa • 215-793-2775

LCPR-8

| ZONE | | | ☒ ADULT ☐ JUVENILE | **ARREST REPORT** | **WILKES-BARRE POLICE DEPARTMENT** | | IPC |
|---|---|---|---|---|---|---|---|

ZONE: Car S

2. IPC: A 29 9448

CHARGE: Simple Assault

3. DATE CHARGED: 1/28/94 MO. DA. YR.

4. OFFENSE DATE: 1/09/94 MO. DA. YR.

5. ARRESTING OFFICER'S NAME: P. Middleton, J. Wardle

BADGE NUMBER: 512, 333

6. OTHER CHARGES: Public Drunkenness

7. LOCATION OF ARREST: REDACTED - FELL . W-B

ONT — OFFENSE TRACKING NUMBER

8. WHEN ARRESTED: 1/09/94 0015 MO. DA. YR. HOURS

9. TYPE OF ARREST: ☐ ON VIEW ☐ WARRANT ☒ SUSPICION

10. NAME OF ACCUSED: Fell, Debbie Ann

11. AGE: 39

12. RACE: W

13. SEX: F

14. ADDRESS: REDACTED - FELL

15. ALIAS/NICKNAME:

16. TELEPH:

18. PLACE OF EMPLOYMENT/SCHOOL:

19. DATE OF BIRTH: REDACTED - FELL   54 MO. DA. YR.

20. PLACE OF BIRTH:

21. HEIGHT | 22. WEIGHT | 23. EYES | 24. HAIR | 25. BLOOD TYPE | 26. MARKS, SCARS, TATOOS | 27. COMPLEXION

28. SSN: REDACTED - FELL 8195

29. FBI NO. | 30. SID NO. | 31. PDID NO. | 32. MILITARY NO.

33. VETERANS CLAIM NO. | 34. OPERATOR PERMIT NO. | 35. FINGERPRINT CLASSIFICATION | 36. PHOTO TAKEN ☐ YES ☐ NO | NUMBER

37. FINGERPRINT CARD TO: ☐ FBI ☐ PSP

38. INDICATION OF: DRUGS: ☐ YES ☒ NO   ALCOHOL: ☒ YES ☐ NO

39. DEFENDANT ARMED: ☐ YES ☒ NO   TYPE WEAPON(S)

40. ARTICLES CONFISCATED FROM DEFENDANT:

41. PERSONAL ARTICLES RECEIPT GIVEN: ☐ YES ☐ NO   NUMBER

42. DEFENDANT VEHICLE IDENTIFICATION: YEAR | MAKE | MODEL | LICENSE NO./ST

DEFENDANT FAMILY CODE FOR BLOCKS 43 – 46: F – FATHER   W – WIFE   B – BROTHER   S – SON   M – MOTHER   S – SISTER   D – DAUGHTER

| 43 | NAME | ADDRESS | PHONE (RESIDENCE/OFFICE) |
|---|---|---|---|
| 45 | | | |
| 46 | | | |

47. NAME/ALIAS/NICKNAME OF ACCOMPLICE | 48. ADDRESS

49. NAME/ALIAS/NICKNAME OF ACCOMPLICE | 50. ADDRESS

51. ATTORNEY NAME | TELEPHONE NO. | 52. RIGHTS READ ☐ YES ☐ NO | BY WHOM

53. STATUS OF DEFENDANT: ☐ DETAINED AT _____ ☐ RELEASED ☐ PERSONAL BOND ☐ MONEY BOND — AMOUNT $_____ ☐ PROPERTY BOND ☐ TURNED OVER TO

ITEM NO. | 54. CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.)

**NARRATIVE:**

*See Accompanying Offense Report

Note Defendant did have a small cut on upper lip upon arrival at scene

55. ADJUDICATION DATE AND TIME: __/__/__ MO. DA. YR. HOURS

| 56. CHARGE | 56A. OTN | 57. MAGISTRATE/DISTRICT COURT | 58. DATE | 59. FINAL DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

60. COMM. CENTER WANT/WARRANT INQUIRY: YES ☐ NO ☐ CANCEL __/__/__ MO. DA. YR. HOURS   WARRANT NO.

61. DISTRIBUTION: ☐ CHIEF ☐ DETECTIVE ☐ JUVENILE ☐ NARCOTICS ☐ OTHER

C

04

...ANO ...CTK...        **OFFENSE REPORT**        PTY ...ATT...DTC...
45 SOF 45 ...ION...                                  TPC...PRP...DE...DT...

| | | |
|---|---|---|
| r 5 | WILKES-BARRE POLICE DEPT | 2. IRC A299448 |
| | UCR CD | 5. TYPE OF PREMISE Double Block |
| 7. WHEN DISCOVERED 1/29/84  2010 | | |

**8. METHOD OF CRIME (ATTACK)** Victim struck about the face   **HOW ENTERED/EXITED**   **10. MEANS OF CRIME (ATTACK), WEAPONS OR TOOLS USED** Manually

**11. LATENT FINGERPRINTS TAKEN** YES ☑NO   **INL. 12. PHOTOGRAPH TAKEN** ☐YES ☑NO NUMBER:   **INL. 13. METHOD OF ESCAPE**   **14. EVIDENCE LEFT BEHIND**

**15. VICTIM** Wilcox, Ellen   **16. AGE** 46   **17. RACE** W   **18. SEX** M   **19. ADDRESS** 30 E Chestnut St

**20. PHONE (RESIDENCE/OFFICE)** 824-5842   **21. JUVENILE** ☐YES ☑NO   **22. DATE OF BIRTH** REDACTED - FELL 47   **23. INDICATION OF** DRUGS: ☐YES ☑NO   ALCOHOL: ☑YES ☐NO

**24. OCCUPATION (EMPLOYER/SCHOOL)** Disabled   **25. INJURY** Lacerations on Face   **26. HOSPITALIZED/TREATED AT** ☐YES ☑NO

**27. NAME OF COMPLAINANT (IF NOT VICTIM)**   **28. AGE** **29. RACE** **30. SEX** **31. ADDRESS**

**32. PHONE (RESIDENCE/OFFICE)**   **33. JUVENILE** ☐YES ☐NO   **34. DATE OF BIRTH** /   **35. INDICATION OF** DRUGS: ☐YES ☐NO   ALCOHOL: ☐YES ☐NO

**36. OCCUPATION (EMPLOYER/SCHOOL)**   **37. CODE FOR BLOCK 38**   W = WITNESS   P = PARENT   G = GUARDIAN

**38.** W E Donald   **40. AGE** 13   **41. RACE** B   **42. SEX** M   **43.** 30 E Chestnut St

**44. PHONE (RESIDENCE/OFFICE)** 824-5842   **45. JUVENILE** ☑YES ☐NO   **46. OCCUPATION** Student   **47. INDICATION OF** DRUGS: ☐YES ☑NO   ALCOHOL: ☐YES ☑NO

**52.** Jamie Amos   **53.** REDACTED - FELL   Jones  30 E Chestnut St   **54. OCCUPATION** SSW   8/25   **55. PHONE (RESIDENCE/OFFICE)**

**56. DATE OF BIRTH** REDACTED - FELL 54   **57. JUVENILE** ☐YES ☑NO   **58. RELATIONSHIP TO VICTIM OR OWNER** Co-Habitator (Landlord)   **59. HEIGHT** **60. WEIGHT** **61. COLOR EYES** **62. COLOR HAIR** **63. COMP.**

**64. CLOTHING WORN**   **65. SCARS, MARKS, TATOOS**   **66. WANT/WARRANT ON FILE** ☐YES ☐NO   **67. ARRESTED** ☐YES ☐NO

**68. KNOWN HAUNTS**   **69. KNOWN ASSOCIATES**

**70. IF JUVENILE INVOLVED AS WITNESS, VICTIM, COMPLAINANT, SUSPECT**   PARENT OR GUARDIAN NOTIFIED? ☐YES ☐NO TIME:   MO. DA. YR.   BY WHOM

**71. IF VEHICLE WAS INVOLVED IN CRIME** ☐STOLEN ☐RECOVERED ☐USED IN CRIME ☐OTHER (EXPLAIN)

**ITEM NO.**   **72. NARRATIVE: CONTINUATION OF ABOVE ITEMS**
DESCRIBE OTHER WITNESSES OR SUSPECTS, EVIDENCE, PROPERTY DISPOSITION, INCIDENT.

At above time and location victim states an argument took place with the Suspect over ownership of a car stereo. The victim states he was struck about face and pushed to the Ground. The victim had several lacerations on his face. The witness observed Suspect Grab victim and Push him to Ground. The Suspect was arrested for Simple Assault, Under Domestic Violen Exception

**74. NOTIFIED BY**   **75. WHEN NOTIFIED** MO. DA. YR. HOURS   **76. MESS. NO.**   **77. CANCELLED BY**   **78. WHEN CANCELLED** MO. DA. YR. HOURS

**79. DISTRIBUTION** ☐CHIEF ☐DETECTIVE ☐JUVENILE ☐NARCOTICS ☐OTHER (EXPLAIN)

**80. INCIDENT STATUS** ☐OPEN ☐INACTIVE   DATE

15064

**Commonwealth of Pennsylvania**
**CITATION**
(NON-TRAFFIC)

CITATION No.
**A 552296**

MAGISTERIAL DISTRICT NO. 11-1-02

DOCKET NUMBER

DEFENDANT — FIRST NAME: Debbie    MIDDLE NAME    LAST NAME: Fell

STREET ADDRESS: REDACTED - FELL    BORO-COUNTY: Wilkes Barre    STATE: Pa    ZIP CODE:

NATURE OF OFFENSE: Public Drunkenness.

OFFENSE: Defendant did appear in a public place manifestly under the influence of alcohol to the degree that she was a danger to herself, others, or property.

DATE: Sept 91    TIME: 1337    PLACE: REDACTED - FELL    COUNTY: Luzerne    CODE: 40

DAY: SAT    CITY-TWP-BORO: Wilkes Barre    CODE: 34

VIOLATION

BY STATUTE OR ORDINANCE: Pa Crimes Code    MAGISTERIAL DISTRICT NO. 11-1-02

SEC: 5505    FINE: 200.00    ADDRESS: 150 S. Penna Blvd.

SUB. SEC.    COSTS: 50.00

TOTAL DUE: 350.00

RECEIPT OF CITATION IS ACKNOWLEDGED-SIGNATURE OF DEFENDANT: (X) Debbie Fell

DATE ISSUED: 21 Sept 91

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 PA.C.S. 4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER'S SIGNATURE: B. Victor    BADGE NO. 487/046    CODE

STATION ADDRESS: 15 N. Washington St.

RACE: Cau    SEX: M F    D.O.B.: REDACTED - FELL    INCIDENT NO.: 21 Sept 91 18686    UCR CODE (IF APPLICABLE)    54

REMARKS:

RELEASED TO THE CARE OF DEFENDANTS MOTHER THERESA SHARPE

(X) Theresa Sharpe

AOPC 407-86    DISTRICT JUSTICE

**USE BALL POINT --- PRINT & PRESS HARD**

FELL-00000127

**Commonwealth of Pennsylvania**

**CITATION**
(NON-TRAFFIC)

**CITATION No.**
**A** 552297

DOCKET NUMBER

MAGISTERIAL DISTRICT NO. 11-1-02

DEFENDANT — FIRST NAME: Debbie    MIDDLE NAME:    LAST NAME: Fell

REDACTED - FELL    BORO-COUNTY: Wilkes-Barre    STATE: Pa    ZIP CODE:

**OFFENSE**

NATURE OF OFFENSE: Disorderly Conduct
Defendant did cause public inconvenience
annoyance or alarm by fighting with
officers when they attempted to arrest
her boyfriend

DATE: 21 Sep 91    TIME: 1337    PLACE: REDACTED - FELL    COUNTY: Luzerne    CODE: 40

DAY: SAT    St.    CITY-TWP-BORO: Wilkes Barre    CODE: 304

**VIOLATION**

STATUTE OR ORDINANCE: PA Crimes Code    MAGISTERIAL DISTRICT NO. 11-1-02

SEC. 5503    FINE 30.00    ADDRESS: 150 S. Penna Blvd

SUB. SEC. (a)(1)    COSTS 5.00

TOTAL DUE 35.00    (X) Debbie Fell    RECEIPT OF CITATION IS ACKNOWLEDGED-SIGNATURE OF DEFENDANT

DATE ISSUED: 21 Sept 91

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 P.A.C.S. 64904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER'S SIGNATURE: Ronald D. Feila    B. Victor    BADGE NO. 487/246    CODE

STATION ADDRESS: 15 N. Washington St

RACE: Cau    SEX: M (F)    D.O.B. REDACTED - FELL 54    INCIDENT NO. 21 Sep 91 18656    UCR CODE (IF APPLICABLE)

REMARKS:

AOPC 407.86    DISTRICT JUSTICE

**USE BALL POINT --- PRINT & PRESS HARD**

**21**

FELL-00000129

# ARREST WARRANT AFFIDAVIT

Joseph Keating
DISTRICT JUSTICE
MAGISTERIAL DISTRICT NO. 11-1-04
35 Broad St Pittston Pa 18640



| COMPLAINT NUMBER | YEAR | TYPE | NUMBER |
|---|---|---|---|
| Complaint Numbers if Other Participants | 1991 | C-135 | |

| INCIDENT NUMBER | UCR NO. | OTN |
|---|---|---|
| | | C701041-5 |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ___Luzerne___

COMMONWEALTH OF PENNSYLVANIA
DEFENDANT:        VS.

NAME  ┌ Deborah A. Fell
AND       REDACTED - FELL          DOB 04/12/54
ADDRESS  Pittston PA  18640

| Ptlm James Sulima | Pittston City Police Dept | 717 654-2424 |
|---|---|---|
| (Name of Affiant) | (Police Department or Address of Private Affiant) | (Telephone Number) |

being duly sworn (or affirmed) before me, according to law, deposes and says that there is probable cause to believe that:

PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES: (see instruc. below)

On July 17,1991 at approximately 3:55 Pm Police were dispatched to a hit and run accident that occurred on REDACTED - FELL in Pittston. Police arrived on the scene and noticed that, a vehicles rear was smashed with traces of green paint on it. Witnesses at the scene also stated that the vehicle that left the scene was a green A.M.C. Gremlin ,also at the scene was a large amount of anti-freeze that was left by the hit and run vehicle, witnesses also stated that a female was driving with a heavy set built, also the green gremlin had a yellow stripe on it.

At approximately 4:20 Pm on July 17,1991 on patrol looking for the hit and run vehicle, affiant spotted a green gremlin with a yellow stripe on it at the intersection of Mill and Searle St in Pittston. Officer then pulled the vehicle over and saw that the front end was damaged and it was leaking anti-freeze and the radiator was damaged. Officer then asked for her driver's license and owner's card, affiant then noticed glossy blood shot eyes, slurred speech and a strong odor of an alcholic beverage coming from her breath. She then submitted to field sobriety tests which she failed ,she was then transported to W.B.G. H. When the above was put into the Police car she wanted her purse from her vehicle,officer got her purse for her and sticking out was a bottle of Sambuca Liquor that was half full.

At the hospital she submitted to a Blood alcohol test,which was withdrawn by a technician and given to affiant who transported the blood to P.S.P to be analyzed.

I believe all the above to be true and correct to the best of my knowledge. I also believe that the above was incapable of operating her vehicle safely.

## PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY

1. If information was obtained from another person, e.g., an informant, a private citizen, or a fellow law officer, state specifically what information was received, and how and when such information was obtained. State also the factual basis for believing such other person to be reliable.

2. If surveillance was made, state what information was obtained by such surveillance, by state date, time and place of such surveillance.

