

FELL-00000351



FELL-00000352

**57**

FELL-00000353

CONTACT SHEET

CASE NUMBER:

C'IENT NAME: Fell                    : MONTH: July

ADDRESS:                             WORKER: D. Feiman

                                            + Carol Galli

C__.ACTS                             1. ) GOAL OF CONTACT: (PURPOSE)
                                     2. ) OUTCOME: (WHAT TRANSPIRED)

DEFENDANT'S
EXHIBIT
P.

Date: 6/28/90                        1. ) Transfer visit.
Location: Home
Who Seen:                            2. ) As workers were waiting for
                                     Mr Fells to answer their door, this
Debra Fell                           worker noticed a pile of empty beer
Donald "                             cans in the back of their car that
Donald " Jr                          was parked in the driveway.
Eric "                                      Worker was introduced to the family
                                     & then Carol explained to them of
                                     a/b the Dependency Petition.
                                            Mr Fell appeared to become
                                     upset. But Mrs. Fell said
                                     she'd go through D+A counseling
                                     or whatever.
                                            The family was given new worker
                                     name.

FELL-00000354



DEFENDANT'S
EXHIBIT
Q

## CONTACT SHEET

CASE NUMBER:                MONTH: *October*

CLIENT NAME: *Fell*        WORKER: *D. Lerman*

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| --- | --- |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/30/90

Location: Phone

Who Seen:

7:24 AM Busy

9:29 AM →

1. ) To return Debbie's call.

2. ) Called to report that Roz & ~~Don~~ Don got into a fight last night. (Don had been drinking.) fight began b/c Don had hit Donny Jr. — Don hit Donny across the face & caused his lip to bleed — ~~this~~ his lip did not swell up & there are no bruises this morning. Debbie kicked Don out immediately & had him arrested. He is

---

**IMPORTANT MESSAGE**

FOR D. Lerman.

DATE 10-30-90    TIME 9:12 A.M./P.M.

M Deb. Fell

OF

PHONE 883-0338
    AREA CODE     NUMBER     EXTENSION

| | | | |
| --- | --- | --- | --- |
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Call ASAP

SIGNED

LITHO IN U.S.A.

TOPS FORM 3002S

Debbie said Denny was really being mouthy — mostly mouthing off to his mom + he wouldn't stop — so Don smacked him across the face.

Wkr discussed Don's consumption of alcohol. She said he has slowed down, But she does not want him back in the house until he has stopped drinking + continues in the Court Advocate counseling.

Wkr asked her twice if she were going to let him back in the house + she said no — not until he stops drinking.

10/30/90 —                    Updated Supervisor on this event.
                    Both sup. + wkr feel this is
Maureen            inappropriate discipline + will not be
Thompson           called into childline at this time.
                    Wkr will meet w/ both Fell
                    children to discuss the incident.

Pittston

FELL-00000356

CONTACT SHEET

CASE NUMBER:

:ENT NAME: Fell

ADDRESS:

MONTH: October

WORKER: PWSecma

DEFENDANT'S
EXHIBIT
R

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 10/30/90

Location: Lincoln Elem School

Who Seen:

the Nurse Wascavage

Donny

Fell, Jr

1. ) Wkr went to the school to talk to Donny a/b the

2. ) incident last evening.

The nurse wanted to inform wkr that Terri was sent home today b/c she had lice. It's the 2nd time this year. Plus last year they had lice a/b 6 X's.

When wkr ask Donny to explain what happened last night he was nervous + he would say one thing + then wkr would ask a question to clarify + he would change his answer. This happened a couple of times, but wkr was able

FELL-00000357

Terri was sleeping and Donny claims he was talking to his mom & his dad got mad & punched him (he didn't hit him - he says he had a closed fists). Then Terri came out of her room & started mouthing off to her dad so he smacked her (at an open hand). She started to cry & he told her to shut up, but she didn't stop crying so he grabbed her by the neck w/ both hands & started choking her. Debbie then intervened & got Terri away & put her to bed.          (This was a/b 8:30pm)

Then Deb & Don went into the hall way (he stayed in living room) & they were fighting. Then they came into the living room & continued to argue for a couple of hours. Then Ron changed his clothes & Debbie kicked him out. This was 11:30pm. He kept trying to get back in so Deb called the cops. They took Don away.

