FELL, DONALD

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

PROGRESS RECORD

Note daily progress of case, complications, consultations, changes in diagnosis, instructions to patient.
(In case of Puerpera please note: Fundus Height, Condition of Perineum, Lochia, Breasts and Nipples, Phlebitis, Sutures removed, Hemorrhoids, Tampons etc.)

| DATE | |
|---|---|
| 5/?/92 | *(handwritten notes, illegible)* |

0357

# EXHIBIT 20

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492  0119P  11Y  043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/14 | 130pm | Group | Discussion on alcohol related problems. Donald participated in group. He stated people drink to fit in & sometimes model off their parents. Suzanne M. Smith Therapist |
| 4/14 | | | [illegible] SMSS M |
| 4/14 | 4³⁰pm | Telephone | I called Mrs. Fell & she verbally answered my questions to Fell out the people social form. She stated Donald recently had accident & shot her friend while they were playing with a [illegible] (SNS 4/14/92) gun. She states Donald hits her & his sister, [illegible] curses, doesn't follow rules & throws things when angry. She stated his father was very strict & she was very [illegible]. She states he & his sister were sexually & physically abused by a relative [illegible] babysitter at age 4. She states his father use to beat him & her now. They recently moved out on the father & haven't seen him. In closing she states she is interested in tough love meetings. Continued SMS Therapist |

Formulated: April, 1988
Form #: 4500.204.88

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary P) REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/14/92 | 4:30 pm | Telephone | set up a family session for April 16, at 12:00 — Susannah Smith Therapist |
| 4/14/92 | 5:00 pm | IND | Donald and reviewed his Treatment plan & he signed it. the treats he realizes he has to change him negative behavior & feels bad for beating up his mom & sister. he was tearful & stated he will follow our rules here, he stated his father had beat his & his mom when they lived together. Susannah Smith therapist |
| | | | |
| 4-15-92 | 12:30 | MHW | Pt sleeping on initial rounds. |
| | 2:00 AM | | Appears to be sleeping as observed g 15 minutes |
| | 6:00 AM | | Awake. Bloodwork drawn by lab tech. Pt cooperative |
| | 7:00 am | | Pt awake. Am care done. (con't shake temp res mus) |

Formulated: April, 1988
Form #: 4500.204.88

0393

WILKES-BARRE GENERAL HOSPITAL   FELL, DONALD
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/15 92 | 8am | MHW Cont. | Pt to classroom. _Shan Jones MHW_ |
| 4-15 92 | 8am | Add. | Urine specimen obtained and sent to lab. — _Shan Jones MHW_ |
| 4/15/92 | 2:45 | education | Donald participated during education and art. His conversation was somewhat inappropriate at times but he was cooperative. I spoke with his teacher from the Children's Service Center and she said he does well in the initial program. — _Mary O'Hanna, Teacher_ |
| 4/15/92 | 3:00 pm | FW | Donald states he doesn't care if his mom hasn't visited or called him because he is mad at ___ and so there for ___ "putting him in here". He is not yet taking responsibility for his negative actions. He has no reaction about the family union ___ states he doesn't like it here — _Suzanne N Smith therapist_ |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000727

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-15-92 | 5:00 430 | MHW | Donald level 5-1 attended all activities. Interacts with staff. Participated well in groups. [illegible] |
| 4-15-92 | 12:30 pm | Group | Discussed his [illegible] problems — [illegible] to not take too seriously — confronted by [illegible] worker — discussed parents separation & subsequent divorce, peers offering support. — [illegible] |
| 4-15 | 4:00 12:30 | MHW | Patient had superficial interaction this evening. Patient doesn't accept responsibility for his behavior. Patient remains on level 5-1 with Q 15 minute checks done throughout the shift. — [illegible] MHW |
| 4-16-92 | 12 — 8 am | Shift notes | Pt was [illegible] asleep on initial rounds and observed q 15 min. Am care was completed [illegible] MHW |
| 4-16-92 | 10:00 am | IND | Donald appears bright & pleasant this morning. He states he is motivated to be working on his treatment issues & completing his goals. He states he is looking forward to |

Continued [illegible] therapist

Formulated: April, 1988
Form #: 4500.204.88

0395

FELL-00000728

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

FELL, DONALD
3711793                          383700
641492  0119P    11Y  043000
TEUSSNER, JA           824-5842
WILKES BARRE              PA M S

| Date | Time | Heading | Comments _Continued_ |
|------|------|---------|----------|
| 4·16·8 | 10:00 am | F ND | the family session with his mom. He hopes to communicate better with his mom. He states that his mom yells a lot. However he can see about to causing her some stress by her negative behavior. He states that he realizes that he is engaging in dangerous behavior by playing with guns & knives. He states he realizes he could've accidentally killed or injured his friend. He states he needs to think before he acts. He still seems somewhat superficial & not truly having an understanding of the severity of his serious abuse. — Suzanne N Smith therapist |
| 4·16·8 | 1:30 | Family | Donald's mom came in for the session. She states she has had it with Donald's inappropriate & violent behavior at home. He threatens to throw his sister down the steps, he pushes the mom when her back is literally turned. He locks his room with he hangers & won't allow anyone in. _Continued_ SNS therapist |

Formulated: April, 1988
Form #: 4500.204.88

0396

FELL-00000729

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

FELL, DONALD

(Interdisciplinary Progress Record)

383700

REDACTED - FELL

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | Continued |
| 4/16/9 | 12:00 | Family | He states Donald [illegible] smoking but [illegible] feels better under his window & has [illegible] in his room. Donald entered the session while he was disrespectful. He argued verbally with her & constantly [illegible] his voice. He blamed [illegible] [illegible] for his behavior & only once in a while took some of the blame. He became disrespectful [illegible] [illegible] saying "un ah" & loudly telling his mom not to call him Brother. The session was ended & Donald became very agitated & didn't want it to end. He was then escorted to [illegible] the [illegible] out [illegible] & he proceeded to throw his [illegible] yell. He did then follow direction & carried out his [illegible] — Suzanne N. Smith therapist |
| 4/16/9 | 1:45 pm | Telephone | I called CVS & spoke with Deanna & she states that they are involved with the family currently. She states for us to keep [illegible] [illegible] in Donald's progress too — Suzanne N. Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000730

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                       383700
041492  0119P    11Y  043080
KRUSSNER, JA    --    824-5842
REDACTED - FELL
       KES-BARRE              PA M S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4/16/92 | 1230 | _group_ | Missed most of group — in family session. R^ _Grevitz_ _Therapist_ |
| 4/14/93 | 9:30 | M He | Donald level 5-1 attended all groups and family session. Pt was disrespectful in session. Sarcastic to staff — _Mark Kramer_ MHW |
| 4/14/93 | 4:00 | _recreation_ | Donald participated during recreation and art. He was inappropriate in his behavior at times but was generally cooperative. Mary Claire Fowler |
| 4/16/93 | 3-11 PM | note | Patient remains on level 5-1 quiet and withdrawn — for disrespectful toward staff and peers. Placed on room restriction at 5:00 PM due to accumulated 10 points. Patient given five points for in and out of room. Participated in group. He appeared disheveled. Treatment given _preventative_ for head lice. Patient to bed at 10 PM. _____ Re MHW |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0348

FELL-00000731

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4·17 | 12-8 | MHW | PT Remains on Level 5-1 c̄ q 15 min. cHecks. PT is sleeping quietly. MaSSat MHW. |
| 4/17/92 | 2.3pr | Group | Discussed the importance of discipline to the development of self-discipline & how such assists children in growing up. Pon was making positive contributions to present secure service about how he felt about this. Ritey and Next |
| 4-17-92 | 8:00/4:30 | shift notes | Pt. remained on Level 5-1. appetite good for breakfast and lunch. attended and actively participated in groups, and was able to give peer feedback. During freetime he was eager to complete goal and review treatment plan with staff. We dis— cussed ways he can learn to control his temper when becoming frustrated. Pt act— ively participated in the recreational group this afternoon. There was (continued) 4-17-92 |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000732

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793
041492 0119P  11Y  383700
EFUSSNER, JA    043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
CPO

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | continued |
| 4-17-92 | 3:30 | short notes | an episode where he had a slight altercation which involved pushing another peer. He "given T.O. for this. Later he discussed it with staff and peers, apologized for his behavior. In dayroom at end of shift. Tina Belardo |
| 4/17/92 | 4:30 | MHW notes | Pt remains on S-1. Pt was placed on room restriction because he had 16 points. Pt did not say anything to staff about his room restriction. The nurse found an error in the report and brought it to his attention. He said that day staff told him that he did not have room restriction. Pt had to spend the rest of the night in his room. He did take his consequence without further malice. Taylor MHW |

Formulated: April, 1988
Form #: 4500.204.88

0400

FELL-00000733

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-16 92 | 12:30 | MHA | Sleeping on initial rounds |
| | 2:30 am | | Appears to be sleeping on @15 min rounds. |
| | 5:00 am | | Appears to be sleep as observed @ 15 min. |
| | 7:00 am | | Awake. Am care done. |
| | 8:30 am | | On dayroom at end of shift. S-1 precautions maintained. [illegible] |
| 4-18 | 8-1 | MHW. | PT Remains on level S-1. PT was pleasant This morning. PT had Run in with Mike [illegible] T/hreaten to Kill him PT was Timed out and Recived 3 [illegible] for This Behavior. Mark Sgt MHW |
| 4/18/92 | 4:00 12:30 | MHW | PT remains on S-1. PT was cooperative and pleasant tonight. He took part in all groups with ample participation. PT expressed his feelings about openly Except in the [illegible]. He [illegible] he wasn't here and was [illegible]. He was timed out in discussion group (continued) |

Formulated: April, 1988
Form #: 4500.204.88

0401

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711795        383700
041432  0119P  11Y  043080
          1A        824-5842
REDACTED - FELL        PA M S
WILKES BARRE

| Date | Time | Heading | Comments |
|---|---|---|---|
| | | | continued |
| 4/18/ | 400 2:30 | M.H.W notes | because he could not respond to question How he has to change to get out of here and improve his life. He was timed out then returned to group and still was very passive and non responsive. At times he was silly and in constant motion. — Tom Zelito MHW |
| 4-19 | 12:30 | MHW | Sleeping on initial rounds. |
| | 2:30 | | Appeared to sleep as observed q 15 minutes. |
| | 5:00 | | Appeared to sleep as observed q 15 minutes. |
| | 7:30 | | Awake. Am care done. |
| | 9:00 | | To dayroom at end of shift. — Sharon Jones MHW |
| 4-19 | 4:30 | MHW. | PT Remains on S-1 Level. PT is NOT Allowed to Speak to Mike. PT was Pleasant to Pay's. Mark Szot MHW. |

