VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895
C12693 0524P    12Y   383700
                       043080
REDACTED - FELL  824-5842
WILKES BARRE                PA M 3
000

2/18/93 (4-12 cont.) In group Donald talked of grand-mother going, his money, Says he wants home, somewhat spiritual. He was encouraged to review his Rx plan more frequently. — last was on the 9th. Donald did review his plan to group, working on goal #150. Seen by Dr Feissner. Resting quietly 10³⁰-Now. [illegible]

3-19-93 (10⁰ᵖm-8³⁰am) Level B. Appears to be sleeping on ½ rounds. Resps. regular. Awake at 7am, VS stable. [illegible] Konrad rn

2/19/93 (8-4⁰⁰) Level B. Pt. Superficially Bright & Pleasant. Appetite good for Break-fast & lunch. Goal is to review for A. Pt. Did This & received [illegible] & Signature. He feels he could control Temper & his Sarcastic attitude if will to do this on outside. Kept Active in Groups. VS's Stable. No complaints [illegible]

2/19/93 (4-12) Level B. Pt. ate supper 4⁰⁰-5pm. Donald working on his education 5-6pm. Donald is social & pleasant. He is asking for level A & attempting to review. He was encouraged to talk more re family, reasons he came & act as leader in group. In group Donald was improved tonight. He talked of how he hates his dad, started by dad when he was drinking. (cont.) [illegible]

FELL-00000807

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

FELL. DONALD
3823895
012693 0524P    121 043080
                824-5842
WILKES BARRE
000

REDACTED - FELL

383700

PA M S

2/17/93 (7??) [illegible] C Pt [illegible]: He is on PR. He needed to be moved due to his continued [illegible] to [illegible] on room restriction. No visitors. Donald quieted down somewhat & move. He had [illegible] joined group ?" in ———— [illegible]

2/17/93 (8pm-12am) Superficial in group. Family session held c̄ his mother. Pd to "Level B after discuss? Feels very good about getting B and says he will continue to be good. Cooperative c̄ P.m care. [illegible] 11pm. Joanne McDade [illegible]

2-18-93 (12⁰⁰pm - 8³⁰am) Level B. Appears to be sleeping [illegible] & "sounds. Resps regular. Awoke at 7"am. VS stable. ———— [illegible] Conrad (M)

2/18/93 (8 1/2?) Level B [illegible], following unit rules [illegible]. Goal: [illegible] things from your past that you feel affect you — behavior & unto [illegible] away about one of the [illegible] groups & [illegible] Act in 1" group. Dr [illegible] new rules for group & says he will stay away from [illegible] to get him in trouble, but is unable to [illegible] ———— [illegible]

2/18/93 (7??) Level B, Pt. Ate supper & 4" 5pm. Donald participates in Education 5-6pm. He is quietly pleasant [illegible] & [illegible]. Don has [illegible] by his grandmother. (con't) [illegible]

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895                383700
012693 0524P   12Y  043080
                      824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

8/25/93 5pm· continues on level "B,
appetite good for dinner. Audrey Bartolcn
C· 8pm· participated in education, pt did
not get involved in peers silly behaviors
Due chan- self portrait — Audrey Bartol kn
8:30pm· 12:30m· pt described himself as
smart & happy & handsome & states that
the reason he described himself as
handsome is because it is written on
his treatment plan & states he has
4 signatures for level A. Audrey Bartol kn
2.21.93 (128 30am) 12 30 am lying in bed, eyes closed
emitted sounds, still B.
7 00 am Sleeper observed of 5 0's in Bartolin Fells
2/21/93 (5a - 4 30) T Caul (A) Frank 93  A.  Pt  Bright
& Pleasant. Aflatle goal for breakfast + lunch
Goal is To Write 150 words on Behaviors /
Attitude he Needs To change To Gain + keep
Mom's Trust. PT Identified The need to
Stop Swing freedom, Fighting ē Sister —
respecting Mom As ways To Gain he Trust.
Did well ē Group. Good behavior noved.
Vs's stable. No Complants f— Chiguish——

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3823895           3113700
012693 0524P   12Y  043080
REDACTED - FELL        4-5842
WILKES BARRE            PA H 8
000

2/19/93 (yr cont.) Don says he hasn't seen dad in 2 yrs & is happy. Apparently dad works at same place as mom but Don says he doesn't know where she works. He admits to being a little tense + mom because she believes sister more than him. He says he realized that he deserves it for breaking trust. Donald says his stepdad is okay. Talked of his leg trouble. Donald reviewed plan. He received leave & symptom free snacks. Resting quietly 10PM-12MN — [illegible]

2.20.93 (12-8AM) 12:30PM [illegible]

[illegible] 7:50

2/20/93 (8a-4:30p) Level B. Pt Bright + Pleasant. Ate little. Good for Breakfast + lunch. Had is to write 150 words on reasons that mom may treat him differently than his sister. He reviewed this c staff + realizes that his living + poor behavior c home contributes to mom treating sister differently. He again reviewed Treatment Plan & received level & signature. Behavior Good — No Points. Enjoyed [illegible]. VS's stable. No [illegible] ————— [signature]

FELL-00000810

FELL.. DONALD
3A23895                383700
012693 0524Y  12Y 043080
FEUSSNER, JA    824-5942
REDACTED - FELL
WILKES BARRE          PA N 8
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/22/93 (4-12) Level B. Pt. ate supper 4:30-5. He is
pleasant, social. Pt participated in Education 5-6 pm.
Donald had no visitors. In group (an educational
movie) Donald says his mom asked about pass
yesterday. He says he has been here 28 days &
his school work but contends he will write & pass.
Donald is involved in games ī staff & peers. Cooperative
bright. Had snacks. Resting quietly 10:8: 12 mn. kivalachh.

2/23/93 (12:00 Am - 8:30 Am) Level A Appears to be
sleeping on ½° rounds. Keeps regular.
Awoke at 7am. VS stable. Puthanne Korrah R.N.

2/23/93 9 Am on level A. appetite good
for breakfast. ————— Audrey Bretler

9:30 Am attended community meeting - pt's
goal is to maintain level B behavior & be
a role model. —————— Audrey Bretler

10:30 Am participated in Education Audrey Bretler

11:30 am appetite good for lunch 9Bretler

12:30 pm· 4:30 pm - pt reviewed treatment plan
with staff, participated in group art &
special group. —————— Audrey Bretler

2/23/93 (4-12) level A Pt. ate supper. He participated in
Education 5-6 pt. Donald had no visitors but playing
games in free time. Donald was attentive during educational
movie. 7-8 pm. ————— Mar Kivalachiw

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD

REDACTED - FELL

WILKES BARRE

2/21/93   4:30 pm - On level A. appetite good for dinner. — Audrey Bartol RN

5-8 pm - participated in group therapy, patient listened attentively to others in group. spoke about behaviors he will need to have when he goes home; like he can't stay out late & he can't curse or yell at his parents & that he will need to listen to his parents, attentive in education — Audrey Bartol RN

8:30 pm - 12:30 am - patient participated in art, completed art project, social with peers. went to sleep without incident. — Audrey Bartol RN

2/22/93 (12ᴬᴹ - 8:30ᴬᴹ) Level A. Appears to be sleeping in ½ rounds. Resp. regular. Awakes at 7am. VS stable. _____

2/22/93 (8a - 4:30) Level A. Pt. Quiet & Pleasant Today. Appetite good for Breakfast & lunch. Goal is to list 10 ways to Avoid Friends who Are negative. Did well in groups + Talked of changing attitude + he _____ Good Behavior. VS's stable. No complaints. ____

FELL-00000812

FELL, DONALD
Y823895
C12693 0524P    12Y  043080    383700
FEURSSNER  JA              824-5842
REDACTED - FELL
WILKES BARRE              PA  N S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/24/93 (4:30 pm - 12:00 m) Level A. Appetite good for dinner. Participated in education. Two friends came to the unit asking if he could go out on a pass c̄ them. They were pleasant and cooperated when told this was not possible. Watched Civil War film. Family session held c̄ mother and doctor Feussner. Don says he will probably go on pass tomorrow. Ended the day without points. H 12 Asleep. Joanne M'Dade RN

2.25.93 (12-8:00 am) 12:00 am Lying in bed, eyes closed. Quiet, sound asleep, Level A. _____
7 am lights on observed c̄ R.N. _____

2/25/93 (8. - 4:30 p) Level A. Pt. Subsequently bright & pleasant. Appetite good for Breakfast - lunch. Oriented is to be Role model for teens. He participated in all Activities + in Group. Stated he will follow Rules & he did. He hopes for a pass in the future. He received a Time out for cutting out things from the Paper. He Accepted this & showed good behavior. V.S.'s stable. No complaints. _____ J. Theyondon

2/25/93 (4:72) ___ Re ___ A. Phi etc supper 4:30 - 5 pm. Donald is pleasant & cooperative. He saw former friend at door + friend told him he'd see him tomorrow despite possible restrictions by parents (cont)

FELL-00000813

FELL, DONALD
3A23A99                 383706
(1)A73 0524P   12Y  043(80
EPNSSHER  JA         824-5142
REDACTED - FELL
WILKES BARRE         PA II S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

2/23/93 (cont) Don says he wants home. Family session is tomorrow. Talked about not being home much. Dr Froissue present. Pt had snacks. Resting quietly 10³⁰ pm - 12 p enjoying games & peers ___

2-2(.9)/(2.5³¹)/2³⁰ ___

7⁰⁰am ___ But smother ___

7/24/93  9am - on level A, appetite good for breakfast  ———  Audrey Bartol rn

9:30am participated in community meeting, patients goal is to list what he wants to discuss in family session and review it with 1 day + 1 evening staff ——— Audrey Bartol RN

10:30am pt did work on his goal + did review it with staff, patient did participate appropriately in education ——— Audrey Bartol RN

11:30am appetite good for lunch A Bartol

1-2 pm participated in group therapy pt did follow staffs direction + interacted appropriately c staff + peers ——— Audrey Bartol rn

Form No.: 4500.205.88

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895                    383700
012693 0524P   12Y  043060
GENERAL   11         824-5842
REDACTED - FELL
WILKES BARRE            PA H S
000

2/25/93 (cont.) Donald told staff he thought this peer was "weird." In group Don was confronted by MD over his [...] violence. He was confronted by MD re his violence towards his mom. Says he would have missed mom if he had killed her. Pt. contends he will stay away from peer who dropped by tonight. He [...] to MD & peer (Tim) about this friend (Ken). Pt enjoys snacks. Says he has pass tomorrow. Pt watched TV [...] peers. Resty quietly. 11-12mn. ————— Mark Kastchien, [...]

