**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

_____

DONALD FELL,

     Movant,

  v.

UNITED STATES OF AMERICA,

     Respondent.

_____

) 2:01-CR-12-01

**MOTION OF DONALD FELL FOR COLLATERAL RELIEF, TO VACATE, SET ASIDE, OR CORRECT SENTENCE, AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

# VOLUME III OF VII

# EXHIBITS 39-114

# TABLE OF CONTENTS

## INDEX TO EXHIBITS

## NON-SEALED EXHIBITS

Exhibit

Donald Fell Mitigation Binder..................................................................................................1

Van Gorp Report (Apr. 6, 2001)...........................................................................................2

Mills Report (May 7, 2001) ..................................................................................................3

Lipman Report (May 14, 2001) ............................................................................................4

Cunningham Report (June 14, 2005) .....................................................................................5

Declaration of Mark Cunningham, Ph.D., ABPP (June 27, 2005) .................................................6

Wetzel Report (Oct. 11, 2002) ..............................................................................................7

Rabun Report (Dec. 31, 2002) ..............................................................................................8

Wetzel Report (June 27, 2005) ..............................................................................................9

Welner Report (July 5, 2005)...............................................................................................10

CYS Contact Sheet (Apr. 22, 1985) ......................................................................................11

CYS Contact Sheet (May 8 1985) .........................................................................................12

CYS Contact Sheet (Sept.—Oct.1985).....................................................................................13

CYS Contact Sheet (Aug. 8, 1991)........................................................................................14

CYS Contact Sheet (Aug. 8, 1991)........................................................................................15

CYS Contact Sheet (Aug. 8, 1991)........................................................................................16

CYS Contact Sheet (Oct. 1991)............................................................................................17

First Hospital Wyoming Valley Discharge Report (Oct. 31, 1991) ..............................................18

Wilkes-Barre General Hospital Progress Record (Apr. 1992).....................................................19

1

Wilkes-Barre General Hospital Adolescent Psych. Unit Interdisciplinary Progress Record (Apr. 1992)............................................................................................................20

Wilkes-Barre General Hospital Discharge Face Sheet (June 6, 1993) ........................................21

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Apr. 1992)..........22

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (Jan. 1993) ..........23

Wilkes-Barre General Hospital Adolescent Psychiatric Unit Nursing Record (June 1993) .........24

CRR Group Home Selection and Review (Sept. 22, 1993)..........................................................25

Psychological Consultation of Donald Fell (Apr. 12, 1994) ........................................................26

Service Plan (Medical) (1994)...................................................................................................27

Service Plan (Medical – Dental) (1995) ....................................................................................28

CYS Contact Sheet (May 26, 1995) ..........................................................................................29

Intentionally Left Blank.............................................................................................................30

Rutland City Police Department Incident Table (Jan. 11, 1996)..................................................31

Rutland City Police Department Incident Table (Sept. 4, 1996) ..................................................32

Rutland City Police Department Incident Table (Nov. 6, 1996) ..................................................33

Rutland City Police Department Incident Table (Nov. 6, 1996) ..................................................34

Rutland City Police Department Incident Table (Mar. 4, 1997)...................................................35

Rutland City Police Department Incident Table (July 3, 1997)....................................................36

Rutland City Police Department Incident Table (Sept. 16, 1997) ................................................37

Rutland City Police Department Incident Table (Jan. 14, 1998)..................................................38

Rutland City Police Department Incident Table (June 5, 1998)....................................................39

Rutland City Police Department Incident Table (July 28, 1998)..................................................40

Rutland City Police Department Incident Table (Apr. 30, 1999) .................................................41

Rutland City Police Department Incident Table (May 26, 1999)..................................................42

Rutland City Police Department Incident Table (Oct. 30, 1999) ...................................................43

Rutland City Police Department Incident Table (Feb. 20, 2000) .................................................44

Luzerne County Detention Center Admission Page (Sept. 10, 1996) ...........................................45

Sullivan County Sheriff's Department Criminal Complaint (Aug. 12, 2000)..............................46

New York State Incident Report and Arrest Report (Aug. 12, 2000)...........................................47

Sullivan County Sheriff's Department Statement of Donny McNeeley (Aug. 12, 2000) ............48

Sullivan County Sheriff's Department Statement Joshua Jones (Aug. 12, 2000) ........................49

New York State Incident Report (Aug. 12, 2000) .......................................................................50

Sullivan County Sheriff's Department Statement (Teri Fell) (Aug. 12, 2000) ...........................51

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................52

Sullivan County Sheriff's Department Supporting Deposition (Aug. 12, 2000)..........................53

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................54

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................55

Sullivan County Sheriff's Department Handwritten Notes (Aug. 12, 2000)................................56

FBI FD-302 (Nov. 30, 2001 – Dec. 1, 2001)..............................................................................57

Intentionally Left Blank...............................................................................................................58

Intentionally Left Blank...............................................................................................................59

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 1, 2000) .....................60

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) .....................61

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) .....................62

New York State Police Investigation Report (Dec. 1, 2000)........................................................63

New York State Police Supporting Deposition (Dec. 2, 2000) ....................................................64

Autopsy Report of Teresca King (Dec. 2, 2000) ........................................................................65

Interview of Donald Fell at Johnson County Sheriff's Department (Dec. 2, 2000) ......................66

United States Marshals Service Prisoner Intake ...........................................................................67

New York State Police Supporting Deposition of Francis Bellantoni (Dec. 1, 2000)...................68

Warrant Information Network Subject Report (Dec. 15, 2000) ......................................................69

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
(Dec. 22, 2000) ...................................................................................................................70

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................71

Vermont Department of Corrections Inmate Disciplinary Report (Dec. 27, 2000) ......................72

NWSCF Facility Incident Report (Dec. 27, 2000) .......................................................................73

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
(Dec. 28, 2000) ...................................................................................................................74

Prison Medical Records of Donald Fell.........................................................................................75

2001 FBI Report ............................................................................................................................76

Vermont Department of Corrections Disciplinary Hearing Report (Dec. 27, 2000)....................77

FBI Report (Jan. 4, 2001) ..............................................................................................................78

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
(Jan. 8, 2001)......................................................................................................................79

Letter from Alex Bunin to A.U.S.A. Gregory Waples (Jan. 9, 2001) ..........................................80

FBI FD-192 (Jan. 22, 2001)...........................................................................................................81

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch
(Jan. 24, 2001)....................................................................................................................82

Redacted E-mail (Mar. 15, 2001) ..................................................................................................83

Letter from A.U.S.A Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht
(Mar. 26, 2001) ..................................................................................................................84

New York State Certificate of Disposition (Mar. 28, 2001)..........................................................85

Letter from A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Patch (Apr. 5, 2001)...................................................................................................................86

Memorandum from Cynthia Ayres to Dr. Mark Mills (Apr. 23, 2001)........................................87

Letter from Peggy Peterson, Luzerne County CYS......................................................................88

Letter A.U.S.A. Gregory Waples to Alex Bunin, Gene Primomo, and John Pacht (Apr. 5, 2001)...................................................................................................................90

Handwritten D Management Team Meeting Notes (Apr. 21, 2001) ............................................91

Vermont Department of Corrections Facility Report Form (June 13, 2001)................................92

Correctional Medical Services Interdisciplinary Progress Notes (July 2001) ..............................93

Pennsylvania State Police Central Repository Criminal History of Christopher Eike .................94

Handwritten D Management Team Meeting Notes (July 16, 2001)..............................................95

D Wing Activity Sheet..................................................................................................................96

Redacted E-mail (Sept. 20, 2001) ...............................................................................................97

Redacted E-mail (Sept. 20, 2001)................................................................................................98

Redacted E-mail (Sept. 20, 2001)................................................................................................99

Redacted E-mail (Sept. 20, 2001)..............................................................................................100

Redacted E-mail (Sept. 20, 2001)..............................................................................................101

Vermont Department of Corrections Facility Report Form (Sept. 20, 2001)..............................102

Redacted E-mail (Sept. 20, 2001)..............................................................................................103

Handwritten note of Bobby Lee..................................................................................................104

Handwritten note of Bobby Lee..................................................................................................105

Individual Voir Dire (May 4, 2005).............................................................................................106

Redacted E-mail (Sept. 25, 2001)..............................................................................................107

Commonwealth of Pennsylvania Police Criminal Complaint against Christopher Eike (Nov. 7, 2001) ...................................................................................................108

Prison Health Records of Robert Lee ......................................................................................109

Intentionally Left Blank..........................................................................................................110

Intentionally Left Blank..........................................................................................................111

Vermont Department of Corrections Incident Report (Mar. 17, 2004) ....................................112

Intentionally Left Blank..........................................................................................................113

FOIA 302 (Apr. 6, 2005) ........................................................................................................114

Letter to Judge Sessions from A. Bunin (Apr. 27, 2005) .........................................................115

Sealed Document Order, Case No.:2:01-CR-12 (Apr. 28, 2005) ..............................................116

Jury Instructions.....................................................................................................................117

Intentionally Left Blank..........................................................................................................118

FOIA 302 (May 9, 2005) ........................................................................................................119

Intentionally Left Blank..........................................................................................................120

Intentionally Left Blank..........................................................................................................121

Letter from William B. Darrow and Stephen Kelly to Alexander Bunin, Gene Primomo, and Paul Volk..............................................................................................................................122

Blank Juror Questionnaire ......................................................................................................123

Juror No. 26 Questionnaire (May 13, 2005) .............................................................................124

Juror No. 162 Questionnaire (May 23, 2005) ...........................................................................125

Intentionally Left Blank..........................................................................................................126

Intentionally Left Blank..........................................................................................................127

FBI Report (June 14, 2005) ....................................................................................................128

FBI 302 Report of Interview with Christopher Eike (June 15, 2005) .......................................129

United States' Trial Memorandum, United States v. Donald Fell ..............................................130

Letter to Judge Sessions from David V. Kirby (June 29, 2005) ...................................................131

FBI 302 Report of Interview with [Redacted] (July 5, 2005) ......................................................132

FedEx Air Bill from Town of Bethel Justice Court to Andrew Bartnick (July 6th, 2006)..........133

Letter to Judge Sessions from Alex Bunin (July 8, 2005) ...........................................................134

Stipulation (July 8, 2005)............................................................................................................135

Intentionally Left Blank..............................................................................................................136

Memorandum to Alex Bunin from Paul Volk (July 20, 2005) .....................................................137

Donald Fell's Motions for Judgment of Acquittal and New Trial, United States v. Donald Fell
    (Aug. 26, 2005) ......................................................................................................................138

Affidavit of Richard Wetzel, Ph. D (Sept., 12, 2005)..................................................................139

Appeal from the United States District Court for the District of Vermont, Brief of the United
    States, United States v. Donald Fell (May 25th, 2007) ...........................................................140

Letter to Victims Resource Center from Wanda Rivera (Apr. 21, 2005) ....................................141

Letter from Victims Resource Center to Andrew Bartnick (May 4, 2005) .................................142

School Heath Record of Donald Fell ..........................................................................................143

Intentionally Left Blank..............................................................................................................144

Wilkes-Barre General Hospital Progress Record of Donald Fell (June 1993) ...........................145

Raymond Kotzer and Theresa Kotzer Divorce Records (Oct. 22, 1967) ...................................146

Arrest Warrant Affidavit for Donald Fell, Sr. (Mar. 4, 1990) .....................................................147

CYS Contact Sheet (Apr. – May 1990) .......................................................................................148

Jenkins Township Incident Report (Apr. 21, 1990).....................................................................149

CYS Contact Sheet (June 1990) ..................................................................................................150

Service Planning/Family Functioning Report (June 1990).........................................................151

CYS Contact Sheet (Nov. 28, 1990) .................................................................................152

CYS Contact Sheet (Jan. 14, 1991) ................................................................................153

CYS Contact Sheet (Feb. 14, 1991) ................................................................................154

Intentionally Left Blank ..................................................................................................155

Intentionally Left Blank ..................................................................................................156

CYS Contact Sheet (Mar. 19, 1991) ...............................................................................157

Suspected Child Abuse Referral Note (Apr. 18, 1993) ..................................................158

CYS Contact Sheet (May 1, 1991) ..................................................................................159

CYS Contact Sheet (May 2, 1991) ..................................................................................160

CYS Contact Sheet (June 4, 1991) ..................................................................................161

CYS Contact Sheet (June 24, 1991) ................................................................................162

CYS Contact Sheet (July 8, 1991) ...................................................................................163

CYS Contact Sheet (Dec. 20, 1991) ...............................................................................164

CYS Contact Sheet (Dec. 23, 1991) ...............................................................................165

CYS Contact Sheet (Jan. 13, 1992) ................................................................................166

CYS Contact Sheet (Mar. 3, 1992) .................................................................................167

CYS Contact Sheet (Apr. 20, 1992) ................................................................................168

Intentionally Left Blank ..................................................................................................169

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (1993) .......170

CYS Client Information Profile (Apr. 18, 1993) ............................................................171

CYS Contact Sheet (Apr. 20, 1993) ................................................................................172

Police Report (Jan. 26, 2001) .........................................................................................173

Intentionally Left Blank ..................................................................................................174

Wilkes-Barre General Hospital Adolescent Psych. Unit Progress Record (June 8, 1993)..........175

Office of the Sheriff, Luzerne County (Aug. 31, 1993)................................................................176

CYS Client Information Profile (Jan. 19, 1994) ........................................................................177

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................178

CYS Contact Sheet (Jan. 24, 1994) ...........................................................................................179

CYS Contact Sheet (Feb. 4, 1993)..............................................................................................180

CYS Contact Sheet (Mar. 10, 1994) ..........................................................................................181

CYS Contact Sheet (Mar. 24, 1994) ..........................................................................................182

CYS Contact Sheet (Apr. 7, 1994)..............................................................................................183

CYS Contact Sheet (Apr. 12, 1994)............................................................................................184

CYS Contact Sheet (Apr. 12, 1994)............................................................................................185

St. Michael's School Psychiatric Note (May 1994).....................................................................186

St. Michael's School Psycho Social Summary (Apr. 1994) ........................................................187

FBI Identification Record for Debra Fell (June 9, 1994).............................................................188

Wilkes-Barre Police Department Jailer's Report (Oc. 18, 1994) ...............................................189

Arrest Report for John Rhodes (Oct. 18, 1994) ..........................................................................190

Citation for John Rhodes (Oct. 18, 1994) ..................................................................................191

Wilkes-Barre Police Special Report for John Rhodes (Oct. 18, 1994).......................................192

Risk /Severity Assessment Form (Oct. 26, 1994).......................................................................193

Arrest Report for John Rhodes (Jan. 12, 1995) ..........................................................................194

Arrest Warrant for John Rhodes (Feb. 9, 1994)..........................................................................195

Arrest Warrant for John Rhodes (Jan. 12, 1995) ........................................................................196

CYS Contact Sheet (Jul. 1995) ..................................................................................................197

Substance Abuse Evaluation for Donald Fell (Sept. 16, 1996) ....................................................198

Affidavits Submitted in Motion in Limine in United States v. Haynes (May 24, 2000).............199

Letter to Judge Niedermeier (Dec. 5, 2000) ...............................................................................200

Letter to Charles Tetzlaff (Dec. 5, 2000)....................................................................................201

Letter to Judge Murtha (Dec. 11, 2000).......................................................................................202

Rutland Herald Article (May 13, 2002)........................................................................................203

Burlington Free Press Article (May 15, 2002)..............................................................................204

Donald Fell's Objections to Punishment-Related Questions (Jun. 10, 2002)..............................205

Declaration of Thomas V. Ryan ....................................................................................................206

Letter to David Kirby (Feb. 23, 2005) .........................................................................................207

Letter to Judge Sessions (Jun. 29, 2005)......................................................................................208

Special Verdict Form (Jul. 14, 2005)............................................................................................209

Criminal History Record of Deborah Fell (Apr. 10, 1996) .........................................................210

Rutland City Police Department Incident Report (1996) ............................................................211

Rutland City Police Department Report (1994-2000) ..................................................................212

New York State Police Investigation Report (Dec. 1, 2000)........................................................213

Criminal Docket for Christopher Eike (Oct. 8, 2002) .................................................................214

Government Opposition to Motion (Jul. 10, 2002).......................................................................215

FBI Record (Apr. 25, 2005)..........................................................................................................216

Donald Fell Event Table (Apr. 30, 2005) .....................................................................................217

FBI Record (May 11, 2005)...........................................................................................................218

FBI Record (May 16, 2005)...........................................................................................................219

FBI Record (Jun. 9, 2005)..............................................................................................................220

FBI Record (Jun. 6, 2005)..................................................................................................221

Adolescent Psychiatric Reports for Donald Fell (1993) .............................................................222

Bail Certificate (Mar. 4, 1997)..................................................................................................223

CYS Contact Sheet (May 20, 1992) .........................................................................................224

FBI Record (Jun. 27, 2005)..................................................................................................225

FBI Record (Jun. 9, 2005)..................................................................................................226

Statement by Teri Fell to Sullivan County Sheriff (Aug. 12, 2000)...........................................227

Deposition of Lance Rowland (Aug. 12, 2000)..........................................................................228

Certificate of Disposition (Aug. 16, 2000) ................................................................................229

Individual Voir Dire (Jun. 1, 2005) ..........................................................................................230

Police Report (Nov. 1, 2002) ...................................................................................................231

Wilkes-Barre Times Leader Article (Oct. 5, 2004)  ...................................................................232

Law and Human Behavior Article (1991) ..................................................................................233

Specialty Guidelines for Forensic Psychology ...........................................................................234

United States v. Fell Court Order (Apr. 7, 2005)........................................................................235

Transcript Excerpt (May 13, 2005)...........................................................................................236

Intentionally Left Blank............................................................................................................237

Fell Motion to Dismiss Notice of Intent to Seek Death Penalty ................................................238

Declaration of Juror 23 .............................................................................................................239

Conviction Record of Juror 26 (Apr. 2, 1996)...........................................................................240

Declaration of Juror 143 ...........................................................................................................241

Declaration of Sally Fell Francis ..............................................................................................242

Declaration of Ronald Cupano...................................................................................................243

Declaration of Rose O'Hop ..................................................................................................244

Declaration of Claudia Bublo ............................................................................................245

Trial Transcript Excerpt (May 13, 2005)...........................................................................246

Declaration of Robert Fell ..................................................................................................247

Declaration of Dorothy Grivner..........................................................................................248

Declaration of John Timek...................................................................................................249

Declaration of Florence Wallace ........................................................................................250

Declaration of John Gacek...................................................................................................251

Declaration of Adele Gacek ................................................................................................252

Declaration of Ernie Schuldaski .........................................................................................253

Declaration of Jon Migatulski..............................................................................................254

Declaration of Steve Ratte ..................................................................................................255

Declaration of Marc Pelkey ................................................................................................256

Voir Dire Transcript.............................................................................................................257

Declaration of Richard T. Callery, M.D., F.C.A.P. ............................................................258

Intentionally Left Blank.......................................................................................................259

Declaration of Mark J. Mills, J.D., M.D. ...........................................................................260

Intentionally Left Blank.......................................................................................................261

Declaration of Andrew Bartnick..........................................................................................262

Declaration of Gene Primomo .............................................................................................263

Declaration of Alexander Bunin ..........................................................................................264

Declaration of Cynthia Ayres ..............................................................................................265

Declaration of Sandra Shum ................................................................................................266

Declaration of Deborah Wisell ...................................................................................267

Declaration of Anthony Mistretta ...............................................................................268

Declaration of Dora Carter..........................................................................................269

Declaration of Jeff Van Buren ....................................................................................270

Declaration of Pat Johnson .........................................................................................271

Declaration of Mary Bell ............................................................................................272

Transcript of Juvenile Proceedings (Apr. 8, 1994) .....................................................296

Childline Record (Apr. 22, 1991) ...............................................................................297

Officers Report............................................................................................................298

Prison Record (Jun. 11, 2001)......................................................................................299

Declaration of Michael Sikirica ...................................................................................300

Declaration of Francis Bellantoni ................................................................................301

Declaration of Lucinda Fruean ....................................................................................302

Declaration of Michael Leight .....................................................................................303

Declaration of Paul Stoss.............................................................................................304

Declaration of Paul Volk .............................................................................................305

Declaration of Charles Wetli .......................................................................................306

Birth Certificate of Theresa Kozersky (Aug. 9, 1935).................................................307

Death Certificate of Frances Kozerski (Apr. 20, 2001) ...............................................308

Declaration of John Edens ...........................................................................................309

Government Motion in Limine to Exclude Report (Jul. 6, 2005)..................................310

Individual Voir Dire Excerpt (Jun. 6, 2005)................................................................311

Photographs of Fell Home ...........................................................................................312

Declaration of Jamie Dominick ................................................................................313

## SEALED EXHIBITS

15

15

# EXHIBIT 39

```
03/24/2010                  Rutland City Police Department                    1470
09:26                          LAW Incident Table:                    Page:    1

Incident Number: 98RL04810

Nature: Family Fight      Partition: 1119
   Addr: REDACTED - FELL                               Area: 1119  RUTLAND CITY
   City: Rutland City        REDACTED - FELL           Contact:
   Complainant&
   Lst:                             Fst:                    Mid:
   DOB:              SSN:           Adr=
   Rac:     Sx:   Tel: (    )   -   Cty:                    ST:

   Offense Codes: 2412                      Reported: _080  Observed: 2412
   Circumstances: LT14   TCAU
Rsprndg Officers: Hall, C            LaChance, D
Rsprnsbl Officer: Hall, C            Agency: 1119          CAD Call ID:    813249
   Received By: Gallipo, L           Last RadLog:
   How Received: 9  911 Line          Clearance: RBS  Reviewed by Sergeant
   When Reported: 23:16:56 06/04/1998  Disposition: COM  Disp Date: 06/05/1998
Occurrd between: 23:16:56 06/04/1998  Judicial Sts: NCI  Non-criminal Incident
           and: 23:16:56 06/04/1998 Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date     Description              Relationship
 NM     225239   06/05/1998  Fell, Deborah Ann        POI
 NM                                                   POI
 NM                                                   *Complainant
 CA     813249   06/04/1998  23:16 06/04/1998 Family Fight  *Initiating Call

LAW Incident Offenses Detail:
               Offense Codes
Seq Code                            Amount
  1 2412 QUARRELS                    0.00


LAW Incident Circumstances:
               Contributing Circumstances
Seq Code                            Comments
  1 LT14  Hotel/Motel/Etc.
  2 TCAU  Using/Consuming activity   Alcohol


LAW Incident Responders Detail
    Responding Officers
Seq Name            Unit
  1 Hall, C         M972
  2 LaChance, D     M975
```

FELL-00000881

Narrative:
_____

Upon arrival we found there were two subjects arguing over
change in a piggy bank.  They had both been drinking.  I found
they have been together for awhile.  They owned alot of things
together.

