COMPILED: 2010/11/16                                                    PAGE: 1 of 3

```
                        PENNSYLVANIA STATE POLICE
                            CENTRAL REPOSITORY
                          1800 ELMERTON AVENUE
                     HARRISBURG, PENNSYLVANIA 17110
                            (717) 787-9092
```

====================================================================================

```
       USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 261-88-59-8 ***
                      REGULATED BY ACT 47, AS AMENDED.
```

====================================================================================

### IDENTIFICATION

NAME: EIKE,CHRISTOPHER ALLEN
SID: 261-88-59-8                          DOB: 1983/REDACTED-FELL    SOC: XXX-XX-4689
SEX: MALE            RAC: WHITE           HAI: BROWN                 EYE: HAZEL
HGT: 6'00"           WGT: 175
POB:                 US CITIZEN: YES
COUNTRY OF CITIZENSHIP:

====================================================================================

### CRIMINAL HISTORY

NAME: EIKE,CHRISTOPHER ALLEN                OTN: H099521-2
ARRESTED: 2001/11/07  PAPSP5800  BLOOMING GROVE PSP              OCA: R4450286
DISPO DATE: 2002/10/08                COMMON PLEAS DOCKET: CP-52-CR-0000010-2002

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|
| 2001/07/06 | CC6301A1 CORRUPTION OF MINORS | 1 | M1 | | PLEAD GUILTY/ COUNTY PRISON/ 06 MOS - 24 MOS/ FINES AND COSTS |

====================================================================================

NAME: ELKE,CHRISTOPHER ALLEN                OTN: H486876-5
ARRESTED: 2003/03/05  PAPSP4000  HONESDALE PSP                   OCA: R30466661
DISPO DATE: 2004/09/10                COMMON PLEAS DOCKET: CP64CR459-03
DISTRICT JUSTICE: 22301

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|
| 2002/02/28 | CC3921A THEFT BY UNLAWFUL TAKING OR DISPOSITION | 1 | M1 | | PLEAD GUILTY/ REGIONAL CORRECTIONAL FACILITY/ 04 MOS - 002 YRS/ COSTS/ RESTITUTION |

====================================================================================

NAME: EIKE,CHRISTOPHER A                    OTN: L349397-6
ARRESTED: 2007/05/03  PAPSP4000  HONESDALE PSP                   OCA: R03065161
DISPO DATE: 2007/11/15                COMMON PLEAS DOCKET: 0267-2007

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|
| 2007/05/03 | CC3921A THEFT BY UNLAWFUL TAKING OR DISPOSITION | 2 | F3 | | PLEAD GUILTY/ STATE CORRECTIONAL FACILITY/ 12 MOS - 24 MOS/ FINES/ RESTITUTION |

FELL-00001283

SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 261-88-59-8 ***
COMPILED: 2010/11/16                                    PAGE: 2 of 3

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---------|--------|-------|-------|----------|-------------|
| 2007/05/03 | CC2705 RECKLESSLY ENDANGERING ANOTHER PERSON | 1 | M2 | | PLEAD GUILTY/ COUNTY PRISON/ 06 MOS - 24 MOS |
| 2007/05/03 | VC1543 DRIVING WHILE DRIVING PRIVILEGE IS SUSPENDED OR REVOKED | 1 | S | | PLEAD GUILTY |
| 2007/05/03 | VC3733A FLEEING OR ATTEMPTING TO ELUDE POLICE OFFICER | 1 | | | PLEAD GUILTY/ STATE CORRECTIONAL FACILITY/ 03 MOS - 24 MOS |
| 2007/05/03 | VC3743A ACCIDENTS INVOLVING DAMAGE TO ATTENDED VEHICLE PROPERTY | 1 | M3 | | PLEAD GUILTY |
| 2007/05/03 | CC3928A UNAUTHORIZED USE OF AUTOMOBILES AND OTHER VEHICLES | 1 | M2 | | PLEAD GUILTY/ STATE CORRECTIONAL FACILITY/ 03 MOS - 24 MOS |
| 2007/05/03 | CC3928A UNAUTHORIZED USE OF AUTOMOBILES AND OTHER VEHICLES | 1 | M2 | | PLEAD GUILTY/ STATE CORRECTIONAL FACILITY/ 03 MOS - 24 MOS |

===============================================================================
NAME: EIKE,CHRISTOPHER A                        OTN: K607578-6
ARRESTED: 2007/05/17  PA0640100   HONESDALE PD                OCA: 44007400
DISPO DATE: 2007/11/15            COMMON PLEAS DOCKET: CP-64-CR-0000263-2007
DISTRICT JUSTICE: 22302

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---------|--------|-------|-------|----------|-------------|
| 2007/05/16 | CC2702A1 AGGRAVATED ASSAULT | 1 | F1 | | PLEAD GUILTY/ FINES AND COSTS/ REGIONAL CORRECTIONAL FACILITY/ 006 YRS - 012 YRS |
| 2007/05/16 | CC2702A3 AGGRAVATED ASSAULT | 1 | F2 | | PLEAD GUILTY/ REGIONAL CORRECTIONAL FACILITY/ 18 MOS - 36 MOS/ FINES AND COSTS |

FELL-00001284

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 261-88-59-8 ***
COMPILED: 2010/11/16                                          PAGE: 3 of 3
```

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISP CHG | DISPOSITION |
|---|---|---|---|---|---|
| 2007/05/16 | CC901 CRIMINAL ATTEMPT ESCAPE (CC5121A) | 1 | F3 | | PLEAD GUILTY/ REGIONAL CORRECTIONAL FACILITY/ 002 YRS - 004 YRS/ FINES AND COSTS |
| 2007/05/16 | CC5122A2 WEAPONS OR IMPLEMENTS FOR ESCAPE | 1 | M1 | | PLEAD GUILTY/ REGIONAL CORRECTIONAL FACILITY/ 06 MOS - 24 MOS/ FINES AND COSTS |

===============================================================================
                         CUSTODY INFORMATION

| FACILITY/ INSTITUTION | ADMISSION DATE | RELEASE DATE |
|---|---|---|
| PA021025C  DEPT OF CORRECTIONS | 2007/11/19 | |

```
APPLIES TO OTN(s): K607578-6
```
===============================================================================
                    PROBATION/PAROLE INFORMATION

| AGENCY | OCA | START DATE | END DATE | PAR/PRO | LIFE CODE |
|---|---|---|---|---|---|
| PA052013G PIKE COUNTY PROBATION | 186301A | 2002/09/03 | 2004/08/03 | PAROLE | |
| APPLIES TO OTN: H099521-2 | | | | | |
| PA064013G WAYNE COUNTY PROBATION | 182702A1 | 2007/11/15 | 2019/11/15 | PROBATION | |
| APPLIES TO OTN: K607578-6 | | | | | |

===============================================================================
                       ADDITIONAL IDENTIFIERS

```
AKAs: EIKE,CHRIS / EIKE,CHRISTOPHER(DOC) / EIKE,MIKE / ELKE,CHRIS
DOBs:
SOCs:
MNUs:
```
===============================================================================
```
        F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
          ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE


RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.


