CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH:

WORKER: Marsh P.D. Leima

CONTACTS

1. ) GOAL OF CONTACT: (PURPOSE)
2. ) OUTCOME: (WHAT TRANSPIRED)

Date: 3/3/42

Location: Home

Who Seen:
Debbie
Teri
Danny
+ ?
Lenny?

1. ) Unannounced Visit

2. ) As wkr walked into the front yard - Danny was coming out of the front door - he looked at wkr + then turned around + went back inside.
— wkr then knocked on the door - she could hear Debbie yelling - Debbie let wkr in + they went into the living room - where Teri was sitting on the end of a guy named Lenny + she was crying. She said Danny just hit her.

FELL-00001899

P2

CASE NUMBER:         MONTH:

CLIENT NAME:        WORKER:

ADDRESS:    _Fell_ 3/3

| CONTACTS | 1. )   GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. )   OUTCOME: (WHAT TRANSPIRED) |
| Date: | 1. ) |
| Location: | |
| Who Seen: | 2. ) |

2 beers w/ Lenny, but that they were going to take the kids to McDonald's for dinner.

Claims she hasn't really been dating.

— Stopped going to Wyoming Valley D+A
— but said she would call them to
~~at~~ schedule another appt.

FELL-00001900

# EXHIBIT 168

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: April

WORKER: D. Sterman

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE)<br>2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: 4/20/92<br>Location: Ben Hos.<br>Who Seen:<br><br>Denny | 1. ) To find out how Denny was doing.<br><br>2. ) We met w/ Denny. He said him & his mom fight a lot. — Wants his mom to stop yelling at him — says that's all she does. — Dr. suggested mom not visit this first week. — He did see her briefly yesterday. & has a family session this week.<br><br>Claims everything else at home is fine. — We asked a/b him |

FELL-00001901

fighting w/ Lexi + hitting her.

- He downplayed hitting + said
she was lying a/b it a lot
of the time.

He said he just wants his
mum to stop yelling.

We told him she would be
talking w/ his mum soon.

FELL-00001902

# EXHIBIT 169

# INTENTIONALLY LEFT BLANK

FELL-00001903

# EXHIBIT 170

**IS T**
**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL. DONALD
3A23895                383700
012693 0521P    12Y  043080
FEUSSNER. A           824-5842
REDACTED - FELL
WILKES BARFE              PA M S
000

I-766-2

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/9 | 5 | Flwp note | [illegible handwritten note] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| 1-8-93 | 12 | [illegible] | Appeared to sleep as observed [illegible] |
| 1-27-93 | 10pm | Chap | [illegible handwritten note] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| | | | [illegible] |
| 1-27-93 | | SWP | Cpl. on level 5 I. Silly and talkative, seeks of a male peer. No major behavior problems. Poor concentration in group. [illegible] carries much [illegible] poor [illegible] |

FELL-00001904

FELL. DONALD
3A23895                          383700
012693 0574P    12Y    043080
FEUSSNER. JA            824-5842
REDACTED - FELL
WILKES BARRE  ,         PA  H S
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 12793 | 4:00 pm | 5010 | Donald _(illegible handwritten progress note)_ |

_(The remainder of the entry is handwritten and largely illegible, describing the patient's statements about not getting along with his stepfather, school, grades, an argument, and related matters.)_

Formulated: April, 1988

FELL-00001905

FELL. DONALD
3823895          383700
012693  0524P    12Y  013080
FFUSSNER. JA          821-5842
REDACTED - FELL
WILKES BARRE              PI H S
000

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/27 | 400 12 30 | M.H.W. notes | Pt remains on level S-1. He was [illegible] for a great part of the night. [illegible] part in all activities with ample participation. He occupied his free time by playing cards and interacting with his peers. In group, he spoke about the reasons that [illegible]. [illegible] the [illegible] and did not see the [illegible] of the behavior. He became [illegible] when [illegible] with the [illegible] of [illegible] placed away from his [illegible]. He admitted being out of control. He told [illegible]. — T.P.St. [illegible] |
| 1-28 93 | 125 | M.H.W. | Appeared to sleep as observed @ 15 min. — [illegible signature] |
| 1-28 | 1 30 pm | [illegible] | Donald stated that if he continues to be [illegible] he [illegible] with [illegible] friends [illegible] into more trouble. He stated however he will behave appropriately, as well he has to do to is come home on time, go to school & [illegible] more [illegible]. — [illegible] therapist |

FELL-00001906

FELL, DONALD
3823895
012693 0524P      383700
                  12Y  043080
FEUSSNER, JA         824-5842
REDACTED - FELL
WILKES BARRE         PA MS
000

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/26/93 | 5pm | | please see nurses note _(illegible signature)_ |
| 1/26/93 | 3:2_ | | Donald participated during educa- tion. He read well and was cooperative. When I asked him _(illegible)_ questions he acted as if he couldn't understand why he gets in trouble at school. I spoke to his guidance counselor, who mentioned that Donald has to be watched every minute. ———— Mary O'Hearn, Teacher |
| 1/28/93 | 4:15 | short note | Pt on level S-1. Had his H and P done this evening by the pediatrician. Relates little when not with a particular peer. Playing cards with peers during free time. Had family session this evening and was disrespectful + manipulative toward mom. Had snacks and went to bed without difficulty. ——— Teng P. Lazzaro, RN |
| 1/29/93 | 12p | (therap) | _(illegible)_ stated he _(illegible)_ his need to talk _(illegible)_ to his parents (mom & boyfriend) _(illegible)_ not have an attitude. He _(illegible)_ because against _(illegible)_ He admits some of his are negative influences. ——— Suzanne N. Smith, therapist |

Formulated: April, 1988

FELL-00001907

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL
WILKES BARRE
KOO
PA

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1/27/93 | 8:00-10:30 | MHW | Donald had select peer interaction throughout the day. Patient cooperative with unit routine. Donald participated during art group. Donald remains on level S-1 with Q15 minute checks done throughout the shift. [signature] |
| 1/27/93 | 4:00 | education | Donald entered the program during education and was attentive. He participated during art and was cooperative. Mary O'[___] teacher |
| 1/27/93 | [___] | MHW | Patient remains on level S-1. Appetite good for dinner. Participated in education, patient appears restless during education. However he did complete his assignment. [___] no visitors or phone calls this evening. [___] patient shows poor insight into his problem areas. Ate snack and enjoyed watching movie with peers before bedtime. Off to bed 10 pm without problems. Now at 12:30 am patient resting quietly at this time. [signature] MHW |

FELL-00001908

FELL, DONALD
REDACTED - FELL
WILKES BARRE
COO

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 1-30-93 | 12MN 8:30 | MHW | _[illegible handwriting]_ |
| 1/30/93 | 6AM 4:30pm | RN | please see nurses notes Audrey Barber |
| 1-30-93 | 12:30am | MHW | Patient remains on level 5-1, needed _[illegible]_ for illness during free time. Participated in education. He _[illegible]_ the assignment without problems. Had no visitor or phone calls this evening. In group he states that he has not talked with his mother since family session. Ate snack and watched a movie before bedtime. 11pm - 12pm Patient resting quietly at this time. _[illegible signature]_ |
| 1-31-93 | 12MN 8:30 | MHW | _[illegible handwriting]_ |
| 1/31/93 | 8AM 4:30pm | RN | please see nurses notes Audrey Barber |
| 1/31/93 | 4-11:2 | Night Nite | _[illegible handwriting]_ |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3873895
C12693 0524P    121   383700
                            043080
REDACTED - FELL 824-5842
WILKES BARRE           PA H S

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/1/93 | | | (illegible) |
| 2/1/93 | 730 | Sh/6 | Pt. ↑ to level C today. Attended Community meeting and had complete goal for the day. Complimented on getting only 2 points p̄ incident yesterday. Ag meaning. Pt. is bright, pleasant and social. Somewhat silly at times But Easily redirected. Attends all groups and activities. (illegible) hm/lw |
| 2/1/93 | | | Donna at first couldn't think of (illegible) who is her role model. (illegible) she finally thought of her grandma. She states she is a great listener & is a poster mom herself. She states she is a nice lady & will always listen to her problems. Suzanne D, Sarah (illegible) please see nurses note. Anda, Bonita |
| 2/1/93 | | | |
| 2/1/93 | 2:57 | education | Donald participated during education and art and did well. Mary O'(illegible), Teacher |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
REDACTED - FELL
WILKES BARRE        PA M S

| Date | Time | Heading | |
|------|------|---------|---|
| '08/93 | 5p | Fac. | Out of sequence: Developed Treatment plan with patient. Following this. Reviewed plan. Pt appeared unmotivated & suicide. — Rob Tuzzds MA — |
| 1/4/93 | 3pm | Ind. | Discussed how he hopes to convince his family into taking him home. Pt feels his doing better on the unit but isn't sure this is enough to convince them he's doing better. Don also talked about his sister/mom/grand-mother. He feels his grandmother could assist his mom in watching him & to keeping him out of trouble. Rob Tuzds MA |
| 2/1/93 | 4:00 | Mtal | Donald disruptive and in need of several time outs. Patient shows no focus on treatment issues. Patient demanding and argumentive at bedtime. Donald remains on level C, at this time. Sr. ___ mtal |
| '93 | 12 | Mtal | Appeared to sleep as observed q 1/2°. — Share Jones mtal |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD

REDACTED - FELL

PA  M  S

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/2/93 | 11:30 pm | [illegible] | Donald states that he does want to go home but states that he hopes he can convince his mother that he will probably have to go to partial hospitalization which he would rather stay in outpatient with the hope. However, he states he will get it if he does well. [illegible] |
| 2/6/93 | 8:4:30 | [illegible] | [illegible] |
| 2/6/93 | 2:21 | [illegible] | Donald participated during education and art and was cooperative. However, one female peer seems to get on his nerves and he may lose his temper with her if they are careful. ———— Mary O'[illegible] Teacher |
| 2/2/93 | 7:02 pm | [illegible] | [illegible] was cooperative and pleasant tonight. However, he did not complete [illegible]. He [illegible] his treatment plan with staff. He still [illegible] that he [illegible] be sure he has [illegible]. He said he never [illegible] his [illegible] with [illegible]. [illegible] he [illegible] he wants to go home with them. Tim [illegible] M V [illegible] |

FELL-00001912

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-93 | 10:- | MHW | Appeared to sleep as observed q 1/2° ———— (share Jones MHW) |
| 2/3/93 | 12:3pm | Group | Talked about the upcomming family session — pt admits not thinking much about family session — being thinking about goals etc Incouraged to talk e staff before the session & prepare himself. — Rob, _____ MA |
| 2/3/93 | 1:30p | Ind | Talking c pt about what to want to do or what he hope will happen in upcomming family session. Encouraged to write down what he hope will happen in family session as well as any note to her self of things he hope to remember. — Rob ____ MA |
| 2/3/93 | 2:16 | Education | _____ attended the _____ during education and _____ generally cooperative the _____ act etc to room restrictions. — Mary _____ _____ |
| 2/3/93 | 8:00-9:30 | S.H | Pt on level C. On room restriction due to incomplete goal. Worked on new goal and school work. Out for Groups. — D. Smith |

Formulated: April, 1988

**VILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-3-9 | 4300 10:20 | m.w. | Donald remained on non-restriction for his incomplete goals. Patient had a family session this evening. Patient cooperative at bedtime. Donald remains on Level C at this time. — Anne Moran RN MSN |
| 2.4.95 | 1:50 | m.w. | [illegible] [illegible] [illegible] |
| 2/4/92 | 3:51 | counselor | Donald participated during education and act and was generally cooperative. However, he did get into an argument with a peer with whom he would not allow to speak. — Mary O'Hara RN [illegible] |
| 2/1/5 | 8:30 | other | Donald Level C — Participated in all groups. Was disruptive in group II, gave peers [illegible] also a time out, dealt with peer playing [illegible] fell [illegible] — Maude Henry MHW |
|  |  |  |  |
|  |  |  |  |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3423895
012693 0524P      12Y    383700
FEHSSNER, JR              043980
                          824-5847
REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/4/93 | 12:30p | Group | *(illegible handwritten entry)* ... R. [illegible] G. MD. |
| 2/4/93 | 1:30p | Indiv | *(illegible handwritten entry)* ... MD. |
| 2/4/93 | 12:00 sc | Milieu | *(illegible handwritten entry)* ... Teresa M. Baldwin RN |
| 2-5-93 | 12 MN 8:30 | BMHW | *(illegible handwritten entry)* ... J. W. Yanac[?] RN |
| 2/5/93 | 8-4 | Shift Note | *(illegible handwritten entry)* ... RN f. Superior |

Formulated: April, 1983
Form #: 4500.204.88

REDACTED - FELL

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 25/2 | | MHW | Participated in group therapy, ate snack and enjoyed watching movie with peers before bed time. Patient did not approach staff to review his goal or if done this evening. 11pm - 7am patient resting quietly at this time. ___ ___ MHW |
| 2-6-93 | 12:8?m | R.A. | cocaine ___ ___ B. ___ |
| 2-6-93 | 8:00 4:30 | MHW | Donald ___ C - Bright, pleasant, attended community meeting. Work on goal one free time. Participated in Art group. Watched movie with staff and peers. ___ ___ MHW |
| 2/6/93 | 4:00 1:30 | MHW note | Pt remain on ___ C. ___ Bright and cooperative tonight. He took an active part in all groups. Pt also stated that he wants to go home. He said he is sure he was ready to take his home. He said that when he goes home, he has to prove himself to the ___. He has to follow ___ and change his attitude towards her. ___ MHW |

Formulated: April, 1988
Form #: 4500.204.88

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/1/82 | 4:03 | Education | [illegible] participated during education but complained that he didn't like the [illegible] [illegible]. He [illegible] he is [illegible] "[illegible]" numbers at school. He seemed to have a [illegible] negative attitude. Perhaps he is somewhat influenced by older male peers due to the [illegible] and [illegible]. Mary O'[illegible] leader |
| 2/5/82 | 12:30p | Group | Discussed [illegible] [illegible] his family is [illegible] [illegible]. [illegible] [illegible] [illegible] the group. [illegible] indicated things were better & he was working on issues. [illegible] Taylor MD |
| 4/1/82 | 3p | Ind | Pt. repeatedly reminded about [illegible] around too much c peers — Pt continues to hang around c such. [illegible] MD |
| 2-5-82 | 4:00pm 7:00pm | MHW | Patient remains on level C. [illegible] dinner at 4:30pm - 7pm. Participated education with much encouragement. Patient had no visitor or phone calls. [illegible] MHW |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
383700
12Y  043080
824-5842
REDACTED - FELL
WILKES BARRE          PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/8/93 | 3:28 | EDUCATION | Donald participated during education. He did well and was cooperative. ——— Mary O'Hare, Teacher |
| 2/8/93 | 12:00 | Group | Talked c̄ group about what they hoped the future would hold for them. Don hoped to be a chemist because he liked mixing things. He also talked about being a chief. He also discussed about getting married & having someplace nice to live. His plans seem logical & well thought out for a 12 yo. ——— Ned [___] M.A. |
| 2-8-93 | 4:00 - 10:00 pm | B/W | Please see nurses notes. ——— Rose [___] |
| 2-9-93 | 12 mid. | MSW | Pt. [___] to therapy expectations noted re: early [___] [___] incident. ——— Sheryl [___] MSW |
| 2/9/93 | 12:30 a | Group | Talked about how peers can influence behavior if you'd like it or not. Don admitted to being influenced by friends — e.g. cursing. Don would like to change his attitude about staying out later than curfew. Don claims to have a friend who goes to movies & [___] he could spend more time [___] this friend. ——— Robt [___] M.A. |

Formulated: April, 1988
Form #: 4500.204.88

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
.A23895                     383700
C 2193 0524P   12Y  043080
            424-5842

REDACTED - FELL

| Date | Time | Heading | |
|------|------|---------|---|
| 2-7-93 | 12 | nurse | Dr. Di Prinzio — Sharon Norman |
| 2-7-93 | 4:30 | MHW | Donald level B. Bright, pleasant, participated in community meeting. Did goal on free time. Reviewed treatment plan with staff. Watered movie with peers and staff. Visit with mother, visit went well. No behavior problems. — Mark Doran MHW |
| 2/7/93 | 4:00 12:30 | MHW rcle | Pt is on Level B. He was bright and cheerful tonight. He needed redirection for some needs. He talks peer to peer to shuffling. He did socialize with the other peers and he took an active role in the core group. During the free time he kept busy playing cards with his peers. During the course of the night he had a bloody nose. It said it just happened. — TJ Elias MHW |
| 2-8-93 | 12mn 1:30 | MHW | Vital signs and sleep respirations noted as before. 1:15 AM care completed — incident. — Steve Janovic MHW |

