# EXHIBIT 325

## McArthur, Earle

From:           Paula.Tremblay@state.vt.us
Sent:           Tuesday, September 17, 2013 2:41 PM
To:             Records Center
Subject:        Record Request From Online Form

Below is the result of your feedback form.  It was submitted on Tuesday, September 17, 2013 at 14:40:59
-------------------------------------------------------------------------------

REQUEST ID: 20130917-143934

name: Paula K Tremblay

AgencyName: Washington Criminal Court

billingcode: jud76

series: 290

box: DWN-89

description: file of Lucille Tatro  ~~843~~ 943-8-82 wncr

removed: no

Submit: Request Records _Regu Poor copies on film._
-------------------------------------------------------------------------------

_F-11136_

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

JUD76

PAULA TREMBLAY, RECORDS LIAISON
CRIMINAL DIVISION OF THE SUPERIOR COURT
255 N MAIN ST STE 1
BARRE. VT 05641-4145

FELL-00003208

District Court
Form No. 94
Docket and Disposition Rpt.

**STATE OF VERMONT**
Defendant              V.                  **DISTRICT COURT OF VERMONT**

Docket No.
943-8-82 w.c.

| Last Name | First | M.I. | Unit No. | Circuit |
|---|---|---|---|---|
| [redacted] | | | 5 | Washington |

DMV Use

**Address**
3 Mile bridge Road

Scheduled Date of Appearance
August 23, 1982

Incident Offense No.

**City, State, Zip Code**
Montpelier, VT

| Date of Birth | Age | Place of Birth |
|---|---|---|
| [redacted] | 57 | Hanover, NH |

**Occupation**
Custodian

Operator's License No.
80530010

Soc. Sec. No.
[redacted]

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 7-25-82 | Middlesex | 7-27-82 | Berlin |

**Arresting Officer**
Richard Kinerson

Department
VSP

☐ Arrest   ☐ Accident   ☐ Injury
☒ Citation   ☐ Property Damage

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Unlawful Mischief | 01 of 1 | 13 V.S.A. | 3701(b) | | X | | Ord. |

**RULE 5 HEARING**

Date of Rule 5 Htg.
8/23/82

☒ Copy of Affidavit and Info. Provided to Defendant
☒ Probable Cause Found
☐ Continued for Plea

**ARRAIGNMENT**

Date of Arraignment
8/23/82

Defendant Waives
☒ 24 Hour Rule
☒ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney
☒ Pro Se
☐ Private

Name of Judge
[illegible]

Name of Reporter
[illegible]

Name of Defendant's Attorney

Name of Guardian Ad Litem

☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date of Issuance
Date of Warrant

**BAIL**
Date Bail Set
8/23/82

Amount

☒ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☒ Conditions

Deposit

Date Bond Posted

Date Mitt. Lack or Bail

Date Discovery Order
8/23/82

P/T Conference Set For

Jury Drawing Set For
9/16/82

Date Refusal Htg.

Date Jury Drawn
Date Trial Commenced
☐ Trial by Jury

Judge at Trial
Reporter at Trial
☐ Trial by Court

10/7/13 CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME APPEARS
ON FILE IN THIS OFFICE.

[signature]

CLERK - DISTRICT COURT OF VERMONT
WASHINGTON CIRCUIT, BARRE, VERMONT

Page 1 of 3

**DISPOSITION**

Amended to: Name of Offense          Title          Section          Felony Misd. Muni.     Code (VCIC)
                                        V.S.A.                                                  Ord.

Date

☐ Dismissal by S.A.
☐ Dismissed by Court
☐ Pleas Guilty
☐ Plea Nolo
☐ Adjudication Guilty
☐ Transferred to Juvenile Court
☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver
☐ Plea Relevant
☐ Other Basis for ...

☐ Pre-Sentence Ordered   Date
☐ Pre-Sentence Waived

Sentencing Set For

Defendant's entry of plea of "Guilty" [illegible]

**SENTENCE**

Date Sentence Imposed   Fine   Date Fine Paid in Full   Date Fine Due

| | MINIMUM | MAXIMUM | |
|---|---|---|---|
| TERM | | | ☐ Suspended |
| | | | ☐ Deferred |
| | | | ☐ Probation |

Restitution Amount
$

☐ Judgment Not Guilty
☐ Judgment Guilty

Signature of Judge     Date

Signature of Clerk     Date

FELL-00003209

District Court
Form No. 2

## INFORMATION BY STATE'S ATTORNEY

STATE OF VERMONT,                                    DISTRICT COURT OF VERMONT

Washington    COUNTY, ss.                    UNIT  5        Washington    CIRCUIT

BY THE AUTHORITY OF THE STATE OF VERMONT.        Timothy Shanley, Deputy

State's Attorney for said County, upon his      oath of office, charges

That ██████████

of     Montpelier              in the County of    Washington

at     Middlesex              in the County of    Washington              and in said Territorial Unit

on the    25    day of    July        , 19 82

did then and there, with intent to damage property and having no right to do so or any
reasonable ground to believe she has such a right, did damage to property, to wit,
dented a door of a car by throwing a rock and burning the upholstery with a cigarette,
valued in an amount exceeding Two Hundred Fifty Dollars ($250.00), all in violation
of 13 V.S.A. §3701(b)
NMT 1 year or NMT $1000 or both

and against the peace and dignity of the State

FELL-00003210

**AFFIDAVIT**

**STATE OF VERMONT**

Washington ........................... County S.S.

NOW COMES ............ Richard C. Kinerson ............ , affiant(s), being duly sworn and on oath,

(officer)

deposes and says he has probable cause to believe that ████ █████ █████ ████

(defendant)

has committed the offense(s) of ............ unlawful mischief ............ , a violation of

title 13 .............................................. , Vermont Statutes Annotated § 3701 (b)

On 25 July 1982 at 1825 hours ████ ██n of Montpelier, Vermont contacted this affiant and gave a written statement about an unlawful mischief that occured in Middlesex, Vermont on State Aid #1 at approximately 1600 hours on 25 July 1982.

████ advised that she, while driving a 1982 Silver Toyota bearing Vermont registration number LM465 and belonging to ████████ , stopped at the Lucille Tatro residence for the purpose of picking up some of her belongings. ████ ██en continued advising that as she was getting out of the vehicle one ████ ████ dented the deivars door by throwing a rock after which ████████ attempted to smash the windshield. ████ ██n advised that she then moved the vehicle out onto the highway and ████ ████ followed in a van threatening to drive into her vehicle. ████████ n further advised that at one point Lucille ████ burned the upholstery in the Toyota with a cigarette.

The total estimated damage to the Toyota was $421.?? per the owner, ██ ██ ███.

Subscribed and sworn to before me on

this ████ day of ████ 19

_____          _____
(Notary Public)  (Commission)          (date)

FELL-00003211