# EXHIBIT 326

**STATE OF VERMONT**          **DISTRICT COURT OF VERMONT**

Defendant _____ v. _____

| Last Name    First    M.I. | Unit No. | Circuit | DMV Use |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | 5 | Washington | |

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| 5 Cedar Street, apt 5 | June 23, 1982 | 82-15249 |

| City, State, Zip Code | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| Montpelier, Vermont 05602 | ▓▓▓▓ | 20 | South Amboy, NJ |

| Occupation | Operator's License No. | Soc. Sec. No. |
|---|---|---|
| Howards Market | | ▓▓▓▓ |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest |
|---|---|---|---|
| 05-20-82 | Montpelier | 05-20-82 | Montpelier |

| Arresting Officer | Department | |
|---|---|---|
| Mark L. Moody | Montpelier | ☐ Arrest  ☐ Citation  ☐ Accident  ☐ Property Damage  ☐ Injury |

| Name of Offense | Count | Title | Section | Felony | Misd. | Mun. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Simple Assault | 1 of 1 | 13 V.S.A. | 1023 | | | | |

## RULE 5 HEARING / ARRAIGNMENT

| RULE 5 HEARING | ARRAIGNMENT | | | |
|---|---|---|---|---|
| Date of Rule 5 Hrg. 6/16/82 | Date of Arraignment 6/8/82 | Defendant Pleads: | Defendant's Attorney | Name of Judge ▓▓▓▓ |
| ☒ Copy of Affidavit and Info. Provided to Defendant | Defendant Waives: ☒ 24 Hour Rule | ☐ Guilty  ☐ Nolo Contendere | ☐ Pro Se  ☐ Private | Name of Reporter ▓▓▓▓ |
| ☒ Probable Cause Found | ☒ Reading of Info. | ☐ Not Guilty | ☒ Counsel Assigned | Name of Defendant's Attorney PD |
| ☐ Continued for Plea | ☐ Right to Counsel | ☐ Pro Forma Not Guilty | ☐ Charge Dropped | Name of Guardian Ad Litem |

### BAIL / PRETRIAL

| BAIL Date Bail Set 6/16/82 | Amount | Date Discovery Order 6/16/82 | |
|---|---|---|---|
| ☒ Personal Recognizance | Deposit | P/T Conference Set For | |
| ☐ Appearance Bond | Date Bail Posted | Jury Drawing Set For 7/26/83 | |
| ☐ Cash/Surety | Date Mitt. Lack of Bail | Date Referral Hg. | |
| ☒ Conditions | | | |
| ☐ Date Jury Drawn | Judge at Trial | | VERMONT SUPERIOR COURT |
| Date Trial Commenced | Reporter at Trial | Date | WASHINGTON |
| ☐ Trial by Jury | ☐ Trial by Court | | |

| Amended to: Name of Offense | Title | Section | Felony | Misd. | Mun. | Code (VCIC) |
|---|---|---|---|---|---|---|
| | V.S.A. | 13 | | | ☒ Ord. | |

| Date 10-15-82 | ☐ Plea Guilty  ☒ Plea Nolo  ☐ Dismissed by S.A.  ☒ Adjudication Guilty  ☐ Transferred to Juvenile Court  ☐ Dismissed by Court | ☐ Verdict Guilty  ☐ Verdict Not Guilty  ☐ Guilty by Waiver  ☐ Rule by Waiver | ☒ Plea Agreement  Other Docket No. | Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered thereon. JUDGE _____ |
|---|---|---|---|---|
| ☐ Pre Sentence Ordered  Date | | Sentencing Set for | | |
| ☐ Pre Sentence Waived | | | | |

| Date Sentence Imposed 10-18-82 | Fee $7.50 | Sees Fine Paid in Full  Date Fee Set 10/11/82 | VLEB Probation violated-adjudication 812-82 when original sentence imposed to be served concurrently with 81-181-2 costs/fine. |
|---|---|---|---|
| **MINIMUM / MAXIMUM** | | ☒ On Probation | |
| TERM  Years Months Days — Years Months Days | 0 0 0 / 12 | ☐ Deferred  ☐ Eviction | |
| Split to Serve  Years Months Days | | | |
| ☐ Concurrent  To Docket Number(s) | Restitution/Amount ☐ $ | ☐ Judgment Not Guilty  ☐ Judgment Guilty  Signature of Judge | |
| ☐ Consecutive | | | |

| Date of Disposition 10/18/82 | ☐ Mittimus Date  ☒ Probation Warrant 10/18/82 | Disp. Report Sent  Date 10/21/82 | Date of Appeal | Probation Discharge Date 9/17/84 |
|---|---|---|---|---|
| D.M.V. Use | | | Signature of Clerk | |
| 15M 6/81 | | | | |

*Left margin, rotated:* Page 1 OF 24   CLERK - DISTRICT COURT OF VERMONT   WASHINGTON CIRCUIT: BARRE, VERMONT   OF THE ORIGINAL AS THE SAME IS ON FILE IN THIS OFFICE.

AUG 12 2013

**AFFIDAVIT**

STATE OF VERMONT

WASHINGTON COUNTY, ss.

NOW COMES    Mark L. Moody    , affiant(s), being duly sworn on oath
(Officer)
deposes and says he has probable cause to believe that ████████████████

has committed the offense(s) of    Simple Assault

a violation of    Title 13    Vermont Statutes Annotated §    1023

On Thursday, May 20, 1982 at 0143 hours I was on Main Street in Montpelier, Vermont near the Hall Drugs Store.  I was talking with a number of individuals when I heard an argument at the rear of the crowd of people present.

I noticed ███████████, date of birth ████████ of Montpelier, Vermont, was in the crowd and heard him hollering, "Just get away from me."

I lost sight of ████ and then I saw an individual, known to me as Gary Sweetser, fall to the sidewalk.

I checked Sweetser's pulse as he seemed to be unconscious.  Sweetser's pulse was strong and regular.  There was blood coming from Sweetser's mouth and he did not answer me when I talked to him.

I then requested the Montpelier Ambulance Service via the Montpelier Police dispatcher.  The ambulance service responded and transported Sweetser to the Central Vermont Hospital.

I asked the individuals in the crowd what had happened and they said they didn't want to get involved.

████ then stated, "He wouldn't leave me alone."

I again asked if anyone had seen what happened.  Spontaneously, ████ stated, "I punched him."

