# EXHIBIT 330

**STATE OF VERMONT**
**CHITTENDEN COUNTY, SS.**

**VERMONT FAMILY COURT**
**DOCKET #F          CnDmp**

4/22-5-98 Cndn

Joanne Pecor
~~Plaintiff~~ Defendant

# FINAL ORDER
# OF PARENTAGE



Defendant



The above entitled matter came for a hearing on the date indicated below. Plaintiff was present and represented her/himself. The Defendant was/was not present. Based on the evidence presented at the hearing, it is hereby ADJUDGED, ORDERED AND DECREED as follows:

[redacted] was present. Joanne Pecor did not appear

1. **Parentage:**

The parties listed above are the natural parents of the following child(ren):

A[redacted] M. P[redacted]          born: [redacted]8?

_____          born: _____

_____          born: _____

2. **Access to Information and Records (Vermont Law, V.S.A. §670)**

Both parents shall have full access to the medical, dental, law enforcement and school records relating to the minor child(ren).

6.2 FINORD_PAT 11/17/95 amd/cco

9/27/2013 Certified to be a true copy
of the original as the same
appears on file in this office.

_____
Vermont Superior Court Clerk
Chittenden Family Division

FELL-00003395

3. The following additional provisions relating to the child(ren) shall be included in the Court's Parentage Order:

_____

_____

_____

_____

_____

_____

_____

_____

Dated this __3__ day of __Dec__ , 19 98 at Burlington, Vermont.

_____
Presiding Judge

_____
Assistant Judge

_____
Assistant Judge

2

FELL-00003396

STATE OF VERMONT
CHITTENDEN COUNTY, SS.

VERMONT FAMILY COURT
DOCKET #          CnDmp

422-5-98 Cnan



Joanne Pecor
~~Plaintiff~~ Defendant

## FINAL ORDER
## RE: PARENTAL RIGHTS AND RESPONSIBILITIES
## AND PARENT CHILD CONTACT



The above entitled matter came for a hearing on the date indicated below. Plaintiff was present and represented her/himself. The Defendant was/was not present. Based on the evidence presented at the hearing, it is hereby ADJUDGED, ORDERED AND DECREED as follows:

███ ██ was present, Joanne Pecor did not appear

### 1. PARENTAL RIGHTS AND RESPONSIBILITIES

The names and dates of birth of the minor children are:



(Name(s) and birth dates))

### A. Final Legal Responsibility:

Gives a parent the responsibility to determine and control matters relating to a child's welfare and upbringing, including education, non-emergency medical and dental care, religion and travel arrangements. Legal responsibility can be held solely by one parent or shared jointly by both parents. If it is shared jointly, decisions are made by agreement.

6.5   FINORD_PR_PC_PAT 11/17/95 amd/cco

1

9/27/2013
Certified to be a true copy
of the original as the same
appears on file in this office.
_____
Vermont Superior Court Clerk
Chittenden Family Division

FELL-00003397

Final **Legal Responsibility for the child(ren) will be:**

_____ shared jointly by both parties; or

__✓__ held solely by ___Joanne Pecor___ .
Name of Parent

### B. Final Physical Responsibility:

Gives a parent the responsibility to make decisions about and to provide routine daily care of their child. Physical responsibility can be held solely or may be divided or shared. If physical responsibility is held solely by one parent, it is subject to the other parent's right to parent child contact.

Final **Physical responsibility for the parties our child(ren) shall be:**

_____ shared jointly by both parties; or

__✓__ held solely by ___Joanne Pecor___
Name of parent

### ... Procedure for Resolving Disputes

(This provision is required if parties share Legal <u>or</u> Physical Rights and Responsibilities. If legal and physical responsibilities are held solely by one parent this provision is suggested but not required.)

_____ The parties shall attempt to resolve any disputes they have in the future concerning their child(ren) through mediation before filing a request with the court to resolve a conflict over the children;

### 5. Access to Information and Records (Vermont Law, V.S.A. §670)

Both parents shall have full access to the medical, dental, law enforcement and school records relating to the minor child(ren).

2

FELL-00003398

## 6. Parent Child Contact Schedule:

The primary residence of the child(ren) shall be with: _Joanne Pecor_.
**Name of Parent**

████████ ████ will have parental contact with the child(ren)
**Name of other parent**
according to the following schedule:

_as agreed upon by the parties_

## 7. Vacations and Holidays:

(Please identify specifically the holidays and vacations on which special arrangements have been Ordered and the substance of the Order, e.g.
Thanksgiving day will be alternated, or Christmas eve and Christmas day will be shared as follows, etc.)

The parties schedule for holidays and school vacations with their child(ren) shall be as follows:

_as agreed upon by the parties_

3

FELL-00003399

8. **Transportation and Travel Arrangements:**

(Explain how the children will be transported from one parents home to the other. Include in this section any Order with respect to where the children will be dropped off or picked up; who will be responsible for the transportation of the children; and responsibility for travel costs.)

*as agreed upon by the parties*

9. **Other Orders Concerning the Child(ren):**

The following additional provisions relating to the child(ren) shall be included in the Court's Final Order:

*none at this time*

Dated this ____3____ day of ____December____, 19 98, at Burlington, Vermont.

Presiding Judge

Assistant Judge

Assistant Judge

4

FELL-00003400

```
===========================================================================
Vermont Family Court   SCHEDULING/ENTRY ORDER - MAGISTRATE   Chittenden County
===========================================================================
 |  Docket 422-5-98 Cndm  (par)          OCS vs. Ryan/Pecor                 |
 |-------------------------------------------------------------------------|
 |  813 Affidavit Plf ___   Def ___  |  Existing CSO ___  |    Not IV-D     |
 |-------------------------------------------------------------------------|
p# 1  plf  ___  Office of Child Support___
p# 2  def  ___  Bessette, Brian        ___
p# 3  def  ___  ████████  ████████     ___
p# 4  def  ___  Pecor, Joanne          ___
p# 5  min  ___  P████, As████          ___
```

Case Track:    Parentage Case, Expedited        Last judge: James Crucitti
Hearing(s) set:Hearing to establish child support, Wed, 12/09/98, 10:00 AM

Motion/Petitions/Requests                Filed    ----- Current Status -----
                                                  Status  Jud/Mag  Date
1  R/to establish child support          05/14/98  isset   MG-TJD  12/03/98
2  R/to establish parental rights & resp.05/14/98  finord  JC      12/03/98
3  R/to establish parent-child contact   05/14/98  finord  JC      12/03/98
4  R/to establish parentage              05/14/98  finord  JC      12/03/98
5  M/for Genetic Testing                 05/14/98  granted PZ      07/01/98
6  M/to Dismiss In Part                  09/17/98  order   LL      10/08/98
7  M/to Continue                         12/03/98  granted MG-TJD  12/03/98
===========================================================================

Scheduled for:                   Moving party:  Commenced  Completed  Continued
MPR 1  R/to establish child support    plf        _____      _____      _____
---------------------------------------------------------------------------

Magistrate's entries:
_____  Proposed child support order pursuant to stipulation submitted and
        approved. Child support order issued.
_____  Evidence taken; guideline determination by court; findings on the record.
        Child support order issued.
_____  Chambers conference with counsel off the record;  contested issues
        identified;  rescheduled for hearing as per below.


_____

_____

_____

_____

Next Proceeding:  Court ___   Magistrate ___   Date 12/9/__   Time _____
                                Tape _____   Magistrate _____
===========================================================================
           METHOD OF DISPOSITON OF SCHEDULED HEARING
Withdrawn-|--Stipulation--|-Default-|-Rescheduled--|--------Contested--------
   by     | Hrg. | No Hrg. |         | (No Hearing) | Order | Com&Cont | U.A.
----------|------|---------|---------|--------------|-------|----------|------
          |      |   ✓     |         |              |       |          |
----------|------|---------|---------|--------------|-------|----------|------
     | ___ Stipulation Filed, Order Issued, No Hrg needs to be schduled
     ----------------------------------------------------------------------
```

FELL-00003401

Family Court of Vermont
Unit No. 2, Chittenden Circuit

=================================================================
E N T R Y  R E G A R D I N G  M O T I O N
=================================================================

Docket No: 422-5-98 Cndm      OCS vs. ████/Pecor    [None/None]

Title of Motion:         Motion to Continue, No. 7

Date Motion Filed:       December 3, 1998

Motion Filed By:
                              Defendant ████████          DEC 3

MPR Response:            NONE

___✓ Granted    Compliance by_____

___ Denied

___ Scheduled for hearing on: 12/9___ at 8:30 ; Time Allotted 30 min

___✓ Other Case to be heard on December
9th (a Wednesday) so defendant
won't jeopardize his new employment.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

_____          12/3/98
     Judge / Magistrate                        Date
=================================================================

Date copies sent to:  _____          Clerk's Initials LBC
Copies sent to:
        Plaintiff Office of Child Support
        Defendant ████████
        Defendant Joanne Pecor
        Court Case File

