# EXHIBIT 332

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr. ✓  Mrs. ___  Miss ___  Ms. ___

Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Last        First        Middle Initial

Town/City of Residence  **Granby**

County of Residence  **Essex**

How long have you lived in Vermont?  **50** yrs.  ___ mos.

Years of education or highest degree obtained  **12**

Name of College ___

Major and minor fields ___

Are you employed?  ✓ Yes  ___ No

Your occupation or business  **Hot Press opper.**

If retired, your occupation before retirement ___

Employer's Name  **Hitchner Man.**
Address  **Littleton NH**

Describe your duties & responsibilities  **I Heat treat Military parts for the Government**

Do you supervise other employees?  **No**  How many? ___

How long have you worked for present employer?  **2½ yrs**

If less than 10 years, list earlier occupation and prior employers.  **J.A. McDonald construction Burke Lumber Heavy equipment opperator Both**

If unemployed, how long have you been unemployed? ___

Age  **50**

Place of Birth  **St Johnsbury VT**

___ Single  ✓ Married  ___ Widowed  ___ Separated or Divorced

Number and ages of children  **2 children 30 yrs old 23 yrs**

Have you been in the military?  **No**
If so, branch ___
Length of service ___
Highest rank obtained ___

Have you ever worked for the state or federal government? ___ Yes  ✓ No
If so, please explain ___

Is your spouse employed?  ✓ Yes  ___ No

Spouse's occupation or business  **Parts inspector**
Spouse's Employer's Name  **Hitchner Man.**
Spouse's Employer's Address  **Littleton NH**
Spouse's duties and responsibilities  **She inspects military parts & automotive parts**
If spouse is retired, occupation before retirement ___

Are any of your children employed?  ✓ Yes  ___ No

What are their occupations?  **My daughter is a cleaner, son is press opper**

**(Continued on Reverse)**


200012595
201020901 - 1471

FELL-00003500

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes ✓ No
(b) Witness to a crime _____ Yes ✓ No
(c) Accused of a crime _____ Yes ✓ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes ✓ No
If so, please explain. _____
_____
_____

Have you ever served on a state or federal jury trial?
_____ Yes ✓ No

if yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

Estimated number of miles *ROUND-TRIP* from your home to courthouse to which you are summoned _220 miles_

What do you do in your spare time (social activities, hobbies, etc.)? Hunting, fishing, camping, snow machining, Gardening,

In what social or other organizations do you actively participate? None
_____
_____

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. none
_____
_____

Have you, or anyone close to you, been a plaintiff or a defendant in a civil case?
_____ Yes ✓ No   If so, please explain.
_____
_____

Indicate your vacation or business travel plans (dates) within the next four months:

none
_____
_____
_____

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign [redacted]
Here [redacted]

LF 229

FELL-00003501