# EXHIBIT 335

Subscribe | Tablet/Mobile Edition | e-Edition



Need info about Vermont's Health Benefit Exchange?

(800) 255-4550

Check out our new web tools

BlueCross BlueShield of Vermont
*An Independent Licensee of the Blue Cross and Blue Shield Association.*

SEARCH THIS SITE

GO

Search Archives    Advertise

# RUTLAND HERALD

WINNER 2001 PULITZER PRIZE

**FRIDAY, SEPTEMBER 20TH**
79° Clear | ▶ 5-day Forecast

My Account
Logout



HOME | NEWS | OBITUARIES | BUSINESS | SPORTS | A&E/INVITE | OPINION | FEATURES | BLOGS | HOMES | CARS | JOBS | CLASSIFIEDS

Weather | Rutland County | Southern Vermont | Vermont News | US/World | Vermont Wire | Environment | Staff Photos | Archives

News

## Granby: A red speck in a blue state

By Kevin O'Connor Staff Writer | October 29, 2006

Like    Tweet  0      Email Article      Print Article



Jeb Wallace-Brodeur/Times Argus
███████ at his farm in Granby.

███████ has lived in Granby, population 86, since he was born on a kitchen table there 72 years ago. But ask him for his town's claim to fame and he stumbles a bit.

████████████ e's a, ah, cemetery up on the hill."

At first glance, Granby, a map speck above St. Johnsbury in Vermont's Northeast Kingdom, doesn't have much to boast about. But check state ballot records and you'll see the town has a unique distinction: It cast the highest percentage of votes for President George Bush in the last election.

Vermont favored Democrat John Kerry in 2004, giving him 58.9 percent of the vote compared to Bush's 38.8 percent. But of Granby's 52 voters, 45 — or 86.5 percent — cast ballots for the Republican.

State and national polls show the president's popularity has

### READER POLL

What do you think are the most important issues facing the Vermont Legislature this session?

Health care — 13.56%
Education — 10.17%
Environment — 1.69%
Jobs / Economy — 74.58%

**59 Votes Cast**



Addie says...
...you can advertise your stuff under $250 for FREE!

Classifeds On Web & in Print
▶▶▶ Click Here ▶▶▶
www.vtcow.com

*Any item(s) valued under $250. Private party ads only.

MOST POPULAR    MOST EMAILED

■ Man gets three years in jail after dramatic arrest
■ Ex-Halliburton manager charged in Gulf spill probe3
■ Coalition pushes paid sick days
■ VSEA elects new president
■ Third CSC player faces charge in theft spree

Unlimited Music Made Easy

play.google.com/music

Discover and play millions of songs with Google Play Music All Access.

▶

Property Info & Records

Free Maine Maps

2013 Best Skin Tighteners

Genealogy

MEDIA GALLERY    VIDEOS  PHOTOS

 

VIDEO: Downhill excitement at Silverheels Cup at Okemo

VIDEO: Woodstock takes on U-32 football

VIDEO: 2013 Vermont Amateur Golf Tournament



VIDEO: Police investigate Pittsford homicide

VIDEO: Rutland High School Graduation

VIDEO: Devil's Bowl Modifieds head to Thunder Road

▶ More Photos    ▶ Submit a Photo    ▶ Purchase a Photo



Records

RUTLAND BUSINESS JOURNAL READERS' CHOICE AWARDS
2013 BEST OF THE BEST BUSINESS

VOTE NOW
Voting Closes October 20th

Enter your votes for a chance to
Win a Kindle!
*Must complete at least 50% of the ballot

Share with friends to increase your chances!

since plummeted. A recent Survey USA sample of 600 Vermonters found that only 27 percent approve of the job Bush is doing. But if ████ n is any indication, Granby is standing by the commander in chief.

████ isn't a random voter pulled from a telephone book. He's the town's longtime selectboard chairman, road commissioner, civil defense director, energy coordinator, service officer, solid-waste supervisor and justice of the peace, as well as the third of six generations of family to live in Granby, tucked between his parents and grandparents and his children, grandchildren and great-grandchildren.

████ can't say how many decades he has served, just that "they tell me I'm too old to retire."

Not that there's much business to worry about. The town doesn't have any stores, for example.

"We did have a store, but it closed last spring," ████ says. "It was awful handy – I went there every morning for coffee and doughnuts – but they didn't have that much business."

The K-6 school recently shut down, too.

"We didn't have more than two or three kids," ████ says. "We thought it was best they got out and around." (To a neighboring school district, that is.)

On a map, Granby is only about 25 miles from the St. Johnsbury exit of Interstate 91. But on the road, it takes more than 45 minutes to reach the town.

Granby doesn't have any paved roads — although it does have a post office, town hall and Congregational church, as well as a farm, logging company and cabin builder. It also has a Democrat.

"We have one that I know of," ████ n says.

But call that person and you'll find the phone number's no longer in service.

So why does Granby run so deeply Republican? Ask ████ and his neighbors and you can't pry much explanation out of the longtime Yankee lot. It's the same when you ask what keeps them there.

"Just like to live here," ████ says succinctly. "That's all I can tell you."

FELL-00003543

Change comes slowly to Granby. It was one of the last three towns in Vermont to get electricity, joining Jamaica and Victory in the mid 1960s. But change comes.

"I'm a Republican, but I always say I vote for the best man," █████ says of choosing Bush two years ago. "If the best man had been a Democrat, I would have voted for him."

This fall, the Republican candidate for U.S. House is Martha Rainville. No one's saying anything yet, but in Granby, this could be the year of the best woman.

Contact        Kevin        O'Connor        at kevin.oconnor@rutlandherald.com.



0 comments  1 person listening

MORE IN NEWS

Bulger's defense costs total $2.6M through June
BOSTON — Court records show that defense costs for convicted Boston mobster James "Whitey" Bulger... **Full Story**

► More Articles



**NEWS**
- Rutland County
- US/World News
- Southern Vermont
- Vermont Today
- Vermont Wire
- Vermont Press Bureau
- Times Argus Extra
- Weather

**OPINION**
- Editorials
- Letters
- Commentary
- Perspective
- Submit a Letter

**BUSINESS**
- Business Directory
- World/National
- Vt. Business
- Battenkill Biz Journal
- Champlain Biz Journal
- Rutland Biz Journal
- Valley Biz Journal

**SPORTS**
- Pro/National
- Local Sports
- Devil's Bowl
- High School

**FEATURES**
- InVite Arts & Music
- Sunday Magazine
- Food & Dining
- Living
- Crossword
- Local TV Listings
- Sudoku

**PUBLICATIONS**
- Rutland Herald
- Times Argus
- Vermont Today
- Vermont Press Bureau
- General Information

**FEATURED CONTENT**
- Elections
- Environment
- Town Meeting Day

**ONLINE SERVICES**
- Business Directory
- Email Newsletter
- Purchase Photo
- RSS Feeds
- Submit A Letter

**ADVERTISERS**
- Advertising Information
- JobsInVermont.com
- Search resumes
- VtCow.com Classifieds
- Media Kit

**SUBSCRIBER HELP**
- Subscribe
- Missed Delivery
- Vacation Hold
- Address Change
- Contact Us

SEARCH THIS SITE



Subscriber Services    Advertise

© 2013 Rutland Herald    Home | News | Opinion | Sports | Business | Invite | Obituaries | Classifeds | Photo Galleries

FELL-00003545