# EXHIBIT 336



**State of Vermont**
**Department of Corrections**
103 South Main Street
Waterbury, VT 05671-1001
**www.doc.state.vt.us**

[phone]  802-241-2442
[fax]    802-951-5017
[fax]    802-951-5086

*Agency of Human Services*

July 30, 2013

Melanie Carr
20 Jay St, Ste. 209
Brooklyn, NY  11201

Dear Ms. Carr:

I am in receipt of your letter dated July 26, 2012, looking for incarceration dates on several people.

In regards to ████████████, DOB ██████, he was sentenced to the St. Johnsbury probation office on community supervision on 7/27/2000 through 11/02/2000. I have enclosed his movement log for you to review.

████████████, DOB ████ was never under the supervision of the VT Department of Corrections, in either an incarcerated status or probation status. Therefore there are no records to provide to you.

████████████ DOB ██████ as has never been under the Department of Corrections supervision, again there are no records for your review.  Although these people may have been arrested by the Vermont State Police, it does not mean that they served anytime with the Vermont Department of Corrections.

As for ████████, DOB ██████ – he has an extensive record of being under the supervision of the Department of Corrections.  I am sending you a copy of his movement log which shows what dates he was under VT Department of Corrections supervision.

Sincerely,

Janette Hoague
Executive Administrative Assistant
103 South Main St.
Waterbury, VT  05761

VERMONT

New Action

## Movement history

▮▮▮▮▮▮▮▮▮▮▮    DOB: ▮▮▮▮▮    Gender: M -- Person ID: 18853

[ Show without Voids ]    [ Show with Voids ]

| Slips Processed/Printed (with Voids) | | | | | | | | Slips being h | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Location | Status | Remarks | Other | Flag | Processed | Date | Time | Location | Status |
| 03/07/2007 | 08:19 | CCFS | R | SAT | | P | 2007-04-02 00:00:00 | | | | |
| 10/24/2006 | 16:01 | CCFS | S | PRO | BUCR | P | 2006-10-24 00:00:00 | | | | |
| 10/24/2006 | 16:00 | BUCR | TO | PRO | CCFS | P | 2006-10-24 00:00:00 | | | | |
| 10/24/2006 | 08:00 | BUCR | S | I/D | | | 2006-10-24 00:00:00 | | | | |
| 10/17/2006 | 16:00 | BUCR | R | I/D | BUCR | | 2006-10-17 00:00:00 | | | | |
| 10/17/2006 | 08:00 | BUCR | S | I/D | | | 2006-10-17 00:00:00 | | | | |
| 10/03/2006 | 16:00 | BUCR | R | I/D | BUCR | | 2006-10-03 00:00:00 | | | | |
| 10/03/2006 | 08:00 | BUCR | S | I/D | | | 2006-10-03 00:00:00 | | | | |
| 09/26/2006 | 16:00 | BUCR | R | I/D | BUCR | | 2006-09-26 00:00:00 | | | | |
| 09/26/2006 | 08:00 | BUCR | S | I/D | | | 2006-09-26 00:00:00 | | | | |
| 09/19/2006 | 16:00 | BUCR | R | I/D | BUCR | | 2006-09-19 00:00:00 | | | | |
| 09/19/2006 | 08:00 | BUCR | S | I/D | | | 2006-09-19 00:00:00 | | | | |
| | | | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/15/2006 | 09:30 | CCFS | S | PRO | BUCR | P | 2006-09-15 00:00:00 |
| 09/15/2006 | 09:29 | BUCR | TO | PRO | CCFS | P | 2006-09-15 00:00:00 |
| 08/28/2006 | 11:18 | BUCR | S | - | - | P | 2006-09-01 00:00:00 |
| 02/12/2006 | 08:46 | CCCC | R | BAIL | ADV | | 2006-02-12 00:00:00 |
| 02/11/2006 | 20:01 | CCCC | D | - | - | | 2006-02-11 00:00:00 |
| 02/11/2006 | 19:06 | CCCC | D | - | - | | VOIDED |
| 12/23/2005 | 16:21 | BUCR | R | PAREXP | | P | 2006-01-18 00:00:00 |
| 01/11/2005 | 08:01 | BUCR | S | PAR | CCFS | P | 2005-01-11 00:00:00 |
| 01/11/2005 | 08:00 | CCFS | TO | PAR | BUCR | P | 2005-01-11 00:00:00 |
| 05/04/2004 | 16:11 | CCFS | S | PAR | CCFS | | 2004-05-04 00:00:00 |
| 05/04/2004 | 16:10 | CCFS | TO | PAR | CCFS | | 2004-05-04 00:00:00 |
| 04/29/2002 | 14:23 | CCFS | S | - | CCFS | P | 2002-04-29 00:00:00 |
| 11/04/2001 | 10:33 | CCCC | R | BAIL | - | | 2001-11-04 00:00:00 |
| 11/04/2001 | 01:35 | CCCC | D | - | - | | 2001-11-04 00:00:00 |
| 01/22/2001 | 08:00 | CCFS | R | PAREXP | | P | 2001-03-07 00:00:00 |
| 02/23/1999 | 16:39 | CCFS | S | PAR | CCFS | | 1999-02-23 |

