# EXHIBIT 338

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Dear Juror:

To give the Court more information about you as a juror, and to assist the Court and counsel in expediting the process of jury selection ensuring fair and impartial juries, the Court requests you answer the questions below and return this form in the postage-paid envelope enclosed in your summons package.

If you have moved to another state, you need only fill out your name and address and return this form.

If there is information that you would prefer to keep confidential, ask to speak privately with the Judge.

Clerk of Court

BURLINGTON ***

Mr. [X]   Mrs. ___   Miss ___   Ms. ___

Name _____
Last        First        Middle Initial

Town/City of Residence **Northfield**

County of Residence **Washington**

How long have you lived in Vermont? **12** yrs. **10** mos.

Years of education or highest degree obtained **B.S.**

Name of College **University of Connecticut**

Major and minor fields **Natural Resources (1984)**

Are you employed? **X** Yes ___ No

Your occupation or business **State of Vermont (days) & Price Chopper (2 nights/wk)**

If retired, your occupation before retirement _____

Employer's Name **✱ VT Agency of Transportation Montpelier**

Address **✱ Price Chopper (store #123) Berlin VT.**

Describe your duties & responsibilities **Biologist - State of Vermont / Seafood Specialist - Price Chopper**

Do you supervise other employees? **No** How many? ___

How long have you worked for present employer? **State 13 yrs / Price Chopper 1.5 yrs**

If less than 10 years, list earlier occupation and prior employers. _____

If unemployed, how long have you been unemployed? ___

Place of Birth **Hartford, CT**   Age **43**

**X** Single   ___ Married   ___ Widowed

**X** Separated or (Divorced)

Number and ages of children **NA**

Have you been in the military? **No**

If so, branch _____

Length of service _____

Highest rank obtained _____

Have you ever worked for the state or federal government? **X** Yes ___ No

If so, please explain **State of CT (1982-1992) State of VT (1992 - present)**

Is your spouse employed? ___ Yes ___ No

Spouse's occupation or business _____

Spouse's Employer's Name _____

Spouse's Employer's Address _____

Spouse's duties and responsibilities _____

If spouse is retired, occupation before retirement _____

Are any of your children employed? ___ Yes ___ No

What are their occupations? _____

**(Continued on Reverse)**

200012674
201020901 - 1736

Have you, any relative or person close to you ever been any of the following:

(a) Victim of a crime _____ Yes __X__ No
(b) Witness to a crime _____ Yes __X__ No
(c) Accused of a crime _____ Yes __X__ No

Have you, or anyone close to you, been a complainant in a criminal case? _____ Yes __X__ No
If so, please explain. _____

_____

_____

Have you ever served on a state or federal jury trial?
_____ Yes __X__ No

If yes, was it a criminal or civil case? _____
When did you serve? _____

Did the jury reach a verdict in any case in which you served?
_____ Yes _____ No

If yes, what was the jury's verdict? _____

_____

Estimated number of miles *ROUND-TRIP* from your home to courthouse to which you are summoned _____ 100 _____

What do you do in your spare time (social activities, hobbies, etc.)? _____
fishing, hunting, bicycling hiking

In what social or other organizations do you actively participate?
Duck Unlimited
Trout Unlimited
National Rifle Association

List any newspapers, magazines or periodicals you subscribe to or read on a regular basis. Field & Stream

_____

_____

Have you, or anyone close to you, been a plaintiff or a defendant in a *civil* case?
__X__ Yes _____ No  If so, please explain.
Divorced in Caledonia County Court
St. Johnsbury (2002)

Indicate your vacation or business travel plans (dates) within the next four months:

_____

_____

_____

_____

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

Sign
Here ████████████    4/19/05

LF 229

FELL-00003590