# EXHIBIT 340

| | Offense | Sentenced | Details Of Arrest, Conviction, Sentence, Probation |
|---|---|---|---|
| | | | **CRIMINAL HISTORY** |
| 1. | 1977-1980 Age 16-19 | 1977-1980 | Several moving violations, failure to appear charges, fines, and driver's license suspensions. |
| 2. | 1/8/1980 Age 18 | N/A | 342-4-80 Wncr: Arrested for bad check. Wrote a check on 1/8/1980 to Bob's Sunoco for $20 on an account that had been closed on 1/4/1980. Efforts to reach defendant failed, dismissed by State's Attorney on 4/21/1980. |
| 3. | 4/10/1980 Age 18 | 8/13/1980 | 499-5-80 Wncr: Arrested for unlawful trespass. Kicked the door of a shoe store til the wood split. Police affidavit: "He was in a low emotional state…[his girlfriend] said he tried to jump off the Granite Street Bridge." Pled guilty, fined $25. |
| 4. | 1/17/1981 Age 19 | 2/17/1981 | 125-2-81 Wncr: Cited for driving while license suspended. Stopped by police while driving a car without taillights; license had been suspended for failure to appear. Pled guilty as charged, fined $75, given additional 30 day suspension. |
| 5. | 2/5/1982 Age 20 | 2/14/1982 | 214-2-82 Wncr: Arrested for unlawful mischief. Kicked in a glass door of a hardware store, said he did it because he was drunk and depressed. Pled nolo to unlawful mischief, fined $50. |
| 6. | 5/20/1982 Age 20 | 10/18/1982 | 669-6-82 Wncr: Arrested for simple assault. Knocked a man unconscious for interfering in an incident with Ryan's girlfriend. Pled nolo to amended charge of misdemeanor disorderly conduct. Sentenced to incarceration for 0-30 days, suspended with probation, fined $100. Probation revoked after burglary arrest on 1/27/1983, incarcerated for 0-30 days concurrent with that charge. |
| 7. | 6/1982 Age 21 | 5/12/1983 | 649-6-82 Wncr: Arrested for aggravated assault and assault on a police officer. Judge Connors notes danger to the public and orders conditions of release, including: report to Montpelier Probation & Parole 3 times a week; curfew 9pm-6am; antabuse daily, in the presence of Lucille Tatro; attend alcohol counseling; no driving; limited associations. Received deferred sentence on one charge, and pled guilty to simple assault on the other charge. Sentenced to incarceration for 40-45 days, consecutive to burglary sentence in 151-2-83. |

1

FELL-00003602

|    | Offense | Sentenced | Details Of Arrest, Conviction, Sentence, Probation |
|----|---------|-----------|----------------------------------------------------|
| 8. | 1/26/1983 1/27/1983 Age 21 | 5/12/1983 | 151-2-83 Wncr: Arrested for burglary. With accomplice Charles Parton, kicked in the back door of a residence, stole 6 guns, a stereo system, a broken pair of binoculars, and a telephone. Broke into another home on the same night and stole stereo equipment. Stolen items were recovered at the apartment shared by ███ nd Parton. On 4/14/1983, pled guilty as charged. Sentenced to incarceration for 2-6 years, concurrent. Probation on 669-6-82 Wncr disorderly conduct revoked, ordered to serve 0-30 days concurrent to sentence in 151-2-83. **Incarcerated ~12 months.** |
| 9. | 8/22/1988 Age 27 | 9/19/1988 | 687-9-88 Ancr: Arrested for Unlawful Trespass. Police aff: ███ would not leave the bar due to a female inside...acting very disorderly with this same female." Told to leave but kept returning, pounded on bar windows until arrest. Pled guilty to misdemeanor unlawful trespass, paid a fine. |
| 10. | 4/27/1989 Age 27 | 7/10/1989 | 361-5-89 Ancr: Arrested for Driving while License Suspended #2. Pled guilty to amended charge of no license. |
| 11. | 8/5/1989 Age 28 | 1/5/1990 | 4565-10-89 Cncr: Arrested for DWI. Later pled guilty, received fine of $280 plus $5 surcharge. |
| 12. | 7/11/1992 Age 31 | 9/21/1992 | 357-7-92 Ancr: Arrested for DWI#2. Police report: "repeated outbursts of rage... extremely violent... extreme antagonism...numerous mood swings ranging through anger, laughter, brief calm and tears... behavior continued to vary widely," repeatedly cursed and threatened officers. Pled guilty as charged, sentenced to serve 3 days to 2 years all suspended except 3 days. Placed on probation. |
| 13. | 8/22/1992 Age 31 | 12/21/1992 | 448-8-92 Ancr: Arrested for domestic assault on his wife. Admitted to having "thrown her down and punched her in the face;" threatened wife's friend; "victim's face...covered with abrasions and contusions... swelling in her right check... blackening of her left eye." Bailed out on conditions not to associate with or harass wife. Ordered to abide by abuse order issued 8/31/92. Pled guilty to simple assault on 11/2/1992. Sentenced to 11-12 months incarceration. |

