**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **DONALD FELL** | ) | |
| | ) | |
| **v.** | ) | **No. 2:01-CR-12** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Comes Now, Jacabed Rodriguez-Coss, Trial Attorney, Criminal Division, United States Department of Justice, and hereby gives notice of her withdrawal as counsel for the United States of America in the above-referenced matter, as Ms. Rodriguez-Coss has resigned her position as Trial Attorney, and accepted a position as Assistant U.S. Attorney for the District of Connecticut.

Dated at Burlington, in the District of Vermont, this 25th day of June, 2014.

Respectfully submitted,

UNITED STATES OF AMERICA

By:

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ- COSS
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Withdrawal was filed on June 25, 2014 via CM/ECF, which will send electronic copies to counsel of record.

/s/ Jacabed Rodriguez-Coss
JACABED RODRIGUEZ-COSS
ASSISTANT U.S. ATTORNEY