## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

DONALD FELL                 )

                           )

      v.                       )            **No. 2:01-CR-12**

                           )

UNITED STATES OF AMERICA       )

NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States

Court of Appeals for the Second Circuit the Opinion and Order entered in this action on the 24th

day of July, 2014 (ECF No. 514).

Dated at Burlington, in the District of Vermont, September 22, 2014.

                                    Respectfully submitted,

                                    UNITED STATES OF AMERICA

                                    TRISTRAM J. COFFIN
                                    United States Attorney

`                            By:     /s/ *William B. Darrow*
                                   WILLIAM B. DARROW
                                   Assistant U.S. Attorney
                                   P.O. Box 570
                                   Burlington, VT 05402-0570
                                   (802) 951-6725
                                   Bill.Darrow@usdoj.gov