UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 APR 20 AM 10: 22

CLERK

BY ___pjl___
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 5:01-cr-12-01 |
| ) | |
| DONALD FELL ) | |

### ORDER FOR RELEASE OF FEDERAL BUREAU OF PRISONS FILES AND RECORDS PERTINENT TO DONALD FELL TO COUNSEL FOR THE PARTIES

Based on the agreement of the parties stated on the record of court proceedings on April 10, 2015, and in view of the request made by counsel for Donald Fell, and joined by Counsel for the United States,

IT IS ORDERED that the files and records maintained by the Federal Bureau of Prisons pertaining to inmate Donald Fell, Register No. 05306-010, shall be transmitted to the Office of the United States Attorney for the District of Vermont, to the attention of Assistant United States Attorney William Darrow. Mr. Darrow shall provide defense counsel with a copy of the exact file that he has been provided in response to this order. Mr. Fell's Bureau of Prisons records shall be employed by counsel for the parties and by the parties only for the purposes of the litigation of this case, and for no other purpose absent a further Order from this court.

Dated at Rutland, in the District of Vermont, this 20 day of April, 2015.

_____
Geoffrey W. Crawford, District Judge

Approved as to form:

*/s/ William B. Darrow*
William B. Darrow, AUSA
Counsel for the Government