3. State other pertinent facts within personal knowledge of affiant.

M1001

FELL-00000130

# IN THE COURT OF COMMON PLEAS OF THE COUNTY OF LUZERNE
## INFORMATION
APPROVED    NOV 06 1991

COMMONWEALTH OF PENNSYLVANIA

15                  vs.                7/29/92

DEBORAH A. FELL

Criminal Action No. 2478 of 19 91

THE DISTRICT ATTORNEY OF THE COUNTY OF LUZERNE by this information charges that
DEBORAH A. FELL

on or about the __17th__ day of __July_____, 19 __91__, in said County,

(1) did drive, operate or be in actual physical control of a   AMC Gremlin motor vehicle
at REDACTED - FELL Pittston,
while under the influence of alcohol to a degree which renders the person incapable of safe driving.

DRIVING UNDER INFLUENCE OF ALCOHOL OR CONTROLLED SUBSTANCE, 75 Pa.C.S.A. 3731 (a) (1)

(2)        AND THE DISTRICT ATTORNEY OF THE COUNTY OF LUZERNE further charges that
     DEBORAH A. FELL                      on the day and the year aforesaid, in said County,
did drive, operate or be in actual physical control of a  AMC Gremlin motor vehicle
at REDACTED - FELL Pittston,
while the amount of alcohol by weight in the blood of the said   DEBORAH A. FELL
was 0.10% or greater.

DRIVING UNDER INFLUENCE OF ALCOHOL OR CONTROLLED SUBSTANCE, 75 Pa.C.S.A. 3731 (a) (4)

SUMMARY OFFENSES
    Accidents involving damage to unattended vehicle or property,
    75 Pa. C.S.A. 3745
    Operation of vehicle without official certificate of inspection,
    75 Pa. C.S.A. 4703

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
ATTORNEY FOR THE COMMONWEALTH

| (Degree of Crime and Maximum Penalty) |
|---|

NOW, _____, 19_____, comes the
defendant and pleads not guilty, and with the consent of
his attorney and the attorney for the Commonwealth, and
the approval of the judge, waives a jury trial and elects to
be tried by a judge without a jury.

_____
Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Defendant

_____
Attorney for Commonwealth

_____
Judge

NOW, _____, 19_____, defendant
pleads _____ guilty et de hoc; District
Attorney similiter, et issue.

_____
Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Defendant

James Sulima
Prosecutor

Police Department
Address

Pittston, PA

M1004

FELL-00000131

N. O'DONNELL
District Attorney

C. BELLORE
Court Stenographer

J. SANDRITO (PO)
Atty as Indicated

Nº 5104    COURT OF COMMON PLEAS — CRIMINAL DIVISION
COUNTY OF LUZERNE
THE COMMONWEALTH OF PENNSYLVANIA
vs.

1.    DEBORAH A. FELL

2.

3.

Indictments ☐ Yes ☐ No    Transcripts ☐ Yes ☐ No    Commitment Issued ☐ Yes ☐ No

CHARGE  DUI (2 cts.)                                              No. 2478    19 91

PLEA  GUILTY          DISPOSITION                    DATE  May 11, 1992

Pay Costs of Prosecution    ☐ Yes ☐ No    |    Pre-Sentence Investigation Requested    ☐ Yes ☐ No

— DEF. PLEADS GUILTY TO DUI (2 CTS.) OF 2478/91

— DEF. SENT. TO LCCF 48 HRS - 1 YR. ON DUI OF 2478/91
    — PAY COSTS
    — $300 FINE
    — EVAL. & TREAT. CAP
    — CREDIT FOR 24 HRS.
    — APPEAR TO SERVE BAL. OF MINIMUM FRI. 5/15/92 6:00 PM
        TO SERVE REMAINING 24 HRS.
    — REFRAIN FROM ALCOHOL PUBLICLY OR PRIVATELY
    — REST. BAC
    — REST. FOR DAMAGES $2,438.00 TO BE PAID
        ON SCHEDULE DETERMINED BY LCAPPO

            — RT. TO APPEAL 30 DAYS
            — RT. TO MODIFY 10 DAYS

FRANK DeSANTO                        CAPPELLINI, J.        JUDGE

#59

WHITE - ORIGINAL    YELLOW - DISTRICT ATTORNEY'S OFFICE    PINK - ADULT PROBATION OFFICE    GOLDENROD - WI

M1005

FELL-00000132

COMMONWEALTH OF PENNSYLVANIA        :     IN THE COURT OF COMMON PLEAS

VS. •                               :     OF LUZERNE COUNTY - CRIMINAL

Deborah A. Fell                     :     NO. 2478 of 1994.


NOW, this __19th__ day of __August__, 19_94_,
it appearing to the court that the defendant failed to appear for
__Contempt Hearing__
and the record reflects proper service, upon motion of the District
Attorney, Court awards Capias non omittas for the defendant.


BY THE COURT,


_____
                                                        J.


TO CLERK OF COURTS:

Court of Common Pleas of Luzerne County

Issue Capias non omittas for the above defendant.

94 AUG 19 PM 3: 46

LUZERNE COUNTY
CRIMINAL DIVISION
CLERK OF COURT

                                        District   Attorney
                                            M1009

FELL-00000133

COMMONWEALTH OF PENNSYLVANIA :    IN THE COURT OF COMMON PLEAS
                vs.         :        OF LUZERNE COUNTY
                         :            CRIMINAL

DEBORAH FELL             :       NO. 2478 of 1991

### BENCH WARRANT

NOW, this **2-2** day of June, 1995, at **2 : 00** o'clock **P** M., after review of memorandum dated June 21, 1995, from the Luzerne County Adult Probation & Parole Department, a Bench Warrant is hereby issued authorizing and directing the arrest and detention of Defendant, Deborah Fell, in accordance with law.

BY THE COURT,

*Cappellini*      J.

District Attorney's Office
Public Defender's Office
Court Administrator
Sheriff's Office
Warden Fischi, LCCF
Thomas Pepperling, AP&P

95 JUN 22 PM 2: 11,

LUZERNE COUNTY
CRIMINAL DIVISION
CLERK OF COURT

M1011

FELL-00000134

**22**

FELL-00000135

O

**First Hospital Wyoming Valley**

148 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7000

## DISCHARGE SUMMARY

### Page 1

| Patient Name | FELL, Donald |
| --- | --- |
| Patient No. | 7483 |
| Program | CHILD |

| 04-30-80 | 09-30-91 | 10-30-91 |
| --- | --- | --- |
| BIRTH DATE | ADMISSION DATE | DISCHARGE DATE |

**ADMISSION DIAGNOSIS:**

AXIS        I:   Conduct disorder, undifferentiated

AXIS       II:   No diagnosis

AXIS      III:   No diagnosis

**DISCHARGE DIAGNOSIS:**

AXIS        I:   Conduct disorder, undifferentiated type 312.90

AXIS       II:   No diagnosis V71.09

AXIS      III:   No diagnosis 799.9

**DISCHARGE TYPE:** Regular.

**DISCHARGE MEDICATIONS:** None.

**INITIAL ASSESSMENT:** The patient was an 11-year-old boy 6th grade student, referred by the Children's Service Center for his first admission on a voluntary basis. He came in with a chief complaint of ongoing behavioral problems of a severe nature. He refused to accept rules in the home. His mother stated that despite her admonishments he would smoke, refuse to his homework and was in trouble at school. He had been aggressive and oppositional at school. He had been also increasingly aggressive toward his mother and readily admitted that at the time he came for admission that he hit his mother. He tends to be worse in the morning. He often throws things about the house in a destructive manner and he had thrown darts at his mother and her boyfriend. Mother had expressed fears at the time that he was admitted that this was dangerous. This 11-year-old boy had been presenting with ongoing behavioral problems. He was reported to have done well for two years at the Pittston Area School and subsequently was moved to the Wilkes-Barre Area School. Since that time he had increasing severe behavior problems and over the past year prior to his admission these have become much worse. Given that

6/89

M97          202NS0

FELL-00000136

Page 2
DISCHARGE SUMMARY (CONT'D)   FELL, Donald #7483

he had engaged in throwing things at his mother she was very
fearful. Mother had divorced his natural father because
according to the boy his natural father was "mean". Before the
admission the boy had been living at home with his mother and
sister and the mother's boyfriend. The patient reported that
his mother's boyfriend is not mean but the boy sometimes
oppositional defiant to this man nonetheless and he would
frequently threaten to run away from school and home. He had
run away in the past and his mother had made serious attempts
to discipline him. He also admitted that prior to his
admission from time to time he had played with matches in the
home but did not elaborate. His mother stated that he had
actually set fires and she is fearful. He had been receiving
outpatient evaluation at Children's Service Center during the
year. They recommended hospitalization because they felt that
he had now a significant risk of being involved in somewhat
dangerous behaviors. On admission the patient was alert,
clean, age appropriately dressed, showed no unusual mannerisms.
Eye contact was normal and he spoke slowly but spontaneously.
For the most part he was coherent and relevant. He felt sad
and angry about coming into the hospital. He looked angry. He
did not show any evidence of formal thought disorder. He was
intelligent enough to understand the exchanges of the
interview. He denied any suicidal or homicidal intention. He
was oriented to person, place, time and situation. His memory
recent and remote were intact. His judgement during the
interview was fair. The behaviors reported in the recent past
which he admitted to occurred during times when his judgement
was impaired during high affect state. The patient's assets
were that he was young. He enjoyed reasonably good physical
health. He appeared to have normal intelligence. He had a
concerned mother seeking help and that she intended to be
involved in his treatment while in the hospital.

PHYSICAL ASSESSMENT: On admission the patient had a history
and physical examination. His allergies were negative. His
immunizations were up to date. He had chicken pox at 8 years
of age and his review of systems was unremarkable. Impression
on admission revealed a physically healthy male child and
laboratory studies showed a hematology cell profile
unremarkable for his age. There was a mild lowering of his
hematocrit and the patient was diagnosed as having iron
deficiency anemia and treated with oral iron supplements. This
was of a mild nature. His hematocrit being 35.1 when the usual
lower range is 40. His serum chemistry was unremarkable. His
urinalysis was unremarkable. His thyroid functions all within
the normal range. VDRL was nonreactive. He had a serum iron
of 61 and iron binding of 341 which indicated that at the time
this condition was very mild. A throat swab showed only normal
oral flora. Given that the patient's iron studies came in in
the normal range; serum iron was 61 with a normal range is 45

FELL-00000137

First Hospital Wyoming Valley

149 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7900

**DISCHARGE SUMMARY**

**CONTINUED**

**Page 3**

| Patient Name | FELL, Donald |
|---|---|
| Patient No. | 7483 |
| Program | CHILD |

to 218 and iron binding was 341 with a normal range of 251 to 577. It was decided that a formal diagnosis of iron deficiency anemia would not be established.

PSYCHOLOGICAL TESTING: While in the hospital the patient had the Wechsler Intelligence Scale for Children-Revised, the House-Tree-Person test, the Piers-Harris Children's Self-Concept Scale, Robert's Apperception Test for Children and the Children's Sentence Completion Test. The testing revealed his intellectual functioning was within the average range. There was a relative weakness in verbal comprehension and long term memory for factual information. Strengths were seen in short term auditory memory. Testing in general was not indicating an underlying thought disorder or gross affective disturbances. There were indications of some degree of depression, anxiety which were considered to be mild. In general the patient portrayed an image of self-confidence in terms of his own self-descriptions which clinically were not compatible with his performance in every day life. In contrast there appeared to be some degree of subjective distress stemming from his inability to tolerate limit setting at home and concerns with peer relations in general. Denial appears to be a primary defense and this reinforces his avoidance of approaching his current difficulties in an effective fashion. His motivation seemed to yield toward being able to effect early discharge and the testing was compatible with elements of conduct disorder.

Problem #1: Thinking disturbances characterized by impaired judgement. The patient had impaired judgement on the basis of his lack of self-confidence and high anxiety levels. This showed some amelioration as a result of the treatment individually, group and family. This needs to be continued to be treated on an outpatient basis.

Problem #2: Mood disturbance characterized by hostility, anxiety and lability. The patient showed hostility to his mother and his mother's boyfriend. On the other hand while in the hospital his mother's boyfriend suffered a serious injury in a motor vehicle accident. At that point the boy's anxiety was high. He then admitted that he did have some caring for this man even though he had expressed ambivalence toward him prior to admission. The patient seemed to be more mature about accepting the fact that his mother had a relationship with this man and seemed to want to be able to visit him after he was discharged as the man was hospitalized. The patient's mood lability showed good response to treatment as his mood became much more stable over time.

6/89

FELL-00000138

004

Page 4
DISCHARGE SUMMARY (CONT'D)    FELL, Donald   #7483

However, these improvements were with vigorous active treatment
of a multimodal sort and therefore had to be monitored for
avoidance of aggression post discharge.

Problem #3:  Behavioral problems, assaultive, combative,
destructive, oppositional, defiant, impulsive and running away
behaviors.  All of these were seen prior to admission.  We saw
derivatives of assaultive and combative behaviors, the patient
being angry and often would be threatening to his peers who we
experienced as threats to him.  Any destructive behaviors were
minor that might have been to abuse of some of the hospital
property but never entered into major destructive issues.  Much
oppositional defiant behavior was demonstrated by the patient
during hospitalization although he became more attractable as
treatment continued and had reached an improved level of
attractability at the time of discharge.  This problem was not
resolved completely because we feel the child was still
vulnerable to recidivism in this area under stress. Impulsivity
and running away behavior.  The patient was able to refrain
from such behaviors and showed good remission of these so that
at the time of his discharge we felt that we did not foresee
that these problems would be a major issue since he had not
attempted any run away behaviors.  His impulsivity was reduced
still existent but less intense and less frequent and was more
manageable.  We don't know whether or not he might run away
under severe stress post discharge so this is a problem that
needs to continue to be monitored.

Problem #4:  Miscellaneous problem, inability to communicate
and relate well.  The patient made major strives in this area
as a result of individual, group therapy and milieu therapy
influences. Problem 4b was school with poor adjustment which
remained a problem for the patient because of his inability to
get along with peers well.  This remained a major focus of
treatment that will need to be addressed post discharge.
Problem 4c was parent-child problems.  There was a significant
improvement here with the patient becoming more accepting of
his mother's relationship with her boyfriend and more accepting
of the fact that he could not control her behaviors and that he
had to accept her authority in the home. Problem 4d was
identified on 10/9/91 that the patient had been a victim of
sexual abuse.  Since this was a historical fact treatment was
geared toward helping the boy thought about it and master it.
He had made some progress on this at the time of discharge and
this needs to be followed post discharge to help him master
this and put it behind him.

Problem #5:  Discharge planning was effective when it was felt
that the patient had improved sufficiently so that he can be
managed on an outpatient basis.

005

**DISCHARGE SUMMARY**

**CONTINUED**

**Page 5**

| | |
|---|---|
| Patient Name | FELL, Donald |
| Patient No. | 7483 |
| Program | CHILD |

**DISCHARGE INFORMATION:** The patient was discharged to his biological mother to return to live at home in Wilkes-Barre, PA. At the time of discharge the patient denied any suicidal or homicidal thoughts. The patient had no physical complaints. He had no known dietary restrictions and he could exercise as tolerated. The patient and his mother agreed to our post discharge plans for him to be seen at the Children's Service Center and an appointment was arranged for 3:00 p.m. on 10/31/91 with Jean Viglione for his intake and further processing.

**Prognosis:** Considered to be good if there is good compliance on the part of the patient and his mother. Adequate post discharge treatment as we have recommended.

Anthony T. Denaro, M.D.

ATD:lf
Dict: 11-5-91
Trans: 11-6-91

6/89

202NS021

**23**

FELL-00000141

First Hospital Wyoming Valley

149 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7900

**PSYCHIATRIC ASSESSMENT**

**Page 1**

Admission Date:  09-30-91

| | |
|---|---|
| Patient Name | FELL, Donald R. |
| Patient No. | 7483 |
| Program | CHILD |

**IDENTIFYING INFORMATION:**  The patient is an 11-year-old male, sixth grade student, who was referred by the Children's Service Center for his first admission on a 201 procedure.