Donny says he does not want to live w/ his dad. He admits to being scared of him. He said his mom kicked him out &

Donny claims his mom was not drinking, but that his dad had been drinking beer all day – Wkr checked his mouth & he had a small cut on his inner lower lip on the right side – there was no puffiness. Wkr also discussed the problem of lice. He says they use the special shampoo & combs & their mom has sprayed the home. He doesn't know why they keep getting it.

10/30/90
Home
Debbie
&
Teri

1) Wkr met w/ Teri, alone, to discuss the incident last night. She told one story w/ no changes.

2) She said her mom & dad were fighting b/c Donny wouldn't take a shower. She was in her bedroom, but she came out b/c of the yelling. She said Donny was calling them names & refused to shower. She then saw her dad hit Donny across the mouth. Wkr asked her to show him her dad's hand was – she said he back handed him. Wkr asked if she thought it could've been a fist. She said "no, I don't think so." Wkr asked if he used the front of his hand or the back & she said, again, he used the back.

over

FELL-00000359

She then started to cry b/c Donny's lip was bleeding — her dad told her to stop & when she didn't he grabbed her neck. Wkr asked her how & she said he was behind her & he took one of his hands and put it around her neck. Wkr checked but there were no bruises evident. She said he only held on for a few seconds & she coughed & her mom got him to stop. She was certain he had grabbed her w/ only one hand & from behind.

She then went & finished her homework & went to bed. But her mom & dad were still fighting. Then the police came & took Don away in handcuffs. She admitted to being scared of her dad & she didn't want him to come back. Wkr asked if her dad hit or slapped her last night she said, "No he only grabbed to my neck w/ my hair." She also said her dad was drinking, but her mom wasn't.

Wkr then met w/ Debbie to clarify her understanding of the incident.

She said Donny was mouthing off b/c she asked him to take a [?] & [?] wasn't want to. She

said ___ both her + Dan + that's when Don hit him. Wkr asked how + she said w/ the inside of his hand - like a slap. Teri overheard + said I think it was the back of his hand. Debbie said it could've been - she's not sure - she just saw his hand + arm move quickly. Wkr asked if he could've used a fist - Debbie said no - she saw his opened hand + the swing. (When worker was talking to Donny + he said his dad punched him he demonstrated by holding his fist up + pushing straight out). Debbie + Teri stated that he swung his hand + arm

Debbie said her + Don then got into a fight b/c she felt what he did was wrong. Wkr asked if Don had done anything to Teri. She said he had grabbed her by the back of the neck w/ one hand + told her to stop crying. Wkr asked if he had hit or slapped Teri + she said no.
She called the police + they arrested

him for Public Drunkenness &
Disorderly Conduct.   His hearing is
Nov. 8 so he'll be in jail til
then ~~until~~ unless someone posts bail.
        She claims she does not plan on
letting him back into their home.
        wkr encouraged her to get a
Protection from Abuse Order. She said
the police last night said they would
file one. wkr told her to call &
double check b/c she thinks Debbie
has to do that herself.

        wkr also discussed the issue of
lice w/ Teri & Debbie & ~~they~~ they said
the house has been sprayed several times
Debbie said she even took them to the
doctor & he said they may be carriers
i.e., they could walk by a kid w/ lice &
then they'd get it.  wkr did not know
if that's possible, but she suggested washing
clothes & sheets in hot water & checking the
carpets & furniture. She said she even

FELL-00000362

8. Referring to the previous Services and Objectives sheet, identify by problem number, the actions taken by <u>caseworkers</u> and other <u>service providers</u> to assist the family.

P1. Children and Youth caseworker has provided casemanagement and supportive services.

P2. Catholic Social Services had provided a few counseling sessions. Children and Youth casemanagement and supportive services, as well as announced and unannounced visits.

P3. ████████████ Court Advocate, has provided drug and alcohol counseling.  Children and Youth casemanagement services.

P4. Children and Youth and Wyoming Valley Drug and Alcohol has provided Children of Alcoholics groups.


9.  A comprehensive assessment of all areas of family functioning including:  Safety of the child;  The review of family functioning/assessment;  Changes in specific areas which demonstrate cooperation and motivation to change.

During this assessment period, Mrs. Debbie Fell continued to reside at 7 Main Street, Inkerman with her two children, Donny and Teri.  Mr. Fell has not lived in the home since October, 1990. Debbie claims she and Mr. Fell are not going to reconcile.