Formulated: April, 1988
Form #: 4500.204.88

0402

FELL-00000735

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

REDACTED - FELL

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/19/92 | 4 oc. 5:30 | MHW note | Pt remains on S-1. Pt was quite [illegible] and [illegible] for the shift. He needed redirection by staff on several occasions. He was given a time out in the seclusion room because of rude statements [illegible] toward staff and peers. He did take part in all groups tonight with simple participation. Pt is still on separation with another male patient. ____ [illegible], MHW. |
| 4-20-92 | 12 MN 6:30 | MHW | 12:30 Pt appeared to be asleep upon initial rounds. 6:30 Reflective [illegible] as observed g 15 minutes. 6:30 AM care completed Pt [illegible]. ____ [illegible], MHW |
| 4/20/92 | 2:47 | education | Donald participated during education and art. He read well and was cooperative. ____ Mary O'Karma, teacher |
| 4/20/92 | 12:30p | Group | Discussed the importance of developing a trusting relationship c an authority figure & how such could help his development. [illegible signature] |

Formulated: April, 1988
Form #: 4500.204.88

0403

FELL-00000736

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0404

FELL-00000737



**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD                 393700

REDACTED - FELL

WILKES BARRE              PA M S

| Date | Time | Reading | Comments |
|------|------|---------|----------|
| 4-21 | 12:30 AM | | Appeared to be sleeping on initial rounds |
| | 2:30 AM | | Appeared to sleep as observed |
| | 5:30 AM | | Appeared to sleep as observed |
| | 7:30 AM | | [illegible] Share Jones MSW |
| 8:30 AM | 4-21-88 END | | Donald is very quiet & refused to discuss mom, not seen or talked to her in a few days but she did leave him on Easter basket here. He states he will cooperate in the family session & won't try to make his mom feel guilty for staying away & having him visit in his place. He states he will convince her to trust him but he has no plan in how to. He states he will control his temper by playing sports & not hitting his mom or sister anymore. His ideas are somewhat vague & not concrete — Continued Suzanne [illegible] Therapist 4-21-88 |

Formulated: April, 1988
Form #: 4500.204.88

0405

FELL-00000738

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492  0119P   IIY  043080
FEUSSNER, JA              824-5842
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| | | | Comments BARRE |
| | | | 000 |
| 42193 | 8 am | INO | He states he has been getting panic _____ _____ _____ _____ _____ on him. He states this is body he can't _____ up the _____ & is still on level C. _____ N Smith therapist |
| 42193 | 12 x | Family | Donald's mom came in for the session. Donald _____ the session & didn't look at his mom. He laid on the bed & only answered questions when asked. He states he was mad his mom hadn't come to see him since the last family session. He started telling his mom she yells too much at him & he should do _____ him please & thanks you for all she wants him to do. He told her that she shouldn't _____ him during shows on TV. He was very disrespectful with his mom & was getting him _____ _____ _____. He started cursing & yelling when his mom left. The session should be ended. He started cursing myself & his mom. He was refusing to be escorted out of the session. Continued  Suzanne M Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0406

FELL-00000739

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383/??
041492  0M19P   11Y  043099
FEUSSNER, JA         824-9042
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4-21-9 | 12:30 | Family | He felt the session went well & that he didn't do anything wrong. He continued to be disrespectful towards staff after the session. [illegible] 4-21-92 then stated prior to admission he attempted to become police officer will not eat pork & needed to be eventually handcuffed by the police to settle down. Donald of course denied this & downplays all his problems — Suzanne N Smith therapist |
| 4-21-9 | 2:00 pm | Group | "Behavior" – Donald at first didn't want to enter group but after the session concluded & participated fully. He stated how his previous behavior was out of context. He stated he doesn't think before he acts & instead acts irrationally. He states he would like to change the [illegible] Suzanne N Smith therapist |
| 4-21-9 | 8:00 4:30 | Shift | Please See RN Note — [signature] |
| | | | |
| | | | |

Formulated: April, 1988
Form #: 4500.204.88

0407
FELL-00000740

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
5711793                      383700
           0110P    11Y  043080
                             824-5042
REDACTED - FELL
WILKES BARRE                 PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/21/92 | 3:20 | EDUCATION | Donald participated during education. He missed art because he had a family session. ———— Mary O'Hanna, Teacher |
| 7/21 | 4-12¹⁵ | NYT shift | Pt on level 5-1. Spent free time on room restrictions this evening. Very silly and disruptive with peer while on room restrictions. Needed much redirection and took advantage when supervision of the unit was sparse due to amount staff meeting. Nothing better upon... charge problem issues. Caught very ... in ... and disrespectful toward of staff ... Taking little responsibility for his behavior. Had very poor family session earlier ... today. — Tony Ferguson RN |
| 4/20/92 | 130 | MHW | Sleeping on initial rounds |
|  | 8:00 am |  | Appears to sleep as observed q 15 minutes. |
|  | 9:30 am |  | Appears to sleep as observed q 15 minutes. |
|  | 7:30 am |  | Awake Am care done. |
|  | 8:30 am |  | Room restrictions due to 4/21 pts given. — Shaw Jones MHW |

Formulated: April, 1988
Form #: 4500.204.88

FELL-00000741

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/21/93 | 10:00 am | INS | Donald states that he is sorry for acting so poorly yesterday. He states he will call his mom today to apologize for the poor poverty ___ ___. He states he does have thoughts if he ___ father ___ to hurt him & his mom. He states he remembers the pain & shouldn't be physically or verbally abusive to his mom or sister. He states he will try & think before he reacts. He, however, is having difficulty thinking of appropriate ways to control his anger. He is working on his goals today & cooperating so far — Suzanne M. Smith, Therapist |
| 4/22/93 | 3:46 | Education | Donald participated during education and was cooperative until near the end of the session when he left the room after being redirected by a staff member. He missed art because he was on room restrictions. — Mary O'Karma, Teacher |

Formulated: April, 1988
Form #: 4500.204.88

0409

FELL-00000742

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/22/94 | 430 | Sh/ft | Pt on level S1. On Room restriction due to RIO points. Cooperative with. Required _____ points throughout the day. White and firm warnings such as walking out and away from staff members. _____ (smhw) |
| 1/27/92 | 12.3p | Group | Discussed reg. (-) behavior of peers. Pt quickly came to peers support - appeared to be feeding into peers neg. (-) behavior. Discussed with pt. how such could impact on or his behavior. Dr. turn _____ pt. from peer due to his (& peers) in-attentiveness, talking & silly etc. — Robert Pyzonski, Psyt |
| 4/29/ | 4:00 11:30 | MHW | On level S-1. On room restriction since yesterday. Did not eat dinner. Gained a total of 12 points by bedtime for telling peers to shut-up and for being disrespectful to staff. Appeared angry and was disrespectful. In bed _____. |

**Formulated: April, 1988**
**Form #: 4500.204.88**

0410

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3711793                    383700
041492                     119  049090
FEUSSNER  JA              824-5012
REDACTED - FELL
WILKES BARRE             PA  N  S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-22-92 | 4:00 12:30 | MHW | around 9pm - [illegible] MHW |
| 4-23-92 | 12:30 | 4 MHW | Sleeping on initial rounds. |
| | 3:00 am | | Appears to sleep as observed |
| | | | q 15 min. |
| | 5:00 am | | Appears to sleep as observed |
| | | | q 15 min. |
| | 7:30 am | | Awake. Am care done. |
| | 8:30 am | | Room restrictions for |
| | | | 3 pts given yesterday [illegible] |
| 4-23-92 | 12:30 | Group | Topic - Begins disappointment/failure |
| | | | Donald did not participate in group |
| | | | as he developed a poor attitude, |
| | | | [illegible] following redirection & started |
| | | | cursing myself. — [illegible] |
| 4-23-92 | 2:30 pm | IND | Donald apologizes for his behavior & |
| | | | states he wants to change his behavior. |
| | | | He states that he hates room restriction |
| | | | & gets really down on himself & then |
| | | | doesn't cooperate. He seems to state |
| | | | the things he needs to do but |
| | | | has difficulty in carrying them out. |
| | | | He states he will call his mom again, |
| | | | apologize & ask to see the family |
| | | | session tomorrow. — Continued [illegible] |

Formulated: April, 1988
Form #: 4500.204.88

0411

FELL-00000744

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
041492 0119P  11Y  043080
FEUSSNER, JA            824-5842
REDACTED - FELL
WILKES BARRE          PA M 5

| Date | Time | Heading | Comments |
|------|------|---------|----------|
|  |  |  | Continued |
| 4/24 | 2 pm | IND | He states that he realizes he needs medication to help control his temper. He states he will try & control his behavior & get moving on working on his treatment plan. — Supervision |
| 4/24 | 3 pm | education | Donald did his school work in his room during education. He was not allowed to come to art because he was on room restrictions. ———— Mary O'Kane, teacher |
| 4/23 | 5 pm | night | Succ. Roommate - Wendy Carwowski |
| 4/23 | 4:00 12 am | MHW | Patient disrespectful and in need of redirection throughout the shift. Patient not cooperating with restriction. Patient should be focus on treatment. Donald remains on level I-1 with 15 minute checks done throughout the shift. Donald accumulated fourteen points by bedtime. ———— Brenda Marandi MHW |

Formulated: April, 1988
Form #: 4500.204.88

0412

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 12/9/2 | 12 MN 8:30 | *nurw* | 1230 Pt appears to be *sleeping* upon *initial rounds.* |
| | | | 06:30 Pt resting comfortably as *observed* q 15 minutes |
| | | | 08:30 AM care completed Pt in *program* |
| 12/9/2 | 8:30 am | INA | Donald stated he *still felt like* pro restriction *but will try very hard to behave today so he will be off it tomorrow.* He states he *does want the family session & attempted to call her but she wasn't home & spoke with her mom's boyfriend. Also he stated that he is not used to his mom being so still as before his father left.* He *was very soft & lenient. He is still upset she doesn't want him but keeps forgetting she told him she will never put him while he is on good behavior. He seems to get into a negative thinking mode when a different time being optimistic. Continued* |

Formulated: April, 1988
Form #: 4500.204.88

0413

FELL-00000746

**WILKES-DARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3711793                          383700
041492 0119P    11Y  043080
FEUSSNER, JA             824-5842
REDACTED - FELL
Comments BARRE           PA M 3
009

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/24/92 | 8:30 pm | IND | H states he does have a difficult time thinking before he acts. He states sometimes he gets angry & doesn't remember what he exactly does he states. Suzanne M Smith Therapist |
| 4/24/92 | 3:00 pm | Family | Mrs Fell came in for the family session. She states she spoke with him yesterday & he was appropriate. He stressed to him that he should cooperate here if he wants to eventually come home. Donald entered the session happily & was glad to see his mom. He stressed to his mom he was going to make it a good session. He was appropriate & respectful to his mom. He still needs to be able to accept his mom's actions "firmer". He didn't talk back but states he realizes he will have to try hard to not argue back or make excuses mostly. He should be allowed to & he was proud of his behavior & was his mom. Suzanne M Smith Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0414

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    383700
C41492 0111P    11Y  045080
FEISSNER, JA          824-5312