2/24/93 (12:00 mn - 8:30 am) Level A. Appears [...] be sleeping on 2° rounds. Resps regular. Awakened at 7am for am care. ————— Ruthanne Komal, [...]

2/26/93 9am. On Level A. in a pleasant mood appetite good for lunch Audio, Bartol [...] 9:45 am. pt on pass with mother. 3pm medication given to mother & explained? Audio, Bartol [...]
7:30 pm. pt returned from pass, mother states that pass went well. A. Bartol [...]
7:40 pm - Discharged home to custody of mother [...] aftercare & prescriptions given to mother & explained ————— Audio, Bartol [...]

Form No.: 4500.205.88

FELL-00000815



WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
1823895
C12693 0524P    12Y    383700
FEUSSNER. JA    043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

FELL-00000816

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A23895                    383700
C12693 C524P   12Y  C43080
FEUSSNER. JA        824-5842
REDACTED - FELL
WILKES BARRE           PA M S
000

# EXHIBIT 24

FELL, DONALD
3075199
C10543 0036P    131    383700
043080
824-5842
REDACTED - FELL
WILKES BARRE                PA N S
000

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

Fell, Donald

6/6/93 (Admission Note) 8Pm - 13 year white male, 201 via crisis and E.R. Accompanied to unit in an ambulatory state by crisis worker, Joe Tierney, mother and security. Upon Body Assessment, pt. is noted to have head lice. He has refused Nolan for five days. He is not bathing, trashing his house, stabbed friend c̄ a fork, suspected of smoking pot and drinking, fighting c̄ mother and sister. Mother claims that C.S.C was working on placement at the Forestry Camp. Donald is known to this unit and C.S.C. His affect is very angry and he shouts demeaning things at his mother. He has been suspended from school several times for violence. Admits he had empty beer cans about his bedroom but says they are not his. Has a condom in his pocket but claims it is not his either. Orders received and noted from Dr. Chang. Pt is on Contact isolation for 24 hours. Epidemiologist (Trudy Hines) notified by hospital mail system. Pt. Kwelled c̄ nurse supervision. He is cooperative and calm when mother no longer on unit. Blames mother for his problems and complains she is an alcoholic. Cooperative c̄ P.m. care. Sleeping when observed after 10:15pm. On Level S-1. Jaimie M Dade R

Form No.: 4500.205.88

FELL-00000818

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                    383700
CA0693 0936P   13Y  043080
FEUSSNER  IA       824-5842
REDACTED - FELL
WILKES BARRE          PA N S
000

6/7/93 (1:2?-8³⁰?) Level 5-1. In Quiet room c̄ contact isolation in effect due to head lice. Appeared to be sleeping on 15 minute checks. Resps. regular. Awakened at 6³⁰ Am. Bloodwork was drawn. Compliant. lying on bed till 7am. OOB. VS stable. Showered. Bathroom commode

6/7/93 (8.-4³⁰?) level 5-1 Pt in quiet room c̄ contact Isolation. Pt Given Ground As P List reasons for Admission. He's No Behavior Problem & Compliant. He set Time c̄ Therapist & Dr ??? Initiated. Stays quiet & was resting on bed Through-out Day. No P called. Appetite good ↗
_____ D. Chipunza n

6/7/93 (4³⁰Pm - 12³⁰Am) Level A-1. Remains on contact isolation. Appetite is good for dinner. Talked 1:1 c̄ nurse. He is not angry like yesterday. Says he does not have any problems c̄ his mother. Nurse pointed out his behavior towards his mother yesterday and he blames this on being mad @ his sister. "She's my whole problem, not my mother." Scalp checked by nurse. Nits noted throughout hair. Pt. is combing his hair every ½ hour. 8pm- Contact Isolation re-ordered per T.O. Dr. Rhynn. — (cont.) Jeane McDade, Rn

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
TH75499                    383700
01.0693 0936P   13Y  043080
FEHGRNER   JA        824-5842
REDACTED - FELL
WILKES BARRE                PA M S
000

6/7/93 (cont.) Donald has been pleasant and cooperative
all P.m. At bedtime he did not have his goal done.
Asleep p̄ 10 PM Remains asleep on checks. [signature]
6/4/93 (12-8pm) found S-1 laying on bed c̄ eyes closed @ 1:30 am Continues
throughout night Awake @ 7am. Asked for his log MVU
only nits are present. Coop c̄ self d.m. care. Contact
isolation maintained No physical c/o's — [signature]
6/8/93 8am-4:30pm- on level S-1 continues on
contact isolation. patients goal is to
list stressors leading to his temper.
outbursts. Pt did not work on his goal
reminded by staff to do goal . Pt did
not attend groups due to isolation Cooperative
throughout the day. Dr Kramer aware of Ht & P. not
seen by physician. Hospital Epidemiology nurse
notified instructed pt can be released from isolation
per hospital Policy order received from Dr Jewisner
that pt may be Released. ——— Audrey Brutel R.N.
6/8/93 (4-12:30am) Pt remains on Level S-1. Pt off
contact isolation and out in the dayroom
spaces. Pt's Linens changed and room cleaned
and pillow changed. Pt ate dinner and
attended evening meeting in relation
has silly disruptive cont'd - [signature]

FELL-00000820

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3975499
0L0693 0936P   1ST 303700
                   043080
FENSSMFR  JA   824-5842
REDACTED - FELL
WILKES BARRE              PA H S
000

6/8/93 (4 - 12³⁰ pm) cont bh — behavior. Pt had no visitors this night. Pt attended group and stated reasons for admission. Pt states he stuck a fork in a friend's leg, stays out past curfew, refuses school, getting suspended 18 times this year, and hitting mother. Pt states his friends behave the same way. Pt does tend to brag about his problems. Pt also reports his mother and stepfather are drinking a lot and that they get mean and call him names. Smoking = peers before bed. To deal = problems ——————————— Wendy Carnis RN

6-9-93 (12°°A - 8³⁰A) Level 5-1. In Quiet room — appeared to be sleeping on 15 minute checks. Resp. regular. Awake at 7¹⁵ Am. VK stable & showered. —————— Ruthanne Konrad RN

6/9/93 (8°° - 4³⁰ pm) Level 5-1. Affect Flat, ate breakfast & lunch. Gor(?) 15 word essay on consequences of not following the rules. Present for groups = some participation. Insignificant peers. Pleasant = staff @ times. No behavioral problems. Pt Known — for H/O @ 2°°. No physical c/o's ———— Staff RN Nurse

6/9/93 (4³⁰ - 12³⁰ pm) Level 5-1. Cooperative & unit rules. Watched movie & peers for education & good attention. Had no visitors. Mom called nurses (Cont) Joanne M Adeln

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

REDACTED - FELL

6/9/93 (cont.) station to check on patient. 7⁰ Confronted in group about how he always gets in trouble. He blames family and friends, not self. Help checked for lice — none seen. Watched _____ ē peers before HS. _____ LPN

6-10-93 (12⁰⁰a-8³⁰a) Level 5-1. Appeared to be sleeping on 15 minute checks. Resp. regular. Awoke at 7¹⁵ am. VS stable. Showered. Pt's head was checked for lice. No lice were noted. —————— Ruthann Koon RN

6/10/93 (8 - 4³⁰ pm) Pt remains on 5-1. Pt ate breakfast and attended community meeting ē complete _____. Pt's new goal is to list 10 ways he gets himself in trouble. _____ discuss ē the ____ day and evening staff. Pt very sneaky and silly ē new male peer. Pt _____ _____. Pt had only superficial participation in group. —————— _____ LPN

6/10/93 (4³⁰p -12³⁰am) Level 1-1. Pleasant and content. Had no contact ē mother this shift. Active in all groups. Wants to go home ē his brother. Reviewed goal ē staff and wrote a card _____ _____ to why he will not _____ _____ Appropriate peers. _____ _____ _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3475499                          383700
CE0693 0936P   13Y   043080
FFHSSMER   JA              824-5442
REDACTED - FELL
WILKES BARRE                    PA X S
000

6-11-93 (12⁰⁰A - 8³⁰ₐ) Level 5-1. Appeared to be sleeping on 15 minute checks. Resps regular. Awake by 7:15am. VS stable. Showered. _____ Ruthanne Komal, RN

6/11/93 (8 - 4³⁰pm) Pt remains on level 5-1. Pt ate breakfast and attended community meeting and had complete goals from yesterday. Pt's new goal is to cut what he needs to think about in family session and to review with the day and evening staff. Pt nervous and attended session. Pt quietly done to work on schoolwork on free time by the doctors. Pt compliant ī this. _____ W Someby Canew RN

6/11/93 (4-12) Leng 5-1. Pt ate appr 4³⁰ 5pm. Donald participated in education 5-6pm. Donald had no visitors. He is social ī his peers. (Donald did require 1 point he disruptness in education). In group he was redirected from an insensitive comment towards peer (love hurts'). He says the family session went well today. He said they talked about the ot matters dog program. Donald went negative about participation in this. He says he visits home. Pt enjoys snacks & games on the ī peers. Resting 8:00 - 12 am. _____

FELL-00000823

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499
060693 0936P 13Y 303700
FEUSSNER, JA 043080
REDACTED - FELL 824-5842
WILKES BARRE PA M S
000

6-11-93 (12-8am) 12³⁰am Lying in bed, sleeping. [illegible] [illegible] [illegible]. [illegible] S-1.
3³⁰am Lying in bed, [illegible] [illegible].
7am [illegible] [illegible] [illegible]
6-11-93 (8a-4p) [illegible] S-1. Pt [illegible] [illegible] [illegible] [illegible]. [illegible] good for Breakfast & lunch. Goal is to write short (½-1) [illegible] of St. [illegible] Day [illegible]. He feels it will help his attitude ō School But will [illegible] getting [illegible] up. Pt attends all [illegible] [illegible] [illegible] [illegible] on free Time. V.S., Stable. No Complaints. [illegible]
6/11/93 (4-10⁰⁰pm) Pt remains on level S-1. Pt ate dinner and attended education. Pt procrastinating and refusing school work when 20 minutes was left of education he reported he wanted to do his own school work when yesterday he told staff he couldn't do any of it ō his books. Pt threw pencil and cursed at staff receiving points. While on time out he was given his math work from school and it was explained. Pt reports "I'm not doing my school work now." Pt angry [illegible]- [illegible] [illegible] [illegible] —

Form No.: 4500.205.88

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499                        383700
J+069  C-36P    13Y  043080
FFUSSNER    JR        824-5842
REDACTED - FELL
WILKES BARRE          PA N 3
000

10/12/93 (4-10⁰⁰pm) but did do a few problems. Pt tearful asking to call home so his parents will visit. Pt called but got answering machine. Pt somewhat tearful and argumentative when reminded he was suppose to work on schoolwork on free time. Pt ripped his schoolwork in two and cursed at staff. Pt threw all assignments on the floor. Pt attended group at the end and all peers confronted him on his behavior. Pt apologized to staff for his behavior and took 8pm medications. Pt again became angry when a peer accused him of writing curses on a desk that he had been sitting at. Pt cursing at him slammed a door and hit the wall. Security called and pt placed in 4pt plastic wrist restraints for protection of self and others. Pt's ® knuckles reddened. Pt cursing and started "I'll kill you" when I got out." to a peer. Pt had hydroxyzine 50mg po at 8⁵⁰pm. Pt calmed down and promised not to harm self or others. Pt in 2pt restraints at 10pm c supervision from staff.
                                    Wendy Lunin R.