Tonight their only problem was the bottle of rum they consumed.
By the time we left, they had stopped arguing over the change
and what percentage was whos.  Now they were going to go to bed
and the other watch TV.  They had there own remotes to the same
TV.  We may be back later when they want to watch different
things.

They both appoligized for calling.  We departed.

It has been a couple of hours since the call and there has been
nothing more reported.

Involved
1)  REDACTED - FELL
2)  Debbie Fell,

Both clear NCIC.

NFA

FELL-00000882

# EXHIBIT 40

```
03/24/2010                    Rutland City Police Department                      1470
09:32                              LAW Incident Table:                   Page:     1

Incident Number: 98RL06918

Nature: Family Fight     Partition: 1119
  Addr: REDACTED - FELL                          Area: 1119   RUTLAND CITY
  City:                             -            Contact:
  Complainant&     225239
  Lst: Fell                      Fst: Deborah        Mid: Ann
  DOB: REDACTED - FELL SSN:              Adr: REDACTED - FELL
  Rac: W Sx: F Tel:                      Cty: Rutland City     ST: VT ZREDACTED - FELL

  Offense Codes: _080 INTP                    Reported: _080  Observed: INTP
  Circumstances: LT20  TCAU  DOMV  W40
Rspndg Officers: LaChance, D       Pulsifer, R      Elrick, L         &
Rspnsbl Officer: LaChance, D       Agency: 1119          CAD Call ID:     853522
    Received By: Dunchus, P            Last RadLog:
    How Received: T  Telephone          Clearance: RBS  Reviewed by Sergeant
   When Reported: 04:38:12 07/28/1998   Disposition: TRA  Disp Date: 07/31/1998
Occurrd between: 04:38:12 07/28/1998   Judicial Sts:
            and: 04:38:12 07/28/1998Supervisor Apprl: SATucker,SGT
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #     Date      Description                    Relationship
 NM    225239   07/28/1998  Fell, Deborah Ann               VO
 NM    225239   07/28/1998  Fell, Deborah Ann               *Complainant
 NM                                                          Offender
 CA    853522   07/28/1998  04:38 07/28/1998 Family Fight   *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                   Amount
  1 _080 FAMILY OFFENSES, OTHER (Old)       0.00
  2 INTP Intoxicated Person                 0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                   Comments
  1 LT20  Residence/Home
  2 TCAU  Using/Consuming activity          Alcohol
  3 DOMV  Domestic Violence Involved
  4 W40   Personal Weapons (Strongarm)
```

FELL-00000883

Narrative:

REDACTED - FELL

Upon my arrival at Royal Motel       for a reported domestic
dispute I met with████████████ ..ho was outside on the steps.
he advised that he and his live-in-girlfriend Debbie Fell had
been involved in an arguement and that she needed to leave. he
advised that she had pulled his hair out. I then went inside and
spoke to Debbie Fell who advised that she and ██████ were
involved in an altercation prior to my arrival. She advised She
and ██████ returned from the bar and began to argue over the
cars being broken down. She advised that ██████ had pulled her
hair and she bit him on his finger.

An alco-sensor reading indicated ███████ BAC as .30% and he was
taken into protective custody, screened by Evergreen Services and
sent to RCC as an incap.

Fell advised that she wanted to get a TRO against ██████ and
that she woould do this in the morning on her own. She was
provided a domestic incident form and her options were explained
to her. She did not want to pursue any further charges.

An alco-sensor reading indicated Fell's BAc as .287% and she was
released to a sober neighbor.

NFA

Of David LaChance 5267 7-28-98

# EXHIBIT 41

```
03/24/2010                  Rutland City Police Department                        1470
09:39                        LAW Incident Table:                      Page:      1

Incident Number: 99RL03946

Nature: Suspicious        Partition: 1119
   Addr: REDACTED - FELL                                   Area: 1119   RUTLAND CITY
   City: Rutland City       ST: VT   REDACTED - FELL      Contact:
   Complainant&
   Lst:                                  Fst:                      Mid:
   DOB:            SSN:      -  -       Adr=
   Rac:    Sx:   Tel:                   Cty:                       ST:      Zip:

   Offense Codes: CDIS                          Reported: 2480   Observed: CDIS
   Circumstances: LT20
Rspndg Officers: Delpha, Sam        LaChance, D
Rspnsbl Officer: Delpha, Sam        Agency: 1119          CAD Call ID:   1049903
     Received By: Bletz, T                Last RadLog:
   How Received: T  Telephone              Clearance: RBS  Reviewed by Sergeant
  When Reported: 21:01:06 04/29/1999   Disposition: COM  Disp Date: 04/30/1999
Occurrd between: 21:01:06 04/29/1999   Judicial Sts: NCI  Non-criminal Incident
            and: 21:01:06 04/29/1999Supervisor Apprl: Cpl JTarbell
MO:
 Narrative: (See below)
            (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date       Description                    Relationship
 NM                                                          Person of Interest
 NM    225239   04/30/1999   Fell, Deborah Ann               Issued Trespass Noti
 NM                                                          Person of Interest
 NM                                                          *Complainant
 CA    1049903  04/29/1999   21:01 04/29/1999 Disorderly     *Initiating Call

LAW Incident Offenses Detail:
                     Offense Codes
Seq Code                                     Amount
  1 CDIS Citizen Dispute                      0.00


LAW Incident Circumstances:
                     Contributing Circumstances
Seq Code                                     Comments
  1 LT20    Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name             Unit
  1 Delpha, Sam      M976
  2 LaChance, D      M975
```

```
03/24/2010                Rutland City Police Department              1470
09:39                     LAW Incident Table:                 Page:    1

Incident Number: 99RL04744

Nature: Noise Disturban Partition: 1119
   Addr: REDACTED - FELL                           Area: 1119  RUTLAND CITY
   City: Rutland City      ST: VT  Zip: REDACTED-FELL  Contact: ███████████████
   Complainant& ████████
   Lst: ████████████        Fst: ███████        Mid: ████████
   DOB: ████████  SSN: ██████████  Adr= ████████████████
   Rac: ██ Sx: ██ Tel: ██████████  Cty: ████████  ST: ██ Zip: ██████

   Offense Codes: _523                 Reported: _523  Observed: 4523
   Circumstances: LT20
Rspndg Officers: Perkins M        Tarbell, J
Rsprsbl Officer: Perkins M        Agency: 1119      CAD Call ID:  1064459
   Received By: Bletz, T           Last RadLog:
   How Received: T  Telephone       Clearance: RBS  Reviewed by Sergeant
   When Reported: 21:47:40 05/19/1999  Disposition: COM  Disp Date: 05/20/1999
Occurrd between: 21:47:40 05/19/1999  Judicial Sts: NCI  Non-criminal Incident
          and: 21:47:40 05/19/1999Supervisor Apprl: Sgt JR Sly
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #   Date        Description              Relationship
NM     225239  05/19/1999  Fell, Deborah Ann          Offender
NM     ████████████████████████████████████           *Complainant
CA    1064459  05/19/1999  21:47 05/19/1999 Noise Disturb *Initiating Call
PR     174994  05/20/1999  Paraphernalia Pot Pipe  $0   destroyed

LAW Incident Offenses Detail:
              Offense Codes
Seq Code                          Amount
 1 _523 Noise Disturbance  (Old)   0.00


LAW Incident Circumstances:
              Contributing Circumstances
Seq Code                          Comments
 1 LT20   Residence/Home


LAW Incident Responders Detail
   Responding Officers
Seq Name               Unit
 1 Perkins M           M973
 2 Tarbell, J          M947
```

Narrative:

On 05/19/99 at approximately 2147hrs I was dispatched to REDACTED - FELL
REDACTED - FELLor a reported noise complaint. Upon arrival we
were directed to the upstairs apartment, where Deb Fell resides.
While walking up to the apartment, I could hear voices as well as
a stereo playing. After knocking on the door, Fell answered and I
told her of the complaint. While talking with her I noticed a
marijuana pipe/bong sitting on a table. I took the item to be
destroyed and Fell turned the stereo down.


Nothing further at this time.


Ptlm Mark A. Perkins 6940

FELL-00000887

# EXHIBIT 42

```
03/24/2010              Rutland City Police Department                 1470
09:39                   LAW Incident Table:                  Page:    1

Incident Number: 99RL05019

Nature: Family Fight    Partition: 1119
  Addr: REDACTED - FELL              REDACTED - FELL     Area: 1119  RUTLAND CITY
  City: Rutland City     ST: VT  Zip:            Contact: ██████████
  Complainant& ████████████
  Lst: ████████████          Fst: █████████     Mid: ███
  DOB: ████ ██x: SSN: ███████  Adr= ████████
  Rac: ██ Sx: ██ Tel: ██████████  Cty: █████      ST: ██ Zip: █████

  Offense Codes: _080                    Reported: _080  Observed: _080
  Circumstances: LT20
Rspndg Officers: Prouty, M      Tuttle, T      Delpha, Sam
Rspnsbl Officer: Prouty, M       Agency: 1119      CAD Call ID:   1069112
   Received By: Gallipo, L       Last RadLog:
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
When Reported: 23:27:55 05/25/1999    Disposition: COM  Disp Date: 05/26/1999
Occurrd between: 23:27:55 05/25/1999    Judicial Sts:
        and: 23:27:55 05/25/1999Supervisor Apprl: JJohnson,Cpl
MO: Time of Day      2101-2400
 Narrative: (See below)


═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═


INVOLVEMENTS:
Type  Record #    Date      Description                    Relationship
NM    ████████████████████████████████████████          POI
NM    225239  05/26/1999  Fell, Deborah Ann ████          POI
NM    ████████████████████████████████████              *Complainant
CA    1069112  05/25/1999  23:27 05/25/1999 Family Fight  *Initiating Call

LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                             Amount
  1 _080 FAMILY OFFENSES, OTHER (Old)    0.00


LAW Incident Circumstances:
              Contributing Circumstances
Seq Code                        Comments
  1 LT20   Residence/Home


LAW Incident Responders Detail
   Responding Officers
Seq Name            Unit
  1 Prouty, M       M974
  2 Tuttle, T       M966
  3 Delpha, Sam     M976
```

FELL-00000888

Narrative:

OFFICER'S REPORT/Ofc PROUTY

REDACTED - FELL

BASIC COMPLAINT: Report of a 10-16 in progress at
upstairs rear apartment.

ACTION TAKEN: Upon arrival at the scene I met the Complainant out
front of the apartment. he advised that he could hear yelling
going on inside of the apartment and was tired of being disturbed
late at night by the residents fighting.

Ofc Delpha and I went up to the apartment and made contact with
the tenants Debbie Fell and ▮▮▮▮▮▮▮▮. Both parties advised
that they were not fighting with each other but Debbie was on the
phone with family from Pennsylvania and was arguing with them and
was probably too loud. I requested that they do their best to
keep the noise down as they had already disturbed the neighbors,
both parties agreed. No further action taken.
05/26/99 M Prouty

FELL-00000889

# EXHIBIT 43

```
03/24/2010              Rutland City Police Department                    1470
09:41                    LAW Incident Table:                    Page:    1

Incident Number: 99RL11522

Nature: Citizen Assist   Partition: 1119
   AddrREDACTED - FELL                          Area: 1119   RUTLAND CITY
   City: Rutland City       ST: VT   REDACTED - FELL   Contact:
   Complainant&    53187
   Lst: Jiffy Mart (Coco Mart)       Fst:           Mid:
   DOB:    / /      SSN:      -  -    Adr= 9REDACTED - FELL       REDACTED - FELL
   Rac:   Sx:   Tel: ██████████     Cty: Rutland City    ST: VT 2

   Offense Codes: CITA                    Reported: NC    Observed: CITA
   Circumstances: LT07
Rspndg Officers: Delpha, Sam
Rspnsbl Officer: Delpha, Sam         Agency: 1119         CAD Call ID:   1192104
   Received By: Earle, L            Last RadLog:
   How Received: T  Telephone        Clearance: RBS  Reviewed by Sergeant
  When Reported: 17:50:14 10/30/1999  Disposition: COM  Disp Date: 10/31/1999
Occurrd between: 17:50:14 10/30/1999  Judicial Sts: NCI  Non-criminal Incident
          and: 17:50:14 10/30/1999Supervisor Apprl: LSElrick,Sgt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                Relationship
 NM      225239  10/31/1999  Fell, Deborah Ann          POI
 NM       53187  10/30/1999  Jiffy Mart (Coco Mart),    *Complainant
 CA     1192104  10/30/1999  17:50 10/30/1999 Theft     *Initiating Call

LAW Incident Offenses Detail:
                  Offense Codes
Seq Code                                Amount
 1 CITA Citizen Assist                   0.00


LAW Incident Circumstances:
                  Contributing Circumstances
Seq Code                                Comments
 1 LT07  Convenience Store


LAW Incident Responders Detail
   Responding Officers
Seq Name              Unit
 1 Delpha, Sam        M976
```

FELL-00000890

Narrative:

Officers Report.   Ofc. Delpha/3062

I was assigned to the Jiffy Mart on State st for a report of a
drive-off of gas. The dispatcher gave the plate number of the
vehicle that is registered to Debb Fell of REDACTED - FELL

I went to robbins street to speak with ms. Fell.  She said she
had purchased other items there, but forgot to pay for the gas.
She said she would go right back up to pay for the gas of $5.00

Debb returned to the store and paid for the gas, the clerk agreed
that everything was squared away now that the gas was paid for.

NFA

FELL-00000891

# EXHIBIT 44

```
03/24/2010                Rutland City Police Department                      1470
09:42                        LAW Incident Table:                    Page:     1

Incident Number: 00RL01708

Nature: Fire          Partition: 1119
   Addr: REDACTED - FELL          REDACTED - FELL    Area: 1119   RUTLAND CITY
   City: Rutland City     ST: VT  2            Contact:
    Complainant&    1199
   Lst: Rutland City Fire Departmen Fst: REDACTED - FELL Mid:
   DOB:   /  /      SSN:      -   -      Adr=
   Rac:   Sx:   Tel: ██████████  Cty: Rutland City    ST: VT ziREDACTED - FELL

   Offense Codes: ASST                       Reported:      Observed. ASST
   Circumstances: LT20
Rspndg Officers: Moore, C.
Rspnsbl Officer: Moore, C.          Agency: 1119         CAD Call ID:   1272874
   Received By: Dunchus, P              Last RadLog:
   How Received: T  Telephone              Clearance: RBS  Reviewed by Sergeant
   When Reported: 21:21:30 02/20/2000   Disposition: COM  Disp Date: 02/21/2000
Occurrd between: 21:21:30 02/20/2000   Judicial Sts: NCI  Non-criminal Incident
             and: 21:21:30 02/20/2000Supervisor Apprl: LSElrick,Sgt
MO:
 Narrative: (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #    Date      Description                    Relationship
 NM     225239   02/21/2000  Fell, Deborah Ann              POI
 NM       1199   02/20/2000  Rutland City Fire Department,  *Complainant
 CA     1272874  02/20/2000  21:21 02/20/2000 Fire          *Initiating Call

LAW Incident Offenses Detail:
                   Offense Codes
Seq Code                                Amount
 1 ASST Agency Assist                    0.00


LAW Incident Circumstances:
                   Contributing Circumstances
Seq Code                                Comments
 1 LT20   Residence/Home


LAW Incident Responders Detail
   Responding Officers
Seq Name              Unit
 1 Moore, C.          M963
```

FELL-00000892

Narrative:
_____

REDACTED - FELL

On the above date and time I was dispatched to
Street, where RFD had been dispatched to a possible structure
fire.  Upon arrival I assisted RFD with traffic and curious
pedestrian onlookers.  It was learned there was a small stove
fire in apt. 4, tenant being Deborah Fell, where she had put
bacon in the stove to cook and forgot about it.  RFD inspected
the apt. area to make sure it was safe, and fire was in fact
extinguished by Ms. Fell before RFD arrived.  I also spoke to Ms.
Fell and advised her not to cook anymore this evening.  She
advised she was going to bed.  NFA.
Moore 6354 02-21-00

FELL-00000893

# EXHIBIT 45

LUZERNE COUNTY JUVENILE DETENTION CENTER
280 NORTH RIVER STREET
WILKES-BARRE, PENNSYLVANIA 18702

ADMISSION

NAME _Donald R Fell_    AGE _16_    DOB _4/30/80_

ADDRESS REDACTED - FELL    _W B Pa._

ADMITTED: _9/10/96_    TIME _1150_

CHECK COMPLETED PROCEDURES

ADMISSION FORM _X_

PERSONAL BELONGINGS COLLECTED AND RECORDED _X_

BEHAVORIAL CHART STARTED _X_

HANDBOOK DISTRIBUTED _X_

RELEASE

RELEASED: _9/13/96_    TIME _1130_

RELEASED TO _Mr. Adorkiewicz_

FOR _Transport Home_

CHECK COMPLETED FORMS

PERSONALS _✓_

ADMISSION AND RELEASE _X_

DAILY TREATMENT PLAN _X_

DETENTION ADJUSTMENT _X_

MEDICAL REPORTS _X_

SCHOOL RECORDS _X_

COUNSELING REPORTS _____

VISITATION RECORD _____

RECREATIONAL ACTIVITIES _____

FELL-00000894

LUZERNE COUNTY JUVENILE DETENTION CENTER

SERVICE TREATMENT PLAN

NAME _Donald R. Fell_

DATE OF ADMISSION _9-10-96_

While Donald is in detention he will be offered the opportunity to attend school, participate in both indoor and outdoor recreation, attend religious services and receive a physical.

Donald will be interviewed by his probation officer.

FELL-00000895

## LUZERNE COUNTY JUVENILE DETENTION CENTER
### DETENTION ADJUSTMENT

NAME Donald R. Fell

ADMITTED 9/10/96                              TIME 1100

RELEASED 9/13/96                              TIME 1130

### DETENTION CENTER ADJUSTMENT

**IMPRESSIONS, OBSERVATIONS, BEHAVIOR (INCLUDE BEHAVORIAL REPORTS):**

9/10  Don was co-op. on intake. Showered & issued Proper clothing.

9-10 (2-10) Donald did details & watched T.V.     MS

9/10 slept all night P

9/11 (6-2) Donald Did details, watched T.V., attended class & Recreation & received a physical examination. MS was evaluated by the Court Advocate.

9/11 Don was seen by nurse, did details, TV & cards (SP)

9/11 slept all night JV

11/16 (2) Donald did details, played basketball & attended School. Also played cards     MS

9/12 Don attended School, did details, played cards and exchanged minor words w/ Root Walton (no class time) but nothing major (SP)

9/13 (11-6) S. Lyt [illegible]

FELL-00000896

Front

Hair Color Brown
Eye Color Hazle
Height 65½"
Weight 119½

Name: Donald R. Fell
Date: 9/16/96
Time: 1100

5:01-cr-00012-gwc    Document 512-16    Filed 04/15/14    Page 41 of 175

# EXHIBIT 46

DEFENDANT'S
EXHIBIT
B-2

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK                                      COUNTY OF SULLIVAN

_____Justice__ COURT ___Town___ OF _Bethel_____

THE PEOPLE OF THE STATE OF NEW YORK                )
                                                   )
              -vs-                                  )          [INFORMATION]        [COMPLAINT]
                                                   )
_____Donny McNeely_____              )
                                                   )
_____Joshua R. Jones_____              )
          DEFENDANT(S)                             )

BE IT KNOWN THAT, by this [Information] [Complaint], Detective Corporal R. Rojas_____
as the Complainant herein, [stationed] [residing] at __REDACTED - FELL____ Monticello N.Y._____
accuses __Donny McNeely & Joshua R. Jones Acting in Consort_____
the above mentioned Defendant(s), with having committed the [traffic infraction] [violation] [misdemeanor] [felony] of
_Assault in the second degree_____, in violation of Section _120.05_ Subdivision _____
___01___ of the __Penal_____ Law of the State of New York.