**************************** END OF RAP SHEET ****************************
```

# EXHIBIT 95

D Management Team Meeting
7/16/01

Staff Present: [redacted]   b6 b7C

<u>Case Reviews</u>

<u>Robert Lee</u> (MH): Acting strange - Not coming out of room. Not eating. Probs [redacted] Will continue to monitor. b6 b7C

<u>Donald Fell</u>: No problems / No issues. Need to review radio on 7/23/01. per [redacted]

[redacted] No changes / No issues other than Lee. Awaiting movement to Minnesota. [redacted] says "Any day now."

[redacted] Remains verbally aggressive/agitated.

[redacted] Asking to go to Echo. Also having problems with [redacted] Giving him food. Ad-seg to the unit. b6 b7C

[redacted] Ad-seg hearing today. Many threats from behind the door. Remains on 3-man/cuffs/chute status. Review next week.

[redacted] Off lock today. Behavior has been ok this week.

[redacted] Has been grief. Has been removing himself from situations where probs may arise. Move to MH Level #5 (Con't)

②

[redacted] Locked in for ⊕ TB test. Will have X-ray done on @ Tuesday.

[redacted] : (seen by Dent) Has been acting very aggressive. Challenged CO II [redacted] this weekend. Very rude. — Will do Full 30 Days in Delta. (7/25/01)

[redacted] out to Pods asap.                                              b6
                                                                          b7C

[redacted] OOS soon - review next week.

[redacted] (seen by Dent) Stabilization + return from QC for MH level #2 Well review on 7/03/01

[redacted] New from Chitt - aggressive behavior - Fine here so far - Here for a while.                                                                  b6
                                                                          b7C

[redacted] Very aggressive — Major A# in Echo, 15 Days Lockin pending — Delta for a while.

[redacted] Came over on a Major A#1 Dismissed by CO II [redacted] for reasons of self-def.

(cont)

FELL-00001287

⟨2⟩

[redacted] ) Returned from Court. Will go out again tomorrow — Mood has been good. Looking to be released from Court

b6
b7C

[redacted] On Level 1. Been quiet Ad-Seg hearing to be arranged.

[redacted] Out to court - arrignment today. Ad-seg hearing pending - Nature of crime. Very quiet

Special Obs

[redacted]   s = 30 s                [redacted]  - N/c
N/c
- Off Checks

b6
b7C

Movement

[redacted]  - Pods
Echo when signed off

FELL-00001288

# EXHIBIT 96

D - WING ACTIVITY SHEET

## UNIT 1

| ROOM # | NAME | ACTV 900 | ACTV 1300 | REC START | REC FINISH | POINT FAIL | ROOM CLEAN | SHOWER | LEVEL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | | | | | | | | | 3 | |
| 38 | | | | | | | | | 4 | |
| 39 | | | | | | | | | 3 | |
| 40 | | | | | | | | | 1,3 | |
| 41 | | LOCK | IN | (1210 ) | | | | | 2 | |
| 42 | | | | | | | | | | |
| 43 | | LOCK | IN | (1010 - 1110 ) | | | | | 2 | |
| 44 | LEU, ROBERT | IN | IN | | | | | | 1,3 | |
| 45 | | | | | | | | | 3 | |
| 46 | | IN | | | | | | | 3 | |

## UNIT 2

| ROOM # | NAME | ACTV 900 | ACTV 1300 | ACTV 1800 | REC START | REC FINISH | POINT FAIL | ROOM CLEAN | SHOWER | LEVEL |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | LOCK | IN | — | (0920 - 0945 ) | | | | | 2 |
| 48 | | LOCK | IN | — | (1730 - 2030 ) | | | | | 2 |
| 49 | | LOCK | IN | — | (0900 - 0917 ) | | | | | 2 |
| 50 | | | | IN | | | | | | 1,4 |
| 51 | | | | IN | | | | | | 3 |
| 52 | | | | IN | | | | | | 3 |
| 53 | | | | IN | | | | | | 6 |
| 54 | | | 3 | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | FELL, DONALD | | | IN | | | | | | 1,3 |

STATUS CODES:  1. ADMINISTRATIVE SEG     2. DISCIPLINARY SEG     3. UNIT 1

4. MH  LEVEL 1     5. MH  LEVEL 2     6. MH  LEVEL 3

| TIME | PHONE | NOTES: |
|---|---|---|
| | | 3 MAN / CC / CUFFS |
| | | - FOOD LOG |
| | | GETS NOTHING - FINGER FOODS - (TP) AS NEEDED |
| | | LEE - - NO CONTACT w/ EACH OTHER |
| | | NO BULLPEN |

FELL-00001289

D - WING ACTIVITY SHEET

## UNIT 1

| ROOM # | NAME | ACTV 900 | ACTV 1300 | REC START | REC FINISH | POINT FAIL | ROOM CLEAN | SHOWER | LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| 37 | | | | | | | | | 3 |
| 38 | | | | | | | | | 4 |
| 39 | | | | | | | | | 3 |
| 40 | | | | | | | | | 1,3 |
| 41 | | LOCK | IN | (1310) | ) | | | | 2 |
| 42 | | | | | | | | | |
| 43 | | LOCK | IN | (1010 | 1110 ) | | | | 2 |
| 44 | LEE, ROBERT | IN | IN | | | | | | 1,3 |
| 45 | | | | | | | | | 3 |
| 46 | | z IN | | | | | | | 3 |

## UNIT 2

| ROOM | NAME | ACTV 900 | ACTV 1300 | ACTV 1800 | REC START | REC FINISH | POINT FAIL | ROOM CLEAN | SHOWER | LEVEL |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | LOCK | IN | — | (0920 + 0945) | | | | | 2 |
| | | LOCK | IN | — | | | | | | 2 |
| | | LOCK | IN | — | (0910 + 0917) | | | | | 2 |
| 50 | | | | IN | | | | | | 1,4 |
| 51 | | | | IN | | | | | | 3 |
| 52 | | | | IN | | | | | | 3 |
| 53 | | | | IN | | | | | | 6 |
| 54 | | | 3 | | | | | | | |
| 55 | | | 1 | | | | | | | |
| 56 | FELL, DONALD | | | IN | | | | | | 1,3 |

STATUS CODES:  1. ADMINISTRATIVE SEG    2. DISCIPLINARY SEG    3. UNIT 1
4. MH  LEVEL 1    5. MH  LEVEL 2    6. MH  LEVEL 3

| TIME | PHONE | | NOTES: |
|---|---|---|---|

— 3 MAN / CC / CUFFS

— FOOD LOG

GETS NOTHING - FINGER FOODS - (TF) AS NEEDED

LEE → — NO CONTACT W/EACH OTHER

NO BUILDEN

b6
b7C

# EXHIBIT 97

**From:**
**To:**
**Sent:** Thursday, September 20, 2001 6:20 PM
**Subject:** Delta (fwd)

b6
b7C

---------- Forwarded message ----------
Date: Wed, 25 Jul 2001 21:45:21 -0400 (EDT)
From:
To: dunit <dunit@doc.state.vt.us>
Cc: nwcfss <nwcfss@doc.state.vt.us>,

Subject: Delta

Quiet night for the most part.

[____] - quiet and appropriate. He stated to me he is going to be staying in Delta for about 3 more weeks and then he will be leaving. I am guessing he thinks he is headed for PODS or whereever he came from. He wasnt real specific.

[____] - Quiet. He doesnt say much, but does have the appearance of running the ACT #2. As soon as food comes in the room at dinner time he is looking at what he is getting from the others. I have never seen him take anyones food.

[____] Quiet. Stays low key and reads most of the shift

b6
b7C

[____] - quiet. does his regular thing everynight, and rarely changes in behavior.

Lee - came out to the Act #1 tonight. He was in there by himself, so there are no issues there. I only recommend that he does stay "NO CONTACT" with [____] - I believe all the unit staff know this.

[____] Read most of the night. Seems to be adjusting well to being here. doesnt say much at all on 2nd shift and is polite.

[____] Is acting strange and getting stranger the longer he keeps refusing his meds. As in previous emails, for those that dont know [____] and his past. We all need to watch him and not give himt the oppurtunity to assault anyone.

b6
b7C

[____] talked to me tonight for a short time. wants to talk to [____] in the AM. he states that he wants out of his cell and that he spends too much time alone.

[____] got his rec on 2nd shift. he was quiet but is starting to have alot of wants again.

9/20/01

# EXHIBIT 98

From:
To:
Sent:      Thursday, September 20, 2001 6:21 PM
Subject:   Delta Night Report (fwd)

read where [        ] name is
it is about Lee not making friends

---------- Forwarded message ----------
Date: Sat, 28 Jul 2001 21:54:12 -0400 (EDT)
From [                    ]
To: dunit <dunit@doc.state.vt.us>
Cc: NWSCF Shift Supervisors #3
Subject: Delta Night Report

b6
b7C

Quiet Night in Delta...

[            ] This offender has a lot of attitude. I have noticed
that he seems to be talking t[        ] a lot. Looks like he found a
friend. He has that quietness about him...I'm not sure if he's a leader
or a follower yet.

[            ] This offender seems to be doing okay in Delta. He has
been attending the activity rooms. No issues.

[            ] Spends most of his time reading or talking t[        ]
We havn't had any problems in activity 2 since [        ] has been attending.

[            ] This offender made the statement that if he ever catches
Lee out of his cell that he's "going to Kill him". [        ] said that Lee
has been wispering threats to him through the vents at night. Threats
like "I'm going to rape your mother" and other statements. Lee isn't
making any friends!

[            ] Quiet...reads all night! no issues.

[            ] Still displaying negative anti social behaviors. He made
the statement to me two days ago while on rec. that I would pay for his
aggrivation. After this comment was made, he acted like he was going to
brake the hallway door window out with the broom handle.

b6
b7C

[            ] Has been realativly quiet today compared to past days. Still
has a lot of wants. He is always trying to get us to call the supervisor
down to talk to him about issues that can be handeled by unit officers.

[            ] Didn't eat dinner today or lunch. Offender [        ] cell is full
of food, feeces, and urian. [        ] as been placed on dry foods and no
liquids do to his actions the past couple of days. He has been throughing

9/20/01

FELL-00001292

the already mentioned items at staf through the cell door.

[redacted] Taking his meds.  Quiet...no issues.

[redacted]  This offender has been learning a lot about the Leaning Tower of Peisa.  Just ask him!  I have been carrying on a three day conversation with him about the subject.  He always seems to pick up where he left off....No issues!

[redacted] Quiet tonight...no issues.

Fell, Donald: Getting along really well with offenders in activity 2.  He has been cleaning every night.  No issues as of yet...but watch closely!

Offenders [redacted] oth put in requests for no contact visits. An email was sent out with dates and times.

CO
CO [redacted]

b6
b7C

9/20/01

# EXHIBIT 99

Page 1 of 2

**From:**
**To:**
**Sent:** Thursday, September 20, 2001 6:19 PM
**Subject:** Night Report (fwd)

---------- Forwarded message ----------
Date: Sat, 14 Jul 2001 21:43:46 -0400 (EDT)    b6
From:                                            b7C
To: dunit <dunit@doc.state.vt.us>
Cc: NWSCF Shift Supervisors #3 <nwcfss3@doc.state.vt.us>,

Subject: Night Report

QUIET. NO ISSUES.

QUIET. NO ISSUES.

STATED HE HAD AN EMERGENCY PHONE CALL TO MAKE TO CO2
STATED IT HAD TO DO WITH A PENDING LAW SUIT AND NEEDED TO CALL HIS WIFE
DECISION.WAS MADE BY CO2             THAT PHONE CALL COULD BE MADED IN THE
A.M-PHONE NUMBER IS ON HIS PIN SHEET..

QUIET. NO ISSUES.

QUIET. NO ISSUES.

QUIET. NO ISSUES.

QUIET. NO ISSUES.

LEE- QUIET. SPENT ALL SHIFT IN HIS CELL SLEEPING. BEEN ACTING REALLY OUT
OF THE NORMAL FOR THE LAST 3 DAYS. AGAIN TONIGHT, DID NOT EACH CHOW. THIS
HAD HAPPENED FOR THE LAST THREE DAYS. WAS PLACED ON 30 MINUTE                b6
OBSERVATIONS                                                                b7C
BY CO2          ALSO, DID NOT WANT TO COME OUT TO SHOWER TONIGHT (POINT
FAILURE).

QUIET TODAY. SEEMED TO BE IN A GOOD AND HAPPY MOOD.

QUIET. NO ISSUES. DR INVESTIGATION ON MAJOR A#1 COMPLETED.
HEARING DATE SET FOR 7-16-01.

QUIET. SPENT MOST OF SHIFT SLEEPING. DR INVESTIGATON ON MAJOR A#1