FELL, DONALD
3425895
C12693 0524P   12Y   043080   383700
FEUSSNER, JA   824-5842
REDACTED - FELL
WILKES BARRE   PA M S
000

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 3/10/93 | 5:50p | Fell | A fellow pts mom told him that his mom was afraid of him — he's said his mother hadn't told him that at all. The fellow pts. mom, this mom talk at length here. Pt. claims he's doing better, controlling his temper although he admits he still isn't as good as he'd like. — He wants to be discharged soon, tho — R.S. (Feldman) |
| 3/10/93 | 10:30p | group | Talking about what he plans to say in Fam. session tonight. ① wants to tell everyone about how he wants to go home ASAP. ② wants to talk about the meds (he feels better 2 th). ③ wants to tell them his attitude is changing. ④ He wants to tell them how he plans to do better in school. — R.V. (illegible) mss |
| 3/10/93 | 4:00 10:30 | milieu | Donald participated during education this evening. Patient had select peer interaction. Patient had family session, was dropped to level C. — (illegible signature) |

Formulated: April, 1988

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL. DONALD
3823805                383700
(17673 0524P   121   043090
TEUSSNER. JA         824-5842
REDACTED - FELL
WILKES BARRE         PA H S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/7 83 | 8:00 4:30 | M.H.W | Donald level B. Participated in all groups. Showing positive behavior this afternoon. Given time out. — Maude _____ |
| 3/9/83 | 7:30 | m.h.w | Donald participated in unit activities. Patient had select peer interaction on his time. Patient required his treatment with staff. Patient did not have any questions this evening. Donald remains on level B at this time. — _____ |
| 2/10/83 | 12:? | m.h.w | Appeared to sleep as observed q/h. — _____ |
| 2/10/93 | 3:40 | education | Donald participated during education and act and was generally cooperative. — Mary O'Kerry Teacher |
| 2/? | 9:?0 | staff | _____ |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)



FELL, DONALD
3825895
612693  0524P    12Y    383700
                          043080
REDACTED - FELL    824-5842
WILKES BARRE    PA M S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/11/93 | 4:00 15:30 | MHW | Donald disruptive and refusing redirection + was given a time out. Patient shows no focus on treatment issues. Patient disrespectful and disruptive at bedtime. Donald cursing at staff. Patient accumulated ten points by bedtime. Donald remains on level C at this time. _Irene Marcinkowski_ |
| 2-14/93 | 12⁵/₈ | MHW | Appeared asleep as observed 9 ½° —— _Sharon Foxesmore_ |
| 2/14/93 | 12:34p | Group | ① Discussed how pt. continues bad beh. as almost a bad habit. During the rest of group pt. got upset @ a peer & gave a nasty look — it was pointed out that pt. was doing exactly what he wanted to work on — pt. stopped as soon as this was pointed out & admitted to the mistake. He continues to insist he can change while on the unit. — _____ |
| 2/15/93 | 8:00 4:30 | MHW | Donald level C. — Participated in all groups and activities. Better behavior today. Working on goals on full-time. — _Maude_ |

Formulated: April, 1988

FELL-00001922

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 0524P    12Y    383700
FEDERAL    043080
REDACTED - FELL 824-5842
WILKES BARRE    PA M S
COD

| Date | Time | Heading | Comments |
|---|---|---|---|
| 3/11/93 | 2:12 | | Donald participated during educa- tion and art and was cooperative. — Mary O'Kaurns, Teacher |
| 2/11/93 | | | [illegible] |
| 2/11/93 | 10:p | Grp | Talked about how poorly his group session went — emphasized how difficult it would be in placement - Peer told him about placement. Explained how pt. might have been sincere in group session but did not appear [illegible]. — R. [illegible] MA |
| 2/4/93 | 4p | Ind | Talked about how pt. may need placement to separate his family. Told pt. did work ō him but how ō think he's heading for trouble ō any placement. Pt insists he'll be well past MA. Claims he wants to tell his mom to take everything away before he goes. Wants to help rehabilitate him. Still wants to hang around with [illegible] friends (13yof who drink alcohol). — R.S.[illegible] MA |

FELL, DONALD
3A23895
C12693 0524P      12Y   383700
TEUSSNER, JA          043080
REDACTED - FELL       824-5842
WILKES BARRE      ⌐A H S
000

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

**(Interdisciplinary Progress Record)**

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/13/9 | 4-12 | Shift note | *[handwritten clinical note, largely illegible]* |
| 2/14 | 12:00 | Shift | *[handwritten note, largely illegible]* |
| 2-14-9 | 8:00 4:30 | Shift | *[handwritten note, largely illegible]* |

Formulated: April, 1988

FELL-00001924

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3623895                    383700
C:2693 0524P   12Y  043080
EPUCCUED   "       024-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/12/93 | 3:16 | *(illegible)* | Donald watched the movie and seemed to enjoy it. He was cooperative. *(illegible signature)* Mary Corkaine, Teacher |
| 2/12/93 | *(illegible)* | MHW | Patient on level C, he was cooperative on room restriction. Completely *(illegible)* went during education without problems. Patient had no visitor this evening. Participated in group and ate another *(illegible)* 8pm. 10pm. Patient out of room restriction playing card games with peers before bedtime. *(illegible)* to bed at 10:30. No behavior problem noted this shift. *(illegible)* MHW |
| 2/13/93 | 12 *(illegible)* 7:30n | Shift | Please refer to nurse's note. *(illegible)* Koonly *(illegible)* |
| 2/13/93 | 7:00 7:30 | Sh. | Pt. on level C. Pt. did *(illegible)* great job on *(illegible)* yesterday for! Talked about putting this into action. Spoke in group about why he is not *(illegible)*. And *(illegible)* he could be. *(illegible)* MHW |

FELL-00001925

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
1823895
C12693  0524P   12Y  383700
FEUSSNER  IA         043080
REDACTED - FELL      24-5842
WILKES BARRE         PA  H  S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-16-93 | 12 MN 8:30 | MHW | See RN note. —————— ..... MHW |
| 2/16/93 | 12:30p | Group | Confronted about his behavior over the weekend. Don admits to still give nasty looks etc (his self described "attitude"). Pt emphizing he has changed but has little to offer in terms of support of this position. After a short discussion pt was sent to his room — he became upset & said something under his breath as he walked away. —————— R.W........ RN — |
| 2/16/93 | 2:3p | Ind | Went to discuss c pt how he continues to display the very attitude he claims to be changing. Pt. admitted his behavior put his position in a bad light. —————— R.L...... MD — |
| 2/16/93 | 3:15 | Education | Donald participated during education and was cooperative —————— Mary O'Learny, teacher |
| 2/17/93 | 8:00 11:30 | MHW | Don level C — attended all groups and activities. Was timed-out in group due to attitude. Social with peers. — Maude Avery MHW |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693  05:4P    12Y    383700
                         043080
REDACTED - FELL 824-5842
WILKES BARRE          PA  M S
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/14 | 4-12³⁴ | Shift note | [illegible handwritten] |
| 2-15 | 12 | MNW | Appears to sleep and refused c.½° — [illegible] MNW |
| 2/15 | 9⁴⁰ | [illegible] | Pt remains on Level C. [illegible] |
| 2/15 | 4-12 | Shift note | Pt on level C visited by his mother this evening [illegible] |

FELL-00001927

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895
012693 0524P    12Y 383700
FEUSSNER, JA        043080
                    824-5842
REDACTED - FELL
WILKES BARRE        PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| | | | Continued |
| 2/17/93 | 7:00 | nursing note | restrictions all night. He was sleeping in on with his peers all night. He said he was happy to see his mom and he wants to go home with her. He said that he wants to improve his behavior. T. Jzell MHW |
| 2-18-93 | 12:P | MHW | Appeared to sleep as observed q 1/2°. —— Sharol Dress MHW |
| 2/10/93 | 12:41 | education | Donald participated during education and was cooperative. —— Mary O____ teacher |
| 2-18-93 | 3:P | discharge | Donald states that he wants to go home with his parents. He states that he is going to behave at home because he doesn't want to come back here. He states that he can't going to hang around with negative peers again so ____ to partial hospitalization. Suzanne A ____ therapist —— |
| 2-18-93 | 8:00 4:3 | MHW | See BN note — Marvol Berry MHW |
| 2/18/93 | 4-12 | discharge note | On level B. Less disruptive and better behaved. Affect bright. Social with peers during special ____ problems were on ____ with his qualities. He is ____ involved with peers. Tony P ____ MHW |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3923895                    383700
C12693 0524P  12Y  343080
FEDERMER  14      421-5842
REDACTED - FELL
WILKES BARRE            PA M 8
000

| Date | Time | Heading | Comments |
|---|---|---|---|
| 2/16/93 | 12:20 | M.H.W. | Pt remains on Level C. He was social with his peers and staff. The pt. took part in all group activities. He did not receive any points tonight. He was very cooperative tonight. He completed his goal and reviewed his treatment plan. The pt. was not visited by anyone nor did he call his family. He said that he has to change his attitude before he can go home. — Thalita M.H.W. |
| 3-17-93 | | MHW | See RN note ———— S.R.Garon MHW |
| 2/17/93 | 10:30p | Group | Discussed where & why, he approved in of control. Pt admits he has a history of getting his own way & that things have changed at home — Does not sure why except that his mother just seems to be stopping his behavior. In process talked about people tend to blame others for problems in their past. Group encouraged to let patients what influenced their present ——— Patz ___ ___ |
| | | S.H | Please See RN Note. |
| 2/17/93 | 12:30 | m.H.w. | Pt was placed on Level B, he was visited by his mother bringing her and he also had a family session. The Pt. was on room continued 2/17/93  TZ 2/17/93 |

FELL-00001929

**WILKES-BARRE GENERAL HOSPITAL**
**ADOLESCENT PSYCHIATRIC UNIT**

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                    383700
012693 0524P   12Y  043080
FEUSSNER, JA      824-5842
REDACTED - FELL
WILKES BARRE              PA M 3
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2-20 93 | 12-8 | MHW | Appeared to sleep as observed q 1/2°. — Shari Jones MHW |
| 2-20 93 | 800 130 | MHW | Don level B - Participated in all groups and activities. Reviewed treatment plan with staff. Received his signature. Bright and social — Maude Gray MHW |
| 2/4/11 | 400 12:30 | MHW | Pt remain on level B. He does have all signature on his treatment plan. The pt did a good job tonight staying out of the silliness. He did a good job in all group activities. He was very helpful on the unit tonight. He was sweet with all peers and staff. — [illegible] MHW |
| 2-21 93 | 12-8 | MHW | Appeared to sleep as observed q 1/2°. — Shari Jones MHW |
| 2-21 93 | 800 130 | MHW | Don level A - Good behavior this shift. Bright, pleasant participated in all groups and activities. Social with peers and staff. Did goal on free-time — Maude Gray MHW |

Formulated: April, 1988

FELL-00001930

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823A95
012693 0524P   12Y   383700
                      043080
EFUSSNER  JA          824-5842
REDACTED - FELL
WILKES-BARRE          PA MS
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/19/93 | 12:44m 8:30m | Shift | Please refer to nurse's notes. — Kathanine Konural, RN |
| 2/19/93 | 12p | Thong | Donald states that he is sorry for his past inappropriate acts & states he is trying to change. He admits to in the past doing inappropriate acts for fun such as throwing rocks in cars while going in cars... — Suzanne M. Smith, therapist |
| 2/19/93 | 4:10 | education | Donald participated during education and act and was cooperative. — Mary Manning, teacher |
| 2/19/93 | 4-15 | Shift note | ... — Tony Paul Lagase MD |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL: DONALD              383700
1A23895                12Y  043080
C12693 0524P              824-5842
FUSSNER. JA.    ET
REDACTED - FELL                PA M S
WILKES BARRE

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/22 93 | 4:00 10:30 | MHW | Donald participated in unit activities throughout the shift. Patient had selective peer interaction on free time. Donald did not have any visitors this evening. Patient remains on level A at this time. ——————— Jenny M [illegible] MHW |
| 2/23/93 | 12pm | IND | Discussed pts motivation — he wants he doing better — esp. with his treatment of his mother. Seems better able to follow direction. Chose to [washed] his to plan. He had it but it was in poor shape — will apor. made — agreed to get 3 signatures for staff [management], will watch for such. — [illegible] MA |
| 2-23-93 | 12 MN 6:30 | MHW | Pt appeared to sleep, precautions noted, as sleeping 1/2° PM care completed, no incident. — [illegible] MHW |
| 2-23-93 | 12:00p | Group | Donald participated in group, he verbalized how he needs to behave & suspect he acting different with he doesn't want to come back here again. Needed [illegible] appropriate action. Suzanne [illegible] [illegible] |

Formulated: April, 1988

FELL-00001932

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
1823895            383700
C12693 0524F   12Y  043080
CENSURED  11      A24-5842

REDACTED - FELL

WILKES BARRE          PA H S

COO

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/21/93 | 4:00 12:x | mltw note | Pt remains on Level A. He was bright and cheerful tonight. He took part in all group activities with very good participation. He was very social with all of his peers. He got completed his goal and several for treatment plan. He kept himself busy by playing cards and watching T.V. He said he is ready to go home with his mom. — [illegible] mltw |
| 2-22/93 | 12⁵/₈ | MHWr | Appeared to sleep as observed q1/2°. ——— [illegible] |
| 2-22-93 | 12³⁰ | [illegible] | Don listed positives or negatives about himself & how he feels others look at him the station. He can be [illegible] anxious to behave at home. He was appropriate & attentive in group discussion all night. refer to NSG notes. [illegible] |
| 2/22/93 | [illegible] | shift note | |
| 2/22/93 | 3:49 | education | Donald participated during education and art and was cooperative. ——— Mary O'Karma, Teacher |

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

FELL. DONALD
3823895
012693 0524P  12Y  043080
ECHSSNER  IA       824-5842

383700
REDACTED - FELL
WILKES BARRE
000

(Interdisciplinary Progress Record)

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/24/93 | 12:30 px | [illegible] | Donald states that he wants to go home & live with his mom. He states he will follow the rules at home, go to school, behave appropriately & not argue with his parents. He states he doesn't want to get into anymore trouble. He states he won't yell at his parents even if they yell at him — [illegible] Smith therapist |
| 2/24/93 | 3:10 | EDUCATION | Donald participated during education and was cooperative. He participated during art and was somewhat disrespectful with a staff member but later apologized. — Mary O'Karma teacher |
| 2/24/93 | 7:00 DET 30 | MHW | Donald had participated in unit activities. Patient had select peer interaction. Donald had a family session this evening. Donald remains on level A at this time. — [illegible] MHW |
| 2-25-93 | 12 MN 1:30 | MHW | See KN note. — [illegible] nurse |
| 2-25-93 | 12 [illegible] | [illegible] | Donald participated within group. He states he has changed & has gotten out of his poor attitude & judgment. — [illegible] Smith therapist |

Formulated: April, 1988

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, DONALD
3823895                           383700
C12693 0524P    12Y   043080
FEUSSNER, JA             824-5842
REDACTED - FELL
WILKES BARRE              PA M S
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/23/93 | 3:31 | EDUCATION | Donald participated during education and was cooperative. He watched the music program this afternoon and seemed to enjoy it. _____ Mary O'Burns, Teacher |
| 9/23/93 | 8pm 4:35 pm | RN | please see nurse notes and Kardex |
| 2/23/93 | 4-10³⁰ | dr note | [illegible] A. dressed with peers. Playing games with staff + peers. Appetite bright. Talked in group about wanting to go home. Cooperative toward staff + continues doing it. Judgment fair. Less understanding on his problems. _____ [illegible signature] |
| 2/24/93 | 12⁵ | MHHW | Appeared to sleep as observed 9½° _____ Sharon Hanson MHW |
| 2/23/93 | 9p | Ind | Out of sequence: Spoke c Donald about his need to continue working hard & not "slack off". He seems to be planning ahead — able to prepare himself for problems that might arise just like not being able to go out or getting a bad grade.) although planning for such, it remains positive. Comfortable about not talking c his therapist in the past. _____ [illegible signature] MA |

FELL-00001935

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)

FELL, CONALD
3823895                      383700
012693 0524P   12Y  043080
FENSSMER   IL          A94-5842
REDACTED - FELL
WILKES BARRE              PA M 9
000