I then arrested ████ for Simple Assault and transported him to the Montpelier Police Department for booking.

Pursuant to Miranda and waiver of his rights, ████ said Sweetser had interfered with ████ and this minimized having a personal task.  In a written statement, ████ stated, "... I got angry and said leave us alone, its personal and doesn't concern you he said wouldn't leave so out of reflex I punched him in the jaw."

████ was released on a Citation to appear in Court on June 21, 1982 to answer to the charge of Simple Assault.

Subscribed and sworn to before me on

This _____ day of _____ 19__

_____
(Clerk #___) (Judge - Notary)

_____
(Officer)

_____
(Date)

## McArthur, Earle

From:       kimberli.ward@state.vt.us
Sent:       Monday, August 05, 2013 11:24 AM
To:         Records Center
Subject:    Record Request From Online Form

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at
11:24:01
--------------------------------------------------------------------------------

REQUEST ID: 20130805-112251

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 85

description: Docket # 214-2-82 Wncr / State vs. ███████████ / Please send DDR sheets and
affidavits

removed: No

Submit: Request Records

--------------------------------------------------------------------------------

F- 11134

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

9

FELL-00003214

**STATE OF VERMONT**  **DISTRICT COURT OF VERMONT**  Docket No.

| Last Name | First | M.I. | Unit No. | Circuit | DMV Use |
|---|---|---|---|---|---|
| [redacted] | | | 5 | Washington | |

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| 670 Elm St. | February 22, 1982 | 82-0100 |

| City, State, Zip Code | Date of Birth | Age | Place of Birth | Soc. Sec. No. |
|---|---|---|---|---|
| Montpelier, Vt. 05602 | [redacted] | 10 | South Amboy, N.J. | [redacted] |

| Occupation | Operator's License No. |
|---|---|
| R & C Montpelier, Vt. | 4047749 |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 2-5-82 | Bryant-Dalley 251 N Main | 2-5-82 | Montpelier City Police Department |

| Arresting Officer | Department | | Arrest | Accident | Injury |
|---|---|---|---|---|---|
| State Vandergish | BCPd | ☐ Citation | ☐ Property Damage | | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Unlawful Mischief | 1 of 1 | 13 V.S.A. | 3701 (c) | | X | Ord. | 2111 |

## RULE 5 HEARING / ARRAIGNMENT

**RULE 5 HEARING**

Date of Rule 5 Hg. 2/22/82

☐ Copy of Affidavit and Info. Provided to Defendant
☐ Probable Cause Found
☐ Continued for Plea

**ARRAIGNMENT**

Date of Arraignment 2/22/82

Defendant Waives:
☐ 24 Hour Rule
☐ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☑ Nolo Contendere
☐ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney
☐ Pro Se
☐ Private
☐ Counsel Assigned
☑ Counsel Retained

Name of Judge
Name of Reporter
Name of Defendant's Attorney
Name of Guardian Ad Litem

**Date Failure to Appear**
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

**BAIL / PRE-TRIAL**

Date Bail Set 2/22/82
Amount
Date Discovery Order 2/22/82

☐ Personal Recognizance
Deposit
P/T Conference Set For

☐ Appearance Bond
Date Bail Posted
Jury Drawing Set For 4/5/82

☐ Cash/Surety
Date Mitt Lack of Bail
Date Refusal Hg.

☐ Conditions

Date Jury Drawn
Judge at Trial
☐ F.D. ☐ F.S.

Date Trial Commenced
Reporter at Trial
Date

☐ Trial by Jury
☐ Trial by Court

**DISPOSITION**

| Amended to: Name of Offense | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|
| | V.S.A. | | | | Ord. | |

Date 2/22/82

☐ Plea Guilty
☑ Plea Nolo
☑ Dismissed by S.A.
☐ Dismissed by Court
☐ Pre Sentence Ordered   Date
☐ Pre Sentence Waived

☐ Verdict Guilty
☐ Verdict Not Guilty
☑ Adjudication Guilty
☐ Transferred to Juvenile Court

☐ Guilty by Waiver
☐ Nolo by Waiver

☐ Plea Agreement
☐ Order Docket No.

Sentencing Set for

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.

**JUDGMENT**

| Date Sentence Imposed | Fine | Date Fine Paid in Full | Date Fine Due |
|---|---|---|---|
| 2/22/82 | $50? | 3/4/80 | 3/4/82 |

| | MINIMUM | MAXIMUM | |
|---|---|---|---|
| TERM | Years Months Days | Months Days | ☐ Suspended ☐ On Probation |
| | | | ☐ Deferred |
| | Years Months Days | Months Days | ☐ Diversion |
| Split to Serve | | | |
| ☐ Concurrent ☐ Consecutive Count | | Restitution Amount | |
| ☐ Consecutive | | ☐ $ | |

☐ Judgment Not Guilty
☑ Judgment Guilty

Signature of Judge    Date 2/22/82

| Date of Disposition 2/22/82 | ☐ Mittimus Date ☐ Probation Warrant | Disp Report Sent Date 2/23/82 | Date of Appeal | Probation Discharge Date |
|---|---|---|---|---|

D.M.V. cl

Signature of Clerk    Date

**AFFIDAVIT**

STATE OF VERMONT

Washington    County S.S.

NOW COMES ........Scott VanderBush........ affiant(s) being duly sworn and on oath,
(officer)

deposes and says he has probable cause to believe that ▮▮▮▮▮▮▮▮▮▮
(defendant)

has committed the offense(s) of ..... Unlawful Mischief . , a violation of

...... Title 13 .... , Vermont Statutes Annotated § 3370 (c)

On February 5, 1982 at approximately 0130 hours Sergeant Howe, operating a marked Barre City Police Department cruiser, and I were parked on West St at the intersection of North Main Street monitoring traffic, when we heard what sounded like breaking glass. Immediately after hearing the noise I observed an individual who was later identified as ▮▮▮▮▮▮▮▮▮▮, wearing a blue parka and a cowboy hat, walking Westerly on North Main Street. I exited the cruiser and caught up with the individual in front of the Country House REstaurant.

Sergeant Howe proceeded Easterly on North Main Street and found the front door to the Bryant-Dailey Store, located at 260 North Main Street, shattered, with vibram lug type footprints leading to it. Mr. ▮▮▮ was wearing boots with a vibram type lug sole.