```
===========================================================================
Vermont Family Court    SCHEDULING/ENTRY ORDER - JUDGE       Chittenden County
===========================================================================
|   Docket 422-5-98 Cndm  (par)        OCS vs. Bessette▮▮▮/Pecor            |
|--------------------------------------------------------------------------|
Case Track:    Parentage Case, Regular        Last judge: James Crucitti
Hearing(s) set:Status Conference, Tue, 09/29/98, 01:00 PM
               Hearing to Establish Parentage, Thu, 12/03/98, 08:30 AM
----------------------------------------------------------------------------
p# 1   plf  __  Office of Child Support___
p# 2   def  __  Bessette, Brian           ___
p# 3   def  ✓   ▮▮▮▮▮▮▮▮▮▮▮▮▮            ___
p# 4   def  ◯   Pecor, Joanne             ___
p# 5   min  __   P▮▮▮ , A▮▮▮            ___
----------------------------------------------------------------------------
Motion/Petitions/Requests                    Filed    ----- Current Status -----
                                                      Status  Jud/Mag  Date
1  R/to establish child support           05/14/98   toset             05/14/98
2  R/to establish parental rights & resp. 05/14/98   isset    JC       09/29/98
3  R/to establish parent-child contact    05/14/98   isset    JC       09/29/98
4  R/to establish parentage               05/14/98   isset    JC       09/29/98
5  M/for Genetic Testing                  05/14/98   granted  PZ       07/01/98
===========================================================================

Scheduled for:                        Moving party:  Commenced  Completed  Continued
MPR 2   R/to establish parental rights &plf
MPR 3   R/to establish parent-child contplf
MPR 4   R/to establish parentage         plf
----------------------------------------------------------------------------
```

Judge's  entries: *order issued*

12/3/98
Date

Judge

Off Record/Reporter _____    Asst. Judges _____
dmjdflt20.ws

FELL-00003403

**STATE OF VERMONT**
**CHITTENDEN, S.S.**

**VERMONT FAMILY COURT**
**DOCKET #422-5-98 Cndmp**

Office of Child Support
    Plaintiff

      v.

Joanne Pecor
    Defendant

Brian Bessette
    Defendant

    ████████

    Defendant



## DISMISSAL ORDER

Based upon the genetic evidence presented and indicating that Defendant ████████ has not been excluded as the biological parent of the minor child named in this case, the Court hereby dismisses the pending Petition to Establish Parentage, as it relates to Brian Bessette without prejudice to proceeding in the matter as it relates to Defendant ████████

Dated at *Burlington*_____, this ___8th___ day of

*October*_____, 1998 and so ordered.

_____
**Family Court Judge**

Approved as to form:

_____
**OCS Attorney**

10/1/2013 Certified to be a true copy
of the original as the same
appears on file in this office.

_____
Vermont Superior Court Clerk
Chittenden Family Division

FELL-00003404

```
=====================================================================
Vermont Family Court  SCHEDULING/ENTRY ORDER – MAGISTRATE  Chittenden County
=====================================================================
|  Docket 422-5-98 Cndm (par)      OCS vs. Bessette,████/Pecor      |
|  --------------------------------------------------------------- |
|  813 Affidavit Plf ___    Def ___  |  Existing CSO ___ | Not IV-D |
|  --------------------------------------------------------------- |

p# 1  plf  ___  Office of Child Support___
p# 2  def  ___  Bessette, Brian            ___
p# 3  def  ___  ████    ████               ___
p# 4  def  ___  Pecor, Joanne              ___
p# 5  min  ___  P████, As████              ___
```

Case Track:    Parentage Case, Regular      Last judge: James Crucitti
Hearing(s) set:Status Conference, Tue, 09/29/98, 01:00 PM
               Hearing to Establish Parentage, Thu, 12/03/98, 08:30 AM
               Hearing to establish child support, Tue, 12/08/98, 08:30 AM

Motion/Petitions/Requests        Filed   ----- Current Status -----
                                                    Status  Jud/Mag Date
1 R/to establish child support     05/14/98   isset  MG-JEG  09/29/98
2 R/to establish parental rights & resp.05/14/98  isset  JC    09/29/98
3 R/to establish parent-child contact  05/14/98   isset  JC    09/29/98
4 R/to establish parentage         05/14/98   isset  JC     09/29/98
5 M/for Genetic Testing            05/14/98   granted PZ    07/01/98
=====================================================================

Scheduled for:          Moving party: Commenced Completed Continued
MPR 1 R/to establish child support   plf     _____    _____    _____

Magistrate's entries:
____ Proposed child support order pursuant to stipulation submitted and
     approved. Child support order issued.
____ Evidence taken; guideline determination by court; findings on the record.
     Child support order issued.
____ Chambers conference with counsel off the record; contested issues
     identified;  rescheduled for hearing as per below.

_____

_____

_____

_____

Next Proceeding: Court ___  Magistrate ___  Date _____ Time _____

                     Tape _____  Magistrate _____
=====================================================================
          METHOD OF DISPOSITON OF SCHEDULED HEARING
Withdrawn-|--Stipulation---|-Default-|-Rescheduled--|--------Contested--------
   by  | Hrg. | No Hrg. |        | (No Hearing) | Order | Com&Cont | U.A.
-------|------|---------|--------|--------------|-------|----------|--------
       |      |         |        |              |       |          |
-------------------------------------------------------------------
   | ___ Stipulation Filed, Order Issued, No Hrg needs to be schduled |
```

STATE OF VERMONT  CHITTENDEN FAMILY COURT

CHITTENDEN COUNTY, S.S.  DOCKET #422-5-98Cndmp

OFFICE OF CHILD SUPPORT
  Plaintiff     |
  v.       |
JOANNE PECOR     |
  Defendant    |
BRIAN BESSETTE    |
  Defendant    |

  Defendant    |



## GENETIC TESTING ORDER

Pursuant to 15 V.S.A. 304 and 308, the Court orders

Defendants, JOANNE PECOR , BRIAN BESSETTE and ▮▮▮▮▮

to submit to genetic testing in order to establish parentage

of the minor child.

1. The Defendant, Joanne Pecor with the child A▮▮▮ P▮ shall appear at 32 Cherry Street, Ste 310, Burlington, Vt 05401 on July 13, 1998 at 2:30pm, to provide a sample of blood sufficient for the purposes of conducting genetic testing.

2. The Defendant, Brian Bessette shall appear at 32 Cherry Street, Ste 310, Burlington, Vt 05401 on August 10 1998 at 9:15 am, to provide a sample of blood sufficient for the purpose of conducting genetic testing.

3. The Defendant, ▮▮▮▮▮ shall appear at 162 North Main Street, Barre, Vt 05641 on August 13, 1998 at 9:00am to provide a sample of blood sufficient for the purpose of conducting genetic testing.

4. The Office of Child Support shall pay the cost of said testing and make the results of the genetic testing available for all parties.

9/27/2013 ___Certified to be a true copy of the original as the same appears on file in this office.

/ermont Superior Court Clerk
Chittenden Family Division

FELL-00003406

5. Failure to comply with this order could result in a
determination of parentage pursuant to 15 V.S.A. 308 (1).


Dated at _Burlington, VT_ , this _/_ day of
_July_       1998.

_approved as to form_
approved as to form
Attorney. OCS

_N. Patricia Zimmerman_
Presiding Judge

_____
Asssistant Judge


_____
Assistant Judge

FELL-00003407

Family Court of Vermont
Unit No. 2, Chittenden Circuit

═══════════════════════════════════════════════════════════════════
E N T R Y   R E G A R D I N G   M O T I O N
═══════════════════════════════════════════════════════════════════

Docket No: 422-5-98 Cndm     OCS vs. Bessette ████/Pecor   [None/None]

Title of Motion:     Motion for Genetic Testing, No. 5

Date Motion Filed:   May 14, 1998

Motion Filed By:
                     Plaintiff Office of Child Support

MPR Response:              NONE

_✓_ Granted     Compliance by_____

___ Denied

___ Scheduled for hearing on: _____ at _____; Time Allotted _____

___ Other

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

_MP Zimmerman_____          _7/1/98_____
        Judge / Magistrate                          Date
═══════════════════════════════════════════════════════════════════

Date copies sent to:  _____          Clerk's Initials _pl_
Copies sent to:
     Plaintiff Office of Child Support
     Defendant Brian Bessette
     Defendant ████████
     Defendant Joanne Pecor

FELL-00003408

Family Court of Vermont
Unit No. 2, Chittenden Circuit
32 Cherry Street, Suite 200
Burlington, VT 05401
(802) 651-1800

## NOTICE OF HEARING - PETITION TO ESTABLISH CHILD SUPPORT

December 3, 1998

Court Case File

---

Office of Child Support
      vs.                              Docket No. 422-5-98 Cndm
█████████ Joanne Pecor

This is to notify you to appear at the Court named above in connection with the above named case for the following:

**Hearing to establish child support
on Wednesday December 9, 1998 at 10:00 AM**

At this hearing, the Court will determine whether to order child support and whether to require the employer of the plaintiff or defendant to withhold wages from the person obligated to pay child support for the benefit of the person who receives child support.