FELL-00003548

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 00:00:00 |
| 02/23/1999 | 16:38 | CCFS | TO | PAR | CCFS | 1999-02-23 00:00:00 |
| 10/16/1997 | 13:15 | CCFS | S | - | | 1997-10-16 00:00:00 |
| 02/06/1995 | 00:01 | BUPP | R | SAT | | 1996-02-24 00:00:00 |
| 09/02/1993 | 08:00 | CCFS | R | PRO | | 1993-09-10 00:00:00 |
| 06/23/1993 | 14:52 | CCFS | S | FROM | CCCC | 1993-10-08 00:00:00 |
| 06/23/1993 | 14:51 | CCCC | TO | INST | CCFS | 1993-06-23 00:00:00 |
| 06/10/1993 | 16:40 | CCCC | S | FROM | WCCC | 1993-06-10 00:00:00 |
| 06/10/1993 | 14:35 | WCCC | TO | INST | CCCC | 1993-06-10 00:00:00 |
| 05/10/1993 | 15:21 | WCCC | S | - | | 1993-05-10 00:00:00 |
| 05/10/1993 | 11:19 | WCCC | R | COURT | AD | 1993-05-10 00:00:00 |
| 05/03/1993 | 15:53 | WCCC | S | - | | 1993-05-03 00:00:00 |
| 05/03/1993 | 11:15 | WCCC | R | COURT | AD | 1993-05-03 00:00:00 |
| 04/12/1993 | 00:01 | SJPP | TO | INST | BUPP | 1996-02-24 00:00:00 |
| 03/23/1993 | 11:30 | WCCC | S | - | | 1993-03-29 00:00:00 |
| 03/23/1993 | 07:45 | WCCC | R | COURT | WN | 1993-03-29 |

FELL-00003549

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 00:00:00 |
| 03/23/1993 | 00:00 | SJPP | S | - | | 1996-02-24 00:00:00 |
| 03/11/1993 | 13:55 | WCCC | S | FROM | RCCC | 1993-03-17 00:00:00 |
| 03/11/1993 | 12:34 | RCCC | TO | INST | WCCC | 1993-03-11 00:00:00 |
| 03/05/1993 | 12:38 | RCCC | S | - | | 1993-03-05 00:00:00 |
| 03/05/1993 | 07:14 | RCCC | R | COURT | RU | 1993-03-05 00:00:00 |
| 01/26/1993 | 11:48 | RCCC | S | - | | 1993-01-26 00:00:00 |
| 01/26/1993 | 06:58 | RCCC | R | COURT | WN | 1993-01-26 00:00:00 |
| 01/11/1993 | 15:05 | RCCC | S | - | | 1993-01-11 00:00:00 |
| 01/11/1993 | 10:23 | RCCC | R | COURT | WN | 1993-01-11 00:00:00 |
| 12/23/1992 | 00:01 | MIPP | TO | INST | BUPP | 1996-02-24 00:00:00 |
| 12/21/1992 | 15:30 | RCCC | S | - | | 1992-12-21 00:00:00 |
| 09/21/1992 | 00:01 | MIPP | TO | INST | BUPP | 1996-02-24 00:00:00 |
| 09/21/1992 | 00:00 | BUPP | S | FROM | MIPP | 1996-02-24 00:00:00 |
| 09/21/1992 | 00:00 | MIPP | S | - | | 1996-02-24 00:00:00 |
| 09/16/1992 | 12:27 | CCCC | R | COURT | AD | 1992-09-16 |