2

FELL-00003603

|     | Offense | Sentenced | Details Of Arrest, Conviction, Sentence, Probation |
|-----|---------|-----------|-----------------------------------------------------|
| 14. | 9/12/1992<br>Age 31 | 12/21/1992 | 483-9-92 Ancr: Wife called police after he climbed onto her roof, broke into her attic window and threatened her and her friend, while reeking of beer. Wife grabbed their baby and ran to a neighbor for help. Arrest warrant issued for burglary. **Released on bail to custody of his mother, Joyce Gagnon,** with the condition not to enter Addison Cty unless going to work or court. Pled guilty to amended charge of felony unlawful trespass on 11/2/1992. Sentenced to serve 0-3 years suspended with probation ("recommend long term supervision") and required "mental health counseling to include anger management & domestic violence." Completed Domestic Abuse Education Program. |
| 15. | 11/11/1992<br>Age 31 | 3/23/1993 | 18-1-93 Wncr: Arrested for DWI#3 in Washington County while on probation for DWI#2 in Addison County, docket 357-7-92 Ancr. On 1/11/1993, his probation in 357-7-92 Ancr was revoked and he was detained. On 3/23/1993, he pled guilty to DWI#3, and was sentenced to 6 months to serve, concurrent with Addison convictions. **Incarcerated 5 months, from 1/11/1993 to 6/23/1993,** in Rutland, Woodstock, and Chittenden CCCs. Released on parole, under supervision until 2/6/1995. |
| 16. | 5/15/1997<br>Age 35 | 10/8/1997 | 661-06-97 Wncr: Arrested for unlawful mischief, simple assault and unlawful trespass. Saw ex-girlfriend at a bar with her boyfriend; became angry; harassed them; was removed from the bar. Came to their home, banged on the door, insisting that the ex come outside to talk. Kicked the door, broke a window in the door, crawled in through the window and assaulted the couple. State filed information on felony unlawful trespass and two counts of simple assault. [While this case was pending, a different ex-girlfriend filed for a temporary restraining order after he stalked her, harassed her, and broke into her home to leave her notes.] On 9/29/1997, pled guilty as charged. Sentenced to incarceration for 2-3 years on the unlawful trespass, 0-12 months consecutive on one of the simple assaults, and 0-12 months concurrent on the other simple assault. Referred to Intensive Drug Abuse Program, Pre-Approved Furlough. Paroled on 2/23/1999. Discharged from parole 1/22/2001. |
| 17. | 11/3/2001<br>Age 40 | 4/29/2002 | 6916-11-01 Cncr:  Arrested and charged with DWI#4. He was also charged with possession of cocaine and possession of marijuana during the same incident, but charged under a different docket number: 7413-11-01 Cncr. **Car was co-owned by Joyce Gagnon. Patrick Ryan and Joyce Gagnon lived in adjoining apartments in Colchester at the time of arrest.** While on bail, ordered to report daily to Colchester Police Dept. On 3/13/2002, pled guilty to DWI#4, drug cases dismissed. Sentenced to 2-5 years, again referred to ISAP. Driver's license suspended for life. **On parole in connection with this conviction through 12/23/2005, which includes the period of Fell's jury selection and trial.** |

3

*United States v. Donald Fell*, Docket No. 2:01-CR-12-01

|  | Offense | Sentenced | Details Of Arrest, Conviction, Sentence, Probation |
|---|---|---|---|
| 18. | 9/19/2005<br>Age 44 | 11/2/2005 | 5045-10-05 Cncr:  Arrested for driving on suspended license. Pled guilty, received fine of $300 plus $117 in surcharges. |
| 19. | 2/11/2006<br>Age 44 | 8/28/2006 | 667-2-06 Cncr:  Arrested for domestic assault after choking, scratching and beating girlfriend. Final Relief from Abuse order is filed. Pled to amended charge of simple assault. Sentenced to serve 4-12 months, all suspended, placed on probation, required to continue psychotherapy, $3500 restitution. Discharged from probation on 3/5/2007. |
| 20. | 3/31/2006<br>Age 44 | 7/3/2006 | 2614-6-06 Cncr:  Arrested for driving on suspended license. Pled guilty, sentenced to 4-5 days work crew. |

4

FELL-00003605