**CHIEF COMPLAINT:**  This patient comes in with ongoing behavioral problems of severe nature.  He refuses to accept any rules in the home.  His mother states he has been smoking, refuses to do his homework.  He has had trouble at school.  He has been aggressive and oppositional at school.  He was doing poorly in the Wilkes-Barre School District currently after having done well in the past in the Pittston School District in the last two years.  He has been increasingly aggressive towards his mother and readily admits that he hits his mother.  He tends to be worse in the morning.  He would throw things at home in a destructive manner. He has thrown darts at his mother and her boyfriend.  Mother has expressed fear of him as a result of that.

**HISTORY OF PRESENTING PROBLEM:**   This 11-year-old boy comes with ongoing behavioral problems.  Reportedly had done well for two years at the Pittston Area School and then was moved to the Wilkes-Barre Area School.  He has been having increasingly severe behavioral problems over the last few years worsening very recently.  Mother reports that he has been smoking and drinking and he has been physically aggressive with her.  He has made her fearful because he is throwing darts at her.   Mother has divorced his natural father because according to the boy his natural father was mean.  Before the admission he was living at home with his mother and his sister and his mother's boyfriend. He tells me that his mother's boyfriend is not mean but the mother has reported that the boy is oppositional and defiant to this man and he frequently threatens to run away from school and from home.  He does run away from home whenever his mother attempts to discipline him.  He admits that he plays with matches in the home.  Mother states that he set fires.  She is fearful. Given these behaviors and the fact that at times she reports that he has thrown darts at her and her boyfriend.  The patient states he never sees his natural father and doesn't want to.

**PAST PSYCHIATRIC HISTORY:**  Involves an outpatient evaluation at the Children's Service Center this year.  They recommended hospitalization due to the significant risk being he is involved in the current presenting problems.

**PAST MEDICAL HISTORY:**  The patient has enjoyed reasonably good physical health.  He had chickenpox at eight years of age.

202NS014
8/89

M102

FELL-00000142

007

Page 2
PSYCHIATRIC ASSESSMENT (CONT'D)                FELL, Donald R.     #7483

Mother reports that early development was that he walked at nine
months. He was toilet trained and bowel trained and bladder
trained at 20 months. He spoke full sentences by ten months,
according to his mother. He has not needed to be on any medicine
and has been on no medicine recently, according to his mother.
He has no problems with vision or hearing. No recent significant
gain or loss of weight. Does not report any known sleep problem.
The patient admits that he smokes cigarettes but denies that he
drinks alcohol.

MENTAL STATUS EXAMINATION: The patient is alert and clean, age
appropriately dressed. No unusual mannerisms. Eye contact
normal. Spontaneous, slow speech. Coherent, relevant. Seems
angry about being in the hospital. He looks angry. There is no
evidence of a thought disorder on initial interview. He appears
to be intelligent enough to understand the exchange of the
interview. He denied that he has any suicidal or homicidal
intention. He was oriented to person, place, time and situation.
Memory, recent and remote, intact. His judgment during the
interview was fair. It appears that from the behaviors reported
in the recent past his judgment may be impaired at times during
high affect states.

PATIENT'S ASSETS: The patient's assets are that he is young,
enjoys reasonably good physical health. He appears to have
normal intelligence. He has a concerned mother seeking help for
him appropriately and intends to be involved in his treatment
while in the hospital.

ADMISSION DIAGNOSIS:

AXIS     I:   Conduct disorder, undifferentiated

AXIS    II:   No diagnosis

AXIS   III:   No diagnosis

TREATMENT PLAN:

1.  Admit to Children's Unit for protection, evaluation and
    treatment.

2.  Regular hospital visits by psychiatrist.

3.  Social Service evaluation.

4.  Family evaluation.

5.  Individual therapy.

6.  Prescribed group therapy.

FELL-00000143

008

First Hospital Wyoming Valley

149 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7900

## PSYCHIATRIC ASSESSMENT

### CONTINUED

### Page 3

| | |
|---|---|
| Patient Name | FELL, Donald R. |
| Patient No. | 7483 |
| Program | CHILD |

7.  Assessment of physical health needs.

8.  Pharmacological treatment if indicated.

9.  Family counseling.

10. Disposition planning.

Anthony T. Denaro, M.D.

ATD:amj
Dict:    09-30-91
Trans:   09-30-91

202NS014
8/89

FELL-00000144

.

**24**

FELL-00000145

First Hospital Wyoming Valley

149 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7900

## PSYCHOLOGICAL EVALUATION

### Page 1

| | |
|---|---|
| Patient Name | FELL, Donald |
| Patient No. | 7483 |
| Program | CHILD |

**BACKGROUND:**

This 11-year-old white male was admitted to First Hospital Wyoming Valley from Children's Service Center. He has apparently displayed increasingly aggressive behavior, has assaulted his mother and has refused to follow the rules of the home. He has developed difficulties in school, has been oppositional with teachers and has displayed a decrease in school performance. Additionally there is some information about his beginning to smoke and also drink. There does appear to be a brief history of sexual molestation at age 4 but the patient denies this.

The current adjustment to the hospital has been characterized by moderate behavior problems, confrontations with peers and a somewhat argumentative demeanor. There appeared to be some indications of limit testing but he does appear to respond to redirection.

**DATES TESTED:** 10/8/91 and 10/9/91.

**TESTS ADMINISTERED:**

The Wechsler Intelligence Scale for Children-Revised (WISC-R), the House-Tree-Person (HTP), the Piers-Harris Children's Self-Concept Scale, the Robert's Apperception Test for Children (RAT-C), and the Children's Sentence Completion Test (CSC).

**BEHAVIORAL OBSERVATIONS:**

The patient approached the testing in a friendly and cooperative fashion. He is age appropriate in appearance and displayed no unusual behavioral mannerisms. Eye contact was within normal limits and speech proceeded at a normal rate and rhythm. Throughout the interview he displayed a happy mood and thought content and cognitive functioning were both appropriate.

**TEST RESULTS:**

The current WISC-R reveals intellectual functioning within the average range. Verbal I.Q. equals 95, performance I.Q. equals 104 and the Full Scale I.Q. equals 99. Relative weaknesses appear in verbal comprehension and long term memory for factual information. Relative strengths, however, appear in short-term auditory memory. Overall, the current testing appears to be a valid reflection of this individual's level of intellectual

202NS014
8/89

M105

FELL-00000146

010

Page 2
PSYCHOLOGICAL EVALUATION (CONT'D)   FELL, Donald #7483

functioning (subtest scores are reflected below).

| Verbal Test | Scaled Score | Performance Test | Scaled Score |
|---|---|---|---|
| Information | 8 | Picture Completion | 12 |
| Similarities | 10 | Picture Arrangement | 10 |
| Arithmetic | 11 | Block Design | 11 |
| Vocabulary | 10 | Object Assembly | 9 |
| Comprehension | 7 | Coding | 11 |
| Digit Span | 18 | | |

The current House-Tree-Person reveals some indications of anxiety and a feeling that this individual may be unable to view the environment appropriately and interact with any effectiveness. There appears to be some indications of past trauma but there are no indications of any underlying thought disorder or gross affective disturbance.

The current Piers-Harris Children's Self-Concept Scale reveals very well established self-concept. The current score falls at the 93 percentile and reflects an individual, who feels positive about himself in a very overall fashion.

The current Robert's Apperception Test for Children reveals some evidence of depression and anxiety and needs for nurturance and attention from parental figures. There appear to be indications of catastrophic themes and a feeling of resentment for social rules and cooperation. Aggression appears to be viewed as a major vehicle to express himself and suggests a somewhat inflexible approach to issues of living in a social situation.

The current Children's Sentence Completion Test reveals an individual with a less than adequate degree of stress tolerance. Frustrations are typically met with anger and a feeling of being "bored" and there appears to be little motivation to deal effectively with situations in a problem solving fashion. This individual's overall perception of his family appears to be fairly positive but he certainly views his mother as a nonstimulating or authoritarian type of individual, who relates poorly with her children. There are some suggestions that he views his father in a much more positive fashion and that his current perceptions of his parents are beginning to generalize to males and females in general. Although this individual tends to portray himself as intact and having adequate stress tolerance, there appears to be indications of anxiety and possibly, a developing tendency to isolate himself from problematic situations.

CONCLUSIONS:

The patient was administered a battery of tests in order to

FELL-00000147

First Hospital Wyoming Valley
149 DANA ST. WILKES-BARRE, PA 18702 • (717) 829-7600

011

PSYCHOLOGICAL EVALUATION

CONTINUED

Page 3

| | |
|---|---|
| Patient Name | FELL, Donald |
| Patient No. | 7483 |
| Program | CHILD |

complete a psychological evaluation. Current psychological testing revealed intellectual functioning within the average range. Relative weaknesses were noted in verbal comprehension and general fund of information. Relative strengths were noted in short-term, auditory memory. The current psychological test battery did not assess potential for self-destructive activity because this has never been an issue. Testing in general is not indicative of any underlying thought disorder or gross affective disturbance. There are indications of some degree of depression and anxiety, which are mild in nature and rather transient. In general, this individual appears to portray an image of self-confidence and the ability to relate with others easily. In contrast, there appear to be suggestions of some degree of subjective distress stemming from his inability to tolerate limit setting at home and peer relations in general. Denial appears to be a primary defense and is unfortunately reinforcing his avoidance of approaching current difficulties in any effective fashion. At this point the motivation he displays appears to be geared to effecting an early discharge. The current psychological testing is commensurate with elements of conduct disorder.

Therapeutic accessibility may be limited because of this individual's tendency to deny psychological problems. He may verbalize motivation and interest in a nominal fashion but his willingness to deal with his situations in a problem solving fashion appears limited. Family therapy may be an effective method to establish the need for a cooperative style but a more fundamental goal of therapy would be to assist the patient in discussing his true feelings without a felt need for presenting himself as more intact than is actually the case.

John Grutkowski, Ph.D.
Consultant Psychologist
PA License #003426-L

Michael A. Church, Ph.D.
Director of Clinical Psychology
PA License #003386

William R. Sayers, M.S.
Certified School Psychologist
School Psychology Certification
#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

WRS:lf
Dict: 10/15/91
Trans: 10/16/91

202NS014
8/89

FELL-00000148

**25**

FELL-00000149

# WILKES-BARRE GENERAL HOSPITAL

### FINAL NARRATIVE SUMMARY

Include the following:

FELL, Donald
M.R.#383700
Dr. Feussner
DOB: 4-30-80
ADM: 4-14-92
DIS: 5-2-92

Chief complaint, pertinent facts of history and physical examination, pertinent x-ray and diagnostic studies, consultations, hospital course and treatment, condition on discharge, recommendations and arrangements for future care, prognosis.

Reason for Referral: Violent behavior towards others

History: The background history was provided by my interview with the patient's mother. Three days ago, Donald and his friend were playing with a 9 mm. police handgun which belonged to the other boy's father. The gun went off while Donald was holding it and the other boy was hit in the shoulder. Fortunately, he suffered no major injury; a few inches, and the other boy would have been dead with a bullet in his heart. The patient shows no remorse and even threatens to shoot his mother.

Other recent complaints of violence mentioned by mother include punching his sister's 11-year-old girlfriend and chasing mother with a curtain rod. He hides knives in his room. Today, mother found one of the missing knives in his bedroom. She fears he will use it on her when he is angry, because he does violence without thinking of the consequences when he is angry.

At age four years, he and his sister were sexually and physically abused by a babysitter. Mother says his father used to beat him until they secretly moved away from the father eleven years ago. Maternal grandmother had chronic psychosis and died in a state hospital.

Mental Status: The patient is a small, 11-year-old white male who is demanding and manipulative toward his mother. He does not take her seriously, and is defiant and oppositional to authority in general. When he does not get his own way, I witnessed a severe tantrum with crying, screaming, kicking, and threats to harm others. When angry, he threatens to harm others, possibly without thinking. He denies he would harm himself. He denies hallucinations and delusions. His thinking is goal oriented and easy to follow. His affect is labile and extreme, out of proportion to the stimulus. His mood is angry and depressed. His insight and judgment are below age level, and they are impaired by his mood swings and impulsivity.

Preliminary Diagnosis:

ICD 9    311.00   Atypical Depression, Not Otherwise Specified
         312.4    Disturbance of Conduct and Emotions

Hospital Course: At first patient presents a tough exterior but when observed individually he seems on the verge of tears. He seems to feel saddened by the locked ward. The ritalin which he received prior to admission may not be working as well as it did formerly. During this admission, we substited dexedrine which seems affective in a smaller dose, namely 7.5 mg. three times a day. The Tofranil he received prior to admission was 10 mg. at 9:00 a.m. This was changed to 25 mg. He responded better to this regimen of dexedrine and Tofranil. He also exhibited head

M807

FELL-00000150

FELL, Donald
M.R.#383700
Page 2

lice and had to be treated with Kwell shampoo several times.

Until he was finally controlled on medication, he at times was oppositional and impulsive and disrespectful to staff. At times he had to be timed out in his room or room restricted because of his back-talk and cursing.

By the end of his first week in the hospital, he was still oppositional, defiant, and manipulative. He cries when disciplined or confronted. He is beginning to show better self-control because his dexedrine has been raised. At this point we also raised the Tofranil.

During his family sessions, his mother confronts him with his behavior problems. At first he was oppositional and defiant but later on he became very cooperative and apologized profusely to his mother for his prior disrespectful behavior. When confronted with the shooting of his friend, he cries and seems to show genuine remorse.

By 4-29-92, the end of the second hospital week, patient is doing very well on his current medications. His success in the program and in following the rules and controlling his behaviors seems to make him happy. He seems genuinely sincere about listening to his mother who seems able to set firm limits. Donald says he will never play with guns again. His friend forgives him for shooting him. Donald seems to greatly regret the incident whereas at first he bragged about shooting the other boy. Donald was given a pass for his birthday. He was given a motorbike for a present. I took issue with his mother that he was getting expensive presents when he was actually going through a process of discipline for his severe behavior problems. Giving him the present did not seem consistent. I also was concerned that we should have busted him back whenever he slipped up and adopted any of his former behaviors. Usually children who reach higher levels do slip up and commit some of their bad habits and have to be busted all the way back and start out all over again. This usually is very good for them. Donald did not have this. We were concerned that perhaps the improvement would not remain stable after discharge. Here again, mother seemed to worried about the child's welfare to allow him to stay in our program. I made it clear that the child has improved but to be more certain of a stable long-lasting improvement, it may be necessary to put the child through the typical program that we do for other children. He seemed to be getting out too soon.

At the time of discharge, patient showed genuine remorse for shooting his friend. He is responding well to his medication without side effects. Mother is able to be a fairly firm and consistent limit setter but she still tends to give in at times. Donald will continue in the Children's Service Center Partial Hospital. There, I will continue to adjust his medication.

Medical Evaluation and Lab Tests: The pediatric evaluation by Dr. Kramer of 4-16-92 is within normal limits. The c.b.c. and differential, chemistry profile and routine urinalysis are all unremarkable. The urine drug screen revealed desipramine. VDRL is nonreactive.

FELL-00000151



**WILKES·BARRE**
GENERAL HOSPITAL

FELL, Donald
M.R.#383700
Page 3

IMPRESSION:

ICD 9    311.00    Atypical Depression, Not Otherwise Specified
         314.2     Hyperkinetic Conduct Disorder

RECOMMENDATIONS:

1.  Discharged to custody of biological parent.
2.  Readmit to Children's Service Center, Partial Hospital Program, for
    the summer.
3.  I will follow him at the Children's Service Center for his medication.
    He currently receives Tofranil, 25 mg. at 8:00 a.m.; dexedrine, 7.5 mg.,
    three times a day.