Mr. Fell had signed himself into a detox unit in November. During December, January, and part of February, Mr. Fell had been consistently attending his drug and alcohol counseling sessions with ████████.  However, he slacked off in his attendance until he did not show up at all.  ████████ Court Advocate, closed his case at the end of March for noncompliance.  She has not heard from him since.

During this assessment period, this worker had contact with Mr. Fell on one occasion in December.  Worker had made an unannounced visit to the home and found Mr. Fell outside.  He said he had come to visit, but no one was home.  Worker has not seen or heard from him since.

Debbie had attended a couple of counseling sessions at Catholic Social Services, however it was for marital counseling.  When she explained that she was not going to reconcile with her husband, but would like family counseling to help her children to adjust, she was told a new worker would be assigned.  Debbie then informed worker that she had not heard from Catholic Social Services in several weeks so she made an appointment at the Children's Service Center.  Debbie has attended an Intake appointment and she has an appointment scheduled for Donny on June 14.

FELL-00000363

9. (continued)

There has been no evidence of violence in the home nor has there been any signs that Debbie is drinking excessively. In the beginning of May, Debbie reported that she was seeing someone, ███████████ She claims he dos not drink alcohol.

Both Teri and Donny participated in the Children of Alcoholics (C.O.A.) groups sponsored by Children and Youth in conjunction with the Wyoming Valley Drug and Alcohol Services. They completed all the groups by the end of this assessment May 30, 1991.

Teri will be in 4th grade and Donny will be in 6th grade next year. There have been no school related problems.

There have been no reports of the children having lice in the past six months. Both children continue to be involved in extracurricular activities and appear to be well-adjusted children.

Due to the fact that Mr. Fell is no longer in the home, physical violence is no longer an issue. Mr. Fell was also the parent with the more problematic drinking behavior.

Due to these changes, plus the fact the children did attend the Children of Alcoholics groups, this worker will be working towards closure with this family over the next six months.

Children and Youth worker has provided casemanagement and supportive services within the GPS Ongoing Unit.

FELL-00000364

## FAMILY SERVICE PLAN

1. Family Name: __Fell__                    3. Date of Previous Review __11/90__

2. File Number: __000056__                  4. Date of this Review:___5/91___

                                            5. Worker's Name: __Deanna German__


6.   Identify the progress or lack of progress in accomplishing each numbered objective from the Services and Objectives sheet, to alleviate each corresponding problem.

P1. Mrs. Fell has provided a safe and stable home environment.  Mr. Fell no longer resides in the home.

P2. Mr. Fell is not living in the home.  Therefore, there is no problems with physical violence.

P3. Mr. Fell had been attending on a consistent basis, but he stopped going and was terminated from services.  There has been no evidence of Mrs. Fell drinking excessively.

P4. Donny and Teri did attend and participate in the Children of Alcoholics groups.


7.   Referring to the previous Services and Objectives sheet, identify by problem number, the actions taken and not taken by parents, children, and others.

P1. Mr. and Mrs. Fell are not living together.  Therefore, there has been no problems of physical violence.

P2. Mrs. Fell had asked Mr. Fell to leave back in October of 1990 due to his violent behavior.

P3. Mr. Fell is no longer living in the home, but he is believed to be drinking again.

P4. Teri and Donny have completed the Children of Alcoholics groups.

m185

FELL-00000365

DEFENDANT'S
EXHIBIT
I

Page II

Screening
Worker: _____

Case
Name: _____

Date of
Call: _____ 1-27/03

Helpline
Worker: _____
Signature

Time of Call: _____ 3:12 A (P) Service: Phone: Hrs.: _____ Min.: 20

## REFERRAL SOURCE CODES
01 = Anonymous
02 = Child - Self Ref.
03 = Perpetrator
04 = Parent/Guardian
05 = Sibling
06 = Relative
07 = Friend/Neighbor
08 = Babysitter
09 = Landlord
10 = Private Dr./Nurse
11 = Dentist
12 = Private Psych/Psycho
13 = Public Health Dept.
14 = Hospital
15 = Law Enforce. Agency
16 = School
17 = Day Care Staff
18 = Clergy
19 = Residential Fac.
20 = Coroner
21 = Courts
22 = Pub. MH/MR Agency
23 = Other Priv. Soc. Svcs.
24 = Other