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/24/93 | 8:00 4:30 | Shift | Pt. on level S-1. On room restrictions due to ? behaviors If had CPS today (see note) Reviewed Tx. Plan. He O very smart Anxious. But Co'd not come up c Any reasons he fails to follow his Appropriate Plans Attended groups (?) _____ D. (?) |
| 4/24/93 | 3:37 | education | Donald did his work during the OSC while on restriction. He was cooperative. _____ Mary O'Krasnic Teacher |
| 4/24/93 | 2:30p | Group | Discussed Dreams, + how dreams affect moods & behaviors. Excellent behavior in group - bright, insightful comments. Polite & pleasant. follows re-direction easily. _____ Robert J. (?) Mgmt. |
| 4/24/93 | 4:12 | MHW | PT Remain at S-1. PT Had Room Restriction All Day. PT Was allowed to Watch movie. PT Did very well in group. Mut Seat MHW |

Formulated: April, 1988
Form #: 4500.204.88

0415

FELL-00000748

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                         383790
041492 C119F   11T  043060
FEUSSKER  IA         824-5842
REDACTED - FELL
WILKES BARRE          PA M 3

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4-25-9 | 1 am / 6:30 | MPGO | 1230 Pt increased to level C as per ord. It appeared to be sleeping as observed q 1/30. 0630 Pt resting comfortable as observed q 1/30. Pt care completed Pt in dayroom |
| 4-25-92 | 730 | Sh | Pt on level C. Needs much redirection. Pt complies when told to do so. Whines at times when does not get his own way. Worked on out. Pt still at times CTO. Given additional out. Watched movie. To PEERS and related in group. |
| 4-25-92 | | Note | Patient remains on level C needs redirection for silliness. Visited by mother, good interaction. Participated in education and group therapy. Patient talked about physical abuse by his father. Also sexually abused by a babysitter. Patient playing card game with others during free time. Patient to bed at 1030 and resting quietly at this time. |

0416

FELL-00000749

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-26-92 | 12 NN 8:30 | MHW | See RN notes _____ (signature) |
| 4/26/92 | 8-4:30 pm | Staff note | Nursing note _____ (signature) |
| 4-26-92 | 4=5pm 12=3pm | Staff note | Patient remains on level B. Timed out for silliness early in shift. No visitor. Playing ball in free time. Participated in education and group therapy. Patient superficial in discussing his problem. Enjoyed watching movie before bed time. Patient to bed at 10:30 pm, and resting quietly at this time. — Todd (signature) MHW |
| 4-27-92 | 12:30 | MHW | Appeared sleeping on initial rounds — |
|  | 3:00 am |  | Appeared to sleep as observed Q 1/2°. _____ |
|  | 5:00 am |  | Appeared to sleep as observed Q 1/2°. _____ |
|  | 7:30 am |  | Awake. Am care done _____ Shari Jones MHW |
| 4-27-92 | 10:30 am | IND | Donald was happy to be on level B. However, he was quiet & maintained little eye contact. He stated nothing was bothering him but he appeared somewhat down. He stated he had a Continued - Suzanne N. Smith therapist |

Formulated: April, 1988
Form #: 4500.204.88

0417

FELL-00000750

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492  0119P    11Y    043080    383700
FEUSSNER, JA            824-5842
REDACTED - FELL
WILKES BARRE          PA # 5
OCO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 4/7/93 | 10³⁰ | IND | good visit with his mom. He states he is looking forward to getting level A back in let in getting his treatment plan reviewed. He states almost over-confidently that he will follow all the rules at home & be always respectful of his mom. He seems to feel coming treat back wont be difficult. He thoughts seem to be wandering & not consistating on what we were discussing. He states he wont play with guns or knives anymore & states they are dangerous & people can get hurt. – Suzanne N Smith |
| 4/7/93 | 12³⁴ | Group | Drew a picture of someone you'd like to be. He drew a picture of an eagle. He was at a meeting with a friend, John & the president. He was describing to the president the need to preserve endangered species. – Suzanne N Smith Therapist |

0418

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/2? | 4:30 | MHW | Donald _____ B - Bright _____ participated in P.M. groups. _____ with peers and staff. Pt. not _____ his treatment plan. Working on his goal on free time. No behavior problems _____ MHW |
| 1/27/92 | 400 12:30 | MHW | Pt. remains on Level B. Pt. was pleasant and cooperative tonight. Pt. was visited by his mom. During his free time (never visited) he kept himself busy with other peers. He was very social with his peers and staff. Pt. was also cooperative tonight. He did not need any redirection during the shift. — _____ MHW |
| 4/28/92 | 12:35 | _____ | Pt. asleep _____ _____ observed q 1/2 _____ _____ _____ completed _____ |
| 4/28/92 | 12:30 | Group | Very Verbal in group - appears sincere. Working for level A signature - _____ peers appropriately. Attentive to peer conversation. — Robert _____ |

Formulated: April, 1988
Form #: 4500.204.88

0419

FELL-00000752

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492  0117
FEUSSNER, JA
REDACTED - FELL
WILKES BARRE
COO

383700
11Y  043080
824-5842

PA  H  S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 4/28/92 | 5:4p | Staff note | refer to nsg notes for therapist |
| 4/28/92 | 3:00 pm | I/O | Donald is working for level A & reports a good family session. Tomorrow's pass can hopefully go on a home pass for his birthday. He states he wants to behave & act appropriately. He doesn't want to fight or argue or throw or play with dangerous items. He seemed proud of himself that he was the first one in the group by a few to know a multiplication answer concerning fractions. Donald is proud to not be getting any points yesterday or today. He states he is going to get used to his mom being strict & firm disciplinarian. _Suzanne M Smith therapist_ |
| 4/27/92 | 2100 | MHW | Donald participated during education this evening. Patient had select peer interaction this evening. Patient reviewed his treatment plan with staff this evening. Donald visited with his mom this evening. Patient remains on level B. _Jon M. M_____ |

Formulated: April, 1988
Form #: 4500.204.88

0420

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

```
FELL   DONALD
3711 93
041492  0119P   11Y  043080
FESSNER, JA          824-5842

REDACTED - FELL
WILKES BARRE
000
```

383700
PA M S

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4-4-9 | 5 AM 8:30 | MHW | 5:30 Pt appeared to be sleeping upon initial round |
| | | | 06 30 Resting comfortably as observed q 1/2° |
| | | | 0830 Aircare completed Pt in dayroom — [signature] MHW |
| 4/9/2 | 12:30 | Group | Discussed long term goals & what steps to have taken today toward such. Donald was bright & insightful — focused on goals around home/school. Admits to not doing anything today but plans on reading a science article ASAP. Offering peers good insights. — Robert Togzuli M.A. Thrpst |
| 4/29/9 | 2:00 pm | Family | Donald's mom came in for the family session. She states she feels Donald is coming along a few weeks a phone conversation are going well. She states he appears to be controlling his temper & disappointment well. Donald entered the session & he was happy to see his mom — Continued — Suzanne M Smith therapist |

0421

FELL-00000754

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

```
FELL, DONALD
3711793                    383700
041492 0119P    11Y   043080
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE            PA  M  S
```

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | *Continued* |
| | | | *(handwritten clinical notes)* |

Formulated: April, 1988
Form #: 4500.204.88

0422

FELL-00000755

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
041492 0 19P    IIY   363700
SNER    JA         043080
                   824-5842

REDACTED - FELL

WILKES BARRE    PA M S
COO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 7/24/92 | 3:38 | EDUCATION | Donald participated during education and art and was cooperative. ——— Mary O'Kaine, Teacher |
| 7/24/92 | 430 | MHW | Donald level B — Participated in all groups. Working for level A. Received two signatures. Had family session the afternoon. Session went well. —Maud Meory aau |
| 4/29/92 | 4:00 12:30 | MHW | Donald participated during education this evening. Patient had select peer interaction this evening. Patient cooperative with unit routine. Donald recieved level A this evening. — Sara Dreet, mhir |
| 4-30-92 | 12mn 0:30 | MHW | 12:30 Pt appeared to be sleeping upon initial rounds. 06:30 Pt resting comfortable as observed. 1/5? 08:30 AM care completed. Pt in dayroom. —sister Y Dman |
| 4/30/92 | 8:30 am | IND | Donald was shielded to be going home per today. He states he will follow the rules at home or prove he is trustworthy. Reymeeheles Therapist |

0423

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL. DONALD
3711793                        383700
041492 0119P  11Y  043080
FEUSSNER, JA           824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 4/30/9 | 13³⁰ | Educ | Donald was out on a home pass. Suzanne N Smith, therapist |
| 4/3/92 | 3:00 | education | Donald missed education and art because he was out on pass. Mary O'Karma, teacher |
| 4/30/9 | 2:30 | Shift | Pt. on level A. Went on pass with mom today. ____ D. (hm/lw) |
| 4-30-9 | | Shift note | Patient remains on level A, returned from therapeutic pass at 8³⁰ pm, accompanied by mother. Negative on contraband. Patient and his mother both state that pass went very well. Participated in group therapy. talked about home pass. Interacted with peers before bedtime. ____ |
| | | | |
| | | | |
| | | | |
| | | | |
| 5/1/92 | 8³⁰ am | Educ | Donald states that she had a good family pass yesterday. He got a bike for his birthday. ____ continued Suzanne N Smith, therapist |

0424

FELL-00000757

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793                    363700
041492 0119    117  042980
FLUSHES  IA          024-5840
REDACTED - FELL
WILKES BARRE              PA  N  S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 5/9 | 8ᵖᵐ | FN | He was respectful of his peers & got along with everyone. He states he will control his temper, listen to the rules, get home & participate in school. — Suzanne D. Smith, Therapist |
| 5/9 | out of room 8²⁵ am | Telephone | Mom states the became sick went well yesterday, Donald controlled himself & was respectful. She is looking forward to Donald returning home — Suzanne D. Smith, Therapist |
| 5/10 | 9:45 am | FN | Donald handled the news of no pass home today very well. He states he will just keep up with his good behaviour until he can go home. Suzanne Smith, Therapist |
| 5/1/92 | 11³⁵ am | Telephone | Donald's mom called & explained to her that he won't be leaving today & we want to have him keep up his good behaviour & possibly schedule another home pass as he got a lot of presents & attention for his birthday. She agreed & will stay in touch. Suzanne Smith, Therapist |
| 5/1/92 | 12³⁰ | Group | Draw a picture happy/sad. Donald drew a sad picture of being a scientist & one experiment going wrong. He drew a happy picture of — Continued Suzanne D. Smith, Therapist |

Formulated: April, 1988
Form #: 4500.204.88

0425

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3711793
C41492 0119P    IIY 043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S

383700

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | continued |
| 5/19 | 12³⁰ | Group | being in LA. California & helping control the scene there. Surprised, smile |
| 5/19 | 8/30 | MHW | M on level A. Talked about how things went. Regret it went well. Cooperative & groups. Active in Phys. Ed. Took meds cancelled B/c. Meds well. D/c MHW |
| 5/19 | 3.30 | education | Donald did work from CSC during education and was cooperative. He participated during art. — Mary O'Karma, Teacher |
| 5/1/1 | 4-11³ | Night Note | P on level A. Cooperative toward staff and quiet routine, socialized with peers and enjoyed the evening. Took it well that he was not discharged today. To bed without difficulty. — |
| 5/92 | 12ˣ | MHW | Appeared sleeping on initial rounds — |
| | 1⁰⁰am | | Appeared to sleep observed q ½°. — |
| | 5⁰⁰am | | Appeared to sleep observed q ½°. — |
| | 7³⁰am | | (thr q 5 2 93) 6AM — Appeared to |
| | | | Awake. Am care done. |
| | | | — Shari Jones MHW |