FELL-00000825

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
SA75499                    383700
C60693 0936P  13Y  013080
824-5642
REDACTED - FELL
WILKES BARRE              PA H S
000

6-12-93 (10ᵖᵐ - 12 ᴬᴹ) [illegible handwritten nursing notes]

6-13-93 (15ᵖᵐ - 8⁴⁵ᵃᵐ) 12³⁰ ᵃᵐ [illegible handwritten nursing notes]

[illegible handwritten nursing notes]

6/13/93 (8ᵃᵐ - 4³⁰ᵖᵐ) [illegible] Pt. Seems Moody, Irritable Today. Pt. [illegible] about being on [illegible] restrictions. Goal is to [illegible] why he'd rather be restrained Than Like School. Pt. did This + stated he would go To School + Wouldn't [illegible] St. [illegible] He Completes goal But still Shows ⊖ Attitude + received level 3 for Cursing. I Slept + [illegible] Per Feverson about Elside Last Night + Order moved to 7 mrrow. VS. stable N. Complete [illegible]

6/13/93 (4-12³⁰ pm) Pt. remains on level 5-1. Pt. on [illegible] restrictions due to points of yesterday. Pt. ate dinner and attended all groups. Pt. talked superficially of his restrictions and [illegible] tends to blame control [illegible]

Form No.:  4500.205.88

FELL-00000826

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3975499
C60693 0956P    13Y   383700
FEUSSNER, JA          043080
REDACTED - FELL       824-5842
WILKES BARRE          PA M S
000

6/19/93 (4-12³⁰ pm) cont'd. — a peer for aggravating him. Pt did work on math assignment ē encouragement from staff during — visiting hours. Pt called home but no answer — and no visitors. Pt easily irritated when redirected by staff. Ate snacks and watched basketball c̄ peers before bed. Talked ē problems — Wendy (cornie) RN

6-14-93 (12³⁰A-8³⁰A) Level 5-1. Appeared to be sleeping on 15 minute checks. Resps. regular. Awake at 7am. Is stable. Showered. — Ruthanne Conrad, RN

6-14-93 (8-4³⁰m) level 5-1. Pt. Bright o pleasant. Pt at Ī The Dayroom. Appetite good for Breakfast + lunch. Good is to write how he could motivate Self for School. Pt talked Īs George About friends stealing + getting Ī Trouble. He states he saw his ṫ stopped much of his ⊂⊃ behavior. Wt. Stable. No Complaints — J Chyzod RN

6/14/93 (4⁷) Level 5-1. Pt ate supper 4³⁰-5 pm. He participated in education 5-6 pm. No visitors. He is bright, social. In group Donald was silly. He was confronted about having staff do his guns. He says he did this work by himself (cont.) more Kreichser

FELL-00000827

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
7875499
060693 0936P    131    383700
FEUSSNER, JA           043080
REDACTED - FELL        824-5842
WILKES BARRE           PA M S
COO

6/14/93 (4:12 cont.) He says his call ē his mom went well. He says he's satisfied ē the plans to go home + to St. Mike's day program. He enjoys snacks + t.v. ē peers. Pt. resting quietly 11-12mn — unremarkable ▢

6-15-93 (12⁰⁰A - 8³⁰A) Level S-1. Appeared to be sleeping on 15 minute checks in Quiet Room. Resps. regular. Awake at 7AM. VS stable. Pt.'s head was re-checked for lice. Several lice were noted to be alive. There were many nits noted on hairshafts. Dr. Chang was called and new orders were received to use Kwell Shampoo - 1 × - as directed and contact isolation until evaluated by physician. Kwell shampoo was applied to pt.'s head and rinsed. Pt. combed hair ē a fine tooth comb. In Quiet room on contact isolation. Isolation Report was sent to Nurse Epidemiologist ▢ ——— Ruthanne Kozma QN

6/15/93 (8 - 4³⁰ pm) Pt. maw on S-1. Pt. on contact isolation due to Kwell treatment and care. Pt. agreeable to having a haircut which Pt. compliant ē room restrictions due to contact isolation care/se necessary. has ___ keep self from ____ silly — Wendy ____ N

WILKES BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL. DONALD
3875499
060693 0936P    13Y    043080
FEUSSNER, JA    824-5842    383700
REDACTED - FELL
WILKES BARRE    PA M S
000

6/15/93 (4-?) Level 5-1. Pt. _____ 4:30-5pm. He is on room restriction due to contact isolation. Donald is pleasant and cooperative. His mom visited him. She brought money for a haircut, books & clothing. Donald was unable to attend group due to contact isolation. He was quiet, resting quietly off and on. Donald had snacks at 5³⁰pm Resting quietly 10-12 m.n. _____

6-16-93 (12:00ᴬ - 8:30ᴬ) Level 5-1. In Quiet room c̄ Contact isolation in effect. Appeared to be sleeping on 15 minute checks. Resps. regular. Awake at 7AM. VS stable. Contact isolation. D/C'd at 7³⁰ AM as ordered. Pt. showered. No lice noted in hair. No C/O's. _____ Roseanne Koonroe, RN

6/16/93 (8:-4:30ᴾᵐ) Level 5-1. Pt. Bright & Pleasant. Appetite good for Breakfast & Lunch. Good in group. Essay on why he should get level c. Pt. focused on his behavior & states is doing good ever since his new _____. & his points are down. D.J. well in group & stated what make him _____ or happy. VS's stable. No complaints _____ _____ RN

FELL, DONALD
1875499
060693 0936P        303700
FEUSSNER, JA    117  043080
REDACTED - FELL      824-5842
WILKES BARRE              PA N S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/16/93 (422) Level 5-1. Pt ate supper 4³⁰-5pm. Don participated in education but received points because he was disruptive. Don was visited by his mom tonight. In group peers say that he is less silly today. He states this is his 10th day on level 5-1 and would like level C. Don says he prefers not to go to forestry camp for the summer. Don also being tired + went to bed early if having shakes. Pt resting. group came into 6/10/93 [...] Lynn Krauss RN

Pt [...] error mil 6/16/93
Pt resting quietly 9³⁰-12 AM    Marie [...] RN
6-17-93 (2-8 am) 12 pm [...]
3⁰⁰ am [...]
7⁰⁰ [...]
6/17/93 (9:43 pm) Pt remains on level C. Pt ate breakfast and attended community meeting c complete goals. Pt's new goal is 150 and no day c what else is going on at home. that his grandma implied to staff and to review c the day and evening staff. Pt received a point for calling a peer "fag it!" [...] for breaking the community. said - Wendy [...]

FELL-00000830

REDACTED - FELL

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

10/17/93 (9:40pm) cont'd — good. Pt working on _____ his goal on free time and _____ _____. Pt writes about his mother and stepfather drinking _____ often and the sister skipping school. _____ groups or _____ — Wendy _____

8/17/93 (4PM) been to private supper 4°°-5pm. He participated in education 5-6pm. Donald had a polite conversation c̄ his mom on the phone. No visitors. In group Donald talked of 2 mens babysitter molesting him when he was 5 or 6. He is bright in affect. He is hoping for consideration for B. He says he feels fine on his meds. Pt enjoyed snacks ū T.V. Pt resting quietly 10°° 12 ow. _____

8-18-93 (12:8³⁰ AM) 12³⁰ am _____ in bed, eyes closed _____ _____ 7°° am sleeping _____

6-18-93 (8°°,3°°) Alert C̄ _____ Bright + Pleasant. Appetite good _____ for Breakfast + lunch. Oral _____ to discuss _____ session _____ he states he won't hit _____ talk of consequence of not going to school ū not following rules. D.J. will _____ V.S. stable. No complaints _____ _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499
060693 0136P  137 383700
FEUSSNER  JA      043080
REDACTED - FELL        A74-5842
WILKES BARRE        PA K. 3
000

6/18/93 (4·12³⁰ pm) Pt is calm, quiet and cooperative. Pt
good appetite for dinner and needed
redirection during eating education. Pt received
a point for disrespect when redirected
by staff. Pt visited = mother and using
visiting house. Pt attended group —
discussing his plans for family session. Pt
states he will not go to school, or whichever.
Pt attended session and came back somewhat
angry stating he did not get level B.
Pt stating "your pissing me off" to
a peer and received a point. Pt stated
"screw you" to staff when reminded
to wait his turn for snacks. Pt timed out
and began cursing stating "I should
get level B with 3 points - I did before"
and "This place fucking sucks" Pt did
calm down and returned to community.
Pt watched movie and went to bed = problems.
                    Wendy Lanister —
6-19-93 (12⁰⁰ A-8³⁰ A) Level C. Appears to be
sleeping on ½° rounds. Resps regular.
Wake up call given at 7am for VS &. I Am
care.                    Kathanne Koorood

FELL, DONALD
3875499                        383700
060693 0936P    13Y  043080
FFUSSNER, JA                824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

4/19/93 (8am - 4:30pm) Level C. Pleasant in A.m. Ate breakfast. Then seen by Dr. Chang, no new orders. Goal: 150 word essay — why you would rather misbehave & stay in hospital then go home. Fight in dayroom c peer, placed in 4 point restraints @ 12:30pm. Calmed down. Released @ 1:05 p.m. Chang aware, new orders received. During group pt discusses his problems c peers & states it is resolved. Watches movie c peers. No c/o's ——— [signature] c Wta

6/19/93 (4-12). Level C. Pt. ate supper 4:30-5pm. Donald participates in education 5-6pm. No visitors. He is social c peers. Donald was attentive but superficial in group. He was confronted by peer over bragging about the fight. Don enjoyes snacks & t.v. c peers. Resting quietly 11-12mn. [illegible]

6/20/93 (12:00A - 8:30A) Level C. Appeared to be sleeping on 2 rounds. Resps. regular. Wake-up call was given at 7am for B and AM care. ——— Ruthanne Koonrad, M

6/20/93 8am - 4:30pm. On level C. Seen on AM rounds by Dr. Chang. Pt's goal is 150 words on problems he can get into if he is involved in physical fights. Pt followed staff direction 1st time told. Pt stating in group that his mom will be in to visit him today. ——— Audrey Battle L.N.