THAT on or about the __12th__ day of _August____ 20_00__, at about _7:00__ [a.m.] [p.m.] in the _Morning__
of _____, County of _Sullivan_____, the Defendant(s) did [intentionally], [knowingly],
[recklessly], [with criminal negligence], and unlawfully, _Commit the crime of assault in the second_
_degree: To wit: A person is guilty of assault in the second degree when: With_
_intent to cause serious physical injury to another person, he causes such injury_
_to such person or to a third person;_
_To Wit: The said defendant, at the aforesaid time and place, with intent to_
_cause serious physical injury to another person, caused such injury to Chris_
_Eike at Yasguars Farm in the town of bethel county of sullivan, new york by_
_kicking and punching Mr Eike in the head and leges causing him to be transported_
_to Community General Hospital Of Harris N.Y. by ambulance for treatment._
_All Contrary To The Provisions Of The Statute In Such Case Made And Provided._
          ***Party's Acting In Consort***

The above allegations of facts are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the
sources of Complainant's information and the grounds for belief being the facts contained in the he attached SUPPORTING
DEPOSITION(S) of _Lance Rowland & Anthony Tonte & Terri Fell & Police Investigation_

[WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).]
                              -OR-
[Whereas, an Appearance Ticket was issued to the said Defendant(s) directing [him] [her] [them] to appear before this Court on
_XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX20 _____.]

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has
committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this __12th__ day of __August_____, 20 _00__.

                  -OR-                                      _R. Rojas_____
                                                                    COMPLAINANT
Subscribed and Sworn to before me                          Det/Cpl R. Rojas
this _____ day of _____, 20 _____.

_____

[ ] - STRIKE OUT ANY WORDS THAT DO NOT APPLY

*PAGE 1 OF 2*

**SUPPORTING DEPOSITION (CPL 100.20)**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

STATE OF NEW YORK

_Justice_ COURT

COUNTY OF _Sullivan_
TOWN OF _Bethel_

THE PEOPLE OF THE STATE OF NEW YORK )
)
-VS )
)
_Joshua R Jones_ )    SUPPORTING DEPOSITION
_Donny McNeely_ )
(DEFENDANT(S) )

STATE OF NEW YORK )
COUNTY OF _Sullivan_ )    ss.:
_Town_ of _Bethel_ )

518-398-0287
S.S. # REDACTED - FELL 5091

On DATE _8-12-00_ at TIME STARTED _08:08_ (AM) I, FULL NAME _LANCE MICHAEL ROWLAND_

DATE OF BIRTH REDACTED - FELL _74_    REDACTED - FELL    C/T/V/ _PINE PLAINS_    STATE _N.Y. 12567_

STATE THE FOLLOWING: *LR* As I exited my Vehicle I saw 3 guys kicking and urinating on a kid laying on the ground. The 3 guys were accompanied by two females. One guy wore a black t-shirt w/a neon necklace around his neck and his head was shaved. Another was taller and wore a flanel shirt and wore glasses. The third one had freckles and was about 5'9 - 5'10. One of the girls they were w/ had short straight black hair and said she was one of the guys sister. As I ran over to them, they backed away from the kid they were beating and started justifying why they did what they did. The kid on the ground had lumps all over his face, and his head was bleeding. A girl and more guys came over to help and thats when I went to get help. I gave the *LR*

**NOTICE**

**(PENAL LAW 210.45)**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of _August, 2000_.

- OR -

*Subscribed and Sworn to before me

this _____ day of _____, 19____.

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

_Lance Rowland_
(SIGNATURE OF DEPONENT)

_104_
(WITNESS)

_Dep. Hall_
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED (AM)
_9:00_ PM

FELL-00000899

Page 2 of 2

## SUPPORTING DEPOSITION (CPL 100.20)    SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK

_____Justice_____ COURT

COUNTY OF _Sullivan_

Town OF _Bethel_

- - - - - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE STATE OF NEW YORK )

-VS )

SUPPORTING DEPOSITION

_____ )

_____ )

(DEFENDANT(S) )

- - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK )
COUNTY OF _Sullivan_ )
Town of _Bethel_ )

ss.

On DATE **8/12/00** at TIME STARTED **08:08** AM PM I, FULL NAME _Lance Michael Rowland_

REDACTED - FELL

REDACTED - FELL

DATE OF BIRTH

C/T/V/ _Pine Plains_

STATE _NY, 12567_

STATE THE FOLLOWING: the officers the description of the kids and identified the people he apprehended as definitely the ones responsible for the beating. The incident took place in a pole barn or joining property of the festival. My vehicle was about 75 feet off of Rt17b and my vehicle was approximately 100ft away from the pole barn immediately on the right side of the barn. LR

LR

### NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of _August_, 2000.

- OR -

*Subscribed and Sworn to before me

this _____ day of _____, 19_____.

_Lance Rowland_
(SIGNATURE OF DEPONENT)

_W. Kirklian T. Bethel_ # 104
(WITNESS)

_Dep. Hall_
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED (AM)
9:00 PM

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

STATE OF NEW YORK   ::   COUNTY OF SULLIVAN
JUSTICE COURT   ::   TOWN OF BETHEL

---------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,

-against-

_Donny Mc Neely_ ,

DEFENDANT

WARRANT

(ARREST)     (BENCH)

---------------------------------------------------------------X

TO ANY POLICE OFFICER OF THE

_S.C. Sheriff's Dept_

An Accusatory Instrument having been laid before this Court alleging that the offense of _Assault 3rd_ , in violation of Section _120-00_ of the Penal   ~~Vehicle and Traffic~~   Law has been committed and accusing the above named Defendant thereof, and Defendant having failed to   ~~appear~~ pay fine   before this Court as directed:

YOU ARE THEREFORE COMMANDED, forthwith, to arrest the above named Defendant and bring said Defendant before this Court in the Town of Bethel, Kauneonga Lake, County of Sullivan.

Issued this date:   _1-8-01_
Kauneonga Lake   New York   12749
(914) 583 7420

_Cindy S. Barber_

CINDY BARBER

TOWN JUSTICE

BAIL RECOMMENDED $ _1000_

# EXHIBIT 47

# NEW YORK STATE INCIDENT REPORT

Date Printed: 1/10/01    Page Number: 1

Agency: Sullivan County Sheriff's Depa 2. Div/Pct.:        3. ORI: NY0520000 4. Case No.: 20001210  5. Incident No.: 20006940

Reported On: SAT  8/12/00  8:00 AM  10. Occurred On/From: SAT  8/12/00  7:00 AM  13. To:

16. Incident Type: ASSAULT SIMPLE

17. Business Name: GREENWOOD                                               18. Weapons Used:

19. Incident Street Address:              Bldg. #:    Apt:

         Street Line 2 :

20. City, State and Zip    : BETHEL, NY 00000

21. Location Code: 5350 BETHEL

D. Location Type: 25 OTHER COMMERCIAL SERVICE LOC

_____ OFFENSES COMMITTED DURING THIS INCIDENT _____

| # | Law Section | Sub. | Cl | Cat | Deg | Att | Offense Name | Counts | Weapon Used |
|---|-------------|------|-----|-----|-----|-----|--------------|--------|-------------|
| 1 | PL 120.05 | 01 | D | F | 2 | C | ASLT W/INT CAUS SERIOUS PH INJ | 01 | PERSONAL WEAPON |

E. Larceny/Theft Category:     F. Assault/Homicide Circumstance: ARGUMENT

_____ ASSOCIATED PERSONS _____

| TYPE | NAME (last, first, m. or business) | ADDRESS | WORK PHONE | HOME PHONE |
|------|-----------------------------------|---------|-----------|-----------|
| COMPLAINANT | ROJAS, ROY | 2 BUSHNELL AVE MONTICELLO, NY 12701 | | (845)794-7100 |

_____ SUSPECTS OR MISSING PERSONS _____

34.Record Type and #: SUSPECT 01        35.Name : DONNY R MC NEELY        37.Apparent Condition: IMP ALCOHOL

38.Address Street Number and Name: REDACTED - FELL Bldg.:      Apt.:

         City, State and Zip : WILKES BARE, PA                39.Phone : (570)819-2158 40.SSN:

41.DOB: 04/30/80  42.Age: 20    43.Sex: MALE    44.Race: WHITE    45.Ethnic: NOT HISPNC 46.Skin: LIGHT    47.Occupation: LABORER

48.Height: 5'09"  49.Weight: 130  50.Hair: BROWN    51.Eyes: HAZEL    52.Glasses: NO      53.Build: MEDIUM

54.Employer/School :

55.Employer Address:                    56.Scars/Marks/Tattoos: L/A CROSS W/3 SIX'S

         City and State:                57.Misc:                      Caution Indicator:


34.Record Type and #: SUSPECT 02        35.Name : JOSHUA J JONES        37.Apparent Condition: IMP ALCOHOL

38.Address Street Number and Name: REDACTED - FELL PK Bldg.:    Apt.:

         City, State and Zip : WILKES BARE, PA                39.Phone :              40.SSN:

41.DOB REDACTED-FELL 80  42.Age: 20    43.Sex: MALE    44.Race: WHITE    45.Ethnic: NOT HISPNC 46.Skin: LIGHT    47.Occupation: LABORER

48.Height: 5'06"  49.Weight: 130  50.Hair: BROWN    51.Eyes: BROWN    52.Glasses: NO      53.Build: MEDIUM

54.Employer/School :

55.Employer Address:                    56.Scars/Marks/Tattoos:

         City and State:                57.Misc:                      Caution Indicator:

_____ NARRATIVE _____

Posted  Officer ID

8/22/00  CPL101RR

         ON THIS DATE DET'S ADVISED OF AN ASSAULT THAT TOOK PLACE AT   GREENWOOD"WOODSTOCK" SAID ASSAULT WAS REPORTED TO THE A L

         AT ABOUT 7AM ON OUR ARRIVAL TO THE OFFICE THERE WERE ABOUT 5 PEOPLE IN THE OFFICE OUT OF THE FIVE TWO WERE ARRESTED FOR

         ASSAULT 2ND AT THE TIME THERE WASA A MALLE SUBJECT THAT WAS   TRANSPORTE TO CGH HARRIS WITH HEAD AND FACE INJURYS.AT TH

         TIME THERE WAS KNOW REPORT FROM THE HOSPITAL ON THE INJURY OTHER THEN HE WAS IN BAD CODUCTION.

                              (CONTINUED)

FELL-00000902

## NEW YORK STATE ARREST REPORT

1.NYSID #: 99999999J  2.SJS ID #:   3954                                    3.Case #: 20001210
    # :                6.Arrest #:  200005470-00  7.Agency:  Sullivan County Sheriff's Department    8.Div/Pct:
------------------------------------------------ DEFENDANT INFORMATION ------------------------------------------------
9.Name(LFM): JONES, JOSHUA J           10.Alias/Maiden Name:
12.Street Addr:  REDACTED - FELL    BLDG:    APT:    11.Phone:
13.City/St/Zip: WILKES BARE, PA        14.Resid.Stat: RESIDENT        15.POB: NEW YORK
16.Date of Birth REDACTED-FELL 70  17.Arst Age:  19   18.Sex : MALE   19.Race: WHITE     20.Ethnic: NOT HISPNC   21.Skin: LIGHT
22.Hgt: 5'06   23.Wgt: 130  24.Hair: BROWN    25.Eyes: BROWN   26.Glasses: NO     27.Build : MEDIUM      28.Marital St: SINGLE
29.US Citizen: YES        30.Citizen Of: USA  31.Soc Sec #:               32.Educ  : 09        33.Religion: NONE
34.Occup: LABORER         35.Employed : YES  36.Scars/Marks/Tatoos:
------------------------------------------------ ARREST INFORMATION ------------------------------------------------
37.Arresting Officer : Rojas            38.ID#: CPL101RR     39.Assisting Officer: Simon           40.ID#: 341ES
41.Arrest Date: 08/12/00    42.Time: 08:00    43.Location of Arrest: REDACTED - FELL  MONTICELLO,NY  [5350]
44.Juvenile  : NO                       45.Condition of Defendant at Arrest: IMP ALCOHOL
46.Weapon(s) at Arrest: PERSONAL WEAPON
48.Miranda  : YES       49.Miranda By: Rojas        50.Miranda Date: 08/12/00    51.Miranda Time: 13:32
52.Statements : WRITTEN      53.Status    :           54.Search Warrant: NO     55.ID Procedure: NONE
56.Arraignment Court: TOWN OF BETHEL    57.Arraignment Judge: C BARBER         58.Arraign Date: 08/12/00 59.Time: 15:00
60.Property  : NO       61.Evidence:  NO  61a.Processed By   :              61b.Disposition:
------------------------------------------------ CHARGE INFORMATION ------------------------------------------------
62.Incident #: 000020006940   OBTS #:                    4.Ref #:        4a:
63.Arrestee Status: HELD              64.Bail Amount :    $0.00  65.Bondsman   :              66.Photo#:
67.Arrest Type: COMPLAINT    68.Warrant #:        69.Arrest FOA: NO   70.Other Agency:               71.F/P Taken: YE
72.Location of Offense: BETHEL,NY       73.Offense Date: 08/12/00  74.# Offenders :   1  75.# Victims:   1
76.Return Court    : TOWN OF BETHEL     77.Return Judge: C BARBER              78.Return Date: 08/16/00 79.Time: 19:0
    fendant/Case TOT :             80a.Officer:            80b.ID#:         81.Date:         82.Time:
       ARTICLE &                                   --- VICTIMS -- --- TICKET ---
83.  LAW   SECTION/SUB  CL CAT DEG ATT  NAME OF OFFENSE    CTS NCIC  AGE SEX HANDCP  ASSOC #   TYPE  WEAPON TYPE USED
------------------------------------------------------------------------------------------------------------------
     PL  120.05    01    D  F  2   C  ASLT W/INT CAUS SERIOUS PH INJ  01 1399   0000                   PERSONAL WEAPON

85.  ------------------------------------------------ NARRATIVE ------------------------------------------------
     ON THIS DATE DET'S ADVISED OF AN ASSAULT THAT TOOK PLACE AT        TRANSPORTE TO CGH HARRIS WITH HEAD AND FACE INJURYS.AT THIS
     GREENWOOD"WOODSTOCK" SAID ASSAULT WAS REPORTED TO THE A LINE       TIME THERE WAS KNOW REPORT FROM THE HOSPITAL ON THE INJURY
     AT ABOUT 7AM ON OUR ARRIVAL TO THE OFFICE THERE WERE ABOUT         OTHER THEN HE WAS IN BAD CODUCTION.
     5 PEOPLE IN THE OFFICE OUT OF THE FIVE TWO WERE ARRESTED FOR       SEE CASE REPORT
     ASSAULT 2ND AT THE TIME THERE WASA A MALLE SUBJECT THAT WAS


ARRESTING OFFICER'S SIGNATURE:_____  ID#: _____

SUPERVISOR'S SIGNATURE    :_____  ID#: _____

PAGE #: 001

Report Date: 08/22/

FELL-00000903

## NEW YORK STATE INCIDENT REPORT

Date Printed: 1/10/01    Page Number: 2

·ency: Sullivan County Sheriff's Depa 2. Div/Pct.:    3. ORI: NY0520000 4. Case No.: 20001210  5. Incident No.: 20006940

_____ ADMINISTRATIVE _____

M. Computer Related Crime?: NO    N. Bias Crime:                    Solvability Factor: 13    Report Locked?: OFF

74. Inquiries Made    :

75. NYSPIN Message No.:

76. Complainant Signed? N    Signature: _____

77. Reporting Officer  : CPL Rojas                    78. ID No.: CPL101RR    Signature: _____

79. Supervising Officer: DET LT Suarez                80. ID No.: LTAS       Signature: _____

81. Incident Status  : OPEN            82. Status Date:  8/12/00  83. Notified/Turned Over To:

END OF REPORT

FELL-00000904

| STATE USAGE | | | | |
|---|---|---|---|---|
| NFF SECOND | ☐ | ☐ | ☐ | |
| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR | |

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

**JONES,JOSHUA JOSEPH**

| SOCIAL SECURITY NO. | LEAVE BLANK |
|---|---|
| **UNKNOWN** | |

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY  REDACTED - FELL | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 80 | **MALE** | **WHITE** | 506 | 130 | **BRO** | **BRO** |

| R. THUMB | 2. R. INDEX | 3. R. | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 8. L. MIDDLE | 9. L. RING | | L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

LEAVE BLANK          CRIMINAL                                    (STAPLE HERE)                          LEAVE BLANK

| STATE USAGE | | | |
|---|---|---|---|
| NFF SECOND | | | |
| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

ISAGE

Mc NEELY, DONNY ROBERT

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.          LEAVE BLANK

UNKNOWN

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 04 | 30 | 80 | MALE | WHITE | 509 | 130 | HAZ | BRO |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FELL-00000906

# EXHIBIT 48

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

E OF NEW YORK

PAGE ONE OF _3_ PAGES

COUNTY OF _Sullivan_

DATED: _Aug 12_

Town OF _Bethel_

I, _Donny McNeely_ , AGE _20_, BORN ON _April 30-1984_

HAVE BEEN ADVISED BY _Det. Ed Simon_ ,

OF THE _Sullivan Co Sheriff's Dept._ , OF THE FOLLOWING:

*I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE
ANY STATEMENT IF DON'T WANT TO.*

*IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED
AGAINST ME IN A COURT OF LAW.*

*I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY
STATEMENT OR AT ANY TIME DURING THIS STATEMENT.*

*IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO
HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND
I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.*

*I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME
DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.*

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY
RIGHTS AND MAKE THE FOLLOWING STATEMENT:

x _____

SIGNATURE

_Det. Edw___

WITNESS

Q= DENOTES - Question
A: DENOTES: Answer

Q: What is your name
A: Donny McNeely
Q: What is your address
A: 32 East Chestnut St, Wickes PA.
Q: Can you read & write English
A: Yes.
How far did you go in school.
A: 10th grade

FELL-00000907

**STATEMENT CONTINUATION SHEET**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 1 OF 2 PAGES

DATE: 8/12/00

E: Donny McNeely

Q. Are you Employed

A: My cousin Jessie.

Q. What is Job

A: I work The gold Fish game

Q. Do you know Chris

A: A couple of days

Q. To your Knowledge does Terri & Chris have A Relationship

A: No.

Q. Did There become + point & Time when you Became involved in Fight with Chris

A: Yes.

Q. What started The Fight.

A: Terri Told me Chris was Trying to Force hisself on Her.

Q. How many Times did you punch Chris

A: A couple of Times.

Q. Did either you on Chris Kick Chris in The Head.

A: No.

Q. Did you Knocked Chris To The ground

**NOTICE**

(PENAL LAW 210.45)

    In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___12___ day of Aug , 20_00_ .
           - OR -
*Subscribed and Sworn to before me

this _____ day of _____, 20_____ .

ORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X _____
        (SIGNATURE OF DEPONENT)

Det. Ed Simon                  11:00 PM
        (WITNESS)              TIME ENDED AM

Det. Ed Simon            11:30 PM
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000908

STATEMENT CONTINUATION SHEET          SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE _1_ OF _3_ PAGES

DATE: 8/12/00

NAME: Donny Mc Neely

... yes.

Q: Did Joshua Jones Punch Chris

A: No, if he did, I did not see it.

Q: What happened you knocked Chris to ground.

A: A couple of guys started punching me

Q: Do you know who they was

A: No.

Q: Would you like to add anything.

A: No.

Q: You provided this statement of your own free will.

A: yes.

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12_ day of _Aug_, 20_00_.

- OR -

*Subscribed and Sworn to before me

this _____ day of _____, 20____.

FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

x _Donald McNeely_
(SIGNATURE OF DEPONENT)

DET. Eddy _____ 11:00 start
(WITNESS)          TIME ENDED AM

DET. Eddy Simon    11:30  PM
(NAME OF PERSON TAKING DEPOSITION)

# EXHIBIT 49

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

PAGE ONE OF __4__ PAGES

DATED: Aug 12, 00

_ _ OF NEW YORK

COUNTY OF Sullivan

Town OF Bethel

REDACTED - FELL

I, Joshua Robert Jones , AGE 19 , BORN ON , 80 ,

HAVE BEEN ADVISED BY Dep. E.J. Clouse ,

OF THE Sullivan County Sheriffs Dept. , OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF DON'T WANT TO.

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:

x _Jhs John S_
SIGNATURE

_Dep. E.J. Cl_
WITNESS

A question and answer Statement between Dep. E.J. Clouse and Joshua Robert Jones at SCSD at about 11:00 AM on Aug 12, 00.
Q = Question - Dep. E.J. Clouse
A = Answer - Joshua Jones

Q = What is your name and address?
A = Joshua Jones, Address, I just stay where ever I end up.
Q = Where do you work?
: Carnival

x Jhs John S

STATEMENT CONTINUATION SHEET          SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE 2 OF 4 PAGES

DATE: 8/12/00

NA Joshua R Jones

Q. What Carnival?

A = Wayne County.

Q - Did Dep Clouse read you, your rights?

A = Yeah

Q = Do you understand them?

A = Yeah

Q = Were you at Yasguars farm on the morning of 8/12/00?

A = Yeah

Q = Who were you there with?

A = Donny, Anthony, Terri, Sara and Chris.

Q = Did a time come where something happened between Donny and Chris?

A = Yeah

Q - that?

A - They got into an arguement and started fighting?

Q = Why?

A = Donny was saying Chris was screwing around with his sister to Much and it became a fist fight?