COMPLETED. HEARING DATE SET FOR 7-16-01.

QUIET. NO ISSUES.

QUIET. NO ISSUES.

9/20/01

[____] ACTUALLY SPENT ALOT OF TIME SLEEPING AND LYING ON HIS BUNK DURING SHIFT. QUIET NIGHT FOR [____]

[____] QUIET. STILL NOT TB CLEARED. SEEMS TO BE A LITTLE ON THE DOWN SIDE. SITTING ON HIS BUNK AND JUST STARING AT THE WALLS. THIS OFFICER THEN ASKED HIM IF HE WAS FEELING DOWN AND [____] STATED HE WAS FEELING A LITTLE BIT DOWN.

[____] QUIET. NO ISSUES.

QUIET. NO ISSUES.

QUIET. NO ISSUES.

FELL- QUIET. NO ISUES.

BULLPEN WAS OFFERED TO [_____] ALL THREE WENT OUT FOR A FIFTEEN MINUTE BULLPEN.

b6
b7C

9/20/01

FELL-00001295

# EXHIBIT 100

**From:**
**To:**
**Sent:** Thursday, September 20, 2001 6:15 PM
**Subject:** 1st shift report (fwd)

Mike

this is where Lee assualted [_____]

---------- Forwarded message ----------
Date: Wed, 13 Jun 2001 13:31:51 -0400 (EDT)
From [_____]
To: dunit <dunit@doc.state.vt.us>
Cc: nwcfss <nwcfss@doc.state.vt.us>
Subject: 1st shift report

Busy day in Delta.

[_____] was found with tobacco by C/O [_____] and it was confiscated. He then proceeded to get highly agitated and punched the side of the TV box in Act 3 to which he broke the metal away from the box. S/S [_____] was called to the unit and after speaking with him he was escorted back to his cell without further incident. When in his cell he proceeded to cover his window and was highly agitated for most of the morning. He seemed to calm down this afternoon.

Inmate Lee assaulted inmate [_____] in Act 2. Apparently according to Lee, [____] has been put feces under his(Lee's) door and was running his mouth about it in the activity room, so he took care of it.

Note: When putting out shift reports and when info is passed on to the dunit login, the supervisors have asked that they be cc'd. They would like to be more informed of activity in Delta. It is apparent that they are not recieving the information necessary to fully comprehend what is going on in the unit.

[_____] is agitated because he has not been sent out of state yet.
[_____] were moved to Echo today.

9/20/01

FELL-00001296

# EXHIBIT 101

**From:**
**To:**
**Sent:** Thursday, September 20, 2001 6:11 PM
**Subject:** Lee

---------- Forwarded message ----------
Date: Thu, 20 Sep 2001 06:51:27 -0400 (EDT)
From
To: dunit <dunit@doc.state.vt.us>
Cc: NWSCF Acting Shift Supervisors <nwcfactss@doc.state.vt.us>
Subject: Lee

b6
b7C

Inmate [ ] has exhausted the use of any activity room. He has issues
with inmates in 2 and 3.
Inmate Lee has issues with inmates in Act 2 and I don't trust him in Act
3.
  I suggest alternating them into the activity rooms.

9/20
AM [ ]
PM - Lee

9/21
AM - Lee
PM [ ]

ETC. ETC. ETC.

b6
b7C

---------- Forwarded message ----------
Date: Wed, 19 Sep 2001 23:16:04 EDT
From
To: dunit@doc.state.vt.us
Subject: (no subject)

keep Lee and [ ] away from each other.
...[ ] will have to go into ACT#2 or #3.
they both lost their points for the morning activity period.

9/20/01

FELL-00001297

# EXHIBIT 102

VERMONT DEPARTMENT OF CORRECTIONS
NORTHWEST STATE CORRECTIONAL FACILTY
FACILTY REPORT FORM

TO:  CFSS ON ███████  7C          _X_   INCIDENT

FROM ████████████ COII            _X_   INFORMATIONAL

DATE:9-20-01                      ____   DR

RE:   ROBERT LEE                  ____   CONFIDENTIAL

REPORT: ON 9/20/01 AT APPROX. 1412 HOURS ███████████████ 7C ███████████████ I OBSERVED INMATE ROBERT LEE WITH HIS CELL DOOR WINDOW COVERED.  I WENT BACK TO THE UNIT OFFICERS DESK AND DID THE 1415 SPECIAL OBS. ON 3 OFFENDERS. AS I SAT AT THE DESK ██████████ 7C ████████████████████████████████

AT APPROX 1420 HOURS I WALKED DOWN UNIT 1 SIDE TO TELL LEE TO REMOVE THE COVERING FROM HIS WINDOW.  I KNOCKED ON LEE'S DOOR (D-044) AND GOT NO RESPONSE.  I HAD MY BACK TO █████████ AND HE 7C CALLED FOR ME.  I TURNED TO FACE ██████ AND HE WAS HOLDING A NOTE IN THE WINDOW STATING THAT THE WINDOW HAD BEEN COVERED FOR AN HOUR. I AGAIN KNOCKED ON LEE'S DOOR AND GOT NO RESOPNSE.  I THEN OPENED THE DOOR AND OBSERVED ROBERT LEE HANGING FROM HIS WINDOW.  ROBERT LEE HAD HIS BACK TO THE WINDOW FACING THE CELL DOOR.  LEE HAD WHAT APPEARED TO BE A SHEET AROUND HIS NECK.  I CALLED A MEDICAL 33 TWICE OVER THE RADIO.  CFSS ██████████ AND MECIAL AND SECURITY STAFF 7C ARRIVED IN THE UNIT.  LEE WAS TAKEN FROM THE WINDOW AND PLACED ON THE FLOOR AND CPR WAS INITIATED.  AMCARE ARRIVED IN THE UNIT AND CPR CONTINUED.  AT APPROX 1450 HOURS AMCARE AND ROBERT LEE LEFT THE UNIT.



signature ████████  7C

████████████ COII

Witnessed By: ███████████  7C

9/20/01 @ 4:20PM

(Name)

Signature  7C

FELL-00001298

Det. Sgt. ▓▓▓▓▓▓▓ *7C*

CN#: 01A204370

The following is a taped statement being obtained at the Northwestern Correctional Facility in St. Albans, Vt. The person being interviewed is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *7C* ▓▓▓▓▓▓▓▓▓▓▓▓ do you give the following statement freely and *7C* voluntarily and with the knowledge that it may be used in a court of law?

A:  I do.

Q:  And you swear the following statement is the truth, so help you, God?

A:  I do.

Q:  Um, would you state your full name, please?

A:  It's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *7C*

Q:  And your date of birth?

A:  Is ▓▓▓▓▓▓▓▓▓▓▓▓. *7C*

Q:  Okay, now, um, you were working at the facility today, is that correct?

A:  Correct.

Q:  What time did you arrive here?

A:  I entered the facility probably around 13:45 hours.

C   What time does your shift normally begin?

A:  14:00 hours.

Q:  Okay, um, what are your beginning duties when you arrive at work?

A:  Enter the building just like everybody does, through the one door. We turn in our car keys, punch in the time clock. I enter through that two door and that enters me into the facility.

Q:  Okay, now after you've made entry, uh, you work in what portion of the building?

A:  I work in what we call Delta Unit, which is our closed custody unit which is pretty much our lock down unit.

Q:  Okay, so it's at the southeast corner of the building, is that correct?

A:  Correct.

FELL-00001299

Q:  And when you reported there who did relieve from shift?

A:  I relieved two officers.  It's a two ah, the unit is a two man post.

Q:  Okay.

A.  So that would be me and one other officer relieving first shift officers.

Q:  Okay, who was with you when you went into relieve the other shift?

A:  It would be a CO1 and his name is ▮▮▮▮▮ last name is ▮▮▮ ▮▮▮▮▮▮▮

Q:  Okay, and when you relieve your other shift who was on shift?

A:  Uh, CO2 ▮▮▮▮▮ and CO1 ▮▮▮▮▮▮

Q:  Okay, and when you replaced these two individuals did they tell you of any unusual happenings prior?

A:  Uh, they told me that one offender was a little, I don't want to say agitated but he had some issues, and just to keep a close eye on him.

Q:  And who was that you're speaking of?

A:  That was ▮▮▮▮▮▮▮▮▮▮▮

Q:  Okay, but, okay.  Now um, you periodically check the rooms, is that correct?

A:  Right, we go around the entire unit once an hour and we check each person.

Q:  Okay, and when was the first time that you made a room checks, was it immediately upon your arrival there?

A:  Right, the first room, the first ah, when we take over shift the first thing we do is go around and count heads.

Q:  Okay.

A:  When we accept the unit.

Q:  Okay and everybody, when you did that you actually visually saw or spoke with people, is that correct?

A:  I didn't do the unit check, I was doing some of the paperwork when we started, the other officer who was with me did the unit tour.

Q:  Okay, ▮▮▮▮▮ did that at your arrival when your shift

A: Right.

Q: At two o'clock, is that correct, P.M.?

A: Correct.

Q: All right, um, when did anyone check on the individual in room 44 of the Delta Unit?

A: ████ would have checked on him at the beginning of our shift. That should have been the first time.

Q: Okay, so that's at two. Did you perform a second check after two o'clock?

A: Um, I didn't do a second check but what I did was, I needed to go down the hallway and while I was down there I happened to see, I could see in the rooms as I walked down the hallway.

Q: Okay and what time was that?

A: That was at 14:12.

Q: Okay and at 14:12 did you notice anything about room 44?

A: Yeah, there's a small, I would say probably maybe five inches by five inch window on the doors, on all the doors down there and that particular window was covered with what looked like um, one of those things you tear out of a magazine and mail back in, you know, it looked like a little piece of, it was heavier than paper but not as thick as maybe cardboard.

Q: Okay, like an advertising tear out, is that what you're referring to?

A: Right, right.

Q: And ah, do the inmates occasionally cover the windows?

A: They do.

Q: And what is their purpose for doing that?

A: For privacy when they're using the bathroom.

Q: Okay, um, you saw the card was in place at 2:15, is that correct?

A: Ah, twelve after.

Q: Okay, twelve past two and is the individual in room 44, do you know his name?

A: It is Robert Lee.

FELL-00001301

Q:  Okay and you know how old Robert Lee is?

A:  I would say in his early twenties.

Q:  Is he in solitary confinement?

A   He is not what we consider a lock down, he's in the unit because he's a high profile case, um, high security, therefore he's in a, he's in the lock down unit but he has the full privileges of the unit as far as he gets to watch TV, he comes out of his room on two periods a day, um, the second being on my shift which starts at 13:00 hours and they get secured back in their rooms at 14:30 um, right after we eat dinner and he has that privilege so he has as much privilege as anybody can possibly have in that unit.

Q:  Okay, um, from your time of arrival until the time that this discovery was made, were you aware of any visitors going into room 44?

A:  Um, the door was secured.  Starting at 14:00 hours I'm the only one that has the cell keys in the unit.  The other officer, he only carries another set of keys, but not cell keys.

Q:  Okay.

A:  Um, up until 14:12 I had an offender in the hallway doing his one hour rec and that's how I went down the hallway at 14:12 was to lock him back in and to take another inmate out of his room. And that's when I saw the cardboard in the window.

Q:  Okay, um, however, the door to room 44 was secured and you didn't see anyone at that time or doing that time period enter that room?

A:  Correct.

Q:  And you presented nobody with a key to be able to enter that room?

A:  I had the keys the entire time.      .

Q:  Okay, um, now what led you to come down to room 44 at the time of discovery.  First of all, what time was the discovery?

A:  Um, between 14:20 and maybe a few minutes after.  It was around there, it was approximate.  I went, the first time I went down the hallway was 14:12, I locked one in, pulled another one out and that's when I saw that.

Q:  Who was the person that was pulled out?

A:  ███████████████████████████████████████████  7C