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 2/x/93 | 4:00 1:52 | mHu note | *[handwritten text illegible]* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Formulated: April, 1988

FELL-00001936

WILKES-BARRE GENERAL HOSPITAL
ADOLESCENT PSYCHIATRIC UNIT

(Interdisciplinary Progress Record)



REDACTED - FELL

| Date | Time | Heading | Comments |
|------|------|---------|----------|
| 26 5/93 | 3:25 | education | Donald participated during education and watched the film this afternoon. He was cooperative and attentive. |
| | | | Mary O'Kawny, teacher |
| 3/4/93 | 800 1130 | MHW | See RN notes — Maude Teary, MHW |
| 2/25/93 | 4 N° | shift note | Pt on level A. Affect ____ pleasant, cooperative toward staff & unit routine. ____ appropriate ____ but was not allowed to due to restrictions requested by Dr. ____ group exercising health of ____ toward this ____ told staff that he would stay away from ____ and went to bed without difficulty. |
| | | | Tony ____ RN |
| 2/26/93 | 12 5 | MHW | Appeared to sleep as observed 9 1/2° — Grace Foxesman |
| 2/26/93 | 8am 4:30pm | RN | please see nurses notes Audrey Bartolini |
| 2/26/93 | 10pm | group | Donald was out on his home pass. Suzanne D. Smith, therapist |

FELL-00001937

# EXHIBIT 171

2430

REVISED 3/27/89

## LUZERNE COUNTY CHILDREN & YOUTH SERVICES
## CLIENT INFORMATION PROFILE

Page [   ] of [   ]

| CASE NAME: unknown | NEW CALL [ ] | NEW INCIDENT [ ] | UPDATE CALL* [ ] | DEO DATE [   ] |

| SCREEN WKR [ 605 ] | REFERRAL SOURCE CODE [ 01 ] | CALL STATUS [   ] | DISPOSITION |
| CALL NUMBER [   ] | REFERRAL AGY: _____ | ABUSE [ Y ] [X] | DATE ASSG'D [   ] |
| DATE OF CALL [ 4/18 ] | CALLER: ▮▮▮▮▮ | RESPONSE LEVEL [   ] | CASE WORKER [   ] |
| TIME OF CALL [ 1825 ] A/P | ADDRESS: _____ | INTAKE WKR [   ] | CASE NO. [   ] |
| INCIDENT # [   ] | _____ | | MA NO. [   ] |
| CROSS REF. [   ] | TELEPHONE: _____ | | |
| Fell | REF REA 10 [ ] [ ] [ ] [ ] [ ] | | |

CALL STATUS: NEW CALL - 1st time family referred (ever), UPDATE CALL - Change data in call, (reference incident #) NEW INCIDENT - subsequential call on family (open or closed); case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother and line number of child's father. CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced). HC = Handicap (Y, N). SX = M, F, or U (unborn).

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | C | | unknown | | | 13y | m | | | | | |
| School District Code | | | Street Address  REDACTED - FELL  W-B | City | Co | Zip | Telephone Number  8245842 | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | C | | unknown | | | 10y | F | | | | | |
| School District Code | | | Street Address  same | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | m | | Fell | Debbie | | | | | | | | |
| School District Code | | | Street Address  same | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

| L | RT | Parents M F | Last Name, | First Name | MI | DOB | SX | SSN | R | RE | MS | HC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | |
| School District Code | | | Street Address | City | Co | Zip | Telephone Number | | Childline #  Type [   ] | | | CN |

FELL-00001938

Page II

**Screening Worker:** _____

**Case Name:** _unknown /Fell_

**Date of Call:** 4/18/93

**Helpline Worker:** _Mary Jo Mell_
Signature

**Time of Call:** _____ A  P   **Service: Phone: Hrs.:** _____ **Min.:** 30

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01 = Anonymous | 01 = Neglect/Physical | AF = Adoptive Father | 19-110 = Berwick Area |
| 02 = Child - Self Ref. | 02 = Neglect/Mistreat/Emot. | AM = Adoptive Mother | 40-140 = Crestwood Area |
| 03 = Perpetrator | 03 = Neglect/Environment | BRO = Brother | 40-160 = Dallas Area |
| 04 = Parent/Guardian | 04 = Neglect/Medical | C = Child | 40-260 = Greater Nanticoke |
| 05 = Sibling | 05 = Abandonment | COU = Cousin | 40-300 = Hanover Area |
| 06 = Relative | 06 = Inadequate/No House. | F = Father | 40-330 = Hazleton Area |
| 07 = Friend/Neighbor | 07 = Inadequate Supervision | GUA = Guardian | 40-390 = Lake Lehman |
| 08 = Babysitter | 08 = Parent/Child Conflict | HBM = Half-brother Mat. | 40-600 = Northwest Area |
| 09 = Landlord | 09 = Behavioral Problems | HBP = Half-brother Pat. | 40-660 = Pittston |
| 10 = Private Dr./Nurse | 10 = Community Problems | HSM = Half-sister Mat | 40-885 = Wilkes-Barre |
| 11 = Dentist | 11 = Conflict w/Law | HSP = Half-sister Pat | 40-920 = Wyoming Area |
| 12 = Private Psych/Psycho | 12 = Runaway | M = Mother | 40-930 = Wyoming Valley West |
| 13 = Public Health Dept. | 13 = School Prob./Truancy | MA = Maternal Aunt | 99-000 = Other (Out of State) |
| 14 = Hospital | 14 = School Prob./Behavior | MC = Maternal Cousin | |
| 15 = Law Enforce. Agency | 15 = Drug/Alcohol Prob. | MGF = Maternal Grandfather | |
| 16 = School | 16 = Placement | MGM = Maternal Grandmother | (Circle One) |
| 17 = Day Care Staff | 17 = Day Care/Place Prevent. | MU = Maternal Uncle | |
| 18 = Clergy | 18 = Court Ordered Superv. | O = Other (Not a Relative) | Placement Resolved |
| 19 = Residential Fac | 19 = Medical Clearance | OR = Other Relative | |
| 20 = Coroner | 20 = Home Study | PA = Paternal Aunt | Vol.    C.O.    P.C. |
| 21 = Courts | 21 = Teenage Pregnancy | PAR = Paramour | |
| 22 = Pub. MH/MR Agency | 22 = Adoption Services | PC = Paternal Cousin | |
| 23 = Other Priv. Soc. Svcs. | 23 = Maternity Services | PE = Perpetrator | (Check One) |
| 24 = Other | 24 = Hospitalized Parent | PGF = Paternal Grandfather | |
| | 25 = Information/Referral | PGM = Paternal Grandmother | WI - Worker Informed ☐ |
| | 26 = Inappropriate Discip. | PU = Paternal Uncle | |
| | 27 = Other | SB = Step-brother | WP - Worker Phone ☐ |
| | 28 = Protective Services* | SF = Step-father | |
| | | SIS = Sister | Contact with Supv. ☐ |
| | | SM = Stepmother | |
| | | SS = Step-sister | Supv. Out ☐ |
| ACTIVE WORKER: _____ | | | |
| | | | Supv. Phone Work ☐ |

**Problem Identified by Referral Source: (Include information on prior ChildLine Numbers)**

Childline/Lori Deck/General report: [redacted] reports that two children given as age boy 11 yrs, girl Terri 9 yrs were home alone last night all night and car still has not returned. Parents appeared drunk when they left last night. Childline did not have family name or phone number. I cross referenced the address and found number and mother's name to be Debbie Fell. I contacted mother who was home. She states that she has been home all night, her car is not infront of house. Her children are age 10 yrs and 13 yrs. Gi. was at her girlfriend's house last night. Mother was home with son. Report to be filed monday am.

TERMINAL  APR 19 1993

CARDS _yes_

PLANNERS _no_

C. P. S. _no_

FILE ROOM _yes_

FELL-00001939

# EXHIBIT 172

CONTACT SHEET

CASE NUMBER:                                    MONTH: April

CLIENT NAME: Fell                              WORKER: DiGeura

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE) |
|---|---|
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 4/20/93
Location: phone
Who Seen: Al

1. ) To talk to Debbie ab the referual.

2. ) Debbie working full time — not home til after 3:30, also left a message.

4/22/93
phone
Deb

1.) Deb called who back.

2.) She explained that on Friday night she did have a few friends over, but both kids were staying overnight at friend's house (Terri stayed all weekend). — They had a few beers. — Then on Sat. Ken + Al went looking for places to camp — He got home ab 11am +

Donny had just gotten home, then they went to bed.   - a/s 4 am a friend called + asked Al to pick her up b/c his car broke down. - Then helpline called her a/s 5:30 am checking to see if she was home b/c she had gotten a call.

Debbie denies any probs. w/ drinking. Feels it was her mom or sister who made the referral.

FELL-00001941

# EXHIBIT 173

Print Key Output                                                    Pag

CITIWB

Display Device . . . . . . . . . . . . : B4
User . . . . . . . . . . . . . : MAXX

REVIEW                          POLICE INFORMATION                          01/26/
PSTOYS-15                  Maintain Incident Information
Incident ID: R 13 B10?305     Segment . : AC ACTIVITY
Type . . . . . . . :              Occur . . . . . :
Name . . . . . . . :

Activity Information
Location . . : REDACTED - FELL                       WB Zone/Sector . : 5
Activity . : 1090 ATTMP DOCT    Priority . : 3   Disposition . : 25   CONP
                Received    Dispatched    Arrived    Cleared
Date . . . . . . . . . : 051093      051093       051093     051093
Time . . . . . . . . . : 0449        0449         0457       0523
Complainant . : REDACTED - FELL                    Received . : TELE TELE
Com Loc . . : REDACTED - FELL                       WB Phon :              RcdBy :
Off Assn . . . . : 818   CORHAM                     Primary Unit . : 5
Off Assn . . . . :                                  Backup Units . : 338
Remarks . . . . . : 1098
Description . : COMPLAINANT STATED HER SON WAS NEXT DOOR AT A RELATIVES H
AND WOULD NOT LET HIM COME HOME.  THE OFFICERS CONTACTED THE PEOPLE IN
QUESTION AND THE SON WAS NOT AT THEIR HOME.  AFER CHECKING THE (CONT F1(

HELP     F3=Exit    F5=Options    F8=Retain    F10=Narrative    F24=More K

FELL-00001942

Print Key Output                                    Page

Display Device                    By
User . . . . . . . . . . . . . : MARK

REVIEW                      POLICE INFORMATION                        01/26/0
PSIG1S-18                  Maintain Incident Information

Incident ID . . R 93 E10930S    Segment . . . AC ACTIVE
Type. . . . . . . :            Ucat. . . . . :
Name. . . . . . . :

Activity Additional Information
SONS BEDROOM HE WAS FOUND TO BE ASLEEP AND HIS MOTHER WAS
INTOXICATED

HELP    F3=Exit    F5=Options    F6=Retain    F12=Previous

FELL-00001943

Print Key Output                                          Page

Display Device . . . . . . . . . . B4
User . . . . . . . . . . . . . . MARK

REVIEW                    POLICE INFORMATION                      01/26/0

Maintain Incident Information

Incident ID. R   1209306     Segment. FP PERSONS
Type........:              Occur......:
Name........: FELL            DEBROAH

Persons Information

Invol Code..: COMP  COMPLAINTANT Status...
Name-L,F,MI: FELL              DEBROAH              DOB
Address1...: REDACTED - FELL          Address2:
City........: WB                     State...: PA Zip.:
Phone.......:              Ext.:      Drv Lic.:              State
Empl/School:                  Phone..:                   Ext.:
SEX........:          RACE........:
AGE........:
Remarks....: REPORT OF MISSING PERSON, UNFOUNDED, SON WAS HOME.

HELP    F3=Exit    F6=Options    F8=Retain    F10=Phys Desc    F24=More Ke

FELL-00001944

# EXHIBIT 174

# INTENTIONALLY LEFT BLANK

FELL-00001945 - FELL-00001984

# EXHIBIT 175

WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT
TREATMENT TEAM MEETING RECORD

PATIENT NAME: _____

ADMISSION DATE: _____

FELL, DONALD
3875499                  383700
C60693 0936P   13Y   0430AC
FEUSSNER, JA          824-5842
REDACTED - FELL
WILKES BARRE          P4 - S
000



| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 6/8/93 | | Nsg: SI. contact isolation because of head lice, cooperative + polite to staff, working on treatment issues. states he was upset c his sister. not his mom. Therapy - Developing treatment plan. Education - missed due to isolation M.D. expect him with his behavior | Audrey Barto, ... Mary O'Keeffe, RN Director ... J... Chapman ... Suzanne N. Barton, Therapist |

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| | | Nsg: level S-1. Sneaky c peers/disrespectful no problem - unfocused on treatment. Ed: Somewhat disrespectful but did participate. Therapy: Reviewed Tx plan. Family session scheduled for today. M.D. continue to adjust meds | Rob Kickliff, MD Wendy Camillo, RN Suzanne N. Barton, Therapist Mary O'Keeffe, RN Director |

FELL-00001985

FELL, DONALD
3875499
C60693 0936P     383700
FEUSSNER    131 043080
REDACTED - FELL
WILKES BARRE
000



WILKES-BARRE GENERAL HOSPITAL ADOLESCENT PSYCHIATRIC UNIT
TREATMENT TEAM MEETING RECORD

PATIENT NAME: _____

ADMISSION DATE: _____

FELL. DONALD
3875490
060693 0936P    13Y    383700
FEUSSNER. JA    043080
REDACTED - FELL    824-5842
E.. WILKES BARRE    PA N S
000

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|
| 93 | Same as above | *(handwritten notes)* | *(signatures)* |
| | Same as above | *(handwritten notes)* | *(signatures)* |

FELL-00001987

FELL, DONALD
3875499
060693 0936P  131  303700
FEUSSNER, JA       043080
REDACTED - FELL    824-5842
WILKES BARRE              PA B S
000



| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|

| REVIEW DATE | PROBLEM/NEEDS | TEAM INPUT/PLAN | FULL SIGNATURE/TITLE |
|---|---|---|---|

FORMULATED: OCTOBER 1989
FORM #, 4500   8-91
REVISED FE   RY 15, 1991

FELL-00001988

# EXHIBIT 176

RAYMOND G. OSTROWSKI
Chief Deputy

REAL ESTATE DIVISION
LT CAROL ROMAN
BARBARA JAVICK

CIVIL DIVISION
CHIEF CLERK
ROSEMARIE BICHLER
LAURA CHOPICK
CAROL BENFANTE

SOLICITOR
ANTHONY J. LUPAS

# Office of the Sheriff

**Luzerne County, Pennsylvania 18711**



## FRANK J. JAGODINSKI, SHERIFF
WILKES-BARRE, PENNSYLVANIA

CIVIL & CRIMINAL DIVISION
CAPT. DON GODEK
LT. FELIX WAWER
CAS KIZIS
JOHN WASSIL
SAM SALVO

IDENTIFICATION DIVISION
ERIN JOYCE
· GARY LOUGHNEY
THERESA LICATA

(717) 825-1651
FAX # (717) 825-1849

## CAPIAS REPORT

NO & TERM/ ___1249 OF 93_____    JUDGE/ ___STEVENS_____

NAME/ ___JEANETTE BANAS_____         ALTERNATE ADDRESS

STREET/ REDACTED - FELL_ STREET/_____

TOWN/ ___WILKES-BARRE PA 18702_____    TOWN/_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REDACTED - FELL

SEX/ ___FEMALE___    RACE/_____    POB/_____    DOB

HGT/_____ WGT/_____ EYES/_____ HAIR/_____ SKIN/_____ SS#/_____

SCARS,MARKS & TATOOS/_____

_____

___FTA FOR GUILTY PLEA    ORIG CHGS DUI_____

EMPLOYERS NAME & ADDRESS/_____

_____

DATE RECEIVED BY THE SHERIFF'S OFFICE/ ___08-31-93_____

DATE ENTERED INTO CLEAN & NCIC/_____

DATE REMOVED FROM THE CLEAN & NCIC/_____

FELL-00001989

FOR COSTS IN THE ABOVE GIVEN TO CASE AS FOLLOWS
ADD. NO.
MERGED NO.