Patrolman Marceau arrived and advised me that he had observed Mr. ▮▮▮ exit the front entranceway of the Bryant-Dailey Store.

Mr. ▮▮▮ was verbally advised of the Miranda Warnings by Sergeant Howe while being transported to the Barre City Police Department.

Upon arrival to the Barre City Police Department I advised Mr. ▮▮▮ of the Miranda Warnings and Public Defender Rights which he acknowledged and waived. Mr. ▮▮▮ confessed to Sergeant Howe that he had kicked the door but did not know why, simply stating that he was drunk and depressed.

Mr. ▮▮▮ was issued a citation and agreed to wait in the front hallway of the Barre City Police Department for a ride.

Total amount of damage is $100.74.

Subscribed and sworn to before me on

this 7 day of Feb 19 82

_William McKinnich_
(Notary Public — Judicial Officer)

DPS 280-10M

_(Affiant)_

(date)

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:26 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:25:45
-----------------------------------------------------------------------------------------

REQUEST ID: 20130805-112423

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 62

description: Docket # 125-2-81/ State vs. ██████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

-----------------------------------------------------------------------------------------

*F-11130*

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

10

FELL-00003217

Dist. Court
Form No. 304
Docket and Disposition Rpt.

**STATE OF VERMONT**  **DISTRICT COURT OF VERMONT**  Docket No. ___

Defendant ___ v. ___

| Last Name | First | M.I. | Unit No. 5 | Circuit Washington | DMV Use |
|---|---|---|---|---|---|

Address: Box 215  October Lane

Scheduled Date of Appearance: February 9, 1981

Incident Offense 1 o: 81-0221

City, State, Zip Code: Montpelier, Vermont  05602

Date of Birth ___  Age 19  Place of Birth: South Amboy, New Jersey

Occupation: Employed at P&C Market

Operator's License No. 40474749

Soc. Sec. No. ___

| Date of Offense 01/17/81 | Place of Offense N. Main St. & Rt. 62, Barre | Date of Arrest/Citation 01/17/81 | Place of Arrest/Citation Barre City, Vermont |
|---|---|---|---|

| Arresting Officer Andrew W. Barceau | Department BCPD | [X] Arrest  [X] Citation | [ ] Accident  [ ] Property Damage | [ ] Injury |
|---|---|---|---|---|

| Name of Offense Driving While License Suspended | Count 1 of 1 | Title 23 V.S.A. | Section 674 (a) | Felony | Misd. | Muni. Code (VCIC) Ord. |
|---|---|---|---|---|---|---|

**RULE 5 HEARING**

Date of Rule 5 Hrg. 2/17/81

[X] Copy of Affidavit and Info. Provided to Defendant

[X] Probable Cause Found

[ ] Continued for Plea

**ARRAIGNMENT**

Date of Arraignment 2/17/81

Defendant Waives:
[X] 24 Hour Rule
[X] Reading of Info.
[ ] Right to Counsel

Defendant Pleads:
[X] Guilty
[ ] Nolo Contendere
[ ] Not Guilty
[ ] Pro Forma Not Guilty

Defendant's Attorney:
[ ] Pro Se
[ ] Private
[X] Counsel Assigned
[ ] Counsel Denied

Name of Judge ___
Name of Reporter ___
Name of Defendant's Attorney ___
Name of Guardian Ad Litem ___

Date Failure To Appear ___
[ ] Judicial Summons to Issue
[ ] Arrest Warrant to Issue
Date J/Summons ___
Date A/Warrant ___

**BAIL**

Date Bail Set ___  Amount ___  Date Discovery Order ___

[ ] Personal Recognizance

[ ] Appearance Bond    Deposit ___    P/T Conference Set For ___

[ ] Cash/Surety    Date Bail Posted ___    Jury Drawing Set For ___

[ ] Conditions    Date Mitt-Lack of Bail ___    Date Refusal Hg. ___

**TRIAL**

Date Jury Drawn ___    Judge at Trial ___

Date Trial Commenced ___    Reporter at Trial ___    Date ___

[ ] Trial by Jury    [ ] Trial by Court

**DISPOSITION**

Amended to: Name of Offense ___  Title ___  Section V.S.A. ___  Felony | Misd. | Muni. | Code (VCIC) Ord.

Date 3/17/81

[X] Plea Guilty
[ ] Plea Nolo
[ ] Dismissed by S.A.
[ ] Dismissed by Court

[ ] Verdict Guilty
[ ] Verdict Not Guilty
[X] Adjudication Guilty
[ ] Transferred to Juvenile Court

[ ] Guilty by Waiver
[ ] Nolo by Waiver

[ ] Plea Agreement
Other Docket No.(s): ___

Defendant's entry of a plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences, and after knowing waiver of constitutional rights. Plea has a factual basis, said plea is hereby accepted, and adjudication of guilty entered hereon.
JUDGE ___

[ ] Pre Sentence Ordered  Date ___    Sentencing Set for ___
[ ] Pre Sentence Waived

**SENTENCE**

Date Sentence Imposed 3/17/81    Fine $75.00    Date Fine Paid In Full 3/17/81    Date Fine Due 6/15/81

| | MINIMUM | | | MAXIMUM | | | |
|---|---|---|---|---|---|---|---|
| TERM | Years | Months | Days | Years | Months | Days | [ ] Suspended; [ ] On Probation |
| | Years | Months | Days | Years | Months | Days | [ ] Deferred |

Split To Serve ___

[ ] Diversion

[ ] Concurrent  To Docket Number(s) ___
[ ] Consecutive

Restitution/Amount $ ___

[ ] Judgment Not Guilty    Signature of Judge ___  Date ___
[X] Judgment Guilty

Date of Disposition 3/17/81
[ ] Minimum Date
[ ] Maximum Warrant

Disp. Report Sent Date 3/19/81

Date of Appeal ___

Probation Discharge Date ___

D.M.V. Use ___

Signature of Clerk ___    Date ___

15M R 12/80

FELL-00003218

**AFFIDAVIT**

**STATE OF VERMONT**
Washington .......... County, S.S.

NOW COMES ................ Andrew W. Marceau ................, affiant(s), being duly sworn and on oath,
.................................... (officer)

deposes and says he has probable cause to believe that ........ █████████████ ........ ..........
.................................................................... (defendant)

has committed the offense(s) of .......... Driving While License Suspended ................ , a violation of

.............. Title 23 .............................. , Vermont Statutes Annotated $ ........ 674(a) ........ ...........