Both plaintiff and defendant must complete the attached affidavit of income and assets and file it with the Court prior to the hearing date or bring it to the hearing.

On or before the hearing date, the plaintiff and defendant must exchange tax returns for the two most recent years in which returns were filed, together with all schedules and documentation that were submitted to the Internal Revenue Service, and must submit a written certificate to the court that this exchange has been completed.

Both plaintiff and defendant must also file or bring to the hearing: pay stubs for the four most recent pay periods in which employment income was received, if any; monthly income and expense statements or equivalent documents covering the period following a self-employed person's last-filed income tax return, and documentation of all other income received during the period following any person's last-filed income tax return (including social security, workers' compensation, unemployment compensation, disability and pensions.)

Failure to provide these documents shall create a presumption that the noncomplying parent's gross income is the greater of:
(1) **$37,823.01**, which is 150 percent of the most recently available annual average covered wage for all employment as calculated by the department of employment and training;    **OR**
(2) the gross income indicated by any evidence present to the Court.

The Court may issue an order on parental rights and responsibilities (custody), and parent-child contact (visitation) even if only one party appears at the hearing.

The Office of Child Support represents the interests of the State of Vermont in child support cases. However, the Office of Child Support is available to answer general child support questions for any party. If you would like more information about the Office of Child Support's services, you may call their automated information line at **1-800-786-3214**, or you may contact the local Child Support Office in your area. Local offices are listed in the telephone directory under State of Vermont, Office of Child Support Services.

Lorrie Campbell, Assistant Clerk

Copies sent to:
    Plaintiff Office of Child Support
    Defendant ██████████
    Defendant Joanne Pecor
    Court Case File

FELL-00003409

F4 22.5.48 CnDmP


DEC - 3 1998

TO   Honorable Judge

I request to have the date of this hearing changed.

I will be unable to keep this appointment on Dec 8th as I have started a new job and have lost time from work as a result of these Court proceedings already.

Wednesdays are my day off and if at all possible request to have my hearing on any Wednesday

I am now paying child support on two other children and cannot afford to lose anymore time

My employer has been disgruntled as a result of lost time already I feel that anymore lost time from work would be detrimental to my Employment

Sincerly

(day) 985-8520

FELL-00003410

**STATE OF VERMONT**
**CHITTENDEN COUNTY, SS.**

OCS

**FAMILY COURT**

vs.

DEC - 3 1998

**DOCKET NO.** 422-5-98

Joanne Pecore

## ACCEPTANCE OF SERVICE

I, ████████████ , hereby accept service of the

Parentage Order; Order RE: Parental Rights

and Responcibility

filed 12/3/98 in the above-entitled cause and waive all other forms

of service.

Dated: 12/3/98    Signed: ████████

**PLEASE DATE, SIGN AND RETURN ONLY THIS DOCUMENT TO:**

**VERMONT FAMILY COURT**
**32 CHERRY STREET**
**SUITE 200**
**BURLINGTON VT 05401**

FELL-00003411



OCT 2 0 1998

VT ___ ___
CH___ ___ COUNTY

### STATE OF VERMONT
### CHITTENDEN COUNTY, SS.

_____OCS_____

**FAMILY COURT**

Joanne Pecor vs. Brian Bessette

DOCKET NO. F 422-S98 Cnm__

### ACCEPTANCE OF SERVICE

I, _Brian Bessette_, hereby accept service of the

_Dismissal Order_

_____

filed _10-12-98_ in the above-entitled cause and waive all other forms

of service.

Dated: _10-14-98_    Signed: _____

### PLEASE DATE, SIGN AND RETURN ONLY THIS DOCUMENT TO:

**VERMONT FAMILY COURT**
**32 CHERRY STREET**
**SUITE 200**
**BURLINGTON VT 05401**

FELL-00003412



OCT 2 0 1993

## STATE OF VERMONT
## CHITTENDEN COUNTY, SS.



_____ OCS _____

**FAMILY COURT**

Joanne Pecor
vs.
Brian Bessette ▪

DOCKET NO. F 422-S-98 Cndmp

## ACCEPTANCE OF SERVICE

I, ▉▉▉▉▉▉▉▉▉ , hereby accept service of the

Dismissal Order _____

_____

filed 10-12-98 in the above-entitled cause and waive all other forms

of service.

Dated: 10/18/98    Signed: ▉▉▉▉ ▪ ▉▉▉▉

## PLEASE DATE, SIGN AND RETURN ONLY THIS DOCUMENT TO:

### VERMONT FAMILY COURT
### 32 CHERRY STREET
### SUITE 200
### BURLINGTON VT 05401

FELL-00003413

**STATE OF VERMONT**                    **VERMONT FAMILY COURT**
**CHITTENDEN COUNTY, S.S.**             **DOCKET #422-5-98 Cndmp**

Office of Child Support                 |
    Plaintiff       |
        v.    |
Joanne Pecor                            |
    Defendant        |
Brian Bessette                          |
    Defendant        |

█████████
    Defendant

### MOTION TO DISMISS IN PART

NOW COMES THE OFFICE OF CHILD SUPPORT, by and through its attorney, Michael E. Rowley Esq., and requests the Court dismiss the pending Petition to Establish Parentage as it relates to Defendant Brian Bessette.

Brian Bessete was ordered to submitt to genetic testing on August 10, 1998 and failed to appear for said genetic test. █████████ did submitt to genetic testing as ordered. The results of the testing indicate that █████████ is not excluded as the biological father of the minor child A█████ P███.

WHEREFORE, the Office requests the matter be dismissed in part as it pertains to Brian Bessette and without prejudice to the proceeding as it pertains to Defendant █████████.

Dated and signed at Burlington, VT on _____, 1998.

Michael E. Rowley, Esq.
Office of Child Support
32 Cherry St., Suite 310
Burlington, VT 05401
(802) 863-7444

FELL-00003414

STATE OF VERMONT
CHITTENDEN COUNTY, S.S.

VERMONT FAMILY COURT
DOCKET#422-5-98 Cndm

OCS
  Plaintiff

        v.

Joanne Pecor
  Defendant
Brian Bessette
Defendant

███████████

Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion to Dismiss in Part has been sent to each of
the parties via first class mail at the below listed addresses.

JOANNE_____ L PECOR_____
180 ESSEX ROAD_____
WILLISTON_____ VT 05495

████████████_____
P.O. BOX 610_____
SO BARRE_____ VT 05670

BRIAN_____ K BESSETTE__
APT. 2_____
56 NORTH AVENUE_____
BURLINGTON_____ VT 05401

Dated _____ September / 7 _____, 1998 at Burlington, Vt.

_____
Robin Bentley, Paralegal
Office of Child Support
108 Cherry St., Suite 101
Burlington, Vt. 05401
(802) 863-7444

## ACCEPTANCE OF SERVICE
I have received and accept services of the above-mentioned document(s) on

_____. _____
(signature)
(Return to Court Clerk, Chittenden Family Court, 32 Cherry St., Burlington, VT. 05401)

FELL-00003415

Family Court of Vermont
Unit No. 2, Chittenden Circuit
32 Cherry Street, Suite 200
Burlington, VT 05401
(802) 651-1800

---

| NOTICE OF HEARING - PETITION TO ESTABLISH CHILD SUPPORT |

September 29, 1998

Court Case File

---

Office of Child Support
                    vs.                                    Docket No. 422-5-98 Cndm
Brian Bessette; ▮▮▮▮▮▮▮▮▮▮ ; Joanne Pecor

This is to notify you to appear at the Court named above in connection
with the above named case for the following:

**Hearing to establish child support**
 **on Tuesday December 8, 1998 at 08:30 AM**

     At this hearing, the Court will determine whether to order child support and whether to require the
employer of the plaintiff or defendant to withhold wages from the person obligated to pay child support for the
benefit of the person who receives child support.

     Both plaintiff and defendant must complete the attached affidavit of income and assets and file it with the
Court prior to the hearing date or bring it to the hearing.

     On or before the hearing date, the plaintiff and defendant must exchange tax returns for the two most
recent years in which returns were filed, together with all schedules and documentation that were submitted to
the Internal Revenue Service, and must submit a written certificate to the court that this exchange has been
completed.

     Both plaintiff and defendant must also file or bring to the hearing: pay stubs for the four most recent pay
periods in which employment income was received, if any; monthly income and expense statements or equivalent
documents covering the period following a self-employed person's last-filed income tax return, and documentation
of all other income received during the period following any person's last-filed income tax return (including
social security, workers' compensation, unemployment compensation, disability and pensions.)

     Failure to provide these documents shall create a presumption that the noncomplying parent's gross income
is the greater of:
     (1) **$37,823.01**, which is 150 percent of the most recently available annual average covered wage for all
employment as calculated by the department of employment and training;      **OR**
     (2) the gross income indicated by any evidence present to the Court.

     The Court may issue an order on parental rights and responsibilities (custody), and parent-child contact
(visitation) even if only one party appears at the hearing.