FELL-00003550

5:01-cr-00012-gwc    Document 512-59    Filed 04/15/14    Page 7 of 10

| | | | | | | | | 00:00:00 |
|---|---|---|---|---|---|---|---|---|
| 09/15/1992 | 16:52 | CCCC | D | = | | | Y | 1992-09-15 00:00:00 |
| 08/24/1992 | 08:45 | RCCC | R | COURT | AD | | | 1992-08-24 00:00:00 |
| 08/23/1992 | 01:52 | RCCC | D | = | | | Y | 1992-08-23 00:00:00 |

FELL-00003551

New Action

## Valid remarks for status: S

| Remark | Translation |
| --- | --- |
| - | |
| CHG ADDED | Detainer added w/wo client movement |
| CR | Conditional Re-entry |
| CS | Supervised Community Sentence |
| EXCC | Community Control |
| EXER | Early Release (overcrowding) |
| EXFR | Furlough Reintegration |
| FED | Federal prisoner |
| FROM | Transfer in from |
| FROM FBP | Returned from Federal Bureau Prisons |
| FROM ISC | Returned from Interstate Compact |
| HC | Home Confinement |
| I/D | Daily interrupt sentence |
| I/W | Weekly interrupt sentence |
| NLP | Detainer processed by court w/wo movemen |
| PF | Pre-approved Furlo |
| PRO | Admitted to probation from |
| PW | Pre-approved Furlo-Work Crew |
| RET ESC | Return from escape |
| RET FURL | Return from extended furlough |
| SS | Split sentence |
| USINS | U.S. Immigration & Naturalization Srvce |
| USMS | U.S Marshalls |
| VPAR | SENTENCED as a parole violator |
| VPRO | SENTENCED as a probation violator |
| VSCS | SENTENCED as a SCS violator |

FELL-00003552

New Action

| Status | Translation |
|--------|-------------|
| D | Detained |
| E | Escape |
| E | Escape-Off |
| F | Furlough |
| R | Released |
| S | Sentenced |
| SD | Sent/Det |
| TO | Transfer |

FELL-00003553

5:01-cr-00012-gwc    Document 512-59    Filed 04/15/14    Page 10 of 10

New Action

## Valid remarks for status: R

| Remark | Translation |
| --- | --- |
| BAIL | Released on bail |
| COURT | Release to court |
| CP | Conditional Pardon |
| CR | Conditional Release |
| DEAD | Deceased |
| DEFEXP | Deferred sentence expiration |
| DROPPED | Administrative removal from headcount |
| FBP | Released to Federal Bureau Prisons |
| FEDFUR | Released to Federal Furlough |
| FEDPAR | Released to Federal Parole |
| FEDPRO | Released to Federal Probation |
| I/D | Released on daily interrupt sentence |
| I/W | Released on weekly interrupt sentence |
| MAX | Released after completing max sentence |
| MP | Fed. det/sent person released to M.P. |
| ORDER | Release as per court order |
| PAREXP | Parole expiration |
| PB | Released to Parole Board for hearing |
| PBORDER | Discharged per Parole Board order |
| PEND AP | Released pending appeal |
| RET STATE | Resident sent home |
| ROR | Released on own recognizance |
| SAT | Probation completed satisfactorily |
| SENT VAC | Sentence vacated |
| STATE | Released to another state for prosecutio |
| UNSAT | Probation completed unsatisfactorily |
| USINS | Fed sent/det person released to U.S. INS |
| USMS | Fed. det/sent. person released to USMS |
| VIOL | Probation/parole closed due to violation |
| VSH | Committed to Vermont State Hospital |
| WARRANT | Arrest warrant filed |

FELL-00003554