_____, M.D.
JAMES W. FEUSSNER, M.D., J.D.
BOARD CERTIFIED CHILD AND
ADOLESCENT PSYCHIATRIST

JWF/TA1
D-7-3-92
T-7-9-92
Tape 6198/7228
C-Children's Service Center

FELL-00000152

**26**

FELL-00000153



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

MED REC NO 383700
SEX/AGE M 11Y    ROOM N766 1
DOCTOR   FEUSSNER, JAMES W. MD
PATIENT NO 3711793

DEPT. OF MEDICAL RECORDS
REPORT  HISTORY AND PHYSICAL

DATE DICT    4/16/92 by JWF
DATE TRANS   4/16/92 by dam
JOB #2001
ADMISSION DATE   04/14/1992

CHIEF COMPLAINT:          See HPI.

HX OF PRESENT ILLNESS:  Patient is an 11 year old in-patient admitted from the Childrens Service Center with the reason for hospitalization being inappropriate potentially dangerous behavior, playing with firearms and aggressive verbalization.

Current medications:  None.

PAST MEDICAL HX:        Medical problems/somatic problems denied.  He does not relate any temperature elevations or any symptoms or signs of contagious illness.  Denies any accidental injuries, hospital admissions for medical reasons, loss of consciousness or head injuries.

FAMILY HISTORY:        Please see chart.

SOCIAL HISTORY:        Please see chart.

Educational History - please see chart.


**PHYSICAL**

VITAL SIGNS:     Temperature 97 degrees.    Pulse:  Approximately 92.
                 Respirations:  Normal at 16-18.
                 Blood pressure:  116/76.
                 Height:  4'8".    Weight:  87 lbs.

GENERAL:         A pre-adolescent male in no acute distress, responsive to simple questions.

HEENT:           Head:  Normocephalic. Hair and scalp both normal in appearance.  Facial features symmetrical. Oral cavity: Teeth in good repair.  No evidence of active infection or tumor masses in the mouth.

NECK:            Supple with full range of motion.  Thyroid midline without masses.  No cervical adenopathy present.

LUNGS:           Clear.

COR:             Sinus rhythm without murmurs.

ABDOMEN:         Soft.  No masses, organ enlargement, hernias or etc.

M810

FELL-00000154



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  HISTORY AND PHYSICAL

GENITALIA:        Prepubertal testicles, both descended.  No pubic hair
                  present.  Penis normal size.

MUSCULOSKELETAL:Bones, joints, muscles and spine all within normal
limits.

NEUROLOGICAL:     Intact mentation.  Coordination normal.  Cranial
                  nerves normal.  Symmetrical reflexes present.  Gait
                  normal.

**DIAGNOSIS**

An 11 year old psychiatric patient without evidence of medical problem
by history or examination.

ARNOLD KRAMER, M.D.

cc:  Dr. Kramer

FELL-00000155

27

FELL-00000156

WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHAITRIC UNIT

SOCIAL SERVICE DISCHARGE SUMMARY

NAME:        Donald Fell
ADDRESS:     REDACTED - FELL
             Wilkes-Barre, PA  18702
PHONE:       824-5842
D.O.B.:      04/30/80

DATE OF ADMISSION:  04/14/92
DATE OF DISCHARGE:  05/02/92
BSU#:               404-01593
MR#:                383700

REASONS FOR ADMISSION: Donald is a 11 year old white male who was admitted to the Wilkes-Barre General Hospital Adolescent Psychiatric Unit on a voluntary 201 admission. This is Donald's second hospitalization to a psychiatric facility. He was hospitalized at First Valley Hospital in October of 1991. Donald was admitted to this hospital due to playing with dangerous items such as guns and knives. He recently shot a friend with a gun by accident. He hits his mom and sister and he has in the past pulled out his mom's hair. He throws items when angry and curses at authority figures. He doesn't follow rules at home and he does what he pleases. Psychiatric history of family members includes a grandmother on the paternal side had a "nervous break down" as stated by mom when she was an adult. Also the mom stated that the father has severe mood swings and was physically violent to the family.

CLINICAL EVALUATION: While on the unit Donald engaged in individual, family and group therapies, various creative activities, and education. Donald was able to interact appropriately with his peers on the unit. Donald had several family sessions while on the unit. These family sessions started out with Donald having difficulty communicating with his mom and being respectful toward her. However, as the family sessions increased Donald was able to get motivated for treatment and communicated appropriately with his mother. While on the unit Donald was working on several problem areas.

Problem #1: Donald plays with dangerous items such as knives and guns. Donald was able to verbally state that he will no longer play with dangerous items. Donald was able to list, discuss, and identify appropriate alternatives to playing with dangerous items. Donald was able to discuss the negative effects of playing with dangerous items.

Problem #2: Donald physically abuses his mom and sister. Donald was no longer physically abusing his mom or sister. Donald was able to list, discuss, and identify appropriate alternatives to hitting his mom and sister. Donald was able to discuss situations leading up to his hitting his mom and sister.

Problem #3: Donald throws items when angry and curses at authority figures. Donald was no longer throwing items or cursing authority figures when angry. Donald was able to list, discuss, and identify appropriate alternatives to throwing items and cursing when angry. Donald was able to discuss situations leading up to his problems.

Problem #4: Donald does not follow the rules at home. Donald was able to follow the rules on the unit. Donald was able to list, discuss, and identify appropriate alternatives to not following rules and not listening to authority figures. Donald was able to discuss the importance of following rules and listening to authority figures. The above stated issues will continue to be addressed and this will be done at the Partial Hospitalization Program at Childrens Service Center. Once again upon discharge Donald was no longer physically abusive toward his family members.

M 812

FELL-00000157

Social Service Discharge Summary
Page 2
Donald Fell

DISCHARGE DIAGNOSIS:  Please refer to physician's discharge summary.

MEDICATION:  Donald was discharged on the following medication:

       Tofranil - 25 mgs. at 8:00am.

       Dexedrine - 7.5 mgs. at 8:00am, 12:00 noon, and 4:00pm.

LIVING ARRANGEMENTS:  Upon discharge Donald will be returning home to live with his mother and siblings.

DISCHARGE RECOMMENDATIONS:  Donald will be returning to the Partial Hospitalization Program on May 4, 1992 and he will see Dan Belletieri.

Suzanne N. Smith, ö.S.W.
Therapist

28

FELL-00000159



Healthcare redefined for the 21st Century.

**WILKES·BARRE**
GENERAL HOSPITAL

```
PATIENT   FELL, DONALD                    DEPT. OF MEDICAL RECORDS
                                          REPORT  FINAL NARRATIVE SUMMARY

MED REC NO 383700                         DATE DICT   3/26/93 by JWF
SEX/AGE M 12Y   ROOM N765 1               DATE TRANS  3/26/93 by dam
DOCTOR  FEUSSNER, JAMES W. MD             JOB #  0869
PATIENT NO 3823895
```

ADMISSION DATE:   01/26/1993

DISCHARGE DATE:   02/26/1993

SUMMARY:

Reason for Referral:  School refusal, explosive violence, running away.

History:  The mother states that since she took him out of our Children's Service Center Partial Hospital Program last year, his behavior has been deteriorating.  Even when she started his medications (which she had stopped against medical advice), he still could not recover his behavioral control.  He refused to do anything she asked, stating "I don't have to listen to you or anyone".  He still keeps knives in his room and recently he threw a butcher knife at his mother.  He punched his mother's paramour in his broken leg.  He has not attended school for over three months.  He often stays out until midnight without telling the mother where he is. The mother fears he will attack her if she tried to discipline him.  He fought with mother and broke her finger just before Christmas.

Past Medical History:  The patient has a long history of beating his mother as well as beating younger children.  Last year, he "accidentally" shot a boy in the chest with a hand gun.  He joked about the shooting and showed no remorse; fortunately the boy recovered.

The patient has a past history of physical and sexual abuse at age 4, along with his sibling, Terry, perpetrated by a husband and wife babysitting team.  He may have also been physical abuse at the hands of his father.  In 1985, the mother and father, while drunk, had a fight with knives at home, while the children were present.  The father stabbed the mother in the leg and the mother stabbed the father in the back.  Reportedly, they were fighting about who was to blame for the children being sexually abused.  The mother has been in prison for driving under the influence and other offenses.

The maternal grandmother had chronic psychosis and died in a state hospital.

MENTAL STATUS:  The patient is a small, thin, 12 1/2 year old, white ... manipulative and who cries profusely when he does not get his own way. He is defiant and

VHA. Value of Voluntary Hospitals of America Inc.



**WILKES·BARRE**
GENERAL HOSPITAL

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

PATIENT  FELL, DONALD

oppositional to authority and he exhibits tantrums when he does not get his own way. His affect is labile and extreme and out of proportion to these tantrums. His thinking is goal-oriented when he is calm but his thinking is adversely influenced by his mood swings and his emotional upsets.

He will stubbornly cling to a false statement offered in his own defense almost to the point of delusion. He shows no hallucinations or other signs of psychosis however. He denies suicidal and homicidal ideations but admits he may have had such thoughts in the past. His mood is anxious, angry and depressed. He does have difficulty keeping still and concentrating if he does not receive his Dexedrine and Tofranil. His insight and judgment are immature and/or impaired by his mood swings and impulsiveness.

PRELIMINARY DIAGNOSES:

ICD9  311.00  -  Atypical depression not otherwise classified.

    314.2  -  Hyperkinetic conduct disorder.

    301.83  -  Borderline personality traits.

Hospital Course:

On 1/27/93, the patient is tearful on his first night in the hospital, missing his mother. Otherwise, he is doing well. From the beginning, we are not using medications because we want to determine his need.

On 1/28/93, during his family session, his mother is very strong and will not be manipulated by him. She confronted him with his violent, dangerous, disrespectful, defiant behavior. Donald used all sorts of excuses and manipulations and when nothing worked, he cried. When his crying didn't move her, he got angry and left the meeting. Although he acted out in group and put down the family session, he seemed worried that he could not manipulate his mother. We have not yet started meds and he has not asked for them yet.

On 1/29/93, the patient is overtly disrespectful and sarcastic to members of the evening group session. He is still not trying to do well and can't get out of the hospital. He still refuses meds. Mother continues to remain firm and will not give in to his attempts to manipulate.

On 2/3/93, the patient reveals he was abused sexually by babysitters and physically by his father. The mother says the father carries a diagnosis of schizophrenia. The patient's grandmother also had chronic psychosis and took psychotropic medications chronically. After the mother finally made the alcoholic, physically abusive

Affiliate of Volunteer Hospitals of America Inc.



Healthcare redefined for the 21st Century.

**WILKES-BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

father leave, there was no one left to monitor Donald at home while
the mother worked.  He became bolder and bolder but she gave in to
him, "bribing" him to behave.  Finally, he became dangerous and was
hiding knives in his room and throwing knives at her as well as
physically assaulting her.  Mother is now afraid to go to sleep with
Donald in the house for fear he will try to stab her with the knives
while she sleeps.

Allegedly, he told his sister Terry that the razor sharp knife with a
four inch blade was meant to kill his parents.  His drawings also
suggest a psychotic or borderline process.  We will start the
Mellaril.  I have discussed the possible side effects with the mother
including tardive dyskinesia, neuroleptic malignant syndrome,
extrapyramidal reaction, etc.

On 2/10/93, the patient is on 10 mg of Mellaril three times per day.
He has been acting superficially cooperative, doing the minimal to
get by and to get his levels.

During his family session, he was eating cookies and only half paid
attention to his mother who was trying to talk to him.  His mother
now has the conviction and the strength of purpose to confront him
with his past behavior and give him aid emotion to level C.  The
mother cited the fear of being hurt in her sleep by Donald who has
been hiding knives under his pillows and who has been roaming the
house at night.  The Mellaril is helping his aggression and violence
and shows no side effects.

On 2/12/93, the patient is room-restricted today for having ten
points last night.  He was cooperative and did his work. Tonight, he
told his mother, by phone, that she could take away all of his
possessions and all of his privileges and he would earn them back
one-by-one, if she would only take him back home.

He decided to propose such a program in an effort to show her he has
changed and that she can trust him to take him home.  He is
responding well to Mellaril without side effects.  He ate cookies
during his family session last night but regrets that now.  He says
he is not taking his mother for granted any longer.

On 2/16/93, the patient is behaving better since his anti-psychotic
medicine was increased.  He now gets Mellaril 25 mg at 8:00 a.m. and
3:00 p.m.   Patient trie hard in his family session to convince his
mother to trust him.  He has been writing good essays.  He
purposefully avoids peers who lead him into trouble.  He does well on
his Mellaril with no side effects.

On 2/18/93, the patient is responding well to the 50 mg of Mellaril
daily and to the firm limit setting of his mother.  He is taking
treatment more seriously now than before.  He shows no side effects

FELL-00000162



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

to the Mellaril. He is staying away from peers on the ward who might lead him into behavior problems. He is actually working for level A.

On 2/19/93, the patient talked about his sexual abuse in the group therapy program. He was abused at the hands of his biological father.

On 2/23/93, the patient is doing very well on his 50 mg of Mellaril per day with no side effects. He was granted a home pass by his mother.

On 2/26/93, the patient has greatly improved on Mellaril 50 mg per day. He shows no anxiety, depression, mood swings, temper tantrums, impulsiveness or hyperactivity. He is motivated to behave and the medication helps him to do so. He had a good family session. He had good home passes. His mother is willing to take him back home.

He will return to the Children's Service Center for outpatient individual and family counselling. He will be followed by me in the Medication Clinic of the Children's Service Center for his 25 mg of Mellaril twice a day.

Medical Evaluation and Lab Data: The pediatric evaluation by Dr. Dahlem of 1/28/93 was within normal limits.

CBC, differential, chemistry profile and routine urinalysis are all within normal limits. The urine for drug screen yields Desipramine and amphetamines.

The thyroid profile is within normal limits. VDRL is non-reactive.

ICD9   296.34   -   Major depression with psychotic features.

      314.2    -   Hyperkinetic conduct disorder.

      301.83   -   Borderline personality traits.

RECOMMENDATIONS:

1)  Discharge to the custody of the biological mother.

2)  Return to Children's Service Center Outpatient Department for individual and family counselling.

3)  Return to Children's Service Center Medication Clinic, to be followed by me on his medications.

4)  Continue the current medications of Mellaril 5 mg at 8:00 a.m. and at 3:00 p.m.

FELL-00000163



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT    FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

JAMES W. FEUSSNER, JD, MD
Board Certified Child and
Adolescent Psychiatrist

cc:    Dr. Feussner

Children's Service Center

VHA . Affiliate of Voluntary Hospitals of America Inc.

FELL-00000164

**29**

FELL-00000165



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  PSYCHIATRIC INTAKE EVA

MED REC NO 383700
SEX/AGE M 12Y    ROOM N761 1
DOCTOR  FEUSSNER, JAMES W. MD
PATIENT NO 3823895

DATE DICT    1/27/93 by JF
DATE TRANS   1/27/93 by a
JOB #   1110
ADMISSION DATE  01/26/1993

CHIEF COMPLAINT:        School refusal, explosive violence, running away.

HX OF PRESENT ILLNESS:  Mother states that since she took him out of ourt partial hospital program last year, his behavior has deteriorated.  Even when she started his medication (which she had stopped against medical advice), he sill could not recover his behavioral control.  He refused to do anything she asked.  "I don't have to listen to you, or anyone," he said.  He still keeps knives i his room and recently he threw a butcher knife at his mother.  He punched his mother's paramour in his broken leg.  He has not attende school for over three months.  He often stays out until midnight without telling mother where he is. Mother fears he will attack her she tried to discipline him.  He fought with mother and broke her finger just before Christmas.