## REASON FOR REFERRAL CODES
01 = Neglect/Physical
02 = Neglect/Mistreat/Emot.
03 = Neglect/Environment
04 = Neglect/Medical
05 = Abandonment
06 = Inadequate/No House.
07 = Inadequate Supervision
08 = Parent/Child Conflict
09 = Behavioral Problems
10 = Community Problems
11 = Conflict w/Law
12 = Runaway
13 = School Prob./Truancy
14 = School Prob./Behavior
15 = Drug/Alcohol Prob.
16 = Placement
17 = Day Care/Place. Prevent.
18 = Court Ordered Superv.
19 = Medical Clearance
20 = Home Study
21 = Teenage Pregnancy
22 = Adoption Services
23 = Maternity Services
24 = Hospitalized Parent
25 = Information/Referral
26 = Inappropriate Discip.
27 = Other
28 = Protective Services

## RELATIONSHIP CODES
AF = Adoptive Father
AM = Adoptive Mother
BRO = Brother
C = Child
COU = Cousin
F = Father
GUA = Guardian
HBM = Half-brother Mat.
HBP = Half-brother Pat.
HSM = Half-sister Mat.
HSP = Half-sister Pat.
M = Mother
MA = Maternal Aunt
MC = Maternal Cousin
MGF = Maternal Grandfather
MGM = Maternal Grandmother
MU = Maternal Uncle
O = Other (Not a Relative)
OR = Other Relative
PA = Paternal Aunt
PAR = Paramour
PC = Paternal Cousin
PE = Perpetrator
PGF = Paternal Grandfather
PGM = Paternal Grandmother
PU = Paternal Uncle
SB = Step-brother
SF = Step-father
SIS = Sister
SM = Stepmother
SS = Step-sister

## SCHOOL DISTRICT CODES
19-110 = Berwick Area
40-140 = Crestwood Area
40-160 = Dallas Area
40-260 = Greater Nanticoke
40-300 = Hanover Area
40-330 = Hazleton Area
40-390 = Lake Lehman
40-600 = Northwest Area
40-660 = Pittston
40-885 = Wilkes-Barre
40-920 = Wyoming Area
40-930 = Wyoming Valley West
99-000 = Other (Out of State)

(Circle One)

Placement Resolved

Vol.    C.O.    P.C.

(Check One)
WI - Worker Informed
WP - Worker Phone

Contact with Supv.

Supv. Out

Supv. Phone Work

ACTIVE WORKER: _____

Problem Identified by Referral Source: (Include information on prior ChildLine Numbers)

_[handwritten, largely illegible]_ Called from _[redacted]_ ... intoxicated ... that her boyfriend w/ mother confirms ... drinking heavily. Step father ... alleging that S/F and child do not get along and S/F does not want him home. Dr. ... states they ... no reason for him to remain but mother wants him ... at ... direction. Info unable to find.

FELL-00000366

LUZERNE COUNTY CHILDREN & YOUTH SERVICES
CLIENT INFORMATION PROFILE

REVISED 3/27/89

Page [ ] of

CASE NAME: _Fell_        NEW CALL [✓]    NEW INCIDENT [ ]    UPDATE CALL* [ ]    DEO DATE [

SCREEN WKR [ 163 ]
CALL NUMBER [
DATE OF CALL [ 11-27-93 ]
TIME OF CALL [ 3:15 ] A(P)
* INCIDENT # [        ]
CROSS REF [        ]

REFERRAL SOURCE CODE [ 14 ]
REFERRAL AGY: ~~████████~~
CALLERS ~~████████~~
ADDRESS:
TELEPHONE : ~~████████~~
~~████████~~
REF REA~~███~~ [   ] [   ] [   ]

CALL STATUS [ P.I. ]
ABUSE [ Y ] [ N ]
RESPONSE LEVEL [   ]
INTAKE WKR [   ]

DISPOSITION
DATE ASSG'D [
CASE WORKER [
CASE NO. [
MA NO. [

CALL STATUS: NEW CALL - 1st time family referred (ever). UPDATE CALL - Change data in a call. (reference incident #) NEW INCIDENT - subseqential call on family (open or closed); case exists previously. R = Race (see codes) RE = Religion (se codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship typ (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother an line number of child's father.    CN is the child's permanent child case number; MS is marital status (U = Unmarried S = Separated, M = Married, W = Widowed, D = Divorced). HC = Handicap (Y,N). · SX = M,F, or U (unborn).