0426

FELL-00000759

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

FELL, DONALD
3711793                    383700
C41492 0119P    11Y  043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA M S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 5/2/42 | 8-8:30 | Subt Note | refer to NSG Notes J. Chryzman |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Formulated: April, 1988
Form #: 4500.204.88

0427

FELL-00000760

# EXHIBIT 21

Fell, Donald

# 383700

Dr. Feussner

adm : 6-6-93

H

(Patient Information)

mlg

**WILKES-BARRE GENERAL HOSPITAL**
WILKES-BARRE, PENNSYLVANIA 18764
(717) 829-8111

## Discharge Face Sheet

**No Abbreviations Allowed**  Note: International Classification of Diseases-9th Revision-Clinical Modification (ICD-09CM)

| | | CODE |
|---|---|---|
| **Principal Diagnosis** | That diagnosis which AFTER STUDY is found to be chiefly responsible for the hospital ADMISSION. ONLY ONE DIAGNOSIS. —DO NOT USE "DUE TO","SECONDARY TO",OR "WITH" IN DIAGNOSIS. | |
| ICD-9 | Major Depression with psychotic features | 296.34 |
| **Additional Diagnosis** | Any conditions or diagnoses that co-exist at the time of admission or develop subsequently which affect the treatment received or length of stay. | CODE |
| | Hyperkinetic Conduct Disorder | 314.2 |
| | Borderline Personality trait - | 301.83 |
| | | |
| | | |

| | | CODE |
|---|---|---|
| **Principal Procedure** | One which was performed for definitive treatment rather than one performed for diagnostic or exploratory purposes, or was necessary to take care of a complication. The principal procedure is that procedure most related to the principal diagnosis. | |

| DATE | DESCRIPTION | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| **Other Procedures** | | CODE |
|---|---|---|
| DATE | DESCRIPTION | |
| | | |
| | | |
| | | |
| | | |

Date Of Discharge __ 6-30-93

DICTATED ✔ Date _____ 7/7/93

Disposition   Expired   Autopsy — Yes   No
Coroner's Case   Routine   AMA

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge

Date _____ 7/7/93

Form No 1700 503 84

Signed By Dr _____

0064

# EXHIBIT 22

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD



FELL. DONALD
3711793
041492 0119P  11Y  383700
043080
REDACTED - FELL 24-5842
WILKES BARRE
000                    PA  H  S

4/14/92 (1st admission note) *[handwritten nursing notes, largely illegible]*

4/14/92 (1st - *[illegible]*) *[handwritten nursing notes, largely illegible]*

4-14-92 4³⁰pm - Level S-1. Social c̄ select male peer that he knows from partial program. Has no remorse for his "bad" behavior @ home. Smiles as he talks about it. 5pm - Drew his pictures for the doctor during education. (and they are in chart.) bpm Had no visitors. (continued) Jeanne *[signature]*

Form No.: 4500.205.88

FELL, DONALD
3711793
C1142? 0110P  11Y  C43080
TFIYSPE?, JA              824-9?42
REDACTED - FELL
WILKES BARRE          PA H S
CCO

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

4-14-62 (cont.) Playing cards c̄ peers during visiting hour. & Good group participation. Admits to being disrespectful to his mother, but sees nothing wrong c̄ this behavior. Always laughing when he talks about this. Bragging about other @ behaviors to peers. Watched peer pressure movie c̄ others. Feels he is not affected by peer pressure. Playing cards before HS. _____

4-15-9? (12.5² Am) _____

4/15/92 (Sa ____) level 5-1. Pt. Bright & Happy. Pt's Appetite _____ for lunch & Buffet. Pt. Attended Community meeting & Given goal as to list reasons for Admission. Pt. did this & reviewed this c̄ a.w. He wrote of an accidental shooting ? him playing c̄ weapons. Fighting & Arguing c̄ Mom & DAD & being defiant To Authority figures. He is _____ c̄ Time & open than before To Cope _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
G41492 0119P  11Y  043080
FEUSSNER, JA          824-5842

REDACTED - FELL

WILKES BARRE

4/15/42 (3 - 4 pm) he is limited to [illegible] medication to [illegible] to [illegible] VS stable. Dr. Kramer aware of [illegible]. It was noticed that he may have [illegible] to hair. When exam possible no [illegible] no pubic lice noted. Dr. Feussner aware. Quell order received. — Chrysostom

4/15/92 (4¾ pm - 12) Level S-1. Treatment given for head lice c̄ Quell. His mother notified of this so that she can check other children. Participated in unit activities. Presents no behavior problem on the unit. Confronted in group about his violent behavior @ home and poor judgement. Is making excuses for self & placing blame on his sister. Cooperative. Said he feels good because of the Quell treatment and "his head doesn't itch anymore." Scalp re-checked @ bedtime & no lice, nits seen. A. Waltz R. —

4-14-92 12³⁰ am: lying on bed c̄ eyes closed. Level S-1. 15 minute checks maintained. 3³⁰ am: lying on bed c̄ eyes closed. — 7 am: Awake, VS stable. Showered. — Ruthanne Koonrad,

Form No.: 4500.205.88

FELL-00000764

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793
041492 0119P 11Y 043080
FEUSSNER, JA
383700
824-5842
REDACTED - FELL
C00 PA

4/16/92 (8-4 P??) Remains level S-1. Pleasant [illegible], cooperative [illegible]. Seen by Dr. Krane & Mr. [illegible] [illegible]. Present for community meeting. Goal: [illegible] and [illegible] on ways to control [illegible] [illegible] when [illegible] ē being violent. [illegible] [illegible] interaction [illegible] for [illegible]. [illegible] lunch. Mother in for family [illegible]. Pt became angry during family session & began to [illegible] & talk back. Became [illegible] ē Dr. & mother & then [illegible] [illegible] in hall & [illegible]. Pt received 3 points from therapist for behavior during session. [illegible] to [illegible] room. Also given 2 points for talking [illegible] to staff during education & making [illegible] gestures toward staff. Remains in [illegible] [illegible] end of shift.

4/16/92 (8-4 P?? Addendum) Pt's hair checked & many white particles are evident but no movement [illegible]. Dr Feussner in, no new orders

4/16/92 4[30]Pm Level S-1. Nits noted throughout pt's hair and scalp. Re-quelled per Dr. Feussner's order. Had no visitors. Gained well over ten points because of mouthiness & disrespect during education. Minimal group participation. Does say "he's learned the importance (cont) J McDade

FELL, DONALD
3711793                      383700
041492 0119P  11Y  043080
FFUSSNER, JA      824-5842
REDACTED - FELL
WILKES BARRE      PA H S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/16/92 (cont) of not messing around c̄ handguns." Behavior better @ end of shift. Joanne McDade Rn

Late entry. no/per. Residence: Dexedrine 5mg po 9am tomorrow ~ only. Joanne McDade Rn

4-17-92 12³⁰ am: Level 5-1. Lying on bed c̄ eyes closed. 15 minute checks maintained. 3:30 am: Lying on bed c̄ eyes closed. Resp. regular. 7 am: Awake. VS stable. Ruthanne Koonul

4/17/92 (8-4³⁰) _____ _____ level 5-1. Pleasant selectively social c̄ male peers. Ate breakfast. Present & active in comm'y meeting. Care ___ and Goal: 200 word essay ___ I have begun to ____ even though I know they all ____. Attended education ___ ___ ___ in ___ prn orders like ___ I had for lunch. Talked over during group. Just ____ ____ ___ about stopping his leg ____ ___ but not closing it. ___ in dodge lollipop. Ate snacks 2³⁰ pm. Timed out for pushing male peer. Talking ___ on free time. ___ ___ in beginning @ end of shift. SRN5 S ___

1/17/92 1³⁰ pm - level 5-1. He put on room restrictions because of sixteen points yesterday. Received points this evening for horseplay. (cont.) J McWade Rn-

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P   IIT  043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA X S
000

4-17-92 (cont) Had no visitors. Does not discuss treat-
ment plan. Minimal group participation. _____
h.s. _____ Dr. no - Desidrine tablets 5 mg @
8am - 12 noon - 4pm. _____ Dr.

4-18-92 (12-8pm) 12³⁰pm _____, eye
closed on initial _____ 5-1
3⁰⁰pm _____

7⁰⁰pm _____

7¹⁵pm _____ VS warm, no c/o _____

4/16/92 ( ) last 5-1. PT. _____ Lt
+ Pleasant. Appetite good for Brkfst +
Lunch. Yesterday's Goal Completed. To-
day's goal is To Write Essay on
the Consequences of Playing with Danger-
ous Weapons. He did this + reviewed
this with me. Today he had an Argu-
ment with Peer. And stated To Peer "I'll
kill you." Given T.O. and J pointed for
Threatening Peer. Kept Busy + distractions
use. Stable. No Complaints. J _____ RN

4/18/92 (4-12³⁰pm) Pt on _____ 5-1. Pt ate little.
_____ to stop
arguing with male peer. Pt participated in egg
decorating. Pt had no visitors this
shift. Pt attended cont. Wendy James RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P    11Y   043080
383700

REDACTED - FELL

P.A.