FELL-00000833

FELL, DONALD
3875499                    383700
060693 0936P   13Y   043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE          PA N S
000

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6/20/93 (4??) level C. Pt. ate supper 4:30-5pm. Donald drew a picture of a clock and wrote a letter to the doctor in group. He wrote about yesterday's incident (fight + restraints), about his nerves acting up a bit this morning and to no receiving points he didn't deserve. He received 1 point for leaving dayroom a mess. Donald is talkative and loud while watching game on t.v. He says he doesn't feel any different on medication yet. Pt resting 10:30 12mn. _____ marc Koschewitz

6.21.93 (12 8pm) _____

_____

4/21/93 (8am-4:30pm) Level C. Silly but redirectable, pleasant much of the time. Ate breakfast & lunch. Goal 150 uad every day you aren't trying to get out of here. Present for all groups & activities. Seen by Dr. ___ no new orders. Denies aggressive thought. No ___

6/21/93 (4-10pm) Pt on Level C. Pt ate dinner and cooperative. = medications. Pt had more visitors. Pt spent time playing games ō peers. Pt angry when asked if his goal was done — cont'd — seriously ___

FELL-00000834

C-0693 0936P    13Y   043080
FEUSSNER. JA          A24-5842
REDACTED - FELL
WILKES BARRE
COO.                        PA H S

**VILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-21-93 (4-10 pm) cont'd — and states he cannot do his goal because he can't find his work. When reminded to do a goal he states " I don't care." Pt timed crect to work on goal and he slammed his door and threw goal book. When goal was finished he states the staff gives him points for no reason and that he does was to circumvent here. When redirected to do this over he banged something very loud in his room and threw goal book. Pt did give over but reports to staff that it is stupid to get points for this. Pt attended group ē had attitude refusing to talk about how to get along better ē a peer he disagrees with. Pt had poor group participation and must initiate ā way along ē peers. Pt ends ā shift ē 7 points. Pt to work ē problems

— W ends ē am issue —

6-22-93 (2-8 m)

[illegible handwritten entries]

FELL-00000835

FELL, DONALD
3875499
06069 0936P    13Y 383700
FEUSSNER JA         043060
REDACTED - FELL     924-5842
000      BARRE      PA M S

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6/00/93 (8⁰⁰ᵃᵐ - 4³⁰ᵖᵐ) Level C. Affect is flat, silly c̄ peers. Room restricted on free time for incomplete goal. Sarcastic when given new goal which is: 150 word essay why you refuse to follow the rules here. Ate breakfast & lunch [illegible] shows no order. Shows no interest in [illegible] Wants to request new room from [illegible] evening. Relates 3-4pm. [illegible] C/o [illegible] —

6/22/93 (4 - 12³⁰pm) Pt remains on Level C. Pt remains on room restrictions due to incomplete goals. Pt received points out most of shift for being loud and talking back, [illegible] redirected and/or throwing papers on the floor during time out. Pt ate dinner and had adequate participation in education. Pt's mother came to visit and she brought [illegible] a [illegible] for him. Pt encouraged to tell his mother [illegible] he has been getting points. Pt refused and staff told mother he has been yelling and [illegible] at staff refusing to listen. Pt attempted off denying all the reasons he got points today. Mother still visited. Pt attended group and — reports that cont'd - Wendy [illegible] RN

FELL-00000836

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
7875499                    383700
060693  0936P    13Y   043080
                              R24-5842
REDACTED - FELL        PA M S
WILKES ......
COO

6/22/93 (4-1:30 pm) cont'd - his _____ problem _____ skipping school. Pt complaining that he might not pass this year and friends that skip school will. Pt complaining that he gets punish for no reason and that the little kids instigate him. Pt asks for room change. Pt cooperative _ medications. To bed early _ problems.
                                    W _____ Cousins RN

6-23-93 (12:00a-8:30a) Level C. Appeared to be sleeping on 1/2° rounds. Resps. regular. Wake-up call given at 7am. VS stable.
                                    _____/Coomra _____

6-23-93 (8a-4pm) Level C. Pt _ day _ _. Appetite good for breakfast & lunch. Good IS. 70. Write why he lets _ peers influence him. He was told to rewrite goal because he stated his essay _ "I don't know." He was silly _ in school horseplaying. He _ to staff "My Mom said I'm only here for skipping school." Stated that _ will change at _ _ Poor attitude. 3 points this shift. VS - stable. No complaints.
                                    _____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499                          383700
040693  0936P    13Y  043080
FEUSSNER    JA          824-5842

REDACTED - FELL

PA K S

0-00

6-23-93 (4ᵖᵐ - 12³⁰ᵖᵐ) Level C. Appetite: good for dinner. Participated in education. Had no visitors, but talked to mom on phone. In group, he promises to be good if allowed to go to Partial over St. Mikes. Peers complain he pushes them against the wall. Complained to the doctor of feeling "tingly" inside and shakey. Does not feel his meds are doing it. New order in Mobane. Atellazine 1mg 8, 3, 9ᵖᵐ po. Cooperative c̄ p.m. care. Ended day c̄ 3 points. ___ Johnne M Dale RN

6-24-93 (12³⁰ᵃᵐ - 8³⁰ᵃᵐ) Level C. Dr. Feussner wrote new order for Cogentin 1mg po q 4° prn ... reaction of pt, can't take it orally, give im. Appeared to be sleeping on ½ rounds. Resp ... Wake-up call given at 7am for VS and am care. ___ Kathianne Coonral RN

6/24/93 (8 - 4³⁰pm) Pt on level C. Pt at ... breakfast, and attended community meeting c̄ complete goals. Pt a new goal is to list what to discuss in family session, and to review with the day and evening staff. Pt needed reminders to write his goal. Pt compliant c̄ meds c̄ no side effects noted. Pt attended group but could not ... unable Cassie... RN

FELL-00000838



VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
7A75499                    383700
060693 0936P    13Y   043080
                              824-5842

REDACTED - FELL

WILKES BARRE
000

6/24/93 3(8-4$^{30}$ am) cont'd - got defensive when receiving negative feedback from peers. Pt more well behaved and has ③ points this shift. Pt completed goal and reviewed c votage — W ienoly Carming RV

6-24-93 4$^{30}$ pm - 5pm Appetite good for supper. Ate all food on tray. Remains on Level C. Initiating relevant interaction.

5pm-6pm Participated in education session. Responds relevantly.

6pm-7pm Interacting with other patients and staff in relevant manner. Makes eye contact. At 6$^{40}$pm, asked staff member to review goal with him. Staff member told him the goal would be reviewed when staff member finished with another patient. Cursed at staff member and threw his goal book. Given 2 points. Yelled at staff member. Given time out in room for 15 minutes.

7pm-8$^{15}$pm Participated in group session about attitudes. Gave appropriate input to discussion and to other patients.

8$^{15}$pm-8$^{30}$pm Interacting with other patients and staff. Ate snack.

8$^{40}$pm-9$^{40}$pm Family session with mother and Doctor Feussner

9$^{45}$pm-10pm Stated family session went well. Retired to bed at 10pm.

Carol Surofas
RN, C.

FELL-00000839

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
397549
C60693 0956P    15Y 383700
FEUSSNER      043080
REDACTED - FELL, 824-5842
0094
WILKES BARRE
PA. M S

6-24-93 (10pm - 12am) Level C. A new order was received from Dr. Feussner that Donald's stepfather can visit during visiting hours and can call on the phone. Resting quietly in bed. Appeared to be sleeping 11pm-12Am. —Ruthanne Konrad

6-25-93 (12A - 8A) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake up call given at 7am for VS and AM care. Ruthanne Konrad

6-25-93 (8a - 4p) Level C. Bright + Pleasant. Appetite good for Breakfast + lunch. Cecil is to write 5° words on how he could control temper outbursts if hears something he doesn't like. To Agn he seemed "cocky" + was still "Quick Tempered" when being confronted. His behavior in... Attended all Activities. V... Social N. Complaints — Chapman

6-25-93 (4pm - 12am) Level C. Appetite good. Participated in education. Had no family contact this shift. 7-Confronted in group by peers that he does not want to leave the hospital. It denies this, but has no answers as to why he still acts cocky and has "wise-guy" attitude. (cont)

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3875499                          383700
CF0693 0936P    13Y    043030
FEUSSNER    JA              824-5842

REDACTED - FELL

6-25-93 (cont.) Participated in roleplay. Peer played Donald's mother and Don played self, coming home past curfew and drunk. Pt. was laughing c̄ pleasure @ her own behavior. Watched "My Girl" c̄ peers before bedtime. [illegible] McDade, Rn

6-26-92 (12:5⁰ᵃᵐ) 17hrs lying in bed, eyes closed on initial rounds, still C. [illegible]

6-20-97 (6:4⁰ᵃᵐ) Awake C. Pt. bright & pleasant. Appetite good for breakfast + lunch. Good is to write 150 words on how to (Alcohol ⁵⁶²⁶⁹³) Get + Attention from Staff + Peers. No [illegible] good. Told staff he needs to Avoid O behavior, Not Curse, Throw Temper Tantrums + Not do These Things. Kept active c̄ Groups. VS stable, N₀ Complaints. — [illegible]

6/26/93 (4 - 1:3⁰ pm) Pt. on level C. Pt. ate dinner and cooperated c̄ education. Pt. had no visitors. But played cards and talked c̄ staff. Pt. attended group meeting reeducation for confronting a peer in a nasty tone. Pt. confident he will return home to live when [illegible] cont'd [illegible]

FELL, DONALD
3A75499
060693 0936P 13Y
383700
043080
824-5842
REDACTED - FELL
PA M S
000

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6/26/93 (4-12[30] pm) cont'd - about spending time c̄ his family he reports he will go to St Luke's day program as part of during the day and go over friend's house in the evening. Pt reports if he does spend time ~~with~~ (6/26/93 error w/) at home he will stay in his room and listen to music. Pt participated in cooking project and watched movie c̄ peers. Pt reports he is uncomfortable with his roommate because he reports his roommate is gay. Pt to bed c̄ problems

Wendy [illegible] RN

6-27-93 (12-8[00] am) 12[30] am Lying in bed eyes closed on initial rounds. Int[illegible] [illegible]
7[00] am [illegible] [illegible] [illegible] [illegible] [illegible]

6-27-93 (8a-4[30] pm) Cont C. Pt Superficially Bright & Pleasant. Appetite good for Breakfast & lunch. Cont 'i' No Waxe Even Though I Say I WANT TO GO home Why Am I In Wheel The house like. Pt states he is "use TO" Fooling Around & wrestling on outside & then gets Caught up Doing it here & getting hurt. Pt - Trying To Control This Today & doesn't receive Any. — [illegible] RN

Form No.: 4500.205.88

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**

**ADOLESCENT PSYCHIATRIC UNIT**

**NURSING RECORD**

6-27-93 (8:45ᴾᴹ) ...