Q = who is Donny's sister?

A = Terri.

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___8th___ day of ___Aug___, 20_00_.

- OR -

*Subscribed and Sworn to before me

this_____ day of _____, 20_____.

*      I NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

(SIGNATURE OF DEPONENT)

Dep. E.J.C.

(WITNESS)

Dep. E.J. Clouse

(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED      AM

PM

STATEMENT CONTINUATION SHEET          SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE 3 OF 4 PAGES

DATE: 8/12/00

NAME Joshua R. Jones

Q= Are Terri and Chris boy friend/Girl friend?

A= No

Q= Did you see Chris do anything to terri?

A= No, I seen them arguing but nothing major.

Q= During the fight did Chris get Knocked to the ground?

A= Yes

Q= By whom?

A= Donny.

Q= What is Donny's last Name?

A= I'm Not Sure.

Q= Did Donny Kick or Punch Chris?

A= Yeah

Q= About how many times?

A= ?

Q- While he was on the ground?

A= No they were Standing.

Q= Did he urinate on Chris?

A= Yeah.

Q= Did you punch Chris?

A= No

## NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _____
(SIGNATURE OF DEPONENT)

this 12ᵗʰ day of Aug, 20 0__.

        - OR -

*Subscribed and Sworn to before me

Dep. E.J. Clouse
(WITNESS)              TIME ENDED    AM

the _____ day of _____, 20____.

Dep. E.J. Clouse                        PM
(NAME OF PERSON TAKING DEPOSITION)

*I    I NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000912

**STATEMENT CONTINUATION SHEET**     SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE 4 OF 4 PAGES

DATE: 8/12/00

: Joshua R Jones

Q- Did you Kick Chris?

A= Yeah

Q= How many times?

A=Twice

Q= Where?

A= His Ass.

Q= Did anyone Kick him in the head?

A= No

Q= Did you Urinate on him?

A= No

Q= Do you want to add any thing?

A= Chris Started it, Donny was just defending himself

Q= Did you give this Statement of your own free will?

A= Yeah

Q= Did I promise you any thing in exchange for this statement?

A= No.

End

**NOTICE**

**(PENAL LAW 210.45)**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _____ (SIGNATURE OF DEPONENT)

this 12 day of Aug, 20 00.
- OR -

Dep. E. _____
(WITNESS)

TIME ENDED    AM

*Subscribed and Sworn to before me

this _____ day of _____, 20____.

Dep. E.J. Clause
(NAME OF PERSON TAKING DEPOSITION)

PM

'ORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000913

# EXHIBIT 50

COPY

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT

STATE OF NEW YORK                                    COUNTY OF SULLIVAN

_____ Justice COURT _____ Town _____ OF _ Bethel _____

THE PEOPLE OF THE STATE OF NEW YORK            )          00 - 02621
                                               )                 02622
         -vs-                                  )      [INFORMATION] [COMPLAINT]
                                               )
       Donny McNeely                           )
                                               )
       Joshua R. Jones                         )
         DEFENDANT(S)                          )

BE IT KNOWN THAT, by this [Information] [Complaint] Detective Corporal R. Rojas _____
is the Complainant herein, [stationed] [residing] at _ REDACTED - FELL __ Monticello N.Y. _____
accuses _ Donny McNeely & Joshua R. Jones Acting in Consort _____
the above mentioned Defendant(s), with having committed the [traffic infraction] [violation] [misdemeanor] [felony] of
assault in the second degree _____, in violation of Section 120.05 __ Subdivision _____
___ 01 __ of the __ Penal _____ Law of the State of New York.

THAT on or about the __ 12th __ day of August __ 20 00 ___, at about _ 7:00 __ [a.m.] [p.m.] in the Morning ___
of _____, County of _ Sullivan _____, the Defendant(s) did [intentionally], [knowingly],
[recklessly], [with criminal negligence], and unlawfully, Commit the crime of assault in the second _____
degree: To wit: A person is guilty of assault in the second degree when: With
intent to cause serious physical injury to another person, he causes such injury
to such person or to a third person;
To Wit: The said defendant, at the aforesaid time and place, with intent to
cause serious physical injury to another person, caused such injury to Chris
Eike at Yasguars Farm in the town of bethel county of sullivan, new york by
kicking and punching Mr Eike in the head and leges causing him to be transported
to Community General Hospital Of Harris N.Y. by ambulance for treatment.
All Contrary To The Provisions Of The Statute In Such Case Made And Provided.
              ***Party's Acting In Consort***

The above allegations of facts are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the
sources of Complainant's information and the grounds for belief being the facts contained in the he attached SUPPORTING
DEPOSITION(S) of Lance Rowland & Anthony Tonte & Terri Fell & Police Investigation

[WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).]
                                    -OR-
[Whereas, an Appearance Ticket was issued to the said Defendant(s) directing [him] [her] [them] to appear before this Court on
XXXXXXXXXXXXXXXXXXXXXXXXXXday of XXXXXXXXXXXXXXXXXXXXXXXXX20 _____.]

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has
committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this _ 12th __ day of _ August _____, 20 00 ____.

                -OR-                                    R. Rojas
                                                    _____
                                                        COMPLAINANT
Subscribed and Sworn to before me                     Det/Cpl R. Rojas
this _____ day of _____, 20 ____.

_____

[ ] - STRIKE OUT ANY WORDS THAT DO NOT APPLY

# EXHIBIT 51

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

STATE OF NEW YORK

PAGE ONE OF _____ PAGES

COUNTY OF Sullivan

DATED: Aug 12, 00

Town OF Bethel

I, Anthony J. Tonto, AGE 16, BORN ON REDACTED - FELL 93,

HAVE BEEN ADVISED BY Dep Phil Anglin,

OF THE Sullivan County Sheriff's Dept., OF THE FOLLOWING:

*I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF DON'T WANT TO.*

*IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.*

*I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.*

*IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.*

*I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.*

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:

X Anthony Tonto
SIGNATURE

Dep. _____
WITNESS

A question and answer statement between Dep. E.J. Clouse and Anthony J Tonto at SCSD on Aug 12, 00 at @ 9:07 Am.

Q= Question Dep. E J Clouse

A. Answer - Anthony Tonto

Q = What is your name and address?

A = Anthony Tonto, My address is RD 2 Box 93A Harding PA 18643

Q: Did Dep. Anglin read you your rights?

A - Yes

X Anthony Tonto

**STATEMENT CONTINUATION SHEET**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 2 OF 3 PAGES

NAME: Anthony Tonto

DATE: 8/12/00

Q: Do you understand your rights?

A: Yes

Q: Were at Yasgur farm this morning?

A: Yes

Q: What happened this morning?

A: Basically, Dude tried to rape Terri, so Danny beat the shit out of him.

Q: Did anyone know who "Dude" was?

A: I knew his name as Chris.

Q: Did you see Chris attempt to rape Terri?

A: He was hangin all over her and stuff.

Q: Did she want him hangin all over her?

A: No, she told him to stop plenty of times.

Q: Did anyone else, beside Danny hit or kick Chris?

A: Yeah Bobby.

Q: Who is Bobby?

A: Joshua Robert Jones, my brother.

Q: Did anyone else hit Chris?

A: No.

Q: Did you hit or kick Chris?

A: No.

<u>NOTICE</u>

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _12th_ day of _Aug_, 20 _00_.

— OR —

*Subscribed and Sworn to before me

this _____ day of _____, 20_____.

⁺THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X _Anthony Tonto_

(SIGNATURE OF DEPONENT)

_Dep. E. A. C.___

(WITNESS)                    TIME ENDED    AM

_____    PM

(NAME OF PERSON TAKING DEPOSITION)

FELL-00000916

**STATEMENT CONTINUATION SHEET**          **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 3 OF 3 PAGES

NAME: Anthony Tonte                      DATE: Aug 12, 00

Q= Did you see anyone urinate on Chris?

A= Yeah

Q= Who?

A= Don

Q= Is there anything you would like to add?

A= No, Not that I can think of.

Q= Was this statement given of your own free will?

A= Yes

Q= Did anyone promise you anything in exchange for this statement?

A= No.

End

**NOTICE**

**(PENAL LAW 210.45)**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _Anthony Tonte_
(SIGNATURE OF DEPONENT)

this 12th day of Aug, 20 00.
      - OR -

_Dep E.J.C._
(WITNESS)                    TIME ENDED   AM

*Subscribed and Sworn to before me

this ____ day of _____, 20____.

_____  PM
(NAME OF PERSON TAKING DEPOSITION)

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000917

# EXHIBIT 52

## SULLIVAN COUNTY SHERIFF'S DEPARTMENT
## STATEMENT

STATE OF NEW YORK

COUNTY OF Sullivan

PAGE ONE OF 4 PAGES

DATED: Aug. 12, 00

TOWN OF Bethel

REDACTED - FELL

I, Terri N. Fell                    , AGE 17 , BORN ON          82        ,

HAVE BEEN ADVISED BY Dep Phil Anglin                    ,

OF THE Sullivan Co. Sheriffs Dept.           , OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE
ANY STATEMENT IF DON'T WANT TO.

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED
AGAINST ME IN A COURT OF LAW.

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY
STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO
HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND
I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME
DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY
RIGHTS AND MAKE THE FOLLOWING STATEMENT:

X Terri Fell
SIGNATURE

Dep E.J.C.
WITNESS

A question and answer statement between Dep. E.J. Clouse
and Terri N. Fell at SCSD on Aug. 12, 00 at @ 8:30 AM.
Q= question - Dep E.J. Clouse
A= Answer   - Terri N. Fell

Q= What is your Name and address?
A= Terri Fell, I don't really have an address cause I
   run with the Carnival.
Q= What Carnival?
A= S and S Amusements.

X Terri Fell

FELL-00000918

**STATEMENT CONTINUATION SHEET**          **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 2 OF 4 PAGES

NAME: Terri NEell                                    DATE: 8/12/00

Q= Did Dep. Anglin read you your rights?
A= Yes
Q= Do you understand your rights?
A= Yes
Q= Were you at Yasgaur farms this morning?
A= Yes
Q= What happened while you were there this morning?
A= Chris Attacked me, and tried to rape me.
Q= Chris who?
A= I don't know his last name.
Q= How do you know him?
A= Work
Q= What did you do after he attacked you?
A= I pushed him off me and told him No.
Q= Did he hit you?
A= No. He was just very forceful.
Q= What did you do next?
A= I told Donald McNally, my brother what Chris had done.
Q= What did you brother say and do next?
A= He told Chris to leave me alone and Chris hit him, he punched him in the face.

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X ___Terri Fell___
(SIGNATURE OF DEPONENT)

this __12__ day of __Aug__, 20 _00_.
    — OR —

Dep. E/ C/
(WITNESS)                                    TIME ENDED    AM

*Subscribed and Sworn to before me

this _____ day of _____, 20____.

_____
(NAME OF PERSON TAKING DEPOSITION)                    PM

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

FELL-00000919

**STATEMENT CONTINUATION SHEET**          **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

PAGE 3 OF 4 PAGES

NAME: Terri N. Fell          DATE: 8/12/00

Q = What happened after Chris hit Donald?

A = Donald Starting hitting him back.

Q = Did anybody else hit Chris?

A = Yeah Joshua.

Q = Joshua who?

A = Junes.

Q = Did anybody Kick Chris when he was on the ground?

A = Yes,

Q = Who?

A = Joshua.

Q = Only Joshua?

A = Yes

Q = Did anybody Urinate on Chris while he was on the ground?

A = Yes

Q = Who?

A = Donald

Q = Was he Saying anything while he did this?

A = No

Q = Did Anthony Tonte hit or Kick Chris?

A = No.

NOTICE

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

X _Terri Fell_
(SIGNATURE OF DEPONENT)

this 12 day of Aug, 20 00.
- OR -

_Dep. E. / C_
(WITNESS)          TIME ENDED    AM

*Subscribed and Sworn to before me

this _____ day of _____, 20 _____.          PM

(NAME OF PERSON TAKING DEPOSITION)

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

## STATEMENT CONTINUATION SHEET          SULLIVAN COUNTY SHERIFF'S DEPARTMENT

PAGE 4 OF 4 PAGES

NAME: Terri N. Fell                                    DATE: 8/12/00

Q = Is there anything you would like to add?

A = No, owe wait yeah, about the whole situation.

Q = About six guys came out from the side, while Donald was helping Chris up, and they started hitting Donald and Joshua.

Q = Who were they?

A = I don't know.

Q = Can you identify any of them?

A = Yes, one had Blonde hair, Blue eyes and skinny, Mustache and a blue flannel.

Q = Do you know where they went?

A = No

Q = Was this statement given of your own free will, and not forced from you?

A = Yes

Q = Were you promised anything in exchange for this statement?

A = No.

End

### NOTICE
### (PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this 12th day of Aug, 20 00.
       - OR -
*Subscribed and Sworn to before me

this _____ day of _____, 20_____.

*THIS FORM NEED BE SWORN TO ONLY WHEN SPECIFICALLY REQUIRED BY THE COURT.

X Terri Fell
(SIGNATURE OF DEPONENT)

Dep. S. ___
(WITNESS)                          TIME ENDED    AM
                                                 PM
_____
(NAME OF PERSON TAKING DEPOSITION)

FELL-00000921

# EXHIBIT 53

8·12·2000

Received call from V.O.
regarding an assault
2nd which occurred
at Yasgurans Farm.
Ret Rotas mssg.
Ofc. Hall 1st on scene
EMS - victim to Harris
Hosp. ooc.
Reviewed situation met w/
Det. Rotas.
Rotas interviewed
victim at Hospital.
Knows suspects who
assaulted him, by kicking
& punching him in the face,
chest.
Victim stated Donny was
kicking & punching him.
in face & upper body.
Rob - Also was kicking &
punching victim.

FELL-00000922

All Parties involved:
Jones, Josh
McNeely, Donny
Fell, Terry.
Jones, Anthony
Reed, Stephanie
Transported to SO.
Rep- Closed Interview
Joshua Jones.
Reviewed statement of
Rep. Closed.
Interview of Donny
McNeely - Got statement.
special note - clothing
Black Jacket, Blue Jeans
subret was dirty. Shoes
work boots - Revised Blood
Spots on Boots.
No shirt. Jacket only
subject understood was dead.
Both subjects arrested
assault with
S.C.J no bail.

# EXHIBIT 54

Page 1 of 2

**SUPPORTING DEPOSITION (CPL 100.20)**     **SULLIVAN COUNTY SHERIFF'S DEPARTMENT**

STATE OF NEW YORK

_____Justice_____ COURT

COUNTY OF _Sullivan_

Town OF _Bethel_

- - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE STATE OF NEW YORK )
)
-VS )
)     SUPPORTING DEPOSITION
_____ )
)
_____ )
(DEFENDANT(S) )

- - - - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK )
COUNTY OF _Sullivan_ )
Town OF _Bethel_ )    ss.

518-398-0287
S.S. N REDACTED - FELL 0091

On DATE 8-12-00 at TIME STARTED 08:08 (AM) I, FULL NAME LANCE MICHAEL ROWLAND

DATE OF BIRTH REDACTED - FELL 74   N REDACTED - FELL   CITY PINE PLAINS   STATE NY. 12567

STATE THE FOLLOWING: As I exited my vehicle I saw 3 guys kicking and urinating on a kid laying on the ground. The 3 guys were accompanied by two females. One guy wore a black t-shirt w/ a necklace around his neck and his head was shaved. Another was taller and wore a flanel shirt and wore glasses. The third one had freckles and was about 5'9 - 5'10. One of the girls they were w/ had short straight black hair and so She was one of the guys sister. As I ran over to the they backed away from the kid they were beating and started justifying why they did w/ they did. The kid on the ground had lumps all over his face, and his head was bleeding. A girl and more guys came over t help and thats when I went to get help. I gave the

**NOTICE**

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

_Lance Rowland_
(SIGNATURE OF DEPONENT)

this __12__ day of _August, 2000_.
- OR -
*Subscribed and Sworn to before me

_W. Kitt 7/8/84 704_
(WITNESS)

this _____ day of _____, 19___.

_Dep. Hall_
(NAME OR PERSON TAKING DEPOSITION)

TIME ENDED (AM)
9:00 PM

Page 2 of 2

<u>SUPPORTING DEPOSITION (CPL 100.20)</u>        <u>SULLIVAN COUNTY SHERIFF'S DEPARTMENT</u>

STATE OF NEW YORK

_____ Justice _____ COURT

COUNTY OF _Sullivan_

_Town_ OF _Bethel_

- - - - - - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE STATE OF NEW YORK )
)
-VS )
)
_____ )
)
_____ )
(DEFENDANT(S) )

SUPPORTING DEPOSITION

- - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK )
COUNTY OF _Sullivan_ )
)
_Town_ of _Bethel_ )

ss.

On DATE 8/12/80 at TIME STARTED 08:08 AM/PM I, FULL NAME _Lance Michael Rowland_

REDACTED - FELL

DATE OF BIRTH **REDACTED - FELL**

**REDACTED - FELL** C/T/AV/ _Pine Plains_ STATE _NY. 12567_

STATE THE FOLLOWING: the officers the description of the kids as identified the people he apprehended as definitely the ones responsible for the beating. The incident took place in a pole barn on joining property of the festival. My vehicle was about 75 feet off of 17b and my vehicle was approximately 100 ft away from the pole barn immediately on the right side of the barn *

<u>NOTICE</u>

(PENAL LAW 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

_Lance Rowland_
(SIGNATURE OF DEPONENT)

this _12_ day of _August, 2000_
- OR -
*Subscribed and Sworn to before me

this _____ day of _____, 19_____.

_Bethel_ _#104_
(WITNESS)

_Dep. Hall_
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED
9:00

# EXHIBIT 55

August 12-00

Chris EIKE

STUDOUT

Mother - CINDY
Father - John ⟩ EIKE

Subject was ASSAULTED AT GREENWOOD TP of
Bootlet Transported TO CGH Harris, with
injury To his head + legs.

Advised by Hosp That his Mother was called
And Responding To CGH. This Dated

States he was beat up by Two white
Males, That Work with him at the
Wayne County Fair one is Known To
him as Don And The other Bob
he also States that he had Done
ACID + Mushroom, it was given To him
by Some Friends, he Advise he was
hanging with This people Unknown
why he was beating up, he States
That They Were Also Doing ACID +
Drinking Along with Two Girls Terri +
Stovie, he States that Don was The

FELL-00000926

Person That was Kicking and Punching him in
The Face And All over his body, Bob was
Also Kicking him. The girls were Just
Watching Them, but They Diont hit him
at All.

States This is The First Time he
has Done Any Type of Drug

Drugs were given To him by Don.