Q:  Okay, so ███████ is let out and the door to room 44 is
7C

A:  Right.

Q:  And you left from there but you were observing the hallway, is that correct?

A   Right.

Q:  Okay and what led you to come down and what specifically was the time when you actually ended up being back down there?

A:  Well, since window coverings is really not allowed in the unit, I went back down there around 14:20 to tell him to take that off his window and which is the reason I went back down the hallway because his window was covered.

Q:  Okay.

A:  Otherwise I wouldn't have gone down until the 14:30 checks.

Q:  Okay, so upon going down there did anything else happen while you were there getting ready to open the door?

A:  No, other than me taking one out of his room at 14:12 and me coming back down that hallway at 14:20, there's nothing happened in between.

Q:  Okay, so you opened the door, tell me what you saw.

A:  Um, I knocked on the door because the window was covered and I didn't know what he was doing so I knocked on the door to get a response from him and got no response.  Knocked again, inmate who was directly across from the hall, their doors are straight across from each other, which would be ████████████ in 41, yelled a ██e and that's when I turned around, I looked at ██████to see what he wanted and he held up this little piece of paper in the window that says his window's been covered an hour.

Q:  Okay, so he gave you some indication that the window had been covered for an hour?

A:  Right and I believe he held on a piece of paper as opposed to telling me out loud because he didn't, I mean, offenders have this thing about being rats.

Q:  He didn't want people to know that he was telling you something?

A:  Right which is why I believe it was on paper so I turned back around to 44 and knocked one more time and got no answer and because of not knowing what was going on inside the cell I put my foot on the floor so that I could open the door and catch it with my foot in the event say the inmate was to charge out.

Q:  Yup, sure.

FELL-00001303

A: So I put my foot down, put my left hand on the door with my right hand with the keys, unbolted the lock, opened it up five or six inches and so I could see in and that's when I saw Robert Lee hanging.

Q: What did you see, exactly?

A: I saw Robert Lee hanging from what, I guess it was the window, how he wrapped it around the window.

Q: He wrapped what around the window?

A: What appeared to be a sheet.

Q: Okay.

A: It was white and it looks like the sheets we give out. Um, he was facing the door so when I opened the door I could see his face and his body, he had his back to the window.

Q: Anything about his facial features that you noticed?

A: Um, a couple of things. Um, he had some blood on his chest, a small amount of blood on his chest, um, his face was discolored and it was drooling a little bit and his face was ah, I don't want to say, maybe gray.

Q: Grayish color? Anything about his clothing? Do you remember his clothing?

A: Yep, all he had on was a pair of the red jumpsuit pants that we issue.

Q: Okay, so they're like sweatpants or what kind of pants are t y?

A: They're not, there's no elastic in them.

Q: Okay.

A: Well, there's elastic on the waist to hold it but I mean there not elastic around the ankles like a pair of sweatpants. Um, they're a little thicker fabric than sweatpants but not as thick as maybe a pair of jeans.

Q: Okay now did you notice anything about um, the closure in the front of the pants, ah, in the fly area, anything about that?

A: Not at that particular moment.

Q: What did you do then?

09/22/01 ▮▮▮ 7C

9/22/01 ▮▮▮

FELL-00001304

A:  I called on my radio.  I had a medical 33 in delta.  I said it again, "Medical 33 in delta."  And after I said that I said, "Delta to 811 call Amcare."

Q:  Okay, so you're summoning an ambulance, is that correct?

I   Right.  And then I waited for staff, medical staff and security staff to arrive in the unit before I entered.

Q:  Okay.  And, um, what did you do after that?

A:  Staff started arriving in the cell.  The supervisor was one of the first ones in.  I said, I opened the door wide now, I said, "This is," I don't remember my exact words, but more or less point, "This is what I've got."  Medical staff went in.  He said, "Take him down."  I didn't touch, we didn't enter the room or anything.

Q:  Yup.

A:  'Till the supervisor or medical showed up.

Q:  Yup.

A:  The supervisor said, "Take him down."  So me and two other staff, he said, "Lift him up."  I didn't have any gloves on, but one of the other staff members did, so he lifted him up.

Q:  Okay.

A:  And I tried to untie to sheet from his neck.

Q:  Okay, could you tell me how the sheet was tied?

.   I honestly don't remember.  All I remember...

Q:  What side of his head was it on?

A:  The back, onto the back side.

Q:  The knot was to the back side?

A:  Yeah.

Q:  Okay.

A:  I honestly don't remember...

Q:  You don't remember.

A:  ...where the knot was located.

Q:  Well if you could just think for a second, when you went to untie the knot, did you go to the left of the individual or to the right of the individual?

A:   I think I was trying to reach around behind him.

Q:   Okay.

A:   And see the knot.  'Cause when I first did it, there was two knots.  One to the above, which I believe was around the window.  O   to what was around his neck.

Q:   Okay.  Which one did you untie?

A:   Well, actually, I didn't untie it.  I started to, and I couldn't get my fingers in there.

Q:   Okay.

A:   We have a pair of, ah, like medical scissors.

Q:   Yup.

A:   And they have the, you know like an EMT would carry, they have the little curved one.

Q:   Yup, yup, sure.

A:   I have a pair in my uniform for these type of things.

Q:   Yup.

A:   I have the key, so I left the cell to go get them to cut him down.

Q:   Yup.

A·   And when I come back...

Q:   In the mean time, the other individual is still holding him up, is that correct?

A:   Right.

Q:   And his name is?

A:   I believe it was, ah, the Supervisor ███████████████ ███████████████ had gloves on.

Q:   Okay.

A:   The black leather ones we wear

Q:   And ███████████████████ are holding him up?

A:   Right.

Q:   Even when you went to get the scissors, is that correct?

Q:   Okay.  What happened then?

A:   Then I returned with the scissors, and they had already undid the knot.  He was laying on the bunk.

Q    Okay, he was laying on the bunk.  His head towards the wall, is that correct or not or do you know?

A:   He was laying on the bunk in the opposite way that he would sleep, so his feet were where his head would normally be.

Q:   Okay, so his feet were to the wall, his head was towards the cell door, is that correct?

A:   Right, right.

Q:   Okay.  And he's on his back?

A:   Right.

Q:   Did you then notice anything more about his clothing or about his person?

A:   No.  Not about that.

Q:   Okay.  Um, the ambulance arrived, is that correct?  How long until the ambulance arrived?

A:   Maybe ten minutes.

Q:   Okay, and in the mean time, did the medical staff, what did they do?

A.   Well, he, when he was on the bunk, he was only there maybe fifteen seconds.  I said, "Take him off the bunk, put him on the floor."  And we started CPR.

Q:   Okay.

A:   Um, we didn't have a mask.  He had obviously the drool and the I think it was a little bit of blood on his face too.

Q:   Um-hum.

A:   And we waited for the mask, in my desk drawer we have a CPR mask that we use.

Q:   Yup, yup.

A:   The nurse had, um, one of those air balls that you squeeze to give him breath.  I told ███████ to start chest compressions, do that while we get ready to do the breaths.  At least the chest compressions would have been started.

A: So we picked him up off the bunk, he was on the floor, started chest compressions. Um, they brought me, and it's green in color, the mask, um, I gave it, the nurse got, I un, I took it out of the cover, unpopped it so it could be used.

Q  Yup.

A: And gave it to the nurse and they started CPR and I backed out of the cell.

Q: Okay. Um, did you find any other paper materials in the room? In other words on the bed, any documents on the bed.

A: Honestly, I wasn't even looking. I was looking, I was concentrating on him.

Q: Okay.

A: And I didn't even, I wasn't even paying attention to what was going on around us other than the fact that the sheet was...

Q: In the hurry of what you were doing, you didn't really notice anything beyond that?

A: No.

Q: Did you notice any other injuries to him at all?

A: Nope, just there was a little couple drops of blood on his chest.

Q: Okay.

A  Which I couldn't see where it was coming, I only can assume that it came from his nose or up above. But I couldn't see where it had come from for sure.

Q: Okay. So this was at 1420 hours that the discovery was made and the calls were made and the medical staff arrives and additional security. Um, when, did you make, ▓▓▓▓▓▓ apparently had made a check of the room doors before. Did he indicate whether or not a card was up? Or do you know if the card was up at that time?

A: Um, he had told me that he had done the check and at the time there was nothing in the window.

Q: Okay, so when you took over shift at 1400 hours or 2:00 p.m.

A: Right.

Q: There was no card in the window at that time.

A: That's what I was told.

Q:  Okay.

A:  Right.

Q:  All right.  Um, were there anything, during all of this, that any of the other inmates told you when this was going on or immediately following this?  Did any of the inmates make any statements to you?

A:  Um...

Q:  Other than ███████ holding a note up?

A:  Previous to this note, during all the Amcare and the commotion in the unit, I did have some inmates after the fact, and this was probably around 1630, 1645 hours, um, make a bunch of comments, screaming and yelling at each other in the hallway 'cause they weren't happy about being locked in their rooms now. Um, because of the incident that took place, we have a bunch of unhappy inmates.

Q:  Okay.

A:  Losing some privileges tonight.

Q:  Okay, but not any statements about having any knowledge, is that correct?

A:  Correct.

Q:  Okay, um, did this individual in room 44, Robert Lee, make any previous comments to you, ah, in the past about a suicide or anything relating to autoeroticism?

A:  Nope.  I've never, um, never got any indication that he was any kind of suicidal inmate.

Q:  Okay.

A:  And that was a complete, to see him when I found him in the cell just....

Q:  He never made comments to you in the past?

A:  No.

Q:  That he was depressed?

A:  Nope.

Q:  Or anything indicating that he wanted to end his own life?

A:  No.

Q:  Or heard any such thing?

FELL-00001309

A:   No.

Q:   From him.   Okay.   Um, so basically one of our other questions here, is the person on the time checks was Robert Lee on time checks?

A    No.

Q:   He was not.   So you would be checking on him normally how often?

A:   Hourly.