COURT COSTS:
WITNESS FEES:
TOTAL:

COMMONWEALTH
US.
BANAS, JEANETTE

COURT COSTS:

CAPIAS FOR
BANAS, JEANETTE
**REDACTED - FELL**
WILKES-BARRE, PA. 18702

OR

ADDRESS:
CITY:

LUZERNE COUNTY, s.:

The Commonwealth of Pennsylvania.
TO THE SHERIFF OF SAID COUNTY, Greeting, We command you,
That you omit not by reason of any liberty in your county, but
that you take BANAS, JEANETTE
O.T.N.  E 614790-1
DATE OF BIRTH **REDACTED - FELL**
CHARGES: 13  DUI                  ADDITIONAL CHARGES:

                                  DEFT FAILED TO APPEAR
FOR GUILTY PLEA ON AUGUST 13, 1993

CITY OF WILKES-BARRE, PA. 18701          in your county of
LUZERNE            if he shall be found within your county, and
him cause safely to be kept, so that you have his body before
the keepers of our peace, and our Judges assigned to hear and
determine diverse felonies, trespasses and other misdemeanors in
your county, to stand right, our Court, before our Judges
aforesaid, upon a certain outlawry against him, the said
BANAS, JEANETTE            promulgated at our suit for
certain felonies whereof he is indicted, and you have then and
there this writ.

    Witness the Honorable STEVENS          Judge of
our said Courts, this AUGUST 30, 1993          in the
year of our Lord.

    X   FORTHWITH & LODGE

**CLERK OF COURTS**    Clerk Q. S.

FELL-00001990

COMMONWEALTH OF PENNSYLVANIA          :      IN THE COURT OF COMMON PLEAS

vs.                                   :      OF LUZERNE COUNTY - CRIMINAL

Timothy Bonas                         :      NO. 1249 of 1993

REDACTED - FELL

Wilkes-Barre, IN 10702

NOW, this 27th day of August , 19 93 ,
it appearing to the Court that the defendant failed to appear for
Guilty Plea on August 13, 1993
and the record reflects proper service, upon motion of the District
Attorney, Court awards Capias non omittas for the defendant.

BY THE COURT,

_____

TO CLERK OF COURTS:

Court of Common Pleas of Luzerne County

Issue Capias non ommittas for the above defendant.

_____
                                              District Attorney

FELL-00001991

LCPH-8

## ARREST REPORT

| | | |
|---|---|---|
| **1 CONTROL NUMBER** | ☐ ADULT ☐ JUVENILE | **POLICE DEPARTMENT NAME** Manette Twp Police | **2. COMPLAINT NO.** |

**OFFENSE**

**3 CHARGE** D.U.I.

**DATE CHARGED** 2 / 5 / 83 (MO DAY YR)

**4 OFFENSE DATE** (MO DAY YR)

**5 ARRESTING OFFICER'S NAME** Ptl David Lewis

**BADGE NUMBER** 5846

**6 OTHER CHARGES**

**7 LOCATION OF ARREST**

**8 WHEN ARRESTED** (MO DAY YR HOURS)

**9 TYPE OF ARREST** ☑ ON VIEW ☐ WARRANT ☐ SUSPICION

**ONT — OFFENSE TRACKING NUMBER**

**ACCUSED**

**10. NAME OF ACCUSED** Jeannette Banas

**11. AGE** 34 **12. RACE** W **13. SEX** F

**14 ADDRESS** REDACTED - FELL

**15 ALIAS/NICKNAME**

**16 TELEPHONE**

**17 OCCUPATION**

**18 PLACE OF EMPLOYMENT/SCHOOL**

**19 DATE OF** REDACTED - FELL **20 PLACE OF BIRTH**

**21 HEIGHT** 5 9" **22 WEIGHT** 175 **23 EYES** Blue **24 HAIR** BRN **25 BLOOD TYPE** **26 MARKS SCARS TATOOS** NONE **27 COMPLEXION** MED

**28. SSN** REDACTED - FELL **29 FBI NO** **30 SID NO** **31 POID NO** **32 MILITARY NO**

**34 OPERATOR PERMIT NO** **35 FINGERPRINT CLASSIFICATION** **36 PHOTO TAKEN** ☐ YES ☐ NO **NUMBER** 1205

**37 FINGERPRINT CARD TO** ☐ FBI ☐ PSP **38 INDICATION OF** DRUGS ☐ YES ☐ NO ALCOHOL ☒ YES ☐ NO **39 DEFENDANT ARMED** ☐ YES ☒ NO **TYPE WEAPON(S)**

**40 ARTICLES CONFISCATED FROM DEFENDANT** NONE **41 PERSONAL ARTICLES RECEIPT GIVEN** ☐ YES ☐ NO **NUMBER**

**VEH**

**42 DEFENDANT VEHICLE IDENTIFICATION** **YEAR** 1980 **MAKE** DODGE **MODEL** **LICENSE NO./ST** 2LL853

**DEFENDANT FAMILY CODE FOR BLOCKS 43 — 46**
F = FATHER   W = WIFE   B = BROTHER   S = SON
M = MOTHER   S = SISTER   D = DAUGHTER

**FAMILY**

| **43** | **NAME** | **ADDRESS** | **PHONE (RESIDENCE/OFFICE)** |
|---|---|---|---|
| **44** | | | |
| **45** | | | |
| **46** | | | |

**ACC**

**47. NAME/ALIAS/NICKNAME OF ACCOMPLICE** **48 ADDRESS**

**49 NAME/ALIAS/NICKNAME OF ACCOMPLICE** **50 ADDRESS**

**ATT**

**51 ATTORNEY NAME** **TELEPHONE NO.** **52. RIGHTS READ** ☐ YES ☐ NO **BY WHOM**

**STAT**

**53 STATUS OF DEFENDANT** ☐ DETAINED AT _____ ☐ RELEASED ☐ PERSONAL BOND
☐ MONEY BOND – AMOUNT $ _____ ☐ PROPERTY BOND ☐ TURNED OVER TO

**NARRATIVE**

**ITEM NO.** **54 CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.)**

**CHARGE INFORMATION**

**55. ADJUDICATION DATE AND TIME.** (MO. DAY YR. HOURS)

| **56 CHARGE** | **56A. OTN** | **57 MAGISTRATE/DISTRICT COURT** | **58 DATE** | **59 FINAL DISPOSITION** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CONTROL**

**60 COMM. CENTER WANT/WARRANT INQUIRY** YES ☐ NO ☐ CANCEL (MO. DA. YR. HOURS) **WARRANT NO.**

**61 DISTRIBUTION** ☐ CHIEF ☐ DETECTIVE ☐ JUVENILE ☐ NARCOTICS ☐ OTHER

**62 ARRESTING OFFICER SIGNATURE** (MO. DA. YR.) **63. REVIEWING OFFICER SIGNATURE** (MO. DA. YR.)

FELL-00001992

SP 4-215-4 (7-90)

PENNSYLVANIA STATE POLICE
LABORATORY DIVISION
**WYOMING REGIONAL LABORATORY**
479 Wyoming Avenue
Wyoming, PA 18644-1898

TELEPHONE (717) 826-5460

LAB REPORT:    W93-0305-C
REPORT DATE:   February 16, 1993

INCIDENT NO.: 930598

CASE:        DRIVING UNDER THE INFLUENCE
VICTIM:      Commonwealth of Pennsylvania
ACCUSED:     Jeannette BANAS
SUSPECT:
PLACE:       Hanover Township, Luzerne County, Pennsylvania
DATE:        January 5, 1993

FROM:        Hanover Township Police Department, Hanover Township, Pennsylvania
DATE:        February 5, 1993

ITEMS:       1.  Two (2) vials of blood identified as being collected from
                 Jeannette BANAS.


RESULTS:     1.  Using gas chromatographic analysis, the ethyl alcohol
                 concentration of the blood from item 1 was determined
                 to be thirty-five hundredths of one percent (0.35%).


DISPOSITION: ANY BLOOD REMAINING AFTER THIRTY (30) DAYS FROM THE DATE OF
             THIS REPORT SHALL BE DESTROYED.


                                    Frank M. Butcofski
                                    Forensic Scientist I

vnb

COPIES:      Chief, Hanover Township Police Department
             ATTN:  Ptlm. David Lewis


FELL-00001993

**HANOVER TOWNSHIP POLICE**

**INTOXICATION REPORT**

| 1. Station | 2. Code | 3. Incident No. |
|---|---|---|
| HANOVER TWP POLICE | 101 | |

| 4. Arrest No. | 5. Date | 6. Day | 7. Hour |
|---|---|---|---|
| | 1-5-93 | FRIDAY | 0052 |

| 8. Route No. | 9. Location | 10. City·Boro·(Twp.) | 11. County |
|---|---|---|---|
| RT 309 | | HANOVER | LUZERNE |

REDACTED - FELL

**OPERATOR DATA**

| 12. Name | 13. Operator No. and State |
|---|---|
| JEANNETTE BANAS | 1719941 PA |

REDACTED - FELL

| | 16. City | 17. State | 18. Zip Code |
|---|---|---|---|
| | WILKES BARRE | PA | 18705 |

| | 21. State | 22. Year·Make·Type Vehicle | 23. Accident |
|---|---|---|---|
| ZLE 853    1980 | PA | DODGE ST REGIS | ☒ YES  ☐ NO |

**TEST DATA**

| 24. Type of Test | | | 25. B.A.C. Percent | 26. Breath Instrument Used |
|---|---|---|---|---|
| ☐ BREATH | ☐ URINE | ☐ REFUSAL | .35 | BREATHALYZER MODEL NO. _____ |
| ☒ BLOOD | ☐ SALIVA | | 27. Date | 28. Time of Test or Refusal | 29. Breath Test Operator |

**PHYSICAL DATA EXAM**

| 30. Odor of Alcoholic Beverage on Breath | 32. Coordination | 33. Comprehension | 34. Staggering Gait |
|---|---|---|---|
| ☒ YES   ☐ NO | ☒ POOR | ☒ POOR | ☒ YES   ☐ NO |
| 31. ☒ QUIET  ☐ STUPEROUS | ☐ FAIR | ☐ FAIR | 35. Admits Consumption of |
| ☐ BOISTEROUS | ☐ GOOD | ☐ GOOD | BEVERAGE WHISKEY QUANTITY ½ BTL |

| 36. Clothes | 37. Attitude |
|---|---|
| ☒ DISARRANGED   ☐ SOILED   ☐ ORDERLY | ☒ COOPERATIVE   ☐ UNCOOPERATIVE   ☐ OTHER (Specify) |

| 38. Treated by Doctor | 39. Date | 40. Ailment (Describe) |
|---|---|---|
| ☐ YES  ☒ NO  ☐ UNKNOWN | | |

| 41. Taking Prescribed Medicine | 42. Type of Medication |
|---|---|
| ☐ YES  ☐ NO  ☐ UNKNOWN | |

| 43. Date Examined | 44. Time | 45. Place | 46. City | 47. County |
|---|---|---|---|---|
| | | | | |

| 48. Magistrate | 49. Address |
|---|---|
| | |

| 50. Section | 51. Bail | 52. Committed To | 53. Hour & Date |
|---|---|---|---|
| | | | |

54. Details

| 55. Officer (Signature) | 56. Badge No. | 57. Supv. Initials |
|---|---|---|
| | 5816 | |

USE BALL POINT PEN - PRINT & PRESS HARD     №  .0726

FELL-00001994

**MERCY HOSPITAL**
Wilkes-Barre, PA

Med. Record No. _____

Pat. Acct. No. _____

**Blood Alcohol Level**
**Specimen Collection Consent Form**

Name _JEANNETTE___BANAS_____ Date _02-05-93_

Address _REDACTED - FELL_ _W-B, PA   18205_

Telephone_____ Brought by_HANOVER TWP PD._ Time_0425_

Police Officer in Charge_DAVID LEWIS_ Badge Number_5816_

I, the undersigned, am an officially authorized police officer of _HANOVER TWP_,
and hereby request that a body fluid specimen from the apprehended party named below be obtained by a medically qualified person.
The specimen donor named below has been arrested on charges relating to the ingestion of intoxicating liquor or drugs.

_____
(Police Officer's Signature)

Upon the official request of the above named police officer and with the full knowledge, consent and cooperation of the above named specimen donor, I collected a specimen of blood, from the above named specimen donor. Blood specimen was obtained

from the donor's _Left arm_ after skin preparation with a

non-alcohol containing substance (_betadine_ _Sylvia Maslowski_). I certify that I am
medically qualified to obtain the above specimen.

Date _2/5/93_

Time _1:40 A_

_Sylvia Maslowski_
(Specimen Collector)

_____
(Police Officer's Signature)

Place_Wilkes Barre Mercy Hospital_ _m. Wm. J. _____
(Witness)

MH-438

FELL-00001995

| DEPARTMENT | SUPPLEMENT REPORT | | 1. COMPLAINT NUMBER |
|---|---|---|---|
| Hanover Twp. Police | | | 111136 |
| 2. OFFENSE D.U.I. | 3. NAME OF VICTIM Comm. of Penna | | 4. DATE 2-5-93 |

| 5. [X] USED AS CONTINUATION SHEET OF CURRENT REPORT | 6. TYPE REPORT CONTINUED OR SUPPLEMENTED [X] INITIAL CRIME    [ ] VEHICLE    [ ] ARREST |
|---|---|

| 7. [ ] USED TO REPORT SUPPLEMENTAL INVESTIGATION | 8. NEW OFFENSE IF CHANGED | 9. VALUE RECOVERED PROPERTY $ |
|---|---|---|

| 10. STATUS [ ] CLEARED  [ ] UNFOUNDED  [ ] NOT CLEARED | 11. FURTHER ACTION & REPORT REQUIRED [X] YES  [ ] NO  (EXPLAIN BELOW) | 12. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER INCIDENT NOS. IN NARRATIVE)  [ ] NO |
|---|---|---|

13. NARRATIVE: IN FOLLOW-UP USAGE, RECORD ALL DEVELOPMENTS SUBSEQUENT TO LAST REPORT. LIST ANY ACCUSED AND/OR SUSPECTS AS FIRST ITEM. INCLUDE ARREST REPORT NUMBERS OF PERSONS ARRESTED, VALUE AND DISPOSITION OF RECOVERED PROPERTY (ATTACH PROPERTY RECORD), AND EXPLAIN ANY CHANGE IN OFFENSE.

ACCUSED/SUSPECT

Patrolmen Lewis and Sweeney arrived at an automobile accident on RT309 North in Hanover Township 0102hrs on 2-5-93. A one vehicle accident had occured, with the driver and vehicle along the roadway out of the flow of traffic. The driver was the sole occupant of the vehicle and refused medical treatment. While speaking with the driver, (Jeannette Banas), I detected a strong odor of alcoholic beverage on her breath and her eyes appeared glassy. The suspect walked around the accident area with a staggering gait and spoke with slurred speech. Police requested that the Def. perform 3 Field Sobriety Tests, def complied. Field sobriety tests included(walking a straight line, Stand on 1 leg for 30 seconds, and P.B.T. Portable Breath Tester.) Def failed all 3 Field Sobriety Tests. Max reading on P.B.T. was obtained. Def. was placed under arrest for D.U.I. and asked to submit to a test of her blood at W-B Mercy Hospital. The Def. complied with the request. Implied consent Law was explained and Constitutional Warnings were read. Blood samples were taken at W-B Mercy Hospital at 0140hrs 1-5-93. Def. was transported to HTPD where she admitted consuming a half of a bottle of an unknown whiskey between the hours of 2300 and 0045hrs. Def. was released to Adrienne Miller (REDACTED - FELL at 0220hrs 2-5-93.

| 4. PAGE NO. 2 | 15. REPORTING OFFICER'S SIGNATURE | BADGE NO. 5816 | 16. DATE OF INCIDENT 2-5-93 | 17. SUPV. INITIALS |
|---|---|---|---|---|

FELL-00001996

# EXHIBIT 177

2430    2 000056.