On January 17, 1981, Officer Bedia and this officer were on patrol in the City of Barre. At approximately 01:10 hours, we observed a light colored truck with no taillights by the intersection of North Main St. and Route 62.

We stopped the vehicle on the Barre-Montpelier Road by Ann's Hotel. The vehicle had Vermont Truck registration M1041. The operator of the vehicle was found to be ███████ ██████████████ of Montpelier, Vermont.

A license check showed that █████ █████ ████████████, was under suspension for failure to appear. Mr. ███n was transported to the Barre Police Department after the vehicle he was operating was towed by Jerry's Wrecker Service. At the police station Mr. █████ was given a citation for driving while license suspended and the owner of the vehicle was given two citations; for defective equipment and for vehicle not inspected.

Subscribed and sworn to before me on

this ....... day of ........... 19 ...

_____
(Notary Public)    (Judicial Officer)

_Andrew W. Marceau_
(Affiant)
1-22-81
(date)

**McArthur, Earle**

| | |
|---|---|
| From: | kimberli.ward@state.vt.us |
| Sent: | Monday, August 05, 2013 11:28 AM |
| To: | Records Center |
| Subject: | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:27:33
--------------------------------------------------------------------------

REQUEST ID: 20130805-112601

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 27

description: Docket # 499-5-80 Wncr / State vs ████████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

--------------------------------------------------------------------------

F-11002

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

11

FELL-00003220

District Court
Form No. 94
Docket and Disposition Rpt.

**STATE OF VERMONT          DISTRICT COURT OF VERMONT**

Docket No. 499-5-80 Wmcr

Defendant: [redacted]

Unit No. 5 | Circuit Washington

DMV Use

Address: 1524 Berlin Street Box 215

Scheduled Date of Appearance

Incident Offense No. 80-02831

City, State, Zip Code: Montpelier, Vermont

Date of Birth: [redacted] | Age 20 | Place of Birth: S. Amboy, New Jersey

Occupation: Meat Cutter

Operator's License No.

Soc. Sec. No. [redacted]

Date of Offense: 4-10-80 | Place of Offense: 32 Main St., Mplr., VT | Date of Arrest/Citation: 4-10-80 | Place of Arrest/Citation: Montpelier, Vermont

Arresting Officer: Patrick O'Neill, Ptlm. | Department: Montpelier PD | ☐ Arrest ☒ Citation | ☐ Accident ☐ Injury ☐ Property Damage

Name of Offense: Unlawful Mischief | Count 1 of 1 | Title 13 V.S.A. | Section 3701(c) | Felony | Misd. X | Muni. Ord. | Code (VCIC) 1411

**RULE 5 HEARING**

Date of Rule 5 Hg? Waived

☑ Copy of Affidavit and Info. Provided to Defendant

☑ Probable Cause Found

☐ Continued for Plea

**ARRAIGNMENT**

Date of Arraignment 5/19/80

Defendant Waives:
☑ 24 Hour Rule
☑ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

☐ Defendant Failed To Appear
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

Defendant's Attorney
☐ Pro Se
☐ Private
☒ Public Defender 6-18-80
☐ Assigned

Name of Judge [signature]
Name of Reporter [signature]

Name of Defendant's Attorney

Name of Guardian Ad Litem

**BAIL / PRETRIAL**

BAIL Date Bail Set 5/19/80 | Amount $500 | Date Discovery Order 5/19/80

☐ Personal Recognizance
☑ Appearance Bond
☐ Cash/Surety
☐ Conditions

Deposit $50

Date Bail Posted 5-19-80 by [signature]

Date Mitt-Lack of Bail

P/T Conference Set For

Jury Drawing Set For

Date Refusal Hg.

Date Jury Drawn | Judge at Trial | ☐ Reasonable ☐ Not Reasonable

Date Trial Commenced | Reporter at Trial | Date

☐ Trial by Jury | ☐ Trial by Court | ☐ Admitted ☐ Waived

**DISPOSITION**

Amended to: Name of Offense | Title | Section V.S.A. | Felony | Misd. | Muni. | Code (VCIC) Ord.

Date 8/13/80

☒ Plea Guilty
☐ Plea Nolo
☐ Dismissed by S.A.
☐ Dismissed by Court
☐ Verdict Guilty
☐ Verdict Not Guilty
☒ Adjudication Guilty
☐ Transferred to Juvenile Court
☐ Guilty by Waiver
☐ Nolo by Waiver

☐ Plea Agreement Involving Other Docket No.(s)

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.
JUDGE [signature John Cushman]

☐ Pre Sentence Ordered   Date
☐ Pre Sentence Waived

Sentencing Set for

**SENTENCE**

Date Sentence Imposed 8/13/80 | Fine $25.00 | Date Fine Due | Date Fine Paid in Full 8/13/80

TERM
MINIMUM: Years | Months | Days
MAXIMUM: Years | Months | Days
Split, to Serve: Years | Months | Days   Years | Months | Days

☐ Suspended
☐ Deferred
☐ Diversion

☐ Concurrent  To Docket Number(s)
☐ Consecutive

Restitution/Amount
☐ $

☐ Judgment Not Guilty
☒ Judgment Guilty
Signature of Judge [signature] Date 8/13/80

Date of Disposition 8/13/80

☐ Mittimus Date
☐ Probation Warrant

Disp. Report Sent. Date 8-20-80

Date of Appeal

Probation Discharge Date

D.M.V. Use

Signature of Clerk [signature Louise M. Lamb] Date 8-13-80

INIT 20M 12/79

## AFFIDAVIT

STATE OF VERMONT

WASHINGTON COUNTY S.S.

NOW COMES ___Patrick O'Neill___, affiant(s), being duly sworn on oath
        (Officer)
deposes and says he has probable cause to believe that _____█████████_____
                                                          (Defendant)

has committed the offense(s) of ___Unlawful Mischief___

a violation of _Title 13_____, Vermont Statutes Annotated § _3701(c)____.

On 04-10-80, Ronald Sanguinetti, owner of the Village Shoe Shop, 32 Main Street, Montpelier, Vermont, advised a white male subject, 6'1", 170#, wearing an Army type jacket with a horse emblem on the shoulder, had kicked the storm door at the rear of his shop. The kicking had caused the lower wooden panel of the door to split. I observed the damage at 1816 hours on 04-10-80. I also found a boot track left by the suspect. The sole was of the vibram type. Sanguinetti attested to it being the suspects track.