     The Office of Child Support represents the interests of the State of Vermont in child support cases.
However, the Office of Child Support is available to answer general child support questions for any party.  If
you would like more information about the Office of Child Support's services, you may call their automated
information line at **1-800-786-3214**, or you may contact the local Child Support Office in your area.  Local
offices are listed in the telephone directory under State of Vermont, Office of Child Support Services.

                                        Patti Lockerby, Assistant Clerk

Copies sent to:
     Plaintiff Office of Child Support
     Defendant Brian Bessette
     Defendant ▮▮▮▮▮▮▮▮▮▮
     Defendant Joanne Pecor
     Court Case File

FELL-00003416

Family Court of Vermont
Unit No. 2, Chittenden Circuit
32 Cherry Street, Suite 200
Burlington, VT 05401
(802) 651-1800

Court Case File

```
┌─────────────────────────────────────────────────────────────────────┐
│                  N O T I C E   O F   H E A R I N G                     │
└─────────────────────────────────────────────────────────────────────┘
```

September 29, 1998

Office of Child Support
              vs.                          Docket No. 422-5-98 Cndm
Brian Bessette; ▮▮▮▮▮▮▮▮▮▮ Joanne Pecor

This is to notify you to appear at the Court named above in connection
with the above named case for the following:

        Hearing to Establish Parentage
                      Motion to establish parental rights & resp.
                      Motion to establish parent-child contact
                      Motion to establish parentage


        Thursday December 3, 1998 at 08:30 AM


                                      _____
                                      Patti Lockerby, Assistant Clerk

Copies sent to:
    Plaintiff Office of Child Support
    Defendant Brian Bessette
    Defendant ▮▮▮▮▮▮▮▮▮
    Defendant Joanne Pecor
    Court Case File

FELL-00003417

EDWARD J. COSTELLO COURTHOUSE
FAMILY COURT OF VERMONT
32 CHERRY STREET, SUITE 200
BURLINGTON, VT   05401
(802) 651-1801

NOTICE OF STATUS CONFERENCE

Office of Child Support
103 South Main Street
Waterbury VT 05676

September 9, 1998

Office of Child Support
            vs.                              Docket No. 422-5-98 Cndm
Brian Bessette;  ██████████ ; Joanne Pecor


This is to notify the above named parties to appear at the Vermont Family
Court on:       **September 29, 1998 at 01:00 PM**

For a Status Conference with the Child Support Case Manager, Patti Lockerby, to
determine the parties' position on biological Parentage, Parental Rights and
Responsibilities and a detailed schedule for Parent Child Contact.

If an agreement is reached regarding these issues, then child support will be
discussed. Therefore, you will need to bring with you to the status conference
the following: your four most recent paystubs, if self-employed your income and
expense ledgers for your business income for all months since you filed your
last income tax returns, documentation of any other income you are receiving or
have received since the last time you filed your income tax returns (such as
social security, worker's compensation, unemployment compensation, disability,
etc.).

**IF YOU DO NOT BRING THESE DOCUMENTS TO THE CONFERENCE, THE COURT MAY DETERMINE
THAT YOU EARN GROSS INCOME OF $36,339.03 PER YEAR OR GROSS INCOME SHOWN BY
EVIDENCE PRESENTED IN COURT, WHICHEVER IS GREATER, AND ORDER CHILD SUPPORT
UNDER THE GUIDELINES BASED ON THIS INCOME.**

On or before the conference date, each parent must exchange tax returns for the
two most recent years in which returns were filed, together with all schedules
and documentation that each sent to the Internal Revenue Service and file a
document with the court certifying that the exchange has been done.

If you do not appear at the scheduled conference, a Judge may decide you are
the parent of the child(ren) and issue orders as to Parental Rights and
Responsibilities, Parent Child Contact and Child Support without your
participation.

Patti Lockerby
Child Support Case Manager

Letter sent to:
      Plaintiff Office of Child Support
      Defendant  ██████████
      Defendant Joanne Pecor

DOCKET #

VT. FAMILY COURT        CHITTENDEN CNTY.    F422-5-98-CN

OFFICE OF CHILDSUPPORT    v    ▆▆▆▆ / PECOR

I dis agree with this complaint and respectfully
request a genetic testing.
. I also dis-agree with paying any arrearages due to
. extenuating circumstances, If it is found to be that
I am the biological Father I would agree to start
paying child support from the time that the test result
are established.

JUN 19 1998                    Respectfully ▆▆▆▆▆▆▆▆

                                        6/1/98

FELL-00003419

422-5.98 On Dmp

Joanne Pecor
c/o Darquise Pecor
180 Essex Road
Williston, VT 05495

 JUN 1 0 1998

June 10, 1998

Marjorie Shepard
Office of Child Support

This is my answer to the summons that I received on May 23. I am writing this without a lawyer, as I cannot afford one.

I do not understand why I am being called a defendant. I am completely willing to do any testing that is necessary, and willing to cooperate with OCS.

The first meeting that I have been accused of missing (on April 16) was an appointment scheduled by Marjorie Shepard, without consulting me. I was not available to meet on that date because it conflicted with my Step-Up training. I called to let Ms. Shepard know this, and rescheduled an appointment for April 21. I did miss this appointment.

Since then, I have called Ms. Shepard 10-15 times and have gone to the OCS to try to see her more than five times. I have not been able to reach her. I have no phone, so it is hard to get in touch with me, but I should not be punished because of that. I have not received anything in writing, except the notice that I am being sanctioned, and a summons.

I want to work with the OCS, and am completely willing to do whatever is necessary. I do not understand why have been named a defendant for missing one appointment that I have repeatedly tried to reschedule.

Sincerely,

Joanne Pecor

Joanne Pecor

FELL-00003420

COURT: VERMONT FAMILY          COUNTY: CHITTENDEN          DOCKET #: 422-5.98 ChDmp

CHANGE OF ADDRESS FORM

Plaintiff: _____

JUN 1 0 1998

v.

Defendant: _____

I am the plaintiff/defendant in the above mentioned domestic action.
          (circle one)

For purpose of notification, I can be reached at

Mailing address- JoAnne Pecor
C/0 Darquise Pecor
180 Essex Rd
Williston VT 05495
657-9169 Pager.
phone-day          phone-eve

JoAnne Pecor  6-10-98
Signature          Date

CC: _____
_____

FELL-00003421

CHITTENDEN COUNTY SHERIFF'S DEPARTMENT

P.O. Box 1426

Burlington, Vermont   05402

RETURN OF SERVICE

On the 3 day of June, 1998 I made service of the following document(s) upon the defendant BRIAN BESSETTE

(X) Summons                              ( ) Interrogatories
(X) Complaint _____              ( ) Exhibit(s)
(X) Motion (s)                           ( ) Writ of Possession
(X) Affidavit                            ( ) Judgment Order
( ) Summons to Trustee                   ( ) Order _____
( ) List of Exemptions                   ( ) Memorandum of Law
( ) Disclosure Under Oath                ( ) Notice of _____
( ) Final Order                          ( ) Writ of Attachment
( ) Trustee Disclosure                   ( ) Recognizance
( ) Subpoena - Witness fees of _____
(X) letter
( ) _____
( ) _____

( ) by delivering a copy of same to the defendant.
(X) by delivering a copy of same to Diane Chagnon - Mother
( ) a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.
(X) At 56 North Ave                                  Burlington
Vermont, (for each of them) a copy thereof with my return endorsed thereon.

Service ____ Copies  $ 36.22
Travel ____ Miles      3.10
Postage                .22
Copying ____ Copies    ____
Town Clerk ____ Pages  ____
Notary Fee             ____
Other _____    ____

TOTAL             $ 33.92

Sheriff / Deputy Sheriff

SGT DANIEL GAMELIN
DEPUTY SHERIFF

FELL-00003422



OCS vs Bessette ███ fecor                                    Docket # 422-5-98 Cndb

June 4, 1998

JUN – 5 1998

VT ━━━━━━━━
CH━━━━━━ COUNTY

To Whom It May Concern:

I have received the complaint served
on me on June 3, 1998.
I would like to request genetic
testing to establish parentage of ███████

Sincerely

Brian Bessette

FELL-00003423

DOCKET #

VT FAMILY COURT       CHITTENDEN CNTY.   F422-5-98-CNDM
OFFICE OF CHILD SUPPORT                        ██████  PECOR

I dis-agree with this complaint and respectfully
request a genetic testing,
    I also dis-agree with paying arrearages due to
extenuating circumstances.
    If it is found to be that I am the biological Father,
I would agree to start paying child support from the
time that the test results are established



Respectfully
████████████████████
6/11/98



Edward J. Costello Courthouse
Vermont Family Court
32 Cherry Street
Suite 200
Burlington, VT 05401

P 176 195 192

6.21

FELL-00003425

Edward J. Costello Courthouse
Vermont Family Court
32 Cherry Street
Suite 200
Burlington, VT 05401