PAST MEDICAL HX:        The patient has a long history of beating hi mother as well as beating younger children.  Last year he "accidentally" shot a boy in the chest with a hand gun.  He joked about the shooting and showed no remorse.  Fortunately the boy recovered.

The patient has a past history of physical and sexual abuse at age four along with his sibling, Terry, perpetrated by a husband/wife babysitting team.  There may have also been physical abuse at the hands of his father.  In 1985, mother and father, while drunk, had a fight with knives at home, while the children were present.  Father stabbed mother in the leg and mother stabbed father in the back. Reportedly, they were fighting about who was to blame for the childr being sexually abused.  Mother has been in prison for driving under the influence and other offenses.

Maternal grandmother had chronic psychosis and died in the State Hospital.

**PHYSICAL**

Mental status:  The patient is a small, thin,  12 1/2-years-old, whi male who is impulsive, demanding, manipulative, and who cried profusely when he does not get his own way. He is defiant and oppositional toward authority, and he exhibits tantrums when he does not get his way. HIs affect is labile and extreme, out of proportion the stimulus.  His thinking is goal oriented when he is calm, but his thinking is adversely influenced by

M690

FELL-00000166



**WILKES·BARRE**
GENERAL HOSPITAL

DEPT. OF MEDICAL RECORDS
REPORT PSYCHIATRIC INTAKE EVALU

PATIENT FELL, DONALD

his mood swings and his emotional upsets. He will stubbornly cling to a false statement offered in his own defense almost to the point of delusion. He show no hallucinations or other signs of psychosis, however. He denies suicidal and homicidal ideation but admits he may have had such thoughts in the past. He mood is anxious, angry and depressed. He does ha\ difficulty keeping still and concentrating, if he doe not receive his Dexidrine and Tofranil. His insight and judgment are immature and are impaired by his moc swings and his impulsivity.

## DIAGNOSIS

ICD-9 311.00 Atypical depression, not otherwise specified.

314.2 Hyperkinetic conduct disorder.

301.83 Borderline personality traits.

## TREATMENT

Admit to Wilkes-Barre General Hospital Adolescent Unit for its milieu therapy program which provides firm limit setting, consistent structure, role modeling and emotional support, supervised recreation and socialization, Sed classrocm placement, psychotropic medications as needed, pediatric evaluation, child psychiatric evaluation, psychological evaluation as needed, drug and alcohol evaluation as needed, individual and group psychotherapy, family counseling.

James W. Feussner, M.D. J.D.
Board Certified Child and
Adolescent Psychiatrist

cc: Dr. Feussner

FELL-00000167

**30**

FELL-00000168



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

MED REC NO 383700
SEX/AGE  13    ROOM
DOCTOR JAMES W. FEUSSNER
PATIENT NO

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

DATE DICT  11/10/93    by JF
DATE TRANS 11/12/93    by ED
JOB # 5068

ADMISSION DATE: 6-6-93

DISCHARGE DATE: 6-30-93

SUMMARY:

Reason for Referral:  Increasing violent behavior and depression.

He is a 201 voluntary committment by his biological mother.

History:  This is at least the fourth psychiatric admission for Donald, at least three at Wilkes-Barre General Hospital and one at First Hospital in 1991 when he was nine years old.  The intake evaluation and mental status were done by Dr. Kilhullen.  On Sunday, June 6th he threw a fork at a friend and stabbed him.  He has been breaking things in the house.  His mother is very suspicious because she finds beer cans because of the odor in the house of alcohol and Marijuana.

On the other hand, Donald says "I'm here because my mother just doesn't want me around."

Donald was nonverbal to Dr. Kilhullen and basically indicated that he had no problems and he is here in the hospital only because his mother signed him in.

By his outpatient record, it appears that Donald stopped taking his liquid Moban 50 mg. per day.  He can give no reason why he stopped.  Apparently he just didn't like the idea of taking it.  The medicine was prescribed by Dr. Feussner at Children's Service Center who saw him within the past two weeks. Donald admits he was doing better on the Moban and cannot explain why he stopped taking it.  He says "it makes me calmer."  Apparently Donald has been staying away from home and for that reason, did not have access to his medicine.

Donald had an extensive history of psychiatric involvement going back at least to the age of nine.  He presented with a history of age-inappropriate activity, distractibility, social and behavior impulsivity.  He also has a history of being sad and depressed, not enjoying life as much as he should. At times, he talks about being better off dead, but today he denies any suicidal or homocidal thoughts, attempts, or plans, with respect to himself or others or property.  He tends to minimize and deny his behavior problems.

Donald states that the patient counseling which he enjoys and the medication from Dr. Feussner have been helpful.  He can give no reason why he essentially stopped his treatment and started behavior problems.

FELL-00000169



**WILKES·BARRE**
**GENERAL HOSPITAL**

PATIENT FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

Presently Donald is in Junior High School and states that he has no problems at school. However his mother reports that he is failing in school this year. Little is known about his behavior in school, but from what the biological mother reports, he could be quite disruptive and easily distractible, often curses at the teachers, slams books, throws things around the room and often just walks out of school, refusing to follow the rules at school, much the way he behaves at home.

Medically Donald has no acute complaints, although upon admission to the Adolescent Unit he had head lice. This was treated with Quell Shampoo and he received the second treatment within ten to twelve hours. No other known medical problem and no known sensitivities to medication.

Mental Status: Dr. Kilhullen found Donald to be slim with even length dark brown hair. He appeared to be entering the first stages of puberty and he was fidgety and restless. It was difficult for him to pay attention. For the most part he was nonverbal, but when he did speak he was logical and his speech indicated clear articulation with good receptive and expressive language skills. Though he was restless and fidgety, there were no other noted hard or soft neurological signs. He appeared to have good fine and gross motor coordination. There was no thought disorder in form or content.

His mood was depressed and he was often on the verge of tears, especially when discussing the fact that he feels that his mother does not want him anymore and basically she does not care for him. He said the reason for admission was to "just get me out of the way for a while."

History indicated that he had very poor control of his aggressive impulses, being violent towards others, and property. He denies abusing alcohol, drugs, or Marijuana, but there is a history that indicates the fact that he may be experimenting with substance abuse.

He presented with a clear sensorium. He was oriented to time, place and person and situation. He had good recent and remote memory. By history, he has very poor insight and very poor judgement. Presently he is denying any ideas to hurt himself or other people or any overt suicidal or homocidal ideations, intent or plan.

His preliminary diagnosis on intake: 1) 311.00 depressive disorder NOS, 2) 314.01 attention deficit activity disorder. 3) 301.83 borderline personality traits.

Hospital Course: At the beginning the patient is fidgety and has difficulty staying still. He continues to manifest disrespectful, silly, covertly oppositional behavior and tends to try getting others in trouble. He especially tries to be a leader of younger children on the unit and leads them into problem behavior. In the past his behavior suggested more than just AVHD. He had a drivative violence, frequently life threatening, as when he shot a boy with a gun, although he did not wound him seriously. His attitude toward his mother in the past was total disrespect and often violence and physical abuse towards her. Only recently has mother become stronger and has fully supported treatment and medication. This is what prompted Donald to say that mother has changed and does not want him anymore. Yet he does not

VHA    Affiliate of Voluntary Hospitals of America Inc.®



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

acknowledge his contribution to this situation. He does well on antipsychotic medications, better than he did on oral tricyclides. Moban did not make him gain as much weight as Mellaril did. Since he is manifesting the lack of insight and difficulty with reasonable thought typical of him when unmedicated, I began his medication from the outset. On medication he tends to be more reasonable and tends to make better decisions, and he is less dangerous. (There are also rumors that his mother is an alcoholic and tends to be neglectful of him at home. I will try to investigate this as much as possible during the family sessions.

On 6-9-93, the patient is already showing improvement on Moban 5 mg. twice a day. He is more reasonable and less hyperactive. He acknowledges his behavior problems, but also blames mother's drinking for the first time. We discussed past behavior problems which made it difficult for him to make friends with peers.

While he is on the unit the mother is trying to get his school work so that he can take a makeup examination. Mother is trying to get him into St. Michael's day programs during the summer.

On 6-11-93 the patient had a difficult session with his mother. Donald cried and expressed regret for his behavior, namely stopping his medication and hanging with older boys who this week were placed in juvenile detention for burglary. He denies that he was involved in any of the burglaries, of course. These boys may tell when they are interrogated whether Donald was involved or not. Donald seems a little worried about it. Although he refused to fear that something will come out when his friends are interrogated, he is nonsuicidal about it. He does well on his medication and it should be increased to 5 mg. three times a day.

Before we could increase his medication, patient had a violent outburst and had to be placed into limb restraints. This occurred when he called home so that his parents would visit him. He got the answering machine and became tearful that no one was home. He then became argumentative and ripped up his school work and threw it on the floor and cursed at the staff. When he attended groups, his peers taunted him with his behavior. He apologized to the staff about his behavior and took the 8 P.M. medication. However he again became angry when a peer accused him of writing curses on the desk top where he had been sitting. The patient cursed at him and slammed the door and hit the wall. Security was called and he was placed in four point restraints since he was having a temper tantrum and he was becoming violent. He stated " I will kill you when I get out" to the peer. His Moban was increased to 5 mg. three times a day on 6-13-93.

On 6-15-93 we continued to isolate him and treat with Quell for his head lice. We increased his Moban to 10 mg. twice a day. He had no side effects but his symptoms suggest that he would do better with a slight increase. He was more highly motivated on the medication and tried harder on the program. On 6-16-93 he was responding well to 20 mg. of Moban per day. His hair is cut short, so as to prevent the return of the lice. He was cooperating with the program but is not talking very much. In the beginning when he first came to the ward he was very talkative and very arrogant and disrespectful. His grandmother came in and reported to the staff that there were problems in the home, that

VHA . Affiliate of Voluntary Hospitals of America Inc.

FELL-00000171

**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  FINAL NARRATIVE SUMMARY

it is "not all Donald's fault. Apparently mother is trying to seek
criminal charges against him to get him placed.

On 6-18-93, during a family session his mother told him that she wo
take him home eventually but that she is preferring charges against
him and will try to get him into the St. Michael's Day Program.  Sh
will also attempt to get him on probation and to help him work off
fines by doing community service.  He said he was happy during his
session with his mother.  In group afterwards, he was irritable and
upset and his behavior got him 5 points.  He seemed to be getting
akathisis from the Moban.  He was decreased back to 15 mg of Moban
he was eventually changed to Stelazine which works better.

On 6-24-93 during a family session, mother complained that she does
not want to spend $300 for summer school to try to help Donald pass
She feels that Donald will not attend.  He will miss a couple of da
and then mother will lose the entire amount.  She has failed to get
him arrested and to get him into St. Michael's Day Program.  She wa
to send him to the Children's Service Center partial hospital progr
and Donald says he is willing to go there for the summer.  She wond
whether Donald would do better in school if he were taking Ritalin
again.  When he was taking Ritalin, he seemed to get higher grades.

During the remainder of Donald's hospitalization, I tried him on
Clonidine and tried to adjust the dose to a level that works withou
lowering his blood pressure too much.  Also, I tried the Ritalin ag
and find that it does have some beneficial effects and we should tr
to adjust it further.  However, I can continue to adjust his
medications on an outpatient basis.  At this point, he is stable
enough for discharge.

On 6-30-93, the patient is discharged.  His blood pressure is stabl
and his Clonodine did not have to be held.  His behavior with his
mother in the family session was sincere and well thought out.  His
mother feels he is the best that she has ever seen him.  He fielded
questions well and gave relevant and reasonable answers.  He was no
impulsive, emotionally labile, disrespectful, argumentative,
demanding, or threatening.  He was able to elaborate a plan of
behavior which included attitudes towards parental authority as wel
as a list of chores and behaviors he intends to employ when out of
hospital.  He has agreed to the partial hospital program throughout
the summer.  He said that he will also bathe and brush his teeth
daily.  His physical hygiene was getting to be almost non existent
prior to his hospitalization.  His mother states that she was unabl
to make him do anything.

He is doing well on his Stelazine and his Clonidine but there is
evidence that he is getting used to the Clonodine.  We will try hin
back of Ritalin in the partial hospital program also.  In general,
his level of recovery is better this time than on any of his previo

VHA . Affiliate of Voluntary Hospitals of America Inc.®

FELL-00000172



Healthcare redefined for the 21st Century
**WILKES·BARRE**
GENERAL HOSPITAL

DEPT. OF MEDICAL RECORDS
REPORT FINAL NARRATIVE SUMMARY

PATIENT   FELL, DONALD

admissions.  His mother is especially pleased and feels he is read
go home.

Medical Evaluation and Laboratory Tests:  Pediatric evaluation by
Kramer was done on 6-9-93.  This was within normal limits.

CBC and differential, chemistry profile are all relatively
unremarkable.

Urine for drug screen reveals no drugs identified.  VDRL was non
reactive.  Thyroid profile is within normal limits.

RECOMMENDATIONS:

1)  Discharge to biological mother.
2)  Referred to Children's Service Center partial hospital program
the summer.
3)  Continue Stelazine 1 mg at 3 p.m. and 8 p.m. and Clonodine 0.2
at 8 a.m. and 3 p.m.

JAMES W. FEUSSNER, M.D. J.D.
BOARD CERTIFIED PSYCHIATRIST

CC:   Dr. James W. Feussner
      Medical Records Dept.
         Children's Service Center

VHA. Affiliate of Voluntary Hospitals of America Inc.®

**31**

FELL-00000174



REDACTED - FELL

**32**

FELL-00000176

WILKES-BARRE GENERAL HOSPITAL ADOLESCENT UNIT
SOCIAL SERVICE DISCHARGE SUMMARY

NAME:    Donald Fell
ADDRESS: REDACTED - FELL
         Wilkes-Barre, PA  18705
PHONE:   824-5842
D.O.B.:  04/30/80

DATE OF ADMISSION:  06/06/93
DATE OF DISCHARGE:  07/30/93
BSU#:               404-01593
MR#:                383700

REASONS FOR ADMISSION:  Donald is a 13 year old male admitted to Wilkes-Barre General's Adolescent Psychiatric Unit on a 201 or voluntary admission completed by his mother.  Problems Donald was experiencing prior to his admission include his staying out late curfew and even, at times staying at a friend's house without his mother's permission, failing to take his medication poor hygiene habits, and while angry he threw a fork accidentally hitting a friend.  This is Donald's second psychiatric hospitalization, the first one occurring at First Hospital in October of 1991.  Problems at that time revolved around Donald acting out and refusing to follow direction of his mother.  Donald was again hospitalized on January 26, 1993 through February 26, 1993 this time at Wilkes-Barre General's Adolescent Psychiatric Unit.  Problems at this time revolved around Donald being a school refusal, displaying explosive temper, and running away.  Following Donald's hospitalization he was involved in outpatient counseling at Children's Service Center.  Donald's outpatient therapist reports that Donald was doing quite well following his second hospitalization, but appeared to deteriorate over time and this led to the kinds of behaviors he was displaying just prior to his admission.  Donald described his fork throwing incident as purely accidental.  Donald admits to engaging in a verbal argument with his mother and indicated having great difficulty at home due to his sister having another friend live at the house.  While arguing with his mother Donald describes throwing the fork in a fit of rage and not aiming to hit anyone. In fact Donald did hit someone with the fork, namely a second friend that is a friend of Donald's who does not live in the home.  The accident required the friend to pursue medical attention.