| L | RT | Parents M, F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|--------------|-----------|---------------|-----|----|----|---|----|----|----|
| 1 | C | | Fell | Donald Byrs | 8yrs | M | | | | | |

School District Code: 40-885   Street Address: 30 E. Chestnut   City: WB   Co   Zip   Telephone Number: 824-5842   Childline #   Type [   ]   CN

| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|-------------|-----------|---------------|-----|----|----|---|----|----|----|
| 1 | m | | Fell | Dobbie | | | | | | | |

School District Code   Street Address   City: C-1   Co   Zip   Telephone Number   Childline #   Type [   ]   CN

| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|-------------|-----------|---------------|-----|----|----|---|----|----|----|
| | | | | | | | | | | | |

School District Code   Street Address   City   Co   Zip   Telephone Number   Childline #   Type [   ]   CN

| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|-------------|-----------|---------------|-----|----|----|---|----|----|----|
| | | | | | | | | | | | |

School District Code   Street Address   City   Co   Zip   Telephone Number   Childline #   Type [   ]   CN

| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|-------------|-----------|---------------|-----|----|----|---|----|----|----|
| | | | | | | | | | | | |

School District Code   Street Address   City   Co   Zip   Telephone Number   Childline #   Type [   ]   CN

| L | RT | Parents M F | Last Name, | First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|-------------|-----------|---------------|-----|----|----|---|----|----|----|
| | | | | | | | | | | | |

School District Code   Street Address   City   Co   Zip   Telephone Number   Childline #   Type [   ]   CN

FELL-00000367

Screening Worker: _____Rendel?_____    Case Name: ___Fell___

Date of Call: _____11·27·93_____    Helpline Worker: ___Michelle___
                                                            Signature

Time of Call: ___3;15___   A(P)   Service: Phone: Hrs.: _____   Min.: _15_

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01-Anonymous | 01-Neglect/Physical | AF - Adoptive Father | 19-110 - Berwick Area |
| 02-Child - Self Ref. | 02-Neglect/Mistreat/Brot. | AM - Adoptive Mother | 40-140 - Crestwood Area |
| 03-Perpetrator | 03-Neglect/Environment | BRO - Brother | 40-160 - Dallas Area |
| 04-Parent/Guardian | 04-Neglect/Medical | C - Child | 40-260 - Greater Nanticoke |
| 05-Sibling | 05-Abandonment | COU - Cousin | 40-300 - Hanover Area |
| 06-Relative | 06-Inadequate/No House. | F - Father | 40-330 - Hazleton Area |
| 07-Friend/Neighbor | 07-Inadequate Supervision | GUA - Guardian | 40-390 - Lake Lehman |
| 08-Baby-sitter | 08-Parent/Child Conflict | HBM - Half-brother Mat. | 40-600 - Northwest Area |
| 09-Landlord | 09-Behavioral Problems | HBP - Half-brother Pat. | 40-660 - Pittston |
| 10-Private Dr./Nurse | 10-Community Problems | HSM - Half-sister Mat. | 40-885 - Wilkes-Barre |
| 11-Dentist | 11-Conflict w/Law | HSP - Half-sister Pat. | 40-920 - Wyoming Area |
| 12-Private Psych/Psycho | 12-Runaway | M - Mother | 40-930 - Wyoming Valley West |
| 13-Public Health Dept. | 13-School Prob./Truancy | MA - Maternal Aunt | 99-000 - Other(Out of State) |
| 14-Hospital | 14-School Prob./Behavior | MC - Maternal Cousin | |
| 15-Law Enforce.Agency | 15-Drug/Alcohol Prob. | MGF - Maternal Grandfather | |
| 16-School | 16-Placement | MGM - Maternal Grandmother | (Circle One) |
| 17-Day Care Staff | 17-Day Care/Place.Prevnt. | MU - Maternal Uncle | |
| 18-Clergy | 18-Court Ordered Superv. | O - Other (Not a Relative) | Placement Resolved |
| 19-Residential Fac. | 19-Medical Clearance | OR - Other Relative | |
| 20-Coroner | 20-Home Study | PA - Paternal Aunt | Vol.   C.O.   P.C. |
| 21-Courts | 21-Teenage Pregnancy | PAR - Paramour | |
| 22-Pub.MH/MR Agency | 22-Adoption Services | PC - Paternal Cousin | |
| 23-Other Priv.Soc.Svcs. | 23-Maternity Services | PE - Perpetrator | |
| 24-Other | 24-Hospitalized Parent | PGF - Paternal Grandfather | (Check All That Apply) |
| | 25-Information/Referral | PGM - Paternal Grandmother | |
| | 26-Inappropriate Discip. | PU - Paternal Uncle | WI - Worker Informed   [✓] |
| | 27-Other | SB - Step-brother | |
| | 28-Protective Services * | SF - Step-father | WP - Worker Phone   [✓] |
| | | SIS - Sister | |
| | | SM - Stepmother | Contact with Supv.   [ ] |
| ACTIVE WORKER: _____ | | SS - Step-sister | |
| | | | Supv. Out   [ ] |
| | | | Supv. Phone Work   [ ] |