4/15/92 cont - group and had little to say. Pt states he doesn't know he's at home and doesn't [illegible] anyway. Pt has no ambition to [illegible] even though he [illegible] he could [illegible] participate [illegible] alert to most participating in group. Pt [illegible] peers [illegible]. Pt did not [illegible] treatment [illegible] goals. Pt [illegible] problems
                              Wendy Lamie RN

4.19.92 [illegible] in bed [illegible] closed [illegible] S-1 [illegible]

4/19/92 [illegible] level S-1. Pt bright + happy [illegible] Appear to be concerned [illegible] list is completed. No-day goal is to write essay on controlling [illegible] + getting along [illegible] peers. Pt silly [illegible] time but [illegible] involved [illegible] keeps busy [illegible] activities. Staying away from Room. VS [illegible] stable. No complaints [illegible]
                              [signature]

Form No.: 4500.205.88

FELL-00000768

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793                   383700
041492 0119P  11Y  042080

REDACTED - FELL        PA H S

4/19/92 (4-12³⁰pm) Pt on level 5-1. Pt ate dinner [illegible] and had no visitors this shift. Pt had no visitors but stated his mother delivered an Easter basket and too [illegible] him that the doctors cannot allow him to visit. Pt attended group [illegible] little insight and states he does not know when the [illegible] at home or how he intends to follow through. Pt encouraged to start [illegible] on treatment [illegible] does not [illegible] to tube these [illegible]. Pt was in [illegible] pain but was invited to talk to a [illegible] or [illegible] [illegible] from. When redirected he laughed and then continued to talk. To [illegible] pain Pt needed a time out due to this. Pt playing cards [illegible] [illegible] bedtime. Pt to bed [illegible] difficulty. _____

_____ W [illegible] La nurse RN

4-20-92 12³⁰am: Level 51. Lying on bed c̄ eyes closed. Resp. regular. 15 minute checks maintained. 3³⁰am: Lying on bed c̄ eyes closed. Resp regular. 7am: Awake. VS stable. [illegible] [illegible] [illegible]

4/20/92 (8-4³⁰pm) Remains level 5-1. Affect is quiet. Isolating [illegible] of the time. Ate breakfast. [illegible] [illegible] in community meeting. Goal: 150 [illegible] [illegible] _____ [illegible]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P  11Y  043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE          PA  H  S



Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P   11Y  043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE-         PA M S
COP

4/21/92 cont - Pt asked by staff about his plans for upcoming family session. Pt said "I don't know" making a plan for the session was discussed but pt showed little insight. Pt attended education 5 problems. Pt ate lunch 5 problems. Pt attended family session and crising (?) pt was heard. Pt was directed to go to dayroom because the session was over. Pt refused & he put middle finger up at staff and cuss out "Fuck your Bitch". Pt physically taken to dayroom and he continued cursing needing to (restrained out). Pt does not listen to redirection and was placed on time out in his room 2 loud bangs heard coming from room and pt states he punched wall but this was not seen by staff. Pt was very disrespectful to staff and refused in reason. when he should respect others pt states he will not do it and will rip his puppet up. Pt continued to curse and put middle finger up at staff stating "I only did 3 (bad?) things & I shouldn't have 10 points". Pt takes no responsibility for his actions. Pt attended group & minimal.         cont - Windy Lawson RW

FELL-00000771

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P    IIY  043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE           PA M S
C00                              383700

cont. 4/21/92 — participation Pt on room restrictions
as the close of shift — Wendy Cassiss RN
4/21/92 4³⁰pm Level S-1. On room restrictions.
Not working on the assigned essay. Making
disrespectful/sarcastic remarks to staff.
6pm - 'No' one in for visiting. Non-compliant c̄
the rule of room restrictions. 7pm - In group
therapy. Not admitting to his bad behavior
today. Blaming others for his behavior. Toward
the 'end of group started to say "now he
knows he has to respect his mother", etc.
This seemed just to be "lip service." Back to his
room p̄ group. Will be on restrictions tomorrow
for excessive visits. Joanne McRade, R.n. ——
Late entry - no. Dr. Feussner: ↑Dexedrine to 7.5 mg (1½ tab)
Tid po. _____

4/22/92 (8a-4p) Level 5-1. Lt. Appetite good)
for Bkfst & Lunch. Pt. On Room Restri-
ctions for 10 p.m'B & to complete Essay.
Pt. still Negative told ____

Form No.: 4500.205.88

FELL-00000772

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
C41492 0119P  11Y  383700
FEUSSNER  JA   043080
REDACTED - FELL   24-9842

4/22/92 (8ᵃ-4³⁰ᵖᵐ) Testing limits. He walked out of Education + was talking out r A Peer in Group. He received 6 Points for the Day. Goal Today is 200 Word Essay on Why you shouldn't Take Advantage of others Cues if you get Away r it. VS's stable. No complaints. ————— Cheryl Davis

4/22/92 (4-12) Level 5-1. Pt ate supper 4³⁰-5. He remains on room restriction. Doing his schoolwork there from 5-6 pm. Neg attitude re school/work. Pt. irritable in group. Blaming staff for goal not being done. Dr Feussner here. Pt. disruptive, oppositional, cursing at staff. Accumulating many points. ————— [illegible signature]

4-23-92 (12-8 am) 12³⁰ pm ? [illegible] in bed asleep. Pt on initial [illegible] Level 5. ————— 3⁰⁰ pm [illegible] in bed, asleep [illegible] 7⁰⁰ [illegible]

4/23/92 (8-4³⁰pm) Pt on Level 5-1. Pt began shift on room restriction due to many points. Pt ate breakfast r difficulty. Pt attended community meeting and had complete goal plan yesterday. Pt's new goal on [illegible] essay on why he should respect authority ————— cont. - Wendy Lanue RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793
041492 0119P    11Y 383700
FEUSSNER    043080
REDACTED - FELL 24-5842
WILKES BARRE
POO                        PA M S

4/23/92 (3-4³⁰pm) cont - Pt attended education &
problem. Pt asked to call mother and called
her with doctors & staff present. Pt safe-reportedly
apologizing to mother and hung up the
phone quickly so the doctor called most
to talk to mother. When told to call mother
back he refused and left nurses' station.
Pt is to call mother later to report how
his day went. Pt attended group and refused
to comply and listen to education. Pt
received time out and he was cursing
at staff. Pt sat on time out. Pt later
also refused to attend special group
and received more points. Pt did
finally attend but did not use to
the minute. Pt on restriction at the
close of shift ——— Wendy Cermak RN

4/23/92 (9-77) Level 5-1. Pt. ok supper 4³⁰-5pm. He participated
in Education from 5-6pm. He remains on non restriction. In
group he says he's ready for FS on first Friday. Says he's
going to tell family he's going to be good. Pt was confronted
by peer for having no respect for his mom. After
group he remained on RR. He remained positive &
others & oppositional. Resting in bed 10⁰⁵pm ——— mom
Kervich RN

Form No.: 4500.205.88

FELL-00000774

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0111P   111  013090
FRESSNER, JA            624-5842
REDACTED - FELL
WILKES BARRE            PA M 5
C..

4-24-92 (12-4 pm) 12:15 pm lying in bed, eyes closed ...

3:00 pm ...

7:00 pm ...

4-24-92  9:30 am. attended community meeting. gets goal is a 300 word essay on what he wants to gain from Family Session today. Pts goal from yesterday was incomplete and so he is confined to a chair in free time.  — Audrey Bartol RN

11:30 am. appetite fair for lunch Audrey Bartol RN

1-4:30 pm. attended family session, was respectful to mother, attended all groups. Pts family fantasy was to attend a baseball game with his grandfather & his father Audrey Bartol RN

5 pm. appetite fair for dinner  Audrey Bartol RN

6 pm. visited by mother  — Audrey Bartol RN

7-8:30 pm - spoke in group about his family session and about doing his chores at home and the consequences if he doesn't  — Audrey Bartol RN

9 - 11:30 pm. participated in special group and all unit activities  — Audrey Bartol RN.

FELL-00000775

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3711793
041492 0119P 11Y 043080
383700
824-5842
REDACTED - FELL   PA # S
WILKES BARRE
C&O

N-785-1

4/25/92 (11-7:30) Remain level C. Appears to be sleeping in bed @ 12 am. Continues to appear sleeping on 1/2 rounds throughout night. Awake @ 7:30. No c/o ___
SHS ___ M

4-26-92 (8:00 AM - 4:30 PM) Level C. 1/2 rounds cont. 9:15 AM: Attended community meeting. Talked about family session yesterday. Said that it went well. His goal for today is to list 10 ways to control his behavior so he won't lose his level. 9:30 AM - 10:00 AM: Dr. Chang in to visit ___ No new orders received. —

10:30 A - 11:30 AM: Participated actively in geography and pictionary groups. Whiney at times. Staff had discovered that this patient did his community goal for today during community meeting. Pt. was then given an additional 150 word essay on why it is important to pay attention in community meeting. Squealing on peers to staff.

12:00 pm - Cooperative i medication. —

1:30 pm - Watched movie quietly i group. Became hyper as afternoon progressed. —

2:30 pm - 3:30 pm: Needed direction for loudness. Pouting when he doesn't get his own way. Sitting in dayroom. Ruthanne Konrad, n

Form No.: 4500.205.88

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793                        383700
C41472 0119P    11Y    043090
FEUSSNER, JA        824-5842
REDACTED - FELL

4-25-92 4Pm Level C. Pleasant & Cooperative. Appetite good. 5pm - Behaved through education. 6Pm - Mother to visit and this went well. 7Pm - Talked in group therapy about being abused by his father when "little" and being abused by babysitters. Said his father was a heavy drinker. Has just one point today. Cooperative c̄ meds. Has no physical complaints. 11- Asleep. Joanne McRade Rn

4-26-92 12³⁰Am: Level C. Lying on bed c̄ eyes closed. ½° rounds maintained. ——
3³⁰Am: Lying on bed c̄ eyes closed. ——
7Am: Awake. VS stable. Ruthann Koonion Rn
8Am: In dayroom. Am care completed. Cooperative c̄ meds. —— Ruthann Koonion Rn

4/26/92 (3-4³⁰) Remain level c̄ @ beginning of shift. Seen by Dr. Chung, level rounds noted. ——— Present for group activities. Given points for not paying attention in community meeting & not following redirection when told to complete goal sheet to get point correct. Goal list 10 @ bedroom ___ will need to get home. During group, st states feels he deserves his level as well & will be able to maintain it. Comp c̄ meds. Mother in @ 2⁰⁰ visit, clothes brought in & schedule to change ___ visit went well. ——— SM Rn

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793 383700
041492 0119P 11Y 043080
FFUSSNER, JA 824-5842
REDACTED - FELL
WILKES BARRE PA M S
[illegible]

4/25/92 (3-4:30 [illegible]) [illegible] [illegible] [illegible] peers. [illegible]
[illegible signature]

4/26/92 4:00pm - Level C. Acting silly and giving [illegible] for [illegible] not following directions. [illegible] to admit to "bad" behavior in group but does not say what he will do to change his behavior. Is very friendly in approach & social [illegible] the [illegible] visitors. Playing ball in gym [illegible] 7-8 watched "Sixty Minutes" [illegible] Playing ball again afterwards. Has [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

4.27.92 / 11-8 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Level B.
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible signature]

4/27/92 9:30am Continues on level B. attended community meeting. gets goal 150 words on how he is going to convince his mother he has changed enough to go home. Audrey Bartolon
10:30am - participated in education. Audrey Bartolon
11:30am - appetite fair for lunch. Audrey Bartolon
1-4:30pm - pt participated in group therapy. And worked on goals during free time. Audrey Bartolon
4/27/92 (4-12) Level B. [illegible] 2nd supper 4:30-5. He participated in education. 5-6pm. Donald has no visitors tonight. [illegible]
(cont)

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                    383700
041492 0119P   11Y  043080
FEUSSNER, JA        824-5842
REDACTED - FELL

4/27/92 (4.72 cont) Pt. participates in group. He says his mom is ill today. He talked a lot about his difficulty & mother over "Neri" issue. Says he is motivated to do better in order to go home to be with his mom and friends. He had snacks & very much enjoyed playing ball & peers. Resting quietly at 11:5.

[illegible signature]

4-28-92 [illegible]

7:00 pm [illegible]

4/28/92  8-4pm  Level B. [illegible] a pleasant. Appetite good for Bkfst & lunch. Cont is to Review his plan & [illegible]. He feels that he learned not to play & dangerous weapons & will respect mom. Behavior appropriate. Kept active & all groups. WS stable, no complaints. [illegible signature]

4/28/92  4-7pm - Level B. Pt. is being very cooperative & unit routine. Reviewing his treatment plan & staff in free time. 5pm - Did well during education. 6-7pm Had a pleasant visit & his mother. They played card games together. 8-9 Good participation in group. Feels positive that his session will go well. 10 - Cooperative. Ss a Joanne McBride, R.N.