[handwritten nursing notes, largely illegible]

10-27-93 (4-12:30 pm) Pt on level C. Pt ate dinner and attended group. Pt watched drug and alcohol education film and participated in discussion. Pt talked about his natural father drinking and beating him for no reason when younger. Pt denies any alcohol problems in his family at present. Pt reports that his mother wonders if his father leading human thing that happened with him in past cause his ... behaviors. Pt had no visitors. Pt kept busy playing cards ... peers. ...

6/28/93 (12:00 - 8:30) Level C. Appeared to be sleeping on ½° rounds. Resps. regular. Wake up call given at 7am for VS and 8am Carl. ____

6/28/93 (8am - 4:30) Level C. Pleasant, ate breakfast & lunch. Good ... 150 word essay how I plan to stay out of trouble this summer. ... seen by Dr. ..., no new orders. ____

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
MR/5499
(10893 0936P   13Y  041040
RF:MAUER  JA              824-1842
REDACTED - FELL
WILKES BARRE          PA R S
000

6/08/93 (8am - 4:30 ccw. v) and in group. Redirected for being younger male peer. Ate snack. To physical %'s

6/28/93 (172) Level B Pt. etc suppor. He participated in activities 5-6pm. Donald met c Deb his therapist. No visitors tonight. He spoke c his mother on the phone. Donald was a little withdrawn initially in group. He was timed out for an inappropriate comment during a peer's conversation about being molested. He did return to speak a little about his own molestation. Donald plans a visit c his mom if her car tire is fixed. He is hoping for discharge by this weekend. He spoke c MD about his discharge. Donald had snacks. Resting quietly p-12ow. _____

6-29-93 (12⁰⁰A - 8⁰⁰A) Level B. Aroused to for sleeping on ½" rounds. Resyer. regular. Wake up call given at 7⁰⁰A for VS and am care. ——— Ruthanne Koonrad, RN

6/29/93 (8Am - 4:30pm) on level B in a pleasant mood attended community meeting patient goal is to work for level A pt reviewed treatment plan c staff + received Level A signature. appetite good for breakfast + lunch participated in group + all activities. Andy Britton

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD
3A75499
GE0693 0936P   13Y   383700
FLEISCHER, JA   043080
REDACTED - FELL   824-5842
WILKES BARRE   PA M 8
UCC

6/29/93 (4-12) level B. Pt. ate suppr 4³⁰:5 & participated in education 5-6pm. Donald is playing cards in free time. He has no complaints. He was visited by his mother. In group Donald said he + mom plan on going camping on the 4th of July. He says his stepdad is coming to the session also. BP 110/66 this evening. Donald contradicted himself about what time his mom will let him out to at night and how he'll be coming home at night. Also contradicting himself about his friends. He says his friend is 17 & he doesn't like friends his age. — That they are jerks. He says he'll take meds now because "they control me." He receives 1 point for telling peer a name in group. His peers confronted him about cursing and being a jerk. Donald had snacks & saw MD F group. Resting 10³⁰-12am.

6-30-93 (12-8³⁰pm) 12 ᵡam _____ mark Kowalchik, RN

6·30·93 (12-8³⁰pm) 12 ³⁴am _____ level B

7⁰⁰pr _____

6-30-93 (8-4¹ ) level b. Pt. Bright + pleasant. Appetite good for breakfast / lunch. Had ___ is 150 words. Behavior is needs to change at home. He focused on staying out + following before ___ ___

FELL, DONALD
1475499
060693 0936P   13Y   383700
FEUSSNER, JA         043080
REDACTED - FELL      824-5842
WILKES BARRE         PA  H  S
COO

WILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

6-30-93 (2:30) + Today medicine late Seems
Over Confident Re appt. hopes Mom takes
him home + That medication Works.
Ritalin 5mg 11am Given No Side Effects
VS s. stable No Complaints ____ ____

6-30 93 (4-12) Level B start of shift. Appetite is
good Hoping to have a good family session and
be discharged. Three friends came to unit door
to say hello to Donald. Did his education.
Talked about plans for the summer in Group.
5-Mom in for session. 8:45 Pm Discharge Note-
DC order + 1st Level A received from Dr. Feussner.
All belongings secured and signed for. Medications
reviewed c̄ mother and Donald. Pt. is able to re-
peat back to nurse what meds he is on. 1:4
nurse he has a 3Pm appointment @ C.S.C. tomorrow
He will attend the summer Partial Program).
Escorted to hospital exit in an ambulatory state
by Joanne McDade, Rn and mother @ 5Pm J McDade Rn

FELL-00000846

VILKES-BARRE GENERAL HOSPITAL

ADOLESCENT PSYCHIATRIC UNIT

NURSING RECORD

FELL, DONALD          383700
3P75499              13Y    043
(101.93  0936P          824-58
REDACTED - FELL

FELL-00000847

# EXHIBIT 25

**Selection and Review**
**CRR Group Home**
**September 22, 1993**


**Present:**   Ellis Carle, Peggy Peterson, Children & Youth Services; Dave
              Geller, 404-BSU; Jean Joyce OPS/CSC; Carolanne Jones CRR/CSC.

Re:    Donald Fell
BSU:   404-01593
DOB:   4-30-80

          Donald being referred for placement in the CRR by the outpatient
          department (Children's Service Center) for the MH only slot.

          Currently, residing with natural mother and her paramour.

     Donald has an extensive background of treatment through Children's
Service Center.  Services have included Outpatient Services, Partial Hospitali-
zation, Home Based Intensive Family Services Program, referrals Y-Program, and
several psychiatric hospitalizations.  Donald exhibits severe aggressive out-
bursts, school difficulties, severe parent/child conflict, testing limits and
poor social skills.

     Donald has been exposed to adult sexual activity, witnessed the sexual
abuse of his sister and may possibly have been sexually abused himself.  He
witnessed a great deal of domestic violence between his natural parents prior
to their separation.

     These have been two recent HBIFSP referrals.  The first one was turned
down, the second one is pending.

     Recommendations:

     1.  CRR placement deferred due to aggressive behavior.

     2.  Follow-up on HBIFSP referral.

_____                    _____
Psychiatrist                                 Carolanne Jones
                                             CRR Director

FELL-00000848

# EXHIBIT 26

<u>PSYCHOLOGICAL CONSULTATION</u>

RE:    Donald Fell

DATE:    4-12-94

PSYCHOMETRIC INSTRUMENTS:        <u>WISC-R</u>

|  |  |
|---|---|
| Verbal I.Q. | 100 |
| Performance I.Q. | 101 |
| Full Scale I.Q. | 100 |

<u>RORSCHACH</u>

<u>HOUSE TREE PERSON</u>

<u>BENDER MOTOR GESTALT</u>

<u>CLINICAL DIAGNOSTIC INTERVIEW</u>

<u>REASON FOR REFERRAL</u>

This fourteen year old white youth of small build has been admitted to the Diagnostic program at St. Michael's as of 4-8-94 as a result of chronic school truancy behavior. Donald denies any drug usage and relates that he was living with his mother prior to placements.  Chart information indicates a very dysfunctional family and it should be noted that Donald was on Tofranil as well as Mellaril in the past for behavior problems. Donald relates that he does not see his father.  Previous placements included the First Hospital Wyoming Valley for Diagnostic evaluation as well as Wilkes-Barre General Hospital. No previous charges are noted in the chart.  Essentially, he is being seen by this examiner to assess current level of intellectual functioning and personality dynamics in order to formulate treatment goals during his stay at this facility.

<u>OBSERVATIONS</u>

Donald presents as pleasant and cooperative and verbalized spontaneously with this examiner and from a clinical prospective he is found to be fully oriented to time, place and person and there are no indications on a behavioral level of any active psychotic process.  Speech is relevant and coherent.

FELL-00000849

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page II

OBSERVATIONS- continued

 Affect is slightly anxious but appropriate to content of
ideation.  Regarding his school truancy behavior, Donald relates
"I got suspended and my mom was suppose to take me back to school
to get readmitted and she didn't.  Donald further relates that,
when he missed school, he would either go home or stay at his
friend's house.  It is interesting to note that Donald relates
that one of the primary reasons for missing school was because
the teachers wouldn't let me go to the bathroom and I got yelled
at constantly".  This examiner is of the opinion that Donald is
quick to resort to flight or avoidance behavior mechanisms in
dealing with situations which he percieves as anxiety provoking
or egothreatening rather than attempting to confront the
problem in a positive manner.  When asked how he is going to stay
out of trouble in the future, Donald relates "I guess I'll go to
school and walkout".  He relates that his biggest problem at this
time is "not going to school".  With regard to family
dynamices, he describes his relationship with his mother as
"good", and states that he does feel loved.  Since his admission
to St. Michael's, he relates that he feels "mad, because I don't
want to be here, I'd rather be home".  In terms of
self-perception, Donald describes himself as "easy to get along
with, I have alot of friends".  One does get the impression
however that Donald can be an easy victim of negative peer
influence as a result of perceiving the peer group as an avenue
for fulfilling his needs to belong and maintaining self-esteem.
It is interesting to note that Donald relates that he has
difficulty paying attention in school because "I'm always
tired".  He further relates that he does not sleep well at home.
Clearly, this youth is going to have to explore more positive
coping skills in dealing with the dynamics of school rather than
resorting to flight or avoidance behavior mechanisms.
Vocationally, he offers no specific aspirations at this time.