States his Car was Towed:
1991 Chev. Blue Dark "Cameo on
                              Windshield"
                              DDW-


Sexual Abuse 3RD
Section — 130.55

FELL-00000927

# EXHIBIT 56

WAS TRAVELING WEST MB BY YASGAR FARM WHEN
LANCE ROWLAND FLAGGED ME DOWN TO TELL ME THERE
WAS AN ASSAULT VICTIM THAT NEEDED HELP IN THE POLE
BARN. AT THE SAME TIME 911 DISPATCHED ME TO THE
SAME LOCATION FOR AN ASSAULT VICTIM. WHEN I ARRIVED
AT THE POLE BARN I SAW A YOUNG MALE LYING ON THE
GROUND. THE VICTIM WAS INCOHERENT, SHAKING, AND HAD
CONTUSIONS AND DEFORMITIES ON HIS FACE. I REQUESTED
AN AMBULANCE RESPOND TO THE SCENE. I ASKED THE
VICTIM HIS NAME AND GOT NO RESPONSE FROM HIM AND
BY STANDERS TOLD ME HIS NAME WAS CHRIS. ~~~~~ I
BEGAN TO TREAT THE VICTIM FOR SHOCK. APPLIED 15 LPM
O2 VIA NON REBREATHER. COVERED PATIENT WITH EMERGENCY
BLANKET. VICTIM BEGAN TO MAKE NOISE. I ASKED HIM
WHERE HE HURT AND HE SAID HE COULDN'T FEEL HIS BODY.
I REMOVED SHOES AND PMS WAS INTACT BOTH EXTREMITIES.
CUT PANT LEGS OF PANTS TO ~~~~ EXPOSE EXTREMITIES BECAUSE
BY STANDERS SAID HIS LEG WAS BROKEN. NO OBVIOUS ~~~
DEFORMITIES WERE FOUND LOWER EXTREMITIES. EMT'S FROM
COCHECTON AMULANCE CORP. ARRIVED ON SCENE. PATIENT WAS
~~~~ COLLARED, BACKBOARDED AND LOADED IN AMBULANCE FOR
TRANSPORT TO EMERGENCY ROOM.

VITALS TAKEN BY COCHECTON AMB. PULSE 76
BP 80/
DEP HALL

FELL-00000928

AUGUST-12-00

ON THE ABOVE DATE DET ROJAS WAS ADVISED BY DEPUTYS ANGLIN AND
CLOUSE OF A SERIOUS ASSAULT THAT TOOK PLACE AT YASGUARS FARM
AT AROUND 7AM, ALSO ADVISE THAT THEY HAD TWO SUBJECTS UNDER
ARREST AND THAT THE PERSON ASSAULTED WAS IN C.G.H. HARRIS N.Y.
DET ROJAS RESPONDED TO CGH AND WAS ADVISE THAT MR CHRIS EIKE WAS
IN X-RAY FOR A CAT SCAN AND OTHER TEST. I WAS ABLE TO TALK TO
CHRIS AFTER A SHORT TIME HE ADVISE THAT HE WAS AT THE FARM WITH
FRIENDS OF HIS THAT WORK WITH HIM AT THE WAYNE COUNTY FAIR,AND
THAT HE WAS DRIKING AND HAD DONE ACID AND MUSHROOMS AND HE DIDN'T
KNOWN WHY THEY BEAT HIM UP HE ADVISE THAT THE TWO WERE KNOWN TO
HIM AS DONNY AND ROBBIE UNKNOWN LAST NAME, AFTER TAKLING TO HIM I
WAS NOT ABLE TO FINE OUT ANY MORE ABOUT JIS INJURYS  AS THE RESULTS
WERE NOT IN. RETURNED TO THE OFFICE WERE I SPOKE TO THE SUBJECTS
STATEMENT HAD BEEN TAKEN BY DEP CLOUSE AND DET SIMON BOTH SUBJECT
ARRESTED FOR ASSAULT 2ND TAKEN BEFORE JUDGE BARBER OF BETHEL HELD
SCJ NO BAIL TO APPEAR ON AUG-16-00 AT 7PM.


UNDERSHERIFF CALLED AND ADVISED TOLD TO CALL IN DET SIMON TO ASSI

AT THIS TIME UNABLE TO ENTRY INTO SJS DOWN
PAPER WORK SENT OVER TO DA'S OFFICE


8-12-00  AT 4:30PM RECIVED A CALL FROM CGH ADVISED THAT CHRIS
EIKE WAS GOING TO BE RELEASED.

MR EIKE RESPONED TO THIS OFFICE WITH HIS MOTHER AT THIS TIME HE
STILL DIDN'T KNOW WHAT TOOK PLACE.


SJS - Down

FELL-00000929

# EXHIBIT 57

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/08/2000

     The following sets forth the investigative activity of Supervisory Senior Special Agent (SSRA) C. DANIEL STURGILL and Special Agent (SA) JIMMIE D. CAUDLE, JR., Federal Bureau of Investigation (FBI), Fort Smith Resident Agency (FSRA), at 11:30 p.m., November 30, 2000, at the Johnson County Detention Center, Clarksville, Arkansas.

     SSRA STURGILL and SA CAUDLE introduced themselves to DONALD R. FELL with display of their FBI credentials and they provided the purpose of the interview. The following interview took place in a room within the Johnson County Detention Center. FELL was advised that a custodial interview mandated that he be read his Advice of Rights. These rights were read verbatim from an FBI FD-395 Advice of Rights form. FELL also read aloud a portion of the Advice of Rights form to indicate he could read. FELL stated that he understood his rights as read and reviewed by FELL and he signed the Advice of Rights form as witnessed by SSRA STURGILL and SA CAUDLE. This form has been placed into a 1A envelope and made a part of the investigative file.

     FELL was advised of his rights at approximately 11:30 p.m., and signed his waiver of rights at approximately 11:33 p.m. After signing his waiver of rights, FELL advised the following:

     FELL's date of birth is April 30, 1980, and he is from Wilkes-Barre, Pennsylvania, having lived at REDACTED-FELL in Wilkes-Barre all of his life. FELL was arrested by the Clarksville Police Department this date (November 30, 2000) for being in possession of a vehicle with stolen plates. FELL's friend, BOBBY LEE (ROBERT JOSEPH LEE), also from Wilkes-Barre, was also in the vehicle and arrested. LEE just turned twenty on November 28, 2000. FELL has known LEE since the 2nd grade. LEE's brother, SHANE, was the same grade level as FELL and LEE was a class ahead. FELL and LEE had started hitchhiking across country and got a ride from some guy FELL knew only as "JOHN". The car was a small light green or blue Neon. FELL and LEE eventually stole JOHN's car. FELL advised that he stole the car and LEE remained with him. They took off in the vehicle when JOHN went into a store. FELL has lost track of the days and couldn't recall the exact date the car was stolen. FELL and LEE first traveled south upon stealing the car. They

Investigation on   11/30-12/01/00 Clarksville, Arkansas

le #  7A-AL-44453-44                   Date dictated   12/03/00
    SA JIMMIE D. CAUDLE, JR.
by   SSRA C. DANIEL STURGILL/ldh

343 LDH 01.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FELL-00000930

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____, On <u>11/30-12/01/00</u>, Page ___ 2

traveled into Virginia and then into Tennessee where they reached Interstate 40. They then traveled into Arkansas where they reached Clarksville before being arrested for the stolen tags.

FELL has been in trouble with the law before, once for not going to school for two years. He did time in Saint Mike's, doing approximately two years for truancy. FELL also got in trouble with the law at the most recent Woodstock. FELL "beat the shit" out of a guy who tried to rape his sister at Woodstock. FELL put him in a coma for a day. The charges were eventually dropped. LEE accompanied FELL to Woodstock.

LEE's brother is currently in the Army. FELL's father, DONALD FELL, SR., just got out of jail for fraud. Both FELL and LEE were headed to California. FELL said that they had not changed the plates on the Neon and advised ownership of some of the contents within the vehicle. FELL owned the green Army duffle bag, the shotgun, a denim jacket, two hooded jackets and a leather jacket with fringes. Pipes that are in the car are also FELL's. LEE owned the blue bag. The CD tapes are both FELL's and LEE's. FELL purchased the shotgun from an individual approximately one and one half years ago. FELL does not have a job. FELL's family consists of a sister named TERRI FELL, a grandmother whom he knew only as "NANNY", AUNT JACKIE SHARPE, and DONNA WILLIAMS, all residing in Wilkes-Barre. Some of LEE's family resides around Wilkes-Barre. FELL and LEE have remained good friends for many years. They typically listen to music, play a lot of cards, and drink Budweiser. FELL plays lead guitar. LEE was going to learn the drums but did not have enough money to get a pair.

FELL and LEE had planned on checking out Venice Beach, California. FELL's mother, DEBBIE FELL, lives in Rutland, Vermont, at REDACTED-FELL                        FELL's father lives in Fort Lauderdale. FELL and LEE have lived with DEBBIE at REDACTED-REDACTED-FELL        Rutland, Vermont, for the past couple of months. FELL and LEE left this address last week headed for California. DEBBIE works at HOLIDAY INN and the phone number is (802) 773-7920.

FELL's mother had numerous friends. They would sit around DEBBIE's house and smoke crack and it would make FELL mad. He has tried to get her to stop smoking crack but her friends wouldn't let her. She would get mad at FELL for smoking pot. Since leaving Rutland, Vermont, FELL and LEE have stayed at CHRIS KOLOJESKI's house at 13 East Chestnut in Wilkes-Barre,

FELL-00000931

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____, On 11/30-12/01/00, Page 3

Pennsylvania. KOLOJESKI is a white male, approximately 26 years of age, who cannot work due to seizures.

This summer, FELL, his cousin JESSIE WILLIAMS also from Wilkes-Barre, and LEE, worked at a carnival. FELL worked the goldfish/ping-pong balls. LEE worked a quarter toss where a bicycle was the prize. The carnival traveled mostly in Pennsylvania. JESSIE was the boss and worked the rat game. FELL had once had a ferret for a pet. LEE has spent time in Florida where he worked with tigers, alligators, and various other exotic animals.

FELL's father was an abusive person having beaten FELL's mother and FELL. FELL's father quit beating FELL after FELL broke his father's nose. FELL's mother also cut FELL's father up several times. FELL described his father as a serious drunk who beat FELL everyday for years. FELL advised that he does not become angry when drinking but rather gets happy when he gets drunk. FELL thought that his father was possibly born on March 15, 1942.

FELL does not currently own a vehicle but did have a 1971 Firebird at one time. It did not have a sticker so he could not get it street legal and it got towed away. This happened approximately three years ago. LEE has never owned a car. The Neon of which they were in possession when arrested was getting approximately 85 miles per quarter tank of gas. FELL recalled crossing into Arkansas through Memphis. FELL and LEE were low on gas and out of money. They were going to ditch the car and start hitchhiking again. FELL's mother doesn't own a car.

FELL advised that when he got out of jail here at Clarksville, he was still planning on heading west and described his mother's crack habit as the reason for him leaving Rutland, Vermont. FELL and his mother would fight a couple of times but he would only have to push her off of him during these arguments. They never became major physical altercations. FELL was going to call his mother from the jail but does not have use of a phone yet. FELL last saw his mother Friday morning after Thanksgiving and FELL and LEE left her on good terms.

The interview with FELL was concluded at 12:17 a.m., and FELL was escorted back to his cell by detention deputies. All logical comfort issues were addressed with FELL and water was readily available. During the course of the interview, FELL was

FELL-00000932

FD-302a (Rev. 10-6-95)

7A-AL-44453

Continuation of FD-302 of _____ , On 11/30-12/01/00 , Page 4

observed to be right handed.   FELL never asked to end the interview.

FELL-00000933

# EXHIBIT 58

# INTENTIONALLY LEFT BLANK

FELL-00000934

# EXHIBIT 59

# INTENTIONALLY LEFT BLANK

FELL-00000935

# EXHIBIT 60

12/1/00 - Interview of Donald Fell at the Johnson County Sheriff's Department.

TA: =   Tom Aiken, New York State Police
DF: =   Donald Fell
UM: =   Unknown Male

UM:        Okay, ah, we're, ah, I'm ah, in the room now.  I've got ah, Wes
           Kendrick, the, the Sheriff with me and ah, we're, we're, we're talkin
           to Donny...

TA:        Okay.

UM:        ...and ah, Donny, Donny's still ah, he's, he's, he's wanting to do, do
           the best job he can here to help us find Terri.

TA:        Okay, can I talk to him?

UM:        Ya, that's exactly what we need to do.  We've gone through the list
           here and ah, that you gave me and ah we, we just couldn't recall any
           of it so I just said well, hey, lets, put you all through on and, and, and,
           hopefully we can have some more luck here so....I'm gonna, gonna go
           ahead and hand you over to Donny.  Ah, we don't have an intercom,
           er a, a, well, it's not gonna be ah, what do we call that ah, ah, the ah,
           word speaker phone, that's what I'm, what I'm lookin for, we're not
           gonna be on speaker phone so I'll just hand him, I'll just hand the
           phone over.

TA:        Just tell him to keep that floor plug, fell plug in.

UM:        Ya, ya, ya, Wes is holding it as we speak.

TA:        Okay great.

UM:        Alright so here's, here's Donny.   (Talking in background) This is
           Tom Aiken and you're with ah New York State Police?

TA:        Right.

UM:     Okay.

DF:     Hello.

TA:     Hi Don.

DF:     Hi.

TA:     This is Senior Investigator Tom Aiken with the New York State Police.

DF:     Uh huh.

TA:     Thanks for trying to help us out here cause obviously you know it's very important.

DF:     Yes.

TA:     Um, now, who am I talking to?  Is it Donny?

DF:     Ya.

TA:     and it's Fell?

DF:     Ya.

TA:     Okay.  Um...let me just get some background done first just so I know how familiar you are with the area.

DF:     Alright.

TA:     H...Have you lived in the Vermont or New York area at all?

DF:     Ah, no, no.  I really don't know the area at all.

TA:     Okay.  But your mom was living up in Rutland?

2

FELL-00000937

DF:     Vermont, ya.

TA:     And, did you come to visit her very often or?

DF:     No, this was ah the first visit that I, I came.

TA:     Do you know which way you came to visit so you knew that route?
DF:     I have no idea, my ah, my aunt drove us up, my, me up.

TA:     And the guy you were with?  His name is Bobby?

DF:     Ya.

TA:     And it's Bobby Lee?

DF:     Ya.

TA:     Did he know the area at all?

DF:     No.

TA:     Where did you guys live before this?

DF:     Ah, Pennsylvania, in ah, Wilkes-Barre.

TA:     Okay, um, so neither one of ya's to familiar with the area?

DF:     No.

TA:     Let me try to, after you left your mother's place in Rutland right.

DF:     Yes.

TA:     Let me try to walk you through that as best I can.  How old are you twenty?

DF:     Yes.

3

FELL-00000938

TA:        Okay. You left the city of Rutland on Route 7?

DF:        I think so.

TA:        .....and what's the next landmark you remember?

DF:        I, the, the, the first thing I remember was ah, the Tappan Zee Bridge, that's, you know what I mean.

TA:        I mean coming out of Rutland though?

DF:        I don't, I don't remember...

TA:        Right, right after that happened with your mom.

DF:        I, I really don't remember much then, I was, I was pretty hammered. Ah... I was real screwed up, ya know.

TA:        Well what I'm trying to do is I'm trying to figure out where you dropped her off and that's, the only way to do that is to try to figure out your route the whole way.

DF:        Ya, ya, I know.

TA:        They said you thought it was Route 4 you were on.

DF:        Yes. I, see, I might be wrong, you know what I mean?

TA:        Uh huh.

DF:        But ah, I think that's the route that we were one.

TA:        What makes you think you were on Route 4.

DF:        Well, I was lookin' at the road map and all those little towns, the names looked familiar.

4

FELL-00000939

TA:     Do you remember how you got on Route 4 or where you got on it.

DF:     No, no I don't.

TA:     Somebody said something about the Diamond Run Mall.

DF:     Ya, that's ah, that's on Route 4 isn't it?

TA:     That's right on Route 7 on the outside of ah Rutland...and, and you get on Route 4 right there.

DF:     Alright well then, that's how we got on Route 4.

TA:     And you remember that?

DF:     Ah, yes.

TA:     Okay.

DF:     ....because I know we went ah, past the Diamond Run Mall and then...

TA:     Now before you did, what was, what was the woman's name?

DF:     Ah Terri.

TA:     Terri?

DF:     Oh ya.

TA:     Now before that happened with Terri, how long was she in the car before that happened do you remember?

DF:     Oh, let me think, ah, maybe about four and a half hours.

TA:     You were with her in the car that long?

DF:     Ya.

5

FELL-00000940

TA:     Okay.  Now the next thing you remember is you're with her on Route 4 in Vermont, coming from Rutland.

DF:     Ya.

TA:     Now, do you remember entering New York State?

DF:     Ah, there was a sign that said ah New York Welcomes you or something like that I believe.

TA:     Okay.  Now the next thing you remember, you remember the village of Whitehall?

DF:     Ya, I remember Whitehall.

TA:     ...and the road kinda turns to the left right?

DF:     Ya.

TA:     Okay.....and it was, it definitely didn't happen between the state line and there?

DF:     No.

TA:     Okay.  Now what's the next thing you remember after you leave Whitehall?

DF:     Ah, just, ya know, the road really, that's all, ah, when Bobby was driving I had ta, to watch her in the backseat ya know what I mean so.

TA:     Was she tied up at all?

DF:     No, no, no.  She was free to move around, ya know.

TA:     Had she made any attempts to get out?

DF:     Ah, she tried jumpin' out of the car once.

6

FELL-00000941

TA:     While it was going?

DF:     Ya.

TA:     Do you remember how soon after it was that that happened?

DF:     No, no I don't.

TA:     Do you remember what, where you were or what you were around when that happened?

DF:     No, no I just ah, I wasn't really watchin the road then cause I was watchin' her and ah Bobby was driving so I had ta, I had to grab her back into the car and that, that was about it, ya know.   Like the whole time when  he was driving I was looking back at her ya know.

TA:     Okay, let me just try to narrow this down a little bit.

DF:     Alright.

TA:     When, when I was talkin' to, ah, the Special Agent you're talkin' to there, what's his name, Jim right?

DF:     Ya.

TA:     Jim Caudle?

DF:     Ya.

TA:     He said that when he talked to you to begin with um, you said it was before you got, you said you remembered Stillwater Mechanicville?

DF:     Yes.

TA:     Now did you do that to her before that?

DF:     I believe it was yes.

7

FELL-00000942

TA:     Why do you believe it was?

DF:     Ah, because ah, I looked at the map and it, it looked a pretty far distance and ah, ah, we didn't go really that far into the state before we, we well whatever you know.

TA:     You can say it, that's no problem, I know what happened.

DF:     Ya.

TA:     Um, you just said quite a few hours though before.

DF:     Ya.  Ah, well it's...guess I did...

TA:     Let, let me try to give you some time lines here.

DF:     Alright.

TA:     Ya, it took you a long time to get down to Pennsylvania.

DF:     Ya, ah, well, see we left Vermont at like 2:30 in the morning.

TA:     Okay.

DF:     ...and it was just turning light when we, when we, well, ya know.  But it was just turning light then.

TA:     What, when that happened to her.

DF:     Yes.

TA:     Okay.  Um, how far after Whitehall do you remember it being?

DF:     I, I'm really not sure, ah, I"m, not, I'm not positive at all.

TA:     Okay, when you, when you....lets try, lets try going another route here then.   What was the ground like, now he said that you had turned

8

FELL-00000943

around the opposite lanes?

DF:     Ya, ah, there was ah, we went over towards the oncoming traffic and parked on that side of the road.

TA:     Facing the right way or the wrong way?

DF:     Facing, facing the oncoming traffic.

TA:     Okay, so you were actually on the opposite shoulder facing the oncoming traffic.

DF:     Yup.

TA:     And so...which door did she get out of.

DF:     Ah, the back ah, passenger's side on the driver's side. I mean back driver's side. Ya.

TA:     Back driver's side, so she got out on the side away from traffic.

DF:     Yes.

TA:     What happened then?

DF:     Ah, I told her to walk up in the woods and ah, she'd be free to go...and then ah she started walk-in up into the woods and my friend was like well she has our names and our descriptions and that, we have to kill her. I was like, I really don't want to but I, I guess, ya know. So we went and followed her back a ways cause she was already starting to go back toward the road and ah, he caught her and ah, we pulled her back up the hill and then ah, then it happened.

TA:     Okay. How, how far was she was walk-in' in a field to begin with?

DF:     Ya.

9

FELL-00000944

TA:     How far from the car until you hit the wood line?

DF:     Oh, maybe about fifty feet.

TA:     So not very far.

DF:     Ya.

TA:     What was the wood line like?

DF:     Ah, it wasn't really too ah, it didn't look too thick. Ya know what I mean, but um, there was, there was no pine trees around I don't think. I'm not, I'm not positive though. I think they were all just like, ah, trees with no leaves and that, ya know.

TA:     Was there any water near there?

DF:     No, I didn't, I don't recall seeing any water.

TA:     Okay. Now where you did that to her, was that in the field or in the woods?

DF:     No, it was just about in the woods.

TA:     Did ya?

DF:     Uh, you couldn't see it from the, from the highway.

TA:     After ya, after ya did that did you drag her anywhere from there or just leave her there?

DF:     No, we, we left her right where, right where she was.

TA:     What, did you cover her up with anything?

DF:     No, she's not covered up.

10

FELL-00000945

TA:     Now just so we, and I gotta ask you this question because we have to know about the urgency of it.

DF:     Ya.

TA:     Is there any chance she could still be alive?

DF:     I doubt it highly.  Ah, there was a pretty big rock.

TA:     Okay.  Okay, cause that, I mean that, we're losing daylight up here and you're ....

DF:     Ya.

TA:     ....down in where, Arkansas right now?

DF:     Ya, Arkansas.

TA:     And ah, we're losing daylight and that's why I wanted to know that. It's already been what, a couple of days, a few days already?

DF:     Ya, a few days.

TA:     This happened what?  Monday morning early or?

DF:     I believe it was ah, ya, early Monday morning.

TA:     Okay.  Um, so she should be right inside the wood line wherever she is.

DF:     Ya.

TA:     Do you remember any houses nearby or anything like that?

DF:     No, I don't.  I didn't see any houses.  There was a truck parked on the side of the road, I was thinkin' maybe some guy was out huntin' or something like that.

11

FELL-00000946

TA:     Was there any pull-off or anything like that?

DF:     Ah, ya, it was like a little, little dirt spot, little gravel spot.

TA:     And the truck was parked there too?

DF:     Ya.

TA:     Were you parked near the truck?

DF:     No, no it was about ah, thirty feet away the truck was.

TA:     So you were parked on the shoulder just before whatever this pull-off is.

DF:     Ya.

TA:     Okay, can you describe the truck?

DF:     Ah, it was a white Ford F-150, it looked about '89.

TA:     Okay. Was, there, the highway right there, were their any guide rails or any center guide rail or anything like that?

DF:     No.

TA:     No guide rails on either side?

DF:     Nope.

TA:     Was there any fence that you had to cross or anything like that?

DF:     Nope.

TA:     Okay, now, was the rock right there in the field or was it in the woods, was it in a meadow?

12

FELL-00000947

DF:    It was, it was, it was right up where, where she is.

TA:    So, it wasn't like a cow pasture or anything like that then.