Q:   Okay.   So if you started at 2, the next check would be at three.

A:   Three.

Q:   And then four, five.

A:   Right.

Q:   Through your entire shift.

A:   Right.

Q:   That ends when?

A:   At 2200 hours.

Q:   And your reason for going down there earlier than the house check was because of the card in the door and to speak to him about that?

A    At 1420.

Q:   Yes.

A:   Right.

Q:   Um, and I'm going to ask you this question, it's probably going to sound repetitive, but you hold the keys to that room and you didn't see anyone else enter that room since you arrived at work and the time of discovery?

A:   Correct.

Q:   Okay.   And there's absolutely, because you hold the key, no way that someone could have entered that room?

A:   Right.

Q:   Were you watching the hallway during your shift?

A:   Shift just started, so we're not that deep in the shift.

FELL-00001310

Q:   Right.

A:   I'm still getting to know what's going on in the unit.

Q:   Okay.

A    Haven't even had a chance to check the log book for the whole
da, yet.

Q:   Right.

A:   And then this happened.

Q:   Okay.

A:   So I'm not even twenty minutes in shift.

Q:   So it was within twenty minutes of arriving at work.   And it
happened.   But in the twenty minutes that you're there, it's not
like you're sitting at the end of the hallway constantly watching
down the hallway.

A:   Right.

Q:   But you do know that you hold the key and that no one could
enter the room without the use of that key.

A:   Right.

Q:   Is that correct?

A:   That's correct.

Q·   Okay.   And you didn't give anyone the key?

A:   Nope, I had it right up until, even after I unlocked it, I
had that key, that cell key the whole time.

Q:   Okay.   Um, are you aware of Robert Lee receiving any
medications?

A:   Yes.

Q:   Okay, and is it multiple medications or just one type of
medication?

A:   Multiple pills.

Q:   Okay.

A:   I don't know what it is, but I know at p.m. med-call, which
is about 8:00 at night, I know he receives multiple pills.

Q:   Okay, but usually his medication provided to him at 8:00.

FELL-00001311

A:    Right.

Q:    And to obtain the names of the specific drugs that he is taking, or would be taking, we could obtain those from who?

A:    From the facility nurse.

Q     Okay, but you don't specifically know what he takes?

A:    No, I don't.

Q:    Okay.  Um, is Robert Lee a federal detainee?

A:    Yes, he is.

Q:    And is he on closed custody with no access?

A:    No access to?

Q:    In other words, no access by others?

A:    He has contact with others.

Q:    Okay.

A:    He goes into the activity rooms to watch TV.

Q:    Okay.

A:    There can be up to five inmates at a time.

Q:    Okay.  And generally, when is that?

A:    It starts from 9:00 a.m. to I believe 12:30 p.m., to 11:30 r 'her and then again from 1:00 p.m. to 14:30.

Q:    Okay, we'll get to this last question that I have for you, um, and I think you may have answered it during the questioning already.  What you thought, ah, ████████████ was doing when he held the note to the window in his room across from room 44, he's in room 41.  When he held that note up, it was just to let you know something about the door and card blocking the window, is that correct?

A:    Right.

Q:    And was there anything else that he was, did he give you any other indication on any other notes?

A:    He, what he did was, I'm sitting at my desk because we have some people who are on fifteen minute checks.

Q:    Okay.

A:    And every fifteen minutes we check on those people, then we write it down on our special ops for each individual person, what

Q:   Okay.

A:   Um, at 1412 is when I noticed the card.   I came back up, locked ████████████ in the activity room.   I went down, did my quarter after checks because I have three of them.   One on his s:   , ██████████ and two on unit two.

Q:   Okay.

A:   So at 1415 I'm writing down what those three people were doing.   I have ██████████ yelling up the hallway still.   "I need a pencil!   I need a pencil!   I need a sharp pencil!" Something to that effect, he kept yelling at me.

I yelled back, "Wait a moment, I'll be right there!"

But he was adamant about, "I need a pencil, I need a pencil!" Ah, that and the fact that I just barely locked him in.

Q:   Yup.

A:   He could have asked me for a pencil then 'cause I was standing right next to him when I locked him in.

Q:   Yup.

A:   Um, and then I went, that's when I went back down the hallway.

Q:   Okay.

A:   And he was yelling and screaming at me to get him a pencil. He was very adamant about that.

Q:   Okay, did you provide him with the pencil?

A:   No, I didn't.

Q:   Okay. Then how did he manage to get the note, to write out the note?

A:   I'll assume he had a pencil in his property already.

Q:   Okay.   So he was calling for a pencil, but in the end he already had a pencil, is that correct?

A:   Right.

Q:   Okay.   And he held up the note and you weren't there dealing with him, you were there to check on Robert Lee and to basically speak to him about the card in the window.

A:   Yup.

Q: And you were actually, other than glancing over to see the note in the window, you were there to check that door.

A: Right. I was there to tell Lee to take that out of his window.

Q: Okay.

A: And then, ah, ▮▮▮▮▮ yelled at me through his door. Or called my name and that's why I turned around and saw the note. Otherwise I wouldn't even have saw the note.

Q: Okay. Are there any other, does this individual, Robert Lee, have any trouble with any other of the inmates in that unit?

A: He, yes.

Q: And who is that?

A: Actually, there's been a few. Um, I had a problem with him last night with another inmate, who's handicap. Um, I'd have to look to see what time that happened, but there was an altercation between the two inmates and this other inmate was calling him a murderer and all kinds of names. I was in the office which is, the wall is right next to the activity room they were in. I could hear the voices getting louder and I heard, ah, one inmate, ah, ▮▮▮▮▮▮▮▮▮▮. who was having an issue with Lee, they were the only two people in that room.

Q: Right.

A: Using the f word.

Q: Yup.

A  And I had come out and I told them, I said, "I don't want no more of that. I'm done hearing it."

Q: Okay.

A: I didn't know what was going on, I thought they were just being loud, watching TV and horsing around.

Q: Okay.

A: I go back in my office. I hear their voices raised again. I come back out. Robert Lee's pacing, he's very mad looking. He looked like he wanted to kill ▮▮▮▮▮▮▮

Q: Okay. What was ▮▮▮▮▮▮▮ saying to him?

A: I, afterwards, I called the supervisor and we locked both in their room. Michael Carpenter, I talked to Lee first. Lee said, "You know, he was running his mouth, he's dirty, he's nasty, he's got blood on his hands."

FELL-00001314

I said, "All right, let me check things out. I'll be back." So
I went in to, well, he said, "He was trying to touch me and he's
got blood on his hands."

So I go into ▓▓▓▓▓▓▓▓ cell and I said, "Show me your hands."
He holds his hands like this, I don't see anything on them.  Um,
▓▓▓▓▓▓▓▓ was upset because he called him a snapper, which for us     $7^C$
i   another term for a sex offender.  Um, called him a snapper,
called him a child molester, called him all kinds of names.  So I
turned and he calls Lee a murderer and yells out, "Why don't you
go kill three more."

Q:  Yup.

A:  And really cranks him up.

Q:  Yup.  But basically there wasn't any contact between the two
of them during your shift?

A:  Right.  Because after that happened last night I told them
there would be, those two would be complete separated and not be
put together.

Q:  Okay.

A:  But Lee's also had problems, he can't be in contact with
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ $7C$

Q:  Okay.

A:  Ah, ▓▓▓▓▓▓▓▓▓▓ who was in his same unit, but not to be in
the same activity room.  $7C$

Q:  Okay.

A  Because they've had problems before.  Um, I'm trying to think
of all the names.  I have them listed on the board of all the
people he can't be in contact with.   $7C$

Q:  Okay.  Have you talked with ▓▓▓▓▓▓▓▓ since this happened?

A:  Ah, we still worked in the same unit up until about an hour
ago.

Q:  But after the incident happened, did you talk about ▓▓▓ $7C$
▓▓▓▓▓▓

A:  Yup.   $7C$

Q:  Did ▓▓▓▓▓▓▓ talk to you about whether or not the card was
in the window when he was doing the room checks at the beginning
of your shift?

A:  Yup.  And I asked him, I said, he said when he went down at
1400 check there wasn't a card in the window.

Q:   And you're positive that is what he said?

A:   He told me Lee was lying on the bunk.  Is what he said to me.

Q:   Okay.  When he made his checks at 1400 or 2:00 p.m., Robert Lee was lying on the bunk?

A:   Yeah, which is what got relayed to me.  That was what was relayed to me.

Q:   Okay, very good.  Um, do you have anything else you'd like to add to your statement?

A:   Um, I don't believe so.

Q:   Okay, do you swear the following statement you've given is the truth, the whole truth and nothing but the truth, so help you God?

A:   I do.

Q:   Would you raise your right hand?  Do you swear that is the truth?

A:   I do.

Q:   Okay.  This will conclude the statement of, ah, ████ 1C

█████████████

9/22/01 ████ 1C

FELL-00001316

# EXHIBIT 103



From: [REDACTED]@doc state vt.us>  7C
To: [REDACTED]
Sent: Thursday, September 20, 2001 6 16 PM
Subject: night report (fwd)
Issue with inmate [REDACTED]  7C

---------- Forwarded message ----------
Date: Tue, 3 Jul 2001 13:56:36 -0400 (EDT)  7C
From [REDACTED]@doc.state.vt.us>  7C
To: dunit <dunit@doc.state.vt.us>
Cc: nwcfss <nwcfss@doc.state.vt.us>
Subject: night report

[REDACTED]  7C

[REDACTED] but according to Lee these two have issues.

[REDACTED] away from Lee [REDACTED] maybe Lee  7C
didn't have a confrontation with [REDACTED]

[REDACTED]  7C

Lee,Robert    Robert exited the act#2 stating if [REDACTED] wasn't
moved there would be an issue.I asked what the issue
was Robert didn't want to reveal any info at this
time.We should keep a close eye on these 2. While
Robert exited his room for activity period 2 I again
Question Robert,Robert stated that he was real close
to going off on [REDACTED]  7C

[REDACTED]  7C

9/20/01

FELL-00001317

# EXHIBIT 104

why dont They JusT Die,
JusT Drop like Flies / JusT Drop Dead

FELL-00001318

# EXHIBIT 105

5:01-cr-00012-gwc   Document 512-19   Filed 04/15/14   Page 48 of 79

I. Dont want want To Hear your shit
GeT ouT of my face with those lies

The Nerve of you comming Here
looking into my eyes

The visions of me beating you
Fill my mind blood red

I JusT wanT To Kill you ~~one shoot~~
~~between~~ your blow away your chest

GoT I love my shot gun
puts assholes like you To resT

I am sick of all the pain I go through
To siT Here and not Kill you

FELL-00001319

# EXHIBIT 106

JVD-1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA   *

                   *

   V      *

                   *