REVISED 3/27/89

## LUZERNE COUNTY CHILDREN & YOUTH SERVICES
## CLIENT INFORMATION PROFILE

NEW CALL [ ]    NEW INCIDENT [✓]    UPDATE CALL* [ ]    Page [ ] of [ ]    DEO DATE [ ]

CASE NAME: Fell

| | |
|---|---|
| SCREEN WKR [ 50? ] | REFERRAL SOURCE COD [ ] |
| CALL NUMBER [ 50? ] | REFERRAL |
| DATE OF CALL [ 1-19-94 ] | CALLER: |
| TIME OF CALL [ 1:30 ] A P | ADDRESS: |
| | TELEPHONE |
| * INCIDENT # [ ] | |
| CROSS REF [ ] | REF REA [28] [ ] [ ] [ ] |

CALL STATUS [ CR ]
ABUSE (Y) [N]
RESPONSE LEVEL [2]
INTAKE WKR [ 162 ]

**DISPOSITION**
DATE ASSG'D [ ]
CASE WORKER [ ]
CASE NO. [ ]
MA NO. [ ]

CALL STATUS: NEW CALL - 1st time family referred (ever), UPDATE CALL - Change data in a call, (reference incident #) NEW INCIDENT - subsequential call on family (open or closed), case exists previously. R = Race (see codes) RE = Religion (see codes). L is the line number in the call record. L is set to 1 for first entry for each relationship type. RT: Relationship type (F = Father, M = Mother, C = Child, PE = Perpetrator, O = Other or see codes). Parents: Put line number of child's mother and line number of child's father.   CN is the child's permanent child case number; MS is marital status (U = Unmarried, S = Separated, M = Married, W = Widowed, D = Divorced) HC = Handicap (Y,N).   SX = M,F, or U (unborn).

| L | RT Parents | Last Name / First Name MI | DOB | SX | SSN | R | RE | MS | HC |
|---|---|---|---|---|---|---|---|---|---|
| PP | (M) P | Fell / Debbie | 25 | M | | | | | |
| School District Code 40-885 | Stre REDACTED - FELL City Wilkes Barre | Co | Zip | Telephone Number | | Childline # 40-08949 Type [ ] | | | CN |
| L | RT C' Parents M F | Last Name Fell / Terri | Ryan | F | -- | | | | |
| School District Code 40-885 | Street Address Same | City Co | Zip | Telephone Number | | Childline # Type [ ] | | | CN |
| L | RT 2 C Parents M F | Last Name Fell / Joey Donald | 14 yr | M | | | | | |
| School District Code 40-885 | Street Address Same | City Co | Zip | Telephone Number | | Childline # Type [ ] | | | CN |
| L | RT Parents M (P) | Last Name Fell / Donald | ? | M | | | | | |
| School District Code 40-885 | Street Address Unknown. | City Co | Zip | Telephone Number | | Childline # Type [ ] | | | CN |
| L | RT MGM Parents M F | Last Name Shenke / Theresa | | F | | | | | |
| School District Code 40-885 | Stree REDACTED - FELL WB | Co | Zip | Telephone Number 822 7135 | | Childline # Type [ ] | | | CN |
| L | RT C Parents M F | Last Name Quall / Joey | 4 | M | | | | | |
| School District Code 40-885 | Stree REDACTED - FELL City WB - Mom: CHRUTINA FOGEL - | Co | Zip | Telephone Number | | Childline # Type [ ] | | | CN |

& Also Active

FELL-00001997

Screening Worker: _Eaton_          Case Name: _Sell_

Date of Call: _1-14-94_          Helpline Worker: _Keith_
                                  Signature

Time of Call: _10¹⁵_    A/P   Service: Phone: Hrs.:_____  Min.:_____

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01-Anonymous | 01-Neglect/Physical | AF - Adoptive Father | 19-110 - Berwick Area |
| 02-Child - Self Ref. | 02-Neglect/Mistreat/Brot. | AM - Adoptive Mother | 40-140 - Crestwood Area |
| 03-Perpetrator | 03-Neglect/Environment | BRO - Brother | 40-160 - Dallas Area |
| 04-Parent/Guardian | 04-Neglect/Medical | C - Child | 40-260 - Greater Nanticoke |
| 05-Sibling | 05-Abandonment | CU - Cousin | 40-300 - Hanover Area |
| 06-Relative | 06-Inadequate/No House. | F - Father | 40-330 - Hazleton Area |
| 07-Friend/Neighbor | 07-Inadequate Supervision | GA - Guardian | 40-390 - Lake Lehman |
| 08-Baby-sitter | 08-Parent/Child Conflict | BM - Half-brother Mat. | 40-600 - Northwest Area |
| 09-Landlord | 09-Behavioral Problems | BP - Half-brother Pat. | 40-660 - Pittston |
| 10-Private Dr./Nurse | 10-Community Problems | SM - Half-sister Mat. | 40-885 - Wilkes-Barre |
| 11-Dentist | 11-Conflict w/Law | SP - Half-sister Pat. | 40-920 - Wyoming Area |
| 12-Private Psych/Psycho | 12-Runaway | M - Mother | 40-930 - Wyoming Valley West |
| 13-Public Health Dept. | 13-School Prob./Truancy | MA - Maternal Aunt | 99-000 - Other(Out of State) |
| 14-Hospital | 14-School Prob./Behavior | MC - Maternal Cousin | |
| 15-Law Enforce.Agency | 15-Drug/Alcohol Prob. | MGF - Maternal Grandfather | |
| 16-School | 16-Placement | MGM - Maternal Grandmother | (Circle One) |
| 17-Day Care Staff | 17-Day Care/Place.Prevnt. | MU - Maternal Uncle | |
| 18-Clergy | 18-Court Ordered Super. | O - Other (Not a Relative) | Placement Resolved |
| 19-Residential Fac. | 19-Medical Clearance | R - Other Relative | |
| 20-Coroner | 20-Home Study | PA - Paternal Aunt | Vol.  C.O.  P.C. |
| 21-Courts | 21-Teenage Pregnancy | PAR - Paramour | |
| 22-Pub.MH/MR Agency | 22-Adoption Services | PC - Paternal Cousin | |
| 23-Other Priv.Soc.Svcs. | 23-Maternity Services | PE - Perpetrator | |
| 24-Other | 24-Hospitalized Parent | PGF - Paternal Grandfather | (Check All That Apply) |
| | 25-Information/Referral | PGM - Paternal Grandmother | |
| | 26-Inappropriate Discip. | PU - Paternal Uncle | WI - Worker Informed  ☐ |
| | 27-Other | SB - Step-brother | |
| | 28-Protective Services • | SF - Step-father | WP - Worker Phone  ☐ |
| | | S - Sister | |
| | | M - Step-mother | Contact with Supv.  ☒ |
| ACTIVE WORKER: _Greman_ | | E - Step-sister | |
| | | | Supv. Out  ☐ |
| | | | Supv. Phone Work  ☐ |

Problem Identified by Referral Source: (Include information on prior Childline Numbers & prior C/S involvement)

(2) CATERRI  40-03912  3/11/85  indic on Babysitter Frank Buslo - Dev. Sex. Intrcuse Sex. Assult.

(3) Donalo  40-03998  5/2/85 - indic on Frank Buslo - Dev. Sex. Intrcuse.

FELL-00001998

Page II

INTAKE WORKER: _____J Ea tw_____ FAMILY NAME: _____Jen_____

DATE: _____1-14-94_____ AND TIME: _____1020_____

Last, First OF CONTACT

WITH SUBJECT OR REPORT WHERE APPLICABLE.

1. Source of knowledge of situation:

_____ Observed    _____ Told by another party    Date: __1-14__

Who: __(C) told mgm man hit her__

2. Actions taken or about to be taken:

_____ Photographs    _____ Hospitalization    Discharge Date: _____

_____ Medical Exam    Who _____

__X__ Police Notified    Who __WB__

_____ Emergency Custody Taken    Other (specify) _____

3.A) Present location of child: __C MGM next door__

B) School or Day Care (name & address) __None__

Grade _____    _____Regular Class    _____Special Class

C) Present location of (parents/caretaker/perpetrator:)

REDACTED - FELL

4. SPECIFIC ALLEGATIONS:

A) Date of Incident: __1-14__ __perp__

B) Describe Incident: __Perp hit (C) across face, split__
__lip open. Police at scene. Another (C)__

Page III

C) Where did alleged abuse/neglect occur? _Mothers home_

D) Child's current condition? _Took_

E) Freqency or severity of alleged abuse/neglect: - _Ongoing_

For elaboration of incident, please go to page 4, #8.

5. **ADDITIONAL RISK FACTORS: CHILD**
   Describe any physical, mental or behavioral factors that may place the child at risk:

   _None Kn_

6. **ADDITIONAL RISK FACTORS: FAMILY**
   A. Describe any caretaker/perpetrator characteristics that place the child at risk:

   _Alcohol abuse_

   B. Is there any substance abuse in the household? ____ No ____ Unknown
   __/__ Yes. If yes, please explain:
   _ARC w/Mom report_

   C. Does caretaker/perpetrator have a history of violence or severe emotional problems?

   ____ No ____ Unknown __/__ Yes    If yes, please explain:
   _Mom reports four prev inct,_
   _Sx in front of (c)_

FELL-00002000

Page IV

D. What is the environmental condition of the home? *Cramped*

7. A) Will child be at risk due to CYS involvement? ____ No  ⎯⎯⎯ Unknown
   ____ Yes.  If yes, please explain:

   B) Present involvement/cooperation with community services: _____
   *CPS Deonna Gender*

----------------------------------------------------------------

8.          Problem Identified by Referral Source  (continued)

*who lives c̄ Mom Christina Fogel at Debbie's at dcen.
Debbie drunk & hit Terri. Debbie babysitting 4 yr
a.o. Joly Police req. Asst & custody
Police Cite Mom for slap due to intox & temper*

FELL-00002001

ASSIGNED OR
CRISIS WORKER _J Extn_____    FAMILY NAME: _Jell_____

Last,        First

DATE: _1/15_ & TIME: _____OF CONTACT WITH SUBJECT OR REPORT WHERE
APPLICABLE.

9.          A.) CHILD SEEN IMMEDIATELY: Yes _____   No _____

RATIONALE FOR DECISION TO SEE CHILD IMMEDIATELY OR NOT:

_c̄ Mom safe - Terri_____

_Joey c̄ hw Mom_____

B.) WORKER OUT: Circumstances: _____

_____

_____


10.          PROBLEMS IDENTIFIED BY CHILD(REN); FAMILY MEMBERS; PERPETRATOR
- Identify persons interviewed by name.  (If section not applicable, indicate
N/A):

A.   Present location of child: _Terri c̄ Mom_____

_Joey c̄ Christna_____

B.   Type, extent and time frame of alleged abuse/(neglect:)

Ⓒ Left c̄ mom inhubriated ._____

C.   Present location of alleged perpetrator and
(perpetrator's) access to child: _____

_Mom to terry - have until foster or hse. -_

D.   Alleged injuries to child.  If so, what type? _____

_Split Lip_____

E.   Need for medical attention and if medical evaluation
has already occurred, what was result? _nw_____

_____

F.   Is there any appropriate adult ally for the child?
_grndmMom_____

_____

Document any other pertinent data related by above source(s):

SCREENER OR
CRISIS WORKER: J. Estur    FAMILY NAME Sell
                                        Last,    First

DATE: 1-14-94 & TIME: 1000 OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

11.        SCREENER/CRISIS WORKER'S ASSESSMENT

          This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies.  It should reflect the tying together of information on the contact
sheets.
**************************************************************************

Police confirm Debbie intox. & Mom Theresa Sharpe will Keep
(C) Terri & moms Agreement. No Avail relatives for 4 yr
old. Ms. Sharpe refuses to Keep this (C). Plan made
after consult c̄ J. Madden for WB Police to take Emerg Cust.
F.P. Patty Hombey Agreed to come to WB Police station
for Joey. As police About to leave residence her
Frqul Arrives - sober - (C) released to Her. Too late
to stop F.P. from travel. To be followed up by
ongoing worker. Mom says Debbie Constantly
Drunk + has sex in presence of (C). Mom to keep
(C) at her home.

ASSIGNED WORKER: _____ FAMILY NAME: _____
                                                      Last,        First

DATE: _____ & TIME: _____ OF CONTACT WITH SUBJECT OR REPORT
WHERE APPLICABLE.

12.        ASSIGNED WORKER'S ASSESSMENT

          This section is to be a synopsis of the worker's in-
person, collateral and other contacts with family, significant others and
agencies.  It should reflect the tying together of information on the contact
sheets.
*****************************************************************************

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FELL-00002004

13.        STATUS OF EVALUATION OF CHILD ABUSE ALLEGATION (This section is to be completed by CPS Intake only):

             Include status determination, basis for status, date CY-48 sent to Childline, and MDT staffing date recommendations, if applicable.
*************************************************************************

_____

_____

_____

_____


14.        RESULTS OF INTAKE INVESTIGATION/ASSESSMENT:

             Worker should document results of Intake Assessment and state rationale for transfer/closure of case at CYS.  If further CYS involvement is/is not warranted, specifically state rationale; i.e., issues of abuse or neglect.  Include family's present involvement with other community agencies and/or any referrals, written or verbal, given to the family. Include staffing date, if case is to be opened for ongoing services at CYS.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


15.  DATE INTAKE COMPLETED/CLOSED:_____  By: _____
                                                  Caseworker

                                    Reviewed By: _____
Date Transcribed:                                 Supervisor

FELL-00002005

# EXHIBIT 178

CONTACT SHEET

CASE NUMBER:

CLIENT NAME: Bell

ADDRESS:

MONTH: January 1993

WORKER: J Kohler

| CONTACTS | |
|---|---|
| | 1. ) GOAL OF CONTACT: (PURPOSE) |
| | 2. ) OUTCOME: (WHAT TRANSPIRED) |

Date: 1-19-94

Location: Phone

Who Seen: Theresa Sharpe

Love was stabbing between at her husband; Annie is on probation but has not been to any of the meeting, he is suspended [illegible] can go School - Terri has no evidence [illegible] james — House is dirty & hell — Child was infected with lice

1. ) Re Case — Terri Goes to [illegible] High School

2. ) Daughter [illegible] Henry — Left [illegible] & 8 mos & left hill behind Drunk all last week Christine Royal & 14 yr old Heard Scream — Terri was screaming Terri was [illegible] Donald hit her back so he is not afraid of her — physical & active Terri wants to come go home — She won't have anything to do.

Dany with Joe - Police here been to the home -

It is a rather - Dennyrun any 3 days -

Terri can stay there the night.

Dubbe did send some clothes over -

Jimi is a & gets a lye old clothes.

FELL-00002007

# EXHIBIT 179

CONTACT SHEET

CASE NUMBER:                           MONTH: _January 1994_

CLIENT NAME: _Fell_

WORKER: _____

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE)<br>2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: _1-24-94_<br>Location: _Phone_<br>Who Seen: _Debbie Fell_<br>_Al Walsh_<br><br>_Mr Sgt Christine came home_<br>_hurt — Debbie says_<br>_he called the Police_<br>_Christine stole Money of_<br>_Debbie_<br><br>_She said she was_<br>_to ombild to forty fat_<br>_I did say she was_<br>_"Nasty Bitch" when she_<br>_? Drinking_ | 1. ) _Re Case_<br><br>2. ) _Mr admits slapping her_<br>_on the mouth — She says_<br>_her son beats her — Rang_<br>_out her lip? They wanted_<br>_a little slave. Mother say_<br>_Child has ds clues v_<br>_Tenni says Allowance $5.00_<br>_Tenni was crying &_<br>_was slapping her all over ___<br>_these have was condemed drag gun_<br>_any to get she out of home._ |

She got citation of cops _____ [illegible]

[illegible] she had a [illegible]

Doing to [illegible]

I do refer to [illegible]

She goes into total [illegible] Denial

Al will leave +

[illegible] was [illegible]

TERRI was GOING OUT to stay with friend.

[illegible] was told to be home —

She did not appear fearful

FELL-00002009

# EXHIBIT 180

CASE NUMBER:

CLIENT NAME: _Sharp Fall_

ADDRESS:

CONTACT SHEET

MONTH: _Jan 94_

WORKER: _J Kalili_

CONTACTS

1. )   GOAL OF CONTACT:   (PURPOSE)

2. )   OUTCOME:   (WHAT TRANSPIRED)

Date: _1-24-94_

Location: _Home_

Who Seen: _Karen, boys, Terri_

_[illegible handwritten notes]_

1. )   _Re Case_

2. )   _She usually goes out_
_after work with Dad._
_She used to drink FR, SAT, Sun._
_Terri told her she gets upset_
_when Mom is drunk. Mom_
_will make her go to bed early but_
_Dad will tell them to come_
_down because it too early._
_Child says she wants to go home_
_because she misses dog, cat (Pets)_
_& Dad & Most of Pets are them._

FELL-00002010

Gram is Making Trouble — Mom told Ch she would
be removed. Debbie feels cooking & washing clothes
Couple of Months ago Mo fell down step at Rescue Tavern.
Will say her brother slaps her — she was tired & keyed
her fingers. Al tries to put stability in there —
"Danny gets Mean" — Boy won't go to School —
Last time She told him Boh to School there suspended 2 Days
in Two hours. Sometime Tam in Dec. kids fait place
arrested Re gm drunkeness. Tem say Chester Swoboz got.
Al was drunk & Mad at her — She is sick g
home. Also would say to Stephen — He goes to hit
her — Al one time shoved her & He would hit —
Mo does work hard — Place is flighty.