On 04-10-80 at approximately 1836 hours, I made contact with a subject known to me as ████ ███ █████████████ He was wearing an Army style waist jacket, commonly referred to as an Eisenhower jacket, on the left shoulder was an insignia of a horse. He was wearing boots with vibram soles that would match the tracks at the rear of the Village Shoe Shop. He was in a very low emotional state and was taken into protective custody.

I questioned a girlfriend of ████, Marlene Walbridge, October Lane, Montpelier, Vermont, known to me, concerning ████s movements during the previous hour.

Walbridge gave me a written statement in which she said ████ had kicked at the rear door of the Village Shoe Shop. She said he tried to jump off the Granite Street Bridge.

Mr. Sanguinetti set the value of the damaged door panel at approximately $50.00 as indicated by an estimate for repair of the door.

yk

Subscribed and sworn to before me on

This _2nd_ day of _May_  19_80_

_Rhonda Nully_
(Notary Public)(Judicial Officer)

_Patrick O'Neil_
        (Affiant)
_5-2-80_
        (Date)

FELL-00003222

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:19 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:18:47
------------------------------------------------------------------------

REQUEST ID: 20130805-111743

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 64

description: Docket # 401-4-81 Wncr / State vs. ███████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

------------------------------------------------------------------------

F-11131

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

6

FELL-00003223

District Court
Form No. 94
Docket and Disposition Rpt.

**STATE OF VERMONT**                **DISTRICT COURT OF VERMONT**

Defendant        V.

| Last Name | First | M.I. | Unit No. | Circuit | Docket No. |
|---|---|---|---|---|---|
| ▓▓▓▓ | | | 5 | Washington | 401-4-81WnCr |

| | DMV Use |
|---|---|

Address                           Scheduled Date of Appearance        Incident Offense No.

Rt 14  Box 188                    April 27  1981

City, State, Zip Code

| | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| South Barre, Vermont | ▓▓▓▓ | 24 | Haverhill, Mass. |

Occupation                        Operator's License No.              Soc. Sec. No.

Ski Mechanic                                                          ▓▓▓▓

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 3-25-81 | Waitsfield, Vermont | 3-25-81 | Barre town, Vermont |

Arresting Officer          Department

| | ☐ Arrest | ☐ Accident | ☐ Injury |
|---|---|---|---|
| Officer Kinerson    VSP | ☒ Citation | ☐ Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Simple Assault | 1 of 1 | 13 V.S.A. | #1023 (a) | | x | Ord. | |

| RULE 5 HEARING | ARRAIGNMENT | | | | Date Failure to Appear |
|---|---|---|---|---|---|

**RULE 5 HEARING**

Date of Rule 5 Hrg.

☐ Copy of Affidavit and Info. Provided for Defendant

☐ Probable Cause Found

☐ Continued for Plea

**ARRAIGNMENT**

Date of Arraignment

Defendant Waives:
☐ 24 Hour Rule
☐ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☐ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney
☐ Pro Se
☐ Private
☐ Assigned
☐ Counsel

Name of Judge

Name of Reporter

Name of Defendant's Attorney

Name of Guardian Ad Litem

**Date Failure to Appear**

☐ Judicial Summons to Issue

☐ Arrest Warrant to Issue

Date J/Summons

Date A/Warrant

**BAIL / PRE-TRIAL**

| Date Bail Set | Amount | Date Discovery Order |
|---|---|---|

Date Bail Set

**BAIL**
☐ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☐ Conditions

Amount

Deposit

Date Bail Posted

Date Notification of Bail

Date Discovery Order

P/T Conference Set For

Jury Drawing Set For

Date Refusal Hr.

Date Jury Drawn          Judge at Trial

Date Trial Commenced     Reporter at Trial          Date

☐ Trial by Jury    ☐ Trial by Court    ☐ ▓▓▓▓  ☐ ▓▓▓▓

Amended to: Name of Offense          Title          Section          Felony  Misd.  Muni.  Code (VCIC)

V.S.A.                                                                                            Ord.

**DISPOSITION**

| Date | | | |
|---|---|---|---|
| 7/2/11 | ☐ Plea Guilty | ☐ Verdict Guilty | ☐ Plea Agreement |
| | ☐ Plea Nolo | ☐ Verdict Not Guilty | ☐ ▓▓▓▓ |
| ☒ Dismissed by S.A. | ☐ Adjudication Guilty | ☐ Guilty by Waiver | |
| ☐ Dismissed by Court | ☐ Transferred to Juvenile Court | ☐ Nolo by Waiver | |

☐ Pre Sentence Ordered    Date          Sentencing Set for

☐ Pre Sentence Waived

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered herein.
Judge

Date Sentence Imposed          Date Fine Paid In Full   Date Fine Due

REM

**AFFIDAVIT**                                    STATE OF VERMONT

Washington ............... County S.S.

NOW COMES Richard C Kinerson ........................., affiant(s), being duly sworn and on oath,
                    (officer)

deposes and says he has probable cause to believe that [REDACTED]
                                                            (defendant)

has committed the offense(s) of Simple Assault ......................................., a violation of

Title 13 ................................., Vermont Statutes Annotated § 1023 (a) (1)

2019 hours 03-25-81

On the above date and time this affiant received a written statement from one Mark
Walker of Waitsfield Vermont which indicated he had been struck in the face twice by one
[REDACTED]s of South Barre, Vermont.

Mark Walker advised that he has known [REDACTED] for some time and described him as
being 6ft3 in height and about 205 pounds in weight. In his statement, Mark Walker advised
that he was struck the first time in the left eye at which time a ring was cut around his
eye by his glasses. Mark Walker advised the second time he was struck in the mouth. Mark
Walker advised that he had since spoken to Dr. Zemies of the Valley Dental in Waitsfield
VErmont and found he had three chipped teeth. Mark Walker advised that this incident occured
between midnight and 0200 on 03-25-81, at the Den parking lot in Waitsfield, Vermont.

This affiant observed that Mark Walker had a severe discoloration scar around his
left eye.

This affiant requested Officer Ryan of Barre Town Police Department to respond to
the [REDACTED] residence in South Barre VT and issue [REDACTED] a citation for assault
based on this officers investigation.