CERTIFIED

P 176 195 192

MAIL

6.21

FELL-00003426

# EDWARD J. COSTELLO COURTHOUSE
## 32 Cherry Street
### Burlington, VT 05401
### Tel.: (802) 651-1800

**Reply to:**
**District Court**
**Suite 300**



**Reply to:**
**Family Court**
**Suite 200**

Attn: **Chittenden County Sheriff's Department**

**PAPERWORK TO BE SERVED VIA SHERIFF**

Office of Child Support          v.     Brian Bessette

Docket #:     F422-5-98CnDmp

Person to be served:      Brian Bessette

Paperwork to be served:     Summons and complaint

                            affidavit

                            paternity letters

                            motion for Genetic Testing

Date of Hearing:

Date Service Requested:     June 2, 1998

**Please send the proof of service to the Court**
**Please bill the Office of Child Support**

FELL-00003427

# EDWARD J. COSTELLO COURTHOUSE
## 32 Cherry Street
## Burlington, VT 05401
### Tel.: (802) 651-1800

Reply to:
**District Court**
Suite 300



Reply to:
**Family Court**
Suite 200

```
-------------------------------------------
 Brian Bessette                            |
 56 North Ave.                             |
 Apt. #2                                   |
 Burlington VT 05401                       |
-------------------------------------------
```

May 21, 1998

OCS vs. Bessette, ███ /Pecor                    Docket No. 422-5-98 Cndm

The Office of Child Support Services has initiated a Paternity Action against you on behalf of the mother of the child(ren) listed. This action is intended to legally establish you are the biologigal parent of the child or children listed on the complaint, and to make a determination of child support.

If you do not agree with the complaint and deny you are the father, you will need to file an answer within 20 days. The Court staff will provide the form for you to file an answer and answer any questions.

Vermont law establishes your right to parental contact (visitation) once it is established you are the biological parent. The paternity action Child Support Services has started **will not** legally specify a visitation schedule for you to have contact with your child(ren).

If you do not legally establish parent child contact at this time, and the child(ren)'s mother does not agree to your seeing the child(ren), you will need to come to Court to legally establish your right to see your child(ren) in the future.

If you want to establish a schedule for parental contact at the time parentage is established, we urge you to contact the Court for assistance.

# EDWARD J. COSTELLO COURTHOUSE
## 32 Cherry Street
### Burlington, VT 05401
### Tel.: (802) 651-1800

**Reply to:**
**District Court**
**Suite 300**



**Reply to:**
**Family Court**
**Suite 200**

```
P.O. Box 610
South Barre VT 05670
```

May 21, 1998

OCS vs. Bessette ▆▆▆/Pecor                    Docket No. 422-5-98 Cndm

The Office of Child Support Services has initiated a Paternity Action against you on behalf of the mother of the child(ren) listed. This action is intended to legally establish you are the biologial parent of the child or children listed on the complaint, and to make a determination of child support.

If you do not agree with the complaint and deny you are the father, you will need to file an answer within 20 days. The Court staff will provide the form for you to file an answer and answer any questions.

Vermont law establishes your right to parental contact (visitation) once it is established you are the biological parent. The paternity action Child Support Services has started **will not** legally specify a visitation schedule for you to have contact with your child(ren).

If you do not legally establish parent child contact at this time, and the child(ren)'s mother does not agree to your seeing the child(ren), you will need to come to Court to legally establish your right to see your child(ren) in the future.

If you want to establish a schedule for parental contact at the time parentage is established, we urge you to contact the Court for assistance.

FELL-00003429

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☒ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

**ONLY**

P.O. Box 610
So. Barre, VT    05670

F422-5-98CnDmp

4a. Article Number
P176 195 193

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

Thank you for using Return Receipt Service.

X

PS Form **3811**, December 1994        Domestic Return Receipt

---

P176 195 193

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | |
| Street & Number | P.O. Box 610 |
| Post Office, State, & ZIP Code | So. Barre VT 05670 |
| Postage | $ 1.01 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | 2.75 |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 6.21 |
| Postmark or Date | |

PS Form **3800**, April 1995

FELL-00003430



## EDWARD J. COSTELLO COURTHOUSE
### 32 Cherry Street
### Burlington, VT 05401
### Tel.: (802) 651-1800

**Reply to:**
**District Court**
**Suite 300**

**Reply to:**
**Family Court**
**Suite 200**

```
. -----------------------------------------
  Joanne Pecor
  38 Thasha Lane
  Apt. L4
  Essex Junction VT 05452
. -----------------------------------------
```

May 21, 1998

OCS vs. Bessette,████/Pecor                    Docket No. 422-5-98 Cndm

The Office of Child Support Services has initiated a Paternity Action against you on behalf of the mother of the child(ren) listed. This action is intended to legally establish you are the biologigal parent of the child or children listed on the complaint, and to make a determination of child support.

If you do not agree with the complaint and deny you are the father, you will need to file an answer within 20 days. The Court staff will provide the form for you to file an answer and answer any questions.

Vermont law establishes your right to parental contact (visitation) once it is established you are the biological parent. The paternity action Child Support Services has started **will not** legally specify a visitation schedule for you to have contact with your child(ren).

If you do not legally establish parent child contact at this time, and the child(ren)'s mother does not agree to your seeing the child(ren), you will need to come to Court to legally establish your right to see your child(ren) in the future.

If you want to establish a schedule for parental contact at the time parentage is established, we urge you to contact the Court for assistance.

FELL-00003431

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☒ Restricted Delivery

Consult postmaster for fee.

Thank you for using Return Receipt Service.

3. Article Addressed to:

Joanne Pecor
38 Thasha Lane
Apt. L4
Essex Jct., VT   05452

F422-5-98CnDMp          1c

| | |
|---|---|
| 4a. Article Number | P 176 195 191 |

4b. Service Type

☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
5 - 23

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X

PS Form **3811,** December 1994          102595-98-B-0229   **Domestic Return Receipt**

---

P 176 195 191

F422-5-98CnDMp

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to  Joanne Pecor

Street & Number  38 Thasha Lane, Apt. L4

Post Office, State, & ZIP Code  Essex Jct., VT 05452

| | |
|---|---|
| Postage | $ 1.01 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | 2.75 |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 6.21 |
| Postmark or Date | |

PS Form **3800,** April 1995

FELL-00003432

MEMO TO:    LINDA WILSON, Family Court Clerk

FROM:       Marjorie Shepard ,Child Support Specialist

DATE:       March 31, 1998

RE:         Attached Family Court Filing

Pursuant to an agreement with the Office of the Court Administrator, the Office of Child Support is providing the following information regarding the attached filing for the Court's file. This information is intended to allow you to set up this case and serve process without Form 802, Child Support Order. This will allow me to complete a stipulation without retrieving the Form 802 from the Court's file.

<u>Non-Custodial Parent</u>

                    DOB:    03/11/65
BRIAN BESSETTE
APT. 2 56 NORTH AVENUE
BURLINGTON , VT 05401
Home phone: 8627709                          Work phone:

<u>Custodial Parent</u>

                    DOB:    02/15/69
JOANNE PECOR
APT L4 38 THASHA LANE
ESSEX JUNCTION , VT 05452
Home phone: 8786766                          Work phone:

<u>Children</u>

| Child | DOB | SSN |
|-------|-----|-----|
| A█ P█ | █/87 | █ |

<u>Service of Process</u> (Non-Custodial Parent) and custodial parent

__X__ Certified Mail              __X__ Personal Service

Serve Personally at:    __X__ Home ____ Business ____ Other _____
                        Day _____     Time _____

Location (directions and/or description):    __X__ Home ____ Business
          See addresses above.
_____

Physical Description: _____
_____

Other Information: _____
_____

FELL-00003433

MEMO TO:   LINDA WILSON, Family Court Clerk

FROM:      Marjorie Shepard ,Child Support Specialist

DATE:      March 31, 1998

RE:        Attached Family Court Filing

Pursuant to an agreement with the Office of the Court Administrator,
the Office of Child Support is providing the following information
regarding the attached filing for the Court's file.  This information
is intended to allow you to set up this case and serve process without
Form 802, Child Support Order.  This will allow me to complete a
stipulation without retrieving the Form 802 from the Court's file.

Non-Custodial Parent

                    DOB:    ███/61          N P C PROCESSING INC
                                            ATTN: PAYROLL
 P.O. BOX 610                               15 HOLMES ROAD
SO BARRE , VT 05670                         SO. BURLINGTON , VT 05403
Home phone: 4791263                         Work phone:

Custodial Parent

                    DOB:    02/15/69
JOANNE PECOR
APT L4 38 THASHA LANE
ESSEX JUNCTION , VT 05452
Home phone: 8786766                         Work phone: _____

Children
  Child                      DOB            SSN

A███   P███               ███/87        ███████████

Service of Process (Non-Custodial Parent) and custodial parent

__X__ Certified Mail            __X__ Personal Service

Serve Personally at:  __X__ Home ___ Business ___ Other _____
                      Day _____     Time _____

Location (directions and/or description):  __X__ Home ___ Business
███████, lives at 24 middle Road, Barre, Vt 05670
Joanne, see address above.