CLINICAL EVALUATION:  While on the unit Donald was exposed to a variety of treatment modalities including individual, group, and family therapy.  Family therapy sessions were supervised by the psychiatrist who also saw Donald regularly for the possible use of medication.  Donald was also involved in various other creative activities including daily education sessions.  Overall, Donald's adjustment to the unit could described as positive.  Donald appears very bright in his interaction, particularly in group sessions providing insightful comments to both his own problems as well as the problems of his peers.  A number of problem areas to be focused on were devised through Donald's cooperation.  These included the following;
     Problem #1:  Donald admits while upset that he threw a fork.  Donald further admits that the fork hit a friend in the leg although he insists that he did not intent to hit anyone.  Goals devised to assist Donald with this problem area included Donald being able to identify, list, and discuss the consequences to throwing things when upset.  With this completed Donald was also encouraged to identify, list, and discuss the alternatives to throwing things particularly when upset.  Donald was encouraged to experiment with the alternative he listed above and discuss how he felt while experimenting with each.  Lastly, addressing this problem area Donald was able to behave appropriately that is talk calmly presenting his point of view when upset and not throw things for at least three days prior to his discharge.

M556

FELL-00000177

Social Service Discharge Summary
Page 2
Donald Fell

Problem #2:  Donald admits he still stays out late beyond his curfew.  Donald further admits that in doing so much of the time he is not following his mother's expressed direction.  To address this problem area Donald while on the unit was able to identify, list, and discuss the consequences to staying out later then his curfew.  Donald was also able to identify, list, and discuss alternatives to not following his parents instruction and/or his plans to follow his mother's direction, particularly revolving around his curfew once he goes home.  Lastly, addressing this problem area Donald was able to follow all staff's direction while on the unit for at least three days prior to his discharge.

Problem #3:  According to his mother Donald upon admission had extremely poor hygiene habits.  Although Donald denied throughout his hospitalization he agreed to at least address it on his treatment plan.  Donald was able to identify, list, and discuss the consequences to poor hygiene.  Donald was also able to define what is expected and what he expects, for what is described as good hygiene habits.  Lastly, while on the unit Donald was able to display good personal care by his and the staff's definition for at least three days prior to his discharge.

In summation it must again be stated that Donald denied any suicidal/homicidal ideation, intent, or plan throughout his hospitalization.  Donald admitted to having difficulty controlling his temper and was willing and able to focus on this as a problem area during his hospitalization.  Donald was also able to address his not following his mother's direction particularly in regards to his curfew violations.  Lastly, although he denied having poor hygiene habits Donald was open to discussing these issues and displayed good hygiene while on the unit.  Throughout the hospitalization Donald was also involved in family sessions supervised by the psychiatrist focusing on empowering his mother to assist her in setting limits and goals for Donald's growth and development.  At discharge Donald appeared to display respectful behavior throughout his hospitalization toward his mother.  With regards to social skills at no time during the hospitalization did Donald appear to lack satisfying significant social skills which would in any way interrupt his development.

DISCHARGE DIAGNOSIS:  Please refer to psychiatric discharge.

MEDICATION:  At discharge Donald was receiving the following medications.

Stelazine - 1 mg at 3:00pm and 8:00pm.

Clonedine - 0.1 mg one half tablet at 8:00am and again at 3:00pm.

LIVING ARRANGEMENTS:  Donald was to return home and live in the care and supervision of his mother.  Donald was to attend Children's Service Center through the Partial Hospitalization Program for his therapeutic and medication needs.  An appointment was made for Donald in the Children's Service Center's Partial Program with Mr. Dan Belletieri for Thursday, July 1, 199, at 3:00pm.

DISCHARGE RECOMMENDATIONS:  At discharge Donald remains a potential for re-hospitalization.  Donald appears bright and verbal in his interaction while on the inpatient unit, however, once discharged Donald will at times shut down with regards to his therapeutic interaction.  It is imparative that Donald develop an appropriate therapeutic relationship that will enable him to continue to utilize this relationship particularly when in conflict or in stress regarding his mother

Social Service Discharge Summary
Page 3
Donald Fell

and family. There remain questions regarding Donald's mother and her parental
functioning. While on the unit it must be stated that Donald's mother was extremely
cooperative with this worker revolving around treatment. There is a sense, however,
that the family is blocking some aspect of their interaction which may be impinging
upon Donald's growth and development. Prior to Donald 's discharge the referral
process was begun to hopefully involve Donald in the Home-base Intensive Family
Services Program again running through Children's Service Center. It was felt that
such a program would assist in exploring the inter relationships between Donald and
his mother and provide a clearer picture regarding that interaction.


Robert Tryzenski, M.A.
Therapist

**33**

FELL-00000180





**WILKES-BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

MED REC NO 383700
SEX/AGE M 13Y    ROOM N663 2
DOCTOR  LITCHMAN, MAUREEN MD
PATIENT NO 3939022

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

DATE DICT    11/27/93 by TS
DATE TRANS   11/30/93 by tg
JOB #   4173

CONSULTANT:      Tae I. Shynn, M.D.

DATE AND TIME OF DICTATION:      November 27, 1993; 1330 hours

-------------------------------------------------------------------

NAME OF PATIENT

Our findings in the case are as follows:

*See previous sheet*

Please report in regard to diagnosis, transfer, or treatment advised.

M.D.

-------------------------------------------------------------------

REPORT:

Donald Fell is a 13-year-old boy who was seen today for the concern about psychiatric clearance for him to be released since the patient requests to be discharged AMA. The patient has been well known to the adolescent psychiatric unit of this hospital and is also known to the examiner for various longstanding behavioral problems and also a disturbed family situation.  There has been much antagonistic, resistive conduct disorder and also has shown very poor treatment compliance. The patient denies any intent of harming self or others but he was hit by a brick by accident.  Since his medical condition stabilized, he would like to be released and does not want to go back to the psychiatric unit since he does not see any need for it.

When mother contacted this examiner she indicated that the patient has shown very poor treatment compliancy, truancy, did not want to go to school, continues with problems at home manifested as behavioral, antagonistic conduct. Therefore she is requesting "he needs to be put away".  She is advised to petition an involuntary process if she believes it is really indicated and also she is strongly suggested to work things out as an outpatient with Dr. Feussner at Children's Service Center since a behavioral problem, conduct disorder and family problem has been an ongoing issue in the past number of years which does not seem to be in need of acute inpatient treatment at this time.

Other detailed information is referred to the psychosocial and history and physical as well as discharge summary done by Dr. Feussner in the recent few months.

FELL-00000181



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT   CONSULTATION RECORD

Mental status as of today shows that he is alert, fairly reasonable with no evidence of psychotic presentations. He was attentive with reasonable eye contact and verbalization is goal directed and relevant. There is no evidence of thought disorders, delusions nor evidence of hallucinations noted nor mood fluctuations nor thoughts harming self or others. He wants to be released and would like to w things out as an outpatient with his mother and he does not want to stay in the hospital.

IMPRESSION:

Axis I:

1.   Atypical conduct disorder

2.   Family problems


Axis II:

No diagnosis


Axis III:

As per Dr. Litchman

RECOMMENDATION:

1.   The patient would like to have further outpatient follow up whi I ould like to respect at this time.

2.   He does not want to stay in the hospital nor indications of involuntary hospitalizations at this time.

3.   The patient can be released if medically stable.

As I already indicated, the patient's mother is strongly encouraged pursue further outpatient follow up treatment with Children's Servic Center.

Tae I. Shynn, M.D.

c: Dr. Shynn

Page 2

**34**

FELL-00000183



**WILKES·BARRE**
GENERAL HOSPITAL



PATIENT FELL, Donald

DEPT. OF MEDICAL RECORDS
REPORT, HISTORY AND PHYSIC

MED REC NO 383700
SEX/AGE M/   ROOM
DOCTOR   BALOGA, Christopher  MD
PATIENT NO

DATE DICT    4/19/94 by CB
DATE TRANS   4/19/94 by dam
TAPE #  7952
ADMITTED   11/23/93

CHIEF COMPLAINT:          See HPI.

HX OF PRESENT ILLNESS:  This 13 year old boy presented to the W
Emergency Room after being struck in the right parietal region
the head.

The patient reports that a brick, which was thrown vertically a
bird, eventually struck him on the head.  The patient is not in
school today because he is currently suspended for behavioral
difficulties.  His friends report to the patient that there was
loss of consciousness for less than one minute.  Subsequently,
ambulance was called to the scene and transported the patient t
the ER.

On examination, the patient complained of mild tiredness.  Deni
visual changes, dizziness, vertigo, nausea, vomiting or syncope.

PAST MEDICAL HX:          Medical - denied.  Surgical - denied.

ALLERGIES:  DENIED.

Medications:  Denied.

FAMILY HISTORY:          Lives at home with parents and sister.

SOCIAL HISTORY:          Seventh grade student, currently suspend
from school for behavioral problems.  Positive smoker

REVIEW OF SYSTEMS:        Positive generalized weakness/tired.
Negative visual changes, dizziness, nausea, vomiting, vertigo.

PHYSICAL

GENERAL:          The patient is resting comfortably in bed, slee

HEENT:            PERLA, EOMI OU.  No exudates or discharge.  TM's
                  normal bilaterally. No hemotympanum bilaterally.
                  drainage, exudate or transudate bilaterally. No
                  erythema of the TM's bilaterally. No bulging of
                  bilaterally.  Positive right parietal tenderness
                  positive mild edema; no laceration appreciated.
                  gross abnormalities of skull, facial or nasal bo
                  Throat normal.

FELL-00000184



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT FELL, Donald

DEPT. OF MEDICAL RECORDS
REPORT  HISTORY AND PHYSICA

NECK:           Supple, non-tender, no adenopathy bilaterally.
                Thyroid normal.

LUNGS:          Clear bilaterally.

HEART:          Regular without ectopy.  No rubs, thrills or mur

ABDOMEN:        Non-tender, soft with positive bowel sounds.  Nc
                hernias or masses appreciated.  Negative rebound
                guarding.

EXTREMITIES:    Positive multiple warts, right hand, primarily s
                phalanx; however present on right phalanges and
                No cyanosis, clubbing or edema noted. Pulses
                symmetrical bilaterally without deficits.

NEUROLOGICAL:   Asleep on approach, easily awakened.  Is awake,
                and oriented times three, appropriate, responsiv
                PERLA/EOMI OU.  No gross motor deficits.  No tre
                No proprioception/motor/sensory deficits.  Crani
                nerves grossly intact.  Gait - not assessed.  Ne
                Babinski.  Reflexes all 2/4.

STUDIES:        CT of the head, right parietal hematoma.

DIAGNOSIS

Cerebral contusion/right parietal hematoma.  Admit for observati
stable at present.  Neuro checks q hourly.  CBC, 6/60 with creat
PT/PTT obtained in the ER.  Monitor the patient closely and with
caution.  Dr. Sedor notified.

Discussed with Dr. Lauzonis.  Discussed with Dr. Litchman.

CHRISTOPHER BALOGA, D.O.

cc:  Dr. Baloga

FELL-00000185

**35**

FELL-00000186



**WILKES·BARRE**
GENERAL HOSPITAL

PATIENT   FELL, DONALD

MED REC NO 383700
SEX/AGE M 13Y    ROOM N663 2
DOCTOR   LITCHMAN, MAUREEN MD
PATIENT NO 3939022

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

DATE DICT    11/24/93 by DS
DATE TRANS   11/27/93 by tg
JOB #   2675

CONSULTANT:      David Sedor, M.D.

DATE AND TIME OF DICTATION:      November 24, 1993; 0216 hours

---

NAME OF PATIENT

Our findings in the case are as follows:

*See previous sheet*

Please report in regard to diagnosis, transfer, or treatment advi[s]

                                                                    M.D.

---

REPORT:

History of Chief Complaint is contusion of brain.

History of Present Illness: The patient is a 13-year-old right ha[nd]
male, status post throwing bricks at birds when a brick struck hi[s]
head.  There was a brief loss of consciousness. He is amnestic f[or]
details.  No seizures. He has a moderate headache with nausea and
vomiting. No other complaints.

Past Medical History is none. Past surgical history is none.
Medications are none. Allergies are none.

Social History: He is a suspended 7th grade student.  He is a smo[ker]
He drinks questionable ethanol.

On examination he is afebrile. Vital signs stable. He is awake, a[lert]
and oriented times three. Cranial nerves II-XII are intact.
Extraocular movements are intact. Pupils are equal, round and rea[ct]
light. Visual acuity and fields are full. Fundi are normal. Motor
testing is 5/5. No drift. TMs clear. No Battle's or raccoon's sig[n]
Rapid alternating movements are symmetrical. Copy posture normal.
Power, bulk, tone and proprioception are normal.  Speech is normal
Cerebellar normal. Gait normal. Spine is non tender to the cervic[al]
thoracic, lumbar spine. Mild bruit of the right parotid origin. D[eep]
tendon reflexes are 2/4 with downgoing toes. No ankle clonus. No
Hoffman's sign. Sensory is normal to light touch, pinprick. No le[ft]

FELL-00000187



**WILKES-BARRE**
GENERAL HOSPITAL

PATIENT  FELL, DONALD

DEPT. OF MEDICAL RECORDS
REPORT  CONSULTATION RECORD

CT of the head shows right parietal contusion. GCS 15.

IMPRESSION:

The patient has a brain contusion, right parietal.

RECOMMENDATION:

I would recommend cervical spine films and a follow up CT of the hea
I will keep him npo and watch his neurochecks q 2 hours, elevate th
head of the bed to 30 degrees and restrict fluids.

Overall we just need to monitor this young man to make sure his blee
does not increase in size. He certainly is at risk for seizures but
would not prophylax him empirically against such.

David Sedor, M.D.

cc:  Dr. Sedor

Page 2

FELL-00000188

**36**

FELL-00000189

Name: Fell, Donald Robert  ☒ Male  ☐ Female
(Last)  REDACTED - FELL  (Middle)

Street Address* _REDACTED - FELL_  Town* Kingston

Telephone* 288-8862  Birth Date 4/30/80  Birthplace Wilkes Barre

Birth Certificate No. 0449040-80  Vaccination Date _____  Not Vaccinated ☐

' Enter in Pencil

## WYOMING VALLEY WEST SCHOOL DISTRICT
### Maple Avenue
### Kingston, Penna. 18704

## FAMILY DATA

| PARENTS | FULL NAME | STUDENT LIVES WITH | BIRTHDATE | BIRTHPLACE | CITIZEN | EDUCATION | OCCUPATION | MARITAL STATUS | DECEASED |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | Donald Fell | ✓ | 5/2/39 | W.B | ✓ | 12+ | Sears/Service Super. | M | Date |
| MOTHER | Deborah Ann Kotzer | ✓ | 4/12/54 | W.B | ✓ | 10 | Homemaker | M | Date |
| STEP PARENT OR GUARDIAN | | | | | | | | | Date |

| SIBLINGS | DATE OF BIRTH | SIBLINGS | DATE OF BIRTH | OTHERS AT HOME | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE | REASON FOR EXCESSIVE ABSENCE | YEAR | GRADE |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri | 9/22/82 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## SCHOLASTIC RECORD —

CODE: A - Superior; B - Above Average;
C - Average; D - Below Average;
F - Failure; S - Satisfactory;
SP - Slow Progress;
U - Unsatisfactory; I - Improving;
AG - Academically Gifted;
NG - Non Graded

| | MARKING SYSTEM |
|---|---|
| | A — 4 |
| | B — 3 |
| | C — 2 |
| | D — 1 |
| | F — 0 |

EXPLANATION OF SUMMER SCHOOL CODES:

SM — Make Up
SR — Remedial

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| YEAR | 1985-86 | 1986-87 | 1987-88 | | | | |
| SCHOOL | Schuyler | Schuyler | Schuyler | | | | |
| DAYS PRESENT | 180 | 170 | 16 | | | | |
| DAYS ABSENT | 2 | 2 | 2 | | | | |
| TIMES TARDY | 0 | 0 | — | | | | |
| READING | S+ | A | | | | | |
| SPELLING | | A | | | | | |
| ENGLISH | | P | | | | | |
| PENMANSHIP | | C+ | | | | | |
| MATHEMATICS | S | B | | | | | |
| SOCIAL SCIENCES | | P | | | | | |
| SCIENCE | | P | | | | | |
| HEALTH | | P | | | | | |
| PHYS. ED. | | P | | | | | |
| ART | S | P | | | | | |
| MUSIC | S | P | | | | | |