Problem Identified by Referral Source: (Include information on prior Childline Numbers & prior CYS involvement)

1

FELL-00000368

Page II

INTAKE WORKER: _Rundel_    FAMILY NAME: _Fell_

DATE: _____ _11·27·93_ AND TIME: _3:15 PM_    OF CONTACT
WITH SUBJECT OR REPORT WHERE APPLICABLE.                Last      First

1. Source of knowledge of situation:

___ Observed    ___ Told by another party    Date: _11·27·93_

Who: _____ _R.D. paw_ _____

2. Actions taken or about to be taken:

_____ Photographs    _____ Hospitalization    Discharge Date: _____

_____ Medical Exam    Who _____

_____ Police Notified    Who _____

_____ Emergency Custody Taken    Other (specify) _____

_____

3.A) Present location of child: _____

_____

B) School or Day Care (name & address) _____

_____

Grade _____    _____ Regular Class    _____ Special Class

C) Present location of parents/caretaker/perpetrator:

_____

_____

4. SPECIFIC ALLEGATIONS:

A) Date of Incident: _____ _11·27·93_

B) Describe Incident: _mom didn't want_
_to take child home._

FELL-00000369

Page III

C) Where did alleged abuse/neglect occur? _____
_____

D) Child's current condition? _____

E) Freqency or severity of alleged abuse/neglect: _____
_____

For elaboration of incident, please go to page 4, #8.

5. **ADDITIONAL RISK FACTORS: CHILD**
Describe any physical, mental or behavioral factors that may place the
child at risk:

_____
_____
_____
_____

6. **ADDITIONAL RISK FACTORS: FAMILY**
A. Describe any caretaker/perpetrator characteristics that place the child
at risk:

_____
_____
_____
_____

B. Is there any substance abuse in the household? ____ No ____ Unknown
____ Yes.   If yes, please explain:

_____
_____

C. Does caretaker/perpetrator have a history of violence or severe
emotional problems?

____ No ____ Unknown ____ Yes   If yes, please explain:

_____

FELL-00000370

Page IV

D. What is the environmental condition of the home? _____

_____

_____

7. A)  Will child be at risk due to CYS involvement?  ____ No  ____ Unknown

   ____ Yes.  If yes, please explain:

_____

_____

   B)  Present involvement/cooperation with community services: _____

_____

_____

------------------------------------------------------------

8.           Problem Identified by Referral Source  (continued)

Mom came to pick up child from psych unit. She's intoxicated. She doesn't want child.

Joan Del Rocco - pa - she was admitt last Thurs. for observations - hit in head w/ brick. not Psych unit. Mom asked Psych unit to take him. Can smell alcohol on her. Her friend said she was drinking previously. Now, - mom said she'd take him. They're arguing - suggested they go Rome.

FELL-00000371

ASSIGNED OR
CRISIS WORKER _____ FAMILY NAME: _____

DATE _____ TIME: _____ OF CONTACT WITH SUBJECT OR REPORT WHERE
APPLICABLE.