FELL-00000779

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3711793                383700
041492 0119P  11Y  043080
FFUSSNER, JA        824-5842
REDACTED - FELL
WILKES-BARRE

4.29.92 (12-5 pm) 12 pm _____

4/29/92 (8-4) Level B. Bright + Pleasant. Ate well for Brkfst + Lunch. Goal is to write Accomplishments he would like to say to Family Session. He did well @ Gym + Kept Busy in Activities. His Family Session went well + stated he Will follow Rules + Behave. He did Seem to lack self confidence by being Involved in Social Activities + Contributed this to his short statue. VSS Stable No Complaints _____

4/29/92 (4-12) Level B. Pt ate supper 4th s. He participated in Education 5-6 pm. Pts mom in to visit 6-7. In group he received a point for failing to stay in Seclusion room. Says he feels his behavior problems are resolved. Looking forward to pass. Pts birthday tomorrow. Pt received 4th level A signature from MHW. Received level A + 12° pass order from Dr Fussner. Pt enjoyed playing ball s staff. Had snacks, resting quietly. H.S.

Form No.: 4500.205.88

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711703
041492 01199    11Y    043080
REDACTED - FELL
WILKES BARRE           PA H S
000

*[handwritten nursing notes, largely illegible]*

4/30/92 (12⁰⁰ am - 8³⁰ am) Level A. Lying in bed - eyes closed on ½° rounds. Resp. regular. Awake @ 7 AM. VS stable. Cooperative c̄ meds. @ 7³⁰ am. ___ *[signature]*

4/30/92 (8-4³⁰) Remains Level A. Pleasant, anxiously anticipating pass. Ate breakfast. Released to custody of mother for 12° therapeutic pass @ _____ Due back @ 8⁴⁰. Remains on pass thru end of shift ___ *[signature]*

4/30/92 4³⁰ pm Level A. Returned from pass @ 8³⁵ pm accompanied by his mother. Both agreed the pass went well. In group, he told peers he got a dirt bike & a new speed bike for his birthday. Cooperative c̄ unit routine. Has ⊖ for contraband. Cooperative H.S. *[signature]* Joanne McDade __

5-1-92 (12⁰⁰ am - 8³⁰ am) Level A. Lying on bed c̄ eyes closed on ½° rounds. Resp. regular. Awake @ 7 AM. VS stable. Cooperative c̄ meds. @ 8 AM. ___ *[signature]*

5/1/92 (8-4³⁰) Remains Level A. Pleasant, social c̄ peers. Pt. states he hopes to be discharged today. Ate breakfast. Goal: 200 word essay listing changes he has made on unit. Pt. informed by Theri that Dr. Feissner does not feel he may be discharged today. Handled news appropriately ___ *[signature]*

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL, DONALD
3711793                    383700
041492 0119P    11Y   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA  M S
000

5/1/92 (8 4:30 contn) Coop c meds. Good in activi-
As pizza for lunch. Attentive in news group.
Following unit rules. Dr Feussner in, pro-
non-problem present for group discussion —
participated. Active in special group. Verbalizing
MTU in classroom or free time. No c/o's —

5/1/92 (4-72) Level A. Ate supper 4:30-5. Pt partic. in
Education. Visited by his mom 6-7. Pt participated
in group. Dr Feussner present. Pt says he got better
because he missed his parents, & worked out of here.
Says he loves his family & knows from past that
___ ___ get ___ ___. Was given support for
being ___ a little disappointment of not going home
today. Pt pleasant & cooperative. Snack. Had snacks
Resting quietly at 17:5 ___ ___ ___

7:15 AM ___ observed q 30' ___ ___

5/2/92 (8a-8:30a) level A. Bright & pleasant -
Pt. Happy — Discharge Plans. Gathered
belongings. & Awaiting Mom. Verca-
(+) outlook c home ___

Form No.: 4500.205.88

FELL-00000782

# EXHIBIT 23

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

He says mom drinks maybe once a twenth with his uncle. He says she changes when she drinks. Donald had snacks, was seen by Dr. Feussner. Resting quietly 10-12 MN. _____ M. Kovalch. RN

1-27-93 (12-8 PM) ...

[handwritten entries largely illegible]

1/27/93 (8a - 4p) Levels - 1. Pt. Bright + Pleasant. Appetite good for breakfast / Lunch. Goal is to list reasons for Admission. Pt only wrote 2 reasons down + was told to Add to this. He said silly... + s[aw] Groups State of Hanging art c older children (15 yrs old) or Getting into Trouble. He identified himself As Being c the "Trouble maker clich" Dr. S.Lord s seemed to be [proud] of it. Said c been on free Time... kept busy c other Activities. VS; stable. No Com-plaints. _____ [signature]

FELL-00000783

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

1/26/93 (5³⁰ /2mn) Admission Note. This patient is a 12y.o. boy admitted for multiple behavior problems. He is ambulatory + accompanied by his mom. Orders received from Dr. Feissner. Pt. on SI. He complied with blues, was negative for contraband, Donald has not attended school since October 1992. He is enrolled as a 7th grader at Plans Junior High. Donald has a long history of oppositional and violent behaviors. He has been staying out until midnight, curses at his mom, refuses to listen to her, and has violent temper tantrums. Don's mom c/o how he broke her finger right before christmas. He ¢ her drunkeness. Mom says he threw a butter knife at her 2 months ago. He is resistive to efforts of mom's male live-in friend to discipline him. Pt. is on Dexedrine + Tofranil. He denies depression, SI or hallucinations. Pt has hx hyperactivity. 201 diagnoses include atypical depression, hyperkinetic conduct disorder + borderline traits. Pt. declined supper. Says he wasn't hungry. He knows patient "mike" here + is secretive ¢ him. In group pt was resistive to talking. Pt was anxious but attentive. He was confronted by peers who know his friends as bad news. He says he hurt his mom - "she attacked me when drunk" (cont)

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

1/28/93  11:30 am  Pt did not order entire for lunch. Dietary notified & pts next appetite you. Pt stating he wasn't hungry. —— Audrey Bartel RN

1·430 pm  pt did work on this goal during free time & discussed it with staff. Pt stating he will listen to his parents & cooperate in so home. participated in all activities. Audrey Bartel RN

1/28/93 (1700) Level 5-1. Pt ate supper. He participated in education 5-6 pm. Donald was seen by pediatrician & order received for consult c dermatologist. Consult called in to Dr Brown. Pt more well behaved when not socializing with patient Mike M. Playing cards in free time. In group Dom was quiet until taken to family session. He returned quite unhappy. Dr Ferssner came to group stating he was disrespectful & attempted to manipulate mom. Dom had snacks, enjoyed free time c peers. Resting quietly 1032 am.   [illegible] RN

1-29-93 (12.9 am) 12 pm [illegible] Level 5-1

3 am [illegible]

700 pm [illegible]

FELL-00000785

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895                    383700
012693 0524P   12Y  043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES, BARRE         PA I S
000

1/27/93 (1172) Level S-1. Donald ate supper. He was attentive during educational program. He is playing cards with patient Mike M. during free time. His mom dropped off socks & under-wear, but did not visit. I group Donald said he is not yet allowed to see his family but doesn't care. He says he's close to his grand-mother who lives next door & sees him daily. He says he doesn't feel anything on the meds - felt no different today. He says school is his main problem now. He is hopeful that he can pass 7 grade because he did pass the 1st quarter. He says he has to go to prtial. He was almost in tears when staff questioned whether he would be allowed to go home. Don had snacks, resting quietly 10 - 12 nm ————————————————

1-28-93 (12.30 am) 2.30 pm ...

3 pm ...

7 pm ...

11-28-93  9:30 am attended Community meeting on level S-1 into goal is 150 word essay. One preparing for family session ...

10:30 am - Participated in education ...

Form No.: 4500.205.88

FELL-00000786

WILKES-BARRE GENERAL HOSPITAL 751

ADOLESCENT PSYCHIATRIC UNIT    18

NURSING RECORD

FELL, DONALD
3823895
012693 0524P    12Y    383700
FEUSSNER, JA                   043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

1-30-93 (12⁰⁰Am - 8³⁰Am) Level 5-1. Appears Pt
be sleeping on 15 minute checks. Resps.
regular. Awake at 7¹⁵Am. VS stable.
Showered. ———— Ruthanne Koonra

1/30/93 9:30 Pm. on level 51 attended community
meeting. Patient's goal is 150 word essay
on why it is important to respect adults
seen on A.M rounds by Dr Chang Audrey Bartle en
11:30 Am. appetite good for lunch. pt worked
on goal during free time. Audrey Bartle R.N
1. 4:30 pm. participated in group therapy
After group pt. timed out to seclusion
& 250 word essay given because pt. threw an
eraser at peer. ———— Audrey Bartel R.N
1/30/93 (4³⁰Pm - 12³⁰Am) Level 5-1. Appetite is good for dinner.
Participated in education. 6Pm- Had no visitors or
phonecalls. Does not attempt to call his mother.
Very social c̄ peers and seems comfortable in unit
environment. 7³⁰ Participated in group. Said he has not
talked c̄ his mom since the session. Now saying he
does not want to grow up to be a bum and hopes to
go to school at juitul. Social c̄ peers p̄ group.
10³⁰Pm Cooperative c̄ P.m. care. 11-12 Asleep. Jm Dale, Rn

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
012695 0524P   12Y   383700
FEURSNER, JA          043010
REDACTED - FELL        824-5812
WILKES BARRE          PA M 8
000

1/29/93 (8-4³⁰) lvl 5-1. Pt still c̄ Time Silly Throughout The Day. He at needed community meeting & T/O to follow staff direction. & Told he did. Then he seemed to do better is afternoon group. Pt reported well behavior seems to be improving & didn't get points to day. Vs stable ī complaints. _____ Jim Chywentor

1/29/93 (4-12³⁰ pm) Pt remains on level 5-1. Pt ate adequate amounts of dinner and cooperative to education. Pt had no visitors or phone calls this shift. involved in playing cards during visiting hours. Pt attended group ī little insight into problem areas. Pt has a hard time naming his problem behaviors and missing as these. Pt states he has only skipped school two times and verbalizes that he gets suspended for "fooling around too much." Pt ate snacks ī peers and watched movie before bedtime. Pt to bed ē problems _____ Wendy Cassira RN

FELL-00000788

FELL, DONALD
3823895   383700
012693 0524P   12Y  043080
824-5842
REDACTED - FELL
WILKES BARRE   PA M S
000

VILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT
NURSING RECORD

2/1/93 9:30Am. ↑ to level c. attended community meeting patients goal is 150 word essay on his behaviors that are responsible for his being here. _____ Audrey Bartol RN

11:30 Am. appetite good for lunch ABartolRN

1-4:30pm - pt. worked on his goal during free time. attended group. Pt was unable to list anyone in his life as a role model. Social with peers during free time. Audy Bartol RN