INTELLIGENCE

        The WISC-R was administered to assess current level of
intellectual functioning and the following are the individual
WISC-Rsubtest scores:

| | | | |
|---|---|---|---|
| Information | 11 | Picture Completion | 10 |
| Similarities | 8 | Picture Arrangement | 9 |
| Arithmetic | 11 | Block Design | 11 |
| Vocabulary | 9 | Object Assembly | 9 |
| Comprehension | 8 | Coding | 11 |

FELL-00000850

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page III


INTELLIGENCE- continued

Inter-subtest scatter is moderate and reflective of consistency in overall cognitive abilities.  Fund of information is slightly above average for his age level and this is also true of arithmetic reasoning skills as well as his usage of analytic synthetic thought process on a spacial relations task and his ability to perform on a task demanding retention of new learning and perceptual motor integration.  Abstract thought process is slightly below average and this is also true of vocabulary as well as judgement for practical situations.  Insight into the dynamics of a social situation is slightly below average.  His ability to attend to detail is average.

Current level of intellectual functioning is within the average range and compared to the general population, he is placed at the 50th percentile rank.

RORSCHACH

The entire record contains a total of only 12 responses which essentially is a constricted record and clinically suggestive of marginal ego strength at this time in that he had difficulty superimposing structure upon the ambiguous stimuli in order to formulate meaningful percepts.  (This is also a significant factor accounting for Donald being an easy victim of negative peer influence).  Essentially, several M responses in the record connote a tendency to rely heavily upon intellectual defenses such as rationalization; projection as well as denial and perhaps even fantasy in order to cope with reality demands and maintain ego-integration.  It is interesting to note his response to card six ("a squirrel that just got runned over") which is suggestive that Donald may feel somewhat overwhelmed at the present time by his current state of affairs and environmental factors.  The findings also suggest that he is acutely aware of his need for emotional support and guidance from others which is a positive note for therapy.  Some mild underlying autistic trends as evidenced by several poor form percept responses connote a tendency to take a situation and manipulate it for his own self-serving ends.  Some mild underlying oppositional trends are also noted.  Color is scarce in formulating his percepts which is suggestive the potential for impulsive, acting out behavior due to poorly developed inner controls.  Other than these findings, the record is essentially unremarkable for a formal thought disorder and reality testing is seen to be within normal limits.

FELL-00000851

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page IV

## HOUSE TREE PERSON

His human figure drawing is a 13 year old male whom he describes as, "he obeys all the rules but he never goes to school." It is interesting to note that the eyes-like pupils which is clinically suggestive of a tendency to be somewhat preoccupied with internal stimuli rather than reality based stimuli however this is not to be construed as impairment testing but rather a tendency to rely upon fantasy or other intellectual defenses as a means of coping with reality demands.   A projective analysis of the drawing reveals strong dependency needs as well as underlying feelings of confusion and ambivalence.  The tree connotes impulsivity (a generalization supported by Rorshach findings) as well as difficulty in reaching out into his environment in socially appropriate ways in order to achieve need satisfaction.  The house is presented in front view suggestive of a tendency to mask his true feelings behind a front or facade and it is interesting to note that the absence of a walkway leading to the home connotes a tendency to be somewhat cautious and guarded with regard to self-disclosure. He does not perceive his home as affording him an emotional support system at this time.

## BENDER GESTALT

Overall, his intellectual approach to this task is systematical and there are no collision of designs noted. Reproductions are characterized by errors of impulsive loops, slight rotation of design and poor angulation.  However, it is the opinion of this examiner that these errors are due primarily to emotional factors rather than to any gross perceptual motor deficits

## IMPRESSIONS AND RECOMMENDATIONS

Donald is a fourteen year old white youth of small build who presents as pleasant and cooperative and is currently functioning intellectually within the average range.  Furthermore the psychometric data do not suggest gross perceptual motor deficits which may manifest in a learning disability. Essentially, it would seem that Donald relies heavily upon flight or avoidance behavior coping mechanisms in dealing with situations which he perceives as anxiety provoking or which he experiences as uncomfortable and really needs to learn that he cannot to continue to runaway from his problems.

FELL-00000852

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page V


IMPRESSIONS AND RECOMMENDATIONS- continued

He needs to gain some insight regarding his own strengths and
limitations in order to bring about some behavioral changes.
Central features of his personality dynamics include strong
dependency needs; underlying feelings of confusion and
ambivalence; impulsivity, and a tendency to feel somewhat
overwhelmed by his current state of affairs.  This youth needs
much positive reinforcement in order to strengthen independent
decision making.  I am of the opinion that we can expect some
positive gains from Donald since he seems to be motivated towards
self-improvement once a trusting relationship is established with
staff.  Reality testing is within normal limits and there is no
evidence of a formal thought disorder.  One can expect Donald to
rely heavily upon such intellectual defenses as rationalization;
projection; in coping with reality demands.  I would recommend
the following for Donald during his stay at this facility.

1.  Certainly residential placement is in order at this time in
order to provide Donald with guidance and supervision from
appropriate male role models as well as to help him to gain some
insight regarding strengths and limitations in order to bring
about some positive behavioral changes.

2.  It would be desirable if Donald could achieve some insight
regarding his reliance upon flight or avoidance behavior
mechanisms in dealing with situations which he finds
uncomfortable and help him to explore more positive coping skills
in dealing with such situations rather than resorting to
avoidance of the situation.

3.  Since the findings indicate impulsivity, behavior
modification approaches should be used on a daily basis, notably
response cost and behavioral contracting in order to get Donald
to think before responding and be more responsible for the
consequences of his behavior.

4.  Family therapy should focus on helping his mother achieve
some insight regarding the dynamics of Donald's personality and
also to reinforce consistency in proper parenting skills as well
as communication to reinforce a sense of belonging within the
family constellation especially in view of the absence of the
father figure.

FELL-00000853

PSYCHOLOGICAL CONSULTATION
RE:    Donald Fell
Page VI


IMPRESSIONS AND RECOMMENDATIONS- continued


5.  Much positive reinforcement should be utilized in programming in order to enhance self-esteem and improve self-concept and staff should reinforce positive peer group interaction on a daily basis.

6.  Lastly, group home placement following discharge from this facility is strongly recommended in view of current personality dynamics and his need for ongoing guidance and supervision from appropriate male role models.

Joseph Reakes, M.A.
Licensed Psychologist


JR/

FELL-00000854

# EXHIBIT 27

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 10/15/94-height & weight.... 11/9/94-struck in l. eye by another youth during an apparent altercation. S. swelling noted. Ice applied. R. 5th knuckle bruised. Refused ice pack for knuckle. No c/o pain. Observe. | 61 1/2 inches; 105 pounds. | Treatment as indicated. Observe for continued complaint |

L. Frisvold, RN - School Nurse

FELL-00000855

SERVICE PLAN

MEDICAL

RE: DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 11/18/94-c/o cough. Afebrile. Robitussin DM. Observe. 11/30/94-c/o cough. Afebrile. bitussin DM. Observe. 1/4/95-c/o cold symptoms. A-febrile. Sudafed, Tylenol, Ro-bitussin DM. Observe. | Medication effective. Medication effective. | Medication as indicated. Ob-serve for continued complaint: Medication as noted. Observe for additional complaints. Medication as indicated. Ob-serve for continued complaint: Medical treatment as required |

L. Frisvold, RN - School Nurse

FELL-00000856

# EXHIBIT 28

SERVICE PLAN

MEDICAL - DENTAL

RE:   DONALD FELL

| AREAS OF INTERVENTION | CURRENT STATUS | GOALS AND TARGET DATE |
|---|---|---|
| 3/30/95-to Dr. S. Rosengrant for eye refraction. | Glasses prescribed for distance wear only. Myopic astigmatism.   Yearly exams recommended. | Glasses to be worn as prescribed. Yearly exams recommended. |
| 4/5/95-to Geisinger Medical Gp for annual physical exam and check of l. leg. | Seen by Dr. T. A. Hanna, M.D.  Cellulitis l leg.  Elevate. Naprosyn 375 mg. t.i.d. with food for 15 doses., Keflex 500 mg. b.i.d. for ten days.  Td booster administered. Recheck 4/7/95.. | Medication and treatment as prescribed. Return for recheck at appointed time. |
| 4/7/95-to Geisinger Medical Gp for recheck l. leg. | Seen by Dr. Hanna.  Continue same care. X-ray ordered and compelted.  Return for recheck 4/10/95. | Continue treatment as prescribed. Return for recheck at appointed time. |
| 4/10/95-to Geisinger Medical Gp for recheck of l. leg. | Seen by Dr. Hanna.  Improving, continue same care. Recheck prn. | Continue treatment as indicated. Observe and return prn. |
| 4/19/95-eye & ear screening. | R. eye 20/50; L. eye 20/70.  Normal sweep in both ears. | |
| 4/19/95..height & weight... | 62 1/4 inches; 104 pounds. | |
| 4/25/95-given new glasses. | Glasses to be worn as prescribed. | Wear glasses as prescribed. |
| 5/2/95-to Dr. M. Hunting, DDS, for dental care. | #18 occlusal with composite filling with amalgam; #31 occlusal with composite filling with amalgam.  Fillings completed. Recall in six months. | Dental care completed. Recall in six months. |
| 5/9/95-c/o cough. Robitussin DM. Observe. | Effective. | Observe for additional complaints |
| 6/5/95-c/o headache. Tylenol | Effective. | |
| 6/28/95-no medical or dental complaints at this time. | Stable. Non-complaining. | Medical and dental care as required. |

L. Frisvold, RN - School Nurse

# EXHIBIT 29

CONTACT SHEET

CASE NUMBER:                         MONTH: 5/95

CLIENT NAME: Fell                    WORKER:

ADDRESS:                             Boynon

| CONTACTS. | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 5/26/95

Location: SHARP Home

Who Seen:

JACKie SHARP
DoNald Fell
Teri Fell

1. )

Home visit

2. )

Jackie reports that Donnie has been going to school regularly. She is having some problem w/him at home.

Donnie needs to help out more around the house. Teri does chores willing, but Jackie reports Donnie is less cooperative.

I suggested she sit down w/ them and writ

FELL-00000858

out chore lists, w/their help. Next, the
lists should be posted in plain view
so they can be referred to as needed

Jackie is also concerned ~~that~~ Donnie
may be ~~used through~~ ~~using drugs~~. She stated when
he's been out w/ his friends, he stays i
his room and he won't eat. She also
reports he has mood ~~to~~ swings.