DF:    No, no.

TA:    And there was no houses nearby there?

DF:    Nope.

TA:    Now let me try to describe it this way.   After you left Whitehall, a little ways down the road there should have been a, a, flashing red light.....right in the middle of nowhere, a good size intersection with nothing around it.

DF;    I, I, don't know.

TA:    You don't remember that?

DF:    No.

TA:    Okay.  The next town you should have hit....do you know?  Where were you headed to?

DF:    Ah, I was just goin'.  Ya know, we were just driving.  We didn't know where we were, what road we were on, ya know, what route to take.....we were just.

TA:    Where were you trying to go to?

DF:    Ah, Pennsylvania.

TA:    Ah, wha.., family and friends?

DF:    Ah yes.

TA:    Now did you have any rhyme or reason as to what route you were

13

FELL-00000948

gonna take?

DF:     We had no idea. Ya know, we were just drivin'.

TA:     Okay, how, how'd you find your way eventually?

DF:     Well, we got down by the city somehow, New York City.

TA:     Uh huh.

DF:     ...and ah, Bobby knows a little bit about that area and ah, well, he said, we saw signs for the Tappan Zee Bridge and we knew, he knew that we had to take that bridge to go into Pennsylvania.

TA:     Did you take that bridge?

DF:     Ya, we took the Tapanzie Bridge.

TA:     And what did that put you on?

DF:     I don't know.

TA;     Did it put you on a major highway at all or?

DF:     It, it, I think it was, ya......I'm, I'm not positive but I think it was.

TA:     Did you have to pay any tolls or anything like that.

DF:     No, we, we ended up not having to pay any....ya, well, actually, ya, ya we did. We paid ah, a fifty cent, no a dollar toll, a dollar toll.

TA:     Okay. Did you have to pay for the bridge?

DF:     No, no.

TA:     Okay then you must've, and it, it was definitely the Tappan Zee Bridge you went over?

14

FELL-00000949

DF:     Yup.

TA:     Then you must have been going the opposite direction. You must have been going away from the city.

DF;     Ya, we were trying to get, ah, ya know. We weren't going into the city, ya know, I mean, we were, we were close to the city, ya know what I mean?

TA:     Uh huh.

DF:     But we didn't want to go into the city, ah, but ya, that's the bridge we took.

TA:     Now let me try this another way now? Now Jim said that you took her pocketbook?

DF:     Ya.

TA:     And you threw that in a dumpster at a restaurant?

DF:     At a Burger King ya.

TA:     Where, where was that do you remember?

DF:     No, ah, that was about a half hour from the spot that we dropped her off at, ah, it, I don't recall anything else around it really. Ah, it might have been, ya know, but ah, I don't really recall too much. Um, I know we, we stopped, we got breakfast and ah.

TA:     Do you know how long the Burger King had been, had been open already?

DF:     No, no I don't.

TA:     Were there any customers in there or anything like that?

15

FELL-00000950

DF:     Ah, there was, there was, huh?   (someone talking to Donny in the background) I don't know, I don't know.  Ah.  There was ah, ya there was a couple of customers.

TA:     Did you actually go inside and eat?

DF:     No, no, we went through the drive-through.

TA:     Oh, you went through the drive-through.  Okay, so the employees there probably wouldn't remember you then.

DF:     Ya.

TA:     Do you remember what you ate?  Was it a big meal or?

DF:     Um, no, just ah, I got a couple ah, sausage, egg and cheese, ah, thingies.

TA:     Okay.  And, and, who got out of the car with the pocketbook?

DF:     I did.

TA:     You did.  Okay, who, who was drivin'?

DF:     Ah, Bobby.

TA:     Bobby was drivin'.  Where was the dumpster in relationship to the restaurant?

DF:     Ah, right on the back right hand side.

TA:     Okay.   And now was this, what, do you remember what road that was on?

DF:     I have no idea.

TA;     Had you turned off any roads to get to that.

16

FELL-00000951

DF:     I , I don't think we did.  We, we could have, ya know, but I, I'm not sure.

TA:     Now, what makes you remember Stillwater or Mechanicville?

DF:     I just seen signs and that's ah, when I looked at the map, it ah, the names clicked in my head, ya know.

TA:     And you remember going through them?

DF:     I don't think we went through the towns but there was like signs on the side of the road, ya know.

TA:     Okay.  Huh.  (Clears his throat).  I'm, I'm still trying to pick your brain a little bit just to, try to figure out where she is.

DF:     I know I'm, I'm, I'm like trying, ya know, the best I can.  It's, it's hard because I didn't know where we were nothing ya know.

TA:     But you don't think you went through Mechanicville or Stillwater right?

DF:     No, no.

TA:     You just remember signs leading that way.

DF:     Ya.

TA:     Do you remember any signs for any like fairground or anything like that at all?

DF:     No, I didn't see a sign for a fairground.

TA:     None.  You didn't go by any fairgrounds or no signs.

DF:     No.

17

FELL-00000952

TA:     Okay, do you remember, do you remember getting on a major road at all like the northway even though, even if you wouldn't have had to pay a toll?   I87 or the northway?

DF:     I, I ah, I don't remember no.  I...

TA:     O, okay, try to put yourself, this one, I think we're gonna have to key in on that Burger King a little bit.

DF:     Alright.

TA:     Try to remember the Burger King.  Remember which way you turned off the road to get into the Burger King and what may have been around it.

DF:     Alright.

TA:     In other words, was it on the side of the road you were driving on?

DF:     Umm, ah, let me think, no it was on the opposite side.

TA:     So you had to turn left into the driveway?

DF:     Ya.

TA:     Try to remember anything at all around that Burger King, any businesses or anything next door at all.

DF:     Um, I'm trying to think, ah, let see cause I, I don't really remember anything being around it.  I'm sure there had to have been though because there can't just be a Burger King out in the middle of nowhere, ya know.

TA:     That's what I'm saying.  Just take your time right now and just try to remember any businesses that you remember around it.  Like he said in the background, car dealerships...

18

FELL-00000953

DF:     Ya.

TA:     ...um, any, like a Walmart, like a, a mall, like anything like that at all.

DF:     I don't, I don't know.  I really don't remember nothin.

TA:     How 'bout even leaving there.  Do you remember anything just before you got to there or just after you left there?  Just try to put yourself back into that... '

DF:     No, no I don't.

TA:     Do you remember any towns at all you went through.  Any names of towns that you definitely went through?

DF:     No.

TA:     Did he run the towns by him that I gave him?  Like Hudson Falls and Fort Edward.

DF:     Ya, ya.

TA:     Did they ring a bell at all?

DF:     Ah, Hudson Falls sounded familiar.

TA:     It did?

DF:     When you come into Hudson Falls, and that's ah, that's a village.

TA:     Yup.

DF:     ....spread out a little bit, but in the middle of that village you have to kinda go around a park.

TA:     I, see, I did, that's what, I don't remember, ah goin' around no park or anything like that.

19

FELL-00000954

DF:        It's just kind of a little half loop around a park and then immediately right after that, if you stayed on Route 4, you'd come into another little village called Fort Edward.

TA:        Ya, I see that on the map here.

DF:        Ah, that, that Fort Edward don't really ring a bell.  Um...

TA:        Do you remember the city of Glens Falls at all?

DF:        No, no.

TA:        Do you remember anything like a civic center or anything like that.

DF:        No, no definitely not.

TA:        No civic center.

DF:        No.

TA:        Um, come, what's the next thing you remember after you left the village of Whitehall, after you went through the village of Whitehall.

DF:        The, the only things I really remember was ah, was ah, a couple of the towns names, ah, like these, Kingsbury, Fort Ann, ya know, Hudson Falls.

TA:        Do you remember the, s, sign for Kingsbury?

DF:        Ya.

TA:        What do you remember about Kingsbury?

DF:        Ah, nothin', I don't think we went through it, ya know.  I think we just kept on the highway.  That could be where the Burger King is at.  You know what I mean.  I'm not sure though.  Ah...

20

FELL-00000955

TA:     How 'bout like Queensbury?  Does that ring a bell too or?

DF:     No. No. Um.

TA:     Can you describe Whitehall for me?

DF:     No. (laughs)

TA:     You don't remember anything about Whitehall either?

DF:     No. But I, by this time I was, you know, I was still pretty much drunk and...

TA:     Do you remember any prisons that you may have gone by or anything like that.

DF:     No, no.  He said that ah, if we went by them, ah, we probably would have remembered them with all the lights and stuff, ya know.  But, ah, no I, I don't remember none of that.

TA:     I, I may have asked you this already but is she fully clothed?

DF:     Ya, definitely.

TA:     ...and she's not covered with anything?

DF:     No.

TA:     Okay.  Um, and, and, once again, just, we're losing daylight up here.

DF:     Ya.

TA:     I know its been a few days but is there any chance she could still be alive?

DF:     I don't see that as a possibility.  You know what, I, I, could only hope she is, ya know.

21

FELL-00000956

TA:     But based on, what, what'd you hit her with?   A rock?

DF:     Ah, yes, it, it was a rock.

TA:     ...and, wha, and, did he do that too or just you?

DF:     No, that, that was him with the rock.   I was using my feet.

TA:     Oh, okay.   Um, because I think he originally had said something about he was still in the car.   I don't think he was totally honest.

DF:     Nah.

TA:     That's why its kinda hard to try to figure out where we're going.   Do you remember the city of Bennington, Vermont at all?

DF:     See that's ah, I'm lookin' at, at the map here and I see Bennington on it.

TA:     Ah huh.

DF:     ...and I seen the Green National.....Mountain National Forest.   I believe I seen that, you know what I mean but I'm not positive and it's. See like I said 4 might even be the wrong road, ya know, its kinda hard to remember.   I, I don't even know what highway we were on or nothin'.   Ya know, I know we went past the Diamond Run Mall and that's on 7 you said right?

TA:     Yup.

DF:     So obviously we were on seven, that's for sure.

TA:     Do you, (sighs) do you remember (sighs) what do you remember about the Diamond Run Mall?

DF:     Ah, all I really remember is just passin it, ya know, cause I knew where it was.   That, that's about it.

22

FELL-00000957

TA:    You said you passed it. Do you think you turned off the road at all near there at all or do you remeber...

DF:    It might have been right near there, ya know. Like right...

TA:    But you're...you're not even sure about that.

DF:    No.

TA:    What sticks out in your mind about Route 4 then?

DF:    Ah, just the names of the towns.

TA:    That's it.

DF:    Ya.

TA:    But nothing about Route 4 itself?

DF:    No.

TA:    What sticks out in your mind about Whitehall then that you remember that? Just the name of the town?

DF:    Ya, just the name of the town.

TA:    That's it. You don't remember going through it at all?

DF:    No.

TA:    Okay, so we're not even sure if you were on Route 4 or not then.

DF:    Ya, that's, that's right. I, and, you know, I've been trying to say that, you know, like we're not, I'm not sure what, what highway it was, ya know, but I think it was 4, ya know. It could be 7, it could be.

TA:    Hold on just a second, okay. You with me still?

23

FELL-00000958

DF:     Ya, ya.

TA:     (talking to someone in background )

> TA:    Can you do a further check John of Benning...of Burger King to see what they've got along Route 7 all the way down.
> UM:    from Rutland
> TA:    Not just from Rutland, I mean all the way south of there

TA:     I mean you were at Burger King you thought about 30 minutes.

DF:     Yes.

TA:     Do you, do you remember the city of Troy at all?

DF:     I remember definitely seeing the signs for Troy, yes.

TA:     You remember seeing the sign..... do you remember going through troy at all?

DF:     No we didn't go through Troy, no.

TA:     How do you know that?

DF:     Ah, well, I don't know I'd probably remember it. It is big?

TA:     Uh, well the part you would have went through if you stayed on 7 wouldn't seem that big.

DF:     Alright, well we might have went through it.

TA:     Do you remem...do you think you went through it right after Burger King?

DF:     Maybe, maybe, um, I'm not, not quite sure, maybe. Its ah, it's a possibility.

24

FELL-00000959

TA:     Now, can you honestly tell us if the body is in New York or Vermont based on what you remember.

DF:     I believe its in New York.

TA:     What makes you think its in New York?

DF:     Ah, I don't know, I just, I just believe its in New York. Its ah, I think, cause I think it was after I seen the New York sign, ya know. I'm not positive but I believe so.

TA:     Huh. After you saw the New York sign. Do you, let me just, do you remember, (sighs). Do you remember seeing a sign, it would be a funny name for a body of water called the Tom Hannick? Does that ring a bell at all?

DF:     No, no. So I, it was ah, they were asking me about that before, that, that Tom Hannick Reservour right?

TA:     Do you remember any rivers or lakes at all?

DF:     Ah, I believe there...

TA:     And try to give me a name if you do.

DF:     I'm not sure. I, ah, think occasionally I saw some water on the right hand side. Maybe the left hand side, I, I don't know. I know I'm probably aggravating you though.

TA:     No, no, no. I know you're trying really hard and I appreciate you really trying cause its imp.... Obviously for, from a closure point of view, you, you didn't know this Terri right?

DF:     Ya, no I didn't.

TA:     But it would, but obviously you can imagine its very important for her family to at least have a funeral and stuff like that.

25

DF:       Ya.

TA:       Now let me try to back track this one more time just so I can get this starting point cause I know Rutland a little bit.

DF:       Alright.

TA:       It, this all started out at your mom's house?

DF:       Ya.

TA:       Where was that?

DF:       Ah, Robbins Street. It's like, ah, two blocks from Price Chopper.

TA:       And the only ones in that house were you and Bobby?

DF:       Then, ya, and my mom and Charlie.

TA:       And mom and Charlie were dead at the house I'm assuming right?

DF:       Ya, that's correct.

TA:       Now did you two leave the house together?

DF:       Yes.

TA:       And then, and then, on foot?

DF:       Ya.

TA:       How far did you go before you met this Terri?

DF:       We went to Price Chopper.

TA:       To the Price Chopper.

26

FELL-00000961

DF:     Yes.

TA:     Is that where you grabbed her car?

DF:     Ya.

TA:     Was she just getting out of the car?

DF:     Ya.

TA:     Okay, so she was right there going to work then.

DF:     Ya.

TA:     Did she have a conversation with you along the way at all?

DF:     Ah, we were talking a little bit, ya know.  Not, not....

TA:     ..did she...

DF:     ...really much about anything special or anything like that.

TA:     Did she tell ya anything about her?

DF:     No, no.

TA:     In terms of being married, kids or anything like that?

DF:     No.  I, well I, thought she had kids though because there was a car seat in the back, ya know.

TA:     Okay.

DF:     But, no, she didn't really say nothing much about them...

TA:     What did she say to you, what did she have for her conversation.

DF:     Nothing really, she was offering us donuts.

27

FELL-00000962

TA:    What kinda donuts.

DF:    Dunkin Donuts.

TA:    Oh, cause she had just stopped there?

DF:    Ya.

TA:    So she was trying to be nice to ya.

DF:    Ya.

TA:    Okay, was she scared.

DF:    Ya, she was scared.

TA:    Okay. Um, based on the conversation and stuff like that, that still doesn't give you an idea how long she was in the car though does it?

DF:    No, I, I, know we ah, we left Vermont, we left Rutland at about 2:30 in the morning, that's what time it said on the clock when we were on the highway.

TA:    What clock?

DF:    Ah, the one inside the car.

TA:    On her car.

DF:    Yes.

TA:    You think it said 2:30?

DF:    Yes....and ah, by the time, when, when we dropped her off it was ah, just turning light.

TA:    Why did you decide at that point to do that?

28

FELL-00000963

DF:     I don't know, I just.

TA:     I mean, what, what finally made you do that?

DF:     I was just getting nervous ya know. I, I didn't want her in the car anymore so I, I wanted to set her free, ya know.

TA:     Okay.

DF:     And that's what I told her. Walk, walk straight back through the woods and were gonna leave and then, well Bobby had a different idea.

TA:     Okay. So he didn't stay in the car either then.

DF:     No.

TA:     Okay. But there's nothing else. No houses you can remember right at that area.

DF:     No.

TA:     And you don't remember any turns off those roads or anything like that? Do you remember a river called the Hudson River at all?

DF:     I don't really. I, we, we crossed a lot of rivers, ya know, on, in our travels. Ah, we might have crossed one. We might have crossed the Hudson River. I don't know.

TA:     But nothing for sure on that.

DF:     No.

TA:     Ya, did you, that's a good idea. Did you have to stop for gas anywhere?

DF:     Ah, we didn't stop for gas until somewhere around Lebanon.

29

FELL-00000964

TA:      Lebanon.

DF:      Ya.

TA:      Do you remember what state Lebanon is in?

DF:      That's in New York.

TA:      (talking to someone in background)

> TA:   Ah, ya, that's where they stopped for gas Chris, in Lebanon.
> That's down south.
> UM:   Ya.
> TA:   What, what road is that near Chris?
> UM:   22
> TA:   22?
> UM:   22.
> TA:   I wonder if they were on 22 the whole way?
> UM:   Still there's no Burger King on 22.
> TA:   Now, well he thinks she might have been in the car with them for a while.
> UM:   Lebanon.....

TA:      Let me ask you a question.  Do you think that if they worked with you that you might be able to, ah, in other words, if they gave you a ride back up here you might be able to find that place at all?

DF:      Ya, I was, I told them that, ah, I said ah, I might be able to recognize it, you know what I mean?

TA:      Cause obviously you can tell, you go by Donny right?

DF:      Ya.

TA:      Obviously as you can tell Donny, its very important for closure for the family.

DF:      Ya.

30

FELL-00000965

TA:  Any anyway you can do would be greatly appreciated by the family.

DF:  Ya.

TA:  And that's why I'm trying so hard to pick your brain right now cause I'm familiar with the area.

DF:  I, I hear ya.

TA:  But it's obviously not workin' too well this way.

DF:  Ya.

TA:  How, how far before you stopped for gas was, was the Burger King in ...when that happened to...

DF:  That was a pretty long way.

TA:  So, so that happened to her and about 30 minutes later Burger King.

DF:  Ya.

TA:  And then, quite a ways after that you stopped for gas in Lebanon?

DF:  Ya.

TA:  Oh boy, I'm, I'm kinda stuck here now.  You don't remember any roads at all you were on.

DF:  No.

TA:  No names, no.

DF:  No, no.

TA:  Huh.  I'm, I'm just trying to...do you, how did you pay for gas?

31

FELL-00000966

DF:      Ah, she had money.

TA:      She was in the car with you still.

DF:      No, no, no, no, ah, but, she had a lot of money on her.

TA:      Oh, before you got rid of the pocketbook you kept the money?

DF:      Ya, ya.

TA:      Did you keep any credit cards or anything like that?

DF:      No, no.

TA:      Just the money.

DF:      Ya.  She had about $200 in cash.

TA:      She cashed the money first?

DF:      No, no, it, that's just what she had.

TA:      Oh, she had that much money in cash.  I'm sorry, I didn't know if you were saying she stopped at an ATM or something with ya.

DF:      Ya, she had, she had about that much on her and ah, bank envelopes and scattered about her purse and stuff like that.

TA:      Okay.  Did she say what the money was there for or you didn't even get to that point with her.

DF:      No, I didn't even ask her.  We just grabbed it and stuck it in our pockets.

TA:      Where was that, still in the car?

DF:      Yes.

32

FELL-00000967

TA:     Okay. So when she got out to walk to the woods you left, she left that in the car?

DF:     Ya.

TA:     Okay. Um, okay, so you had the money there and you had that for Burger King. Any other place you stopped in New York State that you can remember?

DF:     No, no. Right after, ah, we filled up we cut right through.

TA:     Huh. I, I've just got somebody else I'm trying to pick their brain in the background here too Donny.

DF:     Ya.

TA:     (talking to someone in background)

        TA:   Chris, you think Leban...22 goes all the way down to Lebanon?
        UM:   Absolutely.

TA:     Does Route 22 ring a bell with you at all?

DF:     It, it might. I know cause Lebanon is right on 22. I'm looking at the map. Lebanon is, ya its right on 22 basically.

(Whispering in background)

TA:     Do you remember Whosic Falls at all?

DF:     No, no.

TA:     A little village, ya.

DF:     I might just have missed the sign though, ya know what I mean. I don't really remember.

33

FELL-00000968

TA:    Huh. Any, any other major landmarks you remember. I mean, I mean like specialty signs, buildings, anything like that at all in the vicinity of Burger King or where that happened with her or anything else?

DF:    None.

TA:    None at all?

DF:    No.

TA:    If, if you were gonna walk or drive them through that again, what would you have to do? Start at Rutland?

DF:    Ya.

TA:    And then you think you could find the same way?

DF:    Maybe, maybe.

(Talking in background)

TA:    Can I ask you a question?

DF:    Okay.

TA:    This, this is only for my own edification, or, knowledge, just, just, because I've been involved in this all morning now.

DF:    Ya.

TA:    What happened originally at the house that started all this?

DF:    Ah, really, I, really don't know. Its, its ah.

TA:    You had a long standing argument with your mom?

34

FELL-00000969

DF:    No we were, none of us were arguing. That was ah, it just happened. I don't know ah..

TA:    What made you get mad all of the sudden this morning?

DF:    I really don't know. I got up and all of the sudden I, had cut Charlie's throat and ah, I started stabbin him and, and I was, I was gonna turn myself in right then and then I turned around, he, he, Bobby had already cut my mom's throat.