DONALD FELL         * Criminal File No. 01-12

INDIVIDUAL VOIR DIRE OF PROSPECTIVE JURORS

(Nos. 19, 23, 27, 31, 32, 41, 42, 57, 65,

70, 78, 86, 88 and 91

Wednesday, May 4, 2005

Burlington, Vermont

BEFORE:

THE HONORABLE WILLIAM K. SESSIONS III

Chief District Judge

APPEARANCES:

WILLIAM B. DARROW, ESQ. and STEPHEN D. KELLY, ESQ.,

Assistant United States Attorneys, Federal

Building, Burlington, Vermont; Attorneys for the

United States

ALEXANDER BUNIN, ESQ. and GENE PRIMOMO, ESQ.,

Office of the Federal Public Defender, 39 North

Pearl Street, Albany, New York; Attorneys for

the Defendant

PAUL S. VOLK, ESQ., Blodgett, Watts & Volk, P.C.,

72 Hungerford Terrace, Burlington, Vermont;

Attorney for the Defendant

ANNE E. NICHOLS

Registered Professional Reporter

United States District Court

Post Office Box 5633

Burlington, Vermont  05402

(802) 860-2227

FELL-00001320

THE COURT: I appreciate that. But I gotta say it's a very delicate line. The fact is if you have reason to believe that is going to be relied upon, by the defendant or the government, a juror's response to that in the abstract is significant.

Now, it's a question of degree, it seems to me. You raised actually the same thing in your pleadings; actually it was Mr. Waples' pleadings, in 2002. Your concern about getting involved in the actual facts.

My view is that if there is testimony about sexual abuse during the course of his life, that to make a reasonable assessment as to how a juror would respond to that is important.

Now, it was limited, the questions were limited to two particular areas. I am sure that psychologists have other things to say, but those are big areas. And in light of the fact that it's only limited to two areas, I'm not going to try to stop that concern.

MR. DARROW: Thank you, your Honor. Could we just ask you if -- to maybe keep those questions relatively brief and narrow and not let an entire 10 minute voir dire go on that?

THE COURT: Right.

MR. DARROW: Thank you, your Honor.

MR. BUNIN: I didn't file any response to the

FELL-00001321

# EXHIBIT 107

From:
To:
Date: 9/25/01 10:15am
Subject: chronology of events/contacts

on thurs 09/20/2001 at approx 1445 hours, sdusm ██████ received notification from staff of nwscf that prisoner robert lee had been found hanging in his cell. rescucitation efforts were underway, he was being transported to northwestern medical center, st. albans, but the prognosis was grim. he immediately notified me.

dusm was immediately dispatched to the facility and dusm ██████ was dispatched to the hospital. nwscf advised that they had contacted lee's attorney (john pacht) for family notification. sdusm ██████ and i maintained a cp at the office until 2030 hours.

after receiving a report from the hospital that lee was on life support, i contacted his other attorney brad stetler at his residence at approx 1700 hours. stetler advised that he would look into family notifications

at approx 1830 hours lee's aunt ██████ representing the family called our office for an information update she was provided with an update and the contact information at the hospital. she confirmed that lee's father had been notified, and instructed that the family did not want lee's mother notified at all.

usao and fbi were notified thursday afternoon.

notifications were received that lee had been pronounced deat at 2225 hours. hospital staff notified the family. usm is coordinating with vsp and autopsy is required. vsp coordinates with medical examiner.

i notified john pacht and brad stetler friday morning that lee had died. pacht advised that his father had been notified. usms support was offered for transporting the body back to the family. pacht was instructed to contact me if they needed anything.

judge sessions was advised by me on friday morning at 1030 hours

medical examiners office called friday afternoon, advising that body could be picked up.

robert lee's father contacted sdusm ██████ monday 09/24/2001 afternoon.

FELL-00001322

# EXHIBIT 108

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: PIKE

**POLICE
CRIMINAL COMPLAINT**

Magisterial District Number:
**60-3-02**

District Justice Name: Hon.
**William N. SANQUILLY**
Address.  REDACTED - FELL
**Hawley, PA 18428**

Telephone: (570)226-9650

**COMMONWEALTH OF PENNSYLVANIA
VS.**

DEFENDANT:

NAME and ADDRESS

Christopher Allen EIKE
REDACTED - FELL
Lake Ariel, PA 18436

Docket No.: **CR-121-01**

Date Filed: **11/7/01**

OTN: **H 099521-2**

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| ☒ White  ☐ Black  ☐ Asian  ☐ Native American  ☐ Hispanic  ☐ Unknown | ☐ Female  ☒ Male | 3/3/83 | REDACTED - FELL 4689 | |

| Defendant's A.K.A. (also known as) | Defendant's Vehicle Information | | | Defendant's Driver's License Number |
|---|---|---|---|---|
| | Plate Number      State | | Registration Sticker (MM/YY)      State | |

| Complaint/Incident Number | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|
| R4-450286 | | 170 |

District Attorney's Office ☐ Approved   ☐ Disapproved because:

(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing  Pa.R.Cr.P. 107 )

| (Name of Attorney for Commonwealth-Please Print or Type) | (Signature of Attorney for Commonwealth) | (Date) |
|---|---|---|

I,  **Tpr Mark H. MURRAY**                    7037

(Name of Affiant-Please Print or Type)                    (Officer Badge Number/I D )

of  **Pennsylvania State Police**                    **PaPSP5800**

(Identify Department or Agency Represented and Political Subdivision)     (Police Agency or ORI Number)     (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1.    ☒ I accuse the above named defendant who lives at the address set forth above
      ☐ I accuse the defendant whose name is unknown to me but who is described as _____

      ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I
        have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at    Residence at corner of

(Place-Political Subdivision)

Smithview Rd and  Deep Hollow Rd in Tranquility Falls Greene Twp

in    PIKE                    County on or about    between 07/06/01 and 07/30/01

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)

Christopher Allen EIKE

AOPC 412A- 01/25/99                    I-2

FELL-00001323

| Defendant's Name: EIKE |
|---|
| Docket Number: CR-121-01 |



**POLICE CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:

(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

INDECENT ASSAULT (M1):   The defendnat who was 18 years of age at the time of this incident, did have indecent contact with the complainant, who was 11 years of age at the time of this incident.   To Wit: The defendant did on  two occaisions, use his hands to feel the breast of the victim.

CORRUPTION OF MINORS  (M1):   The defendant who was 18 years of age and upwards at the time of this incident, did engage in an act which corrupted or tended to corrupt the morals of a minor who was 11 years of age at the time of the incident.   To Wit: The defendant did on two occaisions, engage in indecent contact with the victim by kissing the victim and feeling her breasts with his hands.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | (Section) | (Subsection) | of the | (PA Statute) | (counts) |
|---|---|---|---|---|---|
| 1. | 3126 | (a)(7) | of the | PACC | 02 |
| 2. | 6301 | (a)(1) | of the | PACC | 02 |
| 3. | | | of the | | |
| 4. | | | of the | | |

3.    I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.  **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief.  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

_NOV 07, 2001_ ,                              _____
                                                    (Signature of Affiant)

AND NOW, on this date, _11/15/01_ ,  ____ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____
(Magisterial District)

_____
(Issuing Authority)

**SEAL**

AOPC 412B- 01/25/99                    2-2

FELL-00001324

| Defendant's Name: Christopher EIKE |
| --- |
| Docket Number: CR-121-01 |



**POLICE
CRIMINAL COMPLAINT**

## AFFIDAVIT of PROBABLE CAUSE

Your afffiant is a member of The Pennsylvania State Police (PSP) currently assigned to The PSP Blooming Grove Station in Pike County, PA.  On 08/26/01, your affiant spoke with the victim, a female with a date of birth of 09/02/89.  The victim informed your affiant that she and the defendant, who was 18 years of age at the time of the incident,  had been together and that they had engaged in open mouth kissing several times. The victim also informed your affiant that the defendnat  had felt her breast and that he had felt between her legs, indicating her genital area.   The victim advised that the defendant had  felt her body on top of her clothes and that he did not contact her skin.

On 10/19/01 at approx 1230 hrs, your affiant spoke with the defendant  at PSP Blooming Grove.  During  interview, the defendant advised your affiant that he had kissed the victim several times and that on two seprate occaisions, he had felt  the victims breast with his hands.   The defendant advised that this occurred one time at his apartment and one time in the victims bedroom. At the time of these incidents, the defendant had an apartment attached to the victims residence.

I,    **Tpr. Mark H. MURRAY,**    BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____ , ___

_____ Date _____          , District Justice

My commission expires first Monday of January,_____          **SEAL**

AOPC 412-(6-96)                                3 - 3

FELL-00001325

# EXHIBIT 109

Sep-27-01 02:23P corrections                    (802)241-2377           P.03

Attachment 1

## Correctional Healthcare Solutions, Inc.

### RECEIVING SCREENING

Inmate's Name: Robert Lee _____ DOB REDACTED - FELL ☼ Sex: male ID#: 112880

Screened By: ████████████ (P)

Date: 12·13·00 _____ Time: 1815

Vital Signs: T _____ P _____ R _____ BP _____

Was inmate a medical, mental health or suicide risk during any prior confinement with department?
☐ NO    ☐ YES    If Yes, when: _____

Do you believe the inmate is a medical, mental health or suicide risk now?
☐ NO    ☐ YES

### OBSERVATIONS

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Assaultive/Violent Behavior | ☐ | ☒ | Confused |
| ☐ | ☒ | Bizarre Behavior | ☐ | ☒ | Uncooperative |
| ☐ | ☒ | Alcohol/Drug Withdrawal | ☐ | ☒ | Intoxicated |
| ☐ | ☒ | Unusual Suspiciousness | ☐ | ☒ | Incoherent |
| ☐ | ☒ | Hearing Voices/Seeing Visions | ☒ | ☐ | Cooperative |
| ☒ | ☐ | Awake and Alert | ☐ | ☒ | Frequent Cough |
| ☐ | ☒ | Physical Disability | ☐ | ☒ | Obvious pain, bleeding or injury |
| ☐ | ☒ | Other Observable Signs of Depression | | | |

Explain: _____

### MEDICAL HISTORY

| YES | NO | |
|---|---|---|
| ☐ | ☒ | Are you injured?    If Yes, explain. |
| ☐ | ☒ | Are you currently under a physician's care?    If Yes, explain: _____ |
| ☐ | ☐ | If female, are you pregnant? |
| ☐ | ☒ | Are your currently taking any medications?    If Yes, list type(s), dosages, and frequency: |