FELL-00002011

# EXHIBIT 181

CONTACT SHEET

CASE NUMBER:                              MONTH: Feb- 94

CLIENT NAME: Fell                        WORKER: J Kahl

ADDRESS:

| CONTACTS | 1.) GOAL OF CONTACT: (PURPOSE) |
| | 2.) OUTCOME: (WHAT TRANSPIRED) |

Date: 2-4-93

Location: phone

Who Seen: Debbie Fell
           Donald Fell

1.)     Re Case

Stop pulling his hair
+ screwdriver inched
his arm. Then called
Police. He did not
need Medical Treatment
AP went next door to her
MD & explained
Situation. Child refuses
to take Medication.
Children's Service Center
Dr. Jayce

2.) Child said he was stabbed
on purpose but had extreme
attitude & didn't want
to be bothered & left room
He is still refusing to go to
School. Mo called Probation
Officer + He is going to
call back Next Week. (Mr Nylon
the COP) states she had
screwdrive in hand trying to
fix phone wires, He (Ch) ripped
them out + took one phone next
door. Ch ripped her hair
out — She went to grab hands to

FELL-00002012

When Questioned why she went on a Bender
+ P. says neith. will listens -
although ████ NOT TOO BAD -
+ P. says Elly was no help -
Debbie agrees durhey was not an answer
+ She is willy to go to counseling
Doug has been in School only 4 DAys this year.
He is on probation for not going to School
"Brube" is mad because Mo called Probation Office today
Bube took her + Mo pills + Sold them
He got Nasty after he was sexually abused.
He has been hospitalized 4 times - Docs told Mo
they can't brovch his anger till child wants.
Child can't be stopped from going out.
She wants to go to family counseling.
Child said "Don't fucking talk to Me"
Child is totally out of control.
Possible Referral to 5th St Michael's Child beat
                                                       suites

FELL-00002013

# EXHIBIT 182

CONTACT SHEET

CASE NUMBER:                          MONTH: *March 1994*

CLIENT NAME: *Fell*                   WORKER: *J Forloke*

ADDRESS:

| CONTACTS | 1. ) GOAL OF CONTACT: (PURPOSE)<br>2. ) OUTCOME: (WHAT TRANSPIRED) |
|---|---|
| Date: *2-10-94*<br>Location: *Phone*<br>Who Seen: *Theresa Sharp* | 1. ) *Re Case*<br><br>2. ) *Donny not going to School Mr. Nylon regarding School will not go to Partial Hospitalization. She has been drinking all week. Theresa told her she was going to get Donny back to School — [redacted] happy award Jason Peets - Kid left alone.* |

FELL-00002014

# EXHIBIT 183

Page II

Screening Worker: _____

Case Name: _____ Fell _____

Date of Call: ___ 3/24/94 ___

Helpline Worker: _____ Keith R. Kuumbowen _____
Signature

Time of Call: _____ 11:30 _____ A ⓟ Service: Phone: Hrs.: _____ Min.: __ 20 __

| REFERRAL SOURCE CODES | REASON FOR REFERRAL CODES | RELATIONSHIP CODES | SCHOOL DISTRICT CODES |
|---|---|---|---|
| 01 = Anonymous | 01 = Neglect/Physical | AF = Adoptive Father | 19-110 = Berwick Area |
| 02 = Child - Self Ref. | 02 = Neglect/Mistreat/Emot. | AM = Adoptive Mother | 40-140 = Crestwood Area |
| 03 = Perpetrator | 03 = Neglect/Environment | BRO = Brother | 40-160 = Dallas Area |
| 04 = Parent/Guardian | 04 = Neglect/Medical | C = Child | 40-260 = Greater Nanticoke |
| 05 = Sibling | 05 = Abandonment | COU = Cousin | 40-300 = Hanover Area |
| 06 = Relative | 06 = Inadequate/No House. | F = Father | 40-330 = Hazleton Area |
| 07 = Friend/Neighbor | 07 = Inadequate Supervision | GUA = Guardian | 40-390 = Lake Lehman |
| 08 = Babysitter | 08 = Parent/Child Conflict | HBM = Half-brother Mat. | 40-600 = Northwest Area |
| 09 = Landlord | 09 = Behavioral Problems | HBP = Half-brother Pat. | 40-660 = Pittston |
| 10 = Private Dr./Nurse | 10 = Community Problems | HSM = Half-sister Mat. | 40-885 = Wilkes-Barre |
| 11 = Dentist | 11 = Conflict w/Law | HSP = Half-sister Pat. | 40-920 = Wyoming Area |
| 12 = Private Psych/Psycho | 12 = Runaway | M = Mother | 40-930 = Wyoming Valley West |
| 13 = Public Health Dept. | 13 = School Prob./Truancy | MA = Maternal Aunt | 99-000 = Other (Out of State) |
| 14 = Hospital | 14 = School Prob./Behavior | MC = Maternal Cousin | |
| 15 = Law Enforce. Agency | 15 = Drug/Alcohol Prob. | MGF = Maternal Grandfather | |
| 16 = School | 16 = Placement | MGM = Maternal Grandmother | (Circle One) |
| 17 = Day Care Staff | 17 = Day Care/Place. Prevent. | MU = Maternal Uncle | |
| 18 = Clergy | 18 = Court Ordered Superv. | O = Other (Not a Relative) | Placement Resolved |
| 19 = Residential Fac. | 19 = Medical Clearance | OR = Other Relative | |
| 20 = Coroner | 20 = Home Study | PA = Paternal Aunt | Vol.    C.O.    P.C. |
| 21 = Courts | 21 = Teenage Pregnancy | PAR = Paramour | |
| 22 = Pub. MH/MR Agency | 22 = Adoption Services | PC = Paternal Cousin | |
| 23 = Other Priv. Soc. Svcs. | 23 = Maternity Services | PE = Perpetrator | (Check One) |
| 24 = Other | 24 = Hospitalized Parent | PGF = Paternal Grandfather | |
| | 25 = Information/Referral | PGM = Paternal Grandmother | WI - Worker Informed ☐ |
| | 26 = Inappropriate Discip. | PU = Paternal Uncle | |
| | 27 = Other | SB = Step-brother | WP - Worker Phone |
| | 28 = Protective Services* | SF = Step-father | Contact with Supv. ☐ |
| | | SIS = Sister | |
| | | SM = Stepmother | Supv. Out ☐ |
| | | SS = Step-sister | |

ACTIVE WORKER: _____

Supv. Phone Work ☐

Problem Identified by Referral Source: (Include information on prior ChildLine Numbers) Call was a general referral from Jim Puett at Childline based on a call from an anonymous female reporter. Deborah went drinking tonight & left children alone. Theresa went next door to her grandmother — Don stayed in the home. Reporter also mentioned that Don won't go to school, mother doesn't make meals, mom drives w/o a license, & mom brings different men home all the time. Reporting source says she & MGM have made numerous reports about situation & they want something done. Theresa w/ her & Don & this worker felt Don was safe in the other half of the double block. Refer for a.m. follow-up.

# EXHIBIT 184

CONTACT SHEET

CASE NUMBER:                          MONTH: April, 1994

CLIENT NAME: Fell                    WORKER:

ADDRESS:                             DV for GK

---

| CONTACTS | 1. )   GOAL OF CONTACT: (PURPOSE) |
|          | 2. )   OUTCOME: (WHAT TRANSPIRED) |

---

Date: 4-7-94

Location: office

Who Seen:

phone: Jackie,
Debbie's sister

1. )

2. ) Mom at MDS — will call
Dick
Debbie is in jail for Donny
not going + School —
went to Magistrate in Plains
put her in jail

Debbie gave Donny the car
keys, he been riding around
w/ stolen plate — Cops advised
of this

31 yr. old married John stays
at Debbie's — just drinks & sleeps

called for Nelson at the school,
but Roman not in yet — due @
11:30 AM — Left Message

—

# EXHIBIT 185

## PSYCHIATRIC NOTE

RE:    Donald Fell

DATE:   4-12-94

Donald Fell is almost fourteen years old and was admitted to the Diagnostic Program of St. Michael's on 4-08-94. He is in the 7th grade but has been involved in chronic truancy. He tells me he only attended the 7th grade four days during the entire school year. Apparently, his mother is incarcerated for thirty days because of failure to have Donald attend school. Apparently the family is quite dysfunctional. He was referred to this facility from Luzerne County Children & Youth, John Koziloski, Caseworker.

Donald has a history of Wilkes Barre General Hospital Adolescent Psychiatric Unit admission. He apparently had been medicated with Tofranil and Melaril in the past. He was apparently directed to outpatient services but failed to utilize their availability.

A full battery of psychological tests will be conducted by Mr. Reakes as part of the overall treatment program. Information gathered will be utilized with regard to providing appropriate treatment recommendations and also to determine any evidence of underlying psychopathology.

The Clinical Psychiatric Evaluation reveals a fairly cooperative thirteen year old . He was oriented regarding time, place and person. He readily admitted to chronic truancy throughout the school year. Affect was appropriate. No increased or decreased psychomotor activity was noted. No marked disorder of perception such as illusion, delusion or hallucination was admitted to. He denies any illicit drugs or alcoholic intake.

He was mildly anxious during the interview but demonstrated no significant depressive features, obsessive-compulsive tendencies or phobias. Fund of general information is deemed within the lower levels of normal range. Insight and judgement into his difficulties, although superficial, is intact. He is competent with regard to handling simple monetary affairs.

FELL-00002017

PSYCHIATRIC NOTE
RE:  Donald Fell
Page II

Psychodynamically, Donald Fell shows manifestations of:

1. Axis I     - Adjustment Disorder with Disturbance of
              Conduct (309.30)
2. Axis II    - adolescent/authority conflicts (V71.02)
3. Axis III   - no significant physical impairment
4. Axis IV    - moderate
5. Axis V     - current 40 , highest 60

It is felt that Donald Fell could benefit from a consistent and structured environment. This could be provided through the residential placement at St. Michael's. Positive male role models can be provided. Behavioral modification therapies can be initiated. Drug and alcohol educational program can be part of the overall treatment program. Academic deficits can be improved through the scholastic program.

Donald might be considered an appropriate candidate for the Intensive Treatment Unit. Certainly his dysfunctional family bears further investigation through casework study.

John P. Lesniak, M.D.
Consulting Psychiatrist

JPL/dlw

FELL-00002018

# EXHIBIT 186

Diagnostic and Evaluation Service
Residential Treatment Center
Group Homes
Foster Care
Day Treatment
Educational Services



**St. Michael's School**

Hoban Heights, P.O. Box 370
Tunkhannock, Pennsylvania 18657
717-388-6155    Fax 717-388-6979

James F. Huff, ACSW
Executive Director

Established 1914

May 1994

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPORT OF DIAGNOSTIC AND EVALUATION

RE:    Donald Fell                    PARENT: Ms. Theresa Sharpe
DOB:   4/31/80
DOA:   4/8/94                         ADDRESS: REDACTED - FELL
                                               Wilkes-Barre, Pa   18702


ORDERED BY:        Luzerne County Family Court


REQUESTED BY:      Luzerne County Children and Youth


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

           ENCLOSED:    Impressions and Recommendations
                        Psycho-Social Summary
                        Psychiatric Evaluation
                        Psychological Evaluation
                        Educational Summary
                        Behavioral Adjustment Summary
                        Medical Summary
                        Dental Summary

THIS EVALUATION CONTAINS CONFIDENTIAL INFORMATION. IT HAS BEEN
DEVELOPED FOR PROFESSIONAL, AGENCY, AND COURT USE ONLY, AND IT
SHOULD BE CONSIDERED AS LIMITED ACCESS MATERIAL. ANY IMPROPER USE
CONSTITUTES A BREACH OF THE INDIVIDUAL'S RIGHT OF PRIVACY.



*Caring for the youth of today, the hope of tomorrow.*



ACCREDITED

FELL-00002019

-2-

On May 10, 1994, a Final Planning and Recommendation Conference was conducted on behalf of Donald, who was admitted to the Diagnostic Evaluation Program on April 8, 1994.

It is the recommendation of St. Michael's Diagnostic Evaluation Team that Donald's needs can best be met by continued placement in the Intensive Treatment Unit.

Our investigation into the case of Donald reveals that he first became known to Luzerne County Children and Youth in March of 1994 when his mother was incarcerated.

Psychodynamically speaking, Donald seems to show manifestations of:

    1. Axis I    - Adjustment Disorder with disturbance of conduct (309.30)
    2. Axis II   - adolescent/authority figure conflicts (71.02)
    3. Axis III  - no significant physical impairment
    4. Axis IV   - moderate
    5. Axis V    - current 40, highest 60

The mental status examination reveals a fairly pleasant and cooperative young man. He was oriented regarding time, place and person. Affect, or mood state, was appropriate. No increased or decreased psychomotor activity was noted. No marked disorder of perception such as illusion, delusion or hallucination was admitted to. He did admit to extensive alcohol use and a desire to live with his grandmother.

Psychological evaluation reveals a 13 year old youth who is currently functioning within the average range of intelligence and compared to the general population, he is placed at the 50th percentile rank. Donald presents himself as pleasant and cooperative. Central features of his personality structure at this time include: overwhelmed of current family affairs, underlying feelings of confusion and a strong need for nurturance.

FELL-00002020

-3-

Donald's academic achievement was evaluated through the administration of the following tests: Wide Range Achievement Test; Woodcock Reading Mastery Test; and the Key Math Diagnostic Arithmetic Test. For specific analysis of each test, please refer to the section contained within this report titled Educational Summary.

While in Purcell Place at St. Michael's, Donald's overall attitude, behavior and performance have been positive in nature.

RECOMMENDATIONS

St. Michael's Diagnostic Evaluation Team recommends continued placement would be in Donald's best interest.

Essentially, we are suggesting a six step plan for the care and treatment of Donald Fell.

1.    Continued participation within St. Michael's Intensive Treatment Program is indicated within this client's best interests at this time;

2.    Intensive individual and group counseling sessions shall be implemented within the Intensive Treatment Program to address problem areas identified within the client's individual Psycho-Social Service Plan;

3.    Behavioral modification approaches shall be implemented to help this client develop and maintaing a positive stability within his behavior, and to address problem areas (of a behavioral nature) identified within his interests;

4.    Participation within St. Michael's structured educational program is indicated at this time;

5.    In light of admitted drug or alcohol usage, a Drug and Alcohol Evaluation shall be conducted to determine the necessity of ongoing out-patient drug and alcohol counseling;

6.    Lastly, trusting relationships with appropriate adult role models will hopefully help this client to internalize appropriate social values, and help to maintain emotional support on a consistent basis.

FELL-00002021

# EXHIBIT 187

\

## PSYCHO SOCIAL SUMMARY

### IDENTIFYING INFORMATION

NAME:              Donald Fell

AGE:               13.11

DATE OF BIRTH:     4-30-80

DATE OF ADMISSION: 4-8-94

ADDRESS:           REDACTED - FELL
                   Wilkes-Barre, Pa  18705

### SOURCE OF REFERRAL/PRESENTING PROBLEMS/HISTORY OF PREVIOUS INTERVENTIONS

Donald Fell was admitted to St. Michael's Diagnostic Intake Unit, Purcell Place on April 8, 1994.  He was referred by Luzerne County Children and Youth Services, his social worker is Mr. John Kosloski.

The referral was due to chronic truancy, ungovernable behaviors at home, alcohol issues with both parent and client and alleged sexual abuse.

Donald comes from a very dysfunctional family.  He was residing with his mother Debra and sister Terri.  When Donald was fined for truancy from school, his mother did not pay the fines so she was placed in jail.  She is currently in prison.  The children were placed with the maternal grandmother, but stated she could not care for Donald due to the out of control behavior he was displaying.

Debra and her mother resided in a side by side duplex which Mrs. Sharpe owns.  When her daughter was placed in prison she had the home condemed.  The home was infested with rats, cockroaches and lice.  Though this worker did not go through the home the grandmother did show me pictures.  The home was filthy, litter, fecus and beer cans were scattered in living room. This worker questioned Mrs. Sharpe how long this had been going on to which she stated "two years".  When questioned why she did act sooner on having her property condemed, she failed to respond.  It should be noted at this time that there were numerous inconsistencies in Donald's care, the grandmother's involvement and Mrs. Sharpe's personal anger toward Children

FELL-00002022

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page II

and Youth Services of Luzerne County.  Mrs. Sharpe stated that she called Children and Youth weekly about the conditions the children were living in, the abuse and neglect she felt the children were living under.  Mrs. Sharpe stated that the case was closed in January 1994, against her wishes.