Subscribed and sworn to before me on

this 5ᵗʰ day of April 1981

_D W Madare_
(Notary Public)   (Judicial Officer)

_Richard C Kinerson_
Affiant
5 April 1981
(date)

DPS 200 20M

FELL-00003225

## McArthur, Earle

| | |
|---|---|
| From: | kimberli.ward@state.vt.us |
| Sent: | Monday, August 05, 2013 11:17 AM |
| To: | Records Center |
| Subject: | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:17:22
------------------------------------------------------------------------------------

REQUEST ID: 20130805-111500

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 90

description: Docket #1075-9-82 Wncr / State vs. ██████████ / Please send DDR  sheet and affidavits

removed: No

Submit: Request Records

------------------------------------------------------------------------------------

F-11136

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filed:

5

FELL-00003226

Form No. 94
Docket and Disposition Form

**STATE OF VERMONT**    **DISTRICT COURT OF VERMONT**    Docket No. 1075-9-82 WnCr

Defendant: V.

| Last Name | First | M.I. | Unit No. | Circuit | DMV Use |
|---|---|---|---|---|---|
| | | | 5 | Washington | |

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| Box 234 B | 9-20-82 | |

| City, State, Zip Code | D.O.B. | Age | Place of Birth |
|---|---|---|---|
| Barre, VT | | 25 | Haverhill, Ma |

| Occupation | Operator's License No. | Soc. Sec. No. |
|---|---|---|
| Engineer | 6040044C | |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 8-28-82 | Berlin | 8-28-82 | Berlin |

| Arresting Officer | Department | ☐ Arrest | ☐ Accident | ☐ Injury |
|---|---|---|---|---|
| William Miller | VSP | ☒ Citation | ☐ Property Damage | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| DWI | 1 of | 23 V.S.A. | 1201 (a)(2) | | XXX | | Ord. |

## RULE 5 HEARING

Date of Rule 5 Hg.: 9-20-82
☒ Copy of Affidavit and Info. Provided to Defendant
☒ Probable Cause Found
☐ Continued for Plea

Date of Arraignment: 9-20-82
**Defendant Waives:**
☒ 24 Hour Rule
☒ Reading of Info.
☐ Right to Counsel

## ARRAIGNMENT

**Defendant Pleads:**
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

Defendant's Attorney
☐ Pro Se
☒ Private
☐ Counsel Assigned
☐ Counsel Denied

Name of Judge:
Name of Reporter: Tape
Name of Defendant's Attorney: O. VALSANGIACOMO, JR.
Name of Guardian Ad Litem:

**Date Failure to Appear:**
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

## BAIL

Date Bail Set: 9-20-82
Amount
☒ Personal Recognizance
☐ Appearance Bond    Deposit
☐ Cash/Surety    Date Bail Posted
☐ Conditions    Date Mitl-Lack of Bail

Date Discovery Order: 9/20/82
P/T Conference Set For
Jury Drawing Set For: 10/13/82
Date Refusal Hg.

RP+C 20
[handwritten notes]

**TRIAL**
Date Jury Drawn    Judge at Trial
Date Trial Commenced    Reporter at Trial    Date
☐ Trial by Jury    ☐ Trial by Court

## DISPOSITION

Amended to: Name of Offense    Title    Section    Felony    Misd.    Muni.    Code (VCIC)
V.S.A.    Ord.

| Date | | | | Plea Agreement |
|---|---|---|---|---|
| 11-1-82 | ☒ Plea Guilty | ☐ Verdict Guilty | | ☒ Plea Agreement |
| | ☐ Plea Nolo | ☐ Verdict Not Guilty | | Other Docket No. s. |
| ☐ Dismissed by S.A. | ☒ Adjudication Guilty | ☐ Guilty by Waiver | | |
| ☐ Dismissed by Court | ☐ Transferred to Juvenile Court | ☐ Nolo by Waiver | | |

Defendant's entry of plea of Guilty Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.
JUDGE

☐ Pre Sentence Ordered    Date    Sentencing Set for
☐ Pre Sentence Waived

## SENTENCE

Date Sentence Imposed    Fine: $175    Date Fine Paid in Full: 5-16-83    Date Fine Due: 1-24-83
11/3/82

#160 cod. 1-24-83
3-16-83 Collection Letter sent
5-10-83 A.O. issued-Failed to Pay Fine

| | MINIMUM | | | MAXIMUM | | | |
|---|---|---|---|---|---|---|---|
| TERM | Years | Months | Days | Years | Months | Days | ☐ Suspended, ☐ On Probation |
| | Years | Months | Days | Years | Months | Days | ☐ Deferred |
| Split to Serve | | | | | | | ☐ Diversion |

☐ Concurrent    To Docket Number(s)    Restitution/Amount    ☐ Judgment Not Guilty    Signature of Judge    Date
☐ Consecutive    ☐ $    ☒ Judgment Guilty

| Date of Disposition | ☐ Mittimus Date | Disp. Report Sent | Date of Appeal | Probation Discharge |
|---|---|---|---|---|
| 11-3-82 | ☐ Probation Warrant | Date | | Date |

D.M.V. Use
10M 8/84

Signature of Clerk

FELL-00003227

**AFFIDAVIT**                         STATE OF VERMONT
                                      Washington County S.S.

NOW COMES CPL. William J. Miller, State Police , affiant(s), being duly sworn and on oath,
                    (officer)

deposes and says he has probable cause to believe that ███████████████

                                                            (defendant)

has committed the offense(s) of Driving while intoxicated ........................., a violation of

........ T23 ........................... , Vermont Statutes Annotated $    1201)a) ......................

On 8-28-1982 at 0137 hours Middlesex State Police received
a complaint of a vehicle traveling south on I.S. 89 between exits 9 and 8,
and that it appeared that the operator was intoxicated.
          This officer was advised of the situation via radio communication
and I immediately took a position located in a U-Turn near the exit seven area.
The complainant had advised that the vehicle in question displayed Vermont
registration 6881. At approx 0145 this officer observed the vehicle in question
while south on I.S. 89, make a exit at exit number seven. I immediately followed
the vehicle in question and observed it swerve in the roadway several times
and also observed it travel onto the shoulder of the highway several times. This
officer stopped the vehicle on route sixty two in Berlin just east of the
Berlin elementary school. This officer asked the operator for his driver"s
license, which he produced identifying him as ████████████ He also told
this officer that his name was ███ █ ████ .
          A moderate aroma of a alcoholic beverage could be detected from
the breath of the defendant and it was observed that the whites of his eyes
were bloodshot. This officer had the defendant walk a straight line and it
was observed that he swayed and was unsure of his balance. He swayed also
when standing still and his coordination was poor. This officer had the defendant
blow his breath into a Alco-Sensor and a reading of .26% was obtained. After being
advised of Miranda the defendant stated that he had been drinking gin and tonic
in Burlington about one hour prior to being stopped.
          The defendant was processed as a suspected DWI offender and he
consented and gave a sample of his breath for testing. The sample has been sent
to the State Lab. in Burlington for a Analysis.
          The ████ vehicle was a 1974 V.W. that displayed Vermont registration
6811.