Physical Description: _____
_____

Other Information: _____
_____

FELL-00003434

STATE OF VERMONT                          CHITTENDEN FAMILY COURT
CHITTENDEN COUNTY,S.S.                    DOCKET # F422-5-98CuDmp


OFFICE OF CHILD SUPPORT                                      MAY 1 4 1998
    Plaintiff
    v.
JOANNE PECOR
    and
BRIAN BESSETTE
    and
    █████████ RYAN
    Co Defendants

## MOTION FOR GENETIC TESTING

Now comes the Office of Child Support, by and through its attorney Michael Rowley, Esq., and requests the Court, pursuant to V.R.C.P. 37 and 15 V.S.A. 304 and 308, order defendants JOANNE PECOR with the minor child, A█████ P█████ and defendants BRIAN BESSETTE and ████████████ to submit to genetic testing in order to establish parentage of the minor child for the following reason:

1. Defendant , JOANNE PECOR has named BRIAN BESSETTE and ██████████████ as defendants in this parentage action.

2.  To resolve this factual issue, it is appropriate to utilize genetic testing.


WHEREFORE the Office of Child Support requests the Court order the parties to submit to genetic testing so that parentage can be determined without unnecessary delay.

Dated  April 30, 1998 at Burlington, Vt.

Michael E. Rowley, Esq.
Office of Child Support
32 Cherry St., Suite 310
Burlington, Vt. 05401
(802) 863-7444

FELL-00003435

FUZZ gdUullup Pg 1

OCS 208
(I 09/25/96)

## AFFIDAVIT OF ANFC DEBT

Joanne Pecor
**Custodial Parent**

Case ID

Brian Bessette
**Noncustodial Parent**

**ANFC DEBT FOR** _1988_

**ANFC DEBT FOR** _1989_

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | 270 |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | |

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | 540 |
| May | $ | 540 |
| June | $ | 540 |
| July | $ | 651 |
| August | $ | 651 |
| September | $ | 651 |
| October | $ | 656 |
| November | $ | 656 |
| December | $ | 656 |
| **TOTAL:** | $ | 5541 |

**ANFC DEBT FOR** _1990_

**ANFC DEBT FOR** _1991_

### ANFC PAID

| | | |
|---|---|---|
| January | $ | 662 |
| February | $ | 662 |
| March | $ | 662 |
| April | $ | 662 |
| May | $ | 662 |
| June | $ | 662 |
| July | $ | 662 |
| August | $ | 662 |
| September | $ | 662 |
| October | $ | 679 |
| November | $ | 679 |
| December | $ | 679 |
| **TOTAL:** | $ | 7995 |

MAY 1 1998

### ANFC PAID

| | | |
|---|---|---|
| January | $ | 679 |
| February | $ | 679 |
| March | $ | 679 |
| April | $ | 679 |
| May | $ | 679 |
| June | $ | 679 |
| July | $ | 673 |
| August | $ | 673 |
| September | $ | 673 |
| October | $ | 673 |
| November | $ | 673 |
| December | $ | 673 |
| **TOTAL:** | $ | 8112 |

**GRAND TOTAL OF ALL ANFC DEBT:** $ _40,702.00_ as of 3/31/98

4/30/98    Marjorie Shepard /OCS    Marjorie Shepard
**Date**                **Name/Title of Agency**                **Signature**

4/30/98  Chittenden  /t  Christine Newell    2/10/09
**Sworn to and signed before**    **Notary Public**    **Commission Expires**

FELL-00003436

Pg 3

OCS 208
(I 09/25/96)

## AFFIDAVIT OF ANFC DEBT

Joanne Reco
**Custodial Parent**

Case ID

Brian Bessette
**Noncustodial Parent**

**ANFC DEBT FOR** _1996_

**ANFC DEBT FOR** _1997_

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | 407 |
| August | $ | 312 |
| September | $ | 171 |
| October | $ | 171 |
| November | $ | 138 |
| December | $ | |
| **TOTAL:** | $ | 1199 |

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | 221 |
| August | $ | 486 |
| September | $ | 486 |
| October | $ | 486 |
| November | $ | 438 |
| December | $ | 364 |
| **TOTAL:** | $ | 2481 |

**ANFC DEBT FOR** _1998_

**ANFC DEBT FOR** _____

### ANFC PAID

| | | |
|---|---|---|
| January | $ | 396 |
| February | $ | 356 |
| March | $ | 528 |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | 1320 |

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | |

MAY 1 1998

**GRAND TOTAL OF ALL ANFC DEBT:**     $_____

_____     _____     _____
Date                Name/Title of Agency              Signature

_____     _____     _____
Sworn to and signed before     Notary Public          Commission Expires

FELL-00003437



OCS 208
(l 09/25/96)

## AFFIDAVIT OF ANFC DEBT

Joanne Recor
**Custodial Parent**

**Case ID** ▮▮▮▮▮▮▮

**Noncustodial Parent** ▮▮▮▮▮▮▮

**ANFC DEBT FOR** _1998_

**ANFC DEBT FOR** _____

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | 396 |
| March | $ | 528 |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | 924 |

**ANFC DEBT FOR** _____

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | |

**ANFC DEBT FOR** _____

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | |

**ANFC DEBT FOR** _____

### ANFC PAID

| | | |
|---|---|---|
| January | $ | |
| February | $ | |
| March | $ | |
| April | $ | |
| May | $ | |
| June | $ | |
| July | $ | |
| August | $ | |
| September | $ | |
| October | $ | |
| November | $ | |
| December | $ | |
| **TOTAL:** | $ | |

MAY 1 1998

**GRAND TOTAL OF ALL ANFC DEBT:** $ _924 as of 3/31/98_

_4/30/98_ _Marjorie Shepard /OCS_ _Marjorie Shepard_
Date      Name/Title of Agency      Signature

_4/30/98_ _Chittenden /H Christine Newell_ _2/10/99_
Sworn to and signed before      Notary Public      Commission Expires

FELL-00003438



**State of Vermont**

**AGENCY OF HUMAN SERVICES**

OFFICE OF CHILD SUPPORT
103 SOUTH MAIN STREET
WATERBURY VT 05671-1901

F422-5-98ChDmp

MAY 1 ² 1998

FELL-00003439



Stale of Vermont

**AGENCY OF HUMAN SERVICES**

OFFICE OF CHILD SUPPORT
103 SOUTH MAIN STREET
WATERBURY VT 05671-1901



MAY 1 1998

FELL-00003440

DEC-12-97 FRI 01:00 PM                    FAX NO.                    P. 02

Vermont Department of
Social Welfare/Office of Child Support

**CHILD SUPPORT REFERRAL**
(Complete one for EACH noncustodial parent)

DSW/OCS 137 P

D.O. ____B____    ESSEX OFFICE OF CHILD SUPPORT    DISTRIBUTION: white to OCS file room; file yellow; pink to client

Additional Forms Attached:    ☐ Birth Certificate    ☐ Joint Acknowledgement of Parentage    ☐ Court Order

AUG 19 97

**IMPORTANT: Read the information on the back before you fill out this form.**

| I. Information About You |

1. Name: Joanne Pecor _____ Maiden Name: _____ SSN: ████████

2. Have you ever received ANFC in another state?    ☐ No    ☑ Yes - County: Chitt _____
   City: Burl. _____ State: VT

3. What is your relationship to the child(ren) named in Section II?    ☑ parent    ☐ other relative    ☐ caretaker

   A. If "other relative" or "caretaker", what is the marital status of the child(ren)'s parents to each other?    ☐ divorced    ☐ separated    ☑ never married

   B. If "parent", what is your marital status with the noncustodial parent?
      ☐ divorced - where? County: _____ City: _____ State: _____

      ☐ separated - have you filed for legal separation or divorce? ☑ No    ☐ Yes— where? County: _____
      City: _____ State: _____ Your attorney: _____

      ☐ never married - Do you have legal papers proving who the child(ren)'s parents are, or are such papers being developed?
      ☑ No    ☐ Yes—
      County: _____ City: _____ State: _____

4. In order to pursue child support, the Office of Child Support (OCS) will contact the noncustodial parent and his/her employer, require form to be completed, and take him/her to court if necessary. Do you have reason to believe that you and/or the child(ren) might be physically or emotionally harmed by the noncustodial parent if OCS takes any of these actions?    ☑ No    ☐ Yes

| II. Information About the Child(ren) of this Noncustodial Parent Who are Requesting Assistance |

| Name (First and Last) | 1 A████ P████ | 2 Nicole Bessette | 3 | 4 MAY 1 1998 |
|---|---|---|---|---|
| Place of Birth | Burl VT | Burl. VT | | |

| III. Information About the Noncustodial Parent |

1. Name: Brian Bessette _____ Maiden Name: _____ Date of Birth: 3/11/16

   SSN: ████████

2. Address — ☐ current or ☑ last known: his mothers on N Ave Burlington
   _____ Telephone No. 86 3-3866

3. Employer's Name and Address ☐ current or ☐ last known: unknown
   _____ Type of Work: _____ Telephone No. _____

4. Does the noncustodial parent receive any type of benefits?    ☐ No    ☐ Unknown    ☑ Yes - check types: ☐ SSA    ☑ SSI
   ☐ VA    ☐ Unemployment Compensation    ☐ Worker's Compensation    ☐ Other - specify: _____