M1727

FELL-00000190

| Unsatisfactory GRADE | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| EFFORT | S | S | | | | |
| WORK HABITS | S | S | | | | |
| COURTESY | S | S | | | | |
| COOPERATION | S | S | | | | |
| INITIATIVE | S | S | | | | |
| LEADERSHIP | S | S | | | | |
| SELF CONFIDENCE | S | S | | | | |
| WORKS WELL WITH OTHERS | S | S | | | | |

**HOBBIES (✓)**

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Swimming | | ✓ | | | | | |

**SCHOOL ACTIVITIES (✓)**

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | | |
| INST. MUSIC | | | | | | | |
| PATROLS | | | | | | | |
| INTRAMURALS | | | | | | | |
| CLUBS: | | | | | | | |

**NON-SCHOOL ACTIVITIES (✓)**

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| CHORAL MUSIC | | | | | | | |
| INST. MUSIC | | | | | | | |
| DANCING | | | | | | | |
| LIBRARY | | | | | | | |
| CHURCH RELATED | | | | | | | |
| LITTLE LEAGUE | | | | | | | |
| BOY/GIRL SCOUTS | | | | | | | |
| SOCCER | | ✓ | ✓ | | | | |

| Homeroom Teacher | Guidance Counselor |
|---|---|
| J.C. Hickey | A. Kane |
| M. Mesaros | A. Kane |
| J. Puhak | |

| Date | Referrals: ACTION TAKEN |
|---|---|
| 4/86 | Referral to Guidance Dept. |

PHOTO    PHOTO

Fifth Grade

**RE-ENTRY**

| DATE | CODE | NEW ADDRESS |
|---|---|---|

**WITHDRAWAL**

| DATE | CODE | NEW ADDRESS |
|---|---|---|

M1728

FELL-00000191



First _____ Middle

Date of birth _____ Sex

Name _____ Address _____

Parent or Guardian _____

Place of Birth _____ Date Entered _____

Previous _____ School Attended(If any) _____

Date Left _____

**WYOMING VALLEY WEST ELEMENTARY SCHOOLS**
**KINGSTON, PA 18704**

**Explanation of Grades**

Grade 1                                    Grades 2-5

| | |
|---|---|
| E = Excellent | A = Superior 4.0 |
| G = Good | B+ = Above Average 3.5 |
| S = Satisfactory | B = Above Average 3.0 |
| U = Unsatisfactory | C+ Average 2.5 |
| P = Pass | C = Average 2.0 |
| F = Failure | D = Below Average |
| | But Passing 1.0 |
| | P = Pass 0 |
| | F = Failure 0 |
| | I = Incomplete 0 |
| SP = Supplemental | SP = Supplemental 0 |
| Program assign- | Program assign- |
| ment | ment |
| W = Withdrew | W = Withdrew |

Withdrawl

Code      Month      Day      Year

Re-entry      Month      Day      Year

Transcripts sent to:

Name _____ Date _____

DIST  UNIT  B/S  ST. NO.  BIRTH
06    20   01-01  54700  04/30/80
STUDENT NAME      SEX      PHONE
FELL DONALD ROBERT      M      288-8862
------------------------------------
FELL DONALD
REDACTED - FELL
KINGSTON                PA 18704

1264 YEAR      GRADE-SECTION      SOCIAL SECURITY NUMBER
86-87      01-01      1954700  06-20
STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE |
|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P |
| 530110 | 1.00 | 0339 | MATH 1 | B+3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P |
| 560110 | .00 | 0437 | PHYS ED 1 | P |
| 560120 | .00 | 0339 | HEALTH 1 | P |
| 570110 | .00 | 0744 | ART 1 | P |
| 570120 | .00 | 0187 | MUSIC 1 | P |
| 590110 | .00 | 0339 | CONDUCT 1 | L 1.7 |

| | | | |
|---|---|---|---|
| CURRENT | DAYS ABSENT: 2.0 | TIMES TARDY: 0 | |
| CURRENT | CREDITS: 3.50 | O.P.A 3.317 | RANK: 144/387 |
| CUM. | CREDITS: | O.P.A. | RANK: |

M1729

FELL-00000192

# Readiness Tests

**LEVEL II**
**Form P**



**Pupil's Name** Fell, Dan
Last          First          M    ☒ Boy  ☐ Girl   **Age** 5-11
Years/Months

**Teacher** Hinchey       **Grade** K      **Date of Test** April

**School** Schuyler    **City** Kingston **State** Penna.

| SUBTEST | RAW SCORE (Number Right) | SKILL AREA | | |
|---|---|---|---|---|
| | | RAW SCORE | STANINE | PERFORMANCE RATING |
| 1. Beginning Consonants | 12 | AUDITORY 27 | 7 | Low Average High  L A ☒ |
| 2. Sound-Letter Correspondence | 15 | | | |
| 3. Visual Matching | 4 | VISUAL 26 | 9 | L A ☒ |
| 4. Finding Patterns | 17 | | | |
| 5. School Language | 8 | LANGUAGE 13 | 6 | L ☒ H |
| 6. Listening | 5 | | | |

| | RAW SCORE | PERCENTILE RANK | STANINE | PERFORMANCE RATING |
|---|---|---|---|---|
| Pre-Reading Skills Composite | 66 | 91 | 8 | L A ☒ |

| | RAW SCORE | | STANINE | PERFORMANCE RATING |
|---|---|---|---|---|
| 7. Quantitative Concepts | 4 | QUANTITATIVE (Optional) 13 | 4 | L ☒ H |
| 8. Quantitative Operations | 9 | | | |

21 22 23. 24 25 26 27 28. 29 30 A B C D E

M1730

FELL-00000193

5:01-cr-00012-gwc   Document 512-2   Filed 04/15/14   Page 84 of 99

FELL-00000194

| | | | | | Test | Score | Date |
|---|---|---|---|---|---|---|---|
| ...to, | | | | **9** | Mystery eaker | | |
| ittle Dog aughed | | | | | | | |
| | 46/46   1/15/87 | | | **10** | Ten Times Round | | |
| ish and ot Fish | | | | | | | |
| side My Hat | | | | **11** | Barefoot Island | | |
| rds Fly, ars Don't | | | | **12** | Ride the Sunrise | | |
| cross the nce | | | | **13** | Flights of Color | | |
| ad to et You | | | | **14** | Green Salad Seasons | | |
| ve Me a ue | M1731 | | | **15** | Chains of Light | | |

| | | Number Right | |
|---|---|---|---|
| | pleted | Suggested Passing Score in ( ) | List Specific Skills Needing Further Development and Recommendations for Future Instruction |
| 1 One Potato Two | 11/3/86 | Vocabulary (16) — 20<br>Decoding (12) — 15<br>Test Total (28) — 35<br>Date: 11/3/86 Perfect Score | Teacher_____ School_____ Date_____ |
| 2 Little Dog Laughed | 11/24/86 | Vocabulary (12) — 15<br>Comprehension (5) — 6<br>Decoding (14) — Perfect 19<br>Test Total (31) Score 40<br>Date: 11/24/86  40/40 | Teacher_____ School_____ Date_____ |
| 3 Fish and Not Fish | 1/15/87 | Vocabulary (12) — 15<br>Comprehension (5) — 6<br>Decoding (19) — 25<br>Test Total (36) — 46<br>Date: 1/15/87 Perfect Score | Teacher_____ School_____ Date_____ |
| Inside my Hat | 2/10 | Vocabulary (18) — 23<br>Comprehension (6) — 6<br>Decoding (25) — 31<br>Test Total (49) — 60<br>Date: 2/10/86  60/61 | Teacher_____ School_____ Date_____ |
| Birds Fly Bears Don't | 4/6/87 | Vocabulary (24) — 29<br>Comprehension (11) — 14<br>Decoding (30) — 35<br>Test Total (65) — 78<br>Date: | Teacher_____ School_____ Date_____ |
| Across the Fence | 5/27/87 | Vocabulary (24) — 30<br>Comprehension (10) — 12<br>Decoding (33) — 37<br>Test Total (67) — 79<br>Date: 5/27/87  79/82 | Teacher Mesaros  School Schuyler  Date 5/27/87 |
| | | Vocabulary (29) —<br>Comprehension (10) —<br>Decoding (32) —<br>Test Total (71) —<br>Date: | Teacher_____ School_____ Date_____ |
| | | Vocabulary (23) —<br>Comprehension (18) —<br>Decoding (31) —<br>Test Total (72) —<br>Date: | |

M1732

FELL-00000195

**37**

FELL-00000196

(LAST NAME)    (FIRST NAME)    (MIDDLE NAME)    (Parent or Guardian)

## REDACTED - FELL

Date of Birth 4-3-8o    Place; W-B Twp    Phone: 8 24-58

Mo. Day Year

(Address in Pencil)

Birth Cert. - State ........Pa........No. ...C 4 x 9 c 4 c Baptismal [ ]    Other ......................

Debbie Kotzer    ServiceAdvisor / Stitche

Vaccination Verified: yes [ ]    no [ ]    Male [y]    Female [ ]

(Mother's First & Maiden Name)    (Parent's Occupation—in Pencil)

Total Children in Family [2]    Number under 18-2

| | GRADES 1 and 2 | | GRADES 3, 4, 5, and 6 | |
|---|---|---|---|---|
| V - Very Good | I - Improv. Needed | | A - Excellent (93-100) | D - Passing (70-74) |
| S - Satisfactory | U - Unsatisfactory | | B - Good (85-92) | E - Failure (0-69) |
| C - Cont. to Improve | | | C - Average (74-84) | |

Physical Education (Pass or (F)ail)

Significant Limitations: (physical, social, mental) —

| | | | | | | | | School: | PIAINS | Grade | 7-6 | School: | | Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHOOL | Floud | Floot | Floud | | | | | | | | | | | |
| TEACHER | Eyeland | Rysic | Harris | | | | | ADDRESS W. Carey St | | | | | | |
| | | | | | | | | HOME ROOM TEACHER KOSISKI | | | | | | |
| YEAR | 87.88 | 88 89 | 91-9> | | | | | SCHOOL TERM 92-93 | | | | | | |
| | | i.Shiner | | | | | | DATE ADMITTED 9-9-92 | | | | | | |
| GRADE | 2-3 | 3-3 | 6-1 | | | | | ADMITTED FROM FIOOD | | | | | | |

| | | | COURSE CREDITS | | | | | | COURSE | | | No. Weeks | Periods | 1 SM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Music | S | V | | SUBJECT | CREDIT | 1 SEM | 2 SEM | YEAR | CREDITS | | | | | |
| Art | V | S | | ENGLISH 7 | 1.000 | D | E | D | | | | | | |
| Writing | U | U | | DEV READ 7 | .750 | E | E | E | | | | | | |
| Reading | S | C | | SOC STUD 7 | 1.000 | E | E | E | | | | | | |
| Mathematics | V | C | | MATH 7 | 1.250 | D | E | E | | | | | | |
| Spelling | V | B | | SCIENCE 7 | 1.000 | D | E | D | | | | | | |
| Language | S | C | | ART 7 | .500 | D | D | D | | | | | | |
| Science | S | C | | VOC EXPLOR 7 | .500 | C | C | C | | | | | | |
| Social Stud. | V | D | | MUSIC 7 | .500 | E | D | E | | | | | | |
| Health | S | C | | PHYS EDUC 7 | .500 | F | F | F | | | | | | |
| Phys. Ed. | S | | | | | | | | | | | | | |
| LIBRARY Inst. | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | CREDITS CARRIED | 7.000 | | | | | | | | | |
| Days Present | 155.5 | 174 | | CREDITS EARNED | 2.000 | | | | | | | | | |
| Days Absent | 9.5 | 7 | | G.P.A. | 0.482 | | | | | | | | | |
| Illegal Abs. | O | O | | | | | | | | | | | | |
| Promoted to: | 3nd | 4th | | DAYS PRESENT | | 1 2 5 | | | DAYS PRESENT | | | | | | |
| | | | | DAYS ABSENT | | 5 6 | | | DAYS ABSENT | | | | | | |
| DATE ENTERED | 10-5-87 | 99 88 | 9-4-91 | TOTAL BELONGED | | 1 8 1 | | | TOTAL BELONGED | | | | | | |
| ENTERED FROM | WV W | 2nd | Pirtston Area | TARDY | | 1 | | | TARDY | | | | | | |
| DATE WITHDREW | | | 12-6-91 | Promoted [ ]    Retained [ ]    S.S. [ ✓ ] | | | | | Promoted [ ]    Retained [ ]    S.S. [ ] | | | | | | |
| REASON FOR WITHDRAWAL: | | | CSS | KINDERGARTEN:    School | | | | | Teacher | | | | | | |
| | | | | Date Entered: | | | | Days Present | | | | | | |
| | | | | Date Withdrew | | | | Days Absent | | | | | | |

FELL-00000197

# WILKES-BARRE AREA SCHOOL DISTRICT
## COUGHLIN - GAR - MEYERS - PLAINS - WILKES-BARRE TOWNSHIP

**WILKES-BARRE AREA SCHOOL DISTRICT**
- Report Card Receipt -

| ST NUM | STUDENT NAME | DAYS ABSENT | DATE | SCHOOL NAME | HR |
|---|---|---|---|---|---|
| 025134 | FELL, DONALD | 056 | 062293 | PLAINS JR. H.S. | 41 |

DAYS ABSENT: HS / VT

Report Card Receipt: DATE 062293 | ST NUM 025134 | HR 41

| COURSE NUMBER | CREDITS | TCH NO | QTR 1 | QTR 2 | EXAM | SEM 1 | QTR 3 | QTR 4 | EXAM | SEM 2 | YEAR | NAME OF SUBJECT | CON QTR 1 | CON QTR 2 | CON QTR 3 | CON QTR 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07201.0033 | | | C | E | | D | E | E | E | E | D | ENGLISH 7 | | | 06 | |
| 0721.7534 | | | E | E | | E | E | E | | E | E | DEV READ 7 | 09 | | 08 | |
| 27301.0041 | | | C | E | E | E | E | E | E | E | E | SOC STUD 7 | | 10 | 10 | 01 |
| 37221.2516 | | | C | E | E | D | E | E | E | E | E | MATH 7 | 15 | | 01 | 11 |
| 47201.0017 | | | C | E | | D | E | E | E | E | E | SCIENCE 7 | 01 | | | |
| 5732 .5043 | | | C | D | | D | D | D | | D | D | ART 7 | | | | |
| 7720 .5019 | | | C | E | | C | C | D | | C | C | VOC EXPLOR 7 | 04 | | 11 | |
| 8732 .5055 | | | C | E | | E | E | C | | D | E | MUSIC 7 | 13 | 11 | | |
| 9723 .5023 | | | F | F | | F | F | F | | F | F | PHYS EDUC 7 | 01 | 01 | 09 | |

| CREDITS CARRIED | CREDITS EARNED | GRADE POINTS | GPA |
|---|---|---|---|
| 7.000 | 2.000 | 2.500 | .357 |

STUDENT IS _____ PROMOTED

```
A=93-100
B=85- 92
C=75- 84
D=70- 74
E=BELOW 70 (FAIL)
I=INCOMPLETE
P=PASS
```

COMMENT CODE:

```
01 CONDUCT UNDESIRABLE
02 MAKES GOOD USE OF ABILITY
03 ASSUMES RESPONSIBILITY
04 GOOD CLASS PARTICIPATION
05 COMMENDABLE ATTITUDE
06 DOES MORE THAN REQUIRED
07 MARKED IMPROVEMENT
08 TEST SCORES LOW
09 FREQUENTLY UNPREPARED
10 DOES NOT MAKE GOOD USE OF ABILITY
11 FREQUENTLY ABSENT
12 DOES NOT MAKE UP WORK
13 NOT ATTENTIVE-WASTES TIME
14 INCONSIDERATE OF OTHERS
15 A CONFERENCE IS REQUESTED,
   PLEASE CALL COUNSELOR
```

NAME OF STUDENT: _____

REMARKS: _____

PARENTS: PLEASE DETACH RECEIPT AND RETURN TO HOMEROOM TEACHER PROMPTLY. TO ATTAIN THE BEST PROGRESS OF THE STUDENT THE HOME AND SCHOOL MUST WORK TOGETHER. PLEASE EXAMINE THIS REPORT CAREFULLY AND DISCUSS IT WITH YOUR CHILD. DO NOT HESITATE TO "REMARK" OR CONTACT THE SCHOOL.