Last,        First

9.          A.) CHILD SEEN IMMEDIATELY:  Yes _____  No __✓__

RATIONALE FOR DECISION TO SEE CHILD IMMEDIATELY OR NOT:

_Child  not  in  danger_

_____

B.) WORKER OUT:  Circumstances: _____

_____

_____

10.          PROBLEMS IDENTIFIED BY CHILD(REN);  FAMILY MEMBERS; PERPETRATOR
Identify persons interviewed by name.   (If section not applicable, indicate
N/A):

A.  Present location of child: _____

_____

B.  Type, extent and time frame of alleged abuse/neglect:

_____

C.  Present location of alleged perpetrator and
perpetrator's access to child: _____

_____

D.  Alleged injuries to child.  If so, what type? _____

_____

E.  Need for medical attention and if medical evaluation
has already occurred, what is result? _____

_____

F.  Is there any appropriate adult ally for the child?

_____

Document any other pertinent data related by above source(s):

FELL-00000372

ASSIGNED WORKER: GL Pizano  FAMILY NAME: Fell

Last,      First

DATE: _____ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

12.      ASSIGNED WORKER'S ASSESSMENT

This section is to be a synopsis of the worker's in-person, collateral and other contacts with family, significant others and agencies. It should reflect the tying together of information on the contact sheets.

*********************************************************************

This wkr. visited the Fell home on 11/30/93. Mrs. Fell was at home w/ paramour, Al Wilcox, + daughter, Jerri. When this wkr. addressed the initial referral, Mrs. Fell explained that Jerry was at a friend's house w/ Al Wilcox + the friend had no phone. Mrs. Fell therefore called the police to ask them to go to the home + advise Mr. Wilcox that Jerry needs to be home in A.M. for school. Mr. Wilcox explained that he + his "buddy" were going out + Jerry was staying w/ "buddy's" daughter to play - children supervised by an adult.

This worker also addressed the second allegation regarding Donald. Mrs. Fell explained that Donald is violent + aggressive - involvement w/ CSC - diagnosis - prone to schizophren ADHD. Child was medically hospitalized as he was hit in head w/ a brick). Mrs. Fell explained that she had a sitter for Jerri + went out w/ friends. Mrs. Fell said she was initially told by the hospital that her son would be held at least overnight. The hospital then contacted Mrs. Fell as Donald was becoming violent + they wanted to discharge him. Mrs. Fell said she refused to take him as he was behaving violently + also due to his injury. Mrs. Fell said she requested that Donald

FELL-00000373

also informed who that was scheduled on Dec. 8. for Donald as she feels he needs something like St. Michael's. Mrs. Fell further explained that Donald refuses to take meds., won't go to sessions at CSC, has tried to stab his mother, + is very violent, comes and goes as he pleases.

Home was well-furnished + clean. Jerry was appropriately dressed + responsive to wkr. Mrs. Fell + Mr. Willcox were very open + cooperative w/ wkr.

FELL-00000374

13.    STATUS OF EVALUATION OF CHILD ABUSE ALLEGATION (This section is to be completed by CPS Intake only):

Include status determination, basis for status, date CY-48 sent to Childline, and MDT staffing date recommendations, if applicable.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

N/A

14.    RESULTS OF INTAKE INVESTIGATION/ASSESSMENT:

Worker should document results of Intake Assessment and state rationale for transfer closure of case at CYS. If further CYS involvement is/is not warranted, specifically state rationale; i.e., issues of abuse or neglect. Include family's present involvement with other community agencies and/or any referrals, written or verbal, given to the family. Include staffing date, if case is to be opened for ongoing services at CYS.

This case remained at P.I. level + will be closed at intake as there is no evidence of abuse or neglect at this time. The initial referral did not indicate neglect and was explained appropriately by Mrs. Fell. Mrs. Fell only sought assistance of police as friends did not have a phone. Juvenile Court will be involved after Dec 8. Regarding Donald. MH services have also been provided in past and are also aware of current situation. Service planning & placement prevention services were provided.

15.    DATE INTAKE COMPLETED/CLOSED: 12/1/93    By: _____
                                                          Caseworker

                                          Reviewed By: _____
Date Transcribed:                                       Supervisor

SCREENER OR
CRISIS WORKER: _____     FAMILY NAME _____
                                                    Last,      First

DATE: _____ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

11.          SCREENER/CRISIS WORKER'S ASSESSMENT

            This section is to be a synopsis of the worker's in-person, collateral and other contacts with family, significant others and agencies. It should reflect the tying together of information on the contact sheets.
***********************************************************************************

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FELL-00000376