2/1/93 4pm - 11:30 Am - continues on level c. received 6 points this evening for yelling at staff + arguing ē staff + being argumentative at bedtime. Pt timed out of group for inappropriate comments. Timed out of education for yelling at staff. Pt did not appear to be working on his goal this evening. _____ Audry Boutilier RN

2/2/93 (11-3:30 pm) 12:30 pm lying in bed, eyes closed on initial rounds. ___ N.C.
7:00 am sleeping soundly. ē V.S. BN [illegible]

2/2/93 (7a-4:30p) level c. Pt. superficially bright + pleasant. Appetite good for breakfast + lunch. Goal is to be serious ē treatment + not be silly. Pt. to be given 3 warnings then time out for day used room. R.t. had 2 EP sides _____ [illegible signature]

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3823895                    383700
012693 0524P  1ZY 043080
FEUSSNER. JA      824-5842
REDACTED - FELL
WILKES BARRE        PA M 3
000

1-31-93 (11:00 Am - 8:30 Am) Level 5-1. Appeared
to be sleeping on 15 minute checks. Resp. reg.
regular. Awake at 7:15 am. VS stable.
Showered. —————— Ruthanne Koonia, n

1/31/93  8:30 Am - 4:30 pm - on level 5-1. Attended
community meeting patients goal is to
participate in all group & follow all
unit rules. Pt did participate in
group stating he didn't break his
mothers finger, that she was drinking &
she was hitting him. Pt also did not
accept responsibility for being suspened
from school. Social with peers. Played
cards ē peers during free time. Audy Brittle

1/31/93 (11:00) Level 5-1. Pt ate supper 4:30-5. Don
is pleasant & social. He had no visitors tonight.
Don wrote a letter to the doctor in group. He is
asking for level C. He writes that he has changed
and will listen at home, go to school. He feels he
doesn't want to be a bum. Don is enjoying the
Super Bowl & playing cards. He is cooperative. Has
snacks & is resting quietly. 10:30 - 12 mn. Marie Koval, childcare

2-1-93 (12:00 - 8:30 am) 12 mn sleeping, voided, cont. Level 5-1.
7:00 am Up, up already. Smith. Ruth Smith, RN

FELL-00000790

FELL, DONALD
3823895                        383700
012693 0524P    12Y  043080
FFUSSMER  JA         824-5842
REDACTED - FELL
WILKES BARRE        PA  H S
000

VILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT
NURSING RECORD

2/2/93 (4-10pm) cont'd — that he is playing cards, watching TV and having too much fun. Pt did review the plan after early plate snacks and watched TV pre-ed educations — evening [illegible] RN

2-3-93 (12ºᵃᵐ-8³⁰am) Level C. Appeared to be sleeping in to 2 [illegible] rounds. Resps. regular. Awake at 7¹⁵am. VS stable. Showered) Kathanne (Lomin)

2/3/93 (8-4³⁰pm) Pt on Level C.; Pt had good appetite for breakfast and attended community meeting incomplete goals. Pt's new goal is 150ml every hour he could respect authority and to practice this all day. Pt on room restrictions due to the incomplete goal. Pt worked on his goal for today, completed it quickly. Pt attended education not paying attention in ed/ling [illegible] redirection. Pt talking back stating "[illegible]!" pouting and mumbling under his breath when redirected. Pt attended group education in seat stating "I don't know" when asked what he will talk about in session. Pt working on educational assignments during restrictions and reviewed tx plan — Wendy Lamiin RN

FELL-00000791

FELL, DONALD
3823895                    383700
012693 0524P    12Y  043080
FEUSSNER, JA              824-5842
REDACTED - FELL
WILKES BARRE            PA N 8
000

11-766-2

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/2/93 (8-_____) where he was laughing 22
community meeting + then he was _____
Limit B During lunch. In group he stated
of _____ to Partial + what ___ to go
home c Mom. Actively. Participated c
Mom group Vs Stable. No Complaints.
_____ —_____

2/2/93 (4-10pm) Pt on level c Pt ate adequate
amounts of dinner and cooperated with
education. Pt _____ and _____ playing
cards c peers _____ time. Pt had no
visitors this shift playing cards c peers. Pt
makes no effort to review treatment plan
c staff. Pt attended group laughing and
making jokes. Pt given warning for fooling
around during group, there was the 3rd warning.
Pt called nurse "Bitch" under her breath.
Pt has no signatures on treatment plan never
reviewing this since admission. Pt admits he
has never called mother and states "I don't
know." when asked what he learned here-
Pt placed on time out and wrote 200 word
essay why he won't reviewing treatment
plan. Pt _____ cont'd — Wendy _____ N

FELL-00000792

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL    DONALD
3A23A95
012693 0524P    12Y    383700
043080
TEUSSNER. JA    824-5842
REDACTED - FELL
WILKES BARRE    PA H S
000

2/4/93 (8-4:30 pm) cont'd · stimulation · appropriate participation.
Pt involved in instigating an argument
c peers during group and continued this
argument even after redirection. Pt
had 4 points at the end of shift. ——
———————— Wendy, Cannon RN

2/4/93 (4:30 pm - 12:30 am) Level C. Appetite good. Affect bright.
Participated in education. Behavior good tonight.
6pm - Had no visitors. Reviewed goal c staff. It
was somewhat superficial, but he discussed this c
staff. 7pm - Had little to offer in group. Feels
things will be OK c him and his mother. Watched
movie c peers before h.s. 11 - asleep. Jeanne M. dot R
Addendum: New order - P Mellaril 10mg 8am + 8pm po - start
tomorrow. Jeanne M. dot R

2·5·93 (12·4 am) 12:30 am? ... B level C. ——
... from B. Level C. ——
7:00 am, up. ... —
2/5/93 (8-4:30) Level C. Ate breakfast, frequently smiling, quiet
keeping mainly to self in a.m. Present for all a.m. activities —
Goal: to ... say why you soon feel its easier c him
when you are in the hospital. Ate lunch. At all a.m. noon
groups. Ate fine. No differences in ... no new orders. ...
——————— Staff - RN

FELL-00000793

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
1823895                          383700
012693 0524P   12Y   043080
FELSSNER  11        824-5842
REDACTED - FELL
WILKES BARRE          PA H S
000

2/3/93 (477) Pt. on level ... Pt. had system + was on room restrictions until 6:15 pm. He is bright + talkative. He has no c/o. His mom is here for the family session. He was superficial in group prior to the session. He says he doesn't know what to say. Affect bright. He went to the session, returned happily. Mellaril 5 ___ po BID at 8 pm + 8 pm. He received the 1st dose at 10 pm tonight. Donald's family has hx of schizophrenia – father + grandfather. ___ to MD from family session. Did ___ nothing else, ___ ___ in Ronald's room. Don cooperative and he had no ___ Resting quietly 10-12 AM

Mark Kastelan RN

2-4-93 (12:00 am – 8:30 am) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Awake at 7:15 am. VS stable. Pt. showered. Pt was compliant c 8 am med.

Ruthanne Koonrad RN

2/4/93 (8 - 4:30 pm) Pt on level C. Ate breakfast and attended community meeting + complete goal ___. Pt's new goal is 15 min essay on her feelings about mother most ___. Pt ___ c peers playing cards c peers carefree time. ___ attending groups and ___ cont'd – Wendy Cancin RN

Form, No.: 4500.205.88

FELL-00000794

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
C12693 0524P    12Y  383700
TEUSSNER               043080

REDACTED - FELL
WILKES BARRE

2/6/93 (4-12³⁰pm) cont'd - orders. Pt attended group meeting, realization for arguing. Spoke to him re. separation from. Pt spoke only superficially in group. Pt ate snacks and playing cards at peers life and bedtime. Pt telling or a peer from cussing at him and moved realization for arguing at his peer. Pt complaining of being unable to fall asleep due to peers yelling. Pt resting quietly, walked at close of shift

Wendy Cannis N

2-7-93 (12-8³⁰ᵃᵐ) ...

2/7/83 (...-1...) T Coul B  1°. Pleasant today + better behaved. Appetite good for breakfast + lunch. Good is to review Treatment w/ ... He was encouraged to do this + states he will to after view. Attended all ...

2-7-93 (1Pm-4³⁰m) Reviewed treatment plan per goal. Seen by Dr. Shinn. - no new orders. Had a good visit c his mother. Participating in Relaxation @ end of shift. Joanne Wade RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1A23695                    383701
012493 0524P   12T  043180
                           824-5342

REDACTED - FELL

WILKES BARRE                    PA

2/5/93 (4⁷⁰) Level C. Pt at supper; 4³⁵ S. He participated in Education. Donald had no visitors. He is quiet + pleasant. On group Don was attentive. He says he feels no difference with Mellaril. Donald enjoyed movies, singing along + characters that snacks. Resting quietly 11pm - 12mn.  ——————— markowski/rka

2-6-93 (12³⁰pm) 12³⁰mm Typing in loud, spelled in institutionals. Level C
7²⁰ Slept soundly 9³⁰ S in Medication.

2/6/93 (7a-4³⁰) Level C. Pt. Bright + Pleasant. Appetite good for Breakfast + lunch. Cord is to let weight to gain room. Twist Back. He did his bed art seemed to be attentive to Recreational activities more than his Treatment Plan. He is better Behaved + listening to staff. No Complaints on Mo Kail or No Side effects noted. Enjoyed movies 15's Stable  ——————— [illegible]

2/6/93 (4-12³⁰pm) Pt remains on level C. Ate dinner and cooperated w saturation. Pt had no visitors but kept busy playing cards + peers and could w/endy la...