Jackie and I discussed these concern
w/ Donnie He swears he's not using
drugs. I advised if he continues to
demonstrate the behaviors noted above
he may need to be reevaluated at CA

Jackie's only other concern is that
she needs some time for herself. I
explained to her that Donald and Teri
probably have a lot of anxiety based
on ~~their all~~ being abandoned by ~~their~~ mothe
and their grandmother's death. I advised Jacki
as they become more comfortable w/ her as their guardi

FELL-00000859

# EXHIBIT 30

# INTENTIONALLY LEFT BLANK

FELL-00000860 - FELL00000861

# EXHIBIT 31

```
04/30/2010              Rutland City Police Department                    1738
14:07                     LAW Incident Table:                 Page:      1

Incident Number: 96RL00295

Nature: Citizen Dispute Partition: 1119
  Addr:       REDACTED-FELL
  City: Rutland City      ST: VT  REDACTED-FELL       Area: 1119  RUTLAND CITY
  Complainant&                                        Contact:
  Lst:                              Fst:                    Mid:
  DOB:            SSN:              Adr:
  Rac:    Sx:  Tel:                 Cty:                    ST:    Zip:

  Offense Codes: CDIS INTP                    Reported: CDIS  Observed: INTP
  Circumstances: LT20   SUA
Rspndg Officers: Stevens, K      Perkins M        Tarbell, J
Rspnsbl Officer: Stevens, K      Agency: 1119         CAD Call ID:     403369
    Received By: Tucker, S             Last RadLog:
   How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
  When Reported: 03:53:53 01/11/1996   Disposition: TRA  Disp Date: 01/15/1996
Occurrd between: 03:53:53 01/11/1996   Judicial Sts:
           and: 03:53:53 01/11/1996Supervisor Apprl: SATucker,SGT
MO:
 Narrative: (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
INVOLVEMENTS:
Type   Record #     Date        Description                 Relationship
 NM               01/11/1996                                *Complainant
 NM               01/11/1996                                *Offender
 NM               01/11/1996                                *Offender
 CA    403369     01/11/1996   03:53 01/11/1996 Citizen Dispu *Initiating Call
 PR    73643      01/11/1996   Key Miscellaneous  $0          Fell-pers-prop.
 PR    73644      01/11/1996   Wallet & Cash  $142.85         Gilbert-pers-prop.

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                              Amount
  1 CDIS Citizen Dispute               0.00
  2 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                             Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Stevens, K        M965
  2 Perkins M         M973
  3 Tarbell, J        M956
```

FELL-00000863

Narrative:
_____

Responded to ▮▮ Cottage St. for a reported domestic. Upon my
arrival, I observed two heavily intoxicated subjects who were
argueing over their moving to PA.

Both were believed to have assaulted each other.

It was necessary to take both of them into protective custody as
neither one could walk without assistance. They further had the
stove burners on with nothing on the stove, and neither knew it
was on.

They were identified as ;

Both were placed at the RCCC.

# EXHIBIT 32

```
04/30/2010                    Rutland City Police Department                        1738
14:06                         LAW Incident Table:                      Page:        1

Incident Number: 96RL07632

Nature: Disorderly         Partition: 1119
  Addr: Sunset Motel                                        Area: 1119  RUTLAND CITY
  City: Rutland City          ST: VT  Zip: 05701        Contact:
  Complainant&      .41880
  Lst: Sunset Motel                        Fst:              Mid:
  DOB:   /  /    SSN:     -   -      Adr= REDACTED - FELL        REDACTED - FELL
  Rac:   Sx:   Tel: (802)773-2786  Cty: Rutland City    ST: V
                                                            REDACT
  Offense Codes: 2480 INTP                    Reported: 2480   Observed: INTP
  Circumstances: LT14   DOMV
Rspndg Officers: LaChance, D        Tucker, S          Stevens, K
Rspnsbl Officer: LaChance, D        Agency: 1119          CAD Call ID:      487431
     Received By: Wentworth, L           Last RadLog:
   How Received: T  Telephone              Clearance: RBS  Reviewed by Sergeant
  When Reported: 00:51:52 09/04/1996    Disposition: TRA  Disp Date: 09/07/1996
Occurrd between: 00:51:52 09/04/1996    Judicial Sts:
          and: 00:51:52 09/04/1996Supervisor Apprl: SATucker,SGt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                   Relationship
 NM     41880   09/04/1996  Sunset Motel,                *Complainant
 NM             09/04/1996                               *Person of Interest
 NM             09/04/1996                               *Person of Interest
 CA    487431   09/04/1996  00:51 09/04/1996 Disorderly  *Initiating Call
 PR     87508   09/04/1996  Miscellaneous   $0            Gilbert-pers-prop.
 PR     87509   09/04/1996  Cash  $26.25                  fell-pers-prop

LAW Incident Offenses Detail:
                     Offense Codes
Seq Code                                    Amount
  1 2480 DISORDERLY CONDUCT OTHER            0.00
  2 INTP Intoxicated Person                  0.00


LAW Incident Circumstances:
                     Contributing Circumstances
Seq Code                                    Comments
  1 LT14   Hotel/Motel/Etc.
  2 DOMV   Domestic Violence Involved
```

FELL-00000865

```
LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 LaChance, D         M975
  2 Tucker, S           M947
  3 Stevens, K          M965
```

FELL-00000866

Narrative:
_____

Upon my arrival at Sunset Motel ███ for a reported 10-10 I met with ████████ and ██████. ███ and █████ both advised that they had been involved in an arguement. ███ was covered in beer.

Both subjects were incapaciatated, both subjects had an alco-sensor reading of .███AC.

Both ███ and ████ were screened by Evergreen and sent to RCC as an incap.

████ had been reported missing by PA authorities. These authorities were contacted and advised.

No further action taken

FELL-00000867

# EXHIBIT 33

```
03/24/2010              Rutland City Police Department                    1470
09:24                   LAW Incident Table:                      Page:     1

Incident Number: 96RL09679

Nature: Disorderly      Partition: 1119
  Addr: REDACTED - FELL             REDACTED - FELL        Area: 1119  RUTLAND CITY
  City: Rutland City     ST: VT  Zip:          Contact: female bartender
  Complainant&    41084
  Lst: Stoplite Lounge           Fst:              Mid:
  DOB:   / /      SSN:     -   -    REDACTED - FELL
  Rac:   Sx:    Tel: [REDACTED]    Cty: Rutland City      ST: VT Zip: REDACTED - FELL

  Offense Codes: 2480                   Reported: SUSP  Observed: 2480
  Circumstances: LT20   SUA
Rspndg Officers: Hall, C          Tarbell, J        Greene, C        &
Rspnsbl Officer: Greene, C        Agency: 1119          CAD Call ID:    510977
    Received By: Dunchus, P          Last RadLog:
  How Received: 9  911 Line            Clearance: CRO  Cleared Responding Of
 When Reported: 00:11:11 11/06/1996   Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996   Judicial Sts: NCI  Non-criminal Incident
          and: 00:11:11 11/06/1996Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date       Description                  Relationship
 NM                                                       POI
 NM   41084   11/06/1996   Stoplite Lounge.              *Complainant
 NM                                                        witness
 NM   225239  11/06/1996   Fell, Deborah Ann              POI
 NM                                                        POI
 NM                                                        POI
 NM                                                        POI
 CA   510977  11/06/1996   00:11 11/06/1996 Suspicious   *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                              Amount
  1 2480 DISORDERLY CONDUCT OTHER        0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                              Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol
```

Narrative:

At approximately 0011 hours., 11/06/96, I responded to the Stop Light Bar for a reported suspicious activity, where someone came into the Stop Light Bar and advised someone upstairs was bleeding.

Upon my arrival, the bartender ███████████ advised she didn't know what was going on, but ███████████ came down advising there was blood everywhere in apartment 4.

███████ who then met us at the door, advised that two individuals were fighting in apartment 4.

Once upstairs, I could hear, then see two individuals still verbally fighting in a close proximatey to each other. One of the male,s identified later as ███████████, his face, was covered with blood. The second male, identified as ███████████, had some redness to his forehead, where he advised he had been struck. Both men were intoxicated along with the two females present.

RAS was contacted to respond to the scene for treatment of ██████.

███████ advised he and ████████ had been arguing when ████████ began to assault him by hitting him about the head and body. That fight ended and another between the two broke out with ████████ continuing to hit ██████. ████████ advised that at some point during the second scuffle, he grabbed a lamp and struck ████████ in the head with it.

███████ advised he wasn't doing anything, they had only been arguing, he was just sitting there when ██████ grabbed the lamp and struck him.

████████████ advised that he witnessed the fight and it appeared that ██████ had started it, and was kicking and punching ██████.

Neither ██████ nor ██████ wanted to persue criminal complaints against each other.

Case closed.

FELL-00000869

# EXHIBIT 34

```
04/30/2010                    Rutland City Police Department                         1738
14:05                             LAW Incident Table:                      Page:      1

Incident Number: 96RL09679

Nature: Disorderly      Partition: 1119
   Addr:      REDACTED - FELL                          Area: 1119  RUTLAND CITY
   City: Rutland City     ST: VT  Zip: REDACTED - FELL  Contact: female bartender
   Complainant&     41084
   Lst: Stoplite Lounge              Fst:                Mid:
   DOB:   /  /     SSN:     -  -     REDACTED - FELL
   Rac:   Sx:  Tel: (802)773-1605   Cty: Rutland City    ST: VT Zip: REDACTED - FELL

   Offense Codes: 2480                    Reported: SUSP  Observed: 2480
   Circumstances: LT20  SUA
Rspndg Officers: Hall, C          Tarbell, J       Greene, C         &
Rspnsbl Officer: Greene, C        Agency: 1119         CAD Call ID:     510977
   Received By: Dunchus, P            Last RadLog:
   How Received: 9  911 Line                 Clearance: CRO  Cleared Responding Of
  When Reported: 00:11:11 11/06/1996    Disposition: COM  Disp Date: 11/06/1996
Occurrd between: 00:11:11 11/06/1996    Judicial Sts: NCI  Non-criminal Incident
           and: 00:11:11 11/06/1996Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                    Relationship
 NM              11/06/1996                                POI
 NM     41084    11/06/1996  Stoplite Lounge,             *Complainant
 NM              11/06/1996                                witness
 NM              11/06/1996                                POI
 NM              11/06/1996                                POI
 NM              11/06/1996                                POI
 NM              11/06/1996                                POI
 CA    510977    11/06/1996  00:11 11/06/1996 Suspicious  *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                            Amount
 1 2480 DISORDERLY CONDUCT OTHER     0.00


LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                            Comments
 1 LT20   Residence/Home
 2 SUA    Suspected using alcohol
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Hall, C             M972
  2 Tarbell, J          M956
  3 Greene, C           M969
  4 Sly, J              M949
```

FELL-00000871

Narrative:
_____

At approximately 0011 hours., 11/06/96, I responded to the Stop
Light Bar for a reported suspicious activity, where someone came
into the Stop Light Bar and advised someone upstairs was
bleeding.