TA:    Oh, he was involved in it too?

DF:    Ya. So I figured at, at that point in time, ya know, I looked and it was already too late for my mom, ya know.

TA:    Were you close with your mom?

DF:    Ya.

TA:    But, I mean, you gotta understand from my point of view, it just seems kinda strange without some reason. I mean, not an argument. Were you mad at Charlie?

DF:    No.

TA:    Wa....I mean was there a fight over money or anything like that or? I'm just kinda shocked with that, that's all. I'm just trying to understand that from my point of view. And, and this girl, you didn't know her at all, this Terri.

DF:    No.

TA:    And that was just because you needed the car. Um, ah, I, I've tried picking your brain so many different ways and I can't, you can't remember I don't think unless you actually drive it. Would that be accurate?

35

FELL-00000970

DF:     Yes.

TA:     Huh.

DF:     (sighs)

TA:     Had you, had you known this Bobby for quite a while.

DF:     My, my whole life.

TA:     Oh, your whole life?

DF:     Ya.

TA:     Had you guys ever been in trouble before?

DF:     Ah, just once in New York.

TA:     What, I mean what kind of trouble?

DF:     Ah, assault.

TA:     Did you actually get fingerprinted and stuff for it?

DF:     Ya, ya, ah, I stayed five days in jail but they dropped the charges. Ah, what happened was ah. It was in Montecello, in fact, um, this dude tried to rape my sister and ah, I caught him and ah, I put him in a coma for a day.

TA:     What was, what was this day up here, what was this visit with your mom for?

DF:     I just thought I'd go see her. I haven't seen her in seven years, ya know. Its been a long time. I (unt.)

TA:     And you don't remember anything blowing up like that?

36

FELL-00000971

DF:     No. no.

TA:     No other stops for food or...

DF:     No.

TA:     Did you sleep in the car overnight and....

DF:     Well, I, ya know, I would sleep while he was driving and he would sleep while I was driving.

TA:     Okay, they're throwing some questions at me in the background here just so you understand. What, what was the name of the place you stopped for gas?

DF:     Ah, boy, ah, I don't know.

TA:     I mean was it a regular gas station or was it a convenience store, like a Stewards, Cumberland Farms.

DF:     I, I, think it was convenience store (unt).

TA:     Okay, do you remember the name of it or what color it was maybe?

DF:     Ah, red and white.

TA:     Red and white?

DF:     Yup.

TA:     And you don't remember what road it was on? Do you remember what kind of gas it was, like Sunoco, Mobile or ....

DF:     No, no. I think it might have been a Mobile though, I'm not positive.

TA:     And the name, and the name Hoosick Falls for a vil..villlage doesn't ring a bell does it?

37

FELL-00000972

DF:    No, not really.

TA:    Do you remember any like Walmart stores or anything like that?

DF:    No, no.

TA:    And I've already asked you before about Route 22. What'd ya, what was your answer on that?

DF:    It could very well be.

TA:    Okay. No other landmarks, no other stops, no, nothing else?

DF:    Nope.

TA:    Did you guys have to wash up after that happened.

DF:    Ah, with, with her or at the house.

TA:    Either one.

DF:    Well at the house we took showers.

TA:    You took showers. How 'bout after with Terri.

DF:    No.

TA:    So neither one of you got dirty with that.

DF:    No.

TA:    Okay. Was there blood in the car?

DF:    No.

TA:    Okay, I thought, that stuck in my mind that's why I was wondering. How 'bout clothes? She's fully clothed?

38

FELL-00000973

DF:     Ya.

TA:     Do you remember what she is wearing?

DF:     Ah she had like a white pull over sweater type deal and ah, I, I think they were blue jeans. I'm not sure. (unt.).

TA:     Any coat?

DF:     Ah, just that pull over sweater thingy. I think her other coat was in the car.

TA:     In the car still?

DF:     Ya.

TA:     What about shoes?

DF:     I don't know what kind of shoes she had on.

TA:     Did she have any glasses or?

DF:     No, she didn't wear glasses.

TA:     No hat or gloves or mittens?

DF:     No, no hat nothing, no.

TA:     Were kinda at a stand still here. We're all trying to rack our brains trying to figure out a spot here.

DF:     I keep, I keep trying to remember things, ya know.

TA:     No, no, and I appreciate, you're doing a good job trying to pick it out like that. What makes you think it was Lebanon where you got the gas.

39

FELL-00000974

DF: Ah, because ah, Bobby's grandmother lived by Lebanon and, ah, he pointed out which direction her house was and I saw a big sign that said Lebanon.

TA: Were you somewhere near her house?

DF: Ya, he said about five miles from her house.

TA: About five miles from her house?

DF: Ya.

TA: And that's in Lebanon?

DF: Ya.

TA: What's the address of that just so we might be able to use that as a starting point.

DF: That I have no idea.

TA: What's her name?

DF: I don't know that either. I never met her.

TA: And that's his grandmother?

DF: Ya.

TA: How, how long would you estimate from the time that happened with her until the time you stopped for gas.

DF: I would say about two and a half, three hours.

TA: From the time that happened with her until the time you got gas?

DF: Yes.

40

FELL-00000975

TA:     Okay.  And, what, one more time, I know I'm asking these over and over again, I'm trying to pick your brain.  What makes you think that this happened in New York as opposed to Vermont?

DF:     The, the only thing I can think of is because of that New York sign.

TA:     Seeing the sign.

DF:     Ya. I'm pretty sure it was after the sign.

TA:     Do you know how long after the sign?

DF:     No, no I don't.

TA:     Do, you.....do you remember any Stewart's stores or anything like that.

DF:     No, there were, there were no stores around.

TA:     Do you know what Stewart's stores are?

DF:     Ya, ya.

TA:     Oh okay, then you know what I"m talking about

DF:     They're all over in Rutland.

TA:     Huh?

DF:     I said they're all over in Rutland.

TA:     Okay, then you know what I'm talking about with them.

DF:     Ya.

TA:     So there wasn't a pull off after a Stewart's store or anything like that?

DF:     No.

41

FELL-00000976

TA:        No?

DF:        No.

TA:        Huh....huh.... (talking to someone in background - "anything else Chris you can think of to ask?")

DF:        No, no that's about it.  Ya know, I'll keep thinkin and stuff you know.

TA:        (Street signs where Chris?)

(Person talking in background)

TA:        Ya, do you remember what color the signs were like when you entered and you saw a New York State sign and then like the sign for Lebanon and stuff.  Do you remember what colors they were?

DF:        No, no I don't.

TA:        No.

DF:        I think they were green, I don't know though.

TA:        You don't remember the city of Bennington, Vermont at all?

DF:        No.  I sounds familiar but.

TA:        How 'bout like Waterford?

DF:        No.

TA:        Cohos, cohos?

DF:        Uh uh.

TA:        How 'bout like Salem?

42

FELL-00000977

DF:    Salem sounds familiar, ya.

TA:    That sounds familiar?

DF:    Ya.

TA:    Eagle Bridge?

DF:    No. I don't, I don't remember that name, no.

TA:    Cambridge?

DF:    Maybe, ah, I'm not, I'm not quite positive.

TA:    How 'bout Petersburg?

DF:    Ah, no, no.

TA:    How 'bout Berlin?

DF:    Berlin, ya, that, that sounds, I was thinkin about Germany when I seen that.

TA:    You remember seeing that?

DF:    Ya.

TA:    And then Lebanon. Where did you go after Lebanon, after you got the gas.

DF:    I think we ah, we pretty much continued South, ah, let me see, until we got, I don't know how we found our way there, but to the Tapenzee Bridge. Ya know, I don't know ah, if he turned off at all onto another highway, all that, ya know, but ah.

TA:    Okay. Now do you think that Burger King was on the same road as Leb...the road to Lebanon?

43

FELL-00000978

DF:    It could be, ya.

TA:    But you're not sure.

DF:    No, I'm not sure.

TA:    No turn, ah, ah, he's not sure if he made any turns. You're not sure if you made any turns right, at all?

DF:    Right.

TA:    Do you think you stayed on that, whatever road it was, all the way from Lebanon to the Tapenzee?

DF:    Ah, I think so, ah.

TA:    Now somebody mentioned Poughkeepsie.

DF:    I, I remember seeing Poughkeepsie.

TA:    You remember seeing it or you remember seeing a sign for it.

DF:    Seeing the sign for it, not, not, it but the sign for it.

TA:    Okay. Just, did, did you pass any McDonalds or anything like that and what made you stop at Burger King?

DF:    It was just the first thing there, we were hungry.

TA:    The first thing you saw after ya, that happened.

DF:    Ya.

TA:    Do you remember any McDonalds or any other fast food restaurants?

DF:    No.

44

FELL-00000979

TA:    Okay. Um, did, did she, the, while she's in the car with you, did she point anything out to you like maybe somebody lived here, I used to live there, or....

DF:    No.

TA:    Any other landmarks.

DF:    No.

TA:    Nothing?

DF:    No.

TA:    Do you think Bobby knows more than he's telling?

DF:    Maybe, I don't even know what he told. Ya know.

TA:    Okay, okay.

DF:    I don't think he'd probably be very cooperative though, I mean, considering what they told me that he kicked out a police car window and that when they were bringing him in.

TA:    Bobby did?

DF:    Ya, well that, well that's what they told me.

TA:    Okay. Ya, ya, you're sure about Lebanon because of Bobby's grandmother's house right?

DF:    Ya.

TA:    What was your next stop after Lebanon that you remember.

DF:    We went right through, just ah, all the way through to Wilkes-Barre, Pennsylvania.

45

FELL-00000980

TA:      All the way from there right through to Wilkes-Barre.

DF:      Yup.

TA:      And where did you stop there?

DF:      Ah, I went to my friend's house, ah, my friend Chris. And, ah, we stayed there the night.

TA:      Both of ya.

DF:      Ya.

TA:      Is that something about Chestnut Street on that I heard?

DF:      Ya, that's on East Chestnut.

TA:      East Chestnut.

DF:      Ya.

TA:      Is that where you got the license plate from?

DF:      Oh, ya, I got that off ah, West Chestnut, actually, on Franklin Street.

TA:      Okay. No, I don't think he's really got a good time frame because he thinks that (talking in background).....it, it, nothing around where, where this actually happened to her?

DF:      No.

TA:      Just a stretch of road, straight stretch, curve or...

DF:      It was ah, I think it was straight, I mean, I'm sure there were curves here and there ya know, but.

TA:      Were you worried about being able to see oncoming traffic or.

46

DF:     No, no.

TA:     No, you just pulled over.

DF:     Ya.

TA:     Okay, okay, do you remember, first of all, where this happened, I know I heard different things about the number of lanes in the road. How many lanes in the road were there you were on when this happened.

DF:     I think there were four lanes, two going each way.

TA:     You think there were two going each way?

DF:     Ya, pretty sure about that.

TA:     Or was it just a wide road?

DF:     It might have been but I'm, I'm pretty sure there was, ah, two going each way.

TA:     How long do you think it had been two going, was it two going each way the whole way?

DF:     Just about, ya.

TA:     You think so?

DF:     Ya.

TA:     The whole way?

DF:     Ya.

TA:     Okay, we're just trying to pick our brains thinking about four lanes and stuff. Was there any guide rail or anything separating or any median

47

FELL-00000982

separating it.

DF:    No.

TA:    What separated the four lanes?

DF:    Nothing.

TA:    Nothing, just the, just the, like a double line?

DF:    Ya.

TA:    Ah, okay.  No he can't remember.  You, try to pick your brain a little more.  Anything that was around that Burger King?

DF:    I, I really can't think of nothin.

TA:    Was that Burger King still, was it still four lanes then or was it?

DF:    Oh ya, I believe it was still four lanes.

TA:    Well you've got us confused right now.

DF:    I'm, I'm kinda confused myself.

TA:    Well Bobby was driving the whole time.

DF:    Ah, well, I started driving after we dropped her off.

TA:    Oh, after that happened to her you started driving?

DF:    Ya.

TA:    Okay.  Was he awake the whole time after that.

DF:    Oh ya, up until ah, up until the night that we stayed at my friend's house.

48

FELL-00000983

TA:     Okay, and you were awake the whole time from your mother's until you started driving?

DF:     Ya.

TA:     Okay, you just, I think the problem is you remember a lot. How, how many times did you travel up in this area yourself, before.

DF:     Not, not many at all.

TA:     Okay, cause you remember a lot of good details its just hard for you cause you don't remember the roads at all. I think its almost gonna take you coming up here to help them point it out.

DF:     Ya.

TA:     And I think, I think that might jog your memory.

DF:     It probably would, most certainly.

TA:     Would you be willing to help us that way?

DF:     Definitely.

TA:     Okay, cause I think that would really be helpful for closure for the family.

DF:     Ya.

TA:     And that would, that would obviously mean a lot for the family. I think you can understand that.

DF:     Ya.

TA:     And, and, as you, as you heard my line of questioning here, as you think about it now, try to remember any landmarks or buildings that were near that Burger King, any landmarks, buildings or villages or

49

FELL-00000984

anything like that, that were there right around the time that, that you dropped her off. Anything along that line at all that might kick your memory in a little bit better as to a location.

DF:     Alright.

TA:     Okay?

DF:     Uh huh.

TA:     I appreciate it, it, Donny Fell is your last...

DF:     Yup.

TA:     Okay, I appreciate your help Donny.

DF:     Ya, ya, no problem. Ah, if I ah, if I do remember anything or whatever, I'll, I'll talk to the sheriff or what not and have him call Jim or, or Bill.

TA:     Jim is a pretty good guy isn't he.

DF:     Ya.

TA:     Ya, he seems it. Okay, well thank you very much Donny.

DF:     Alright.

TA:     Bye, bye.

DF:     Bye.

50

# EXHIBIT 61

12/1/00 - Interview of Donald Fell at the Johnson County Sheriff's Department.

TA: = Tom Aiken, New York State Police
DF: = Donald Fell
UM: = Unknown Male

UM:     Okay, ah, we're, ah, I'm ah, in the room now. I've got ah, Wes
        Kendrick, the, the Sheriff with me and ah, we're, we're, we're talkin
        to Donny...

TA:     Okay.

UM:     ...and ah, Donny, Donny's still ah, he's, he's, he's wanting to do, do
        the best job he can here to help us find Terri.

TA:     Okay, can I talk to him?

UM:     Ya, that's exactly what we need to do. We've gone through the list
        here and ah, that you gave me and ah we, we just couldn't recall any
        of it so I just said well, hey, lets, put you all through on and, and, and,
        hopefully we can have some more luck here so....I'm gonna, gonna go
        ahead and hand you over to Donny. Ah, we don't have an intercom,
        er a, a, well, it's not gonna be ah, what do we call that ah, ah, the ah,
        word speaker phone, that's what I'm, what I'm lookin for, we're not
        gonna be on speaker phone so I'll just hand him, I'll just hand the
        phone over.

TA:     Just tell him to keep that floor plug, fell plug in.

UM:     Ya, ya, ya, Wes is holding it as we speak.

TA:     Okay great.

UM:     Alright so here's, here's Donny. (Talking in background) This is
        Tom Aiken and you're with ah New York State Police?

TA:     Right.

FELL-00000986

UM:     Okay.

DF:     Hello.

TA:     Hi Don.

DF:     Hi.

TA:     This is Senior Investigator Tom Aiken with the New York State Police.

DF:     Uh huh.

TA:     Thanks for trying to help us out here cause obviously you know it's very important.

DF:     Yes.

TA:     Um, now, who am I talking to? Is it Donny?

DF:     Ya.

TA:     and it's Fell?

DF:     Ya.

TA:     Okay. Um...let me just get some background done first just so I know how familiar you are with the area.

DF:     Alright.

TA:     H...Have you lived in the Vermont or New York area at all?

DF:     Ah, no, no. I really don't know the area at all.

TA:     Okay. But your mom was living up in Rutland?

2

FELL-00000987

DF:    Vermont, ya.

TA:    And, did you come to visit her very often or?

DF:    No, this was ah the first visit that I, I came.

TA:    Do you know which way you came to visit so you knew that route?
DF:    I have no idea, my ah, my aunt drove us up, my, me up.

TA:    And the guy you were with?  His name is Bobby?

DF:    Ya.

TA:    And it's Bobby Lee?

DF:    Ya.

TA:    Did he know the area at all?

DF:    No.

TA:    Where did you guys live before this?

DF:    Ah, Pennsylvania, in ah, Wilkes-Barre.

TA:    Okay, um, so neither one of ya's to familiar with the area?

DF:    No.

TA:    Let me try to, after you left your mother's place in Rutland right.

DF:    Yes.

TA:    Let me try to walk you through that as best I can.  How old are you twenty?

DF:    Yes.

3

FELL-00000988

TA:     Okay.  You left the city of Rutland on Route 7?

DF:     I think so.

TA:     .....and what's the next landmark you remember?

DF:     I, the, the, the first thing I remember was ah, the Tappan Zee Bridge, that's, you know what I mean.

TA:     I mean coming out of Rutland though?

DF:     I don't, I don't remember...

TA:     Right, right after that happened with your mom.

DF:     I, I really don't remember much then, I was, I was pretty hammered. Ah... I was real screwed up, ya know.

TA:     Well what I'm trying to do is I'm trying to figure out where you dropped her off and that's, the only way to do that is to try to figure out your route the whole way.

DF:     Ya, ya, I know.

TA:     They said you thought it was Route 4 you were on.

DF:     Yes.  I, see, I might be wrong, you know what I mean?

TA:     Uh huh.

DF:     But ah, I think that's the route that we were one.

TA:     What makes you think you were on Route 4.

DF:     Well, I was lookin' at the road map and all those little towns, the names looked familiar.

4

FELL-00000989

TA:    Do you remember how you got on Route 4 or where you got on it.

DF:    No, no I don't.

TA:    Somebody said something about the Diamond Run Mall.

DF:    Ya, that's ah, that's on Route 4 isn't it?

TA:    That's right on Route 7 on the outside of ah Rutland...and, and you get on Route 4 right there.

DF:    Alright well then, that's how we got on Route 4.

TA:    And you remember that?

DF:    Ah, yes.

TA:    Okay.

DF:    ....because I know we went ah, past the Diamond Run Mall and then...

TA:    Now before you did, what was, what was the woman's name?

DF:    Ah Terri.

TA:    Terri?

DF:    Oh ya.

TA:    Now before that happened with Terri, how long was she in the car before that happened do you remember?

DF:    Oh, let me think, ah, maybe about four and a half hours.

TA:    You were with her in the car that long?

DF:    Ya.

5

TA:     Okay.   Now the next thing you remember is you're with her on Route 4 in Vermont, coming from Rutland.

DF:     Ya.

TA:     Now, do you remember entering New York State?

DF:     Ah, there was a sign that said ah New York Welcomes you or something like that I believe.

TA:     Okay.  Now the next thing you remember, you remember the village of Whitehall?

DF:     Ya, I remember Whitehall.

TA:     ...and the road kinda turns to the left right?

DF:     Ya.

TA:     Okay.....and it was, it definitely didn't happen between the state line and there?

DF:     No.

TA:     Okay.  Now what's the next thing you remember after you leave Whitehall?

DF:     Ah, just, ya know, the road really, that's all, ah, when Bobby was driving I had ta, to watch her in the backseat ya know what I mean so.

TA:     Was she tied up at all?

DF:     No, no, no.  She was free to move around, ya know.

TA:     Had she made any attempts to get out?

DF:     Ah, she tried jumpin' out of the car once.

6

FELL-00000991

TA:     While it was going?

DF:     Ya.

TA:     Do you remember how soon after it was that that happened?

DF:     No, no I don't.

TA:     Do you remember what, where you were or what you were around when that happened?

DF:     No, no I just ah, I wasn't really watchin the road then cause I was watchin' her and ah Bobby was driving so I had ta, I had to grab her back into the car and that, that was about it, ya know.    Like the whole time when he was driving I was looking back at her ya know.

TA:     Okay, let me just try to narrow this down a little bit.

DF:     Alright.

TA:     When, when I was talkin' to, ah, the Special Agent you're talkin' to there, what's his name, Jim right?

DF:     Ya.

TA:     Jim Caudle?

DF:     Ya.

TA:     He said that when he talked to you to begin with um, you said it was before you got, you said you remembered Stillwater Mechanicville?

DF:     Yes.

TA:     Now did you do that to her before that?

DF:     I believe it was yes.

7

FELL-00000992

TA:     Why do you believe it was?

DF:     Ah, because ah, I looked at the map and it, it looked a pretty far distance and ah, ah, we didn't go really that far into the state before we, we well whatever you know.

TA:     You can say it, that's no problem, I know what happened.

DF:     Ya.

TA:     Um, you just said quite a few hours though before.

DF:     Ya. Ah, well it's...guess I did...

TA:     Let, let me try to give you some time lines here.

DF:     Alright.

TA:     Ya, it took you a long time to get down to Pennsylvania.

DF:     Ya, ah, well, see we left Vermont at like 2:30 in the morning.

TA:     Okay.

DF:     ...and it was just turning light when we, when we, well, ya know. But it was just turning light then.

TA:     What, when that happened to her.

DF:     Yes.

TA:     Okay. Um, how far after Whitehall do you remember it being?

DF:     I, I'm really not sure, ah, I'm, not, I'm not positive at all.

TA:     Okay, when you, when you....lets try, lets try going another route here then.   What was the ground like, now he said that you had turned

8

FELL-00000993

around the opposite lanes?

DF:    Ya, ah, there was ah, we went over towards the oncoming traffic and parked on that side of the road.

TA:    Facing the right way or the wrong way?

DF:    Facing, facing the oncoming traffic.

TA:    Okay, so you were actually on the opposite shoulder facing the oncoming traffic.

DF:    Yup.

TA:    And so...which door did she get out of.

DF:    Ah, the back ah, passenger's side on the driver's side. I mean back driver's side. Ya.

TA:    Back driver's side, so she got out on the side away from traffic.

DF:    Yes.

TA:    What happened then?