### DO YOU SUFFER FROM ANY OF THE FOLLOWING:

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Hepatitis | ☐ | ☒ | Chest Pain |
| ☒ | ☐ | Shortness of Breath | ☐ | ☒ | Heart Disease |
| ☒ | ☐ | Abdominal Pain sometimes | ☐ | ☒ | Asthma |
| ☐ | ☒ | High Blood Pressure | ☐ | ☒ | Venereal Disease |
| ☐ | ☒ | Tuberculosis (TB) | ☐ | ☒ | Diabetes |
| ☐ | ☒ | Alcohol Addiction | ☒ | ☐ | Drug Addiction |
| ☒ | ☒ | Epilepsy/Blackouts/Seizures | ☐ | ☒ | Ulcers |
| ☐ | ☒ | Cancer | ☐ | ☒ | Special Diet |
| ☐ | ☐ | Pregnant | ☐ | ☒ | Hospitalization within past year |
| ☐ | ☒ | Other Medical Problems or Disease? | ☐ | ☒ | (Optional) AIDS |

FELL-00001326

## SUICIDE ASSESSMENT

**YES**   **NO**

☐   ☒   Have you ever attempted suicide?   If Yes, when? _____
         Why? _____ How? _____

☒   ☐   Have you ever considered suicide?   If Yes, when? 4 yrs ago
         Why? family problems

☒   ☐   Are you now or have you ever been treated for mental health or emotional problems? If Yes,
         When? all my life   Inpatient: ✓   Outpatient: ✓   Both: _____

☒   ☐   Have you recently experienced a significant loss (job, relationship, death or family member/close
         friend, etc.)? If Yes, explain: friend

☐   ☒   Has a family member or close friend ever attempted or committed suicide? If Yes, explain:
         _____

☒   ☐   Do you feel that there is nothing to look forward to in the immediate future (expressing helplessness
         and/or hopelessness?) If yes, explain: _____

☐   ☒   Are you thinking of killing yourself? If Yes, explain: _____

Additional Remarks: _____

## DISPOSITION

☐   General Population       ☐   Medical                ☐   Special Watch (please complete below)

1. Supervision Levels. Close (5-15 minutes): _____   Constant: _____
2. Housing Assignments:   Cell #: _____          Other: _____
3. Other precautions taken: _____
   (removal of clothing, bedding, etc., if appropriate)

☐   Medical Hospital: If inmate is later returned to facility, list any special watch recommendations.
    _____

☐   Mental Health Service: If inmate s later returned to facility, list any special watch recommendations:
    _____

☐   Other disposition/referral/transfer: _____

## CONSENT/REFUSAL OF TREATMENT (please check appropriate box and have inmate sign below)

☒   My signature acknowledges that I have been given the opportunity to satisfy myself by asking questions about health
    services. I voluntarily give my consent to health care and I consent to the conditions of care and services.

☐   Inmate refused to answer (circle) or unable to answer (circle and state why) the verbal response sections of this screening
    form. _____
    _____ , refuse any type of medical treatment.
                (print name)
    X _____                    12·13·00
      Inmate's Signature    (PJ) ·                Date
      USreener's Signature                        Time

FELL-00001327

Attachment 5

## Correctional Healthcare Solutions, Inc.

## INTAKE EXAMINATION AND TREATMENT PLAN

REDACTED - FELL

NAME: Robert Lee    DOI: 12-13-00    DOB: 80

FACILITY: NWSCF    ID# 12880

VITAL SIGNS: T 97⁸    P 78    R 12    BP 128/88

CURRENT COMPLAINTS/SYMPTOMS: Toothache 2° cracked tooth.

PAST MEDICAL HISTORY (List illnesses, surgeries, injuries, hospitalizations and medications): Testicular trauma years ago → noted (R) side č veiny/lumpmass p̄ that

Medications: 1. _____  3. _____  5. _____
2. _____  4. _____  6. _____

## FEMALES

LMP: _____    # of Preg. _____    #LB _____    #T: _____
Birth Control: _____    Date/Last Pap: _____    Date/Last Mammogram: _____

|  |  | NORMAL | ABNORMAL | OBSERVATION |
|---|---|:---:|:---:|---|
| 1. | Skin: | ☑ | ☐ |  |
| 2. | H.E.E.N.T.: |  |  |  |
| a. | Head: | ☑ | ☐ |  |
| b. | Eyes: | ☑ | ☐ |  |
| c. | Ears: | ☑ | ☐ | cerumen (B) |
| d. | Nose: | ☑ | ☐ |  |
| e. | Throat: | ☑ | ☐ | (R) tonsil lg Th— (L) |
| f. | Teeth/Gums: | ☑ | ☐ |  |
| 3. | Neck: | ☑ | ☐ |  |
|  | Thyroid: | ☑ | ☐ |  |
| 4. | Chest: | ☐ | ☐ |  |
| a. | Breast: | ☐ | ☐ |  |
| b. | Lungs: | ☑ | ☐ | CTA (B) |
| c. | Heart: | ☑ | ☐ | RRR I/VI m/r/g |
| 5. | Lymph Nodes: | ☑ | ☐ |  |
| 6. | Abdomen: | ☑ | ☐ | BS⊕, S/NT |
| 7. | Hernia: | ☐ | ☐ |  |
| 8. | Rectum/Anus: | ☐ | ☐ |  |
| 9. | Spine: | ☑ | ☐ |  |
| 10. | Extremities: | ☑ | ☐ | ⊕ C/C/e |
| 11. | Neurological: | ☑ | ☐ | A,A,O×3, NL g. t, 2+ reflex. |
| 12. | Gu/Gyn (female): | ☐ | ☐ |  |
| a. | External Genitalia: | ☐ | ☐ |  |
| b. | Vagina: | ☐ | ☐ |  |
| c. | Cervix: | ☐ | ☐ |  |
| d. | Uterus: | ☐ | ☐ |  |
| e. | Adnexa: | ☐ | ☐ |  |
| 13. | GU/Male: | ☐ | ☐ |  |
| a. | External Genitalia: (TS): | ☐ | ☐ |  |
| b. | Penis: | ☐ | ☐ | large varicele. |
| c. | Testes/Scrotum: | ☐ | ☒ | (B) testi T varices  |

MD

JC

Date: 1/25/01



Attachment 4

## Correctional Healthcare Solutions, Inc.

## INTAKE MEDICAL HISTORY

NAME: Robert Lee                                                 DATE: 12·13·00

VITAL SIGNS       T _____   P _____   R _____   BP _____   W _____

| HAVE YOU EVER? | YES | NO | DO YOU? | YES | NO |
|---|---|---|---|---|---|
| Lived with anyone who had TB? | | ✓ | Wear glasses or contacts? | ✓ | |
| Coughed up blood? | ↙ | ✓ | Have vision in both eyes? | ✓ | |
| Bled excessively after injury? | | ✓ | Wear a brace or back support? On occ | ✓ | |
| Attempted Suicide? | | ✓ | | | |

| HAVE YOU EVER HAD OR HAVE YOU NOW? | YES | NO | DON'T KNOW | HAVE YOU EVER HAD OR HAVE YOU NOW? | YES | NO | DON'T KNOW |
|---|---|---|---|---|---|---|---|
| Asthma | | ✓ | | Night Sweats | ✓ | | |
| Tuberculosis | | ✓ | | Tumors, Cysts or Growths | | ✓ | |
| Cancer or Tumor | | ✓ | | Cramps in your Legs | ✓ | | |
| Diabetes | | ✓ | | Rupture or Hernia | | ✓ | |
| Emphysema | | ✓ | | Recent Gain or Loss of Weight | | ✓ | |
| Ear. Nose. Throat Trouble airplane ride | ✓ | | | Frequent Indigestion | | ✓ | |
| Hearing Loss | | ✓ | | Stomach Trouble or Ulcer | | ✓ | |
| Chronic or Frequent Colds | | ✓ | | Hepatitis or Jaundice | | ✓ | |
| Hay Fever | | ✓ | | Gall Bladder Trouble | | ✓ | |
| Severe Gum or Tooth Trouble bleeding gums | ✓ | | | Hemorrhoids or Rectal Trouble | | ✓ | |
| Shortness of Breath | ✓ | | | head Injuries | | ✓ | |
| high Blood Pressure | | ✓ | | Epilepsy or Seizures | | ✓ | |
| Pain or Pressure in Heart | | ✓ | | Frequent or Severe Headaches | ✓ | | |
| Pounding Heart | ✓ | | | Loss of Memory or Amnesia | ✓ | | |
| Arthritis or Bursitis | | ✓ | | Periods of Unconsciousness | | ✓ | |
| Fracture (Broken Bones) | | ✓ | | Paralysis, Numbness. Weakness whole body | ✓ | | |
| Bone, Joint or other Deformity | | ✓ | | Dizziness, Fainting Spells | ✓ | | |
| Painful or Trick Shoulder | | ✓ | | Nervous Problem of Any type | | ✓ | |
| Foot Trouble | | ✓ | | Alcoholism | | ✓ | |
| Recurrent Back Trouble all of back | ✓ | | | Syphilis Gonorrhea | | ✓ | |
| Swollen or Painful Joints elbows | ✓ | | | Drug Allergies | | ✓ | |
| Kidney Trouble | | ✓ | | Lump. Pain. Discharge on Breast | | | |
| Frequent or Painful Urination | ✓ | | | Change in Menstrual Pattern | | | |
| Blood in Urine | | ✓ | | Pregnancy. Abortion. Miscarriage | | | |
| Recurrent Infections | | ✓ | | Treated for Female Disorder | | | |
| Rheumatic Fever | | ✓ | | Thyroid Trouble | | | |

YOUR PRESENT DOCTOR'S NAME (Address and Phone)

Doctor ▮▮▮▮ Pennsylvania

Have you ever been treated for a mental condition? If Yes, state reason and give details. yes

Hospitalized x7 Pennsylvania

Highest Level of Education (years)? 10th

Have you ever been incarcerated in this facility before? If so when?
no

Have you ever been a patient or received treatment in a hospital (surgery/injuries)? State where, when, why and address:
Gysexor Med Center - Penn + NY

Have you ever taken narcotics? If Yes, state what kind, when you last took and if you are in a treatment program: yes
anything but inhalents - No Heroin

Additional Comments (use reverse side if necessary):

CHS 137

---

# CORRECTIONAL HEALTHCARE SOLUTIONS, INC.

# TB SCREENING

---

Institution: NWSCF

Name: Robert Lee, Jr I.D. # 112880 DOB REDACTED - FELL

Admission_____ Annual_____

Tuberculosis Skin Testing: unless otherwise indicated
Implant Date: _____ Deferred - done 12/5/00. 8mm - Federal Read Date: _____
Nurse Signature: [redacted] _____mm
Nurse Signature: _____

Anergy Testing:  If indicated: Right Forearm

Implant Date:_____     Read Date:_____
Type 1:_____     _____mm
Type 2:_____     _____mm
Nurse Signature:_____     Nurse Signature:_____

Annual Assessment Check List

B/P_____     H&H_____     RPR_____     CXR_____

Rev: 1 Feb. 98

FELL-00001330

## MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
### U.S. Department of Justice

| | |
|---|---|
| TB Clearance ☒ Yes ☐ No | **I. PRISONER/ALIEN**  05305-010 |
| 1) PPD Completed. _____ Date | Name: Lee Robert Joseph   Prisoner/Alien Reg. #  39044-086   D.O.B. REDACTED - FELL 80 |
| Results: ✓ neg. | Departed From: _____   Date Departed: _____ |
| 2) CXR Completed: _____ Date | Destination: _____   Reason for Transfer: _____ |
| 3) Health Authority Clearance ___ | Dist. Name: _____   Dist. # _____   Date in Custody: _____ |

**TB Clearance** ☒ Yes ☐ No
1) PPD Completed. _____ Date
Results: ✓ neg.
2) CXR Completed: _____ Date
3) Health Authority Clearance ___
Sign _____ Date
Note:
Dates listed above must be within one year of this transfer.

**II. Current Medical Problems**

1. _____   4. _____
2. none   5. _____
3. _____   6. _____

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| none | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☒ Yes | ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes | ☒ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes | ☒ No | If yes, What equipment? |

Sign & Print Name- Certifying Health Authority: _____ RN
R.N.

Phone Number: _____

Date Signed: _____

Original-Upon Transfer

Form USM-
(Est.

FELL-00001331

Sep-27-01 02:26P corrections                    (802)241-2377              P.11

## INTAKE MEDICAL SCREENING

12-13-00

Date _4-28-___                Resident Name _LEE, ROBERT___   DOB _____ ¡0    REDACTED - FELL

Anticipated Commitment Period:    30 days          Over          Not
                                  or less ____     30 days ____  Known __X__

                                          Interrupt
                                          daily ____  Weekend ____

I. ADMITTING OFFICER - ASK THE FOLLOWING QUESTIONS OF EACH OFFENDER ADMITTED.

   1.  Are you allergic to any medications?          ____Yes   __✓__No

       If yes, which ones?

   2.  Are you allergic to any foods or food additives?   ____Yes   __X__No

       If yes, what are they?

   3.  Are you currently taking, or are you supposed to be
       taking any prescribed medications?            ____Yes   __X__No

       A.  IF MEDICATION WAS BROUGHT WITH THE RESIDENT
           COMPLETE "PRE-EXISTING MEDICATION" (on reverse side).

       B.  IF NO MEDICATION BROUGHT, BUT ANSWER "YES", FILL IN
           ALL DATA AVAILABLE ON REVERSE SIDE OF THIS FORM.

   4.  Are you currently on a diet which has been ordered