However, Mrs. Sharpe refuses to take responsibility for the condition her grandchildren were living under on property she owns.

Donald has had a long history of mental health interventions including hospitalizations.  He was hospitalized at First Valley in 1992 for out of control behaviors and Wilkes-Barre General twice in 1993 for the same behaviors and suicidal ideations.

Donald attended the Childrens' Service Center of Wilkes-Barre in 1992 and up rumoved from the program due to poor and ungovernable behaviors.  He had been diagnosed with attention deficit disorder.

## PRESENT FAMILY CONSTELLATION

| NAME | D.O.B. | RELATIONSHIP | ADDRESS |
|------|--------|--------------|---------|
| Terri Fell | REDACTED - FELL | sister | REDACTED - FELL Wilkes-Barre, Pa |
| Jackie Cotzer | | aunt | "            " |
| Theresa Sharpe | | grandmother | "            " |
| Debra Ann Fell | | mother | Luzerne County prison |

## PRESENT HOME ENVIRONMENT

As previously stated, Donald resided with his mother Debra at    REDACTED - FELL    in Wilkes-Barre, Pa.  The house is a side by side duplex and by Donald's maternal grandmother, Theresa Sharpe who resides at REDACTED - FELL

When the children were removed from the mother's home it was comdemed by Mrs. Sharpe.  The home was filthy and infested with rats, lice and cockroaches.  Mrs. Sharpe had photos taken of the house.

Mrs. Sharpe's home was very neat and clean in its appearance.  There does however seem to be a tug-of-war for Donald and his sister between Mrs. Sharpe and Debra Fell.

FELL-00002023

PSYCHO SOCIAL SUMMARY
RE:     Donald Fell
Page III

FAMILY HISTORY/DYNAMICS

        Natural Father: Donald Fell Sr.
                D.O.B.  :   unknown
                Phone # :   unknown
                Status  :   separated
             Children  :   two
                Health  :   unknown
            Education  :   unknown
          Employment  :   unknown
                Income  :   unknown
        D&A Involvement:  Mrs. Sharpe stated that her
son-in-law used alcohol regularly.  She was not sure if he used
drugs.
        Criminal History:  Mrs. Sharpe did not know if Donald
Sr. used drugs.

        Relationship with child/spouse:  According to Mrs.
Sharpe, Mr. Fell has had no contact with the children since
1990.  She stated that her son-in-law was abusive towards both
Debra and the children.

        Mrs. Sharpe had also alleged that her son-in-law was
sexually abusive to the children as well as on one occasion,
stabbed his wife Debra during a drinking binge they were both
on.  These allegations could not be substantiated.

        Natural Mother: Debra Ann Cotzer Fell
                D.O.B.  :   REDACTED - FELL
                Address :   currently in Luzerne County Prison
                            REDACTED - FELL
                            Wilkes-Barre, PA      - Condemned
                Phone # :   unknown
                Status  :   separated
             Children  :   two
                Health  :   poor
            Education  :   10th grade
          Employment  :   nonw
                Income  :   DPA
        D&A Involvement:  Mrs. Sharpe stated that her daughter,
Debra is a chronic alcoholic, "who slept, drank and slept".  She
is unsure if her daughter uses drugs.
        Criminal History:  Mrs. Sharpe stated that her daughter
had numerous court fines and was currently in prison for not
attending a court hearing and not paying truancy fines.

        Relationship with child/spouse:  Due to Mrs. Fell's

FELL-00002024

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page IV

incarceration the homestudy was conducted at her home of Mrs. Sharpe, Donald's natural grandmother. She stated that Donald's relationship with his mother could only be described as "poor". Donald was physically abusive towards his mother on numerous occasions.  When she drank heavily she would give Donald her car keys and he would run errands for her.

Mrs. Sharpe also stated that her daughter was physically abusive towards the children when they were younger.  She also made allegations that Donald was sexually abused by a babysitter and her boyfriend but Debra did nothing about it.

Donald's parents were married on November 10, 1979.  Debra and Donald had two children, Donald Jr. and Terri.  They separated after 10 years of marriage.  Both parents abused alcohol, and raised the children in a dysfunctional home.  Mr. Fell physically abused his wife and the police were called on numerous occasions for domestic violence.  On one occasion Mr. and Mrs. Fell had stabbed each other during a fight.  Donald was six years old at the time.

```
Significant Other:  Theresa Sharpe
          D.O.B. :  REDACTED - FELL
         Address :
                    Wilkes-Barre, Pa
         Phone # :  717-822-7135
          Status :  divorced
        Children :
          Health :  good
       Education :  N/A
      Employment :  N/A
          Income :  N/A
  D&A Involvement:  Mrs. Sharpe states that she does not
                    use drugs or alcohol.
Criminal History:   Mrs. Sharpe states that she has no
                    criminal history.
```

RELATIONSHIP WITH CHILD/SPOUSE

Mrs. Sharpe has gained custody of Terri Fell, Donald's sister and will request Donald's custody after his placement. Mrs. Sharpe has also stated that she will be a visiting resource for Donald.  Her relationship with both children appears to be nurturing and healthy.

FELL-00002025

PSYCHO SOCIAL SUMMARY
RE:    Donald Fell
Page V

CLIENT'S PERSPECTIVE

Donald has readily admitted to being difficult and understands the need for placement.

DRUG AND ALCOHOL INVOLVEMENT

A drug and alcohol evaluation has been requested due to Donald's environment as well as his admitted use of alcohol (beer) on a regular basis.

HISTORY OF ABUSE (Physical, Sexual, Emotional)

Donald has not spoken about the allegations of sexual abuse but does talk about the physical abuse that have taken place.  He states that both his mother and father "beat" him.

EDUCATIONAL HISTORY

The last school attended by Donald was Plains Junior High School.  He was repeating 7th grade.  He was chronically truant and ungovernable when he was there.  His grades were poor mostly due to his paying attention and refusing to do the work.

SPECIAL CONCERNS

Donald is a very confused young man.  He has acted as his own caretaker for sometime and is not readily acceptable to help.  His mother's drinking continues which only upsets Donald more.  He has not expressed any interest in seeing her at this point.

IMPRESSIONS AND RECOMMENDATIONS

Donald is in need of supervision and structure.  He has to address issues surrounding alcoholism, truancy and aggression. It is strongly recommended that Donald remain in residential care until custody can be given to his grandmother or until his mother's situation becomes stable.  Donald will attend drug and alcohol counseling, group and individual therapy as well as attend school on campus.

FELL-00002026

PSYCHO SOCIAL SUMMARY
RE:     Donald Fell
Page VI


SOURCES OF INFORMATION

Information provided within this Psycho-Social Summary was obtained primarily through contact with Mrs. Sharpe; contact with Luzerne County Children and Youth; review of referral materials and through individual social work sessions conducted with Donald Fell.

Mark Innocenzi
Social Worker

FELL-00002027

# EXHIBIT 188

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C. 20537

PA0401300                                      PCN 941291625705

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD - FBI NO-31339NA8

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.


NAME                                 FBI NO.        DATE REQUESTED
FELL,DEBORAH ANN                     31339NA8       06/09/94


SEX  RACE  BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
F    W     REDACTED - FELL  502     140     HAZ   RED   UNITED STATES

FINGERPRINT CLASS
PI PO 18 CO 13
PO PI 18 PI 18

1-ARRESTED OR RECEIVED 03/13/91    SID-PA20111852
   AGENCY-POLICE DEPARTMENT PITTSTON (PA0401100)
      AGENCY CASE-91-027
      CHARGE 1-RETAIL THEFT

2-ARRESTED OR RECEIVED 01/29/94    SID-PA20111852
   AGENCY-POLICE DEPARTMENT WILKES-BARRE (PA0401300)
      AGENCY CASE-15064       NAME USED-FELL,DEBBIE ANN
      CHARGE 1-SIMPLE ASSAULT
      CHARGE 2-PUBLIC DRUNK


RECORD UPDATED 06/09/94




ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

FELL-00002028

# EXHIBIT 189

48

CELL #7

# WILKES-BARRE POLICE DEPARTMENT

15 N. WASHINGTON STREET
WILKES-BARRE, PA. 18701

### JAILER'S REPORT

23    8620

| SURNAME | FIRST | MIDDLE | IRC NO. |
|---|---|---|---|
| RHODES | JOHN | | J189432 |

| ADDRESS | SOC. SEC. NO. |
|---|---|
| REDACTED - FELL w - 8 | REDACTED - FELL |

| AGE | SEX | RACE | DATE OF BIRTH | NICKNAME |
|---|---|---|---|---|
| 63 | M | W | REDACTED - FELL | |

| PLACE OF BIRTH | ALIAS |
|---|---|
| W - B. | |

| MARRIED | DRUNK | DATE OF ARREST | TIME | DATE OF CRIME | ON VIEW |
|---|---|---|---|---|---|
| SINGLE | SOBER | 18 OCT 94 | 1850 | 18 OCT 94 | WARRANT |

| HEIGHT | WEIGHT | PLACE OF CRIME | STATE | COUNTY |
|---|---|---|---|---|
| 5 FT. 9 IN. | 153 | REDACTED - FELL | PA. | LUZERNE |

| HAIR | EYES | PLACE OF ARREST | AUTHORITIES |
|---|---|---|---|
| BROWN | BROWN | 32 CHESTNUT ST. | POLICE W - B. PA. |

| BUILD | COMPLEXION | CHARGE: |
|---|---|---|
| MED | FAIR | P.C.C. 5505 |

| OCCUPATION |
|---|
| NONE |

| SCARS-MARKS-DEFORMITIES | VICTIM | RACE: |
|---|---|---|
| | | |
| | ADDRESS | |
| | OFFICER | UNIFORM |
| | PTLMN. R. SIMONETTI | DETECTIVE |

| PRELIMINARY HEARING | DATE | TIME | MAGISTRATE |
|---|---|---|---|
| | | | |

| BAIL. | ROR. |
|---|---|
| | |

RELEASED 2400 HOURS - CITATION ISSUED

JAILER SIGNATURE _Ptlmn. A. Judge_

SUPERVISOR SIGNATURE _HOR_

DATE: _10-18-94_

FELL-00002029

# EXHIBIT 190

LCPR-8

**ARREST REPORT | WILKES-BARRE POLICE DEPARTMENT**

| 1. ZONE | ☑ ADULT ☐ JUVENILE | | 2. IRC J185432 |
|---|---|---|---|

**OFFENSE**

3. CHARGE: Pub. Drunk | DATE CHARGED: 10/18/84 | 4. OFFENSE DATE: 10/18/84 | 5. ARRESTING OFFICER'S NAME: Simonetti | BADGE NUMBER: 473

6. OTHER CHARGES:

7. LOCATION OF ARR: NEAR. REDACTED - FELL
ONT — OFFENSE TRACKING NUMBER

8. WHEN ARRESTED: 10/18/84 1853 HOURS | 9. TYPE OF ARREST: ☑ ON VIEW ☐ WARRANT ☐ SUSPICION

REDACTED - FELL

**ACCUSED**

10. NAME OF ACCUSED: RHODES, John A | 11. AGE: 63 | 12. RACE: W | 13. SEX: M

REDACTED - FELL

15. ALIAS/NICKNAME:

16. TEL:

18. PLACE OF EMPLOYMENT/SCHOOL:

19. DATE REDACTED - FELL PLACE OF BIRTH: | MO. DA. YR.

| 21. HEIGHT | 22. WEIGHT | 23. EYES | 24. HAIR | 25. BLOOD TYPE | 26. MARKS, SCARS, TATOOS | 27. COMPLEXION |
|---|---|---|---|---|---|---|

| 28. SSN | 29. FBI NO. | 30. SID NO. | 31. PDID NO. | 32. MILITARY NO. |
|---|---|---|---|---|

| 33. VETERANS CLAIM NO. | 34. OPERATOR PERMIT NO. | 35. FINGERPRINT CLASSIFICATION | 36. PHOTO TAKEN ☐ YES ☐ NO | NUMBER |
|---|---|---|---|---|

37. FINGERPRINT CARD TO: ☐ FBI ☐ PSP | 38. INDICATION OF: DRUGS ☐ YES ☐ NO ALCOHOL ☑ YES ☐ NO | 39. DEFENDANT ARMED ☐ YES ☑ NO | TYPE WEAPON(S)

40. ARTICLES CONFISCATED FROM DEFENDANT | 41. PERSONAL ARTICLES RECEIPT GIVEN ☐ YES ☐ NO | NUMBER

**VEH**

42. DEFENDANT VEHICLE IDENTIFICATION: YEAR | MAKE | MODEL | LICENSE NO./ST

DEFENDANT FAMILY CODE FOR BLOCKS 43 – 46
F — FATHER   W — WIFE   B — BROTHER   S — SON
M — MOTHER   S — SISTER   D — DAUGHTER

**FAMILY**

| | NAME | ADDRESS | PHONE (RESIDENCE/OFFICE) |
|---|---|---|---|
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |

**ACC**

47. NAME/ALIAS/NICKNAME OF ACCOMPLICE | 48. ADDRESS

49. NAME/ALIAS/NICKNAME OF ACCOMPLICE | 50. ADDRESS

**ATT**

51. ATTORNEY NAME | TELEPHONE NO. | 52. RIGHTS READ ☐ YES ☐ NO | BY WHOM

**STAT**

53. STATUS OF DEFENDANT: ☐ DETAINED AT ___ ☐ MONEY BOND — AMOUNT $ ___ ☐ PROPERTY BOND ☐ RELEASED ☐ PERSONAL BOND ☐ TURNED OVER TO

**NARRATIVE**

ITEM NO. | 54. CONTINUATION OF ABOVE ITEMS (INDICATE ADDITIONAL INFORMATION.)

Cited For Pub. Drunk C.T # A630119
Magistrate Stated To Hold Till Sober

**CHARGE INFORMATION**

55. ADJUDICATION: DATE AND TIME: __/__/__ MO. DA. YR. HOURS

| 56. CHARGE: Pub. Drunk | 56A. OTN | 57. MAGISTRATE/DISTRICT COURT: 11-1-2 | 58. DATE | 59. FINAL DISPOSITION |
|---|---|---|---|---|

**CONTROL**

60. COMM. CENTER WANT/WARRANT INQUIRY: YES ☐ NO ☐ CANCEL __/__/__ MO. DA. YR. HOURS | WARRANT NO.

61. DISTRIBUTION: ☐ CHIEF ☐ DETECTIVE ☐ JUVENILE ☐ NARCOTICS ☐ OTHER

62. ARRESTING OFFICER SIGNATURE: [signature] 473 10/18/84 | 63. REVIEWING OFFICER SIGNATURE: [signature] 10/18/83

# EXHIBIT 191

**Commonwealth of Pennsylvania**
**CITATION**
(NON-TRAFFIC)

CITATION No.
A 630119

DOCKET NUMBER

MAGISTERIAL DISTRICT NO. 11-1-2

DEFENDANT — FIRST NAME: John   MIDDLE NAME: A.   LAST NAME: RHODES

REDACTED - FELL   STATE: WB   ZIP CODE: PA

CHARGE: PUBLIC DRUNKENESS

OFFENSE

NATURE OF OFFENSE: DEF APPEARED IN PUBLIC UNDER the INFLUENCE OF Alcohol to the DEGREE he WAS A DANGER to HIMSELF

DATE: 10/18/94   TIME: 1850   PLACE: REDACTED - FELL   COUNTY: Lun 40

DAY: TUES   CITY-TWP-BORO: WB   CODE: 304

VIOLATION

STATUTE OR ORDINANCE: PCC   MAGISTERIAL DISTRICT NO: 11-1-2 D

SEC: 5505   FINE:   ADDRESS: 150 S. PENN AVE

SUB. SEC:   COSTS:

TOTAL DUE:

RECEIPT OF CITATION IS ACKNOWLEDGED SIGNATURE OF DEFENDANT: John T. Rhodes

DATE ISSUED: 6/18/94

I VERIFY THAT THE FACTS SET FORTH IN THIS CITATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 PA.C.S. §4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

OFFICER'S SIGNATURE: R. Cunnetti   BADGE NO: 473

STATION ADDRESS: WB P.D.   CODE:

RACE: W   SEX: (M) F   REDACTED - FELL   INCIDENT NO: 527 32   UCR CODE (IF APPLICABLE):

REMARKS:   J189432

STAGGERING

ODOR OF Alcohol,

LOCKED OUT by

LANDLORD.