Subscribed and sworn to before me on

this        day of                19

(Notary Public     Judicial Officer)

                                   (Affiant)

                                   (date)

## McArthur, Earle

From:        kimberli.ward@state.vt.us
Sent:        Monday, August 05, 2013 11:29 AM
To:          Records Center
Subject:     Record Request From Online Form

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:29:11
--------------------------------------------------------------------------

REQUEST ID: 20130805-112746

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 26

description: Docket # 342-4-80Wncr / State vs. ██████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

--------------------------------------------------------------------------

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

F- 11001

12

District Court
Form No. 2
Docket and Disposition Rpt.

**STATE OF VERMONT**
v.

**DISTRICT COURT OF VERMONT**

Docket No. *342.4 80 Wnco*

| Defendant | Unit No. | Circuit | DMV Use |
|---|---|---|---|
| ███████████████ | 5 | Washington | |

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| 153½ Berlin St. | | 80-01623 |

| City, State, Zip Code | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| Montpelier, Vt. 05602 | ████ | 18 | South Amboy, New Jersey |

| Occupation *Apprentice mechanic* | Operator's License No. 40474749 | Soc. Sec. No. ████████ |
|---|---|---|

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 01-08-80 | Bob's Sunoco, Mplr, Vt | | |

| Arresting Officer | Department | | |
|---|---|---|---|
| D. Edson | Montpelier P.D. | ☐ Arrest  ☒ Citation | ☐ Accident  ☐ Property Damage  ☐ Injury |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Bad Check | 1 of 1 | 13 V.S.A. | 2022 | | X | Ord. | 11 11 |

## RULE 5 HEARING

Date of Rule 5 Hg. *Waived*

☑ Guilty of Affidavit and Info. Provided to Defendant
☑ Probable Cause Found
☐ Continued for Plea

## ARRAIGNMENT

Date of Arraignment **4/14/80**

Defendant Waives:
☑ 24 Hour Rule
☑ Reading of Info.
☐ Right to Counsel

Defendant Pleads:
☐ Guilty
☐ Nolo Contendere
☑ Not Guilty
☐ Pro Forma Not Guilty

☐ Defendant Failed To Appear
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant **4-3-80**

Defendant's Attorney
☐ Pro Se
☐ Private
☐ Public Defender
☐ Assigned

Name of Judge

Name of Reporter

Name of Defendant's Attorney

Name of Guardian Ad Litem

## BAIL

Date Bail Set **4/14/80**
☑ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☐ Conditions

Amount

Deposit

Date Bail Posted

Date Notification Lack of Bail

Date Discovery Order **4/14/80**
P/T Conference Set For

Jury Drawing Set For

Date Refusal Hg.

## TRIAL

Date Jury Drawn
Date Trial Commenced
☐ Trial by Jury   ☐ Trial by Court

Judge at Trial
Reporter at Trial

☐ Reason-ship   ☐ Not Reason-able
Date
☐ Admitted   ☐ Traverse

## DISPOSITION

Amended to: Name of Offense

| Title V.S.A. | Section | Felony | Misd. | Muni. | Code (VCIC) |
|---|---|---|---|---|---|
| | | | | Ord. | |

Date **4/21/80**
☐ Plea Guilty
☐ Plea Nolo
☒ Dismissed by S.A.
☐ Dismissed by Court
☐ Adjudication Guilty
☐ Transferred to Juvenile Court

☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver

☐ Plea Agreement Involving Other Docket No.(s)

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered hereon.
JUDGE:

☐ Pre Sentence Ordered   Date
☐ Pre Sentence Waived

Sentencing Set for

## SENTENCE

| Date Sentence Imposed | Fine | Date Fine Due | Date Fine Paid in Full |
|---|---|---|---|

|  | MINIMUM | MAXIMUM | |
|---|---|---|---|
| TERM | Years, Months, Days | Years, Months, Days | ☐ Suspended  ☐ Deferred  ☐ Diversion |
| Sent. to: Serve | Years, Months, Days | Years, Months, Days | |

☐ Concurrent   To Docket Number(s)
☐ Consecutive

Restitution/Amount
☐ $

☐ Judgment Not Guilty   Signature of Judge                    Date
☐ Judgment Guilty

| Date of Disposition **4/21/80** | Appellate Date ☐ probation/service | Disp. Report Sent Date **4-23-80** | Date of Appeal | Probation Discharge Date |
|---|---|---|---|---|

D M V Use

Signature of Clerk *████████*   Date

INIT 20M 12/79

## AFFIDAVIT

STATE OF VERMONT

WASHINGTON COUNTY S.S.

NOW COMES ___Donald Edson_____, affiant(s), being duly sworn on oath
         (Officer)
deposes and says he has probable cause to believe that _____█████████████____
                                                              (Defendant)
has committed the offense(s) of ___Bad Check_____

a violation of ___Title 13_____, Vermont Statutes Annotated §2022_____.

On February 26, 1980, Bob's Sunoco located on Memorial Drive, Montpelier, Vermont, presented the Montpelier Police Department with one check that had been returned to Bob's Sunoco by the Howard Bank of Montpelier, Vermont as the account on which the checks were written had been closed. The check is described as follows:

> Check #30, dated January 8, 1980, drawn on the Howard Bank from the account of █████████ made payable to Bob's Sunoco in the amount of $20.00, signed █████ ██ ██.

> The bank stamp on the front of the check indicates that the check was cashed within thirty days of issue. The account was closed by the bank on January 4, 1980.

All efforts     made to reach ██ ███ failed. He has moved from his address of 153½ Berlin Street, Montpelier, Vermont and has left no forwarding address.