5. Does the noncustodial parent have (check all those that apply)    ☐ Car    ☐ Truck    ☐ Boat    ☐ Motorcycle    ☐ Snowmobile
   ☐ Other vehicles    ☐ Property (Real Estate)    ☐ Bank Accounts

**IMPORTANT: YOU MUST ALSO FILL OUT AND SIGN THE DSW/OCS 137 P.2 TO COMPLETE THIS FORM.**

FELL-00003441

DEC-12-97 FRI 01:01 PM                                              FAX NO.                          P. 03

...r name__ Jeanne Peccir                                      SSN ___           P. 03
Noncustodial parent's name__ Brian Keith Bessette              SS~

**IMPORTANT: Read the information on the back before you fill out this form.**

## III. Information About the Noncustodial Parent - Continued

6 Does the noncustodial parent carry health insurance?    ☐ No    ☒ Unknown    ☐ Yes - Fill in as much information as possibl

Name/Address of Insurance Company _____ Policy No._____

Group No. _____ Start Date: _____

Names of people covered: _____

7. Does the noncustodial parent carry dental insurance?    ☐ No    ☒ Unknown    ☐ Yes - Fill in as much information as poss

Name/Address of Insurance Company _____ Policy No._____

Group No. _____ Start Date: _____

Names of people covered: _____

8. Did the noncustodial parent ever receive ANFC in another state?    ☐ No    ☐ Yes - where? County Unknown

City:_____ State: _____

9. Does the noncustodial parent owe any past due child support for any child(ren) listed below?    ☐ No    ☐ Unknown
☒ Yes - How much? 1 yr per

10. What is the noncustodial parent's _mother's_ name, address and phone number? Diane Chagnon.
upper L Ave Burl.

11. What is the noncustodial parent's _father's_ name, address and phone number? Deceased

## IV. Cooperation/Assignment of Rights

→    I have read or had explained to me the information on the back of this form, and I

☒    will cooperate in pursuit of support and do not request a waiver.
☐    do not wish to cooperate in pursuit of support and request a waiver.
☐    do not wish to cooperate in pursuit of support and do not request a waiver

→    I hereby assign all my support rights for any and all children for whom I am requesting assistance and my rights to receive sup-
the above named noncustodial parent to the Vermont Department of Social Welfare (DSW) in order to receive a grant of Aid to
Families with Children (ANFC) or Medicaid.

→    I have read and/or had explained to me the preceding statement and the information on the back of this form and understand

·    I must give to DSW any child support I receive directly from the noncustodial parent after I am granted assistance. If I do
be subject to prosecution for fraud and/or be required to repay any benefits which I should not have received.

·    If the Office of Child Support collects any past due support, the money will be used to reimburse DSW for my ANFC bef
support is paid to me

_____    Millicent Resi    _____
Your signature                   ES signature                     Date

**IMPORTANT: YOU MUST ALSO FILL OUT THE DSW/OCS 137 P.1 TO COMPLETE THIS FORM.**

FELL-00003442

Vermont Department of
Social Welfare/Office of Child Support

**CHILD SUPPORT REFERRAL**
**(Complete one for EACH noncustodial parent)**

DSW/OCS 137 P.1
R 11/94

D.O. _B_  ES No. _244_     DISTRIBUTION: white to OCS file room; file yellow; pink to client
Additional Forms Attached:  ☐ Birth Certificate  ☐ Joint Acknowledgement of Parentage  ☐ Court Order

**IMPORTANT: Read the Information on the back before you fill out this form.**

**I. Information About You**

1. Name: _Joanne Pecor_     Maiden Name: _Same_     SSN ▬▬▬▬▬

2. Have you ever received ANFC in another state?  ☒ No  ☐ Yes - County: _____
   City: _____  State: _____

3. What is your relationship to the child(ren) named in Section II?  ☒ parent  ☐ other relative  ☐ caretaker

   A. If "other relative" or "caretaker", what is the marital status of the child(ren)'s parents to each other?  ☐ divorced  ☐ separated  ☒ never married

   B. If "parent", what is your marital status with the noncustodial parent?
      ☐ divorced - where? County: _____  City: _____  State: _____

      ☐ separated - have you filed for legal separation or divorce?  ☐ No  ☐ Yes— where? County: _____
      City: _____  State _____  Your attorney _____

      ☒ never married - Do you have legal papers proving who the child(ren)'s parents are, or are such papers being developed?
         ☒ No  ☐ Yes —
      County: _____  City: _____  State: _____

4. In order to pursue child support, the Office of Child Support (OCS) will contact the noncustodial parent and his/her employer, require forms to be completed, and take him/her to court if necessary. **Do you have reason to believe that you and/or the child(ren) might be physically or emotionally harmed by the noncustodial parent if OCS takes any of these actions?**  ☒ No  ☐ Yes

**II. Information About the Child(ren) of this Noncustodial Parent Who are Requesting Assistance**

| Name (First and Last) | ▬▬▬ | 2 | 3 | 4 |
|---|---|---|---|---|
| Place of Birth | Burl. VT | | | |

**III. Information About the Noncustodial Parent**

1. Name. ▬▬▬     Maiden Name: _____  Date of Birth: _Unknown_
   SSN. _Unknown_ ▬▬▬

2. Address —  ☐ current or  ☒ last known: _Lake Side Area Cant remember exact Address_     Telephone No. _____

3. Employer's Name and Address  ☐ current or  ☒ last known: _A & P Essex Jct_
   _____     Type of Work: _Meat Cutter_  Telephone No. _____

4. Does the noncustodial parent receive any type of benefits?  ☐ No  ☒ Unknown  ☐ Yes - check types: ☐ SSA  ☐ SSI
   ☐ VA  ☐ Unemployment Compensation  ☐ Worker's Compensation  ☐ Other - specify: _____

5. Does the noncustodial parent have (check all those that apply): ☐ Car  ☐ Truck  ☐ Boat  ☐ Motorcycle  ☐ Snowmobile
   _unknown_  ☐ Other vehicles  ☐ Property (Real Estate)  ☐ Bank Accounts

**IMPORTANT: YOU MUST ALSO FILL OUT AND SIGN THE DSW/OCS 137 P.2 TO COMPLETE THIS FORM.**

FELL-00003443

Vermont Department of
Social Welfare/Office of Child Support

**CHILD SUPPORT REFERRAL**

DSW/OCS 137 P.2
R. 11/84

Your name ◄ _Joanne Pecor_    SS █████████████

Noncustodial parent's name ◄ ██████████    SSN _Unknown_

**IMPORTANT: Read the Information on the back before you fill out this form.**

FEB 23 1996

## III. Information About the Noncustodial Parent - Continued

6. Does the noncustodial parent carry health insurance?    ☐ No    ☒ Unknown    ☐ Yes - Fill in as much information as possible

   Name/Address of Insurance Company _____ Policy No. _____

   Group No. _____    Start Date: _____

   Names of people covered: _____

7. Does the noncustodial parent carry dental insurance?    ☐ No    ☒ Unknown    ☐ Yes - Fill in as much information as possible.

   Name/Address of Insurance Company _____ Policy No. _____

   Group No. _____    Start Date: _____

   Names of people covered: _____

8. Did the noncustodial parent ever receive ANFC in another state?    ☐ No    ☐ Yes - where? County: _Unknown_

   City: _____    State: _____

9. Does the noncustodial parent owe any past due child support for any child(ren) listed below?    ☐ No    ☒ Unknown
   ☐ Yes - How much? _____

10. What is the noncustodial parent's <u>mother's</u> name, address and phone number? _Unknown_

11. What is the noncustodial parent's <u>father's</u> name, address and phone number? _Unknown_

## IV. Cooperation/Assignment of Rights

MAY 1 1996

➜ I have read or had explained to me the information on the back of this form, and I

   ☒ will cooperate in pursuit of support and do not request a waiver.
   ☐ do not wish to cooperate in pursuit of support and request a waiver.
   ☐ do not wish to cooperate in pursuit of support and do not request a waiver.

➜ I hereby assign all my support rights for any and all children for whom I am requesting assistance and my rights to receive support from the above named noncustodial parent to the Vermont Department of Social Welfare (DSW) in order to receive a grant of Aid to Needy Families with Children (ANFC) or Medicaid.

➜ I have read and/or had explained to me the preceding statement and the information on the back of this form and understand that:

   • I must give to DSW any child support I receive directly from the noncustodial parent after I am granted assistance. If I do not, I may be subject to prosecution for fraud and/or be required to repay any benefits which I should not have received.

   • If the Office of Child Support collects any past due support, the money will be used to reimburse DSW for my ANFC before any support is paid to me.