PARENT'S SIGNATURE BELOW INDICATES THAT YOU HAVE EXAMINED THIS REPORT CARD BUT DOES NOT NECESSARILY INDICATE APPROVAL.

PARENT'S SIGNATURE _____

FELL-00000198



FELL-00000199

(MIDDLE NAME)

DAYS
DAYS
TOTA
TARD
**Prom**

S.P.
P. -

**Band**
**Base**
**Bask**
**Dram**
**Footb**
**Futur**
**Futur**
**Glee (**
**Gym**
**Hocke**
**OTHE**
"
"

ACTIV

**Altar**
**Choir**
**Church**
**C.Y.C**
**Demol**
**J.C.C.**

## ACHIEVEMENT AND APTITUDE TESTS

| Date | TRANSCRIPTS SENT TO: | | | | FOLLOW-UP (Colleges, Institutes, Job Placement, etc. |
|---|---|---|---|---|---|

1989 Pennsylvania Assessment System
Pupil: FELL        DONALD    R
Grade:  3 Sex: M I.D. No.:
Birth Date:  4/30/80
Dist:WILKES-BARRE AREA
Schl:DANIEL J FLOOD

| Test Scores | Reading | Math |
|---|---|---|
| No. of Items Correct | 42 of 56 | 48 of 55 |
| Pct. of Items Corr. | 75.0% | 87.3% |
| Dist. Avg. % Correct | 77.4% | 84.0% |
| State Avg. % Correct | 78.8% | 83.8% |
| Nat'l. Avg. % Corr. | 78.2% | 79.3% |
| Date Exited From Essential Skills Services | N/A | N/A |

FELL-00000200



FELL-00000201



WYOMING VALLEY WEST ELEMENTARY SCHOOLS
KINGSTON, PA 18704

**Explanation of Grades**

Grade 1          Grades 2 - 5

E = Excellent     A = Superior     4.0
G = Good     B+ = Above Average     3.5
S = Satisfactory     B = Above Average     3.0
U = Unsatisfactory     C+ Average     2.5
P = Pass     C = Average     2.0
F = Failure     D = Below Average
    But Passing     1.0
    P = Pass     0
    F = Failure     0
    I = Incomplete     0
SP = Supplemental     SP = Supplemental     0
Program assign-     Program assign-
ment     ment
W = Withdrew     W = Withdrew



STUDENT NAME    SEX    PHONE
FELL DONALD ROBERT    M    288-8862

FELL DONALD
REDACTED - FELL
KINGSTON     PA 18704

| 1264 YEAR | GRADE-SECTION | SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|
| 86-87 | 01-01 | 1954700 | 06-20 | |

STUDENT NAME: FELL DONALD ROBERT

| SUBJECT CODE | CREDIT | TEACHER | SUBJECT DESCRIPTION | YEAR GRADE |
|---|---|---|---|---|
| 510110 | 1.00 | 0339 | READING 1 | A 3.6 |
| 510120 | .50 | 0339 | SPELLING 1 | A 4.0 |
| 510130 | .00 | 0339 | ENGLISH 1 | P |
| 510140 | 1.00 | 0339 | HANDWRITE 1 | B 2.6 |
| 520110 | .00 | 0339 | SOC STUDY 1 | P |
| 530110 | 1.00 | 0339 | MATH 1 | B+ 3.3 |
| 540110 | .00 | 0339 | SCIENCE 1 | P |
| 560110 | .00 | 0437 | PHYS ED 1 | P |
| 560120 | .00 | 0339 | HEALTH 1 | P |
| 570110 | .00 | 0744 | ART 1 | P |
| 570120 | .00 | 0187 | MUSIC 1 | P |
| 590110 | .00 | 0339 | CONDUCT 1 | L 1.7 |

| CURRENT | DAYS ABSENT: | 2.0 | TIMES TARDY: | 0 |
|---|---|---|---|---|
| CURRENT | CREDITS: 3.50 | Q.P.A. 3.3171 | RANK: 144/387 | |
| CUM. | CREDITS: | Q.P.A. | RANK: | |

FELL-00000202



FELL-00000203

NAME _Fell_ _Donald_ _Robert II_ Sex (M.) F.  DATE _4/30/80_
(Last)                     (First)          (Middle)

OTIS-LENNON SCHOOL
ABILITY TEST

FELL          DONNY R          TESTS          INTELLIGENCE
GR 4          AGE 10- 0
LEVEL ELEM    FORM R

SCHOOL        RAW
ABILITY       SCORE
INDEX         57
115

              PR-S
AGE NORMS     85-7
GRADE NORMS   88-7
LOCAL NORMS   73-6

P.A.S.T.

P.S.A.T.

S.A.T.

S.A.T.

S.A.T.

D.A.T.

STUDENT:   FELL, DONALD R.                          1991 TELLS
GRADE: 5   SEX: M
ID NUMBER:          -001-0052
BIRTH DATE: 04/30/80
DIST: PITTSTON AREA
SCHL: LINCOLN EL SCH

| Test Scores | No. of Items Correct | Pct. of Items Correct | Dist. Avg. % Correct | State Avg. % Correct |
|---|---|---|---|---|
| READING | 39 OF 45 | 86.7 | 72.1 | 72.7 |
| MATH | 63 OF 85 | 74.1 | 68.5 | 66.6 |

DATE EXITED FROM ESSENTIAL SKILLS SERVICES - READING: N/A  MATH: N/A

FELL-00000204

FELL-00000205

©1987 HBJ  
STUDENT NO  
OTHER INFO  
AGE 10- 0   TEST DATE 4/24/90   AAC

| SCORE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LIS | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 32/44 | 32/40 | | | | 103/120 | 52/76 | 72/93 | 93/118 | 320/407 | |
| NAT'L PR-S | 84 - 6 | 77 - 7 | | | | 88 - 7 | 60 - 5 | 65 - 6 | 80 - 7 | 67 - 6 | |
| LOCAL PR-S | 32 - 4 | 56 - 5 | | | | 77 - 7 | 38 - 4 | 48 - 5 | 50 - 5 | 56 - 5 | |
| GRADE EQUIV | 6.0 | 6.4 | | | | 8.5 | 4.6 | 5.8 | 5.8 | 6.0 | |
| AAC | MIDDLE | MIDDLE | | | | MIDDLE | LOW | MIDDLE | MIDDLE | | |

**Stanford ACHIEVEMENT TEST SERIES**

©1987 HBJ  
FELL      DONALD R  
GR 5   NORMS GR 5.8  
LEVEL INTER 2 FORM E  
STUDENT NO  
OTHER INFO  
AGE 11- 0   TEST DATE 4/23/91

| SCORE TYPE | WD STUDY SKILLS | READING COMP | VOCAB-ULARY | LISTEN'G COMP | SPELLING | LANGUAGE | CONCEPTS NUMBER |
|---|---|---|---|---|---|---|---|
| RS/NO POSS | 50/60 | 50/60 | 28/36 | 32/40 | 41/50 | 37/53 | 26/34 |
| NAT'L PR-S | 80 - 7 | 81 - 7 | 79 - 9 | 61 - 6 | 72 - 6 | 60 - 6 | 85 - 7 |
| LOCAL PR-S | 75 - 6 | 69 - 6 | 67 - 9 | 61 - 6 | 72 - 6 | 34 - 4 | 61 - 6 |
| GRADE EQUIV | 9.5 | 10.0 | 7.3 | 8.1 | 8.3 | 6.4 | 8.0 |

| SCORE TYPE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LISTEN'G | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 30/44 | 26/40 | | | | 100/120 | 60/76 | 78/103 | 82/118 | 320/417 | |
| NAT'L PR-S | 92 - 6 | 65 - 6 | | | | 86 - 7 | 74 - 6 | 70 - 6 | 73 - 6 | 61 - 6 | |
| LOCAL PR-S | 24 - 4 | 36 - 4 | | | | 74 - 6 | 64 - 6 | 56 - 5 | 38 - 4 | 61 - 6 | |
| GRADE EQUIV | 6.9 | 6.7 | | | | 9.8 | 7.6 | 7.2 | 7.2 | 8.0 | |

4th

Fell (NAME)   Donald (FIRST NAME)   (MIDDLE NAME)

Date of Birth: 4-30-80   Place: W-B Twp   Phone: 825-6635
Mo. Day Year   (Pencil)

Cert. State Penn No. 0.4.1.90.4.0 Baptismal [ ] Other
nation Verified: yes [ ]   no [ ]   Male [y]   Female [ ]

GRADES 1 and 2
V - Very Good
S - Satisfactory
C - Cont. to Improve
I - Improv. Needed
U - Unsatisfactory

GRADES 3, 4, 5, and 6
A - Excellent (93-100)
B - Good (85-92)
C - Average (74-84)
D - Passing (70-74)
E - Failure (0-69)

Physical Education (Pass or Fail)

| SCHOOL | Flood | Flood | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TEACHER | Fgeland | RY9icl | | | | | | | |
| | | L.Shoner | | | | | | | |
| YEAR | 87-88 | 88-89 | | | | | | | |
| GRADE | 2-3 | 3-3 | | | | | | | |
| | S | V | | | | | | | |
| | V | S | | | | | | | |
| g | U | U | | | | | | | |
| ng | S | C | | | | | | | |
| :matics | V | C | | | | | | | |
| ng | V | B | | | | | | | |
| lage | S | C | | | | | | | |
| e | S | C | | | | | | | |
| Stud. | V | D | | | | | | | |
| l | S | C | | | | | | | |
| Ed. | S | | | | | | | | |
| ARY Inst. | | | | | | | | | |
| | | | | | | | | | |
| ent | 155.5 | 174 | | | | | | | |
| ent | 7.5 | 7 | | | | | | | |
| s. | 0 | 0 | | | | | | | |
| l to: | 3rd | 4th | | | | | | | |
| NTERED | 10-5-87 | 95-88 | | | | | | | |
| D FROM | W.V. W | 2nd | | | | | | | |

Donald Robert Fell
(Parent or Guardian)

REDACTED - FELL

(Address in Pencil)

Debbie Kotzer   Service Advisor / Stitcher
(Mother's First & Maiden Name)   (Parent's Occupation—in Pencil)
Total Children in Family [2]   Number under 18 - 2

Significant Limitations: (physical, social, mental) –

| School: | Grade | | School: | Grade | |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| HOME ROOM TEACHER | | | | | |
| SCHOOL TERM | | | | | |
| DATE ADMITTED | | | | | |
| ADMITTED FROM | | | | | |

| COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR | COURSE CREDITS | No. Weeks | Periods | 1 SM | 2 SM | YR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| DAYS PRESENT | | | | DAYS PRESENT | | | |
|---|---|---|---|---|---|---|---|
| DAYS ABSENT | | | | DAYS ABSENT | | | |
| TOTAL BELONGED | | | | TOTAL BELONGED | | | |
| TARDY | | | | TARDY | | | |
| Promoted [ ] Retained [ ] S.S. [ ] | | | | Promoted [ ] Retained [ ] S.S. [ ] | | | |

M1733   FELL-00000206

# ELEMENTARY SCHOOL
## PERSONAL DATA SHEET

School DAN F/E

Fell      Donald    Robert

Last Name      First      Middle

REDACTED - FELL

Address (House Number and Street)

Wilkes-Barre  PA  18705

City, State and Zip Code (Residence)

Sex  M    Birth Date  10-30-80    Place of Birth  W-B Twp.

Home Phone Number  825-6635    Birth Cert. No./Other Certificate  0449040

Emergency Phone Number and Name of Person  822-7135  THeResA  SHARpe

Donald  Robert  Fell

Father's Full Name

Living: Yes (✓) No ( )  Separated ( )  Divorced ( )

Service Advisor for SeAps

Father's Occupation          Father's Place of Employment

Father's Education: Elementary ( )  Junior High ( )  High School ( )  High School Graduate ( )  College (✓)

Full Name of Step Parent

Debbie    Kotzer

Mother's First and Maiden Name

Living: Yes (✓) No ( )  Separated ( )  Divorced ( )

Stitcher

Mother's Occupation          Mother's Place of Employment

Mother's Education: Elementary ( )  Junior High ( )  High School (✓)  High School Graduate ( )  College ( )

Full Name of Step Parent

(Circle Below Your Response)

Residing with Mother and/or Father, Step Parent(s), or Legal Guardian(s), include name, address and phone if not listed above.

Has child any allergies, physical, mental or emotional handicaps?  Yes ( )  No (✓) If yes, describe extent of handicap

Give names and birth dates of children:

| NAME | BIRTH DATE | NAME | BIRTH DATE |
|------|-----------|------|-----------|
| 1. Teri Nicole Fell | REDACTED - FELL F2 | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

Total Number of Children  2        Total number of children under 18 years old  2

To what name does your child answer? Nickname  Donny

Remarks and/or card should be removed when not needed or when no longer appropriate.  In no case will the information on this card be transferred to another school, agency, or person without the consent of the parent or guardian.

Mrs. Debbie Fell

Parent(s) or Legal Guardian(s) Signature

FELL-00000207

M1734

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

*Second* MARKING PERIOD

Donald Fell
STUDENT'S NAME

GRADE 3-3

DATE 12-7-88

Dear Parent/Guardian:

Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | | |
| ENGLISH | 1-4-5-10-11 | Test score 55 |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | 1-4-5-10-11 | Test score 35 |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

## COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

Janet Rigal
TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1735

FELL-00000208

WILKES-BARRE AREA SCHOOL DISTRICT

ELEMENTARY SCHOOL PROGRESS REPORT

*Third* MARKING PERIOD

*Donald Fell*_____    *3-3*___    *1-27-89*
STUDENT'S NAME                        GRADE          DATE

Dear Parent/Guardian:

   Your child is doing unsatisfactory work in the subject(s) listed below as indicated by the teacher comments. We feel that the comment(s) marked below are the reason(s) for this lack of success.

| SUBJECT | COMMENTS | TEACHER |
|---|---|---|
| READING | | |
| MATHEMATICS | 1-2-6-7-8-10-11-12 | |
| ENGLISH | | |
| SPELLING | | |
| SOCIAL STUDIES | | |
| SCIENCE | | |
| HANDWRITING | | |
| ART | | |
| MUSIC | | |
| PHYSICAL EDUCATION | | |

### COMMENT CODE

1. Indifferent attitude
2. Incomplete assignments
3. Has difficulty with concept and skills
4. Poor test scores
5. Lack of study
6. Inattention in class
7. Homework unsatisfactory
8. Lack of participation
9. Excessive absence
10. Not working to ability
11. Does not follow directions
12. In danger of failing for this marking period
13. Parent-Teacher conference needed

If parent/teacher conference is requested, you are encouraged to contact your child's teacher in order to discuss methods for improving your child's progress at school.

_____
TEACHER

MAIL ORIGINAL NOTICE -- FILE COPY FOR RECORDS

M1736

FELL-00000209