Form No.: 4500.205.88

FELL-00000796

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

, ELL, DONALD
?A?3895
C 2693 0524P   12Y   043080
FEUSSNER, JA   824-5842
REDACTED - FELL
WILKES BARRE   PA M S
000

2/8/93 (8-43°) Level B Pleasant, would [illegible] lie in [illegible] now no new orders. [illegible] breakfast. Goal: [illegible] more [illegible] be stopped [illegible] to another & record every [illegible] why playing game or [illegible]. [illegible] in groups [illegible] reduction to work on goal control of only play games on free time. Coop c meds. [illegible] ___ Still C.S ___

2/8/93 (4-77) Level B Pl. ate supper. He participated in Education. No visitors. In group he had difficulty talking about things he could do which were fun but would keep him out of trouble. He talked of he + mom through a party when she threw his dad out. He says he doesn't listen to him but his stepdad is okay. Donald says he basically does things for fun. He had snacks, enjoyed movies. Resting quietly 10ᵗ-12mw ___ mon [signature]

2/9/93 (12°°Am - 8³⁰Am) Level B. Appears to be sleeping on ½° rounds. Resps. regular. Awoke at 7⁵ Am. VS stable. Showered. ___ Ruthanne Coonan

2/9/93 (8-43°) Level B. Pleasant early in shift. Ate breakfast. Saw by de Puhalla, no new orders. Goal: List 10 thing you can do that are fun that won't get you in trouble. In education pt [illegible] day can't play cards, receive redirection & point. ___ Continues to play cards p redirection ___ Still C.S [signature]

FELL-00000797

FELL, DONALD
3A23895                         383700
C12693 0524P   12Y  043060
FEUSSNER, JA           824-5842
REDACTED - FELL
WILKES BARRE              PA H S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/7/93 (4-12³⁰ am) Pt on level B. Pt ate dinner and _____ _____ cooperated ā art project. Pt- playing games ā pass/free time. Pt _____ treatment plan superficially ā staff reporting he will change his friends and listen to parents from now on. Pt unmotivated to have _____ stating this is his 3rd _____ in 2 days. Pt unmotivated to _____ _____ all cues (ayo bathroom. When directed to clean this up he became sarcastic ā staff. Staff cleaned area with T/O solution. Pt had no visitors this shift. Pt attended group ā superficial participation receiving _____ for telling a peer "shut up" Pt reports that he doesn't think there is anything wrong ā telling a peer shut up. Pt ā _____ and went to bed ā problems _____ _____ _____

2/8/93 (12³⁰am - 8³⁰am) level B. Appeared to be sleeping on ½° rounds. Resps. regular. Awake at 7:15am. VS stable. Ruthanne Komunda

Form No.: 4500.205.88

FELL-00000798

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23A95                    383700
017693 0524P   12Y   043080
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          PA  M  S
000

8/10/43  10:20 AM - attended education, participated
_____ Audrey Butler RN

11:30 AM - appetite fair for lunch A. Bartol RN

2/10/93 (12 - 2:30 pm) Pt on level B. Pt received points for poor attitude after evaluation and talking during menus group after warning. Pt continues c̄ negative attitude when given direction by authority figures. Pt unfocused on treatment and pays little attention during activities. Pt ate dinner and cooperated c̄ education. Pt had no visitors or phone calls. Pt _____ plans for family session c̄ staff when reminded. Pt cooperative c̄ group and _____ seems for ____ sessions. _____ ____ RN

4/10/93 (8-11pm) Level B initially. Family session held c̄ mom, _____ + Dr Feussner. He was ___ to ___ C. Donald was sullen p̄. Had snacks + watched special on t.v. c̄ peers. Donald was resting quietly at 11pm but was initially resistive to going to bed. _____

2.11.93 (12-8am) _____

7am _____ observed q̄ 5 V.S.  Bert _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3A23895
012693 0524P  12Y  383700
FEUSSNER  11        043080
REDACTED - FELL     24-5842
WILKE.I BARRE.      PA M S
000

2/8/93 (8-43? count'd) _____ another point. Then _____ _____ hand
on table & is given time out & _____ essay. While in-
compl of not doing anything _____ leave time out ___
_____ all p.room group _____ Feussner in _____
order. _____                              _____

2/6/93 (4/12) level B. Pt. ate supper & participated
in Education. 5-6 pm. No visitors. Donald was
involved in peer Mike - making threats towards one
another. Mike did review his RP plan & staff.
Donald was _____ to ask if he could remain in the
same room as Mike in group. He was contracts
by peer that his mom is afraid of him because he
_____ her. Donald doesn't know when he's supposed
to _____ leaving. He did not talk to his family tonight.
Play games & peers in group. He had supper
_____ Dr. Feussner. Resting quietly, 10:30-12mn _____

2-10-93 (12-8pm) 12mn _____ in bed, _____
on _____, Sig/ MCB
7:? _____ check _____ Pr _____

2/10/93 9:30am - On level B- patient attending
Community meeting _____ patient's goal is to list
what he wants to Discuss in his family
session & review with 1 day & 1 evening staff
member _____ Audie, _____ RN

FELL-00000800

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
1823995          383700
C12693 0524P  12Y  043080
FEUSSNER  JA        824-5042
REDACTED - FELL
WILKES BARRE        PA  N S
COO

2/12/93 (8-4½°) Z___ / C. _____

2/12/93 (4-12) _____ C. Pt ate supper 4³⁰-5. Donald is on room restriction. Did education work 5-6 pm in his room. Had no visitors. In group Don says he wants home, but he wouldn't accept group house. He was silly + _____ a point for this. He called his mom _____. Had snacks + was allowed out of room restriction 10 pm. He watched TV. Resting quietly 11-12 pm N. _____

2-13-93 (12⁰⁰ am - 8³⁰ am) level C. Appears to be sleeping on ½° rounds. Resps. regular. Awake c 7¹⁵ am. VS stable. Showered. _____ Nathanne/Connor, RN ____

2/13/93 (8-3⁰⁰) _____ / C. Silly, frequently _____

_____ RN

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD

REDACTED - FELL
WILKES BARRE

2/11/93 (7-4³⁰ pm) Pt on level C. Pt ate a [illegible] amounts of breakfast and attended community meeting [illegible] complete goals. Pt's new goal is [illegible] away on why he seemed more interested in eating during family session than working out [illegible] mother. Pt denies wanting to eat cookies more than participate in session. Pt [illegible] goal a [illegible] and needed to [illegible] it in. Pt cooperative [illegible] groups and activities. Pt [illegible] in problem areas _____

_____ Wendy [illegible] RN

3/11/93 (7³⁰pm - 12³⁰pm) Level C. Appetite is good. Participated in education, needing redirection at times. Sarcastic comments given to staff upon redirection. Had no visitors or phone calls. Did make two attempts to call home [illegible]. Still superficial in group. When confronted about this and what it meant to get [illegible] he acted cocky. Talked a bit about his father abusing him and how much he hates him. Participated in Relaxation Group before bedtime. 11 - Asleep. [illegible] RN.

2-12-93 (7-8³⁰pm) 12 [illegible]
7 [illegible]

Form No.: 4500.205.89

FELL-00000802

FELL, DONALD
3A?3895                383700
(1)193 0524P   12Y  043080
                     A24-5842
REDACTED - FELL
WILKES BARRE        PA N 3
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/14/93 (472 cont.) Donald watches '60 minutes during education 6-7pm. In group he wrote a letter to the doctor asking for level B. He writes about avoiding problems + problem peers. Don had snacks. He went to bed, was brought out to meeting re patients threatening harm to others. Donald was quite disrespectful toward staff. He attempted to cover up peer's threats. Arguing ā staff saying he doesn't have to do anything he doesn't want. Pt sent to bed 10³⁰ pm. Resting quietly. — noncoordinator

2-15-93 (12.8³⁰ am) 12³⁰ am _____
_____ sample _____ C.

7⁰⁰ am _____ 5° _____

2/15/93 (8a-4³⁰) and C. Pt on Room Restrictions for 11 points yesterday. Agitated, said for Breakfast/lunch. Goal is 150 words why I should follow rules of hospital, home + society. He did this + reviewed ē staff. He spoke of consequences to Breaking Rules + how to control self. He seemed to listen to staff better ē time. Was polite, no points this shift. I did pt to Dr. Foussvan + order noted for med Adjustment. VS's stable. No complaints.
_____ Chugman

FELL, CONALD
3823895
012693 0524P    12T   383700
                        043080
FFHSSNFA      24-3842
WILKES BARRE    PA N S
000
REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/13/93 (4³⁰ʳᵐ - 12⁵⁰ᵐ) Level C. Received a letter c̄ a cigarette, match, + flint from his friend (Friend's mother also notified of this.) _____ device requesting the cigarette _____ in education c̄ good behavior. Had no visitors. Playing cards in free time. Silly a times in group, needing redirection to pay attention. Blaming his friends for his problems. Says that he needs new friends, but is not convincing that he will actually do this. Enjoyed making funnel cakes + watching movie. Asleep p̄ 11 P.m. — (Jeanne M°Dole R.N)

2/14 93 (12⁰ᵐ - 8³⁰ᵃᵐ) Level C. Appears to be sleeping on ½ rounds. Rouses regularly. Awake p̄ 7 a.m. VS stable. Disturbance _____

2/14/93 (s 3³⁰) ____ C. Pleasant at times, also frequently ____ Re Beautiful. ____ pushes p̄ living room when asked to not to + _____ problems. No change in, no new orders. Goal: 150 words every "How is eating cookies in a family session like being silly in a program." Working on goals in dayroom. Ate lunch AL in group. C/b with _____ on goal during ____ _____ 2-3 - No S/S — _____

2/14/93 (472) Level C. Pt. ate supper. He had no visitors tonight. Pt. is watching tv. in free time. more (cont.)

Form No.: 4500.205.88

FELL-00000804

FELL, DONALD
1A23895
C:2493 0524P    12Y    383700
FEUSSNER, JA    043080
REDACTED - FELL
WILKES BARRE    824-5842
000    PA N S

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

2/16/93 (cont.) Mother not in for visiting, nor did she call. Donald is not getting involved ~ male peers tonight. He is doing artwork ~ female peers in free time. In group, he tries to convince others that he is going to hang around ~ new friends after discharge. Feels that the medicine has helped him but a lot. Importance of staying on his meds is stressed to Donald. Cooperative ~ P.m. care. 10⁰ - 12 Airway Cmuse W'Rade R

2-17-93 (12:00 am - 8:30 am) Level C. Appears to be sleeping or ~ rounds. Resps. regular. Awake at 7:15 am. V/S stable. Shower 2. Compliant ~ 8 am meds. Ruthanne Kornich

2/17/93 (8a - 4³⁰ ) Level c. Pt on room restrictions today for d/v Incomplete d/v Pt. Appetite good for Breakfast / Level. Goal today is to write letter to M.D. from Carol B. He is working on this & will point out that he only had 1 Point over 2 days. He attended All Groups. He states he's Trying to behave + was Encouraged to Follow his goals. VS's Stable. No Complaints f— Changes so

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3873895
012693 0524P  12Y  043080
FEUSSNER, JA            824-5842
REDACTED - FELL
WILKES BARRE                    PA N S
ODO
383700

2-15-93 4³⁰pm-5⁰⁰pm Room restrictions maintained. Appetite good for supper.

5⁰⁰pm-5³⁰pm Completing education assignment. Responds relevantly when spoken to. Carol Surokas RN.

2/15/93. (5³⁰-12⁰⁰) Pt. still on level C. Donald had no visitors. He came in on 2/15/43. Pt was visited by his mom. He remains on room restriction. Donald is experiencing a group. He remained a poor attitude on his essay & received a point for this. He proudly displayed his knowledge of history when staff asked questions about Lincoln & Washington. Donald had shown more cooperation tonight. He has 9 points today. Resting 10-12. _____ [signature]

2.16.93 (12.³⁰ am) [illegible handwriting] initially aroused well C.
7⁰⁰ [illegible handwriting]

2/16/93 (8-4³⁰) Level C. Pleasant social ate breakfast. Attended all a.m. groups. Goal: "150 need away how I could stop portraying a sarcastic attitude (verbally & mannerisms). Ate lunch. Present for group. [illegible] in all [illegible] groups. [illegible] Performance to, no murmurs. No s/o s— [signature]

2/16/93 (4³⁰pm-12³⁰am) Level C. Appetite good for dinner. Participated in education. (cont.) [signature] M.S.R. RN.

Form No.: 4500.205.88