Upon my arrival, the bartender (████████████) advised she
didn't know what was going on, but ████████████ came down
advising there was blood everywhere in apartment ██

████████ who then met us at the door, advised that two
individuals were fighting in apartment ██

Once upstairs, I could hear, then see two individuals still
verbally fighting in a close proximatey to each other. One of the
male,s identified later as ████████████, his face, was
covered with blood. The second male, identified as ███████████
had some redness to his forehead, where he advised he had been
struck. Both men were intoxicated along with the two females
present.

RAS was contacted to respond to the scene for treatment of
████████.

████████ advised he and ███████ had been arguing when ███████████
began to assault him by hitting him about the head and body.
That fight ended and another between the two broke out with
████████ continuing to hit ███████. ███████ advised that at some
point during the second scuffle, he grabbed a lamp and struck
████████ in the head with it.

████████ advised he wasn't doing anything, they had only been
arguing, he was just sitting there when ████████ grabbed the lamp
and struck him.

██████████████ advised that he witnessed the fight and it
appeared that ████████ had started it, and was kicking and
punching ██████.

Neither ████████ nor ███████ wanted to persue criminal complaints
against each other.

Case closed.

# EXHIBIT 35

```
03/24/2010                  Rutland City Police Department                    1470
09:24                       LAW Incident Table:                        Page:    1

Incident Number: 97RL01594

Nature: Intoxication    Partition: 1119
   Addr: REDACTED - FELL                                   Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT  Zip:REDACTED - FELL  Contact:
   Complainant&
   Lst:                            Fst:                Mid:
   DOB:          SSN:    -   -     Adr=
   Rac:   Sx:   Tel:               Cty:                ST:    Zip:

   Offense Codes: INTP                      Reported: INTP  Observed: INTP
   Circumstances: LT13  SUA
Rspndg Officers: Geryk, R          Larson, E         Schauwecker, D
Rspnsbl Officer: Geryk, R          Agency: 1119          CAD Call ID:    549656
    Received By: Wentworth, L          Last RadLog:
    How Received: T  Telephone              Clearance: CRO  Cleared Responding Of
   When Reported: 17:11:18 03/04/1997      Disposition: COM  Disp Date: 03/04/1997
Occurrd between: 17:11:18 03/04/1997   Judicial Sts: NCI  Non-criminal Incident
            and: 17:11:18 03/04/1997Supervisor Apprl: Cpl.E.Larson
MO: Time of Day      1501-1800
 Narrative: (See below)
            See Involvements.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description              Relationship
 NM      61040   03/04/1997  Evergreen Center         Screened both.
 NM                                                   *Complainant
 NM      94475   03/04/1997  Marble Valley Regional Correct  Both transported to
 NM     225239   03/04/1997  Fell, Deborah Ann        Intoxicated
 NM                                                   Intoxicated
 CA     549656   03/04/1997  17:11 03/04/1997 Intoxication  *Initiating Call
 PR      98665   03/05/1997  Miscellaneous assorted  $0   Fell-pers-prop.

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                             Amount
  1 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                             Comments
  1 LT13  Highway/Road/Alley          Evelyn Street
  2 SUA   Suspected using alcohol     .272 & .300
```

FELL-00000873

Narrative:

REDACTED - FELL

Two intoxicants by                     apartments.  Screened by Evergreen.  TO MVRCF

FELL-00000874

# EXHIBIT 36

```
03/24/2010                    Rutland City Police Department                          1470
09:25                           LAW Incident Table:                        Page:    1

Incident Number: 97RL05323

Nature: Assault           Partition: 1119
   Addr: REDACTED - FELL                                          Area: 1119   RUTLAND CITY
   City: Rutland City      ST: VT  Zip: REDACTED - FELL          Contact: M997
   Complainant&
   Lst:                              Fst:                   Mid:
   DOB:          SSN:                Adr:
   Rac:  Sx:  Tel:                   Cty:                   ST:    Zip:

   Offense Codes: CDIS                        Reported: NC    Observed: CDIS
   Circumstances: LT11
Rspndg Officers: Sherwin, B        Fuller, T          Blongy, K        &
Rspnsbl Officer: Fuller, T         Agency: 1119            CAD Call ID:    604987
   Received By: Earle, L                  Last RadLog:
   How Received: O  Officer Report           Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 13:34:04 07/03/1997  Disposition: COM  Disp Date: 07/08/1997
Occurrd between: 13:34:04 07/03/1997  Judicial Sts:
           and: 13:34:04 07/03/1997Supervisor Apprl: Lt Sherwin
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date     Description                    Relationship
 NM                                                       Person of Interest
 NM    225239  07/08/1997  Fell, Deborah Ann              Person of Interest
 CA    604987  07/03/1997  13:34 07/03/1997 Assault       *Initiating Call

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                                     Amount
  1 CDIS Citizen Dispute                      0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                                     Comments
  1 LT11   Government/Public Bldg


LAW Incident Responders Detail
     Responding Officers
Seq Name              Unit
  1 Sherwin, B        M934
  2 Fuller, T         M968
  3 Blongy, K         M971
  4 Petrie, C         M997
```

FELL-00000875

Narrative:
_____
The complainant stated that he was traveling on West Street in
frcnt of the Stop Light bar.  Petrie stated that the female had
hit the male in the mouth.  When I spoke with the involved
persons I was advised that they were not interested in filing any
complaint.

Case closed. NFA

FELL-00000876

# EXHIBIT 37

```
03/24/2010                   Rutland City Police Department                        1470
09:25                          LAW Incident Table:                    Page:      1

Incident Number: 97RL07770

Nature: Intoxication    Partition: 1119
  Addr: REDACTED - FELL                             Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT   REDACTED - FELL    Contact:
  Complainant&    225239
  Lst: Fell                          Fst: Deborah        Mid: Ann
  DOB: REDACTED - FELL  SN:         Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                 Cty: Rutland City    REDACTED - FELL

  Offense Codes: INTP                     Reported: INTP  Observed: INTP
  Circumstances: LT14   SUA
Rspndg Officers: Gaiotti, W       Notte, M          Sly, J
Rspnsbl Officer: Gaiotti, W       Agency: 1119        CAD Call ID:     652070
   Received By: Wentworth, L        Last RadLog:
   How Received: 9  911 Line            Clearance: RBS  Reviewed by Sergeant
  When Reported: 01:44:11 09/16/1997   Disposition: COM  Disp Date: 09/19/1997
Occurrd between: 01:44:11 09/16/1997   Judicial Sts: NCI  Non-criminal Incident
            and: 01:44:11 09/16/1997Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                  Relationship
 NM    225239   09/19/1997  Fell, Deborah Ann            Intoxicated Person
 NM                                                       POI
 NM    225239   09/16/1997  Fell, Deborah Ann           *Complainant
 CA    652070   09/16/1997  01:44 09/16/1997 Intoxication *Initiating Call
 PR    110884   09/16/1997  Key Motel  $0                Fell-pers-prop.

LAW Incident Offenses Detail:
               Offense Codes
Seq Code                                  Amount
  1 INTP Intoxicated Person                0.00


LAW Incident Circumstances:
               Contributing Circumstances
Seq Code                                  Comments
  1 LT14   Hotel/Motel/Etc.
  2 SUA    Suspected using alcohol
```

Narrative:

Prior to this call I had been flagged down in the parking lot of the Royal Motel by a male subject advising an intoxicated female was trying to drive her car. The female, Debbie Fell, was in her car parked in front of her room. The male, ███████████ advised he and Fell are living together at the motel. ████ had disabled the vehicle so Fell could not drive. Fell was warned to go inside and stay there. She was being beligerent and disturbing the other motel tenents. Fell did so but was clearly not happy.

When this call came in, Fell had called 911 several times complaining about her car being disabled by ████████. I responded to the motel and spoke with both subjects. Fell advised she had to be at work in a few hours and needed her vehicle. ████████ advised he was not going to fix the car until Fell was sober. Fell became loud and beligerent again and was warned once more to go into her room or she would be incapped. Fell said she would not go in and I would have to take her to jail. Fell was taken into custody and screened by Evergreen. She refused an alco-sensor but was clearly extremely intoxicated. Evergreen continued Fell's protective custody at the correction center. She was transported to the cc and held overnight. NFA/3870

FELL-00000878

# EXHIBIT 38

```
03/24/2010              Rutland City Police Department                    1470
09:26                      LAW Incident Table:               Page:    1

Incident Number: 98RL00371

Nature: Intoxication    Partition: 1119
  Addr: Woodstock Avenue (Royal Motel)            Area: 1119  RUTLAND CITY
  City: Rutland City    ST: VT  Zip: 05701        Contact:
  Complainant&    225239
  Lst: Fell                       Fst: Deborah         Mid: Ann
  DOB: REDACTED - FELL SSN:              Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                      Cty:
```

Offense Codes: INTP                        Reported: INTP  Observed: INTP
Circumstances: LT20   SUA
Rspndg Officers: Greene, C        Sly, J
Rspnsbl Officer: Greene, C        Agency: 1119        CAD Call ID:    719411
    Received By: Bletz, T              Last RadLog:
    How Received: 9  911 Line           Clearance: RBS  Reviewed by Sergeant
    When Reported: 23:41:19 01/14/1998  Disposition: COM  Disp Date: 01/15/1998
Occurrd between: 23:41:19 01/14/1998   Judicial Sts: NCI  Non-criminal Incident
          and: 23:41:19 01/14/1998Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description              Relationship
NM     225239   01/15/1998  Fell, Deborah Ann          POI
NM     225239   01/14/1998  Fell, Deborah Ann         *Complainant
CA     719411   01/14/1998  23:41 01/14/1998 Intoxication  *Initiating Call

LAW Incident Offenses Detail:
                Offense Codes
Seq Code                              Amount
  1 INTP Intoxicated Person            0.00


LAW Incident Circumstances:
                Contributing Circumstances
Seq Code                              Comments
  1 LT20   Residence/Home
  2 SUA    Suspected using alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Greene, C         M969
  2 Sly, J            M949
```

FELL-00000879

Narrative:

Deb Fell and her boyfriend were fighting over the key's to
Fell's vehicle. Both were intoxicated, and were told to call in
the morning if there were problems with Debbie getting the key's.

NFA

FELL-00000880