DF:    Ah, I told her to walk up in the woods and ah, she'd be free to go...and then ah she started walk-in up into the woods and my friend was like well she has our names and our descriptions and that, we have to kill her. I was like, I really don't want to but I, I guess, ya know. So we went and followed her back a ways cause she was already starting to go back toward the road and ah, he caught her and ah, we pulled her back up the hill and then ah, then it happened.

TA:    Okay. How, how far was she was walk-in' in a field to begin with?

DF:    Ya.

9

FELL-00000994

TA:     How far from the car until you hit the wood line?

DF:     Oh, maybe about fifty feet.

TA:     So not very far.

DF:     Ya.

TA:     What was the wood line like?

DF:     Ah, it wasn't really too ah, it didn't look too thick. Ya know what I mean, but um, there was, there was no pine trees around I don't think. I'm not, I'm not positive though. I think they were all just like, ah, trees with no leaves and that, ya know.

TA:     Was there any water near there?

DF:     No, I didn't, I don't recall seeing any water.

TA:     Okay. Now where you did that to her, was that in the field or in the woods?

DF:     No, it was just about in the woods.

TA:     Did ya?

DF:     Uh, you couldn't see it from the, from the highway.

TA:     After ya, after ya did that did you drag her anywhere from there or just leave her there?

DF:     No, we, we left her right where, right where she was.

TA:     What, did you cover her up with anything?

DF:     No, she's not covered up.

10

FELL-00000995

TA:    Now just so we, and I gotta ask you this question because we have to know about the urgency of it.

DF:    Ya.

TA:    Is there any chance she could still be alive?

DF:    I doubt it highly. Ah, there was a pretty big rock.

TA:    Okay. Okay, cause that, I mean that, we're losing daylight up here and you're ....

DF:    Ya.

TA:    ....down in where, Arkansas right now?

DF:    Ya, Arkansas.

TA:    And ah, we're losing daylight and that's why I wanted to know that. It's already been what, a couple of days, a few days already?

DF:    Ya, a few days.

TA:    This happened what? Monday morning early or?

DF:    I believe it was ah, ya, early Monday morning.

TA:    Okay. Um, so she should be right inside the wood line wherever she is.

DF:    Ya.

TA:    Do you remember any houses nearby or anything like that?

DF:    No, I don't. I didn't see any houses. There was a truck parked on the side of the road, I was thinkin' maybe some guy was out huntin' or something like that.

11

FELL-00000996

TA:     Was there any pull-off or anything like that?

DF:     Ah, ya, it was like a little, little dirt spot, little gravel spot.

TA:     And the truck was parked there too?

DF:     Ya.

TA:     Were you parked near the truck?

DF:     No, no it was about ah, thirty feet away the truck was.

TA:     So you were parked on the shoulder just before whatever this pull-off is.

DF:     Ya.

TA:     Okay, can you describe the truck?

DF:     Ah, it was a white Ford F-150, it looked about '89.

TA:     Okay. Was, there, the highway right there, were their any guide rails or any center guide rail or anything like that?

DF:     No.

TA:     No guide rails on either side?

DF:     Nope.

TA:     Was there any fence that you had to cross or anything like that?

DF:     Nope.

TA:     Okay, now, was the rock right there in the field or was it in the woods, was it in a meadow?

12

FELL-00000997

DF:     It was, it was, it was right up where, where she is.

TA:     So, it wasn't like a cow pasture or anything like that then.

DF:     No, no.

TA:     And there was no houses nearby there?

DF:     Nope.

TA:     Now let me try to describe it this way. After you left Whitehall, a little ways down the road there should have been a, a, flashing red light.....right in the middle of nowhere, a good size intersection with nothing around it.

DF;     I, I, don't know.

TA:     You don't remember that?

DF:     No.

TA:     Okay. The next town you should have hit....do you know? Where were you headed to?

DF:     Ah, I was just goin'. Ya know, we were just driving. We didn't know where we were, what road we were on, ya know, what route to take.....we were just.

TA:     Where were you trying to go to?

DF:     Ah, Pennsylvania.

TA:     Ah, wha.., family and friends?

DF:     Ah yes.

TA:     Now did you have any rhyme or reason as to what route you were

13

FELL-00000998

gonna take?

DF:    We had no idea. Ya know, we were just drivin'.

TA:    Okay, how, how'd you find your way eventually?

DF:    Well, we got down by the city somehow, New York City.

TA:    Uh huh.

DF:    ...and ah, Bobby knows a little bit about that area and ah, well, he said, we saw signs for the Tappan Zee Bridge and we knew, he knew that we had to take that bridge to go into Pennsylvania.

TA:    Did you take that bridge?

DF:    Ya, we took the Tapanzie Bridge.

TA:    And what did that put you on?

DF:    I don't know.

TA;    Did it put you on a major highway at all or?

DF:    It, it, I think it was, ya......I'm, I'm not positive but I think it was.

TA:    Did you have to pay any tolls or anything like that.

DF:    No, we, we ended up not having to pay any....ya, well, actually, ya, ya we did. We paid ah, a fifty cent, no a dollar toll, a dollar toll.

TA:    Okay. Did you have to pay for the bridge?

DF:    No, no.

TA:    Okay then you must've, and it, it was definitely the Tappan Zee Bridge you went over?

14

FELL-00000999

DF:     Yup.

TA:     Then you must have been going the opposite direction.  You must
        have been going away from the city.

DF;     Ya, we were trying to get, ah, ya know.  We weren't going into the
        city, ya know, I mean, we were, we were close to the city, ya know
        what I mean?

TA:     Uh huh.

DF:     But we didn't want to go into the city, ah, but ya, that's the bridge we
        took.

TA:     Now let me try this another way now?  Now Jim said that you took her
        pocketbook?

DF:     Ya.

TA:     And you threw that in a dumpster at a restaurant?

DF:     At a Burger King ya.

TA:     Where, where was that do you remember?

DF:     No, ah, that was about a half hour from the spot that we dropped her
        off at, ah, it, I don't recall anything else around it really.  Ah, it might
        have been, ya know, but ah, I don't really recall too much.  Um, I
        know we, we stopped, we got breakfast and ah.

TA:     Do you know how long the Burger King had been, had been open
        already?

DF:     No, no I don't.

TA:     Were there any customers in there or anything like that?

15

FELL-00001000

DF: Ah, there was, there was, huh? (someone talking to Donny in the background) I don't know, I don't know. Ah. There was ah, ya there was a couple of customers.

TA: Did you actually go inside and eat?

DF: No, no, we went through the drive-through.

TA: Oh, you went through the drive-through. Okay, so the employees there probably wouldn't remember you then.

DF: Ya.

TA: Do you remember what you ate? Was it a big meal or?

DF: Um, no, just ah, I got a couple ah, sausage, egg and cheese, ah, thingies.

TA: Okay. And, and, who got out of the car with the pocketbook?

DF: I did.

TA: You did. Okay, who, who was drivin'?

DF: Ah, Bobby.

TA: Bobby was drivin'. Where was the dumpster in relationship to the restaurant?

DF: Ah, right on the back right hand side.

TA: Okay. And now was this, what, do you remember what road that was on?

DF: I have no idea.

TA; Had you turned off any roads to get to that.

16

FELL-00001001

DF:     I , I don't think we did. We, we could have, ya know, but I, I'm not sure.

TA:     Now, what makes you remember Stillwater or Mechanicville?

DF:     I just seen signs and that's ah, when I looked at the map, it ah, the names clicked in my head, ya know.

TA:     And you remember going through them?

DF:     I don't think we went through the towns but there was like signs on the side of the road, ya know.

TA:     Okay. Huh. (Clears his throat). I'm, I'm still trying to pick your brain a little bit just to, try to figure out where she is.

DF:     I know I'm, I'm, I'm like trying, ya know, the best I can. It's, it's hard because I didn't know where we were nothing ya know.

TA:     But you don't think you went through Mechanicville or Stillwater right?

DF:     No, no.

TA:     You just remember signs leading that way.

DF:     Ya.

TA:     Do you remember any signs for any like fairground or anything like that at all?

DF:     No, I didn't see a sign for a fairground.

TA:     None. You didn't go by any fairgrounds or no signs.

DF:     No.

17

FELL-00001002

TA:     Okay, do you remember, do you remember getting on a major road at all like the northway even though, even if you wouldn't have had to pay a toll?  I87 or the northway?

DF:     I, I ah, I don't remember no.  I...

TA:     O, okay, try to put yourself, this one, I think we're gonna have to key in on that Burger King a little bit.

DF:     Alright.

TA:     Try to remember the Burger King.  Remember which way you turned off the road to get into the Burger King and what may have been around it.

DF:     Alright.

TA:     In other words, was it on the side of the road you were driving on?

DF:     Umm, ah, let me think, no it was on the opposite side.

TA:     So you had to turn left into the driveway?

DF:     Ya.

TA:     Try to remember anything at all around that Burger King, any businesses or anything next door at all.

DF:     Um, I'm trying to think, ah, let see cause I, I don't really remember anything being around it.  I'm sure there had to have been though because there can't just be a Burger King out in the middle of nowhere, ya know.

TA:     That's what I'm saying.  Just take your time right now and just try to remember any businesses that you remember around it.  Like he said in the background, car dealerships...

18

FELL-00001003

DF:    Ya.

TA:    ...um, any, like a Walmart, like a, a mall, like anything like that at all.

DF:    I don't, I don't know.  I really don't remember nothin.

TA:    How 'bout even leaving there.  Do you remember anything just before you got to there or just after you left there?  Just try to put yourself back into that... '

DF:    No, no I don't.

TA:    Do you remember any towns at all you went through.  Any names of towns that you definitely went through?

DF:    No.

TA:    Did he run the towns by him that I gave him?  Like Hudson Falls and Fort Edward.

DF:    Ya, ya.

TA:    Did they ring a bell at all?

DF:    Ah, Hudson Falls sounded familiar.

TA:    It did?

DF:    When you come into Hudson Falls, and that's ah, that's a village.

TA:    Yup.

DF:    ....spread out a little bit, but in the middle of that village you have to kinda go around a park.

TA:    I, see, I did, that's what, I don't remember, ah goin' around no park or anything like that.

19

FELL-00001004

DF:     It's just kind of a little half loop around a park and then immediately right after that, if you stayed on Route 4, you'd come into another little village called Fort Edward.

TA:     Ya, I see that on the map here.

DF:     Ah, that, that Fort Edward don't really ring a bell. Um...

TA:     Do you remember the city of Glens Falls at all?

DF:     No, no.

TA:     Do you remember anything like a civic center or anything like that.

DF:     No, no definitely not.

TA:     No civic center.

DF:     No.

TA:     Um, come, what's the next thing you remember after you left the village of Whitehall, after you went through the village of Whitehall.

DF:     The, the only things I really remember was ah, was ah, a couple of the towns names, ah, like these, Kingsbury, Fort Ann, ya know, Hudson Falls.

TA:     Do you remember the, s, sign for Kingsbury?

DF:     Ya.

TA:     What do you remember about Kingsbury?

DF:     Ah, nothin', I don't think we went through it, ya know. I think we just kept on the highway. That could be where the Burger King is at. You know what I mean. I'm not sure though. Ah...

20

FELL-00001005

TA:     How 'bout like Queensbury?  Does that ring a bell too or?

DF:     No. No. Um.

TA:     Can you describe Whitehall for me?

DF:     No. (laughs)

TA:     You don't remember anything about Whitehall either?

DF:     No. But I, by this time I was, you know, I was still pretty much drunk and...

TA:     Do you remember any prisons that you may have gone by or anything like that.

DF:     No, no.  He said that ah, if we went by them, ah, we probably would have remembered them with all the lights and stuff, ya know.  But, ah, no I, I don't remember none of that.

TA:     I, I may have asked you this already but is she fully clothed?

DF:     Ya, definitely.

TA:     ...and she's not covered with anything?

DF:     No.

TA:     Okay.  Um, and, and, once again, just, we're losing daylight up here.

DF:     Ya.

TA:     I know its been a few days but is there any chance she could still be alive?

DF:     I don't see that as a possibility.  You know what, I, I, could only hope she is, ya know.

21

FELL-00001006

TA:     But based on, what, what'd you hit her with? A rock?

DF:     Ah, yes, it, it was a rock.

TA:     ...and, wha, and, did he do that too or just you?

DF:     No, that, that was him with the rock. I was using my feet.

TA:     Oh, okay. Um, because I think he originally had said something about he was still in the car. I don't think he was totally honest.

DF:     Nah.

TA:     That's why its kinda hard to try to figure out where we're going. Do you remember the city of Bennington, Vermont at all?

DF:     See that's ah, I'm lookin' at, at the map here and I see Bennington on it.

TA:     Ah huh.

DF:     ...and I seen the Green National.....Mountain National Forest. I believe I seen that, you know what I mean but I'm not positive and it's. See like I said 4 might even be the wrong road, ya know, its kinda hard to remember. I, I don't even know what highway we were on or nothin'. Ya know, I know we went past the Diamond Run Mall and that's on 7 you said right?

TA:     Yup.

DF:     So obviously we were on seven, that's for sure.

TA:     Do you, (sighs) do you remember (sighs) what do you remember about the Diamond Run Mall?

DF:     Ah, all I really remember is just passin it, ya know, cause I knew where it was. That, that's about it.

22

FELL-00001007

TA: You said you passed it. Do you think you turned off the road at all near there at all or do you remeber...

DF: It might have been right near there, ya know. Like right...

TA: But you're...you're not even sure about that.

DF: No.

TA: What sticks out in your mind about Route 4 then?

DF: Ah, just the names of the towns.

TA: That's it.

DF: Ya.

TA: But nothing about Route 4 itself?

DF: No.

TA: What sticks out in your mind about Whitehall then that you remember that? Just the name of the town?

DF: Ya, just the name of the town.

TA: That's it. You don't remember going through it at all?

DF: No.

TA: Okay, so we're not even sure if you were on Route 4 or not then.

DF: Ya, that's, that's right. I, and, you know, I've been trying to say that, you know, like we're not, I'm not sure what, what highway it was, ya know, but I think it was 4, ya know. It could be 7, it could be.

TA: Hold on just a second, okay. You with me still?

23

FELL-00001008

DF:    Ya, ya.

TA:    (talking to someone in background )

        TA:    Can you do a further check John of Benning...of Burger King to see what they've got along Route 7 all the way down.
        UM:    from Rutland
        TA:    Not just from Rutland, I mean all the way south of there

TA:    I mean you were at Burger King you thought about 30 minutes.

DF:    Yes.

TA:    Do you, do you remember the city of Troy at all?

DF:    I remember definitely seeing the signs for Troy, yes.

TA:    You remember seeing the sign..... do you remember going through troy at all?

DF:    No we didn't go through Troy, no.

TA:    How do you know that?

DF:    Ah, well, I don't know I'd probably remember it. It is big?

TA:    Uh, well the part you would have went through if you stayed on 7 wouldn't seem that big.

DF:    Alright, well we might have went through it.

TA:    Do you remem...do you think you went through it right after Burger King?

DF:    Maybe, maybe, um, I'm not, not quite sure, maybe. Its ah, it's a possibility.

24

FELL-00001009

TA:     Now, can you honestly tell us if the body is in New York or Vermont based on what you remember.

DF:     I believe its in New York.

TA:     What makes you think its in New York?

DF:     Ah, I don't know, I just, I just believe its in New York. Its ah, I think, cause I think it was after I seen the New York sign, ya know. I'm not positive but I believe so.

TA:     Huh. After you saw the New York sign. Do you, let me just, do you remember, (sighs). Do you remember seeing a sign, it would be a funny name for a body of water called the Tom Hannick? Does that ring a bell at all?

DF:     No, no. So I, it was ah, they were asking me about that before, that, that Tom Hannick Reservour right?

TA:     Do you remember any rivers or lakes at all?

DF:     Ah, I believe there...

TA:     And try to give me a name if you do.

DF:     I'm not sure. I, ah, think occasionally I saw some water on the right hand side. Maybe the left hand side, I, I don't know. I know I'm probably aggravating you though.

TA:     No, no, no. I know you're trying really hard and I appreciate you really trying cause its imp.... Obviously for, from a closure point of view, you, you didn't know this Terri right?

DF:     Ya, no I didn't.

TA:     But it would, but obviously you can imagine its very important for her family to at least have a funeral and stuff like that.

25

FELL-00001010

DF:      Ya.

TA:      Now let me try to back track this one more time just so I can get this starting point cause I know Rutland a little bit.

DF:      Alright.

TA:      It, this all started out at your mom's house?

DF:      Ya.

TA:      Where was that?

DF:      Ah, Robbins Street. It's like, ah, two blocks from Price Chopper.

TA:      And the only ones in that house were you and Bobby?

DF:      Then, ya, and my mom and Charlie.

TA:      And mom and Charlie were dead at the house I'm assuming right?

DF:      Ya, that's correct.

TA:      Now did you two leave the house together?

DF:      Yes.

TA:      And then, and then, on foot?

DF:      Ya.

TA:      How far did you go before you met this Terri?

DF:      We went to Price Chopper.

TA:      To the Price Chopper.

26

FELL-00001011

DF:     Yes.

TA:     Is that where you grabbed her car?

DF:     Ya.

TA:     Was she just getting out of the car?

DF:     Ya.

TA:     Okay, so she was right there going to work then.

DF:     Ya.

TA:     Did she have a conversation with you along the way at all?

DF:     Ah, we were talking a little bit, ya know. Not, not....

TA:     ..did she...

DF:     ...really much about anything special or anything like that.

TA:     Did she tell ya anything about her?

DF:     No, no.

TA:     In terms of being married, kids or anything like that?

DF:     No. I, well I, thought she had kids though because there was a car seat in the back, ya know.

TA:     Okay.

DF:     But, no, she didn't really say nothing much about them...

TA:     What did she say to you, what did she have for her conversation.

DF:     Nothing really, she was offering us donuts.

27

FELL-00001012

TA:    What kinda donuts.

DF:    Dunkin Donuts.

TA:    Oh, cause she had just stopped there?

DF:    Ya.

TA:    So she was trying to be nice to ya.

DF:    Ya.

TA:    Okay, was she scared.

DF:    Ya, she was scared.

TA:    Okay. Um, based on the conversation and stuff like that, that still doesn't give you an idea how long she was in the car though does it?

DF:    No, I, I, know we ah, we left Vermont, we left Rutland at about 2:30 in the morning, that's what time it said on the clock when we were on the highway.

TA:    What clock?

DF:    Ah, the one inside the car.

TA:    On her car.

DF:    Yes.

TA:    You think it said 2:30?

DF:    Yes....and ah, by the time, when, when we dropped her off it was ah, just turning light.

TA:    Why did you decide at that point to do that?

28

FELL-00001013

DF:    I don't know, I just.

TA:    I mean, what, what finally made you do that?

DF:    I was just getting nervous ya know. I, I didn't want her in the car anymore so I, I wanted to set her free, ya know.

TA:    Okay.

DF:    And that's what I told her. Walk, walk straight back through the woods and were gonna leave and then, well Bobby had a different idea.

TA:    Okay. So he didn't stay in the car either then.

DF:    No.

TA:    Okay. But there's nothing else. No houses you can remember right at that area.

DF:    No.

TA:    And you don't remember any turns off those roads or anything like that? Do you remember a river called the Hudson River at all?

DF:    I don't really. I, we, we crossed a lot of rivers, ya know, on, in our travels. Ah, we might have crossed one. We might have crossed the Hudson River. I don't know.

TA:    But nothing for sure on that.

DF:    No.

TA:    Ya, did you, that's a good idea. Did you have to stop for gas anywhere?

DF:    Ah, we didn't stop for gas until somewhere around Lebanon.

29

FELL-00001014

TA:    Lebanon.

DF:    Ya.

TA:    Do you remember what state Lebanon is in?

DF:    That's in New York.

TA:    (talking to someone in background)

> TA:    Ah, ya, that's where they stopped for gas Chris, in Lebanon. That's down south.
> UM:   Ya.
> TA:    What, what road is that near Chris?
> UM:   22
> TA:    22?
> UM:   22.
> TA:    I wonder if they were on 22 the whole way?
> UM:   Still there's no Burger King on 22.
> TA:    Now, well he thinks she might have been in the car with them for a while.
> UM:   Lebanon.....

TA:    Let me ask you a question. Do you think that if they worked with you that you might be able to, ah, in other words, if they gave you a ride back up here you might be able to find that place at all?

DF:    Ya, I was, I told them that, ah, I said ah, I might be able to recognize it, you know what I mean?

TA:    Cause obviously you can tell, you go by Donny right?

DF:    Ya.

TA:    Obviously as you can tell Donny, its very important for closure for the family.

DF:    Ya.

30

FELL-00001015

TA: Any anyway you can do would be greatly appreciated by the family.

DF: Ya.

TA: And that's why I'm trying so hard to pick your brain right now cause I'm familiar with the area.

DF: I, I hear ya.

TA: But it's obviously not workin' too well this way.

DF: Ya.

TA: How, how far before you stopped for gas was, was the Burger King in ...when that happened to...

DF: That was a pretty long way.

TA: So, so that happened to her and about 30 minutes later Burger King.

DF: Ya.

TA: And then, quite a ways after that you stopped for gas in Lebanon?

DF: Ya.

TA: Oh boy, I'm, I'm kinda stuck here now.  You don't remember any roads at all you were on.

DF: No.

TA: No names, no.

DF: No, no.

TA: Huh.  I'm, I'm just trying to...do you, how did you pay for gas?

31

FELL-00001016