       by a physician for medical reasons?           ____Yes   __X__No

   5.  Do you have:

           Diabetes              ____     T.B.                  ____
           High Blood Pressure   ____     Hepetitis             ____
           Heart Trouble         ____     AIDS                  ____
           Mental Illness        __X__    Body Lice or Crabs    ____
           Seizures/Epilepsy     ____     Veneral Disease       ____

1.  Alcohol Use in Past 24 hours?_____NONE_____

    a.  Number of Drinks _____  How Long Ago? _____

2.  Drug Usage? CRACK, MARIJUANA, METH, COCAINE, VALIUM, BARBITUATES

    a.  Which one/s? WEED CRACK _____  How Long Ago? 3 weeks Ago

Name of Most recent Physician_____  When Seen_____

FELL-00001332

1-2
M-4

## SCARS, TATTOOS, TRAUMA MARKS

(Mark location & indicate design)

Admission Date: _12·13-00_____    Resident's Name: _Lee,    ROBERT_____

Time of Admission: ____1548_____

(Indicate abrasions, bruises, other trumas, etc.)




DC 45.0     VT.I.I.

White: Resident Case File, Yellow: Medical File

Admitting Officer:████████████
                                    Signature

II.  ADMITTING OFFICER - NOTE THE FOLLOWING OBSERVATIONS

Tearful or Crying      Flushed          Pale
Artificial Limb/s      Slurred Speech   limp or other probs. walking
Other Problems, Specify Depressed       Obvious cuts, sores, rashes,
Confusion of thought   Nervous          needle marks, or bleeding

III. NOTIFY SUPERVISOR OF ANY POSITIVE ITEMS.

INTAKE OFFICER'S COMMENTS: _CALM - no C_____

INTAKE OFFICER'S SIGNATURE ▮▮▮▮▮▮▮▮▮▮ DATE: _12-13-0_ TIME: _1740_

SUPERVISOR'S SIGNATURE_____DATE:_____TIME:_____

IV.  PRE-EXISTING MEDICATION

The following medication was brought with the new inmate or is
reported by the inmate as having been prescribed for use:

Description:_____ Dosage:_____

Prescribing Physician:_____

Physician's Address:_____ Physician's Phone #:_____

Have inmate read and sign if medications accompanied inmate: It is understood
by me that the medication as listed above is believed by me to be essential
for my immediate health.  I do understand that it will be made available to me
as prescribed pending decision by the Institution's Physician as to further
need for continuing the medication.
                         Inmate's Signature_____

                         Date of Admission:_____Time:_____

                         Witness:_____

The medication as listed above was turned over at the time of intake in the
following amount:
                         Officer's Signature_____

                         Date:_____ Time:_____

Prescription as listed above was:        _____Verified    _____Denied

Verified or denied by (Physician's Name)_____
on (date)_____ DOC Personnel Signature_____

The following described medication was received:

_____     _____
Correctional Facility Health Care Specialist          Date

FELL-00001334

# EXHIBIT 110

# INTENTIONALLY LEFT BLANK

FELL-00001335

# EXHIBIT 111

# INTENTIONALLY LEFT BLANK

FELL-000001336

# EXHIBIT 112

Fell

Directive 405.02

### VERMONT DEPARTMENT OF CORRECTIONS
### INCIDENT REPORT
Log Number:9158   SiteLog#:2399

Date: 03/17/2004   Time: 13:15
NWCF: Northwest State Correctional Facility
Specific Location: echo bullpen
------------------------------------------------------------
Originated By: ████████████  7C

Notifications:
WorkSite Manager  Operations Mgr.   Dir.Corr.Svcs.   Superintendent signoff
03/17/2004 13:30

*Superintendent's Signature* / 03-01-04

Superintendent's Signature/Date

------------------------------------------------------------
Incident Code(s)/Description(s):
2-11-1    24 Hour Notification
   Other Serious but not Urgent incident
------------------------------------------------------------
Was Video Camera Used? Y   If not, explain in narrative.
------------------------------------------------------------

| Inmates Involved | Staff Involved | |
|---|---|---|
| ████████████ 7C | ██████████████ 7C | CO/2 |
| | | CO/1 |
| | | CFSS |
| | | CO/1 |
| | | CO/2 |
| | | CO/1 |
| | | CFSS |

------------------------------------------------------------
Summary of the Event:



    On this date at approx.1315 hrs CO/1 ████████ called a 1033 in the echo bullpen. when staff arrived in the bullpen CO/1 ████████ informed us that ████████████████████████████████████████ █████████ and were on their way out of the bullpen at which time i heard CO/2 ████████ and CFSS ████████ telling inmate Donald Fell to place his hands back on 7C the fence inmate Fell didn't comply with CO/2 ████ or CFSS ████ instructions at which time he was handcuff and walked out of the bullpen By CO/2 ████ and Co/1 ████ as we got out side the 5 door inmate Fell started to resist complaining about his wrist being hurt at this time I observed that CO/2 ████ had his arm and that CO/1 ████ had his wrist which he had bend up. I informed CO/1 ████ that I would take his place.There were no more proble informed inmate Fell to get on his knees and cross his legs the reason for this was inmate fell was calling staff names and his behavior was getting out of control. Once on his Knees CO/2 ████ again informed inmate Fell to crss 7C his leg Fell didn't follow his instructions so CO/1 ████ cross his legs and then held them. Co/2 ████ and myself started remove the cuff and as we did inmate Fell asked who was on his legs. When inmate Fell saw it was CO/1 he called CO/1 ████ a fag and a fucking punk and then spit in his direction.
████████████████████████████████████████

FELL-00001337

got between inmate Fell and  Co/1 again started to advance
toward Fell at which time CO/1

return to the
cell and stripped searched inmate Fell. Inmate Fell then was secured with out

Vermont Dept. of Corrections
Incident Report - Log Number 9158  SiteLog#:2399                Page 2
------------------------------------------------------------------------

further incident. when I had finished with inmate Fell

03-18-04
Reporter's Signature/Date

------------------------------------------------------------------------
Outcome comments:

Inmates                Fell were moved to delta locked in pending
major drs. there were checked by the nurse,                and fell
all placed on 15 minutes checks code #3

FELL-00001338

# EXHIBIT 113

# INTENTIONALLY LEFT BLANK

FELL-00001339

# EXHIBIT 114

574k05

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   04/12/2005

b6
b7C

[          ] white female, Date of Birth [          ] was interviewed by Special Agent (SA) [          ] Scran[   ] Resident Agency, FEDERAL BUREAU OF INVESTIGATION (FBI) and [          ] M.D., Forensic Psychiatrist, [          ] residence located at [          ] After being advised of the official identities of the interviewing personnel, [          ] provided the following information:

(1)
mct

[          ] stated that she found DONALD FELL to be a nice kid and recalled years ago having attended a picnic at [          ] home on [          ], where DONALD resided. On that occasion, FELL asked [          ] how she liked his new leather jacket. She also recalled that FELL's hair looked nice. Also present at the picnic was [          ] friend, LAST NAME UNKNOWN, another unknown male, and [          ] little girl.

b6
b7C

[          ] described DONALD FELL as a nice and sociable kid, who dressed nice, and would do things for you if asked. [          ] stated that FELL wasn't a mouthy kid and described him as a clean cut kid. DEBRA FELL was last seen in her home when DONALD [          ] asked [          ] if she would take DONALD in. [          ] stated that she didn't have any room at her home so FELL arrived with his clothing [          ] stated that he was family, therefore, she told him to help himself to any food in the refrigerator.

b6
b7C

[          ] advised that FELL played the guitar with songs he heard on the radio. FELL stated that he wanted to go away and start a band with his other buddies who played instruments. [          ] stated that when FELL stayed with her, he was good. She recalled that FELL once built her a swing in the back yard. She recalled one incident when the phone rang and [          ] LAST NAME UNKNOWN (LNU), asked for DONALD. FELL went with [          ] and did not return until later that evening. On that occasion, FELL crawled in an upstairs window even though he had a house key. Additionally, he climbed out the same window to exit the house. [          ] daughter, [          ] asked him about it, but she did not remember his response.

b6
b7C

[          ] recalled that one of FELL's friends, ROBERT LEE, came by one day when DONALD had gone to visit his mother in

b6
b7C

7A-AL-44453-302
-68

Investigation on   04/06/2005   at   Wilkes-Barre, PA

File #   7A-AL-44453   (SRA)-302  - 68

Date dictated   04/08/2005

b6
b7C

by   SA [          ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.   Southerton  fell

wan

FELL-00001340

.FD-302a (Rev. 10-6-95)

7A-AL-44453 (SRA)

Continuation of FD-302 of _____ , On 04/06/2005 , Page ___2___   b6
                                                                                            b7C

Vermont.  She stated that DONALD had a bag of change and that DONNY
told him he could take some of it.

      [____] advised that she and [_____] took
DONNY to Vermont, exact date not recalled, to visit his mother,   b6
DEBRA. [_____] put his clothes in the car and DONALD sat in the   b7C
backseat and read a paperback book. [____] told DONALD, "Remember
treat your mother good."

      [____] recalled that there was trouble between DEBRA FELL
and her mother, THERESA SHARPE. [_____] stated that she envied DEBRA
FELL.  DEBRA worked hard and handed her pay over to her mother.
There was always friction between the two. [____] recalled that
DONALD FELL was once sent to ST. MICHAEL'S SCHOOL because THERESA
SHARPE was having trouble with him.  She couldn't keep him any
longer.  THERESA SHARPE kept DONALD [_____] at home.  In
[____] opinion, the grandmother, THERESA SHARPE, should have kept
both children. [____] described DEBRA FELL as a good mother, who   b6
tried to keep her house together.  The kids were always well-   b7C
dressed and had enough food.  The kids lacked nothing in her
opinion and they had a T.V.  Additionally, they sat at a big table
where she baked. [____] recalled that DEBRA FELL once had a guy
with a broken leg who resided with her.  She believed his leg
injury was caused by being hit by a car.  She could not recall this
man's name.

      [____] stated that when DEBRA FELL went to Vermont, [____]
was mad at DEBRA's mother for disrupting the household.  THERESA   b6
SHARPE and DEBRA FELL were always arguing.  When DONALD FELL was   b7C
sent to ST. MICHAEL'S SCHOOL, DEBRA had to go to jail or pay a fine
every time DONALD missed a school day.

      [____] stated that she did not know DONALD FELL's friends.
She recalled that DEBRA FELL had a nice three bedroom apartment in
Vermont that was clean and nice.  She worked at PRICE CHOPPER and   b6
also at a hotel in Vermont.   b7C