AOPC 407-86   DISTRICT JUSTICE

**USE BALL POINT --- PRINT & PRESS HARD**

CCA GRAPHICS • West Chester, Pa • 215-793-2775

# EXHIBIT 192

# BUREAU OF POLICE OF THE CITY OF WILKES-BARRE

## SPECIAL REPORT

Joseph T. Coyne, *Chief of Police*

S.R. 1

Wilkes-Barre, Pa. ........10/18........, 19 94

J189432

IN REFERENCE to the ARREST of John A. Rhodes For Public Prunkenss. MAGistrapte FEISSNER Stoted to cite him, hold him to the point MR. Rhodes was Sober and Release him.

Submitted

R SIMONCTTI
473

HOR

# EXHIBIT 193

CASE NAME: Fell

DATE: 10/26/94

### RISK/SEVERITY ASSESSMENT SUMMARY FORM

D. Note specific evidence supporting high risk and intermediate risk conclusions and clarify ambiguous factors. You must provide conclusions regarding overall severity/risk based on interaction of all factors. Attach extra pages if needed.

3. IN — Mothers neglect has resulted in both children demonstrating behavioral problems

5. H — both children were sexually abused by baby-sitter in 1985

6. IN — Donald's emotional/social impairment has resulted in behavioral problems which lead to his placement at St. Mikes

7. IN — Debbie has poor reasoning poor impulse control and criminal history

8. IN — Debbie is known abuser not in treatment

9. IN — Debbie's parenting skills are impaired by her addiction

11. IN — Debbie's whereabouts are unknown, she is not participating in any services

12. IN — Debbie's housekeeping skills were substandard and there are photos which document deplorable conditions of her home

19. IN — Debbie's depression has led her to substance abuse

20. H — Debbie's whereabouts are unknown

Overall Severity: H: Children were sexually abused due to mothers failure to protect

Overall Risk: IN: Neglect/abuse caused them to experience emotional problems — Donald refused treatment Teri has accepted treatment

FELL-00002033

RISK/SEVERITY ASSESSMENT FORM
PHILADELPHIA MODEL

PRELIM.RPT: PR____   ASSESSMENT CODES:   Z = NO RISK   L = LOW RISK   IM = INTERMEDIATE RISK   H = HIGH RISK
DETERMIN: DR____                          X = UNABLE TO ASSESS   NA = NOT APPLICABLE
SPECIAL: SP X

CASE NAME: Fell          CASE #: 000056

| A. CHILD FACTORS | name: | DONNY | | TERi | | | | | | | | | | HIGHEST RISK FACTOR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | age: | 14 | | ⋉ | | | | | | | | | | | |
| | | PR | DR | PR | DR | PR | DR | PR | DR | PR | DR | PR | DR |
| 1.AGE,PHYSICAL/MENTAL ABILITY | | | L | | L | | | | | | | | | L |
| 2.SEVERITY/FREQ OF ABUSE | | | H | | H | | | | | | | | | H |
| 3.SEVERITY OF NEGLECT | | | IN | | IN | | | | | | | | | IN |
| 4.LOCATION OF INJURY | | | H | | H | | | | | | | | | H |
| 5.CHILD'S PRIOR ABUSE/NEG. | | | H | | H | | | | | | | | | H |
| 6.EXTENT OF PSYCHO/HARM | | | IN | | L | | | | | | | | | IN |

| B.PARENT/PERP.ADULT HOUSEHOLD MEMBER FACTORS | name: | DEBBiE | | | | | | | | | | | | HIGHEST RISK FACTOR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | age: | 41 | | | | | | | | | | | | | |
| | | PR | DR | PR | DR | PR | DR | PR | DR | PR | DR | PR | DR |
| 7.AGE,PHYSICAL/MENTAL ABILITY | | | IN | | | | | | | | | | | IN |
| 8.ALCOHOL/SUBSTANCE ABUSE | | | IN | | | | | | | | | | | IN |
| 9.PARENTING SKILLS/KNOWLEDGE | | | IN | | | | | | | | | | | IN |
| 10.LEVEL OF COOP. W/INVSTGTN | | | L | | | | | | | | | | | L |
| 11.IMPACT OF INTERVENTION | | | IN | | | | | | | | | | | IN |
| 12.PERP. ACCESS TO CHILD | | | L | | | | | | | | | | | L |
| 13.PRIOR ABUSE/NEGLECT | | | Z | | | | | | | | | | | Z |
| 14.IMPLEMENT | | | Z | | | | | | | | | | | Z |
| 15 PARENT/CHILD RELATIONSHIP | | | L | | | | | | | | | | | L |
| 16.PRESENCE PARA/PARENT SUB/O | | | NA | | | | | | | | | | | NA |

| C. ENVIRONMENTAL/ECOLOGICAL FACTORS: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17.CONDITION OF THE HOME | | | | | | | IN |
| 18.FAMILY SUPPORT SYSTEM | | | | | | | L |
| 19.STRESSES | | | | | | | IN |
| 20.FAMILY MOBILITY | | | | | | | H |

D. USE PAGE 2 FOR NARRATIVE REQUIRED

| | |
|---|---|
| TOTAL HIGH RISK= | 4 |
| TOTAL INT RISK = | 8 |
| TOTAL LOW RISK = | 5 |
| TOTAL NO RISK = | 2 |
| TOTAL UNABLE = | 0 |
| TOTAL NOT APPLI= | 1 |
| OVERALL SEVERITY | H |
| OVERALL RISK | IN |

PR WORKER          DATE          DR WORKER  Donna Boynton 10.26.91   DATE

PI ERVISOR         DATE          DR SUPERVISOR         DATE

SOC. SER. CO-ORDINATOR     DATE:

|  | YES  NO | | YES  NO | | YES  NO |
|---|---|---|---|---|---|
| School Problems | X ___ | Drug & Alcohol Issues | X | | |
| Teen-age Programs | | | | | |

FELL-00002034

# EXHIBIT 194

W-C                                                      8620

LCPR-8

**ARREST REPORT   WILKES-BARRE POLICE DEPARTMENT**

| | |
|---|---|
| 1. ZONE C-6 | 2. IRC A1295'46 |

ADULT ☒  JUVENILE ☐

**OFFENSE**

3. CHARGE WARRANTS FOR PUBLIC DRUNKNESS  DATE CHARGED 10/18/84  4. OFFENSE DATE 10/18/84

5. ARRESTING OFFICER'S NAME CASELLA - RODRIGUEZ   BADGE NUMBER 339-540

6. OTHER CHARGES

7. LOCATION OF ARREST  REDACTED - FELL

ONT — OFFENSE TRACKING NUMBER

8. WHEN ARRESTED 1/12/85 2019

9. TYPE OF ARREST  ☐ ON VIEW  ☒ WARRANT  ☐ SUSPICION

**ACCUSED**

10. NAME OF ACCUSED JOHN Amos RHODES  11. AGE 63  12. RACE W  13. SEX M  14. ADDRESS REDACTED - FELL

15. ALIAS/NICKNAME

16. TELEPHONE  17. OCCUPATION RETIRED

18. PLACE OF EMPLOYMENT/SCHOOL

19. DATE OF BIRTH REDACTED-FELL /30  20. PLACE OF BIRTH W-B PA

21. HEIGHT 5'9½"  22. WEIGHT 145  23. EYES Brown  24. HAIR Brown  25. BLOOD TYPE  26. MARKS, SCARS, TATOOS  27. COMPLEXION

28. SSN REDACTED - FELL  29. FBI NO.  30. SID NO.  31. PDID NO.  32. MILITARY NO.

33. VETERANS CLAIM NO.  34. OPERATOR PERMIT NO.  35. FINGERPRINT CLASSIFICATION  36. PHOTO TAKEN ☐YES ☐NO  NUMBER

37. FINGERPRINT CARD TO ☐ FBI ☐ PSP  38. INDICATION OF  DRUGS: ☐YES ☒NO  ALCOHOL: ☒YES ☐NO  39. DEFENDANT ARMED ☐YES ☐NO  TYPE WEAPON(S)

40. ARTICLES CONFISCATED FROM DEFENDANT  41. PERSONAL ARTICLES RECEIPT GIVEN ☐YES ☐NO  NUMBER

**VEH**

42. DEFENDANT VEHICLE IDENTIFICATION  YEAR  MAKE  MODEL  LICENSE NO./ST

DEFENDANT FAMILY CODE FOR BLOCKS 43 - 46  F – FATHER  W – WIFE  B – BROTHER  S – SON  M – MOTHER  S – SISTER  D – DAUGHTER

**FAMILY**

| 43 | NAME | ADDRESS | PHONE (RESIDENCE/OFFICE) |
|---|---|---|---|
| 44. | | | |
| 45. | | | |
| 46. | | | |

**ACC**

47. NAME/ALIAS/NICKNAME OF ACCOMPLICE  48. ADDRESS

49. NAME/ALIAS/NICKNAME OF ACCOMPLICE  50. ADDRESS

**STAT ATT**

51. ATTORNEY NAME  TELEPHONE NO.  52. RIGHTS READ ☐YES ☐NO  BY WHOM

53. STATUS OF DEFENDANT ☐DETAINED AT ___ ☐RELEASED ☐PERSONAL BOND ☐MONEY BOND – AMOUNT $ ___ ☐PROPERTY BOND ☐TURNED OVER TO

**NARRATIVE**

ITEM NO.  54. CONTINUATION OF ABOVE ITEMS

DEF PLACED IN LOCKUP NO ONE TO PICK HIM UP. AT 2019HRS OFFICERS DETAILED TO 32 E CHESTNUT ST ON A 10-- CALL. UPON ARRIVAL SUBJECT WAS OUTSIDE LOCATION. WARRANT CHECK FOUND 2 FOR SUBJECT.

**CHARGE INFORMATION**

55. ADJUDICATION DATE AND TIME:

| 56. CHARGE | 56A. OTN | 57. MAGISTRATE/DISTRICT COURT | 58. DATE | 59. FINAL DISPOSITION |
|---|---|---|---|---|
| 5505 | | 11-1-2 | | |
| 5505 | | 11-1-2 | | |

**CONTROL**

60. COMM. CENTER WANT/WARRANT INQUIRY  YES ☐ NO ☐ CANCEL  WARRANT NO.

61. DISTRIBUTION ☐CHIEF ☐DETECTIVE ☐JUVENILE ☐NARCOTICS ☐OTHER

62. ARRESTING OFFICER SIGNATURE E Casella · A Rodriguez 339/540 1/12/85  63. REVIEWING OFFICER SIGNATURE 1/12/85

FELL-00002035

# EXHIBIT 195

# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF LUZERNE

To any authorized person:

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody DOB: REDACTED - 30 M
(Name): RHODES, JOHN A
(Address): **REDACTED - FELL**
WILKES-BARRE, PA 18705

If the defendant be found in said Commonwealth, and bring the defendant before us at MARTIN R. KANE
(Address): 150 S. PENNSYLVANIA AVE.
WILKES-BARRE, PA 18701-3399

to answer the Commonwealth or WILKES BARRE CITY
(Political Subdivision)
upon the complaint or citation of FEIBUS, RONALD charging the defendant with 18 §5505 §§
PUBLIC DRUNKENNESS
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.

Witness the hand and official seal of the issuing authority on this

_____ day of ____Feb____, 19 __

SEAL _____
(Signature)

Magisterial District No.: 11-1-02

Citation No.: A600792
    FILED:    1/04/94
Docket No.: NT-0000035-94

Amount needed to satisfy collateral: $    170.00

OPC 417-91    COPY : SHERIFF/CONSTABLE

Amount required to satisfy sentence:
Fine: $
Costs: $
Other: $
Total: $

---

## RETURN WHERE DEFENDANT IS FOUND

By authority of this warrant
12 JAN , 19 95
☒ I took into custody the within named
_____

☐ He is now at liberty on bail posted before _____
_____

☐ in the _____
_____ jail.

☐ before you for disposition.
☐ I accepted a guilty plea and collected
$_____
for fine and costs.

☐ I accepted a not guilty plea and collected $_____
for collateral.

☐ I accepted the fine and costs due in the amount of
$_____

_____
(Signature of Officer - Name & Title)

## RETURN WHERE DEFENDANT IS NOT FOUND

After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

_____
TITLE

---

## WARRANT OF ARREST

WARRANT CONTROL NO.:
4673015

DOCKET NUMBER:
NT-0000035-94

**COMMONWEALTH OF PENNSYLVANIA**

VS

RHODES, JOHN A.

OFFENSE DATE    1/03/94

CHARGE

18 §5505 §§

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of
$_____

_____
(Defendant's Signature)

Officer's costs:
Warrant                      _____
Miles @        ¢             _____
Commitments                  _____
Miles @        ¢             _____
Conveying to hearing         _____
Miles @        ¢             _____
        Total                _____

FELL-00002036

# EXHIBIT 196





# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF LUZERNE

To any authorized person:

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody DOB: REDACTED /30 M
(Name): RHODES, JOHN A.
(Address): REDACTED - FELL
WILKES-BARRE, PA

If the defendant be found in said Commonwealth, and bring the defendant before us at MARTIN R. KANE
(Address): REDACTED - FELL
WILKES-BARRE, PA 18701-3399

to answer the Commonwealth or **WILKES BARRE CITY**
(Political Subdivision)
upon the complaint or citation of SIMONETTI, ROBERT charging the defendant with 18 §5505 §§
PUBLIC DRUNKENNESS
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.
Witness the hand and official seal of the issuing authority on this

_____ day of _____, 19 ___.

SEAL _____
(Signature)

Magisterial District No.: 11-1-02

Citation No.: A630119
FILED:    10/20/94
Docket No.: NT-0001259-94

Amount required to satisfy sentence:
Fine: $
Costs:$
Other:$
Total: $

Amount needed to satisfy collateral: $    171.00

AOPC 417-91     COPY : SHERIFF/CONSTABLE

---

**IF THE WITHIN DEFENDANT IS FOUND**

By authority of this warrant
__2__ Jan , 19 95
☑ I took into custody the within named
_____

☐ He is now at liberty on bail posted before_____

☐ in the_____
_____ jail.

☐ before you for disposition.
☐ I accepted a guilty plea and collected
$_____
for fine and costs.

☐ I accepted a not guilty plea and collected $_____
for collateral.

☐ I accepted the fine and costs due in the amount of
$_____

E Casella - A Rodriguez 338/540
(Signature of Officer - Name & Title)

**RETURN WHERE DEFENDANT IS NOT FOUND**
After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

_____
TITLE

---

# WARRANT OF ARREST

WARRANT CONTROL NO.:
6221790

DOCKET NUMBER:
NT-0001259-94

COMMONWEALTH
OF
PENNSYLVANIA

VS

RHODES, JOHN A.

OFFENSE DATE    10/18/94

CHARGE

18 §5505 §§

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of

$_____

_____
(Defendant's Signature)

Officer's costs:
Warrant        _____
Miles @    ¢    _____
Commitments    _____
Miles @    ¢    _____
Conveying to hearing_____
Miles @    ¢    _____
Total      _____

FELL-00002037

# EXHIBIT 197

CASE NUMBER:

CLIENT NAME: Fell

ADDRESS:

MONTH: 7/95

WORKER: Boysen

| CONTACTS | 1. ) GOAL OF CONTACT:  (PURPOSE) |
| --- | --- |
| | 2. ) OUTCOME:  (WHAT TRANSPIRED) |

Date: 7/7/95

Location: PC

Who Seen: PC

KEN McCurdy
St Michael's

1. )

Ken called to report

2. ) some problems Donnie is having. He is paling around w/ Bob ▓▓▓▓ — took off from work group and went to get drinks on their own

Donnie stayed for detention on Thurs, went to school instead of work. Is in school today.

If he continues to get in trouble, he will lose his job. Also, Ken thinks he's been smoking on campus.

FELL-00002038

7/7/95
PC 11:30AM
Jacqui Sharp

Not available

7/7/95
Fell/SHARP Home
Teri Fell
JACKIE SHARP

Home visit - Donald wasn't home yet from St Mikels.

██ reports she misses Tom. She's mad at Aunt Jackie and blames her for Tom leaving them. I tried to explain to Teri why her aunt needs her support rather than anger. I advised Jackie and Teri that Teri needs to return to CSC, and Jackie reported and Teri confirmed, she had thoughts of hurting herself.

I also tried to explain to ██ why I cannot arrange visitation for her w/Tom, as he is not a relative.

Finally, I reviewed w/Jackie concerns Ken McCurdy had shared about Donnie's behavior w/day

FELL-00002039

# EXHIBIT 198