Subscribed and sworn to before me on

This _29_ day of _Oct_ 19___

_____
(Notary Public)(Judicial Officer)

_____
(Affiant)

_____
(Date)

FELL-00003231

## McArthur, Earle

| | |
|---|---|
| From: | kimberli.ward@state.vt.us |
| Sent: | Monday, August 05, 2013 11:21 AM |
| To: | Records Center |
| Subject: | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at
11:21:04
-------------------------------------------------------------------------

REQUEST ID: 20130805-111900

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 178

description: Docket # 151-2-83 Wncr / State vs. ██████████ / Please send DDR sheets and
affidavits

removed: No

Submit: Request Records

-------------------------------------------------------------------------

*F-11623*

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

7

FELL-00003232

**STATE OF VERMONT** v.   **DISTRICT COURT OF VERMONT**   Docket No. 151-2-83 Wncr

| Last Name | First | M.I. | Unit No. | Circuit |
|---|---|---|---|---|
| ▮ | ▮ | | 15 | Washington |

DMV Use

Address: W04 Main St
Scheduled Date of Appearance: 02-02-85
Incident Offense No. 83-0638

City, State, Zip Code: Montpelier, VT 05602
Date of Birth: ▮   Age: 21   Place of Birth: A. Amboy, NJ

Occupation:
Operator's License No. 40474749
Soc. Sec. No. ▮

Date of Offense: 1-27-83   Place of Offense: Montpelier
Date of Arrest/Citation: 2-2-83   Place of Arrest/Citation: Montpelier

Arresting Officer: Lawrence B. Dodge   Department: Montpelier
☒ Arrest  ☐ Citation   ☐ Incident  ☐ Property Damage  ☐ Injury

Name of Offense: Burglary   Count: 1st 1   Title: 13 V.S.A.   Section: 1201   Felony: X

**RULE 5 HEARING** — Date 2/2/83
**ARRAIGNMENT** — Date of Arraignment 2/2/83

Defendant Waives: ☒ 24 Hour Rule  ☒ Reading of Info  ☐ Right to Counsel

Defendant Pleads: ☐ Guilty  ☐ Nolo Contendere  ☒ Not Guilty

**BAIL** — Date Bail Set 2/2/83   Amount $5000
Date Discovery Order 2-2-83
PT Conference Set For 3-4-83
Jury Drawing Set For 3-18-83
Date Bail Posted 2/5/83

Date 4/14/83   ☒ Plea Guilty   ☒ Plea Agreement

Minimum: 2 years   Maximum: 10 years

Signature of Clerk: (signature)

FELL-00003233

AFFIDAVIT

STATE OF VERMONT

WASHINGTON COUNTY S.S.

NOW COMES ___Lawrence B. Dodge___, affiant(s), being duly sworn on oath
(Officer)
deposes and says he has probable cause to believe that ___Charles Parton___

has committed the offense(s) of ___BURGLARY___

a violation of ___Title 13___, Vermont Statutes Annotated § ___1901___.

This officer is a duly sworn Police Officer presently holding the rank of Detective with the Montpelier, Vermont Police Department.

On 01-27-83, the Montpelier Police Department responded to a complaint of a burglary at the residence of William Snovich located at 102 Hill Street in the City of Montpelier, Vermont. Investigation revealed that the home had been broken into sometime between 0750 and 0930 on 01-27-83. Entry was gained into the home by kicking in a back door. Upon searching the home, Snovich repored that six guns were missing along with a stereo system, a broken pair of binoculars and a standard desk telephone.

As a result of information supplied to me by a confidential informant, a search warrant was obtained for the residence of Marlene Walbridge, located at 160 Main Street, Montpeier, Vermont. As a result of the search, several items reported stolen by Snovich were recovered.

The informant further mentioned another burglary had taken place in another Central Vermont town and that he was aware that other stereo equipment was at the Walbridge residence that he believed to be stolen.

During the original search, other stereo equipment was located and seized. On February 1, 1983, the victim of another burglary, Joy Estes, identified some of the stereo equipment as being taken from her residence on the night of January 26, 1983. Estes stated that two Sound Design speakers were not among the items recovered.

During the original search, i observed two speakers located in the livingroom of the Walbridge residence that matched those described by Estes. These speakers were not seized at the time becuse they were located apart from the items believed stolen.

On February 1, 1983, an inquest was held at Washington District Court in Barre, Vermont. Ronald Walbridge testified under oath that he had knowledge that ▓▓▓▓▓▓▓ and Charles Parton had been

Subscribed and sworn to before me on

This ___2nd___ day of ___February___ 19 83          _Lawrence B. Dodge_
                                                          (Affiant)

_____                            2 Oct 83
(Notary Public/ Judicial Officer)                    (Date)

FELL-00003234

Page 2
AFFIDAVIT

involved in a burglary at the Estes' residence. Walbridge testified that the items recovered in the original search were brought to Marlene Walbridge's apartment by Parton and ███.

Marlene Walbridge, ███████ ███, Charles Parton, and Ronald Walbridge all live at 160 Main Street, Montpelier, Vermont.

On February 2, 1983, an inquest was held at Washington District Court in Barre, Vermont. During that inquest, Marlene Walbridge testified that approximately a week ago she was picked up by ████ ████ ████; vehicle. Walbridge said that at the time Charles Parton was also in the car and that the car was loaded with stereo equipment. Walbridge said they went home whereupon ████ and Parton moved the stuff from the car to the attic of her apartment.

On February 2, 1983, I arrested ████ ████ ████ ████ at their home at 160 Main Street, Montpelier, Vermont. Both ████ and Parton were taken to the Montpelier Police Department.

████ was informed of his rights, refused to waive them and did not wish to speak with me regarding this investigation. At 1414 hours on February 2, 1983, I read Charles Parton the Miranda Warning and Public Defender Rights Form to which he both acknowledged and waived. Parton told me that on the early morning hours approximately a week ago, he and ████ ████ went to the residence of a Mr. Snovich, located on 102 Hill Street, Montpelier, Vermont, and burglarized the home. Parton told me that ████ kicked a rear door of the home in at which time they both entered the home.

Parton said that stereo equipment, approximately six guns, a telephone and several other items were removed from the home.

Subscribed and sworn to before me on

This 2nd day of February 1983

_____
Notary Public

_____
Affiant

February 2, 1983
Date