_Joanne Pecor_    _K. Brown_    _2-9-96_
Your signature    ES signature    Date

**IMPORTANT: YOU MUST ALSO FILL OUT THE DSW/OCS 137 P.1 TO COMPLETE THIS FORM.**

FELL-00003444

STATE OF VERMONT                      VERMONT FAMILY COURT
CHITTENDEN COUNTY,S.S.               DOCKET #   F4225-98U-bmp

OFFICE OF CHILD SUPPORT              |
    Plaintiff            |
        v.          |
JOANNE PECOR                         |
    and                  |
BRIAN BESSETTE                       |
    and                  |
████████████                          |
    Co defendants         |

### AFFIDAVIT OF PARENTAGE AND CHILD CUSTODY
### AFFIDAVIT FOR DEFAULT JUDGMENT

NOW COMES the Office of Child Support, by and through its authorized representative, subject to the penalties for perjury, and --pursuant to 15 V.S.A. 302, 303, and 1037-- affirms the following:

1. Defendant, JOANNE PECOR is a resident of the city/town of Essex Jct, County of Chittenden, State of Vermont.

2. Defendant, BRIAN BESSETTE is a resident of the city/town of Burlington , County of Chittenden, State of Vermont.

3. Defendant, ████████████ is a resident of the city/town of Barre, County of Washington, State of Vermont.

4. The minor child(ren), who is(are) the subject(s) of this parentage action, is(are):



A████ P████ born ████████████

5. The Office of Child Support believes that the minor child(ren) named above, reside(s) with Defendant JOANNE PECOR

6. The Office of Child Support has no information on the names and present addresses of persons, other than JOANNE PECOR, with whom the minor child(ren), named above, now live or have lived in the past five years.

FELL-00003445

7. The Office of Child Support has no knowledge of any person not a party to these present proceedings who has physical custody of or claims to custody or visitation rights with respect to the minor child(ren named above.

8. On March 02, 1998, Defendant JOANNE PECOR assigned her child support rights to the Department of Social Welfare in consideration of a re-opened grant of Aid to Needy Families with Children.(See attached "Child Support Referral").

9. On the Child Support Referral, Defendant, JOANNE PECOR indicates the Defendant's, BRIAN BESSETTE and ▇▇▇▇▇▇ are the absent parents of the minor child(ren) named above.

10. Defendant, JOANNE PECOR has failed to cooperate with the Office of Child Support's efforts to establish parentage and child support for the minor children as follows: JOANNE PECOR has missed two appointments scheduled on April 16, 1998 and April 21, 1998 to establish parentage.

11. The Office of Child Support, beyond the above-mentioned court action, has not participated as a party, witness, or any other capacity in any other litigation concerning the minor child(ren) named above.  The Office has no knowledge of any other pending litigation in Vermont or any other state involving the custody of these minor child(ren) named above.

12. The Office of Child Support, on information and belief, states that Defendant(s) is/are not in active military service or infant(s) under the age of 18 years or mentally incompetent.  The Office knows no reason why the Court may not enter a Default Judgment if Respondent(s) do(es) not file a response or objection within 20 days of service with this Petition.

Dated at Burlington, Vt. April 30, 1998.

Marjorie Shepard
Office of Child Support
32 Cherry St. Ste 310
Burlington, VT 05401
(802)863-7444

Sworn to and subscribed before me at Burlington,
Vt., April 30, 1998.

Christine Newell
Notary Public (exp 2/10/99)

FELL-00003447

STATE OF VERMONT                VERMONT FAMILY COURT
CHITTENDEN COUNTY, S.S.         DOCKET # FU22-5-98WDMD

Office of Child Support         |
     Plaintiff                  |
          v.                    |                    MAY 1 ? 1998
JOANNE PECOR                    |
     and                        |
BRIAN BESSETTE                  |
     and                        |
████████████████               |
     Co-Defendants              |                    .

### COMPLAINT FOR THE ESTABLISHMENT OF PARENTAGE

Now comes the Office of Child Support, by and through
its attorney, Michael Rowley, pursuant to 15 V.S.A. 302 and
303 and alleges the following:

1. Plaintiff is the Office of Child Support on behalf of the
Department of Social Welfare, the agency of the State of
Vermont to which defendant JOANNE PECOR has assigned rights
of child support.

2. The minor child(ren), who is (are) the subject(s) of this
parentage action, is (are):



         A█████  P████   born ████████  ████

3. Defendant, JOANNE PECOR is the biological mother of the
minor child(ren) named above.

4. Defendants, BRIAN BESSETTE and ████████████   are the
biological fathers of the minor child(ren) named above.

5. Defendant, JOANNE PECOR is a recipient of public
assistance on behalf of the minor child(ren) named above.

In support of its complaint, the Office submits the attached
affidavit.

FELL-00003448

WHEREFORE, the Office of Child Support respectfully requests the Court grant the following relief:

A. A determination that Defendants are the biological parents of the minor child(ren) named above;    MAY 1 1998

B. A determination of the respective parental rights and responsibilities of the parties for the minor child(ren);

C. An award of suitable child support and medical support for the minor child(ren);

D. A judgment of $41,702.00 for defendant (A) BRIAN BESSETTE and $924.00 for defendant (B) ████████ which is the total amount of ANFC paid out for the minor child(ren) through March 31, 1998 and represents a debt due and owing, pursuant to 33 V.S.A. 3903;

E. A judgment for the costs incurred by the Office of Child Support to effect service upon the parties; and

F. Such other relief as the Court deems just and equitable in this matter.

Dated at Burlington, Vermont _May 1_, 1998.

_Nathan J. Rowley_

Attorney for Office of Child Support
32 Cherry Street, Suite 310
Burlington, Vermont 05401
(802) 863-7444

FELL-00003449

SUMMONS

Office of Child Support
103 South Main Street
Waterbury, VT 05671-1901

MAY 1 1993

LINDA WILSON
CHITTENDEN FAMILY COURT
32 CHERRY ST   FL 2
BURLINGTON , VT        05402

You must answer this summons within twenty (20) days of the date of service.

SUMMONS

MAY 1 - ?

Office of Child Support
103 South Main Street
Waterbury, VT  05671-1901

LINDA WILSON
CHITTENDEN FAMILY COURT
32 CHERRY ST STE 260
BURLINGTON , VT        05102

You must answer this summons within twenty (20) days
of the date of service.

FELL-00003451

rm 800                                                              069

| COVER SHEET | Vermont Family Court | County Chittenden | | Docket Number F422-5-98CnDmp |
|---|---|---|---|---|

| Plaintiff Name and Address | Defendants Names and Addresses | | |
|---|---|---|---|
| Office of Child Support, 32 Cherry St. Ste 310 Burlington, Ut 05401 | Joanne Pecor 38 thasha Lane Apt L4 Essex Jct, Vt 05452 Ph 878-6766 | Brian Bessette 56 North Ave Apt 2 Burlington, Vt 05401 Ph 862-7209 | P.O. Box 610 So. Boore, Vt 05670 Ph 479-1263 |
| Tel. #: Day - 863-7444 Evening: | D.O.B 2/15/69 | DoB 3/11/65 | DoB |

Case Type:

A) _X_ New ___ Existing ___ Existing Human Service Board Order (attached)

B) ___ Divorce ___ Annulment ___ Desertion & Nonsupport _X_ Parentage ___ Legal Separation ___ Other _____

C) Minor Children? _X_ Yes ___ No     (If this is a New Case involving Minor Children, attach a completed Affidavit of Child Custody, Form No. 135.)

D) Are Parental Rights and Responsibilities contested? ___ Yes _X_ No

A) The ___ Plaintiff ___ Defendant  receives services from the Office of Child Support.

B) The ___ Plaintiff _X_ Defendant  (s) or has been a recipient of public assistance from or through the Department of Social Welfare.
    Joanne Pecor

Existing Court Orders or Court proceedings involving the plaintiff, defendant or their children.

A) Child Support Orders: Date of order and date(s) modified:

Name and Location of Court:

B) Domestic Abuse, Adoption or Guardianship: Docket Number:                    MAY 1 4 1998

Name and Location of Court:

4. Action Requested:

_X_ Establish Support
    _X_ Child
    ___ Maintenance Supplement
    ___ Spouse
    _X_ Medical Support
_X_ Establish Parental Rights and Responsibilities (Custody)
_X_ Establish Parent-Child Contact (Visitation)
_X_ Establish Parentage
    ___ Wage Withholding
_X_ Other: Motion for Genetic testing

___ Modify Support
    ___ Child
    ___ Maintenance Supplement
    ___ Spouse
___ Contempt
___ Modify Parent Rights and Responsibilities
___ Modify Parent-Child Contact (Visitation)
___ Enforcement
    ___ Child Support
    ___ Medical Support

5. Service of Process: ___ Service Completed; Return/Acceptance of Service is attached
    ___ No Child Support Issues; Plaintiff will serve
    _X_ Child Support Issues; Clerk will serve:
    ___ by Certified Mail ___ Serve by Personal Service  | S                 att'd |
    ___ 1st Class Mail with Acknowledgment

6. ___ Plaintiff ___ Petitioner requests assistance from the Office of Child Support.

FELL-00003452